```
1  Mark Rosenbaum, SBN 59940
   ACLU Foundation of Southern California
2  1616 Beverly Boulevard
   Los Angeles, California 90026
3  (213) 977-9500

4  Attorney for Plaintiff
```

ORIGINAL

Priority
Send ✓
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

FILED
CLERK, U.S. DISTRICT COURT
AUG 29 2003
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS RUTHERFORD, | CASE NO. CV 75-4111 CBM |
| Plaintiff, | ORDER RE ATTORNEY FEES |
| v. | |
| SHERMAN BLOCK, et al., | Courtroom: 2 |
| Defendants. | Honorable Consuelo B. Marshall |

GOOD CAUSE APPEARING THEREFOR, an award of attorney's fees in the amount of $ 20,000.00 for the time period of November and December 2002 is hereby granted.

Dated: 8/29/03

Consuelo B. Marshall
United States District Court Judge

Submitted by:

Mark D. Rosenbaum
Attorney for Plaintiff

ENTER ON ICMS

**PROOF OF SERVICE BY MAIL**

I, KAREN ERICKSON, declare:

I am a resident of the County of Los Angeles, California; that I am over the age of eighteen (18) years of age and not a party to the within-entitled cause of action; that I am employed in the County of Los Angeles, California; and that my business address is 1616 Beverly Boulevard, Los Angeles, California 90026.

On August 27, 2003, I served a copy of the attached document(s) described as **ORDER RE ATTORNEYS FEES** on the parties of record in said cause by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

Gary Miller, Esq.
Office of County Counsel
648 Kenneth Hahn Hall of Administration
500 West Temple Street
Los Angeles, CA 90012
Attorneys for Defendants

I am readily familiar with the office's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I am employed in the office of a member of the bar of the State of California at whose direction service was made.

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct. Executed on August 27, 2003, at Los Angeles, California.

_____
KAREN ERICKSON