1  Mark Rosenbaum, SBN 59940
   ACLU Foundation of Southern California
2  1616 Beverly Boulevard
   Los Angeles, California 90026
3  (213) 977-9500

   Priority ___ ✓
4  Attorney for Plaintiff
   Send ___
   Enter ___ ✓
5  Closed ___ ✓
   JS-5/JS-6 ___
6  JS-2/JS-3 ___
   Scan Only ___

FILED
CLERK, U.S. DISTRICT COURT
NOV 24 2004
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

LODGED

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS RUTHERFORD,<br><br>    Plaintiff,<br><br>v.<br><br>SHERMAN BLOCK, et al.,<br><br>    Defendants. | CASE NO. CV 75-4111 CBM<br><br>ORDER RE ATTORNEY FEES<br><br>Courtroom: 2<br><br>Honorable Consuelo B. Marshall |

GOOD CAUSE APPEARING THEREFOR, an award of attorney's fees in the amount of $ 20,000.00 for the time period of September and October, 2004 is hereby granted.

Dated: 11/24/04

_____
Consuelo B. Marshall
United States District Court Judge

Submitted by:

_____
Mark D. Rosenbaum
Attorney for Plaintiff

DOCKETED ON CM
NOV 29 2004
BY ___ 072

26

**PROOF OF SERVICE BY MAIL**

I, EVANGELINE F. REYES, declare:

I am a resident of the County of Los Angeles, California; that I am over the age of eighteen (18) years of age and not a party to the within-entitled cause of action; that I am employed in the County of Los Angeles, California; and that my business address is 1616 Beverly Boulevard, Los Angeles, California 90026.

On November 24, 2004, I served a copy of the attached document(s) described as:

**ORDER RE ATTORNEYS FEES**

on the parties of record in said cause by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

Gary Miller, Esq.
Office of County Counsel
648 Kenneth Hahn Hall of Administration
500 West Temple Street
Los Angeles, CA 90012
Attorneys for Defendants

I am readily familiar with the office's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I am employed in the office of a member of the bar of the State of California at whose direction service was made.

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct. Executed on November 24, 2004, at Los Angeles, California.

_____
Evangeline F. Reyes