SEND /JS-5

FILED
CLERK, U.S. DISTRICT COURT

AUG 29 2005

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Dennis Rutherford | CASE NUMBER |
|---|---|
| Plaintiff(s), | CV 75-4111-RG |
| v. | |
| Peter J. Pitchess | NOTICE OF REASSIGNMENT OF CASE DUE TO UNAVAILABILITY OF JUDICIAL OFFICER |
| Defendant(s). | |

TO:   ALL COUNSEL APPEARING OF RECORD:

The Judge to whom the above-entitled case was previously assigned is no longer available.

YOU ARE HEREBY NOTIFIED that, pursuant to directive of the Chief U. S. District Judge and in accordance with the rules of this Court, the above-entitled case has been returned to the Clerk for random reassignment.

Accordingly, this case has been randomly reassigned to:

☒   Hon. __Margaret M. Morrow_____, U. S. District Judge for all further proceedings.

☐   Hon. _____, U. S. Magistrate Judge for:

  ☐ any discovery matters that may be referred.

  ☐ for all proceedings in accordance with General Order 194.

Please substitute the initials of the newly assigned Judge so that the new case number will read:
**CV 75-4111-MMM.** This is very important because documents are routed by the initials.

CLERK U.S. DISTRICT COURT

By _____
    Deputy Clerk

29

G-74   (5/98).   NOTICE OF REASSIGNMENT OF CASE DUE TO UNAVAILABILITY OF JUDICIAL OFFICER

ENTERED ON CM 8/29/05