UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

✔ Priority
✔ Send
___ Clsd
___ Enter
___ JS-5/JS-6
___ JS-2/JS-3
___ Scan Only

Case No.   CV 75-04111 MMM                              Dated: September 1, 2005

Title:   DENNIS RUTHERFORD -v- SHERMAN BLOCK
=================================================================
PRESENT:    HONORABLE DEAN D. PREGERSON, JUDGE

John A. Chambers                              None Present
Courtroom Deputy                              Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:      ATTORNEYS PRESENT FOR DEFENDANTS:

None                                          None

PROCEEDINGS:     MINUTE ORDER (IN CHAMBERS)


**COUNSEL ARE NOTIFIED** that the EX PARTE APPLICATION FOR ORDER OF PERMISSIVE INTERVENTION AND TO DISSOLVE ANY PRISON CONDITIONS INJUNCTION THAT MAY EXIST IMMEDIATE RELIEF REQUESTED (FILED ON 08-29-05) is hereby DENIED.


MINUTES FORM 11
CIVIL -- GEN



DOCKETED ON CM
SEP - 1 2005
BY          022

Initials of Deputy Clerk ___