Roger H. Granbo, Assistant County Counsel
Office of County Counsel
648 Kenneth Hahn Hall of Administration
500 West Temple Street
Los Angeles, CA 90012
(213) 974-1924

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

DENNIS RUTHERFORD, et al.

Plaintiff(s)

v.

SHERMAN BLOCK, et al.

Defendant(s)

CASE NUMBER

CV 75-4111 MMM

**SUBSTITUTION OF ATTORNEY**

Sherman Block, et.al.
*Name of Party*

[ ] Plaintiff  [x] Defendant  [ ] Other _____

hereby substitutes Roger H. Granbo _____ who is

[x] Retained Counsel  [ ] Court Appointed Counsel  [ ] Pro Per   500 W. Temple St., #648
*Street Address*

Los Angeles, CA 90012      (213) 974-1924     (213) 687-7337      108372
*City, State, Zip Code*       *Telephone Number*   *Facsimile Number*   *State Bar Number*

as attorney of record in the place and stead of Gary Miller
*Present Attorney*

Dated: August 30, 2005

*Signature of Party* — Roger H. Granbo for defendants

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

Dated: August 30, 2005

*Signature of Present Attorney* — Roger H. Granbo for Gary Miller

Gary Miller

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8.

Dated: August 30, 2005

*Signature of New Attorney*

Roger H. Granbo

Substitution of Attorney is hereby [x] Approved.  [ ] Denied.

Dated: 8/31/2005

Margaret M. Morrow
United States District Judge / ~~Magistrate Judge~~

**NOTICE TO COUNSEL:** *If you are currently enrolled in the Optical Scanning Program and have changed your facsimile number or e-mail address since your enrollment, you must complete an Enrollment/Update Form G-76 to ensure that documents are served at the proper facsimile number or e-mail address. This form, as well as information about the Optical Scanning Program, is available on the Court's website at www.cacd.uscourts.gov.*

SUBSTITUTION OF ATTORNEY

G-01 (08/02)

DOCKETED ON CM
SEP - 1 2005
37
022

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I, Debra L. Ard, am employed in the aforesaid County, State of California; I am over the age of 18 years and not a party to the within action; my business address is 100 West Broadway, Suite 100, Glendale, CA 91210.

On August 31, 2005, I served the foregoing **SUBSTITUTION OF ATTORNEY** on the interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

Stephen Yagman
Yagman & Yagman & Reichmann
723 Ocean Front Walk
Venice Beach, CA 90291-3270

Mark Rosenbaum
Claire Pastore
ACLU Foundation of Southern California
1616 Beverly Blvd.
Los Angeles, CA 90026

BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid at Glendale, California, in the ordinary course of business. I am aware that on motion of the party service, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 31, 2005, at Glendale, California.

_Debra J. Ard_
Declarant