SEND

FILED
CLERK, U.S DISTRICT COURT

SEP 1 3 2005

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| DENNIS RUTHERFORD, | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV 75-04111-MMM |
| v. | |
| SHERMAN BLOCK, ET AL., | ORDER TRANSFERRING CIVIL ACTION UNDER SECTION 3.1 OF GENERAL ORDER 224 |
| DEFENDANT(S). | |

Pursuant to Section 3.1 of General Order 224,

IT IS HEREBY ORDERED that the above-entitled civil action be transferred to the calendar of Judge _____ DEAN D. PREGERSON _____ for all further proceedings.

SEPTEMBER 9, 2005
Date

*Margaret M. Morrow*
United States District Judge

9-9-05
Date

*[signature]*
United States District Judge

---

**NOTICE TO COUNSEL FROM CLERK**

On all documents subsequently filed in this case, please substitute the initials _____ DDP _____ after the case number, so that the case number will read _____ CV 75-04111-DDP _____. This is very important because documents are routed to the assigned Judge by means of these initials.

The case file, under seal documents, exhibits, docket, transcripts or depositions may be viewed at the:
☒ Western   ☐ Southern   ☐ Eastern Division.

Subsequent documents must be filed at the   ☒ Western   ☐ Southern   ☐ Eastern Division.
Failure to file at the proper location will result in your documents being returned to you.

Clerk, U.S. District Court

By ANEL HUERTA
Deputy Clerk

38

CV-29 (01/05)   ORDER TRANSFERRING CIVIL ACTION UNDER SECTION 3.1 OF GENERAL ORDER 224

ENTERED ON CM 9/13/05