YAGMAN & YAGMAN & REICHMANN
STEPHEN YAGMAN
MARION R. YAGMAN
JOSEPH REICHMANN
723 Ocean Front Walk
Venice Beach, California 90291
(310) 452-3200

Attorneys for Proposed Intervenor,
MARTIN QUINTANA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DENNIS RUTHERFORD, et al., | No. Civ.-75-04111-DDP(SHx) |
| Plaintiffs, | |
| vs. | **NOTICE OF APPEAL** |
| PETER PITCHESS, et al., | (09-12-05) |
| Defendants. | |

**NOTICE IS GIVEN** that MARTIN QUINTANA appeals to the United States Court of Appeals for the Ninth Circuit from the order entered on September 1, 2005 denying his application to intervene and for dissolution of injunction.

YAGMAN & YAGMAN & REICHMANN

By: /s/ Stephen Yagman
STEPHEN YAGMAN

Counsel: Mark Rosenbaum, 1616 Beverly Blvd., L.A., CA 90029 (Plaintiffs); David Lawrence (Defendants), Ste. 1200, 100 W. Broadway, Glendale, CA 91210

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE, MOST RECENT, ADDRESS OF RECORD, IN THIS ACTION, ON THIS DATE.
DATED: SEP 20 2005
C. Brizuela
DEPUTY CLERK

DOCKETED ON CM
SEP 16 2005
BY ___ 029

43.

not Paid

Bill ✓
Fees Pd ✓
Frms Gvn ✓
CAD ✓
TDO ✓
Ntc/Dkt Mld ___
FP Frms Gvn ___

FILED 2005 SEP 12 PM 1:06
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

ORIGINAL