ROGER H. GRANBO, State Bar No. 108372
OFFICE OF COUNTY COUNSEL
COUNTY OF LOS ANGELES
648 Kenneth Hahn Hall of Administration
500 West Temple Street
Los Angeles, CA 90012
Ph.: (213) 974-1924
Fax: (213) 687-7337

PAUL B. BEACH, State Bar No. 166265
JUSTIN W. CLARK, State Bar No. 235477
FRANSCELL, STRICKLAND, ROBERTS & LAWRENCE
A Professional Corporation
100 West Broadway, Suite 1200
Glendale, California 91210-1219
Telephone No. (818) 545-1925
Facsimile No. (818) 545-1937

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS RUTHERFORD, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> SHERMAN BLOCK, et al., <br><br> Defendants. | Case No. CV 75-04111 DDP <br><br> Honorable Dean D. Pregerson <br><br> [~~PROPOSED~~] ORDER GRANTING DEFENDANTS' *EX PARTE* APPLICATION FOR AN ORDER CONTINUING THE HEARING ON PROPOSED INTERVENORS' MOTION FOR PERMISSIVE INTERVENTION AND TO DISSOLVE INJUNCTION, AND EXTENDING THE DEADLINE FOR DEFENDANTS TO FILE AN OPPOSITION THERTO <br><br> *IMMEDIATE RELIEF REQUESTED* <br><br> *[Defendants' Ex Parte Application filed concurrently herewith]* |

After consideration of the *Ex Parte* Application of Defendants for an order continuing or taking off calendar the hearing on Proposed Intervenors' Motion for

1.

RUTHERFORD\EPA Order re Mtn to Intervene

Order of Permissive Intervention and to dissolve any prison conditions injunction that may exist, and extending the deadline for Defendants to file an Opposition thereto, and any opposition papers,

On proof made to the satisfaction of the Court, and it appearing that there is good cause therefor, IT IS HEREBY ORDERED THAT:

1. Defendants' Application be, and hereby is, GRANTED;

2. The hearing on Proposed Intervenors' Motion for Order of Permissive Intervention and To Dissolve Injunction is hereby continued to 10:00 a.m./p.m. on Monday, Nov. 14, 2005;

3. The deadline for Defendants to file an Opposition to the Motion is Oct. 31, 2005 (Monday); and

4. The deadline for Proposed Intervenors to file any Reply papers is Nov. 7, 2005 (Monday).

Dated: 10-17-05

_____
Honorable Dean D. Pregerson
United States District Court

2

RUTHERFORD\EPA Order re Mtn to Intervene

|     |     |
| --- | --- |
| 1   | **PROOF OF PERSONAL SERVICE** |
| 2   |     |
| 3   | STATE OF CALIFORNIA, COUNTY OF LOS ANGELES |
| 4   | I am employed in the aforesaid County, State of California; I am over the age of 18 years and not a party to the within action; my business address is 1ST Class Messenger, 6004 San Fernando Road, Glendale, CA 91202. |

# PROOF OF PERSONAL SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the aforesaid County, State of California; I am over the age of 18 years and not a party to the within action; my business address is 1ST Class Messenger, 6004 San Fernando Road, Glendale, CA 91202.

On October 13, 2005, I personally delivered by hand the foregoing **[PROPOSED] ORDER GRANTING DEFENDANTS'** *EX PARTE* **APPLICATION FOR AN ORDER CONTINUING THE HEARING ON PROPOSED INTERVENORS' MOTION FOR PERMISSIVE INTERVENTION AND TO DISSOLVE INJUNCTION, AND EXTENDING THE DEADLINE FOR DEFENDANTS TO FILE AN OPPOSITION THERETO** to:

Stephen Yagman
Yagman & Yagman & Reichmann
723 Ocean Front Walk
Venice Beach, CA 90291-3270

I declare under penalty of perjury that the foregoing is true and correct

Executed on October 13, 2005, at Glendale, California.

EMIL HANOYAN
Print Name

_____
Signature

3

RUTHERFORD\EPA Order re Mtn to Intervene

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I, Pam Gonzalez, am employed in the aforesaid County, State of California; I am over the age of 18 years and not a party to the within action; my business address is 100 West Broadway, Suite 100, Glendale, CA 91210.

On October 13, 2005, I served the foregoing **[PROPOSED] ORDER GRANTING DEFENDANTS' *EX PARTE* APPLICATION FOR AN ORDER CONTINUING THE HEARING ON PROPOSED INTERVENORS' MOTION FOR PERMISSIVE INTERVENTION AND TO DISSOLVE INJUNCTION, AND EXTENDING THE DEADLINE FOR DEFENDANTS TO FILE AN OPPOSITION THERETO** on the interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

| Stephen Yagman | Mark Rosenbaum |
|---|---|
| Yagman & Yagman & Reichmann | Claire Pastore |
| 723 Ocean Front Walk | ACLU Foundation of Southern |
| Venice Beach, CA 90291-3270 | California |
| | 1616 Beverly Blvd. |
| | Los Angeles, CA 90026 |

BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid at Glendale, California, in the ordinary course of business. I am aware that on motion of the party service, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 13, 2005, at Glendale, California.

_____
Declarant

4

RUTHERFORD\EPA Order re Mtn to Intervene