UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

___ Priority
_✓_ Send
___ Clsd
___ Enter
___ JS-5/JS-6
___ JS-2/JS-3
___ Scan Only

Case No.   CV 75-04111 DDP                         Dated: November 7, 2005

Title:   DENNIS RUTHERFORD -v- SHERMAN BLOCK
================================================================
PRESENT:   HONORABLE DEAN D. PREGERSON, JUDGE

John A. Chambers                           None Present
Courtroom Deputy                           Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

None                                       None

PROCEEDINGS:      MINUTE ORDER (IN CHAMBERS)

**COUNSEL ARE NOTIFIED** that on the Court's own motion the MOTION FOR ORDER OF PERMISSIVE INTERVENTION AND TO DISSOLVE AND PRISON CONDITIONS INJUNCTION THAT MAY EXIST (FILED ON 10-12-05) set for November 14, 2005 at 10:00 a.m., is hereby VACATED.

MINUTES FORM 11
CIVIL -- GEN



Initials of Deputy Clerk ___