FILED
CLERK, U.S. DISTRICT COURT
FILED
NOV 18 2005
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

DOCKETED ON CM
NOV 18 2005
BY ____ 079

✓ Priority
✓ Send
__ Clsd
✓ Enter
NO  JS-5/JS-6
__ JS-2/JS-3
__ Scan Only

ENTERED
CLERK, U.S. DISTRICT COURT
NOV 18 2005
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS RUTHERFORD, | Case No. CV 75-04111 DDP |
| Plaintiff, | **STIPULATION AND ORDER RE: INJUNCTION** |
| v. | |
| SHERMAN BLOCK, | |
| Defendants. | |

The parties agree that the <u>Rutherford</u> injunction, as modified herein, shall be applicable to this action as set forth below.

INJUNCTION

(1) Every inmate kept overnight in the jail will be accorded a mattress and a bunk upon which to sleep.

(2) "Bunk" shall be as defined at Section 1272 ("Mattresses") of Title 15 of the California Code of Regulations and Section 470A.3.5 ("Beds") of Title 24 of the California Code of Regulations.

(3) All bunks shall be supplied with full bedding. Bedding shall mean the Standard Bedding and Linen Issue as set forth in Title 15

THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP, RULE 77(d)

64

at Section 1270 of the California Code of Regulations.

(4) The defendants may not house an inmate on a bunk in the freeways in the Men's Central Jail.

(5) Inmates shall not be housed in any area where there is not reasonably close access to toilets.

(6) In the event an inmate is not accorded a mattress and bunk upon which to sleep, for each such inmate, the defendants shall record that fact on a form. This form shall be entitled Record of Inmate Without A Bunk. This form shall contain the following information:

    A) the inmate's name;
    B) the inmate's booking number;
    C) the date; and,
    D) the reason.

This form shall be prepared for each inmate on the night on which the inmate was not accorded a mattress and bunk upon which to sleep. The forms shall be accessible to counsel for plaintiffs contemporaneously at the jail facilities and provided by defendants to counsel for plaintiffs and counsel for plaintiffs in the Thomas matter every 30 to 60 days.

(7) In addition, the defendants shall provide counsel for plaintiffs via e-mail on a daily basis a summary of the total number of inmates who have been kept overnight without a mattress and a bunk upon which to sleep.

(8) Nothing in this injunction is intended to establish a constitutional standard. The parties do not waive their right to assert a different standard or standards in any later proceedings.

BY _____
MARK ROSENBAUM
PETER ELIASBERG
ATTORNEY FOR PLAINTIFFS

BY _____
PAUL BEACH
ATTORNEY FOR DEFENDANTS

BY _____
LIEUTENANT SHAUN MATHERS
LOS ANGELES COUNTY
SHERIFF'S DEPARTMENT

IT IS SO ORDERED.

Dated: 11-18-05

_____
DEAN D. PREGERSON
United States District Judge