UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

DENNIS RUTHERFORD,

Plaintiff,

and

MARTIN QUINTANA,

Intervenor - Appellant,

v.

LEROY D. BACA, Sheriff, substituted for Sherman Block and previously Peter J. Pitchess,

Defendant - Appellee.

No. 05-56402
D.C. No. CV-75-04111-DDP

**ORDER**

FILED
FEB 10 2006
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

A review of the file in this case reveals that the appellant has failed to perfect the appeal as prescribed by the Federal Rules of Appellate Procedure.

Pursuant to Ninth Circuit Rule 42-1, this appeal is dismissed for failure to file the opening brief on appeal in this case.

A certified copy of this order sent to the district court shall act as and for the mandate of this court.

FOR THE COURT:

Cathy A. Catterson
Clerk of Court

By: Synitha Fuller
Deputy Clerk

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST
FEB 10 2006
Deputy Clerk

RECEIVED
CLERK, U.S. DISTRICT COURT
FEB 15 2006
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

DOCKETED ON CM
FEB 16 2006
BY          032

71