MARK D. ROSENBAUM, SBN 59940
PETER J. ELIASBERG, SBN 189110
RICARDO D. GARCIA, SBN 178111
ACLU FOUNDATION OF
 SOUTHERN CALIFORNIA
1616 Beverly Boulevard
Los Angeles, CA 90026
Telephone: (213) 977-9500
Facsimile: (213) 250-3919

Priority ✓
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

Attorneys for Plaintiffs

FILED
CLERK, U.S. DISTRICT COURT
FEB 22 2006
CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS RUTHERFORD, et al, | Case No. Civ. 75-04111-DDP |
| Plaintiffs, | **ORDER RE ATTORNEY FEES** |
| v. | |
| LEROY BACA, et al., | ~~Courtroom 780, Roybal~~ COURTROOM 3 |
| Defendants. | Honorable Dean D. Pregerson |

GOOD CAUSE APPEARING THEREFORE, an award of attorney's fees in the amount of $20,000.00 for the time period of January and February, 2005 is hereby granted.

Dated: 2-22-06

_____
Dean D. Pregerson
United States District Court Judge

Submitted by:

_____
Mark D. Rosenbaum
Attorney for Plaintiff

DOCKETED ON CM
FEB 23 2006
BY              002

**PROOF OF SERVICE BY MAIL**

I, EVANGELINE F. REYES, declare:

I am a resident of the County of Los Angeles, California; that I am over the age of eighteen (18) years of age and not a party to the within-entitled cause of action; that I am employed in the County of Los Angeles, California; and that my business address is 1616 Beverly Boulevard, Los Angeles, California 90026.

On February 16, 2006, I served a copy of the attached document(s) described as:

**ORDER RE ATTORNEYS FEES**

on the parties of record in said cause by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

> Roger H. Granbo
> Los Angeles County Counsel
> 648 Kenneth Hahn Hall of Administration
> 500 West Temple Street
> Los Angeles, CA 90012
> *Counsel for Defendants*

[XX] I am readily familiar with the office's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I am employed in the office of a member of the bar of the State of California at whose direction service was made.

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.

Executed on February 16, 2006, at Los Angeles, California.

Evangeline F. Reyes