

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

Priority Send ✓
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

| Case No. | CV 75-04111 DDP | Date | May 3, 2006 |
|---|---|---|---|

Title  DENNIS RUTHERFORD -V- SHERMAN BLOCK

Present: The Honorable  DEAN D. PREGERSON, U.S. DISTRICT JUDGE

| John A. Chambers | None Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  
None Present

Attorneys Present for Defendants:  
None Present

Proceedings:  MINUTE ORDER (IN CHAMBERS)

**COUNSEL ARE NOTIFIED** that on the Court's own motion a STATUS CONFERENCE is hereby set for May 8, 2006 at 1:30 p.m.



: N/A

Initials of Preparer  jac

CV-90 (12/02)   CIVIL MINUTES - GENERAL   Page 1 of 1