

Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS RUTHERFORD, et al. | Case No. CV75-04111-DDP |
| Plaintiffs, | ORDER |
| v. | |
| LEROY BACA, et al., | |
| Defendants. | |

The ACLU, attorneys for the plaintiffs, requested that the Court conduct a status conference concerning conditions at the Men's Central Jail. These conditions include allegations of overcrowding. On May 8, 2006, the Court conducted the requested status conference. During the status conference, counsel for the plaintiffs requested that the Court assume, in effect, the role of a mediator in facilitating the improvement of conditions at the Men's Central Jail. Counsel for the defendants disputed the allegations that overcrowding existed at the Men's Central Jail, and disputed the presence of other substandard conditions as well. During the hearing, counsel for the ACLU requested that the Court receive an orientation tour of the Men's Central Jail. Counsel for



1 | the defendants agreed to arrange the orientation tour. On May 10,
2 | 2006 at 3:30 p.m. the Court received the orientation tour.
3 | The Court sets this matter for further status conference on
4 | May 11, 2006 at 10:00 a.m.

6 | Dated: May 10, 2006

DEAN D. PREGERSON
United States District Judge

2