# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Priority Send ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

| Case No. | CV 75-04111 DDP | Date | May 11, 2006 |
|---|---|---|---|

Title  DENNIS RUTHERFORD -V- SHERMAN BLOCK

---

Present: The Honorable   DEAN D. PREGERSON, U.S. DISTRICT JUDGE

| John A. Chambers | Maria Bustillos | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:

Mark D. Rosenbaum
Ranjana Natarajan
Jody Kent
Peter J. Eliasberg

Attorneys Present for Defendants:

Paul B. Beach
David D. Lawrence

Proceedings:

**STATUS CONFERENCE (COURT ORDERED 05-10-05)**

---

Court hears oral argument and continues this matter to Thursday, May 25, 2006 at 1:30 p.m.

A joint brief shall be filed no later than Tuesday, May 23, 2006.

DOCKETED ON CM
5-11-06
MAY 11 2006
BY ___ 079

00 : 48

Initials of Preparer