# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

FILED
CLERK, U.S. DISTRICT COURT

MAY 1 2 2006

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

To: ☒ U.S. District Judge / ☐ U.S. Magistrate Judge _Pregerson_

From: _Terry R. Baker_ , Deputy Clerk    Date Received: _05/10/2006_

Case No. _CV 75-4111-DDP_    Case Title: _Rutherford -V- Los Angeles County Sheriff, et al_

Document Entitled: _Ex parte application for intervention_

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

| | | | Priority | |
|---|---|---|---|---|
| ☐ Local Rule 11-3.1 | Document not legible | | Send | ☒ |
| ☐ Local Rule 11-3.8 | Lacking name, address, phone and facsimile numbers | | Enter | |
| ☐ Local Rule 11-4.1 | No copy provided for judge | | Closed | |
| ☐ Local Rule 19-1 | Complaint/Petition includes more than ten (10) Does or fictitiously named parties | | JS-5/JS-6 | |
| ☐ Local Rule 15-1 | Proposed amended pleading not under separate cover | | JS-2/JS-3 | |
| ☐ Local Rule 11-6 | Memorandum/brief exceeds 25 pages | | Scan Only | |
| ☐ Local Rule 11-8 | Memorandum/brief exceeding 10 pages shall contain table of contents | | | |
| ☒ Local Rule 7.1-1 | No Certification of Interested Parties and/or no copies | | | |
| ☐ Local Rule 6.1 | Written notice of motion lacking or timeliness of notice incorrect | | | |
| ☐ Local Rule 56-1 | Statement of uncontroverted facts and/or proposed judgment lacking | | | |
| ☐ Local Rule 56-2 | Statement of genuine issues of material fact lacking | | | |
| ☐ Local Rule 7-19.1 | Notice to other parties of ex parte application lacking | | | |
| ☐ Local Rule 16-6 | Pretrial conference order not signed by all counsel | | | |
| ☐ FRCvP Rule 5(d) | No proof of service attached to document(s) | | | |
| ☒ Other: | _There was no Complaint to intervene_ | | | |

**Note:  Please refer to the court's Internet website at www.cacd.uscourts.gov for local rules and applicable forms.**

_Submitted._

---

## ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☒ The document is to be filed and processed.  The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk.  Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

_5-11-06_
Date

_Dean D. Pregerson_
U.S. District Judge / ~~U.S. Magistrate Judge~~

☐ The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to *counsel.  *Counsel shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

_____
Date

_____
U.S. District Judge / U.S. Magistrate Judge

*The term "counsel" as used herein also includes any pro se party.  See Local Rule 1-3.

DOCKETED ON CM

MAY 1 2 2006

BY _____ 022

U.S. GPO: 2005-785-501/39195

83