FILED
CLERK, U.S. DISTRICT COURT
MAY 12 2006
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

___ Priority
✓ Send
___ Clsd
___ Enter
___ JS-5/JS-6
___ JS-2/JS-3
___ Scan Only

SCANNED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS RUTHERFORD, et al., | Case No. CV 75-04111 DDP |
| Plaintiffs, | ORDER DENYING EX PARTE APPLICATION BY NON-PARTY PRESS ORGANIZATION LOS ANGELES TIMES COMMUNICATIONS LLC TO INTERVENE AND ACCESS JAIL TOUR |
| v. | |
| LEROY BACA et al., | |
| Defendants. | |

In connection with this case, the Court visited the Men's Central Jail on May 10, 2006. The Court recognizes the strong public interest in having access to all proceedings in this matter. However, the Los Angeles Times filed this application after the Court began its tour of the jail. Accordingly, the Court denies the ex parte application.

IT IS SO ORDERED.

Dated: 5-11-06

DEAN D. PREGERSON
United States District Judge

DOCKETED ON CM  MAY 12 2006