# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Priority
Send      ✔
Enter     ___
Closed    ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

## CIVIL MINUTES - GENERAL

| Case No. | CV 75-04111 DDP | Date | May 25, 2006 |
|---|---|---|---|

Title    DENNIS RUTHERFORD -V- SHERMAN BLOCK

---

Present: The Honorable    DEAN D. PREGERSON, U.S. DISTRICT JUDGE

| John A. Chambers | Maria Bustillos | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Mark D. Rosenbaum<br>Jody Kent<br>Ranjana Natarajan | Paul B. Beach |

Proceedings:

## STATUS CONFERENCE (COURT ORDERED 05-10-05)

---

Court and counsel confer re case status.

An additional status conference is hereby set for June 6, 2006 at 1:00 p.m.



DOCKETED ON CM

MAY 25 2006

5-25-06                079

BY _____

00 : 18

Initials of Preparer _____

---