# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Send ✓
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

**CIVIL MINUTES - GENERAL**

| Case No. | CV 75-04111 DDP | Date | December 11, 2006 |
|---|---|---|---|

| Title | DENNIS RUTHERFORD -V- LEROY BACA |
|---|---|

Present: The Honorable  DEAN D. PREGERSON, U.S. DISTRICT JUDGE

| John A. Chambers | Maria Bustillos | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:

Mark D. Rosenbaum
David C. Fathi
Melinda Bird

Attorneys Present for Defendants:

Paul B. Beach
Justin W. Clark
David D. Lawrence

Proceedings:

SHOW CAUSE HEARING RE: ISSUANCE OF PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER (COURT ORDERED 10-27-06)

Court hears oral argument and continues the TRO to January 11, 2007.

The Court sets a STATUS CONFERENCE / SETTLEMENT CONFERENCE for January 11, 2007 at 2:00 p.m.

01 : 47

Initials of Preparer

CV-90 (12/02)   CIVIL MINUTES - GENERAL   Page 1 of 1