```
                                        FILED
                                CLERK, U.S. DISTRICT COURT

                                     DEC 1 1 2006

                               CENTRAL DISTRICT OF CALIFORNIA
                               BY                     DEPUTY
```

Priority   Send ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DENNIS RUTHERFORD, et al.      )  Case No. CV 75-04111 DDP
                               )
          Plaintiffs,          )  **ORDER CONTINUING HEARING RE**
                               )  **ISSUANCE OF PRELIMINARY**
     v.                        )  **INJUNCTION AND TEMPORARY**
                               )  **RESTRAINING ORDER**
LEROY BACA, et al.,            )
                               )  [Motion filed on November 20,
          Defendants.          )  2006]
                               )

     The Court hereby orders the Sheriff's Department to submit a proposed timeline for alleviating overcrowding conditions at the Men's Central Jail. At a minimum, the timeline should be organized in increments of 90 days, 120 days and 12 months. Copies should be provided to the Court and the parties no later than January 4, 2007, one week before the settlement conference scheduled for January 11, 2007. In addition, any data upon which the Sheriff's Department bases the proposed timeline shall be provided to the ACLU at the same time that copies of the timeline are provided. Finally, the Court orders that the ACLU shall be entitled to visit the Men's Central Jail and the Inmate Reception Center without notice. However, the Court recommends that the ACLU provide the



DOCKETED ON CM
DEC 12 2006

1 | defendants with at least one hour prior notice.

2

3 | IT IS SO ORDERED.

4 | Dated: December 11, 2006

*[signature]*
DEAN D. PREGERSON
United States District Judge