# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

| Case No. | CV 75-04111 DDP | Date | January 11, 2007 |
|---|---|---|---|

Title   DENNIS RUTHERFORD -V- LEROY BACA

Present: The Honorable   DEAN D. PREGERSON, U.S. DISTRICT JUDGE

| John A. Chambers | Maria Bustillos | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:
Mark D. Rosenbaum
Melinda Bird

Attorneys Present for Defendants:
Paul B. Beach
Justin W. Clark
Roger G. Granbo, Jr.

Proceedings:

## LOCAL RULE 16-14.4 SETTLEMENT CONFERENCE

Court conducts settlement conference and continues the matter to Friday, February 2, 2007 at 2:30 p.m.

DOCKETED ON CM
JAN 1 2 2007
BY

01 : 29

Initials of Preparer