Priority ___
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | |
|---|---|---|
| Case No. | CV 75-04111 DDP | Date: February 2, 2007 |

Title   DENNIS RUTHERFORD -V- LEROY BACA

---

Present: The Honorable   **DEAN D. PREGERSON, U.S. DISTRICT JUDGE**

| John A. Chambers | Maria Bustillos | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:

Mark D. Rosenbaum
Jody Kent
Melinda Bird

Attorneys Present for Defendants:

Paul B. Beach
Roger G. Granbo, Jr.

Proceedings:

**ADDITIONAL STATUS CONFERENCE / SETTLEMENT CONFERENCE (COURT ORDERED 12-11-06)**

---

Court and counsel confer re case status.

Court conduct the settlement conference and continues the matter to April 13, 2007 at 2:30 p.m.



DOCKETED ON CM
FEB - 2 2007
BY _____ 022

02 : 16

Initials of Preparer _____