UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

____ Priority
_✓_ **Send**
____ Clsd
____ Enter
____ JS-5/JS-6
____ JS-2/JS-3
____ Scan Only

Case No.   CV 75-04111 DDP                                  Dated: April 11, 2007

Title:   DENNIS RUTHERFORD -v- LEROY BACA
================================================================
PRESENT:   HONORABLE DEAN D. PREGERSON, JUDGE

John A. Chambers                              None Present
Courtroom Deputy                              Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:

None                                          None

PROCEEDINGS:     MINUTE ORDER (IN CHAMBERS)


**COUNSEL ARE NOTIFIED** that on the Court's own motion the ADDITIONAL STATUS CONFERENCE / SETTLEMENT CONFERENCE (COURT ORDERED 12-11-06) is hereby continued from April 13, 2007 to April 16, 2007 at 2:00 p.m.


MINUTES FORM 11
CIVIL -- GEN



Initials of Deputy Clerk
DOCKETED ON CM
APR 11 2007
BY _____ 022
126