UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

✓ Priority
✓ **Send**
___ Clsd
___ Enter
___ JS-5/JS-6
___ JS-2/JS-3
___ Scan Only

Case No.  CV 75-04111 DDP                    Dated: April 16, 2007

Title:  DENNIS RUTHERFORD -v- LEROY BACA
================================================================
PRESENT:  HONORABLE DEAN D. PREGERSON, JUDGE

John A. Chambers                              None Present
Courtroom Deputy                              Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:

None                                          None

PROCEEDINGS:     MINUTE ORDER (IN CHAMBERS)


**COUNSEL ARE NOTIFIED** that on the Court's own motion the ADDITIONAL STATUS CONFERENCE / SETTLEMENT CONFERENCE (COURT ORDERED 12-11-06) is hereby continued from April 16, 2007 to April 20, 2007 at 2:30 p.m.


MINUTES FORM 11
CIVIL -- GEN

DOCKETED
APR 17 2007

Initials of Deputy Clerk