# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | |
|---|---|---|
| Priority Send | ✓ | |
| Enter | | |
| Closed | | |
| JS-5/JS-6 | | |
| JS-2/JS-3 | | |
| Scan Only | | |

| Case No. | CV 75-04111 DDP | Date | April 20, 2007 |
|---|---|---|---|

Title   DENNIS RUTHERFORD -V- LEROY BACA

---

Present: The Honorable   DEAN D. PREGERSON, U.S. DISTRICT JUDGE

| John A. Chambers | Maria Bustillos | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Mark D. Rosenbaum<br>Melinda Bird | Paul B. Beach<br>Justin W. Clark<br>Roger G. Granbo, Jr. |

Proceedings:

### ADDITIONAL STATUS CONFERENCE / SETTLEMENT CONFERENCE (COURT ORDERED 12-11-06)

---

Court and counsel confer re: case status.

An ADDITIONAL STATUS CONFERENCE / SETTLEMENT CONFERENCE is hereby set for June 1, 2007 at 3:00 p.m.

DOCKETED ON CM
APR 2 3 2007
BY

1 : 51

Initials of Preparer