Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

SCANNED

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 75-04111 DDP | Date | June 1, 2007 |

Title   DENNIS RUTHERFORD -V- LEROY BACA

---

Present: The Honorable   **DEAN D. PREGERSON, U.S. DISTRICT JUDGE**

| John A. Chambers | None Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Mark D. Rosenbaum | Paul B. Beach |
| David C. Wathi | Justin W. Clark |
| | Roger G. Granbo, Jr. |

Proceedings:

### ADDITIONAL STATUS CONFERENCE / SETTLEMENT CONFERENCE (COURT ORDERED 04-20-07)

---

Court and counsel confer re: case status.

DOCKETED ON
JUN - 4
BY ___

00 : 38

135

Initials of Preparer ___

---

CV-90 (12/02)                    **CIVIL MINUTES - GENERAL**                    Page 1 of 1