Name and address

Margaret Winter
National Prison Project of the ACLU Foundation
915 15th Street, NW, 7th Floor
Washington, DC 20005
Telephone: (202) 393-4930
Fax: (202) 393-4931

FILED
CLERK, U S DISTRICT COURT
OCT - 9 2007

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| DENNIS RUTHERFORD, et al., Plaintiff(s) | CASE NUMBER Civ. No. 75-04111-DDP |
|---|---|
| v. | |
| SHERMAN BLOCK, et al., Defendant(s). | APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |

NOTICE    Effective June 1, 2004, the fee for *Pro Hac Vice* Appearance is $185.00 for **each case** application Please submit the fee with your application. Pursuant to Local Rule 83-2 4, submission of this application and the fee is waived for attorneys for the United States, its departments and agencies with Appointment Affidavits on file with the Clerk. If no Appointment Affidavit is on file, submission of the application is required.
*To receive orders and judgements by e-mail, complete and return the Optical Scanning Enrollment form (G-76), available on the court's website at www.cacd.uscourts.gov.*

I, _____ Margaret Winter _____ , hereby apply to the Court under Local Rule 83-2 8.2 for permission to appear and participate in the above-entitled action on behalf of ☑ Plaintiff ☐ Defendant _____ Dennis Rutherford, et al. _____ by whom I have been retained.

My *out-of-state* business information is as follows.

National Prison Project of the ACLU Foundation
*Firm Name*

915 15th Street, NW, 7th Floor,
*Street Address*

Washington, D.C. 20005                              mwinter@npp-aclu.org
*City, State, Zip*                                   *E-Mail Address*

(202) 393-4930                                       (202) 393-4931
*Telephone Number*                                   *Fax Number*

I am a member in good standing and eligible to practice before the following courts:

| Title of Court | Date of Admission |
|---|---|
| District of Columbia Bar | June 15, 1973 |
| New York State Bar | September 26, 1977 |
| United States District Court for the District of Columbia | July 6, OCT 11 2007 |

CLERK US DISTRICT COURT 4612

I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of California I am not currently suspended or disbarred in any court

DOCKETED ON CM
OCT 15 2007

017680

G-64 (06/05)    APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE    PAGE 1 of 2

I have concurrently, or within three (3) years of this application, made *Pro Hac Vice* applications to this Court in the following actions:

| Case Number | Ttitle of Action | Date of Application | Application Granted or Denied |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

If any *Pro Hac Vice* applications submitted within three (3) years of this application have been denied by the Court, please explain:

I designate _____Melinda Bird_____ as local counsel, whose business information is as follows

ACLU Foundation of Southern California
*Firm Name*
1616 Beverly Blvd.
*Street Address*
Los Angeles, CA 90026              mbird@aclu-sc.org
*City, State, Zip*                   *E-Mail Address*
(213) 977-9500 x 219              (213) 250-3919
*Telephone Number*                  *Fax Number*

who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R. Civ. P., the F.R. Crim. P., and the F.R. Evidence.

Dated September 11, 2007          Margaret Winter
                                  *Applicant's Name (please print)*
                                  [signature]
                                  *Applicant's Signature*

I hereby consent to the foregoing designation as local counsel.

Dated 9/17/07                     Melinda Bird  [signature]
                                  *Designee's Name (please print)*
                                  [signature]
                                  *Designee's Signature*
                                  102236
                                  *Designee's California State Bar Number*

**NOTE:** COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE* (G-64 ORDER) ALONG WITH THIS APPLICATION.