Margaret Winter
National Prison Project of the ACLU Foundation
915 15th Street, NW
7th Floor
Washington, DC 20005
Telephone. (202) 393-4930
Facsimile: (202) 393-4931

Priority ✓
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

FILED
CLERK, U S DISTRICT COURT
OCT 19 2007
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| DENNIS RUTHERFORD, et al., | CASE NUMBER |
|---|---|
| Plaintiff(s) | Civ. No. 75-04111-DDP |
| v. | |
| SHERMAN BLOCK, et al., | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |
| Defendant(s). | |

The Court, having reviewed the accompanying Application of __Margaret Winter__,
*Applicant's Name*

__National Prison Project of the ACLUF__ for permission to appear and participate in the above-entitled
*Firm Name*

action on behalf of Plaintiff __Dennis Rutherford, et al.,__

and the designation of __Melinda Bird__ of __ACLU Foundation of Southern California__
*Local Counsel Designee*   *Local Counsel Firm*

as local counsel, hereby **ORDERS** the Application be:

☑ **GRANTED**

☐ **DENIED** Fee, if paid, shall be returned by the Clerk.

Dated __10-18-07__

_____
U S. District Judge/~~U S. Magistrate Judge~~



DOCKETED ON CM
OCT 19 2007
BY _____ 210



G-64 ORDER (06/05)  ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my present business address is 1616 Beverly Blvd., Los Angeles, California 90026.

On September 17, 2007, I served the foregoing documents described as:

**APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE; ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**

on the interested parties by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Paul B. Beach<br>David D. Lawrence<br>Franscell, Strickland,<br>Roberts & Lawrence<br>100 West Broadway, Suite 1200<br>Glendale, CA 91210-1219 | Roger H. Granbo,<br>Office of County Counsel<br>County of Los Angeles<br>648 Kenneth Hahn Hall of Admin.<br>500 West Temple Street<br>Los Angeles, CA 90012 |

[XX] BY MAIL as follows: I caused such envelope(s) fully prepaid with US Postage to be placed in the United States Mail at Los Angeles, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

XX (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on September 17, 2007, at Los Angeles, California.

Evangeline F. Reyes