MARK D. ROSENBAUM, SBN 59940
PETER J. ELIASBERG, SBN 189110
MELINDA BIRD SBN 102236
ACLU FOUNDATION OF
 SOUTHERN CALIFORNIA
1616 Beverly Boulevard
Los Angeles, CA 90026
Telephone: (213) 977-9500
Facsimile: (213) 250-3919
mbird@aclu-sc.org

DAVID C. FATHI*, Pro Hac Vice
ACLU NATIONAL PRISON PROJECT
915 15th Street NW, 7th Floor
Washington D.C. 20005
Telephone: (202) 548-6609
Facsimile: (202) 393-4931
E-mail: dfathi@npp-aclu.org
*Not admitted in D.C.; practice limited to federal courts.

Attorneys for Plaintiffs

PAUL BEACH, SBN 166265
DAVID D. LAWRENCE, SBN 123039
FRANSCELL, STRICKLAND,
 ROBERTS & LAWRENCE, P.C.
100 West Broadway, Suite 1200
Glendale, CA 91210-1219
Telephone: (818) 545-1925
Facsimile: (818) 545-1937

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DENNIS RUTHERFORD, et al, <br><br> Plaintiffs, <br><br> v. <br><br> SHERMAN BLOCK, et al., <br><br> Defendants. | Case No. Civ. 75-04111-DDP <br><br> [Proposed] <br> ORDER RE: ATTORNEY FEES AND JOINT STIPULATION IN SUPPORT THEREOF. |

## JOINT STIPULATION

IT IS HEREBY STIPULATED, by and between the parties, that:

1. A dispute exists between the parties concerning a claim by Plaintiffs for attorneys' fees and costs in this matter. The Plaintiffs have asked Defendants for $677,656 for these expenses for the period from May 1, 2006 to April 30, 2007, as well as additional sums for the period from June 1, 2007 to August 31, 2007. The parties have met and conferred on several occasions pursuant to Local Rule 7-3 and are continuing to discuss the subject with hopes of resolving the issue without the need for law and motion practice before the Court.

2. The parties agree that Defendant County of Los Angeles shall compensate Plaintiffs $160,000 for attorneys' fees and costs for the 16 month period from May 1, 2006 to August 31, 2007 (calculated at $10,000 per month for 16 months, consistent with prior payments approved by this Court). This agreement is made without prejudice to Plaintiffs' right to pursue a motion for additional attorneys' fees and costs for this time period. This agreement is also made without prejudice to Defendants' right to oppose such a motion and/or to argue that no fees and costs should be granted.

3. Based on and subject to these conditions and agreements, the parties stipulate and agree that an award of attorneys' fees and costs shall be granted in the amount of $160,000 for the period from May 1, 2006 to August 31, 2007.

Dated: November 5, 2007

Respectfully Submitted,

ACLU FOUNDATION OF
SOUTHERN CALIFORNIA

By: _____
Melinda Bird
Attorney for Plaintiffs

-2-

FRANSCELL, STRICKLAND,
ROBERTS & LAWRENCE, PC

By: _____
Paul Beach
Attorney for Defendants

OFFICE OF LOS ANGELES COUNTY COUNSEL

By: _____
Roger H. Granbo
Attorney for Defendants

## ORDER

GOOD CAUSE APPEARING THEREFORE, an award of attorneys' fees and costs in the amount of $160,000 for the time period from May 1, 2006 to August 31, 2007 is hereby granted, without prejudice to Plaintiffs' right to file a motion for additional fees and costs and/or Defendants' right to contest any request for fees and costs.

Dated: 11-13-07

_____
Dean D. Pregerson
United States District Court Judge

-3-

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1616 Beverly Boulevard, Los Angeles, California 90026. I am employed in the office of a member of the bar of this court at whose direction the service was made.

On November 5, 2007, I served the foregoing document:

**[PROPOSED] ORDER RE: ATTORNEY FEES AND JOINT STIPULATION IN SUPPORT THEREOF**

on the parties in this action by placing a true and correct copy of each document thereof, enclosed in a sealed envelope, addressed as follows:

Paul B. Beach
David D. Lawrence
Franscell, Strickland, Roberts & Lawrence
100 West Broadway, Suite 1200
Glendale, CA 91210-1219

Roger H. Granbo,
Office of County Counsel
County of Los Angeles
648 Kenneth Hahn Hall of Admin.
500 West Temple Street
Los Angeles, CA 90012

Stephen Yagman
Marion R. Yagman
Yagman & Yagman & Reichmann
723 Ocean Front Walk
Venice Beach, CA 90291-3270

I am readily familiar with the business' practice of collection and processing correspondence for mailing with the United States Postal Service. I know that the correspondence is deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at Los Angeles, California.

Executed on November 5, 2007, at Los Angeles, California.

SCOTT CONNOR