MARK D. ROSENBAUM, SBN 59940
PETER J. ELIASBERG, SBN 189110
MELINDA BIRD, SBN 102236
ACLU FOUNDATION OF
 SOUTHERN CALIFORNIA
1313 W. 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-9500
Facsimile: (213) 977-5297
mbird@aclu-sc.org

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS RUTHERFORD, et al, | Case No. CV 75-04111-DDP |
| Plaintiffs, | **Notice of Change of Address** |
| v. | Honorable Dean D. Pregerson |
| SHERMAN BLOCK, et al., | Courtroom: 3 |
| Defendants. | |

1  Pursuant to Local Rule 83-2.7, the undersigned attorneys of record in this action
2  hereby notify the court of change of address to:
3      ACLU Foundation of Southern California
       1313 W. 8th Street
4      Los Angeles, CA 90017
5  This office has also changed its facsimile number to: 213/977-5297. All other
6  information is unchanged.

7

8  DATED: April 18, 2008           Respectfully submitted,

9

10

11                                 _____
                                   BY: Mark D. Rosenbaum
12                                 ACLU Foundation of Southern California
                                   Interested Party
13

14

15

16
                                   _____
17
                                   BY: Peter J. Eliasberg
18                                 ACLU Foundation of Southern California
                                   Interested Party
19

20

21

22                                 _____
23                                 BY: Melinda Bird
                                   ACLU Foundation of Southern California
24                                 Interested Party

25

26

27

28

1