1  RAYMOND G. FORTNER, JR.
   ROGER H. GRANBO, State Bar No. 108372
2  OFFICE OF COUNTY COUNSEL
   COUNTY OF LOS ANGELES
3  648 Kenneth Hahn Hall of Administration
   500 West Temple Street
4  Los Angeles, CA 90012
   Ph.: (213) 974-1930
5  Fax: (213) 687-7337

6  PAUL B. BEACH, State Bar No. 166265
   pbeach@lbaclaw.com
7  JUSTIN W. CLARK, State Bar No. 235477
   LAWRENCE BEACH ALLEN & CHOI, PC
8  A Professional Corporation
   100 West Broadway, Suite 1200
9  Glendale, California 91210-1219
   Telephone No. (818) 545-1925
10 Facsimile No. (818) 545-1937

11 Attorneys for Defendants

12

13              **UNITED STATES DISTRICT COURT**

14              **CENTRAL DISTRICT OF CALIFORNIA**

15

16 DENNIS RUTHERFORD, et al.,       ) Case No. CV 75-04111 DDP
                                    )
17                                  ) Honorable Dean D. Pregerson
            Plaintiffs,             )
18                                  )
                                    )
19      vs.                         ) **NOTICE OF CHANGE OF FIRM**
                                    ) **NAME AND EMAIL ADDRESS**
20                                  )
   SHERMAN BLOCK, et al.,           )
21                                  )
                                    )
22          Defendants.             )
                                    )
23 _____ )

24

25      TO THE COURT, ALL INTERESTED PARTIES, AND TO THEIR

26 COUNSEL OF RECORD:

27 ///

28 ///

1

RUTHERFORD\NOTICE-CHANGE FIRM NAME

PLEASE TAKE NOTICE that, effective immediately, the firm name of Franscell, Strickland, Roberts & Lawrence, PC, has changed to LAWRENCE BEACH ALLEN & CHOI, PC, counsel of record for Defendants. Please direct all mailings, pleadings, and correspondence as follows:

    Paul B. Beach
    Justin W. Clark
    LAWRENCE BEACH ALLEN & CHOI, PC
    100 West Broadway, Suite 1200
    Glendale, CA 91210-1219
    Telephone:  (818) 545-1925
    Facsimile:  (818) 545-1937

New email addresses:

    pbeach@lbaclaw.com
    jclark@lbaclaw.com

Dated:  April 29, 2008        LAWRENCE BEACH ALLEN & CHOI, PC


By_____
    Paul B. Beach
    Attorneys for Defendants
    Defendants Sherman Block, et al.