RAYMOND G. FORTNER, JR.
ROGER H. GRANBO, State Bar No. 108372
OFFICE OF COUNTY COUNSEL
COUNTY OF LOS ANGELES
648 Kenneth Hahn Hall of Administration
500 West Temple Street
Los Angeles, CA 90012
Ph.: (213) 974-1930
Fax: (213) 687-7337

PAUL B. BEACH, State Bar No. 166265
pbeach@lbaclaw.com
JUSTIN W. CLARK, State Bar No. 235477
LAWRENCE BEACH ALLEN & CHOI, PC
A Professional Corporation
100 West Broadway, Suite 1200
Glendale, California 91210-1219
Telephone No. (818) 545-1925
Facsimile No. (818) 545-1937

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS RUTHERFORD, et al., | Case No. CV 75-04111 DDP |
| Plaintiffs, | Honorable Dean D. Pregerson |
| vs. | **NOTICE OF CHANGE OF FIRM NAME AND EMAIL ADDRESS** |
| SHERMAN BLOCK, et al., | |
| Defendants. | |

TO THE COURT, ALL INTERESTED PARTIES, AND TO THEIR COUNSEL OF RECORD:

///

///

1

RUTHERFORD\NOTICE-CHANGE FIRM NAME

1  PLEASE TAKE NOTICE that, effective immediately, the firm name of
2  Franscell, Strickland, Roberts & Lawrence, PC, has changed to LAWRENCE
3  BEACH ALLEN & CHOI, PC, counsel of record for Defendants.  Please direct
4  all mailings, pleadings, and correspondence as follows:

>  Paul B. Beach
>  Justin W. Clark
>  LAWRENCE BEACH ALLEN & CHOI, PC
>  100 West Broadway, Suite 1200
>  Glendale, CA 91210-1219
>  Telephone:  (818) 545-1925
>  Facsimile:  (818) 545-1937

New email addresses:

>  pbeach@lbaclaw.com
>  jclark@lbaclaw.com

Dated:  April 29, 2008                          LAWRENCE BEACH ALLEN & CHOI, PC


By_____
   Paul B. Beach
   Attorneys for Defendants
   Defendants Sherman Block, et al.