MARK D. ROSENBAUM, SBN 59940
PETER ELIASBERG, SBN 189110
MELINDA BIRD, SBN 102236
ACLU Foundation of Southern California
1313 W. 8th Street
Los Angeles, California 90017
Telephone: (213) 977-9500, x219
Facsimile: (213) 977-5297
E-mail: mbird@aclu-sc.org

MARGARET WINTER
ACLU NATIONAL PRISON PROJECT
915 15th Street NW, 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6605
Facsimile: (202) 393-4931
E-mail: mwinter@npp-aclu.org
*Not admitted in D.C.; practice limited to federal courts

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS RUTHERFORD, et al, <br><br> Plaintiffs, <br><br> vs. <br><br> LEROY BACA, as Sheriff of the County of Los Angeles, MICHAEL D. ANTONOVICH, YVONNE B. BURKE, DON KNABE, GLORIA MOLINA, ZEV YAROSLAVSKY, as Supervisors of the County of Los Angeles, et al., <br><br> Defendants. | Case No. Civ. 75-04111-DDP <br><br> **[Proposed]** <br> **ORDER SHORTENING TIME TO HEAR MOTION RE: INMATE INTERVIEWS.** <br><br> Honorable Dean Pregerson <br><br> Date: <br> Time: <br> Dept: 3 |

# ORDER

IT IS HEREBY ORDERED that, pursuant to Local Rules 6-1 and 7-19,

1. Plaintiffs' Motion to Modify Order re: Inmate Interviews shall be filed with the clerk and set for hearing at 10:00 a.m. on Monday, June 16, 2008

2. Defendants' Opposition to this motion shall be filed on _____, 2008. Plaintiffs' reply shall be filed no later than _____, 2008.

This Order is based on a showing that plaintiffs will suffer prejudice if their motion is heard on the normal motion schedule.

DATED: _____, 2008

IT IS SO ORDERED,

_____
Honorable Dean Pregerson