1  MARK D. ROSENBAUM, SBN 59940
   PETER ELIASBERG, SBN 189110
2  MELINDA BIRD, SBN 102236
   ACLU Foundation of Southern California
3  1313 W. 8th Street
   Los Angeles, California 90017
4  Telephone: (213) 977-9500, x219
   Facsimile: (213) 977-5297
5  E-mail: mbird@aclu-sc.org

6
   MARGARET WINTER
7  ACLU NATIONAL PRISON PROJECT
   915 15th Street NW, 7th Floor
8  Washington, D.C. 20005
   Telephone: (202) 548-6605
9  Facsimile: (202) 393-4931
   E-mail: mwinter@npp-aclu.org
10 *Not admitted in D.C.; practice limited to federal courts

11 Attorneys for Plaintiffs

12

13

14

15              UNITED STATES DISTRICT COURT

16              CENTRAL DISTRICT OF CALIFORNIA

17

| 18 | DENNIS RUTHERFORD, et al, | ) Case No. Civ. 75-04111-DDP |
|---|---|---|
| 19 | Plaintiffs, | ) |
| 20 |  | ) **PLAINTIFFS' NOTICE OF MOTION AND MOTION TO MODIFY ORDER RE: INMATE INTERVIEWS.** |
| 21 | vs. | ) |
| 22 | LEROY BACA, as Sheriff of the County of Los Angeles, MICHAEL D. ANTONOVICH, YVONNE B. BURKE, DON KNABE, GLORIA MOLINA, ZEV YAROSLAVSKY, as Supervisors of the County of Los Angeles, et al., | ) Honorable Dean Pregerson |
| 23 |  | ) Date: |
| 24 |  | ) Time: |
| 25 |  | ) Dept: 3 |
| 26 | Defendants. | ) |

27

28

# NOTICE OF MOTION

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on _____, 2008 at __:__ _.m., or as soon thereafter as counsel may be heard before the Honorable Dean Pregerson, in Courtroom 3 of the United States District Court, Central District of California, Los Angeles, California, the plaintiffs in this action through their attorneys of record, will move the Court pursuant to L.R. 7.4 to modify an Order entered on June 21, 1989 restricting the use of statements from class members obtained during inmate interviews.

## MOTION TO MODIFY ORDER RE INMATE INTERVIEWS

Plaintiffs request that the Court modify the Order entered on June 21, 1989 restricting the use of statements from class members obtained during inmate interviews, to permit use of these statements in a separate action recently filed in this district on behalf of jail inmates with disabilities, *Johnson v. Los Angeles County Sheriff's Department*, CV 08-03515 PSG JTLx. This motion is based on Plaintiffs' memoran dum of points and authorities and supporting declarations. Plaintiffs' counsel c ontacted opposing counsel and provided notice of the substance of this motion and a proposed resolution but were unable to complete the conference of counsel pursuant to L.R. 7-3 for the reasons outlined in the declaration of Melinda Bird, submitted in support of this motion.

DATED:   June 4, 2008

RESPECTFULLY SUBMITTED,

ACLU Foundation of Southern California
ACLU National Prison Project

By: _____
Melinda Bird
Attorneys for Plaintiffs

-1-