MARK D. ROSENBAUM, SBN 59940
PETER ELIASBERG, SBN 189110
MELINDA BIRD, SBN 102236
ACLU Foundation of Southern California
1313 W. 8th Street
Los Angeles, California 90017
Telephone: (213) 977-9500, x219
Facsimile: (213) 977-5297
E-mail: mbird@aclu-sc.org

MARGARET WINTER
ACLU NATIONAL PRISON PROJECT
915 15th Street NW, 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6605
Facsimile: (202) 393-4931
E-mail: mwinter@npp-aclu.org
*Not admitted in D.C.; practice limited to federal courts

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS RUTHERFORD, et al, <br><br> Plaintiffs, <br><br> vs. <br><br> LEROY BACA, as Sheriff of the County of Los Angeles, MICHAEL D. ANTONOVICH, YVONNE B. BURKE, DON KNABE, GLORIA MOLINA, ZEV YAROSLAVSKY, as Supervisors of the County of Los Angeles, et al., <br><br> Defendants. | Case No. Civ. 75-04111-DDP <br><br> **PLAINTIFFS' AMENDED NOTICE OF MOTION AND MOTION TO MODIFY ORDER RE: INMATE INTERVIEWS.** <br><br> Honorable Dean Pregerson <br><br> Date: June 30, 2008 <br> Time: 10:00 am <br> Dept: 3 |

## AMENDED NOTICE OF MOTION

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on June 30, 2008 at 10:00 a.m., or as soon thereafter as counsel may be heard before the Honorable Dean Pregerson, in Courtroom 3 of the United States District Court, Central District of California, Los Angeles, California, the plaintiffs in this action through their attorneys of record, will move the Court pursuant to L.R. 7.4 to modify an Order entered on June 21, 1989 restricting the use of statements from class members obtained during inmate interviews.

## MOTION TO MODIFY ORDER RE INMATE INTERVIEWS

Plaintiffs request that the Court modify the Order entered on June 21, 1989 restricting the use of statements from class members obtained during inmate interviews, to permit use of these statements in a separate action recently filed in this district on behalf of jail inmates with disabilities, *Johnson v. Los Angeles County Sheriff's Department*, CV 08-03515 PSG JTLx. This motion is based on Plaintiffs' memorandum of points and authorities and supporting exhibits. Plaintiffs' counsel first contacted opposing counsel and provided notice of the substance of this motion and a proposed resolution but were unable to complete the conference of counsel pursuant to L.R. 7-3 for the reasons outlined in the declaration of Melinda Bird, submitted in support of this motion.

DATED: June 6, 2008

RESPECTFULLY SUBMITTED,

ACLU Foundation of Southern California
ACLU National Prison Project

By: _____
Melinda Bird
Attorneys for Plaintiffs