UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   CV 75-04111 DDP                                              Dated: June 9, 2008

Title:   DENNIS RUTHERFORD -v- LEROY BACA
==================================================================
PRESENT:   HONORABLE DEAN D. PREGERSON, JUDGE

    John A. Chambers                                     None Present
    Courtroom Deputy                                   Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:

    None                                                    None

PROCEEDINGS:            MINUTE ORDER (IN CHAMBERS)


     **COUNSEL ARE NOTIFIED** that on the Court's own motion the EX PARTE APPLICATION TO SHORTEN TIME FOR HEARING MOTION RE: INMATE INTERVIEWS (FILED ON 06-05-08) is hereby VACATED.