| | |
|---|---|
| | ____ Priority |
| | _✓_ **Send** |
| UNITED STATES DISTRICT COURT | ____ Clsd |
| CENTRAL DISTRICT OF CALIFORNIA | ____ Enter |
| | ____ JS-5/JS-6 |
| CIVIL MINUTES -- GENERAL | ____ JS-2/JS-3 |
| | ____ Scan Only |

Case No.   CV 75-04111 DDP                                    Dated: June 10, 2008

Title:   DENNIS RUTHERFORD -v- LEROY BACA
==================================================================
PRESENT:   HONORABLE DEAN D. PREGERSON, JUDGE

    John A. Chambers                                      None Present
    Courtroom Deputy                                     Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:

    None                                                     None

PROCEEDINGS:          MINUTE ORDER (IN CHAMBERS)


    **COUNSEL ARE NOTIFIED** that on the Court's own motion the MOTION TO MODIFY ORDER RE: INMATE INTERVIEWS (FILED ON 06-05-08 & 06-06-08) is hereby continued from June 30, 2008 to July 14, 2008 at 10:00 a.m.


MINUTES FORM 11                                    Initials of Deputy Clerk   JAC
CIVIL -- GEN