UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

____ Priority
✓ **Send**
____ Clsd
____ Enter
____ JS-5/JS-6
____ JS-2/JS-3
____ Scan Only

Case No.   CV 75-04111 DDP                                          Dated: June 25, 2008

Title:   DENNIS RUTHERFORD -v- LEROY BACA
=====================================================================
PRESENT:   HONORABLE DEAN D. PREGERSON, JUDGE

<u>John A. Chambers</u>                                                   <u>None Present</u>
Courtroom Deputy                                                    Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:           ATTORNEYS PRESENT FOR DEFENDANTS:

None                                                                None

PROCEEDINGS:         MINUTE ORDER (IN CHAMBERS)


   **COUNSEL ARE NOTIFIED** that on the Court's own motion the MOTION TO MODIFY ORDER RE: INMATE INTERVIEWS (FILED ON 06-05-08 & 06-06-08) is hereby continued from July 14, 2008 to August 25, 2008 at 10:00 a.m.










MINUTES FORM 11                                              Initials of Deputy Clerk   JAC
CIVIL -- GEN