1  MARK D. ROSENBAUM, SBN 59940
   mrosenbaum@aclu-sc.org
2  PETER ELIASBERG, SBN 189110
   peliasberg@aclu-sc.org,
3  MELINDA R. BIRD, SBN 102236
   mbird@aclu-sc.org
4  ACLU FOUNDATION OF SOUTHERN
        CALIFORNIA
5  1313 W. 8th Street
   Los Angeles, California 90017
6  Telephone:  (213) 977-9500, x219
   Facsimile:  (213) 977-5297
7
8  MARGARET WINTER
   ACLU NATIONAL PRISON PROJECT
9  915 15th Street NW, 7th Floor
   Washington, D.C. 20005
10 Telephone:  (202) 548-6605
   Facsimile:  (202) 393-4931
11 E-mail: mwinter@npp-aclu.org
   *Not admitted in D.C.; practice limited to federal courts
12
   Attorneys for Plaintiffs
13

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| DENNIS RUTHERFORD, et al, | Case No.  Civ. 75-04111-DDP |
|---|---|
| Plaintiffs, | **NOTICE OF UNAVAILABILITY** |
| vs. | Honorable Dean Pregerson |
| LEROY BACA, as Sheriff of the County of Los Angeles; MICHAEL D. ANTONOVICH, YVONNE B. BURKE, DON KNABE, GLORIA MOLINA, ZEV YAROSLAVSKY, as Supervisors of the County of Los Angeles, et al., | Date: Time: Dept: 3 |
| Defendants. | |

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

    Please take notice that Melinda R. Bird, the undersigned counsel of record for Plaintiffs, will be unavailable on the following dates:

- July 28, 2008 through August 4, 2008 (returning August 5th);
- August 26, 2008 through September 2, 2008 (returning September 3rd).

DATED:  July 18, 2008      Respectfully submitted,

                                            ACLU Foundation of Southern California

                                             /s/ Melinda R. Bird__
                                            BY:  Melinda R. Bird
                                            Attorney for Plaintiffs