MARK D. ROSENBAUM, State Bar No. 59940
mrosenbaum@aclu-sc.org
MELINDA BIRD, State Bar No. 102236
mbird@aclu-sc.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA, 90017
Telephone No.: (213) 977-9500
Facsimile No.: (213) 250-3919

Attorneys for Plaintiffs

PAUL B. BEACH, State Bar No. 166265
pbeach@lbaclaw.com
JUSTIN W. CLARK, State Bar No. 235477
jclark@lbaclaw.com
LAWRENCE BEACH ALLEN & CHOI, PC
A Professional Corporation
100 West Broadway, Suite 1200
Glendale, California 91210-1219
Telephone No. (818) 545-1925
Facsimile No. (818) 545-1937

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS RUTHERFORD, et al., | Case No. CV 75-04111 DDP |
| Plaintiffs, | Honorable Dean D. Pregerson |
| vs. | **STIPULATION RE ATTORNEYS' FEES, COSTS, AND OTHER EXPENSES** |
| SHERMAN BLOCK, et al., | |
| Defendants. | |

///

///

///

1

RUTHERFORD\STIP RE FEES-COSTS-EXPENSES

Pursuant to the letter agreement between the parties dated April 29, 2008, the parties, through their respective counsel of record, hereby enter into the following stipulation based on the following:

1. The parties have recently met and discussed the payment of attorneys' fees, costs, and other expenses associated with the American Civil Liberties Union of Southern California's ("ACLU") monitoring of the Los Angeles County jails and litigation related thereto and the parties want to fully and finally resolve their disputes regarding these issues by entering into this stipulation;

2. Pursuant to an Order dated November 13, 2007, the ACLU has already been paid $160,000, payment for the term May 1, 2006 through August 31, 2007 for monitoring services;

3. The County of Los Angeles ("County") shall pay a one-time lump sum payment of $300,000 in settlement of the ACLU's request for attorneys' fees, costs, and other expenses incurred in this matter which includes $70,000 for expert witness expenses incurred as part of the meetings referred to by the parties as the *Rutherford* panel;

4. For the period of time between September 1, 2007 and February 29, 2008, the County shall pay the ACLU $60,000, representing $10,000 per month for monitoring services;

5. Beginning March 1, 2008 and continuing for a term of three (3) years, the County shall pay the ACLU $17,500 per month, which the ACLU shall request payment of on a monthly basis. If any of the sums due under this paragraph are not paid within 60 days of the demand for payment, then interest on said amount shall accrue from the date of the demand;

6. For the period of time between March 1, 2008 and July 31, 2008, the County shall pay the ACLU $87,500 (i.e., the rate of $17,500 per month) for monitoring services;

7. The County shall pay the sums set forth in paragraphs 3, 4, and 6 within 60 days of the entry of the order on this stipulation; and,

8. Pursuant to the letter agreement between the parties, the ACLU has agreed that is will not seek any other or additional attorneys' fees, costs and/or expenses for Rutherford and/or any other litigation against the County (including, without limitation, its departments, personnel, agents, etc.) regarding conditions in the Los Angeles County jails for the period of time this agreement is in effect (i.e., up to and including March 1, 2011).[1]

IT IS SO STIPULATED.

ACLU FOUNDATION OF
SOUTHERN CALIFORNIA

Dated: July 25, 2008         By /s/ Mark Rosenbaum
                                Mark D. Rosenbaum
                                Attorneys for Plaintiffs

Dated: July 28, 2008         LAWRENCE BEACH ALLEN & CHOI, PC

                             By /s/ Paul B. Beach
                                Paul B. Beach
                                Attorneys for Defendants

---

[1] The ACLU contends that it could be entitled to attorneys' fees and costs in *Thomas v. Baca*, U.S.D.C. Case No. CV 04-08448 DDP (SHx). The LASD contends that any such claim by the ACLU is barred. In order to accommodate the ACLU's request that they be paid past fees and costs as soon as practicable and without delaying any such payment as a result of this dispute, the parties have entered into this Stipulation. The payment of monies pursuant to this Stipulation shall not prejudice either party with respect to this issue.