MARK D. ROSENBAUM, SBN 59940
PETER ELIASBERG, SBN 189110
MELINDA BIRD, SBN 102236
ACLU Foundation of Southern California
1313 W. 8th Street
Los Angeles, California 90017
Telephone: (213) 977-9500, x219
Facsimile: (213) 977-5297
E-mail: mbird@aclu-sc.org

Margaret Winter
ACLU NATIONAL PRISON PROJECT
915 15th Street NW, 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6605
Facsimile: (202) 393-4931
E-mail: mwinter@npp-aclu.org
*Not admitted in D.C.; practice limited to federal courts

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DENNIS RUTHERFORD, et al., | Case No. Civ. 75-04111-DDP |
| Plaintiffs, | |
| vs. | **DECLARATION OF MARGARET WINTER RE: EXPERT REPORT AND CLASS MEMBER LETTER** |
| LEROY BACA, as Sheriff of the County of Los Angeles, MICHAEL D. ANTONOVICH, YVONNE B. BURKE, DON KNABE, GLORIA MOLINA, ZEV YAROSLAVSKY, as Supervisors of the County of Los Angeles, et al., | Honorable Dean Pregerson<br>Date:<br>Time:<br>Dept: 3 |
| Defendants. | |

## DECLARATION OF MARGARET WINTER

I, Margaret Winter, state and declare as follows:

1. The facts set forth in this declaration are from my personal knowledge. If called as a witness, I could and would competently testify to them.

2. I am the Associate Director of the National Prison Project of the ACLU Foundation, and one of the lead counsel in this case, *Rutherford v. Baca,* which concerns overcrowding and other constitutionally deficient conditions in the Los Angeles County Jail.

3. As part of its ongoing monitoring in this case, the ACLU of Southern California receives complaints from inmate class members regarding conditions in the jail. Many of these complaints concern mental health issues. As part of our ongoing representation of the plaintiff class, the ACLU retained a noted expert on correctional mental health, Dr. Terry Kupers, to tour the jail, interview inmates and review selected records. On May 8 and 9, 2008, I accompanied Dr. Kupers on his tour and interviews in the Los Angeles Jail. On June 27, 2008, Dr. Kupers prepared a report on his findings, which is attached as Exhibit 1 to this declaration.

4. On July 7, 2008, my co-counsel, Melinda Bird, provided a copy of Dr. Kupers' report to the Sheriff's Department and their counsel. Counsel for the parties in *Rutherford* met on many occasions over the following months about the problems identified in Dr. Kupers' report, but in our opinion, conditions in Men's Central Jail have not changed in any significant decree since Dr. Kupers' findings.

5. On April 9, 2009, I toured Men's Central Jail with Mary Tiedeman, the ACLU jail monitor. We walked down a row of discipline cells known as 3301. The single cells are very small, dimly-lit and windowless, without a desk or chair. Inmates in these cells are not allowed visitors, outdoor recreation, phone calls or any books other than a bible. One detainee signaled to me that he needed to speak with me, and he gave me a letter, which is attached as Exhibit 2 to this declaration. In this letter, the detainee describes the conditions he observed in the weeks before a young man in

young man in the adjacent cell was found dead. The ACLU had already received a report from the Sheriff on this young man's death, which was reported as a suicide, on March 30, 2009. The In-Custody Death Report is attached as Exhibit 3.

6. This detainee explicitly asked me to provide a copy of his letter to the County Board of Supervisors and to the Court.

7. The conditions described in the detainee's letter, Exhibit 2, are consistent with the observations in Dr. Kupers' report.

8. We have redacted the names from the copy of the letter attached hereto as Exhibit 2. We have provided the Sheriff's department with an unredacted copy.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge. Executed this 14th day of April 2009 in Los Angeles, California.

*Margaret Winter*