EXHIBIT A

# Curriculum Vitae

## Terry Allen Kupers, M.D., M.S.P.

**Office Address:**
#8 Wildwood Avenue, Oakland, California 94610        phone: 510-654-8333

**Currently:**
Professor, Graduate School of Psychology,  The Wright Institute, 2728 Durant
        Avenue, Berkeley, California 94704
Private Practice of Psychiatry, Oakland
Consultant: Progress Foundation, San Francisco

**Family:** Married to Arlene Shmaeff, Education Director at the Museum of Children's
        Art (M.O.C.H.A.) in Oakland; father of three young adult sons

**Born:**  October 14, 1943, Philadelphia, Pennsylvania

**Education:**
B.A., With Distinction, Psychology Major, Stanford University, 1964
M.D., U.C.L.A. School of Medicine, 1968
M.S.P. (Masters in Social Psychiatry), U.C.L.A., 1974

**Training:**
Intern (Mixed Medicine/ Pediatrics/ Surgery), Kings County Hospital/Downstate
        Medical Center, Brooklyn, New York, 1968-1969.
Resident in Psychiatry, U.C.L.A. Neuropsychiatric Institute, Los Angeles, 1969-1972
Registrar in Psychiatry, Tavistock Institute, London (Elective Year of U.C.L.A.
        Residency) 1971-1972
Fellow in Social and Community Psychiatry, U.C.L.A. Neuropsychiatric Institute, 1972-
        1974

**License:**  California, Physicians & Surgeons, #A23440, 1968-

**Certification:** American Board of Psychiatry and Neurology (Psychiatry, #13387),
        1974-

**Honors:**
Alpha Omega Alpha, U.C.L.A. School of Medicine,1968.
Distinguished Fellow, American Psychiatric Association; Fellow, American
        Orthopsychiatric Association.
Listed: *Who's Who Among Human Services  Professionals (1995-); Who's Who in
        California (1995-);  Who's Who in The United States  (1997-);  Who's Who in
        America (1998-); International Who's Who in  Medicine (1995-);  Who's Who in*

Exhibit 1
Page53

*Medicine and Healthcare (1997-); The National Registry of Who's Who (2000-); Strathmore's Millenial Edition, Who's Who; American Biographical Institute's International Directory of Distinguished Leadership; Marquis' Who's Who in the World (2004-), Marquis' Who's Who in Science and Engineering, 2006-*

Helen Margulies Mehr Award, Division of Public Interest (VII), California Psychological Association, Affiliate of American Psychological Association, March 30, 2001.

Stephen  Donaldson Award, Stop  Prisoner Rape, 2002.

Exemplary Psychiatrist Award, National Alliance for the Mentally Ill, 2005

**Clinical Practice:**

Los Angeles County, SouthEast Mental Health Center, Staff Psychiatrist,  1972-1974

Martin Luther King, Jr. Hospital, Department of  Psychiatry, Los Angeles
     Staff Psychiatrist and Co-Director, Outpatient Department,  1974-1977.

Contra Costa County, Richmond Community Mental Health Center, Staff Psychiatrist
     and Co-Director, Partial Hospital, 1977-1981

Private Practice of Psychiatry, Los Angeles and Oakland,  1972 to present

**Teaching:**

Assistant Professor, Department of Psychiatry and Human Behavior, Charles Drew
     Postgraduate Medical School, Los Angeles,  and Assistant Director, Psychiatry
     Residency Education, 1974-1977.

Institute Professor, Graduate School of Psychology, The Wright Institute, Berkeley,
     1981 to present

Courses Taught at:  U.C.L.A. Social Science Extension, California School of
     Professional Psychology (Los Angeles), Goddard Graduate School (Los
     Angeles), Antioch-West (Los Angeles),  New College Graduate School of
     Psychology (San Francisco).

**Prof'l Organizations:**

American Psychiatric Association (Distinguished Fellow); Northern California
     Psychiatric Society;  East Bay Psychiatric Association (President, 1998-1999);
     American Orthopsychiatric Association (Fellow); American Association of
     Community Psychiatrists; Physicians for Social Responsibility; National
     Organization for Men Against Sexism; American Academy of Psychiatry and
     the Law.

**Committees and Offices:**

Task Force on the Study of Violence, Southern  California Psychiatric Society, 1974-
     1975

Task Force on Psychosurgery, American Orthopsychiatric Association, 1975-1976

California Department of Health Task Force to  write "Health Standards for Local
     Detention                                        Facilities," 1976-77.

Prison/ Forensic Committee, Northern California Psychiatric Society,  1976-1981;
     1994-

Exhibit 1
Page54

Psychiatry Credentials Committee, Alta Bates Medical Center, Berkeley, 1989-1994
(Chair, Subcommittee to Credential Licensed Clinical Social Workers)
President, East Bay Chapter of Northern California Psychiatric Society, 1998-1999
Co-Chair, Committee on Persons with Mental Illness Behind Bars of the American
Association of Community Psychiatrists, 1998-2003

**Consultant/Staff Trainer:**
Contra Costa County Mental Health Services; Contra Costa County Merrithew
Memorial Hospital Nursing Service; Bay Area Community Services, Oakland;
Progress Foundation, San Francisco; Operation Concern, San Francisco; Marin
County Mental Health Services; Berkeley Psychotherapy Institute; Berkeley
Mental Health Clinic; Oregon Department of Mental Health; Kaiser Permanente
Departments of Psychiatry in Oakland, San Rafael, Martinez and Walnut Creek;
Human Rights Watch, San Francisco Connections collaboration (Jail
Psychiatric Services, Court Pre-Trial Diversion, CJCJ and Progress
Foundation); Contra County Sheriff's Department Jail Mental Health Program

**Forensic Psychiatry (partial list):**
Testimony in Madrigal v. Quilligan, U.S. District Court, Los Angeles, regarding
informed consent for surgical sterilization, 1977
Testimony in Rutherford v. Pitchess, Los Angeles Superior Court, regarding conditions
and mental health services in Los Angeles County Jail, 1977
Testimony in Hudler v. Duffy, San Diego County Superior Court, regarding conditions
and mental health services in San Diego County Jail, 1979
Testimony in Branson v. Winter, Santa Clara County Superior Court, regarding
conditions and                                    mental health services in Santa
Clara County Jail, 1981
Testimony in Youngblood v. Gates, Los Angeles Superior Court, regarding conditions
and mental                                    health services in Los Angeles Police
Department Jail, 1982
Testimony in Miller v. Howenstein, Marin County Superior Court, regarding conditions
and mental health services in Marin County Jail, 1982
Testimony in Fischer v. Geary, Santa Clara County Superior Court, regarding
conditions and mental health services in Santa Clara County Women's
Detention Facility, 1982
Testimony in Wilson v. Deukmejian, Marin County Sup Court, regarding conditions
and mental health services at San Quentin Prison, 1983
Testimony in Toussaint/Wright/Thompson v. Enomoto, Federal District Court in San
Francisco, regarding conditions and double-celling in California State Prison
security housing units, 1983
Consultant, United States Department of Justice, Civil Rights Division, regarding
conditions and mental health services in Michigan State Prisons, 1983-4
Testimony in Arreguin vs. Gates, Federal District Court, Orange County, regarding
"Rubber Rooms" in Orange County Jail, 1988

Exhibit 1
Page55

Testimony in Gates v Deukmejian, in Federal Court in Sacramento, regarding conditions, quality of mental health services and segregation of inmates with HIV positivity or AIDS at California Medical Facility at Vacaville, 1989

Testimony in Coleman v. Wilson, Federal Court in Sacramento, regarding the quality of mental health services in the California Department of Corrections' statewide prison system, 1993

Testimony in Cain v. Michigan Department of Corrections, Michigan Court of Claims, regarding the effects on prisoners of a proposed policy regarding possessions, uniforms and classification, 1998

Testimony in Bazetta v. McGinnis, Federal Court in Detroit, regarding visiting policy and restriction of visits for substance abuse infractions, 2000

Testimony in Everson v. Michigan Department of Corrections, Federal Court in Detroit, regarding cross-gender staffing in prison housing units, 2001

Testimony in Jones 'El v. Litscher, Federal Court in Madison, Wisconsin, regarding confinement of prisoners suffering from severe  mental  illness in supermax, 2002

Testimony in Russell v. Johnson, Federal Court in Oxford, Mississippi, regarding conditions of confinement and treatment prisoners with mental illness on Death Row at Parchman, 2003

Testimony in Austin v. Wilkinson, Federal Court in Cleveland, Ohio, regarding proposed transfer of Death Row into Ohio State Penitentiary (supermax), August, 2005

Testimony in Roderick Johnson v. Richard Watham, Federal Court in Wichita Falls, Texas, regarding staff responsibility in case of prison rape, September, 2005

Testimony in DAI, Inc. v. NYOMH, Federal Court, So. Dist. NY, April 3, 2006, regarding mental health care in NY Dept. of Correctional Services

**Hospital Staff:**  Alta Bates Medical Center, Berkeley

**Journal Editorial Positions:**
Free Associations, Editorial Advisory Board
Men and Masculinities, Editorial Advisory Panel
Psychology of Men and Masculinity, Consulting Editor
Juvenile Correctional Mental Health Report, Editorial Board
Correctional Mental Health Report, Contributing Editor

**Presentations and Lectures (partial list):**
"Expert Testimony on Jail and Prison Conditions."  American  Orthopsychiatric Association Annual Meeting, San Francisco, March 30, 1988,  Panel 137: "How Expert are the Clinical Experts?

"The Termination of Psychotherapy."  Psychiatry Department Grand Rounds, Mills/Peninsula Hospitals, Burlingame, February 24, 1989.

"Big Ideas, and Little Ones."  American Psychiatric Association Annual Meeting, San Francisco, April, 1989.

"Men in Psychotherapy."  Psychiatry Department Grand Rounds, Mills/Peninsula Hospitals, Burlingame, September 29, 1989.

Exhibit 1
Page56

"Psychodynamic Principles and Residency Training in Psychiatry." The Hilton Head
Conference, Hilton Head Island, South Carolina, March 15, 1991.

Panelist: "The Mentally Ill in Jails and Prisons," California Bar Association Annual
Meeting, Annaheim, 1991.

"The State of the Sexes: One Man's Viewpoint." The Commonwealth Club of
California, San Mateo, March 25, 1992.

Keynote Address: "Feminism and the Family." 17th National Conference on Men and
Masculinity, Chicago, July 10, 1992.

Panel Chair and Contributor: "Burnout in Public Mental Health Workers." Annual
Meeting of the American Orthopsychiatric Association, San Francisco, May 22,
1993.

Panel Chair and Contributor: "Socioeconomic Class and Mental Illness." Annual
Meeting of the American Psychiatric Association, San Francisco, May 26, 1993.

"Public Mental Health." National Council of Community Mental Health Centers
Training Conference, San Francisco, June 12, 1993.

Psychiatry Department Grand Rounds: "Men's Issues in Psychotherapy." California
Pacific Medical Center, San Francisco, February 24, 1993.

"The Effect of the Therapist's Gender on Male Clients in Couples and Family
Therapy." Lecture at Center for Psychological Studies, Albany, California, April
15, 1994.

"Pathological Arrhythmicity and Other Male Foibles." Psychiatry Department Grand
Rounds, Alta Bates Medical Center, June 7, 1993.

Roger Owens Memorial Lecture. "Prisons and Mental Illness." Department of
Psychiatry, Alta Bates Medical Center, March 6, 1995.

Keynote Address: "Understanding Our Audience: How People Identify with
Movements and Organizations." Annual Conference of the Western Labor
Communications Association, San Francisco, April 24, 1998.

"Men in Groups and Other Intimacies." 44th Annual Group Therapy Symposium,
University of California at San Francisco, November 6, 1998.

"Men in Prison." Keynote, 24th Annual Conference on Men and Masculinity,
Pasadena, July 10, 1999.

"Trauma and Posttraumatic Stress Disorder in Prisoners" and "Prospects for Mental
Health Treatment in Punitive Segregation." Staff Training Sessions at New
York State Department of Mental Health, Corrections Division, at Albany,
August 23, 1999, and at Central New York Psychiatric Institution at Utica,
August 24.

"The Mental Health Crisis Behind Bars." Keynote, Missouri Association for Social
Welfare Annual Conference, Columbia, Missouri, September 24, 1999.

"The Mental Health Crisis Behind Bars." Keynote, Annual Conference of the
Association of Community Living Agencies in Mental Health of New York State,
Bolton Landing, NY, November 4, 1999.

"Racial and Cultural Differences in Perception Regarding the Criminal Justic
Population." Statewide Cultural Competence and Mental Health Summit VII,
Oakland, CA, December 1, 1999.

"The Criminalization of the Mentally Ill," 19th Annual Edward V. Sparer Symposium,
University of Pennsylvania Law School, Philadelphia, April 7, 2000.

Exhibit 1
Page57

"Mentally Ill Prisoners." Keynote, California Criminal Justice Consortium Annual
Symposium, San Francisco, June 3, 2000.
"Prison Madness/Prison Masculinities," address at the Michigan Prisoner Art Exhibit,
Ann Arbor, February 16, 2001.
"The Mental Health Crisis Behind Bars," Keynote Address,  Forensic Mental Health
Association of California, Asilomar, March 21, 2001.
"Madness & The Forensic Hospital," grand rounds, Napa State Hospital, 11/30/01.
Commencement Address, The Wright Institute Graduate School of
Psychology, June 2, 2002.
"Mental Illness & Prisons: A Toxic Combination," Keynote Address, Wisconsin
Promising Practices Conference, Milwaukee, 1/16/02.
"The Buck Stops Here: Why & How to Provide Adequate Services to Clients Active in
the Criminal Justice System,"  Annual Conference of the California Association
of Social Rehabilitation Agencies, Walnut Creek, California, 5/2/02.
Keynote Address, "Mental Illness in Prison," International Association of Forensic
Psychotherapists, Dublin, Ireland, May 20, 2005
Invited Testimony (written) at the Vera Institute of Justice, Commission on Safety and
· Abuse in America's Prisons, Newark, NJ, July 19, 2005
Invited Testimony at the National Prison Rape Elimination Commission hearing in San
Francisco, August 19, 2005
Lecture, Prisoners with Serious Mental Illness: Their Plight, Treatment and Prognosis,"
American Psychiatric Association Institute on Psychiatric Services, San Diego,
October 7, 2005


**Books Published:**
Public Therapy: The Practice of Psychotherapy in the Public Mental Health Clinic.
New York:  Free Press/ MacMillan, 1981.
Ending Therapy: The Meaning of Termination.   New York: New York University Press,
1988.
(Editor):  Using Psychodynamic Principles in Public Mental Health.    New Directions
for Mental Health Services, vol. 46. San Francisco: Jossey-Bass, 1990.
La Conclusione della Terapia: Problemi, metodi, conseguenze.  Rome: Casa Editrice
Astrolabio, 1992. (trans. of Ending Therapy.)
Revisioning Men's Lives: Gender, Intimacy and Power. New York: Guilford
Publications, 1993.  (trans. into Chinese, 2000).
Prison Madness: The Mental Health Crisis Behind Bars and What We Must Do About
It. San Francisco: Jossey-Bass/Wiley, 1999.
(Co-Editor): Prison Masculinities.  Philadelphia: Temple University Press, 2001.


**Other Publications:**
"The Depression of Tuberculin Delayed Hypersensitivity by Live Attenuated Mumps
Virus," Journal of Pediatrics, 1970, 76, 716-721.

Exhibit 1
Page58

Editor and Contributor, <u>An Ecological Approach to Resident Education in Psychiatry,</u> the product of an NIMH Grant to the Department of Psychiatry and Human Behavior, Drew Medical School, 1973.

"Contact Between the Bars - A Rationale for Consultation in Prisons," <u>Urban Health,</u> Vol. 5, No. 1, February, 1976.

"Schizophrenia and History," <u>Free Associations,</u> No. 5, 1986, 79-89.

"The Dual Potential of Brief Psychotherapy," <u>Free Associations,</u> No. 6, 1986, pp. 80-99.

"Big Ideas, and Little Ones," Guest Editorial in <u>Community Mental Health Journal,</u> 1990, 26:3, 217-220.

"Feminist Men," <u>Tikkun,</u> July/August, 1990.

"Pathological Arrhythmicity in Men," <u>Tikkun,</u> March/April, 1991.

"The Public Therapist's Burnout and Its Effect on the Chronic Mental Patient." <u>The Psychiatric Times,</u> 9,2, February, 1992.

"The State of the Sexes: One Man's Viewpoint," <u>The Commonwealth,</u> 86,16, April, 1992.

"Schoolyard Fights." In Franklin Abbott, Ed., <u>Boyhood.</u> Freedom, California: Crossing Press, 1993; Univeristy of Wisconsin Press, 1998.

"Menfriends." <u>Tikkun,</u> March/April, 1993

"Psychotherapy, Neutrality and the Role of Activism." <u>Community Mental Health Journal,</u>1993.

"Review: <u>Treating the Poor</u> by Mathew Dumont." <u>Community Mental Health Journal,</u> 30(3),1994, 309-310.

"The Gender of the Therapist and the Male Client's Capacity to Fill Emotional Space." <u>Voices,</u> 30(3), 1994, 57-62.

"Soft Males and Mama's Boys: A Critique of Bly." In Michael Kimmel, Ed., <u>The Politics of Manhood: Profeminist Men Respond to the Mythopoetic Men's Movement (And Mythopoetic Leaders Respond).</u> Philadelphia: Temple University Press, 1995.

"Gender Bias, Countertransference and Couples Therapy." <u>Journal of Couples Therapy,</u> 1995.

"Jail and Prison Rape." <u>TIE-Lines,</u> February, 1995.

"The Politics of Psychiatry: Gender and Sexual Preference in DSM-IV." <u>masculinities,</u> 3,2, 1995, reprinted in Mary Roth Walsh, ed., <u>Women, Men and Gender,</u> Yale University Press, 1997.

"What Do Men Want?, review of M. Kimmel's <u>Manhood in America.</u>" <u>Readings,</u> 10, 4, 1995.

Guest Editor, issue on <u>Men's Issues in Treatment,</u> Psychiatric Annals,2,1, 1996.

"Men at Work and Out of Work," <u>Psychiatric Annals,</u> 2,1, 1996.

"Trauma and its Sequelae in Male Prisoners." <u>American Journal of Orthopsychiatry,</u> 66, 2, 1996, 189-196.

"Consultation to Residential Psychosocial Rehabilitation Agencies." Community Psychiatric Practice Section, <u>Community Mental Health Journal,</u> 3, July, 1996.

"Shame and Punishment: Review of James Gilligan's <u>Violence: Our Deadly Epidemic and Its Causes,</u>" <u>Readings,</u> Sept., 1996.

Exhibit 1
Page59

"Community Mental Health: A Window of Opportunity for Interracial Therapy," Fort/Da, 2,2,1996.

"Men, Prison, and the American Dream," Tikkun, Jan-Feb., 1997.

"Dependency and Counter-Dependency in Couples," Journal of Couples Therapy, 7,1, 1997, 39-47. Published simultaneously in When One Partner is Willing and the Other is Not, ed. Barbara Jo Brothers, The Haworth Press, 1997, pp. 39-47.

"Shall We Overcome: Review of Jewelle Taylor Gibbs' Race and Justice," Readings, December, 1997.

"The SHU Syndrome and Community Mental Health," The Community Psychiatrist, Summer, 1998.

"Review of Jerome Miller's Search and Destroy," Men and Masculinities, 1, 1, July, 1998.

"Will Building More Prisons Take a Bite Out of Crime?," Insight, Vol. 15, No. 21, June 7, 1999.

"The Mental Health Crisis Behind Bars," Harvard Mental Health Letter, July, 2000.

"Mental Health Police?," Readings, June, 2000.

"The Men's Movement in the U.S.A.," in Nouvelles Approches des Hommes et du Masculine, ed. Daniel Welzer-Lang, Les Presses Universitaires du Mirail, Toulouse, France, 2000.

"Symptoms, Meanings and Social Progress," Voices, 36, 4, 2000.

"Psychotherapy with Men in Prison," in A New Handbook of Counseling & Psychotherapy Approaches for Men, eds. Gary Brooks and Glenn Good, Jossey-Bass, 2001.

"A Very Wise Decision by the Montana Supreme Court," Correctional Mental Health Report, 5,3, 35-36, Sept./Oct, 2003.

"Review of William Roller's The Dead are Dancing," Psychiatric Services, 54,11,1660-1661, 2003.

"The Future of Correctional Mental Health," Correctional Mental Health Report, 6,1, May/June, 2004.

"Foreword," David Jones (ed.): Working with Dangerous People: The Psychotherapy of Violence, Oxon, UK: Radcliffe Medical Press Ltd., 2004.

"Malingering in Correctional Settings," Correctional Mental Health Report, 5, 6, 81-, March/April, 2004.

"Prisons," in Michael Kimmel & Amy Aronson (eds.), Men & Masculinities: A Social, Cultural, and Historical Encyclopedia, Santa Barbara, CA & Oxford, GB, ABC Clio, pp. 630-633, 2004.

"Mental Illness," in Michael Kimmel & Amy Aronson (eds.), Men & Masculinities: A Social, Cultural, and Historical Encyclopedia, Santa Barbara, CA & Oxford, GB, ABC Clio, pp. 537-539, 2004.

"Toxic Masculinity as a Barrier to Mental Health Treatment in Prison," Journal of Clinical Psychology, 61,6,1-2, 2005.

"Posttraumatic Stress Disorder (PTSD) in Prisoners," in Managing Special Populations in Jails and Prisons, ed. Stan Stojkovic,Kingston, NJ: Civic Research Institute, 2005.

Exhibit 1
Page60

"Schizophrenia, its Treatment and Prison Adjustment," in <u>Managing Special Populations in Jails and Prisons</u>, ed. Stan Stojkovic, Kingston, NJ: Civic Research Institute, 2005.

"The Prison Heat Issue," <u>Correctional Mental Health Report</u>, 7,2, July/August, 2005.

"How to Create Madness in Prison," in <u>Humane Prisons</u>, Ed. David Jones, Oxford: Radcliffe Publishing, 2006.

Exhibit 1
Page 61

EXHIBIT B

Terry A. Kupers, M.D.
Depositions and Testimony in Past Four Years

Testimony in Robert Charles Comer v. Terry Stewart, U.S. Dist. Ct. for the District of
    Arizona, No. CV-94-1469-PHX-ROS, post-conviction capital case (+Deposition)
Deposition in Westchester Co. Correction Officers Benevolent Assoc., et al. v. County
    of Westchester, et al., U.S. Dist. Court, New York, No. 99 CV 11685 (SHS), May
    14, 2002, regarding gender and employment in women's local detention facility
Deposition in Groot et al. v. Hudson et al., U.S. Dist. Court, No. Dist. of Mississippi,
    Eastern Div., No. 1:101CV366-JAD, October 2, 2002, regarding possible
    retaliation and resulting psychological harm in Mississippi Department of
    Corrections
Testimony in State of Indiana v. Shaka Shakur, Cause No. 45G04-0201-FA-00002,
    January 29, 2003, Crown Point, felony case
Testimony in Russell v. Johnson, Federal Court in Oxford, Mississippi, regarding
    conditions of confinement and treatment prisoners with mental illness on Death
    Row at Parchman, February 6, 2003
Testimony in Groot et al. v. Hudson et al., U.S. Dist. Court, No. Dist. of Mississippi,
    Eastern Div., No. 1:101CV366-JAD, March 14, 2003
Deposition in Falkenburg v. Yolo County, Case No. CIV.S-01-1478 DFL GGH, July 30, 2003.
Deposition in Castillo v. Alameida, et al., Case No. C94-2847 MJJ, U.S. Dist. Ct., No. Dist. Cali
    Oct. 17, 2003.
Deposition in Rasho et al vs. IL DOC et al., Case No. 00-528-DRH, U.S. Dist. Ct., So. Dist. Of I
    East St. Louis Div., regarding conditions of confinement and mental health treatment at
    Tamms Unit.
Deposition (11/04) and Testimony (12/10/04) in Manning v. Dye, Case No. 02 C 0372, US Distr
    Ct, No. Distr of IL, regarding psychiatric consequences of longterm incarceration.
Deposition in Disability Advocates, Inc. et al. vs. NY Office of Mental Health et al., U.S. Dist. Ct
    New York, June 24,2005, regarding mental health care in New York Department of
    Correctional Services.
Testimony in Austin v. Wilkinson, U.S. Dist. Court in Cleveland, Ohio, 4:01-CV-71,
    regarding proposed transfer of Death Row into Ohio State Penitentiary
    (supermax), August, 2005.
Testimony in Roderick Johnson v. Richard Watham, U.S. District Court, Wichita Falls,
    Texas, regarding staff responsibility in case of prison rape, September, 2005
Testimony in California v. Dean Dunlap, Sentencing phase of Capital Case, San Bernadino,
    California Superior Court, December 1, 2005.
Testimony in DAI v. OMH, U.S. Dist. Court, Southern Distr. NY, regarding mental health
    treatment in NY DOCS, April, 2006.
Testimony in California v. Aaron Shank, CR03-2935, Yolo County, California, Sup. Ct., NGRI
    determination in felony case, April, 2006
Deposition (7/7/06) and trial Testimony (7/26/06) in Evans v. City of Chicago, U.S. Dist. Ct.,
    Chicago, No. 04C3570, regarding psychiatric consequences of long prison term.
Deposition in Zimmerman v. City of Eau Claire, Oakland, CA, 8/18/06, regarding psychiatric
    consequences of incarceration.
Deposition (9/15/06) and Testimony (10/10/06) in Alejandro Dominquez v. Hendley, No. 04 290
    U.S. Dist. Ct., Chicago, Illinois, re psychiatric consequences of incarceration.

Exhibit 1
Page62

Testimony in Lorenzo Cobbs v. Joseph McGraff, U.S. Dist. Ct., San Francisco, C-01-02272 SI, 10/23/06, regarding competence to stand trial and mental state at time of offense.

Deposition in Gavira v. L.A. County, 12/28/06 in Oakland, regarding death in custody.

Deposition (2/2/07, Oakland, CA) and Testimony (2/6/07, in Madison, U.S. Dist. Ct WD Wisconsin) in Jones 'El v. Berge, No. 00-C-421-C, regarding adequacy of mental health screening to exclude prisoners with serious mental illness from Wisconsin Secure Program Facility.

Deposition (2/8/07, Fresno, CA) and Testimony (3/9/07, Hanford, CA Superior Court), in Rodriquez v. Kings County et al., Case No. 16967, regarding mental health care prior to suicide attempt of inmate in juvenile facility.

Exhibit 1
Page63

**EXHIBIT C**

# Exhibit C

## Intentionally left blank

EXHIBIT D

# DECLARATION OF TERRY KUPERS

TERRY KUPERS declares the following:

I am a physician licensed to practice in the State of California and am a Board Certified and actively practicing psychiatrist. My curriculum vitae is attached hereto as Exhibit "A".

As a psychiatrist I have been employed at Los Angeles County's Martin Luther King Hospital and at various clinics in the Los Angeles and Northern California Bay Area serving low income people. As a consequence, I have come into contact with and have cared for many persons who have been incarcerated in county jails, including the Los Angeles County Central Jail.

I do not have any direct knowledge of the mental health care practices at the Los Angeles County Central Jail. Therefore, my opinions as to the quality of that mental health care must be based on hypothetical questions.

As to the treatment of prisoners in Module 2700, I assume the following:

Prisoners suffering psychosis and other serious mental disorders are housed in that Module which consists of four rows of one-man cells; many of these mentally disordered prisoners are receiving psychotropic medications; prisoners in this module are rarely seen by psychiatrists or by mental health technicians and do not receive individual or group psychotherapy; prisoners in this module are managed by deputy sheriffs who have no training in handling psychiatric patients; most of the prisoners in this module receive no opportunity to exercise

16.

Exhibit 1
Page64



1 indoors or outdoors; most of the prisoners in this module are

2 locked alone in their one-man cells almost all the time, including

3 meals, but excepting short periods every other day for showers,

4 attorney visits, court appearances and other high priority

5 business; most of the prisoners in this module are denied

6 personal visits and commissary privileges; most of the prisoners

7 in this module are denied clothing, mattresses and blankets; and

8 the sanitary conditions in this module are extremely poor due to

9 the presence of feces and urine in the cells and on the walls and

10 floors.

11　　　　Based on the above stated facts, I conclude that

12 psychotic and mentally disordered prisoners housed in Module 2700

13 are not receiving treatment as that term is understood in the

14 psychiatric profession and are being subjected to deplorable

15 conditions which are highly damaging to their mental health.

16 Under well accepted standards of practice in psychiatry,

17 treatment consists of various forms of psychotherapy, especially

18 those that emphasize interaction with other persons.  The

19 administration of psychotropic medications may be used as an

20 adjunct to such psychotherapy but cannot be a substitute for

21 psychotherapy.  The administration of drugs alone, especially

22 under the conditions I have assumed - solitary confinement with

23 little or no opportunity for socialization - is extremely,

24 possibly irreparably, damaging to persons whose mental health is

25 already precarious.  Persons with severe mental disorders have

26 a strong tendency to withdraw, and the conditions I have

27 assumed would accelerate such withdrawal.  Certainly, prisoners

28 housed under conditions described above have no opportunity to

2. 14.

Exhibit 1
Page65

1   test their disoriented perceptions against a healthy and normal

2   reality, such as exists in the outside world.  Rather, such

3   prisoners are only able to test their perceptions against

4   deplorable and horrifying conditions.  Patients suffering severe

5   mental disorders must be channeled and guided by trained and

6   experienced mental health professionals.  This is the practice in

7   all mental health institutions of which I am aware, including

8   state and county mental health hospitals and clinics serving

9   local communities.  In short, the treatment of mentally disordered

10  patients housed in Module 2700 under conditions assumed above is way

11  out of line with mental health care practices in the County of

12  Los Angeles and the State of California: the "treatment" of

13  mentally disordered prisoners in 2700 is really no treatment at

14  all under current standards of practice.

15          As to the treatment of mentally disordered inmates

16  in Jail Module 7000 I assume the following:

17          Actively psychotic and other severely mentally

18  disordered persons are housed in individual rooms within Module

19  7000 almost 24 hours a day, including meal times, but excluding

20  shower periods, court appearances, attorney visits and other

21  high priority business; when alone in such individual rooms,

22  mentally disordered prisoners are in solitary confinement without

23  the ability to communicate or socialize with other persons

24  including their fellow prisoners; prisoners may remain in these

25  one-man rooms for consecutive or cumulative periods of months;

26  many of the mentally disordered prisoners in 7000 receive psycho-

27  tropic medications; mentally disordered prisoners in 7000 are

28  seen by a psychiatrist every other day for short periods of time

3.

18.

Exhibit 1
Page66

never lasting more than twelve minutes; about one-half of these

mentally disordered prisoners are allowed to attend a weekly

group therapy session lasting about an hour and a half; actively

psychotic prisoners are not allowed to attend such group therapy

sessions; some of the actively psychotic prisoners in 7000 are

placed in three point or four point leather restraints on nurses'

or deputies' decisions, which are often not reviewed until a

psychiatrist makes his next scheduled appearance at the Jail,

sometimes two or three days later; prisoners placed in leather

restraints are observed by deputies about once every hour and by

nurses no more frequently than once every half hour; due to a

shortage of nurses, prisoners placed in leather restraints some-

times are forced to lie in their urine and feces for long periods

of time; some of the deputies who work in 7000 treat the psychotic

prisoners in a highly inappropriate manner by becoming angry and

then retaliating with teasing or other oral abuse, or physical

abuse; some of the prisoners placed in leather restraints are

angry rather than psychotic; and some of the prisoners placed in

leather restraints are given Thorazine or other strong

tranquilizers by nurses against their will and without individual

approval by a psychiatrist; and after receiving an initial dose

of Thorazine at the hands of a nurse, some of the prisoners in

7000 do not see a psychiatrist until his next regularly scheduled

appearance at the Jail, sometimes two or three days later.

Based upon the above-stated facts, I conclude that

mental health care in 7000 is deplorable.  As with Module 2700,

7000 does not provide mentally disordered prisoners treatment in

the sense that word is accepted in the psychiatric profession.

4.

19.

Exhibit 1
Page67

1  Administration of psychotropic medications, short interviews by
2  a psychiatrist every other day and weekly group psychotherapy
3  sessions are grossly inadequate treatment of mentally disordered
4  patients, especially in light of their solitary confinement for
5  almost the entirety of each day and for periods extending into
6  months.  Mentally disordered prisoners in 7000 under the conditions
7  described above would suffer serious deterioration in their
8  mental health and would increase their withdrawal due to the lack
9  of opportunity to measure their perceptions against social
10  reality.  As with Module 2700, treatment in 7000 falls well
11  below the accepted standards of treatment for mentally disordered
12  patients in state and county hospitals and in clinics serving
13  local communities.  The administration of psychotropic medications,
14  such as Thorazine and the use of restraints by nurses without a
15  doctor's order is highly inappropriate.  In mental health
16  hospitals such as that at Martin Luther King Hopsital, physicians
17  are required to give prior approval to any administration of
18  psychotropic medications or use of physical restraints.  The Jail
19  psychiatrists' failure to promptly examine patients and given
20  their approval after the administration of psychotropic
21  medications or application of physical restraints renders the
22  Jail's practice in that regard all the worse.  Psychotropic
23  medications have many serious side effects, not least of which
24  is the lowering of seizure threshold and the consequent causing
25  of "epileptic" type seizures, which must be considered and
26  evaluted by psychiatrists.  Moreover, only a psychiatrist is
27  equipped and trained to make decisions as to whether the
28  administration of psychotropic medications is appropriate; many

5.

Exhibit 1
Page68

1  forms of human behavior superficially resembling mental disorders,
2  such as extreme anger or delerium tremens, do not call for the
3  administration of psychotropic medications; and in some such
4  instances the use of psychotropic medications may be contraindi-
5  cated.

6          As to lack of exercise and recreation for some high
7  security risk prisoners, I assume the following:

8          Some high security prisoners, housed principally in
9  Module 1700-1750, are given no opportunity to exercise or
10 recreate, indoors or outdoors; such prisoners are housed in small
11 one-man cells, containing about 50 or so square feet of area,
12 during most of the day including meals; such prisoners may be
13 allowed out of their module to go to other areas of the jail,
14 such as the visiting screen, attorney room or law library, but
15 exercise is prohibited in such areas; such prisoners never are
16 allowed to go outdoors except on days they travel to court in
17 Sheriff's Department vehicles and such prisoners may be subjected
18 to these conditions and restraints for months or years.

19         Based upon the above described facts, I conclude that
20 high security prisoners are confined under conditions extremely
21 detrimental to their mental health.  These conditions are a
22 likely predisposing factor to the eventual mental disorders of
23 persons confined in this manner.  I base this opinion upon
24 numerous interviews I have conducted of persons who have been
25 confined in the Los Angeles County Central Jail and other jails
26 in this state.  During these intervals, I have conducted
27 psychiatric histories which have demonstrated conclusively to me
28 that ex-jail prisoners suffer a marked degree of anxiety, strong

6.

Exhibit 1
Page69

tendencies to escape into alcohol or other intoxicating
substances, severe marital diturbances, tendencies to paranoia,
insomnia, and severe employment problems -- all in part attributable
to a lack of exercise and recreation.  My opinion that lack of
exercise and recreation contributes to psychological and social
ailments of ex-jail prisoners is supported by a variety of literature
on social deprivation, including works by John Lilly, Phillip
Zimbardo, Irving Goffman and Hans Selye.  Furthermore, other
scientific disciplines, including social psychology, experimental
psychology, ethology, psycho-biology, and social biology, have
come to similar conclusions that a lack of exercise and recreation
can lead to definite, significant and possibly permanent detrimen-
tal impact on mental health.

   As to the amount of living space available to prisoners
throughout the Jail, I assume the following:

   Cell capacity, dimensions, total square footage and
square footage per person at full capacity, the dimensions of
adjoining "freeways," square  footage per person contained in
cells and adjoining freeways at rated capacity and square footage
of adjacent dayrooms are all reflected in the attached Exhibit
"B" which I am informed was also attached to the Pretrial
Conference Order in this case as Schedule A; prisoners are confined
in their cells for about an eight hour period every night;
prisoners receive a varying amount of "freeway" time and dayroom
time depending on the security level of their module; the total
of such freeway time and dayroom time varying between eight and no
hours a day; dayrooms are equipped with televisions; most, but not
all prisoners are allowed to engage in outdoor exercise once a

7.

Exhibit 1
Page70

week for a two and one half hour period which about 20% of the

Jail's population misses due to conflicts with court appearances;

and most prisoners are allowed out of their cells and modules for

specified reasons such as personal visits, sick call, attorney

visits, court appearances, meals and other jail business.

Based upon the above-described facts, I conclude

that conditions in the Jail are extremely detrimental to the

mental health of inmates and are a likely predisposing factor

in eventual mental disorders of persons incarcerated under the

conditions I have assumed. As with lack of exercise, my opinion

is founded in my interviews with and psychiatric histories of

numerous persons who were confined in the Los Angeles County

Central Jail and other county jails, and such persons' marked

degree of anxiety, tendencies to abuse alcohol and other intoxica-

ting substances, severe martial disturbances, tendencies to

paranoia, insomnia, and serious employment problems. It is my

opinion that these mental health symptoms and problems are all

in significant part attributable to overcrowding and lack of move-

ment in jails. As with lack of exercise for high security

prisoners, my opinions are supported by the literature on social

deprivation, including works by Messrs. Lilly, Zimbardo, Goffman

and Selye; and the other scientific disciplines I enumerated above -

social psychology, experimental psychology, ethology, psycho-

biology and social-biology - have come to similar conclusions that

overcrowding and lack of movement can cause definite, significant

and possibly permanent detrimental impact on persons confined.

Obviously, the less space, movement, exercise and recreation

prisoners experience the more their mental health will suffer.

8.
23.

Exhibit 1
Page71

 

1        I declare under penalty of perjury that the foregoing

2   is true and correct.

3        Executed this 23rd day of October, 1978, at Los

4   Angeles, Ca.

5             *Terry A. Kupers, M.D.*

6             TERRY A. KUPERS

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

9.
24.

Exhibit 1
Page72

SCHEDULE A

| Cell Designation (Row) | No. Men Per Cell | No. Cells | Size of Cell in Feet | Size of Adjoining Freeway in Feet | Size of Dayroom in Feet | Square Feet Per Cell in Sq. | Cell Sq. Feet Per Man @ Rated Capacity | Sq. Feet Per Man @ Rated Capacity Including Freeway | Sq. Feet Per Man Including Fr. and Dayroom |
|---|---|---|---|---|---|---|---|---|---|
| 1700 R/B | 1 | 26 | 4.5 x 9.5 x 9 | 5' x 125' | NONE-MESS | 42.75 | 42.75 | 66.78 | 66.78 |
| 1750 C/D | 1 | 24 | 4.5 x 9.5 x 9 | 5' x 115' | WILL X LAU | 42.75 | 42.75 | 66.7 | 66.7 |
| 1750 E/F | 1 | 16 | 4.5 x 9.5 x 9 | 5' x 76' | LIBRARY | 42.75 | 42.75 | 66.5 | 66.5 |
| 1750 G | 1 | 8 | 4.5 x 9.5 x 9 | 10' x 40' | CAN BE USED | 42.75 | 42.75 | 92.75 | 92.75 |
| 2100 A | 1 | 26 | 4.5 x 9.5 x 9 | 8 1/2 x 124' | 41' x 32' | 42.75 | 42.75 | 83.29 | 133.75 |
| 2100 B | 1 | 26 | 4.5 x 9.5 x 9 | 8 1/2 x 124' | 41' x 32' | 42.75 | 42.75 | 83.29 | 133.75 |
| 2100 C | 1 | 26 | 4.5 x 9.5 x 9 | 5' x 124' | 41' x 32' | 42.75 | 42.75 | 66.6 | 117.06 |
| 2100 D | 1 | 26 | 4.5 x 9.5 x 9 | 5' x 124' | 41' x 32' | 42.75 | 42.75 | 93.21 | 143.67 |
| 2200 A | 6 | 13 | 13 x 9 x 9.16 | 5' x 130' | 41' x 32' | 117 | 19.5 | 27.83 | 44.65 |
| 2200 B | 6 | 13 | 13 x 9 x 9.16 | 5' x 130' | 41' x 33' | 117 | 19.5 | 37.83 | 44.65 |
| 2200 C | 4 | 13 | 9 x 9 x 11.5 | 5' x 130' | 41' x 32' | 81 | 20.25 | 32.75 | 57.98 |
| 2220 D | 4 | 13 | 9 x 9 x 11.5 | 5' x 130' | 41' x 32' | 81 | 20.25 | 32.75 | 57.98 |
| 2300 A | 1 | 26 | 4.5 x 9.5 x 9 | 8 1/2 x 124' | 41' x 32' | 42.75 | 42.75 | 83.29 | 133.75 |
| 2300 B | 1 | 26 | 4.5 x 9.5 x 9 | 8 1/2 x 124' | 41' x 32' | 42.75 | 42.75 | 83.29 | 133.75 |
| 2300 C | 1 | 26 | 4.5 x 9.5 x 9 | 5' x 124' | 41' x 32' | 42.75 | 42.75 | 66.6 | 117.06 |
| 2300 D | 1 | 26 | 4.5 x 9.5 x 9 | 5' x 124' | 41' x 32' | 42.75 | 42.75 | 93.21 | 143.67 |
| 2400 A | 6 | 13 | 13 x 9 x 9.6 | 5' x 130' | 41' x 32' | 117 | 19.5 | 27.83 | 44.65 |
| 2400 B | 6 | 13 | 13 x 9 x 9.6 | 5' x 130' | 41' x 32' | 117 | 19.5 | 27.83 | 44.65 |
| 2400 C | 4 | 13 | 9 x 9 x 11.5 | 5' x 130' | 41' x 32' | 81 | 20.25 | 32.75 | 57.98 |
| 2400 D | 4 | 13 | 9 x 9 x 11.5 | 5' x 130' | 41' x 32' | 81 | 20.25 | 32.75 | 57.98 |
| 2500 A | 1 | 26 | 4.5 x 9.5 x 9 | 8 1/2 x 124' | 41' x 32' | 42.75 | 42.75 | 83.29 | 133.75 |
| 2500 B | 1 | 26 | 4.5 x 9.5 x 9 | 8 1/2 x 124' | 41' x 32' | 42.75 | 42.75 | 83.29 | 133.75 |
| 2500 C | 1 | 26 | 4.5 x 9.5 x 9 | 5' x 124' | 41' x 32' | 42.75 | 42.75 | 66.6 | 117.06 |
| 2500 D | 1 | 26 | 4.5 x 9.5 x 9 | 5' x 124' | 41' x 32' | 42.75 | 42.75 | 66.6 | 117.06 |
| 2600 A | 6 | 13 | 13 x 9 x 9.6 | 5' x 130' | 41' x 32' | 117 | 19.5 | 27.83 | 44.65 |
| 2600 B | 6 | 13 | 13 x 9 x 9.6 | 5' x 130' | 41' x 32' | 117 | 19.5 | 27.83 | 44.65 |
| 2600 C | 4 | 13 | 9 x 9 x 11.5 | 5' x 130' | 41' x 32' | 81 | 20.25 | 32.75 | 57.98 |
| 2600 D | 4 | 13 | 9 x 9 x 11.5 | 5' x 130' | 41' x 32' | 81 | 20.25 | 32.75 | 57.98 |
| 2700 A | 1 | 26 | 4.5 x 9.5 x 9 | 8 1/2 x 124' | 41' x 32' | 42.75 | 42.75 | 83.29 | 133.75 |
| 2700 B | 1 | 26 | 4.5 x 9.5 x 9 | 8 1/2 x 124' | 41' x 32' | 42.75 | 42.75 | 83.29 | 133.75 |
| 2700 C | 1 | 26 | 4.5 x 9.5 x 9 | 5' x 124' | 41' x 32' | 42.75 | 42.75 | 66.6 | 117.06 |
| 2700 D | 1 | 26 | 4.5 x 9.5 x 9 | 5' x 124' | 41' x 32' | 42.75 | 42.75 | 66.6 | 117.06 |
| 2800 A | 6 | 13 | 13 x 9 x 9.6 | 5' x 130' | 41' x 32' | 117 | 19.5 | 27.83 | 44.65 |
| 2800 B | 6 | 13 | 13 x 9 x 9.6 | 5' x 130' | 41' x 32' | 117 | 19.5 | 27.23 | 44.65 |
| 2800 C | 4 | 13 | 9 x 9 x 11.5 | 5' x 130' | 41' x 32' | 81 | 20.25 | 32.75 | 57.98 |
| 2800 D | 4 | 13 | 9 x 9 x 11.5 | 5' x 130' | 41' x 32' | 81 | 20.25 | 32.75 | 57.98 |
| 2800 A | 10 | 7 | 9 x 22 x 9 | 10' x 9' | 10' x 9' | 198 | 19.8 | 35.22 | 36.38 |
| 2800 B | 10 | 7 | 9.25 x 19 x 9 | 5' x 120' | 10' x 9' | 175.75 | 21.97 | 32.68 | 34.13 |
| 2804 A | 1 | 4 | 5.08 x 8 x 7.8 | 9' x 35' | NONE | 40.64 | 40.64 | 74.25 | 74.25 |
| 2104 | 1 | 2 | 5.08 x 11.3 x 7.8 | 9' x 35' | NONE | 57.4 | 57.4 | 205.9 | 205.9 |
| 3100 A | 1 | 26 | 4.5 x 9.5 x 9 | 8 1/2 x 124' | 41' x 32' | 42.75 | 42.75 | 83.29 | 133.75 |
| 3100 B | 1 | 26 | 4.5 x 9.5 x 9 | 8 1/2 x 124' | 41' x 32' | 42.75 | 42.75 | 83.29 | 133.75 |
| 3100 C | 1 | 26 | 4.5 x 9.5 x 9 | 5' x 124' | 41' x 32' | 42.75 | 42.75 | 66.6 | 117.06 |
| 3100 D | 1 | 26 | 4.5 x 9.5 x 9 | 5' x 124' | 41' x 32' | 42.75 | 42.75 | 66.6 | 117.06 |
| 3200 A | 6 | 13 | 13 x 9 x 9.6 | 5' x 130' | 41' x 32' | 117 | 19.5 | 27.83 | 44.65 |
| 3100 B | 6 | 13 | 13 x 9 x 9.6 | 5' x 130' | 41' x 33' | 117 | 19.5 | 27.83 | 44.65 |
| 3200 C | 4 | 13 | 9 x 9 x 11.5 | 5' x 130' | 41' x 33' | 81 | 20.25 | 32.75 | 57.98 |

Exhibit 1
Page73

SCHEDULE

| | Precessed By | Initials | Date |
|---|---|---|---|
| | Approved By | | |

| UNIT NO | NO. EACH PER CELL | NO CELLS | SIZE OF HOUSING IN FEET | SIZE OF FREEWAY IN FEET | SIZE OF DAYROOM IN FEET | SQUARE FEET PER CELL SQ.FT. | CELL SQ. FEET PER MAN RATED CAPACITY | SQ FEET PER MAN RATED CAPACITY INCLUDING FREEWAY | SQ FEET PER MAN RATED CAPACITY INCLUDING DAYROOM |
|---|---|---|---|---|---|---|---|---|---|
| 20 D | 4 | 13 | 9x9x11.5 | 5'x130' | 4/1'x132' | 81 | 20.25 | 32.75 | 57.98 |
| 00 A | 1 | 26 | 4.5x9.5x9 | 8½'x124' | 4/1'x32' | 42.75 | 42.75 | 83.29 | 133.75 |
| 00 B | 1 | 26 | 4.5x9.5x9 | 8½'x124' | 4/1'x32' | 42.75 | 42.75 | 66.6 | 117.06 |
| 00 C | 1 | 26 | 4.5x9.5x9 | 5'x124' | 4/1'x32' | 42.75 | 42.75 | 66.6 | 117.06 |
| 00 D | 1 | 26 | 4.5x9.5x9 | 5'x124' | 4/1'x32' | 42.75 | 42.75 | 66.6 | 117.06 |
| 100 A | 6 | 13 | 13x9x9.6 | 5'x130' | 4/1'x31' | 11.7 | 19.5 | 27.83 | 44.65 |
| 00 B | 6 | 13 | 13x9x9.6 | 5'x130' | 4/1'x31' | 11.7 | 19.5 | 27.83 | 44.65 |
| 00 C | 4 | 13 | 9x9x11.5 | 5'x130' | 4/1'x32' | 81 | 20.25 | 32.75 | 57.98 |
| 100 D | 4 | 13 | 9x9x11.5 | 5'x130' | 4/1'x32' | 81 | 20.25 | 32.75 | 57.98 |
| 00 A | 1 | 26 | 4.5x9.5x9 | 8½'x124' | 4/1'x32' | 42.75 | 42.75 | 83.29 | 133.75 |
| 00 B | 1 | 26 | 4.5x9.5x9 | 8½'x124' | 4/1'x32' | 42.75 | 42.75 | 66.6 | 117.06 |
| 00 C | 1 | 26 | 4.5x9.5x9 | 5'x124' | 4/1'x32' | 42.75 | 42.75 | 66.6 | 117.06 |
| 00 D | 1 | 26 | 4.5x9.5x9 | 5'x124' | 4/1'x32' | 42.75 | 42.75 | 66.6 | 117.06 |
| 00 A | 6 | 13 | 13x9x9.6 | 5'x130' | 4/1'x31' | 11.7 | 19.5 | 27.83 | 44.65 |
| 00 B | 6 | 13 | 13x9x9.6 | 5'x130' | 4/1'x31' | 11.7 | 19.5 | 27.83 | 44.65 |
| 00 C | 4 | 13 | 9x9x11.5 | 5'x130' | 4/1'x32' | 81 | 20.25 | 32.75 | 57.98 |
| 00 D | 4 | 13 | 9x9x11.5 | 5'x130' | 4/1'x32' | 81 | 20.25 | 32.75 | 57.98 |
| 200 A | 1 | 26 | 4.5x9.5x9 | 8½'x124' | 4/1'x32' | 42.75 | 42.75 | 83.29 | 133.75 |
| 200 B | 1 | 26 | 4.5x9.5x9 | 8½'x124' | 4/1'x32' | 42.75 | 42.75 | 66.6 | 117.06 |
| 200 C | 1 | 26 | 4.5x9.5x9 | 5'x124' | 4/1'x32' | 42.75 | 42.75 | 66.6 | 117.06 |
| 200 D | 1 | 26 | 4.5x9.5x9 | 5'x124' | 4/1'x32' | 42.75 | 42.75 | 66.6 | 117.06 |
| 300 A | 6 | 13 | 13x9x9.6 | 5'x130' | 4/1'x32' | 11.7 | 19.5 | 27.83 | 44.65 |
| 300 B | 6 | 13 | 13x9x9.6 | 5'x130' | 4/1'x31' | 11.7 | 19.5 | 27.83 | 44.65 |
| 300 C | 4 | 13 | 9x9x11.5 | 5'x130' | 4/1'x32' | 81 | 20.25 | 32.75 | 57.98 |
| 300 D | 4 | 13 | 9x9x11.5 | 5'x130' | 4/1'x32' | 81 | 20.25 | 32.75 | 57.98 |
| 323 A | 2 | 14 | 9.5x5.16x9 | 5'x70' | NONE | 49.02 | 24.51 | 37.01 | 37.01 |
| 1300 A | 6 | 13 | 10x14x12 | 6½'x160' | 23'6"x13' | 140 | 23.33 | 36.66 | 41.43 |
| 1300 B | 6 | 12 | 10x14x12 | 6½'x160' | 23'6"x13' | 140 | 23.33 | 36.66 | 41.43 |
| 1300 C | 4 | 13 | 10x10x12 | 5'x150' | 23'6"x15' | 100 | 25 | 39.42 | 46.57 |
| 1300 D | 4 | 12 | 10x10x12 | 5'x150' | 23'6"x15' | 100 | 25 | 39.42 | 41.43 |
| 4400 A | 6 | 13 | 10x14x12 | 6½'x160' | 23'6"x13' | 140 | 23.33 | 36.66 | 41.43 |
| 4400 B | 6 | 12 | 10x14x12 | 6½'x160' | 23'6"x13' | 140 | 23.33 | 36.66 | 41.43 |
| 4400 C | 4 | 13 | 10x10x12 | 5'x150' | 23'6"x15' | 100 | 25 | 39.42 | 46.57 |
| 4400 D | 4 | 12 | 10x10x12 | 5'x150' | 23'6"x15' | 100 | 25 | 39.42 | 46.57 |
| 4500 A | 1 | 10 | 4.5x9.5x9 | 10'x60' | 8'x9' | 42.75 | 42.75 | 102.75 | 110.85 |
| 4500 B | 1 | 12 | 4.5x9.5x9 | 10'x60' | 8'x9' | 42.75 | 42.75 | 102.75 | 99.5 |
| 4500 C | 1 | 10 | 4.5x9.5x9 | 5'x60' | 8'x9' | 42.75 | 42.75 | 92.75 | 92.5 |
| 4500 D | 1 | 12 | 4.5x9.5x9 | 5'x60' | 8'x9' | 42.75 | 42.75 | 92.75 | 110.85 |
| 4600 A | 1 | 10 | 4.5x9.5x9 | 10'x60' | 8'x9' | 42.75 | 42.75 | 102.75 | 29.5 |
| 4600 B | 1 | 12 | 4.5x9.5x9 | 10'x60' | 8'x9' | 42.75 | 42.75 | 102.75 | 110.85 |
| 4600 C | 1 | 10 | 4.5x9.5x9 | 5'x60' | 8'x9' | 42.75 | 42.75 | 92.75 | 99.5 |
| 4600 D | 1 | 12 | 4.5x9.5x9 | 5'x60' | 8'x9' | 42.75 | 42.75 | 92.75 | 99.5 |
| 4700 A | 6 | 13 | 10x14x12 | 6½'x160' | 23'6"x13' | 140 | 23.33 | 36.66 | 41.43 |
| 4700 B | 6 | 12 | 10x14x12 | 6½'x160' | 23'6"x13' | 140 | 23.33 | 36.66 | 41.43 |
| 4800 C | 4 | 12 | 10x10x12 | 5'x150 | 23'6"x13 | 100 | 25 | 39.42 | 46.57 |
| 4700 D | 4 | 12 | 10x10x12 | 5'x150 | 25'x13 | 100 | 25 | 39.42 | 46.57 |
| 4800 A | 6 | 13 | 10x14x12 | 6½'x160' | 23'6"x13' | 140 | 23.33 | 36.66 | 41.43 |

EXHIBIT R    30.

Exhibit 1
Page74

## SCHEDULE A

| CELL DESIGNATION | ROW | NO. INMATES PER CELL | NO. CELLS | SIZE OF CELL IN FEET | SIZE OF MAIN DINING FREEWAY FEET | SIZE OF DAY ROOM IN FEET | SQ FEET IN CELL SQ FEET | SQ FEET TOLERANCE PER INMATE RATED CAPACITY | SQ FEET PER INMATE INCLUDING DAY ROOM | SQ FEET PER INMATE FORCED SINGLE INCLUDING FREEWAY |
|---|---|---|---|---|---|---|---|---|---|---|
| 4800 | B | 6 | 12 | 10x14x12 | 6½x160 | 28½x13 | 140 | 23.33 | 34.65 | 41.93 |
| 4800 | C | 4 | 13 | 10x10x12 | 5x150 | 28½x13 | 100 | 25 | 39.42 | 46.57 |
| 4800 | D | 4 | 12 | 10x10x12 | 5x150 | 28½x13 | 100 | 25 | 39.42 | 46.57 |
| 5100 | — | 1 | 64 | 70x35x12 | NONE | ONE DAY | 2450 | 38.28 | | 45.88 |
| 5200 | — | 1 | 68 | 70x35x12 | NONE | ROOM | 2450 | 36.03 | | 48.13 |
| 5300 | — | 1 | 64 | 70x35x12 | NONE | SERVES ALL | 2450 | 38.28 | | 45.88 |
| 5400 | — | 1 | 68 | 70x35x12 | NONE | 80x100x10 | 2450 | 36.03 | | 48.88 |
| 5500 | — | 1 | 62 | 70x35x12 | NONE | | 2450 | 39.52 | | 49.37 |
| 5550 | — | 1 | 62 | 70x35x12 | NONE | | 2450 | 39.52 | | 49.37 |
| 5600 | — | 1 | 64 | 70x35x12 | NONE | | 2450 | 38.28 | | 48.13 |
| 5700 | — | 1 | 68 | 70x35x12 | NONE | | 2450 | 36.03 | | 45.88 |
| 5800 | — | 1 | 64 | 70x35x12 | NONE | | 2450 | 38.28 | | 48.13 |
| 5900 | — | 1 | 68 | 70x35x12 | NONE | | 2450 | 36.03 | | 45.88 |
| 9100 | — | 1 | 41 | 70x35x12 | NONE | | 2450 | 59.76 | | 69.61 |
| 9200 | — | 1 | 41 | 70x35x12 | NONE | | 2450 | 54.76 | | 69.61 |
| 9300 | — | 1 | 42 | 70x35x12 | NONE | | 2450 | 58.33 | | 68.18 |
| 9400 | — | 1 | 36 | 70x35x12 | NONE | | 2450 | 68.06 | | 72.91 |

EXHIBIT B-31.

Exhibit 1
Page75