UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   CV 75-04111 DDP                                    Dated: April 23, 2009

Title:   DENNIS RUTHERFORD -v- LEROY BACA
========================================================================
PRESENT:   HONORABLE DEAN D. PREGERSON, JUDGE

| John A. Chambers | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:      ATTORNEYS PRESENT FOR DEFENDANTS:

None                                                                    None

PROCEEDINGS:          MINUTE ORDER (IN CHAMBERS)

**COUNSEL ARE NOTIFIED** that on the Court's own motion the MOTION TO MODIFY ORDER RE: INMATE INTERVIEWS (FILED ON 06-05-08 & 06-06-08) is hereby continued to May 18, 2009 at 10:00 a.m.

MINUTES FORM 11                                          Initials of Deputy Clerk   JAC
CIVIL -- GEN