MARK D. ROSENBAUM, SBN 59940
mrosenbaum@aclu-sc.org
PETER ELIASBERG, SBN 189110
peliasberg@aclu-sc.org,
MELINDA BIRD, SBN 102236
mbird@aclu-sc.org
ACLU FOUNDATION OF SOUTHERN
    CALIFORNIA
1313 W. 8th Street
Los Angeles, California 90017
Telephone:  (213) 977-9500, x219
Facsimile:  (213) 977-5297

MARGARET WINTER
ACLU NATIONAL PRISON PROJECT
915 15th Street NW, 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6605
Facsimile:  (202) 393-4931
E-mail: mwinter@npp-aclu.org
*Not admitted in D.C.; practice limited to federal courts

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS RUTHERFORD, et al, <br><br> Plaintiffs, <br><br> vs. <br><br> LEROY BACA, as Sheriff of the County of Los Angeles, MICHAEL D. ANTONOVICH, YVONNE B. BURKE, DON KNABE, GLORIA MOLINA, ZEV YAROSLAVSKY, as Supervisors of the County of Los Angeles, et al., <br><br> Defendants. | Case No.  Civ. 75-04111-DDP <br><br> **NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTION TO MODIFY ORDER RE: INMATE INTERVIEWS** <br><br> Honorable Dean Pregerson <br><br> Date:    May 18, 2009 <br> Time:    10:00 a.m. <br> Dept:    3 |

1 | TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:
2 |     PLEASE TAKE NOTICE that Plaintiffs wish to withdraw the pending
3 | Motion to Modify Order re: Inmate Interviews on calendar for May 18, 2009 at
4 | 10:00 a.m. in Department 3.  Plaintiffs intend to refile at a later date.
5 | DATED:      Respectfully submitted,
6 |     ACLU Foundation of Southern California

    /s/ Melinda Bird

BY:  Melinda Bird
Attorney for Plaintiffs

1