UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   CV 75-04111 DDP                                                   Dated: May 5, 2009

Title:   DENNIS RUTHERFORD -v- LEROY BACA
================================================================
PRESENT:   HONORABLE DEAN D. PREGERSON, JUDGE

John A. Chambers                                              None Present
Courtroom Deputy                                              Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:         ATTORNEYS PRESENT FOR DEFENDANTS:

None                                                          None

PROCEEDINGS:        MINUTE ORDER (IN CHAMBERS)


**COUNSEL ARE NOTIFIED** that at the request of the moving party the MOTION TO MODIFY ORDER RE: INMATE INTERVIEWS (FILED ON 06-05-08 & 06-06-08) is hereby VACATED.