MARK D. ROSENBAUM, SBN 59940
PETER ELIASBERG, SBN 189110
MELINDA BIRD, SBN 102236
ACLU Foundation of Southern California
1313 W. 8th Street
Los Angeles, California 90017
Telephone: (213) 977-9500, x219
Facsimile: (213) 977-5297
E-mail: mbird@aclu-sc.org

MARGARET WINTER
ACLU NATIONAL PRISON PROJECT
915 15th Street NW, 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6605
Facsimile: (202) 393-4931
E-mail: mwinter@npp-aclu.org
*Not admitted in D.C.; practice limited to federal courts

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DENNIS RUTHERFORD, et al, <br><br> Plaintiffs, <br><br> vs. <br><br> LEROY BACA, as Sheriff of the County of Los Angeles, MICHAEL D. ANTONOVICH, YVONNE B. BURKE, DON KNABE, GLORIA MOLINA, ZEV YAROSLAVSKY, as Supervisors of the County of Los Angeles, et al., <br><br> Defendants. | Case No. Civ. 75-04111-DDP <br><br> **PLAINTIFFS' NOTICE OF MOTION AND MOTION TO RE-OPEN DISCOVERY.** <br><br> Honorable Dean Pregerson <br><br> Date: July 6, 2009 <br> Time: 10:00 am <br> Dept: 3 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

<u>NOTICE OF MOTION</u>

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE that on July 6, 2009 at 10:00 a.m., or as soon thereafter as counsel may be heard before the Honorable Dean Pregerson, in Courtroom 3 of the United States District Court, Central District of California, Los Angeles, California, the plaintiffs in this action through their attorneys of record, will move the Court for an order re-opening discovery in this matter.

<u>MOTION TO RE-OPEN DISCOVERY</u>

    Plaintiffs request that the Court issue an order re-opening discovery in this matter. Plaintiffs do not seek a determination at this time as to whether any particular information, documents or deponents must be produced. Plaintiffs' sole request is for an order permitting discovery during this post-judgment remedial phase of the case. The parties can then negotiate a discovery schedule, returning to the Court for assistance via a motion to compel or other proceeding if they cannot reach an agreement in a specific disputed area.

DATED:   June 13, 2009

                                 RESPECTFULLY SUBMITTED,

                                 ACLU Foundation of Southern California
                                 ACLU National Prison Project

                              By:   *Melinda Bird*
                                 _____
                                 Melinda Bird
                                 Attorneys for Plaintiffs