# EXHIBIT 5

You are here: LAT Home > Articles > California | Local

RELATED ARTICLES

KUDOS
Baez Helps Homeless: Singer Joan Baez will make a rare Los Angeles appearance when...
February 26, 1991| Entertainment

Isaacs Will Head Homeless Agency
Rebecca Isaacs was chosen Friday as executive director of the Los Angeles Homeless...
September 23, 2006| California | Local

SPONSORED LINKS

Talktherapynyc
Read this Mental Health Service's reviews & find Health Services.
Newyork.Citysearch.com

Mental Improvement
Memorize Entire Books - Guaranteed. There's No Other Course Like This.
www.Pmemory.com

Waste Treatment Systems
If you're on the lookout for a waste water management solution, contact WWE today. We're your compre...
www.wwe-co.com

Most Skin Wrinkle Products Are Scams
I wasted more than $1000 until I found Two Free Products that work.
AskErinBrown.com

Ad Feedback

# Mentally Ill in the Jail? It's a Crime

By Steve Lopez
December 11, 2005

He's 42 and bearded, thin as a dry twig, hands cuffed behind him. When he gets out, he says, he wants to play baseball, be a rock star and get a paper route.

Sponsored Links

»  Addiction Treatment
    Individualized, exclusive residential addiction treatment center.
    www.HopeByTheSea.com

»  Cancer Center Treatments
    Become a lymphoma patient at CTCA. Call today.
    www.CancerCenter.com

»  Wastewater Treatment
    Designer & Manufaturer of Martint Environmental systems.
    martintenvironmental.com

                                                    Ad Feedback

"Just call me Mickey Vin Priestly," he says, making up a name and telling me it's "very miserable" on the seventh floor of the Los Angeles County Jail. "Everybody keeps trying to poison me."

After we talk, deputies march the schizophrenic inmate back to his cell and lock the door behind him. Mickey Vin Priestly, in custody since September on an attempted robbery rap, immediately begins pacing his concrete box and talking to the walls.

On the same block of Tower 1, one prisoner is banging on a door with thunderous blows. Another man stands trance-like in front of his door for all to see, buck naked.

The doors and windows of other cells are plastered with warnings to jail staff.

Kicker. Biter. Spitter. Suicide Watch.

"I run the biggest mental hospital in the country," Sheriff Lee Baca often says.

That's a bit misleading, since only a small percentage of inmates actually need inpatient hospital services. But with roughly 2,000 inmates who've been identified by the jail as having mental issues, about two-thirds of whom are in for nonviolent crimes, Baca has a point.

People are locked up for being mentally ill, essentially, because there's nowhere else to put them. The jail is a dumping bin, teeming with inmates the jailers are ill-equipped and too understaffed to help, and sometimes can't even protect.

On Nov. 16, 35-year-old Chadwick Shane Cochran's mental problems cost him his life.

A drifter whose friends said he suffered from paranoia and delusions, Cochran was brought in out of the rain in October by an elderly Covina woman who let him stay in a trailer behind her house. When he said he was afraid that people were out to get him, she gave him a revolver, in the misguided belief that it would make him feel safe. Instead, it got him arrested for being a felon in possession of a gun.

Cochran's mental history landed him in the Twin Towers, along with other sick inmates. But he wasn't as sick as some of the others, and since there's just not room to segregate every mentally ill prisoner, Cochran got transferred over to the hard-core Men's Central facility, which resembles a dungeon.

| Next »

Sponsored Links

»  Addiction Treatment
    Individualized, exclusive residential addiction treatment center.
    www.HopeByTheSea.com

»  Cancer Center Treatments
    Become a lymphoma patient at CTCA. Call today.

Exhibit 5
32

Sponsored

www.CancerCenter.com
Mental Health   Mental Health Care   Mentally Ill
»  **Wastewater Treatment**
Mental Patients   Designer & Manufacturer of Mental Treatment Programs   Mental Health
martinlenvironmental.com

Los Angeles Times | California | Local Treatment

Ad Feedback

Sports   Entertainment   Business   California | Local   National   World   News   Opinion   Health   Travel   Home & Garden   Food   Science   Image

Los Angeles Times  Copyright 2009 Los Angeles Times

Privacy Policy | Terms of Service | Help & Services