# EXHIBIT 6

You are here: LAT Home > Articles > California | Local

**RELATED ARTICLES**

**Dr. Milton Miller, 77; Champion of Public Mental Health Services**
Dr. Milton H. Miller, a former chairman of the psychiatry department at Harbor-UCL...
April 23, 2005| California | Local

**Sheriff Reports on Improvement in Inmate Mental Care**
Los Angeles County appears to have made significant progress in recent weeks in im...
February 6, 1998| California | Local

**SPONSORED LINKS**

**Mental Health Degrees**
Open new doors to your career with a Health Care Degrees. Learn how.
Education.Washingtonpost.com

**Lythium Aspartate 5mG**
Live your Life in Balance. Lithium helps support normal mental Health and Stability.
vitanetonline.com

**Baltimore Flood Force-Wat**
Read this Mental Health Service's reviews & find Health Services.
Baltimore.Citysearch.com

**For Women Only - Vero Beach**
Medical Clinic specializing in women's health issues.
www.awwmc.com

Ad Feedback

# County OKs Jail Reforms

By Sue Fox
January 12, 2003

After a six-year federal probe of psychiatric care in the Los Angeles County jails, county officials have agreed to broad reforms aimed at better identifying and treating thousands of mentally ill inmates.

Sponsored Links

» **Talktherapynyc**
Read this Mental Health Service's reviews & find Health Services.
Newyork.Citysearch.com

» **Melyssa Nelson, Mft, Psyc**
Get this Health Care Professional's reviews & find Health Care Info.
Sanfrancisco.Citysearch.com

» **2 Rules for Stomach Fat**
Obey these 2 Simple Rules and Lose 11 lbs a Week effortlessly.
www.MySecretsToFastWeightLoss.com

Ad Feedback

The agreement, which avoids a potential civil rights lawsuit by the U.S. Department of Justice, follows years of alleged abuses in the nation's largest jail system, including excessive force and improper use of restraints that led to the deaths of at least two mentally disturbed inmates.

Under the terms of the accord, the county agreed to new standards governing virtually every stage of care for the estimated 2,500 mentally ill inmates who populate the jail on any given day, from intake screening and diagnosis to drug treatment, suicide prevention and medical record-keeping.

Los Angeles County Sheriff Lee Baca, whose department runs the jail system, said the long negotiations with federal officials have already produced important changes.

Since the investigation began in 1996, the Sheriff's Department has moved mentally ill inmates into modern facilities at the Twin Towers jail and launched a computerized system to track their medical records. The county Department of Mental Health, which oversees inmate psychiatric care, has doubled its jailhouse staff.

"The system we've developed is far more effective in providing proper services and making sure that people, when they get out of jail, don't come back because of their mental health problems," Baca said. He said the Justice Department "has been a positive partner in helping us write our own future."

Steven H. Rosenbaum, chief of the Justice Department's Special Litigation Section, said the federal government will continue to monitor mental health conditions in the county jails.

"The county has made substantial improvements in its treatment of inmates with mental illness. There's still more work to be done," he said.

L.A. County jails hold about 20,000 inmates who are serving short terms for misdemeanors or awaiting trial on felony charges.

Officials estimate that at least one-tenth of the inmates have diagnosed mental illness, making Twin Towers the largest mental-health housing facility in the nation, Baca said.

| Next »

Sponsored Links

» **Talktherapynyc**
Read this Mental Health Service's reviews & find Health Services.
Newyork.Citysearch.com

» **Melyssa Nelson, Mft, Psyc**
Get this Health Care Professional's reviews & find Health Care Info.
Sanfrancisco.Citysearch.com

» **2 Rules for Stomach Fat**

Exhibit 6
34

Sponsored

Obey these 2 Simple Rules and Lose 11 lbs a Week effortlessly.
www.weightlossMentallyloss.com Mental Health Care

Ad Feedback

Mental Health System    Mental Health Treatment    Health Staff    Mental Health Programs

Los Angeles Times | California | Local

Los Angeles Times. Copyright 2009 Los Angeles Times.
Business   California | Local   National   World   News   Opinion   Health   Travel   Home & Garden   Food   Science   Image
Privacy Policy | Terms of Service | Help & Services