# EXHIBIT 2

Case 2:75-cv-04111-DDP Document 161-3 Filed 06/15/09 Page 2 of 5 Page ID #:433



NOTE:

THIS HAS BEEN CARBON COPIED AND WILL BE COPIED TO OTHER AGENCIES. AN ADMINISTRATIVE COMPLAINT WAS FILED 4·6·09 REGARDING THESE MATTERS.

TO THOSE WHO ARE REALLY CONCERNED          3·29·09

<u>LAST NIGHT</u> MY NEIGHBOR TOOK HIS OWN LIFE??
I DO NOT KNOW EXACTLY HOW, BUT HE WAS VERY "STIFF" WHEN THE DEPUTIES PULLED HIM OUT OF HIS CELL. HE APPEARED TO HAVE <u>BEEN DEAD FOR AWHILE.</u> AND I AM NOT SURPRISED. NEGLIGENCE IS RAMPANT HERE. MY NEIGHBOR, JOHN HORTON, WAS NOT AN ENIGMA. HE HAD AND DISPLAYED "OBVIOUS SIGNS" OF MENTAL HEALTH ISSUES, INCLUDING BUT NOT LIMITED TO:

* THE FEW TIMES THEY RAN SHOWERS HE REFUSE TO TAKE ONE. HE WOULD ALWAYS REFUSE HIS "MEDS."
* HE HAD PILES OF TRASH AND OLD FOOD TRAYS STACKED IN FRONT OF HIS CELL. TRASH WAS EVERYWHERE, INSIDE AND SOMETIMES OUTSIDE HIS CELL.
* HE WOULD HAVE OPEN FOOD CONTAINERS (CEREAL, COOKIES, ETC.) LAYED OUT OVER HIS BED THROUGHOUT THE DAY.
* HE WOULD TALK TO HIMSELF 'AUDIBLY' FOR HOURS. (SEVERAL DEPUTIES WOULD COME TO HIS CELL DOOR AND TEASE HIM, ILLUMINATE THEIR FLASHLIGHTS ON HIM 'PLAYFULLY' AND JOKE ABOUT HIM.)
* HE WAS NOT EATING. MANY TIMES HE WOULD PUSH PORTIONS OF HIS FOOD UNDER HIS DOOR TO FEED THE MICE.
* ON SEVERAL OCCASIONS MR. HORTON HAD WHAT OBVIOUSLY APPEARED TO BE A HANGMENS "NOOSE" AFIXED TO THE BACK OF HIS CELL LIGHT. EVEN WHILE DEPUTIES LOOKED ON. I SEEN IT, THEY SEEN IT. MR. HORTON HAS VISIBLY STOOD IN HIS CELL AND/OR

Exhibit 2
81

(2) ...BROUGHT ME BACK FROM THE LAW LIBRARY AFTER 6PM. THESE 'ITEMS' WERE VISIBLE. DEPUTY ▓▓▓ DID NO MORE 'WALKS' AFTER 6PM. HE WAS SUPPOSE TO BRING ME A DINNER TRAY BUT HE NEVER RETURNED. THE NIGHT M— GAVE ME A SACK LUNCH FOR DINNER. DEPUTIES ARE NOT DOING THEIR "WALKS"

SQUATTING 'ATOP' HIS SINK WITH PLASTIC? TIES AROUND HIS WRIST, LOOKING DIRECTLY AT THE NOOSE. (SEVERAL DEPUTIES OBSERVED THESE 'ITEMS' AND "BEHAVIOR" UPON BRINGING ME BACK OR TAKING ME TO THE LAW-LIBRARY) THE SAME TIME(S) I'VE NOTICED THEM (SEE NOTE ABOVE)

THESE WERE PROBABLY JUST OF A "FEW" OBVIOUS SIGNS HE DISPLAYED THAT I WAS ABLE TO OBSER -VE "GOING AND COMING" FROM LAW-LIBRARY OR SHOWER. NO TELLING WHAT OTHER BEHAVIOR PATTERNS HE EXHIBITED TO DEPUTIES THROUGH OUT THE COURSE OF THREE (3) SHIFTS DURING HIS STAY HERE. BUT I HAVE HEARD DEPUTIES CALL HIM "CRAZY" NUMEROUS TIMES. AND AS I WRITE THIS REPORT I AM TOTALLY AWARE OF THE HEARTLESSNESS OF MANAGEMENT HERE. AT PRESENT A CROWD OF "SENIOR" DEPUTIES ARE STANDING IN FRONT OF (NOW DECEASED "MR HORTON"'S) CELL SMILING AND LAUGHING AS IF THEY ARE THE CELEBRANTS AT A "LYNCH" PARTY.

A HUMAN BEING IN LOS ANGELES COUNTY JAIL HAS NO RIGHTS THAT THE SHERIFFS FEEL BOUND TO RESPECT.

MR. HORTONS LIFE COULD HAVE DEFINITELY BEEN SAVED, THAT IS, IF THE LASD, HAD ANY RESPECT FOR "INMATES LIVES." BUT THEY DON'T.

THIS IS THE TYPE OF NEGLECT, deliberate indiff—

Exhibit 2
82

I HAVE EVEN WENT ON SUICIDE WATCH TO GET OUT OF THIS HOLE. IT IS STRUCTURALLY DEPRESSIVE AND MENTALLY UNHEALTHY. THIS IS NOT A SAFE PLACE. IF I HAVE NOTED THESE "SIGNS" HOW COULD DEPUTIES BE BLIND TO THEM?

5) ERENCE AND CALLOUSNESS I HAVE WELL DOCUMENTED IN THE LAST YEAR.

ON MAY 27, 08 I FILED A GROUP COMPLAINT WITH OTHER INMATES ABOUT JAIL CONDITIONS AND SUBMITTED IT TO MELINDA BYRD, ACLU.

ON MANY OCCASIONS IN 2008 I HAVE TRIED TO CALL PEOPLES ATTENTION TO A SYSTEM THAT IS TOTALLY OUT OF CONTROL.

ON JANUARY 20, 2009 ME AND SEVERAL OTHER DECLARANTS FILED COMPLAINTS WITH THE COURT (DEPT. 100/CCB) AND WITH '6' OTHER AGENCIES (INCLUDING THE ACLU) REGARDING DEPUTIES BEHAVIOR AT MCJ.

THE DEPUTIES HAVE NO RESPECT FOR HUMAN LIFE, ESPECIALLY" INMATES LIFE."

NOW, MAYBE SUICIDES HAVE BECOME ALL TOO COMMON AROUND HERE AND THE CIRCUMSTANCIAL ISSUES OF NEGLECT GO UNREPORTED AND UNHEARD OF BECAUSE A) DEAD BODIES DON'T TALK B) MOST INMATES ARE AFRAID AND RELUNCTANT TO WRITE CERTAIN COMPLAINTS AND C) STAFF/DEPUTIES HAVE PRE-REHEARSED SCRIPTS ON HOW TO COVER-UP, EXPLAIN AWAY AND MINIMIZE THE LOST OF A LIFE BY SUICIDE. JOHN HORTONS LIFE COULD HAVE BEEN SAVED!! BUT WHO REALLY CARES?

JUST MOMENTS AGO I HEARD THE LIGHT CHATTER OF DEPUTIES "CHOREOGRAPHING" THEIR VERSION OF EVENTS..." I JUST INVOKED

Exhibit 2
83

NOTE:

(4)

...RACIAL AND JAIL POLITICS PREVENT INMATES FROM SPEAKING OUT. MOST INMATES FOLLOWING THIS FALSE HONOR CODE WILL ALMOST ALWA[YS] SAY "I DIDN'T HEAR OR SEE ANYTHING." LYING THROUGH THEIR TEETH!

AND HE WALKED... AND YEAH THE GUY LOOKED AS THOUGH HE WAS SITTING UP TALKING TO HIMSELF... ETC... ETC...

THAT "GUY" (MR. HORTON) WAS "STIFF AS A BOARD" WHEN THEY PULLED HIM OUT OF THAT CELL. EVEN THE PARAMEDIC (HE WAS DRESSED IN WHAT APPEARED TO BE A FIREMEN SUIT?) ASKED THE DEPUTY: "HOW LONG WAS HE IN THERE? HIS BODY IS <u>VERY</u> STIFF."

WHEN THEY PULLED HIM FROM THE CELL I JUST KNEW HE WAS DEAD! BUT I KNOW IF STAFF HAD'VE LISTENED WHEN I TOLD THEM "HE NEEDS HELP" THIS TRAGEDY COULD HAVE BEEN AVOIDED. BUT I KNOW THE "MAGICIANS" ARE GONNA MAKE THIS ALL APPEAR LIKE A "REGULAR DEATH" WHERE THEY WERE JUST DOING THEIR JOBS AND JOHN HORTON AT THE "OPPORTUNE TIME" TOOK HIS OWN LIFE. I DISAGREE! THE LASD IS COMPLICIT THROUGH NEGLECT AND COLD HEARTED COMPLACENCY. WHO CAN STOP THEM? THE DRESS REHEARSAL STARTED THE SECOND MR. HORTON'S STIFF BODY WAS YANKED OUT THE CELL. THE MOMENT THEY BEGAN TO THINK OF WAYS TO "COVER UP" THIS INCIDENT IS THE SAME INSTANT IT WENT FROM A SUICIDE TO A NEGLIGENT HOMICIDE. AND IF EVERYBODY IS PLAYING THEIR 'ROLES' CORRECTLY A.C.L.U. WILL BE WALKING WITH THEIR CLIP BOARDS SOON ASKING IF "ANYBODY SEEN ANYTHING." IF ONL[Y] MR. HORTON COULD TELL HIS STORY!

Exhibit 2
84