# EXHIBIT 3



# CUSTODY SUPPORT SERVICES IN-CUSTODY DEATH REPORTING FORM
## INMATE INFORMATION

INMATE NAME: Horton, John, NMI / 1813518
  Last   First   Middle   Bkg #
CII #: A2203689   Date Of Birth: 03/20/87   Date Of Incarceration: 02/23/09

Date and Time of Death: 03/30/09  0346   Date and Time of Injury: n/a

Sex: (M) F   Charge: 11351.5 HS   Report #: 009-00419-5100-453

**CUSTODY STATUS**
- [ ] 0 Unknown
- [ ] 1 In Transit
- [ ] 2 Awaiting Booking
- [ ] 3 Booked - No Charges Filed
- [ ] 4 Booked - Awaiting Trial
- [x] 5 Sentenced
- [ ] 6 Court
- [ ] 7 Other ____

**RACE**
- [x] B Black
- [ ] C Chinese
- [ ] F Filipino
- [ ] H Hispanic
- [ ] I American Indian
- [ ] J Japanese
- [ ] O Other
- [ ] P Pacific Islander
- [ ] W White
- [ ] X Unknown

**FACILITY OF INJURY / ONSET OF ILLNESS**
- [ ] 1 Station ____
- [ ] 2 CRDF
- [ ] 3 IRC
- [ ] 4 LAC/USC Medical Center
- [x] 5 MCJ
- [ ] 6 Mira Loma
- [ ] 7 NCCF
- [ ] 8 PDC - East North South
- [ ] 9 Twin Towers
- [ ] 10 Local Hospital
- [ ] 11 State Hospital
- [ ] 12 Not in Custody

**LOCATION OF INJURY**
- [ ] 1 Administrative
- [ ] 2 Booking
- [x] 3 Living Area
- [ ] 4 Common Area
- [ ] 5 Holding Area
- [ ] 6 Medical Area
- [ ] 7 Mental Health Area
- [ ] 8 Not Applicable
- [ ] 9 Not in Custody

**LOCATION OF DEATH**
- [ ] 1 Administrative
- [ ] 2 Booking
- [x] 3 Living Area
- [ ] 4 Common Area
- [ ] 5 Holding Area
- [ ] 6 Medical Area
- [ ] 7 Mental Health Area
- [ ] 8 Not Applicable
- [ ] 9 Other ____

**FACILITY OF DEATH**
- [ ] 1 Station ____
- [ ] 2 CRDF
- [ ] 3 IRC
- [ ] 4 LAC/USC Medical Center
- [x] 5 MCJ
- [ ] 6 Mira Loma
- [ ] 7 NCCF
- [ ] 8 PDC - East North South [ ]
- [ ] 9 Twin Towers
- [ ] 10 Local Hospital
- [ ] 11 State Hospital
- [ ] 12 Other ____

**MEANS OF DEATH**
- [ ] 1 Firearm
- [ ] 2 Club, Blunt Instrument
- [ ] 3 Hands, Feet, Fists
- [ ] 4 Knife, Cutting Instrument
- [x] 5 Hanging, Strangulation
- [ ] 6 Drug Overdose
- [ ] 7 Not Applicable
- [ ] 8 Blunt Force Trauma

**CAUSE OF DEATH**
- [ ] 0 Pending/Unknown
- [ ] 1 Accidental
- [x] 2 Suicide
- [ ] 3 Homicide (Custodial Staff)
- [ ] 4 Homicide (Other Inmate)
- [ ] 5 Natural [ ] AIDS [ ] Tuberculosis [ ] Diabetes [ ] Other Communicable Diseases
- [ ] 6 Other ____

**NARRATIVE:** On 03/30/09, the 3301 deputy was conducting a security check when Inmate Horton was observed in a sitting position inside of his cell. Inmate Horton was unresponsive and the deputy observed a blanket tied around his neck. Inmate Horton was cut down and moved onto the floor. Cardiopulmonary resuscitation (CPR) was initiated and taken over by Los Angeles City Fire Department personnel on arrival. Inmate Horton was pronounced dead on the scene at 0406.

**SUBMITTED BY**   (Please print the following information)
Name and Title: Deputy Jeniffer Lund, Deputy Sheriff
Unit/Telephone: Custody Support Services, 213-893-5102

CONTENTS LT. S. SMITH NOTED
CONTENTS DENNIS CONTE NOTED

SH-J-430 Rev. 7/01   Custody Support Services, telephone: (213) 893-5102 fax: (213) 613-4780

Exhibit 3
85