1  PAUL B. BEACH, State Bar No. 166265
   JUSTIN W. CLARK, State Bar No. 235477
2  DANIEL LEE, State Bar No. 236811
   pbeach@lbaclaw.com; jclark@lbaclaw.com; dlee@lbaclaw.com
3  LAWRENCE BEACH ALLEN & CHOI, PC
   100 West Broadway, Suite 1200
4  Glendale, California 91210-1219
   Telephone No. (818) 545-1925
5  Facsimile No. (818) 545-1937

6  Attorneys for Defendants

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11 DENNIS RUTHERFORD, et al.,     ) Case No. CV 75-04111 DDP
                                  )
12                                ) Honorable Dean D. Pregerson
          Plaintiffs,             )
13                                )
                                  ) **STIPULATION OF PARTIES FOR**
14    vs.                         ) **CONTINUANCE OF HEARING**
                                  ) **AND BRIEFING SCHEDULE ON**
15                                ) **PLAINTIFFS' MOTION TO RE-**
   SHERMAN BLOCK, et al.,         ) **OPEN DISCOVERY**
16                                )
                                  )
17        Defendants.             )
                                  )
18 _____)

19

20     TO THE COURT, ALL INTERESTED PARTIES, AND THEIR

21 ATTORNEYS OF RECORD:

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

1

RUTHERFORD\Stip re cont brfing re Mtn re-open disc

1  For the reasons stated below, the parties herein, by and through their
2  respective counsel of record, hereby enter into the following stipulation:
3     1.   On June 15, 2009, Plaintiffs filed their Motion to Re-Open Discovery
4  ("Motion") in the above-entitled matter;
5     2.   The parties have agreed to a one-week continuance of the hearing and
6  briefing schedule on Plaintiffs' Motion;
7     3.   Therefore, the parties stipulate as follows:

- The hearing on Plaintiffs' Motion is continued from July 6, 2009 to July 13, 2009;
- The deadline to file Defendants' Opposition to Plaintiffs' Motion is continued from June 22, 2009 to June 29, 2009; and,
- The deadline to file Plaintiffs' Reply to Defendants' Opposition to Plaintiffs' Motion is continued from June 29, 2009 to July 6, 2009.

Dated: June 18, 2009         ACLU Foundation of Southern California

By _____
Melinda Bird
Attorneys for Plaintiffs

Dated: June 18, 2009         LAWRENCE BEACH ALLEN & CHOI, PC

By _____
Paul B. Beach
Daniel Lee
Attorneys for Defendants

RUTHERFORD\Stip re cont brfing re Mtn re-open disc