

1

2

3

4

5

6

7

8 **UNITED STATES DISTRICT COURT**

9 **CENTRAL DISTRICT OF CALIFORNIA**

10

11 DENNIS RUTHERFORD, et al.,                ) Case No. CV 75-04111 DDP
                                            )
12                Plaintiffs,               ) Honorable Dean D. Pregerson
                                            )
13                                          ) **[PROPOSED] ORDER RE:**
        vs.                                 ) **CONTINUANCE OF HEARING**
14                                          ) **AND BRIEFING SCHEDULE ON**
                                            ) **PLAINTIFF'S MOTION TO RE-**
15 SHERMAN BLOCK, et al.,                   ) **OPEN DISCOVERY**
                                            )
16                Defendants.               ) New Date:  July 13, 2009
                                            ) Time:      10:00 a.m.
17                                          ) Dept.:     3
                                            )
18 _____ )

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

RUTHERFORD\Prop Order re cont brfing re Mtn re-open disc

Pursuant to the stipulation of the parties and good cause appearing therefor, the Court hereby orders as follows:

- The hearing on Plaintiffs' Motion is continued from July 6, 2009 to July 13, 2009;
- Defendants' Opposition to Plaintiffs' Motion is continued from June 22, 2009 to June 29, 2009; and,
- Plaintiffs' Reply to Defendants' Opposition to Plaintiffs' Motion is continued from June 29, 2009 to July 6, 2009.

IT IS SO ORDERED.

Dated: _____          _____
                                        Honorable Dean D. Pregerson
                                        United States District Court Judge

RUTHERFORD\Prop Order re cont brfing re Mtn re-open disc