UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 75-04111 DDP | Date | June 19, 2009 |
|---|---|---|---|

| Title | DENNIS RUTHERFORD -V- LEROY BACA |
|---|---|

Present: The Honorable    DEAN D. PREGERSON, U.S. DISTRICT JUDGE

| John A. Chambers | None Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

Proceedings:    MINUTE ORDER (IN CHAMBERS)

**COUNSEL ARE NOTIFIED** that the document entitled JOINDER IN MOTION FOR DISCOVERY REGARDING REOPENING DISCOVERY, filed on June 18, 2009, docket number 163 was electronically filed incorrectly and therefore ordered STRICKEN from the docket. Counsel shall review the electronic filing procedures and re-file the document forthwith.

|  | : | N / A |
|---|---|---|
|  | Initials of Preparer | JAC |

CV-90 (12/02)                               **CIVIL MINUTES - GENERAL**                               Page 1 of 1