1  PAUL B. BEACH, State Bar No. 166265
2  JUSTIN W. CLARK, State Bar No. 235477
   DANIEL LEE, State Bar No. 236811
3  pbeach@lbaclaw.com; jclark@lbaclaw.com; dlee@lbaclaw.com
   LAWRENCE BEACH ALLEN & CHOI, PC
4  100 West Broadway, Suite 1200
   Glendale, California 91210-1219
5  Telephone No. (818) 545-1925
   Facsimile No. (818) 545-1937

6  Attorneys for Defendants

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11 DENNIS RUTHERFORD, et al.,          ) Case No. CV 75-04111 DDP
                                       )
12                                     ) Honorable Dean D. Pregerson
              Plaintiffs,              )
13                                     )
                                       ) **STIPULATION OF PARTIES FOR**
14       vs.                           ) **CONTINUANCE OF HEARING**
                                       ) **AND BRIEFING SCHEDULE ON**
15                                     ) **PLAINTIFFS' MOTION TO RE-**
   SHERMAN BLOCK, et al.,              ) **OPEN DISCOVERY**
16                                     )
                                       )
17            Defendants.              ) New Date: July 13, 2009
                                       ) Time:     10:00 a.m.
18 _____ ) Dept.:    3

19

20       TO THE COURT, ALL INTERESTED PARTIES, AND THEIR

21 ATTORNEYS OF RECORD:

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

1

RUTHERFORD\Stip re cont brfing re Mtn re-open disc

For the reasons stated below, the parties herein, by and through their respective counsel of record, hereby enter into the following stipulation:

1. On June 15, 2009, Plaintiffs filed their Motion to Re-Open Discovery ("Motion") in the above-entitled matter;

2. The parties have agreed to a one-week continuance of the hearing and briefing schedule on Plaintiffs' Motion;

3. Therefore, the parties stipulate as follows:

- The hearing on Plaintiffs' Motion is continued from July 6, 2009 to July 13, 2009;
- The deadline to file Defendants' Opposition to Plaintiffs' Motion is continued from June 22, 2009 to June 29, 2009; and,
- The deadline to file Plaintiffs' Reply to Defendants' Opposition to Plaintiffs' Motion is continued from June 29, 2009 to July 6, 2009.

Dated: June 18, 2009

ACLU Foundation of Southern California

By _____
Melinda Bird
Attorneys for Plaintiffs

Dated: June 18, 2009

LAWRENCE BEACH ALLEN & CHOI, PC

By _____
Paul B. Beach
Daniel Lee
Attorneys for Defendants