1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| DENNIS RUTHERFORD, et al., | ) Case No. CV 75-04111 DDP |
|---|---|
| Plaintiffs, | ) Honorable Dean D. Pregerson |
| vs. | ) **[PROPOSED] ORDER RE: CONTINUANCE OF HEARING AND BRIEFING SCHEDULE ON PLAINTIFF'S MOTION TO RE-OPEN DISCOVERY** |
| SHERMAN BLOCK, et al., | ) |
| Defendants. | ) New Date: July 13, 2009<br>) Time: 10:00 a.m.<br>) Dept.: 3 |

19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

1

RUTHERFORD\Prop Order re cont brfing re Mtn re-open disc

Pursuant to the stipulation of the parties and good cause appearing therefor, the Court hereby orders as follows:

- The hearing on Plaintiffs' Motion is continued from July 6, 2009 to July 13, 2009;
- Defendants' Opposition to Plaintiffs' Motion is continued from June 22, 2009 to June 29, 2009; and,
- Plaintiffs' Reply to Defendants' Opposition to Plaintiffs' Motion is continued from June 29, 2009 to July 6, 2009.

IT IS SO ORDERED.

Dated: _____          _____
Honorable Dean D. Pregerson
United States District Court Judge