1 | PAUL B. BEACH, State Bar No. 166265
pbeach@lbaclaw.com
2 | JUSTIN W. CLARK, State Bar No. 235477
jclark@lbaclaw.com
3 | LAWRENCE BEACH ALLEN & CHOI, PC
100 West Broadway, Suite 1200
4 | Glendale, California  91210-1219
Telephone No. (818) 545-1925
5 | Facsimile No. (818) 545-1937

6 | Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

DENNIS RUTHERFORD, et al., ) Case No. CV 75-04111 DDP
) 
            Plaintiffs, ) Honorable Dean D. Pregerson
)
      vs. ) **NOTICE OF ERRATA RE DEFENDANTS' MOTION FOR ENFORCEMENT OF 1989 STIPULATION AND ORDER**
)
SHERMAN BLOCK, et al., )
)
            Defendants. )
_____ )

TO THE COURT, ALL INTERESTED PARTIES, AND THEIR ATTORNEYS OF RECORD:

///

///

///

1

RUTHERFORD\Notice of Errata re mtn to enforce 1989 order

1     PLEASE TAKE NOTICE that Defendants inadvertently failed to attach the
proposed order to Defendants' Motion for Enforcement of the 1989 Stipulation
and Order ("Defendants' Motion"). *See*, Docket No. 166. Attached hereto is the
proposed order on Defendants Motion. Defendants apologize for any
inconvenience this may have caused.

Dated: June 23, 2009                LAWRENCE BEACH ALLEN & CHOI, PC


By_____
    Justin W. Clark
    Attorneys for Defendants

2

RUTHERFORD\Notice of Errata re mtn to enforce 1989 order