UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS RUTHERFORD, et al.,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>SHERMAN BLOCK, et al.,<br><br>　　　　Defendants. | Case No. CV 75-04111 DDP<br><br>Honorable Dean D. Pregerson<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR ENFORCEMENT OF 1989 STIPULATION AND ORDER**<br><br>Date:　July 13, 2009<br>Time:　10:00 a.m.<br>Crtrm:　3 |

　　　On July 13, 2009, Defendants' Motion for Enforcement of the 1989 Stipulation and Order ("Defendants' Motion") came on regularly for hearing before the Honorable Dean D. Pregerson, United States District Court Judge, in Courtroom 3 of the above-entitled Court.

///

///

///

On proof made to the satisfaction of the Court, and it appearing that there is good cause therefor, IT IS ORDERED THAT:

1. Defendants' Motion is hereby granted;

2. Pursuant to the 1989 Stipulation and Order, the American Civil Liberties Union of Southern California is ordered to withdraw as counsel for plaintiffs in *Johnson v. County of Los Angeles*, United States District Court Case No. CV 08-03515 DDP (JTLx).

Dated: _____   _____
　　　　　　　　　　　　　　　　　Honorable Dean D. Pregerson
　　　　　　　　　　　　　　　　　United States District Court