# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS RUTHERFORD, et al., | Case No. CV 75-04111 DDP |
| Plaintiffs, | Honorable Dean D. Pregerson |
| vs. | **ORDER RE: CONTINUANCE OF HEARING AND BRIEFING SCHEDULE ON PLAINTIFF'S MOTION TO RE-OPEN DISCOVERY** |
| SHERMAN BLOCK, et al., | New Date:  July 13, 2009 |
| Defendants. | Time:      10:00 a.m.<br>Dept.:     3 |

///
///
///
///
///
///
///
///
///
///

1

RUTHERFORD\Prop Order re cont brfing re Mtn re-open disc

1    Pursuant to the stipulation of the parties and good cause appearing
2  therefor, the Court hereby orders as follows:

3    • The hearing on Plaintiffs' Motion is continued from July 6, 2009 to
4       July 13, 2009 at 10:00 a.m.;

5    • Defendants' Opposition to Plaintiffs' Motion is continued from June
6       22, 2009 to June 29, 2009; and,

7    • Plaintiffs' Reply to Defendants' Opposition to Plaintiffs' Motion is
8       continued from June 29, 2009 to July 6, 2009.

9

10

11  IT IS SO ORDERED.

12

13  Dated:  June 24, 2009

14                              _____
15                              Honorable Dean D. Pregerson
                                United States District Court Judge
16

17

18

19

20

21

22

23

24

25

26

27

28

RUTHERFORD\Prop Order re cont brfing re Mtn re-open disc