# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

FILED
CLERK, U.S. DISTRICT COURT
JUN 30 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

To: ☒ U.S. District Judge / ☐ U.S. Magistrate Judge   PREGERSON

From: Michele Murley, Deputy Clerk   Date Received: 06-29-09

Case No.: CV 75-04111 DDP   Case Title: Rutherford -vs- Leroy Baca, et al.

Document Entitled: Request and (Proposed) Order

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

☐ Local Rule 11-3.1   Document not legible
☐ Local Rule 11-3.8   Lacking name, address, phone and facsimile numbers   and E-mail
☐ Local Rule 11-4.1   No copy provided for judge
☐ Local Rule 19-1     Complaint/Petition includes more than ten (10) Does or fictitiously named parties
☐ Local Rule 15-1     Proposed amended pleading not under separate cover
☐ Local Rule 11-6     Memorandum/brief exceeds 25 pages
☐ Local Rule 11-8     Memorandum/brief exceeding 10 pages shall contain table of contents
☐ Local Rule 7.1-1    No Certification of Interested Parties and/or no copies
☐ Local Rule 6.1      Written notice of motion lacking or timeliness of notice incorrect
☐ Local Rule 56-1     Statement of uncontroverted facts and/or proposed judgment lacking
☐ Local Rule 56-2     Statement of genuine issues of material fact lacking
☐ Local Rule 7-19.1   Notice to other parties of ex parte application lacking
☐ Local Rule 16-6     Pretrial conference order not signed by all counsel
☒ FRCvP Rule 5(d)     No proof of service attached to document(s)
☒ Other: Pursuant to GO 08-02, documents should be electronically filed.

Note: Please refer to the court's Internet website at www.cacd.uscourts.gov for local rules and applicable forms.

## ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

_____   _____
Date              U.S. District Judge / U.S. Magistrate Judge

☒ The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to *counsel. *Counsel shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

6-30-09           [signed] Pregerson
Date              U.S. District Judge / U.S. Magistrate Judge

*The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

CV-104A (12/03)   NOTICE OF DOCUMENT DISCREPANCIES

GPO   U.S. GOVERNMENT PRINTING OFFICE: 2007 672-579

Paula D. Pearlman (State Bar No. 109038)
paula.pearlman@lls.edu
Shawna L. Parks (State Bar No. 208301)
shawna.parks@lls.edu
Jennifer Lee (State Bar No. 231469)
jennifer.lee@lls.edu
DISABILITY RIGHTS LEGAL CENTER
919 Albany Street
Los Angeles, California 90015
Tel: (213) 736-1031; Fax: (213) 736-1428

Attorneys for Plaintiffs Peter Johnson, Donald Peterson
and Michael Curfman, on behalf of themselves and
all others similarly situated, in *Johnson, et al. v.
Los Angeles County Sheriff's Department, et al,*
Case No. CV 08-3515 DDP (JTLx)

(Attorneys continued on next page)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS RUTHERFORD, et al, <br><br> Plaintiffs, <br><br> vs. <br><br> LEROY BACA, as Sheriff of the County of Los Angeles, MICHAEL D. ANTONOVICH, YVONNE B. BURKE, DON KNABE, GLORIA MOLINA, ZEV YAROSLAVSKY, as Supervisors of the County of Los Angeles, et al., <br><br> Defendants. | Case No. Civ. 75-04111-DDP <br><br> **REQUEST BY PLAINTIFFS IN *JOHNSON, ET AL. V. LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, ET AL.*, CASE NO. 08-3515 DDP (JTLx) TO FILE AN OBJECTION TO *RUTHERFORD* DEFENDANTS' MOTION FOR ENFORCEMENT OF 1989 STIPULATION AND ORDER** <br><br> Honorable Dean Pregerson <br><br> Date: July 13, 2009 <br> Time: 10:00 a.m. <br> Dept: 3 |

REQUEST BY PLAINTIFFS IN *JOHNSON, ET AL. V. LOS ANGELES COUNTY SHERIFF'S DEPARTMENT,*

Paula D. Pearlman (State Bar No. 109038)
paula.pearlman@lls.edu
Shawna L. Parks (State Bar No. 208301)
shawna.parks@lls.edu
Jennifer Lee (State Bar No. 231469)
jennifer.lee@lls.edu
DISABILITY RIGHTS LEGAL CENTER
919 Albany Street
Los Angeles, California 90015
Tel: (213) 736-1031; Fax: (213) 736-1428

Attorneys for Plaintiffs Peter Johnson, Donald Peterson
and Michael Curfman, on behalf of themselves and
all others similarly situated, in *Johnson, et al. v.
Los Angeles County Sheriff's Department, et al*,
Case No. CV 08-3515 DDP (JTLx)

(Attorneys continued on next page)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS RUTHERFORD, et al, <br><br> Plaintiffs, <br><br> vs. <br><br> LEROY BACA, as Sheriff of the County of Los Angeles, MICHAEL D. ANTONOVICH, YVONNE B. BURKE, DON KNABE, GLORIA MOLINA, ZEV YAROSLAVSKY, as Supervisors of the County of Los Angeles, et al., <br><br> Defendants. | Case No. Civ. 75-04111-DDP <br><br> **[proposed] ORDER GRANTING REQUEST BY PLAINTIFFS IN *JOHNSON, ET AL. V. LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, ET AL.*, CASE NO. 08-3515 DDP (JTLx) TO FILE AN OBJECTION TO *RUTHERFORD* DEFENDANTS' MOTION FOR ENFORCEMENT OF 1989 STIPULATION AND ORDER** <br><br> Honorable Dean Pregerson <br><br> Date: July 13, 2009 <br> Time: 10:00 a.m. <br> Dept: 3 |

[proposed] ORDER GRANTING REQUEST BY PLAINTIFFS IN *JOHNSON, ET AL. V. LOS ANGELES COUNTY*