# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 75-04111 DDP | Date | July 6, 2009 |
| Title | DENNIS RUTHERFORD -V- LEROY BACA | | |

Present: The Honorable   **DEAN D. PREGERSON, U.S. DISTRICT JUDGE**

| John A. Chambers | None Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

Proceedings:   **MINUTE ORDER (IN CHAMBERS)**

In Rutherford v. Block (Case No. CV 75-4111), Defendants have filed a Motion for Enforcement of 1989 Stipulation and Order. That Motion seeks an order requiring the ACLU to withdraw as counsel for the plaintiffs in Johnson v. County of Los Angeles (Case No. CV 08-3515). Because that motion affects Johnson, the Court finds that the Johnson plaintiffs must have the opportunity to oppose the motion as well. The Court therefore orders Defendants to file a related motion in Johnson. The Court orders the following briefing schedule for that motion:

Defendants shall file their Motion in Johnson by Monday, July 13.
Plaintiffs shall file their Opposition by Monday, July 20.
Defendants shall file their Reply by Monday, July 27.
The hearing date on that motion shall be August 3, 2009 at 10:00 a.m.

On its own motion, the Court orders that the <u>Plaintiff's Motion to Reopen Discovery and Defendant's Motion to for Enforcement of 1989 Stipulation and Order</u>, both filed in Rutherford v. Block, shall be continued to Monday, August 3, 2009. In accordance with the Local Rules, the deadline for the parties to file their Reply papers in both motions shall be continued to Monday, July 27, 2009.

| | : | N / A |
|---|---|---|
| | Initials of Preparer | JAC |