1  MARK D. ROSENBAUM, SBN 59940
2  PETER ELIASBERG, SBN 189110
   MELINDA BIRD, SBN 102236
3  ACLU Foundation of Southern California
   1313 W. 8th Street
4  Los Angeles, California 90017
   Telephone:  (213) 977-9500, x219
5  Facsimile:  (213) 977-5297
   E-mail: mbird@aclu-sc.org

6
7  MARGARET WINTER
   ACLU NATIONAL PRISON PROJECT
8  915 15th Street NW, 7th Floor
   Washington, D.C. 20005
9  Telephone:  (202) 548-6605
   Facsimile:  (202) 393-4931
10 E-mail: mwinter@npp-aclu.org
   *Not admitted in D.C.; practice limited to federal courts

11 Attorneys for Plaintiffs

15 **UNITED STATES DISTRICT COURT**

16 **CENTRAL DISTRICT OF CALIFORNIA**

17

| | |
|---|---|
| 18  DENNIS RUTHERFORD, et al, | Case No.  Civ. 75-04111-DDP |
| 19              Plaintiffs, | |
| 20     vs. | **PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION RE: PLAN FOR CLOSURE OF JAIL FACILITIES.** |
| 21   LEROY BACA, as Sheriff of the County of Los Angeles, MICHAEL D. ANTONOVICH, YVONNE B. BURKE, DON KNABE, GLORIA MOLINA, ZEV YAROSLAVSKY, as Supervisors of the County of Los Angeles, et al., | Honorable Dean Pregerson  Date: August 3, 2009  Time: 10:00 am  Dept: 3 |
| 25              Defendants. | |

## NOTICE OF MOTION

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on August 3, 2009 at 10:00 a.m., or as soon thereafter as counsel may be heard before the Honorable Dean Pregerson, in Courtroom 3 of the United States District Court, Central District of California, Los Angeles, California, the plaintiffs in this action through their attorneys of record, will move the Court for a preliminary injunction in this matter

## MOTION FOR PRELIMINARY INJUNCTION
## RE: PLAN FOR CLOSURE OF JAIL FACILITIES

Plaintiffs request that the Court issue a preliminary injunction in this matter that restrains and enjoins Defendants, their officers, agents, employees, attorneys and all those in active concert with them from closing any beds at the North facility at Pitchess Detention Center or at any other jail facility until fourteen days after Defendants file a plan that includes the following:

1. A statement regarding the impact of the closure of the North Facility on the population at other jail facilities, including the impact on overcrowding, security and inmate well-being ("Overcrowding Impact Statement"). This statement shall address the feasibility of bed closures and census reductions at Men's Central Jail as an alternative to closure of the North Facility, as well as the feasibility of using the North Facility to house detainees currently housed at other Jail facilities, including Men's Central Jail.

2. Copies of all plans prepared by or for Defendants to manage the closure of the North facility, including plans to transfer inmates to other facilities and changes in the criteria for early release of sentenced inmates and pre-trial release. Defendants shall also produce the criteria to be used by Defendants for the release of detainees currently housed at the North facility who will not be transferred to other

facilities after the North facility is closed.

3. A census of the inmates in each dormitory and module in every jail facility, which will also be provided to Plaintiffs on a weekly basis in the future.

Within seven days of their receipt of the documents described above, Plaintiffs shall file a motion requesting whatever additional relief from this Court they deem necessary.

DATED:   July 13, 2009

RESPECTFULLY SUBMITTED,

ACLU Foundation of Southern California
ACLU National Prison Project

By: *Melinda Bird*
_____
Melinda Bird
Attorneys for Plaintiffs