MARK D. ROSENBAUM, SBN 59940
mrosenbaum@aclu-sc.org
PETER ELIASBERG, SBN 189110
peliasberg@aclu-sc.org
MELINDA BIRD, SBN 102236
mbird@aclu-sc.org
ACLU FOUNDATION OF SOUTHERN
     CALIFORNIA
1313 W. 8th Street
Los Angeles, California 90017
Telephone: (213) 977-9500, x219
Facsimile: (213) 977-5297

MARGARET WINTER
ACLU NATIONAL PRISON PROJECT
915 15th Street NW, 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6605
Facsimile: (202) 393-4931
E-mail: mwinter@npp-aclu.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS RUTHERFORD, et al,<br><br>Plaintiffs,<br><br>vs.<br><br>LEROY BACA, as Sheriff of the County of Los Angeles, MICHAEL D. ANTONOVICH, YVONNE B. BURKE, DON KNABE, GLORIA MOLINA, ZEV YAROSLAVSKY, as Supervisors of the County of Los Angeles, et al.,<br><br>Defendants. | Case No. Civ. 75-04111-DDP<br><br>**DECLARATION OF MELINDA BIRD IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION RE: PLAN FOR CLOSURE OF JAIL FACILITIES**<br><br>Honorable Dean Pregerson<br><br>Date: August 3, 2009<br>Time: 10:00 a.m.<br>Dept: 3 |

# DECLARATION OF MELINDA BIRD

I, MELINDA BIRD, declare and affirm and would so testify from first hand knowledge if called as a witness:

1. I am Senior Counsel for the American Civil Liberties Union of Southern California (ACLU), and am one of the counsel for plaintiffs in this case.

2. On June 30, 2009, I met with Paul Beach and representatives of the Los Angeles County Sheriff's Department. Mr. Beach is the lead attorney representing Sheriff Lee Baca and the County Board of Supervisors, who are the defendants in this matter. At the meeting, we discussed Sheriff Baca's announcement that he planned to close a jail facility at Pitchess Detention Center. The Department representatives told us that they had a plan to manage the closure, but refused to provide us with a copy of the plan. The Department representatives told us that the closure would not result in overcrowding at any other facilities but did not explain how this would happen. On July 1, I wrote to Mr. Beach, asking that he and his client reconsider the decision not to provide us with a copy of the plan for the facility closure. I did not receive a response or acknowledgement to this letter.

3. On July 8, 2009, I gave Mr. Beach notice by letter that we intended to seek a preliminary injunction order regarding the proposed closure of the North Facility at Pitchess Detention Center. Exhibit 1 is a true copy of this letter, which included my July 1 letter as an attachment. On Sunday, July 12, 2009, Mr. Beach sent me a letter in reply, in which he stated that closure of the North Facility was "speculative." A true copy of his letter is attached as Exhibit 2.

4. On a number of occasions, the ACLU has asked the Board of Supervisors and the Sheriff to reduce the size of the jail system and close jail beds by (a) increasing programs for supervised pre-trial release of non-violent detainees who are awaiting trial but cannot make bail, (b) improved discharge planning especially for inmates with mental illness who have a very high rate of re-arrest (as much as 95% according to one USC study), and (c) faster processing of defendants to shorten length

Declaration of Melinda Bird           1

of stay in the jail. Attached as Exhibits 3 and 4 are true copies of two letters which I sent to the Board in 2007 and in 2009, raising these issues and including information about programs in New York, where the local jurisdiction reduced its jail population from 22,000 to 13,000 without any negative impact on public safety.

5. The Countywide Criminal Justice Coordinating Committee (CCJCC) is a county body that includes members of most stakeholders in the criminal justice system, including superior court judges, the district attorney, the public defender and the Sheriff. I have attended the monthly public meetings and receive copies of the notes and minutes from every CCJCC meeting, which I review each month. In April 2008, CCJCC created a jail overcrowding subcommittee which is not open to members of the public. This committee recommended that the County hire a consultant to study overcrowding and in September 2008, the County implemented this proposal by issuing a request for proposals for a consultant to prepare a population management study and make recommendations to reduce overcrowding. The County awarded the contract to the Vera Institute of Justice in early 2009. The Vera Institute is not scheduled to release any public findings or recommendations regarding jail overcrowding until the end of its contract, which runs for two years, that is, until early 2011.

6. Attached as Exhibit 5 is a true copy of an earlier pleading filed in this case: Memorandum of Understanding; Court Approval Thereof, filed November 13, 1985 (Docket No. 463).

7. Attached as Exhibit 6 is a true copy of an earlier pleading filed in this case: Jail Management Plan and Order, filed May 27, 1988 (Docket No. 506).

I declare under penalty of perjury under the Laws of California that the foregoing is true and correct to the best of my knowledge and belief. Executed this 13th day of July, 2009 in Los Angeles, California.

_____
Melinda Bird

Declaration of Melinda Bird                    2