MARK D. ROSENBAUM, SBN 59940
mrosenbaum@aclu-sc.org
PETER ELIASBERG, SBN 189110
peliasberg@aclu-sc.org,
MELINDA BIRD, SBN 102236
mbird@aclu-sc.org
ACLU FOUNDATION OF SOUTHERN
   CALIFORNIA
1313 W. 8th Street
Los Angeles, California 90017
Telephone: (213) 977-9500, x219
Facsimile: (213) 977-5297

MARGARET WINTER
ACLU NATIONAL PRISON PROJECT
915 15th Street NW, 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6605
Facsimile: (202) 393-4931
E-mail: mwinter@npp-aclu.org

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS RUTHERFORD, et al, <br><br> Plaintiffs, <br><br> v. <br><br> LEROY BACA, as Sheriff of the County of Los Angeles, MICHAEL D. ANTONOVICH, YVONNE B. BURKE, DON KNABE, GLORIA MOLINA, ZEV YAROSLAVSKY, as Supervisors of the County of Los Angeles, et al., <br><br> Defendants. | Case No. Civ. 75-04111-DDP <br><br> **DECLARATION OF ELIZABETH MUELLER IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION RE: PLAN FOR CLOSURE OF JAIL FACILITIES** <br><br> Honorable Dean Pregerson <br><br> Date: August 3, 2009 <br> Time: 10:00 a.m. <br> Dept: 3 |

## DECLARATION OF ELIZABETH C. MUELLER

I, ELIZABETH C. MUELLER, declare and affirm and would so testify from first hand knowledge if called as a witness:

1. I work for the American Civil Liberties Union of Southern California (ACLU-SC). I submit this declaration in support of Plaintiffs' Motion for Preliminary Injunction re: Plan for Closure of Jail Facilities.

2. Attached hereto as Exhibit "1" is a true and correct copy of an excerpt from the "Statement of Proceedings for the Regular Meeting of the Board of Supervisors of the County of Los Angeles" held on June 30, 2009 and the attached "Motion by Supervisor Antonovich – Sheriff." The full text of the document is available at http://file.lacounty.gov/bos/sop/cms1_135098.pdf (last visited July 9, 2009).

3. Attached hereto as Exhibit "2" is a true and correct copy of the Los Angeles Times blog article, "COUNTY JAIL TO STAY OPEN, FOR NOW," published on June 30, 2009. The article is available at http://latimesblogs.latimes.com/lanow/2009/06/county-jail-to-stay-open-for-now.html (last visited July 9, 2009). The article reports on Sheriff Baca's meeting with the Board of Supervisors, noting that Baca said he planned to close the 1,600 bed North Facility by "transfer[ing] some inmates and releas[ing] others early." The article reports that Baca ultimately agreed to delay any decision about closing a jail until September and that the Sheriff's Department would work with the county's chief executive to identify alternatives to jail closures.

4. Attached hereto as Exhibit "3" is a true and correct copy of the Los Angeles Times blog article, "SHERIFF THREATENS TO SHUT DOWN A COUNTY JAIL BECAUSE OF CUTBACKS," published on June 26, 2009. The article is available at http://latimesblogs.latimes.comlanow/2009/06/sheriff-threatens-to-shut-down-a-county-jail-due-to-cutbacks.html (last visited July 9, 2009). The article reports on Sheriff Baca's June 26, 2009, letter to the Los Angeles County Board of Supervisors, noting that the sheriff's spokesman Steve Whitmore said that "sheriff's staffers are already planning for the potential closure."

5. Attached hereto as Exhibit "4" is a true and correct copy of the June 26, 2009, letter sent by Sheriff Baca to the Los Angeles County Board of Supervisors regarding the "Fiscal Year 2009-2010 Adopted Budget Curtailments." The document is available at http://file.lacounty.gov/bc/q2_2009/cms1_134446.PDF (last visited July 9, 2009). The letter states that budget cuts "will require the Department to close 1,600 jail beds at the Pitchess Detention Center North Facility" effective July 1, 2009, and warns that such "[a] reduction in jail beds could potentially result in an increase in inmate violence and a resultant increase in the use of force."

6. Attached hereto as Exhibit "5" is a true and correct copy of the Los Angeles Times article, "SHERIFF EYES LOWER BAIL FOR SOME," published on February 25, 2009. 2009 WLNR 3622257. The article reports that Sheriff Baca "was in talks… to determine whether reducing bail for nonviolent offenders would cut jail overcrowding."

7. Attached hereto as Exhibit "6" is a true and correct copy of the Los Angeles Times article, "JAILS MAY CLOSE, SHERIFF WARNS," published on February 24, 2009. 2009 WLNR 3545663. The article reports that Sheriff Baca "threatened to close the Men's Central Jail and perhaps a second detention facility" due to budget cuts. The article notes that Baca stated "if a jail has to close… it will be the aging Men's Central facility, which over the years has experienced outbreaks of violence…. [and] is outdated and extremely difficult to patrol."

8. Attached hereto as Exhibit "7" is a true and correct copy of the Los Angeles Times article, "SHERIFF WANTS A NEW JAIL, KNOWS ODDS ARE AGAINST HIM," published on November 23, 2007. 2007 WLNR 23179320. The article reports that "Sheriff Lee Baca wants the county to tear down Men's Central Jail," because it is the oldest jail in the system and "has outlived its time." The article states that "[e]ven though Central Jail is more manageable with fewer inmates, deputies and sheriff's officials contend the jail is outdated."

9. Attached hereto as Exhibit "8" is a true and correct copy of the May 8, 2007, letter sent by Sheriff Baca to the Los Angeles County Board of Supervisors regarding the "Proposed Reopening of Pitchess Detention Center – South Facility Status of Inmate Reception Center Overcrowding." The document is available at http://file.lacounty.gov/bc/q2_2007/cms1_059693.htm#P-6_0 (last visited July 13, 2009). The letter discusses efforts to alleviate "jail overcrowding affecting IRC" and "rectify other areas of concern to effectively comply with the *Rutherford* decision," including reviewing inmate files to determine if "an inmate is eligible for release via a promise to appear citation," Electric Monitoring and Community Based Alternatives to Custody Programs. The letter also requests the full re-opening of PDC South Facility following its closure in November 2001 to "relieve overcrowding at the other custody facilities, and afford the Department added flexibility to address and resolve *Rutherford* issues."

10. Attached hereto as Exhibit "9" is a true and correct copy of the February 22, 2007, letter sent by Sheriff Baca to the Los Angeles Chief Administrative Officer regarding a "Custody Overtime Funding Request."

11. Attached hereto as Exhibit "10" is a true and correct copy of the February 13, 2007, letter sent by Sheriff Baca to the Los Angeles County Board of Supervisors regarding the "Sheriff's Department Centralized Housing and Classification Quarterly Update." The document is available at http://file.lacounty.gov/bc/q1_2007/cms1_056269.htm#P-6_0 (last visited July 13, 2009). The letter notes that a "housing shortfall created significant time delays for inmates awaiting assignment from the IRC to permanent jail housing locations."

12. Attached hereto as Exhibit "11" is a true and correct copy of the Los Angeles Times article, "A TIMES INVESTIGATION: HEALTHCARE SUFFERS AT L.A. JAILS," published on December 24, 2006. 2006 WLNR 22452210. The article reports that the "Los Angeles County Jail system lacks enough doctors, nurses and other medical workers to meet the most basic needs of inmates, resulting in long delays in

4

treatment… [and] breakdowns in medical care… [that] have contributed to the deaths of at least 14 inmates" between 1999-2006.

13.     Attached hereto as Exhibit "12" is a true and correct copy of the Los Angeles Times article, "A TIMES INVESTIGATION: IN JAIL AND IN DANGER," published on December 17, 2006. 2006 WLNR 21899601.  The article discusses incidents of violence in the Los Angeles County jail system, noting that 14 inmates were killed and hundreds more were injured in jail violence between 2000-2006, that "the number of disturbances has risen from 47 in 2001 to 122" in 2006, and that the Sheriff's Department "has had increasing difficulty maintaining order" in the jails.  The article reports that "almost two-thirds of the jail killings since 2000 have taken place in Men's Central Jail," which is described as "dilapidated, understaffed and chronically overcrowded… a nightmare of poor sightlines and dark corners."

14.     Attached hereto as Exhibit "13" is a true and correct copy of excerpts of the Los Angeles County Sheriff's Department's 22nd Semiannual Report by Special Counsel Merrick J. Bobb, published on August 2006.  The full text of the report is available at http://file.lacounty.gov/lac/mbobb22.pdf (last visited July 10, 2009).  The report discusses the riots at Pitchess and MCJ, noting that "So long as the jails continue to confine dangerous inmates in overcrowded cells and dorms with little to occupy their time, inmates will fight and occasionally riot, and jail managers will continually struggle to control this violence."

15.     Attached hereto as Exhibit "14" is a true and correct copy of the Los Angeles Times article, "L.A. COUNTY ACTS TO EXPAND, REFORM JAILS," published on August 2, 2006. 2006 WLNR 13308667.  The article discusses that the Board of Supervisors' approved a package of reforms "designed to expand and improve security at the county's overcrowded and dangerous jails," but notes that it would take approximately three years before the improvements would take effect.  The article reports that overcrowding and a shortage of maximum-security beds have been blamed in part for a series of race riots that occurred earlier in the year.

16. Attached hereto as Exhibit "15" is a true and correct copy of the Los Angeles Times article, "SHERIFF SEEKS $300 MILLION FOR JAIL SYSTEM," published on July 11, 2006. 2006 WLNR 11914211. The article discusses Sheriff Baca's proposal to the Board of Supervisors that the county reopen Sybil Brand, build a minimum-security women's jail in Castaic and add hundreds of beds at North County, which "would represent a significant step toward adding beds and improving safety in the nation's largest jail system, Baca said."

17. Attached hereto as Exhibit "16" is a true and correct copy of the Los Angeles Times article, "SHERIFF BLAMES LACK OF STAFF FOR JAIL RIOT," published on February 6, 2006. 2006 WLNR 6967076. In this article, Sheriff Baca is quoted as follows: "Baca said the increasing violence at the North County facility is attributable to his decision a few years ago to close jails and concentrate inmates in the remaining jail facilities -- a move he said was caused by more than $150 million in budget cuts.... The more you crowd a facility, the more difficult it is to prevent violence."

18. Attached hereto as Exhibit "17" is a true and correct copy of the Los Angeles Times article, "PORTIONS OF CASTAIC JAIL REOPENED," published on October 16, 2005. 2005 WLNR 23319852. The article discusses the opening of a closed wing in Castaic to eliminate the problems of overcrowding, including the practice of housing extra inmates in four and five-man cells and forcing them to sleep on the floor.

19. Attached hereto as Exhibit "18" is a true and correct copy of the Los Angeles Times article, "WINDFALL TO EASE L.A. JAILS' CROWDING," published on April 19, 2005. 2005 WLNR 23347163. The article discusses the Sheriff's Department's plans to ease overcrowding by hiring new deputies and adding 4,474 new beds, noting that overcrowding is "a problem that ... has led to several killings behind bars."

20. Attached hereto as Exhibit "19" is a true and correct copy of the Los Angeles Times article, "JAILS TO REOPEN CLOSED AREAS SO INMATES WON'T

HAVE TO SLEEP ON THE FLOOR," published on February 20, 2005. 2005 WLNR 23318930. The article notes that "sheriff's officials... hope to reopen" jail sections that were closed in 2002 to eliminate the practice of inmates sleeping on jail floors.

21. Attached hereto as Exhibit "20" is a true and correct copy of the Los Angeles Times article, "L.A. JAIL CALLED DEADLY, OUTDATED," published on February 3, 2005. 2005 WLNR 23341202. The article discusses Special Counsel Merrick Bobb's confidential November 2004 Report to the Board of Supervisors, which was written in the wake of the killings of five inmates in county jails and noted that Men's Central Jail "is nightmarish to manage," that "lax supervision... has shortchanged accountability for inmate safety and security," and that immediate steps needed to be taken to make Men's Central safer.

22. Attached hereto as Exhibit "21" is a true and correct copy of the Los Angeles Daily News article, "STAPH INFECTION SPREADS IN COMMUNITY," published on January 4, 2005. The article is available at http://www.thefreelibrary.com/ STAPH INFECTION SPREADS IN COMMUNITY OUTBREAK OF RESISTANT STRAIN...-a0126887652 (last visited July 10, 2009). The article reports that the number of inmates in the Los Angeles County jails that were infected with MRSA quadrupled from 2002 to 2005, and that "Los Angeles County supervisors have expressed frustration at the inability of county jail and health officials to control the spread of the disease."

23. Attached hereto as Exhibit "22" is a true and correct copy of the September 1, 2004, letter sent by Sheriff Baca to the Los Angeles County Board of Supervisors regarding a "Response to Issues Related to MRSA." The document is available at http://file.lacounty.gov/bc/q3_2004/cms1_021695.htm#P-6_0 (last visited July 13, 2009). The letter reports on the Sheriff's Department's efforts to combat MRSA in the jails, noting that "the availability of daily showers for all inmates" was a corrective action taken by the Sheriff's Department to address the ongoing MRSA outbreak. The letter further states that there were problems with the issuance of hand soap and clean laundry to inmates at the jails.

7

24. Attached hereto as Exhibit "23" is a true and correct copy of the Los Angeles Times article, "INMATES FORCED TO SLEEP ON FLOOR," published on August 15, 2004. 2004 WLNR 19768387. The article discusses the problems that result from jail closures, namely that "squeez[ing prisoners] into fewer facilities" causes bed shortages, "aggravates tensions that simmer behind bars," and causes delays in processing at the Inmate Reception Center.

25. Attached hereto as Exhibit "24" is a true and correct copy of the August 5, 2004, letter sent by Sheriff Baca to the Los Angeles County Board of Supervisors regarding a "Response to a Request for a Sheriff's Department's Custody Master Plan." The document is available at http://file.lacounty.gov/bc/q3_2004/cms1_021158.htm#P-6_0 (last visited July 13, 2009). The letter discusses the Sheriff's Department's "jail operations" plan to expand inmate housing and increase the manageability of inmate populations by re-opening facilities. The letter notes that 750 inmates were "inappropriately" housed in day-rooms due to overcrowding following the closures of the jail facilities.

26. Attached hereto as Exhibit "25" is a true and correct copy of the Los Angeles Times article, "JAILS SEE OUTBREAK OF SKIN INFECTIONS," published on January 31, 2003. 2003 WLNR 15186618. The article discusses an outbreak of MRSA in the Los Angeles County jail system that affected more than 1,000 inmates in 2002. Noting that "staph infections are believed to be spread by skin-to-skin contact," the article reports that such infections are "more widespread and difficult to control" in the "chronically overcrowded" Men's Central Jail "because hygiene is poor, inmates are in close contact, and laundry is not cleaned often enough."

27. Attached hereto as Exhibit "26" is a true and correct copy of the Los Angeles Times article, "BACA SAYS HE WILL RELEASE 400 INMATES," published May 30, 2002. 2002 WLNR 12414999. The article reports on the Sheriff's Department's announcement that "it will release jail inmates being held on bail amounts

of $25,000 or less… to cope with budget cutbacks," which would include "about 400 inmates who are accused of committing misdemeanor crimes."

I declare under penalty of perjury under the laws of California that the foregoing is true and correct to the best of my knowledge and belief. Executed this 13th day of July, 2009 in Los Angeles, California.

Elizabeth C. Mueller