# EXHIBIT
# 1



STATEMENT OF PROCEEDINGS FOR THE

REGULAR MEETING OF THE BOARD OF SUPERVISORS

OF THE COUNTY OF LOS ANGELES HELD IN ROOM 381B

OF THE KENNETH HAHN HALL OF ADMINISTRATION

500 WEST TEMPLE STREET, LOS ANGELES, CALIFORNIA 90012

Tuesday, June 30, 2009

9:30 AM

Present:      Supervisor Molina, Supervisor Ridley-Thomas, Supervisor Yaroslavsky, Supervisor Antonovich and Supervisor Knabe

Invocation led by Pastor James K. Murray, Alondra Boulevard Church of Christ, Compton (2).

Pledge of Allegiance led by Henry C. Jimenez, Former Corporal, U.S. Army, Los Angeles (1).

Video Link for the Entire Meeting  (03-1075)

***Attachments:***    <u>Video Transcript</u>

<u>I.  PRESENTATIONS/SET MATTERS</u>

<u>9:30 a.m.</u>

Presentation of scrolls to the members of the Los Angeles County Department of Regional Planning in recognition of their outstanding effort in securing two grants from the Southern California Association of Governments for projects in the Florence-Firestone and Antelope Valley areas, in addition to winning two awards from the Los Angeles Section of the American Planning Association, as arranged by Supervisors Antonovich and Ridley-Thomas.

Special presentation by Brigadier General James P. Combs (ret.), USAR, as arranged by Supervisors Antonovich and Knabe.

Presentation of pets to the television audience for the County's Pet Adoption Program, as arranged by Supervisor Antonovich.

Presentation of scrolls to Bill Vanderberg, Dean of Students at Crenshaw High School and Eco Club Advisor recently named by the CBS The Early Show an "Early Angel" for his outstanding work at Crenshaw with the Eco Club; and to Crenshaw High School teachers/chaperones Tracy Fodor, Jeffery I. Goldberg,

   2)   Report back to the Board within 30 days on the timeline required to implement any remaining short- and mid-term recommendations that do require the additional funding appropriated to FCI expansion; and

   3)   Report back to the Board quarterly thereafter on:

      a)   Progress in implementing the short-, mid- and long-term term goals in the Chief Executive Officer's June 12, 2009 report;

      b)   Progress in pursuing the legislative changes necessary for more comprehensive information sharing, which have been identified by County Counsel;

      c)   FCI utilization rates by all affected departments; and

      d)   Child safety outcomes and cost benefits.  (09-1564)

**On motion of Supervisor Antonovich, seconded by Supervisor Yaroslavsky, this item was approved.**

          Ayes:   5 -   Supervisor Molina, Supervisor Ridley-Thomas, Supervisor Yaroslavsky, Supervisor Antonovich and Supervisor Knabe

_Attachments:_   Joint motion by Supervisors Antonovich and Yaroslavsky
              Report

**74-B.**  Recommendation as submitted by Supervisor Antonovich: Direct the Chief Executive Officer, the Auditor-Controller, and the Treasurer and Tax Collector to report to the Board at the June 30, 2009 meeting on the impacts of State-issued warrants on the County and the progress of the State budget. (09-1561)

**Sheriff Leroy D. Baca and Victor Rampulla, Division Director, Sheriff's Department, and William T Fujioka, Chief Executive Officer, responded to questions posed by the Board.**

**After discussion, Supervisor Antonovich made a motion to request the Sheriff and Chief Executive Officer to work collaboratively between now and September to identify viable alternatives, excluding any cuts to unincorporated patrols, Community Oriented Policing Services teams and closing jail facilities, but including the feasibility of allowing the Sheriff to keep all or a portion of his fund balance, and report back to the Board in advance of book closing in September.**

Supervisor Molina made a suggestion to amend Supervisor Antonovich's motion to also instruct the Chief Executive Officer to work collaboratively with the Board and the Sheriff to scrutinize the Sheriff Department's budget in order to find where the necessary money can be found within the budget.  Supervisor Antonovich accepted Supervisor Molina's amendment.

Supervisor Antonovich also requested to include a review of the Utility Tax money as a potential solution.

Later in the meeting, Mark Saladino, Treasurer and Tax Collector, Wendy Watanabe, Auditor-Controller, and John Naimo, Assistant Auditor-Controller, presented a report and responded to questions posed by the Board.

After discussion, by Common Consent, there being no objection, the Treasurer and Tax Collector's report was received and filed.

In addition, on motion of Supervisor Antonovich, seconded by Supervisor Knabe, the Board took the following actions:

1. Requested the Sheriff and Chief Executive Officer to work collaboratively between now and September to identify viable alternatives, excluding any cuts to unincorporated patrols, Community Oriented Policing Services teams and closing jail facilities, but including the feasibility of allowing the Sheriff to keep all or a portion of his fund balance, and report back to the Board in advance of book closing in September; and

2. Instructed the Chief Executive Officer to work collaboratively with the Board and the Sheriff to scrutinize the Sheriff Department's budget in order to find where the necessary money can be found within the budget, including a review of the Utility Tax money as a potential solution.

| | | |
|---|---|---|
| Ayes: | 5 - | Supervisor Molina, Supervisor Ridley-Thomas, Supervisor Yaroslavsky, Supervisor Antonovich and Supervisor Knabe |

***Attachments:***   Motion by Supervisor Antonovich - Sheriff
Motion by Supervisor Antonovich - Treasurer and Tax Collector
Video - Sheriff
Audio - Sheriff
Video - Treasurer and Tax
Audio - Treasurer and Tax Collector
Report

AGN. NO._____

MOTION BY SUPERVISOR MICHAEL D. ANTONOVICH                 June 30, 2009

**Sheriff's FY 09-10 Budget Curtailments:**

The proposed budget contained $31.6 million in budget curtailments to the Sheriff's Department which consists of cuts to various administrative vacant positions.  The adopted budget contained an additional $47.2 million in curtailments, $22.2 million will likely be achieved through various efficiencies in programs, but the remaining $25 million in cuts were to be worked out by exploring various options by the Chief Executive Officer (CEO) and the Sheriff.

While the Sheriff has the authority to make the final decision as to where to apply the $25 million in cuts, it is not prudent and it exacerbates the anticipated rise in crime given the economic downturn to close a jail facility.  Instead of taking such a drastic measure that compromises public safety, all other options must be exhausted.  It may take a few weeks to close a jail but years to re-open it. The Sheriff and the CEO should work collaboratively to explore and identify other viable solutions between now and final book closing in September, including allowing the Sheriff to keep all or a portion of his projected fund balance of $4 to $6 million.

I, THEREFORE, MOVE that the Board of Supervisors request the Sheriff and the Chief Executive Officer to work collaboratively between now and September to identify viable alternatives, excluding any cuts to unincorporated patrols, COPS teams and closing jail facilities but including the feasibility of allowing the Sheriff to keep all or a portion of his fund balance, and report back to the Board in advance of book closing in September.

###

MDA:apg

MOTION

MOLINA            _____

RIDLEY-THOMAS_____

YAROSLAVSKY_____

ANTONOVICH _____

KNABE            _____

# EXHIBIT
# 2

LAT Home | Print Edition | All Sections

Jobs   |   Cars.com   |   Real Estate   |   More Classifieds

## Los Angeles Times — California | Local

SEARCH

Crime    Education    Politics    Environment    Immigration    Traffic    O.C.

You are here: LAT Home > California | Local News

 **L.A. NOW**  Southern California - this just in

From the staff of the Los Angeles Times and…   ktla   cw   FOX 5 SAN DIEGO

« Michael Jackson memorial at Staples Center under consideration | Main | Authorities worry about road safety if Michael Jackson memorial is held at Neverland Ranch »

# County Jail to stay open, for now

3:33 PM | June 30, 2009

After threatening to close a County Jail on Wednesday if he is forced to make an additional $25 million in cuts to his $2.5-billion budget, Los Angeles County Sheriff Lee Baca agreed today to delay making such a move until September, after a testy exchange with county supervisors.

The sharp words on both sides took place amid demands for belt-tightening across county departments. Last week, the county supervisors passed a budget that required 7% to 15% cuts by all departments.

Baca sent a letter to the board saying that cuts planned for his department would force him to close the 1,600-bed North Facility, part of the jails at Pitchess Detention Center in Castaic. The sheriff said he planned to move 187 jail staff members to other county facilities, transfer some inmates and release others early.

Speaking to the board at their meeting this morning, Baca said he did not want to close the jail. He proposed that instead of cutting his budget, they consider covering his budget shortfall by tapping utility user tax revenues earmarked for the county's unincorporated areas.

"You've got to fund it if you don't want it closed," Baca said, criticizing supervisors for "attacking the sheriff's budget."

Supervisor Gloria Molina castigated Baca for using the jail closure as a ploy to get more money.

"You're not the only department that's having to go through this," Molina said, adding that Baca should have found ways to save before the budget was passed.

Supervisors ordered the sheriff to work with the county's chief executive to identify cost-saving alternatives to jail closures and layoffs and report to them in September.

"We're going to look through every bit of your budget," Molina said. "We're in tough times right now."

"Go ahead," Baca shot back. "Let's just put everything on the table. Anytime this board has gone into the fiscal elements of any department budget, it will show substantially that we're underfunded."

Supervisor Zev Yaroslavsky said the sheriff could start by cutting overtime, noting that one deputy last year earned more than $235,000 in salary and overtime.

ADVERTISEMENT

### Recent Posts

Morning Scoop: a crime-map whodunit, the battle of the Jackson bills, missing Mama Bear »
9:24 AM, July 9, 2009
Fight over potato chips leads to shooting, six arrests in San Diego »
9:20 AM, July 9, 2009
Property values fall in L.A. County for first time in 13 years »
8:00 AM, July 9, 2009
Investigators find growing equipment in burned building [Updated] »
7:58 AM, July 9, 2009
Brush fire near Getty Center 90% contained; Sepulveda Boulevard closed »
7:56 AM, July 9, 2009

### Overheard

It's a disgrace that L.A. taxpayers have to pay security costs...When an ordinary mortal dies, his/her estate or heirs have to pay for cops to lead the motorcade to the cemetery, direct traffic, etc.

- seetowne, on Michael Jackson's memorial

### Today's Local Headlines

1. LAPD's public database omits nearly 40% of this year's crimes ›

**Send a News Tip**

Tip us off at newstips@latimes.com

Sign up for Breaking News Alerts »

Follow us on Twitter »

More @LATimes Twitter accounts »

Submit a photo or video to YourScene »

Subscribe

LOCAL FEEDS

KTLA 5

Teen Gunned Down Outside Jefferson Park Home »
Cops: Man Tried to Rape Woman at Church »
Man Accused of 'Slam-Dunking' Chihuahua »

O.C. Register

Massive bowling alley-pizza parlor opens next week »
Deadly hit-and-run knocks off men's sandals, watch »
Thousands of public pools in state still unsafe »

Daily Breeze

South Bay history: The Great White Fleet »
Noontime women's soccer brings the Sol a different breed of fan »
Cori Desmond billboards go up in Redondo Beach »

Long Beach Press-

"How many hours does he have to work to earn $235,000? Is it in the best interest of the department to have someone working that many hours?" Yaroslavsky said.

Baca said overtime is necessary for public safety, that his office attempts to distribute overtime hours fairly, but that some staff seek out excessive hours.

"I don't like it but it's not illegal and it is productive," Baca said. "You don't earn overtime by sleeping."

After the meeting, Baca said he agreed to keep the jail open with the understanding that county leaders will allow him to use up to $6 million in surplus money from this year's budget to cover jail costs for the next three months.

He said he was willing to work with county staff to identify savings, but that it was unlikely they would find ways to make further cuts without layoffs.

"We bought more time," he said. "But I can't go any deeper. All of my funding is services to the public: courts, jails, policing. What am I going to do—start turning off the lights? Stop buying gas?"

William T Fujioka, the county's chief executive, said the sheriff may be able to access the county's utility user tax revenue funds, about $190.7 million, although much of that money is for one-time expenses. But many other departments that have made deep cuts in recent weeks would also benefit from the money.

Fujioka said county leaders will have to weigh their interests against the sheriff's.

"We're cutting library staff and hours for pools—no one has a lock on that money," Fujioka said.

Baca has made good on previous threats to close jails. In mid-2002, forced to cut his budget during a crisis in county finances, Baca began wide-scale early releases, saying that he was unwilling to cut on-the-street deputies. Over the next four years, nearly 200,000 inmates were released early, the vast majority walking out after serving no more than 10% of their sentences.

-- Molly Hennessy-Fiske reporting from the County Hall of Administration

 Read Baca's letter to L.A. County Supervisors

**Related stories from the archives:**

Releasing inmates early has a costly human toll

Early release rules to be revised

Permalink | Comments (1) | Save/Share
Digg  submit

## TrackBack

TrackBack URL for this entry:
http://www.typepad.com/services/trackback/6a00d8341c630a53ef011571941e

Listed below are links to weblogs that reference County Jail to stay open, for now:

## Comments

dont suppose the real problem is crime and punishment to begin with do you?
I mean really 20-k bails are the rule and not th exception in so many examples it seems? Lock em up cops, and asset forfieture for profit provides further incentives for gvt, and now what? The kails and prisons are over capacity, federal decrees are moot, as the economy tanks?

Posted by: stewart | June 30, 2009 at 06:04 PM

Verify your Comment

Previewing your Comment

---

2. Gloves off on cost of Michael Jackson's services

3. Jesse James Hollywood found guilty of murder

4. For Jani Schofield, some progress -- and major setbacks

5. California grants early release of parole violators

More headlines »

### WEATHER                    EXTENDED FORECAST

 

| Thursday | Friday | Saturday |
| --- | --- | --- |
| Partly Cloudy | Partly Cloudy | Partly Cloudy |
| 79° | 61° | 81° | 61° | 81° | 63° |

### LIVE TRAFFIC MAPS



Orange Co.
Greater L.A.
Inland Empire
Ventura Co.
KTLA: L.A. gas prices

ADVERTISEMENT

## Categories

Animals  Antonio Villaraigosa  Arnold Schwarzenegger  Arts & Architecture  Aviation  Barack Obama  Beach / Coast / Ocean  Books  Bottleneck  California War  Dead  Celebrity  Census / Demographics  Central  Chris Brown and Rihanna  Colleges and universities  **Crime & Courts**  Current Affairs  Development  Disneyland  Downtown  Drilling Into L.A.  Earthquakes  Eastside  Education  El Monte  El Monte kick  Elections  Entertainment  Environment  Film  Fire  Fixing California  Food and Drink  Government  Harbor  Health  High Desert  Hollywood  Homicide Report  Immigration  Imperial County  Inland Empire  KTLA News  L.A. County Board of Supervisors  Lakers parade  LAPD  LAX/Airports  Local government  Long Beach  Los Angeles  Los Angeles Sheriff's Department  Maria Shriver  May Day  Metrolink crash  Michael Jackson  Military  Morning Scoop  Music  nixon  Northeast L.A.  Northern California  Oduplets  Orange County  Photography  Politics  Ports  Probation  Proposition 8 Q&A  Religion  Sales tax  Same-sex marriage/Prop 8  San Diego County  San Fernando Valley  San Francisco  San Gabriel Valley  San Joaquin Valley  Santa Barbara  Science  Shootings  South Bay  South L.A.  Southeast  Special Election Propositions  Sports  State budget  Swine flu  Tax protests  Television  Thinking L.A.  Times poll  Transportation  Travel  Utilities  Ventura County  Weather  Web/Tech  **Westside**  Wildfires

## L.A. Times blogs

Lakers: All things purple and gold
L.A. Land: Real estate news and insights
Up to Speed: L.A. car culture
Daily Travel & Deal Blog: For restless SoCal
Daily Dish: Inside scoop on food in L.A.
The Daily Mirror: L.A. crime 50 years ago
Jacket Copy: Book news and information

---

### Telegram

Couric, Branson, Preston, Keys, Shakira to headline Women's Conference »

Classic car crashes near Wilson »

89% of LBUSD Class of 2009 passes exit exam »

### Riverside Press-Enterprise

Dad runs over, kills 2-year-old son »

5 pounds of heroin seized in Fallbrook »

Half-way parkway approved for Riverside's mid-county »

### CBS2/KCAL 9

Dozens Indicted In SoCal For Medi-Cal Fraud Scheme »

Crews Put Out Downtown Commercial Building Fire »

Apparent Hit-And-Run Kills Man In Anaheim »

### KABC 7

Cause of Michael Jackson death a mystery »

ICE busts alleged drop house in Palmdale »

Fire in Sepulveda Pass forces evacuations »

### KNBC 4

Lunch Order Feeds Controversy Over Memorial Costs »

James Franco's Rejected UCLA Speech »

Pedestrian Killed in Hit-and-Run In Anaheim »

### FOX 11/KCOP 13

Part of Sepulveda Still Closed Thursday »

Congress Seeks Info on Bottled Water »

LA Spends $1.4 Mil on Jackson Memorial »

### L.A. Daily News

Online Poll results »

Rep. Henry Waxman hospitalized for 'routine testing' »

Gay groups call federal marriage suit premature »

# EXHIBIT
# 3

LAT Home | Print Edition | All Sections

Jobs | Cars.com | Real Estate | More Classifieds

## Los Angeles Times   California | Local

SEARCH

Crime    Education    Politics    Environment    Immigration    Traffic    O.C.

You are here: LAT Home > California | Local News

 Southern California - this just in

From the staff of the Los Angeles Times and…    ktla   cw   FOX/5 SAN DIEGO

« Michael Jackson's death: Doctor's car could contain important evidence, police say | Main | Moorpark High's Academic Decathlon champs meet Obama »

ADVERTISEMENT

# Sheriff threatens to shut down a county jail because of cutbacks

8:47 PM | June 26, 2009

 Los Angeles County Sheriff Lee Baca is threatening to close one of the county's five jails next week if he is forced to cut $25 million from his $2.5-billion budget.

Baca sent a letter to county supervisors today saying that in order to cut costs he plans to shut down the 1,600-bed North Facility at Pitchess Detention Center in Castaic on Wednesday. He told the supervisors he will release some of those inmates early and transfer others to already overcrowded jails, according to sheriff's spokesman Steve Whitmore.

The 187 staff members currently working at Pitchess will be reassigned, Baca wrote.

Whitmore said Baca was reluctant to propose the closure. "This is the last thing he wants to do," Whitmore said.

Baca wrote that closing the jail will "potentially result in an increase in inmate violence and a resultant increase in the use of force."

Whitmore said sheriff's staffers are already planning for the potential closure.

"This is not just a red herring. This is something that is seriously being considered," Whitmore said. "If the budgets continue this way, he might have to close portions of other jails. Everything's being looked at."

Baca also proposed lowering bail for non-violent offenders so that they can be released early, "in an attempt to further relieve jail overcrowding."

It would not be the first time Baca has shut down jails or released inmates early. In mid-2002, faced with cuts amid a county budget crisis, Baca began wide-scale early releases, saying he was unwilling to cut on-the-street deputies. Over the next four years, nearly 200,000 inmates were released early, the vast majority walking out after serving no more than 10% of their sentences.

In this budget go-around, Baca already has cut $31.6 million from his budget, eliminating 51 vacant positions. In his letter, he complained that he is now facing a $103-million budget shortfall fueled by overtime costs

## Recent Posts

Morning Scoop: a crime-map whodunit, the battle of the Jackson bills, missing Mama Bear »
9:24 AM, July 9, 2009
Fight over potato chips leads to shooting, six arrests in San Diego »
9:20 AM, July 9, 2009
Property values fall in L.A. County for first time in 13 years »
8:00 AM, July 9, 2009
Investigators find growing equipment in burned building [Updated] »
7:58 AM, July 9, 2009
Brush fire near Getty Center 90% contained; Sepulveda Boulevard closed »
7:56 AM, July 9, 2009

## Overheard

It's a disgrace that L.A. taxpayers have to pay security costs...When an ordinary mortal dies, his/her estate or heirs have to pay for cops to lead the motorcade to the cemetery, direct traffic, etc.

- seetowne, on Michael Jackson's memorial

## Today's Local Headlines

1. LAPD's public database omits nearly 40% of this year's crimes

**Send a News Tip**
Tip us off at newstips@latimes.com

Sign up for Breaking News Alerts »

Follow us on Twitter »

More @LATimes Twitter accounts »

Submit a photo or video to YourScene »

Subscribe

LOCAL FEEDS

KTLA 5

Teen Gunned Down Outside Jefferson Park Home »
Cops: Man Tried to Rape Woman at Church »
Man Accused of 'Slam-Dunking' Chihuahua »

O.C. Register

Massive bowling alley-pizza parlor opens next week »
Deadly hit-and-run knocks off man's sandals, watch »
Thousands of public pools in state still unsafe »

Daily Breeze

South Bay history: The Great White Fleet »
Noontime women's soccer brings the Sol a different breed of fan »
Cori Desmond billboards go up in Redondo Beach »

Long Beach Press-

because of understaffing.

He suggested county leaders pay for his $25-million cut with utility user tax revenue and provide him with an additional $5.6 million for security patrols at the Los Angeles County-USC Medical Center jail ward and $8.3 million for testing DNA evidence from thousands of backlogged rape and sexual assault cases.

Supervisor Michael Antonovich has asked the sheriff and county staff to discuss the department's budget before the board on Tuesday.

"The board passed the budget with the full support of the sheriff, and our office was assured that any cuts to the department would not affect jails or patrols," said Antonovich spokesman Tony Bell.

The sheriff has not yet made plans to attend the meeting, Whitmore said.

-- Molly Hennessy-Fiske

 Read Baca's letter to L.A. County Supervisors

Related stories from the archives:

Releasing Inmates Early Has a Costly Human Toll

Early release rules to be revised

*Photo: Sheriff's cars arrive at the Peter J. Pitchess Detention Center in Castaic after a 2006 riot at one of the jails in the 34-acre complex. Credit: Myung J. Chun / Los Angeles Times*

Permalink | Comments (3) | Save/Share
Digg   submit

## TrackBack

TrackBack URL for this entry:
http://www.typepad.com/services/trackback/6a00d8341c630a53ef01157169bc

Listed below are links to weblogs that reference Sheriff threatens to shut down a county jail because of cutbacks:

## Comments

Baca is an out of control prima dona who should be disciplined by the Supervisors.

When even conservative Mike Antonovich reminds him that he'd agreed to the new lower budget and promised it wouldn't result in jail closures, then threatens to close a jail with doom-and-gloom scenarios about increased violence in the jails (requiring overtime and possibly injury pay to OVER PAID SHERIFF DEPUTIES AND GUARDS WHICH ARE A HUGE PART OF THE BUDGET PROBLEM) and having to release violent prisoners to the streets, he is playing the Supervisors and US the taxpayers as fools.

Cutting a mere $25 million out of a $2.5 BILLION BUDGET should not mean such draconian threats unless he's throwing a tantrum, grossly incompetent, or both. The LAPD's PPL/ union under Republican Paul Weber is also going to the people to get us to persuade the City not to cut the budget at all when it comes to cops, threatening violence in the streets and dire things.

ENOUGH of these people playing out their dramas to the taxpayer. But Baca as an elected official believes that lets him do and say anything he wants, meddling in political elections like going WAY over the top for City Attorney candidate Trutanich just because he's sucking up to DA Cooley, both of whom are SUPPOSED TO REPORT TO THE SUPERVISORS, BUT THE SUPERVISORS ARE AFRAID OF THEM. Good for Antonovich trying to hold him accountable -- he MUST show Baca IS accountable. His job is to provide public safety within the budget he's got, NOT play politics by preying on people's fears.

Baca panders to the guard union (which wanted to recall Arnold Schwarzenegger for suggesting the sane thing, reducing their inflated pensions and raises) NOT the public.

Lowering bond for non-violent offenders and more home detention may be

---

2. Gloves off on cost of Michael Jackson's services
3. Jesse James Hollywood found guilty of murder
4. For Jani Schofield, some progress -- and major setbacks
5. California grants early release of parole violators

More headlines »

### WEATHER

 

EXTENDED FORECAST

| Thursday | Friday | Saturday |
|---|---|---|
| Partly Cloudy | Partly Cloudy | Partly Cloudy |
| 79° \| 61° | 81° \| 61° | 81° \| 63° |

### LIVE TRAFFIC MAPS



Orange Co.
Greater L.A.
Inland Empire
Ventura Co.
KTLA: L.A. gas prices

---
ADVERTISEMENT
---

## Categories

Animals  Antonio Villaraigosa  Arnold Schwarzenegger  Arts & Architecture  Aviation  Barack Obama  Beach / Coast / Ocean  Books  Bottleneck  California War Dead  Celebrity  Census / Demographics  Central  Chris Brown and Rihanna  Colleges  Current Affairs

### Crime & Courts

Development  Disneyland  Downtown  Drilling Into L.A.  Earthquakes  Eastside  Education  El Monte  El Monte kick  Elections  Entertainment  Environment  Film  Fire  Fixing California  Food and Drink  Government  Harbor  Health  High Desert  Hollywood  Homicide Report  Immigration  Imperial County  Inland Empire  KTLA News  L.A. County Board of Supervisors  Lakers parade  LAPD  LAX/Airports  Local government  Long Beach  Los Angeles  Los Angeles Sheriff's Department  Maria Shriver  May Day  Metrolink crash  Michael Jackson  Military  Morning Scoop  Music  nixon  Northeast L.A.  Northern California  Octuplets  Orange County  Photography  Politics  Ports  Probation  Proposition 8  Q&A  Religion  Sales tax  Same-sex marriage/Prop 8  San Diego County  San Fernando Valley  San Francisco  San Gabriel Valley  San Joaquin Valley  Science  Shootings  South Bay  South L.A.  Southeast  Special Election Propositions  Sports  State budget  Swine flu  Tax protests  Television  Thinking L.A.  Times poll  Transportation  Travel  Utilities  Ventura County  Weather  WebTech  **Westside**  Wildfires

## L.A. Times blogs

Lakers: All things purple and gold
L.A. Land: Real estate news and insights
Up to Speed: L.A. car culture
Daily Travel & Deal Blog: For restless SoCal
Daily Dish: Inside scoop on food in L.A.
The Daily Mirror: L.A. crime 50 years ago
Jacket Copy : Book news and information

---

### Telegram

Couric, Branson, Preston, Keys, Shakira to headline Women's Conference »

Classic car crashes near Wilson »

89% of LBUSD Class of 2009 passes exit exam »

### Riverside Press-Enterprise

Dad runs over, kills 2-year-old son »

5 pounds of heroin seized in Fallbrook »

Half-way parkway approved for Riverside's mid-county »

### CBS2/KCAL 9

Dozens Indicted In SoCal For Medi-Cal Fraud Scheme »

Crews Put Out Downtown Commercial Building Fire »

Apparent Hit-And-Run Kills Man In Anaheim »

### KABC 7

Cause of Michael Jackson death a mystery »

ICE busts alleged drop house in Palmdale »

Fire in Sepulveda Pass forces evacuations »

### KNBC 4

Lunch Order Feeds Controversy Over Memorial Costs »

James Franco's Rejected UCLA Speech »

Pedestrian Killed in Hit-and-Run in Anaheim »

### FOX 11/KCOP 13

Part of Sepulveda Still Closed Thursday »

Congress Seeks Info on Bottled Water »

LA Spends $1.4 Mil on Jackson Memorial »

### L.A. Daily News

Online Poll results »

Rep. Henry Waxman hospitalized for 'routine testing' »

Gay groups call federal marriage suit premature »

line, however. Why put non-violent prisoners in those horrible jails with violent offenders anyway? Also many need drug treatment not prison, which would be cheaper.

Posted by: jill | June 27, 2009 at 10:39 AM

In the Netherlands they are closing eight prison because of a lack of prisoners. Google: "Netherlands closing prisons." The Dutch only have a total of 12,000 prisoners and they have a population of 18.6 million.

California has a total of 173,000 prisoners.

Why the difference? Drug policies.

Posted by: Kirk Muse | June 27, 2009 at 09:00 AM

Funny How Baca can spend over $10,000 today transporting Michael Jackson's dead body by helicopter from a Hospital in West Los Angeles to the Los Angeles coroner when he said he has no money. You or me would be transported by van. If the sheriff has no money why is he getting involved with celebs who die in the city of Los Angeles and offering to take them by his most expensive helicopter?

Posted by: Mike | June 26, 2009 at 09:57 PM

## Verify your Comment

## Previewing your Comment

Posted by: |

This is only a preview. Your comment has not yet been posted.

[Post] [Edit] 

Your comment could not be posted. Error type:
Your comment has been saved. Comments are moderated and will not appear until approved by the author. Post another comment

The letters and numbers you entered did not match the image. Please try again.

As a final step before posting your comment, enter the letters and numbers you see in the image below. This prevents automated programs from posting comments.

Having trouble reading this image? View an alternate.



[Continue]

## Post a comment

If you are under 13 years of age you may read this message board, but you may not participate.
Here are the full legal terms you agree to by using this comment form.

Comments are moderated, and will not appear until they've been approved.

If you have a TypeKey or TypePad account, please Sign In

Name:

E-mail Address:

URL:

☐ Remember personal info?

Comments:

### Culture Monster: All the arts, all the time
To Live and Buy in LA : Finding the best values online & in stores
Hero Complex : News on genre films, graphic novels, and science fiction
Pop & Hiss: The L.A. Times music blog
Show Tracker: What you're watching
Greenspace: Environmental news from California and beyond
Booster Shots : Oddities, musings and some news from the world of health
Outposts: Getting the most from the great outdoors
L.A. Unleashed: All things animal in Southern California and beyond
Money & Company: Tracking the market and economic trends
The Movable Buffet: Dispatches from Las Vegas
Technology : The business and culture of our digital lives
The Fabulous Forum: The who, what, where, when, why and why not of L.A. sports
Dodger Thoughts: Jon Weisman's daily Dodger discussions
> More

## L.A. Now featured blogs

Atwater Village Newbie
blogdowntown
Calbuzz
CaliforniaAuthors.com
The Canalis Report (Long Beach Press-Telegram)
Capitol Weekly
Curbed Los Angeles
Eating L.A.
The Eastsider LA
The Elegant Variation
Fast Food Maven (OC Register)
The Foothill Cities Blog
Deadline Hollywood
Downtown News
FishbowlLA
Franklin Avenue
Jewish Journal
LA Metblogs
LA Observed
LA Taco
LA.Streets Blog
Los Angeles Fire Department blog
Malibu Surfside News
Mayor Sam
Neon Tommy
Dan Walters (Sacramento Bee)
Daniel Weintraub (Sacramento Bee)
The Sausage Factory (L.A. Daily News)
Science Dude (OC Register)
Seal Beach Daily
The Volokh Conspiracy
Ron Kaye L.A.

## San Bernardino Sun
City Council to combine borrowed money and cuts to bridge budget gap »
Video aims to drive home point of pool safety »
Attorneys union is sued »

## L.A. Weekly
West Coast Sound »
Squid Ink »
LA Daily »

## O.C. Weekly
Dana Rohrabacher is Going to Be Pissed »
Center Aims to Help Families Victimized by Crime »
Camp Kids Kicked Out of A Private Pool in Philly for Being Black -- Would This Happen in OC? »

## KPCC 89.3 FM
Cal Poly Pomona fraternity suspended after alleged hazing incident »
Gamers converge on E3 convention »
Iraq war veteran graduates from Cal State Long Beach in spite of challenges »

## Laist.com
Those Free Cream Puffs @Famima!! Have Been Rescheduled »
LAist Night's Action: Sports Desk Clean Up »
Midnight Movie: 1990s LA Mall Mania Time Lapse »

## Curbed LA
Thursday Morning Linkage »
CurbedWire: Beverly Boulevard Beams, Clive Meet and Greet »
Floorplans Emerge for Fairfax's Cherokee Lofts »

Preview   Post

## Times Community Newspapers:

**Burbank Leader**
» Fireworks show fills the sky
» Fireworks show goes on
» The dry heat is on

**Huntington Beach Independent**
» H.B to oversee Sunset
» City pairs with solar company
» Chief of staff steps down

**Newport Beach: Daily Pilot**
» Bar tips for Marines
» Scientists spot rare explosion of stars
» Moonwalk, don't run to space exhibit

**Glendale News Press**
» BRIEFLY
» Extension granted for input on Verdugo Hills Golf Course plan
» BRIEFLY

**Laguna Beach: Coastline Pilot**
» Mayor to ask for beach curfew
» Signs of change seen at hospital
» Laid-off workers don't get COBRA

**More on LATimes.com**
California/Local | National | World | Sports Opinion | Entertainment | Travel | Health L.A. Wheels | Real Estate

**Partners**
Hoy | KTLA | Boodle.com | ShopLocal Shopping | Grocery Coupons

**Classifieds**
Career Builder | Cars.com | Apartments.com    FSBO (For Sale By Owner) | Open Houses

Copyright 2009 Los Angeles Times

Privacy Policy | Terms of Service | Advertise | Home Delivery | Reprint Requests | Help & Services | Contact | Site Map

# EXHIBIT
# 4





**County of Los Angeles**
Sheriff's Department Headquarters
4700 Ramona Boulevard
Monterey Park, California 91754-2169

LEROY D. BACA, SHERIFF

June 26, 2009

The Honorable Board of Supervisors
County of Los Angeles
383 Kenneth Hahn Hall of Administration
Los Angeles, California  90012

Dear Supervisors:

### FISCAL YEAR 2009-10 ADOPTED BUDGET CURTAILMENTS

This letter is in response to the Fiscal Year 2009-10 Adopted Budget approved by your Board on June 22, 2009.  The budget reflects an approximate 5 percent reduction in net County cost, which equates to a curtailment of $56.6 million, excluding unfunded countywide employee benefits increases, for the Los Angeles County Sheriff's Department (Department) next fiscal year.  In addition to the budget curtailment, a $22.2 million reduction (2 percent) in Salary and Employee Benefits has been imposed.  The curtailment, when viewed as a percentage of the Department's overall budget, appears minimal.  However, the substantive impact of a $78.8 million curtailment, when coupled with other funding shortages, is significant.

In addition to the $78.8 million cut, the Department historically bears multiple structural funding shortfalls that impede the overall effectiveness of administrative processes, increase liability, and affect compliance with policy and procedures.  Department operations are adversely impacted on a daily basis because shortfalls in net County cost funding for a number of programs must be covered in order to balance its budget prior to addressing any imposed curtailments.

#### Funding Shortfalls

| | |
|---|---|
| • Peace Officer Standard Training Bonuses | $  48.3 million |
| • Military Leave overtime backfill | $    3.9 million |
| • Leaves of absence vacancy overtime (Includes Injury on Duty and Relieved of Duty) | $  24.0 million |
| • 300 unfunded sworn positions | $  41.1 million |
| • Unavoidable Services and Supplies increases | $  12.8 million |
| **Total Funding Shortfalls** | **$130.1 million** |

*A Tradition of Service*

The Honorable Board of Supervisors      - 2 -                                    June 26, 2009

The Department has historically managed the absorption of the $130.1 million structural funding shortfall by not filling 300 budgeted deputy sheriff positions, holding vacant 800 or more civilian support positions, and curbing critical law enforcement purchases, including facility maintenance, maintenance of legacy systems, and advances in new technology. Additionally, the Department routinely identifies and implements several cost-saving efficiencies including water conservation, lighting fixtures, and air and heating upgrades to alleviate the pressure of funding shortfalls. The Department has requested full funding of the shortfall dollars outlined above each fiscal year.

As Sheriff of the most populous county in the nation, my most important concern regarding the Adopted Budget curtailments and unfunded costs is the Department's lack of ability to absorb further reductions, resulting in a substantial elimination of public safety services and essential programs.

## Overtime Funding Shortfall

Much attention has been given to the Department's overtime expenditures. It is important to note that the Department's current fiscal year overtime budget of $85 million is unrealistic and grossly underfunded. Due to Board-authorized restoration of custody operations and growth in patrol, the Department had over 1,200 deputy sheriff vacancies in Fiscal Year 2006-07. These restored services, which were critical in quelling jail violence and reducing the early release of inmates, were achieved through the expenditure of $193 million in overtime as the Department worked diligently to fill vacancies. Now that the Department has fewer than 500 deputy sheriff vacancies, overtime has been reduced substantially by $50 million to a projected total of $143 million for the current fiscal year. The Department's projected overtime expenditure equates to 12 percent of the Department's salary and wages allocation, or 6 percent of the Department's gross budget.

The Department continues to diligently manage overtime expenditures without impacting programs, jeopardizing compliance with law enforcement mandates, maintaining inmate/personnel ratios, and preserving public safety standards. To further elaborate, approximately $54 million of the Department's $143 million projected overtime expenditure is reimbursed via State and Federal grants and Department contract services, resulting in no impact on net County cost. The overtime budget balance of $31 million ($85 million budgeted overtime less $54 million overtime reimbursed by other entities) is woefully inadequate to fund other overtime mandates. Unlike most other County departments where absences and vacancies can be left unfilled without affecting service delivery, 24 hour front-line law enforcement absences must be backfilled with overtime. Overtime is also required for training, investigations, court appearances, unusual occurrences, and other required law enforcement activities.

The Honorable Board of Supervisors        - 3 -                        June 26, 2009

## 2009-10 Curtailments

The Board-approved budget cuts of $78.8 million, excluding unfunded Countywide employee benefits increases, is detailed as follows:

| | |
|---|---|
| • Proposed Budget Phase Curtailment | $ 31.6 million |
| • Adopted Budget Phase Curtailment | $ 25.0 million |
| • Adopted Salaries and Employee Benefits Reduction | $ 22.2 million |
| **Total 2009-10 Curtailments** | **$ 78.8 million** |

The Proposed Budget curtailment of $31.6 million deleted 51 positions, including 47 sworn, and impacted several administrative programs such as recruitment, pre-employment, training, risk management, and other administrative support staff.

Given that over 80 percent of the Department's gross budget is attributable to personnel costs, and nearly half of our net County cost is consumed by custody operations, the additional Adopted Budget cut of $25 million will require the Department to close 1,600 jail beds at the Pitchess Detention Center North Facility and redeploy 187 sworn and custody assistant personnel throughout the Department to directly impact and drastically diminish overtime posts. This move will also lower inmate-related expenditures for food, drugs, and personal supplies.

Closing jail beds will severely reduce the amount of time served for County-sentenced inmates (17 to 22 percent of the jail population), which will reduce the availability of station trustees and thus impact station maintenance costs. A reduction in jail beds could potentially result in an increase in inmate violence and a resultant increase in the use of force. Additionally, the Department will explore adjusting the bail schedule for non-violent offenders in an attempt to further relieve jail overcrowding.

The $22.2 million Adopted Budget reduction in Salaries and Employee Benefits has yet to be thoroughly addressed. Should the savings anticipated by the Chief Executive Office not materialize, additional Department curtailments may be unavoidable.

The Fiscal Year 2009-10 total curtailment of $78.8 million, combined with funding shortfalls of $130.1 million and inadequate funding for budgeted positions and overtime, will require the Department to make definitive program curtailments. In total, the Department must absorb a cumulative budget deficit of at least $209 million.

## Priority Program Issues

The inevitable impact of difficult economic times has already affected the Department, as Scientific Services Bureau has been unable to complete the Deoxyribonucleic Acid (DNA) testing of sexual assault cases. Also, the Department is providing additional security without an increase in funding at the new Los Angeles County/University of Southern California (LAC/USC) jail ward as part of the annual Joint Commission on

The Honorable Board of Supervisors        - 4 -                              June 26, 2009

Accreditation of Healthcare Organizations inspection to provide proper jail ward and off-ward security.  The Department anticipated that funding for the necessary 41 jail ward staff would be included in the 2009-10 budget.  The Department's priority program issues are summarized as follows:

| | |
|---|---|
| • Sexual Assault Kit Backlog Outsourcing | $  4.5 million |
| • Sexual Assault Kit Staffing | $  1.6 million |
| • General DNA Staffing | $  2.2 million |
| • LAC/USC Jail Ward Security | $  5.6 million |
| **Total Priority Program Issues** | **$13.9 million** |

## Conclusion

Based on the matters discussed above, we disagree with the general assumption that the Department can further absorb additional curtailments in administrative functions and not impact direct front-line law enforcement services.  Absent some degree of funding relief, we will close the Pitchess Detention Center North Facility, effective July 1, 2009, to achieve the additional $25 million curtailment.  Further jail closures may be necessary to satisfy the additional $22.2 million Salary and Employee Benefit budget reduction.  The Department will continue to discuss these budget curtailments as well as efficiencies with the Chief Executive Office (CEO).

As a potential mitigation to the $25 million curtailment, which will result in the closure of the North Facility, I am requesting that your Board utilize revenue from the unincorporated area Utility User Tax, which was passed by voters in November 2008.  The Utility User Tax is intended to fund unincorporated expenditures, including law enforcement services, in the unincorporated areas of Los Angeles County.  In 2007, the Department of Justice reported more than 383,000 felony and misdemeanor arrests in Los Angeles County, including over 36,000 arrests that were made exclusively in the unincorporated areas of the County, which accounts for more than 9 percent of the total arrests.  The net County cost for custody operations is approximately $550,000 million, and the cost to incarcerate unincorporated arrestees represents a significant portion of this budget.

Compounding the curtailments and structural funding shortfalls are issues of efficiency and accountability, which arise as a result of the continued freeze on hiring and the requirement to seek approval from the CEO to expend Board-approved funds that already reflect the curtailments.  In short, your Board has approved a reduced budget and additionally requires the Department to seek the approval of the CEO to spend its Services and Supplies and Fixed Assets allocations.  In conjunction with Attorney General Opinion No. 93-903 dated May 3, 1994, the Department must be allowed to internally manage and balance its budget to meet the net County cost target adopted by the Board, and to execute critical expenditures that promote law enforcement programs and services.

The Honorable Board of Supervisors      - 5 -                    June 26, 2009

I look forward to our continued dialog as we all work together to weather the current economic challenges.  I am confident we can come to a resolution that is fiscally responsible without compromising the safety of the communities which we serve. Should you have any questions or concerns, please do not hesitate to contact me.

Sincerely,

LEROY D. BACA
SHERIFF

# EXHIBIT
# 5

Westlaw.

2/25/09 LATIMES 3

NewsRoom

Page 1

2/25/09 L.A. Times 3
2009 WLNR 3622257

Los Angeles Times
Copyright 2009 Los Angeles Times

February 25, 2009

Section: California

THE REGION
Sheriff eyes lower bail for some

Richard Winton
Garrett Therolf

Los Angeles County **Sheriff** Lee **Baca** was in talks Tuesday with court officials to determine whether reducing **bail** for nonviolent offenders would cut jail overcrowding, discussions that came a day after he threatened to close the Men's Central Jail if hit with steep budget cuts.

**Baca** was examining the current **bail** schedule for nonviolent offenders, spokesman Steve Whitmore said. The **sheriff** does not have the power to change the **bail** schedule, which would require the support of judges as well as prosecutors and public defenders.

Whitmore said that if more low-level offenders could afford **bail** , fewer would be incarcerated at the jails, allowing the **sheriff** to house violent offenders longer.

**Baca** said Monday he was considering closing one or perhaps two jails to cope with expected budget cuts. Such closures would reduce the overall jail capacity by thousands, resulting in more early releases of offenders, he said.

The **sheriff** said that closing the aging downtown Los Angeles jail, which houses about 6,700 of the county's 18,000 jail inmates, might be necessary to bridge what he estimates will be a $72-million gap in his budget.

But he was criticized Tuesday by county supervisors who contend his threats are false.

County officials said they have requested that he draft preliminary plans to reduce his $2.5-billion budget by $62 million. Department heads throughout the county have been asked to draft budget cuts given economic realities.

Supervisors appeared caught off guard by **Baca's** proposal to release inmates and could

© 2009 Thomson Reuters. No Claim to Orig. US Gov. Works.

not immediately offer detailed ways he could pare his budget.

The first meeting to discuss the **sheriff's** 2009-10 budget is scheduled for March 5. As an elected official, **Baca** enjoys wide discretion in how he spends the money he receives from the Board of Supervisors.

Setting up a potential showdown, some supervisors noted Tuesday that **Baca's** budget has grown for years and expressed doubt that jail closures would be his only recourse.

"If the **sheriff** can't find the savings, we're willing to help him," said Supervisor Zev Yaroslavsky, adding that the department's administration budget has increased by 151% over the last 10 years and that the patrol budget has increased by 115% over the same period.

"The amount of overtime the **sheriff** spends is a scandal," Yaroslavsky said.

More than a third of the hours worked by department personnel are paid at overtime rates, according to a recent county report.

Even the **sheriff's** staunchest political allies on the board said they do not believe **Baca** would be forced to close Men's Central Jail.

"The Board of Supervisors have placed public safety as a top priority. We have exempted those agencies from any hiring freeze, and a 5% cut should only result in administrative cuts," Supervisor Mike Antonovich said.

Aides to Antonovich said that $60 million in savings could be achieved just by increasing the use of video arraignments instead of transporting inmates from jail to court.

--

richard.winton@latimes.com

garrett.therolf@latimes.com

---- INDEX REFERENCES ----

REGION:   (California (1CA98); North America (1NO39); Americas (1AM92); USA (1US73))

Language:   EN

OTHER INDEXING:   (BOARD OF SUPERVISORS; MEN)   (Antonovich; Baca; Lee Baca; Mike Antonovich; Setting; Steve Whitmore; Supervisor; Supervisor Zev Yaroslavsky; Whitmore; Yaroslavsky)

KEYWORDS: **BACA**, LEE; PRISONS; OVERCROWDING; **BAIL**; FINANCES

© 2009 Thomson Reuters. No Claim to Orig. US Gov. Works.

# EXHIBIT
# 6

Westlaw.

2/24/09 LATIMES 1

2/24/09 L.A. Times 1
2009 WLNR 3545663

**Los Angeles** Times
Copyright 2009 Los Angeles Times

February 24, 2009

Section: California

**JAILS** MAY **CLOSE** , SHERIFF WARNS

Facing budget cuts, Baca says he would release inmates early. But county officials
say he is overreacting.

Richard Winton
Garrett Therolf
Molly-Hennessy-Fiske

   **Los**   **Angeles** County Sheriff Lee Baca on Monday threatened to   **close**   the
Men's Central   **Jail**   and perhaps a second detention facility when he and other
county department heads are forced to cut their budgets.

Baca said   **closing** the downtown   **Los**   **Angeles**   **jail** , which would greatly
reduce the capacity of the county jail system and lead to more early releases of
inmates, might be necessary to bridge what he estimates will be a $72-million gap
in his budget.

The sheriff's statement met with consternation from top county officials, who said
Baca was being premature and exaggerating the size of the cuts he might have to
make.

"I feel this is absolutely irresponsible by the sheriff to release this story be-
cause it has not even been considered by the Board [of Supervisors], let alone ap-
proved," said William T Fujioka, the county's chief executive.

The county budgeting process often includes public threats of deep cuts -- which
officials suddenly agree to reverse at the last minute. Baca acknowledged that it's
possible no **jails** will **close** if the budget issues can be worked out. Still, he
noted, the department had to slash $150 million during the last recession, earlier
this decade.

The sheriff said his plans for handling cuts to his department's $2.5-billion budg-
et are still in the preliminary stages. But if a **jail** has to **close**, he said, it
will be the aging Men's Central facility, which over the years has experienced out-

© 2009 Thomson Reuters. No Claim to Orig. US Gov. Works.

breaks of violence, including several murders committed by inmates. Jailers have long said the facility is outdated and extremely difficult to patrol. Built in 1963, the jail costs about $50 million a year to operate and houses about 6,700 of the 18,000 inmates in the county jail system.

Baca said Monday that he is trying to avoid any cuts in sheriff street patrols. The department has about 10,000 deputies. Baca said that the cuts would not require layoffs, but that the department could end up with 400 fewer deputies through attrition.

He took the same stance when he faced budget cuts in 2002. At that time, Baca also said he would rather reduce the capacity of the jails than take deputies off the streets. He then shut down thousands of jail beds and released more than 150,000 inmates early over the next few years.

A Times investigation in 2006 found that thousands of those released early were arrested for violent or life-endangering offenses, including murder, when they would otherwise have still been locked up. In recent years, the department has been trying to reduce early release of inmates amid public outcry over the practice.

Baca's warning about the potential **jail closures** comes about two weeks after a panel of federal judges tentatively ruled that California's prisons must reduce their population by as many as 57,000 inmates. That ruling, which is being appealed by the state, came after a trial in two long-running cases brought by inmates to protest conditions in the state prison system. The state's 33 prisons currently house about 158,000 people but were designed to hold about half that number.

The county is facing wrenching decisions throughout its departments. The state budget approved last week requires $252 million in cuts to the county's $23-billion annual budget. And state support could continue to drop.

"These numbers keep changing, and I think they're overly optimistic in their revenue projections," Supervisor Don Knabe said.

Compounding the loss in state money is the county's deteriorating sales- and property-tax revenue.

Still, the state cuts so far are not as severe as people feared, and deferred payments to the counties will not be as drastic as Gov. Arnold Schwarzenegger threatened during budget negotiations.

The federal stimulus package is also expected to provide millions of dollars in additional help, though Fujioka said his budget analysts had not yet completed their evaluation of the stimulus package.

Some state cuts probably will not be offset by federal money. About $35.1 million in state cuts, for example, will be passed on to the county's beleaguered probation department, which is under two federal mandates to improve conditions at 22 juvenile halls and camps that house about 3,600 young people.

© 2009 Thomson Reuters. No Claim to Orig. US Gov. Works.

In recent weeks, Fujioka has asked all county departments to draft budget proposals that reduce spending by 5%, though he said some departments would be asked to cut more and others less. The Sheriff's Department was cited as one department that probably would not have to cut the full 5%.

Fujioka said Monday that the reductions to the sheriff's budget, still in early drafts, do not include requests to slice $72 million as Baca contends. He said his request instead calls on the department to achieve smaller savings through additional use of video arraignments and increase the electronic monitoring program.

---

richard.winton@latimes.com

garrett.therolf@latimes.com

molly.hennessy-fiske@latimes.com

PHOTO: L.A. County Sheriff Lee Baca says he expects to cut $72 million, but the county chief executive disagrees.

PHOTOGRAPHER:Mel Melcon **Los Angeles** Times

---- INDEX REFERENCES ----

NEWS SUBJECT:  (Social Issues (1SO05); Violent Crime (1VI27); Criminal Law (1CR79); Legal (1LE33); Judicial (1JU36); Labor Relations (1LA21); Prisons (1PR87); Crime (1CR87); HR & Labor Management (1HR87); Layoffs (1LA48); Business Management (1BU42))

REGION:  (North America (1NO39); USA (1US73); Americas (1AM92); California (1CA98))

Language:  EN

OTHER INDEXING:  (JAILS; MEN; SHERIFF; TIMES)  (Arnold Schwarzenegger; Baca; Built; California; Fujioka; Knabe; Lee Baca)

KEYWORDS: BACA, LEE; **LOS ANGELES** COUNTY SHERIFF'S DEPARTMENT; BUDGET; **LOS ANGELES** COUNTY CENTRAL **JAIL**; PRISON **CLOSINGS**; PRISONER RELEASES

EDITION: Home Edition

Word Count: 1008
2/24/09 LATIMES 1
END OF DOCUMENT

© 2009 Thomson Reuters. No Claim to Orig. US Gov. Works.