EXHIBIT
14

Westlaw.

8/2/06 LATIMES 1

**News**Room

Page 1

8/2/06 L.A. Times 1
2006 WLNR 13308667

**Los Angeles** Times
Copyright 2006 Los Angeles Times

August 2, 2006

Section: California Metro

L.A. County Acts to Expand, Reform Jails
Supervisors approve a $258-million plan by the sheriff and others to ease crowding
and improve security in lockups.
Jack Leonard
Times Staff Writer

Correction Data

Responding to deadly riots, cramped inmate conditions and the early release of
thousands of criminals, **Los Angeles** County supervisors on Tuesday approved a
package of reforms designed to expand and improve security at the county's over-
crowded and dangerous jails.

The centerpiece of the plan involves building barracks for female inmates at the
Pitchess Detention Center in Castaic and reopening the long-shuttered Sybil Brand
Institute for Women in Monterey Park, despite objections from local residents.

The new facilities would allow Sheriff's Department officials to remove women now
housed at a maximum-security jail in Lynwood and replace them with more dangerous
male inmates. A series of race riots that left two prisoners dead and hundreds in-
jured this year was blamed in part on a shortage of maximum-security beds for men.

The plan also includes ending a $27.4-million annual contract with the state to
house 1,292 state parole violators, thus freeing up much-needed beds for county
prisoners. And closed-circuit monitoring cameras and other security improvements
would be added at existing jails.

The supervisors' decision is an important step, but it will take an estimated three
years before the improvements can take effect. At $258 million in construction
costs, the proposal is the cheapest and least far-reaching of six that were offered
by Sheriff Lee Baca and county budget officials last month. Most of that money was
allocated by supervisors in June.

Unlike most of the other proposals, the plan supervisors approved does not require

© 2009 Thomson Reuters. No Claim to Orig. US Gov. Works.

the political risks of raising taxes, asking voters to approve a bond measure or financing long-term debt to pay for construction of jails.

Nevertheless, the decision by the board provides Baca with much of what he asked for in March after explosive race riots between black and Latino inmates.

"This is a monumental movement in restoring the jails' integrity," he said. "The county cannot fund all of the solution, but this is a big step in the right direction."

Baca said further expansion of the jails is necessary. He called on the state to intervene with a bond measure to aid **Los Angeles** County and other struggling jail systems around California, where overcrowded conditions and early release of criminals have become commonplace.

Tuesday's action comes amid mounting pressure on county supervisors to solve three of the most serious issues facing the jails: inmate violence, the early release of convicted criminals and chronic overcrowding. A federal judge has ordered the county to reduce crowded conditions at Men's Central Jail in downtown **Los Angeles**.

"Today, I think we really didn't have a lot of choice," said Supervisor Yvonne Brathwaite Burke.

Burke said she thought the county's plan would show the court that it was serious about tackling overcrowding.

Under the plan, 2,024 beds will be added to the nation's largest jail system, allowing sheriff's officials to house up to 21,195 inmates. That is far fewer than the 24,400 beds the jail system had in 2000, before budget hits in 2002 and 2003 resulted in the **closure** of several **jails**, requiring jailers to release thousands of inmates before the end of their sentences.

Merrick Bobb, a special counsel to the Board of Supervisors on law enforcement issues, said that they could have gone further but that he welcomed Tuesday's decision, saying it would help jailers keep dangerous inmates away from more vulnerable ones.

"A number of the inmate deaths and disturbances that we've witnessed in the jails as of late may not have occurred had there been the ability to move individuals" to maximum-security cells, Bobb said.

But Jody Kent, jails project coordinator for the American Civil Liberties Union of Southern California, faulted the board for not taking more aggressive action to improve conditions at Men's Central Jail. The facility, she said, needs a dramatic overhaul or replacement.

"Men's Central Jail is not safe for inmates or deputies working inside there," Kent said. "As long as they continue to add beds where they are warehousing inmates 24/7 in lockdown, then the community is going to continue to be at risk."

© 2009 Thomson Reuters. No Claim to Orig. US Gov. Works.

Though the new jail space will not eliminate the early release of inmates, Baca told supervisors that ending the county's contract with the California Department of Corrections and Rehabilitation would help sheriff's officials to keep criminals locked up longer.

About 90% of inmates cannot be released because they are awaiting trial, sentencing or transportation to state prison. That leaves room for only 2,000 criminals sentenced to serve time in county jail. The extra beds from the state contract will increase that figure by more than 50%.

"That's pretty big," Baca said. "We will have a substantial impact on the early-release program."

A Times investigation this year found nearly 16,000 cases of people being arrested on suspicion of new crimes when jail records indicated they would have been incarcerated on previous convictions if not for early releases.

Sheriff's officials said they also hoped to more than double the number of inmates sent home with electronic monitoring or enrolled in other sentencing programs for the length of their full sentences.

That would allow jailers to supervise low-level offenders released to their homes while keeping more serious criminals behind bars longer.

Inmates must agree to enroll in such programs, but there is little incentive when most county prisoners are released after serving no more than 10% of their jail terms.

On Tuesday, the board also backed a proposal by Supervisor Don Knabe to ask state lawmakers to draft legislation that would allow judges to order convicted criminals to enter such programs.

---- INDEX REFERENCES ----

COMPANY: BURKE

NEWS SUBJECT:  (Legal (1LE33); Judicial (1JU36); Prisons (1PR87))

INDUSTRY:  (Construction (1CO11); Correctional Facilities (1CO72); Commercial Construction (1CO15))

REGION:  (USA (1US73); Americas (1AM92); North America (1NO39); California (1CA98))

Language:  EN

OTHER INDEXING:  (AMERICAN CIVIL LIBERTIES; BACA; BOARD OF SUPERVISORS; BURKE; CALIFORNIA DEPARTMENT OF CORRECTIONS; PITCHESS DETENTION CENTER; REFORM JAILS SUPERVISORS; SHERIFFS DEPARTMENT; SHERIFF LEE BACA; SUPERVISOR; SUPERVISOR YVONNE BRATHWAITE BURKE; SYBIL BRAND INSTITUTE FOR WOMEN)  (Bobb; Correction Data; Jody Kent; Kent; Latino; Merrick Bobb; Rehabilitation; Responding)

© 2009 Thomson Reuters. No Claim to Orig. US Gov. Works.

# EXHIBIT
# 15

Westlaw.

7/11/06 LATIMES 3

7/11/06 L.A. Times 3
2006 WLNR 11914211

Los Angeles Times
Copyright 2006 Los Angeles Times

July 11, 2006

Section: California Metro

Sheriff Seeks $300 Million for Jail System
Baca hopes to reopen Sybil Brand Institute and build or expand facilities to ease chronic
crowding blamed for killings and riots.
Stuart Pfeifer
Times Staff Writer

Correction Data

Responding to a variety of pressures, Los Angeles County **Sheriff** Lee Baca will propose
today that the county spend more than **$300** **million** to add thousands of beds to
improve conditions in its aging and overcrowded **jail** **system** .

Baca said Monday that he would ask the Board of Supervisors to approve paying to reopen
the Sybil Brand Institute for Women in Monterey Park, build a minimum-security women's
**jail** in Castaic and add hundreds of new high-security cells for male inmates at the
North County Correctional Facility.

The proposal would allow the department to move more than 2,000 women out of a
high-security **jail** in Lynwood, which would be used to house some of the county's most
dangerous male inmates.

Each project would take more than 18 months but would represent a significant step toward
adding beds and improving safety in the nation's largest **jail system**, Baca said.

"I'm very encouraged," the **sheriff** said. "The board is working aggressively, the county
administrative office is working aggressively and the **Sheriff's** Department is working
aggressively to come up with a number of options to improve the **system**."

The **Sheriff's** Department for several years has been releasing inmates early because it
does not have enough beds. Most inmates serve less than 10% of their sentences. The
department has also had difficulty separating the most dangerous inmates from the rest
of the population, a problem that officials say contributed to a series of jail killings
and riots.

The department is planning to move 1,200 inmates out of the aging downtown Men's Central

© 2009 Thomson Reuters. No Claim to Orig. US Gov. Works.

Jail, which a federal judge said recently is so overcrowded that conditions are "not consistent with basic human values." That jail holds six inmates in cells intended for four, and four inmates in cells intended for two. After the transfers, the four-man cells would hold four inmates and the two-man cells would hold only two inmates, Baca said.

"For the inmates in those cells it will definitely improve their living conditions and it will also facilitate the requirement for them to have regular exercise because there will be fewer inmates," Baca said. "It will improve how we operate the **jail**. No question about it."

Jody Kent, who monitors the **jails** for the American Civil Liberties Union of Southern California, said decreasing the population at the downtown Los Angeles **jail** is an important step. It was at the ACLU's urging that U.S. District Judge Dean D. Pregerson toured Men's Central **Jail** in May before ordering the department to improve conditions.

"We're really encouraged they're reducing the population as much as they are," Kent said. "We think it's going to improve safety for the inmates and the deputies and bring things closer to the standards they should be at."

County officials and the **Sheriff's** Department have been working together for months to devise a strategy for the **jail system**, which houses about 18,000 inmates.

The supervisors will be given several options to consider today, said Jan Takata of the county's administrative office.

The board set aside nearly $200 **million** in this year's budget to increase **jail** capacity. Any improvements beyond that amount would have to be financed, Takata said.

---- INDEX REFERENCES ----

NEWS SUBJECT: (Legal (1LE33); Judicial (1JU36); Prisons (1PR87))

INDUSTRY: (Construction (1CO11); Correctional Facilities (1CO72); Commercial Construction (1CO15))

REGION: (USA (1US73); Americas (1AM92); North America (1NO39); California (1CA98))

Language: EN

OTHER INDEXING: (ACLU; AMERICAN CIVIL LIBERTIES; BOARD OF SUPERVISORS; SHERIFF; SYBIL BRAND INSTITUTE; SYBIL BRAND INSTITUTE FOR WOMEN) (Baca; Correction Data; Dean D. Pregerson; Jan Takata; Jody Kent; Kent; Lee Baca; Men; Takata)

KEYWORDS: SYBIL BRAND INSTITUTE FOR WOMEN; PRISONS; LOS ANGELES COUNTY **SHERIFF'S** DEPARTMENT; OVERCROWDING; BACA, LEE

EDITION: Home Edition

Word Count: 642

© 2009 Thomson Reuters. No Claim to Orig. US Gov. Works.

# EXHIBIT
# 16

2/6/06 L.A. Times 1
2006 WLNR 6967076

**Los Angeles** Times
Copyright 2006 Los Angeles Times

February 6, 2006

Section: Main News

Sheriff Blames Lack of Staff for Jail Riot
Prisoner violence has risen amid budget cuts. New fighting erupts as Baca considers
expanding inmate segregation by race.
Stuart Pfeifer
Jessica Garrison
Times Staff Writers
Times Staff Writers

As county jail administrators have struggled with a staffing shortage and funding
crisis, violence among prisoners has nearly doubled in the past three years at the
North County Correctional Facility, the site of a weekend riot that left one inmate
dead and dozens injured.

Inmate-on-inmate assaults at the Castaic facility rose from 351 in 2003 to 614 last
year. Most of the incidents were racially motivated, including Saturday's riot by
more than 2,000 black and Latino inmates, sheriff's officials said.

Violence broke out again late Sunday, this time at the Pitchess Detention Center
North, a jail adjacent to the North County facility where prisoners rioted on Sat-
urday.

A sheriff's spokeswoman, Deputy Alba Yates, said 10 inmates were injured in the vi-
olence that broke out just before 10:30 p.m. at Pitchess.

Yates said the incident involved approximately 170 Latino and 35 black inmates who
"divided on racial lines and fought." The melee was broken up by deputies using
pellet weapons called "sting ball grenades."

She said inmates at the 1,500-inmate Pitchess facility had not been on lockdown
status.

On Sunday, investigators sought to learn why inmate Wayne Tiznor, a convicted sex
offender who was beaten to death in the earlier riot, was housed among violent gang
members in the North County facility. Tiznor had been arrested and accused of fail-

© 2009 Thomson Reuters. No Claim to Orig. US Gov. Works.

ing to register with local police as a sex offender, which he was required to do because of a prior conviction.

Sheriff Lee Baca put much of the 21,000-inmate county jail system on lockdown Sunday, creating an unusual sense of emptiness and calm outside the Twin Towers jail in downtown **Los Angeles**.

"We are on full lockdown!!!" read a sign posted on the door of the jail. "There will be no visiting today Feb. 5 and tomorrow Feb. 6."

The riots bring to the fore the question of inadequate staffing at the jails.

"It may reflect that the Sheriff's Department simply does not have the personnel to adequately staff the jails," said Merrick Bobb, a **Los Angeles** lawyer hired by the Board of Supervisors to monitor the Sheriff's Department.

"Too few deputies are being called upon to do too much," said Bobb, who called the system's ratio of deputies to prisoners "impossibly high."

On a typical Saturday night, 77 deputies are scheduled to watch the 4,000 prisoners at the North County facility in Castaic, sheriff's Sgt. Michael Waldman said this weekend. That ratio of about 50 inmates for every deputy is the highest in the country, Baca said.

As a result of Saturday's melee, which took four hours to quell, the Sheriff's Department on Sunday segregated black and Latino inmates at the facility in Castaic. Most inmates spent Sunday afternoon watching the Super Bowl on jail cell televisions.

It took deputies nearly 18 hours to segregate inmates at the North County facility, said Waldman, a watch commander at the prison. Blacks were housed on one floor of the jail while Latinos were housed on the other, Waldman said.

Baca is considering expanding the segregation of black and Latino inmates to other jail facilities because of the long history of violence between the ethnic groups, which he said takes place both on the streets and in county jail facilities.

Last year, the U.S. Supreme Court said prison officials cannot segregate inmates by race except under extraordinary circumstances in which segregation is the only way to maintain inmate safety. Baca said he believes the county is justified in separating the two groups because of their history of violence.

Sheriff's officials said some of the injuries were caused when inmates hurled metal beds from one level to another. Six inmates injured in Saturday's violence remained hospitalized Sunday afternoon, guarded by sheriff's deputies. Their conditions ranged from critical to stable.

Baca said the increasing violence at the North County facility is attributable to his decision a few years ago to **close jails** and concentrate inmates in the remaining jail facilities -- a move he said was caused by more than $150 million in budg-

© 2009 Thomson Reuters. No Claim to Orig. US Gov. Works.

et cuts. Also as a result of the cuts, most nonviolent criminals are released early, serving about 10% of their sentences and leaving a more violent population in the jails.

Those inmates who remain in jail are part of the highest inmate-to-guard ratio of any major county jail system in the United States, Baca said. In some instances, inmates outnumber deputies 100 to 1, the sheriff said.

New York City, for example, has a local jail population of about 15,000 and a staff of 12,000 to watch them. **Los Angeles** County has more than 20,000 inmates and a staff of 5,000, Baca said.

Baca said an ideal staffing level would be one deputy for every six inmates, but the department lacks the resources.

"The more you crowd a facility, the more difficult it is to prevent violence," Baca said.

The sheriff said that Saturday's attack was so well-planned and coordinated that it would have been difficult to prevent. Latino inmates waited until after visiting hours, when many inmates were out of their cells, to launch their attack, Baca said. The inmates apparently planned the attack as retaliation for an assault by black inmates on a Latino inmate at the downtown Men's Central Jail, the sheriff said.

"What's remarkable is that we don't have more of this," Baca said. "This was definitely a planned attack that met its objective."

Hundreds of law enforcement officers from throughout Southern California were brought to the jail to try to restore order. Deputies dragged some inmates to safety and used tear gas and pepper bombs to try to stop the violence. A core group of about 200 led the attack, but the melee involved more than 2,000 inmates.

Baca said that budget cuts forced him to stop hiring new deputies for about two years, creating a shortage of more than 1,000 deputies. Despite a recruitment effort and media campaign, the department has been unable to reduce that number, instead struggling to keep above near-record attrition. Nearly 500 deputies left the department in 2005, many of them unhappy with long assignments in the jails and the high cost of housing in **Los Angeles** County.

Baca said he will not pull deputies off the streets and send them to the jails to quell the violence because that would mean fewer officers out protecting the general public.

"You do that and you've cut both sides of your neck," he said.

In a report to the Board of Supervisors last year, Bobb suggested that the department start hiring a second tier of deputies, those who agree to work only in the jails. He said a program like that has been well-received in San Diego and leads to a staff and management who are experienced dealing with inmates.

© 2009 Thomson Reuters. No Claim to Orig. US Gov. Works.

Another issue that could surface in Saturday's violence is whether victim Tiznor should have been in the facility in the first place. Many sex offenders are housed separately because they are among the most vulnerable inmates.

"We're looking into that," Baca said. "Why was he in there, co-mingled with gang members?" If Tiznor was inappropriately housed, it would mark the second time in three months that an inmate has been killed in the jails after he was placed with more dangerous inmates. Tiznor was the ninth inmate killed by other inmates in the county jails in the past 2 1/2 years.

In November, 35-year-old Chadwick Shane Cochran was slain in the downtown Men's Central Jail by two gang members who beat and stomped on his head for 10 to 15 minutes while he and the other prisoners were locked in a room with no deputy watching them.

The inmates attacked Cochran, who was mentally ill, because they incorrectly believed he was a police informant, authorities said.

After the Cochran slaying, county supervisors asked the department to do more to make sure gang members were not able to mingle with more vulnerable inmates.

Supervisor Mike Antonovich said Sunday he was distressed to learn that a classification issue may have contributed to another inmate's death.

"The sheriff must recognize the failure of mixing gang member inmates with non-gang and rival gang inmates," Antonovich said.

*

Times staff writers Scott Glover, Jean Guccione, Matt Lait, Mitchell Landsberg and Sara Lin contributed to this report.

---- INDEX REFERENCES ----

NEWS SUBJECT: (Legal (1LE33); Judicial (1JU36); Race Relations (1RA49); Social Issues (1SO05); Prisons (1PR87); Minority & Ethnic Groups (1MI43))

REGION: (USA (1US73); Americas (1AM92); North America (1NO39); California (1CA98))

Language: EN

OTHER INDEXING: (BACA; BOARD OF SUPERVISORS; CENTRAL JAIL; CHADWICK SHANE COCHRAN; COCHRAN; JAIL RIOT PRISONER; LATINOS; MEN; PITCHESS; PITCHESS DETENTION CENTER; SHERIFF; SHERIFFS DEPARTMENT; SHERIFF BLAMES; SHERIFF LEE BACA; US SUPREME COURT) (Antonovich; Bobb; Deputy Alba Yates; Jean Guccione; Latino; Matt Lait; Merrick Bobb; Michael Waldman; Mike Antonovich; Mitchell Landsberg; Sara Lin; Scott Glover; Tiznor; Waldman; Wayne Tiznor; Yates)

© 2009 Thomson Reuters. No Claim to Orig. US Gov. Works.

# EXHIBIT
# 17

Westlaw.

10/16/05 LATIMES 3

**News**Room

Page 1

10/16/05 L.A. Times 3
2005 WLNR 23319852

**Los Angeles** Times
Copyright 2005 Los Angeles Times

October 16, 2005

Section: California Metro

Portions of Castaic Jail Reopened
The action adds 500 beds. Moves are also made to reduce early releases of inmates
throughout the **Los Angeles** County system.
Stuart Pfeifer
Times Staff Writer

**Los Angeles** County Sheriff Lee Baca has reopened portions of a jail in Castaic and is working with corrections officials to move convicted inmates more quickly to state prison, enabling jailers to cut back on their controversial early release program.

Citing budget problems, Baca **closed** some **jails** in 2002 and began freeing inmates convicted on nonviolent offenses after they had served only fractions of their sentences.

About 200,000 inmates have been released early from **Los Angeles** County jails over the last three years, the vast majority after serving 10% of their sentences.

Sheriff's Chief Marc Klugman, who oversees the jail system, said he now should be able to keep inmates for 25% to 30% of their designated terms.

"This is a way to lengthen the stay for those sentenced to county jail," Klugman said.

"I'd like to see people serve the full sentence the court gives them."

Jail officials said extra beds also allowed them to stop forcing some inmates to sleep on the floor, a practice that was criticized by the American Civil Liberties Union and led to a federal class-action lawsuit.

Inmates have been sleeping on the floor for more than a year, but the practice was ended last month, Klugman said.

Because of a deputy shortage, the only way the department could open bed space in

© 2009 Thomson Reuters. No Claim to Orig. US Gov. Works.

the jail system was by paying deputies overtime to staff the North Annex jail facility in Castaic, Klugman said.

Baca's department has 1,000 unfilled deputy positions and is in the midst of one of the largest recruitment efforts in recent years.

Opening the closed wing in Castaic added 500 beds, and sheriff's officials said they hope to free up 800 more by getting the state Department of Corrections and Rehabilitation to move faster to pick up inmates.

With the state prison population at a record high of about 166,000, officials have had a problem finding room for new inmates, and some have lingered for several weeks in county jails after judges found they had violated parole, Klugman said.

The crowding was particularly acute at the Men's Central Jail downtown, where four- and five-man cells routinely housed an extra inmate, who slept on a mattress on the floor, officials said.

Under a long-standing court order, jail officials can put inmates on the floor for only one night before rotating them to a bunk.

Nonetheless, the practice led to increased tension and unsanitary conditions, said Jody Kent, jails coordinator for the ACLU of **Los Angeles**.

The cramped quarters were particularly problematic because many jail inmates spend 23 hours a day in their cells, Kent said.

"If you increase the population in the cell by even one person, it means inmates are forced to sit on their bunks or stand up against a wall. There's just no room to move around whatsoever," Kent said.

"Now there won't be any more floor-sleepers. We're sure of that."

Sheriff's and state corrections officials agreed last week to move toward significantly reducing the number of state prison inmates in the county jail system.

"I'm going to do everything I can to move these prisoners as fast as I can to help alleviate the pressure they're feeling," said Joe McGrath, chief deputy secretary of adult operations for state corrections.

This week, during a jail tour, no mattresses could be seen on cell floors.

But a lawyer representing inmates in a lawsuit against the county said he believes the problem has not been solved.

"Here's what the actual truth is: We still get letters from people who say they've been left to sleep on the floor," attorney Steve Yagman said.

The lawyer said he is representing hundreds of inmates in a class-action lawsuit

© 2009 Thomson Reuters. No Claim to Orig. US Gov. Works.

against the county over the floor-sleeping issue. "I hope they do put an end to it, but it's not true that it's ended."

---- INDEX REFERENCES ----

NEWS SUBJECT:  (Legal (1LE33); Judicial (1JU36); Prisons (1PR87))

REGION:  (USA (1US73); Americas (1AM92); North America (1NO39); California (1CA98))

Language:  EN

OTHER INDEXING:  (AMERICAN CIVIL LIBERTIES UNION; CASTAIC; CASTAIC JAIL REOPENED; CENTRAL JAIL; MEN; STATE DEPARTMENT OF CORRECTIONS)  (Baca; Jody Kent; Joe McGrath; Kent; Klugman; Lee Baca; Marc Klugman; Nonetheless; Rehabilitation; Steve Yagman)

KEYWORDS: CASTAIC (CA); PRISON REFORM; OVERCROWDING; PRISONERS RIGHTS; BACA, LEE

EDITION: Home Edition

Word Count: 746
10/16/05 LATIMES 3
END OF DOCUMENT

© 2009 Thomson Reuters. No Claim to Orig. US Gov. Works.

EXHIBIT
18

Westlaw.

4/19/05 LATIMES 1

4/19/05 L.A. Times 1
2005 WLNR 23347163

**Los Angeles** Times
Copyright 2005 Los Angeles Times

April 19, 2005

Section: Main News

Windfall to Ease L.A. Jails' Crowding
Jack Leonard
Times Staff Writer

In a fix made possible by **Los Angeles** County's roaring real estate market, the Sheriff's Department on Monday was promised enough money to significantly ease overcrowding in the county's teeming jails, a problem that has forced officials to release inmates early and has led to several killings behind bars.

About 200,000 inmates have been let out of **Los Angeles** County jails before their sentences were completed over the last three years, the vast majority after serving 10% of their terms.

Critics complained that the releases undermined the deterrent of jail and pointed out that in some cases, inmates who were released early went on to commit other crimes when they should have been incarcerated. Sheriff Lee Baca has insisted that he did not have the money to expand jail operations so that inmates would complete their sentences.

But on Monday, the county said it can afford the jail improvements thanks in part to an expected surge in property tax collections, which have soared along with home values.

With the extra money, Baca plans to begin hiring new deputies in the fiscal year that starts in July. By the fall of 2006, he hopes to reopen all the **jail** areas that have been **closed** to save money over the last three years.

"It's a very important turnaround," Baca said. "It's taking a very serious problem and fixing it."

The county expects a 6% increase in property taxes in the next year, adding an estimated $150 million to its coffers. That revenue, along with lower-than-expected workers' compensation costs, helped officials budget the $68.5 million needed for the project, according to a county budget plan released Monday.

© 2009 Thomson Reuters. No Claim to Orig. US Gov. Works.

County supervisors, who have been among the most critical of the early release pol-
icy, are expected to enthusiastically back the jail improvements.

The county plans to hire 500 new deputies and add 4,474 new beds to the jail sys-
tem, increasing the capacity by 25%. In addition to stemming the early releases,
the Sheriff's Department expects the extra deputies to improve security at the
jails, where five inmates have allegedly been murdered in the last two years at the
hands of fellow detainees.

The county plans to move high-risk offenders into the Twin Towers jail in downtown
**Los Angeles**. Twin Towers, the newest of the county's jails, was built as a high-
security facility but houses lower-risk mentally ill inmates and female detainees.
(In the past, the county had considered this arrangement less costly than moving
high-risk offenders there.)

In addition, the new budget calls for hiring 63 additional deputies to perform reg-
ular safety checks of inmates. This comes in the wake of several serious security
breaches in the last two years, including one in which an inmate managed to walk
freely through the Men's Central Jail before allegedly killing another prisoner to
prevent him from testifying in his murder trial.

The jail funding was the biggest change in an $18.5-billion county budget plan re-
leased Monday, the first in several years that did not require significant belt-
tightening. Among the other highlights:

* The district attorney's office will receive an extra $5 million to hire 45 prose-
cutors.

* The Probation Department will get an additional $11.9 million to enhance programs
for delinquent youngsters and improve care at juvenile halls.

* Unincorporated areas of the county, home to 1 million residents, also stand to
gain from next year's budget. Under the proposal, they will see three new libra-
ries, improved security at public parks and the restoration of a community-policing
program through the Sheriff's Department.

* The county will set aside $40 million to help its financially troubled public
healthcare system, though some supervisors said they do not consider the amount
enough to deal with hospitals' looming deficits.

Baca began releasing jail inmates early in June 2002 amid a round of cutbacks by
the Board of Supervisors brought about in part by rising workers' compensation and
litigation costs.

At first, nonviolent offenders were the only ones set free after serving more than
half their time. But as the financial outlook worsened, the Sheriff's Department
started releasing car thieves, stalkers and drunk drivers -- all but the most se-
rious offenders -- after only a fraction of their sentences.

© 2009 Thomson Reuters. No Claim to Orig. US Gov. Works.

"It was the most painful thing I ever had to do in my career as a sheriff," Baca said.

"Judges send someone to jail and it has no effect on the behavior of the offender because the threat is just not there. I do believe that you need to have that stick to enforce the punishment. The county stick was taken away from me," he said.

The Board of Supervisors voted in December to give Baca enough money over the next three years to reopen 1,778 beds. In March, sheriff's deputies opened up a floor of the Peter J. Pitchess Detention Center's East Portion in Castaic, adding 760 beds.

The additional space allowed sheriff's deputies last week to start lengthening the stay of inmates convicted of assault from 10% of their sentences to 25%, said Sheriff's Chief Marc Klugman, who heads the department's Correctional Services Division.

"Your lesser crimes, your petty crimes, may still do less time," Klugman said. "But as we create more bed space, we hope that those committing the more serious offenses, the more violent offenses, will do more time, building to 100%."

But much more money was needed to fully restore the jail system's 22,000-bed capacity. To end the early release of inmates, the department must add about 4,500 beds by reopening all of the Century Regional Detention Center in Lynwood and the Pitchess facility.

The budget would provide enough money to finally do that, Baca said.

Once all the deputies are in place, he expects all inmates to serve their full terms, except in occasional periods when arrests rise dramatically.

The plan, which the Board of Supervisors will consider in the coming months, won praise from prosecutors and county supervisors.

Terree A. Bowers, chief deputy at the **Los Angeles** city attorney's office, decried the effect early releases have had on the criminal justice system. Some prosecutors, he said, watched helplessly as witnesses refused to cooperate for fear that offenders would soon be released.

Because of the early releases, some convicted drug users and spousal abusers preferred a jail sentence to entering a rehabilitation program because they expected to be freed early after just a few days, he said.

Supervisor Zev Yaroslavsky praised county administrators for finding the money for the jails but noted that the Board of Supervisors has no control over how Baca spends his money once it is allocated. Yaroslavsky urged the sheriff to use the money as it is intended.

"I expect the sheriff, having been given the [funds] for jails, will use them on jails and not use them on other things," he said. "The jail issue is a No. 1 priority."

© 2009 Thomson Reuters. No Claim to Orig. US Gov. Works.

A major factor for the county's rosy budget picture is escalating real estate val-
ues. Last year, the county took in $2.5 billion in property tax revenues. This
year, the county expects to take in nearly $2.7 billion.

Chief Administrative Officer David Janssen said the budget, which takes effect July
1, includes $565 million more to spend -- much of it on public safety.

Janssen hailed the budget as one of "stability and restoration," though he noted
that the spending plan does not take into account any cuts that might come from the
state or federal government.

His spending plan drew immediate fire for largely sidestepping the looming finan-
cial health crisis that is expected to plunge the Department of Health Services
$435 million into the red within two years.

Yaroslavsky criticized the proposal, noting that it calls for nearly 1,700 new
county employees but provides little to prop up its ailing healthcare system.

"This budget ignores that and spends money as though we don't have other problems,"
he said.

"When we have to pay the fiscal piper in the Health Department, we're going to look
back and say, 'Why did we do this?' "

---- INDEX REFERENCES ----

COMPANY: UK DEPARTMENT OF HEALTH

NEWS SUBJECT: (Violent Crime (1VI27); Crime (1CR87); Legal (1LE33); Judicial
(1JU36); Social Issues (1SO05); Criminal Law (1CR79); Local Taxing Authorities
(1LO66); Taxation (1TA10); Prisons (1PR87); Tax Law (1TA64))

INDUSTRY: (Accounting, Consulting & Legal Services (1AC73))

REGION: (USA (1US73); Americas (1AM92); North America (1NO39); California (1CA98))

Language: EN

OTHER INDEXING: (BOARD OF SUPERVISORS; CENTURY REGIONAL DETENTION CENTER; CORREC-
TIONAL SERVICES DIVISION; DEPARTMENT OF HEALTH SERVICES; HEALTH DEPARTMENT; PROBA-
TION DEPARTMENT; SHERIFF; SUPERVISOR ZEV YAROSLAVSKY; SUPERVISORS; YAROSLAVSKY)
(Baca; David Janssen; Ease L.A. Jails; Janssen; Judges; Klugman; Lee Baca; Marc
Klugman; Peter J. Pitchess; Pitchess; Terree A. Bowers; Twin Towers; Unincorpo-
rated; Windfall)

KEYWORDS: **LOS ANGELES** COUNTY SHERIFF'S DEPARTMENT; PRISONER RELEASES; OVERCROWDING;
BUDGET

© 2009 Thomson Reuters. No Claim to Orig. US Gov. Works.

# EXHIBIT
# 19

Westlaw.

NewsRoom

2/20/05 LATIMES 4

Page 1

2/20/05 L.A. Times 4
2005 WLNR 23318930

**Los Angeles** Times
Copyright 2005 Los Angeles Times

February 20, 2005

Section: California Metro

**Jails** to Reopen   **Closed**  Areas So Inmates Won't Have to Sleep on the Floor
Jack Leonard
Times Staff Writer

Responding to a demand from the American Civil Liberties Union,  **Los**    **Angeles**
County sheriff's officials say that in an effort to eliminate the practice of in-
mates sleeping on jail floors, they hope to reopen living areas that had been
closed to save money.

In December, the county Board of Supervisors allocated an extra $9.1 million this
year, and up to $24.4 million by 2007, to make more jail beds available to reduce
the number of inmates released early.

More than 160,000 people have been let go early since Sheriff Lee Baca began
**closing**   **jail** sections in 2002, contending that budget woes had given him no
other option to save money.

The department is expected to make use of an extra 1,160 beds by May.

In a letter to Baca last week, ACLU officials criticized the practice of having in-
mates sleep on the floor as dangerous and contributing to public health problems in
the jails, including the spread of a virulent staph infection.

"Eradicating the floor-sleeper epidemic will remove persons in custody from direct
exposure to leaky toilets, unclean floors and overcrowded cells," wrote Ricardo
Garcia and Jody Kent, who monitor criminal justice issues for the ACLU of Southern
California.

About 640 inmates are forced to sleep on mattresses on cell or dormitory floors
each day in the county's seven jail facilities, said ACLU officials, who monitor
the jails under a federal court order.

"As soon as we open up, we'll have them off the floor," said Sheriff's Chief Chuck
Jackson, who heads the department's Correctional Services Division. But he cau-

© 2009 Thomson Reuters. No Claim to Orig. US Gov. Works.

tioned that with arrests continuing to climb, the jails are unlikely to end the practice entirely.

---- INDEX REFERENCES ----

NEWS SUBJECT: (Legal (1LE33); Judicial (1JU36); Prisons (1PR87))

REGION: (USA (1US73); Americas (1AM92); North America (1NO39); California (1CA98))

Language: EN

OTHER INDEXING: (ACLU; AMERICAN CIVIL LIBERTIES UNION; CORRECTIONAL SERVICES DIVI-SION) (Baca; Chuck Jackson; Jody Kent; Lee Baca; Ricardo Garcia; Sheriff)

KEYWORDS: AMERICAN CIVIL LIBERTIES UNION; **LOS ANGELES** COUNTY SHERIFF'S DEPARTMENT; PRISONERS RIGHTS

EDITION: Home Edition

Word Count: 330
2/20/05 LATIMES 4
END OF DOCUMENT

© 2009 Thomson Reuters. No Claim to Orig. US Gov. Works.

# EXHIBIT
# 20

Westlaw.

2/3/05 LATIMES 1

NewsRoom

Page 1

2/3/05 L.A. Times 1
2005 WLNR 23341202

**Los Angeles** Times
Copyright 2005 Los Angeles Times

February 3, 2005

Section: Main News

L.A. Jail Called Deadly, Outdated
Jack Leonard
Richard Winton
Times Staff Writers
Times Staff Writers

**Los Angeles** County's largest jail is so outdated, understaffed and riddled with security flaws that it jeopardizes the lives of guards and inmates, the county's expert on the jail system concluded in a confidential report recommending that the facility be closed.

Special counsel Merrick Bobb sharply criticized Men's Central Jail in downtown **Los Angeles** for failing to prevent dangerous inmates from being housed with lower-risk inmates and said the cellblocks' design ensured that any response to an inmate takeover would be extraordinarily bloody.

The 6,338-bed jail, the largest in the country, "is nightmarish to manage" and suffers from "lax supervision and a long-standing jail culture that has shortchanged accountability for inmate safety and security," Bobb said.

The Board of Supervisors ordered the report, obtained by The Times, after inmates killed five fellow inmates in county jails between October 2003 and April 2004. Four of the slayings occurred at Men's Central, one of six jails -- housing 18,495 inmates total -- that the county operates.

Bobb's is the most critical of several recent inquiries into the jail system, all of which have called for security improvements. Even after the slayings in Men's Central, Bobb said, deputies continued to seriously err in classifying inmates and deciding where to house them.

The supervisors, who received the confidential report in November, have not discussed it in public. But two said Wednesday that it had spurred them to question Sheriff Lee Baca about whether he could move some inmates from Men's Central to more secure facilities.

© 2009 Thomson Reuters. No Claim to Orig. US Gov. Works.

Bobb called for the massive lockup to be phased out and replaced with new, smaller jails -- a move that Baca called unrealistic, saying it would cost the financially strapped county nearly $1 billion.

Other jails around the country already use more sophisticated systems to house and control inmates, Bobb wrote.

In the meantime, he urged the county board to take immediate steps to make Men's Central safer.

Among his major recommendations, Bobb said the jail should overhaul how it decides where to house inmates and dramatically increase the number of sheriff's deputies at the facility, which has one of the worst staff-to-inmate ratios in the country. The jail has one staff member for about every 10 inmates, while the national average is one for every 4.3 inmates.

The report also paints a chilling scenario of what could happen without improvements.

Calling an inmate takeover more than a remote possibility, Bobb wrote, "It would be nearly impossible to quell without the spilling of so much blood as to be morally, pragmatically and politically indefensible."

A **Los Angeles** lawyer who specializes in police practices, Bobb declined to comment on the report, citing attorney-client privilege.

Baca said he could not comment on the document for the same reason. He acknowledged that the jail had security flaws and was understaffed but called an inmate takeover "highly unlikely."

The four-story jail's design allows units to be shut down individually, reducing the likelihood of mass violence, he said.

"Even when we had disturbances in the gang modules between the Bloods and the Crips in the 1980s," Baca said, "we were able to quickly move in."

In 1985, inmates armed themselves with broom handles and other makeshift weapons in an uprising that was put down by a team of armed deputies, injuring 12 deputies and 40 inmates.

*

Refurbishment Planned

Baca said he planned to refurbish Men's Central by adding security cameras and upgrading locks on doors. He is also weighing whether to replace bars on the front of each cell with doors to prevent inmates from passing messages and weapons back and forth.

© 2009 Thomson Reuters. No Claim to Orig. US Gov. Works.

"The Central Jail needs a dusting and cleaning and retrofitting, but its basic design is cost-effective," he said.

In his report, Bobb applauded efforts by the department to correct security flaws immediately after the spate of killings.

Baca noted that there had been no killings since the summer, when the county allocated $7.5 million to improve the frequency with which deputies search individual cells at the jail.

"The difficulty is that we're woefully understaffed," he said. "The board knows this. I know this."

The sheriff said it was not feasible to demolish Men's Central and build newer jails given the county's financial problems.

He has repeatedly lobbied for money to reopen jails with a total of about 4,000 beds that have been closed amid $160 million in budget cutbacks over the last three years. The closures have led to the early release of more than 120,000 inmates.

Just to meet Bobb's staffing recommendation for Men's Central, Baca said, would require 600 to 800 more deputies at a cost of about $80 million.

"Where is the board going to find $80 million?" he asked.

Supervisor Mike Antonovich said he hoped the Sheriff's Department would implement some of Bobb's recommendations. And he said the report should trigger a review of what to do with Men's Central.

"I don't know if it has to be torn down, but that ought to be examined along with renovating it," Antonovich said. "You have to look at all options."

He said his colleagues had taken Bobb's report to heart.

Two months ago, Antonovich said, the report prompted the board to ask the sheriff and the county's chief administrative officer to find a way to reopen the Sybil Brand Institute for Women in Monterey Park, which could house 2,300 inmates.

Antonovich has also pressed to allocate enough money to move the 1,823 female inmates in the maximum-security Twin Towers, which currently houses both men and women, to a less secure facility in Lynwood that is empty. That would allow hard-core inmates at Men's Central to move to the newer Twin Towers, where they could be better monitored.

\*

Closure 'Not Viable'

© 2009 Thomson Reuters. No Claim to Orig. US Gov. Works.

Supervisor Yvonne Brathwaite Burke agreed that such a step would help improve security at Men's Central. But she said, "It is not viable in the near future to consider **closing** the **jail**."

Investigators working for Bobb spent days and nights in the jail talking to inmates and deputies, finding numerous instances of low- and medium-risk inmates housed in cells with dangerous ones.

Even after the murders in Men's Central, two of the accused killers were mishandled by jail officials.

After Santiago Pineda allegedly murdered another inmate, he remained classified at a danger level of 7 out of 9 in a system requiring that killers receive the highest classification.

In addition, Bobb said, county investigators discovered that Jonathan Newhall was not isolated from other inmates, even after being accused of murdering one.

Many of the jail's problems stem from its design. Built in two phases during the 1960s and '70s, cells are arranged in long corridors and can only be watched if deputies walk the corridors to peer inside each cell.

More modern jails, like Twin Towers across the street, are built with cells around a control booth that allows deputies to monitor each cell from the booth.

An enormous concrete building, Men's Central is a labyrinth of corridors, rows of cells and metal gates -- a maze that only veteran inmates and deputies can easily negotiate. Garbage bags and sheets hang from cell doors, obstructing the view. Shouts, curses and clanging doors echo through the facility, which is penetrated here and there by a few shafts of sunlight.

The jail houses many defendants -- including the county's most violent inmates -- awaiting resolution of their cases. Currently, 596 are charged with murder or attempted murder.

"This is a one-of-a-kind jail in terms of size and the number of people moving back and forward from court," said Michael Gennaco, head of the county Office of Independent Review, which also monitors the Sheriff's Department for the Board of Supervisors. "It is phenomenal there hasn't been another murder there."

Sheriff's officials said it was almost impossible to prevent violence while moving thousands of inmates in and out of the jails every day.

In Men's Central, deputies should walk the corridors day and night, Bobb wrote. He recommended that the staff ratio be increased to one guard for every four, or at most five, inmates.

"When inmates know they are not being watched, or are being watched just once every hour," Bobb wrote, "they will take advantage of the situation -- by manufacturing [jailhouse liquor] or other contraband, extorting other inmates or physically abus-

© 2009 Thomson Reuters. No Claim to Orig. US Gov. Works.

ing their cellmates."

---- INDEX REFERENCES ----

NEWS SUBJECT:  (Violent Crime (1VI27); Crime (1CR87); Legal (1LE33); Judicial
(1JU36); Social Issues (1SO05); Criminal Law (1CR79); Prisons (1PR87))

REGION:  (USA (1US73); Americas (1AM92); North America (1NO39); California (1CA98))

Language:  EN

OTHER INDEXING:  (BLOODS; BOARD OF SUPERVISORS; CRIPS; SUPERVISOR YVONNE BRATHWAITE
BURKE; SYBIL BRAND INSTITUTE FOR WOMEN)  (Antonovich; Baca; Bobb; Garbage; Jail;
Jonathan Newhall; L.A. Jail; Men; Merrick Bobb; Michael Gennaco; Mike Antonovich;
Sheriff; Sheriff Lee Baca; Shouts; Twin Towers)

KEYWORDS: **LOS ANGELES** COUNTY CENTRAL JAIL; SAFETY; SECURITY; PRISON REFORM

EDITION: Home Edition

Word Count: 1683
2/3/05 LATIMES 1
END OF DOCUMENT

© 2009 Thomson Reuters. No Claim to Orig. US Gov. Works.

# EXHIBIT
# 21

Case 2:75-cv-04111-DDP   Document 180-4   Filed 07/13/09   Page 32 of 33   Page ID #:795

# STAPH INFECTION SPREADS IN COMMUNITY OUTBREAK OF RESISTANT STRAIN FIRST NOTICED IN COUNTY JAILS.

*Article Type:*   *Statistical Data Included*
*Date:*           *Jan 4, 2005*
*Words:*          *570*
*Publication:*    *Daily News (Los Angeles, CA)*

Byline: Troy Anderson Staff Writer

A highly contagious staph infection that flared through Los Angeles County jails is spreading rapidly in the community, and officials warned Monday it is a growing threat to public health.

The number of county jail inmates infected with the painful skin infection has quadrupled since 2002, from about 50 to more than 200 cases a month. More than 4,000 jail cases have been identified since the outbreak began, and the infection has now spread to the population at large, officials said.

``This is a growing problem,'' said Dr. Jonathan E. Fielding, the county's public health officer. ``We've seen it in hospitals, among sports teams, and physicians report seeing it to an increasing degree in their practices.

``It's the same bug we've seen before, but it's a strain that is now resistant to the most commonly used antibiotics.''

Margot Bach, spokeswoman for the California Department of Corrections, said cases of methicillin-resistant staphylococcus aureus are increasing in the state prison system, as well.

``It's a pretty common occurrence,'' Bach said. ``What we've found is that a lot of inmates are coming from the county jails into the prisons with MRSA.''

MRSA, a more virulent strain of the antibiotic-resistant staph infection, begins as a skin condition, evolves into sores that resemble insect bites and progresses to painful boils and abscesses. In rare cases, if it infects the lungs or blood, it can cause life-threatening pneumonia.

According to the Centers for Disease Control and Prevention, the bacteria is spread by direct physical contact or by touching contaminated surfaces.

In the past three years, Los Angeles County supervisors have expressed frustration at the inability of county jail and health officials to control the spread of the disease, which has

infected at least four jailers, as well as a jailer's newborn son.

The baby's parents have filed suit against the Sheriff's Department, claiming their son's health was endangered because of the county's negligence.

In an attempt to combat the disease, jail officials have trained deputies, required incoming inmates to watch a video on preventing the disease, increased clean bedding and clothing exchanges and encouraged inmates to take daily showers.

``We are trying to take every measure we can to identify it as early as possible and take remedial measures,'' said sheriff's Correctional Services Division Chief Chuck Jackson.

Officials are unsure if the outbreak began in the county jails or the community. Currently, 20 percent to 24 percent of jail inmates identified with the disease bring it from the community, up from 9 percent last year.

About 180,000 inmates cycle through the county's jails each year, with the current population of 17,500 inmates changing an average of every 44 days.

``There is no question people are leaving the jails and spreading it in the community,'' Fielding said. ``Certainly, there has been a lot of cases in the jails. But we can't say exactly where it started.''

Troy Anderson, (213) 974-8985

troy.anderson(at)dailynews.com

BACTERIA FACTS

Staph bacteria are commonly carried on the skin or in the nose of healthy people. They can cause a variety of mild and acute illnesses, from skin and bone infections to pneumonia.

The bacteria can be spread through direct and indirect physical contact, but not through the air. Serious infections are treated with antibiotics, although several strains of the bacteria have become increasingly resistant.

CAPTION(S):

box

Box:

BACTERIA FACTS (see text)

---

COPYRIGHT 2005 Daily News
Copyright 2005, Gale Group. All rights reserved. Gale Group is a Thomson Corporation Company.