1 | MARK D. ROSENBAUM, SBN 59940
mrosenbaum@aclu-sc.org
2 | PETER ELIASBERG, SBN 189110
peliasberg@aclu-sc.org
3 | MELINDA BIRD, SBN 102236
mbird@aclu-sc.org
4 | ACLU FOUNDATION OF SOUTHERN
CALIFORNIA
5 | 1313 W. 8th Street
Los Angeles, California 90017
6 | Telephone: (213) 977-9500, x219
Facsimile: (213) 977-5297
7
MARGARET WINTER
8 | ACLU NATIONAL PRISON PROJECT
915 15th Street NW, 7th Floor
9 | Washington, D.C. 20005
Telephone: (202) 548-6605
10 | Facsimile: (202) 393-4931
E-mail: mwinter@npp-aclu.org
11

12 | Attorneys for Plaintiffs

13

14                  UNITED STATES DISTRICT COURT

15                 CENTRAL DISTRICT OF CALIFORNIA

16

| | |
|---|---|
| 17 DENNIS RUTHERFORD, et al, | ) Case No. Civ. 75-04111-DDP |
| 18           Plaintiffs, | ) |
| 19 | ) **DECLARATIONS FROM CLASS** |
| 20     vs. | ) **MEMBERS IN SUPPORT OF** |
| | ) **PLAINTIFFS' MOTION FOR** |
| 21 | ) **PRELIMINARY INJUNCTION RE:** |
| 22 LEROY BACA, as Sheriff of the | ) **PLAN FOR CLOSURE OF JAIL** |
| County of Los Angeles, MICHAEL D. | ) **FACILITIES.** |
| 23 ANTONOVICH, YVONNE B. | ) |
| 24 BURKE, DON KNABE, GLORIA | ) Honorable Dean Pregerson |
| MOLINA, ZEV YAROSLAVSKY, as | ) |
| 25 Supervisors of the County of Los | ) Date:   August 3, 2009 |
| 26 Angeles, et al., | ) Time:   10:00 a.m. |
| | ) Dept:   3 |
| 27           Defendants. | ) |
| 28 | ) |

# DECLARATIONS FROM CLASS MEMBERS IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION RE: PLAN FOR CLOSURE OF JAIL FACILITIES.

## CLASS MEMBER DECLARATIONS – 2009

Tab Number                                                                                              Page

1. Declaration of Demond Little, dated 6/10/2009 (inadequate mental health care, overcrowded and unsanitary conditions, inadequate out-of-cell time, roof recreation offered at 5 am, deputy harassment and retaliation).   1

2. Declaration of James Barker, dated 6/25/2009 (inadequate medical and mental health care, inadequate access to showers).

3. Declaration of DeMario Green, dated 6/10/09 (inadequate mental health care, inadequate access to showers, out of cell time, telephones).   7

4. Declaration of Gary Green, dated 6/9/09 (inadequate out-of-cell time, unsanitary conditions, deputy harassment)   12

5. Declaration of Carlos Ortiz, dated 7/9/2009 (unsanitary conditions, inadequate medical care, inadequate out-of-cell time, deputy misconduct, inadequate discharge planning)

6. Declaration of Heriberto Rodriquez, dated 7/10/09 (unsanitary conditions, inadequate access to showers, out-of-cell time, mail, telephones, deputy retaliation)

7. Declaration of Alphonso Hawkins, dated 6/22/2009 (inadequate mental health care, denial of appropriate medication, unsanitary conditions).   27

8. Declaration of Bryan Jones, dated 6/10/2009 (inadequate mental health care).   29

9. Declaration of Ishmael Mizrahi, dated 7/1/2009 (denial of showers, telephones, mail, inadequate mental health care, deputy abuse).

10. Declaration of Michael Serrato, dated 6/10/09 (unsanitary conditions, inadequate access to mail, inadequate medical care, deputy harassment)

11. Declaration of Lorie M., dated 4/14/2009 (inadequate mental health care, denial of discharge planning).

12. Declaration of Jesse Mejia, dated 6/18/2009 (inadequate mental health care, roof recreation offered at 5 am without adequate clothing).   53

| | | |
|---|---|---|
| 13. | Declaration of Monti Stone, dated 6/25/2009 (inadequate mental health care, unsanitary conditions, deputy harassment and abuse). | 58 |

**CLASS MEMBER DECLARATIONS – 2008**

| Tab Number | | Page |
|---|---|---|
| 14. | Declaration of Giancarlo Aviles, dated 6/23/2008 (floor sleeper). | 64 |
| 15. | Declaration of Brian Barnes, dated 6/3/2008 (denial of showers, clean linens, inadequate medical care, recurrent staph infection). | 65 |
| 16. | Declaration of Courtland Byrd, dated 7/16/2008 (inadequate medical care). | 69 |
| 17. | Declaration of Richard Gonzalez, dated 5/15/2008 (inadequate medical care, overcrowding). | 72 |
| 18. | Declaration of Dorean Grace, dated 7/28/2008 (inadequate mental health care, lack of discharge planning). | 76 |
| 19. | Declaration of Mila Harper, dated 7/22/2008 (floor sleeper, inadequate food, showers). | 79 |
| 20. | Declaration of Tina Harper, dated 7/22/2008 (floor sleeper). | 81 |
| 21. | Declaration of Lloyd Hawkins, dated 2/14/2008 (inadequate mental health care, lack of discharge planning). | 83 |
| 22. | Declaration of Lazaro Robaina Hernandez, dated 1/10/2008 (inadequate mental health care, lack of discharge planning). | 88 |
| 23. | Declaration of Kaywon Lavaie, dated 6/28/09) (inadequate mental health care, unsanitary conditions). | 95 |
| 24. | Declaration of Barry Mosley, dated 7/15/2008 (overcrowding, unsanitary conditions, deputy harassment and abuse, inadequate out of cell time). | 100 |
| 25. | Declaration of Deville Simmons, dated 7/16/2008 (inadequate mental health care, denial of appropriate medication, deputy harassment). | 110 |
| 26. | Declaration of Robert Taylor, dated 8/1/2008 (unsanitary conditions, staph infection). | 114 |
| 27. | Declaration of Stanley Tharpes, dated 7/28/2008 (inadequate | |

| | |
|---|---:|
| medical care staph infection, lack of discharge planning, unsanitary conditions). | 119 |
| 28. Declaration of Craig White, dated 2/14/2008 (inadequate mental health care, including lack of discharge planning). | 123 |

### CLASS MEMBER DECLARATIONS – December 2007

| Tab Number | Page |
|---|---:|
| 29. Declaration of Reginald Allen, dated 12/19/2007(inadequate mental health care, denial of discharge planning). | 126 |
| 30. Declaration of James Cherry, dated 12/19/2007(inadequate mental health care, denial of discharge planning). | 129 |
| 31. Declaration of Duane Everly, dated 12/19/2007(inadequate mental health care, denial of discharge planning). | 131 |
| 32. Declaration of Ken McFetridge, dated 12/19/2007(inadequate mental health care, denial of discharge planning). | 133 |
| 33. Declaration of Arthur Morales, dated 12/18/2007 (inadequate mental health care, denial of discharge planning). | 135 |
| 34. Declaration of David Trieu, dated 12/19/2007(inadequate mental health care, denial of discharge planning). | 137 |