# #1
# DECLARATION OF DEMOND LITTLE

**Declaration of Demond Little**

I, Demond Little, hereby declare:

1.      I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.      I am 35 years old and I have been in jail since March, 2009. When I first came into jail, I was on a breathing machine in the hospital. I was placed in a medical ward and despite my requests for mental health treatment, I was ignored. I finally broke a window during an episode while feeling suicidal. After breaking the window, I finally saw a psych, but I was also punished for breaking the window.

3.      When I was in LA county jails previously, I received mental health treatment. I've been in the Tarzana Mental Health Center, and when I was in prison, I was classed EOP. I told the psych that I was EOP, but I was still de-classed from the Towers. I have been receiving mental health treatment since I was 9 years old.

4.      After seeing a psych, I was briefly classed in the Towers for mental health treatment. While in the Towers, I had a confrontation with a guard, and after the confrontation, a psych came and de-classed me. I think the deputies intimidated her into de-classing me, and I have heard stories from other inmates saying the same thing.

5.      After being de-classed and moved into CJ, I haven't received any mental health treatment. I saw a psych once in CJ, and I told her that I was still hearing voices and feeling distressed. The psych told me to get through it, and that I wouldn't receive any other treatment. The guards mock inmates with mental health problems. I saw two inmates complaining of mental health problems get beaten up and dragged out. The guards that did the beating were at work the next day.

6.      It seems like the guards are their own gang in here. They put their hands on inmates to show off their authority. The whole jail is overwhelming and I fear for my safety. I never know when someone will come and beat me and then accuse me of assault.

7.      The showers are very dirty. I get a shower sometimes once every 72 hours and the showers don't get disinfected. There are no tables to eat meals. I have to eat in my bed, at the

1  same place I sleep at night. I see a lot of inmates with MRSA and other staph infections because

2  of how dirty everything is. There are only 5 toilets and 5 sinks for the 120 people in my dorm.

3  The ventilation is very poor and there is very little space for the 120 people. All of the beds are

4  pushed very close together. It is so cramped that illnesses spread really quickly. The doctors say

5  there are too many people to see, so I feel like I'm placed on the back burner.

6      8.    I only get outside really early in the morning, between 4-5 a.m. I have to choose

7  between going outside and sleeping past 4 a.m. I get outside so early that I don't really get to see

8  the sun. We only get outside once a week a couple of hours on Thursdays. When I first came to

9  CJ, I didn't even know I could go outside, because the deputies come so early in the morning.

10      9.    Church is offered at the same time as pill call. I have to choose between church

11  and pill call, and if I miss pill call, the deputies punish the whole dorm. The deputies will shut

12  down the TV and take away phones, and say that it is the fault of a single inmate. They egg the

13  other inmates on to beat up that inmate.

14      10.    Anytime anyone goes to court, they routinely perform cavity searches. I feel like

15  they do the search just to humiliate inmates. I've seen deputies punish inmates by taking shoes

16  away and making inmates walk around barefoot.

17      11.    The deputies don't respect any inmates. They just treat us like bodies and are

18  quick to put their hands on us. The deputies will put charges on inmates that get beaten up in

19  order to cover their own tracks. There are a lot of people other than me that also have mental

20  health problems, but it seems like there is no way to get treatment while in CJ. I feel like I don't

21  have any way to get the help I need. I am a citizen, and I deserve to be treated like one. I

22  shouldn't have to face the resentment that the deputies have.

23

24      I declare under penalty of perjury of the laws of the State of California and the United

25  States that the foregoing is true and correct.  Executed this 29th day of June, 2009 in Los

26  Angeles, California.

27                             _____/s/_____

28                             Demond Little

1    Declaration of _Demond Little_

2    I, _Demond Little_ hereby declare:

3        1.    I make this declaration based on my own personal knowledge and if called to testify I

4    could and would do so competently as follows:

5        2.    I am 35 years old and I have been

6    in jail since March 2009 when I first came

7    into jail I was on a breathing machine

8    in the hospital. I was placed in a medical

9    ward and despite my requests for mental

10   health treatment, I was ignored. I finally

11   broke a window during an episode

12   while feeling suicidal. After breaking

13   the window, I finally saw a psych

14   but I was also punished for breaking

15   the window.

16       3.    When I was in LA county jails

17   previously, I received mental health

18   treatment. I've been in Tarzana

19   Mental Health Center and when

20   I was in prison, I was classed

21   ECP. I told the psych I was

22   ECP but I was still de-classed

23   from the Towers. I have been

24   receiving mental health treatment

25   since I was 9 years old.

26       4.    After seeing a psych, I was

27   briefly classed in the Towers

28   for mental health treatment.

                     1 x Demond H. Little

1  While in the Towers, I had a confrontation
2  with a guard, and after the
3  confrontation, a psych came and
4  declassed me. I think the deputies
5  intimidated her into declassing me,
6  and I have heard stories from
7  other inmates saying the same thing.
8  5. After being declassed and moved
9  into CJ, I haven't received any
10 mental health treatment. I saw
11 a psych once in CJ and I told
12 her I was still hearing voices and
13 feeling distressed. The psych told
14 me to get through it and that
15 I wouldn't receive any other treatment.
16 The guards mock inmates
17 with mental health problems. I
18 saw two inmates be complaining
19 of mental health problems get
20 beaten up and dragged out. The
21 guards that did the beating
22 were at work the next day.
23 6. It seems like the guards are
24 their own gang in here. They put
25 their hands on inmates to show off
26 their authority. The whole jail is
27 overwhelming and I fear for my
28 safety. I never know when
   someone will come and beat

7. xAmmond H-L SHA

me and then accuse me of assault.
7. The showers are very dirty. I
get a shower sometimes once every
72 hours and the showers don't
get disinfected. There are no
tables to eat meals. I have
to eat at the same place I
sleep at night. I see a lot of
inmates with MRSA and other
staph infections because of how
dirty everything is. There are
5 toilets and 5 sinks in my dorm
for the 120 people in the dorm.
The ventilation is very poor
and for the 120 people there is very
little space. All of the beds are pushed
very close together. It is so
cramped that illnesses spread really
quickly. The doctors say there
are too many people to see, so
I feel like I'm placed on
the back burner.
8. I only get outside really early
in the morning between 4-5 in the
morning. I have to choose between
going outside and sleeping past
4 am. I get outside so early I
don't really get to see the
sun. We only get outside for

5. Demond H-L

a couple hours on Thursday, when I
first come to W, I didn't even
know, I could go outside because the
deputies come so early in the morning.
9. Church is offered at the same time
as pill call. I have to chose between
church and pill call and if I miss
pill call, the deputies punish the
whole dorm. The deputies will shut
down the TV and take away
phones, and single out a single
inmate. They egg the other inmates
on to beat up a single inmate.
10. Any time anyone goes to
court they routinely perform
a cavity search. I feel like
they do the search just to humiliate
inmates. I've seen deputies punish
inmates by taking shoes away
and making inmates walk around
barefoot.
11. The deputies don't respect any
inmates. They just treat us like
bodies and are quick to just
put their hands on us. The deputies will
put charges on inmates that
get beaten up in order to
cover their own traces.
4. *A___ round H. Little

1 There are a lot of people other than
2 me that also have mental health problems,
3 but it seems like there is no way
4 to get treatment while in CJ,
5 I feel like I don't have any
6 way to get the help I need
7 I am a citizen, and I deserve,
8 to be treated like one. I shouldn't
9 have to face the resentment that
10 the deputies have.

25 I declare under penalty of perjury of the laws of the State of California and the United States
26 that the foregoing is true and correct. Executed this 10th day of June, 2009 in Los Angeles, California

Printed Name X _____

5 x

# #2

# DECLARATION OF JAMES BARKER

**Declaration of James Barker**

I, James Barker, hereby declare:

1.     I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.     I am 53 years old and I've been in jail for one year, since June 2008.

3.     When I first came to jail, after about a week, I was seen by a psych. I was told by the psych that I was going to start receiving meds. I told the psych that I was on Abilify, and that the last time I had been in county jails, I had been on Abilify. I never received any meds during this stay in jail. The psych visited off and on around once a month. Since I was transferred, I haven't seen the psych at all.

4.     I've requested to see the psych and I've signed up on sick call. The sick call line takes a couple months and my requests have been ignored. I was told that it would take a year for me to see the doctor. Even when I had a blood clot in my leg, it took 60 days for me to be treated.

5.     I keep getting moved back and forth between single cells and dorms, which is very hard on me. I don't like being in large groups and it takes me a while to adjust to new people, particularly when I don't get my meds.

6.     Depending on where I have been, I sometimes get a full shower, but often I get maybe a minute every 2-3 days to shower. When I first came into jail, I was being moved very frequently, sometimes every couple of days. Moving this often was very disorienting, and it made it much harder to stay on the psych and doctor lines. Once, I was placed in the super-max at Wayside for two days without any explanation. I'm almost never told why I am being moved.


I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct.  Executed this 29th day of June, 2009 in Los Angeles, California.

_____/s/_____

James Barker

1    Declaration of _James Barker_

2    I, _James Barker_, hereby declare:

3        1.    I make this declaration based on my own personal knowledge and if called to testify I

4    could and would do so competently as follows:

5        2.    I am 53 years old and I've

6    been in jail for one year, since July

7    2008.

8        3. When I first came, after about

9    a week, I was seen by a psych.

10   I was told by the psych I was

11   going to start receiving meds.

12   I told the psych I was on Abilify,

13   and that I was on abilify

14   the last time I was in jail.

15   I never received any meds.

16   The psych visited off and

17   on around once a month.

18   Since I was transferred

19   I haven't seen the psych.

20   4. I've requested to see

21   the psych and I've signed

22   up on sick call. The sick

23   call takes a couple months

24   and my requests have been

25   ignored. I was told that it

26   would take a year to see

27   a doctor. Even when I had

28   a blood clot in my leg, it took

/X _James Barker_
1497935

Page 4

60 days to be treated.

5. I keep getting moved back and forth between singles and dorms, which is hard on me. I don't like being in large dorms, and it takes me a while to adjust, particularly when I don't get any meds.

6. Depending on where I have been, I sometimes get small shower, but often I get maybe a minute, every 2-3 days.

7. When I first came into jail, I was being moved very frequently, sometimes every couple of days. Moving this often was very disorienting, and it made it much harder to stay on the psych and doctor lines. Once, I was placed in the super-max at Wayside for two days without any explanation. I'm almost never told why I am being moved.

2x  James Barker
149793



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25   I declare under penalty of perjury of the laws of the State of California and the United States
26   that the foregoing is true and correct.  Executed this 10th day of June, 2009 in Los Angeles, California
27
28          Printed Name X JAMES BARKER
                              1497935

#3
# DECLARATION OF DeMARIO GREEN

1  **Declaration of Demario Green**

2  I, Demario Green, hereby declare:

3  1.  I make this declaration based on my own personal knowledge and if called to

4  testify I could and would do so competently as follows:

5  2.  My name is Demario Green. I am at MCJ for 14 months and then 4 months in

6  Patten and then I came back to MCJ. I have been here for a month. I am 20 years old.

7  3.  I am out of my cell every three days for an hour. I shower and use the phone. I

8  only get a shower every three days. If no one is on the phone when I want to use it, I can use the

9  phone.

10  4.  I am standing in my cell 23 hours a day and I get a shower every three days. I get

11  pretty dirty in that three days. The deputies give us showers when they feel like it. When we are

12  on lockdown, it takes a week to get a shower, so I have to wash myself in the sink.

13  5.  I am in a one man cell because I was cut up on my neck and face by another

14  inmate. I have been in the one man cell for a year.

15  6.  It takes a month to get the mail here. The psych comes every month and I talk to

16  the psych.

17  7.  On the outside, I was taking Rabutchin, Seroquel, and Stritavin. I was diagnosed

18  with ADHD and bipolar. I saw the psych when I got here and they did prescribe me the meds I

19  told them I was taking on the outside, but I never received them. I had been taking these

20  medications for 7 years but they never gave me my meds here. After I went to Patten, I receivied

21  my meds and since I got back from Patten, I have my meds. Even though I had been prescribed

22  meds when I got here, they never gave them to me for 14 months.

23  //

24  //

25

26

27

28

1       8.     When I wasn't on my meds for 14 months, I couldn't sleep at all. I was hyper

2  every day. And when I was finally back on my meds, I was much calmer.

3

4       I declare under penalty of perjury of the laws of the State of California and the United

5  States that the foregoing is true and correct.  Executed this 1st day of July, 2009 in Los Angeles,

6  California.

7                                         /s/

8                                     Demario Green

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Declaration of _Demario Green_

1  I, _Demario Green_ hereby declare:

2  1.    I make this declaration based on my own personal knowledge and if called to testify

3  could and would do so competently as follows:

4  2.    My name is Demario Green.

5  I am at mens central. I ~~have les~~ was

6  at MCJ for 14 months and then

7  4 months in Patten and then I

8  came back to MCJ. I have been

9  here for a month. I am 20

10  years old.

11  3. I am out of my cell every

12  three days for an hour. I shower

13  and use the phone. I only get a

14  shower every three days. If

15  no one is on the phone when I

16  want to use it, I can use the phone.

17  4. I am standing in my cell 23

18  hours a day and I get a shower

19  every three days. I get pretty

20  dirty in that three days. The

21  deputies give us showers when they

22  feel like it. When we are on

23  lockdown, it takes a week to get

24  a shower so I have to wash

25  myself in the sink.

26  5. I am in a one man cell because

27  I was cut up on my neck and face

D·G                    Page 9

1. by another inmate. I have been in
2. the one man cell for a year.
3. 6. It takes a month to get the
4. mail here. The psych comes every
5. month and I talk to the psych.
6. 7. On the outside I was taking
7. Rabutchin, seroquel, stritavin. I was
8. diagnosed with ADHD and bipolar.
9. I saw the psych when I got here
10. ~~but~~ and they did ~~not~~ prescribe me the
11. meds I told them I was taking
12. on the outside, but I never received them. I had been taking
13. these medications for 7 years
14. but they never gave me my meds
15. here. After I went to Patten, I
16. received my meds and since
17. I got back from Patten I have
18. my meds. Even though I had
19. been prescribed meds when I got
20. here they never gave them to
21. me for 14 months.
22. 8. When I wasn't on my meds for
23. 14 months, I couldn't sleep at
24. all. I was hyper every day.
25. And when I finally was back on my
26. meds I was much calmer.
27.
28.

M.G

Page 10

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25   I declare under penalty of perjury of the laws of the State of California and the United State

26   that the foregoing is true and correct.  Executed this 10th day of June, 2009 in Los Angeles, Califor

27

28   Printed Name  X _____

#4
## DECLARATION OF GARY GREEN

# DECLARATION OF GARY GREEN

I, GARY GREEN, hereby declare:

1.      I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.      I am an inmate at Men's Central Jail.  I have been housed here since I was arrested on June 2008.  I live on the 8000 FL in a dorm of about 12 other inmates.  I have been up there the entire time I have been in jail, which is about one year.

3.      I am a 52 year old man and I am paralyzed on the entire left side of my body because I was shot a few years back.  I get SSI on the streets and have a white and blue Medicaid card.

4.      I complained to the ACLU in February 2009 because my wheelchair did not have foot rests and my feet were dragging.  It was really painful and my leg would drag all the way under the chair.

5.      After I complained, the problem did not really get fixed and I just had to wait a few more weeks until another inmate left.  I just took his chair.  I was without foot rests for over a month and it was really difficult during that time.

6.      The living conditions they have in my dorm just do not make any sense.  We do not have sheets that are large enough for our mattresses so our skins rub on the mattress.  I have chafes and burns on my skin from that.  It makes no sense.  The deputies told us that they don't give us sheets that are big enough because the ACLU said we can't have them.  We all know that's not true, but the deputies are just trying to mess with us.

7.      The dorm I live in is not very clean either. The dust up there is very thick on the beds. The deputies could give us something to clean with.  It's completely unsanitary.  No one cleans when someone leaves; they just put more people in there.

8.      During my time at jail I have seen other inmates use the disability shower because I can see it out of the glass window of my dorm.  I see people go in there about once every two weeks.  I have never heard any announcement about using these showers.  I do not ask about them because of my case I do not want any problems from the deputies and many of them have attitudes.  They don't really like to do anything.

9.      I see the ACLU signs in the halls so I know how to contact them and I can also tell the

1  chaplain.  I have submitted about 5 forms in those boxes, but they must tear them up or something

2  because I have never heard an answer.  I have heard about other law firms working on disability issues,

3  but I do not know how to contact them.

4         10.    These living conditions just don't make sense. We do not really get to go outside. We just

5  started going a couple of weeks ago after a couple of months of nothing.  We also barely go to the T.V.

6  rooms.  We get to go maybe a few times a week, but we haven't gone for many weeks.

7         I declare under penalty of perjury of the laws of the State of California and the United

8  States that the foregoing is true and correct.  Executed this 9 day of June, 2009 in Los Angeles,

9  California.

10

11                                          _____/s/_____

12                                                **GARY GREEN**

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Declaration of Gary Green

1

2  I, Gary Green                , hereby declare:

3  1.  I make this declaration based on my own personal knowledge and if called to

4  testify I could and would do so competently as follows:

5  2.  I am an inmate at Men's Central Jail. I have

6  been housed here since I was arrested in June 2008.

7  I live on the 8000 FL in a dorm of about 12

8  other inmates. I have been up there the entire

9  time I have been in jail - which is about one year.

10  3. I am a 52 year-old man and I am

11  paralyzed on the entire left side of my body

12  because I was shot a few years back. I get

13  SSI on the streets and a white and blue

14  medicaid card.

15  4. I complained to the ACLU in February 2009

16  because my wheelchair did not have foot rests

17  and my feet were dragging. It was really painful

18  and my leg would drag all the way under the

19  chair.

20  5. After I complained, the problem did not

21  really get fixed and I just had to wait a few

22  more weeks until another inmate left. I just took

23  his chair. I was without footrests for over a month

24  and it really difficult during that time.

25  6. The living conditions they have up in my

26  dorm just do not make any sense. We do not

27  have sheets that are large enough for our

28  mattresses so our skin rubs on the mattress

1 I have chaffes and burns on my skin from that.
2 It makes no sense. The deputies told us that they
3 dont give us sheets that are big enough because
4 the ACLU said we can't have them. We
5 all know thats not true, but the deputies are
6 just trying to mess with us.
7 7. The dorm I live in is not very clean either. The
8 dust up there is very thick on the beds. The depu.
9 could give us something to clean with. Its completely
10 unsanitary. The deputies or no one clean
11 when someone leaves, they just put more
12 people in there.
13 8. During my time at jail, I have seen other
14 inmates use the disability shower because
15 I can see it out the glass window of my dorm.
16 I see people go in there about once every two
17 weeks. I have never heard any announcement
18 about using these showers. I do not ask about
19 them because of my case. I do not want any
20 problems from the deputies and many of them
21 have attitudes. They dont really like to do
22 anything.
23 9. I see the ACLU signs on the wall so I know
24 how to contact them and I can also tell the
25 chaplain. I have submitted about five forms
26 in those boxes but they must tear them up
27 or something because I have never heard an
28 answer. I have heard about other law firms

1  working on disability issues but I do not know how to
2  contact them.
3  10. These living conditions just dont make sense.
4  We do not really get to go outside, we just
5  started going a couple of weeks ago after many
6  months of nothing. We also barely go to the
7  TV rooms. We get to go maybe a few times
8  a week but we haven't gone for many weeks

18      I declare under penalty of perjury of the laws of the State of California and the United
19  States that the foregoing is true and correct. Executed this 9th day of June, 2009 in Los
20  Angeles, California.

21                    Gary Green
22                    GARY GREEN

# #5
# Declaration of Carlos Ortiz

**Declaration of Carlos Ortiz**

I, Carlos Ortiz, hereby declare:

1.      I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.      I am an inmate at Men's Central Jail.  I am a pre-trial detainee and am still going to court and fighting my case.  I have been here about 4 weeks.

**SANITATION PROBLEMS**

3.      The conditions I live in at jail are gross.  The deputies don't give us cleaning supplies.  Instead, we have to use the small bar soap that we also use to wash ourselves.  It is always cold in jail.  Me and other inmates always ask for extra blankets but the deputies just ignore us.

4.      I only get my clothing exchanged one time every week.  That means I wear the same undershirt, underwear, and outer shirt all week.  I wash my clothes in the sink with that same bar soap.  Also, when the clothes are given to me, they have brown stains on them so I don't think they are even clean.  The underwear and towels are especially bad.  The outer clothes are probably stained, too, but since the material is brown anyway, I can't really tell.

5.      The showers in my dorm are moldy and gross.  There is black stuff on the bottom of the shower and I really don't like to touch it.  They don't give us anything to clean with, and I have to use the same little bar soap.  I only get more soap every couple of weeks so this is not enough for me to clean with.

6.      I always eat all meals in my dorm room.  I never go anywhere to eat.  I have seen roaches on the floor.  This is gross.

7.      It's so dirty in here and I don't want to touch anything.  It makes me all clenched up.

**PROBLEMS WITH MEDICAL CARE**

8.      I am also very worried about problems with medical care in here.  I was shot about 3 years ago when I was 16 years old so I have a lot of medical issues.

9.      At home, I use a colostomy bag and I change it every few days and clean it

1  thoroughly. Here they only change it like every 6 days. I don't get anything to clean with, other

2  than that same bar soap.  It gets irritated and my skin gets bothered. I ask medical for help with

3  it and they just ignore me.

4      10.    I take strong medications for pain when I am at home because of my injuries from

5  getting shot. I have severe abdominal and back pain. They do not give me enough pain

6  medication here. To make it worse, a couple of days ago, they started giving me even less

7  medication.

8      11.    When they cut my medication, I started to complain about it and everyone just

9  ignored me. Two nights ago, I was complaining a lot because I was in such pain, The way I try

10  to get people's attention is just by hitting the window when they happen to walk by.

11      12.    That night I finally got the nurse to stop and I told her that I was in major pain and

12  that I couldn't take it anymore. She told me that I would just have to wait and she didn't do

13  anything she could do.

14      13.    That night I couldn't sleep at all because I was in such pain. It was horrible. The

15  next morning that I saw that I had blood in my colostomy bag. When that happened, the jail took

16  me to the county hospital.

17      14.    When I was at the hospital, they gave me stronger pain medications. I spent the

18  night there and came back this morning. I just saw a nurse when I came back. They are giving

19  me weaker mediation here - 600 Motrin. I am worried I am going to be in more pain again.

20      15.    It takes a long time to see a doctor here and the medical care is bad.

21                          **OUT OF CELL TIME AND RECREATION**

22      16.    I barely ever get out to do anything when I'm at jail. They used to let us go to

23  classes but that stopped and I don't know why.

24      17.    I have only been offered the roof one time in the month that I have been here. The

25  roof is not that great either because there is nothing to do up there. But at least it's outside.

26      18.    There is not a TV in my dorm and I don't have anything to do. The deputies

27  won't give us books . Sometimes other inmates will try to slip books under the door but if the

28  deputies see that they take the books away.

2

**DEPUTY MISCONDUCT**

19.     The cops in the jail are corrupt.  They ask me and other inmates about our cases. They will say "what are you here for?" and if you don't tell them, they will go look it up in the computer and say in front of everyone "oh, you did this" whatever the case is about.

20.     I have seen people fighting big cases in here and the deputies will take their legal work.  They will call people out if they are in gangs.  They just incriminate people more in here, and probably the person didn't even necessarily do what their case is about.

21.     The deputies make fun of us because we have medical and disability issues.

22.     I have used the jail complaint forms for problems I've had in jail but I didn't ever get any answer.  I have seen Sgts. take complaints out of complaint boxes and just rip them up.

23.     If someone complains, I have seen the deputies just try to start stuff.  They will say to other inmates to "teach that guy a lesson" and the deputies try to provoke fights.

24.     A couple of days ago, the medical staff tried to declass me out of my wheelchair even though I can't walk.  To try to get me out, a deputy pushed me out of my chair and threw me on the ground. A lot of other inmates saw this because it was out in the hallway.  The ACLU came up right after that happened so they did not declass me that day.  Instead, they just threw me in the hole.  I am worried I will get declassed again.

//
//

3

**DISCHARGE**

25.     I was in jail a couple of months ago and when I got released they let me go at like midnight.  I am 19 years old and was lucky to have my family come pick me up.  There were other people, though, and they just wandered outside the jail and it didn't look like they had anywhere to go.

26.     When I was released, the jail did not give me any medications.  Instead I just had to go to the doctor on my own on the streets.  I was lucky that I had some extra medications left at my house.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct.  Executed this 9th day of July, 2009 in Los Angeles, California.

_____/s/_____

Carlos Ortiz

4

Declaration of **Carlos Ortiz**

I, **Carlos Ortiz** hereby declare:

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2. I am an inmate at Men's Central Jail. I am a pre-trial detainee and am still going to court and fighting my case. I have been here about 4 weeks.

## SANITATION PROBLEMS

3. The conditions I live in at jail are gross. The deputies don't give us cleaning supplies. Instead, we have to use the small bar soap that we also use to wash ourselves. C.O

*C.O*
*It is always cold in jail. Me and other inmates always ask for extra blankets but the deputies just ignore us.*

4. I only get my clothing exchanged one time every week. That means I wear the same undershirt, underwear, and outershirt all week. I wash my clothes in the sink with that same bar soap. Also, when the clothes are given to me, they have brown stains on them so I don't think they are even clean. The underwear and towels are especially bad. The outerclothes are probably stained, too, but since the material is brown anyway, I can't really tell.

5. The showers in my dorm are moldy and gross. There is black stuff on the bottom of the shower and I really don't like to touch it. They do not give us anything to clean with, and I have to use the same little bar soap. I only get more soap every couple of weeks so this is not enough.

*Carlos Ortiz* (signature)

1  for me to clean with.

2  6. I always eat all meals in my dorm room. I

3  never go anywhere to eat. I have seen roaches on

4  the floor. This is gross.

5  7. It's so dirty in here and I don't want to

6  touch anything. It makes me all clenched up.

7  PROBLEMS WITH MEDICAL CARE

8  8. I am also very worried about problems with

9  medical care in here. I was shot about 3 years

10  ago when I was 16 years old so I have a lot of

11  medical issues.

12  9. At home, I use a colostomy bag and I change

13  it every few days and clean it thoroughly. Here

14  they only change it like every 6 days. I don't get

15  anything to clean with, other than that same bar

16  soap. It gets irritated and my skin gets bothered.

17  I ask medical for help with it and they just ignore

18  me.

19  10. I take strong medications for pain when I am

20  at home because of my injuries from getting shot.

21  I have severe abdominal and back pain. They

22  do not give me enough pain medication here. To

23  make it worse, a couple of days ago, they started

24  giving me even less medication.

25  11. When they cut my medication, I started to

26  complain about it and everyone just ignored me.

27  Two nights ago, I was complaining a lot because

28  I was in such pain. The way I try to get people's

   attention is just by hitting the window when they

Page 19

1    happen to walk by.

2    12. That night I finally got the nurse to stop

3    and I told her that I was in major pain and

4    that I couldn't take it anymore. She told me that

5    I would just have to wait and she didn't do anything *s.c. she could do.*

6    13. That night I couldn't sleep at all because

7    I was in such pain. It was horrible. The next morning

8    I saw that I had blood in my colostomy bag.

9    When that happened, the jail took me to the

10   county hospital.

11   14. When I was at the hospital, they gave me stronger

12   pain medications. I spent the night there and

13   came back this morning. I just saw a nurse

14   when I came back. They are giving me weaker

15   medication here—less motrin. I am worried I

16   am going to be in more pain again.

17   15. It takes a long time to see a doctor here and

18   the medical care is bad.

19        OUT OF CELL TIME AND RECREATION

20   16. I barely ever get out to do anything when I'm

21   at jail. They used to let us go to classes but

22   that stopped and I don't know why.

23   17. I have only been offered the roof one time.

24   in the month that I have been here. The roof

25   is not that great either because there is nothing

26   to do up there. But at least it's outside.

27   18. There is not a TV in my dorm and I don't

28   have anything to do. The deputies won't give us

     books. Sometimes other inmates will try to

     *Carlos [signature]*

Slip books under the door but if the deputies
see that they take the books away.

### DEPUTY MISCONDUCT

19. The cops in the jail are corrupt. They ask
me and other inmates about our cases. They will
say "what are you here for?" and if you dont tell
them, they will go look it up in the computer and
say in front of everyone "oh, you did this" whatever
the case is about.

20. I have seen people fighting big cases in here
and the deputies will take their legal work. They
will call people out if they are in gangs. They
just incriminate people even more in here, and
probably the person didnt even necessarily do
what their case is about.

21. The deputies make fun of us because we
have medical and disability issues.

22. I have used the jail complaint forms for
problems I've had in jail but I didnt ever get
any answer. I have seen sgts. take complaints out
of complaint boxes and just rip them up.

23. If someone complains, I have seen the
deputies just try to start stuff. They will say to
other inmates to "teach that guy a lesson" and
the deputies try to provoke fights.

24. A couple of days ago, the medical staff
tried to declass me out of my wheelchair even though
I cant walk. To try to get me out, a deputy pushed
me out of my chair and threw me on the ground.

*Carlos Cortez*

1  A lot of other inmates saw this because it was
2  out in the hallway. The ACLU came up right after
3  that happened so they did not declass me that
4  day. Instead, they just threw me in the hole. I
5  am worried I will get declassed again.

DISCHARGE

7  25. I was in jail a couple of months ago and when
8  I got released they let me go at like midnight.
9  I am 19 years old and was lucky to have
10 my family come pick me up. There were other
11 people, though, and they just wandered outside
12 the jail and it didn't look like they had anywhere
13 to go.
14 26. When I was released, the jail did not give
15 me any medications. Instead I just had to go
16 to the doctor on my own on the streets. I was
17 lucky that I had some extra medications left at
18 my house.

25  I declare under penalty of perjury of the laws of the State of California and the United States

26  that the foregoing is true and correct. Executed this ~~10th~~ c.o.9th day of ~~June,~~ c.o.July 2009 in Los Angeles, California

Printed Name X _Carlos Ortiz_

_Carlos Ortiz_

# #6
# Declaration of Heriberto Rodriguez

**Declaration of Heriberto Rodriguez**

I, Heriberto Rodriguez, hereby declare:

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2. I am 29 years old and I have been in Men's Central Jail for five consecutive years.

3. I am allowed to shower and shave every other day. I am 20-30 minutes to shower, shave and use the phones. I get half of a very small bar of soap and I have to use that to both myself and my clothes. It is never enough to be fully clean. The razors get changed every other week and are usually dull after 2-3 shaves. The showers are really dirty; I can see mold growing on them. I have to be really careful what I touch, because the showers are rarely cleaned. I cleaned the showers myself last time, and between cleanings it is usually a couple of months. I am worried about catching staph infections, because many inmates have them.

4. There is rarely any hot water to use. Showers start at 6 a.m. and the water's only hot when the showers are on. That means we can only make any food we might have gotten from the store very early in the morning. I have complained about the hot water and deputies have told me to "man up" and "you're in jail."

5. I only get out of my cell to shower and one then once a week outdoors. We only get to go outside on Mondays at 6:30 in the morning. We go out there regardless of the weather. I've been outside during thunderstorms and hail just to get some fresh air. I once got sick from being in the rain for 2 hours, and I never got any treatment. I stayed sick for a long time, until I got better on my own.

6. Once, after I was beaten up by the deputies, I was receiving pain meds. My meds were taken away because I complained to the ACLU. They said I was a complainer and don't give me treatment. I have given my name at sick call and they tell me I am a complainer or just give me Tylenol and tell me to stop whining.

7. I only get to see a chaplain once every two weeks, and I never get offered church on Sunday. I have seen other people request a chaplain and the deputies just ignore it.

8. Once a week, I can see a TV for a day, and we never get any newspaper. I have no

way of knowing anything going on outside. I have lost touch with so many people because the only chance I get to call anyone is at 6 a.m. I haven't gotten mail in a long time, and the last time I got mail, it was postmarked 36 days from then. The only people I have time to call during my 30 min. is my mom and my wife. I have a chance to use the phone in the law library, but then I have to chose between calling my loved ones and working on defending myself.

9.    I have seen many beatings by deputies during my five years. I'm worried that the deputies will report that I instigated something or say I had weapons, because the deputies all cover each other. It is safest to just stay quiet because I know there will be repercussions for talking. I am careful to make sure not to give the deputies any excuse to beat me up.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct.  Executed this 9th day of July, 2009 in Los Angeles, California.

_____/s/_____

Heriberto Rodriguez

2

1   Declaration of _Heriberto Rodriguez_

2   I, _Heriberto Rodriguez_ hereby declare:

3      1.   I make this declaration based on my own personal knowledge and if called to testify I

4   could and would do so competently as follows:

5      2.   I am 29 years old and I have

6   been in Men's Central Jail for five

7   consecutive years.

8      3.   I am allowed to shower, and

9   shave every other day. I am given

10  20-30 minutes to shower, shave

11  and use the phones. I get half

12  of a very small bar of soap and

13  I have to use that to wash both

14  myself and my clothes with it. It

15  is never enough to be fully clean.

16  The razors get changed every other

17  week and are usually dull after

18  2-3 shaves. The showers are

19  really dirty; I can see mold

20  growing on them. I have to be

21  really careful what I touch because

22  the showers are rarely cleaned.

23  I cleaned the showers myself last

24  time, and between cleanings it is

25  usually a couple of months. I

26  am worried about catching

27  staph infections, because many

28  inmates have them

4. There is rarely any hot water to
use. Showers start at 6 am and
the waters only hot when the showers
are on. That means that we can
only make any soup we might have
gotten from the store. I have complained
about the hot water, and deputies
have told me to "Man up" and
just say it's jail.

5. I only get out of my cell to
shower and then once a week outdoors.
We only get to go outside on
Mondays at 6:30 in the morning.
We go out there regardless of
the weather. I've been outside
during thunderstorms, and hail, just
to get some fresh air. I once
got sick from being in the rain
for 2 hours, and I never got
any treatment. I stayed sick for
a long time, until I got better on
my own.

6. Once, after I got beaten up by
the deputies, I was receiving
pain meds. My meds were taken
away because I complained to
the ACLU. They said I was a
complainer and don't give me
treatment. I have given my

name at sick call and they tell me
I am a complainer or just give me
Tylenol and tell me to stop whining.
7. I only get to see a chaplain
one every two weeks, and I
am never get offered church on
sunday. I have seen
other people request a chaplain,
and the deputies just ignore it.
8. once a week, I can see a
TV for a day, and we never
get any newspaper. I have no
way of knowing anything
going on outside. I have lost
touch with so many people
because the only chance I
get to call anyone is at 6 am.
I haven't gotten mail in a long
time, and the last time I got
mail it was postmarked 36
days from then. The only people
I have time to call during my
30 min is my mom and my
wife. I have a chance to use
the phone in the law library but
then I have to choze between
calling my loved ones and working
on defending myself.

9. I have seen many beatings by deputies during my five years. I'm worried that the deputies will report that I instigated something or say I had weapons, because the deputies all cover each other. It is safest to just stay quiet because I know there will be repercussions for talking. I am extra careful to make sure not to give the deputies any excuse to beat me up.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed this 10th day of June, 2009 in Los Angeles, California

Printed Name X

7-9-09

# #7
# DECLARATION OF ALPHONSO HAWKINS

### Declaration of Alphonso Hawkins

I, Alphonso Hawkins, hereby declare:

1.    I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.    I am currently an inmate in Men's Central Jail in row 2200.

3.    I am 51 years old. Before my arrest I had been staying at a recovery home in Los Angeles. I had been living there on and off since 2006 and I have been in and out of recovery houses throughout Los Angles since 2005. I've struggled with alcohol for many years. I was seeking treatment and trying my best to stick with my program but I fell of the wagon and got in trouble and was arrested in March 2009. I'm not dangerous. I'm just trying to recover.

4.    I've lived for about 20 years with a diagnosis of schizophrenia, anxiety and depression. I am on SSI and I've gone to County Mental Health Services for treatment. I have been prescribed three different medications for my mental conditions but I have not received any medication since my arrest. As a result, my anxiety has worsened and I have begun to hear negative voices that sometimes tell me to do bad things. I am stressed out and I cannot function properly.

5.    When I was arrested I had to go to the hospital. While at the hospital I told a doctor about the medications I had been taking and he prescribed me Zoloft. He gave that prescription to the deputy that was with me but when I returned to jail, I never received my Zoloft.

6.    After returning from the hospital I went back to booking and then to the Twin Towers. While at the Twin Towers I met with a psychologist who said that I didn't fit the criteria of a mentally ill patient. I told the psychologist in jail that I have a record with County Mental Health Services Center and that he could check it to get my medication but he didn't care. I feel like the mental health doctors in the jails refuse to give me medication until I can't function at all. This makes me angrier and pushes me close to the edge of erupting.

Declaration of Alphonso Hawkins    *A ~ H*    

7.      I was transferred to Men's Central Jail about a month later. But, the mental health staff in Men's Central Jail are no better. They walk by our cells but all they do is announce that they are here and keep walking.

8.      When I complain to the deputies and the psychologists in Men's Central they threaten me that they are going to send me to the seventh floor of the Twin Towers. They know this is a threat because everyone knows that the inmates up there just wear gowns and are put in cold cells and don't have any blankets. I told them I don't want to go there, and I just want my medicine. Sometimes they say they will put me on the doctor's list, but when they put me on the list, I never get to see a doctor.

9.      The conditions in the jail are not good. Sometimes I see the Lieutenants come by our rows. When they do, the deputies follow the shower and programming schedule. But as soon as the Lieutenants leave the deputies go back to their usual ways of ignoring the schedules. When I go to ~~A~~ The cells have been flooding every other day and when they bring our food the church I get strip-searched and they look up my butt. I think they target me because they know they will get a reaction out me when they do it. I filled a complaint about these incidents. trays are filthy

10.      I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct.  Executed this 22nd day of June, 2009 in Los Angeles, California.

*Alphonso Hawkins*

Alphonso Hawkins

Declaration of Alphonso Hawkins

Page 28

# #8
# DECLARATION OF BRYAN JONES

**Declaration of Bryan Jones**

I, Bryan Jones, hereby declare:

1.      I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.      I am 30 years old and am currently housed in the Twin Towers Correctional Facility. I have been in jail since February 2009.  I was diagnosed with mental illness since I was around 14 years old. I spent my teenage years going from mental home to mental home. I dropped out of high school because I spent so much time in mental homes. I tried to go to Santa Monica College but I couldn't follow the procedures long enough. Before I was arrested, I was under treatment in San Diego and then Humboldt County Mental Health.

3.      When I first came to jail, a deputy searched me because my pants were on backwards. My pants were on backwards because I was so disoriented. The deputy then hit me in the groin because the search made me even more disoriented. After this incident, I was put in the hole, which means I was moved from dorms into a cell, and had my rec time and visiting restricted. In the hole, I was not allowed to make phone calls, and my access to the canteen was severely limited. .

4.      The Hole has been the best place for me. Generally, the Hole is the only place where I get my special medication and diet. I need to be in the hole because outside of the hole, I don't get my medicine. I routinely miss pill call and then the TV and the other inmates cause anxiety. The other inmates create an atmosphere of fear and I often get into fights. When I miss medication, I think others are plotting against me. For me, being alone is best.

5.      The doctor here diagnosed me after 45 seconds. He acted like he was a king and tried to debunk my illnesses. The doctor took me off all my medicine, which I had previously been prescribed while in jail. When the doctor took me off my meds, he put me in a different room. I didn't have any clothes, and there were feces and blood on the walls. It seemed like it was 1492 or how you would treat a witch. I saw other people chained to the door because they refused to take their clothes off. I felt humiliated. I wasn't allowed to brush my teeth and I could only shower once every 2 weeks if I begged.

6.      The deputies treat me like an animal. Deputies tried to provoke me by taunting me or throwing my paperwork everywhere. They took all of my papers. Before, they took my legal documents away whenever I had an episode.

7.      Once, when I didn't get my medication, I saw a red troll, who tried to take me into a doorway marked evil. I think I saw this because no one told me when pill call was, and I missed it. When I miss pill call, I see things and I act out. The deputies once handcuffed me after I freaked out. They handcuffed me so hard my hands were numb.

8.      I am housed now with gang members and prisoners under life sentences. Another time, when I flipped out, I threw trash around and put a cape on. After I did that, some inmates got mad and I felt afraid. The floor is haunted or something is in the food. The whole building feels like someone is trying to kill me. The only place where I get appropriate medical treatment is in discipline. In discipline, the deputies wake me up for pill call, instead of letting me sleep through it. Also, in discipline, it is much quieter, instead of in regular housing, whether the TV and the other inmates make too much noise. I'm tempted to earn discipline time just so I can stay in the hole. I just want to be by myself and get my treatment, and be able to be pro-per. It feels like the doctor takes medicine away as an experiment.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct.  Executed this 24th day of June, 2009 in Los Angeles, California.

_____ /s/ _____

Bryan Jones

Declaration of **Bryan Jones**

1

2   I, **Bryan Jones** _____ hereby declare:

3   1.   I make this declaration based on my own personal knowledge and if called to testify I

4   could and would do so competently as follows:

5   2.   I was diagnosed with mental illness

6   since I was around 14 years old. I

7   spent my teenage years going from

8   mental home to mental home. I dropped

9   out of high school because I spent so

10   much time in mental homes. I

11   tried to go to santa monica college

12   but I couldn't follow the procedures

13   long enough. Before I was arrested

14   I was under treatment in San Diego

15   and then Humboldt County Mental Health.

16   3. When I first came to jail, I was

17   on Level 7. A deputy searched him

18   because my pants were on backwards.

19   My pants were on backwards because

20   I was so disoriented. The deputy then

21   hit me in the groin because

22   I remained so disoriented. After

23   this incident, I was put in the

24   hole.

25   4. The Hole has been the best place

26   for me. Generally, the Hole is the

27   only place where I get my

28   special medication and diet.

X B.J.

I need to be in the hole because in
Level 9 I don't get my medicine.
I routinely miss pill call and then
the TV and the other inmates cause
anxiety. The other inmates create
an atmosphere of fear and I often
get into fights. When I miss
medication, I think others are plotting
against me.

   5). The doctor here told me that
I was trying to play the system and
that I wasn't sick. He diagnosed after
45 seconds. He acted like he was
a king and tried to debunk any
illnesses. The doctor took me off
of all my medicine, which I had
previously been on. When the doctor
took me off my meds, he put me
in a different room. I didn't have
any clothes and there were blood
and feces on the walls. It seemed
like it was 1492 or how you would
treat a witch. I saw other people
chained to the door because they
refused to take his clothes off.
I felt humiliated. I wasn't allowed
to brush my teeth and I could only
shower once every 2 weeks if one
begged.

6). The deputies treat me like an animal. They beat everyone up. Deputies try to provoke me by taunting me, or throwing my paper work everywhere. When I was proper, they took my legal documents away whenever I had an episode.

7) When I don't get my medication, I saw a red troll who tried to take me into a doorway marked evil. I think I saw this because no one told me, when pill call was and I missed it. When I miss pill call, I see things and I act out. The deputies once handcuffed me after I freaked out. They handcuffed me so hard my hands were numb.

8) I am housed now with gang members and prisoners under life sentences. When I flipped out, I threw trash around and put a cape on. After I did that some inmates got mad and I felt afraid. The floor is haunted or something is in the food. The whole building feels like someone is trying

3x BS.

to kill me. The only place, where I get appropriate medical treatment, is in discipline. I'm tempted to earn discipline time just so I can stay in the hole. I just want to be by myself and get my treatment, and be able to be pro-per. It seels like the doctor takes medicine away as an experiment.



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25  I declare under penalty of perjury of the laws of the State of California and the United States
26  that the foregoing is true and correct.  Executed this 10th day of June, 2009 in Los Angeles, California
27
28  Printed Name X *Bryan R. Jones* X

# #9
# Declaration of Ishmael Mizrahi

**Declaration of Ishmael Mizrahi**

I, Ishmael Mizrahi, hereby declare:

1.      I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.      My name is Ishmael Mizrahi and I am at Men's Central. I am 42 years old. I have been here for two years.

3.      I am a pro-per and currently located in K-10 for protection. I was moved to K-10 on June 12th. Since then, I have received no law library time and I have not gotten out of my cell. I usually get a shower once a week or whenever the guards feel like it. I am not receiving mail and phone calls are virtually impossible. The last time I used the phone was a week ago.

4.      I have been on hunger strike since June 12th because I am not being treated correctly as a K-10. I have lost 30 lbs and I refuse to eat or drink anything until I receive the treatment I am entitled to. They forced me to have an IV even though I refused it. I signed refusal forms for the IV. The deputy who was taking me against my will to have the IV slammed me against the wall. When I told them I was going to bring this slamming up on a complaint, they threatened me and told me if I filed a complaint I would never get out of K-10.

5.      I was supposed to go to court on June 29th. Two days before that I was in extreme pain and I couldn't walk. The deputies told me they didn't have any sympathy for me because I was on hunger strike and they wouldn't give me anything for pain. I requested to see the doctor and they wouldn't take me. I felt like I was going to die. The next day, I passed out on my way to court and when I requested a wheelchair to make it to court, they wouldn't give it to me. After I passed out they woke me up and instead of taking me to the doctor, they made me walk back to my cell. I never got to court.

6.      I am alone in my cell and it makes me feel depressed and enclosed. I am diagnosed with bipolar disorder, depression, schizophrenia, and post traumatic stress disorder. When I am in the K-10 cell, my symptoms are greatly enhanced. I hear voices and I am sweating frequently. When I was not in K-10 before, I could talk to other people and I felt much better.

7.      Now as a K-10 I am always shackled. The only time I talk to other people is when

I am in the attorney-client room or talking to a deputy. The deputies treat me really bad because they don't know that I am in protective custody and not a dangerous threat. The deputies verbally abuse me saying things like "shut up, you are a fucking fagot." They grab me and pull me when I am weak and cant walk fast enough for them because I haven't eaten or drank anything. The deputies said they don't care if I die here because nobody cares about me and I am bringing it upon myself with the hunger strike.

8.     The deputies frequently threaten me and I am very scared of them. As a K-10, I am living in fear.

9.     I was trying to do the right thing which landed me in protective custody and put me in the horrible conditions as a K-10. I guess no good deed goes unpunished.

10.     I want to get out of K-10 and return to the 5000 floor where I was before with the other K-6G inmates.

11.     I am constantly being harassed by the deputies and other inmates for being a homosexual. The deputies physically taunted me but I can not tell you about it because the deputies will retaliate against me and I will never get out of K-10.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct.  Executed this 1st day of July, 2009 in Los Angeles, California.

_____

Ishmael Mizrahi

Declaration of **Ishmael Mizrahi**

1

2   I, **Ishmael Mizrahi** hereby declare:

3       1.    I make this declaration based on my own personal knowledge and if called to testify I

4   could and would do so competently as follows:

5       2.  My name is Ishmael Mizrahi

6   and I am at Men's Central. I am

7   42 years old. I have been here for

8   two years.

9       3. I am a pro-per and currently

10  located in K-10 for protection. I

11  was moved to K-10 on June 15th. Since

12  then, I have received no law library

13  time and I have not gotten out

14  of my cell. I usually get a shower

15  once a week or whenever the guards

16  feel like it. I am not receiving

17  mail and phone calls are

18  virtually impossible. The last time

19  I used the phone was a week ago.

20      4. I have been on hunger strike

21  since June 12th because I am not

22  being treated correctly as a K-10.

23  I have lost 30 lbs and I refuse to

24  eat or drink anything until I

25  receive the treatment I am

26  entitled to. They forced me to

27  have an iv even though I refused it.

28

                IM
              711

1  I signed refusal forms for the iv.
2  The deputy who was taking me
3  against my will to have the iv
4  slammed me against the wall.
5  When I told them I was going to
6  bring this damaging up on a complaint,
7  they threatened me and told me
8  if I filed a complaint I would
9  never get out of k-10.
10  5. I was supposed to go to court on
11  June 29th. Two days before that
12  I was in extreme pain and I couldn't
13  walk. The deputies told me they
14  didn't have any sympathy for
15  me because I was on hunger
16  strike and they wouldn't give
17  me anything for pain. I requested
18  to see the doctor and they wouldn't
19  take me. I felt like I was going
20  to die. The next day, I passed
21  out on my way to court and
22  when I requested a wheelchair to
23  make it to court, they wouldn't
24  give it to me. After I passed out
25  they woke me up and instead of
26  taking me to the doctor, they
27  made me walk back to my
28  cell. I never got to court.

6. I am alone in my cell and it makes me feel depressed and enclosed. I am diagnosed with bipolar disorder, depression, schizophrenia, and post traumatic stress disorder. When I am in the k-10 cell, my symptoms are greatly enhanced. I hear voices and I am sweating frequently. When I was not in k-10 before, I could talk to other people and I felt much better.

7. Now as a k-10 I am always shackled. The only time I talk to other people is when I am in the attorney-client room or talking to a deputy. The deputies treat me really bad because they dont know that I am in protective custody and not a dangerous threat. The deputies verbally abuse me saying things like "shut up you are a fucking fagot." They grab me and pull me when I am weak and cant walk fast enough for them because I havent eaten or drank anything. The deputies said they dont care if I die here because nobody cares about me and I am bringing it upon myself with the hunger strike.

I'm ru

8. The deputies frequently threaten me
and I am very scared of them.
As a K-10, I am living in fear.
9. I was trying to do the right thing
which landed me in protective custody
and put me in the horrible conditions
as a K-10. I guess no good deed goes
unpunished.
10. I want to get out of K-10 and
return to the 5000 floor where I was
before with the other K-6G inmates.
11. I am constantly being harassed
by the deputies and other inmates
for being a homosexual. The deputies
physically taunted me but I can
not tell you about it because the
deputies will retaliate against me
and I will never get out of K-10.

I.M. 41

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25 I declare under penalty of perjury of the laws of the State of California and the United States

26 that the foregoing is true and correct.  Executed this ~~10th~~ day of ~~June~~, 2009 in Los Angeles, California

27

28 Printed Name X _____

# #10
# Declaration of Michael Serrato

# DECLARATION OF MICHAEL SERRATO

I, MICHAEL SERRATO, hereby declare:

1.    I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.    I am 56 years old and I have been in Men's Central Jail for about six months. I currently live in 2100.

3.    Conditions in the jail are awful. The jail is dirty. In my row the floor is littered with trash such as socks, paper, and water from the showers. They don't clean the showers. There is black mildew built up in the corners. The row is so dirty that we have a rodent problem. Mice generally come out at night. Although 2100 has a bad rodent problem, 2900 (where I was housed before) has a rodent problem so bad that one time a mouse fell on my face. When I was in 2900 I would see 1-2 mice running around my cell. In 2100, there is usually one mouse running around. There are also cockroaches. They come from behind the sink and hide in the pipes on the bed frames. At night the cockroaches come out.

4.    On my row there are also plumbing problems. The toilets are plugged up. The water overflows. There are holes about 4 feet apart on the tier where the water is supposed to drain out. It doesn't work well and makes the floor dirty. Since I've been here I haven't seen anyone clean the drain holes on the tiers.

5.    There are problems with incoming mail. I have legal mail that is coming from the courts that took 39 days to get to me. There are also forms that have been missing that have been sent from the courts. These are not isolated incidents.

6.    As for outgoing mail, we are not allowed to seal any mail we send out—even when it's legal mail. They shouldn't be allowed to open mail because it's confidential and they may retaliate if you file a complaint about them. When you file a complaint against them, they make sure to set you up.

7.    I'm going to take you back to the last year I was here when I was a *pro-per*. When I was a *pro-per* I got into an argument with a deputy over my status. He wrote me up and sent me to 2200 and 2400. He sent me there with my green card which said that I am registered as a T-90. No other inmates are supposed to see that. The officer handed it to an inmate and told the inmate to take care of it. So on February 15, 2008, I was stabbed and beaten unconscious by numerous inmates in the laundry room.

One inmate beat me in my head. He hit me so hard I had a bowel movement.   Another inmate stabbed me under my eye.   I lost consciousness. Two other inmates then yanked me up and I regained consciousness.   One of the inmates told me, "That's what you get!"   The officers were right there and they didn't do anything.   The officers kept making fun of me.   I was then taken to LA County Hospital.   I told them what happened.   I couldn't walk, or understand anything much.   I was in a wheelchair.   When I got back the officers called me into the chapel.   They said that the incident had been reported to the ACLU and they needed me to sign a paper from the ACLU which said that nothing had happened to me. They said if I didn't sign it they would put me in the hole or in protective custody.   I wouldn't go into protective custody because I had already gotten stabbed.   I've done a lot of time but I've never been set up like that.   I was very much scared.

8.      I also have medical conditions.   My first condition is a hernia which gives me a lot of pain.   I have a chronic lower back problem for which I need a back brace.   I have Hepatitis C.   I have asthma and emphysema for which I need treatment to help me breathe.   When I can't breathe I find it hard to think, and I can't answer.   Now, I have seizures from the injuries after I was beaten up in the laundry room.   I have problems walking and breathing.

9.      My liver is also bad because they had me on 600 and 800 mg of Motrin for 6 months. Two weeks ago they took me off the Motrin because it was eating up my liver.   I had blood in my stool. Now my liver hurts a lot.

10.     I have glaucoma.   They just started giving me my medicine.   I got my medicine after 6 months.   When I didn't have my medicine, I had pressure on my eyeballs and real bad headaches.   This was also caused by the injuries I received on 2/15/08.

11.     I have not received an inhaler for my asthma since I have been here.   Other inmates are allowed to have their inhalers in their cells.   Further, I've had at least 4-5 asthma attacks in front of the deputies and they haven't done anything.   Sometimes they say, "I didn't bring your inhaler."   Other times they don't stop and keep on walking.

12.     On 5/14/09, there was a cell search.   They had us strip to our boxers and shower shoes. Then, facing the back of the cell we walked backwards toward the deputies they had us cuff our hands behind our backs and ordered us to spread out legs.   They went through our waistbands and rubbed their

hands on the outside and inside of our legs and twisted our testicles.  At that point in the search, the deputy asked me "What's that you have there?" referring to my hernia belt.  I answered, "That's my hernia belt."  He said, "What side is it on?" I told him "on the left."  He dug his finger all the way into my hernia belt.  After that he told me to take off the hernia belt.  He then ordered me to put it back on but I couldn't because of my condition.  He took me outside to the hall and hassled me.  I told him I was in pain but he ignored me.

13.    On or about 3/31/09 when I was housed in 2900, I was searched in the same manner that I just described.  However, that time the deputy pushed his finger inside my rectum and told me to look to the left, and to lift my tongue.

14.    On 5/15/09 I was escorted to get my teeth pulled and I was assaulted in the laundry room again.  I was assaulted by inmates who were in general population.  I wasn't supposed to be in there because I'm in protective custody.  They hit me in back of the head and in the back.  They told me that if I didn't identify them I would get new charges on me.  But I couldn't because I got attacked from the back.  The officer then said the inmates had already admitted they attacked me.  So why did I have to identify them?  I didn't see a doctor until 20 days later.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct.  Executed this 9 day of July, 2009 in Los Angeles, California.

_____/s/_____

**MICHAEL SERRATO**

1    Declaration of Michael Serrato

2    I, Michael A. Serrato     hereby declare:

3        1.    I make this declaration based on my own personal knowledge and if called to testify I

4    could and would do so competently as follows:

5        2.    I am 57 years old and have

6    been in MCJ for about 6 months.

7    I currently live in 2100. Conditions

8    in jail are awful. The jail is dirty.

9    3. In my row the floor is littered with

10    trash such as socks, ms and water

11    from the showers. They don't clean the

12    showers. There's black mildew built

13    up in the corners. The row is so dirty

14    that we have a rodent problem. Mice

15    generally come out at night. Although

16    2100 has a bad rodent problem, 2900

17    (where I was at before) the rodent

18    problem was so bad. mice fell on my

19    face. When I was in 2900 I would

20    see 1-2 mice running around my cell.

21    In 2100 there is one mouse running

22    around. There are also cockroaches.

23    They come from behind the sink and

24    hide in the pipe of the bed frames.

25    At night they come out.

26    4. On my row there are also plumbing

27    problem. The toilets are plugged up.

28    The water overflows. There are holes about

                                   ms

4 feet apart on the tier where the water is
supposed to drain out. It doesn't work
well and makes the floor dirty. Since
I've been here, I haven't seen anyone
clean the drain holes on the tiers.

5. All the rows are noisy. I just
got accustomed to the noise.

6. There are problems with incoming
mail. I have legal mail that is coming
from the courts that took 30 days. There
are also forms that have been missing
that have been sent from the cts. This
is not an isolated incident.

7. As for outgoing mail we are not
allowed to seal. it — even if ~~its~~ legal mail.
they shouldn't be allowed be ms to open mail
b/c its confidential and they may
retaliate if you file a complaint about
them. What they do they make sure
to set you up. Im gonna take you
back the last year I was here. When
I was a pro-per I got in an argument
w/ a deputy over my pro-per status
He wrote me up & sent me to 2700 +
2400. But on my green card it had
my past card that I was to register as
a T-90. No other inmates are supposed
to see that. The officer handed it to
an inmate, looked at it and he told

ms

Another inmate stabbed me unaur my aye

1  the inmate to take care of it. So on Feb. 15,
2  2008 I was stabbed & beaten in the
3  laundry room. I was beaten unconsious
4  by numerous (10-15) inmates One inmate ms beat me in my two
5  head, I had a bowel movement. ms and inmate
6  yanked me up and I regained
7  consiousness. The inmate told me "thats
8  what you get!" The officers were right
9  there and they didn't do anything. The
10 officers kept making fun of me. I
11 then went to the LA County Hospital.
12 I told them what happened. ms Rather than
13 I couldn't walk, understand anything
14 much. I was in a wheelchair. When I
15 got back officers called me into the
16 chapel. The asked me to sign a paper
17 from the ACLU which said that nothing
18 happened to me. They said if I didn't
19 sign it they would put me in the hole
20 or protectiv custody. I wouldn't go in
21 prot. custody b/c I had already gotten
22 stabbed. I've done a lot of time.
23 I've never been set up, ms I was
24 very much scared. I keep getting
25 attacked even in protective custody.
26 7. I have med. conditions. My 1st condition
27 is a hernia and it gives me alot of
28 pain. I also have a ms chronic lower
back problem. I also have Hepitius C.

ms

1. I have asthma, enphesyma. Now, I have
2. seizures from the injuries after I was
3. beaten up in the laundry room. I
4. have problems walking, breathing. I
5. need treatment but haven't gotten any.
6. When I can't breathe, I can't answer
7. and find it hard to think. I also need
8. a ms a back brace. I don't have it yet.
9. 8. My liver is also bad b/c they had
10. me on 600 + 800 mg. of Motrin for
11. 6 months. 2 wks ago they took me
12. off b/c it was eating up my ms liver.
13. I had blood in my stool. Now my
14. liver hurts me alot.
15. 9. I have glaucoma. They just
16. started giving me my medicine. This
17. was after 6 months. When I didn't
18. have the med. I had pressure on
19. my eyeballs, real bad headaches. This
20. was also caused by the injuries I
21. recieved on 2/15/08.
22. 10. I have not recieved an inhaler
23. since I've been here. Some other inmates
24. are allowed to have their inhalers in
25. their cells. Further, I've had at least
26. 3,4-5 asthma attacks that I've had in
27. front of deputies and they haven't
28. done anything. Sometimes they said "I
didn't bring your inhaler." Other times

ms

1  they don't stop. And others they keep
2  walking.
3  11. on 5/14/09 there was a cell search.
4  They had us strip to our boxers &
5  shower shoes. Then, facing back of cell
6  we walked blends toward deputies. They
7  had us cuff our hands behind our
8  backs. They ordered us to spread our legs.
9  He went through our waistband. and
10  ~~went~~ rubbed his hand on the outside
11  of our legs & the inside of our
12  legs. As he came up he twisted our
13  testicles. He comes up and asked me
14  What is that you have there. I answered
15  That's my hernia belt. He said "what
16  side is it in?" I told him the left.
17  He dug his finger in my hernia belt
18  ~~While~~ dug all the way in. After that
19  he told me to take off the hernia belt.
20  He ~~so~~ ordered me to put it back on but I
21  couldn't b/c of my condition. He took me outside
22  to the hall and hassled me. I told him I
23  was in pain but he ignored me.
24  _____
25  I declare under penalty of perjury of the laws of the State of California and the United States
26  that the foregoing is true and correct. Executed this 10th day of June, 2009 in Los Angeles, California
27
28  Printed Name X /m, A S

1  12. On or about 3/31/09 . When I was in 2400
2  the same thing ~ there was a cell search.
3  He searched me the same way as I
4  said before. He pushed his finger
5  inside my rectum. He told me to
6  look to the left, lift your tongue.
7  13. On 3/15/09 I was escorted to get my
8  teeth pulled and I was assaulted in
9  the laundry room again. I was assaulted
10  by inmates who were in general population
11  I'm not supposed to be there b/c I'm
12  in protective custody. They hit me in back
13  of the head & in the back. They told me
14  that if I didn't identify them I would
15  get new charges on me. But I couldn't b/c
16  I got attacked from the back. The officer.
17  said he said they had admitted they attacked
18  me. Why did I have to identify them.
19  I didn't see a doctor until 20 days
20  later.
21
22
23
24
25      I declare under penalty of perjury of the laws of the State of California and the United States
26  that the foregoing is true and correct.  Executed this 10th day of June, 2009 in Los Angeles, California
27
28      Printed Name X michael A. Serrato
                        Michael A. Serrato

#11
# Declaration of Lorie M.

# DECLARATION OF LORIE M.

I, LORIE M., declare and affirm and would so testify from first hand knowledge if called as a witness:

1.     I am a Registered Nurse and have lived in Los Angeles County most of my life. I am especially close to my younger brother, Wade, who was diagnosed with Bi-polar disorder in 2001. Prior to that time, our family did not recognize that he had a mental illness because of our own lack of education about the subject, and the fact that Wade self-medicated with alcohol.  By the time of his diagnosis he had a significant alcohol addiction problem.  He was prescribed psychiatric medications at La Puente Mental Health clinic, a County facility, but because of his addiction to alcohol he never took them properly.

2.     By 2007 Wade had lost his job, his home, he was struggling with volatile emotional swings and his daughter had been taken by child services, all because of his mental illness and alcohol problem.  Although he had been receiving mental health services through San Fernando Mental health clinic, another County clinic, he continued drinking, making his medications ineffective.  He eventually stopped the medications.  He survived on the street by recycling metal.  It was a terrible existence for him.  He ended up in County Jail in July 2007.  Since he had received mental health care and medications through two County facilities, the jail should have had access to his medical records to confirm his history of mental illness.  But they never tried. Wade knew that he needed to take his medication and asked the doctors for help, but they would not give him anything.  When he was released in August 2007, he was homeless, he had no medication and no way to get them.  No one from the jail offered him any help – they just turned him out on his own.

Declaration of Lorie M.           1

3.     Things went from bad to worse. After six months, my brother was in terrible shape. Finally, on March 5th, 2008, I had my brother admitted to Sherman Oaks Hospital because he was suicidal. He stated repeatedly that he was going to "step in front of a bus". He was emaciated, filthy, had pneumonia and was covered with boils. I stayed with him through the night, but had to return home in time to take my daughter to school. As an RN, I know that the criterion for a 5150 is: a) danger to others, b) danger to self, or c) gravely disabled. Wade clearly qualified on two of those 3 counts, but when I got home and called the hospital they had "dumped" Wade on the street with a referral to San Fernando Mental health clinic. My family was desperate to find him, since the last we had spoken with him, he intended to take his own life. Through dozens of phone calls and creative questioning in order to gain information despite HIPPA regulations, I was able to confirm that Wade had indeed attempted to get help at two clinics. First he was turned away from San Fernando Mental Health because they told him they did not help homeless people. Later he was turned away from Cornerstone, because they would not help him as long as he had alcohol on his breath. At that time, Wade could not go more than several hours without alcohol or he would begin to experience seizures, and other withdrawal symptoms.

4.     Later he told me that at this point he saw no way to get help, when a patrol car turned onto the street. Thinking he would at least receive the medical care he needed, he reach up a nearby pole and began stripping the wires. The police pulled over and arrested him.

5.     After he was arrested, Wade was housed in Twin Towers, presumably to monitor and medicate him though his alcohol withdrawal. But soon, they moved him to Men's Central Jail. As soon as we discovered that he had been arrested, my family began to fill out the necessary paperwork to make sure he would receive the medication he needed while in jail. We found some forms on the Sheriff's website

Declaration of Lorie M.                                    2

about how to request help for a loved one with mental illness, so we filled out the forms and sent them in. I submitted all of the paperwork documenting his history of care for his mental health issues in the community and throughout his time in other jails within the county. But nothing helped – he still didn't get any medication and he was still in Men's Central Jail. My mother, father, sister, and I all filled out forms requesting assistance for Wade and still nothing happened.

6.     Once I realized that the jail mental health staff was not giving Wade the medication he so desperately needed, I began calling the jail officials five or six times a week. I would spend hours on the phone trying to get people to look at my brother's extensive mental health history, or access his jail file. I assumed that if they just looked at his file, they would see the treatment he had received at other county mental health facilities and in jail facilities when he had been arrested in the past. But nothing helped. Just getting someone on the phone became a frustrating experience. No one at the jails even acknowledged receiving the paperwork my family and I submitted.

7.     I am a registered nurse and have also been diagnosed with Bipolar Disorder. I am painfully aware of the agony and the danger of this disease. Without proper medication, my brother is either very intense, unable to sleep, too loud, and tangential, or he is very depressed and suicidal. His medications allow him to function, although with difficulty, in times of stress. They help regulate the long stretches of depression and manic behavior. When he takes them, my brother's medications help keep him stable, loving, functional. He is a loving father and would do anything for his daughter, who is six years old now. But if he is homeless, if he does not have supports around him, Wade starts drinking, stops take his medication and falls apart. I felt that this time in the jail was an opportunity for him to adjust to the right medication routine and get back on his feet. Psychiatric medications take four to six

weeks to reach their full effect. As the weeks and weeks, then months passed without any mental health care, I began to fear we would loose the opportunity for Wade to be stabilized on medications that would allow him to make more responsible decisions about sobriety. Still, no one in the jail would pay attention to my brother's long mental health history or what he needed.

8. I tried to visit Wade as often as possible. The courts had given me custody of his little girl, and I brought her to visit him whenever I could. The arrangements for visiting were terrible. We live in Palmdale, so it's a long drive to get back and forth to the jail. Once we got there, we had to wait for hours in line. Often, it was a three hour wait but the first time, we had to wait for five hours to get in. Sometimes, I would bring Wade's daughter to visit so she could see him too. She was only five years old then, and the long waits were really hard on her. Yet after all that driving and waiting, we would only get to see Wade for 15 minutes. It was hard to keep his spirits up in these conditions. Each time I visited or spoke to my brother on the phone, I could see that his condition was becoming worse. He was very depressed. With bipolar disorder, the low points of depression can be very, very bad. The depression itself is exhausting. If you have to try to keep up a false front of strength... I cannot even imagine the mental and physical torture that would cause. Wade would cry uncontrollably during my visits. He wasn't able to sleep at night, a common symptom of Bipolar Disorder that makes living with the disorder even worse. I was afraid that my brother was going to snap – that he would do something to make his situation even worse if he didn't get his medication.

9. For much of the time that Wade was in Men's Central Jail, he was in a big dorm with over 100 inmates and detainees. He told me that the conditions were very violent and frightening. In one of his letters to me, he said that there had been three fights

Declaration of Lorie M.                    4

between inmates in just three days.  He said that his bunk was in the back of the dorm, right next to where the fights would take place, out of sight of the deputies.

10.     I kept filing papers with the Sheriff's Department to have someone go and talk to my brother.  Someone at the jail told me I needed to get a court order for Wade to be seen for medications, so then I started calling his public defender.   That didn't work out either, even though he already had court orders from two judges to take psychiatric medications. I also tried to arrange for clergy from my church to see Wade.  We are LDS and our clergy is unpaid, and for some reason, this caused the jail to refuse my request.  Finally, I heard about the work the ACLU does in the jails.  It wasn't until I contacted the ACLU that things began to move and Wade started getting some help.

11.     Three months after being incarcerated without the medicine he needs, my brother was finally seen by a psychiatrist, Dr. Gevorkian.  My brother later told me that when the doctor came to his housing unit in Men's Central Jail, the deputies ordered him to step forward.  When he did so, the doctor asked him, in front of all of the deputies and the other inmates, "What is your problem? Why are all these people calling the jail staff?"  Under those conditions, my brother felt unsafe talking about his mental disorder.   As he described it to me later, there was no privacy and everyone – deputies and other inmates – was watching and listening.  So Wade told the doctor that nothing was wrong.  The doctor eventually left – nothing changed and nothing was done.

12.     During the next month I began making calls to the jail everyday.  At the same time, Mary Tiedeman at the ACLU was advocating for my brother, trying to get another doctor to see him.  In May, Mary arranged for a psychiatrist working for the ACLU – Dr. Terry Kupers - to see Wade at the jail.  Dr. Kupers interviewed Wade privately without the deputies and other inmates around to listen in.  Mary told me

1   that Dr. Kupers agreed that Wade needed help.  She sent a message to Jail Mental

2   health, describing what Dr. Kupers recommended, and also sent a copy of the message

3   to me.  I have looked over what Dr. Kupers wrote about his interview with my

4   brother, which are attached to this declaration.  Dr. Kupers' recommendations for

5   Wade were exactly what I had been telling the jail officials all along.  Finally, four

6   months after he was admitted to the jail, and only after personal phone conversations

7   with the jail psychiatrist, my brother was seen by a doctor who took his situation

8   seriously.  The jail moved him out of Men's Central Jail and into mental health

9   housing in Twin Towers.

10

11  13.     Things were much better when my brother was in Twin Towers in mental

12  health housing. The mental health staff started giving him some of the medications he

13  needed.  Even visiting was better.  We had more time to see Wade on each visit.

14  Things started looking better.  But I was still worried about what would happen when

15  he was released.  This would be a critical time.  Wade would need support, housing,

16  and a supply of medication until he could connect with a county clinic.  Because of

17  my housing situation, Wade could not stay with me.  But if he was homeless when he

18  got out of jail, as had happened the year before when he was released from the jail, I

19  was afraid that he would fall apart again and the whole cycle would start again.

20

21  14.     By late August, I knew that it was close to the time that my brother was

22  supposed to be released.  I had been in contact with Mary Tiedeman at the ACLU,

23  who said that she was trying to get the jail to do some discharge planning for Wade.

24  Jail mental health staff told me that my brother would receive a special discharge plan

25  to ensure continuity of care.  But it never happened.  When the time came for my

26  brother to be released, he was dumped out of the back of the jail in the middle of the

27  night with little more than a bus ticket.  He had been getting medication for his bi-

28  polar disorder in jail, and it is very important to be consistent with these medications.

Declaration of Lorie M.                                 6

Dr Kupers had specifically recommended that he be started on medication for his bipolar disorder and that he get a supply of medication upon release. However, the jail did not follow any of Dr. Kupers' recommendations. They did not give him any medication when he was released. He just had to fend for himself.

15.     I couldn't believe that the jail would release him without any help at all. Not having medications is what landed my brother in jail in the first place. I called the jail to ask what had happened to the discharge services that he had been promised. Earlier, he had been denied discharge planning for mental health because it had been done while he was in General Population. It took weeks to have that corrected so he could get the follow up care he needed upon release. Now it appeared all that had been ignored. When I spoke to the jail social services woman who, not 12 hours before Wade's release, had assured me all possible arrangements had been made, she said his actual release happened so fast that she did not have time to put her plan in motion. Wade was released onto the streets with no more than a name to contact, and an incorrect phone number.

16.     Eventually, I was able to arrange for Wade to get into a "Full Service Partnership" program with county mental health. This program works very well for him. They provide him with housing and intensive services. Nine months later, Wade is doing well and I pray that he will continue to have the support he needs. He does not like to talk about what happened to him in the jail, but I can tell that it was very traumatic for him. It has taken a while for him even to begin to recover.

Declaration of Lorie M.                          7

17.     What happened to Wade during both of his jail stays doesn't make sense.  He is not a violent person, he was crying out for help. He needed  help with housing, an alcohol treatment program, regular access to medication and with getting on SSI.  He tried to get help but they turned him away.  Keeping someone like my brother in jail is expensive and it only makes him worse.

18.     I am submitting this declaration under a pseudonym to protect my family's privacy.


I declare under penalty of perjury under the Laws of California that the foregoing is true and correct to the best of my knowledge and belief.  Executed this 14th day of April, 2009 in Los Angeles County, California.

_____
Lorie M.

Declaration of Lorie M.                    8

# #12
# DECLARATION OF JESSE MEJIA

**Declaration of Jesse Mejia**

I, Jesse Mejia, hereby declare:

1.      I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.      When I was in twin towers I received all of my medication regularly. Once I was transferred to the mens central I stopped receiving my medication. I had to go for two weeks without my medication. I got very paranoid and being around a lot of other people in a dormitory made me feel really nervous. I asked for my medication and they told me that I had to wait for it despite the fact I told them that my mental health state was worsening .

3.      I could not sleep and I was not even hungry anymore. I just laid down in my cell and was in a deep state of depression because my medication was being denied.  Despite all of these issues I have not received all of my needed medications or even a visit to the psychiatrist.

4.      When my father passed away ten years ago I began to develop mental health issues. I  attempted to commit suicide and hear voices. The voices would tell me to hurt myself and  hurt other people. Every night I would get depressed and paranoid. The mens central jail has become a never ending night time for me.

5.      The California men's colony diagnosed  me with mental illness officially in 2007, three years later I still have not received the medication and I need my medication to do daily activities.

6.      I have filled out multiple complaint forms and still have not received a response. After I sent the ACLU a letter, the mental health personnel came and visited me and merely asked me questions. The man told me that he would get back to me with my request, but that was over two weeks ago and I still have not heard any response from him.

7.      Without my medication I lose my urge to do anything. I have no motivation to eat or work out or even talk to the people in the day room. Its so crowded I get paranoid. Not having medication makes it difficult for me to concentrate and follow the rules. This is especially dangerous in a jail setting because not following directions can endanger my life.

8.      Going outside to the roof is a rare event because it usually is offered  around 4 or

1   5am and none of us want to go  out into the cold, dark morning air without extra jackets or

2   blankets.

3          9.     The showers are always dirty and crowded and I get  paranoid because of the guys.

4   I have seen people get beat up while waiting for the shower because there is so much agitation

5   because of the long lines and people get violent.

6

7        I declare under penalty of perjury of the laws of the State of California and the United

8   States that the foregoing is true and correct.  Executed this 18th day of June, 2009 in Los

9   Angeles, California.

10                    _____/s/_____

11                    Jesse Mejia

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    **Declaration of** _Jesse Mejia_

2    I, _Jesse Mejia_____, hereby declare:

3    1.    I make this declaration based on my own personal knowledge and if called to

4    testify I could and would do so competently as follows:

5    2. all ~~both~~ When I was in twin towers, I received
6    of my required medication. regularly once
7    I was transfered to men's central I
8    Stopped receiving my medication. I
9    had to go two weeks without my medication
10   I got very paranoid and being around
11   a lot of people made me feel
12   nervous. I asked for my medication and
13   they told me that I had to wait
14   for it despite the fact my mental
15   health was worsening.
16   3. I could not sleep, I was not
17   even hungrey anymore. I just laid
18   down and was in a deep state
19   of depression. Despite all of these
20   issues I have not received all of
21   my needed medications or even a
22   visit to the psychiartrist.
23   4. When my dad passed away my
24   mental health issues started about
25   ten years ago. I attempted to
26   commit sucide and began to
27   hear voices. The voices would
28   tell me to hurt myself and

X J.M

1 hurt other people. During nightime
2 I would get depressed and paranoid.
3 The jail for me has become a
4 never ending night time. #
5      5. The california men's colony
6 diagnoised me with mental illness
7 Officially in 2007. 3 year yaters
8 I still have not received the medication
9 I need to do my daily activities.
10     6. I have filled out multiple
11 complaint forms and still have not
12 received a responsed After I sent the
13 ACLU a letter, the mental health
14 Personnel came and visited me ant
15 merely asked me questions. The
16 man told me that he would get
17 back to me with my request but
18 that was over two weeks ago
19 and I have not heard from
20 him since.
21     7. Without my medication I loose
22 the urge to do anything. I have
23 no motivation to eat or work
24 out or to even tair to the
25 people in the dayroom. Its so
26 crowded I get paranoid
27     8. Not having medication makes
28 it difficult for me to concentrate

✗ 2 J.M

Page 56

and follow the rules This is especially dangerous in a jail setting where not following directions could endanger my life

9. Going outside to the roof is a rare event because it usually is offered around 4 or 5am and none of us want to go out into the cold, dark morning air without extra jackets or blankets.

10. The showers are always dirty and crowded and I get paranoid because of the guys. I have seen people get beat up while waiting for the shower because there is so much agitation and people get violent.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed this ___ day of __June__, 2009 in __MCJ__

X _____

Page 57