# #13

# DECLARATION OF MONTI STONE

**Declaration of Monti Stone**

I, Monti Stone, hereby declare:

1.      I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.      My name is Monti Stone. I came to Men's Central on June 4, 2009.

3.      I was taking paxill and seroquel on the outside. I attended POC from parole. I have been taking these two medications for 10 years. I was diagnosed with bipolar disorder. I was hospitalized for a suicide attempt in 1997. The therapy was helpful. I had a better outlook towards everything.

4.      I saw the psych upon entry. The last time I saw the psych was June 9th or 10th. That was in Twin Towers. I saw the psychologist there, not the psychiatrist and was given paxill, but only half the dose I normally take. They then de-classed me and sent me to Men's Central. They asked me about my mental health history and the meds I took. They did not diagnose me. They did not prescribe me the Seroquel. The half dose of paxill helped very little. They said I didn't need the Seroquel. I have taken Seroquel at Men's Central before over 8 years ago, but they wont prescribe it to me now. They know I am taking it on the outside and they have talked to the POC before. I cant sleep. I am angry all the time. I fell like I am going to explode. I have put in a request to see the psych at Men's Central and when I bring it up with the deputies, they ignore me. If I had the Seroquel, I would feel normal and like any other person. It took me ten years to find this medication that works.

5.      I try to stay away from everybody because I am afraid that I am going to come out on someone and go off on them. We have five minutes for showers but the inmates they take to the shower at the end only get a short amount of time like 1 minute. I am getting me law library time. I am a pro-per. I have to use the small bar of soap I use in the shower to clean my body with to also clean my cell because they don't give us other cleaning materials like disinfectant. I am getting 3 hours a week of out of cell time.

6.      The deputies don't like me talking to the ACLU. If I file a complaint the deputies will know I did it and I am afraid they will hit me with their flashlights. I hear from other inmates

1   to not file complaints so the deputies wont retaliate on me.

2

3         I declare under penalty of perjury of the laws of the State of California and the United

4   States that the foregoing is true and correct.  Executed this 25th day of June, 2009 in Los

5   Angeles, California.

6                                       /s/

7                                 Monti Stone

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Declaration of **Monti Stone**

1

2   I, **Monti Stone** _____ hereby declare:

3   1.   I make this declaration based on my own personal knowledge and if called to testify I

4   could and would do so competently as follows:

5   2.   My name is Monti Stone. I came

6   to Men's Central on June 4, 2009.

7   3. I was taking paxcill and seraquel

8   on the outside. I attended POC

9   from parole. I have been taking

10  these two medications for 10 years.

11  I was hospitalited for a suicide

12  attempt in 1997. The therapy

13  was helpful. I had a better outlook

14  towards everything.

15  4. I saw the psych upon entry.

16  They asked me about my mental

17  health history and the meds

18  I took. I was diagnosed as bipolar

19  on the outside but they did not diagnose

20  me here. They did not prescribe

21  me any medications. I saw

22  the psychologist and he gave me

23  paxcill, but only half the dose I usually

24  take. It helped very little. They

25  said I didn't need the seroquel.

26  I have taken seroquel at

27  Men's Central before over 2

28  years ago, but they wont

prescribe it to me now. They
know I am taking it on the
outside and they have talked
to POC before. I cant sleep.
I am angry all the time.
I feel like I am going to
explode. The last time I saw
the psych was June 9th or 10th.
That was in Twin Towers. After
I saw the psychologist there and
was given paxill they then
de-classed me and sent me to
Men's central. I have put in
a request to see the psych and
when I bring it up with the
deputies, they ignore me. If
I had the seroquel, I would
feel normal and like any
other person. It took me ten
years to find this medication
that works.

8. I try to stay away from
everybody because I am afraid
that I am going to come out
on someone and go off on
them. We have five minutes
for showers but the inmates
they take to the shower at
the end only get a short

amount of time like 1 minute.
I am getting my law library
time. I am a pro-per. I have
to use the small bar of soap
I use in the shower to clean
my cell because they don't
give us disinfectant in my
cell. I am getting 3 hrs a
week of out of cell time.
6. The deputies dont like me
talking to the ACLU. If I file
a complaint the deputies will
know I did it and I am afraid
they will hit me with flashlight
I hear from other inmates
to not file complaints so the
deputies wont retaliate on
me.



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25   I declare under penalty of perjury of the laws of the State of California and the United States
25
26   that the foregoing is true and correct.  Executed this 10th day of June, 2009 in Los Angeles, California

27
28   Printed Name  X _____

#14

**DECLARATION OF GIANCARLO AVILES**

**DECLARATION OF GIANCARLO AVILES**

I, Giancarlo Aviles, state and declare as follows:

1.    The facts set forth in this declaration are from my personal knowledge. If called as a witness, I could and would competently testify to them.

2.    I am _31_ years old. In June 2007 I spent 10 days sleeping on the floor of the North County Correctional Facility ("NCCF").

3.    I arrived at NCCF late in the evening, after being transported from the Inmate Reception Center of Men's Central Jail. The deputies brought me and 3 other men to the 724 dorm. They told us there were no beds for us, so we would have to sleep on the floor.

4.    They gave us each a thin foam mat and a sheet and told us to lay them out under the stairs until a bed became available. The floor was cold and dirty, but we had no other choice.  The mat was so thin, that I could feel the cold of the cement floor through it. I got up each morning with back pain and soreness in my muscles. I was exhausted those days, because I couldn't get comfortable enough to sleep.

5.    I stayed on the floor for 10 days. I once asked a deputy if there was another dorm they could move me to, but he said the others were just as crowded. Every few days a bed would become available in the dorm and one of the four of us would get up to get it. I was the last to get a bed, but I just waited my turn.

6.    Now that I'm a trustee and have responsibilities all over the jail, I see that this happens a lot. Sometimes the deputies call it "overflow housing" and or they call people like us "floor-sleepers." I think this overcrowding is ridiculous. It makes the deputies work harder and it makes it harder on us.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.  Executed this 23rd day of June 2008 in Los Angeles, California.

Declaration of Giancarlo Aviles

# #15
# DECLARATION OF BRIAN BARNES

1                                   **DECLARATION OF BRIAN BARNES**

2    I, Brian Barnes, state and declare as follows:

3            1.      The facts set forth in this declaration are from my personal knowledge.  If

4    called as a witness, I could and would competently testify to them.

5            2.      I am  __45__  years old. During my 7 months in the Los Angeles County

6    Jails, I have suffered from nearly-constant Staph infections.

7            3.      I had my first Staph infection 6 weeks after I first entered the Jail. One

8    day when I got into the shower, I felt a burning and itching sensation in my right leg. I

9    didn't know what it was, so I started scratching it to relieve the pain. That opened it up

10   and pretty soon I had a big sore full of pus and redness all over my leg.

11           4.      I talked to the nurse at pill call and she gave me triple ointment, kind of

12   like Neosporin. I also put myself on the Doctor line – but it took over a month for me

13   to see a doctor. By the time I saw the doctor, the infection had cleared up on its own.

14           5.      At the time, it was very hard for me to keep myself clean to prevent the

15   infection from coming back. I was housed in 3100 and we would often go over a week

16   without a shower. Exhibit A to this declaration is a log I kept of the days in early 2008

17   when I went without a shower. N stands for no shower. S stands for shower. I marked

18   days when we were supposed to get a shower but didn't with the  -- symbol.

19           6.      They are supposed to give us showers every other day. But that means if

20   they skip your day for some reason, you go four days without a shower. If they skip it

21   again, it's been six days. It's very easy to go over a week with no shower in here. It's

22   especially hard to get showers for guys in the one-man cells because they have to take

23   us out one at a time. It seems like they just don't have enough deputies to get all these

24   inmates the showers we need to avoid Staph.

25           7.      Pretty soon, the infection came back. Since that first time, I have had

26   Staph 7 or 8 times. I've had it on both legs, on my right arm, on my left shoulder, and

27   on my upper thigh close to my private parts. Right now, I have it inside my ear, on my

28

1    chin, and all over my forehead and scalp.

2        8.      It itches all the time, kind of like a hundred mosquito bites on my body. I

3    have learned not to touch it, or it gets worse. But Staph is basically part of life in here

4    for me.

5        9.      I try my best to keep my cell clean. I wipe down the bars of my cell. If

6    they won't let me out to take a shower for a while, I take a "bird bath." That's when I

7    stand in front of my sink and splash water all over my body. I use the splashed water

8    to wash the floor of my cell too. But nothing seems to be working. I feel like I'm

9    stuck in an environment where it's impossible to keep clean.

10       10.     There was a time a few months back when it seemed like I was beating

11   the Staph. The deputies had really stepped up the showers, making sure we would get

12   them every other day. They also were changing our sheets ~~at least~~ *more than* once a week.

13       11.     But now, they've taken away our sheets and we only have blankets to

14   sleep with. They only change the blankets once a month. The infection has been

15   coming back. Over the last month, I also noticed that the laundry I've been getting

16   seems dirty – like they didn't wash it. Now I've got Staph again and *I* think it's because

17   of the dirty blankets and laundry.

18       12.     I've heard from other inmates that Staph can be very dangerous. If you

19   don't treat it early, you can lose an arm or a leg. If it spreads to your lymph nodes,

20   I've heard you can die. Every time I get a new sore, I'm afraid that it will spread and I

21   will lose a limb or die. That's been one of my biggest fears during my time in here.

22       13.     I'm especially afraid because of how long it takes to get an appointment

23   see a doctor. The infection is either gone or much worse by the time I actually get to

24   see someone. I use the triple ointment every day, but I'm not sure it's doing anything.

25   I once got a Court Order and was able to see the doctor – but I haven't been able to get

26   that every time. ~~But,~~ *I've only seen the doctor about 3 times and they* to be honest, part of me has given up on trying to see a doctor *just*

27   about my problems. *encourage*

*me to use*

*the triple*

*ointment*

1      I declare under penalty of perjury under the laws of the State of California that

2  the foregoing is true and correct to the best of my knowledge.  Executed this

3  _____day of June 2008 in Los Angeles, California.

4

5                                 _____

6                                 Brian Barnes

# EXHIBIT
# A



**Catholic Chaplains Office** ✝
**Los Angeles Men's Central Jail**

# 2008

## January 2008

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|-----|-----|-----|-----|-----|-----|-----|
|  |  | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 |  |  |

● 1 New Year's Day  ● 21 Martin Luther King, Jr. Day

## February 2008

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|-----|-----|-----|-----|-----|-----|-----|
|  |  |  |  |  | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 |  |

● 6 Ash Wednesday  ● 14 Valentine's Day  ● 18 Presidents' Day

## March 2008

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|-----|-----|-----|-----|-----|-----|-----|
|  |  |  |  |  |  | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | 31 |  |  |  |  |  |

● 9 Daylight Saving  ● 16 Palm Sunday  ● 21 Good Friday ● 23 Easter

## April 2008

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|-----|-----|-----|-----|-----|-----|-----|
|  |  | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 |  |  |  |

## May 2008

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|-----|-----|-----|-----|-----|-----|-----|
|  |  |  |  | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

● 11 Mother's Day  ● 26 Memorial Day

## June 2008

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|-----|-----|-----|-----|-----|-----|-----|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 |  |  |  |  |  |

● 14 Flag Day  ● 15 Father's Day ● 21 First Day of Summer

## July 2008

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|-----|-----|-----|-----|-----|-----|-----|
|  |  | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 |  |  |

● 4 Independence Day

## August 2008

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|-----|-----|-----|-----|-----|-----|-----|
|  |  |  |  |  | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 31 |  |  |  |  |  |  |

## September 2008

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|-----|-----|-----|-----|-----|-----|-----|
|  | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 |  |  |  |  |

● 1 Labor Day  ● 23 Autumn Begins

## October 2008

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|-----|-----|-----|-----|-----|-----|-----|
|  |  |  | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 |  |

● 13 Columbus Day  ● 31 Halloween

## November 2008

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|-----|-----|-----|-----|-----|-----|-----|
|  |  |  |  |  |  | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 |  |  |  |  |  |  |

● 1 All Saints Day  ● 2 Day of the Dead/Day Light Savings Time Ends
● 11 Veterans' Day  ● 27 Thanksgiving

## December 2008

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|-----|-----|-----|-----|-----|-----|-----|
|  | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 |  |  |  |

● 12 Our Lady of Guadalupe  ● 21 First Day of Winter
● 25 Christmas  ● 31 New Years Eve

# #16

# DECLARATION OF COURTLAND BYRD

# DECLARATION OF COURTLAND BYRD

I, Courtland Byrd, state and declare as follows:

1.     The facts set forth in this declaration are from my personal knowledge. If called as a witness, I could and would competently testify to them.

2.     I am a 33 year-old male. During my May 18, 2008 arrest, I was attacked by a police dog. The dog took two baseball-sized chunks of flesh out of my left leg below the knee. The bites went down to the bone and I have suffered nerve damage and motor damage as a result. I am now able to walk only with the aid of a walker.

3.     After the attack, I was immediately brought to the LCMC where my wound was treated and cleaned. When I was first able to sit up and look at my leg, I saw two gaping holes. On May 19, I was brought to the IRC on a gurney with my leg bandaged up. At the IRC, the doctor told me he didn't  think I needed a gurney. He took off my bandages and was shocked. He and the deputies didn't  know what to do. They asked if I had been to the hospital and commented that they could see all the way down to the bone. When I told them it was a dog bite, they started making fun of me. For the rest of the day, the deputies barked when they walked by me.

4.     After I was processed, they placed me in Tower 2 of the Twin Towers. At the Twin Towers I received good medical care. They changed my bandages twice per day and made sure my wound didn't  get infected. The doctors also put me on very strong antibiotics, to avoid infection.

5.     In June 2008, I was de-classed to Men's Central Jail ("MCJ  ") and sent to the 7000 wing. For the first two days in MCJ, they didn't  change my bandage at all. After two days, I pulled away the bandage and saw green mucus oozing from the wound. The holes in my leg were filled with a fluid that looked like a mixture of spaghetti sauce and green snot. The bandage was stuck to the discharge and it hurt when I pulled it away to peek at the wound. It was like I was ripping off a piece of

Declaration of Courtland Byrd

1

1   my skin – as if the bandage had grown into my leg.

2       6.   I showed my wound to the nurse at pill call and asked her to change my

3   bandage. I explained that at the Twin Towers, they had been changing my bandages

4   twice per day. She refused to change my bandage and told me I was fine. Even after

5   seeing the green discharge, she refused to change the bandage. I called my mom and

6   told her about the infection in my leg. She called the watch commander, who

7   ordered the nurse to change it. Since then I have been able to get my bandage

8   changed once a day. It isn't  as clean as it was when I was in Twin Towers, but the

9   green discharge has stopped and the wound has begun to heal.

10      7.   They de-class people out of the hospital wing every Tuesday. This past

11   Tuesday, they asked me to put aside my walker and walk across the room. "I can't

12   feel my leg and I can't walk," I to ld them. They told me to try. The best I could do *anyway* ok

13   was hop on my good leg across the room. Lucky for me, they didn't de-class me o r *I then had to persuade them to let me stay*

14   take away my walker. I would have no way of getting around, except to hop. Every *by showing*

15   Tuesday I'm afraid t hey are going to de-class me. *them*

16      8.   A few weeks ago I was having a problem with my bedding situation. *my injury*

17   Despite the condition of my leg, I had been placed on a top bunk. As a result of the

18   antibiotics, I also had been suffering from daily explosive diarrhea.  That meant that

19   many times a day I had to ask my cell-mate to quickly help me off my bed and help

20   me get over to the toilet so that I didn't s oil myself. I was unable to get up onto my

21   bunk or down from it without the help of my cell-mate, who was also disabled.

22      9.   I asked the other inmates what I should do to get a lower bunk since I

23   had already asked the deputies several times. The inmates suggested I contact the

24   ACLU. The ACLU lawyers are the only attorneys that anyone knows who deals

25   with issues in the jails. Their contact information is shared by word-of-mouth in

26   here. Fortunately for me, I didn' t even have to wait to call them. I was downstairs

27   one morning waiting to go to Court, and the ACLU monitors stopped by the

28

1  courtline holding cells. I was able to tell them about my situation right there. 3 days

2  ago, the deputies moved me to a lower bunk. If the ACLU hadn't come that  day, I

3  probably would have called them myself or I would have had my mom call them.

4  But I believe that if it weren't for them, I 'd stil l be on a top bunk and still be

5  unable to get into bed without help.

6      10.   Many inmates are afraid to talk to lawyers because they think the

7  deputies will retaliate against them. Having the ACLU come to our cells and to the

8  court-line makes us feel more comfortable about sharing our problems with an

9  attorney.

10     I declare under penalty of perjury under the laws of the State of California

11  that the foregoing is true and correct to the best of my knowledge.  Executed this

12  16 of July 2008 in Los Angeles, California.

13

14  _____

    Courtland Byrd

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# #17
# DECLARATION OF DOREAN GRACE

**DECLARATION OF DOREAN GRACE**

I, Dorean Grace, state and declare as follows:

1.     The facts set forth in this declaration are from my personal knowledge. If called as a witness, I could and would competently testify to them.

2.     I am 28 years old. I have been struggling with bipolar disorder and schizophrenia all my life. In 1994, when I was 14 years old, I was diagnosed as bipolar and schizophrenic and prescribed medication while in juvenile hall. In 1996, I was sentenced to a juvenile camp, where I continued to be treated for my bipolar disorder. In 1997, while still at the camp, I had a major bipolar episode and I tried to commit suicide. I was transferred to Harbor View, a juvenile mental hospital. I stayed there until I turned 18.

3.     When they released me from Harbor View, they gave me almost a year's supply of medication. I lived with my Grandma and continued to take my medication. The medication helped me, but it was not enough to completely treat my bipolar disorder or schizophrenia. I continued to experience highs and lows. During my highs I felt anxious, full of energy, and I was unable to eat or sleep. During my lows I felt depressed, suicidal, and I was more likely to do something that I would regret later.

4.     In 1999, I was arrested and brought to the Tower 1 of the Twin Towers, that's the mental health tower where we wear yellows and blues. They looked up my records and saw my mental health history and prescribed me medication. I stayed there for about 5 months before I was sentenced to Delano State Prison.

5.     When I arrived at prison, they brought me to the CCC medical dorm. They continued to treat me with medication during my time in prison. When I was released from prison in 2003 I was given 1-2 weeks worth of medications and a referral to see a doctor at the Parole Outpatient Clinic ("POC"). I was able to get to the POC before my medication ran out and the doctor refilled my prescription.

Declaration of Dorean Grace

1

1    6.    Later that year, I was arrested again and brought to the Twin Towers.

2 While at the Twin Towers I had a major episode. They sent me to Department 95,

3 the mental health court, where I was found not competent to stand trial. I was then

4 found Not Guilty by Reason of Insanity and sentenced to Patton State Mental

5 Hospital. I stayed there for a little over a year.

6    7.    From 2004-2006, when I was still being treated at the POC, I

7 experienced several bipolar episodes. One time I had an episode on the street.

8 Strangers could tell that I was tripping out. They called the police. The police

9 couldn't tell what was going on, but I was going into a deep deep depression right. I

10 tried to kill myself right there, in front of the police. To prevent me from killing

11 myself, the police tased me. Then they brought me to a hospital. After having

12 several episodes like this one, my doctor at the POC increased my prescription and

13 tried a few other medications on me. Once I was on the new dose of medication my

14 lows were less low and I had fewer episodes.

15    8.    In 2006, I completed my parole. This should have been a good thing,

16 but it also meant that I was no longer being treated at the POC. Since the end of my

17 parole, I have been unable to get a continuous supply of medication and as a result I

18 have had more serious episodes than ever before in my life.

19    9.    I have been to jail 6 or 7 times during the past two years. Each time my

20 case has been dismissed after a few weeks or months in jail. Every time, until my

21 most recent arrest, I have been housed in the Twin Towers on the mental health

22 side. While in jail, I have been treated with medication at the same doses I was

23 getting at the POC. But, when I am released from jail, they do not provide me with

24 any medication to take with me. Because they turn off Medical each time I'm in jail,

25 I leave jail with no access to medication and no health insurance. Even if I apply

26 immediately, it takes weeks or even months for my SSI to be reinstated after I leave

27 jail.

28    10.    Because of my lack of access to medication, the time I have spent out of

**Declaration of Dorean Grace**

2

1   jail has been almost as hard as being in jail. I have been living with my Grandma,
2   but when I am experiencing a low point in my bipolar disorder I can't communicate
3   with her very well. She asks me what is wrong, but I can't explain it to her. I love
4   her so much, but I can't bring myself to be around her when I am feeling low. I
5   usually just leave the house and spend time in the streets by myself. Several times
6   over the past two years I have had bipolar episodes and tried to kill myself. If I am
7   brought to a hospital, the hospital will treat me with medication and often they will
8   give me a one-month supply when I leave. That makes the next month better. But if
9   my SSI hasn't been reinstated by the end of the month, then usually I have another
10  episode. Some of the episodes end with me being arrested, others end with me in the
11  hospital getting treatment.

12      11.   If the jail was able to provide me with a small supply of medication,
13  enough to last until my SSI is reinstated, then I would be less likely to have
14  episodes. I believe I would also be less likely to wind up in jail again. Most of my
15  arrests have followed a low point in my bipolar disorder. When I am doing well in
16  my treatment, I am less likely to get arrested.

17      12.   On April 14, 2008 I was arrested and brought to the IRC. They
18  evaluated me, but this time they decided I did not need mental health treatment and
19  they sent me to the other side of the Twin Towers, where they don't keep mental
20  health inmates. I asked the psych whether he had seen my records and he said that
21  he had. I asked if he had seen that I had been treated at many different hospitals and
22  even mental hospitals. He said he had called the hospitals and they couldn't report
23  whether they had treated me. It seemed like he didn't believe that I have bipolar
24  disorder or schizophrenia. He refused to give me medication.

25      13.   Every day at pill call I ask the nurse if I can get medication. I have been
26  placed on the psych-line 5 times since I have been here. Each time I see a psych they
27  ask me the same questions about my mental health problems and then they tell me
28  there is nothing they can do. One psych told me that in order to receive medication I

Declaration of Dorean Grace
3

1  would either have to be completely out of my mind or continuing treatment. Since
2  my treatment in the community has been on and off since I finished parole, I am not
3  eligible for medication as a continuation of treatment.

4      14.    My untreated bipolar disorder has made being in jail even harder. I am
5  very worried that I am going to hurt myself or another person. I am lucky to have
6  cell-mates who understand my situation. When I am having an episode, they will
7  hold me down and tell me to stay calm. They keep me from getting in trouble or
8  placed in discipline for my behavior. I have been in a rough place for the past few
9  months being in jail without medication. I am experiencing more frequent lows and I
10 feel suicidal a lot of the time. I am not sure why the deputies and doctors have
11 chosen to stop giving me the medication I need. It's like they think my whole past
12 was a lie – or like they want to punish me for having bipolar disorder.

13     I declare under penalty of perjury under the laws of the State of California
14 that the foregoing is true and correct to the best of my knowledge.  Executed this
15 28 of July 2008 in Los Angeles, California.

16
17
18 Dorean Grace
19
20
21
22
23
24
25
26
27
28

#18

**DECLARATION OF RICHARD GONZALEZ**

**Declaration of Richard Gonzalez**

I, Richard Gonzalez, hereby declare:

1.      I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.      I am a person with disability and I have received SSI for approximately 12 years. I have been an inmate in the Los Angeles County Jail approximately six times over the past two years, all for bench warrants for minor driving offenses.  Every time I go to jail I have serious problems obtaining my medications for the various medical issues that I have.  I also endure generally horrible conditions.

3.      The last time I was in jail in April 2008, I told the Watch Commander in the Inmate Reception Center ("IRC") about my medications and I told him that they were in my property.  I also told him that I had spoken with the ACLU and that the ACLU told me to have the Chief of Correctional Services ensure that I receive my medications.  Additionally, I had a letter from the judge in the Torrance Court which stated that I was supposed to receive my medications.  Even with all of that, I did not receive any of them.  The medications I take are to address Fibromyalgia, arthritis and asthma.

4.      When I do not get my medications, I cannot walk.  I lose movement in my hands and my feet and I am in severe pain.  I am unable to function without my medications and I have difficulty sleeping.  The condition I am in after a jail stay is so bad that it takes nearly two weeks for my medications to kick in and get me back to where I can function.  Suddenly stopping my medications also makes me go through withdrawal.  Also, it is so cold in jail, and that makes my condition even worse.

5.      While in the jail, I have observed other inmates suffering from some of the same symptoms that I suffer from because they do not receive medications.  For example, while in jail in the processing area, I have witnessed men have seizures and just fall onto the ground.  The deputies come in and pull these poor men as if they were cattle.  This whole situation is made more difficult for me because I have a disability and I have to endure longer processing to get a bed.   Also, the only food the jail gives me is a peanut butter and jelly sandwich, which gives me

1  diarrhea and makes me feel even worse.

2       6.     After I process through the IRC medical area, I still do not ever get my

3  medication. It also takes several days for me to receive any personal hygiene supplies. As a

4  result, I typically spend about one week brushing my teeth or washing up. This makes me feel

5  exhausted, dirty and frustrated.

6       7.     During an incarceration in December of 2007, I was sent to Wayside for

7  approximately one week. The conditions I witnessed at Wayside were also very poor and

8  overcrowded, including the lack of proper medical care. Wayside is very difficult for me. For

9  example, it is so cold out in the desert and we had to go outside for count at 6am. The cold

10  temperatures makes me hurt even more. The entire situation was horrible.

11       8.     In addition to all the physical pain I deal with in jail, the deputies are also very

12  disrespectful and rude. For example, they always say derogatory statements about my mom. My

13  mom passed away 20 years ago, so it makes me upset when someone says something rude about

14  my mom. I do not understand why the deputies have to act like that.

15       9.     I have such a difficult time during my jail stays that I have had to plead "no

16  contest" to a charge of which I am innocent of because I could not bear the thought of dealing

17  with the pain and suffering I endure in the county jail. I was very scared at the thought of going

18  without my medications, because to do so leaves me in such a bad state.

19       10.    The jail system is really overcrowded and has a lot of serious problems. It is so

20  crowded and every time I go in there something awful happens. For example, the last time I was

21  in jail in April 2008, I was waiting in the medical area of the IRC to be seen by the doctor. While

22  I was there, I saw a group of inmates beat another inmate so badly that he was bleeding all over

23  his face and his eyes were puffy. The inmate they beat up was a person who had not been to jail

24  very much and did not really understand what was going on. He was also in on a warrant, just

25  like I was. One inmate who beat him up was facing 50 years in prison and he just snapped when

26  the victim said that he was only going to be in jail for a couple of days. The staff did nothing

27  except to move the guy who was beaten to another pod. I do not understand why convicted and

28  hardened criminals from the State Prison are combined with individuals like myself who are in

1  on minor warrants or misdemeanors.  It is not right to have someone who is charged with murder

2  in the same cell as someone who is in jail for a jaywalking ticket.

3       I declare under penalty of perjury of the laws of the State of California and the United

4  States that the foregoing is true and correct.  Executed this 15th day of May, 2008 in Los

5  Angeles, California.

6  

Richard Gonzalez

7  

8  

9  

10  

11  

12  

13  

14  

15  

16  

17  

18  

19  

20  

21  

22  

23  

24  

25  

26  

27  

28

#19

**DECLARATION OF MILA HARPER**

**Declaration of Mila Harper**

I, Mila Harper, hereby declare:

1.       I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.       My name is Mila Harper and I am a 24 year old inmate in the 2500 module of CRDF women's jail. I was arrested on July 1st and taken to the receiving area after I was booked. I was placed in a small cell with about 50 inmates. I guess the Sheriff's Department was backed up or something because it was packed. We all had to sleep on the floor because there were no beds in the cell. When I slept on the floor the first two nights in the reception area I did not have sheets or blankets. The floor was covered with bits of food and milk and dirt. The lights were on the entire time, making it hard to sleep.

We were fed a cold breakfast, a cold lunch, and a cold lunch instead of the regular hot dinner. The·deputies did not offer me a shower for the four days I was in receiving and reception. I am very concerned about the diseases and stuff that live in the cells, especially with staph going around. We were locked down all day and the phones were off. My life was like this for four days. As you can see, the conditions in the jail are miserable. I pled guilty in my case so I wouldn't have to spend 30 extra days in this jail. It seems like they make you plead guilty.


I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct.  Executed this 22th day of July, 2008 in Los Angeles, California.

_____/s/_____

Mila Harper

1   **DECLARATION OF** Mila Harper

2   I, Mila Harper _____, state and declare as follows:

3      1.    The facts set forth in this declaration are from my personal knowledge. If

4   called as a witness, I could and would competently testify to them.

5      2.    _____ My name is Mila Harper and

6   I am a 24 year old inmate in the

7   2500 Module of CRDF women's jail.

8   I was arrested on July 1st and taken

9   to the receiving area ~~placed into MTH~~ MTH

10  ~~MTH a placed~~ after ~~they~~ I was booked.

11  I was placed in a small cell with about 50

12  inmates. I guess the Sheriffs Department

13  was backed up or something because

14  it was packed. We all had to sleep

15  on the floor because there was no

16  beds in the cell. When I slept on

17  the floor the first two nights in the

18  reception area I did not have

19  sheets or blankets. The floor was

20  covered with bits of food and milk and

21  dirt. The ~~MTH~~ lights were on the

22  entire time making it hard to sleep.

23      We were fed a cold breakfast,

24  a cold lunch, and a cold lunch instead

25  of the regular hot dinner. The deputies

26  did not offer me a shower for the

27  four days I was in receiving and reception.

28  I am very concerned about the diseases

and stuff that like in the cells, especially
with staph going around. We were
locked down all day and the phones
were off. My life was like this for
four days.

As you can see, the conditions
in the jail are miserable. I plead
guilty on my case so I wouldn't
have to spend 30 extra days in this
jail. It seems like they make
you plead guilty.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24        I declare under penalty of perjury under the laws of the State of California that

25  the foregoing is true and correct to the best of my knowledge.  Executed this 22

26  day of July 2008 in Los Angeles, California.

27

28

#20
**DECLARATION OF TINA HARPER**

1   DECLARATION OF _Tina Harper_

2   I, _Tina Harper_____, state and declare as follows:

3       1.    The facts set forth in this declaration are from my personal knowledge. If

4   called as a witness, I could and would competently testify to them.

5       2.    I arrived to CRDF on the afternoon of

6   July 9, 2008. I was kept in a holding cell with 50 or

7   60 other women many of whom were sitting on

8   the floor. I was not given any food until roughly

9   11 PM that night; I waited almost 10 hours

10   before I ate anything. At 1 AM I was finally

11   seen by the medical staff and went to sleep

12   in the medical unit. One hour later, at 2 AM,

13   I was awoken to go to Court the next day.

14   Before I was sent to holding, I tried to get

15   more sleep on the floor of the medical dorm.

16   I've never been so tired in my life. At 3:30 AM,

17   I was finally transferred to a holding cell where

18   they kept us until 6 AM. I returned from court

19   at 2 PM that day, and even though I am

20   perfectly healthy, was sent back to the medical

21   dorm. I was in the medical dorm for a week

22   and a half. That entire time I did not receive

23   a shower. The medical dorm is like a dungeon;

24   it's cold and uncomfortable, and without a

25   shower, I felt like a second-class citizen.

26   It is nearly impossible to participate in my own

27   defense under these conditions.

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24    I declare under penalty of perjury under the laws of the State of California that
25 the foregoing is true and correct to the best of my knowledge.  Executed this ___22___
26 day of __July__ 2008 in Los Angeles, California.
27
28

#21
# DECLARATION OF LLOYD HAWKINS

**Declaration of Lloyd Hawkins**

I, Lloyd Hawkins, hereby declare:

1.      I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.      I am a 53 year-old man currently at Men's Central Jail.  I was arrested downtown on Skid Row because the police ran my name when they were arresting a guy standing next to me.

3.      This is the second time I have been to jail in the last few months.  Last time I was released in December 2007 was late at night.  I was released without identification or medications.  I had to walk downtown and just wait until LAMP opened 5 or 6 hours later.  I didn't get my diabetes medications for 2 or 3 days because e I had to go on my own to a clinic to get them.  Going without those medications made me feel really sick.

4.      I am really worried that same experience is going to happen to me again this time.  I do not have anywhere to live because I had been in a place that I tried to rent by the week but that room is now gone and I am homeless.   I get general relief and need help applying for SSI.  The last time I had a job was a while ago, at least 7 or 8 years.  I have a very hard time concentrating and have problems with my emotions.

5.      Jail is really hard for me.  It is cold in here and they give me the wrong medications.  These medications make my body feel very weird.  They also have me on a top bunk and I can't get up there.

6.      I used to get medications at Downtown Mental Health and in prison and here in county jail for mental illness.  I know at one time I used to get 700mg of Seroquel.  I also have taken Zyprexa, Lithium, Cogentin and a long time a go I took Thorozine.

7.      I just really hope this will help me and other people who get released at the wee-hours of the morning with no place to go.  That is just really awful to get released when you don't have medications with no place to go when everything is closed.

8.      No one in the jail has asked me anything about where I am going when I get released or what would help me get back on my feet.

1

2          I declare under penalty of perjury of the laws of the State of California and the United

3   States that the foregoing is true and correct.  Executed this 14th day of February, 2008 in Los

4   Angeles, California.

5                                                    _____/s/_____

6                                                    Lloyd Hawkins

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Declaration of Lloyd Hawkins**

1

2    I, Lloyd Hawkins, hereby declare:

3        1.    I make this declaration based on my own personal knowledge and if called to

4    testify I could and would do so competently as follows:

5        2.    I am a 53 year-old man currently at

6    Men's Central Jail. I was arrested downtown on

7    Skid Row because the police ran my name when they

8    were arresting a guy standing next to me.

9        3. This is the second time I have been to

10   jail in the last few months. Last time I was

11   released in December 2007 late at night. I was

12   released without identification or medications.

13   I had to walk downtown and just wait until LAMP

14   opened 5 or 6 hours later. I didn't get my

15   diabetes medications for 2 or 3 days because

16   I had to go on my own to a clinic to get them.

17   Going without those medications made me

18   feel really sick.

19       4. I am really worried that same experience

20   is going to happen to me again this time.

21   I do not have anywhere to live because I had

22   been in a place that I tried to rent last

23   week but that room is now gone and I am

24   homeless. I get general relief and need help

25   applying for SSI. The last time I had a job

26   was awhile ago, at least 7 or 8 years. I have

27   a very hard time concentrating and have

28   problems with my emotions.

5. Jail is really hard for me. It is cold in here and they give me the wrong medications. These medications make my body feel very weird. They also have me on a top bunk & I cant get up there.

6. I used to get medications at Downtown Mental Health and in prison and here in the county jail for mental illness. I know at one time I used to get 700 mg of Seroquel. I also have taken Zyprexa, Lithium, Cogentin and a long time ago I took Thorozine.

7. I just really hope this will help me and other people who get released at the wee-hours of the morning with no place to go. That is just really awful to get released when you don't have medications with no place to go when everything is closed.

8. No one in the jail has asked me anything about where I am going when I get released or what would help me get back on my feet.



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24      I declare under penalty of perjury of the laws of the State of California and the United

25   States that the foregoing is true and correct.  Executed this 14th day of February, 2008 in Los

26   Angeles, California.

27                                                          Lloyd Hawkins

28

# #22
# DECLARATION OF LAZARO ROBAINA HERNANDEZ

## Declaration of Lazaro Robaina Hernandez

I, Lazaro Robaina Hernandez, hereby declare:

1.    I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.    I was born in Cuba and came to permanently live in the United States in 1980. I am 56 years old.

3.    I am a detainee in Twin Towers which is one of the jails of the Los Angeles County for being arrested for not wearing clothes in public. I have been in and out of Los Angeles County Jail for the past several years and I would say that I go to jail at least once a year.

4.    I have heard voices since I was a kid and I have taken medication to stop hearing the voices since I was 15 years old. I started receiving disability benefits around 1982 that helped me pay for an apartment where I lived alone and was able to get medication regularly during all of those years. I lost my housing about five years ago when I was arrested and I lost my disability benefits shortly after that. Since then, I have been homeless and have not taken any medication that can help me to stop hearing the voices because I don't know where I can go to get medication.

5.    About three years ago I was hospitalized for about 6 months because I tried to cut my wrists with a knife. During that time I felt badly and I felt that I was in another world without being able to cope with the situation I am in where I don't have anyone who can help me. That time was more difficult for me although it is still difficult. Once I felt better the hospital threw me out to the street without telling me how I could find help.

6.    I currently stay on the streets in the City of Pomona. I used to try and stay in Los Angeles in a park by the area Skid Row, but it was really hard for me to live there because I didn't know how to get food to eat so I went back to Pomona. When I live in Pomona it's a little easier for me to live because there are

1   people who live in the area who know me sometimes help me out by giving me

2   one or two dollars when I see them to pay for food to eat. When I am in Pomona I

3   sleep on the streets wherever I can because I don't know of any place or

4   organization that can help me.

5        7.    I have a drug abuse problem. I am addicted to rock or "crack" and I

6   do want someone to help me. I have never been part of a program that can work

7   with me to end my addiction. I was in prison in the past and I still on parole. I do

8   not rob nor do I hurt anyone and I need help to end my addiction. I do not want to

9   continue living the way I am right now but I cannot better my situation without

10   help.

11        8.    Since I have been in jail, I have not been asked by anyone if I am

12   homeless and whether I will have somewhere to go when I get released. I spend a

13   lot of time sleeping and doing nothing. I have no place to go to when I get out of

14   jail and would like to work with someone here on how to live better when I get out

15   of jail. I lost my identification card, Medi-Cal card, and other important documents

16   and I don't know how to get them again when they let me out of jail. I don't know

17   how to read or write very well in any language and I don't speak very much

18   English so it's hard for me to figure out on my own what I can do to get my

19   documents again. I don't know who can help me or where to go to get them.

20        9.    Right now I am taking medication in the jail to help me stop hearing

21   the voices and they help me feel much better. I would like to take a medication to

22   feel much better too when I get out of jail. Here in the jail I have a doctor who I

23   talk with and who asks me about my problems. I want this kind of help when I get

24   out of jail. I have been living in misery for many years. I don't have any money to

25   buy clothing or food or medication and I need help. I don't like going to jail. No

26   one in the jail helps me figure out what I can do to feel and live better.

27   ///

28   ///

///

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct.  Executed this 10th day of January, 2008 in Los Angeles, California.

Lazaro Robaina Hernandez

## Declaración de Lazaro Robaina Hernandez

Yo, Lazaro Robaina Hernandez, declaro lo siguiente:

1.   Yo hago esta declaración basada en mi propio conocimiento y si soy llamado para testificar yo podría y lo haría competentemente a lo siguiente:

2.   Yo nací en Cuba y vine a vivir en los Estados Unidos en 1980. Yo tengo 56 años de edad.

3.   Yo soy un encarcelado en Twin Towers que es una de las cárceles del Condado de Los Angeles por ser arrestado por no traer ropa puesta en público. Yo he estado dentro y fuera de la cárcel del condado de Los Angeles por varios años y yo diría que yo voy a la cárcel por lo menos una vez al año.

4.   Yo he oído voces desde que era niño y he tomado medicamento para parar de oír las voces desde que tenía 15 años de edad. Yo empezé a recibir beneficios de incapacidad en el año 1982 que me ayudaba a pagar un apartamento donde yo vivía solo y podía obtener  medicación regularmente durante todos esos años. Yo perdí mi vivienda hace como cinco años cuando me arrestaron y yo perdí mis beneficios de incapacidad pronto después de eso. Desde entonces, yo he estado sin vivienda y no he tomado ningún medicamento que me puede ayudar a parar de oír las voces porque no se a donde puedo ir para conseguir el medicamento.

5.   Hace tres años me hospitalizaron por como 6 meses porque trate de cortarme mis muñecas con un cuchillo. Durante ese tiempo yo me sentía muy mal y sentía que yo estaba en otro mundo sin poder con la situación en la que estoy donde no tengo a nadie que me ayude. Ese tiempo fue más difícil para mi aunque sigue siendo difícil. Ya que me sentí mejor el hospital me echo para la calle sin decirme como podía buscar ayuda.

6.   Yo ahorita me quedo en las calles de la ciudad de Pomona. Yo antes trataba de quedarme en Los Angeles en un parque por el área "Skid Row" pero era difícil que yo viviera allí porque yo no sabia como conseguir comida para comer

1   entonces me regresé a Pomona. Cuando yo vivo en Pomona es un poco más fácil

2   de vivir para mi porque hay personas que viven en el área quienes me conocen y

3   que a veces me ayudan al darme uno o dos dolares cuando los veo para que yo

4   pueda comer. Cuando estoy en Pomona yo duermo en las calles en donde puedo

5   porque yo no se de ningún lugar u organización que puede ayudarme.

6        7.    Yo tengo un problema de abuso de drogas. Yo soy adicto a la piedra o

7   "crack" y yo quiero que alguien me ayude. Yo nunca he sido parte de un programa

8   que pueda trabajar conmigo para acabar con la adicción. Estuve en la prisión en el

9   pasado por tener drogas conmigo y todavía estoy en libertad condicional. Yo no

10   robo ni le causo daño a nadie y yo se que necesito ayuda para acabar con mi

11   adicción.  Yo no quiero seguir viviendo como lo estoy haciendo ahorita pero yo no

12   puedo mejorar mi situación solo sin ayuda.

13        8.    Desde que he estado en la cárcel, a mi no me han preguntado si tengo

14   vivienda y si tendré a donde ir cuando me dejen salir de la cárcel. Yo paso mucho

15   tiempo durmiendo y haciendo nada. Yo no tengo un lugar a donde ir cuando salga

16   de la cárcel y me gustaría trabajar con alguién aquí en como vivir mejor cuando

17   salga de la cárcel. Yo no tengo a donde ir cuando me dejen salir de la cárcel. Yo

18   perdí mi tarjeta de identificación, tarjeta de Medi-Cal, y otros documentos

19   importantes y yo no se como obtenerlos de nuevo cuando me dejen salir de la

20   cárcel. Yo no se como leer ni escribir muy bien en cualquier  lenguaje y yo no

21   hablo muy bien el inglés entonces es difícil para mi saber que es lo que puedo

22   hacer para conseguir mis documentos otra vez. Yo no se quien me puede ayudar o

23   a donde puedo ir parar conseguirlos.

24        9.    Ahorita estoy tomando medicamento en la cárcel para parar de oír las

25   voces y me hace sentir mucho más mejor. Me gustaría tomar un medicamento para

26   sentirme mucho más mejor. Aquí en la cárcel tengo una doctora con quien hablo y _también cuando salga de la cárcel._

27   me pregunta sobre mis problemas. Yo quiero esta clase de ayuda cuando salga de

28   la cárcel. Yo necesito ayuda. Yo he estado viviendo en miseria por muchos años.

1  Yo no tengo dinero para comprar ropa o comida o medicamento y yo necesito

2  ayuda. A mi no me gusta ir a la cárcel. Nadie en la cárcel me ayuda a saber que

3  puedo hacer para sentirme y vivir mejor.

4

5      Yo declaro bajo la pena de perjurio de las leyes del Estado de California y

6  los Estados Unidos que lo previo es cierto y correcto. Ejecutado este 11° de enero,

7  2008 en Los Angeles, California.

8                                              *LAZARO Robaina Hdz*

                                               Lazaro Robaina Hernandez

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Declaration of Teresa VirgenTorres

I, Teresa VirgenTorres, hereby declare:

1.      I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.      I am fluent in Spanish and English, and am competent at translation.

3.      I translated into English the declaration of Lazaro Robaina Hernandez on January 11, 2008.  The translation is a true and complete representation of Lazaro Robaina Hernandez's statement.


I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct.  Executed this 11th day of January, 2008 in Los Angeles, California.

Teresa VirgenTorres