# #23

# DECLARATION OF KAYWON LAVAIE

1        **Declaration of Kaywon Lavaie**

2        I, Kaywon Lavaie, state and declare as follows:

3        1.      The facts set forth in this declaration are from my personal

4    knowledge.  If called as a witness, I could and would competently testify to them.

5        2.      I am a 40-year-old male at Men's Central Jail.  I was arrested on

6    4/8/08 for driving on a suspended license.  My release date is 11/8/08.

7        3.      I am writing this declaration because I feel like the L.A. County Jail is

8    being inhumane.

9        4.      I suffer from clinical depression, and I must take medication

10   (Welbutrin) to control it.  Although I never told anyone I was suicidal, I was put in

11   a suicidal tank on the 7th floor at Twin Towers.

12       5.      While at Twin Towers, I was refused a shower, toilet paper, soap, and

13   a blanket.  The cell was extremely disgusting, with human feces and/or urine in the

14   cell.  I was naked without a blanket in a freezing cold room.  I had to keep myself

15   warm by huddling up against a urine-soaked mattress.  The one hot meal I was

16   entitled to was by no means hot; as a matter of fact, it was sitting outside my cell

17   for an hour with flies around it before I can eat it.  Breakfast and lunch were just

18   thrown on the floor of my cell through a small door opening.

19       6.      I was transferred to the 5000 floor, where several staff helped me get

20   my medication from the SMART program.

21       7.      On July 5th, I was involved in an altercation with another inmate who

22   tried to steal my depression medicine which resulted in a 30-day disciplinary

23   action in Dorm 2700 C-8.  As soon as I arrived there, I noticed severe,

24   overwhelming depression in myself.  I felt like killing myself at that time.

25       8.      I believe my depression and extreme anxiety with small spaces

26   (claustrophobia) stems from my abusive childhood neglect.  When I was 4-7 years

27   old, my mother locked me in the closet for months.  It is because of this that I

28   became extremely depressed when put in isolation (2700 C8).  I often sat on the

1  floor in a fetal position and cried every day.  I prayed to God to get me out of

2  there.  I am getting goosebumps now just thinking about having to go back to such

3  a horrible place that reminds me so much of the abuse I felt as a child.

4      9.      Whenever nurses or staff walked by, I would scream and ask for help.

5  But they ignored me.

6      10.     In mid-May, I began receiving Wellbutrin for my depression.  The

7  Wellbutrin works well to alleviate my symptoms.  For example, I can be crying

8  and taking the Wellbutrin will stop the fears almost immediately (with [sic] 15

9  minutes).  I only receive two (2) doses:  150 mg at 8 a.m. and 150 mg at 8 p.m.  I

10  think I need one more dose because I feel depressed towards 4 p.m. because of the

11  increased pressure I am feeling in confinement.

12      11.     I need to see a psychiatrist who can understand my fears and medical

13  needs because I feel extremely depressed, overwhelmed, angry, and abused at the

14  jail.  My claustrophobia triggers severe depression and hopelessness.

15      I declare under penalty of perjury of the laws of the State of California that

16  the foregoing is true and correct to the best of my knowledge.  Executed this 28th

17  day of July, 2008 in Los Angeles, California.

18                                        _____/s/_____

19                                        Kaywon Lavaie

20

21

22

23

24

25

26

27

28

1    **DECLARATION OF** _Kaywon Lavaie_

2    I, _Kaywon Lavaie_, state and declare as follows:

3        1.    The facts set forth in this declaration are from my personal knowledge.  If

4    called as a witness, I could and would competently testify to them.

5        2.    I am a 40-year-old male at Men's Central

6    Jail. I was arrested on 4/8/08 for driving

7    on a suspended license. My release date is 11/8/08.

9    3. I am writing this declaration because I

10   feel like the L.A. County Jail is being inhumane.

12   4. I suffer from clinical depression, and I must take

13   medication (Wellbutrin) to control it. Although I

14   never told anyone I was suicidal, I was put in

15   a suicidal tank ~~xxx~~ on the 7th Floor at Twin

16   Towers. ~~xxxxxxxxxx~~

18   5. While ~~at~~ Twin Towers, I was refused a shower,

19   toilet paper, soap, and a blanket. The cell was extremely

20   disgusting, with human feces and/or urine in the

21   cell. I was naked without a blanket in a freezing

22   cold room. I had to keep myself warm by huddling

23   up against a urine-soaked mattress. The one hot

24   meal I was entitled to was by no means hot;

25   as a matter of fact, it was sitting outside my cell

26   for an hour with flies around it before I can eat

27   it. Breakfast and lunch were just thrown on the

28   floor of my cell through a small door opening.

1  6. I was transferred to the 5000 floor, where several
2  staff helped me get my medication from the SMART
3  Program.

4

5  7. On July 5th, I was involved in an altercation
6  with another inmate (who tried to steal my depression
7  medicine) which resulted in a 30-day disciplinary action
8  in form 270 C-8. As soon as I arrived there, I
9  noticed severe, overwhelming depression in myself.
10  I felt like killing myself at that time.

11

12  8. I believe my depression and extreme anxiety with
13  small spaces (claustrophobia) stems from my abusive
14  childhood neglect. When I was 4-7 years old, my
15  mother locked me in the closet for months. It
16  is because of this that I became extremely
17  depressed when put in isolation (270 C8). I often
18  sat on the floor in a fetal position and cried every
19  day. I prayed to God to get me out of there.
20  I am getting goose bumps now just thinking about having
21  to go back to such a horrible place that reminds
22  me so much of the abuse I felt as a child.

23

24  9. Whenever nurses or staff walked by, I would
25  scream and ask for help. But they ignored
26  me.

27

28  10. In mid-May, I began receiving Wellbutrin for

1  my depression. The Wellbutrin works well to alleviate
2  my symptoms. For example, I can be crying and
3  taking the Wellbutrin will stop the ~~tears~~ tears almost
4  immediately (with 15 minutes). I only receive
5  two (2) doses : 150 mg at 8am and 150 mg at 8pm.
6  I think I need one more dose because I ~~~~
7  feel depressed towards 4pm because of the
8  increased pressure I am feeling in confinement.

10  11. I need to see a psychiatrist who can understand
11  my fears ~~~~ and medical needs because
12  I feel ~~~~ extremely depressed, overwhelmed,
13  angry, and abused at the jail. My claustrophobia
14  triggers severe depression and hopelessness.

24      I declare under penalty of perjury under the laws of the State of California that
25  the foregoing is true and correct to the best of my knowledge.  Executed this 28TH
26  day of July 2008 in Los Angeles, California.

27
28

Page 101

# #24
# DECLARATION OF BARRY MOSLEY

## DECLARATION OF BARRY MOSLEY

I, Barry Mosley, state and declare as follows:

1. The facts set forth in this declaration are from my personal knowledge. If called as a witness, I could and would competently testify to them.

2. I am 48 years old and I have been detained at Men's Central Jail for eight years awaiting trial. I am classified as a K-10. I am currently housed on row 3100B in cell 10.

3. Since coming to jail I have developed depression, high blood pressure, insomnia and my migraines have intensified. I believe this is because I am stuck in a small, dark cell for 22 hours a day on most days. I only go outside the jail walls for a few hours once every three weeks, sometimes less.

4. I feel like I am being punished before my trial has even begun. I think most of the deputies treat me like I am already guilty and less than human. I have no control over what they do to me and no way of changing or improving the situation. This puts me in a state of constant fear and helplessness.

## CRAMPED CELL

1. My cell is small and cramped and I have very limited movement. There is no window and the lights are always dim. This makes it very hard to keep my mood up. I would like to move to the Twin Towers because I heard that they have windows in some of the cells there where I could look outside and see something. Right now I just look everyday at the wall in front of me.

2. The only furniture in my cell is a stool and a bunk, but since the cell is so small, I have to squeeze by the stool to get to the toilet and stand on top of the stool to get to my bunk.

3. I feel so claustrophobic in my cell that I usually stand up against the bars to feel like I'm in a wider space and breathe more easily. Sometimes I stand at the bars for hours and hours without sitting down.

4. On June 19th I stood up against the bars until my knees ached and I had to

Declaration of Barry Mosley

1

1   lie down.  That day, I woke up at 5:00 A.M. to go to court and got back to my cell

2   around 6:30 P.M.  Even after a long day, I stood up against the bars until 11:00 P.M.

3   that night.  It was all I could do to not feel suffocated.

4       5.    I eat all my meals in my cell either sitting on my bed or on a stool.  I

5   haven't sat down at a table to eat in eight years.

6   **POOR SANITATION**

7       6.    It smells on my floor and I see roaches running around.  The floors are

8   supposed to be mopped when things get sticky.  But the officers don't care.

9   Sometimes they don't use soap when they mop the floor, they just push the dirty water

10  around.  I have seen inmates spill milk on the floor just so that someone will come and

11  mop up the area because it has gotten so bad.  I can almost always predict when the

12  ACLU is coming because the floors always get mopped that day.

13      7.    Around June 2, 2008, the officers took away the sheets from everyone on

14  my row and replaced them with two blankets.  The officers did not explain why they

15  were taking our sheets away.  They told us that we would only get a change of

16  blankets once a month.

17      8.    This is a real sanitation problem because my only choice is to wash my

18  blankets in my cell.  The sinks in my cell are only about a foot across and it's really

19  hard to clean a blanket in that tiny sink.  Also, inmates are not supposed to have

20  clotheslines, so the only way to dry the blankets is to hang them on the rusty bars of

21  the cell.  Rust gets all over the blankets.

22      9.    I also don't like to put things on the cell bars because a deputy can walk

23  by and take it.  Once, a deputy just reach in a grabbed a cup I had sitting on the bars.  I

24  would have been without a cup for almost a week if I hadn't been on a liquid diet at

25  the time.  I would have had to buy a new cup from the store and I can only do that

26  once every two weeks.

27      10.    Sometimes, I put up a clothesline using a t-shirt or plastic bags or any

28  strip of material I can find, but if I get caught, I'll get written up for it.  The last time I

Declaration of Barry Mosley

2

1  put up a clothesline, a deputy came by and threatened to write me up if I didn't take it
2  down.

3     11.     I wash my clothes in the sink and I know it takes a whole day for those to
4  dry, so it will probably take them at least 2 days for the blankets to dry. I don't know how I will
5  keep my blankets clean and still have something to sleep in.

6                                **CONSTANT NOISE**

7     12.     It is so noisy in my cell that I can't concentrate or sleep. There is 24-
8  hour madness on my tier. People are always up and making noise all night and all
9  day. I try to read to block out the noise but I have to keep reading the same sentence
10  over and over again because I can't concentrate.

11     13.     Some people on my row sleep all day and stay up all night. Others are
12  like me and do their best to sleep at night and stay up during the day. So it is a mad-
13  house constantly. If my neighbor is up when I am trying to sleep and he is banging
14  around in his cell, singing, anything like that—I can't do anything about it but ask him
15  to be quiet, politely. Sometimes this situation can rise to a verbal altercation. It's
16  really stressful because you can't talk face-to-face and work it out.

17     14.     There are 3 shift changes a day, every eight hours beginning at 6:00 A.M.
18  At 10:00 P.M. the deputies do a cell count to make sure the right person is in the right
19  cell and everyone has to wake up. The deputies often scream or bang their flashlights
20  on the cell bars when it's unnecessary.

21     15.     Sometimes when I am asleep, the deputies bang their flashlights on the
22  bars for pill call. I jump every time I hear it. I can never get used to it, even after
23  eight years. I am constantly nervous and on edge. I always have the feeling that
24  someone is watching me when I'm awake and when I'm asleep. My mind is always
25  on and I cannot ever turn it off. It's like sleeping with one eye open.

26                              **INFREQUENT SHOWERS**

27     16.     Showers on my row start at about 6:30 A.M. for cells 3 through 14. Cells
28  15 through 26 get showers in the evening. When it is time for me to shower, a deputy

Declaration of Barry Mosley

3

1  comes to my door and cuffs me up.  I am only allowed to wear boxer shorts and

2  shower shoes.   I can take my towel, a small bar of soap, shaving cream and a razor.

3      17.    The officers store our razors and hand them back out when we get in the

4  shower.  Sometimes the officers give me a razor that I know is not mine.  I know this

5  because I keep my razor clean and I mark it by bending it a little.  Recently, an officer

6  gave me a razor that had longer, straight hair in it and my hair is short and curly.  Also, the

7  razor was not marked.  I asked for another razor but the officer insisted it was my

8  razor.  So I had to wait until new supplies came in to get another razor.  Supplies come

9  every two weeks, I can see the boxes coming in to our floor and have seen the boxes

10  unpacked many times.  I waited three or four days before I got a new razor and I had

11  to just let my facial hair grow out in the mean time.

12      18.    I am supposed to get a shower every other day for 15 minutes, but this

13  does not always happen.  The officers control when we get showers and everything is

14  done for their convenience, not ours.  Nobody gets a shower on days that we have

15  court.  We also don't get showers if the deputies decide to search our cells during

16  shower time.

17      19.    We miss showers all the time.  At the end of June, 2008, I did not shower

18  for five days.  I showered on June 16th, and I was supposed to shower again June 18th.

19  Since I had court on June 18th, I missed my shower for another two days.  Then on my

20  fourth day without a shower, the deputies decided to do a cell search at 6:30 A.M, so I

21  didn't get a shower that day either.  The fifth day without a shower was a scheduled

22  no-shower day for me.  So even though I had missed my last few showers, I had to

23  wait until it was convenient for the deputies to take my next shower.

24                    **BARRIERS TO COMMUNICATION**

25      20.    I get very tired of being treated like I am already guilty.  I want to cry but

26  I can't.  It has been six months since I have seen my 11-year-old and 13-year-old sons

27  and my 13-year-old daughter.  I wish I could see my family more often but my mother

28  is 82 years old and I don't want to make her wait six to ten hours in the visitors' line

1  to see me. So whenever I talk to my family, it's hardly ever face-to-face. I also have
2  to stop calling my family as much because it is too expensive for them to afford. I
3  used to call twice a week but it costs over $3.00 just to connect and then 8 cents a
4  minute after that. Sometimes the phone cuts off because of a technical problem at the
5  jail and I have to reconnect and pay $3.00 again. My mom is on a fixed income and
6  my niece is a single mother, so they just can't afford to talk to me very often.

7      21.   The only other life-line I have to my family and the outside world is the
8  mail, but it usually takes at least a month, usually a month and a half, for mail to reach
9  my family or for their mail to get to me. The officers go through our mail and _Burn_
10 sometimes things like pictures are missing from the letters when they get to ~~my~~ me.
11 ~~family~~. These are the kinds of things that really tear me up inside.

12     22.   During my 15 minutes of shower time I sometimes make a phone call
13 with a phone that is located on the shower wall. I have to put a strip of cloth from a t-
14 shirt around the shower head so that the water doesn't spray out and get me wet while
15 I am holding the phone receiver to my ear. The other inmates and I have to make a
16 new "splash guard" every time our cells get searched because the deputies take them
17 away.

18     23.   I literally have to stand in the shower and choose whether I am going to
19 wash or make a phone call. Often, the deputy will cut off my shower time if he sees
20 that I'm on the phone because he is in a hurry to get through everyone and doesn't
21 care if I get my whole 15 minutes. So I try to wash as much as I can in 5 minutes.
22 Then I try to use the rest of the time to talk on the phone and hope that the deputy
23 won't cut me off.

24     24.   Sometimes the phone in the shower is not turned on. If I ask the deputies
25 to turn it on, sometimes they will, and sometimes they tell me to "shut-up."

26     25.   Two years ago I made friends with another detainee who was placed in
27 the cell next to me. We talked to pass the time and it was a comfort to have a friend.
28 It was hard to communicate because we can't see each other and it's like talking to a

Declaration of Barry Mosley

1   wall and the sound just sort of rolls around.  Recently, he was put in "the Hole" for a

2   discipline charge.  I don't know if I will ever talk to him again.

3                                    **DEFICIENT PROGRAMMING**

4         26.    I only see the outside world once every three weeks for two to three

5   hours when the officers take me to the roof.  The deputies don't do a good job keeping

6   us on a normal schedule.  They usually take us to our programs late or not at all.  This

7   makes it hard for me to keep track of the time and makes me feel disoriented.

8         27.    My roof days are supposed to be every Sundays from 6:00 A.M. to 9:00

9   A.M., but I only go about once a month.  The officers only take five or six people each

10  Sunday and there are 23 people in my tier, so it takes three or four weeks to get

11  everyone up there.

12        28.    When I do get to go outside, I stand in a cramped cage on the roof.  I

13  walk around in circles just to get a little exercise.  I walk 4 ½ steps going one way and

14  3 steps the other way inside the cage.  The only exercise equipment is a pull-up bar

15  and a dip bar.  There is a phone on the side of the cage wall that I can use if the

16  deputies turn the phone on.

17        29.    There is a fence that separates me from the General Population inmates.

18  I can see them running around, playing basketball, handball and jogging.  It feels like

19  punishment to see them moving around so freely.  All I can really do is talk to another

20  inmate in the next cage, make a phone call or walk in circles.

21        30.    I get pretty depressed when I come back from the roof because I know I

22  won't see birds, or planes or the sky for at least three more weeks.  It feels like I am

23  being given something only to have it taken away again.

24                                    **SCHEDULE CONFLICTS**

25        31.    With programming, I often do not get to do what I am supposed to and I

26  have to make choices between activities like contacting my family, going to the law

27  library and going to the roof.  It feels like everything is a catch-22 and I lose no matter

28  what I pick.

**Declaration of Barry Mosley**
6

1   32.    Even though I can't go outside very often, my scheduled time in the law

2   library conflicts with the time I am scheduled to go outside.  I am *Pro Per* and I need

3   to spend time preparing to represent myself, so I often have to choose between going

4   to the law library and going outside.  What happens is that the roof time is scheduled

5   to overlap with library time on some days, so I literally have to choose between

6   sunlight and representing myself because the deputies will not help me so I can do

7   both.

8   **DEPUTY MISCONDUCT**

9   33.    I feel totally helpless and I don't think it matters if I complain anymore

10  because it seems like the officers already have it in for me.  I just try to take it as it

11  comes but it is nearly impossible to withstand the officers treating me like I am dirty

12  and calling me a criminal.

13  34.    For example, when I go to court, the officers shackle my feet even

14  though I don't have that type of security classification.  I have been classified as K-10

15  since I first got to jail, but I don't have any additional security classifications, and

16  inmates who are just K-10 are not supposed to have their feet shackled.  This makes

17  me look like I am being held for a more serious charge than I actually am when I'm in

18  a court room and in front of the judge. Once, I asked an officer why he was shackling

19  my feet and told him I wasn't supposed to have the shackles.  He told me to shut-up

20  and said, "Well, from now on you *will* have the shackles."

21  35.    Once I asked a senior if I could change my K-10 status and he put in

22  some kind of complaint.  I never got an answer and this was 1 ½ years ago

23  36.    Also, there is an officer on my tier where I am currently housed who is

24  involved in my pro per case.  Even though I have made complaints about him, he is

25  still on my tier.  He controls whether and when I go outside or to the law library or the

26  shower.  Every time he takes me somewhere, he stalls or brings me late and I lose

27  time.  I don't feel safe with him around.

28

**Declaration of Barry Mosley**

7

Since I am pro per I can take my legal materials with me to the day room when the officers search my cell. Other times I am allowed to stand with my back to the wall in my cell or sit on the floor.

## UNLAWFUL CELL SEARCHES

37.    When the officers do a cell search, they take half of the inmates on my row out of our cells at a time and put us in the day room.  They cuff us and make us sit on the floor there with officers to watch us.  Then they go back to the row and search our cells while we are stuck in the day room.

38.    During cell searches officers have thrown away all my property, everything in my cell, even though none of it was contraband.  They took away all my books, including my Bible, reading glasses, food I had bought from the store, personal hygiene items and legal material.  I had to get another Bible from the chaplain, buy another pair of glasses and re-purchase the hygiene kit.

39.    I filed a complaint after one of these incidents.  After about three months one of the seniors came to me and said, "We know you, so we will work with you," because I had been at the jail for so long.  About three or four months later, I got a check for $100 from the Comptroller's office but this was less than half the worth of all the stuff that got thrown out.  I know that my stuff was worth more because I had receipts from some of the things I had bought from the Jail store totaling about $100, but that did not include at least 6 or 7 books and some legal materials.  Now I tell my family to keep all the receipts for the books they buy me.

40.    A few years later, the deputies did it again.  They threw away more of my property in a cell search.  They deputies threw away books, legal materials and a pair of seeing glasses that cost me $260.  I wrote some letters about it, and someone from the comptroller's office did an in-house complaint for me.  But nothing ever happened.

41.    Over the 8 years I have been here I have had about 50 of my books thrown out by officers.  Many of these books were given to me by my lawyer and my family; all of the books were historical, fictional or religious materials.

## POOR MEDICAL TREATMENT

42.    Before I came here, I had no history of mental illness.  I now feel

1  depressed on a daily basis.  I used to be a social person, but now I get very sad and I
2  don't want to talk to anyone.  I know I am feeling sad and unsocial when I just want to
3  sit and read my Bible all day and I don't want to talk to anyone.

4      43.    I didn't have much trouble sleeping before I came to jail.  Now, I can't
5  sleep at night and when I finally do get to sleep I wake up with a start every time I
6  hear the gate open on my tier for the officers to come in.  I get about four or five hours
7  of sleep on a good night.  Most of the time I can only sleep for about 3 hours.  I still
8  have not been able to get used to the noise and the constant fear, even after 8 years.

9      44.    Besides depression and lack of sleep, I have had other health issues since
10 I have been in here.  My blood pressure has risen and I get frequent migraines.

11     45.    I used to get my blood pressure checked once a week when nurses came
12 to my cell.  Then I had a physical and the doctor put me on medication for it.  But the
13 medicine made me urinate at night and I was already having so much trouble sleeping.
14 So I stopped taking it at night.  I have now been waiting on the doctor's line for 2
15 weeks to fix the problem.

16     46.    I had migraines before I got here, but they have gotten worse and the
17 medicine they give me doesn't work.  I usually just suffer through the pain.

18     47.    About four years ago, I was given medication by a mental health
19 supervisor but I didn't know what the pills were or what they were for because the
20 doctor didn't explain what I was taking or what the side effects were.  It may have
21 been for sleep or because I was feeling so down.  The pills kept changing and I was
22 confused about what to take.  No one would explain the medicine to me, so finally I
23 just told them to stop giving the pills to me.

24 x
25 x
26 x
27 x
28 x

Declaration of Barry Mosley

9

1        48.    Two or three years ago I got a permanent prescription for Benadryl that I

2    can take twice a week to fall asleep.  The rest of the days I just stay up until I exhaust

3    myself.  Sometimes I end up sleeping for a whole day to catch up.  I didn't used to

4    sleep at all during the day.  I feel like I have no energy and I am never rested.

5

6        I declare under penalty of perjury under the laws of the State of California that

7    the foregoing is true and correct to the best of my knowledge.  Executed this ~~sixteenth~~ fifteenth

8    day of ~~June~~ July 2008 in Los Angeles, California.

9

10       X _Barry W. Mosley_

11       Barry Mosley

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Declaration of Barry Mosley

10

#25
# DECLARATION OF DEVILLE SIMMONS

# DECLARATION OF DEVILLE SIMMONS

I, Deville Simmons, state and declare as follows:

1.     The facts set forth in this declaration are from my personal knowledge. If called as a witness, I could and would competently testify to them.

2.     I am 31 years old. Since my arrest in November 2006, I have been bounced back and forth several times between the Twin Towers Correctional Facility ("Twin Towers") and Men's Central Jail ("Men's Central").

3.     Before my arrest, I was seeing a private psychiatrist in the community named Dr. Perrault, who prescribed me Paxil and Ambien for depression. When I first came to the IRC in November 2006, I told the deputies about my depression and asked to see a psychiatrist so that I could continue my medications. They wouldn't give me any meds, but they sent me to the Twin Towers on the mental health side.

4.     I stayed in the Twin Towers for 3 months, until February 2007. I was first housed on the 2nd floor, and I was later sent up to the 6th floor, section 162. During that time, they didn't give me any medications and didn't contact Dr. Perrault, even though I told them about my depression. They gave me ibuprofen, but that was all. In February 2007, I was de-classed to the Men's Central Jail. They said since I wasn't on medication, I didn't need to be in the Twin Towers anymore.

5.     When I arrived at Men's Central, I told the deputies that I needed my meds. A deputy responded, "Yeah, I need my meds too," and then joked to another deputy, "everybody's on meds." It felt like they didn't believe what I was telling them. I asked to speak to a sergeant and told him, "Even if 90% of the people who say they need meds are faking it, 10% of us really do need meds. Please give me my meds." He offered to put me on psych-line, but admitted that it might take several weeks for me to see a doctor. I also told him that I was going suicidal because I wasn't getting my meds. I stayed in Men's Central only one night because after our conversation the sergeant wrote up a report and I was sent back to the IRC [Inmate

Declaration of Deville Simmons

1

1    Reception Center] the next day. I stayed in the IRC for several hours and then they

2    sent me up to the 7th floor of the Twin Towers.

3        6.      I spent about two days in the Twin Towers that time, before they de-

4    classed me again. During that time, I talked to a psych at the Twin Towers. I gave

5    her my doctor's name and asked her to contact him. She tried 411 and he wasn't

6    listed because he had recently moved offices. She came back to me and said, "Why

7    you got to lie to me? If he was a real doctor, he'd be on 411." She immediately de-

8    classed me back to Men's Central.

9        7.      When I was de-classed, I was brought to a holding tank in the IRC. I

10    told the deputies I was suicidal and needed medication. They brought a psych to the

11    IRC to see me. The psych called my Grandma and asked her questions about my

12    mental problems and about Dr. Perrault. The psych told my Grandma he would give

13    me 7 days of Paxil, but that she needed to send all the paperwork from Dr. Perrault

14    to the jail that week.

15        8.      Then they sent me back to the 7th floor of the Twin Towers, section

16    172. I was there about 3-4 days this time. There I saw Dr. Curry. He got all the

17    paperwork from my Grandma and gave me a 1-month prescription of Paxil.

18        9.      He sent me to section 162 in the Twin Towers. I preferred to be in

19    section 162, rather than 172, because there is more programming and more freedom

20    on that floor. In 172 I was on 24-hour suicide watch. I was locked down in my cell

21    most of the day and I had to wear a suicide gown. Once I was on the proper meds,

22    Dr. Curry didn't think I needed to be in 172 anymore. In 162 they provided us with

23    a drug-treatment program. A lady came and gave classes and showed movies about

24    drugs. I attended this program. I also liked being able to watch TV in the pod and

25    get outside my cell a little more.

26        10.      In July 2007, I was doing so well on Paxil that I was made a trustee

27    because of my good behavior. But on August 14, 2007 I accidentally took my

28    roommate's bag to work, when I went to do my trustee jobs. The bag was searched

1  and they found "pruno" in it. That's an alcohol drink that inmates make. After I told
2  my roommate what happened, he went to the deputies to tell them that it was his.
3  Deputy Gonzales told him "Look, here's how it works: if you were driving Mr.
4  Simmons' car and there were drugs in the car and we pulled you over, who would
5  go to jail? You would. It was his own fault for taking your bag."

6      11.   One week later, on August 20, 2007, I was de-classed back to Men's
7  Central and taken off my meds. I felt like they were taking me off my meds as a
8  punishment for something they knew I didn't even do. It had nothing to do with
9  whether or not I still needed them to treat my depression.

10     12.   By August 2007, I had been in the jail almost 9 months and I had been
11 in over 11 different housing assignments –  including bouncing between Men's
12 Central and the Twin Towers several times. Every time I got de-classed, I had to
13 gather all my things and take them downstairs to the holding tank. There, the deputy
14 would go through my things and take out all the books and magazines that my
15 family had sent and keep them. I would never get these personal possessions back.
16 Then the deputy would often throw the rest of my things on the floor and tell me to
17 gather them up. After the search, I would leave the holding tank in the Twin Towers
18 and be walked to another holding tank in the Men's Central, where I would sit for
19 many hours. Then they'd throw me a blanket and an indigent kit and move me into
20 my cell at Men's Central. The process would take almost a whole day every time.
21 This was an exhausting day and the whole time I was uncertain about where I was
22 being brought to and what would happen to me there. Most of all, I was concerned
23 that my mental problems wouldn't be recognized by the staff in my new location.

24     13.   Every time this happened, I felt like they were telling me they didn't
25 believe me about my mental problems. One time, the deputy who was searching my
26 things even told me, "This is going to keep happening. You're going to keep getting
27 sent back to Men's Central if you keep trying to go to Twin Towers." Another time,
28 when I complained to the deputy who was bringing me into Men's Central about

1   being suicidal, he said "You want to kill yourself, we'll get you a razor," and gave

2   me an indigent kit with a razor in it. It felt like he wanted me to kill myself.

3          14.    Once I was back in Men's Central in August 2007, it took almost more

4   2 months for me to get back on my meds. During that time, I felt very depressed. I

5   couldn't sit still at all and was always moving around. I also started to feel a little

6   paranoid. It's hard in here; they've got a lot of new people coming in and out.

7   Because I didn't know who was who, I felt nervous and paranoid. I kept thinking the

8   new people and the deputies were trying to hurt me. I also had trouble sleeping

9   because I was so nervous. I had experienced these feelings before, every time I was

10  taken off Paxil and also before I was diagnosed by Dr. Perrault – but it was worse

11  because I think my body had gotten used to the medication.

12         15.    Finally, I was put back on Paxil in late 2007, around November, and

13  I'm now feeling better. But it took me almost a year from the time I was arrested to

14  get a stable supply of the medication I need and that time was very hard for me.

15         I declare under penalty of perjury under the laws of the State of California

16  that the foregoing is true and correct to the best of my knowledge.  Executed this

17  16 of July 2008 in Los Angeles, California.

18

19                                          _Deville Simmons_

20                                          Deville Simmons

21

22

23

24

25

26

27

28

#26
## DECLARATION OF ROBERT TAYLOR

**Declaration of Robert Taylor**

I, Robert Taylor, state and declare as follows:

1.    The facts set forth in this declaration are from my personal knowledge.  If called as a witness, I could and would competently testify to them.

2.    I am housed in Tower 2, 261-F Pod, cell 12.  I have been here for 4 months.  I share a cell with one other person.

3.    Everyday [sic], I take a shower and I am allowed about 3 minutes.  Sometimes I get the shower head to myself, sometimes I share with another person.  We have to get in and out pretty fast.  In June, an inmate used my towel by accident because our towels just hang on a rail all together.  People mix up their towels all the time, they mix up their underclothes too.  I think this is a real problem when you have staph going around.

4.    The guy who used my towel takes medicine for a staph infection everyday.  He's been on the medicine since December.  Every now and then he gets a bump and it will blow up.

5.    The next day after using my towel, he told me that we had switched towels and made a joke about it.  Within 3 days I noticed a bump on my neck.  It was itchy and overnight it got swollen and blew up.

6.    I pushed the button for emergency and I went down to the clinic.  I was worried, I really don't want to bring it back to my family.  I saw a nurse at the clinic.  She got me medicine for staph from a doctor over the phone.  I was on that medicine for 10 days when it ran out and the bump swelled back up again.

7.    I had to get back on the doctor line to go back.  When I saw a doctor, she put me back on antibiotics and she took my blood.  I still have not seen the results of that test, even though I have asked.  That was about 2 weeks ago.

8.    I saw a doctor again 2 days ago because I wanted to get the results of my blood test and have a doctor look at the staph infection on my neck.  The doctor just look[ed] at the infection, [and] said everything was normal and didn't

give me any treatment.  When I told him I had put a complaint in to find out about the infection, he just told me to leave.  He didn't know that I had any history with this.  No one seems to talk to each other.

9.    When I found out about this I got really concerned about taking it back to my family and I was worried about my health.  Since the doctors don't really tell me what's going on, it just makes it worse.

10.    I am pretty sure that I have a right to know about my health and they don't answer my complaint forms, so I can't find out.  Sometimes the doctors act like police officer.  If you say anything wrong, they just escort you out.

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct to the best of my knowledge.  Executed this 1st day of August, 2008 in Los Angeles, California.

_____/s/_____
Robert Taylor

**DECLARATION OF** Robert Taylor

I, Robert Taylor, state and declare as follows:

1. The facts set forth in this declaration are from my personal knowledge. If called as a witness, I could and would competently testify to them.

2. I am housed in Tower 2, 261-F POD, cell 12. I have been here for 4 months. I share a cell with one other person.

Everyday I take a shower and I am allowed about 3 minutes. Sometimes I get the shower head to myself, sometimes I share with another person. We have to get in and out pretty fast. In June, an inmate used my towel by accident because our towels just hang on a rail all together. People mix up their towels all the time, they mix up their underclothes too. I think this is a real problem when you have staph going around.

The guy who used my towel takes medicine for a staph infection everyday, he's been on the medicine since December. Every now and then he gets a bump and it will blow up.

The next day after using my towel, he told me that we had switched towels and made a joke about it. Within 3 days I noticed a bump on my neck. It was itchy and overnight it got swollen and blew up.

I pushed the button for emergency and I went down to the clinic. I was worried, I really don't want to bring it back to my family. I saw a nurse at

the clinic. She got me medicine for staph from a doctor over the phone. I was on that medicine for 10 days when it ran out and the bump swelled back up again.

I had to get back on the doctor line to go back. When I saw a doctor, she put me back on antibiotics and she took my blood. I still have not seen the results of that test, even though I have asked. That was about 2 weeks ago.

I saw a doctor again 2 days ago because I wanted to get the results of my blood test and have a doctor look at the staph infection on my neck. The doctor just look at the infection, said everything was normal and didn't give me any treatment. When I told him I had put a complaint in to find out about the infection, he just told me to leave. He didn't know that I had any history with this. No one seems to talk to each other.

When I found out about this I got really concerned about taking it back to my family and I was worried about my health. Since the doctors don't really tell me what's going on, it just makes it worse.

1   I am pretty sure that I have a right to know
2   about my health and they don't answer my
3   complaint forms, so I can't find out. Sometimes
4   the doctors act like police officers. If you say anything
5   wrong, they just escort you out.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.  Executed this 1st day of August 2008 in Los Angeles, California.

X _Robert Taylor_

# #27
# DECLARATION OF STANLEY THARPES

# DECLARATION OF STANLEY THARPES

I, Stanley Tharpes, state and declare as follows:

     1.    The facts set forth in this declaration are from my personal knowledge. If called as a witness, I could and would competently testify to them.

     2.    I am currently housed in the Men's Central Jail in Los Angeles County in 5800. I am classified as general population.

     3.    While I was housed at the Twin Towers two years ago, I got a staph infection internally through a wound from a surgery. After my release, I ended up on the street where I collapsed and almost died. I had to get emergency, life-altering surgery.

     4.    Around April 1st, 2006, I was arrested for missing an appointment with my probation officer and brought to the "glass house," a police station in downtown Los Angeles. Two days after I was arrested, I had really bad stomach cramps. I got sent from the glass house to the USC hospital. The doctors there found two holes in my stomach had to cut out part of it.

     5.    Eight days after the surgery I went from the USC hospital to the Twin Towers IRC. I waited there for about 36 hours in a holding cell with over 20 people. I was still healing from the surgery and I had nothing but a strip of gauze wrapped around my wound. There was no bed, no toilet, and no shower in the cell, just a bench. I had to ask permission and go outside the cell to use the bathroom, but the door to the cell was not locked. We were all supposed to wait in the cell until our names were called. People's names were being called all through the night and day.

     6.    Finally, I was sent to the Twin Towers hospital where I stayed in a room with 4 other people for about 2 months. We had our own beds, tub and a shower. A nurse came every day to change my dressings. She told me I could not use the shower or tub until I was almost healed, so she gave me rags to wash myself with. I washed myself like this for a month and a half until one day the nurse came in to change my dressings and she looked at my wound and told me it was okay to shower or take a

1  bath.

2      7.     The shower was moldy and there was old soap sitting in there.  The

3  stainless steel tub was right next to the toilet that I shared with three other people.  My

4  bed faced the toilet area, so I see how the work crew cleaned everything.  I don't

5  remember how many times they cleaned the area while I was there, but it wasn't very

6  much.  The county supervisor would come with the work crew when they cleaned, but

7  he wouldn't even step inside the cell.  The work crew cleaned everything with the

8  same sponge—the toilet, the tub and the shower.  They would just sprinkle a little bit

9  of something that looked like Ajax around and wipe the dirty sponge everywhere.

10  They didn't do very much in the shower, because the old soap sat in the shower the

11  entire time I was living in that cell.  I used the shower and the tub for 2 or 3 weeks.

12      8.     Around that time, I started to get a cluster or cyst over my surgery

13  wound.  I showed it to the nurses and the doctor and they said it was just a scab and

14  not to worry about it.  A week or so before I was supposed to leave, the opening in my

15  surgery wound was turning different colors.  I have pictures from before and after and

16  you can tell that something is very wrong with me.  I complained but the nurses and

17  deputies kept saying, "Don't worry about it."

18      9.     After I was released in June, I went back to the Twin Towers IRC.  An

19  ambulance came and got me at IRC and took me back to the USC hospital and

20  dropped me off there.   They didn't explain anything, they just put me out in the

21  emergency room waiting area.  I sat there for a while until I got tired of sitting there.  I

22  think I was there for over an hour.  Then I thought to myself, "Hey, what am I doing

23  here?  I've been released," so I left.  No one told me why I was at a hospital.  They

24  just told me that I was getting released there.

25      10.    I didn't have anywhere to go, so I went to the Wiengart Center the next

26  day.  They have a floor for recuperative care for homeless people.  I was able to stay

27  there for two months.  They had nurses there to change the dressings on my wounds

28  and take my vitals every day.  It is clean there and I could take showers.  After two

1   months I had to leave and I stayed at one of the missions, either Union Mission or

2   Midnight Mission.  I was trying to get housing, first through Weingart and then

3   through V.O.A.

4         11.   On August 7, 2006, it just hit me like a ton of bricks.  I had horrible pain

5   in my chest and abdomen and all over my body.  It just tore the strength out of me, the

6   pain was excruciating.  I passed out and an ambulance came to get me from the street.

7   They brought me back to USC hospital.  I don't know how long I was out for but I

8   woke up with a tube in my throat.  It was really scary and I was pretty out of it.  I tried

9   to sit up and the nurse stopped me.  She said I had to stay lying down or my intestines

10  would fall out on the floor.

11        12.   I found out later that I had been out for almost 3 days.  I had a staph

12  infection internally that got in through my surgery wound and they had to do a surgery

13  to scrape out all this stuff that was around my intestines from the staph infection.  The

14  doctor said if I hadn't come in when I did, I would have died.

15        13.   I stayed in the hospital over five months until December or January.  I

16  could not eat or go to the bathroom normally.  First I was fed right through the nose ~~tube~~ S.J.V.

17  in my stomach.  But I when I tried to eat , I got two fistulas where the waste was

18  coming out.  So the hospital put a binder on me, kind of like diapers.  The waste just

19  came out through the fistulas and soaked into the binder.  About 30 to 40 minutes after

20  I ate, the food just came right back out of my stomach.  Nothing really turned into real

21  waste.  The nurse would try to give me pills, and it was like I could just pick them up

22  and hand them right back to her 30 minutes later.

23        14.   After I was released from the USC hospital in December or January, I

24  went back to the Weingart Center, all I had with me was the binder they had given me

25  at the hospital.  After a few days, the doctor came in to see me and he said I had to go

26  back to the hospital to get colostomy bags.

27        15.   When I got released from the USC hospital, I had to carry two bags

28  around with me to collect my waste.  My food came out still chewed up in the bag.  I

1  used those bags for a year and they took them off on August 23rd, 2007.

2      16.    You can see the scars around my stomach and you can tell that my

3  abdominal muscles are still open.  There is nothing supporting my guts but skin, it

4  feels like they are just sitting inside a balloon.  I wear a bandage around my stomach

5  all the time for support.   My stomach is really small now and food is hard to digest.

6      17.    The doctors at USC prescribed me a special diet and medicine for pain

7  and to help me go to the bathroom.  At MCJ, I am supposed to get six small meals a

8  day of high-protein and high-calorie food.    Instead I just get what everyone else gets

9  to eat.  The food here is too hard to digest.  ~~They're also supposed to change my~~

10  ~~bandage every day but they don't.~~  I am constantly in pain and I don't get any

11  medicine for it.  I don't know why the officers won't help me get what I need.  I think

12  they just trashed my whole prescription.

13

14      I declare under penalty of perjury under the laws of the State of California that

15  the foregoing is true and correct to the best of my knowledge.  Executed this _28th_

16  day of _July_ 2008 in Los Angeles, California.

17

18              X _Stanley Tharpes_

19              Stanley Tharpes

20

21

22

23

24

25

26

27

28

# #28
# DECLARATION OF CRAIG WHITE

**Declaration of Craig White**

I, Craig White, hereby declare:

1.      I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.      I am a 47 year-old man and I am currently in the county jail. I would say I have been in jail about every month since I got out of prison in 2006. I am tired of coming to jail. I need some help so I can get a roof over my head and some kind of program so I can get my life straight again.

3.      Everytime I get released its late at night and without my medications. This last time I was released was on Jan 3 I think. It was about 3 AM and I was released with no money and no place to go. I tried to find me a place to stay but there was a lot of rain and it was really hard. So for the last month before I got arrested again, I was just living on the streets. Its just so hard to do anything when you don't have a roof over your head.

4.      When I was in prison I was EOP and I took psych meds for paranoid schizophrenia and manic depression. I also used to get psych medications here at the county but about year ago it stopped. I don't know why because I used to be in the part of jail where you wear yellow and blue.

5.      I applied for SSI, in prison in 2006 and in 1989 at Donovan but I do not know what happened to the application. I haven't worked for about 15 years. I had an accident when I fell off a building and hurt my back. After that happened, my life just kind of went downhill.

6.      I am not looking for charity I just need a little help to get a place to stay and to get my medication. When I don't have my medications , I feel really foggy and I hear voices all the time. The voices are fighting, and shooting, and chasing me.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct.  Executed this 14th day of February, 2008 in Los Angeles, California.

_____ /s/ _____

Craig White

**Declaration of Craig White**

1

2       I, Craig White, hereby declare:

3           1.       I make this declaration based on my own personal knowledge and if called to

4    testify I could and would do so competently as follows:

5           2.       I am a 47 year-old man and I

6    am currently in the county jail. I would

7    say I have been in jail about every other

8    month since I got out of prison in 2006.

9    I am tired of coming to jail. I need some help

10   so I can get a roof over my head and some

11   kind of program so I can get my life

12   straight again.

13        3. Everytime I get released its late at night

14   and without my medications. This last time

15   I was released was on Jan 3 I think. It was

16   about 3Am and I was released with no money

17   and no place to go. I tried to find me a

18   place to stay but there was a lot of rain and

19   it was really hard. So for the last month before

20   I got arrested again I was just living on

21   the streets. Its just so hard to do anything

22   when you don't have a roof over your head.

23        4. When I was in prison I was EOP and

24   I took psych meds for paranoid schizophrenia

25   and manic depression. I also used to

26   get psych medications in jail here at the

27   county but about a year ago it stopped.

28   I don't know why because I used to be in

     the PMH/ jail where you wear yellow and blue.

CW   in prison in 2006 and in 1989 at Donovan

5. I applied for SSI, but I do not know what happened to the application. I haven't worked for about 15 years. I had an accident when I fell off a building and hurt my back. After that happened my life just kind of went downhill.

6. I am not looking for charity I just need a little help to get a place to stay and to get my medication. When I don't have my medications, I feel really foggy and I hear voices all the time. The voices are fighting, and shouting and chasing me.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed this 14th day of February, 2008 in Los Angeles, California.

Craig White
Craig White

Page 127

# #29
# DECLARATION OF REGINALD ALLEN

## DECLARATION OF REGINALD ALLEN

I, Reginald Allen, declare and affirm and would so testify from first hand knowledge if called as a witness:

1.       I am a detainee in the Twin Towers Jail.  I am 60 year-old homeless man and I have a history of mental health issues.

2.       Prior to this incarceration, I would estimate I have been in county jail approximately 10-15 times in the last 5-6 years.  All of those convictions have been for possession of drugs, sleeping on the sidewalk, violating probation, or jaywalking.  I have never been to prison in California.  Instead, I am always in and out of county jail on minor charges.

3.       When I get released, I get released out the back door of the jail. The Volunteers of America will usually take me in a bus and to a drop-in center on Skid Row.  They will sometimes give me a referral to a shelter for a night.  Usually I will stay at that shelter for a night, and then go back to the street because I do not have the supports I need to get on my feet.  I will often just wander around.   I know I have a drug problem, but when I get released from jail, I am sober.  I do not use illegal drugs when I am in jail.  The only thing I am high on when I get released is my freedom.  No one from the jail has given me my psych medications when I get released even though I take them in jail. They just tell me to go to a clinic, which I do after a couple of days, but it is hard to go without the meds those days.

4.       I have had 4 hospitalizations at USC and UCLA due to my mental illness and I have difficulty surviving in the community without my psychiatric medications.  I have been in jail for about 3 months and just saw the psychiatrist this week.  Hopefully he will put me on my medications, ~~because right now I am not receiving~~ just received them ~~and I think if I did I would be able to~~ today and they aren't all in my system yet. think and concentrate better in here. I normally take Zoloft 100 mg. I just started getting 50 mg Zoloft and 50 mg Abilify . When I am on the streets I go to Downtown Mental Health.  I don't usually have appointments to go there, I just walk in and see them if I have suicidal thoughts, which I sometimes get.

When I go without my medications, especially the Zoloft, I feel very depressed.

5.      For approximately 15 years I received SSI benefits because I cannot work. I have had odd jobs throughout my life, but the longest I have ever worked has been for 2-3 months. The last time I had a job was in 1989 as a security guard, but I had such a difficult time staying in the jobs I had. I have been told that I am highly depressed and they have told me something about a bipolar problem. I hear voices, too. The doctor who first approved me for SSI told me I had a "lot of issues in my head". In 2002, my SSI was stopped because I missed my annual review meetings and now I am trying to get back on it. Before I was incarcerated, I was getting help with my SSI application from a caseworker I was put in touch with after my most recent hospitalization. That process has stopped since I am in jail and I don't know how long it will take once I get out. It is hard for me to remember exactly where my caseworker's office is located but I know it is on Vermont. I have to take two buses to get there which is not always easy for me.

6.      That same caseworker was also trying to get me a California ID card because I don't have one. I really need to get one of these because just this past September the county worker told me they were going to cut off my General Relief until I get one. It is hard for me to get an ID and I don't know all the steps to do it.

7.      When I was in the IRC, I think someone from the jail asked me a question about being homeless, to which I responded yes, but I have not heard anything else from them. One time my mental health worker at jail also asked me if I was homeless. I told her I was, but when I said I did not think I would be getting out soon, she did not follow up with me.

8.      My days in jail are mostly spent watching TV and not much else. Sometimes the people in the jail run a substance abuse class where the inmates watch movies. I will attend that if I can, but sometimes only 10 people can go so there is not always enough room for everyone.

9.      I feel like I am too old to be doing jail time and I want help to not come back to jail. I think what would help me the most would be assistance getting some housing and support services. I also need support in managing my mental health issues. I just want to get off the street and out of skid row. Living on the streets is very hard but I don't have the ability to get on

my feet and go anywhere else.  I want to get back to Chicago to be with my grandchildren, but it is hard for me to do that right now.

I declare under penalty of perjury under the Laws of California that the foregoing is true and correct to the best of my knowledge and belief.  Executed this 19th day of December, 2007 in Los Angeles, California.

Reginald Allen

#30
# DECLARATION OF JAMES CHERRY

1   DECLARATION OF JAMES CHERRY

2       I, James Cherry, declare and affirm and if called as witness in this matter,

3   would testify competently from first hand knowledge as follows:

4       1.      I am a 63 year old detainee in the Los Angeles County Jail. I am in

5   Twin Towers in mental health housing. I have a history of drug addiction and

6   mental health problems. I've been in and out of jail ~~many times~~ about 11 times in the last 5 years and have been

7   homeless for about four years. I am too old to keep living on the streets and it is

8   really hard for me to stay clean and healthy there. I miss my family a lot but know

9   that I have to be clean before they will help me. I really want to get clean. I want

10  control over my mental issues. I just need help and am not sure how or where to

11  get it when I leave jail.

12      2.      The last time I was in jail was about a year ago. I wasn't in there for

13  very long. Before that arrest I was homeless and couldn't get much help finding a

14  place to stay. My mental problems had gotten really bad. I was really depressed

15  and couldn't really control the way I acted. It was scary to be like that on the

16  streets. Taking illegal drugs only made things worse in the end. I started going

17  sometimes to Metropolitan Hospital in Los Angeles. The hospital told me I was

18  bipolar and gave me a prescription for medications. The medication made things

19  better. I told the jail about my mental problems when I went in that time. They

20  put me in mental health housing and gave me medication. It helped a lot. Once I

21  got released though, I still had no place to go and had the same problems all over

22  again. I was released at 1AM at the back door without instructions about where to go or stay. I also wasn't given medication when I was released or instructions about where to get any. I had to go to clinic on my own which wasn't easy.

23      3.      I was arrested again this year for a parole violation. The police

24  stopped me because I had an open container and then searched me and found a

25  pocket knife. I have been mugged ~~many times~~ before while homeless. The pocket knife

26  was the best way I knew to be safe.

27      4.      I told the jail when I first got in this time that I needed medication and

28  that I had gotten them before. But they didn't give me any for about a month. I

Page 131

1   told the nurses and the officers that I needed them, but they didn't do anything.  I

2   couldn't get anyone to talk to me about my mental health problems.  My condition

3   got really really bad.  I was very depressed and anxious.  I would cry ~~continuous~~ and

4   I didn't know why.  The medications they finally gave me haven't really started to

5   work yet, but I feel a little better. *For about the last 5 years, I have been taking Zoloft and seroquel, but they have only given me Zoloft this time.*

6       5.      I was on SSI before I was picked up and I want to get back on when

7   I'm released, but I am not sure how to check my status.  I think I might be able to

8   get Section 8, ~~but I don't know how~~.  Also, I think I could qualify for Prop 36, I

9   just need someone to tell me what to do.  Mostly I just sit around while in jail, but

10  no one here has ever spoken to me about having or getting a place to stay when I

11  am released or what mental health treatment I should get.

12      6.      I don't want to be homeless again when I get out.  I'll just wind up

13  back in here.  I'd like to get a job and see my family.  With some help, I think I'd

14  have a chance.

15

16      I declare under penalty of perjury that the foregoing is true and correct

17  under the law of California.  Executed this __19th__ day of December, 2007.

18

19                          _James Cherry_

20      James Cherry

21

22

23

24

25

26

27

28

# #31
# DECLARATION OF DUANE EVERLY

## DECLARATION OF DUANE EVERLY

I, DUANE EVERLY, declare and affirm and if called as witness in this matter, would testify competently from first hand knowledge as follows:

1. I am a detainee in the Los Angeles County Jail. I am in Twin Towers in mental health housing. Since I have been here I have been back and forth about 20 ~~many~~ times among the Twin Towers Correctional Facility, the Men's Central Jail and the Wayside Facility. I need lots of assistance to survive when I get out of jail, but I have not found anyone willing to help.

2. Prior to this time in jail, I had been arrested many times in the last few years on minor parole violations. This time I was arrested on a parole violation again and was charged with sales on Skid Row. I had been on the streets in Pomona, but my parole officer sent me to Skid Row to get a shelter bed. When there was no space left at the Mission and there were rats jumping around that were so big I thought they were cats, I went back to the streets. After about a week, an undercover cop asked me if I had any crack. I did not have any but was arrested when I took him to Someone ~~a friend~~ who did. DE

3. I have very bad mental health issues that have been getting worse and worse. I was in the enhanced outpatient program when I was in Chino State Prison. Sometimes I get some psych medication from the Department of Mental Health but other times I don't get any at all. With my mental health issues, I really need medication to function.

4. When they put me in general population discipline at Men's Central Jail this time , I couldn't think or speak clearly. Nothing made sense to me and I felt anxious and scared. I would try and climb the walls of my module. Soon I started feeling suicidal and was sent to twin towers on a suicide watch.

5. I was placed in discipline at twin towers and things got even worse. I felt tired and disoriented all the time. I was unable to control my behavior and even

began throwing feces. This behavior terrified me and I wished I could somehow make it stop.

6. The times I do get medication it is not enough and I am scared what might happen next. I do not understand why the jail won't give me the support I need. I am scared of returning to the streets. I don't think I can survive without more support. I need help with my mental health issues or I'm afraid that I will spend the rest of my life out on the streets and in here in jail.

7. I keep coming back to jail because I'm sent out without help. I have no education and don't know how to access most of the services that can help me. When I went to prison in Chino about two years ago, they took my ID and I couldn't get it back. Without it, it's really hard to get services I can use. The jail has never done anything to help me get new identification or help me with housing or programs I need. So when I get out, I just go back to the streets and wind up back in jail.

8. I have been on SSI for eleven years. For awhile earlier this year, an old lady let me stay with her, but when I got picked up again, she said I was still living there and cashed my checks. I want to get back on SSI when I get out, but I think it's going to be hard to sort everything out by myself, especially without identification.

9. I've been emotionally disturbed since I was 18 years old. Lots of times I see things which scares me a lot. Sometimes I will wake up from a dream with bouncing suicidal thoughts or full of rage. I've been taking 800 mg of Serequel for about ten years to help me feel better. This time in jail, they've only been giving me 600 mg of Serequel and Thorazine to help me sleep. It hasn't been enough to fully control my behavior. The time I was released from jail, they didn't give me any medication but just told me to go to a clinic to get help.

I declare under penalty of perjury under the Laws of California that the foregoing is true and correct to the best of my knowledge and belief. Executed this _19th_ day of December, 2007 in Los Angeles, California.

_Duane Everly_

Duane Everly

#32
## DECLARATION OF KEN McFETRIDGE

## DECLARATION OF KEN McFETRIDGE

I, Ken McFetridge, declare and affirm and would so testify from first hand knowledge if called as a witness:

1.      I am inmate in the Twin Towers Jail.  I am 47 year-old homeless man and I have a history of mental health issues.  I am currently serving a 90 day sentence on a misdemeanor conviction.

2.      I have been in and out of correctional institutions for about 20 years.  During the times I am not in jail or prison, I often find myself homeless or staying with a friend; I have not been able to secure an apartment or even an SRO room during that time.   Before I was arrested this last time, I had been living on the streets, mostly in Hollywood, but occasionally in Venice, for about 1½ months.  Before that, I was staying with a friend who had section 8 housing, but I got kicked out because my friend is not allowed to have additional occupants in his apartment.

3.      I have been diagnosed with manic depression and stage I bipolar disorder.  I am currently taking Remeron for these conditions.  I was taking Visteril as well and medication for hypertension, but the doctor at the jail stopped these because I was showing problems with my liver function.  I also suffer from alcohol addiction.

4.      I was receiving General Relief up until recently, but they cut me off from that because I missed some appointments for recertification.  Shortly before my last arrest, I was working with my Parole Outpatient Clinic doctor to apply for SSI.  I have an appointment coming up to talk to someone about it.  I have not had a steady job for quite awhile.  I think the last job I had was in 1992 as a clerk.  I have just been trying to survive these last 15 years.  I know I need help with my dual diagnosis.

5.      I don't know what to do when I get out to avoid going back to living on the street.  I don't have a state ID card or a social security card.  I was receiving mental health services at the Parole Outpatient Clinic, but I completed my parole in October so I can't go to the clinic anymore.  Now, I don't know where to get my medications prescribed when I leave, or how I can get them paid for.  I don't have any source of income.  I am sober now, in the jail, but if I go back

to living on the street it will be hard to stay sober. I am getting too old to live like this and want to find a way out.

6.     The last time I was released from county jail I think was about 1 year ago. They gave me a couple of bus tokens and sent me on my way. I stayed with a friend in Hollywood again, but I ended up right back in custody. I hope someone can give me more assistance when I get released this time because it is cold out there and I don't know where to go.

7.     Someone from the Volunteers of America came to our housing module yesterday and asked if anyone was homeless. Almost all the inmates went up to him and put their names on the list, including me. I hope they follow up with me because I don't know where I am going to go or what I am going to do. I have been in here for a month so far and no one has talked to me about my housing before today. I am supposed to get out soon so hopefully something happens quickly.

I declare under penalty of perjury under the Laws of California that the foregoing is true and correct to the best of my knowledge and belief. Executed this 19th day of December, 2007 in Los Angeles, California.

*Ken McFetridge*

Ken McFetridge

# #33
# DECLARATION OF ARTHUR MORALES

1

**Declaration of Arthur Morales**

2     I, Arthur Morales, hereby declare:

3     1.    I make this declaration based on my own personal knowledge and if

4 called to testify I could and would do so competently as follows:

5     2.    I am a detainee in the Los Angeles County Jail. I am in Twin Towers

6 in mental health housing. I know that I have mental problems for quite a while.

7 I've been in and out of jail. I really need help but I have not been able to find any

8 one who is able or willing to help me when I'm out in the community.

9     3.    I was arrested in early 2007 because I got in a fight with one of my

10 relatives. They were worried about what I would do and so they called the police.

11 I ended up in county jail for about a month. At the time, I didn't have a regular

12 place to live and was homeless. I would stay where I could, including with family

13 members. I didn't have a job and had not worked in a long time. I wanted to go to

14 community college but it was not working out. My family tried to help me get on

15 social security, but they didn't know what to do to help me. No one explained the

16 rules to us. My family would also get fed up with me and tired of trying to help.

17     4.    Before I was arrested, I had been going sometimes to a county clinic -

18 La Puente Mental Health. I told the jail but they did not put me in mental health

19 housing. They put me in general population up at a place they called Wayside. I

20 had a really bad time there. I could not follow what the deputies wanted, the other

21 inmates attacked me, it was very scarey and bad.

22     5.    After many weeks, I was finally released from jail in the middle of the

23 summer, 2007. I don't understand much about why I was released on what it was

24 all about.  When they released me, I had no money and still no place to go. I had

25 lost my ID also. Every time I tried to go to a homeless shelter, they would turn me

26 away because I did not have ID. I don't know what to do to get an ID, though.

27 For weeks after I was released from jail, I just kept walking all day or riding the

28 bus back and forth.

6.   I knew that I needed help and money to live, so I tried to get welfare or social security. I walked to the welfare office several times and asked them to help me. They said no because I don't have any ID.

7.   At the end of August, I was riding the bus back and forth when someone tried to attack me. I fought back, but the police came and arrested me. I was charged with assault with a deadly weapon but there really wasn't any weapon and it was not my fault.

8.   When I came back to the jail a second time, they did put me in mental health housing. However, the jail mental health people are still not giving me any medications. If I had medications, I think I would feel better. No one from jail mental health talks to me about my problems here. No one has asked me anything about whether I'll be homeless or what help I may need in the future.

9.   When I get out of jail, I don't want to end up homeless again. I will need help getting some identification, finding a shelter or a regular place to stay, getting on social security and enrolling in community college. My family tried to help me with these problems before, but they just don't know what to do. I don't where to turn or what to do.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed this 18th day of December, 2007 in Los Angeles, California.

Arthur Morales

#34
**DECLARATION OF DAVID TRIEU**

**Declaration of David Dustin Trieu**

I, David Dustin Trieu, hereby declare:

1.  I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.  I am 22 years old. I am Asian-American.

3.  I am a detainee in the Twin Towers Facility of the Los Angeles County Jail. I am currently housed in the mental health section of the jail.

4.  I was arrested on September 10, 2007. I got into an altercation with people in the Buddhist temple where I used to sleep and I was charged with assault with a deadly weapon. I have never been to state prison. I've been to jail once before this when I was 18 years old for driving a car without consent, which was later reduced to reckless driving, but I was never convicted of that charge.

5.  I was diagnosed with Post-Traumatic Stress Disorder (PTSD) before being in jail and the jail has offered me some medication, and after taking them twice I feel like they are not helping me. Before jail, I have never taken medication so it's hard for me to know why I need them if no one talks with me about them.

6.  I am currently in ongoing evaluation with a psychiatrist here at the jail to get diagnosed but I don't see him very often. When I was interviewed for this declaration by representatives from the ACLU, on November 30, 2007, it had been about three weeks since I last met with him and we only met for about five minutes. Right now, my diagnosis is unknown. I feel very depressed and have asked for help on getting an appointment with psychologist. I have cried while I've been here in jail and I know I would feel better if I talked with a psychologist and a psychiatrist about my situation. I don't want to feel depressed anymore.

7.  Before I was detained, I was living in a small space in a Buddhist temple since about April 2006. I didn't have a room to sleep in and I slept on the floor. I did not pay rent and would not have been able to pay rent because I do not work. My mother also lives there and she gives about $400.00 per month whenever she can do that. When I got into an argument with the people where I used to live and was kicked out without notice I became homeless. I started to

1   look for places to stay on the internet and only found a halfway home that charged a lot of money

2   to get in. I needed somewhere to stay so I paid membership fees and weekly rent and even had to

3   pay for drug screening. I ran out of the little savings I had quickly.

4        8.      I have applied for Supplemental Security Income (SSI) twice. The first time I

5   applied, about two years ago, I was denied. I reapplied right before my arrest and right after I

6   became homeless; I have my application pending so I don't know if I have been approved.

7        9.      I have been in special education classes since I was in elementary school. I grew

8   up here in Los Angeles and attended Logan Elementary School, King Middle School for grades

9   sixth and seventh, Nightingale Middle School during the eighth grade, and went back and forth

10  between Belmont High School and Franklin High School. In middle school I was given what I

11  consider a "social promotion" because I did not graduate from there either. I did not graduate

12  high school and the tenth grade was the last grade I finished.

13       10.     I have been going to mental health clinics for many year and since I was in high

14  school. I have also been a client at the Chinatown Service Center to receive counseling and

15  general services. I went to this Center around 2002. Most recently, I have been to Asian Pacific

16  Counseling for services. I have a counselor there who works with me on my PTSD. My

17  counselor has access to copies of my school records and current medical and mental health

18  history. I have also gone to Casa de Familia to take counseling courses in anger management

19  because I was a victim of a crime that happened to me from the ages of 14-17. I last went to this

20  clinic about 2-3 years ago.

21       11.     I've gone to Glendale Community College to take some general education classes

22  but have not been able to do that recently because I don't have money to get there. One day, I

23  would like to study and major in physics or engineering. Because I haven't been able to complete

24  high school and I don't know how I would complete this without a lot more counseling for my

25  mental health issues.

26       12.     When I get released from this jail I won't have anywhere to go. No one in the jail

27  has asked me if I am homeless and I don't know who to ask for help. I would like to have

28  somewhere to stay. I would like help with my SSI application. I would like help with my

1   depression and PTSD.

2   ///

3   ///

4   ///

5        I declare under penalty of perjury of the laws of the State of California and the United

6   States that the foregoing is true and correct.  Executed this ___19___ day of December, 2007 in

7   Los Angeles, California.

8

    David Dustin Trieu

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28