UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS RUTHERFORD, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>SHERMAN BLOCK, et al.,<br><br>    Defendants. | Case No. CV 75-04111 DDP<br><br>Honorable Dean D. Pregerson<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' *EX PARTE* APPLICATION TO STRIKE OR, IN THE ALTERNATIVE, CONTINUE THE HEARING AND BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION TO PREVENT THE CLOSURE OF A JAIL FACILITY**<br><br>[*Ex Parte Application Filed Concurrently Herewith*] |

The *Ex Parte* Application of Defendants Sherman Block et al. (collectively, "Defendants") for an order striking or, in the alternative, continuing the hearing and briefing schedule on Plaintiffs' Motion for Preliminary Injunction to prevent the closure of a Los Angeles County jail custody facility (Docket No. ("Plaintiffs' Motion") came before this Court.

///

///

///

1

RUTHERFORD\Pleadings\EPA Order to Strike PI Mtn

## **ORDER**

On proof made to the satisfaction of the Court and good cause appearing therefor;

IT IS HEREBY ORDERED that:

1. Defendants' *Ex Parte* Application be and hereby is granted;

2. [The August 3, 2009 hearing on Plaintiffs' Motion is hereby vacated and Plaintiffs' Motion (Docket Nos. 176 - 181) is striken;]

3. [The August 3, 2009 hearing on Plaintiffs' Motion is continued to _____, 2009 at _____a.m./p.m.

4. Defendants' Opposition to Plaintiffs' Motion is due on _____, 2009;

5. Plaintiffs' Reply to Defendants' Opposition to Plaintiffs' Motion is due on _____, 2009.]

Dated: _____       _____
                                                    Honorable Dean D. Pregerson
                                                    United States District Judge

RUTHERFORD\Pleadings\EPA Order to Strike PI Mtn