# SUPPLEMENTAL DECLARATION OF MELINDA BIRD

I, MELINDA BIRD, declare and affirm and would so testify from first hand knowledge if called as a witness:

1. I am Senior Counsel for the American Civil Liberties Union of Southern California (ACLU-SC), and am one of the counsel for plaintiffs in this case.

2. On July 16, 2009, I spoke by telephone with Justin Clark, who is one of the attorneys representing Sheriff Lee Baca and the County Board of Supervisors, who are the defendants in this matter. Mr. Clark and I discussed our motion for a preliminary injunction regarding a plan for the closure of the North Facility at Pitchess Detention Center. He asked me if we would agree to continue the hearing on our motion until August 31, 2009. I told him that we would agree to a continuance if his clients could agree to delay the jail closure. Mr. Clark rejected that proposal and said he would file his ex parte request to strike our motion within the next 15 minutes, which he did.

3. After I reviewed the *Ex parte* Application that Mr. Clark had filed, I sent him a letter with our proposal for a continuance; a copy of my letter is Exhibit 1 to this declaration. In my letter, I expressed my willingness to accommodate his schedule and offered to postpone the hearing for a month, as he had requested, if Sheriff Baca agrees to delay any jail closure for a month, that is, until October 1, 2009. I also reiterated that even if the closure if delayed, Sheriff Baca is free to move forward with plans to increase pre-trial release of non-violent offenders or otherwise reduce the jail population.

I declare under penalty of perjury under the Laws of California that the foregoing is true and correct to the best of my knowledge and belief. Executed this 16th day of July, 2009 in Los Angeles, California.

_____
Melinda Bird

**EXHIBIT 1**



LIBERTY | JUSTICE | EQUALITY

July 16, 2009

Justin Clark
Lawrence, Beach, Allen & Choi
100 West Broadway, Suite 1200
Glendale, CA 91210

Re: *Rutherford v Baca*

Dear Justin,

I have reviewed the ex parte application that you filed today in this case, seeking a one month continuance of the hearing on our motion for a preliminary injunction for a plan regarding any jail closure. In the motion, you argue that you need additional time to prepare your response.

As you know, I will always try to accommodate your scheduling needs and have agreed to your requests for a continuance in the past - most recently regarding our discovery motion, where I agreed to your request for additional time for your opposition without requesting any additional time for my own reply briefing.

In this case, you proposed a continuance of approximately one month. We will agree to that continuance if your clients will agree to delay closing any jail facility for one month, that is, until October 1, 2009. Continuing the hearing without also agreeing to postpone the closure could jeopardize our class members' welfare. It would potentially expose the Court and both parties to a flurry of ex parte requests, stay motions, etc. We filed well before the proposed closing because we wanted to avoid any hasty or precipitous, last minute crisis.

I would like to emphasize that if Sheriff Baca agrees to a month delay on any closure, nothing stops him from proceeding with his plans to change the bail release limits, increase pre-trial release of non-violent detainees using electronic monitoring, or otherwise reduce the number of people in the jail system. We strongly support these measures and reiterate our earlier offers to discuss modifications to

**Chair**
Jarl Mohn

**President**
Douglas Mirell

**Chairs Emeriti**
Danny Goldberg
Allan K. Jonas
Burt Lancaster*
Irving Lichtenstein, MD*
Laurie Ostrow*
Stanley K. Sheinbaum
*deceased

**Chief Executive Officer**
Ramona Ripston

**Chief Operating Officer**
Heather Carrigan

**Communications Director**
Gordon Smith

**Development Director**
Tracy Rice

**Chief Financial Officer**
Brenda Maull

**Legal Director**
Mark D. Rosenbaum

**Assistant Legal Director**
Catherine E. Lhamon

**Managing Attorney &
Manheim Family Attorney
for First Amendment Rights**
Peter J. Eliasberg

**ACLU**
AMERICAN CIVIL LIBERTIES UNION
of SOUTHERN CALIFORNIA
FOUNDATION

LIBERTY | JUSTICE | EQUALITY

Paul Beach  Page 2
July 9, 2009

**Chair**
Jarl Mohn

**President**
Douglas Mirell

**Chairs Emeriti**
Danny Goldberg
Allan K. Jonas
Burt Lancaster*
Irving Lichtenstein, MD*
Laurie Ostrow*
Stanley K. Sheinbaum
*deceased

**Chief Executive Officer**
Ramona Ripston

**Chief Operating Officer**
Heather Carrigan

**Communications Director**
Gordon Smith

**Development Director**
Tracy Rice

**Chief Financial Officer**
Brenda Maull

**Legal Director**
Mark D. Rosenbaum

**Assistant Legal Director**
Catherine E. Lhamon

**Managing Attorney &
Manheim Family Attorney
for First Amendment Rights**
Peter J. Eliasberg

the 1988 Jail Management Order in this case that would give the Sheriff broader authority in this regard.

Sincerely,

*Melinda Bird*

Melinda Bird

Senior Counsel

CC: Roger Granbo, Office of County Counsel, Assistant Sheriff Marvin Cavanaugh, Chief Alexander Yim, Chief Dennis Burns

**ACLU**
AMERICAN CIVIL LIBERTIES UNION
of SOUTHERN CALIFORNIA
FOUNDATION

LIBERTY | JUSTICE | EQUALITY

1313 WEST EIGHTH STREET LOS ANGELES 9500 f 213.977.5299 ACLU-SC.ORG