O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS RUTHERFORD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LEROY BACA,<br><br>　　　　Defendant. | Case No. CV 75-04111 DDP<br><br>**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S *EX PARTE* APPLICATION**<br><br>[Application filed July 16, 2009] |

　　The Court has reviewed Defendant's *ex parte* application to strike or, in the alternative, continue the hearing and briefing schedule on Plaintiff's Motion for Preliminary Injunction filed July 13, 2009. After reviewing the materials submitted by the parties, the Court denies the portion of the application that seeks to strike the motion. The Court finds that good cause exists to continue the hearing date and briefing schedule on the Motion for the Preliminary Injunction.

///

///

///

///

The Court sets the following briefing schedule and hearing date:

    Opposition Due:    August 3, 2009

    Reply Due:    August 10, 2009

    Hearing Date:    August 17, 2009 at 10:00 a.m.

IT IS SO ORDERED.


Dated: July 17, 2009

    DEAN D. PREGERSON
    United States District Judge