UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.   CV 75-04111 DDP                                              Dated: July 31, 2009

Title:    DENNIS RUTHERFORD -v- LEROY BACA
================================================================
PRESENT:   HONORABLE DEAN D. PREGERSON, JUDGE

<u>John A. Chambers</u>                              <u>None Present</u>
Courtroom Deputy                             Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:

   None                                           None

PROCEEDINGS:        MINUTE ORDER (IN CHAMBERS)


   **COUNSEL ARE NOTIFIED** that on the Court's own motion the PLAINTIFFS' MOTION TO RE-OPEN DISCOVERY (FILED ON 06-15-09) set for August 3, 2009 at 10:00 a.m., is hereby taken off calendar, the hearing date vacated and will be decided without oral argument.


MINUTES FORM 11                                        Initials of Deputy Clerk: JAC
CIVIL -- GEN