# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Case No.   CV 75-04111 DDP | Date   July 30, 2009 |

Title   DENNIS RUTHERFORD -V- LEROY BACA

Present: The Honorable    DEAN D. PREGERSON, U.S. DISTRICT JUDGE

| John A. Chambers | None Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Mark D. Rosenbaum<br>Melinda Bird<br>Mary Tiedeman<br>Margaret Winter | Paul B. Beach<br>Justin W. Clark<br>Roger H. Granbo, Jr. |

Proceedings:

### STATUS CONFERENCE

Court and counsel confer re case status.

| | | |
|---|---|---|
| | 1 | : 02 |
| Initials of Preparer | JAC | |