UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   CV 75-04111 DDP                              Dated: July 31, 2009

Title:   DENNIS RUTHERFORD -v- LEROY BACA
================================================================
PRESENT:   HONORABLE DEAN D. PREGERSON, JUDGE

John A. Chambers                          None Present
Courtroom Deputy                          Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:

None                                      None

PROCEEDINGS:     MINUTE ORDER (IN CHAMBERS)


**The Court notes** the parties have engaged in constructive dialogue regarding the issues raised in the motion, therefore, the MOTION TO ENFORCE THE 1989 STIPULATION AND ORDER (FILED 06-22-09) set for August 3, 2009 at 10:00 a.m., is hereby VACATED.


MINUTES FORM 11                                       Initials of Deputy Clerk   JAC
CIVIL -- GEN