UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   CV 75-04111 DDP                                          Dated: August 12, 2009

Title:   DENNIS RUTHERFORD -v- LEROY BACA
================================================================
PRESENT:   HONORABLE DEAN D. PREGERSON, JUDGE

John A. Chambers                                     None Present
Courtroom Deputy                                     Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:         ATTORNEYS PRESENT FOR DEFENDANTS:

None                                                 None

PROCEEDINGS:   MINUTE ORDER (IN CHAMBERS)

**COUNSEL ARE NOTIFIED** that on the Court's own motion the MOTION FOR PRELIMINARY INJUNCTION RE: PLAN FOR CLOSURE OF JAIL FACILITIES FILED BY PLAINTIFF DENNIS RUTHERFORD (FILED ON 07-13-09) set for August 17, 2009 at 10:00 a.m., is hereby VACATED.

MINUTES FORM 11                                      Initials of Deputy Clerk   JAC
CIVIL -- GEN