# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS RUTHERFORD, et al., | Case No. CV 75-04111 DDP |
| Plaintiffs, | Honorable Dean D. Pregerson |
| vs. | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR LIMITED RECONSIDERATION OF THE COURT'S AUGUST 4, 2009 ORDER REOPENING DISCOVERY** |
| SHERMAN BLOCK, et al., | |
| Defendants. | |

///
///
///

1

RUTHERFORD\Proposed Order re court's order reopening disc

Defendants' Motion for Reconsideration of the Court's August 4, 2009 Order granting Plaintiffs' Motion for Reconsideration came on regularly before the Court.

After consideration of the briefings and arguments submitted by the parties, good cause appearing therefore, IT IS HEREBY ORDERED THAT:

1. The Court's August 4, 2009 Order (Docket No. 192) is hereby vacated;

2. Plaintiff's Motion to Reopen Discovery (Docket No. 158) is hereby granted;

3. Discovery in this matter is reopened.

IT IS SO ORDERED.


Dated: _____          _____
                                      Honorable Dean D. Pregerson
                                      United States District Court Judge