MELINDA R. BIRD, SBN 102236
melinda.bird@disabilityrightsca.org
DISABILITY RIGHTS CALIFORNIA
3580 Wilshire Blvd., Suite 902
Los Angeles, CA 90010
Tel: 213.427.8747
Fax: 213.427.8767

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS RUTHERFORD, et al.,  PLAINTIFF(S) | CASE NUMBER  Civ. 75-04111-DDP |
| v. | |
| LEROY BACA, as Sheriff of the County of Los Angeles, et al.,  DEFENDANT(S). | **NOTICE OF CHANGE OF ATTORNEY INFORMATION** |

**The following information must be provided:**

I, _Melinda R. Bird_ , _102236_ , _melinda.bird@disabilityrightsca.org_
       *Name*              *CA Bar ID Number*                *E-mail Address*

☑ am counsel of record or ☐ out-of-state attorney in the above-entitled cause of action for the following party(s)
DENNIS RUTHERFORD, et al.,

and am requesting the following change(s):

*SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:*

☑ TO UPDATE NAME OR FIRM INFORMATION:
  ☑ I am providing the following new information pursuant to Local Rule 83-2.7 to be updated on the above-entitled cause of action.
              PROVIDE ONLY THE INFORMATION THAT HAS CHANGED
  Attorney Name changed to _____
  New Firm/Government Agency Name _Disability Rights California_
  New Address _3580 Wilshire Blvd., Suite 902, Los Angeles, CA 90010_
  New Telephone Number _213.427.8747_   New Facsimile Number _213.427.8767_
  New E-mail address _melinda.bird@disabilityrightsca.org_

☐ TO BE ADDED AS COUNSEL OF RECORD: CHECK ONE BOX
  ☐ I am counsel of record in the above-entitled action and should have been added to the docket in this case. I made my first appearance in this case on _____
  ☐ This constitutes my Notice of Appearance to appear as counsel of record for the party(s) listed above in the above-entitled action.

IF YOUR FIRM IS **NOT** ALREADY PART OF THIS ACTION AND ARE ASSOCIATING IN AS COUNSEL OF RECORD A NOTICE OF ASSOCIATION SHOULD BE FILED. IF YOU ARE GOING TO APPEAR PRO HAC VICE, A SEPARATE APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE, G-64 MUST BE FILED.

Attorney Name _____   CA State Bar Number _____
Firm/Government Agency Name _____
Address: _____
Telephone Number _____   Facsimile Number _____
E-mail address _____

☐ TO BE REMOVED FROM THE CASE: **

I am no longer counsel of record in the above-entitled cause of action.

CHECK ONE BOX

 ☐ The order relieving me as counsel of record was filed on: _____.

 ☐ There is/are other attorney(s) from my current law firm/government agency who are counsel of record in this case.

 ☐ I am no longer with the firm/government agency representing the above-named party in this action. There is/are attorney(s) from my former firm/government agency who are currently counsel of record in this case.

**This form *cannot* be used as a substitution of attorney form. For substitution of attorney procedures please refer to Local Rule 83-2.9 and form G-01, *Request for Substitution of Attorney* and G-01ORDER, *Order on Request for Substitution of Attorney*. At least one member of the firm/government agency MUST continue to represent and receive service for the parties indicated above in this action.**

Date: _____    _____
                          *Attorney Signature*

PLEASE NOTE: The information provided in this Notice will be used to update the above-entitled case only. A separate Notice must be completed for each case said change(s) is to be made. See Local Rule 83-2.7.