MELINDA R. BIRD, SBN 102236
melinda.bird@disabilityrightsca.org
DISABILITY RIGHTS CALIFORNIA
3580 Wilshire Blvd., Suite 902
Los Angeles, CA 90010
Tel: 213.427.8747
Fax: 213.427.8767

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DENNIS RUTHERFORD, et al., **PLAINTIFF(S)** | CASE NUMBER | Civ. 75-04111-DDP |
| v. | | |
| LEROY BACA, as Sheriff of the County of Los Angeles, et al., **DEFENDANT(S).** | **NOTICE OF CHANGE OF ATTORNEY INFORMATION** | |

**The following information must be provided:**

I, ___Melinda R. Bird___ , ___102236___ , ___melinda.bird@disabilityrightsca.org___
        *Name*          *CA Bar ID Number*       *E-mail Address*

☑ am counsel of record or ☐ out-of-state attorney in the above-entitled cause of action for the following party(s)
DENNIS RUTHERFORD, et al.,

and am requesting the following change(s):

***SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:***

☑ TO UPDATE NAME OR FIRM INFORMATION:
   ☑ I am providing the following new information pursuant to Local Rule 83-2.7 to be updated on the above-entitled cause of action.

PROVIDE ONLY THE INFORMATION THAT HAS CHANGED

Attorney Name changed to _____
New Firm/Government Agency Name ___Disability Rights California___
New Address ___3580 Wilshire Blvd., Suite 902, Los Angeles, CA 90010___
New Telephone Number ___213.427.8747___ New Facsimile Number ___213.427.8767___
New E-mail address ___melinda.bird@disabilityrightsca.org___

☐ TO BE ADDED AS COUNSEL OF RECORD: CHECK ONE BOX
   ☐ I am counsel of record in the above-entitled action and should have been added to the docket in this case. I made my first appearance in this case on _____
   ☐ This constitutes my Notice of Appearance to appear as counsel of record for the party(s) listed above in the above-entitled action.

IF YOUR FIRM IS **NOT** ALREADY PART OF THIS ACTION AND ARE ASSOCIATING IN AS COUNSEL OF RECORD A NOTICE OF ASSOCIATION SHOULD BE FILED. IF YOU ARE GOING TO APPEAR PRO HAC VICE, A SEPARATE APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE, G-64 MUST BE FILED.

Attorney Name _____  CA State Bar Number _____
Firm/Government Agency Name _____
Address: _____
Telephone Number _____  Facsimile Number _____
E-mail address _____

☐ TO BE REMOVED FROM THE CASE: **

I am no longer counsel of record in the above-entitled cause of action.

CHECK ONE BOX

☐ The order relieving me as counsel of record was filed on: _____.

☐ There is/are other attorney(s) from my current law firm/government agency who are counsel of record in this case.

☐ I am no longer with the firm/government agency representing the above-named party in this action. There is/are attorney(s) from my former firm/government agency who are currently counsel of record in this case.

**This form *cannot* be used as a substitution of attorney form. For substitution of attorney procedures please refer to Local Rule 83-2.9 and form G-01,** *Request for Substitution of Attorney* **and G-01ORDER,** *Order on Request for Substitution of Attorney.* **At least one member of the firm/government agency MUST continue to represent and receive service for the parties indicated above in this action.**

Date: 9/3/09                                    /s/ - Melinda Bird
                                                *Attorney Signature*

PLEASE NOTE: The information provided in this Notice will be used to update the above-entitled case only. A separate Notice must be completed for each case said change(s) is to be made. See Local Rule 83-2.7.