UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   CV 75-04111 DDP                                         Dated: September 10, 2009

Title:   DENNIS RUTHERFORD -v- LEROY BACA
====================================================================
PRESENT:   HONORABLE DEAN D. PREGERSON, JUDGE

John A. Chambers                                  None Present
Courtroom Deputy                                  Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:      ATTORNEYS PRESENT FOR DEFENDANTS:

None                                              None

PROCEEDINGS:      MINUTE ORDER (IN CHAMBERS)


**COUNSEL ARE NOTIFIED** that on the Court's own motion the MOTION FOR RECONSIDERATION RE ORDER ON MOTION FOR DISCOVERY (FILED ON 18-19-09) set for September 14, 2009 at 10:00 a.m., is hereby taken off calendar, the hearing date vacated and will be decided without oral argument.


MINUTES FORM 11                                   Initials of Deputy Clerk: JAC
CIVIL -- GEN