O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS RUTHERFORD,<br><br>        Plaintiff,<br><br>  v.<br><br>LEROY BACA,<br><br>        Defendants. | Case No. CV 75-04111 DDP<br><br>**ORDER CLARIFYING COURT'S AUGUST 4, 2009 ORDER REOPENING DISCOVERY**<br><br>[Defendant's Motion for Reconsideration filed August 19, 2009] |

    Presently before the Court is Defendant's Motion for Limited Reconsideration of the Court's August 4, 2009 Order Reopening Discovery ("Order"). Having reviewed the parties' moving papers, the Court denies the motion, but clarifies the Order in the manner described below.

    Defendant contends that certain language in the Order "substantially impacts the scope of the Judgment in this case and the potential areas of discoverable information that Plaintiffs may pursue." (Mot. 4:10-11.)

    The Order did not address the appropriate scope of discovery. In fact, the Order included an express disclaimer advising the parties that it did "not resolve whether specific documents are

discoverable or specific document disputes." (Order Granting Mot. to Reopen Disc. at 7.) Accordingly, the Court clarifies, to the extent that it is necessary, that the Order should not be construed as having ruled on any scope of discovery related questions.

The Court also clarifies that the August 4, 2009 Order did not rule on the scope of the issues properly before the Court in this matter, and thus, it should not be construed as doing so.

Defendant's Motion for Limited Reconsideration is denied.

IT IS SO ORDERED.

Dated: September 22, 2009

DEAN D. PREGERSON
United States District Judge