Eric G. Balaban
National Prison Project of the ACLU
915 15th Street, NW
7th Floor
Washington, DC 20005
(202) 393-4930

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Dennis Rutherford, et al., | CASE NUMBER |
|---|---|
| Plaintiff(s) | Civ. 75-04111-DDP |
| v. | |
| LEROY BACA, as Sheriff of the County of Los Angeles, et al., | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |
| Defendant(s). | |

The Court, having reviewed the accompanying Application of __Eric G. Balaban__
                                                                *Applicant=s Name*

of __National Prison Project of the ACLU     915 15th St., NW, 7th Fl.,     Washington, D.C. 20005__
                                    *Firm Name / Address*

__(202) 393-4930__                                              __ebalaban@npp-aclu.org__
*Telephone Number*                                              *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of  **X** Plaintiff   ☐ Defendant

__Dennis Rutherford__

and the designation of __Melinda Bird__
                        *Local Counsel Designee /State Bar Number*

of __Disability Rights California__
        *Local Counsel Firm / Address*

__(213) 355-3605__                                              __melinda.bird@disabilityrightsca.org__
*Telephone Number*                                              *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

**X** GRANTED

☐ DENIED.  Fee, if paid, shall be returned by the Clerk.


Dated _____              _____
                                            U. S. District Judge/U.S. Magistrate Judge