```
 1  MARK D. ROSENBAUM, SBN 59940
    mrosenbaum@aclu-sc.org
 2  PETER ELIASBERG, SBN 189110
    peliasberg@aclu-sc.org
 3  ACLU Foundation of Southern California
    1313 W. 8th Street
 4  Los Angeles, California 90017
    Telephone: (213) 977-9500
 5  Facsimile: (213) 977-5297

 6  MARGARET WINTER*
    mwinter@npp-aclu.org
 7  ERIC G. BALABAN*
    ebalaban@npp-aclu.org
 8  National Prison Project of the ACLU
    915 15th Street NW, 7th Floor
 9  Washington, D.C. 20005
    Telephone: (202) 393-4930
10  Facsimile: (202) 393-4931
    *Not admitted in D.C.; practice limited to
11  federal courts

12  Attorneys for Plaintiff
    DENNIS RUTHERFORD, ET AL.
13  (continued on next page)
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS RUTHERFORD, et al., | Case No. CV 75-04111 DDP |
| Plaintiffs, | The Hon. Dean D. Pregerson |
| v. | **NOTICE OF ASSOCIATION OF COUNSEL** |
| LEROY BACA, as Sheriff of the County of Los Angeles, MICHAEL D. ANTONOVICH, YVONNE B. BURKE, DON KNABE, GLORIA MOLINA, ZEV YAROSLAVSKY, as Supervisors of the County of Los Angeles, et al. | |
| Defendants. | |

A/73214927.1

MELINDA BIRD, SBN 102236
melinda.bird@disabilityrightsca.org
Disability Rights California
3580 Wilshire Blvd., Suite 902
Los Angeles, California 90010
Telephone: (213) 355-3605
Facsimile: (213) 427-8767

Bingham McCutchen LLP
STEPHEN D. ALEXANDER (SBN 141099)
stephen.alexander@bingham.com
JENNIFER B. MIKOLEVINE (SBN 236745)
jennifer.mikolevine@bingham.com
355 South Grand Avenue, Suite 4400
Los Angeles, California 90071-1560
Telephone: (213) 680-6400
Facsimile: (213) 680-6499

Bingham McCutchen LLP
STACY W. HARRISON (SBN 175028)
stacy.harrison@bingham.com
1620 26th Street
4th Floor, Main Tower
Santa Monica, California 90404
Telephone: (310) 907-1000
Facsimile: (310) 907-2000

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Bingham McCutchen LLP hereby associates in with the ACLU Foundation of Southern California, National Prison Project of the ACLU and Disability Rights California as attorneys of record for Plaintiffs Dennis Rutherford, et al. in the above captioned case.

Pursuant to such association, it is requested that the following names be added to all electronic services lists as co-counsel for Plaintiffs Dennis Rutherford, et al. at the electronic addresses listed below:

Stephen D. Alexander - stephen.alexander@bingham.com

Stacy W. Harrison - stacy.harrison@bingham.com

Jennifer B. MikoLevine - jennifer.mikolevine@bingham.com

DATED: January 12, 2010         Bingham McCutchen LLP

By: _____
    Jennifer B. MikoLevine
    Attorneys for Plaintiffs

DATED: January 12, 2010         Disability Right California

By:   /s/ Melinda Bird
      Melinda Bird
      Attorneys for Plaintiffs

DATED: January 12, 2010         ACLU Foundation of Southern California

By:   /s/ Peter Eliasberg
      Peter Eliasberg
      Attorneys for Plaintiffs

DATED: January 12, 2010    National Prison Project of the ACLU

By: /s/ Margaret Winter
    Margaret Winter
    Attorneys for Plaintiffs

## **CERTIFICATE OF MAILING**

I hereby certify that on January 12, 2010 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record.

DATED: January 12, 2010

Bingham McCutchen LLP

By: _____
Jennifer B. MikoLevine
Attorneys for Plaintiff