# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | |
|---|---|---|
| Case No. | CV 75-04111 DDP | Date  January 14, 2010 |
| Title | DENNIS RUTHERFORD -V- LEROY BACA | |

Present: The Honorable    DEAN D. PREGERSON, U.S. DISTRICT JUDGE

| John A. Chambers | None Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

Proceedings:

    MINUTE ORDER (IN CHAMBERS)

**COUNSEL ARE NOTIFIED** that the EX PARTE APPLICATION FOR STATUS CONFERENCE (FILED ON 12-15-09) is vacated as moot.

On the Court's own motion, a STATUS CONFERENCE is hereby set for Friday, January 22, 2010 at 10:30 a.m.

| | : | N / A |
|---|---|---|
| | Initials of Preparer | JAC |