# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 75-04111 DDP | Date | January 22, 2010 |
| Title | DENNIS RUTHERFORD -V- LEROY BACA | | |

Present: The Honorable   DEAN D. PREGERSON, U.S. DISTRICT JUDGE

| John A. Chambers | None Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Melinda Bird<br>Margaret Winter | Paul B. Beach<br>Justin W. Clark |

Proceedings:

    STATUS CONFERENCE (COURT ORDERED 01-14-10)

Court, counsel and parties confer re case status.

                                                                                                       0 0  :  50

                               Initials of Preparer        JAC