1  MARK D. ROSENBAUM, (SBN 59940)
   mrosenbaum@aclu-sc.org
2  PETER ELIASBERG, (SBN 189110)
   peliasberg@aclu-sc.org
3  ACLU Foundation of Southern California
   1313 W. 8th Street
4  Los Angeles, California 90017
   Telephone:  (213) 977-9500
5  Facsimile:  (213) 977-5297

6  MARGARET WINTER*
   mwinter@npp-aclu.org
7  ERIC G. BALABAN*
   ebalaban@npp-aclu.org
8  National Prison Project of the ACLU
   915 15th Street NW, 7th Floor
9  Washington, D.C. 20005
   Telephone:  (202) 393-4930
10 Facsimile:  (202) 393-4931
   *Not admitted in D.C.; practice limited to federal courts
11
   Attorneys for Plaintiffs
12 (continued on next page)

13

14                **UNITED STATES DISTRICT COURT**

15                **CENTRAL DISTRICT OF CALIFORNIA**

16

17  DENNIS RUTHERFORD, et al,          ) Case No.  Civ. 75-04111-DDP
                                       )
18               Plaintiffs,           )
                                       ) **EX PARTE APPLICATION FOR**
19                                     ) **STATUS CONFERENCE**
         vs.                           )
20                                     ) Honorable Dean Pregerson
    LEROY BACA, et al.,                )
21                                     ) Date:
                 Defendants.           ) Time:
22                                     ) Dept:  3
                                       )
23                                     )
                                       )
24                                     )
                                       )
25                                     )

26  _____

27

28

                                                                              1

1  MELINDA BIRD, (SBN 102236)
   melinda.bird@disabilityrightsca.org
2  Disability Rights California
   3580 Wilshire Blvd., Suite 902
3  Los Angeles, California 90010
   Telephone: (213) 355-3605
4  Facsimile: (213) 427-8767

5  Bingham McCutchen LLP
   STEPHEN D. ALEXANDER (SBN 141099)
6  stephen.alexander@bingham.com
   JENNIFER B. MIKOLEVINE (SBN 236745)
7  jennifer.mikolevine@bingham.com
   355 South Grand Avenue, Suite 4400
8  Los Angeles, California 90071-1560
   Telephone: (213) 680-6400
9  Facsimile: (213) 680-6499

10 Bingham McCutchen LLP
   STACY W. HARRISON, SBN 175028
11 stacy.harrison@bingham.com
   1620 26th Street
12 4th Floor, Main Tower
   Santa Monica, California 90404
13 Telephone: (310) 907-1000
   Facsimile: (310) 907-2000

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

## EX PARTE APPLICATION FOR STATUS CONFERENCE

Plaintiffs hereby apply, pursuant to local rule 7-19, for a status conference with the court at the court's earliest convenience. Plaintiffs have notified Defendants' counsel, Paul Beach, whose address is set forth below, of their intention to file this ex parte application. *See* Declaration of Peter J. Eliasberg ¶¶ 3-4.

>   Paul Beach
>   Lawrence Beach Allen & Choi
>   100 West Broadway, Suite 1200
>   Glendale, CA 90210
>   TEL: 818-545-1925

Plaintiffs make this request ex parte because of the continuing acute and intolerable problems at Men's Central Jail (MCJ), which are dramatically worse than conditions at the other jail facilities that the Court recently toured along with Plaintiff's expert Dr. James Austin. Most notably, the overcrowding problems in the dormitories and other parts of MCJ are unlike the conditions at other facilities, and have a particularly severe impact on those inmates with mental illness. Plaintiffs hope that a status conference may set in motion a collaborative process to address these problems by depopulating or closing MCJ, which would obviate the need for Plaintiffs to request an evidentiary hearing and injunction against Defendants requiring the County to remedy the grossly deficient conditions that are causing the violations of Plaintiffs' constitutional rights.

## MEMORANDUM OF POINTS AND AUTHORITIES

During the last status conference on January 22, 2010, the Court proposed -- and the parties agreed to -- a tour of various facilities in the Los Angeles County jail that would include members of the Los Angeles County Sheriff's Department and Plaintiffs' expert, Dr. James Austin. That tour took place on March 18 and 19, 2010. With the tour recently completed, and impressions of the facilities fresh in the mind of Dr. Austin, Plaintiffs request another status conference to discuss how best to move forward.

The tour has reconfirmed an enormous difference in conditions at the various facilities, most notably a wide difference between conditions at Men's Central Jail (MCJ) compared with those at Twin Towers and various buildings at Pitchess. The tour, and subsequent discussion about the jails with Dr. Austin, also strengthened four of the bases that animated Plaintiffs' previous request for a status conference.

First, overcrowding at MCJ, particularly in the dormitories "renders it impossible for the Sheriff to exercise his usual discretion and management options to provide adequate security and control" in the jail, thereby threatening the safety and even lives of inmates and custodial staff. Memorandum of Understanding; Court Approval Thereof, filed November 13, 1985 (Docket No. 463), Ex. 5 to Bird Decl.

Second, the effect of the overcrowding at MCJ is particularly severe on the substantial population of inmates with mental illness who are housed in that facility.

4

Third, there are reasonable, cost-effective ways to address the grossly deficient conditions at MCJ, primarily by substantially depopulating or even closing MCJ, that are consistent with public safety.  Based on their previous experience and their visits to the LA County Jails, Dr. Terry Kupers and Dr. Austin continue to believe that these changes can be effectuated within 6 to 12 months.

Fourth, a collaborative approach to remedying the conditions at MCJ by depopulating or closing it would be far less costly and far more expeditious than a motion by Plaintiffs' counsel for an evidentiary hearing and a remedial order to address the deficiencies at MCJ.

Accordingly, Plaintiffs request a status conference to discuss whether the parties can move forward with a collaboration of the County, the Sheriff and the ACLU, with the aid of Dr. Austin and Dr. Kupers to arrive at a plan to decrease the population at MCJ – particularly the population of mentally ill inmates there -- while also mitigating the overcrowding and unconstitutional conditions that generate and exacerbate mental illness in the population at MCJ.

April 1, 2010
ACLU Foundation of Southern California
ACLU National Prison Project
Disability Rights California
Bingham McCutcheon, LLP


____s/ Peter Eliasberg_____

Peter Eliasberg
ACLU Foundation of Southern California
Attorney for Plaintiffs

5