**Declaration of Peter J. Eliasberg**

I, Peter J. Eliasberg, hereby declare:

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2. I am one of the attorneys for the Plaintiff class in the above-captioned case. I am the Managing Attorney at the ACLU Foundation of Southern California and am admitted to practice law in the State of California and before this Court.

3. On Wednesday March 31, 2010 I notified Paul Beach, counsel for Defendants, of Plaintiffs' intention to file an Ex Parte Application for a Status Conference. At approximately 10:45 am, I e-mailed Mr. Beach with this information.

4. At about 12:45 pm I telephoned his office at 818-545-1925, where a woman answered the phone with the following: "Lawrence Beach Allen & Choi, may I help you?" I asked for Paul Beach, and she informed me that Mr. Beach was in a meeting, but that I could leave a message for him on his voice mail. After she transferred me, I proceeded to leave a message informing Mr. Beach that Plaintiffs intended on Thursday April 1, 2010 to file an Ex Parte Application for a Status conference to follow up on the March 18 and March 19th jail tour. I also informed him that he could reach me that day on my cell phone and provided him my phone number.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed April 1, 2010 in Los Angeles, California.

                                                                s/ Peter J. Eliasberg
                                                               Peter J. Eliasberg