MARK D. ROSENBAUM, (SBN 59940)
mrosenbaum@aclu-sc.org
PETER ELIASBERG, (SBN 189110)
peliasberg@aclu-sc.org
ACLU Foundation of Southern California
1313 W. 8th Street
Los Angeles, California 90017
Telephone:  (213) 977-9500
Facsimile:  (213) 977-5297

MARGARET WINTER*
mwinter@npp-aclu.org
ERIC G. BALABAN*
ebalaban@npp-aclu.org
National Prison Project of the ACLU
915 15th Street NW, 7th Floor
Washington, D.C. 20005
Telephone:  (202) 393-4930
Facsimile:  (202) 393-4931
*Not admitted in D.C.; practice limited to federal courts

Attorneys for Plaintiffs
(continued on next page)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS RUTHERFORD, et al, <br><br>　　　　Plaintiffs, <br><br>　vs. <br><br>LEROY BACA, et al., <br><br>　　　　Defendants. | Case No.  Civ. 75-04111-DDP <br><br>**PLAINTIFFS' UPDATE IN ANTICIPATION OF  STATUS CONFERENCE** <br><br>Honorable Dean Pregerson <br><br>Date: <br>Time: <br>Dept:  3 |

MELINDA BIRD, (SBN 102236)
melinda.bird@disabilityrightsca.org
Disability Rights California
3580 Wilshire Blvd., Suite 902
Los Angeles, California 90010
Telephone: (213) 355-3605
Facsimile: (213) 427-8767

Bingham McCutchen LLP
STEPHEN D. ALEXANDER (SBN 141099)
stephen.alexander@bingham.com
JENNIFER B. MIKOLEVINE (SBN 236745)
jennifer.mikolevine@bingham.com
355 South Grand Avenue, Suite 4400
Los Angeles, California 90071-1560
Telephone: (213) 680-6400
Facsimile: (213) 680-6499

Bingham McCutchen LLP
STACY W. HARRISON, SBN 175028
stacy.harrison@bingham.com
1620 26th Street
4th Floor, Main Tower
Santa Monica, California 90404
Telephone: (310) 907-1000
Facsimile: (310) 907-2000

In anticipation of the upcoming status conference, which the Court has requested that Dr. James Austin attend, Plaintiffs hereby update the Court on the status of information sought by Dr. Austin.  As Dr. Austin explained in his declaration submitted along with plaintiffs' December 15, 2009 Ex Parte Application for a Status Conference, if he had access to certain "data extract files," he would be able in "90 days to complete a study and, in consultation and collaboration with the County, provide a limited set of recommendations to would reduce the population of Men's Central Jail – and the overall LA County Jail population – over the course of several months."  Declaration of James Austin ¶ 14.

The specific data files Dr. Austin requested show basic offense and classification information for all persons admitted to and released from the Los Angeles County Jails in the last calendar year (over 200,000 cases), and for the current Jails population (about 19,000).  *See* Austin Decl. ¶¶ 16-17 & Appendix A (describing the requested data files).  The Sheriff's Department has confirmed that it maintains this data in its data system and that it can be readily extracted.  *Id.* at ¶ 17.  "Identifying personal information would not be included in these extract files." *Id.* at ¶ 16.

In addition, during the course of the March 18 and 19 jail tour, Mary Tiedeman asked Sheriff's Department Personnel, on behalf of Dr. Austin, for the following additional information:

1

A. Documents that list the current population and capacity for each of the jail facilities we visited (TTCF, MCJ, NCCF, PDC East North and South) by housing area.

B. Documents that show the aggregate custody levels of the inmates for the system overall but also for each facility.

C. Documents that show the race and ethnicity for the entire system by year for the past five years.

Declaration of Mary Tiedeman ¶ 2.

During the course of the tour, Sheriff's department personnel indicated that the Sheriff's Department could produce all the documents Dr. Austin requested the very next day. *Id.* at ¶ 3. However, after consulting with Defendants' counsel, Sheriff's Department personnel later declined to provide those documents to Dr. Austin or plaintiffs' counsel. *Id.* At ¶ 4 & Exhibit 1.

April 12, 2010                                   Respectfully Submitted,

                                                 ACLU Foundation of Southern California
                                                 ACLU National Prison Project
                                                 Disability Rights California
                                                 Bingham McCutcheon, LLP


                                                     s/ Peter Eliasberg

                                                 Peter Eliasberg
                                                 ACLU Foundation of Southern California
                                                 Attorney for Plaintiffs

2