# DECLARATION OF MARY TIEDEMAN

1

## DECLARATION OF MARY TIEDEMAN

2          I, MARY TIEDEMAN, hereby declare:

3   1.      I am Jails Project Coordinator for the ACLU Foundation of Southern

4   California.  My responsibilities include monitoring compliance with orders and

5   directives relating to the *Rutherford v. Baca* case.

6   2.      I participated in the LA jail facility tours with the Court and the Sheriff's

7
8   Department on March 18 and 19, 2010.  During those tours, I asked for the following

9   documents from Sheriff's Department personnel at the request of Dr. James Austin:

10          A.      Documents that list the current population and capacity for each of the

11
12                  jail facilities we visited (TTCF, MCJ, NCCF, PDC East North and

13                  South) by housing area.

14          B.      Documents that show the aggregate custody levels of the inmates for the

15
16                  system overall but also for each facility.

17          C.      Documents that show the race and ethnicity for the entire system by

18
19                  year for the past five years.

20  3.      When I requested these documents the Sheriff's Department did not indicate

21  that there would be any difficulties obtaining these documents.  Indeed, one of the

22
23  LASD personnel on the tour told me that the department could provide the

24  documents by the next day, and one facility Commander produced one part of the

25  document request during the tour, about 5 minutes after we requested it.

26
27  4.      On March 24, 2010 I received an email from Commander Stephen Johnson

28

**Declaration of Mary Tiedeman**                    1                    Tiedeman Dec - Page 3

which stated that the Department would be unable to provide the documents after consulting with their attorneys.  E-mail attached hereto as Exhibit 1.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct to the best of my knowledge and belief.  Executed this 12th day of April, 2010 in Los Angeles, California.

Mary Tiedeman

# EXHIBIT
# 1

## Mary Tiedeman

| | |
|---|---|
| **From:** | Johnson, Stephen B. [SBJohnso@lasd.org] |
| **Sent:** | Wednesday, March 24, 2010 10:29 AM |
| **To:** | Mary Tiedeman |
| **Cc:** | Kuehl, Eric M. |
| **Subject:** | RE: Population Charts |

Hi Mary:

I checked with our attorneys, and we will not be able to provide you with the requested charts.  I am out of the office until Tuesday 03/30 if you need to discuss.  Thanks sbj

**From:** Mary Tiedeman [mailto:mtiedeman@ACLU-SC.ORG]
**Sent:** Monday, March 22, 2010 9:55 AM
**To:** Johnson, Stephen B.
**Cc:** Kuehl, Eric M.
**Subject:** Population Charts

Hi Commander Johnson:

This is per our conversation at the end of the PDC tour with Judge Pregerson.

Could someone please send me a document or documents that lists the current population and capacity for each of the jail facilities we visited last week (TTCF, MCJ, NCCF, PDC East North and South)?  The document should have the population by housing area.  For example, at South it would list by barrack; East it would list by dorm; MCJ would list by row or dorm.  Just a snapshot of the most recent population count is fine.

Please let me know if you have questions.

Thanks.

---
Mary Tiedeman, MSW
ACLU of Southern California
1313 W. 8th Street
Los Angeles, CA, 90017
p: 213-977-9500 x281
f: 213-417-2281
mtiedeman@aclu-sc.org

 PLEASE CONSIDER THE ENVIRONMENT BEFORE PRINTING THIS EMAIL

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW.  IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.

Tiedeman Dec - Exhibit Page 5