# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Case No.   CV 75-04111 DDP | Date   April 20, 2010 |
| Title   DENNIS RUTHERFORD -V- LEROY BACA | |

Present: The Honorable    DEAN D. PREGERSON, U.S. DISTRICT JUDGE

| John A. Chambers | None Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Peter Eliasberg<br>Daniel Ballon<br>Melinda R. Bird<br>Stephen D. Alexander<br>Jennifer B. Mikolevine | Paul B. Beach<br>Justin W. Clark |

Proceedings:
### STATUS CONFERENCE

Court, parties and counsel confer re case status.

An additional Status Conference will be set in approximately thirty days with a date and time to be reflected in a future minute order.

|  | 2 | : | 25 |
|---|---|---|---|
| Initials of Preparer | | JAC | |