MARK D. ROSENBAUM, (SBN 59940)
mrosenbaum@aclu-sc.org
PETER ELIASBERG, (SBN 189110)
peliasberg@aclu-sc.org
ACLU Foundation of Southern California
1313 W. 8th Street
Los Angeles, California 90017
Telephone:  (213) 977-9500
Facsimile:  (213) 977-5297

MARGARET WINTER*
mwinter@npp-aclu.org
ERIC G. BALABAN*
ebalaban@npp-aclu.org
National Prison Project of the ACLU
915 15th Street NW, 7th Floor
Washington, D.C. 20005
Telephone:  (202) 393-4930
Facsimile:  (202) 393-4931
*Not admitted in D.C.; practice limited to federal courts

Attorneys for Plaintiffs
(continued on next page)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS RUTHERFORD, et al,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>LEROY BACA, et al.,<br><br>　　　　　Defendants. | Case No.  Civ. 75-04111-DDP<br><br>**PLAINTIFFS' NOTICE OF FILING OF REPORT AND ANNUAL REPORT CONCERNING MEN'S CENTRAL JAIL; CITED DECLARATIONS**<br><br>Honorable Dean Pregerson |

1  MELINDA BIRD (SBN 102236)
   melinda.bird@disabilityrightsca.org
2  Disability Rights California
   3580 Wilshire Blvd., Suite 902
3  Los Angeles, California 90010
   Telephone:  (213) 355-3605
4  Facsimile:  (213) 427-8767

5  Bingham McCutchen LLP
   STEPHEN D. ALEXANDER (SBN 141099)
   stephen.alexander@bingham.com
6  JENNIFER B. MIKOLEVINE (SBN 236745)
   jennifer.mikolevine@bingham.com
7  355 South Grand Avenue, Suite 4400
   Los Angeles, California  90071-1560
8  Telephone:  (213) 680-6400
   Facsimile:  (213) 680-6499
9
   Bingham McCutchen LLP
10 STACY W. HARRISON (SBN 175028)
   stacy.harrison@bingham.com
11 1620 26th Street
   4th Floor, Main Tower
12 Santa Monica, California 90404
   Telephone: (310) 907-1000
13 Facsimile: (310) 907-2000

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Plaintiffs hereby give notice of their filing of the ACLU's Annual Report on Conditions in Mens' Central Jail, and the declarations cited in that Annual Report, all of which are attached hereto.

May 5, 2010                                         Respectfully Submitted,

                                                    ACLU Foundation of Southern California
                                                    ACLU National Prison Project
                                                    Disability Rights California
                                                    Bingham McCutcheon, LLP


                                                         s/ Peter Eliasberg_____

                                                    Peter Eliasberg
                                                    ACLU Foundation of Southern California
                                                    Attorney for Plaintiffs

1