# DECLARATIONS CITED IN ANNUAL REPORT CONCERNING MEN'S

# CENTRAL JAIL

<u>Declaration Index</u>

| Prisoner # | Name | Report citations page(s) | Declaration page |
|---|---|---|---|
| Prisoner 1 | Demond Little | 24, 30, 36, 44 | 65 |
| Prisoner 2 | Rockeef Anderson | 28 | 72 |
| Prisoner 3 | Jesus Anthony Marin | 28 | 77 |
| Prisoner 4 | Leon Hardin | 28 | 81 |
| Prisoner 5 | Alphonso Hawkins | 28, 45, 46, 49 | 90 |
| Prisoner 6 | James Barker | 29 | 92 |
| Prisoner 7 | Monti Stone | 29, 47, 48 | 97 |
| Prisoner 8 | Lee Lewis | 29 | 103 |
| Prisoner 9 | Bryan Jones | 30, 31, 45, 46 | 112 |
| Prisoner 10 | Stephen (Paul) Jones | 10, 12, 30, 33 | 119 |
| Prisoner 11 | Kendrick Goodwill | 30, 36 | 125 |
| Prisoner 12 | Louis Hollingsworth | 20, 32 | 132 |
| Prisoner 13 | Danny Williams | 35 | 137 |
| Prisoner 14 | Michael Serrato | 14, 20, 40, 45, 46, 48 | 143 |
| Prisoner 15 | Carlos Ortiz | 45, 46, 47, 52 | 152 |
| Prisoner 16 | Barry Mosley | 40, 43, 45, 46, 51, 53 | 161 |
| Prisoner 17 | Darrell Garrett | 46 | 171 |
| Prisoner 18 | Heriberto Rodriguez | 47 | 178 |
| Prisoner 19 | Jesse Mejia | 47 | 184 |
| Prisoner 20* | Bruce Eidinger | 43, 47 | --- |
| *Note: there is no corresponding declaration for this prisoner. His complaint was documented during a jail walk through and is recorded in jail monitor notes, on file. | | | |
| Prisoner 21 | Richard Iyotte | 43, 47, 48 | 189 |
| Prisoner 22 | Ramon Campos | 48 | 194 |
| Prisoner 23 | Kevin Keys | 48 | 200 |
| Prisoner 24 | Demonte Daniels | 48, 56 | 204 |
| Prisoner 25 | Brian Barnes | 50, 51, 52, 53 | 210 |
| Prisoner 26 | DeMario Green | 50 | 213 |

| Prisoner # | Name | Report citations page(s) | Declaration page |
|---|---|---|---|
| Prisoner 27 | Ishmael Mizrahi | 10, 50 | 218 |
| Prisoner 28* | James Barker | 51 | 92 |
| *Note: This is the same prisoner as Prisoner 6.  Both citations refer to the same declaration. | | | |
| Prisoner 29 | Therin McGuire | 52, 57 | 225 |
| Prisoner 30* | Julio Torres | 43 | --- |
| *Note: there is no corresponding declaration for this prisoner. His complaint was documented during a jail walk through and is recorded in jail monitor notes, on file. | | | |
| Prisoner 31 | Justin Richie | 43, 59 | 234 |
| Prisoner 32 | Ramiro Alvarez | 11 | 246 |
| Prisoner 33 | Eric White | 11 | 251 |
| Prisoner 34* | Anthony Rodriguez | 12 | --- |
| *Note: there is no corresponding declaration for this prisoner. His complaint was documented during a jail walk through and is recorded in jail monitor notes, on file. | | | |
| Prisoner 35 | Dayshuan Rushing | 14 | 257 |
| Prisoner 36 | Emmanuel Benson | 14, 15 | 264 |
| Prisoner 37* | Antonio Rodriguez | 15 | 270 |
| *Note: Prisoner 37 is a different person with the same name from #34. | | | |
| Prisoner 38 | Michael Holguin | 15, 16 | 277 |
| Prisoner 39 | Eefrom Jones | 16 | 282 |
| Prisoner 40 | Warren Collins | 57 | 287 |

# DECLARATION OF PRISONER #1
# DEMOND LITTLE

**Declaration of Demond Little**

I, Demond Little, hereby declare:

1.     I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.     I am 35 years old and I have been in jail since March, 2009. When I first came into jail, I was on a breathing machine in the hospital. I was placed in a medical ward and despite my requests for mental health treatment, I was ignored. I finally broke a window during an episode while feeling suicidal. After breaking the window, I finally saw a psych, but I was also punished for breaking the window.

3.     When I was in LA county jails previously, I received mental health treatment. I've been in the Tarzana Mental Health Center, and when I was in prison, I was classed EOP. I told the psych that I was EOP, but I was still de-classed from the Towers. I have been receiving mental health treatment since I was 9 years old.

4.     After seeing a psych, I was briefly classed in the Towers for mental health treatment. While in the Towers, I had a confrontation with a guard, and after the confrontation, a psych came and de-classed me. I think the deputies intimidated her into de-classing me, and I have heard stories from other inmates saying the same thing.

5.     After being de-classed and moved into CJ, I haven't received any mental health treatment. I saw a psych once in CJ, and I told her that I was still hearing voices and feeling distressed. The psych told me to get through it, and that I wouldn't receive any other treatment. The guards mock inmates with mental health problems. I saw two inmates complaining of mental health problems get beaten up and dragged out. The guards that did the beating were at work the next day.

6.     It seems like the guards are their own gang in here. They put their hands on inmates to show off their authority. The whole jail is overwhelming and I fear for my safety. I never know when someone will come and beat me and then accuse me of assault.

7.     The showers are very dirty. I get a shower sometimes once every 72 hours and the showers don't get disinfected. There are no tables to eat meals. I have to eat in my bed, at the

1  same place I sleep at night. I see a lot of inmates with MRSA and other staph infections because

2  of how dirty everything is. There are only 5 toilets and 5 sinks for the 120 people in my dorm.

3  The ventilation is very poor and there is very little space for the 120 people. All of the beds are

4  pushed very close together. It is so cramped that illnesses spread really quickly. The doctors say

5  there are too many people to see, so I feel like I'm placed on the back burner.

6      8.      I only get outside really early in the morning, between 4-5 a.m. I have to choose

7  between going outside and sleeping past 4 a.m. I get outside so early that I don't really get to see

8  the sun. We only get outside once a week a couple of hours on Thursdays. When I first came to

9  CJ, I didn't even know I could go outside, because the deputies come so early in the morning.

10     9.      Church is offered at the same time as pill call. I have to choose between church

11 and pill call, and if I miss pill call, the deputies punish the whole dorm. The deputies will shut

12 down the TV and take away phones, and say that it is the fault of a single inmate. They egg the

13 other inmates on to beat up that inmate.

14     10.     Anytime anyone goes to court, they routinely perform cavity searches. I feel like

15 they do the search just to humiliate inmates. I've seen deputies punish inmates by taking shoes

16 away and making inmates walk around barefoot.

17     11.     The deputies don't respect any inmates. They just treat us like bodies and are

18 quick to put their hands on us. The deputies will put charges on inmates that get beaten up in

19 order to cover their own tracks. There are a lot of people other than me that also have mental

20 health problems, but it seems like there is no way to get treatment while in CJ. I feel like I don't

21 have any way to get the help I need. I am a citizen, and I deserve to be treated like one. I

22 shouldn't have to face the resentment that the deputies have.

23

24     I declare under penalty of perjury of the laws of the State of California and the United

25 States that the foregoing is true and correct.  Executed this 29th day of June, 2009 in Los

26 Angeles, California.

27                              _____/s/_____

28                              Demond Little

2

Declaration of _Demond Little_

1

2      I, _Demond Little_ hereby declare:

3          1.     I make this declaration based on my own personal knowledge and if called to testify I

4    could and would do so competently as follows:

5          2.     I am 35 years old and I have been

6    in jail since March 2009 when I first came

7    into jail I was on a breathing machine

8    in the hospital. I was placed in a medical

9    ward and despite my requests, for mental

10   health treatment, I was ignored. I finally

11   broke a window during an episode

12   while feeling suicidal. After breaking

13   the window, I finally saw a psych

14   but I was also punished for breaking

15   the window.

16         3.     When I was in LA county jails

17   previously, I received mental health

18   treatment. I've been in Tarzana

19   Mental Health center and when

20   I was in prison, I was classed

21   ECP. I told the psych I was

22   ECP but I was still de-classed

23   from the Towers. I have been

24   receiving mental health treatment

25   since I was 9 years old.

26         4.     After seeing a psych, I was

27   briefly classed in the Towers

28   for mental health treatment.

_/ x Demond H. Little_

Page 67

While in the Towers, I had a confrontation with a guard, and after the confrontation, a psych came and declassed me. I think the deputies intimidated her into declassing me, and I have heard stories from other inmates saying the same thing.
5. After being declassed and moved into CJ, I haven't received any mental health treatment. I saw a psych once in CJ and I told her I was still hearing voices and feeling distressed. The psych told me to get through it and that I wouldn't receive any other treatment. The guards mock inmates with mental health problems. I saw two inmates complaining of mental health problems get beaten up and dragged out. The guards that did the beating were at work the next day.
6. It seems like the guards are their own gang in here. They put their hands on inmates to show off their authority. The whole jail is overwhelming and I fear for my safety. I never know when someone will come and beat

2 x Demand H.l. OMH

1  me and then accuse me of assault.
2  7. The showers are very dirty. I
3  get a shower sometimes once every
4  72 hours and the showers don't
5  get disinfected. There are no
6  tables to eat meals. I have
7  to eat at the same place I
8  sleep at night. I see a lot of
9  inmates with MRSA and other
10  staph infections because of how
11  dirty everything is. There are
12  5 toilets and 8 sinks in my dorm
13  for the 120 people in the dorm.
14  The ventilation is very poor
15  and for the 120 people there is very
16  little space. All of the beds are pushed
17  very close together. It It's so
18  cramped that illnesses spread really
19  quickly. The doctors say there
20  are too many people to see, so
21  I feel like I'm placed on
22  the back burner.
23     8. I only get outside really early
24  in the morning between 4-5 in the
25  morning. I have to choose between
26  going outside and sleeping past
27  4 am. I get outside so early I
28  don't really get to see the
   sun. We only get outside for

a couple hours on Thursday, when I
first came to W, I didn't even
know, I could go outside because the
deputies come so early in the morning.
9. Church is offered at the same time
as pill call. I have to chose between
church and pill call and if I miss
pill call, the deputies punish the
whole dorm. The deputies will shut
down the TV and take away
phones, and single out a single
inmate. They egg the other inmates
on to beat up a single inmate.
10. Any time anyone goes to
court they routinely perform
a cavity search. I feel like
they do the search just to humiliate
inmates. I've seen deputies punish
inmates by taking shoes away
and making inmates walk around
barefoot.
11. The deputies don't respect any
inmates. They just treat us like
bodies and are quick to just
put their hands on us. The deputies will
put charges on inmates that
get beaten up in order to
cover their own tracks.
4.

1  There are a lot of people other than
2  me that also have mental health problems,
3  but it seems like there is no way
4  to get treatment while in CJ,
5  I feel like I don't have any
6  way to get the help I need
7  I am a citizen, and I deserve,
8  to be treated likeone. I shouldn't
9  have to face the resentment that
10  the deputies have.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed this 10th day of June, 2009 in Los Angeles, California.

Printed Name X _____

5 x

# DECLARATION OF PRISONER #2
# ROCKEEF ANDERSON

# DECLARATION OF ROCKEEF ANDERSON

I, ROCKEEF ANDERSON, hereby declare:

1.      I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.      I am 36 years old and an inmate at Men's Central Jail.  I have been in custody approximately 15 months.

3.      I have had mental health issues for about 25 years.  As a teenager I was diagnosed with depression.  I was diagnosed with bipolar disorder when I was in my twenties.

4.      My mental health conditions require me to take three different medications on a daily basis and receive monthly therapy where a doctor asks me how I am feeling and if my medication is appropriate.

5.      I must take my medication on a daily basis, and follow my doctor's instructions on how I am supposed to take them.   Without my medication I get symptoms.  I lose my appetite, get angry over little things, have trouble concentrating, and feel worthless.

6.      Since I don't have my medication I don't have an appetite and I eat very little. Consequently, I feel weak.

7.      Without my medication I am easily irritated with others.  My row is very noisy.  When people in my row or people who live upstairs make a lot of noise, I become irritated and start yelling and cussing at them.  I am also irritable with the deputies.

8.      When I don't have my medication, I am not able to concentrate.  This is a problem since I am a *pro per*, which means that I represent myself.   I have difficulty reading because I have a hard time concentrating and can't effectively research my case.   When I read, my mind starts to wander.  If I had my medication I would be able to concentrate.  I know this because it has helped me in the past.  The medication helps me with my symptoms.

9.      Since I have been in jail I have not received any of my prescribed medication even though I have placed several complaints.  I have stopped officers and social workers many times and requested my medication.   The social worker says that she will verify my request but never gets back to me.  In fact, the only thing the social worker has ever communicated to me about was how I take Benadryl to

R. A.

1   help me go to sleep. ~~However, I was never prescribed Benadryl~~.

2          10.    Since I have been in jail I have also not received therapy.  Although I have made many

3   requests to the social worker about my therapy, just like with my requests for my medication, she has not

4   gotten back to me.

5          I declare under penalty of perjury of the laws of the State of California and the United

6   States that the foregoing is true and correct.  Executed this 22 day of June, 2009 in Los Angeles,

7   California.

8

9

10                                              ROCKEEF ANDERSON

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2
DECLARATION OF ROCKEEF ANDERSON

Declaration of Rockeef Anderson

1. I, Rockeef Anderson , hereby declare:

2. 1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

3. 2. I am 37 yrs old and have been in jail 4 times. in the past. This time I have been in jail 15 months on crim. charges. threats. I had sev. arg. w/ a storeowner & he asked me not come into the store. But I would go back when there were other workers there. He saw a security video + advised other workers to not do business w/ me. On day I was arrested I was told I was not allowed to do business there. & I got into an arg. w/ the storeowner. I was not on my medications when this happened. I had been released from prison + they only gave me a 30 day supply. I ran out + was not able to see my doctor. B/c I didn't have my medication I started getting angry over little thngs. I have been diagnosed by a doctor w/ bipolar disorder + depression. In Soledad + Jamestown prison the dr. diag. w/ bipolar disorder. In juvenile Hall + rehab I was diag. w/ depress. B/c of the diag. I was recieving medications. For the bipolar disorder I was getting Lemroa (1 pill), Papil (1 pill), and for the depression Prozac (2 pills ~ 40 mg.). Generally I take I was not recieving my meds through

1  Prison. Since I have been in jail I have not
2  received any medications. I put in 4
3  diff. complaints to obtain my medication. I
4  have stopped the officers + social worker many
5  times and have requested to get my
6  medication. Since I don't have my medication
7  I have no appetite. Every other day I
8  would eat a small pk of carrots (about 25).
9  Consequently I feel weak. I also feel
10  worthless — like I let my family down. B/c I
11  feel worthless I get irritated w/ others.
12  For instance, when people in ~~your~~ my row or upstairs
13  make a lot of noise I get irritated. I start
14  yelling + cussing at them. I have also become
15  irritated at the deputies. For example, there was one time when The day b/4 they took
16  my laundry They did it just to harass the incident the entire
17  row. So the next day I didn't have clean
18  laundry. I told the deputy "Fuck you + ~~your~~ laundry."
19  ~~the~~ The deputy tried to get you in trouble ~~of~~
20  ~~other~~ ~~inmates.~~ ~~Another time~~ I have also
21  been disciplined for taking books out of
22  the library for my legal defense b/c I'm a
23  pro-per. This means I rep. myself. I need
24  the full hour — hour and ½ to do my
25  legal research. However, sometimes they deputies don't let
26  me ~~go~~ to the law library in at all & other times I get
27  20-30 minutes. They ~~~~ don't give a reason.
28  B/c I'm not taking my medication I have a

left margin (bottom):
~~L~~ en the pantry. near around distributed in laundry exchange as a result cancelled many change of the building have the to tell the other inmate the reason why

2

J took the book b/c
I was not able to
concentrate b/c I was w/out medication

Page 75

1  hard time concentrating and I can't effectively
2  research my case. When I'm reading my mind
3  starts wandering. If I had my medication
4  I would be able to concentrate I know this
5  because it helped me in the past. R.A. I wards
6  6th grade I stopped going to school b/c
7  I couldn't concentrate + I felt I didn't
8  belong. However, the medicine helps me with
9  these symptoms
10  In Tehachapi prison I recieved therapy.
11  I would speak to a doctor once a month
12  about how I was feeling, my dosage. currently, I
13  have not g. recieved therapy although I have
14  made many requests. For instance I told
15  the social worker that I am to get meds +
16  therapy and she says she will verify but
17  she never gets back to me. The only thing she ever
18  communicated R.A. to me about was how I was taking Benadryll
19  to help me go to sleep.
20
21
22      I declare under penalty of perjury of the laws of the State of California and the United
23  States that the foregoing is true and correct. Executed this _____ day of _____,
24  2009 in _____
25
26                    ROCKEEF ANDERSON
27
28

3

Page 76

# DECLARATION OF PRISONER #3
# JESUS ANTHONY MARIN

**Declaration of Jesus Anthony Marin**

I, Jesus Anthony Marin , hereby declare:

1.    I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.    I have been in the custody of the Los Angeles County Sheriff's Department since about April 2009. I am currently located in Men's Central Jail in unit 8122, which is the medical unit.

3.    There are 12 people in my dorm. Everybody in my dorm, including myself is in a wheelchair. I have been in a wheelchair for about 4 months, from when I fell down the stairs after having a heart problem.

4.    I was diagnosed about 20 years ago with bi-polar schizophrenia, paranoid and the State of California has me classified as triple CMS. I take my medications when I am on the outside, but I have not received my medication regularly since I've been here.

5.    When I don't take my medication I become homicidal and I can't sleep and I start shaking. I'm trying to control my thoughts and my anger because I don't want to hurt anybody while I'm in here.

6.    I have been hospitalized four times for nervous breakdowns and stress.

7.    When I'm on the outside I see my doctor about once a week because he asks me to come in to make sure the medicine is working. When I was committed I had therapy meetings twice a day. But since I've been in here I haven't had one meeting. I feel lucky when I am able to even get out once a week of church service.

8.    I have been on SSDI for about ten years but it stops when I'm in jail.

Declaration of  Jesus Anthony Marin

Page 77

9.      I was in the Towers for a month before I first saw a psychologist, but by that time I was already deteriorated and my mind was going.

10.     I saw a psychologist yesterday morning at 3am and I still haven't gotten my medication.

11.     I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct.  Executed this 14th day of July 2009 in Los Angeles, California.


_____/s/_____

Jesus A. Marin

Declaration of Jesus Anthony Marin

**Declaration of** Anthony Marin

I, Anthony Marin _____, hereby declare:

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2. I have been in the custody of the Los Angeles County Sheriffs Department since about April 2009. I am currently located in Men's Central Jail in unit 8122, which is the medical unit.

3. There are 12 people in my dorm. Everybody in my dorm, including myself is in a wheelchair. I have been in a wheelchair for about 4 months, from when I fell down the stairs after having a heart problem.

4. I was diagnosed about 20 years ago with pro bi-polar & schizophreniza, paranoid and the State of California has me classified as tripple CMS. I take many medications when I am on the outside, but I have not recieved my medication regularly since I've been here.

5. When I don't take my medication I become homucidal and I can't sleep and I start shaking. I'm trying to control my thoughts and my anger because I don't want to hurt anybody while I'm in here.

6. I have been hospitalized four times for nervous breakdowns and stress.

7. When I'm on the outside I see my doctor about once a week because he asks me to come

in to make sure the medicare is working. and I al

when I was commited I have had meetings therapist twice

a day. But since I've been in here I haven't had

one meeting. Th I feel lucky when I am able to

even get out once a week for church service.

    8. I have been on SSDI for about ten years

but it stops when I'm in jail.

    9. I was in the Tower for a month before I

first saw a psychologist, but my by that time

I was already deteriorated and my mind was going.

    10. I saw the psychologist yesterday morning at

800am and I still haven't gotten my medication.

I declare under penalty of perjury of the laws of the State of California and the United

States that the foregoing is true and correct. Executed this 14 day of July,

2009 in Los Angeles.

X _Jesus A. Marin_

_JESUS A. MARIN_

3

# DECLARATION OF PRISONER #4
# LEON HARDIN

**Declaration of Leon Hardin**

1   I, Leon Hardin, hereby declare:

2   1.      I make this declaration based on my own personal knowledge and if called to

3   testify I could and would do so competently as follows:

4   2.      I was a custodian for the Los Angeles Community College District for over 13

5   years - Los Angeles Valley College.  I was born in Sun Valley and lived in California all my life.

6   I started taking medication for my mental health issues in 2006 at Dr. Curtis' office.  I was first

7   diagnosed for stress, depression and anxiety.  I was arrested in March of this year, but my

8   problems began in 2006 and I have been in jail 3 or 4 times since then.  Through all of that I

9   remain under Dr. Curtis' care at an office right by the social security office in Van Nuys, off of

10   Van Nuys Blvd.  I was also diagnosed by the Social Security office for depression and anxiety.  I

11   also have mood swings, which is a serious problem I'm trying to get under control for the sake of

12   my family.  I have two daughters and a son, and I was married for over 16 years.  We separated in

13   2006 because of because of my mental illness.  I told the people in IRC that I have mental

14   problems and I have been treated before when in jail and sent them my paperwork from Dr.

15   Curtis.

16   This time I had to file multiple complaints with the deputies, maybe 10 complaints that

17   were thrown away by deputies during a cell search before I finally got to go to the psych ward.  I

18   had to ask them to pull up my medical file from my previous stays in jails, so they could see that

19   I had been treated.  It still took about a week or more after that before I got any treatment.

20   The first medications I got were to treat withdrawals from alcohol.  I still haven't received

21   all of my medications.  I am taking Buspar, but in previous times I took Seroquel and Prozac.

22   I've told the psych that I was missing a lot of the medications I've taken while in jail in the past,

23   but nothing has come of that.  I've been waiting about three months for them to give me the

24   proper medications - still nothing.

25   When I was in the psych ward I was in classes for anger management, but I only got to go

26   to one, because the doctor declassed me.  He says that I don't have any mental problems and he

27   doesn't see why I'm here.  He has done that to me maybe 4 times since I've been here.  I was

1   supposed to see this doctor, what is called one-on-ones, every 2 weeks.  But he never gave me

2   any therapy.  He always just declassed me after asking me a few questions.

3        The only therapy I've ever received are beatings and what are called flashlight therapy.  I

4   was on the psych ward for about 4 days and I was going out for outdoor rec.  When I was hit on

5   the top of my head by what I believe was a flashlight.  I was knocked unconscious.  When I came

6   to I had blood dripping from my head being escorted from the psych ward to the little hospital

7   they have in the jail.  I received 7 staples  on the top of my head, six stitches on the side of my

8   head, and I re-injured my lower back and neck.   Then I was in the hospital in a wheelchair for

9   about a month.  Then I got a walker.

10        Then, out of the blue, while still in the walker, I was declassed, put in a wheelchair and

11   taken to a holding cell in the Towers.  The deputies asked me to undress and change into yellows

12   for the psych ward and took my wheelchair away.  I told them that I still couldn't walk and the

13   deputies told me to lay down.  Then one of them grabbed my collar and dragged me to elevator to

14   up to the Tower 1 psych ward.  I screamed that they were choking me, because the collar was

15   pushing against my throat as they dragged me.  But they didn't care.  The just made jokes about

16   my weight.  Then they told me to get up; that I was faking.  Then about 4 deputies started kicking

17   and punch me; grabbing at my clothes and pulling me by them.  Then they dragged me to the

18   visiting area and handcuffed both of my hands behind my back and left me on the floor for about

19   an hour.

20        Then a psych guy came to see me while I was on the floor.  He asked what was wrong

21   and I told him what had happened.  Then I asked him what the deputies had said.  He said that

22   they told him that I was suicidal and told him that they hadn't done anything to me.  I told him

23   that I was not suicidal and had no intention of hurting myself or anyone else.  Then he left.  Then

24   the deputes found a wheelchair and wheeled me up to the 7th floor suicide watch module.  They

25   make you take off all of your clothes and wear a padded suit.  I was there for 3 days.  I saw the

26   psych and asked if I could be sent anywhere else.  She said that she had to send me back to where

27   I came from.  So, they sent me back to the same place where I as beaten on the psych ward.

28        About a week later I saw the psych and he declassed me- the same psch (sic) who as

1  supposed to be giving me therapy every two weeks.  He sent me back to general population.  It

2  took a few days for the few medications they were giving me to reach me in GP.

3      I've been in GP for about a month now.  I request to see the psych almost everyday, but

4  still haven't seen the psych.

5      Finally, my attorney and the judge have seen that I need treatment, not jail, and are going

6  to send me to a rehabilitation program.  I believe that, had this program not come along, I would

7  die here.  I see people in my predicament, with mental health needs, all the time.

8

9      I declare under penalty of perjury of the laws of the State of California and the United

10  States that the foregoing is true and correct.  Executed this 24th day of June, 2009 in Los

11  Angeles, California.

12                                            _____/s/_____

13                                            Leon Hardin

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

| | |
|---|---|
| Name: | Leon Hardin |
| Booking Number: | 1851230 |
| CDC # | |
| Date of Birth: | 5/14/71 |
| Social Security Number: | 567 39 2036 |
| Current Housing: | 4400 A-5 |
| Phone number (s): | 818.506.4029 - Mother<br>818.336.2704 - daughter - 17 yrs old |
| Current Last Address: | 6725 Cold-Water Canyon   N. Hollywood 91606 |
| Public Defender/Attorney: | Lira - Van Nuys<br>Tracy Kahn → Pasadena |
| Doctor(s)/Social Workers: | Dr. Thomas Curtis - facility name<br>→ Dr. Daniel Capin - surgeon<br>→ Dr. Greenspan - General MD |
| Parole Officer: Which office: | → VanNuys → probation |
| Other Family/Friend Contacts: | James Flag → friend → 818.674.0111<br>Genta → 818.802.4029 → friend |
| Medications taken: | Prozac, Zimbalta, Xanex, Ambien CR, Norco, Nevrotin, Buspar serogel |
| Hospitals/Clinics: (include dates) | Believes will be released to Network Foundation → Alcholol/Drug |
| Prisons (dates) | |

Declaration of **Leon Hardin**

1.   I, **Leon Hardin**, hereby declare:

1.    I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.    I was a custodian for the Los Angeles Community College District for over 13 years – Los Angeles Valley College. I was born in Sun Valley and lived in California all my life.

I started taking medication for my mental health issues in 2006 at Dr. Curtis' office. I was LH first diagnosed for stress, depression and anxiety. I was arrested in March of this year, but my problems began in 2006 and I have been in jail 3 or 4 times since then. Through all of that I remain under Dr. Curtis' care; LH at an office right by the Social Security office in Van Nuys, off of Van Nuys Blvd. I was also diagnosed by the Social Security office for depression and anxiety. I also have mood swings, which is a serious problem I'm trying to get under control for the sake of my family. I have two daughters and a son, and I was married for over 16 years. We seperated in 2006 because of my mental illness. I told the people in IRC that I have mental problems and I had been treated before when in jail and sent them my paperwork

This time I had to file multiple complaints with the deputies, maybe 10 complaints that were thrown away by deputies during a cell search, before I finally got to go to the psych ward. I had to ask them to pull-up my medical file from my previous stays in jails, so they could see that I had been treated. It still took about a week or more after that before I got any treatment.

(and was placed on SSDI: LH from Dr. Curtis, LA

Page 85

The first medications I got were to treat withdrawls from alcohol. I still haven't received all of my medications. I am taking Buspar, but in previous times I took Seroquel and prozac. I've told the psych that I was missing a lot of the medications I've taken while in jail in the past, but nothing has come of that. I've been waiting about three months for them to give me the proper medications - still nothing.

When I was in the psych ward I was in classes for anger management, but I only got to go to one, because the doctor declassed me. He says that I don't have any mental problems and he doesn't see why I'm there. He has done that to me maybe 4 times since I've been here. I ~~LH~~ was supposed to see this doctor, what is called one-on-ones, every 2 weeks. But, he never gave me any therapy. He always just declassed me LH after asking me a few questions.

The only therapy I've ever received are beatings and flashlight therapy. I was on the psych ward for about 4 days and I was going out for outdoor rec. when I was hit on the top of my head by what I believe was a flashlight. I was knocked unconscious. When I came to I had blood dripping from my head, being escorted from the psych ward to the little hospital they have in the jail. I received 7 staples on top of my head, six stitches on the side of my head, and I re-injured my lower back and neck. Then I was in the hospital in a wheelchair for about a month. Then

*what are called LH* (margin note)

2

1   I got a walker.
2        Then, out of the blue, while still in the walker, I
3   was declassed, put in a wheelchair LH and taken
4   to a holding cell in the Towers. The deputies asked me to
5   undress and change into yellows for the psych ward LH and
6   took my wheelchair away. I told them that I still
7   couldn't walk and the deputies told me to lay down.
8   Then one of them grabbed my collar and dragged me
9   to the elevator to go up to the tower 1 psych ward.
10  I screamed that they were choking me, because the
11  collar was pushing against my throat as they dragged
12  me. But they didn't care. They just made jokes about
13  my weight. Then they told me to get up; that I was
14  faking. Then about 4 deputies started kicking and punching
15  me; grabbing at my clothes and pulling me by them.
16  Then they LH dragged me to the visiting area and
17  hand cuffed both of my hands behind my back and left
18  me on the floor for about an hour. LH
19        Then a psych guy came to see me while
20  I was on the floor. He asked what was wrong and
21  I told him what had happened. Then I asked him
22  what the deputies had said. He said that they told
23  him that I was suicidal and told him that they
24  hadn't done anything to me. I told him that I
25  was not suicidal and had no intention of hurting
26  myself or anyone else. Then he left. Then the LH deputies
27  found a wheelchair and wheeled me up to the 7th floor—
28  the suicide watch module. They make you take off

2

1  all of your clothes and wear a padded suit. I was there
2  for 3 days. I saw the psych and asked if I
3  could be sent anywhere else, she said that she had to send
4  me back to where I come from. So, they sent me back to
5  the same place where I was beaten on the psych ward
6     About a week later I saw the psych and he
7  declassed me — the same psch who was supposed to be
8  giving me therapy every two weeks. He sent me
9  back to general population. It took a few days
10 for the few medications they were giving me to
11 reach me in GP.
12    I've been in GP for about a month now. I
13 request to see the psych almost everyday, but still haven't
14 seen the psych.
15    Finally, my attorney and the judge have seen that
16 I need treatment, not jail, and are going to send me to
17 a rehabilitation program. I believe that, had this
18 program not come along, I would die here. I see people
19 in my predicament, with mental health needs, all the
20 time.

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22          I declare under penalty of perjury of the laws of the State of California and the United

23 States that the foregoing is true and correct. Executed this 24th day of June ,

24 2009 in Los Angeles County California

25                                    Leo Hh

26                                    LEON HARDIN

27

28

3

Page 89

# DECLARATION OF PRISONER #5
# ALPHONSO HAWKINS

### Declaration of Alphonso Hawkins

I, Alphonso Hawkins, hereby declare:

1.     I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.     I am currently an inmate in Men's Central Jail in row 2200.

3.     I am 51 years old. Before my arrest I had been staying at a recovery home in Los Angeles. I had been living there on and off since 2006 and I have been in and out of recovery houses throughout Los Angles since 2005. I've struggled with alcohol for many years. I was seeking treatment and trying my best to stick with my program but I fell of the wagon and got in trouble and was arrested in March 2009. I'm not dangerous. I'm just trying to recover.

4.     I've lived for about 20 years with a diagnosis of schizophrenia, anxiety and depression. I am on SSI and I've gone to County Mental Health Services for treatment. I have been prescribed three different medications for my mental conditions but I have not received any medication since my arrest. As a result, my anxiety has worsened and I have begun to hear negative voices that sometimes tell me to do bad things. I am stressed out and I cannot function properly.

5.     When I was arrested I had to go to the hospital. While at the hospital I told a doctor about the medications I had been taking and he prescribed me Zoloft. He gave that prescription to the deputy that was with me but when I returned to jail, I never received my Zoloft.

6.     After returning from the hospital I went back to booking and then to the Twin Towers. While at the Twin Towers I met with a psychologist who said that I didn't fit the criteria of a mentally ill patient. I told the psychologist in jail that I have a record with County Mental Health Services Center and that he could check it to get my medication but he didn't care. I feel like the mental health doctors in the jails refuse to give me medication until I can't function at all. This makes me angrier and pushes me close to the edge of erupting.

Declaration of Alphonso Hawkins          A - H

7.     I was transferred to Men's Central Jail about a month later. But, the mental health staff in Men's Central Jail are no better. They walk by our cells but all they do is announce that they are here and keep walking.

8.     When I complain to the deputies and the psychologists in Men's Central they threaten me that they are going to send me to the seventh floor of the Twin Towers. They know this is a threat because everyone knows that the inmates up there just wear gowns and are put in cold cells and don't have any blankets. I told them I don't want to go there, and I just want my medicine. Sometimes they say they will put me on the doctor's list, but when they put me on the list, I never get to see a doctor.

9.     The conditions in the jail are not good. Sometimes I see the Lieutenants come by our rows. When they do, the deputies follow the shower and programming schedule. But as soon as the Lieutenants leave the deputies go back to their usual ways of ignoring the schedules. When I go to The cells have been flooding every other day and when they bring our food the church I get strip-searched and they look up my butt. I think they target me because they know they will get a reaction out me when they do it. I filled a complaint about these incidents. trays are filthy

10.     I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed this 22nd day of June, 2009 in Los Angeles, California.

*alphonso Hawkins*

Alphonso Hawkins

Declaration of Alphonso Hawkins

Page 91

# DECLARATION OF PRISONER #6
## JAMES BARKER

### Declaration of James Barker

I, James Barker, hereby declare:

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2. I am 53 years old and I've been in jail for one year, since June 2008.

3. When I first came to jail, after about a week, I was seen by a psych. I was told by the psych that I was going to start receiving meds. I told the psych that I was on Abilify, and that the last time I had been in county jails, I had been on Abilify. I never received any meds during this stay in jail. The psych visited off and on around once a month. Since I was transferred, I haven't seen the psych at all.

4. I've requested to see the psych and I've signed up on sick call. The sick call line takes a couple months and my requests have been ignored. I was told that it would take a year for me to see the doctor. Even when I had a blood clot in my leg, it took 60 days for me to be treated.

5. I keep getting moved back and forth between single cells and dorms, which is very hard on me. I don't like being in large groups and it takes me a while to adjust to new people, particularly when I don't get my meds.

6. Depending on where I have been, I sometimes get a full shower, but often I get maybe a minute every 2-3 days to shower. When I first came into jail, I was being moved very frequently, sometimes every couple of days. Moving this often was very disorienting, and it made it much harder to stay on the psych and doctor lines. Once, I was placed in the super-max at Wayside for two days without any explanation. I'm almost never told why I am being moved.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed this 29th day of June, 2009 in Los Angeles, California.

_____/s/_____

Page 92

James Barker

Declaration of _James Barker_

I, _James Barker._ hereby declare:

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2. I am 53 years old and I've been in jail for one year, since July 2008.

3. When I first came, after about a week, I was seen by a psych. I was told by the psych I was going to start receiving meds. I told the psych I was on Abilify and that I was on abilify the last time I was in jail. I never received any meds. The psych visited off and on around once a month since I was transferred I haven't seen the psych.

4. I've requested to see the psych and I've signed up on sick call. The sick call takes a couple months and my requests have been ignored. I was told that it would take a year to see a doctor. Even when I had a blood clot in my leg, it took

X _James Barker_
149793S

60 days to be treated.

5. I keep getting moved back and forth between singles and dorms, which is hard on me. I don't like being in large dorms and it takes me a while to adjust, particularly when I don't get any meds.

6. ~~the~~ Depending on where I have been, I sometimes get small shower, but often I get maybe a minute, every 2-3 days.

7. When I first came into jail, I was being moved very frequently, sometimes every couple of days. Moving this often was very disorienting, and it made it much harder to stay on the psych and doctor lines. Once, I was placed in the super-max at Wayside for two days without any explanation. I'm almost never told why I am being moved.

7 X James Baker
145-935

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25     I declare under penalty of perjury of the laws of the State of California and the United States

26     that the foregoing is true and correct.  Executed this 25th day of June, 2009 in Los Angeles, Californ

27

28     Printed Name  X _JAMES BARKER_

_1497935_

Page 96

# DECLARATION OF PRISONER #7
## MONTI STONE

1          **Declaration of Monti Stone**

2          I, Monti Stone, hereby declare:

3          1.      I make this declaration based on my own personal knowledge and if called to

4    testify I could and would do so competently as follows:

5          2.      My name is Monti Stone. I came to Men's Central on June 4, 2009.

6          3.      I was taking paxill and seroquel on the outside. I attended POC from parole. I

7    have been taking these two medications for 10 years. I was diagnosed with bipolar disorder. I was

8    hospitalized for a suicide attempt in 1997. The therapy was helpful. I had a better outlook

9    towards everything.

10         4.      I saw the psych upon entry. The last time I saw the psych was June 9th or 10th.

11   That was in Twin Towers. I saw the psychologist there, not the psychiatrist and was given paxill,

12   but only half the dose I normally take. They then de-classed me and sent me to Men's Central.

13   They asked me about my mental health history and the meds I took. They did not diagnose me.

14   They did not prescribe me the Seroquel. The half dose of paxill helped very little. They said I

15   didn't need the Seroquel. I have taken Seroquel at Men's Central before over 8 years ago, but

16   they wont prescribe it to me now. They know I am taking it on the outside and they have talked

17   to the POC before. I cant sleep. I am angry all the time. I fell like I am going to explode. I have

18   put in a request to see the psych at Men's Central and when I bring it up with the deputies, they

19   ignore me. If I had the Seroquel, I would feel normal and like any other person. It took me ten

20   years to find this medication that works.

21         5.      I try to stay away from everybody because I am afraid that I am going to come out

22   on someone and go off on them. We have five minutes for showers but the inmates they take to

23   the shower at the end only get a short amount of time like 1 minute. I am getting me law library

24   time. I am a pro-per. I have to use the small bar of soap I use in the shower to clean my body with

25   to also clean my cell because they don't give us other cleaning materials like disinfectant. I am

26   getting 3 hours a week of out of cell time.

27         6.      The deputies don't like me talking to the ACLU. If I file a complaint the deputies

28   will know I did it and I am afraid they will hit me with their flashlights. I hear from other inmates

1  to not file complaints so the deputies wont retaliate on me.

2

3    I declare under penalty of perjury of the laws of the State of California and the United

4  States that the foregoing is true and correct.  Executed this 25th day of June, 2009 in Los

5  Angeles, California.

6                                                    _____/s/_____

7                                                    Monti Stone

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

Declaration of Monti Stone

I, Monti Stone hereby declare:

1.    I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.    My name is monti Stone. I came to Men's Central on June 4, 2009.

3. I was taking paxcill and seraquel on the outside. I attended POC from Parole. I have been taking these two medications for 10 years. I was hospitalized for a suicide attempt in 1997. The therapy has helpful. I had a better outlook towards everything.

4. I saw the psych upon entry. They asked me about my mental health history and the meds I took. I was diagnosed as bipolar on the outside but they did not diagnose me here. They did not prescribe me any medications. I saw the psychologist and he gave me paxcill, but only half the dose I usually take. It helped very little. They said I didn't need the Seroquel. I have taken Seroquel at Men's Central before over 2 years ago, but they won't

Page 99

prescribe it to me now. They
know I am taking it on the
outside and they have talked
to POC before. I cant sleep.
I am angry all the time.
I feel like I am going to
explode. The last time I saw
the Psych was June 9th or 10th.
That was in Twin Towers. After
I saw the psychologist there and
was given paxill they then
de-classed me and sent me to
Men's central. I have put in
a request to see the psych and
when I bring it up with the
deputies, they ignore me. If
I had the seroquel, I would
feel normal and like any
other person. It took me ten
years to find this medication
that works.

5. I try to stay away from
everybody because I am afraid
that I am going to come out
on someone and go off on
them. We have five minutes
for showers but the inmates
they take to the shower at
the end only get a short

amount of time like 1 minute.
I am getting my law library
time. I am a pro-per. I have
to use the small bar of soap
I use in the shower to clean
my cell because they don't
give us disinfectant in my
cell. I am getting 3 hrs a
week of out of cell time.
6. The deputies dont like me
talking to the ACLU. If I file
a complaint the deputies will
know I did it and I am afraid
they will hit me with flashlights
I hear from other inmates
to not file complaints so the
deputies wont retaliate on
me.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25    I declare under penalty of perjury of the laws of the State of California and the United States

26    that the foregoing is true and correct.  Executed this 25th day of June, 2009 in Los Angeles, Californ

27

28    Printed Name  X _____

# DECLARATION OF PRISONER #8
# LEE LEWIS

1          **Declaration of Lee Lewis**

2          I, Lee Lewis, hereby declare:

3          1.      I make this declaration based on my own personal knowledge and if called to

4    testify I could and would do so competently as follows:

5          2.      My name is Lee Lewis. I have been in Mens Central Jail for around a month. I am

6    26 years old. I am here for a parole violation and I am not sure how long I am going to be here.

7          3.      I saw the psych when I got to Men's Central. I told the psych about my diagnosis

8    and medication. I have been diagnosed with paranoid schizophrenia. I am taking Giody. I have

9    been taking this medication since May 2009. I was prescribed it at the POC. Outside I was in a

10   Midlow house program. The program was helpful, but one day I got locked out and then got lost.

11   I had to live on the streets for a month. I was then picked up for a parole violation. They thought I

12   was running away, but I wanted to go back to the program and get off the streets. I had no where

13   else to go besides the program because I was homeless and had no money. Everything I had was

14   at the program.

15         4.      At MCJ I have seen the psych twice. Both times I told them about my condition

16   and they haven't prescribed me my medication. Without my medication, I am paranoid, my

17   thoughts are racing, I pace in my cell, I put tissue in my ears to try to block out the voices. The

18   doctors and nurses talk really fast and don't want to help me. They try to beat around the

19   medication like I don't know what I am talking about. They don't care.

20         5.      Once I was hospitalized for my condition at Patten State Hospital in 1999.

21         6.      I have not had a shower since I entered MCJ. Last year I was at MCJ, coming

22   from medical, 5 or 6 deputies rushed me and were stomping on me. They put their shoe on my

23   neck. They put me in handcuffs and dragged me to a cell with feces in it. They rubbed my face in

24   the feces. I was crying and they made me stay on the ground in that disgusting cell for 45

25   minutes. I had to stay in that cell for 7 or 8 days. When I would ask why I was being treated this

26   way they would just say "shut the fuck up." I couldn't get a hold of anyone and they would not

27   let me out of the cell. They would not let me shower or change my clothes that were soiled with

28   feces. I went crazy. I lost it. I would just start screaming and I lost all composure. I felt like I was

1   in another world. I started seeing and hearing stuff that wasn't there. They wouldn't give me my

2   medication. I had a bad rash on my arm and even a year later my arm still has spots on it. They

3   fractured my left thumb and I can no longer use it. My face was messed up. My face puffed up

4   around my eyes. They chipped my teeth. They fractured my jaw. They broke me to pieces

5   mentally and physically. I have nerve damage in my back for life because of this beating. I can't

6   lie on my back for the rest of my life. They were bigger than me and they simply kicked me too

7   many times in the back. The deputies just laughed at me and it was very infuriating. They treated

8   me like I wasn't human. I was supposed to see a chiropractor for my back and they never took

9   me.

10       7.    Now, I have two halves of a mattress. I can't sleep on that metal slab so I have to

11   sleep on the floor. My elbow hurts all the time. I cant lift my right leg up to my chest. It might be

12   fractured from the deputies stomping on it. I don't know if the deputies are afraid or if it is part of

13   the training to beat on people, but I have two line indentations on my forehead from the beating. I

14   have asked for an HIV test and no one has seen me yet.

15       8.    I have not had clothing exchange or linen exchange for the month I have been

16   here. I have been in the same clothes for a month and have not got a shower. The nurses never

17   walk through my row. I have to put in a medical request to see a doctor.

18       9.    I am a gang member drop out. I am being housed in K-10 right now. OSJ has not

19   talked to me. No one has talked to me. I am afraid they are going to send me back to general

20   population. I fear for my life. I have been in a FISH row for over a month. I have not been able to

21   use the phone or receive mail. I have not been out of my cell. That is a scary part. They don't

22   have my files here that show I should be in protective custody. They say they are going to send

23   me to general population because they don't have my file. I told them all the information I

24   needed to when I got here and they just ignored it. They are supposed to serve and protect but

25   they are only hurting us. They don't care what I have been through in my life. I am homeless on

26   the streets. I am homeless in jail. I might be homeless for the next ten years or end up dead.

27       10.    I am not a bad person. They said stuff like I was a menace to society.

28       11.    I just want to be treated correctly. I have been out on the streets since I was young,

sleeping behind trash cans. I got to MCJ and I was jumped on. I have been in pain since and I am trying to get away from gang life. It is just too much.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed this 23rd day of July, 2009 in Los Angeles, California.

_____

Lee Lewis

3

**Declaration of** Lee Lewis

I, Lee Lewis hereby declare:

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2. My name is Lee Lewis. I have been in Mens Central Jail for around a month. I am 26 years old. I am here for a parole violation and I am not sure how long I am going to be here.

3. I saw the psych when I got to Men's Central. I told the psych about my diagnosis and medication. I have been diagnosed with paranoid schizophrenia. I am taking criody. I have been taking this medication since May 2009. I was prescribed it at the POC. Outside I was in a midlow house program. The program was helpful, but one day I got locked out and then got lost. I had to live on the streets for a month. I was then picked up for a parole violation. They thought I was running away, but I wanted to go back to the program and get off the streets. I had no where else to go besides the program because I was

LL

1  homeless and had no money. Everything
2  I had was ~~still~~ at the program.
3     4. At MCJ I have seen the psych
4  twice. Both times I told them about
5  my condition and they havent
6  prescribed me my medication.
7  Without my medication, I am
8  paranoid, my thoughts are racing,
9  I pace in my cell, I put tissue in
10  my ears to try to block out the
11  voices. The doctors and nurses talk
12  really fast and dont want to help
13  me. They try to beat around the
14  medication like I dont know what
15  I am talking about. They dont
16  care.
17     5. Once I was hospitalized for my
18  condition at Patten State Hospital
19  in 1999.
20     6. I have not had a shower since
21  I entered MCJ. Last year I was at
22  MCJ, coming from medical, 5 or 6
23  deputies rushed me and ~~weve~~ stomping
24  on me. They put their shoe on my
25  neck. They put me in handcuffs and
26  dragged me to a cell with feces
27  in it. They rubbed my face in the
28  ~~feces~~. I was crying and they made
    me stay on the ground in that

1  disgusting cell for 45 minutes. I had
2  to stay in that cell for 7 or
3  8 days. When I would ask why
4  I was being treated this way
5  they would just say "Shut the
6  fuck up." I couldnt get a hold of
7  anyone and they would not let
8  me out of the cell. They would not
9  let me shower or change my
10 clothes that were soiled with
11 feces. I went crazy. I lost it.
12 I would just start screaming and
13 I lost all composure. I felt like I
14 was in another world. I started
15 seeing and hearing stuff that
16 wasn't there. They wouldn't give
17 me my medication. I had a bad
18 rash on my arm and even a year
19 later my arm still has spots on it.
20 They fractured my left thumb and
21 I can no longer use it. My face
22 was messed up. My face was all
23 puffed up around my eyes. They chipped
24 my teeth. They fractured my jaw.
25 They broke me to pieces mentally
26 and physically. I have nerve
27 damage in my back for life because
28 of this beating. I cant lie on my
   back for the rest of my life. They
   LL

Page 108

were bigger than me and they
simply kicked me too many
times in the back. The deputies
just laughed at me and it was
very infuriating. They treated me
like I wasnt human. I was
supposed to see a chiropractor for
my back and they never took me.
   7. Now, I have two halves of a
mattress. I cant sleep on that metal
slab so I have to sleep on the floor.
My elbow hurts all the time. I cant
lift my right leg up to my chest.
It might be fractured from the
deputies stomping on it. I dont
know if the deputies are afraid or
if it is part of the training to beat
on people, but I have two lines
indentations on my forehead from
the beating. I have asked for an
HIV test and no one has seen me
yet.
   8. I have not had clothing exchange
or linen exchange for the month I
have been here. I have been in the
same clothes for a month and have
not got a shower. The nurses never
walk through my room. I have to put in
a medical request to see a doctor.

LL

9. I am a gang member drop
out. I am being housed in K-10
right now. OSJ has not talked to
me. No one has talked to me. I am
afraid they are going to send me
back to general population. I fear
for my life. I have been in a
fish row for over a month. I have
not been able to use the phone
or receive mail. I have not
been out of my cell. That is
a scary part. They dont have
my files here that show I should
be in protective custody. They
say they are going to send
me to general population because
they dont have my file. I told
them all the information I needed
to when I got here and they
just ignored it. They are supposed
to serve and protect but they
are only hurting us. They dont care
what I have been through in
my life. I am homeless on the
streets. I am homeless in jail.
I might be homeless for the next
ten years or end up dead.
    10. I am not a bad person. They
said stuff like I was a menace to

LL

1   society.

2   11. I just want to be treated

3   correctly. I have been out on the streets

4   since I was young, sleeping behind trash

5   cans. I got to MCJ and I was jumped

6   on. I have been in pain since and

7   I am trying to get away from

8   gang life. It is just too much.

21   I declare under penalty of perjury of the laws of the State of California and the United

22   States that the foregoing is true and correct. Executed this __23rd__ day of __July__, 2009 in

23   Los Angeles, California.

24   LEWIS LEE

# DECLARATION OF PRISONER #9
# BRYAN JONES

**Declaration of Bryan Jones**

I, Bryan Jones, hereby declare:

1.      I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.      I am 30 years old and am currently housed in the Twin Towers Correctional Facility. I have been in jail since February 2009.  I was diagnosed with mental illness since I was around 14 years old. I spent my teenage years going from mental home to mental home. I dropped out of high school because I spent so much time in mental homes. I tried to go to Santa Monica College but I couldn't follow the procedures long enough. Before I was arrested, I was under treatment in San Diego and then Humboldt County Mental Health.

3.      When I first came to jail, a deputy searched me because my pants were on backwards. My pants were on backwards because I was so disoriented. The deputy then hit me in the groin because the search made me even more disoriented. After this incident, I was put in the hole, which means I was moved from dorms into a cell, and had my rec time and visiting restricted. In the hole, I was not allowed to make phone calls, and my access to the canteen was severely limited. .

4.      The Hole has been the best place for me. Generally, the Hole is the only place where I get my special medication and diet. I need to be in the hole because outside of the hole, I don't get my medicine. I routinely miss pill call and then the TV and the other inmates cause anxiety. The other inmates create an atmosphere of fear and I often get into fights. When I miss medication, I think others are plotting against me. For me, being alone is best.

5.      The doctor here diagnosed me after 45 seconds. He acted like he was a king and tried to debunk my illnesses. The doctor took me off all my medicine, which I had previously been prescribed while in jail. When the doctor took me off my meds, he put me in a different room. I didn't have any clothes, and there were feces and blood on the walls. It seemed like it was 1492 or how you would treat a witch. I saw other people chained to the door because they refused to take their clothes off. I felt humiliated. I wasn't allowed to brush my teeth and I could only shower once every 2 weeks if I begged.

6. The deputies treat me like an animal. Deputies tried to provoke me by taunting me or throwing my paperwork everywhere. They took all of my papers. Before, they took my legal documents away whenever I had an episode.

7. Once, when I didn't get my medication, I saw a red troll, who tried to take me into a doorway marked evil. I think I saw this because no one told me when pill call was, and I missed it. When I miss pill call, I see things and I act out. The deputies once handcuffed me after I freaked out. They handcuffed me so hard my hands were numb.

8. I am housed now with gang members and prisoners under life sentences. Another time, when I flipped out, I threw trash around and put a cape on. After I did that, some inmates got mad and I felt afraid. The floor is haunted or something is in the food. The whole building feels like someone is trying to kill me. The only place where I get appropriate medical treatment is in discipline. In discipline, the deputies wake me up for pill call, instead of letting me sleep through it. Also, in discipline, it is much quieter, instead of in regular housing, whether the TV and the other inmates make too much noise. I'm tempted to earn discipline time just so I can stay in the hole. I just want to be by myself and get my treatment, and be able to be pro-per. It feels like the doctor takes medicine away as an experiment.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed this 24th day of June, 2009 in Los Angeles, California.

_____ /s/ _____

Bryan Jones

2

Declaration of __Bryan Jones__

I, __Bryan Jones__ hereby declare:

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2. I was diagnosed with mental illness since I was around 14 years old. I spent my teenage years going from mental home to mental home. I dropped out of high school because I spent so much time in mental homes. I tried to go to santa monica college but I couldn't follow the procedures long enough. Before I was arrested I was under treatment in San Diego and then Humboldt County Mental Health.

3. When I first came to jail, I was on Level 7. A deputy searched him because my pants were on backwards. My pants were on backwards because I was so disoriented. The deputy then hit me in the groin because I remained so disoriented. After this incident, I was put in the hole.

4. The Hole has been the best place for me. Generally, the Hole is the only place where I get my special medication and diet.

X B.J.

I need to be in the hole because, in level 9 I don't get my medicine. I routinely miss pill call and then the TV, and the other inmates cause anxiety. The other inmates, create an atmosphere of fear and I often get into fights. When I miss medication, I think others are plotting against me.

5). The doctor here told me that I was trying to play the system and that I wasn't sick. He diagnosed after 45 seconds. He acted like he was a king and tried to debunk any illnesses. The doctor took me off of all my medicine, which I had previously been on. When the doctor took me off my meds, he put me in a different room. I didn't have any clothes and there were blood and feces on the walls. It seemed like it was 1492 or how you would treat a witch. I saw other people chained to the door because they refused to take his clothes off. I felt humiliated. I wasn't allowed to brush my teeth and I could only shower once every 2 weeks if he begged.

2 - X B.J.

6). The deputies treat me like an animal. They beat everyone up. Deputies try to provoke each me by taunting me or throwing my paper work every where. When I was proper, they took my legal documents away whenever I had an episode.

7) When I don't get my medication, I saw a red troll who tried to take me into a doorway marked evil. I think I saw this because no one told me, when pill call was and I missed it. When I miss pill call, I see things and I act out. The deputies one handcuffed me after I freaked out. They handcuffed me so hard my hands were numb.

8) I am housed now with gang members and prisoners under life sentences. When I flipped out, I threw trash around and put a cape on. After I did that some inmates got mad and I felt afraid. The floor is haunted or something is in the food. The whole building feels like someone is trying

3×B.S. 🖋

to kill me. The only place where I get
appropriate medical treatment is in discipline.
I'm tempted to earn discipline time
just so I can stay in the hole.
I just want to be by myself and
get my treatment, and be able to be
pro-per. It feels like the doctor takes
medicine away as an experiment.

4/ X B.J.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25    I declare under penalty of perjury of the laws of the State of California and the United States

26    that the foregoing is true and correct.  Executed this 10th day of June, 2009 in Los Angeles, Californ

27

28    Printed Name  X *Bryan R. Jones* X

Page 118

# DECLARATION OF PRISONER #10 STEPHEN (PAUL) JONES

**Declaration of Stephen Paul Jones**

1

2   I, Stephen Paul Jones, hereby declare:

3       1.    I make this declaration based on my own personal knowledge and if called to testify I

4   could and would do so competently as follows:

5       2.    I am 25 years old.  I have been in the custody of the Los Angeles County Sheriff's

6

7   Department since June 29, 2007 and I am currently an inmate in Men's Central Jail in unit K-10.

8       3.    When I was booked I was assigned to Men's Central Jail's general population.

9   <u>Problems with Medical Care</u>:

10      4.    Since I've been in jail I've have many health problems. I can't sleep at night. I get

11  sharp pains in my heart. I also suffer from hallucinations and sometimes I black out and hear voices.

12  I don't know if these symptoms are from the mental stress of my life in jail, but I am very concerned

13  about my health and it is very difficult to see a doctor at Men's Central. I have had to wait almost

14

15  two months to see a doctor. Many times putting your name on the list isn't enough. You have to wait

16  until they don't see you and then file a complaint.

17      5.    When I finally do get to see a doctor, they just disregard my concerns. I told the

18  doctor about my hallucinations but he wouldn't let me see a psychologist. He refused to look into my

19

20  chest and heart pains because he said I was too young to have any heart problems.

21  <u>Deputy Abuse and Retaliation</u>:

22      6.    In March 2008 when I was coming back from a visit with the doctor a deputy grabbed

23  me by the head and pushed me against the wall and searched me. He asked me what cell I was in and

24  I told him I was in Charlie row. Then he grabbed me by the neck and pulled me like a dog by a leach

25  to my cell and searched my cell. He picked up my legal papers and looked at them and then put me

26  back in my cell and called me a "nigger piece of shit" and "you faggot punk mother fucker." When I

27

28  got back into my cell I noticed some of my legal papers were missing.

Declaration of Stephen Jones



7. The next day when I was waiting in the pill call line Deputy Brown called out to everyone in the line that I was a rapist and told everyone "If I were you I'd fuck him up." He said it loud enough so that everyone could hear. On our way back from the pill line we usually wait in the laundry room before we can go back to our cells. While I was waiting in the laundry room the other inmates from the pill line started beating me up while the deputy stood outside and watched. Afterwards two deputies, Deputy Brown and Deputy Aveles, asked me if I wanted to "whine to the doctor." I told them no, that I just wanted to go back to my cell and they told me that if I ever told anybody anything about what happened or tried to make a complaint they would take me to a room I've never seen before and make it really hard for me.

8. When I got back to my cell I wrote a letter to the ACLU. I sent it to my parents to send to the ACLU because I was scared that the police would open the letter and I didn't want them to know I was saying anything. I also wrote a letter to the Sherriff's department about the incident, but I never got a response from Internal Affairs.

9. A few weeks later when I was coming back from seeing my lawyer a few deputies surrounded me. I told them I didn't want problems but they started kicking me and hitting me. They bruised my nose and forehead, split my lip and sprained my arm. After they finished beating me they told me "You tell anybody about this we'll kill you you nigger bitch." They told me to tell the doctor that I fell and I told them I would. When I went to the nurse she asked me how I got hurt and I said I fell. She told me that I couldn't get that hurt from falling, so when the deputy walked away I told her that the deputies beat me and she put it in the computer. I wrote both the Sherriff Department's complaint office and the ACLU about the beating, but no one from the Sherriff's internal affairs office ever contacted me about the event. Since that beating I started having seizures and migraines. I never had either of these problems before I got to Men's Central.



Declaration of Stephen Jones

Page 120

10.     About a month later, in the first week of June 2008, Deputy Brown grabbed me from the pill call line and took me to a day room. He called me a "punk rapist." I told him I didn't rape anybody and he asked me "What if I rape you you fucking bitch?" Then he pulled my pants down and put his finger up my rectum. I told him to stop but he kept pushing me and started kicking me in the anus and calling me names. After he was done he told me to go back to my cell. After that attack I had swelling in my rectum. I went to the doctors and they gave me a suppository with medicine for my rectum.

11.     I wrote another complaint to the Sheriffs Department and this time Merriam Rangle from the Sherriff's Complaint Office and Sergeant Lee and two other sergeants came and interviewed me on tape. I told them I didn't want to be put in protective custody and I didn't want to file a suit, that I just wanted to be moved to a different floor or for Deputy Brown to be moved. The Sergeant acted like he didn't believe me and told me that he wouldn't move a deputy over me. They told me that they were going to move me to Wayside because they didn't want me in L.A. County because I was making allegations about deputies. I told them that I didn't want to move out of the county because it would be too difficult for my family to visit me.

12.     After the investigation I was put on sergeant's escort and sent to the Twin Towers for 4-5 months.

13.     Since I've been on the Sergeant's escort I haven't been able to get showers or go to the roof. The deputies don't want to wait for the sergeant to come to get me, so they take everyone else in my row to the showers or to get recreation time, but they just leave me behind.

14.     While I was at the Twin Towers Deputy Crawford came to see me In July 2008 and pulled me out of my cell and took me to an upstairs booth even though no deputies were supposed to take me out of my cell or search my cell without a sergeant present. He accused me of being a gang member and



Declaration of Stephen Jones

15. Deputy Crawford gave me his ~~cell~~ phone number and (SJ)
told me to think about telling him what he wanted to
know. He told me that if I didn't cooperate when he
came back ~~at~~ on Monday Aug 4th that he
knows my D.A and he knows everything about my
case and he would make sure I could never go home.

16. On Monday I was visiting with my ~~fiance~~ (SJ)
fiancé and Deputy Crawford interrupted my visit
and told me to cover up the phone so she couldn't
hear him and told me to think about telling him
what he wanted to hear about the other inmate
because if I didn't he would make sure she couldn't
see me any more and would tell her that I had
been getting letters and pictures from other girls and
I was cheating on her. He went back to the booth
and watched ~~us~~ me and my fiancé talk. My
fiancé is on dealisis and she ~~was~~ was telling (SJ)
me about her health and showed me her dealisis
tube in her chest and ~~the~~ Deputy Crawford (SJ)
got on the speaker and said "put your shirt on lady"
and he came and grabbed me and told me
that my ~~fiancé~~ was going to jail for
indecient exposure and I ~~told~~ explained she was (SJ)
just sick and showing me her dialisis tube.
Deputy Crawford hand cuffed me in the visitor
waiting room and told my fiancé to wait
downstairs. He went down and told her that

2 (SJ)

1. I got letters and pictures from other girls and
2. he told her he would put on the computer that
3. she couldn't visit for 30 days. This really
4. effected our relationship and my life because
5. it is already hard enough maintaining a relationship
6. while I am in jail.

S J

told me that he knew everything about me. I told him I wasn't a gang member but he said he if I

didn't help him gather information about another inmate he would put me in gang files and move me

back to Men's Central into a cell with gang members. *See Attatchment* ⟨S J⟩

17   same day Deputy Crawford harrassed my fiancee, he

~~18.~~   Later that ~~day Deputy Crawford~~ searched my cell and took my legal work without a

He took a letter I was going to give to my lawyer to show

⟨S J⟩ sergeant present∧ I wrote a complaint to the Sherriff's Department about Deputy Crawford. I had

been harrassed by deputies and threw all my stuff around my cell.

18.   After I wrote that complaint I was moved back to Men's Central to K-10 even though

while I was in Twin towers.

I was classified as a K-3∧ It is ~~not fair~~ that I was moved to K-10 ~~because K-10 is for discipline and I~~ ⟨S J⟩

~~haven't done anything wrong.~~ I think they just moved me to stress me out and get back at me for

filing complaints. When I'm on K-10 I don't get any program. Now I am in a hard cell, so I spend all

of my time in a little cage. When I was in general population the only thing that kept me sane was

being able to call my fiancée, because she has been sick and I get worried about her. In K-10 can't

call my mom or my fiancée because there is no telephone in my cell.

⟨S J⟩ ¶.19   I declare under penalty of perjury of the laws of the State of California and the

14 ⟨S J⟩

United States that the foregoing is true and correct.  Executed this ~~10~~ day of July, 2009 in Los

Angeles, California.

*Stephen Jones*

Stephen Jones

Declaration of Stephen Jones