# DECLARATION OF PRISONER #11
# KENDRICK GOODWILL

**Declaration of Kendrick Goodwill**

I, Kendrick Goodwill, hereby declare:

1.      I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.      My name is Kendrick Goodwill and I am currently housed in Mens Central Jail and have been here for about 3 months without receiving my medication. I have been diagnosed with schizophrenia since the age of 16 when I was examined by a doctor at the USC mental health care center. The doctors prescribed me medicines for the voices I heard in my head. For the latter part of my teenage years I was in and out of jail.

3. I have been in and out of jail more time than I can remember, what I do however remember is that the medical staff in the jails rarely gave me my medication. Often times when I did not get my medication I would hear voices and become really paranoid that people were plotting to murder me. The cramped cell conditions and the stresses of being in such a dirty environment as Mens Central Jail made my mental health conditions worse than they ever were when I was in the community.

4. I get showers less than every other day. The lack of showers creates many fights and conflicts amongst the inmates because of body odor and since we have to tell other inmates.

5. I had been without my medication for two weeks. I had been given multiple prescriptions but they never gave me the medications I needed.

6. The medication helps me do daily activities such as showering and keeping my cell area clean. None of my cell mates are also taking psych medications and I feel I would be better understood if I was with people who understood my struggles with my mental and emotional states of health.

7. My mental health problems often times get triggered because I am in a cell with other non mental health inmates. When I do not get my meals and they move me to a different cell I get paranoid and the voices tell me to be careful about the new cell I am in.

8. The deputies ignore my mental health conditions and it seems to me that they will not give me my medication until I seriously hurt myself. When I was in psych review they made me

1  live in a cell with my own excrements. The mental health personnel treat me like they think I am

2  joking about having mental health issues.

3       9.I feel I have a worse mental state because of the conditions in the jails. The quick

4  showers make me anxious and being in a cell 23 1/2 hours a day makes my voices worse.

5

6       I declare under penalty of perjury of the laws of the State of California and the United

7  States that the foregoing is true and correct.  Executed this 18th day of June, 2009 in Los Angeles,

8  California.

9  _____

10                              Kendrick Goodwill

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Declaration of _Kendrick Goodwill_

1

I, _Kendrick Goodwill_ hereby declare:

2

3    1.    I make this declaration based on my own personal knowledge and if called to testify I

4    could and would do so competently as follows:

5    2.    I have been diagnoised with schizophrenia

6    since the age of 16 by a doctor at a USC mental

7    health care center. The doctors prescribed me thorozine

8    for the voices I heard. For the latter part of

9    my teenage years I was ~~homeles~~ in and out

10   of jail and my psych medications were not

11   super effective because of drugs which I was

12   taking. The only time the medications worked

13   was when I was in jail and could not

14   take the drugs I used on the street.

15   2. I have been in and out of jail nore

16   times than I can remember, often times

17   the inmat guards would not give me

18   my medication correctly. I would hear

19   voices and be paranoid and violent

20   without my medication.

21   3. Recently when I was without my medi-

22   cation I lost my mind and struck a

23   police officer. I ~~was~~ had been without

24   my medication for two weeks. I had

25   multiple prescritions, but they never gave

26   me my medication.

27   4. I feel I have a worse mental

28   state because of the condt-ties in

X _Goodwill, Kendrick_

1 the jails. For example the quick showers make
2 me anxious. Being in the cell 23 ½ hours
3 a day makes my voices worse.





1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25    I declare under penalty of perjury of the laws of the State of California and the United States
26  that the foregoing is true and correct.  Executed this 10th day of June, 2009 in Los Angeles, California
27
28    Printed Name  X *Goodwill, Kendrick*

Page 131

# DECLARATION OF PRISONER #12
# LOUIS HOLLINGSWORTH

## DECLARATION OF LOUIS HOLLINGSWORTH

I, LOUIS HOLLINGSWORTH, hereby declare:

1.      I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.      I am 36 years old and I have been here about 4 months. I was arrested for possession of marijuana. I was sentenced to 2 years in Lancaster State Prison on 6/26/09. Right now I am waiting to be transferred to the state prison.

3.      I like to smoke pot because it keeps me at ease and prevents me from hearing voices. I smoke pot along with taking my medication, which is Zyprexa and Deparol. I take my medication to help with schizophrenia, my mood swings, and claustrophobia.

4.      It took 2 months to gets my medication and I am currently getting all of it. It is helping me. The only problem right now is that I am around too many people. Right now I am in a cell with 4 other inmates but I need to be in a cell with fewer people. When I am around too many people I scream and sometimes I pee on the sides of the toilet.   Cellmates generally get angry at me and they don't understand my conditions. This gets me in trouble and it forces me to fight. I get into it with them because I try to force them to understand me.

5.      In order to discipline me the deputies have other inmates discipline me. They send other inmates into my cell. It is usually the trustees because they have deals with the deputies. The deputies give them a certain amount of minutes. When the inmates discipline me, the sock me. They hit me on the face, head, and sides. They have kicked me in the legs. I am a big guy so I usually make myself into a ball. I've never been to the hospital but I have had injuries like nose bleeds, and busted lips. I have also chipped a tooth and suffered from cuts and bruises. They generally stay with me 2-3 minutes. When this happens the deputies turn their backs like they don't know what's going on. My cellmates watch and scoot to the side. They don't' say anything because they are scared of brutality and that they will lose their privileges. In the 4 months since I have been here, this has happened twice.

6.      The jails are noisy. It is like an amusement park. When it is too noisy it makes me feel as if someone is out to get me. It makes me feel paranoid like me cell is about to open up and someone will come and get me. I freak out. I start screaming and I try to fight with my cellmates.

7.     Right now I am trying to get into the dorms because I need more space.  It is the environment.  I can't be closed in.  Anything that is closed in and cluttered bothers me.  Right now I told a friend at church that I wanted to be move and he told the deputy.  Just now the deputy asked for my information and hopefully I will get moved.

8.     Before I was in the general population, I was in the Towers.  They declassed me and I don't know why.  The psychs there declassed me.  I never got into trouble there.  I want to know why I was declassed.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct.  Executed this 16 day of July, 2009 in Los Angeles, California.


_____ /s/ _____

**LOUIS HOLLINGSWORTH**

Declaration of Louis Hollingsworth

1

2   I, Louis Hollingsworth                          , hereby declare:

3      1.   I make this declaration based on my own personal knowledge and if called to

4   testify I could and would do so competently as follows:

5      2.   I am 36 yrs old and I've been

6   here about 4 months. I was arrested

7   for possesion of marijuana. I was

8   sentenced to 2 years in Lancaster

9   State Prison on 6/26/09. Right now I

10  am waiting to be transfered to the

11  state prison.

12  3. I like to smoke pot b/c it

13  keeps me at ease and prevents me

14  from hearing voices. I smoke pot

15  along w/ taking my medication

16  which is Zapraxin and Depcrol. I

17  take my medication to help you with

18  schizophrenia and my mood swings.

19  and my clawstraphobia.

20  4. It took 2 months to get my medication

21  and I'm getting all of it. It is

22  helping me. The only problem right

23  now is that I'm around too many

24  people. Right now I'm in a cell

25  with 4 other inmates but I need to

26  be in a cell with fewer people.

27  When I'm around too many people I

28  scream and sumetimes I pee on the

L H

the side of the toilet. Cell mates get angry
at me and they don't understand my
condition. This gets me in trouble — it
forces me to fight. I get into it w/
them b/c ~~you~~ I try them to understand
me.

5. In order to discipline me the deputies
have other inmates discipline me. They
send other inmates into my cell. It is
usually the trustees b/c they have deals
w/ the deputies + the deputies give them
a certain # of minutes. When the inmate
discipline me they sock me. They hit
me on the face + head + sides. They have
kicken me in the legs. I'm a big guy
so I usually ~~batt~~ make myself into ball.
I've never been to the hospital but ~~you~~ I
have had injuries like nose bleeds, busted
lips, I have a chipped tooth, cuts +
bruises. They generally stay w/ me 2-3
minutes. While ~~they are~~ this happens
they turn thier backs like they don't
know whats going on. My cell mates
watch and scoot to the side. They don't
say anything b/c they are scared of brutal
they'll lose their privileages. In the 4
months I've been here this has
happened twice.

Page 135

then they declass mi. I never jump in mele thou, I
want to know why.

6. The jails are noisy. It's like an
amusement park. When its too noisy it
makes me feel as if someone is out to
get me. It makes me feel paranoid.
like my cell is about to open up and
someone will come and get me. I
freak out. I start screaming, and I
try to fight w/ my cell mates.

7. Right now I'm trying to get into the
dorms because I need more space. It's
the enviroment. I can't be closed in.
Anything that's closed in and cluttered
bothers me. Right now I told a ~~deputy~~
at church that I wanted to be moved and
he told the deputy. Just now the deputy
asked for my information and hopefully I'll
get moved.

I declare under penalty of perjury of the laws of the State of California and the United
States that the foregoing is true and correct. Executed this _16_ day of _July_,
2009 in _____.

Louis Hollingsworth LH
LOUIS HOLLINGSWORTH

3

# DECLARATION OF PRISONER #13
## DANNY WILLIAMS

## Declaration of Danny Williams

I, Danny Williams, hereby declare:

1.      I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.      I am 36 years old and I have been in Men's Central Jail for about a month and a half.

3.      When I first came into the IRC, I was worried that if I reported that I wanted to see a psych, I wouldn't get a bed as quickly. I've seen other inmates ask for a psych and get stuck in the IRC for 72 hours. I figured once I got a bed, I could deal with getting to see a psych. Before I came into jail, I was taking Seroquil and I also received that in Long Beach City Jail.

4.      Once I got a bed, I went on sick call and told the nurse I wanted to see a psych. The nurse told me she would put me on the psych line. It has been a month and I have never been called to see a psych.

5.      Once a man came down my row saying he was from mental health. I asked other inmates who he was and they said he was a clinician, who I had to speak to befroe I could see the psych.

6.      I stopped the clinician and told him I was on the psych line. I asked him, "When am I going to see the psych?" He told me to tell him what my problem was, but I didn't feel comfortable talking to him because the deputy was standing right next to him. I told the clinician that I was concerned about the deputy standing so close. He told me not to worry about the deputy, and that the deputy could stand there. I saw the deputy making mocking expressions while other inmates reported complaints.

7.      After the mental health guy walked the row, he pulled me down to the end of the tier. I was still within earshot of the deputy and all the other inmates on the tier. When I got down there, the mental health person started asking me why it had to be secret. He had an attitude that minimized all of my concerns. Then, he started asking me basic questions like "What day is it?" and other similar questions. It seemed like the questions were really cynical and it seemed like the questions were designed so that the clinician could tell me that there was nothing wrong with

1  me.

2      8.      Since that interview, I haven't seen anyone else from mental health. Since I

3  haven't been on my meds, I wake up wired with energy after an hour or two of sleep. I feel

4  nervous all the time that I might get hurt by other inmates.

5      9.      Some weeks we got our roof time taken away because one guy breaks a rule.

6  There are big believers in group punishment and a lot of times they use group punishment to

7  build up some racial tensions. I feel like they don't have any reason to do what they do, and they

8  just do it when they're bored..

9      10.     When they call showers, you only get as long as it takes for the cell doors to open

10  and close to go to the showers. If you're on the phone or using the toilet, you miss showers for

11  the day. It seems like the treatment the deputies give is based on their mood. If the deputies have

12  a bad day, we get punished for it. I understand we're in jail, but our treatment shouldn't really

13  depend on how the deputies are feeling.

14

15      I declare under penalty of perjury of the laws of the State of California and the United

16  States that the foregoing is true and correct.  Executed this 17th day of July, 2009 in Los Angeles,

17  California.

18                                             _____

19                                             Danny Williams

20

21

22

23

24

25

26

27

28

Page 138

**Declaration of** Danny Williams

1

2  I, Danny Williams, hereby declare:

3      1.    I make this declaration based on my own personal knowledge and if called to

4  testify I could and would do so competently as follows:

5      2.  I am 36 years old, and I have

6  been in Men's Central Jail for about

7  a month and half.

8  3. When I first came into the IRC,

9  I was worried that if I reported that

10  I wanted to see a psych, I wouldn't

11  get a bed as quickly. I've

12  seen other inmates ask for a psych

13  and get stuck in the IRC for

14  72 hours. I figured once I got

15  a bed, I could deal with getting

16  to see a psych. Before I came

17  into jail, I was taking Seroquel

18  and I also received that in Long

19  Beach City Jail.

20  4. Once I got a bed, I went on

21  sick call and told the nurse I

22  wanted to see a psych. The nurse

23  told me she would put me on

24  the psych line. It has been

25  a month and I have never

26  been called to see a psych.

27  5. Once, a man came down my

28  row saying he was from mental

/ x DW

health. I asked other inmates who he
was and they said he was a
clinician, who I had to speak
to before I could see the psych.

6. I stopped the clinician and told
him I was on the psych line. I
asked him "When I am going to see
the psych?" He told me to tell
him what my problem was, but
I didn't feel comfortable
talking to him because the deputy
was standing right next to
him. I told the clinician that I
was concerned about the deputy standing
so close. He told me not to worry
about the deputy and that the deputy
could stand there. I saw the deputy
making, making expressions while
other inmates reported complaints.

7. After the mental health guy walked
the row, he pulled me down to the
end of the tier. I was still within
earshot of the deputy and all the
other inmates on the tier. When
I got down there, the deputy
mental health person started asking
me why it had to be secret.
He had an attitude that minimized
all my concerns. Then, he started

X DW

2 X DW

Page 140

asking me basic questions like
"What day is it?" and other basic
questions. I + seemed like the
questions were really cynical
and it seemed like the questions
were designed so that the clinician
could tell me nothing was wrong
w/ me.

8. Since that interview, I haven't
seen anyone else from mental
health. Since I haven't had my
meds, I wake up w/ my w/ the guy
after an hour or two steps. I
feel nervous all the time) that
I might get hurt by other inmates.

9. Some weeks we got our rec
time taken away because one guy
breaks a rule. They are big
believers in group punishment
and a lot of times they use
group punishment to build up
some racial tensions. I feel
like they don't have any reason
to do what they do, and they
just do it when they're bored.

10. When they call showers, you only
get as long as it takes for the
cell door to open and close
to go to showers. If you're on

3 × DW

the phone or using the toilet, you miss
showers for the day. It seems
like the treatment the deputies
give is based on their mood. If
the deputies have a bad day
we get punished for it. I
understand we're in jail, but our
treatment shouldn't really depend on how
the deputies are feeling.

I declare under penalty of perjury of the laws of the State of California and the United
States that the foregoing is true and correct. Executed this _17_ day of _July_, 2009 in
Los Angeles, California.

X _Danny Hosea Williams Sr_

4 XDW

# DECLARATION OF PRISONER #14
# MICHAEL SERRATO

# DECLARATION OF MICHAEL SERRATO

I, MICHAEL SERRATO, hereby declare:

1.      I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.      I am 56 years old and I have been in Men's Central Jail for about six months. I currently live in 2100.

3.      Conditions in the jail are awful. The jail is dirty. In my row the floor is littered with trash such as socks, paper, and water from the showers. They don't clean the showers. There is black mildew built up in the corners. The row is so dirty that we have a rodent problem. Mice generally come out at night. Although 2100 has a bad rodent problem, 2900 (where I was housed before) has a rodent problem so bad that one time a mouse fell on my face. When I was in 2900 I would see 1-2 mice running around my cell. In 2100, there is usually one mouse running around. There are also cockroaches. They come from behind the sink and hide in the pipes on the bed frames. At night the cockroaches come out.

4.      On my row there are also plumbing problems. The toilets are plugged up. The water overflows. There are holes about 4 feet apart on the tier where the water is supposed to drain out. It doesn't work well and makes the floor dirty. Since I've been here I haven't seen anyone clean the drain holes on the tiers.

5.      There are problems with incoming mail. I have legal mail that is coming from the courts that took 39 days to get to me. There are also forms that have been missing that have been sent from the courts. These are not isolated incidents.

6.      As for outgoing mail, we are not allowed to seal any mail we send out—even when it's legal mail. They shouldn't be allowed to open mail because it's confidential and they may retaliate if you file a complaint about them. When you file a complaint against them, they make sure to set you up.

7.      I'm going to take you back to the last year I was here when I was a *pro-per*. When I was a *pro-per* I got into an argument with a deputy over my status. He wrote me up and sent me to 2200 and 2400. He sent me there with my green card which said that I am registered as a T-90. No other inmates are supposed to see that. The officer handed it to an inmate and told the inmate to take care of it. So on February 15, 2008, I was stabbed and beaten unconscious by numerous inmates in the laundry room.

1   One inmate beat me in my head. He hit me so hard I had a bowel movement.   Another inmate stabbed
2   me under my eye.   I lost consciousness. Two other inmates then yanked me up and I regained
3   consciousness.   One of the inmates told me, "That's what you get!"   The officers were right there and
4   they didn't do anything. The officers kept making fun of me. I was then taken to LA County Hospital. I
5   told them what happened. I couldn't walk, or understand anything much. I was in a wheelchair. When I
6   got back the officers called me into the chapel. They said that the incident had been reported to the
7   ACLU and they needed me to sign a paper from the ACLU which said that nothing had happened to me.
8   They said if I didn't sign it they would put me in the hole or in protective custody. I wouldn't go into
9   protective custody because I had already gotten stabbed. I've done a lot of time but I've never been set
10  up like that. I was very much scared.

11          8.      I also have medical conditions. My first condition is a hernia which gives me a lot of
12  pain. I have a chronic lower back problem for which I need a back brace. I have Hepatitis C. I have
13  asthma and emphysema for which I need treatment to help me breathe.   When I can't breathe I find it
14  hard to think, and I can't answer.   Now, I have seizures from the injuries after I was beaten up in the
15  laundry room. I have problems walking and breathing.

16          9.      My liver is also bad because they had me on 600 and 800 mg of Motrin for 6 months.
17  Two weeks ago they took me off the Motrin because it was eating up my liver. I had blood in my stool.
18  Now my liver hurts a lot.

19          10.     I have glaucoma. They just started giving me my medicine. I got my medicine after 6
20  months. When I didn't have my medicine, I had pressure on my eyeballs and real bad headaches. This
21  was also caused by the injuries I received on 2/15/08.

22          11.     I have not received an inhaler for my asthma since I have been here.   Other inmates are
23  allowed to have their inhalers in their cells. Further, I've had at least 4-5 asthma attacks in front of the
24  deputies and they haven't done anything. Sometimes they say, "I didn't bring your inhaler." Other times
25  they don't stop and keep on walking.

26          12.     On 5/14/09, there was a cell search. They had us strip to our boxers and shower shoes.
27  Then, facing the back of the cell we walked backwards toward the deputies they had us cuff our hands
28  behind our backs and ordered us to spread out legs. They went through our waistbands and rubbed their

1  hands on the outside and inside of our legs and twisted our testicles.  At that point in the search, the
2  deputy asked me "What's that you have there?" referring to my hernia belt.  I answered, "That's my
3  hernia belt."  He said, "What side is it on?" I told him "on the left."  He dug his finger all the way into
4  my hernia belt.  After that he told me to take off the hernia belt.  He then ordered me to put it back on but
5  I couldn't because of my condition.  He took me outside to the hall and hassled me.  I told him I was in
6  pain but he ignored me.

7      13.     On or about 3/31/09 when I was housed in 2900, I was searched in the same manner that I
8  just described.  However, that time the deputy pushed his finger inside my rectum and told me to look to
9  the left, and to lift my tongue.

10     14.     On 5/15/09 I was escorted to get my teeth pulled and I was assaulted in the laundry room
11  again.  I was assaulted by inmates who were in general population.  I wasn't supposed to be in there
12  because I'm in protective custody.  They hit me in back of the head and in the back. They told me that if I
13  didn't identify them I would get new charges on me.  But I couldn't because I got attacked from the back.
14  The officer then said the inmates had already admitted they attacked me. So why did I have to identify
15  them?  I didn't see a doctor until 20 days later.

16         I declare under penalty of perjury of the laws of the State of California and the United
17  States that the foregoing is true and correct.  Executed this 9 day of July, 2009 in Los Angeles,
18  California.

19
20                                    /s/
21                          **MICHAEL SERRATO**
22
23
24
25
26
27
28

Declaration of _Michael Serrato_

I, _Michael A. Serrato_ hereby declare:

1.  I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.  I am 57 years old and have been in MCJ for about 6 months. I currently live in 2100. Conditions in jail are awful. The jail is dirty.

3. In my row the floor is littered with trash such as socks, MS and water from the showers. They don't clean the showers. There's black mildew built up in the corners. The row is so dirty that we have a rodent problem. Mice generally come out at night. Although 2100 has a bad rodent problem, 2900 (where I was at before) the rodent problem was so bad. Mice fell on my face. When I was in 2900 I would see 1-2 mice running around my cell. In 2100 there is one mouse running around. There are also cockroaches. They come from behind the sink and hide in the pipe of the bed frames. At night they come out.

4. On my row there are also plumbing problem. The toilets are plugged up. The water overflows. There are holes about

_MS_

1  4 feet apart on the tier where the water is
2  supposed to drain out. It doesn't work
3  well and makes the floor dirty. Since
4  I've been here, I haven't seen anyone
5  clean the drain holes on the tiers.
6  5. All the rows are noisy. I just
7  got accustomed to the noise.
8  6. There are problems with incoming
9  mail. I have legal mail that is coming
10 from the courts that took 39 days. There
11 are also forms that have been missing
12 that have been sent from the cts. This
13 is not an isolated incident.
14 7. As for outgoing mail we are not
15 allowed to seal it — even if its legal mail.
16 they shouldn't be allowed ms to open mail
17 b/c its confidential and they may
18 retaliate if you file a complaint about
19 them. What they do they make sure
20 to set you up. I'm gonna take you
21 back the last year I was here. When
22 I was a pro-per I got in an argument
23 w/ a deputy over my pro-per status
24 He wrote me up & sent me to 2700 +
25 2400. But on my green card it had
26 my past card that I was to register as
27 a T-90. No other inmates are supposed
28 to see that. The officer handed it to
   an inmate, looked at it and he told

ms

Page 147

the inmate to take care of it. So on Feb. 15,
2008 I was stabbed & beaten in the
laundry room. I was beaten unconscious
by numerous (10-15) ms inmates. One inmate ms beat me in my
head, I had a bowel movement. ms one inm
yanked me up and I regained
consiousness. The inmate told me "thats
what you get!" The officers were right
there and they didn't do anything. The
officers kept making fun of me. I
then went to the LA County Hospital.
I told them what happened. ms
I couldn't walk, understand anything
much. I was in a wheelchair. When I
got back officers called me into the
chapel. The asked me to sign a paper
from the ACLU which said that nothing
happened to me. They said if I didn't
sign it they would put me in the hole
or protective custody. I wouldn't go in
prot. custody b/c I had already gotten
stabbed. I've done a lot of time.
I've never been set up. ms I was
very much scared. I keep getting
attacked even in protective custody.
7. I have med. conditions. My 1st condition
is a hernia and it gives me alot of
pain. I also have a ms chronic lower
back problem. I also have Hepitius C.

ms

1. I have asthma, enphesyma. Now, I have
2. seizures from the injuries after I was
3. beaten up in the laundry room. I
4. have problems walking, breathing. I
5. need treatment but haven't gotten any.
6. When I can't breathe, I can't answer
7. and And it hard to think. I also need
8. ~~ms I a~~ a back brace. I don't have it yet.
9. 8. My liver is also bad b/c they ~~have~~ had
10. me on 600 + 800 mg. of Motrin for
11. 6 months. 2 wks ago they took me
12. off b/c it was eating up ~~your~~ myms liver.
13. I had blood in my stool. Now my
14. liver hurts me alot.
15. 9. I have glaucoma. They just
16. started giving me my medicine. This
17. was after 6 months. When I didn't
18. have the med. I had pressure on
19. my eyeballs, real bad headaches. This
20. was also caused by the injuries I
21. recieved on 2/15/08.
22. 10. I have not recievd an inhaler
23. since I've been here. Some other inmates
24. are allowed to have their inhalers in
25. their cells. Further, I've had at least
26. 3,4-5 asthma attacks that I've had in
27. front of dywphies and they haven't
28. done anything. Sometimes they said "I
   didn't bring your inhaler." other times

MS

1  they don't stop. Am others they keep
2  walking.
3  11. on 5/14/09 there was a cell search.
4  They had us strip to our boxers &
5  shower shoes. Then, facing back of cell
6  we walked blinds toward deputies. They
7  had us cuff our hands behind our
8  backs. They ordered us to spread our legs.
9  He went through our waistband. and
10  ~~went~~ rubbed his hand on the outside
11  of our legs & the inside of our
12  legs. As he came up he twisted our
13  testicles. He comes up and asked me
14  what's that you have there. I answered
15  that's my hernia belt. He said "what
16  side is it in?" I told him the left.
17  He dug his finger in my hernia belt
18  ~~went~~ dug all the way in. After that
19  he told me to take off the hernia belt.
20  He ~~se~~ ordered me to put it back on but I
21  couldn't b/c of my condition. He took me outside
22  to the hall and hassled me. I told him I
23  was in pain but he ignored me.
24  _____
25     I declare under penalty of perjury of the laws of the State of California and the United States
26  that the foregoing is true and correct. Executed this 10th day of June, 2009 in Los Angeles, Californ.
27
28     Printed Name X _____

12. On or about 3/31/09. When I was in 2900
the same thing ~ there was a cell search.
He searched me the same way as I
said before. He pushed his finger
inside my rectum. He told me to
look to the left, lift your tongue.

13. On 3/15/09 I was escorted to get my
teeth pulled and I was assaulted in
the laundry room again. I was assaulted
by inmates who were in general population
I'm not supposed to be there b/c I'm
in protective custody. They hit me in back
of the head & in the back. They told me
that if I didn't identify them I would
get new charges on me. But I couldn't b/c
I got attacked from the back. The officer.
said he said they had admitted they attacked
me. Why did I have to identify them.
I didn't see a doctor until 20 days
later.

I declare under penalty of perjury of the laws of the State of California and the United State
that the foregoing is true and correct.  Executed this 10th day of June, 2009 in Los Angeles, Califor

Printed Name X michael A. Serrato
Michael A. Serrato

# DECLARATION OF PRISONER #15
# CARLOS ORTIZ

**Declaration of Carlos Ortiz**

I, Carlos Ortiz, hereby declare:

1.     I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.     I am an inmate at Men's Central Jail.  I am a pre-trial detainee and am still going to court and fighting my case.  I have been here about 4 weeks.

## SANITATION PROBLEMS

3.     The conditions I live in at jail are gross.  The deputies don't give us cleaning supplies.  Instead, we have to use the small bar soap that we also use to wash ourselves.  It is always cold in jail.  Me and other inmates always ask for extra blankets but the deputies just ignore us.

4.     I only get my clothing exchanged one time every week.  That means I wear the same undershirt, underwear, and outer shirt all week.  I wash my clothes in the sink with that same bar soap.  Also, when the clothes are given to me, they have brown stains on them so I don't think they are even clean.  The underwear and towels are especially bad.  The outer clothes are probably stained, too, but since the material is brown anyway, I can't really tell.

5.     The showers in my dorm are moldy and gross.  There is black stuff on the bottom of the shower and I really don't like to touch it.  They don't give us anything to clean with, and I have to use the same little bar soap.  I only get more soap every couple of weeks so this is not enough for me to clean with.

6.     I always eat all meals in my dorm room.  I never go anywhere to eat.  I have seen roaches on the floor.  This is gross.

7.     It's so dirty in here and I don't want to touch anything.  It makes me all clenched up.

## PROBLEMS WITH MEDICAL CARE

8.     I am also very worried about problems with medical care in here.  I was shot about 3 years ago when I was 16 years old so I have a lot of medical issues.

9.     At home, I use a colostomy bag and I change it every few days and clean it

Page 152

1    thoroughly. Here they only change it like every 6 days. I don't get anything to clean with, other

2    than that same bar soap. It gets irritated and my skin gets bothered. I ask medical for help with

3    it and they just ignore me.

4        10.    I take strong medications for pain when I am at home because of my injuries from

5    getting shot. I have severe abdominal and back pain. They do not give me enough pain

6    medication here. To make it worse, a couple of days ago, they started giving me even less

7    medication.

8        11.    When they cut my medication, I started to complain about it and everyone just

9    ignored me. Two nights ago, I was complaining a lot because I was in such pain, The way I try

10   to get people's attention is just by hitting the window when they happen to walk by.

11       12.    That night I finally got the nurse to stop and I told her that I was in major pain and

12   that I couldn't take it anymore. She told me that I would just have to wait and she didn't do

13   anything she could do.

14       13.    That night I couldn't sleep at all because I was in such pain. It was horrible. The

15   next morning that I saw that I had blood in my colostomy bag. When that happened, the jail took

16   me to the county hospital.

17       14.    When I was at the hospital, they gave me stronger pain medications. I spent the

18   night there and came back this morning. I just saw a nurse when I came back. They are giving

19   me weaker mediation here - 600 Motrin. I am worried I am going to be in more pain again.

20       15.    It takes a long time to see a doctor here and the medical care is bad.

21                          **OUT OF CELL TIME AND RECREATION**

22       16.    I barely ever get out to do anything when I'm at jail. They used to let us go to

23   classes but that stopped and I don't know why.

24       17.    I have only been offered the roof one time in the month that I have been here. The

25   roof is not that great either because there is nothing to do up there. But at least it's outside.

26       18.    There is not a TV in my dorm and I don't have anything to do. The deputies

27   won't give us books . Sometimes other inmates will try to slip books under the door but if the

28   deputies see that they take the books away.

                                             2

**DEPUTY MISCONDUCT**

19.     The cops in the jail are corrupt.  They ask me and other inmates about our cases. They will say "what are you here for?" and if you don't tell them, they will go look it up in the computer and say in front of everyone "oh, you did this" whatever the case is about.

20.     I have seen people fighting big cases in here and the deputies will take their legal work.  They will call people out if they are in gangs.  They just incriminate people more in here, and probably the person didn't even necessarily do what their case is about.

21.     The deputies make fun of us because we have medical and disability issues.

22.     I have used the jail complaint forms for problems I've had in jail but I didn't ever get any answer.  I have seen Sgts. take complaints out of complaint boxes and just rip them up.

23.     If someone complains, I have seen the deputies just try to start stuff.  They will say to other inmates to "teach that guy a lesson" and the deputies try to provoke fights.

24.     A couple of days ago, the medical staff tried to declass me out of my wheelchair even though I can't walk.  To try to get me out, a deputy pushed me out of my chair and threw me on the ground. A lot of other inmates saw this because it was out in the hallway.  The ACLU came up right after that happened so they did not declass me that day.  Instead, they just threw me in the hole.  I am worried I will get declassed again.

//
//

3

Page 154

1

## DISCHARGE

2      25.     I was in jail a couple of months ago and when I got released they let me go at like

3   midnight.  I am 19 years old and was lucky to have my family come pick me up.  There were

4   other people, though, and they just wandered outside the jail and it didn't look like they had

5   anywhere to go.

6      26.     When I was released, the jail did not give me any medications.  Instead I just had

7   to go to the doctor on my own on the streets.  I was lucky that I had some extra medications left

8   at my house.

9          I declare under penalty of perjury of the laws of the State of California and the United

10   States that the foregoing is true and correct.  Executed this 9th day of July, 2009 in Los Angeles,

11   California.

12                                          /s/

13                                    Carlos Ortiz

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

Declaration of Carlos Ortiz

I, Carlos Ortiz                    hereby declare:

1.    I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.   I am an inmate at Men's Central Jail. I am a pre-trial detainee and am still going to court and fighting my case. I have been here about 4 weeks.

SANITATION PROBLEMS

3. The conditions I live in at jail are gross. The deputies don't give us cleaning supplies. Instead, we have to use the small bar soap that we also use to wash ourselves. C.U

4. I only get my clothing exchanged one time every week. That means I wear the same undershirt, underwear, and outershirt all week. I wash my clothes in the sink with that same bar soap. Also, when the clothes are given to me, they have brown stains on them so I don't think they are even clean. The underwear and towels are especially bad. The outerclothes are probably stained, too, but since the material is brown anyway, I can't really tell.

5. The showers in my dorm are moldy and gross. There is black stuff on the bottom of the shower and I really don't like to touch it. They do not give us anything to clean with, and I have to use the same little bar soap. I only get more soap every couple of weeks so this is not enough.

Carlos [signature]

C.U is always old in jail. Me and other inmates always ask for extra blankets but the deputies just ignore us.

for me to clean with.

6. I always eat all meals in my dorm room. I never go anywhere to eat. I have seen roaches on the floor. This is gross.

7. It's so dirty in here and I don't want to touch anything. It makes me all clenched up.

## PROBLEMS WITH MEDICAL CARE

8. I am also very worried about problems with medical care in here. I was shot about 3 years ago when I was 16 years old so I have a lot of medical issues.

9. At home, I use a colostomy bag and I change it every few days and clean it thoroughly. Here they only change it like every 6 days. I dont get anything to clean with, other than that same bar soap. It gets irritated and my skin gets bothered. I ask medical for help with it and they just ignore me.

10. I take strong medications for pain when I am at home because of my injuries from getting shot. I have severe abdominal and back pain. They do not give me enough pain medication here. To make it worse, a couple of days ago, they started giving me even less medication.

11. When they cut my medication, I started to complain about it and everyone just ignored me. Two nights ago, I was complaining a lot because I was in such pain. The way I try to get people's attention is just by hitting the window when they

happen to walk by.

12. That night I finally got the nurse to stop and I told here that I was in major pain and that I couldn't take it anymore. She told me that I would just have to wait and she didn't do anything.

13. That night I couldn't sleep at all because I was in such pain. It was horrible. The next morning I saw that I had blood in my colostomy bag. When that happened, the jail took me to the county hospital.

14. When I was at the hospital, they gave me stronger pain medications. I spent the night there and came back this morning. I just saw a nurse when I came back. They are giving me weaker medication here — less motrin. I am worried I am going to be in more pain again.

15. It takes a long time to see a doctor here and the medical care is bad.

## OUT OF CELL TIME AND RECREATION

16. I barely ever get out to do anything when I'm at jail. They used to let us go to classes but that stopped and I don't know why.

17. I have only been offered the roof one time in the months that I have been here. The roof is not that great either because there is nothing to do up there. But at least it's outside.

18. There is not a TV in my dorm and I don't have anything to do. The deputies won't give us books. Sometimes other inmates will try to

Carlos Cole

Slip books under the door but if the deputies
see that they take the books away.

### DEPUTY MISCONDUCT

19. The cops in the jail are corrupt. They ask
me and other inmates about our cases. They will
say "what are you here for?" and if you dont tell
them, they will go look it up in the computer and
say in front of everyone "oh, you did this" whatever
the case is about.

20. I have seen people fighting big cases in here
and the deputies will take their legal work. They
will call people out if they are in gangs. They
just incriminate people even more in here, and
probably the person didnt even necessarily to
what their case is about.

21. The deputies make fun of us because we
have medical and disability issues.

22. I have used the jail complaint forms for
problems I've had in jail but I didn't ever get
any answer. I have seen sgts. take complaints out
of complaint books and just rip them up.

23. If someone complains, I have seen the
deputies just try to start stuff. They will say to
other inmates to "teach that guy a lesson" and
the deputies try to provoke fights.

24. A couple of days ago, the medical staff
tried to declass me out of my wheelchair even though
I cant walk. To try to get me out, a deputy pushed
me out of my chair and threw me on the ground.

Carl

1  A lot of other inmates saw this because it was
2  put in the hallway. The ACLU came up right after
3  that happened so they did not declass me that
4  day. Instead, they just threw me in the hole. I
5  am worried I will get declessed again.

DISCHARGE

7  25. I was in jail a couple of months ago and when
8  I got released they let me go at like midnight.
9  I am 19 years old and was lucky to have
10  my family come pick me up. There were other
11  people, though, and they just wandered outside
12  the jail and it didn't look like they had anywhere
13  to go.

14  26. When I was released, the jail did not give
15  me any medications. Instead I just had to go
16  to the doctor on my own on the streets. I was
17  lucky that I had some extra medications left at
18  my house.

I declare under penalty of perjury of the laws of the State of California and the United States
that the foregoing is true and correct. Executed this ~~10th~~ 9th day of ~~June~~ July, 2009 in Los Angeles, Californ

Printed Name X _Carlos Ortiz_

_Carlos Ortiz_

# DECLARATION OF PRISONER #16
# BARRY MOSLEY

# DECLARATION OF BARRY MOSLEY

I, Barry Mosley, state and declare as follows:

1.    The facts set forth in this declaration are from my personal knowledge. If called as a witness, I could and would competently testify to them.

2.    I am 48 years old and I have been detained at Men's Central Jail for eight years awaiting trial. I am classified as a K-10. I am currently housed on row 3100B in cell 10.

3.    Since coming to jail I have developed depression, high blood pressure, insomnia and my migraines have intensified. I believe this is because I am stuck in a small, dark cell for 22 hours a day on most days. I only go outside the jail walls for a few hours once every three weeks, sometimes less.

4.    I feel like I am being punished before my trial has even begun. I think most of the deputies treat me like I am already guilty and less than human. I have no control over what they do to me and no way of changing or improving the situation. This puts me in a state of constant fear and helplessness.

## CRAMPED CELL

1.    My cell is small and cramped and I have very limited movement. There is no window and the lights are always dim. This makes it very hard to keep my mood up. I would like to move to the Twin Towers because I heard that they have windows in some of the cells there where I could look outside and see something. Right now I just look everyday at the wall in front of me.

2.    The only furniture in my cell is a stool and a bunk, but since the cell is so small, I have to squeeze by the stool to get to the toilet and stand on top of the stool to get to my bunk.

3.    I feel so claustrophobic in my cell that I usually stand up against the bars to feel like I'm in a wider space and breathe more easily. Sometimes I stand at the bars for hours and hours without sitting down.

4.    On June 19th I stood up against the bars until my knees ached and I had to

1  lie down.  That day, I woke up at 5:00 A.M. to go to court and got back to my cell
2  around 6:30 P.M.  Even after a long day, I stood up against the bars until 11:00 P.M.
3  that night.  It was all I could do to not feel suffocated.

4      5.    I eat all my meals in my cell either sitting on my bed or on a stool.  I
5  haven't sat down at a table to eat in eight years.

## POOR SANITATION

7      6.    It smells on my floor and I see roaches running around.  The floors are
8  supposed to be mopped when things get sticky.  But the officers don't care.
9  Sometimes they don't use soap when they mop the floor, they just push the dirty water
10  around.  I have seen inmates spill milk on the floor just so that someone will come and
11  mop up the area because it has gotten so bad.  I can almost always predict when the
12  ACLU is coming because they floors always get mopped that day.

13      7.    Around June 2, 2008, the officers took away the sheets from everyone on
14  my row and replaced them with two blankets.  The officers did not explain why they
15  were taking our sheets away.  They told us that we would only get a change of
16  blankets once a month.

17      8.    This is real sanitation problem because my only choice is to wash my
18  blankets in my cell.  The sinks in my cell are only about a foot across and it's really
19  hard to clean a blanket in that tiny sink.  Also, inmates are not supposed to have
20  clotheslines, so the only way to dry the blankets is to hang them on the rusty bars of
21  the cell.  Rust gets all over the blankets.

22      9.    I also don't like to put things on the cell bars because a deputy can walk
23  by and take it.  Once, a deputy just reach in a grabbed a cup I had sitting on the bars.  I
24  would have been without a cup for almost a week if I hadn't been on a liquid diet at
25  the time.  I would have had to buy a new cup from the store and I can only do that
26  once every two weeks.

27      10.   Sometimes, I put up a clothesline using a t-shirt or plastic bags or any
28  strip of material I can find, but if I get caught, I'll get written up for it.  The last time I

Declaration of Barry Mosley

1    put up a clothesline, a deputy came by and threatened to write me up if I didn't take it

2    down.

3        11.    I wash my clothes in the sink and I know it takes a whole day for those to
                                    take (blr)
4    dry, so it will probably at least 2 days for the blankets to dry.  I don't know how I will

5    keep my blankets clean and still have something to sleep in.

### CONSTANT NOISE

7        12.    It is so noisy in my cell that I can't concentrate or sleep.  There is 24-

8    hour madness on my tier.  People are always up and making noise all night and all

9    day.  I try to read to block out the noise but I have to keep reading the same sentence

10   over and over again because I can't concentrate.

11       13.    Some people on my row sleep all day and stay up all night.  Others are

12   like me and do their best to sleep at night and stay up during the day.  So it is a mad-

13   house constantly.  If my neighbor is up when I am trying to sleep and he is banging

14   around in his cell, singing, anything like that—I can't do anything about it but ask him

15   to be quiet, politely.  Sometimes this situation can rise to a verbal altercation.  It's

16   really stressful because you can't talk face-to-face and work it out.

17       14.    There are 3 shift changes a day, every eight hours beginning at 6:00 A.M.

18   At 10:00 P.M. the deputies do a cell count to make sure the right person is in the right

19   cell and everyone has to wake up.  The deputies often scream or bang their flashlights

20   on the cell bars when it's unnecessary.

21       15.    Sometimes when I am asleep, the deputies bang their flashlights on the

22   bars for pill call.  I jump every time I hear it.  I can never get used to it, even after

23   eight years.  I am constantly nervous and on edge.  I always have the feeling that

24   someone is watching me when I'm awake and when I'm asleep.  My mind is always

25   on and I cannot ever turn it off.  It's like sleeping with one eye open.

### INFREQUENT SHOWERS

27       16.    Showers on my row start at about 6:30 A.M. for cells 3 through 14.  Cells

28   15 through 26 get showers in the evening.  When it is time for me to shower, a deputy

1   comes to my door and cuffs me up.  I am only allowed to wear boxer shorts and

2   shower shoes.  I can take my towel, a small bar of soap, shaving cream and a razor.

3          17.    The officers store our razors and hand them back out when we get in the

4   shower.  Sometimes the officers give me a razor that I know is not mine.  I know this

5   because I keep my razor clean and I mark it by bending it a little.  Recently, an officer

6   gave me a razor had longer, straight hair in it and my hair is short and curly.  Also, the

7   razor was not marked.  I asked for another razor but the officer insisted it was my

8   razor.  So I had to wait until new supplies came in to get another razor.  Supplies come

9   every two weeks, I can see the boxes coming in to our floor and have seen the boxes

10  unpacked many times.  I waited three or four days before I got a new razor and I had

11  to just let my facial hair grow out in the mean time.

12         18.    I am supposed to get a shower every other day for 15 minutes, but this

13  does not always happen.  The officers control when we get showers and everything is

14  done for their convenience, not ours.  Nobody gets a shower on days that we have

15  court.  We also don't get showers if the deputies decide to search our cells during

16  shower time.

17         19.    We miss showers all the time.  At the end of June, 2008, I did not shower

18  for five days.  I showered on June 16th, and I was supposed to shower again June 18th.

19  Since I had court on June 18th, I missed my shower for another two days.  Then on my

20  fourth day without a shower, the deputies decided to do a cell search at 6:30 A.M, so I

21  didn't get a shower that day either.  The fifth day without a shower was a scheduled

22  no-shower day for me.  So even though I had missed my last few showers, I had to

23  wait until it was convenient for the deputies to take my next shower.

24                        **BARRIERS TO COMMUNICATION**

25         20.    I get very tired of being treated like I am already guilty.  I want to cry but

26  I can't.  It has been six months since I have seen my 11-year-old and 13-year-old sons

27  and my 13-year-old daughter.  I wish I could see my family more often but my mother

28  is 82 years old and I don't want to make her wait six to ten hours in the visitors' line

1  to see me.  So whenever I talk to my family, it's hardly ever face-to-face.  I also have
2  to stop calling my family as much because it is too expensive for them to afford.  I
3  used to call twice a week but it costs over $3.00 just to connect and then 8 cents a
4  minute after that.  Sometimes the phone cuts off because of a technical problem at the
5  jail and I have to reconnect and pay $3.00 again.  My mom is on a fixed income and
6  my niece is a single mother, so they just can't afford to talk to me very often.

7       21.    The only other life-line I have to my family and the outside world is the
8  mail, but it usually takes at least a month, usually a month and a half, for mail to reach
9  my family or for their mail to get to me.  The officers go through our mail and
10  sometimes things like pictures are missing from the letters when they get to ~~my~~ me.
11  ~~family~~.  These are the kinds of things that really tear me up inside.

12       22.    During my 15 minutes of shower time I sometimes make a phone call
13  with a phone that is located on the shower wall.  I have to put a strip of cloth from a t-
14  shirt around the shower head so that the water doesn't spray out and get me wet while
15  I am holding the phone receiver to my ear.  The other inmates and I have to make a
16  new "splash guard" every time our cells get searched because the deputies take them
17  away.

18       23.    I literally have to stand in the shower and choose whether I am going to
19  wash or make a phone call.  Often, the deputy will cut off my shower time if he sees
20  that I'm on the phone because he is in a hurry to get through everyone and doesn't
21  care if I get my whole 15 minutes.  So I try to wash as much as I can in 5 minutes.
22  Then I try to use the rest of the time to talk on the phone and hope that the deputy
23  won't cut me off.

24       24.    Sometimes the phone in the shower is not turned on.  If I ask the deputies
25  to turn it on, sometimes they will, and sometimes they tell me to "shut-up."

26       25.    Two years ago I made friends with another detainee who was placed in
27  the cell next to me.  We talked to pass the time and it was a comfort to have a friend.
28  It was hard to communicate because we can't see each other and it's like talking to a

1 wall and the sound just sort of rolls around.  Recently, he was put in "the Hole" for a
2 discipline charge.  I don't know if I will ever talk to him again.

3 **DEFICIENT PROGRAMMING**

4       26.     I only see the outside world once every three weeks for two to three
5 hours when the officers take me to the roof.  The deputies don't do a good job keeping
6 us on a normal schedule.  They usually take us to our programs late or not at all.  This
7 makes it hard for me to keep track of the time and makes me feel disoriented.

8       27.     My roof days are supposed to be every Sunday from 6:00 A.M. to 9:00
9 A.M., but I only go about once a month.  The officers only take five or six people each
10 Sunday and there are 23 people in my tier, so it takes three or four weeks to get
11 everyone up there.

12       28.     When I do get to go outside, I stand in a cramped cage on the roof.  I
13 walk around in circles just to get a little exercise.  I walk 4 ½ steps going one way and
14 3 steps the other way inside the cage.  The only exercise equipment is a pull-up bar
15 and a dip bar.  There is a phone on the side of the cage wall that I can use if the
16 deputies turn the phone on.

17       29.     There is a fence that separates me from the General Population inmates.
18 I can see them running around, playing basketball, handball and jogging.  It feels like
19 punishment to see them moving around so freely.  All I can really do is talk to another
20 inmate in the next cage, make a phone call or walk in circles.

21       30.     I get pretty depressed when I come back from the roof because I know I
22 won't see birds, or planes or the sky for at least three more weeks.  It feels like I am
23 being given something only to have it taken away again.

24 **SCHEDULE CONFLICTS**

25       31.     With programming, I often do not get to do what I am supposed to and I
26 have to make choices between activities like contacting my family, going to the law
27 library and going to the roof.  It feels like everything is a catch-22 and I lose no matter
28 what I pick.

Declaration of Barry Mosley

Page 166

32.    Even though I can't go outside very often, my scheduled time in the law library conflicts with the time I am scheduled to go outside.  I am *Pro Per* and I need to spend time preparing to represent myself, so I often have to choose between going to the law library and going outside.  What happens is that the roof time is scheduled to overlap with library time on some days, so I literally have to choose between sunlight and representing myself because the deputies will not help me so I can do both.

<b>DEPUTY MISCONDUCT</b>

33.    I feel totally helpless and I don't think it matters if I complain anymore because it seems like the officers already have it in for me.  I just try to take it as it comes but it is nearly impossible to withstand the officers treating me like I am dirty and calling me a criminal.

34.    For example, when I go to court, the officers shackle my feet even though I don't have that type of security classification.  I have been classified as K-10 since I first got to jail, but I don't have any additional security classifications, and inmates who are just K-10 are not supposed to have their feet shackled.  This makes me look like I am being held for a more serious charge than I actually am when I'm in a court room and in front of the judge. Once, I asked an officer why he was shackling my feet and told him I wasn't supposed to have the shackles.  He told me to shut-up and said, "Well, from now on you *will* have the shackles."

35.    Once I asked a senior if I could change my K-10 status and he put in some kind of complaint.  I never got an answer and this was 1 ½ years ago

36.    Also, there is an officer on my tier where I am currently housed who is involved in my pro per case.  Even though I have made complaints about him, he is still on my tier.  He controls whether and when I go outside or to the law library or the shower.  Every time he takes me somewhere, he stalls or brings me late and I lose time.  I don't feel safe with him around.

*me to the day room when the officers search my cell. Other times I am allowed to stand with my back to the wall in my cell or sit on the floor.*

## UNLAWFUL CELL SEARCHES

37. When the officers do a cell search, they take half of the inmates on my row out of our cells *at a time* and put us in the day room. They cuff us and make us sit on the floor there with officers to watch us. Then they go back to the row and search our cells while *we* are stuck in the day room.

38. During cell searches officers have thrown away all my property, everything in my cell, even though none of it was contraband. They took away all my books, including my Bible, reading glasses, food I had bought from the store, personal hygiene items and legal material. I had to get another Bible from the chaplain, buy another pair of glasses and re-purchase the hygiene kit.

39. I filed a complaint after one of these incidents. After about three months one of the seniors came to me said, "We know you, so we will work with you," because I had been at the jail for so long. About three or four months later, I got a check for $100 from the Comptroller's office but this was less than half the worth of all the stuff that got thrown out. I know that my stuff was worth more because I had receipts from some of the things I had bought from the Jail store totaling about $100, but that did not include at least 6 or 7 books and some legal materials. Now I tell my family to keep all the receipts for the books they buy me.

40. A few years later, the deputies did it again. They threw away more of my property in a cell search. They deputies threw away books, legal materials and a pair of seeing glasses that cost me $260. I wrote some letters about it, and someone from the comptroller's office did an in-house complaint for me. But nothing ever happened.

41. Over the 8 years I have been here I have had about 50 of my books thrown out by officers. Many of these books were given to me by my lawyer and my family; all of the books were historical, fictional or religious materials.

## POOR MEDICAL TREATMENT

42. Before I came here, I had no history of mental illness. I now feel

1   depressed on a daily basis.  I used to be a social person, but now I get very sad and I
2   don't want to talk to anyone.  I know I am feeling sad and unsocial when I just want to
3   sit and read my Bible all day and I don't want to talk to anyone.

4       43.    I didn't have much trouble sleeping before I came to jail.  Now, I can't
5   sleep at night and when I finally do get to sleep I wake up with a start every time I
6   hear the gate open on my tier for the officers to come in.  I get about four or five hours
7   of sleep on a good night.  Most of the time I can only sleep for about 3 hours.  I still
8   have not been able to get used to the noise and the constant fear, even after 8 years.

9       44.    Besides depression and lack of sleep, I have had other health issues since
10  I have been in here.  My blood pressure has risen and I get frequent migraines.

11      45.    I used to get my blood pressure checked once a week when nurses came
12  to my cell.  Then I had a physical and the doctor put me on medication for it.  But the
13  medicine made me urinate at night and I was already having so much trouble sleeping.
14  So I stopped taking it at night.  I have now been waiting on the doctor's line for 2
15  weeks to fix the problem.

16      46.    I had migraines before I got here, but they have gotten worse and the
17  medicine they give me doesn't work.  I usually just suffer through the pain.

18      47.    About four years ago, I was given medication by a mental health
19  supervisor but I didn't know what the pills were or what they were for because the
20  doctor didn't explain what I was taking or what the side effects were.  It may have
21  been for sleep or because I was feeling so down.  The pills kept changing and I was
22  confused about what to take.  No one would explain the medicine to me, so finally I
23  just told them to stop giving the pills to me.

24  x

25  x

26  x

27  x

28  x

48.     Two or three years ago I got a permanent prescription for Benadryl that I can take twice a week to fall asleep.  The rest of the days I just stay up until I exhaust myself.  Sometimes I end up sleeping for a whole day to catch up.  I didn't used to sleep at all during the day.  I feel like I have no energy and I am never rested.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.  Executed this ~~sixteenth~~ fifteenth day of ~~June~~ July 2008 in Los Angeles, California.

X ___Barry W. Mosley___
        Barry Mosley

# DECLARATION OF PRISONER #17
# DARRELL GARRETT

**Declaration of Darrell Garrett**

I, Darrell Garrett, hereby declare:

1.     I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.     On June 19th, I was taken out of my cell for court line and waist chained. After I was waist chained, the deputies grabbed me by my waist chains and pulled me up to the bar. They told me to walk to the left and they pushed me from behind twice. I fell down the steps and the deputies told me to "shut the fuck up" and a deputy started kicking me in the face. Another deputy started kicking me in the face on the other side of my face. I was being kicked on both sides and I couldn't see anything. Another deputy was holding me down. I then felt something hard which I later learned was a milk crate. They were hitting me on my head with the milk crate which is a hard plastic. Later on there were patterns on my head from the milk crate. Then they threw me on the floor and they were hitting my head into the concrete floor. Then they grabbed my head and started cheese grating my face into the concrete. They then took two cans of mace and emptied them into my mouth, ears, nose, and eyes. They dragged me down the steps. I was bleeding everywhere. They tried to clean me up with some water but I was bleeding and I had crapped in my pants.

3.     They then took me down to medical and even though I suffered a severe beating, they made me walk practically blindly down to medical. I then blacked out and then I was in the hospital at USC Medical Center. They took x-rays. The doctor asked me if I could leave since the deputies wanted to take me back and I was pressured out of fear to say yes.

4.     When I returned to MCJ, they did not put me in medical. They just took me back to the hole.

5.     I entered the hole on May 21st. A deputy pulled a metal make-shift knife out of his pocket and threatened me to cooperate with them. The deputies had gone through my confidential legal paperwork in my cell. I am a pro-per. The deputy said he had found the metal knife in my cell and unless I cooperated with them they would put me in the hole. The knife was not mine and it was never in my cell. They said if I cooperated they would forget about the knife

1  and make everything go away.

2      6.      The only time I get out of my cell as a K-10 is the law library. Before last week,

3  they hadn't given showers for two weeks. It had been weeks before I could wash the dried blood

4  off me. On one day they shut off our water for 8 hours so we had no drinking water and we

5  couldn't use the toilets. Whenever I complain they write me up and put me in the hole. They give

6  me opened food and I don't know where it has been so I don't eat it. They verbally abuse me and

7  threaten me, telling me that "they are going to get me." I haven't had any laundry exchange for a

8  month. I haven't gotten mail for 3 weeks. The only time I use the phone is during my law library

9  time. I haven't gotten a bedding exchange for a few weeks. I have been waiting to see the doctor

10  for almost two months and I ask every day the nurses come to see the doctor and I never get on

11  the doctor's line. There are frequently mice running around and I had to block the bottom of my

12  door to prevent the mice from coming in. It is dirty and they haven't cleaned the tier in over a

13  month. The showers are gross and they seem very dirty every time I go in there.

14      7.      Since multiple deputies beat me up, they have verbally threatened me and taunted

15  me, telling me they are going to get me. They tell me that I am not going to get out of the hole

16  and they can charge me with anything.

17      8.      My name is Darrell Garrett. I have been in Men's Central Jail since January. My

18  time here is pending. I am 23 years old.

19

20      I declare under penalty of perjury of the laws of the State of California and the United

21  States that the foregoing is true and correct. Executed this 9th day of July, 2009 in Los Angeles,

22  California.

23

24                                    Darrell Garrett

25

26

27

28

2

Declaration of _Darrell Garrett_

1

2   I, _Darrell Garrett_ hereby declare:

3   1.   I make this declaration based on my own personal knowledge and if called to testify I

4   could and would do so competently as follows:

5   2.   On June 19th, I was taken

6   out of my cell for court line and

7   waist chained. After I was waist

8   chained, ~~they~~ the deputies grabbed me by

9   my waist chains ~~et~~ and pulled

10   me up to the bar. ~~Andy~~ They told me

11   to walk to the left and they

12   pushed me from behind twice.

13   I fell down the steps and the

14   deputies told me to "shut the fuck

15   up" and ~~he~~ a deputy punched me in

16   the face. I fell over a bench and

17   a deputy started kicking me in

18   the face. Another deputy ~~started~~

19   kicking me in the face on the

20   other side of my face. I was

21   being kicked on both sides

22   and I couldn't see anything.

23   I then felt something hard which

24   I later learned was a milk

25   ~~carton~~ crate. They were hitting me

26   on my head with the milk

27   crate which is ~~metal~~ a hard plastic. Later

28   on there were patterns on my

*(margin, left side, rotated text):* Another deputy was holding me down.

head from the milk crate. Then
they threw me on the floor
and they were hitting my head
into the concrete floor. Then
they grabbed my head and
started cheese grating my face
into the concrete. They then took
two cans of mace and emptied
them into my mouth, ears, nose,
and eyes. They dragged me
down the steps. I was bleeding
everywhere. They tried to clean
me up with some water but
I was bleeding and I had
crapped in my pants.
3. They then took me down to
medical and even though I
suffered a severe beating, they
made me walk practically
blindly down to medical. I
then blacked out and then
I was in the hospital at
VSC Medical Center. They took
X-rays. The doctor asked me if I
could leave since the deputies wanted
to take me back and I was
pressured out of fear to say yes.
4. When I returned to MCJ they
did not put me in medical. They

Page 174

1. just took me back to the hole.
2. 5. I entered the hole on May 21st.
3. A deputy pulled a metal make-
4. shift knife out of his pocket and
5. threatened me to cooperate with
6. them. The deputies had gone through
7. my confidential legal papers
8. in my cell. ~~to cope~~ I am a
9. pro-per. The deputy said he had
10. found the metal knife in my
11. cell and unless I cooperated
12. with them they would put
13. me in the hole. The knife was
14. not mine and it was never
15. in my cell. They said if I
16. cooperated they would forget
17. about the knife and make
18. everything go away.
19. 6. The only ~~law litigate~~ time I get
20. out of my cell as a K-10 is
21. the law library. Before last week
22. they hadn't given showers for
23. two weeks. It had been weeks
24. before I could wash the dried
25. blood off me. On one day they
26. shut off our water for 8 hours
27. so we had no drinking water
28. and ~~they~~ we couldn't use the
    toilets. Whenever I complain

they write me up and put me in
the hole. They are treating us
inhumanely and when I try
to tell someone they put me
in the hole. They give me opened
food and I don't know where it
has been so I don't eat it. They
verbally abuse me and threaten
me, telling me that "they are
going to get me." I haven't had
any laundry exchange for a
month. I haven't gotten mail for
3 weeks. The only time I use
the phone is during my law
library time. I haven't gotten
a bedding exchange for a few
weeks. I have been waiting to
see the doctor for almost two
months and I ask every day
the nurses come to see the
doctor and I never get on
the doctor's line. There are
frequently mice running around
and I had to block the bottom
of my door to prevent the
mice from coming in. It is
dirty and they haven't cleaned
the ~~shower~~ tier in over a
month. The showers are gross

and they seem very dirty every time I go in there.

7. Since multiple deputies beat me up, they have verbally threatened me and taunting me, telling me they are going to get me. They tell me that I am not going to get out of the hole and they can charge me with anything.

8. My name is Darrell Garrett. I have been in Men's Central Jail since January. My time here is pending. I am 23 years old.

I declare under penalty of perjury of the laws of the State of California and the United State that the foregoing is true and correct. Executed this 9th day of July, 2009 in Los Angeles, Califor

Printed Name X

# DECLARATION OF PRISONER #18
# HERIBERTO RODRIGUEZ

**Declaration of Heriberto Rodriguez**

I, Heriberto Rodriguez, hereby declare:

1.     I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.     I am 29 years old and I have been in Men's Central Jail for five consecutive years.

3.     I am allowed to shower and shave every other day. I am 20-30 minutes to shower, shave and use the phones. I get half of a very small bar of soap and I have to use that to both myself and my clothes. It is never enough to be fully clean. The razors get changed every other week and are usually dull after 2-3 shaves. The showers are really dirty; I can see mold growing on them. I have to be really careful what I touch, because the showers are rarely cleaned. I cleaned the showers myself last time, and between cleanings it is usually a couple of months. I am worried about catching staph infections, because many inmates have them.

4.     There is rarely any hot water to use. Showers start at 6 a.m. and the water's only hot when the showers are on. That means we can only make any food we might have gotten from the store very early in the morning. I have complained about the hot water and deputies have told me to "man up" and "you're in jail."

5.     I only get out of my cell to shower and one then once a week outdoors. We only get to go outside on Mondays at 6:30 in the morning. We go out there regardless of the weather. I've been outside during thunderstorms and hail just to get some fresh air. I once got sick from being in the rain for 2 hours, and I never got any treatment. I stayed sick for a long time, until I got better on my own.

6.     Once, after I was beaten up by the deputies, I was receiving pain meds. My meds were taken away because I complained to the ACLU. They said I was a complainer and don't give me treatment. I have given my name at sick call and they tell me I am a complainer or just give me Tylenol and tell me to stop whining.

7.     I only get to see a chaplain once every two weeks, and I never get offered church on Sunday. I have seen other people request a chaplain and the deputies just ignore it.

8.     Once a week, I can see a TV for a day, and we never get any newspaper. I have no

1  way of knowing anything going on outside. I have lost touch with so many people because the

2  only chance I get to call anyone is at 6 a.m. I haven't gotten mail in a long time, and the last time

3  I got mail, it was postmarked 36 days from then. The only people I have time to call during my

4  30 min. is my mom and my wife. I have a chance to use the phone in the law library, but then I

5  have to chose between calling my loved ones and working on defending myself.

6      9.      I have seen many beatings by deputies during my five years. I'm worried that the

7  deputies will report that I instigated something or say I had weapons, because the deputies all

8  cover each other. It is safest to just stay quiet because I know there will be repercussions for

9  talking. I am careful to make sure not to give the deputies any excuse to beat me up.

10

11      I declare under penalty of perjury of the laws of the State of California and the United

12  States that the foregoing is true and correct. Executed this 9th day of July, 2009 in Los Angeles,

13  California.

14                                          _____/s/_____

15                                          Heriberto Rodriguez

16

17

18

19

20

21

22

23

24

25

26

27

28

Declaration of _Heriberto Rodriguez_

1

I, _Heriberto Rodriguez_, hereby declare:

2

    1.    I make this declaration based on my own personal knowledge and if called to testify

3

could and would do so competently as follows:

4

    2.    I am 29 years old and I have been in Men's Central Jail for five consecutive years.

    3. I am allowed to shower, and shave every other day. I am given 20-30 minutes to shower, shave and use the phones. I get half, of a very small bar of soap and I have to use that to wash both myself and my clothes with it. It is never enough to be fully clean. The razors get changed every other week and are usually dull after 2-3 shaves. The showers are really dirty; I can see mold growing on them. I have to be really careful what I touch because the showers are rarely cleaned. I cleaned the showers myself last time, and between cleanings it is usually a couple of months. I am worried about catching staph, infections, because many inmates have them.

4. There is rarely any hot water to
use. Showers start at 6am and
the water's only hot when the showers
are on. That means that we can
only make any food we might have
gotten from the store. I have complained
about the hot water, and deputies
have told me to "man up" and
just say it's jail.

5. I only get out of my cell to
shower and then once a week outdoors.
We only get to go outside on
Mondays at 6:30 in the morning.
We go out there regardless of
the weather. I've been outside
during thunderstorms, and hail, just
to get some fresh air. I once
got sick from being in the rain
for 2 hours, and I never got
any treatment. I stayed sick for
a long time, until I got better on
my own.

6. Once, after I got beaten up by
the deputies, I was receiving
pain meds. My meds were taken
away because I complained to
the ACLU. They said I was a
complainer and don't give me
treatment. I have given my

name at sick call and they tell me
I am a complainer or just give me
Tylenol and tell me to stop whining.
7. I only get to see a chaplain
one every two weeks, and I
am never get oss-sered church on
sunday. I have seen
other people request a chaplain,
and the deputies just ignore it.
8. Once a week, I can see a
TV for a day, and we never
get any newspaper. I have no
way of knowing anything
going on outside. I have lost
touch with so many people
because the only chance I
get to call anyone is at 6 am.
I haven't gotten mail in a long
time, and the last time I got
mail it was postmarked 36
days from then. The only people
I have time to call during my
30 min is my mom and my
wife. I have a chance to use
the phone in the law library, but
then I have to chose between
calling my loved ones and working
on defending myself.

9. I have seen many beatings by deputies during my five years. I'm worried that the deputies will report that I instigated something or say I had weapons, because the deputies all cover each other. It is safest to just stay quiet because I know there will be repercussions for talking. I am extra careful to make sure not to give the deputies any excuse to beat me up.

I declare under penalty of perjury of the laws of the State of California and the United State that the foregoing is true and correct. Executed this 10th day of June, 2009 in Los Angeles, Califor

Printed Name X_____   7-9-09

# DECLARATION OF PRISONER #19
# JESSE MEJIA

**Declaration of Jesse Mejia**

I, Jesse Mejia, hereby declare:

1.     I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.     When I was in twin towers I received all of my medication regularly. Once I was transferred to the mens central I stopped receiving my medication. I had to go for two weeks without my medication. I got very paranoid and being around a lot of other people in a dormitory made me feel really nervous. I asked for my medication and they told me that I had to wait for it despite the fact I told them that my mental health state was worsening .

3.     I could not sleep and I was not even hungry anymore. I just laid down in my cell and was in a deep state of depression because my medication was being denied. Despite all of these issues I have not received all of my needed medications or even a visit to the psychiatrist.

4.     When my father passed away ten years ago I began to develop mental health issues. I attempted to commit suicide and hear voices. The voices would tell me to hurt myself and hurt other people. Every night I would get depressed and paranoid. The mens central jail has become a never ending night time for me.

5.     The California men's colony diagnosed me with mental illness officially in 2007, three years later I still have not received the medication and I need my medication to do daily activities.

6.     I have filled out multiple complaint forms and still have not received a response. After I sent the ACLU a letter, the mental health personnel came and visited me and merely asked me questions. The man told me that he would get back to me with my request, but that was over two weeks ago and I still have not heard any response from him.

7.     Without my medication I lose my urge to do anything. I have no motivation to eat or work out or even talk to the people in the day room. Its so crowded I get paranoid. Not having medication makes it difficult for me to concentrate and follow the rules. This is especially dangerous in a jail setting because not following directions can endanger my life.

8.     Going outside to the roof is a rare event because it usually is offered around 4 or

1    5am and none of us want to go  out into the cold, dark morning air without extra jackets or

2    blankets.

3         9.        The showers are always dirty and crowded and I get  paranoid because of the guys.

4    I have seen people get beat up while waiting for the shower because there is so much agitation

5    because of the long lines and people get violent.

6

7         I declare under penalty of perjury of the laws of the State of California and the United

8    States that the foregoing is true and correct.  Executed this 18th day of June, 2009 in Los

9    Angeles, California.

10                                         _____/s/_____

11                                         Jesse Mejia

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    **Declaration of** _Jesse mejia_

2    I, _Jesse mejia_____, hereby declare:

3    1.    I make this declaration based on my own personal knowledge and if called to

4    testify I could and would do so competently as follows:

5    2. all    When I was in twin towers, I received

6    ~~both~~ of my required medication regularly once

7    I was transfered to men's central I

8    Stopped receiving my medication. I

9    had to go two weeks without my medication.

10   I got very paranoid and being around

11   a lot of people made me feel

12   nervous. I asked for my medication and

13   they told me that I had to wait

14   for it despite the fact my mental

15   health was worsening.

16   3. I could not sleep, I was not

17   even hungrey anymore. I just laid

18   down and was in a deep state

19   of depression. Despite all of these

20   issues I have not received all of

21   my needed medications or even a

22   visit to the psychiatrist.

23   4. When my dad passed away my

24   mental health issues started about

25   ten years ago. I attempted to

26   commit sucide and began to

27   hear voices. The voices would

28   tell me to hurt myself and

     ✗  J.M

hurt other people. During nightime
I would get depressed and paranoid.
The jail for me has become a
never ending night time. I
  5. The california men's colony
diaghoised me with mental illness
officially in 2007. 3 year yaters
I still have not received the medication
I need to do my daily activities.
  6. I have filled out multiple
complaint forms and still have not
received a response. After I sent the
ACLU a letter, the mental health
personnel came and visited me ant
merely asked me questions. The
man told me that he would get
back to me with my request, but
that was over two weeks ago
and I have not heard from
him since.
  7. without my medication I loose
the urge to do anything. I have
no motivation to eat or work
out or to even talk to the
people in the dayroom. Its so
crowded I get paranoid
  8. Not having medication makes
it difficult for me to concentrate

+ 2 J.M

Page 187

1  and follow the rules This is especially
2  dangerous in a jail setting where
3  not following directions could endanger
4  my life
5     9. Going outside to the roof is a
6  rare event because it usually is
7  offered around 4 or 5am and
8  none of us want to go out into
9  the cold, dark morning air without
10 extra jackets or blankets.
11    10. The showers are always
12 dirty and crowded and I get
13 paranoid because of the guys. I
14 have seen people get beat up while
15 waiting for the shower because
16 there is so much agitation
17 and people get violent.
18
19
20
21
22    I declare under penalty of perjury of the laws of the State of California and the United
23 States that the foregoing is true and correct.  Executed this ___ day of ___ June ___,
24 2009 in ___ MCJ ___
25                                    X _____
26
27
28

3

Page 188