# DECLARATION OF PRISONER #21 RICHARD IYOTTE

**Declaration of Richard Iyotte**

I, Richard Iyotte, hereby declare:

1.  I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.  I have been in the custody of the Los Angeles County Sheriff's Department since the middle of June and I have been here for about a month. I am currently housed in Men's Central Jail in unit 4400 in a four person cell.

3.  The cell is about 6 feet by 12 feet and has 6 bunk beds. There is no room to walk around and there are no tables or seats so you can either walk from your bed to the sink and back or just sit in bed. We also have one toilet and one sink but the toilet was broken for a week. The flush button was broken so the water just kept going. Instead of fixing the flush they just turned the water off so we had to clean the toilet with water from the sink. The deputies ignored our request to fix the toilet and wouldn't give us a bag to use to fill with water from the sink to manually clean it.

4.  We only get showers two times a week even though we are supposed to get them every other day. We feel so dirty that we clean ourselves by using a cup of water from the sink and pouring it over us while we stand over the toilet. I haven't received any soap since I've been here so I have to buy soap from the canteen. When they do offer us showers I choose not to go because I went to get store and I saw the shower was flooded and I was worried about getting infections in my feet.

5.  We are responsible for cleaning our own cells but they don't give us supplies to clean. Instead we have to ask trusties to give us soap and we keep our old towels and use them to clean up. I'm worried about the cleanliness because one of my cellmates has a staph infection on his leg.

Declaration of Richard Iyotte

1    6.    This week we only got to go to the day room once for two hours. The only thing in

2    the dayroom are tables, a toilet and a sink. We only get to go to the roof once a week for two to three

3    hours. That is the only time all week I can see the light of day. The rest of the time we are just

4    locked in our small cells.

5

6    7.    I declare under penalty of perjury of the laws of the State of California and the United

7    States that the foregoing is true and correct. Executed this 10th day of July, 2009 in Los Angeles,

8    California.

9

10

                                                    /s/
11
                                            Richard Iyotte
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Declaration of Richard Iyotte

1      Declaration of Richard Iyotte

2      I, Richard Iyotte         , hereby declare:

3      1.      I make this declaration based on my own personal knowledge and if called to

4 testify I could and would do so competently as follows:

5      2.    I have been in the custody of the Los Angeles

6 County Sheriffs Department since the middle of June and

7 I have been here for about a month. I am currently

8 housed in Men's Central Jail in unit 4400 in a four-

9 person cell.

10      3. The cell is about 6 feet by 12 feet and has

11 6 bunk beds. There is no room to walk around and there

12 are no tables or seats so you can either walk from

13 your bed to the sink and back or just sit in

14 bed. We also have one toilet and one sink but the

15 toilet was broken for a week. The flush button was

16 broken so the water just kept going. Insted of fixing

17 the flush they just turned the water off so we had

18 to clean the toilet with water from the sink. The deputies

19 ignored our request to fix the toilet and wouldn't

20 give us a bug to use to fill with water from the

21 sink to manually clean it.

22      4. We only get showers two times a week even

23 though we are supposed to get them every day. We feel

24 so dirty that we clean ourselves by using a cup

25 of water from the sink and pouring it over us

26 while we stand over the toilet. I haven't received

27 any soap since I've been here so I have to

28 buy soap from the canteen. When they do offer us

1  showers I choose not to go because. th I went one
2  to get store and I saw the shower was flooded and
3  I was worried abut getting infections in my feet.
4     5. We are responsible for cleaning our own cells
5  but they don't give us supplies to clean. Instead we
6  have to ask turtier to give us soap and we keep
7  our old towels and use them to clean up. I'm worried
8  about the cleanliness because one of my cell-mates
9  has a staph infection on his leg.
10     En.



2
RI

6. This week we only got to go to the day room once for two hours. The only thing in the dayroom are tables, a toilet and a sink. We only get to go to the roof once a week for two to three hours. That is the only time all week I can see the light of day. The rest of the time we are just locked in our small cells.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed this 10 day of July, 2009 in Los Angeles Angeles.

X Richard Clyette

3

# DECLARATION OF PRISONER #22
# RAMON CAMPOS

**Declaration of Ramon Campos**

I, Ramon Campos, hereby declare:

1.     I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.     I am 27 years old and I came into Men's Central Jail since the end of June. I was arrested for a minor parole violation which I am innocent of.

3.     When I came into jail, I was placed on a k-10 FISH row, awaiting classification. I was told I would be on the row for at most two weeks before I was classified and transferred to appropriate housing. I have already been on the row for 3 weeks and I still haven't been able to see anyone about my classificiation. I just want to be put into a green-light module because I have dropped out of a prison ganagtt and fear for my safety in general population.

4.     While I've been on the FISH row, I have not been allowed to shave and I have only gotten one shower in three weeks. When I ask for a shower I get told that anputher shift was supposed to do it. Sometimes I ask for a shower and am told that I asked at the wrong time and can't have one anyomre. I've brequested a razor and the deputies tell me., "You don't have shit comoing here; You don't need to shave." I see that razors are sitting on the gate but they are never passed out.

5.     I still haven't been allowed a visit or any phone calls for the entire time I've been here. I've written letters to my family but I dom't think the letters fo out. I've never received any mail, and no one on my row has either. I've asked for phones and I've been told it isn't allowed on my row.

6.     The row is very dirty. All I have to clean my cell is the half bar of hand soap I'm given to wash up in the sink. The tier is never mopped and only swept a couple of times.

7.     When I was first in processing, I requested a special diet because I cannot eat the normal prison diet. For three weeks, I couldn't eat most of the the dinners while waiting to see a doctor. When I was the doctor he told me that they didn't have the diet I needed. I asked what I was supposed to eat, but he just told the deputies he was done with me. I talked to him for about 2 minutes. I don't think I would have seen the doctor at all if my girlfriend hadn't called the

1  ACLU.

2      8.    Besides roof time, I never get out of my cell. Even when we go up to the roof, we

3  are locked into small cages. If I stretched my arms out, I could touch both sides. In the cages, the

4  deputies only give out one latex glove to pee in. There are no access to bathrooms and no phones

5  in the cages.

6      9.    Being stuck in a tiny cell for 24 hours a day makes me feel depressed and down all

7  the time. I only get to see the sun for maybe three hours a week.

8      10.    I've only been able to see a chaplain once, and I've never been able to attend

9  religious services on Sunday. I have no idea why I am still being denied all of my privileges. I

10  just want to be able to call my family, and see them and I don't understand why I am not allowed

11  to.

12

13      I declare under penalty of perjury of the laws of the State of California and the United

14  States that the foregoing is true and correct.  Executed this 16th day of July, 2009 in Los Angeles,

15  California.

16                                    /s/

17                                Ramon Campos

18

19

20

21

22

23

24

25

26

27

28

Page 195

**Declaration of** Ramon Campos

I, Ramon Campos, hereby declare:

1.      I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.      I am 27 years old and I came into Men's Central Jail, since the end of June, I ~~was~~ arrested for a minor parole violation which I am innocent of.

3. When I came into jail, I was placed on a k-10 fish row, awaiting classification. I was told I would be on the row for at most two weeks before I was classified and transferred to appropriate housing. I have already been on the row for 3 weeks and I still haven't been able to see anyone about my classification. I just want to be put into a Green-light module, because I have dropped out of a prison gang and fear for my safety in general population.

4. While I've been on the fish row, I have not been allowed to shave and I have only gotten one shower in three weeks. When I ask for a shower, I get told that another deputy was supposed to do it. Sometimes I ask for

x RC

/ x R.C.

a shower and um told that I asked at the wrong time, and can't have one anymore. I've requested a razor and the deputies tell me, "You don't have shit coming here. You don't need to shave," & I see that razors are sitting on the gate, but they are never passed out.

5. I still haven't been allowed a visit or any phone calls for the entire time I've been here. I've written letters to my family but I don't think the letters go out. I've never received any mail, and no one on my row has either. I've asked for phones and I've been told it isn't allowed on my row.

6. The row is very dirty. All I have to clean my cell is the half bar of hand soap I'm given to wash up in the sink. The row is very dirty, because it is never mopped and only swept ~~attendant~~ a couple of times.

7. When I was first in processing I requested a special diet, ~~my~~ ~~the~~ because I cannot eat

XRC

2 x RC

the normal prison diet for three weeks; I couldn't eat most of the dinners while waiting to see a doctor. When I saw the doctor, he told me that he ~~wasn't~~ special dietster. I talked to him for about a minute. I don't think I would have seen the doctor at all if ~~my~~ I hadn't complained to the ACLU & besides ~~really~~ the first time, I never get out of my cell. Even when we go out to the bos, we are locked into small cages. If I stretched my arms out, I could touch both sides. In the cages the deputies only give out one latex glove to pee in. There are no access to bathrooms, and no phones in the ~~easy~~ cages.

9. Being stuck in a tiny cell for 24 hours a day makes me feel depressed and down all the time. I only get to see the sun for maybe three hours a week.

× RC

: they didn't have the diet I needed. I asked that I opposed to cut but he just told the truth he was honest with me.

× RC

3 × RC.

1  it, I've only been able to see a
2  chaplain, once, and I've never
3  been able to attend religious
4  services on sunday. I have no idea
5  why I am still being denied
6  all of my privileges. I just
7  want to be able to call
8  my family and see them, and
9  I don't understand why I
10  am not allowed to.

21  I declare under penalty of perjury of the laws of the State of California and the United
22  States that the foregoing is true and correct.  Executed this __16__ day of __July__, 2009 in
23  Los Angeles, California.

24  X _Ramon Campos_

26  4 X RC

# DECLARATION OF PRISONER #23 KEVIN KEYS

**Declaration of Kevin Keys**

I, Kevin Keys, hereby declare:

1.      I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.      My name is Kevin Keys. I am 31 years old. I am at Mens Central Jail. I have a 12 month violation but I am looking to get that appealed to 6 months. I have been here since March 24, 2009. I have been in and out of jail since 1997.

3.      I go every other month to Parole Out Patient Clinic. They ask me how my meds are working. I have been hospitalized at UCLA for psychiatric problems and for a nervous break down. They diagnosed me with bipolar schizophrenia. They prescribed 30 mg of Abilify and 100 mg of Seroquel. I had therapy in the hospital. They switched me over to a new med Abilify and it works much better. This was all before I was incarcerated.

4.      I have been taking psych medications and other medications for the same condition. When first in County, they ask me questions about my condition but did not prescribe me medication. Currently, here at Mens Central when I see the psych, her name is Lauren, they do not seem to care and do not prescribe medication. Lauren says she looks at me and thinks I don't need my meds. For example, on Tuesday, June 16th, 2009, Lauren and two guards took me to the shower and locked me in there for 30 min. She said she got something from ACLU about my meds. I told her I was trying to get my meds that I take outside. She said the meds are anti-psychotics and I can't get them here. Then they took me back to my cell. I remember that someone on my row was taking Seroquel so I don't understand why I can't have my meds. I constantly hear voices. One time I went to suicide watch and afterwards they de-classed me and put me in the hole for a day. I was still having suicidal thoughts when they de-classed me. We are not receiving our program time and we have not been in the yard in a month. I'm in my cell practically everyday all day. Every other day we come out of our cells for 5 minutes. If I wake up early enough for a shower at 5 am I can shower every other day. The shower is clogged up and the dirt from 20 men is sitting in the shower. The water rises because the drain is clogged. We are cleaning ourselves with dirty water up to my ankles. I am hoping that I stay healthy. I am not

receiving my medications. The last time I had my medication was before I was arrested so I have not had my medication for over 2 months. I saw the psych two or three times since I've been here and each time I tell the psych my same problems and she will not prescribe the medication because she says I don't look like I need medication. I have been taking the Abilify and Seroquel for around two years.

5.     The jail is filthy especially in the showers.  The day room is reasonably clean but it is crowded and missing a t.v. and exercise equipment. We sit in there and talk and play dominos. I am not receiving my out of cell time as described before. There are four people in the cell. My cell mate receives his medication but I do not so I hear voices and cannot sleep.

6.     LA County Jail is the worst place to be. It's horrible there and the deputies beat some people. I witnessed 3 deputies hitting a Mexican guy. I saw the Mexican guy fall down adn the deputies were beating on him with flashlights. At Mens Central if you get out of line they will be waiting to hit you.

7.     They do not tell me why I am not getting medication. I am here for a parole violation. If I went back to prison and they saw I was Triple CMS they would prescribe me my medication and I would receive it the next day. I know this from past experience. I have given up trying to get my medication. They are determined to not help me.


I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct.  Executed this 18th day of June, 2009 in Los Angeles, California.

_____/s/_____

Kevin Keys

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Declaration of Kevin Keys**

I, Kevin Keys, hereby declare:

1.      I make this declaration based on my own personal knowledge and if called to

testify I could and would do so competently as follows:

2.      My name is Kevin Keys. I am 31 years old. My date of birth is 12/20/77.  I am at

Mens Central Jail. I have been here since March 24, 2009. I have been in and out of jail since

1997. *✓ I have a 12 month violation but I am looking to get that appealed to 6 months.* K.K

3.      I go every other month to Parole Out Patient Clinic. They ask me how my meds

are working. I have been hospitalized at UCLA for psychiatric problems and for a nervous break

down. They diagnosed me with bipolar schizophrenia. they prescribed 30 mg of Ability and

100 mg of Seroquel. I had therapy in the hospital, This was all before I was incarcerated. *K.K*

*K.K They switched me over to a new med, Ability and it works much better.*

4.      I have been taking psych medications and other medications for the same

condition. When first in County, they ask me questions about my condition but did not prescribe

me medication. Currently, here at Mens Central when I see the psych *her name is Lauren* They do not seem to care *K.K*

and do not prescribe medication, I constantly hear voices. One time I went to suicide watch and

afterwards they de-classed me and put me in the hole for a day. I was still having suicidal

thoughts when they de-classed me. We are not receiving our program time and we have not been

in the yard in a month. I'm in my cell practically everyday all day. Every other day we come out

of our cells for 5 minutes. If I wake up early enough for a shower at 5 am I can shower every

other day. The shower is clogged up and the dirt from 20 men is sitting in the shower. I am

hoping that I stay healthy. I am not receiving my medications. The last time I had my medication

was before I was arrested so I have not had my medication for over 2 months. I saw the psych

two or three times since I've been here and each time I tell the psych my same problems and she

will not prescribe the medication because she says I don't look like I need medication. I have

been taking the Ability and Seroquel for around two years. *K.K We sit in there and talk and play dominos.*

5.      The jail is filthy especially in the showers. The day room is reasonably clean but

it is crowded and missing a t.v. and exercise equipment. I am not receiving my out of cell time as

described before. There are four people in the cell. My cell mate receives his medication but I do

*K.K Lauren says she looks at me and thinks I dont need my meds. For example, on Tuesday, June 16th, 2009, Lauren and two guards took me to the shower and locked me in there for 30 min. She said she got something from ACLU about my meds. I told her I was trying to get*

*any meds that I take outside. She said the meds are anti-psychotics and I cant get them here. Then they took me back to my cell. I remember that someone on was taking Seroquel so I dont understand why I cant have my meds.*

*K.K is clogged. we are cleaning ourselves with dirty water up to my ankles.   The water rises because the drain*

K.K

I witnessed
3 deputies
hitting a
Mexican
guy. I saw
the Mexican
guy fall
down and
the deputies
were beating
on him
with flashlights.

1    not so I hear voices and cannot sleep.

6.    LA County Jail is the worst place to be. It's horrible there and the deputies beat
some people. At Mens Central if you get out of line they will be waiting to hit you.

7.    They do not tell me why I am not getting medication. I am here for a parole
violation. If I went back to prison and they saw I was Triple CMS they would prescribe me my
medication and I would receive it the next day. I know this from past experience. I have given up
trying to get my medication. They are determined to not help me.

I declare under penalty of perjury of the laws of the State of California and the United

10    States that the foregoing is true and correct.  Executed this 18th day of June, 2009 in Los        K.K

11    Angeles, California.

12                                                 Kevin Keys

13                                                 Kevin Keys

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

# DECLARATION OF PRISONER #24
# DEMONTE DANIELS

1           **Declaration of Demonte Daniels**

2           I, Demonte Daniels, hereby declare:

3           1.      I make this declaration based on my own personal knowledge and if called to

4    testify I could and would do so competently as follows:

5           2.      I am 19 years old and I have been in Men's Central Jail for six weeks. Prior to my

6    recent arrest, I served eight months in Central Jail from November 2008 to July 2009.

7           3.      I was informed by the deputies that inmates are supposed to get showers every

8    other day. I miss showers every week. I miss showers primarily due to the congestion of inmates

9    in the shower room. And even when I do get to shower, I feel like I come out dirtier than when I

10   first entered the shower room. The deputies announce that it's time for showers, usually taking

11   place around 2:30 pm. I am allowed to take my shower shoes and boxers. I am given one minute

12   to gather myself and get in line with the other inmates. Since I'm in tier 1, I just have to step out

13   of my cell and get in line. Tiers 2 and 3 have to go down all the way to tier 1 to get into line. We

14   then proceed to the shower rooms. The problem is that they force two to three tiers to shower all

15   at once. We are talking about sixty to seventy inmates to share a couple of shower heads. The

16   deputies only give us 2-3 minutes to shower, not for each inmate but for all sixty or seventy of

17   us. The deputies turn off the showers without warning and I've seen people rushed back to their

18   cell with shampoo in their hair and soap all over their body. Some people, like myself, come out

19   dry once in a while because the hassle isn't worth it. I would have to cut in front of an inmate,

20   ask people to hurry and the result, a mediocre shower with the possibility of having an altercation

21   with another inmate. Plus, the shower room is disgusting. Before we even enter the shower room,

22   its already flooded with pubic hair floating around. Dirty water covers my entire foot and I can

23   see mold all over the place. I'm better off taking a shower in my cell using the sink.

24          4.      The conditions of my cell are atrocious. In the six weeks since I've been in the

25   cell, the tier has not been cleaned. There are blood spots on the walls, mice running around and

26   the toilet stinks. We are not given any cleaning supplies. We have to buy disinfectants with our

27   own money and even that isn't enough. There are four inmates in my cell and only given two

28   rolls of toilet paper per week. When we run out, we have to use the newspaper to clean up.

Page 204

1    Asking politely does not mean you will receive in MCJ. I have to beg for everything. I have to

2    beg for toilet paper. Whether I get it or not depends on the mood of the deputies. The water

3    coming from the sink may look clear but it smells like feces. I am forced to wash my hands and

4    take a shower using this water. I am forced to drink this contaminated-feces smelling water to

5    keep myself hydrated in MCJ because they don't give us any drinking water at all.

6        5.      The rule in 2400 Abel row is that if someone messes up, everyone has to pay. If

7    someone talks during count or misses pill call, the deputies punish us by turning off the phones.

8    This past week, deputies took all my store purchases during a search even though I was allowed

9    to have them in my possession. My family works hard to put money in my account. Its not fair

10   for the deputies to take it from me and never return it. Two weeks ago, a deputy got on the

11   intercom and told us that an inmate in Able 5 was being smart with the nurse. He turned off the

12   phones and we couldn't make a call until the next day. We are also punished for complaining. I

13   constantly have to ask the deputies for toilet paper and they'll say "everyone keeps asking me the

14   same thing. You guys aren't getting anything."

15

16       I declare under penalty of perjury of the laws of the State of California and the United

17   States that the foregoing is true and correct.  Executed this 13th day of October, 2009 in Los

18   Angeles, **California.**

19                                           _____/s/_____

20                                           Demonte Daniels

21

22

23

24

25

26

27

28

2

Declaration of __Demonte Daniels__

1.  I, __Demonte Daniels__, hereby declare:

1.  I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.  I am 19 years old and I have been in Men's Central Jail for six weeks. Prior to my recent arrest, I served eight months in Central Jail from November 2008 to July 2009. I was informed by the deputies that inmates are supposed to get showers every other day. I miss showers every week. I miss showers primarily due to the congestion of inmates in the shower room. And even when I do get to shower, I feel like I come out dirtier than when I first entered the shower room. The deputies announce that it's time for showers, usually taking place around 2:30 pm. I am allowed to take my shower shoes and boxers. I am given one minute to gather myself and get in line with the other inmates. Since I'm in tier 1, I just have to step out of my cell and get in line. Tiers 2 and 3 have to go down all the way to Tier 1 to get into line. We then proceed to the shower rooms. The problem is that they force two to three tiers to shower all at once. We are talking about sixty to seventy inmates to share a couple of shower heads. The deputies only give us 2-3 minutes to shower,

D.D

D.D

Page 206

not for each inmate but for all sixty or seventy of us. The deputies turn off the showers without warning and I've seen people rushed back to their cell with shampoo in their hair and soap all over their body. Some people, like myself, come out dry once in a while because the hassle isn't worth it. I would have to cut in front of an inmate, ask people to hurry and the result, a mediocre shower with the possibility of having an altercation with another inmate. Plus, the shower room is disgusting. Before we even enter the shower room, it's already flooded with pubic hair floating around. Dirty water covers my entire foot and I can see mold all over the place. I'm better off taking a shower in my cell using the sink.

The conditions of my cell are atrocious. In the six weeks since I've been in the cell, the tier has not been cleaned. There are bloody spots on the walls, mice running around and the toilet stinks. We are not given any cleaning supplies. We have to buy disinfectants with our own money and even that isn't enough. There are four inmates in my cell and only given two rolls of toilet paper per week. When we run out, we have to use the newspaper to clean up. Asking politely does not mean you will receive in MCJ. I have to beg for everything.

D.D   2

I have to beg for toilet paper. Whether I
get it or not depends on the mood of
the deputies. The water coming from the
sink may look clear but it smells like feces.
I am forced to wash my hands and take
a shower using this water. I am forced to
drink this contaminated-feces smelling water
to keep myself hydrated in MCJ because they
don't give us any drinking water at all.
    The rule in 2400 Abel row is that if
someone messes up, everyone has to pay. If someone
talks during count or misses pill call, the deputies
punish us by turning off the phones. This past
week, deputies took all my store purchases
during a search even though I was allowed to
have them in my possession. My family works
hard to put money in my account. It's not fair
for the deputies to take it from me and never
return it.① We are also punished for complaining.
I constantly have to ask the deputies for toilet
paper and they'll say "everyone keeps asking me
the same thing. You guys aren't getting anything."
② Two weeks ago, a deputy got on the intercom
and told us that an inmate in Able 5 was
being smart with the nurse. He turned off the
phones and we couldn't make a call until the next day.

D.D

D.D   2

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed this 13 day of October 2009 in Los Angeles, California.

Demonte Daniels

Demonte Daniels

3

Page 209

# DECLARATION OF PRISONER #25
# BRIAN BARNES

# DECLARATION OF BRIAN BARNES

I, Brian Barnes, state and declare as follows:

1.      The facts set forth in this declaration are from my personal knowledge.  If called as a witness, I could and would competently testify to them.

2.      I am __45__ years old. During my 7 months in the Los Angeles County Jails, I have suffered from nearly-constant Staph infections.

3.      I had my first Staph infection 6 weeks after I first entered the Jail. One day when I got into the shower, I felt a burning and itching sensation in my right leg. I didn't know what it was, so I started scratching it to relieve the pain. That opened it up and pretty soon I had a big sore full of pus and redness all over my leg.

4.      I talked to the nurse at pill call and she gave me triple ointment, kind of like Neosporin. I also put myself on the Doctor line – but it took over a month for me to see a doctor. By the time I saw the doctor, the infection had cleared up on its own.

5.      At the time, it was very hard for me to keep myself clean to prevent the infection from coming back. I was housed in 3100 and we would often go over a week without a shower. Exhibit A to this declaration is a log I kept of the days in early 2008 when I went without a shower. N stands for no shower. S stands for shower. I marked days when we were supposed to get a shower but didn't with the  -- symbol.

6.      They are supposed to give us showers every other day. But that means if they skip your day for some reason, you go four days without a shower. If they skip it again, it's been six days. It's very easy to go over a week with no shower in here. It's especially hard to get showers for guys in the one-man cells because they have to take us out one at a time. It seems like they just don't have enough deputies to get all these inmates the showers we need to avoid Staph.

7.      Pretty soon, the infection came back. Since that first time, I have had Staph 7 or 8 times. I've had it on both legs, on my right arm, on my left shoulder, and on my upper thigh close to my private parts. Right now, I have it inside my ear, on my

1

1  chin, and all over my forehead and scalp.

2      8.      It itches all the time, kind of like a hundred mosquito bites on my body. I

3  have learned not to touch it, or it gets worse. But Staph is basically part of life in here

4  for me.

5      9.      I try my best to keep my cell clean. I wipe down the bars of my cell. If

6  they won't let me out to take a shower for a while, I take a "bird bath." That's when I

7  stand in front of my sink and splash water all over my body. I use the splashed water

8  to wash the floor of my cell too. But nothing seems to be working. I feel like I'm

9  stuck in an environment where it's impossible to keep clean.

10     10.     There was a time a few months back when it seemed like I was beating

11  the Staph. The deputies had really stepped up the showers, making sure we would get

12  them every other day. They also were changing our sheets at least *more than* once a week.

13     11.     But now, they've taken away our sheets and we only have blankets to

14  sleep with. They only change the blankets once a month. The infection has been

15  coming back. Over the last month, I also noticed that the laundry I've been getting

16  seems dirty – like they didn't wash it. Now I've got Staph again and I think it's because

17  of the dirty blankets and laundry.

18     12.     I've heard from other inmates that Staph can be very dangerous. If you

19  don't treat it early, you can lose an arm or a leg. If it spreads to your lymph nodes,

20  I've heard you can die. Every time I get a new sore, I'm afraid that it will spread and I

21  will lose a limb or die. That's been one of my biggest fears during my time in here.

22     13.     I'm especially afraid because of how long it takes to get an appointment

23  see a doctor. The infection is either gone or much worse by the time I actually get to

24  see someone. I use the triple ointment every day, but I'm not sure it's doing anything.

25  I once got a Court Order and was able to see the doctor – but I haven't been able to get

26  that every time. *I've only seen the doctor about 3 times and they* But, to be honest, part of me has given up on trying to see a doctor *just*

27  about my problems. *encourage me to use the triple ointment*

28

1    I declare under penalty of perjury under the laws of the State of California that

2  the foregoing is true and correct to the best of my knowledge.  Executed this

3  _____ day of June 2008 in Los Angeles, California.

4

5    _____

6    Brian Barnes

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Declaration of Brian Barnes

3

# DECLARATION OF PRISONER #26
# DEMARIO GREEN

**Declaration of Demario Green**

I, Demario Green, hereby declare:

1.      I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.      My name is Demario Green. I am at MCJ for 14 months and then 4 months in Patten and then I came back to MCJ. I have been here for a month. I am 20 years old.

3.      I am out of my cell every three days for an hour. I shower and use the phone. I only get a shower every three days. If no one is on the phone when I want to use it, I can use the phone.

4.      I am standing in my cell 23 hours a day and I get a shower every three days. I get pretty dirty in that three days. The deputies give us showers when they feel like it. When we are on lockdown, it takes a week to get a shower, so I have to wash myself in the sink.

5.      I am in a one man cell because I was cut up on my neck and face by another inmate. I have been in the one man cell for a year.

6.      It takes a month to get the mail here. The psych comes every month and I talk to the psych.

7.      On the outside, I was taking Rabutchin, Seroquel, and Stritavin. I was diagnosed with ADHD and bipolar. I saw the psych when I got here and they did prescribe me the meds I told them I was taking on the outside, but I never received them. I had been taking these medications for 7 years but they never gave me my meds here. After I went to Patten, I receivied my meds and since I got back from Patten, I have my meds. Even though I had been prescribed meds when I got here, they never gave them to me for 14 months.

//

//

8.    When I wasn't on my meds for 14 months, I couldn't sleep at all. I was hyper every day. And when I was finally back on my meds, I was much calmer.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct.  Executed this 1st day of July, 2009 in Los Angeles, California.

_____/s/_____

Demario Green

2

Declaration of Demario Green

I, Demario Green hereby declare:

1.   I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.   My name is Demario Green. I am at mens central. I was at MCJ for 14 months and then 4 months in Patton and then I came back to MCJ. I have been here for a month. I am 20 years old.

3. I am out of my cell every three days for an hour. I shower and use the phone. I only get a shower every three days. If no one is on the phone when I want to use it, I can use the phone.

4. I am standing in my cell 23 hours a day and I get a shower every three days. I get pretty dirty in that three days. The deputies give us showers when they feel like it. When we are on lockdown, it takes a week to get a shower so I have to wash myself in the sink.

5. I am in a one man cell because I was cut up on my neck and face

D·G

by another inmate. I have been in
the one man cell for a year.
6. It takes a month to get the
mail here. The psych comes every
month and I talk to the psych.
7. On the outside I was taking
Rabutchin, serogwel, stritavin. I was
diagnosed with ADHD and bipolar.
I saw the psych when I got here
and they did ~~not~~ prescribe me the
meds I told them I was taking
on the outside, but I never received them.
I had been taking
these medications for 7 years
but they never gave me my meds
here. After I went to Patten, I
received my meds and since
I got back from Patten I have
my meds. Even though I had
been prescribed meds when I got
here they never gave them to
me for 14 months.
8. When I wasn't on my meds for
14 months, I couldn't sleep at
all. I was hyper every day.
And when I finally was back on my
meds I was much calmer.

M.G.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25      I declare under penalty of perjury of the laws of the State of California and the United State

26  that the foregoing is true and correct.  Executed this 10th day of June, 2009 in Los Angeles, Califor

27

28      Printed Name  X  Demonny Green

# DECLARATION OF PRISONER #27
# ISHMAEL MIZRAHI

# Declaration of Ishmael Mizrahi

I, Ishmael Mizrahi, hereby declare:

1.      I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.      My name is Ishmael Mizrahi and I am at Men's Central. I am 42 years old. I have been here for two years.

3.      I am a pro-per and currently located in K-10 for protection. I was moved to K-10 on June 12th. Since then, I have received no law library time and I have not gotten out of my cell. I usually get a shower once a week or whenever the guards feel like it. I am not receiving mail and phone calls are virtually impossible. The last time I used the phone was a week ago.

4.      I have been on hunger strike since June 12th because I am not being treated correctly as a K-10. I have lost 30 lbs and I refuse to eat or drink anything until I receive the treatment I am entitled to. They forced me to have an IV even though I refused it. I signed refusal forms for the IV. The deputy who was taking me against my will to have the IV slammed me against the wall. When I told them I was going to bring this slamming up on a complaint, they threatened me and told me if I filed a complaint I would never get out of K-10.

5.      I was supposed to go to court on June 29th. Two days before that I was in extreme pain and I couldn't walk. The deputies told me they didn't have any sympathy for me because I was on hunger strike and they wouldn't give me anything for pain. I requested to see the doctor and they wouldn't take me. I felt like I was going to die. The next day, I passed out on my way to court and when I requested a wheelchair to make it to court, they wouldn't give it to me. After I passed out they woke me up and instead of taking me to the doctor, they made me walk back to my cell. I never got to court.

6.      I am alone in my cell and it makes me feel depressed and enclosed. I am diagnosed with bipolar disorder, depression, schizophrenia, and post traumatic stress disorder. When I am in the K-10 cell, my symptoms are greatly enhanced. I hear voices and I am sweating frequently. When I was not in K-10 before, I could talk to other people and I felt much better.

7.      Now as a K-10 I am always shackled. The only time I talk to other people is when

I am in the attorney-client room or talking to a deputy. The deputies treat me really bad because they don't know that I am in protective custody and not a dangerous threat. The deputies verbally abuse me saying things like "shut up, you are a fucking fagot." They grab me and pull me when I am weak and cant walk fast enough for them because I haven't eaten or drank anything. The deputies said they don't care if I die here because nobody cares about me and I am bringing it upon myself with the hunger strike.

8.      The deputies frequently threaten me and I am very scared of them. As a K-10, I am living in fear.

9.      I was trying to do the right thing which landed me in protective custody and put me in the horrible conditions as a K-10. I guess no good deed goes unpunished.

10.     I want to get out of K-10 and return to the 5000 floor where I was before with the other K-6G inmates.

11.     I am constantly being harassed by the deputies and other inmates for being a homosexual. The deputies physically taunted me but I can not tell you about it because the deputies will retaliate against me and I will never get out of K-10.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct.  Executed this 1st day of July, 2009 in Los Angeles, California.

_____

Ishmael Mizrahi

2

1   Declaration of Ishmael Mizrahi

2   I, Ishmael Mizrahi hereby declare:

3       1.    I make this declaration based on my own personal knowledge and if called to testify I

4   could and would do so competently as follows:

5       2.   My name is Ishmael Mizrahi

6   and I am at Men's Central. I am

7   42 years old. I have been here for

8   two years.

9      3. I am a pro-per and currently

10  located in K-10 for protection. I

11  was moved to K-10 on June 13th. Since

12  then, I have received no law library

13  time and I have not gotten out

14  of my cell. I usually get a shower

15  once a week or whenever the guards

16  feel like it. I am not receiving

17  mail and phone calls are

18  virtually impossible. The last time

19  I used the phone was a week ago.

20     4. I have been on hunger strike

21  since June 12th because I am not

22  being treated correctly as a K-10.

23  I have lost 30 lbs and I refuse to

24  eat or drink anything until I

25  receive the treatment I am

26  entitled to. They forced me to

27  have an iv even though I refused it.

28

Im
7 ll

1  I signed refusal forms for the iv.
2  The deputy who was taking me
3  against my will to have the iv
4  slammed me against the wall.
5  When I told them I was going to
6  bring this slamming up on a complaint,
7  they threatened me and told me
8  if I filed a complaint I would
9  never get out of K-10.
10  5. I was supposed to go to court on
11  June 29th. Two days before that
12  I was in extreme pain and I couldn't
13  walk. The deputies told me they
14  didn't have any sympathy for
15  me because I was on hunger
16  strike and they wouldn't give
17  me anything for pain. I requested
18  to see the doctor and they wouldn't
19  take me. I felt like I was going
20  to die. The next day, I passed
21  out on my way to court and
22  when I requested a wheelchair to
23  make it to court, they wouldn't
24  give it to me. After I passed out
25  they woke me up and instead of
26  taking me to the doctor, they
27  made me walk back to my
28  cell. I never got to court.

6. I am alone in my cell and it makes
me feel depressed and enclosed. I am
diagnosed with bipolar disorder, depression,
schizophrenia, and post traumatic stress
disorder. When I am in the K-10 cell,
my symptoms are greatly enhanced.
I hear voices and I am sweating
frequently. When I was not in K-10
before, I could talk to other people
and I felt much better.

7. Now as a K-10 I am always
shackled. The only time I talk
to other people is when I am in
the attorney-client room or talking
to a deputy. The deputies treat me
really bad because they dont know
that I am in protective custody and
not a dangerous threat. The deputies
verbally abuse me saying things
like "shut up you are a fucking fagot."
They grab me and pull me when
I am weak and cant walk
fast enough for them because I
havent eaten or drank anything. The
deputies said they dont care if
I die here because nobody cares
about me and I am bringing it
upon myself with the hunger strike.

I'm 4/

8. The deputies frequently threaten me
and I am very scared of them.
As a K-10, I am living in fear.
9. I was trying to do the right thing
which landed me in protective custody
and put me in the horrible conditions
as a K-10. I guess no good deed goes
unpunished.
10. I want to get out of K-10 and
return to the 5000 floor where I was
before with the other K-6G inmates.
11. I am constantly being harassed
by the deputies and other inmates
for being a homosexual. The deputies
physically taunted me but I can
not tell you about it because the
deputies will retaliate against me
and I will never get out of K-10.

I M
711

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25   I declare under penalty of perjury of the laws of the State of California and the United States

26   that the foregoing is true and correct. Executed this ~~10th~~ 1st day of ~~June~~ July, 2009 in Los Angeles, California

27

28   Printed Name X_____

Page 224

# DECLARATION OF PRISONER #29
# THERIN MCGUIRE

**Declaration of Therin McGuire**

1   I, Therin McGuire, hereby declare:

2   1.      I make this declaration based on my own personal knowledge and if called to

4   testify I could and would do so competently as follows:

5   2.      The showers are called in from cell 2 to cell 7. Once they go into showers we are

6   not allowed to take a towel in so when the shower is over we have to walk back to our cells

7   dripping wet. There are usually ten to 18 people in the shower at one time. The tier is wet and

8   slippery causing many falls and inside the shower there are no mats so people are slipping

9   because of the soap scum. Only one shower head works. We have to rotate so one inmate only

10  gets a few seconds in the shower head that works. The bottom of the shower, from 8 to 12 inches

11  from the floor had a black fungus that ringed around the shower. We  have one bar of soap that

12  we have to use to clean ourselves and the cell.

13  3.      The toilets are gross. We have no cleaning supplies. The toilets leak and would

14  overflow onto the tier.

15  4.      Inmates come in at 2 am and do not receive a mattress for hours the next day. The

16  blankets are changed once a month so they are pretty dirty

17  5.      The searches are ridiculous. There are boot marks all over the laundry. The

18  pictures are torn and destroyed. Property always goes missing and gets destroyed. They make us

19  strip down to boxers and take us to the dayroom. We sit on the floors and wait for an hour while

20  30 deputies tear up our cells.

21  6.      The mail is searched in the mail room and then searched again in the module.

22  Pictures are going missing and the confiscation of property is not documented. The watch

23  commander ended up getting our pictures and said they were fine and we are still waiting to get

24  them back. The mail sits in the module for days after it has already been cleared. We can see the

25  mail sitting there when we come into the row. When we finally get mail it usually is mail from 3

26  weeks ago that has been sitting in the module.

27  7.      If we are not out of the cell in 30 seconds, the deputies open the cell door, then

28  call the reason to get out of the door. If we do not get out in 30 seconds, the deputies punish the

1   entire row. Common punishment is turning off the phones or not passing out the mail. This

2   happens on a daily basis.

3        8.    One inmate got into it with his cell mate, so the cell mate kicked the inmate out of

4   the cell. The inmate reported to the deputy that he couldn't be in the cell because he feared for his

5   safety. The deputy did not listen to him so the deputy got two other inmates to beat the inmate to

6   a pulp and then moved the inmate out of the module. Another time, the deputies will call out

7   whoever is responsible for turning off the phones. If it was a black inmate, the hispanic inmates

8   get angry and it raises tension. I saw the deputies get other inmates from another row to come and

9   beat up an inmate who was writing about the deputies edging on race wars.

10       9.    The deputies verbally harass us and talk to us like we are animals and sub-human.

11  The deputies, 6 or 7 of them, will come and intimidate an inmate waiting for sick call.

12      10.    They keep the lights on until 2 am and then they turn them off until 5 am. We are

13  deprived of sleep.

14      11.    The tier above us shower at 530 am which wakes up everyone on the row below.

15  It is very difficult to sleep.

16      12.    My name is Therin McGuire and I am at Men's Central Jail. I am 36 years old. I

17  have been here since May 2009.

18

19      I declare under penalty of perjury of the laws of the State of California and the United

20  States that the foregoing is true and correct.  Executed this 16th day of July, 2009 in Los Angeles,

21  California.

22                                        _____

23                                        Therin McGuire

24

25

26

27

28

2

Declaration of _Thevin McGuire_

I, _Thevin McGuire_ hereby declare:

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2. The showers are called in from cell 2 to cell 7. Once they go into showers we are not allowed to take a towel in so when the shower is over we have to walk back to our cells dripping wet. The tier is wet and slippery causing many falls and inside the shower there are no mats so people are slipping because of the soap scum. Only one shower head works. We have to rotate so one inmate only gets a few seconds in the shower head that works. The bottom of the shower, from 8 to 12 inches from the floor had a black fungus that ringed around the shower. We have one bar of soap that we have to use to clean ourselves and the cell.

3. The toilets are gross. We have no cleaning supplies. The toilets leak and would overflow onto the tier.

4. Inmates come in at 2 am and do not receive a mattress for

There are usually ten to 18 people in the shower at one time.

hours the next day. The blankets are changed once a month so they are pretty dirty.

5. The searches are ridiculous. There are boot marks all over the laundry. The pictures are torn and destroyed. Property always goes missing and gets destroyed. They make us strip down to boxers and take us to the dayroom. We sit on the floors and wait for an hour while 30 deputies tear up our cells.

6. The mail is searched in the mail room and then searched again in the module. Pictures are going missing and the confiscation of property is not documented. The watch commander ended up getting our pictures and said they were fine and we are still waiting to get them back. The mail sits in the module for days after it has already been cleared. We can see the mail sitting there when we come into the row. When we finally get mail it usually mail from 3 weeks ago that has been sitting in the module.

7. If we are not out of the cell in 30 seconds, the deputies open the cell door, then call the reason to get out of the door. If we do not get out of the cell in 30 seconds, the deputies punish the entire row. Common punishment is turning off the phones or not passing out the mail. This happens on a daily basis.

8. One inmate got into it with his cell mate, so the cell mate kicked the inmate out of the cell. The inmate reported to the deputy that he couldn't be in the cell because he feared for his safety. The deputy did not listen to him so the deputy got two other inmates to beat the inmate to a pulp and then moved the inmate out of the module. Another time, the deputies will call out whoever is responsible for turning off the phones. If it was a black inmate, the hispanic inmates get angry and it raises tension. I saw the deputies get other inmates from another row to come and beat up an inmate who was ~~resp~~ writing about the

Page 229

1. deputies edging in race wars.

2. 9. The deputies verbally harass us

3. and talk to us like we are

4. animals and sub-humans The

5. deputies, 6 or 7 of them, will come

6. and intimidate an inmate waiting

7. for sick call.

8. 10. They keep the lights on until 2am

9. and then they turn them off until

10. 5am. We are deprived of sleep.

11. 11. The tier above is shower at

12. 530 am which wakes up everyone

13. on the row below. It is very

14. difficult to sleep.

15. 12. My name is Tevin McGuire and

16. I am at Men's Central Jail. I am

17. 36 years old. I have been here

18. since May 2009.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25       I declare under penalty of perjury of the laws of the State of California and the United States

26   that the foregoing is true and correct.  Executed this 16th day of July, 2009 in Los Angeles, California

27

28       Printed Name  X

## Declaration of Therin McGuire

I, Therin McGuire, hereby declare:

1.      I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.      The showers are called in from cell 2 to cell 7. Once they go into showers we are not allowed to take a towel in so when the shower is over we have to walk back to our cells dripping wet. There are usually ten to 18 people in the shower at one time. The tier is wet and slippery causing many falls and inside the shower there are no mats so people are slipping because of the soap scum. Only one shower head works. We have to rotate so one inmate only gets a few seconds in the shower head that works. The bottom of the shower, from 8 to 12 inches from the floor had a black fungus that ringed around the shower. We have one bar of soap that we have to use to clean ourselves and the cell.

3.      The toilets are gross. We have no cleaning supplies. The toilets leak and would overflow onto the tier.

4.      Inmates come in at 2 am and do not receive a mattress for hours the next day. The blankets are changed once a month so they are pretty dirty

5.      The searches are ridiculous. There are boot marks all over the laundry. The pictures are torn and destroyed. Property always goes missing and gets destroyed. They make us strip down to boxers and take us to the dayroom. We sit on the floors and wait for an hour while 30 deputies tear up our cells.

6.      The mail is searched in the mail room and then searched again in the module. Pictures are going missing and the confiscation of property is not documented. The watch commander ended up getting our pictures and said they were fine and we are still waiting to get them back. The mail sits in the module for days after it has already been cleared. We can see the mail sitting there when we come into the row. When we finally get mail it usually is mail from 3 weeks ago that has been sitting in the module.

7.      If we are not out of the cell in 30 seconds, the deputies open the cell door, then call the reason to get out of the door. If we do not get out in 30 seconds, the deputies punish the

Page 232

1   entire row. Common punishment is turning off the phones or not passing out the mail. This

2   happens on a daily basis.

3        8.    One inmate got into it with his cell mate, so the cell mate kicked the inmate out of

4   the cell. The inmate reported to the deputy that he couldn't be in the cell because he feared for his

5   safety. The deputy did not listen to him so the deputy got two other inmates to beat the inmate to

6   a pulp and then moved the inmate out of the module. Another time, the deputies will call out

7   whoever is responsible for turning off the phones. If it was a black inmate, the hispanic inmates

8   get angry and it raises tension. I saw the deputies get other inmates from another row to come and

9   beat up an inmate who was writing about the deputies edging on race wars.

10        9.    The deputies verbally harass us and talk to us like we are animals and sub-human.

11   The deputies, 6 or 7 of them, will come and intimidate an inmate waiting for sick call.

12       10.    They keep the lights on until 2 am and then they turn them off until 5 am. We are

13   deprived of sleep.

14       11.    The tier above us shower at 530 am which wakes up everyone on the row below.

15   It is very difficult to sleep.

16       12.    My name is Therin McGuire and I am at Men's Central Jail. I am 36 years old. I

17   have been here since May 2009.

18

19       I declare under penalty of perjury of the laws of the State of California and the United

20   States that the foregoing is true and correct. Executed this 16th day of July, 2009 in Los Angeles,

21   California.

22                                   _____

23                                    Therin McGuire

24

25

26

27

28

2