# DECLARATION OF PRISONER #31
# JUSTIN RICHIE

**Declaration of Justin Ritchie**

I, Justin Ritchie, hereby declare:

1.      I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.      I have been in the custody of the Los Angeles County Sheriff's Department since February 2003. I am currently located in unit 4600 in Men's Central Jail. I've been in Men's Central for over 6 years and I've been classified as a K-10 ever since I've been here.

3.      My cell is very small. I can take about five steps from the bars in the front to the toilet and sink in the back. I can take about two steps from the bottom of the bed to the wall on the side because the width of the cell is much smaller than the length. My cell has a bed, a toilet and a sink but no desk or chair. The only places I can sit all day are the bed or the toilet.

4.      I cannot see the light of day in cell because there are no windows. Sometimes it is difficult to tell what time it is because there is no clock. The hallway lights never go off, even at night, which makes it difficult to sleep because it never gets dark in my cell.

<u>Medical</u>

5.      I have had a deteriorating disk in my spine for about ten to twelve years. I was getting treated by a doctor before I got arrested. I was getting pain killers and I was in physical therapy once or twice a week depending on the availability. When I got booked at the IRC I told them I was on medication for my back but I didn't get any medication for one to one and a half years. I didn't get any medication until after I filed a complaint through the ACLU. After I filed that complaint I saw a doctor and got an ex-ray but he never got back to me. It wasn't until I got a court order to go back to see the doctor that gave me an ex-ray that I was able to get medication. I received medication for about three months before it was suddenly stopped. I went back to the doctor a couple times before

Declaration of Justin Ritchie

they agreed to renew my medication. I've gone through this same process of being taken of my medication suddenly and then having to fight to get put back on it for years. Currently I'm not getting my medication and I haven't been getting it for five or six months.

6.      It is especially hard for me to get medical attention because I am classified as a "K-10." They used to have a sick call at the same time nurses came to our rows to give us our medicine in the morning, but now the nurses just come by to give us our pills and they don't stop to do other things like give us antibiotic ointment, Tylenol, cold pills and antihistamines. The only thing they will do is put us on the doctor list, and that is only if they are willing to stop and listen. This is especially a problem for people housed in the back of the row because many nurses will just go to the middle of the row if they last person on their list for pill call is in the middle. This means if someone in the back of the row needs to see a doctor or nurse he will not be able to get on the list. It is hard for us to complain about nurses who don't walk the whole row or refuse to help us because they don't wear badges and they won't give us their names so we don't know who to write up in our grievance form.

7.      When I don't get my medication I'm in a lot of pain for my back which makes it difficult to sleep. Sometimes when it is really bad it is difficult to walk around. The disk pinches on my nerve, which causes my legs to twitch. The doctors tell me that they know I have this problem but they still refuse to give me medication or physical therapy. I've told the doctors which medications have worked for me in the past but the doctors refuse to give me them.

8.      I was diagnosed with Turrets syndrome and ADD when I was five years old. I had been taking medications for this since I was five years old, but since I've been in jail I have had difficulties receiving the proper medication or treatment. The doctor here told me that they don't treat Turrets syndrome or ADD in the jail but instead gave me Seroquel to calm me down as a

Declaration of Justin Ritchie

substitute. He told me that it could help control my conditions but that it isn't a normal medication for Turrets because they don't treat that here.

9.      My Turrets and ADD are a lot worse in here because I am confined to such a small space. I only get to go to the roof once a week for about two hours. But when I do go up they put us in cages that are even smaller than my cell so I can't get physical exercise and get out my energy. I feel very hyperactive and tense and it is harder to sleep. Because of my conditions and I need to have more activity than most people and in here I get none.

10.     When I'm on the outside I get several medications that I take at different times that calm me down but also don't make me sleep during the day. That way I can function during the day. Then at nighttime I would take a different medication that would help me sleep. In jail I only get Seroquel, which makes me very drowsy. This means I can only take it at night because if I take it during the day I can't function.

<u>Discipline</u>

11.     About a month after I got to Men's Central I got caught during a cell search with "contraband." I had extra linens, apples and extra bread in my cell. For this I got 90 days in the hole, with ten days of jute balls. The whole time I was there no one came to check on my mental or physical condition.

12.     In the hole you loose mail privileges, visits, opportunities to order from the store and the phone. We also don't get any recreation time so we spend all day every day except when we shower or get attorney passes in a small single person cell. This is a lot harsher than in prison because even when you are in the hole in prison they still give up recreation time/yard every couple days, mail, and a limited store.

13.     While I was in the hole I got punished again for having a razor. Because of this one razor I got another four or five months because infractions in the hole are punished double time. I got another 20 days while I was in the hole for covering the light in my cell with a piece of paper. I only covered it because sometimes the deputies don't turn off the light and night and I just wanted to sleep. Not sleeping is really difficult, especially when you have to go to court the next day because I want to be able to listen and participate in my defense and it is very difficult to do that when you haven't slept properly for days. In total I was in disciple for about 11 months straight. His meant that for 11 months I didn't get to go to the roof for recreation time, a day room, or get any visits. This was very isolating. It felt like even longer than 11 months because in the hole we don't get books, mail, no tv, no radio, no outside contact at all. So all you can do is just sit and stare at the wall.

14.     A lot of things the general population get we don't get in K-10. This makes K-10 a lot like discipline. For example we aren't allowed to go to the library. They used to have a librarian that would come to the K-10 rows with a cart full of books. Sometimes I would see him come but the deputies would tell him to leave. One time he came by and I asked him why it's been so long and he said he came but the deputies told him he couldn't walk the rows. I haven't seen a librarian in my K-10 row in over a year. The librarian gives books to the deputies but the deputies never pass them out.

15.     They tell us that the reason we don't get books or magazines in K-10 is for safety. But it feels like they are just double punishing us for being classified as K-10s. This makes no sense. For example I am a K-10 because I dropped out of my gang and since I am no longer affiliated I have to be segregated from general population for my own safety.

16.     Since K-10 is overcrowded and there are a lot of people that are in K-10 because they dropped out of their gang, it would make more sense just to have a dorm just for us. We should be

Declaration of Justin Ritchie

able to go to the roof and intermingle like they do for drop-outs in protective custody in prison. I've written about this and made this suggestion to Senior Gilbert, the head of the K-10's. I wrote a petition and had over 100 K-10's in the same situation as me sign it. But I never heard back. These are he kinds of solutions Men's Central needs.

17.     I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct.  Executed this 23 day of July 2009 in Los Angeles, California.

/s/
_____

Justin Ritchie

Declaration of Justin Ritchie

1            **Declaration of** _Justin Ritchie_

2     I, _Justin Ritchie_ , hereby declare:

3       1.     I make this declaration based on my own personal knowledge and if called to

4 testify I could and would do so competently as follows:

5       2.     I have been in the custody of the Los

6 Angeles County Sheriffs Department since Feb. 2003.

7 I am currently located in unit 4600 in Men's Central

8 Jail. I've been in Men's Central for over 6 years

9 and I've been classified as a K-10 ever since I've

10 been here.

11       3. My cell is very small. I can take about five

12 steps from the bars in the front to to toilet and sink in the back.

13 I can take about two steps from the bottom of the bed

14 to the wall on the side because the width of the

15 cell is much smaller than the length. My cell has

16 a bed, a toilet and a sink but no desk or chair.

17 The only places I can sit all day are the bed or

18 the toilet.

19       4. I cannot see the light of day in my cell

20 because there are no windows. Sometimes it is difficult

21 to tell what time it is because there is no clock.

22 ~~and~~ The hallway lights never go off, even at

23 night which makes it difficult to sleep because

24 it never gets dark in my cell.

25       <u>Medical</u>

26       5. I have had a deteriorating disk in my

27 spine for about ten to twelve years. I was getting

28 treated by a doctor before I got arrested.

1  I was getting pain killers and I was in physical
2  therapy once or twice a week depending on
3  availability. When I got booked at the IRC I told
4  them I was on medication for my back but I
5  didn't get any medication for one to one and
6  a half years. I didn't get any medication until
7  after I filed a complaint through the ACLU.
8  After I filed that complaint I saw a doctor
9  and got an ex-ray but he never got back to me.
10  It wasn't until I got a court order to go back
11  to see the doctor that gave me an ex-ray
12  that I was able to get medication. I recieved
13  medication for about three months before it
14  was ~~suddn~~ sudenly stopped. I went back
15  to the doctor a cuple times before they
16  agreed to renew my medication. I've gone
17  through this same processes of being taken off
18  my medication suddenly and then having to
19  fight to get put back on it for years. Currently
20  I'm not getting my medication and I haven't been
21  getting it for five or six months.
22      6. It is especorally hard for me to get medical
23  attention because I am classified as a "K-10".
24  They used to have a sick call at the same
25  time nurses came to our rows to give us our
26  medicine in the morning, but now the nurses
27  just come by to give us our pills and they
28  don't stop to do other things like give us

2

1  antibiotic ointment, tylonol, cold pills and antihystamines.
2  The only thing they will do is put us on the
3  doctor list, and that is if they are willing to
4  stop and listen. This is especially a problem
5  for people housed in the back of the row because
6  so many nurses will just go to the middle
7  of the row if the last person on their list
8  for pill call is in the middle. This means if
9  someone in the back of the row needs to
10  see a doctor or nurse he will not be able
11  to get on the list. It is hard for us to complain
12  about nurses who don't walk the whole row
13  or refuse to help us because they don't
14  wear badges and they won't give us their names so we don't know who to ∫R
15  write up in our greivance form.
16  8. When I don't get my medication I'm
17  in a lot of pain for my back which makes it
18  difficult to sleep. Sometimes when it is really bad
19  it is difficult to walk around. The disk
20  pinches on my nerve which causes my leg to
21  twitch. The doctors tell me that they know I
22  have this problem but they still refuse to
23  give me medication or physical therapy. I've
24  told the doctors which medications have worked
25  for me in the past but the doctors refuse to
26  give me them.
27  8. I was dagnosed with terrets syndrome
28  and ADD when I was 5 years old. I had

Page 241

1    been taking medications for this since I was five
2    years old, but since Ive been in jail I have had
3    difficulties recieving the proper medication or
4    treatment. The doctor here told me that
5    I they don't treat terretts syndrome or ADD
6    in the jail but instead gave me seraquil
7    to calm me down, as a substitute. He told me
8    that it could help control my conditions but that
9    it isn't a normal medication for terrets because
10   they don't treat that here.
11       9. My terrets and ADD are a lot worse
12   in here because I am confined to such a small
13   space. I only get to go to the roof once
14   a week for about two hours. But when I do
15   go up they put us in cages that are even
16   smaller than my cell so I can't get physical
17   exercise and get out my energy. I feel
18   very hyperactive and tense and it is harder
19   to sleep because of my conditions I need to
20   have more activity than most people and in
21   here I get none.
22       10. When I'm on the outside I get
23   several medications that I take at different
24   times that calm me down but also don't
25   make me sleep during the day. That way I
26   can function during the day. Then at night time
27   I would take a different medication that would
28   help me sleep. In jail I only get seraquil which

2/4

1  maker me very drowzy. The means I can
2  only take it at night becacuse if I take it
3  during the day I can't function.

### Discipline

5  **11.** About a month after I got to Men's
6  Central   I got cought during a cell search
7  with "contrabund." I had extra linens, apples and
8  extra bread in my cell. For this I got 90
9  days in the hole, with ~~doo~~ ten days of jute balls
10 The whole time I was there  no one came to check on
11 my mental or physical condition.

12 **12.** In the hole you loose mail privildges,
13 visits, oppurtunitee to ~~go~~ order from the store and the
14 phone. We also don't get any  rec time  so we
15 spend all day every day except when we shower
16 or get attorney passes  in  a  small single person
17 cell. This is a lot harsher  than in prison because
18 even when you are  in  the  hole  in prison they
19 still give you  recreation time/yard  every cuple days,
20 mail, ~~store~~ and a limited store.

21 **13.** While I was in the hole I  got punished
22 again for  having  a razor. Because of this one razor
23 I got another four or five months because infractions
24 in the hole are  punished double time. I got another
25 20 days while I war in  the hole, for covering
26 the light  in my cell with a peice of paper. I
27 only covered it because sometime  the deputies
28 don't turn off the lights at night  and I just

wanted to sleep. Not sleeping is really difficult, especially when you have to go to court the next day because I want to be able to listen and participate in my defense and it is very difficult to do that when you haven't slept properly for days. In In total I was in discipline for about 11 months straight. This meant that for 11 months I didn't get to go to the roof for recreation time, a day room or get any visits. This was very isolating. It felt like even longer than 11 months because in the hole we don't get books, mail, no tv, no radio, no outside contact at all. So all you can do is just sit and stare at the wall.

14. A lot of things the general population get we don't get in K-10. This makes K-10 a lot like discipline. For example we aren't allowed to go to the library. They used to have a librarian that would come to the K-10 rows with a cart full of books. ~~but once~~ ~~ere~~ Sometimes I would see him come but the deputies would tell him to leave. One time he came by and I asked him why it's been so long and he said he came but the. deputies told him he couldn't walk the rows. I haven't seen a librarian in a/ my k-10 row in over a year. The librarians give books to the deputies but the deputies never passed them out.

15. They tell us that the reason we don't get books or magazines in k-10 is for saftey. But it feels like they are just able punishing us for being classified as k-10's. For example, This makes no sense. For example I am a k-10 because I dropped out of my gang and since I am no longer affiliated I have to be segregated from general population for my own saftey.

16. Since k-10 is overcrowded and there are a lot of people that are in k-10 because they dropped out of their gang, it wold make more sense just to have a dorm just for us. We should be able to go to the roof and intermingle like they do for drop-outs in protective custody in prison. I've written about this and made this suggestion to Senior Gilbert, the head of K-10's, I wrote a petition and had over 100 K-10's in the same situation as me sign it. But I never heard back. These are the kinds of solutions Men's central needs.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed this __23__ day of __July__, 2009 in __Los Angeles__, __CA__.

*[signature]*

p7

# DECLARATION OF PRISONER #32
# RAMIRO ALVAREZ

# DECLARATION OF RAMIRO ALVAREZ

I, RAMIRO ALVAREZ, hereby declare:

1.    I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.    I am an inmate at Men's Central Jail. I am currently housed in 3500.

3.    In October 2009 there was a big fight between about 20 deputies and 40 inmates. I was trying to get out of the way, but the deputies said I tried to attack one of them so they made me a K-10 and housed me in a single cell in 3500.

4.    I have been beaten up by the deputies multiple times. One time, about 10-15 deputies came into my cell and started beating me up. They asked me, "You like beating up on cops? Don't disrespect by partners again." They dropped me to the floor and started to kick my head. They hit me in the face and kicked my body. They hit me with their flashlights over and over again. They used their flashlights like a bat, like I was a baseball or something.

5.    The deputies said that I was trying to assault one of them, but even after they had me on the floor with my hands behind my back they kept hitting me. They tased me several times. One of the deputies said, "Man, I was trying to kill you."

6.    After the beating, the deputies told me I better not tell anyone about what happened. My leg was purple and bruised and I couldn't really walk for like 2 weeks. I needed stitches. My face was bruised up pretty bad, too. I still have scars on my face and on my head from where they hit me. I grew out my hair to hide some of the scars on my head.

7.    Even though I needed stitches, the deputies told me not to go to the clinic. They said that if I went to the clinic they would beat me up even worse when I got back. The clinic tried calling me in over and over for about a week, and I refused every time. I refused medical care because the deputies told me to. I refused stitches. I refused a tetanus shot. I refused everything.

8.    Another time, I was housed on FISH row and about 10 deputies came to escort me to the hole. They told me to face the wall and then they hit me. I fell to the floor because of my injured leg. Once I was on the floor the deputies started jumping on me like it was a wrestling match. They jumped on me with their elbows and knees like I was a mattress. They told me I better not tell anyone anything or

1
DECLARATION OF RAMIRO ALVAREZ

they would kill me.

9.     I refused all medical care from the clinic again, but I did get some antibiotics from the nurse. I push myself to get better. I give myself physical therapy to get my leg working again. The deputies see me working out with my injured leg and tell me that they are going to beat me up worse later. They come to my cell 5 at a time. I hear them standing outside talking about whether they're going to beat me up again.

10.     I haven't filed a complaint yet because I don't want to make things worse, but I've seen the deputies send several people to the hospital. They take advantage of us when we are handcuffed. They try to provoke me to act out to start a fight, but I don't pay attention to them. They see us as less because we did something wrong, but then they do the same thing. What makes them any different?

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed this 23rd day of October, 2009 in Los Angeles, California.

_____/s/_____

**RAMIRO ALVAREZ**

Declaration of _____ Ramiro Alvarez _____

1

2   I, _____ Ramiro Alvarez _____, hereby declare:

3       1.   I make this declaration based on my own personal knowledge and if called to

4   testify I could and would do so competently as follows:

5   (2.) I am an inmate at Men's Central Jail. I

6   am currently housed at 3500.

7   (3.) In October 2009, there was a big fight

8   between about 20 ~~both uts~~ deputies and 40 inmates.

9   I was trying to get out of the way, but the deputies

10  said I tried to attack one of them so they made

11  me a k 10 and housed me in a single cell in 3500.

12  (4.) I have been beaten up by the deputies multiple times.

13  One time, about 10-15 deputies came into my cell and

14  started beating me up. They asked me, "Ya like beating

15  up on cops? Don't disrespect my partner again." They

16  dropped me to the floor and started to kick my head.

17  They hit me in the face and kicked my body. They

18  hit me with their flashlights over and over again. They

19  used their flashlight like a bat, like I was a baseball or

20  something.

21  (5.) The deputies said that I was trying to assault one of

22  them, but even after they had me on the floor with

23  my hands behind my back they kept hitting me. They

24  tased me several times. One of the deputies said, "Man,

25  I was trying to kill you."

26  (6.) After the beating, the deputies told me I better

27  not tell anyone about what happened. My leg was purple

28  and bruised and I couldn't really walk for like 2 weeks.

1  I needed stitches. My face was bruised up pretty
2  bad, too. I still have scars on my face and
3  on my head from where they hit me. I grew out my
4  hair to hide some of the scars on my head.
5  7) Even though I needed stitches, the deputies
6  told me not to go to the clinic. They said that
7  if I went to the clinic they would beat me up
8  even worse when I got back. The clinic tried
9  calling me in over and over for about a week, and
10  I refused every time. I refused medical care
11  because the deputies told me to. I refused
12  stitches. I refused a tetanus shot. I refused
13  everything.
14  8) Another time, I was housed on FISH row
15  and about 10 deputies came to escort me to the
16  hole. They told me to face the wall and then they
17  hit me. I fell to the floor because of my
18  injured leg. Once I was on the floor the deputies
19  started jumping on me like I was a mattress.
20  They jumped on me with their elbows and knees
21  like it was a wrestling match. They told me I
22  better not tell anyone anything or they'd kill me.
23  9) I refused all medical care from the clinic again,
24  but I did get some antibiotics from the nurse.
25  I push myself to get better. I give myself
26  physical therapy to get my legs working again.
27  The deputies see me working out with my injured
28  leg and tell me that they are going to beat me up

2

1. worse later. They come to my cell at 5 at
2. a time. I hear them standing outside talking
3. about whether they're going to beat me up again.
4. (10) I haven't filed a complaint yet because I
5. don't want to make things worse, but I've
6. seen the deputies send several people to the
7. hospital. They take advantage of us when
8. we are handcuffed. They try to provoke me to
9. act out to start a fight, but I don't pay attention
10. to them. They see us as less than because
11. we did something wrong, but then they do the
12. same thing. What makes them any different?
13.
14.
15.
16.
17.
18.
19.
20. I declare under penalty of perjury of the laws of the State of California and the United
21. States that the foregoing is true and correct. Executed this 23 day of Oct, 2009 in Los
22. Angeles, California.
23.
24.
25.
26.
27.
28.

3

# DECLARATION OF PRISONER #33
## ERIC WHITE

**Declaration of Eric White**

I, Eric White, hereby declare:

1.      I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.      After living in Ohio for 15 years, I sold my house and moved back to California.  I am a California native, and wanted to move back with my wife and kids.

3.      Unfortunately, shortly after we moved my marriage fell apart and I had to try and find a place to live with various family members and start a business in Northern California. When my business failed I had to move to LA County with my mother and grandmother.

4.      I was arrested on March 14th, and have been in Men's Central Jail since.

5.      I became a pro per in the middle of April and housed in 2500, B-6.  On May 13th I was given tier time, meaning I was allowed to walk up and down the tier and talk to people.  At some point during my tier time, Deputy "Curbfoot" told me that the deputies needed to talk to me.  He took me to the front of the module, grabbed my hands, leaned up to my ear and said, "Who's the fucking punk now?  Put your fucking nose to the wall."  I kept telling him that I didn't want any problems.  He said , "It's too late now."  The first blow I felt was to the right side of my temple.  When I went down, I received a crushing blow to the top of my head.  After going down, all I can remember is trying to crawl away.  then a door flew open and a bunch more deputies came in.  I thought they were going to make the others stop, but they all joined in.  As i began to lose consciousness, I looked down and saw a pool of blood.  I also remember the look on Deputy Briton's face.  He looked like he couldn't believe what he was seeing.  At the very end, when I was already on the floor and barely conscious, the deputies ripped my pants almost completely off and tasered me.  The next thing I remember is Lt. McCray and a Captain at the hospital videotaping me.

6.      I can't think of a single thing I could have done to deserve this beating.  I admit I've been disrespectful at times, but nothing that deserves me nearly losing my life.  The incident, I believe, was investigated, and as far as I know, nothing has been done.

7.      Th last 4 months of my life, since coming back from the hospital, have been

1   nothing but terror.  After being moved to 7000 at CJ, the wheelchair ward, I slept underneath my

2   bunk and kept my wheelchair tied in front of me for protection.  Deputies have repeatedly

3   retaliated against me to get me to not complain or tell people on the outside.

4       8.      The first time deputies threatened me, I had just been placed in 7000.  Deputy

5   "Cicerelli" came into my cell, after I had been asking for assistance, pointed his taser at my face

6   and said, "I'd fucking tase you, but I can't because you'll tell on me.  Deputy Curbfoot is my best

7   friend."  Deputy "Schurzberg" has called me a "bitch" for writing my mom and telling her how

8   afraid I am.  He told me that another inmate that got his leg broken "learned," after I kept putting

9   in inmate request forms.  Another deputy told me, "Your just not going to let this shit go, are

10  you?"  My privileges were taken away for 22 days for fighting with staff, although I never

11  touched staff.  They took my property and it has never been recovered.  I was supposed to receive

12  surgery for my injuries, according to the doctors at LCMC, but have not.  I have 5 staples on the

13  top of my head, 5 stitches in the middle of my forehead, 3 stitches above my left eye, 4 stitches

14  above my right, 4 fractured vertebrae, a shattered right shoulder, broken rib on my left side and

15  both my ankles were severely sprained.  I still have scars on both my legs and on my face and

16  head.

17  I live in fear everyday.  I am afraid to talk to the ACLU, but I know that they use fear to keep the

18  inmates from getting help.

19

20      I declare under penalty of perjury of the laws of the State of California and the United

21  States that the foregoing is true and correct.  Executed this 7th day of October, 2009 in Los

22  Angeles, California.

23                                        /S/

24                                        Eric White

25

26

27

28

                                        2

1    Declaration of *Eric White*

2    I, *Eric White*_____, hereby declare:

3        1.    I make this declaration based on my own personal knowledge and if called to

4    testify I could and would do so competently as follows:

5        2.    After living in Ohio for 15 years, I sold

6    my house and moved back to California. I am a

7    California native, and wanted to move back with my

8    wife and kids.

9    Unfortunately, shortly after we moved my marriage

10   fell apart and I had to try and find a place

11   to live with various family members and start a

12   business in Northern California. When my business failed I had to move

13   to LA County with my mother and grandmother.

14       I was arrested on March 14th and have

15   been in Men's Central Jail since.

16       I became a pro-per in the middle of April

17   and housed in 2500, B-6. On May 13th I

18   was given tier time, meaning I was allowed to

19   walk up and down the tier and talk to people. At

20   some point during my tier time, Deputy "Curbfoot"

21   told me that the Deputies needed to talk to me.

22   He took me to the front of the module, grabbed

23   my hands, leaned up to my ear and said, "Who's

24   the fucking punk now? Put your fucking nose on

25   the wall." I kept telling him that I didn't

26   want any problems. He said, "It's too late now."

27   The first blow I felt was to the right side of

28   my temple. When I went down, I received a

1  crushing blow to the top of my head. After going down
2  all I can remember is trying to crawl away.
3  Then a door flew open and a bunch more deputies
4  came in. I thought they were going to make the
5  others stop, but they all joined in. As I began
6  to lose consciousness, I looked down and saw a
7  pool of blood. I also remember the look on Deputy
8  Briton's face. He looked like he couldn't believe what
9  he was seeing. At the very end, when I was already
10 on the floor and barely conscious, the deputies
11 ripped my pants almost completely off and tasered
12 me. The next thing I remember is seeing Lt.
13 McRay and a Captain at the hospital video taping
14 me.
15      I can't think of a single thing I could have
16 done to deserve this beating. I admit I've been
17 disrespectful at times, but nothing that deserves me
18 nearly losing my life. The incident, I believe, was
19 investigated and, as far as I know, nothing has
20 been done.
21      The last 4 months of my life, since coming
22 back from the hospital, have been nothing but terror.
23 After being moved to 7000 at CJ, the wheel chair
24 ward, I slept underneath my bunk and
25 kept my wheelchair tied in front of me for protection.
26 Deputies have repeatedly retaliated against me to
27 get me to not complain or tell people on the outside.
28      The first time deputies threatened me, I had just

2

Page 254

been placed in 7000, Deputy "Cicerelli" came into my cell, after I had been asking for assistance, pointed his taser at my face and said, "I'd fucking tase you, but I can't because you'll tell on me. Deputy Curbfoot is my best friend." Deputies Deputy "Schurzberg" has called me a bitch for writing my mom and telling her how afraid I am. He told me that another inmate that got his leg broken "learned," after I kept putting in inmate request forms. Another deputy told me, "Your just not going to let this shit go, are you?" My privileges were taken away for 22 days for fighting with staff, although I never touched staff. They took my property and it has never been recovered. I was supposed to receive surgery for my injuries, according to the doctors at LCMC, but have not. I have 5 staples on the top of my head, 5 stiches in the middle of my forehead, 3 stitches above my left eye, 4 stitches above right, 4 fractured vertebrae, a shattered right shoulder, broken rib on my left side, and both my ankles were severly sprained. I still have scars on both my legs and on my face and head.

    I live in fear every day. I am afraid to talk to the ACLU, but I know that they use fear to keep the inmates from getting help.

C.W.

3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18       I declare under penalty of perjury of the laws of the State of California and the United
19   States that the foregoing is true and correct.  Executed this __7__ day of October 2009 in Los
20   Angeles, California.
21                                        x  *Eric White*
22                                           Eric White
23
24
25
26
27
28

# DECLARATION OF PRISONER #35 DAYSHAUN RUSHING

**Declaration of Daysuan Rushing**

I, Daysuan Rushing, hereby declare:

1.      I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.      I am an inmate at Men's Central Jail.  I have been housed here for approximately one year. During that time I have witnessed and experienced many retaliatory acts by the deputies here when inmates complain.

3.      On March 2, 2009, I was housed in 3301 module when an ACLU representative, Mary, walked down my row.  I knew who she was because I had spoken to her before about complaints I had in county  jail.  When she came to my cell to ask me how things were going I told her that the deputies had not been giving us showers and that I needed to see the doctor for a medical issue.

4.      I went to court a day or so later and I returned back on the early bus, which was around 1 in the afternoon.  An officer, whose name I do not remember escorted me up to module 3301.  I was waistchained, meaning my hands are chained to my sides.  When we walked up to 3301, Officer Zuniga was sitting at the desk.  My escorting officer put me up against the wall, with my nose on the wall.  He told Officer Zuniga to rack my cell door.  Zuniga replied "hold on Rushing" He then started putting on gloves and asked if I had any contraband.  I told him I had a peanut butter sandwich in my sock.  Zuniga proceeded to search me, but by the way he was pulling on my clothes, I knew I was in trouble.

5. Zuniga said to me "you don't like my program" and I asked him what program is that? He then asked me why I don't like his shower program.  I asked him what did he mean by that.  The he told me that "we can fix that" and he slapped the back of my head with his open hand.  I called

Declaration of Daysuan Rushing

him a punk and then he slapped me again.  I was wearing glasses at the time so I turned my head up against the wall.  The whole time the other deputy, the one who escorted me, was just standing there.

6. Next Zuniga kicked my legs out from under me and I was spread eagle up on the wall, still waist chained.  He kicked me again and I lost my balance and fell.  Then Zuniga just started punching me in the back.  Then the other officer joined in and they both started kicking me.  My face was sideways on the ground so I could tell that Zuniga was still kicking me.  He then smacked the flashlight across my face.  The flashlight hit me on my face.  Then he hit me in the jaw with the flashlight.  Then they hit me in the knees.  The deputies have technique where they hit inmates on their elbows and knees so it makes you limp around.  I have witnessed them do this to other inmates and I have also experienced it.  In fact, my legs are still swollen from them hitting my legs.  While I was down on the ground they also sprayed me in the face.  While I was down on the ground Zuniga said "you fucking whiners, tell this to the ACLU, I dare you"

7. The deputies then grabbed me by my pants and threw me off the stairs down out of 3301 towards 3300/3100.  Down there were a whole bunch of deputies.  It was weird, it was like they were clapping or something.  Then Deputy Ruiz, who also works on that floor and who I have dealt with before, came up and sprayed me in the face.  I was bleeding all over the place.

8. They put me on a gurney and I went to the hospital.  I had to have stitches on both sides of face.  I was there for a few days and they sent me back to 3301.  I was really freaked out that they sent me back to the same spot.  I stayed there for a night and then Sgt Barbosa came and escorted me to the clinic at MCJ.  At the clinic they were worried about my head they said, so I was transferred to the 7000FL, which is the hospital floor at CJ.  While I was up there, my face mostly healed - visually at least - and then the jail moved me down to 1750.  I was really worried to go there because I knew

Declaration of Daysuan Rushing

Deputy Ruiz used to work there.  He had just been moved, I was relieved to hear from deputies and other inmates, because he beat up some Avenues gang members a few days earlier.

9. Retaliation happens all the time around this jail.  Most of these deputies are really young and they think they can do whatever they want, at least that's what their behavior seems like.  I and others are more fearful of the deputies than other inmates.  It is fear and intimidation that they use around here.

10. When I was on the clinic a Sergeant came to interview me with a video camera.  He asked me about what happened to me.  I have complained about the incident to the jail and they told me that Internal Affairs has the complaint.  However, I have never spoken to anyone from there about it.

11.  I went back to court another time a week or so later and when I was there my attorney took pictures of my injuries.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct.  Executed this 16th day of June, 2009 in Los Angeles, California.

_____/s/_____

Daysuan Rushing

Declaration of Daysuan Rushing

1    **DECLARATION OF** Daysuan Rusting

2    I, Daysaan Rustting _____, state and declare as follows:

3        1.    The facts set forth in this declaration are from my personal knowledge. If

4    called as a witness, I could and would competently testify to them.

5        2. I am an inmate at Men's Central Jail. I have been housed

6    here for approximately one year. During that time I have

7    witnessed and experienced many retaliatory acts by the

8    deputies here when inmates complain.

9      3. On March 2, 2009 I was housed in 3301 module. when

10    an ACLU representative, Mary, walked down my row. I knew

11    who she was because I had spoken to her before about complaints

12    I had in county jail. When she came to my cell to ask me

13    how things were going I told here that the deputies had

14    not been giving us showers and that I needed to

15    see the doctor for a medical issue.

*I went to court a day or so later* (margin note)

16    ~~[scribbled out]~~ and I returned back on

17    the early bus, which was around 1 in the afternoon.

18    An officer, whose name I do not remember escorted me up

19    to module 3301. I was waistchained, meaning my hands

20    are chained to my sides. When we walked up to 3301, officer

21    Zuniga was sitting at the desk. My escorting officer put me

22    up against the wall, with my nose on the wall. He told officer

23    Zuniga to rack my cell door. Zuniga replied "Hold on

24    Rustting" He then started putting on gloves and asked me

25    if I had any contraband. I told him I had a peanut butter

26    sandwich in my sock. Zuniga proceeded to search me, but

27    by the way he was pulling on my clothes, I knew I was in

28    trouble.

_Dannu Rustin_ (signature)

Page 260

5. Zuniga said to me "You don't like my program" and I asked him what program is that? He then asked me why I don't like his starver program. I asked him what did he mean by that. Then he told me that "we can fix that" and he slapped the back of my head with his open hand. I called him a punk and then he slapped me again. I was wearing glasses at the time so I turned my head up against the wall. This whole time the other deputy, the one who escorted me, was just standing there.

6. Next Zuniga kicked my legs out from under me and I was spread eagle up on the wall, still waist chained. He kicked me again and I lost my balance and fell. Then Zuniga just started punching me in the back. Then the other officer joined in and they both started kicking me. My face was sideways on the ground so I could tell that Zuniga was still kicking me. He then smacked the flashlight across my face. The flashlight hit me on my face. Then he hit me in the jaw with the flashlight. Then they hit me in the knees. The deputies have a technique where they hit inmates on their elbows + knees so it makes you limp around. I have witnessed them do this to other inmates and I have also experienced it. In fact, my legs are still swollen from them hitting my legs. While I was down on the ground they also sprayed me in the face. While I was down on the ground Zuniga said "you fucking whiners, tell this to the ACLU, I dare you"

7. The deputies then grabbed me by my pants and threw me off the stairs down out of 3301 towards 3300/3100.

Dremme Rushing

1  Down there were a whole bunch of Deputies. It was weird,
2  it was like they were clapping or something. Then Deputy
3  Ruit, who also works on that floor and who I have
4  dealt with before, came up and sprayed me in the
5  face. I was bleeding all over the place.
6  8. They put me on a gurney and I went to the hospital.
7  I had to have stitches on both sides of face. I was
8  there for a few days and they sent me back to 3301. I
9  was really freaked out that they sent me back to
10 the same spot. I stayed there for a night and then
11 Sgt Barbosa came and escorted me to the clinic at
12 MCJ. At the clinic they were worried about my head
13 they said, so I was transferred to the 7000 FL, which
14 is the hospital floor at CJ. While I was up there, my
15 face mostly healed - visually at least - and then
16 the jail moved me down to P to. I was really worried
17 to go there because I knew Deputy Ruit used to
18 work there. He had just been moved, I was relieved
19 to hear from deputies and other inmates, because
20 he beat up some Avenues gang members a few days
21 earlier.
22 9. Retaliation happens all the time around this
23 jail. Most of these deputies are really young and
24 they think they can do whatever they want, at least
25 thats what their behavior seems like. I and other
26 are more fearful of the deputies than other inmates. It
27 is fear and intimidation that they use around
28 here.

Dennis Rushing

10. When I was on the ~~clinic~~ Clinic DPV a seargent came to interview me with a videocamera. He asked me about what happened to me. I have comp kind about the incident to the jail and they told me that Internal Affairs has the complaint. However, I have never spoken to anyone from them about it.

11. I went back to court another time a week or so later and when I was there my attorney took pictures of my injuries.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed this ___16th___ day of ___June___, 2009 in Los Angeles, California.

_Dennie Rushure_

6-1 JUNE-16-90009

3

Page 263

# DECLARATION OF PRISONER #36
# EMMANUEL BENSON

# DECLARATION OF EMMANUEL BENSON

I, EMMAMUEL BENSON, declare and state as follows:

1.      I am an inmate currently housed at Lancaster State Prison County of Los Angeles, located at Lancaster, California. I have been housed here for approximately two weeks since June 11, 2009. On or about January 12, 2009, I was arrested and housed at Men's Central Jail located in Los Angeles, California.

2.      On or about May 14, 2009, at approximately 8:00 pm I was in line for pill call. I received my medication and started returning to my cell. At the same time, other inmates were receiving their medication and returning to their cells. On my way back to my cell, Deputy Wingens told me that I needed permission to return to my cell even though other inmates were freely returning to their cells.

3.      I complied with Deputy Wingens request and faced the wall. Deputy Wingens then threatened me by saying that if I turned around that he would "slap me." At that point I turned out to ask why I was being singled out and detained while others inmates freely returned to their cells.

4.      Deputy Wingens then grabbed my hands with one hand and slapped me five times on the right side of my head. After that, Deputy Wingens took me back to my cell. I then called my mother and aunt to report the incident. After I fell asleep that evening, I as awaken by Depity Wingens partner and taken to a doctor.

5.      The next morning, at approximately 4:00 am, Deputy Lee removed me from my cell, telling me that the nurse wanted to see me, and asked me why did I report the incident. I told Deputy Lee about the incident the prior day. He then left me in my cell without sending me to the nurse. Before Deputy Lee left, he removed my sheets, blankets, food, claiming that this was punishment for talking to a trustee.

6.      At approximately 8:00 a.m. that morning, Deputy Enriquez opened my cell door. Inmate "E-bone" was waiting outside my cell door, entered my cell, and told my bunk mate to leave the cell.

7.      "E-bone" then attacked me and punched me twice on the right side of my face. I asked why he was attacking me, and "E-bone" responded Deputy Wingens. Deputy Wingens told "E-bone" that I reported the incident in which Deputy Wingens assaulted me. I did not request medical treatment for fear of retaliation.

Page 264

8.      At approximately 7:00 p.m. that same day, deputies told me that the had given my "store bag" containing food and other items I ordered, to "E-bone" in cell 16. .8054. Deputies refused to return it to me.

9.      Approximately a few days later, I was moved to Twin Towers. The same day, I was interviewed which was recorded by videotape, by a Sergeant in a suit and deputies.

10.     They asked why I had contacted Mary at the ACLU and why I had reported the incident with Deputy Wingens. I explained the incident. They further asked why I had contacted Mary at the ACLU.

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct and that this Declaration was executed on June 26, 2009.


_____/s/_____

**EMMANUEL BENSON**

Page 265

I, Emmanuel Benson, declare and state as follows:

1. I am an inmate currently housed at Lancaster State Prison County of Los Angeles, located in Lancaster, California. I have been housed here for approximately two weeks since June 11, 2009. On or about January 12, 2009 I was arrested and housed at Mens Central Jail located in Los Angeles, CA.

2. On or about May 14, 2009 at approximately 8:00 p.m., I was in line for pill call. I received my medication and started returning to my cell. At the same time, other inmates were receiving their medication and returning to their cells. On my way back to my cell, Deputy Wingems told me that I needed permission to return to my cell even though other inmates were freely returning to their cells.

3. I complied with Deputy Wingems request and faced the wall. Deputy Wingems then threatened me by saying that if I turned around that he would "slap me". At that point I turned out to ask why I was being singled out and detained while other inmates freely returned to their cells.

4. Deputy Wingems then grabbed my hands with one hand and slapped me five times on the right side of my head. After that, Deputy Wingems took me back to my cell. I then called my mother and aunt to report the incident. After I fell asleep that evening, I was awoken by Deputy Wingems partner and taken to a doctor.

5. The next morning, at approximately 4:00 a.m., Deputy Lee removed me from my cell, telling me that the nurse wanted to see me, and asked me why did I report the incident. I told Deputy Lee about the incident the prior day. He then left me in my cell without sending me to the nurse. Before Deputy Lee left, he removed my sheets, blanket, food, claiming that this was punishment for talking to a trustee.

6. At approximately 8:00 a.m. that morning, Deputy Enriquez opened my cell door. Inmate "E-bone" was waiting outside my cell door, entered my cell, and told my bunkmate to leave the cell.

7. "E-bone" then attacked me and punched me twice on the right side of my face. I asked why he was attacking me, and "E-bone" responded that it was in retaliation for reporting Deputy Wingems. Deputy Wingems told "E-bone" that I reported the incident in which Deputy Wingems assaulted me. I did not request medical treatment for fear of additional retaliation.

Page 267

8. At approximately 7:00 p.m. that same day, deputies told me that they had given my "Store bag" containing food and other items I ordered, to "E-bone" in cell No. 8054. Deputies refused to return it to me.

9. Approximately a few days later, I was moved to Twin Towers. The same day, I was interviewed which was recorded by video tape, by a Seargant in a suit and two deputies.

10. They asked why I had contacted Mary at the ACLU and why I had reported the incident with Deputy Wingems. I explained the incident. They further asked what I had contacted Mary at the ACLU.

11.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Declaration was executed on June 26, 2009.

*Emmanuel Benson*

Emmanuel Benson

# DECLARATION OF PRISONER #37
# ANTONIO RODRIGUEZ

# DECLARATION OF ANTONIO RODRIGUEZ

I, ANTONIO RODRIGUEZ, hereby declare:

1.     I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.     I have been an inmate at Men's Central Jail for 6 years. On September 1st, 2009, inmate Justin Castro and I were attacked by a group of deputies at Men's Central Jail. I was beat so badly I ended up in the hospital with fractured ribs and both of my legs broken.

3.     The incident began when me, inmate Castro, and 2 other inmates were returning from the law library back to our cells. When we came back to the module, there were around 10 deputies there to pick us up. There had never been that many of them before. I felt like something was wrong.

4.     One of the deputies asked if I was ready. I said, "Yes." He asked if I was sure I was ready. He then asked inmate Castro the same thing. The deputy had a flashlight in his hand. He was hitting the palm of his hand with it. He asked Castro again if he was ready. The previous day inmate Castro had been involved in an altercation with that deputy.

5.     We turned the corner to come into the module and there were now a total of 15-20 deputies present. There was also a Sergeant there. Deputy Avalos told us to spread out for the search. We listened to him since the deputies normally search us like this when we come back from law library.

6.     After they searched us, inmate Castro and I were escorted, handcuffed, upstairs into the 3301 corridor by 6-8 deputies. One of the deputies told us to face the wall. I figured it was for another search, so I did. Then Deputy Rodriguez asked another Deputy Rodriguez if he was ready to earn his ink. The second Deputy Rodriguez said he was. He then hit me with his flashlight on the back of the head. I fell to the ground. Deputies Alvarez and Rodriguez jumped on inmate Castro.

7.     Deputy Ortega held my legs in his arms. I heard Deputy Avalos tell him to break my legs. Deputy Ortega then hit my ankle with his flashlight. He was using his flashlight like a baseball bat. The first hit felt really bad, but after he hit me a few times I couldn't really feel it anymore. I could feel blood coming out though.

8.     The deputies turned me on my back and started stomping on me. Deputy Ortega grabbed my second leg and hit it with his flashlight, breaking it. The deputies yelled at me to get up, but I couldn't

1    because my legs were broken. Then they hit me in again the back of the head with a flashlight.

2         9.    Deputy Ortega asked another deputy if he was keeping watch for the Sergeant. The other

3    deputy said, "Yes," and told Deputy Ortega to "get the towels" because a Sergeant was coming. The

4    deputies came back with a stack of wet towels. They mopped up the blood on the floor and wiped the

5    blood off my face. Deputy Ortega asked me, "You're not going to tell anyone, right? Southsiders don't

6    tell."

7         10.    When the Sergeant arrived, he told me to stand up, but I couldn't so he had the deputies

8    put me in a gurney and take me down to the hospital. At the hospital, the ER doctor asked me if I had

9    tried to stab a deputy. He told me that he had heard that inmate Castro and I had allegedly tried to assault

10   a deputy with a weapon. It was the first time I had heard this. The deputies said they had found a weapon

11   that Castro had pulled out of his waistband, even though we had been handcuffed at the waist the whole

12   time and searched right before the alleged assault took place.

13        11.    I still have not seen the weapon we supposedly had, but I have looked at the deputies'

14   reports from that day. Deputy Avalos' report said he heard what sounded like a shank hit the floor and

15   that when I appeared to turn around to try and grab it he was in fear for his life, even though I was

16   handcuffed at the waistband the whole time. Another report said that a deputy pushed Castro to the wall

17   and that a shank fell and hit the ground. The reports say that force was used and that we were pepper

18   sprayed, but don't mention our broken legs and never say that our handcuffs were taken off (because they

19   were on the whole time).

20        12.    After the incident, my pro per status was taken away because I allegedly orchestrated an

21   attack on a deputy. My cell was searched and my glasses were broken. Once the deputies started finding

22   out that the ACLU and other people were getting involved, they started harassing me. I was supposed to

23   get a pair of orthopedic shoes. My family paid for them and the vendor sent them directly to the jail, just

24   like the policy requires. Deputy Nicholas told me that he has my shoes but that I can't have them because

25   of the September 1st incident with the deputies. He said it would be a safety risk for the jails. I need those

26   shoes because I have 2 broken ankles and can't walk in regular shoes.

27        13.    The deputies are mad at me for talking to the ACLU about the incident and for getting my

28   own attorneys involved in the case. They ask me, "Why'd you go this route?" Deputy Ortega and others

told me that I "better not cry like a bitch to anyone" and that I better not talk to Internal Affairs or anyone else about what happened. When I was in the hospital, Deputy Avalos showed up and said he was working overtime to keep on eye on us. He told me that if I said anything about what happened the deputies would have to make their own reports and add charges to me.

14.     I don't understand why the deputies did this, even though this time I hadn't broken any rules, and then tell me not to tell others about it. It was excessive what they did. My ankle was shattered in 16 places. The doctors say I'll probably have problems with them my whole life and that I'll probably be in constant pain. The deputies have beaten us up before and I've never said anything. I've gotten a chipped tooth and a fractured eye socket and have been shocked with a taser several times, and there's no report about that. I would have taken the beating just like before, but when they broke my legs I made up my mind to talk about it. If I continue to stay quiet like I have all these years it's going to happen to other people. I'm just trying to avoid this happening to other people.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed this 21st day of October, 2009 in Los Angeles, California.


_____/s/_____

**ANTONIO RODRIGUEZ**

**Declaration of** _Antonio Rodriguez_

1

2 I, _Antonia Rodriguez_ , hereby declare:

3     1.    I make this declaration based on my own personal knowledge and if called to

4 testify I could and would do so competently as follows:

5     2.  I have been an inmate of men's central Jail for

6 4 years. On September, 1st, 2009, inmate Castro and I were attacked

7 by a group of deputies at Men's Central Jail. I was beat so badly I

8 ended up in the hospital with fractured ribs and both of my legs broken.

9 (3.) The incident began when me, inmate Castro, and 2 other inmates were

10 returning from law library back to our cells. When we came back to the

11 module, there were around 10 deputies there to pick us up. There had never

12 been that many of them before. I felt like something was wrong.

13 4. One of the deputies asked if I was ready. I said, "Yes." He asked if

14 I was sure I was ready. He then asked inmate Castro the same thing.

15 The deputy had a flashlight in his hand. He was hitting the palm of his hand

16 with it. He asked Castro again if he was ready. The previous day inmate

17 Castro had been involved in an altercation with that deputy.

18 (5.) We turned the corner to come into the module and there were now a

19 total of 15-20 deputies present. There was also a Sergeant there. Deputy

20 Avalos told us to spread out for the search. We listened to him since

21 the deputies normally search us like this when we come back from

22 law library.

23 (6.) After they searched us, inmate Castro and I were escorted, handcuffed, upstairs into

24 the 3301 corridor by 6-8 deputies. One of the deputies told us to face the wall.

25 I figured it was for another search, so I did. Then Deputy Rodriguez asked another

26 Deputy Rodriguez if he was ready to earn his ink. The second Deputy Rodriguez

27 said he was. He then hit me with his flashlight on the back of the head. I

28 fell to the ground. Deputies Alvarez and Rodriguez jumped on inmate Castro.

(7.) Deputy Ortega held my legs in his arms. I heard Deputy Avalos tell

him to break my legs. Deputy Ortega then hit my ankle with his

flashlight. He was using his flashlight like a baseball bat. The

Page 273

1  first hit felt really bad, but after he hit me a few times I couldn't really feel it

2  anymore. I could feel blood coming out though.

3  ⑧ The deputies turned me on my back and started stomping on me. Deputy Ortega grabbed

4  my second leg and hit it with his flashlight, breaking it. The deputies yelled at me

5  to get up, but I couldn't because my legs were broken. Then they hit me again in the

6  back of the head with a flashlight.

7  ⑨ Deputy Ortega asked another deputy if he was keeping watch for the Sergeant. The

8  other deputy said, "Yes," and told Deputy Ortega to "get the towels" because

9  a Sergeant was coming. The deputies came back with a stack of wet towels. They

10  mopped up the blood on the floor and wiped the blood off my face. Deputy

11  Ortega asked me, "You're not going to tell anyone, right? Southsiders don't

12  tell."

13  ⑩ When the Sergeant arrived, he told me to stand up, but I couldn't so he had the

14  deputies put me in a gurney and take me down to the hospital. At the hospital,

15  the ER doctor asked me if I had tried to stab a deputy. He told me that

16  he had heard that inmate Castro and I had allegedly tried to assault a

17  deputy weapon. It was the first time I had heard this. The deputies said they

18  had found a weapon that Castro had pulled out of his waistband, even though we

19  had been handcuffed at the waist the whole time and searched right before

20  the alleged assault took place.

21  ⑪ I still have not seen the weapon we supposedly had, but I have looked at the

22  deputies' reports from that day. Deputy Avalos' report said he heard what

23  sounded like a shank hit the floor and that when I appeared to turn

24  around to try and grab it he was in fear for his life, even though

25  I was handcuffed at the waistband the whole time. Another report

26  said that a deputy pushed Castro to the wall and that a shank

27  fell and hit the ground. The reports say that force was used

28  and that we were pepper sprayed, but don't mention our broken legs

and never say that our handcuffs were taken off (because

they were on the whole time).[2]

Ans Din

1 (12) After the incident, my proper status was taken away
2 because I allegedly orchestrated on attack on a deputy. My cell
3 was searched and my glasses were broken. Once deputies started
4 finding out that the ACLU and other people were getting
5 involved, they started harassing me. I was supposed to
6 get a pair of ortho pedic shoes. My family paid for them
7 and the vendor sent them directly to the jail, just like policy
8 requires. Deputy Nicholas told me that he has my shoes but
9 that I can't have them because of the September 1st incident
10 with the deputies. He said it would be a safety risk for
11 the jails. I need those shoes because I have 2
12 broken ankles and can't walk in regular shoes.
13 (13) The deputies are mad at me for talking to the ~~ACLA~~ ACLU
14 about the incident and for getting my own attorneys involved in the
15 case. They ask me, "Why'd you go this route?" Deputy
16 Ortega and others told me that I "better not cry like a bitch
17 to anyone" and that I better not talk to Internal Affairs
18 or anyone else about what happened. When I was in the
19 hospital, Deputy Avalos showed up and said he was
20 working overtime to keep an eye on us. He told me
21 that if I said anything about what happened the
22 deputies would have to make their own reports and
23 add charges to me.
24 (14) I don't understand why the deputies did this,
25 even though this time I hadn't broken any rules, and
26 then tell me not to tell others about it. If was
27 excessive what they did. My ankle was shattered in
28 the places. The doctors say I'll probably have

#3

Ann Tan

problems with then my whole life and that I'd
probably be in constant pain. The deputies have
beate us up before and I've never said anything.
I've gotten a chipped tooth and a fractured eye
socket and have been shocked with a taser several
times, and there is no report about that. I would
have taken the beating just like before, but when they
broke my legs I made up my mind to talk
about it. If I continue to stay quiet like I
have all these years it's going to happen to other people.
I'm just trying to avoid this happening to other people.

I declare under penalty of perjury of the laws of the State of California and the United
States that the foregoing is true and correct. Executed this 21 day of OCT, 2009 in Los
Angeles, California.

# DECLARATION OF PRISONER #38
# MICHAEL HOLGUIN

# DECLARATION OF MICHAEL HOLGUIN

I, MICHAEL HOLGUIN, hereby declare:

1.     I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.     I am a 29 year-old construction worker from Walnut, CA.  I have been in jail for approximately three and a half weeks.  Up until one week ago I had spent the entire time in Men's Central Jail on a K10 FISH row.  The jail normally classifies me as a K-1 because my dad is a police officer.

3.     During the time I was on the K10 FISH row (3500Charlie) I never got a shower.  One Saturday, a Sgt walked by our row and asked how things were going.  We all told him that we were not getting showers.  The same Sgt. came back the next Saturday and asked us about showers.  We all told him that we still had not gotten any showers.  He said that he was going to come back the next day and check to see if we were getting a shower during the time the log said we were getting showers.  This was on Saturday Oct 17.

4.     The next day, Sunday October 18, the deputies all of a sudden started running showers.  They gave showers to the even cells.  I was in 22, so I was toward the back of the row.  When they got to my cell, they opened my gate and I walked down the row by myself, un-handcuffed.

5.     When I got right in front of the shower the deputy told me to take it back.  I asked "why" because I had not gotten a shower in weeks.  The deputy said "you wanna know why, I'll tell you why.  Turn around" I turned around and he came out and put me in handcuffs.

6.     After that it is a little fuzzy but I remember Deputy Lascano punching me in the face.  I remember being pepper sprayed in the face and hearing keys.  After it was over Deputy Rico said to me "that's why you don't say why, just do what you're told."

7.     They beat me up so bad I was at the county hospital for about 3 days.  I have stitches on my eye, staples in my head, they broke my right leg, and I had to have surgery on my left knee.

8.     When I came back from the hospital some deputy gave me a piece of paper that said I have 29 days in the hole for attacking a deputy.  I don't think that makes any sense.  I was handcuffed when they attacked me – there was no way I could do anything to them.  I'm just a guy trying to get

1    through jail on my way to state prison, where I am waiting to do a 16-month sentence.  I don't want any

2    problems in here.  I just keep my head down and stay out of the way.

3          9.      There is no reason why they did this to me.  They were supposed to be giving us showers

4    and those deputies just attacked me without reason.

5

6        I declare under penalty of perjury of the laws of the State of California and the United States that

7    the foregoing is true and correct. Executed this 26th day of October, 2009 in Los Angeles, California.

8

9                       _____/s/_____

10                   **MICHAEL HOLGUIN**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2
DECLARATION OF MICHAEL HOLGUIN

1   Declaration of Michael Holguin

2   I, Michael Holguin                , hereby declare:

3      1.      I make this declaration based on my own personal knowledge and if called to

4   testify I could and would do so competently as follows:

5      2.   I am a 29 year old construction worker

6   from Walnut, CA. I have been in jail for approximately

7   three and a half weeks. Up until one week ago

8   I had spent the entire time in Men's Central Jail

9   on a K10 FISH row. The jail normally classifies

10  me as a K-1 because my dad is a police

11  officer.

12     3. During the time I was on the K10 FISH

13  row (3500 Charlie) I never got a SHOWER.

14  One Saturday, a Sgt walked by our row

15  and asked how things were going. We all told

16  Him that we were not getting SHOWERS.

17  The same Sgt. came back the next Saturday

18  and asked us about SHOWERS. We all told

19  him that we still had not gotten any SHOWERS.

20  He said that he was going to come back the

21  next day and check to see if we were getting

22  a SHOWER. During the time the log said we

23  were getting SHOWERS. This was on Saturday

24  Oct 17th.

25     4. The next day, SUNDAY October 18, the

26  deputies all of a sudden started running

27  SHOWERS. They gave SHOWERS to the even

28  cells. I was in 22, so I was toward the back

MHH

of the Row. When they got to my cell, they opened my gate and I walked down the row by myself, unhandcuffed.

5. When I got right in front of the storage the deputy told me to take it back. I asked "why" because I had not gotten a storage in weeks. The deputy said "you wanna know why, I'll tell you why. Turn around" I turned around and he came out and put me in handcuffs.

6. After that it is a little fuzzy but I remember Deputy Lascano punching me in the face. I remember being pepper sprayed in the face + hearing keys. After it was over Deputy Rico said to me "thats why you Dont say why, just do what youre told"

7. They beat me up so bad I was at the county Hospital for about 3 days. I have stiches on my eye, staples in my head, they broke my right leg and I had to have surgery on my left knee.

8. When I came back from the Hospital some deputy gave me a piece of paper that said I have 29 days in the hole for attacking a deputy. I dont think that makes any sense. I was handcuffed when they attacked me — there was no way I could do anything to them. I'm just a guy trying to get through jail on my way to state prison, where I

2

MH

1  I am waiting to do a 16 month sentence. I don't
2  want any problems in here. I just keep my
3  head down and stay out of the way.
4  9. Theres no reason why they did this to
5  me. They were suppose to be giving us stocas
6  and those deputies just attacked me without
7  reason.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed this 26th day of October, 2009 in Los Angeles, California.

Michael Holgi
Michael Holguin

3

# DECLARATION OF PRISONER #39 EEFROM JONES

**Declaration of Eefrom Jones**

I, Eefrom Jones, hereby declare:

1.      I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.      I am an inmate in the Los Angeles Jail.  I have been here for two years and have spent the vast majority of the time in Men's Central Jail in a single-man cell.

3.      Since I have been at the county jail I have been getting psych medications.  I take these because I have hallucinations and depression.

4.      On September 24 in the afternoon I was escorted to the attorney room for a visit with an individual my attorney sent to talk to me about my mental health because I have been found incompetent to stand trial.  After the visit I was escorted back to my module by Deputy Navarro.

5.      When I went upstairs in my module (3500) Deputy Navarro followed me up there.  I was making a left at the top of the stairs when Deputy Navarro grabbed me from behind.  He yelled at me to stay down and don't move.  Then he just started punching me and he was sitting on my side.  I remember seeing a female deputy named Leos there, too.  I know there were a lot more deputies because I could hear them and I saw other people, I just could not see their names.

6.      They hit me with a taser and pepper sprayed me in the face.  I kept trying to tell them that I had asthma but they kept going.

7.      After they were done, they took me downstairs to the medical clinic at Men's Central Jail.  They interviewed me on video here also.  The next day they sent me to the hospital and that's when I found out my shoulder was broken.

8.      I went to court on October 7th.  Then on October 10 the same Lt. who interviewed me the first time pulled me out to interview me again.  I thought this was really weird and this made me scared because they had put me right back into the same hosuing area that the deputies who beat me up worked in.  However, this time I thought I needed to speak up so I told the Lieutenant the deputies names - specifically Deputy Navarro.

9.      The Lt interviewing me (Lt. Rivera) told me that just for precautions they wanted

1   me to see the psychiatrist.  So they sent me back, again, to 3500 to wait.

2         10.   The next thing I know, Deputy Navarro comes up to my cell and tells to cuff up

3   because I am going to the psych.  This is about 15 minutes after my interview so I was really

4   worried about him escorting me after I had just told the Lieutenant that he beat me up.

5         11.   I went out of my cell with Deputy Navarro into the hallway.  He told me to take

6   off all of my  clothes.  There were about 8 other deputies standing there also.  Deputy Navarro

7   then started yelling at me that this is his floor and he would do whatever he wanted.  He said

8   "don't worry, you'll be coming back.  9 times out of 10 they come back."  He was talking about

9   how I was going to the Towers to see the psych.

10         12.   Then Deputy Navarro told em to bend over, totally naked.  He flashed the

11   flashlight up my butt and all them started laughing.  Then another deputy came over and stuck his

12   finger up there.  I kept telling them this ain't right but they were just laughing.  It was horrible.

13         13.   I am terrified to go back over to where those deputies are.  In the 2 years I've been

14   here I haven't had problems with deputies.  I told my psych that I would kill myself before I

15   would go back over there and let those guys kill me.  What they did to me is horrible.

16

17         I declare under penalty of perjury of the laws of the State of California and the United

18   States that the foregoing is true and correct.  Executed this 19th day of October, 2009 in Los

19   Angeles, California.

20                                                        /s/

21                                       Eefrom Jones

22

23

24

25

26

27

28

2

1    Declaration of ___Eefrom Jones___

2    I, ___Eefrom Jones___ , hereby declare:

3        1.   I make this declaration based on my own personal knowledge and if called to

4    testify I could and would do so competently as follows:

5        2.  I am an inmate in the Los Angeles Jail.

6    I have been here for two years and have spent

7    the vast majority of the time in Men's Central Jail

8    in a single-man cell.

9      3. Since I have been at the county jail I

10    have been getting psych medications. I take these

11    because I have hallucinations and depression.

12      4. On September 24 in the afternoon I was

13    escorted to the attorney room for a visit with

14    an individual my attorney sent to talk to me

15    about my mental health because I have been found

16    incompetent to stand trial. After the visit

17    I was escorted back to my module by Deputy

18    Navarro.

19      5. When I went upstairs in my module (3500)

20    Deputy Navarro followed me up there. I was

21    making a left at the top of the stairs when Deputy

22    Navarro grabbed me from behind. He yelled

23    at me to stay down and don't move. Then he

24    just started punching me and he was sitting on

25    my side. I remember seeing a female Deputy

26    named Leos there, too. I know there were a lot

27    more deputies because I could hear them and

28    I saw other people, I just could not see their names.

E. J.

6. They hit me with a taser and pepper sprayed me in the face. I kept trying to tell them that I had asthma but they kept going.

7. After they were done, they took me downstairs to the medical clinic at Men Central Jail. They interviewed me on video here also. The next day they sent me to the hospital and that's when I found out my shoulder was broken.

8. I went to court on October 7th. Then on October 10 the same Lt who interviewed me the first time pulled me out to interview me again. I thought this was really weird and this made me scared because they had put me right back into the same housing area that the deputies who beat me up worked in. However, this time I thought I needed to speak up so I told the lieutenant the deputies names — specifically Deputy Navarro.

9. The Lt interviewing me (Lt Rivera) told me that just for precautions they wanted me to see the psychiatrist so they sent me back, again, to 3500 to wait.

10. The next thing I know, Deputy Navarro comes up to my cell and tells to cuff up because I am going to the psych. This was about 15 minutes after my interview so I was really worried about him escorting me after I had just told the lieutenant that he beat me up.

11. I went out of my cell with Deputy Navarro

2

E. J.

1  into the hallway. He told me to take off all of my clothes.
2  There were about 8 other deputies standing there also.
3  Deputy Navarro then started yelling @ me that this is
4  his floor and he would do whatever he wanted. He said
5  "don't worry, you'll be coming back. 9 times out of
6  10 they come back". He was talking about how I was going
7  to the Towers to see the psych.
8  12. Then Deputy Navarro told me to bend over, totally
9  naked. He flashed the flashlight up my butt and all of
10  them started laughing. Then another deputy came over
11  and stuck his finger up there. I kept telling them
12  this ain't right but they were just laughing. It
13  was horrible.
14  13. I am terrified to go back over to where those deputies
15  are. In the 2 years I've been here I haven't had problems
16  with deputies. I told my psych that I would kill
17  myself before I would go back over there and let
18  those guys kill me. What they did to me is horrible.
19
20      I declare under penalty of perjury of the laws of the State of California and the United
21  States that the foregoing is true and correct. Executed this 19th day of October 2009 in Los
22  Angeles, California.

23                                   Eefrom Jones
24                                   Eefrom Jones
25  _____
26
27
28

                                  3

# DECLARATION OF PRISONER #40
# WARREN COLLINS

### Declaration of Warren Collins

I, Warren Collins, hereby declare:

1.      I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.      I am a 38 year old married man withy three beautiful girls, ages 3, 5 and 6. I am a former employee of the Chevron Oil Refinery in El Segundo. I have been incarcerated at Men's Central Jail since mid August.

3.      On October 6, 2009 I was returning from bible study on the 3000 floor. When I entered 2400 I was informed by the deputies and numerous inmates that a massive cell search had taken place as a result of an assault by the Hispanic inmates against a white elderly inmate. As a sanction for the Hispanics, all of them were relieved of their commissary. Upon entering my housing row I uncovered that my commissary was taken which I found to be unjust because I am a black inmate and was not supposed to be the target of the search and destruction of property. I called out to the deputies, who were at the front of the tier, but they couldn't hear me because everyone was so loud. Two of them came down to my cell and were very irate. One of them asked, "What's your problem, Monkey?" I was surprised and disappointed to hear them call me that. This was the first instance of overt racism that I had encountered considering I have lived in many interracial neighborhoods without encountering this problem. I felt belittled.

4.      After the insulted me they told me to, "Face the fucking bars", meaning the bars of my cell. I obeyed their orders and faced my cell and interlaced my fingers behind my back. Then one of them shoved me very hard in the back of my neck into the bars. I turned my head to the side so my glasses wouldn't break, not only because I need them to see, but because they could've shattered all over my face. I asked them why they took my commissary when they were supposed to be targeting the Hispanics. I thought it was a mistake and asked to be reimbursed or receive my stuff back. Then the deputy told me, "You don't have any right to complain. The only thing you can be a recipient of is an ass whooping." I remained quiet and the deputy went on to say, "If the Hispanics want to jump on an elderly white man, because he got taxed, then you just gotta deal with it," He was referring to the fight that took place earlier in the day when a white

1    inmate was beat up in retaliation for an altercation the previous week between a Hispanic and a

2    white guy. Then they told me to, "Get in your fucking cell" and so I complied.

3        5.      Later on that day the ACLU came to visit our row and were talking to all the

4    inmates. After they left, we had pill call and we were made to face the wall. A deputy began to

5    march behind us holding a bean bag canister in a neutral firing position, meaning that it was

6    pointed at us as he walked past us. Though I was facing the wall I could see that he was pointing

7    it at us using my peripheral vision. These canisters contain pepper spray pellets and are typically

8    used by deputies after a major incident takes place. However, the fight occurred in the early

9    morning hours around 8 am. Pill call was around 7 pm so I felt as though enough time had passed

10    that they shouldn't be threatening us with pepper spray. I think they were threatening us because

11    the entire row had spoken with the ACLU. I felt as though this was an indirect threat that there

12    would be repercussions for speaking with and giving information to the ACLU. The deputy

13    holding the bean bag canister told us, "We don't give a fuck about the ACLU. This is our house.

14    They don't fucking live here."

15        6.      When one inmate messes up, whether it be something minor, or something major,

16    like a fight, we all get punished, the whole row. This is the deputies way to build tension between

17    all of us. They want us to police ourselves so they don't have to. For example, if one guy does

18    something wrong, instead of following protocol by writing the guy up or putting him in the hole,

19    we would all get punished. We are supposed to receive commissary once a week, but as

20    punishment they won't let us fill out the forms so we'd have to wait an entire week to receive our

21    materials from commissary. This means we are without a way to communicate with our families

22    because then we don't have stationary. They take away our phone calls, we can't get phone cards,

23    they take away our visits. They won't let us shower and we won't receive a change of clothing.

24    All of this for an entire week.

25        7.      They'll search our cells and throw everything out with no regard to anything.

26    They'll take away your bedding, your towel, throw out your family pictures and your legal

27    paperwork. This is their way to assert their authority and to put you in fear of them. I am scared

28    of them. I've seen the things that they have done to other inmates. I'm not trying to be the next

2

1    victim. This is emotional, physical and mental abuse. Everyday you wake up in fear that you will

2    be assaulted or beaten for something minor. I'm here to serve time for my violation. I just want to

3    serve my time and go home and not fear being injured by deputies. My whole mistake was my

4    crime that I committed. I'm not perfect but I'm not an animal either. The deputies are supposed

5    to protect me, not hurt me.

6

7

8        I declare under penalty of perjury of the laws of the State of California and the United

9    States that the foregoing is true and correct. Executed this 7th day of October, 2009 in Los

10   Angeles, California.

11                                                              /s/

12                                          Warren Collins

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

Declaration of ___Warren Collins___

1

I, ___Warren Collins___, hereby declare:

2

3    1.    I make this declaration based on my own personal knowledge and if called to

4    testify I could and would do so competently as follows:

5    2.    I am a 38 year old married man with

6    three beautiful girls, ages 3, 5, and 6. I am

7    a former employee of the Chevron Oil Refinery

8    in El Segundo. I have been incarcerated at

9    Men's Central Jail since mid August.

10    On October 6, 2009 I was returning

11    from bible study on the 3000 floor. When

12    I entered 2400 I was informed by the deputies

13    and numerous inmates that a mass'ive cell search

14    had taken place as a result of an assault by

15    the Hispanic inmates against a white elderly

16    inmate. As a sanction for the Hispanics, all of

17    they were relieved of their commissary.

18    Upon entering my housing row I uncovered

19    that my commisary was taken which I found

20    to be unjust because I am a black inmate and

21    was not supposed to be the

22    target of the search and destruction of property.

23    I called out to the deputies, who were at the

24    front of the tier, but they could'nt hear me

25    because everyone was so loud. Two of them

26    came down to my cell and were very irate.

27    One of them asked, "What's your problem, Monkey?"

28    I was surprised and disappointed to hear them call

W.C.

me that. This was the first instance of overt
racism that I had ever encountered considering I
have lived in many interracial neighborhoods without
encountering this problem. I felt belittled.

     After they insulted me, they told me to
"Face the fucking bars" ~~facing my~~ the back
of my cell. I obeyed their orders and ~~~~
~~They~~ ~~placed~~ faced my cell and interlaced my
fingers behind my back. Then one of them shoved
me very hard in the back of my neck into
the bars. I turned my head to the side so
my glasses wouldn't break, not only ~~because~~ I need
them to see but because they would be shattered
all over my face. Then ~~the~~ deputy told me "You
don't have ~~any~~ rights to complain. ~~For~~ ~~stop~~
~~really~~ ~~be~~ ~~complain~~ The only thing you can be a
recipient of is an ass whooping." I remained
quiet and the deputy went on to say, "If the
~~Hispanics~~ want to jump on an elderly white man
~~You~~ because he got taxed, then you just gotta
deal with it." He was referring to the fight
that took place earlier in the day when a white inmate
was beat up in retaliation for an altercation the
previous week between a Hispanic and a white guy
Then they told me to "Get in your fucking cell"
     Later on ~~of~~ that day the ACLU came to
visit our row and were talking to all the inmates
After they left, we had pill call and we were

**[left margin notes:]**
i asked
em why
rey took
y commisary
nen they
 were supposed
to be targeting
the prevais.

thought
was a
strike
nd asked
to be
reimbursed
or receive
my stuff
back.

same
i and so
complied

1  taken out to the hallway as usual and were made
2  to face the wall. A deputy began to march behind
3  us WC. holding a bean bag canister in a neutral
4  firing position, WC. meaning that it was pointed
5  at us as he walked past us. WC. Though
6  I was facing the wall I could see that he was
7  pointing it at us using my peripheral vision. These
8  canisters contain pepper spray pellets and are
9  typically used by deputies after a major incident
10 takes place. However, the fight occurred in the early
11 morning hours around 8 am. Pill call was around
12 7pm so I felt as though enough time had
13 passed that they shouldn't be threatening us with
14 pepper spray. I think they were threatening us
15 because the entire row had spoken with the ACLU

      I declare under penalty of perjury of the laws of the State of California and the United
States that the foregoing is true and correct. Executed this 17th day of OCt, 2009 in Los
Angeles, California.

                          WARREN COLLINS
                          Warren Colla

3

WC.

I felt as though this was an indirect threat that there would be repercussions for speaking with and giving information to the ACLU. The deputy holding the bean bag canister told us "We don't give a fuck about the ACLU. This is our house. They don't fucking live here."

When one inmate messes up, whether it be something minor, or something major, like a fight, we all get punished, the whole row. This is the deputies way to build tension between all of us. They want us to police ourselves so they don't have to. For example, if one guy does something wrong, instead of following protocol by writing the guy up or putting him in the hole, we would all get punished. We are supposed to receive commisary once a week, but they won't let us fill out the form as punishment so we'd have to wait an entire week to receive our materials from commisary. This means we are without a way to communicate with our famili because then we don't have stationery. They take away our phone calls, we can't get phone cards, they take away our visits. They won't let us shower and we won't receive a change of cloth All of this for an entire week.

They'll search our cells and throw everything out with no regard to anything. They'll take away your bedding, your towel, throw out your family pictures and your legal paperwork. This is their

2

1  way to assert their authority and put you
2  in fear of them. I am scored of them. I've seen the
3  things that they have done to other inmates. I'm
4  not trying to be the next victim. This is emotional,
5  physical and mental abuse. Every day you wake
6  up in fear that you will be assaulted or beaten
7  for something minor. I'm here to serve time for my
8  violation. I just want to serve my time and go
9  home and not fear being injured by deputies. My
10  whole mistake was my crime that I committed.
11  I'm not perfect but I'm not an animal either.
12  The deputies are supposed to protect me, not hurt
13  me.

18      I declare under penalty of perjury of the laws of the State of California and the United
19  States that the foregoing is true and correct. Executed this __7__ day of __Oct__, 2009 in Los
20  Angeles, California.

21                          _Warren Collins_
22                          _Warren Coll___

WC.

3

Page 294