## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

Case No.    CV 75-04111 DDP                          Date    July 6, 2010

Title    DENNIS RUTHERFORD -V- LEROY BACA

Present: The Honorable        DEAN D. PREGERSON, U.S. DISTRICT JUDGE

| John A. Chambers | None Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

Proceedings:

### MINUTE ORDER (IN CHAMBERS)

**COUNSEL ARE NOTIFIED** that on the Court's own motion a STATUS CONFERENCE is hereby set for August 5, 2010 at 3:00 p.m.

:    N / A

Initials of Preparer        JAC