UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS RUTHERFORD, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>SHERMAN BLOCK, et al.,<br><br>    Defendants. | Case No. CV 75-04111 DDP<br><br>Honorable Dean D. Pregerson<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS'** *EX PARTE* **APPLICATION TO STAY DISCOVERY PENDING COMPLETION OF THE PARTIES AGREEMENTS AT THE AUGUST 5, 2010 STATUS CONFERENCE OR, IN THE ALTERNATIVE, FOR EXTENSION TO RESPOND TO JOINT DISCOVERY STIPULATION**<br><br>[*Ex Parte Application Filed Concurrently Herewith*] |

    The *Ex Parte* Application of Defendants Sherman Block et al. (collectively, "Defendants") for an order staying discovery pending completion of the parties' agreements at the August 5, 2010 status conference or, in the alternative, for an extension to respond to Plaintiff's Joint Discovery Stipulation (served on August 6, 2010) came before this Court.

1

RUTHERFORD\Pleadings\EPA Order to stay discovery

## **ORDER**

On proof made to the satisfaction of the Court and good cause appearing therefor;

IT IS HEREBY ORDERED that:

1. Defendants' *Ex Parte* Application be and hereby is granted;

2. Discovery and related motion practice (including Plaintiffs' Joint Discovery Stipulation served on August 6, 2010 – "the discovery stipulation") is stayed pending completion of the agreements made at the August 5, 2010 status conference regarding Dr. James Austin. The Court will issue additional orders as appropriate related to this issue at the Status Conference referenced in the Court's August 6, 2010 Minute Order (Docket No. 219);

[3. In the alternative, the Court sets the following briefing schedule on the discovery stipulation. Defendants are granted an extension to respond to discovery stipulation until _____, 2010.

Defendants shall provide their portions of the discovery stipulation to Plaintiffs on this date. The parties may each submit a supplemental memorandum by_____, 2010 and the Motion shall be set for hearing with this Court on _____, 2010.]

Dated: _____    _____

                                                Honorable Dean D. Pregerson
                                                United States District Judge

RUTHERFORD\Pleadings\EPA Order to stay discovery