MARK D. ROSENBAUM (SBN 59940)
mrosenbaum@aclu-sc.org
PETER ELIASBERG (SBN 189110)
peliasberg@aclu-sc.org
ACLU Foundation of Southern California
1313 W. 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-9500
Facsimile: (213) 977-5297

MARGARET WINTER*
mwinter@npp-aclu.org
ERIC G. BALABAN*
ebalaban@nnp-aclu.org
National Prison Project of the ACLU
915 15th Street NW, 7th Floor
Washington, D.C. 20005
Telephone: (202) 393-4930
Facsimile: (202) 393-4931
*Not admitted in D.C.; practice limited to federal courts

Attorneys for Plaintiffs
DENNIS RUTHERFORD, ET AL.
(continued on next page)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DENNIS RUTHERFORD, et al. | Case No. CV 75-04111 DDP |
| Plaintiffs, | [PROPOSED] ORDER DENYING DEFENDANTS' *EX PARTE* APPLICATION TO STAY DISCOVERY OR, IN THE ALTERNATIVE, FOR EXTENSION TO RESPOND TO JOINT DISCOVERY STIPULATION |
| v. | |
| LEROY BACA, as Sheriff of the County of Los Angeles, MICHAEL D. ANTONOVICH, DON KNABE, GLORIA MOLINA, ZEV YAROSLAVSKY, as Supervisors of the County of Los Angeles, et al. | |
| Defendants. | Judge: Hon. Dean D. Pregerson |

A/73465895.1

MELINDA BIRD (SBN 102236)
melinda.bird@disabilityrightsca.org
Disability Rights California
3580 Wilshire Blvd., Suite 902
Los Angeles, California 90010
Telephone: (213) 355-3605
Facsimile: (213) 427-8767

Bingham McCutchen LLP
STEPHEN D. ALEXANDER (SBN 141099)
stephen.alexander@bingham.com
JENNIFER B. MIKOLEVINE (SBN 236745)
jennifer.mikolevine@bingham.com
355 South Grand Avenue, Suite 4400
Los Angeles, California 90071-1560
Telephone: (213) 680-6400
Facsimile: (213) 680-6499

Bingham McCutchen LLP
STACY W. HARRISON (SBN 175028)
stacy.harrison@bingham.com
1620 26th Street
4th Floor, Main Tower
Santa Monica, California 90404
Telephone: (310) 907-1000
Facsimile: (310) 907-2000

A/73465895.1                                   ii

[Proposed] Order Denying Defendants' *Ex Parte* Application To Stay Discovery Or, In The Alternative, For Extension To Respond To Joint Discovery Stipulation

After full consideration of the evidence, the separate memoranda submitted, and the argument of counsel, IT IS HEREBY ORDERED THAT:

1. Defendants' August 12, 2010 *Ex Parte* Application To Stay Discovery Or, In the Alternative, For Extension To Respond To Joint Discovery Stipulation (Docket No. 220) is hereby DENIED.

2. Defendants are granted an extension to submit their portions of the Joint Stipulation to Plaintiffs fourteen (14) calendar days after the issuance of this Order. Defendants shall provide Plaintiffs their portions of the Joint Stipulation by _____, 2010.

## ORDER

IT IS SO ORDERED.

DATED: _____, 2010

_____
Honorable Dean D. Pregerson
United States District Court Judge
Central District of California

Submitted by:

BINGHAM MCCUTCHEN LLP

_____
Jennifer B. MikoLevine
Attorneys for Plaintiffs
Dennis Rutherford, et al.

A/73465895.1

1

[Proposed] Order Denying Defendants' *Ex Parte* Application To Stay Discovery Or, In The Alternative, For Extension To Respond To Joint Discovery Stipulation