UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 75-04111 DDP | Date | August 18, 2010 |
| Title | DENNIS RUTHERFORD -V- LEROY BACA | | |

Present: The Honorable    DEAN D. PREGERSON, U.S. DISTRICT JUDGE

| John A. Chambers | None Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

Proceedings:    MINUTE ORDER (IN CHAMBERS)

    Defendants have applied ex parte for a stay of discovery pending completion of the compromise agreement regarding Dr. Austin that the parties negotiated at the August 5, 2010 status conference, or in the alternative, for an extension of time to respond to Plaintiffs' discovery stipulation. (Dkt. No. 220.) Because neither party raised the need for a stay of discovery (or any other issues related to ongoing discovery) at the August 5 status conference, the Court is not persuaded that a stay is necessary to effectuate the parties' compromise agreement. Because of the length and complexity of Plaintiffs' discovery stipulation, however, the Court concludes that an extension of the time to respond is warranted. Accordingly, Defendants shall have six (6) weeks from the date of this Order to to file a response to Plaintiffs' discovery stipulation.

| | : | N / A |
|---|---|---|
| | Initials of Preparer | JAC |