MARK D. ROSENBAUM, SBN 59940
mrosenbaum@aclu-sc.org
PETER ELIASBERG, SBN 189110
peliasberg@aclu-sc.org
ACLU Foundation of Southern California
1313 W. 8th Street
Los Angeles, California 90017
Telephone: (213) 977-9500
Facsimile: (213) 977-5297

MARGARET WINTER*
mwinter@npp-aclu.org
ERIC G. BALABAN*
ebalaban@npp-aclu.org
National Prison Project of the ACLU
915 15th Street NW, 7th Floor
Washington, D.C. 20005
Telephone: (202) 393-4930
Facsimile: (202) 393-4931
*Not admitted in D.C.; practice limited to federal courts

Attorneys for Plaintiffs
(continued on next page)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS RUTHERFORD, et al, <br><br> Plaintiffs, <br><br> v. <br><br> LEROY BACA, et al., <br><br> Defendants. | Case No. Civ. 75-04111-DDP <br><br> NOTICE OF SUBMISSION OF PROPOSAL BY DR. JAMES AUSTIN |

1  MELINDA BIRD, SBN 102236
   melinda.bird@disabilityrightsca.org
2  Disability Rights California
   3580 Wilshire Blvd., Suite 902
3  Los Angeles, California 90010
   Telephone:  (213) 355-3605
4  Facsimile:  (213) 427-8767

5

   Bingham McCutchen LLP
6  STEPHEN D. ALEXANDER (SBN 141099)
   stephen.alexander@bingham.com
7  JENNIFER B. MIKOLEVINE (SBN 236745)
   jennifer.mikolevine@bingham.com
8  355 South Grand Avenue, Suite 4400
   Los Angeles, California  90071-1560
9  Telephone:  (213) 680-6400
   Facsimile:  (213) 680-6499
10
   Bingham McCutchen LLP
11 STACY W. HARRISON, SBN 175028
   stacy.harrison@bingham.com
12 1620 26th Street
   4th Floor, Main Tower
13 Santa Monica, California 90404
   Telephone: (310) 907-1000
14 Facsimile: (310) 907-2000

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  Plaintiffs hereby attach as Exhibit A the Proposal of Dr. James Austin for a "Current Assessment and Projections of the Los Angeles Sheriff's Department Jail Population," which the parties discussed at the last status conference on August 5, 2010.

Plaintiffs are also attaching two documents that relate to Dr. Austin's proposal in that they discuss the work of Dr. Austin and one of Plaintiffs' counsel, Margaret Winter, with the Mississippi Department of Corrections to help reduce the prison population as part of the class action lawsuit, *Presley v. Epps*, CV 05-148 JAD (N.D. Miss). See Exhibit B (John Buntin, Mississippi's Prison Reform, <u>Governing</u>, August 2010, available online at http://www.governing.com/topics/public-justice-safety/courts-corrections/mississippi-correction-reform.html); and pages 20:8 - 24:9, and 35:18 - 37:6, of Exhibit C (Transcript of Fairness Hearing, *Presley v. Epps*, August 2, 2010).

                                                      Respectfully Submitted,

                                                      ACLU Foundation of
                                                           Southern California

                                                      ACLU National Prison Project

                                                     Disability Rights California

                                                     Bingham McCutchen, LLP

                                                      s/ Peter J. Eliasberg
                                                     Peter J. Eliasberg
                                                     Attorney for Plaintiffs