# EXHIBIT A

# Current Assessment and Projections of the Los Angeles Sheriff's Department Jail Population

**A Proposal Submitted By**

**James Austin, Ph.D.**

**The JFA Institute**

| | | |
|---|---|---|
| **California** | **Washington, DC** | **Colorado** |
| **2540 Cayman Road** | **5 Walter Houp Court, NE** | **720 Kearney** |
| **Malibu, CA 90265** | **Washington, DC 20002** | **Denver, CO 80220** |
| **310.867.0569** | **310.867.0569** | **303.377.1556** |

**Introduction**

This proposal is submitted to the Los Angeles Sheriff's Department (LASD) in response to an agreement reached between the LASD and the ACLU during the last status meeting convened by Judge Dean D. Pregerson in *Rutherford v. Block, 75-cv-04111-DDP*.

At that meeting, it was agreed that Dr. James Austin, who has been retained by the ACLU, would submit a proposal to conduct a study of the LASD jail population for the purpose of determining the extent to which the population could be reduced and thus possibly alleviate crowding at the LASD's Men's Central Jail, which is the subject of the on-going *Rutherford* case. The assessment would focus on assessing the relative risk of this population using pre-trial and sentenced risk assessment systems that are being used in large urban jail systems.

Based on that assessment, two key products or reports would be presented. First a ten-year population projection would be made to show the future size of the LASD jail population based on current demographic, crime, arrest and criminal justice trends. This projection would be disaggregated by gender, legal status and classification level. The projection report can be used by the LASD to guide its strategic plan, which includes the desire of the LASD to eventually replace the current Men's Central Jail with a more modern and efficient facility.

The second product would be a limited number of recommendations that could be applied by either the LASD or the Los Angeles County Municipal and Superior Criminal Courts to reduce the overall jail population and perhaps the Men's Central Jail and/or overall jail population. Simulations of the proposed recommendations would be made to illustrate how much the ten-year jail population projection would be reduced if a recommendation were as adopted. The recommendations would be policies or procedures the LASD or County could readily implement. The study would be completed within 90 days with a written report submitted to all parties.

In order to prepare the proposal and to complete the study a meeting was held on August 18, 2010 with the LASD to review the existing automated information system and manual files. That results of the meeting, which was arranged by Commander Stephen Johnson, were very positive and indicated that the data required to do the study available and can be produced by the LASD within 30 days.

What follows is a brief description of the proposed study, tasks, timelines and final product.

**Study Approach**

Jail populations are the result of two basic factors – admissions and length of stay (LOS). But the factors that determine admissions (or bookings) and their period of confinement are especially complex for a local jail. Jail admissions are influenced to a lesser degree by

population growth and crime rates. More directly police arrests have the most direct impact as most people who are admitted to a jail system have been recently arrested by law enforcement. Thereafter decisions made by the courts to set bails, grant pretrial release, and the disposition of the pending criminal charges drive the LOS.

But there are other ways that people enter and remain in jail. Probation and parole violators enter the jail in significant numbers and will remain in custody until their violations are disposed of by the courts or the probation and parole departments.

Finally, jails are used to sentence offenders to relatively short periods of imprisonment (as compared to state prison). Many of these people have been incarcerated as a pretrial defendant and have finally had their charges disposed of by the courts. Such dispositions often provide credit for time served in pretrial status

In order to determine what direction the LASD jail population is headed, a population projection needs to be completed that is based on the attributes of people being admitted and released from custody under current demographic, crime, arrest, and criminal justice policies. This so called "base projection" will indicate the future size of the jail population disaggregated by gender, legal status and classification level.

Once that projection is made, which is essentially mimicking current policies, alternative policies or procedures can be tested to see what impact they would have on the current and future size of the jail population in general and at the Men's Central Jail in particular. For the LASD, the study will attempt to identify people in custody who are low risk but remain in custody either as a pretrial detainee or a sentenced prisoner. The study will also identify any other populations that occupy substantial jail bed space (CDCR parole violators, probation violators awaiting revocation hearings, ICE detainees, etc.).

**Project Tasks**

In this section of the proposal, each major task is listed, how it will be completed, and a projected time frame for completion. These major tasks reflect the data to be collected and evaluated.

### Task 1: Collect and Analyze External Demographic, Reported Crime, Arrest and Court Data (Month 1).

This initial task will consist of accumulating existing reports on a number of external factors that are impacting jail admissions and releases such as at-risk demographic trends, crime rates, arrests, court processing, and jail population (admissions, releases, daily population) information. Aggregate level data represents information that exists in existing reports prepared by CJS agencies such as number of crimes reported, number of arrests, number of court filings, number of bookings and releases. Most of these reports are in the form of spreadsheets which can be used for further analysis and merged with

other data. The LASD has indicated that it can produce aggregate numbers on jail admissions, releases and the monthly jail population for the past 12 months.

**Task 2:   Receive and Analyzed last 12 months of Jail Admission and Release Data File (Months 1 and 2).**

The first key data file to be provided by the LASD would be the jail release file. This file will consist of all releases from the LASD custody housing facilities (excludes all admissions and releases from the numerous LASD substations). This data file is listed in the Appendix. It will be used to understand the number and types of people being admitted to and released form the jail system, their criminal charges/offenses, the basis for their admission to jail (pretrial, sentenced, probation violator, parole violator, etc.) their length of imprisonment, and methods by which they are released (OR, bail, pretrial supervision, completion of sentence, transfer to CDCR, etc.). As such it will provide a critical picture of the flow of nearly 200,000 persons who are incarcerated for some period of time within the LASD Custody Housing Facilities (excluded are the admissions and releases from the numerous sub-stations).

**Task 3:   Receive and Analyze the Current Jail Population Data File (Months 1 and 2).**

The second key data file would consist of a snapshot of the current jail population. This file will offer insights on what types of inmates are occupying most of the jail beds on any given day as well as their classification and custody, offense, prior record and special management attributes. This file will also allow one to assess the number and type of people being housed in the Men's Central Jail facility, which is the subject of the *Rutherford* case. The data elements for this data files are listed in the Appendix.

**Task 4:   Coordination with Vera Institute  (Months 1-3)**

The study recognizes that Vera Institute has been conducting a system-wide analysis of the CJS.  Part of their work has included interviews with the Superior and Municipal Courts, Alternate Public Defender's Office, LA District Attorney,  LA Police Department, LA Sheriff's Office, and LA County Probation Department. Vera is also conducting analysis of the criminal court process. It would also be prudent, if allowable by the LASD and the Chief Executive Office  (CEO), to interview Vera staff on any preliminary findings that have been presented to the CEO or the Criminal Justice Coordinating Committee (CJCC). Such coordination would ensure this study does not conflict with the larger Vera study.

**Task 5:   Develop Ten Year LASD Population Projection (Month 3)**

Once the data are received a variety of statistical analysis will be completed for purposes of better understanding the attributes of the LA Jail population and to compare these attributes with other large city/county jail systems.  The analysis will also identify

5

possible target populations that might be reduced in the jail population if they qualify for alternative programs and court policies.

### Task 6:   Develop policy options that would reduce the jail population and specifically at the Men's Central Jail (Months 2-3).

As a result of Tasks 1-5, a limited (nor more than 5) number of recommendations will be developed would help control the current and future size of the LASD jail population. This task will consist of identifying low risk prisoners now in custody who would be suitable cases for pretrial release or a sentence reduction. "Low risk" will be based on either the Northpointe classification system and/or risk criteria that have been used in other large urban jails.  The Northpointe organization was contacted by JFA and they indicated that their classification would be available to JFA and should be used to identify low risk inmates who are now in custody – either in pretrial or sentenced status.

These target populations will be identified using the snap-shop data file described earlier in the proposal. Depending on the size of the targeted low risk populations, random samples will be identified and individual case reviews will be completed. These case files will ensure the risk factors that indicated the person is low risk are accurate. The case reviews will also allow for one to better understand why the person is remaining in custody.

For each alternative identified and reviewed and estimate of the impact on the jail population and related costs will be made.  This will be done by developing small samples of each target population doing case studies on each case to see what factors are preventing the release of these inmates.

At the end of this phase of the study a full briefing will be made with the LASD, Plaintiffs' counsel and Judge Pregerson on each of these alternatives.  For each alternative reviewed the estimated impact on current jail population will be made. A written report will be issued one week after the briefing is made. For each recommendation made a detailed impact statement would be made that shows the impact on the current projection by gender, legal status and custody level.  Again, these would be policies that the LASD and/or the County could implement. Further, they are policies that are being used in other large urban jail systems.

It should also be emphasized that by going through the process of creating extract data files and conducting this analysis it will be possible for the LASD to repeat this type of analysis on a regular basis. Such an analytic capability would routinize this form of data analysis and serve to help the LASD in its strategic planning.

### Project Management

All of the work that will be completed for this study will be completed by the JFA Institute. This organization has worked together on numerous criminal justice studies and in particular numerous jail master plans and evaluations. The Director of the Project will be Dr. James Austin who is also the President of the JFA Institute.

## Appendix

### Requested Data Elements for the Extract Files

There are two data files that would be requested. The data would be extracted from the Sheriff's existing data systems. The lists shown below are the data elements that would be requested. The files would be formatted as excel spreadsheets from which statistical analysis would be done. This request has been reviewed by the LASD and it has indicated the data can be retrieved within 30 days.

**File #1 Current Jail Population:** The data file is also known as a "snapshot" file. This file is used to show the status, attributes and location of the County Jail Housing facility daily population that must be housed and managed on a specific day (about 17,000 inmates). The file can be created on any day.

1. Inmate ID Number[1]
2. DOB
3. Gender
4. Race/Ethnicity
5. Booking/Admission Date and Time
6. Law Enforcement/Correctional Agency admitting inmate
7. Facility admitted to
8. Admission Type (pretrial, sentenced, CDCR parolee)
9. Current Legal Status (pretrial release, probation violator, CDCR parolee)
10. Current Primary Charge/Offense and bail amount
11. If multiple offenses or charges list up to 5 other charges or offenses and associated bail amounts (to be reviewed by LASD if possible)
12. Current Custody level and associated factors (Northpointe) –TO BE CREATED AS SEPARATE FILE WITH ID # TO MATCH WITH FILE 1.
13. Current Facility location
14. Current housing unit and cell location
15. Current Special management flags (e.g., PC, Gang, Three-striker, Juvenile, Mental Health, etc.)
16. Warrants at booking
17. If sentenced to jail, sentence length
18. Total Charges Count
19. US Citizenship (Y/N)
20. Address at Booking

---

[1] Dr. Austin and the LASD representative agreed that LASD would not provide the inmate's name with either of the two data files.

**File #2 Jail Releases**:  Last 12 months of all inmates released from the County Jail Housing Facility System (approximately 200,000 releases). This file is used to show the flow of persons through the jail system. From this I can calculate how long people are staying and for what reasons. The data elements for each releasee would be as follows:

1.  Inmate ID Number
2.  DOB
3. Gender
4. Race/Ethnicity
5. Admission Date and Time
6. Law Enforcement/Correctional Agency admitting inmate
7. Facility admitted to
8. Admission Type (pretrial, sentenced, probation violator, CDCR parole violator)
9. Legal Status at admission (pretrial release, probation violator, CDCR parole violator)
10. Primary Charge/Offense and bail amount at admission
11. If multiple offenses or charges list up to 5 other charges or offenses and associated bail amounts  (To be reviewed by LASD if possible)
12. Custody level and classification factors at admission (Northpointe) - TO BE CREATED AS SEPARATE FILE WITH ID # TO MATCH WITH FILE 2.
13. Outstanding warrant(s) at booking
14.  Release date and time
15.  Type of release (bail, OR, transfer to CDCR, sentenced)
16. If sentenced to jail, sentence length
17. Custody level and factors at release (for short termers, this is same as item 13)
18.  Early Release (Y/N)
19.  Primary Charge/Offense at release
20. If multiple offenses or charges list up to 5 other charges or offenses at release
21. Total Count of charges
22. US Citizenship (Y/N)
23. Address at Booking

**Aggregate Data**
1.  Last 12 month of bookings by type of admission
2.  Last 12 months of releases by type of release
3.  Last 12 months of the jail population.