MARK D. ROSENBAUM, SBN 59940
mrosenbaum@aclu-sc.org
PETER ELIASBERG, SBN 189110
peliasberg@aclu-sc.org
ACLU Foundation of Southern California
1313 W. 8th Street
Los Angeles, California 90017
Telephone: (213) 977-9500
Facsimile: (213) 977-5297

MARGARET WINTER*
mwinter@npp-aclu.org
ERIC G. BALABAN*
ebalaban@npp-aclu.org
National Prison Project of the ACLU
915 15th Street NW, 7th Floor
Washington, D.C. 20005
Telephone: (202) 393-4930
Facsimile: (202) 393-4931
*Not admitted in D.C.; practice limited to federal courts

Attorneys for Plaintiffs
(continued on next page)

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DENNIS RUTHERFORD, et al, <br><br> Plaintiffs, <br><br> v. <br><br> LEROY BACA, et al., <br><br> Defendants. <br> _____ | Case No. Civ. 75-04111-DDP <br><br> **PLAINTIFFS' NOTICE OF FILING OF REPORT CONCERNING LOS ANGELES COUNTY JAILS; CITED DECLARATIONS** |

1 | MELINDA BIRD, SBN 102236
melinda.bird@disabilityrightsca.org
2 | Disability Rights California
3580 Wilshire Blvd., Suite 902
3 | Los Angeles, California 90010
Telephone: (213) 355-3605
4 | Facsimile: (213) 427-8767

5 | Bingham McCutchen LLP
STEPHEN D. ALEXANDER (SBN 141099)
6 | stephen.alexander@bingham.com
JENNIFER B. MIKOLEVINE (SBN 236745)
7 | jennifer.mikolevine@bingham.com
355 South Grand Avenue, Suite 4400
8 | Los Angeles, California  90071-1560
Telephone: (213) 680-6400
9 | Facsimile: (213) 680-6499

10 | Bingham McCutchen LLP
STACY W. HARRISON, SBN 175028
11 | stacy.harrison@bingham.com
1620 26th Street
12 | 4th Floor, Main Tower
Santa Monica, California 90404
13 | Telephone: (310) 907-1000
Facsimile: (310) 907-2000

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Plaintiffs hereby give notice of their filing of the ACLU's Interim Report on Conditions in the Los Angeles County Jails, and the declarations cited in that Report, all of which are attached hereto.

September 9, 2010                    Respectfully Submitted,

ACLU Foundation of Southern California

ACLU National Prison Project

Disability Rights California

Bingham McCutcheon, LLP


By: s/ Peter Eliasberg

Peter Eliasberg
ACLU Foundation of Southern California
Attorney for Plaintiffs

# TABLE OF CONTENTS

| TAB | | | PAGE |
|---|---|---|---|
| 1. | 2010 Interim Report on Conditions Inside Los Angeles County Jail | | 1 |
| 2. | Prisoner Declarations with Index | | 19 |
| 3. | Declaration of Mary Tiedeman | | 162 |
| 4. | Reports and Excerpts | | |
| | A. | Excerpts of 29th Semi-Annual Report by Special Counsel Merrick J. Bobb and staff of the Police Assessment Resource Center (PARC), July 2010 | 177 |
| | B. | Excerpts of Office of Investigative Review, Eighth Annual Report, June 2010 | 191 |
| | C. | Office of Investigative Review Report "Deputy Vigilance in the Jails," July 19, 2010 | 198 |
| | D. | Letter from Magi Work, Field Representative, Facilities Standards and Operations Division, California Department of Corrections and Rehabilitation, Corrections Standards Authority, to Sheriff Leroy D. Baca (September 25, 2009) | 205 |