# DECLARATIONS CITED IN  REPORT

## DECLARATION INDEX

| Prisoner # | Name | Report citations page(s) | page |
|---|---|---|---|
| Prisoner 1 | Jimmie Knott | 3, 4, 9 | 21 |
| Prisoner 2 | Rashaad Pilgrim | 3, 4, 5, 7 | 28 |
| Prisoner 3 | Luis Bueno | 3, 4, 5 | 35 |
| Prisoner 4 | Joseph Hager | 3, 4, 5 | 39 |
| Prisoner 5 | Robert Dragusica* | 7, 9, 10 | 47 |
| Prisoner 5a | Robert Dragusica* | 9, 10, 11 | 56 |
| *Note: This prisoner provided two declarations over the course of the summer. | | | |
| Prisoner 6 | Cesar Ulloa | 6 | 67 |
| Prisoner 7 | Ruben Beltran | 9 | 73 |
| Prisoner 8 | Mario Love | 4, 9, 11 | 80 |
| Prisoner 9 | Jonny Johnson | 3, 16 | 84 |
| Prisoner 10 | Rolando Calvo | 4 | 90 |
| Prisoner 11 | Antonio Candelario | 3, 4, 9 | 97 |
| Prisoner 12 | Timothy Gaines | 9 | 106 |
| Prisoner 13 | Matthew Gjersvold | 3 | 110 |
| Prisoner 14 | Drequinn Johnson | 5 | 119 |
| Prisoner 15 | Walter Morales | 3, 4, 9 | 127 |
| Prisoner 16 | Gary Sanchez | 6, 7, 16 | 134 |
| Prisoner 17 | Santiago Sanchez | 3 | 139 |
| Prisoner 18 | Donald Shorts | 6, 7 | 142 |
| Prisoner 19 | Rafael Solorzano | 4 | 149 |
| Prisoner 20 | Charles Pembroke | 7 | 154 |
| Prisoner 21 | Alex Krehbiel | 3 | 158 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# DECLARATION OF PRISONER #1
# JIMMIE KNOTT

Page 20

# DECLARATION OF JIMMIE KNOTT

I, Jimmie Knott, hereby declare:

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2. I have been an inmate in Men's Central Jail since the beginning of May 2010.

3. On Thursday morning, June 10, 2010, I was housed in Men's Central Jail, module 2600, C-2. That morning, the deputies took us out of our module, and lined us up in the hallway just outside the module. They had us lined up because we were going to get our hepatitis shots. They were supposed to give us our second round of shots. They had all of us facing the wall in the hallway. They took four of us at a time off the wall to bring us to the mess hall, because that's where the doctors and nurses were giving shots. There were 30 to 40 people lined up against the wall, facing the wall. There were people behind me and in front of me in the line.

4. I was almost to the front of the line to get called in to get my shot. That's when a senior walked by and told me to tuck my shirt in. I was wearing normal cell clothes, and the back of my shirt wasn't tucked in. The senior's kind of a heavyset Hispanic guy. He's bald. His name is Sanchez. I only found out his name later, from a trustie who knew him. And I saw Senior Sanchez last week when I was in the hole, which is where they send you for discipline. A senior works for the sheriff. He has two stripes on his uniform and ranks higher than a deputy but lower than a sergeant.

5. I did tuck my shirt in, and asked if I could get some shoes, because mine have a split in them. Sanchez told me, "Get out of line, jackass." And he told me to strip down. While I was stripping down, all the deputies in the hallways got up off the bench. It seemed like there were about seven of them: white guys and a couple of Hispanics.

6. When I had stripped down to my boxers, the senior told me to get on my knees and cross my ankles. And before I could get down he socked me in the right temple. He hit me with a closed fist, hard enough to make me bleed. I was on my way down to my knees; I was almost at my knees when he hit me. The blow tipped me over, but I stood back up as reflex, catching my balance. Just after he hit me, I thought to myself: "Why did you hit me like this?" Then a deputy

1
DECLARATION OF JIMMIE KNOTT

who had come over to my left side hit me with a closed fist on my left temple. When he hit me, he said, "You're going to look at my senior like that?" That was a white guy with a bald head, a big guy.

7.  The hit to my left temple was followed up by numerous blows from different people. I went to the ground. The deputies were  kicking me and kneeing me. They were kneeing me in my ribs, in my back, in my temple. There were lots of blows at the same time. They were stepping on my arms, but my hands were free, and I was trying to cover my face and head with my hands to protect myself.  It felt like one guy was trying to break through my hands to get to my face. All I can say about how hard they were is that they hurt real bad. I had a headache, and my knee was hurting. Later on, after I calmed down, everything else started hurting – my back, my ribs.

8.  Two of them kept telling me to put my hands behind my back, but I couldn't because they were stepping on my arm. They were just cussing and stuff, and telling me to put my hands behind my back, but they wouldn't let me. I was never resisting.

9.  I don't know exactly who joined in, because I was curled up in a fetal position. It's natural to cover up. I was trying to protect myself, that's why I was in the fetal position. But when I looked up when it was over, I saw no less than five deputies. They were all either Hispanic or white. I think the beating did not last too long, maybe two or three minutes.  But, they hit me a lot of times in those two or three minutes. After they'd kneed me, I heard one of them say, "Enough, enough." Most had stopped by then, except for one or two. And they stopped too when one of them said "enough, enough."

10. The senior pointed to two deputies and told them to take me to medical, because I was out of it. They were snapping in my face, saying, "You okay?" Because I was dizzy. The deputies who walked me to medical told me to say I fell down the stairs. They told me that if I'd have listened I wouldn't be here. I said that I just asked for shoes. One of them said that I was supposed to get a shot, not shoes. I said I did listen. I did everything he told me to do. I tucked in my shirt. I stripped down. I was getting to my knees. The deputies who walked me to medical were both Hispanic. One wasn't that big, but you could tell he worked out. The other was slimmer. One was Deputy Sanchez. The other was Deputy Quintana or Quitana. There is a Senior Sanchez and a

Deputy Sanchez – they are different people. I know because they stood by me the whole time when I was in medical, and they had name badges on their shirts.

11. I was in medical for between an hour and a half and two hours. When the nurse asked me what happened, I said I fell down the stairs. I lied because they told me they were going to really beat my ass if I said something else. I was scared. I had bruises on my back. I had bruising on my temple, and on my wrists. Another nurse gave me some pain medication. It was a black lady. I told them I was hurting. They took some x-rays but said nothing was broken.

12. Now I'm in discipline for fighting with the deputies, and I didn't even fight with the deputies. I just asked for some shoes. I went right from medical to discipline.

13. It's not the pain that's making me cry. It's something else. I guess it's just them doing what they want to do to me, and I can't do nothing about it. They just beat me, while I was covered up in a fetal position. I was really scared for my life. I didn't know that was going to happen if I asked for shoes.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed this 25 day of June, 2010 in Los Angeles, California.

_____/s/_____

**JIMMIE KNOTT**

# DECLARATION OF JIMMIE KNOTT

I, Jimmie Knott, hereby declare:

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2. I have been an inmate in Men's Central Jail since the beginning of May 2010.

3. On Thursday morning, June 10, 2010, I was housed in Men's Central Jail, module 2600, C-2. That morning, the deputies took us out of our module, and lined us up in the hallway just outside the module. They had us lined up because we were going to get our hepatitis shots. They were supposed to give us our second round of shots. They had all of us facing the wall in the hallway. They took four of us at a time off the wall to bring us to the mess hall, because that's where the doctors and nurses were giving shots. There were 30 to 40 people lined up against the wall, facing the wall. There were people behind me and in front of me in the line.

4. I was almost to the front of the line to get called in to get my shot. That's when a senior walked by and told me to tuck my shirt in. I was wearing normal cell clothes, and the back of my shirt wasn't tucked in. The senior's kind of a heavyset Hispanic guy. He's bald. His name is Sanchez. I only found out his name later, from a trustie who knew him. And I saw Senior Sanchez ~~today~~ last week JK when I was in the hole, which is where they send you for discipline. A senior works for the sheriff. He has two stripes on his uniform and ranks higher than a deputy but lower than a sergeant.

5. I did tuck my shirt in, and asked if I could get some shoes, because mine have a split in them. Sanchez told me, "Get out of line, jackass." And he told me to strip down. While I was stripping down, all the deputies in the hallways got up off the bench. It seemed like there were about seven of them: white guys and a couple of Hispanics.

6. When I had stripped down to my boxers, the senior told me to get on my knees and cross my ankles. And before I could get down he socked me in the right temple. He hit me with a closed fist, hard enough to make me bleed. I was on my way down to my knees; I was almost at my knees when he hit me. The blow tipped me over, but I stood back up as reflex, catching my balance. Just after he hit me, I ~~blurted out what I was thinking~~ thought in myself: "Why did you hit me like this?"



Then a deputy who had come over to my left side hit me with a closed fist on my left temple. When he hit me, he said, "You're going to look at my senior like that?" That was a white guy with a bald head, a big guy.

7.  The hit to my left temple was followed up by numerous blows from different people. I went to the ground. The deputies were  kicking me and kneeing me. They were kneeing me in my ribs, in my back, in my temple. There were lots of blows at the same time. They were stepping on my arms, but my hands were free, and I was trying to cover my face and head with my hands to protect myself.  It felt like one guy was trying to break through my hands to get to my face. All I can say about how hard they were is that they hurt real bad. I had a headache, and my knee was hurting. Later on, after I calmed down, everything else started hurting – my back, my ribs.

8.  Two of them kept telling me to put my hands behind my back, but I couldn't because they were stepping on my arm. They were just cussing and stuff, and telling me to put my hands behind my back, but they wouldn't let me. I was never resisting.

9.  I don't know exactly who joined in, because I was curled up in a fetal position. It's natural to cover up. I was trying to protect myself, that's why I was in the fetal position. But when I looked up when it was over, I saw no less than five deputies. They were all either Hispanic or white.

I think the beating did not last too long, maybe two or three minutes.  But, they hit me a lot of times in those two or three minutes. After they'd kneed me, I heard one of them say, "Enough, enough." Most had stopped by then, except for one or two. And they stopped too when one of them said "enough, enough."

10. The senior pointed to two deputies and told them to take me to medical, because I was out of it. They were snapping in my face, saying, "You okay?" Because I was dizzy. The deputies who walked me to medical told me to say I fell down the stairs. They told me that if I'd have listened I wouldn't be here. I said that I just asked for shoes. One of them said that I was supposed to get a shot, not shoes. I said I did listen. I did everything he told me to do. I tucked in my shirt. I stripped down. I was getting to my knees. The deputies who walked me to medical were both Hispanic. One wasn't that big, but you could tell he worked out. The other was slimmer. One was Deputy Sanchez. The other was Deputy Quintana or Quitana. There is a Senior Sanchez and a



Deputy Sanchez – they are different people. I know who the deputies were because they stood by me the whole time when I was in medical, and they had name badges on their shirts.

11. I was in medical for between an hour and a half and two hours. When the nurse asked me what happened, I said I fell down the stairs. I lied because they told me they were going to really beat my ass if I said something else. I was scared. I had bruises on my back. I had bruising on my temple, and on my wrists. Another nurse gave me some pain medication. It was a black lady. I told them I was hurting. They took some x-rays but said nothing was broken.

12. Now I'm in discipline for fighting with the deputies, and I didn't even fight with the deputies. I just asked for some shoes. I went right from medical to discipline.

13. It's not the pain that's making me cry. It's something else. I guess it's just them doing what they want to do to me, and I can't do nothing about it. They just beat me, while I was covered up in a fetal position. I was really scared for my life. I didn't know that was going to happen if I asked for shoes.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed this 25 day of June, 2010 in Los Angeles, California.

*Jimmie Knott*

**JIMMIE KNOTT**

3
DECLARATION OF JIMMIE KNOTT

# DECLARATION OF PRISONER #2
# RASHAAD PILGRIM

# DECLARATION OF RASHAAD PILGRIM

I, RASHAAD PILGRIM, hereby declare:

1.      I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.      I have been an inmate in the Los Angeles County Jail for 15 months.

3.      On Monday, July 19, 2010, I was housed in Men's Central Jail Module 3200 Row B Cell 6, where I had lived for approximately two months. At about 6:30 a.m. of that day, the deputies of the row opened the cell doors of our cells and told the inmates to line up for pill call. Pill call occurs daily at about the same time and inmates receive their medication during pill call. I lined up with about ten other inmates of my row in the hallway of our row for pill call.

4.      The deputies of the row then told the inmates to face the wall. I did not know the deputies' names at that time; all the deputies look the same to me. The other inmates and I faced the wall of our row. Then a deputy came up from behind me and interlaced my fingers behind my back. The deputy said, "What's your fucking problem?" I did not know what he was referring to because I was just facing the wall, just like the other inmates. I don't know why I was singled out. I replied, "I don't have a problem." The deputy behind me said, "Don't respond!" or something like that. Then the deputy punched me in the right side on my face with a closed fist.

5.      I turned my head a little to the right to see the deputy's name tag on his uniform. The name tag said, "Reza." I don't know if I've seen Deputy Reza before because all the deputies look the same to me. Deputy Reza saw me looking at his name tag and punched me in the right side of my face with a closed fist again. Then another deputy said, "What's your fucking problem?" I did not reply. The deputy punched me in the shoulder. Deputy Reza and the other deputy then left me alone and went to the head of the pill call line.

6.      I stayed in the pill call line, got my pills, and, as I was returning to my cell, I saw the name tag of the other deputy, the one who punched me in the shoulder. His name tag said, "Milpad." I returned to my cell and the other inmates of the row said they saw what happened and that I should call my mother to tell her what happened. Some of the inmates of the row began to shout out their names and booking numbers and said they saw the deputies beat me and would testify against the deputies. I remember some

of their names were Desmond Little, Jamal Smith, and Milton Clank. I called my mother and told her what happened. I was also worried that Deputy Reza and Deputy Milpad heard the other inmates telling me to call my mother and report the incident.

7.     A couple minutes later, Deputy Reza and Deputy Milpad opened the cell doors of the row and told the inmates to line up in front of the laundry room in order to go to the day room, where we usually have our recreation time. About 20 other inmates and I lined up outside of the laundry room in the hallway of the row. The two deputies told us to strip to our boxers and shake out our clothes, so that any contraband would fall out. The other inmates and I did that and then we put our clothes back on. The deputies then told everyone to go down to the day room for recreation. Deputy Milpad then told me to stay behind and face the wall.

8.     The other inmates left the row and I stayed in the hallway of the row and faced the wall. Deputy Milpad asked me what was in my pockets. I had my socks rolled up in my pockets so I took them out (they didn't fall out when I shook out my clothes during the search) and dropped them to the floor. One the deputies (I do not know which one because I was facing the wall) spread my legs open from behind, like he was going to search me. Then, the deputies began to punch me in the face and head. I lost count of how many punches there were because there were so many. I lost consciousness and when I woke up I was on the floor. The deputies were still punching me. I tried to cover my face with my fingers to protect myself, but then one of the deputies pulled my fingers and bent them, like he was trying to break my fingers off.

9.     I screamed for help the entire time and the deputies said, "Stop fighting." I was not fighting. I screamed, "Why?" because I did not know why they were doing this to me and how to make it stop. They kept on punching me in the face and then one of them shoved my head face-first into the concrete floor, chipping my teeth.

10.     When I looked up again, I saw about 20 other deputies surrounding me. They took me to the medical clinic at Men's Central Jail. And then the paramedics arrived and took me to Los Angeles County + University of Southern California medical hospital.

11.     I was at the hospital from approximately 11 a.m. on Monday, July 19, 2010 to about 2 a.m. on Tuesday, July 20th, 2010. While in the hospital, I had a CAT scan and surgery to remove

hemoglobin in my ear. The doctors told me I had fractures in my face, blunt head trauma, problems with my right ear, and a chipped tooth.

12.     I told the doctors the deputies had beat me and I was afraid to go back to jail. When I got back to jail on Tuesday, July 20, 2010, I was housed in the medical ward at Men's Central Jail, in module 7000.

13.     I have never filed a complaint before and never been put in disciplinary for any reason. I don't know why the deputies targeted me and I am afraid they will try to kill me.

14.     On Saturday, July 24, the deputies told me I was on disciplinary and I lost privileges like recreation, phones, visits and commissary for 29 days for fighting with the deputies. I told the review board the deputies beat me up and I did not fight them but a senior deputy said the deputies would not beat me up for no reason. The senior deputy gave me a paper that said I am on Loss of Privileges" (LOP).

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed July 26, 2010 in Los Angeles, California.

_____

**RASHAAD PILGRIM**

DECLARATION OF RASHAAD PILGRIM

# DECLARATION OF RASHAAD PILGRIM

I, RASHAAD PILGRIM, hereby declare:

1.      I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.      I have been an inmate in the Los Angeles County Jail for 15 months.

3.      On Monday, July 19, 2010, I was housed in Men's Central Jail Module ~~2300~~ Row B Cell 6, where I had lived for approximately two months. At about 6:30 a.m. of that day, the deputies of the row opened the cell doors of our cells and told the inmates to line up for pill call. Pill call occurs daily at about the same time and inmates receive their medication during pill call. I lined up with about ten other inmates of my row in the hallway of our row for pill call.

4.      The deputies of the row then told the inmates to face the wall. I did not know the deputies' names at that time; all the deputies look the same to me. The other inmates and I faced the wall of our row. Then a deputy came up from behind me and interlaced my fingers behind my back. The deputy said, "What's your fucking problem?" I did not know what he was referring to because I was just facing the wall, just like the other inmates. I don't know why I was singled out. I replied, "I don't have a problem." The deputy behind me said, "Don't respond!" or something like that. Then the deputy punched me in the right side on my face with a closed fist.

5.      I turned my head a little to the right to see the deputy's name tag on his uniform. The name tag said, "Reza." I don't know if I've seen Deputy Reza before because all the deputies look the same to me. Deputy Reza saw me looking at his name tag and punched me in the right side of my face with a closed fist again. Then another deputy said, "What's your fucking problem?" I did not reply. The deputy punched me in the shoulder. Deputy Reza and the other deputy then left me alone and went to the head of the pill call line.

6.      I stayed in the pill call line, got my pills, and, as I was returning to my cell, I saw the name tag of the other deputy, the one who punched me in the shoulder. His name tag said, "Milpad." I returned to my cell and the other inmates of the row said they saw what happened and that I should call my mother to tell her what happened. Some of the inmates of the row began to shout out their names and booking numbers and said they saw the deputies beat me and would testify against the deputies. I remember some

of their names were Desmond Little, Jamal Smith, and Milton Clank. I called my mother and told her what happened. I was also worried that Deputy Reza and Deputy Milpad heard the other inmates telling me to call my mother and report the incident.

7.      A couple minutes later, Deputy Reza and Deputy Milpad opened the cell doors of the row and told the inmates to line up in front of the laundry room in order to go to the day room, where we usually have our recreation time. About 20 other inmates and I lined up outside of the laundry room in the hallway of the row. The two deputies told us to strip to our boxers and shake out our clothes, so that any contraband would fall out. The other inmates and I did that and then we put our clothes back on. The deputies then told everyone to go down to the day room for recreation. Deputy Milpad then told me to stay behind and face the wall.

8.      The other inmates left the row and I stayed in the hallway of the row and faced the wall. Deputy Milpad asked me what was in my pockets. I had my socks rolled up in my pockets so I took them out (they didn't fall out when I shook out my clothes during the search) and dropped them to the floor. One the deputies (I do not know which one because I was facing the wall) spread my legs open from behind, like he was going to search me. Then, the deputies began to punch me in the face and head. I lost count of how many punches there were because there were so many. I lost consciousness and when I woke up I was on the floor. The deputies were still punching me. I tried to cover my face with my fingers to protect myself, but then one of the deputies pulled my fingers and bent them, like he was trying to break my fingers off.

9.      I screamed for help the entire time and the deputies said, "Stop fighting." I was not fighting. I screamed, "Why?" because I did not know why they were doing this to me and how to make it stop. They kept on punching me in the face and then one of them shoved my head face-first into the concrete floor, chipping my teeth.

10.      When I looked up again, I saw about 20 other deputies surrounding me. They took me to the medical clinic at Men's Central Jail. And then the paramedics arrived and took me to Los Angeles County + University of Southern California medical hospital.

11.      I was at the hospital from approximately 11 a.m. on Monday, July 19, 2010 to about 2 a.m. on Tuesday, July 20th, 2010. While in the hospital, I had a CAT scan and surgery to remove

hemoglobin in my ear. The doctors told me I had fractures in my face, blunt head trauma, problems with my right ear, and a chipped tooth.

12.     I told the doctors the deputies had beat me and I was afraid to go back to jail. When I got back to jail on Tuesday, July 20, 2010, I was housed in the medical ward at Men's Central Jail, in module 7000.

13.     I have never filed a complaint before and never been put in disciplinary for any reason. I don't know why the deputies targeted me and I am afraid they will try to kill me.

RP  14.  On Saturday, July 24, the deputies told me I was on disciplinary and I lost privileges like recreation, phones, visits, and commissary for 29 days for fighting with the deputies. I told the review board the deputies beat me up and I did not fight them but a senior deputy said the deputies would not beat me for no reason. The senior deputy gave me a paper that said I am on "Loss of Privileges" (LOP).

RP

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed July 26, 2010 in Los Angeles, California.

**RASHAAD PILGRIM**

3

DECLARATION OF RASHAAD PILGRIM

Page 33

# DECLARATION OF PRISONER #3
# LUIS BUENO

# DECLARATION OF LUIS BUENO

I, Luis Bueno, hereby declare:

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2. I have been an inmate in the Los Angeles County Jail System since February of 2010. I am currently being housed in Men's Central Jail.

3. On or about May 29, 2010, I was walking to the church in Men's Central Jail. Normally, inmates classified as level 8, as I am, walk to church in a line without handcuffs or other restraints. We are supposed to walk with our hands in our pockets; however, I was walking with my right hand at my side because my pants had no right pocket. One of the deputies saw my right hand hanging at my side and instructed me to put it in my pocket. When I informed him that I had no pocket, the deputy told me to put the hand in my waist band.

4. I put my right hand in my pants as I was instructed, but the deputy told me to "go home" anyway, indicating that I was to return to my cell and not go to church. I asked the deputy, "I can't go to church today?" to make sure that I was really supposed to return to my cell. He made it clear that I was to turn around and go back, so I left the line of about 20-25 inmates.

5. As I was walking away from the church, the same deputy grabbed me and pushed me up against the wall and asked me if I wanted to get "fucked up." About two more deputies (who I did not get a good look at because I was facing the wall) then walked over and stood next to the original deputy while he forced me to spread my legs and put my hands behind my back. The deputy who originally forced me against the wall then pulled out his mace and pointed it at my face. When I turned my head away, a deputy punched me in my neck. I turned around to defend myself, and the three deputies started violently punching me in the head and body.

6. One of the deputies yelled, "He's fighting," and about seven more deputies ran over to join in. I was quickly knocked to the floor and the group of ten deputies kicked and punched me in my head and body. I then heard one deputy yell "zap him, zap him," as if they were trying to use a taser on me, however, I was never shot with the Taser. After the beating was over and I was being taken away, I heard one deputy tell another deputy that the Taser didn't work, otherwise I believe I would have been

Tasered.

7.   That day I was taken to LCMC, and later that night I was transferred back to Men Central.  The next day, though, the doctor from LCMC had me transferred back to LCMC because a CAT scan they had previously taken showed that I had a swollen artery in my brain, and they wanted to take another scan.  After the scan, they sent me from LCMC to Twin Towers where I spent the next week.

8.   The deputies beat me so badly that they fractured my nose, tore a ligament in my ankle, caused an artery in my brain to swell, and possibly broke several of my ribs.  My ribs are still painful and I'm waiting for the swelling in my ankle to go down before the doctors can determine whether or not I need surgery.  I am also scared to go to church now for the fear that I will see the same deputies.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed this 14th day of July, 2010 in Los Angeles, California.

**Luis Bueno**

# DECLARATION OF LUIS BUENO

I, Luis Bueno, hereby declare:

1.   I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.   I have been an inmate in the Los Angeles County Jail System since February of 2010.   I am currently being housed in Men's Central Jail.

3.   On or about May 29, 2010, I was walking to the church in Men's Central Jail.   Normally, inmates classified as level 8, as I am, walk to church in a line without handcuffs or other restraints.   We are supposed to walk with our hands in our pockets; however, I was walking with my right hand at my side and my left hand in my waist band because my pants had no pockets in them.   One of the deputies saw my right hand hanging at my side and instructed me to put it in my pocket.   When I informed him that I had no pockets, the deputy told me to put the hand in my waist band.

4.   I put my right hand in my pants as I was instructed, but the deputy told me to "go home" anyway, indicating that I was to return to my cell and not go to church.   I asked the deputy, "I can't go to church today?" to make sure that I was really supposed to return to my cell.   He made it clear that I was to turn around and go back, so I left the line of about 20-25 inmates.

5.   As I was walking away from the church, the same deputy grabbed me and pushed me up against the wall and asked me if I wanted to get "fucked up."   About two more deputies (who I did not get a good look at because I was facing the wall) then walked over and stood next to the original deputy while he forced me to spread my legs and put my hands behind my back.   The deputy who originally forced me against the wall then pulled out his mace and pointed it at my face.   When I turned my head away, a deputy punched me in my neck.   I turned around to defend myself, and the three deputies started violently punching me in the head and body.

6.   One of the deputies yelled, "He's fighting," and about seven more deputies ran over to join in.   I was quickly knocked to the floor and the group of ten deputies kicked and punched me in my head and body.   I then heard one deputy yell "zap him, zap him," as if they were trying to use a taser on me, however, I was never shot with the Taser.   After the beating was over and I was being taken away, I heard one deputy tell another deputy that the Taser didn't work, otherwise I believe I would have been

Page 36

Tasered.

7.   That day I was taken to ~~O~~CMC, and later that night I was transferred back to Men Central.  The next day, though, the doctor from ~~O~~CMC had me transferred back to ~~O~~CMC because a CAT scan they had previously taken showed that I had a swollen artery in my brain, and they wanted to take another scan.  After the scan, they sent me from ~~O~~CMC to Twin Towers where I spent the next week.

8.   The deputies beat me so badly that they fractured my nose, tore a ligament in my ankle, caused an artery in my brain to swell, and possibly broke several of my ribs.  My ribs are still painful and I'm waiting for the swelling in my ankle to go down before the doctors can determine whether or not I need surgery.  I am also scared to go to church now for the fear that I will see the same deputies.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed this 14th day of July, 2010 in Los Angeles, California.

*Luis Bueno*

**Luis Bueno**

# DECLARATION OF PRISONER #4
# JOSEPH HAGER

**Declaration of Joseph Hager**

I, Joseph Hager, hereby declare:

1.     I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.     My name is Joseph Hager. I am currently housed at Men's Central Jail. I have been here since June 2009. I might be here for another year. I am 23 years old.

3.     On June 15th, 2010, I was in my cell when a deputy approached me and told me that it was time for me to go to the law library. At the time I was a pro-per and as a pro-per I am entitled to 1 hour and 30 minutes of law library time. That day I was scheduled to go to the law library from 6 pm - 7:30 pm. At 4:30 pm a deputy told me it was time for my law library even though it was 1 hr 30 min before I was schedule to go. I exited my cell and followed orders. I walked to the end of the tier.

4.     When I got to the end of the tier, I was handcuffed behind my back. Another deputy came out of the module office at the front of the tier. The deputy said to me, "Hager, Why do you keep calling law library? We heard you. Shut the fuck up." Since I am housed at the front of the row, I and the other inmates around me call out "law library" for the inmates farther down the row to make sure that the deputies remember to give them their law library time at the appropriate hour. It is our way of helping each other out. This happens everyday so me calling out law library on this particular day was not out of the ordinary. Also, every time that I have called out law library before I have never had a deputy respond to me with hostility.

5.     The deputy who had yelled at me grabbed the back of my shirt by my neck collar and dragged me to the law library which is about 40 ft away from the tier. He pushed me up against the wall. My face was pushed against the wall. He violently kicked my left ankle out with so much force that my ankle started bleeding. He started searching me and pushing my body and my face into the wall. I started asking him why he was doing this. He took the back of my shirt and took me down to the ground. I had not been resisting and I was still handcuffed. He told me to "shut the fuck up." I said "okay okay." He picked me up and was dragging me like I was an unruly dog or something back to the tier. He said I wasn't getting my law library time to day.

1   When we got back to the front of the row he slammed my face into the edge of the door frame. I

2   dropped to the ground and blacked out. When I came to, I was being kicked in the head and

3   punched in the face. Deputy Chavez and Gonzalez were beating me. I was trying to move my

4   face but they kept punching the back of my head and kicking me in the head with their boots. I

5   blacked out again and when I came to there was a knee in my face. They kept yelling "stop

6   resisting" even though I wasn't moving and was handcuffed the entire time. Deputy Chavez

7   picked me up and said "I tried to kill you. You are lucky you are still breathing."

8       6.      I was sitting cross-legged on the ground. I asked him why he had hit me and when

9   I tried to say something else he punched me again. I heard that they were searching my cell. I

10  then saw a few deputies bring out my confidential legal materials even though they are not

11  allowed to search my cell unless I am watching and they video tape it.

12      7.      I then was taken to medical. X-rays were taken. I had a fractured right side of my

13  face, a huge black eye, and bumps all over my head from where they had hit me. Both of my ears

14  were swollen and my mouth was bleeding.

15      8.      The deputies then interviewed me on camera. I told them that I had slipped in the

16  shower. I lied because I figured if I said anything I would have more problems with the deputies.

17  I was then sent to the hole. I was there for 29 days. They said I was being charged with assault on

18  the deputy who had beat me up. They said I had attempted to headbutt him and violently kick

19  him even though I was handcuffed and either up against the wall or on the ground during the

20  whole thing.

21      9.      Since then deputies come to my cell to provoke me and taunt me.

22

23      I declare under penalty of perjury of the laws of the State of California and the United

24  States that the foregoing is true and correct.  Executed this 20th day of July, 2010 in Los Angeles,

25  California.

26                                              _____

27                                              Joseph Hager

28

                                    2

Declaration of __Joseph Hager__

I, __Joseph Hager__ , hereby declare:

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2. My name is Joseph Hager. I am currently housed at Men's central Jail. I have been here since ~~May~~ June 2009. I might be here for another year. I am 23 years old.

3. On June 15th, 2010 I was in my cell when a deputy approached me and told me that it was time for me to go to the law library. At the time, I was a pro-per and as a pro-per I am entitled to 1 hour and 30 minutes of law library time. That day I was scheduled to go to the law library from 6 pm - 7:30 pm. At 4:30 pm a deputy told me it was time for my law library even though it was 1 hr 30 min before I was scheduled to go. I exited my cell and followed orders. I walked to the end of the tier.

4. When I got to the end of the tier, I was handcuffed behind my back. Another deputy came out of the module office at the front of the tier. The deputy said to me, "Hager, why do you keep calling

X. _JH_  1932469

1   law library? We heard you shut the fuck up."
2   Since I am housed at the front of the
3   row, I and the other inmates around me
4   call out "law library" for the inmates
5   farther down the row to make sure that
6   the deputies remember to give them their
7   law library time at the appropriate
8   hour. It is our way of helping each
9   other out. This happens everyday so
10   me calling out law library on this
11   particular day was not out of the
12   ordinary. Also, every time that I have
13   called out law library before I have
14   never had a deputy respond to me
15   with hostility.
16     5. The deputy who had yelled at me
17   grabbed the back of my shirt by my
18   neck collar and dragged me to the law
19   library which is about 40 ft away from
20   the tier. He pushed me up against the wall.
21   My face was pushed against the wall. He
22   violently kicked my left ankle out with so
23   much force that my ankle started bleeding.
24   He started searching me and pushing my body
25   and my face into the wall. I started asking
26   him why he was doing this. He took the back
27   of my shirt and took me down to the
28   ground. I had not been resisting and I was

2

1932469

1  still handcuffed. He told me to "shut the fuck
2  up." I said "okay okay." He picked me up
3  and was dragging me like I was an
4  unruly dog or something back to the
5  tier. He said I wasn't getting my law
6  library time today. When we got back
7  to the front of the row he slammed
8  my face into the edge of the door frame.
9  I dropped to the ground and blacked out.
10 When I came to, I was being kicked in
11 the head and punched in the face.
12 Deputy Chavez and Gonzalez were
13 beating me. I was trying to move my
14 face but they were punching the back of my
15 head and kicking me in the head with
16 their boots. I blacked out again and
17 when I came to there was a knee in my
18 face. They kept yelling "stop resisting"
19 even though I wasn't moving and was
20 handcuffed this entire time. Deputy
21 Chavez picked me up and said "I tried
22 to kill you. You are lucky you are still breathing."
23 6. I was sitting cross-legged on the ground. He sat me down in a chair. I asked
24 him why he had hit me and when I tried
25 to say something else he punched me
26 again. I heard that they were searching
27 my cell. I then saw a few deputies bring
28 out my confidential legal materials even

2

1  though they are not allowed to search my cell
2  unless I am watching and they video tape it
3     7. I then was taken to medical. X-rays
4  were taken. I had a fractured right side
5  of my face, a huge black eye, and bumps
6  all over my head from when they had
7  hit me. Both of my ears were swollen and
8  my mouth was bleeding.
9     8. The deputies then interviewed me on
10  camera. I told them that I had slipped
11  in the shower. I lied because I figured it
12  I said anything I would have more problems
13  with the deputies. I was then sent to
14  the hole. I was there for 29 days. They
15  said I was being charged with assault
16  on the deputy who had beat me up. They
17  said I had attempted to head butt him and
18  violently kick him even though I was
19
20     I declare under penalty of perjury of the laws of the State of California and the United
21  States that the foregoing is true and correct. Executed this _____ day of _____, 2009 in Los
22  Angeles, California.
23
24
25
26
27
28

X

3

1  handcuffed and either up against a wall or on the
2  ground during the whole thing.
3     9. Since then deputies come to my cell to
4  provoke me and taunt me.

20     I declare under penalty of perjury of the laws of the State of California and the United
21  States that the foregoing is true and correct.  Executed this 20th day of July, 2009 in Los
22  Angeles, California.

3

# DECLARATION OF PRISONER #5
# ROBERT DRAGUSICA

# DECLARATION OF ROBERT DRAGUSICA

I, ROBERT DRAGUSICA, hereby declare:

1.    I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.    I have been an inmate in the Los Angeles County Jail for about 10 months. I am currently housed in 3300 C Row Cell 11. I am a K-10 inmate. I was classified as a K-10 inmate by the jail. Deputies say that inmates classified as K-10 are dangerous and must be kept away from other inmates. I must be escorted by a deputy whenever I am not in my cell. I am the only inmate in my cell because I am a K-10 inmate.

3.    I have personally witnessed about five incidents of deputies beating inmates, and I have heard about, through other inmates, around 20 incidents of deputies beating inmates during my time at the jail.

4.    About seven months ago, I was housed in 3500 D row. One day, I was in my cell and I saw an inmate called Gumby enter our module. A row is a long hallway with about 20 cells with inmates with the same classification. A module is a group of rows in the same area with inmates with the same classification.

5.    I did not personally know Gumby, but I had heard about Gumby from other inmates. Gumby was not an inmate housed in our module. Gumby was not wearing handcuffs when Gumby entered my module. This was unheard of because 3500 D Row is a K-10 module, meaning inmates cannot enter without a deputy escort and handcuffs. For an inmate to enter a module, a deputy must open the module door with a key that only deputies have. So, Gumby could not have entered our module without a deputy's opening the module door for him. Gumby was wearing a blue jumpsuit and all the K-10 inmates wear an orange jumpsuit, so it was obvious Gumby did not belong in our module.

6.    I saw Gumby give a bunch of toilet paper to an inmate in a cell, cell 6, a few cells away from my cell. The inmate's name was Rascal.

7.    I heard Rascal say, "Hold this for me." Before Rascal could respond, I saw about two or three deputies run into the module and into the cell of the inmate. I could hear the deputies shouting and ripping the inmate's cell apart. I saw a deputy leave the cell with a bunch of toilet paper in one hand and

a sharpened toothbrush in another hand. Later, I heard that inmate was given administrative sentencing and was put in solitary confinement.

8.      I have heard about such incidents before. Other inmates have said to me that Deputy Rico, Deputy Bearer, Deputy Luviano, and Deputy Rodriguez sometimes ask inmates in protective custody to set up other inmates. Other inmates say these deputies do this by giving an inmate a razor or sharpened toothbrush and allowing the inmate access to other inmates the deputies have personal problems with. Other inmates say the deputies tell the inmates to hand other inmates the sharp objects. Other inmates say that the deputies watch the inmates do this and when the inmates the deputies have problems with hold the sharpened objects, which are often wrapped in toilet paper, the deputies come out and arrest the inmate who is holding the sharpened object.

9.      One day, about two months ago, I heard an inmate being beaten by deputies in the shower in my module. I was only a few cells away from the showers, but I cannot see inside the showers from my cell. I heard the inmate being slapped and I heard the inmate crying, "Why are you hitting me?" Almost right after the incident, I saw Deputy Rico and about three other deputies talking in my module.

10.      I recognize Deputy Rico because Deputy Rico is assigned to my module.

11.      I heard a deputy say that the deputies had gone too far in the beating earlier that day. I heard Deputy Rico ask one of the other deputies to punch him in the face. I heard Deputy Rico say, "Make it look real," or something like that. I saw the other deputy punch Deputy Rico in the eye. I then saw the deputies high-give one another and laugh. I think Deputy Rico asked another deputy to punch him because Deputy Rico wanted to be able to say that the inmate in the shower had hit Deputy Rico, and then the deputies would have been justified in beating the inmate.

12.      After the incident, I heard from other inmates that there were five deputies who beat the inmate in the shower and that the inmate was moved to a different module.

13.      I have also heard of deputies opening the cells of enemy inmates at the same time without deputy escorts. Inmates may be enemies if the inmates are from rival gangs. I have heard of deputies calling these incidents, "accidents." I have also heard inmates bragging to other inmates that deputies tell inmates that the deputies will give inmates 35 seconds to beat other inmates outside of inmates' cells by opening cell doors. Only deputies can open cell doors. Inmates cannot open cell doors. I have witnessed

1  about ten incidents of cell doors opening and inmates getting beaten during my time at the jail.

2        14.    About two weeks ago, I saw an inmate called Joe Ordinez return to his module. I do not

3  know if Ordinez is the inmate's name, but I have heard the inmate called this and I know Ordinez is

4  housed in 3300 A Row. I am housed in 3300 C Row, Cell 11 and from my cell I can see into 3300 A

5  Row because of my height. 3300 A Row, where Ordinez is housed, is also a K-10 module, meaning

6  inmates cannot be outside of inmates' cells unescorted or without handcuffs.

7        15.    I saw Ordinez walking back to his own cell. Ordinez was handcuffed but Ordinez did not

8  have a deputy escort. I saw the door on a cell on 3300 A Row that was not Ordinez's open and an inmate

9  run out of the cell and beat Ordinez. The inmate who ran out of the inmate's cell was unescorted, and he

10  was not wearing handcuffs. The inmate hit Ordinez a few times with his fists in Ordinez's back and head.

11  Ordinez almost fell to the floor, and Ordinez could not defend himself because he was wearing handcuffs

12  and the other inmate was not. The inmate who beat Ordinez then calmly walked back to his cell.

13        16.    Ordinez staggered back into his own cell room. No deputies showed up after the incident

14  or stopped Ordinez from being beaten, even though I think deputies can see everything in the row from

15  the booth.

16        17.    On or about Thursday, June 10, 2010, during the night, I heard Deputy Bearer tell an

17  inmate in my module that the inmate was talking too loud. I heard Deputy Bearer say, "You better shut

18  up or I'm gonna slap the shit out of you."

19        18.    I know the person who said this was Deputy Bearer because Deputy Bearer is assigned to

20  my module, and I have talked to him before. I recognized the voice of the inmate Deputy Bearer was

21  speaking to as an inmate in 3300 C Row Cell 8.   I do not know the Inmate in Cell 8's name but I can

22  recognize the Inmate in Cell 8 because I have seen the Inmate in Cell 8 before. I could hear Deputy

23  Bearer and the inmate talking because I am in the same row, in Cell 11.

24        19.    The next day, at about 3 p.m., I was in my cell when I saw the Inmate in Cell 8 return to

25  the module escorted by Deputy Bearer. Before the Inmate in Cell 8 got to the inmate's cell, I saw Deputy

26  Bearer snatch him by his waist chain and tighten the waist chain and wrist chains. Then I saw Deputy

27  Bearer slap the Inmate in Cell 8's face so hard that the inmate's head snapped back. I saw Deputy Bearer

28  tighten the chains on the Inmate on Cell 8 even tighter and then push the inmate into the showers so the

1  inmate fell. The Inmate in Cell 8 sat in the showers for about four hours with his chains on very tight.

2      20.    In the day room in module 3100, there is a very large mattress that is about 15 feet by 20

3  feet. I think it is a wrestling mattress where deputies watch inmates wrestle and fight without inmates'

4  handcuffs on. I have heard about these fighting matches from other inmates and I have seen the mattress

5  in the dayroom.

6      21.    Even though inmates are supposed to get showers every other day,  the inmates in my

7  module do not get showers that often. This is because in my module, deputies often ask inmates to

8  choose between showers and television. The deputy will ask an inmate, "Program or shower?" If the

9  inmate says, "Shower," the deputy will turn off the television for all the inmates in the row. This makes

10 other inmates very mad because the other inmates want to watch television. Inmates are pressured to

11 refuse showers so that the other inmates in the row are not mad. The deputies manipulate the inmates into

12 refusing showers so the deputies will not have to give us showers.

13     22.    There are also no complaint forms for the complaint box in my module.

14     I declare under penalty of perjury of the laws of the State of California and the United States that

15 the foregoing is true and correct. Executed this 25th day of June, 2010 in Los Angeles, California.

16

17                                 _____

18                                 **ROBERT DRAGUSICA**

19

20

21

22

23

24

25

26

27

28

# DECLARATION OF ROBERT DRAGUSICA

I, ROBERT DRAGUSICA, hereby declare:

1.      I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.      I have been an inmate in the Los Angeles County Jail for about 10 months. I am currently housed in 3300 C Row Cell 11. I am a K-10 inmate. I was classified as a K-10 inmate by the jail. Deputies say that inmates classified as K-10 are dangerous and must be kept away from other inmates. I must be escorted by a deputy whenever I am not in my cell. I am the only inmate in my cell because I am a K-10 inmate.

3.      I have personally witnessed about five incidents of deputies beating inmates, and I have heard about, through other inmates, around 20 incidents of deputies beating inmates during my time at the jail.

4.      About seven months ago, I was housed in 3500 D row. One day, I was in my cell and I saw an inmate called ~~Rascal~~ *Gumby R.D.* enter our module. A row is a long hallway with about 20 cells with inmates with the same classification. A module is a group of rows in the same area with inmates with the same classification.

5.      I did not personally know ~~Rascal~~ *Gumby R.D.*, but I had heard about ~~Rascal~~ *Gumby R.D.* from other inmates. ~~Rascal~~ *Gumby R.D.* was not an inmate housed in our module. ~~Rascal~~ *Gumby R.D.* was not wearing handcuffs when ~~Rascal~~ *Gumby* entered my module. This was unheard of because 3500 D Row is a K-10 module, meaning inmates cannot enter without a deputy escort and handcuffs. For an inmate to enter a module, a deputy must open the module door with a key that only deputies have. So, ~~Rascal~~ *Gumby R.D.* could not have entered our module without a deputy's opening the module door for him. ~~Rascal~~ *Gumby R.D.* was wearing a blue jumpsuit and all the K-10 inmates wear an orange jumpsuit, so it was obvious ~~Rascal~~ *Gumby R.D.* did not belong in our module.

6.      I saw ~~Rascal~~ *Gumby R.D.* give a bunch of toilet paper to an inmate in a cell a few cells away from my cell. ~~I do not remember the inmate's name.~~ *The inmates name was Rascal. cell 6 R.D.*

7.      I heard ~~Rascal~~ *Rascal R.D.* say, "Hold this for me." Before the ~~inmate a few cells away could~~ *Rascal could* respond, I saw about two or three deputies run into the module and into the cell of the inmate. I could hear the deputies shouting and ripping the inmate's cell apart. I saw a deputy leave the cell with a bunch of toilet

paper in one hand and a sharpened toothbrush in another hand. Later, I heard that inmate was given administrative sentencing and was put in solitary confinement.

8.     I have heard about such incidents before. Other inmates have said to me that _Deputy Rico, Deputy Bearer, Deputy Luviano, and Deputy Rodriguez sometimes ask inmates in protective custody to set up other inmates. Other inmates say these deputies do this by giving an inmate a razor or sharpened toothbrush and allowing the inmate access to other inmates the deputies have personal problems with. Other inmates say the deputies tell the inmates to hand other inmates the sharp objects. Other inmates say that the deputies watch the inmates do this and when the inmates the deputies have problems with hold the sharpened objects, which are often wrapped in toilet paper, the deputies come out and arrest the inmate who is holding the sharpened object.

9.     One day, about two months ago, I heard an inmate being beaten by deputies in the shower in my module. I was only a few cells away from the showers, but I cannot see inside the showers from my cell. I heard the inmate being slapped and I heard the inmate crying, "Why are you hitting me?" Almost right after the incident, I saw Deputy Rico and about three other deputies talking in my module.

10.     I recognize Deputy Rico because Deputy Rico is assigned to my module.

11.     I heard a deputy say that the deputies had gone too far in the beating earlier that day. I heard Deputy Rico ask one of the other deputies to punch him in the face. I heard Deputy Rico say, "Make it look real," or something like that. I saw the other deputy punch Deputy Rico in the eye. I then saw the deputies high-give one another and laugh. I think Deputy Rico asked another deputy to punch him because Deputy Rico wanted to be able to say that the inmate in the shower had hit Deputy Rico, and then the deputies would have been justified in beating the inmate.

12.     After the incident, I heard from other inmates that there were five deputies who beat the inmate in the shower and that the inmate was moved to a different module.

13.     I have also heard of deputies opening the cells of enemy inmates at the same time without deputy escorts. Inmates may be enemies if the inmates are from rival gangs. I have heard of deputies calling these incidents, "accidents." I have also heard inmates bragging to other inmates that deputies tell inmates that the deputies will give inmates 35 seconds to beat other inmates outside of inmates' cells by opening cell doors. Only deputies can open cell doors. Inmates cannot open cell doors. I have witnessed

1     about ten incidents of cell doors opening and inmates getting beaten during my time at the jail.

2        14.    About two weeks ago, I saw an inmate called ~~Archenez~~ return to his module. I do not

3 know if ~~Archenez~~ is the inmate's name, but I have heard the inmate called this and I know ~~Archenez~~ is

4 housed in 3300 A Row. I am housed in 3300 C Row, Cell 11 and from my cell I can see into 3300 A

5 Row because of my height. 3300 A Row, where ~~Archenez~~ is housed, is also a K-10 module, meaning

6 inmates cannot be outside of inmates' cells unescorted or without handcuffs.

7        15.    I saw ~~Archenez~~ walking back to ~~Archenez's own~~ cell. ~~Archenez~~ was handcuffed but

8 ~~Archenez~~ did not have a deputy escort. I saw the door on a cell on 3300 A Row that was not ~~Archenez's~~

9 open and an inmate run out of the cell and beat ~~Archenez~~. The inmate who ran out of the inmate's cell

10 was unescorted, and he was not wearing handcuffs. The inmate hit ~~Archenez~~ a few times with his fists in

11 ~~Archenez's~~ back and head. ~~Archenez~~ almost fell to the floor, and ~~Archenez~~ could not defend himself

12 because he was wearing handcuffs and the other inmate was not. The inmate who beat ~~Archenez~~ then

13 calmly walked back to his cell.

14        16.    ~~Archenez~~ staggered back into ~~Archenez's own~~ cell room. No deputies showed up after the

15 incident or stopped ~~Archenez~~ from being beaten, even though I think deputies can see everything in the

16 row from the booth.

17        17.    On or about Thursday, June 10, 2010, during the night, I heard Deputy Bearer tell an

18 inmate in my module that the inmate was talking too loud. I heard Deputy Bearer say, "You better shut

19 up or I'm gonna slap the shit out of you."

20        18.    I know the person who said this was Deputy Bearer because Deputy Bearer is assigned to

21 my module, and I have talked to him before. I recognized the voice of the inmate Deputy Bearer was

22 speaking to as an inmate in 3300 C Row Cell 8.   I do not know the Inmate in Cell 8's name but I can

23 recognize the Inmate in Cell 8 because I have seen the Inmate in Cell 8 before. I could hear Deputy

24 Bearer and the inmate talking because I am in the same row in Cell 11.

25        19.    The next day, at about 3 p.m., I was in my cell when I saw the Inmate in Cell 8 return to

26 the module escorted by Deputy Bearer. Before the Inmate in Cell 8 got to the inmate's cell, I saw Deputy

27 Bearer snatch ~~the~~ by his waist chain and tighten the waist chain and wrist chains. Then I saw Deputy

28 Bearer slap the Inmate in Cell 8's face so hard that the inmate's head snapped back. I saw Deputy Bearer

DECLARATION OF ROBERT DRAGUSICA

1  tighten the chains on the Inmate on Cell 8 [R.P.] even tighter and then push the inmate into the showers so the

2  inmate fell. The Inmate in Cell 8 sat in the showers for about four hours with his chains on very tight.

3       20.    In the day room in module 3100, there is a very large mattress that is about 15 feet by 20

4  feet. I think it is a wrestling mattress where deputies watch inmates wrestle and fight without inmates'

5  handcuffs on. I have heard about these fighting matches from other inmates and I have seen the mattress

6  in the dayroom.

7       21.    Even though inmates are supposed to get showers every other day,  the inmates in my

8  module do not get showers that often. This is because in my module, deputies often ask inmates to

9  choose between showers and television. The deputy will ask an inmate, "Program or shower?" If the

10  inmate says, "Shower," the deputy will turn off the television for all the inmates in the row. This makes

11  other inmates very mad because the other inmates want to watch television. Inmates are pressured to

12  refuse showers so that the other inmates in the row are not mad. The deputies manipulate the inmates into

13  refusing showers so the deputies will not have to give us showers.

14       22.    There are also no complaint forms for the complaint box in my module.

15       I declare under penalty of perjury of the laws of the State of California and the United States that

16  the foregoing is true and correct. Executed this 25th [R.P.] day of June, 2010 in Los Angeles, California.

17

18                                        _Robert Dragusica_

19                                        **ROBERT DRAGUSICA**

20

21

22

23

24

25

26

27

28