# DECLARATION OF PRISONER #5a
# ROBERT DRAGUSICA

# DECLARATION OF ROBERT DRAGUSICA

I, ROBERT DRAGUSICA, hereby declare:

1.      I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.      I am inmate at Men's Central Jail, where I have been for about 11 months. I previously completed a declaration on conditions and violence at the jail, which I signed on June 25, 2010.  From the time I first spoke to the ACLU in the attorney room regarding that declaration, to when I spoke to the ACLU on my row a few weeks later, I have been repeatedly intimidated and questioned by deputies about my interactions with the ACLU.  Additionally, I believe very strongly that the deputies retaliated against me for coming forward, when they claimed on July 1st that I had contraband in my cell and put me in the hole for 29 days.

3.      I have seen a lot of things in this jail during my time here and, about four months ago, I told the chaplain, who I regularly speak to, that I saw some pretty nasty stuff. But I was afraid to come forward because the kind of power the deputies have over you is very scary. After a few more months, I decided I needed to do something, so I wrote to the ACLU and told the chaplain I was ready to talk. This was in early June 2010.

4.      The ACLU visitor, who identified herself as Lisa, came on a Wednesday. She interviewed me about a variety of problems at the jail. She told me she would come back the next Friday – two days later – to complete my statement.

5.      That Friday I got an attorney pass. The deputy working the module yelled down the tier something along the lines, "Hey Dragusica, you got a pass, ACLU," and some other derogatory remark about the ACLU. There were three deputies there to cuff me up. I felt very intimidated with so many deputies there, because that was not normally how they did things when I had other attorney visits. Usually, just one deputy will escort one or two K10 inmates if they have a pass.  It is a very rare occasion when multiple deputies come to escort one inmate.  That just doesn't happen.  Because I was scared, I told them that I was just talking to the ACLU because of medical. However, I felt intimidated, so I just refused the pass and said I would take care of medical myself.

6.      The next Tuesday, my gate was popped again for a pass. Five people from the Sheriff's

Department were there. As they were taking me to the end of the row, they asked, "What's this about?" I told them I have medical problems and I said, "You know me, Perez; I don't complain." Perez works in the module as a custody assistant. But again, I felt intimidated with so many sheriffs there, which isn't normal, so I refused the pass again.

7.      Over the next few days the deputies started walking by my cell. They would make comments about the ACLU and ask out loud, "Who's talking to ACLU?" I heard the inmate in cell 6 say something and then the word "ACLU," and then I heard Deputy Luviano say, "I wonder who that was," in a sarcastic voice.

8.      I saw the chaplain on Thursday and told him the issues I'd been having with my passes. The next day, Friday, I took the pass when I got it because I felt better after having told the chaplain, and also because it was a Friday and there were fewer regularly assigned deputies working the module that day.

9.      When I talked to Lisa, I told her that I was worried that the jail would plant a weapon on me.  I have heard about deputies planting a razor or other weapons on inmates before so they could put them in discipline.  I asked her to make a record that I was worried about getting set up since I was talking to the ACLU about jail conditions.  After I signed the declaration, I told Lisa that there were issues on the row and that it would be good if they could walk the row. Lisa said she would see about having someone from the ACLU walk the row.

10.     The next Tuesday, June 29, and Wednesday, June 30, the ACLU came to my row. On Tuesday I spoke to Mary from the ACLU at the cell front. I saw [a] deputy walk the row behind Mary when I was talking to her. As soon as the ACLU left that day, the deputies immediately turned off the TVs. They have been using the TVs as a form of control in the jail. They make us choose between showers or TV.

11.     On June 30, I also talked to the ACLU when they came to my row. This was in [the] morning. After they left, I searched my cell to make sure there weren't any problems in there because I was worried the jail would plant a weapon in my cell. I have heard about them doing that to inmates before. After the ACLU left, some other inmates asked for showers and I heard the deputy say, "No because you were talking to the ACLU."

2
DECLARATION OF ROBERT DRAGUSICA

12.     The next day, the TV was off the first shift and into the second. After about 7 or so – it was after dinner clean-up, so I am estimating – people again started asking for TVs. People were getting grumpy.  Some inmates had fashioned a stick like object made out of materials from the jail, such as the paper we have available on the tier.  It was not hard but we thought we could use it to turn on the TV. We were passing it down the row, from the back to the front.  I passed it down the row, too.  But no one seemed to want to use it.  Since we didn't want to use the stick, I and other inmates asked one of the inmate workers – we called him Guero – to turn on the TV. He did so, begrudgingly. My experience is that inmate workers are between a rock and hard place. Meanwhile, the inmate in cell 6 had gotten hold of a jail-made stick that the inmates were going to try to use to turn on the TV.

13.     Right then Newhouse, who is a regular deputy on the tier, walked by the front of the row, outside the gates. From his reaction, it seemed like the guy in cell 6 thought Newhouse saw him, so he crumpled the stick and threw it on the tier.  He could do that because the stick was made out of paper and could easily be bent.  He had put the crumpled stick in a plastic lunch bag.  Deputy Rodriguez was talking to some inmate at the end of the row at that time as well. Deputy Rodriguez was doing row walks at that time.

14.     Then about five minutes later, Deputies Newhouse and Rodriguez, and another custody assistant returned to the row. They came directly to my cell. They asked how the TV got turned back on. They then said they were going to do a search. They took me, I was in cell 11, [and those in] cell 12 and cell 13 out of our cells and down to the showers. The showers are out in front of the tier, outside the deputy booth, but inside the module.

15.     They then trashed our cells doing a search of each of them. I could hear them ripping up our stuff.

16.     I then saw the deputies come off the tier and Deputy Rodriguez had two razors in his hand. The deputies told the other two inmates to go back to the row and did not appear to give them any discipline.  I know it is standard practice in the jail that if you get charge with a possible disciplinary infraction, K10s are sent directly to hole, module 3301, so these inmates would have been sent to 3301 if they were going to be given discipline. He did, however, tell me to go to the hole. Deputy Newhouse was the one who told me to go the hole.

17.     I asked why. He said it was because of the contraband in my cell. I asked what contraband was he talking about. He said, "that stick." And I said, "you didn't see a stick in my cell; it was balled up on the front of the tier."

18.     Rodriguez then entered the area by the hole in 3301 where we were standing and Newhouse went over to him. I heard Newhouse say something and then, "Razor, then?" Newhouse then took me to my cell in 3301, where I am still currently housed.

19.     About two days later, on a Saturday, a senior and another deputy came to my cell and told me I was in the hole for a razor blade. I was really stressing out because I did not have a razor and I did not want to get an "add charge," which is what they call an additional case. I was really outraged because this was exactly what I had been worried about when I gave the declaration about problems in the jail.

20.     I was not allowed to appeal the decision to put me in the hole. I haven't been sent to the hole during this entire incarceration, which has been since August of last year, so I didn't know how it worked.  In fact, I've been in discipline I believe just once, and that was 11 years ago in 1999.  I have since learned that I was supposed to appeal the disciplinary sentence to a supervisor immediately.  Even if I'd known the procedure, it is very difficult to get a hold of Sheriff's people in the hole and the Senior who gave me my sentence just shoved the paper in my tray slot and immediately walked away after he told me my sentence.  Furthermore, I didn't see a deputy walk my row until hours later, let alone a Supervisor.  I very rarely have seen supervisors, such as Sergeants or Lieutenants in the hole.  .

21.     I am now housed in the K10 discipline area, which is called 3301.  Being in the hole is awful.  The room is tiny and it has a solid cell door so it is very isolating and extremely dark.  The only time we are even allowed out is to shower every other day, and if we get passes for the attorney room or medical.  We don't go outside, get visits or the phone.  It's extremely depressing and very cut off from other people.  It makes me feel like anything could happen in there and no one would know.

22.     A few days later, when Newhouse came back, I asked what was going on. He said he'd check, then he came back a bit later and said I was in for a shaver. This is different than a razor – a razor is when the blade is removed and is considered more dangerous because the razor has been altered and can be used as a weapon. A shaver is what you call the entire object that you use to shave; it includes the plastic along with the razor.  Earlier this week I spoke to Mary from the ACLU when she came to visit

me in the hole.  I am still in the hole and am not due to be released until the end of July.  I am not exactly sure of my release date, but I came in on 7/1 and they gave me 29 days, so I think it's 7/29.  Mary told me she had looked on the sheet in the deputy's office and it said that I was in the hole for a "disturbance."  It isn't clear to me why the jail even says they gave me 29 days in the hole but I think it is retaliation for speaking with the ACLU about conditions in the jail.

23.     I think this is retaliation. I've never ever had a problem with the deputies in here before. I don't think the deputies ever liked me because I don't play politics with the other inmates – which I believe benefits the deputies to do power trips, because they can pit inmates against each other. In any case, I've never had any problems before I started talking about problems with the jail to the ACLU.

24.     Another example of this intimidation happened two nights ago. I got a late pass to medical, which is strange, actually, to get a pass that late. It may have been because I refused to sign that I'd seen the doctor when I didn't see one. When I was returning from the clinic, Deputy Newhouse asked me if I was talking to the ACLU. He said, "Why are you talking to those people?" I told him it was for medical and he said something to the effect of, "Dude, just don't talk to those people, man. They're pieces of shit."

25.     I will take a polygraph test about what happened regarding this situation if the three deputies involved agree to do so as well.

26.     I am very worried about what will happen after this. I am worried they'll make up more razors or put me in a dangerous situation, where I could get hurt.  For example, yesterday after I spoke to Mary again in the attorney room, they have since moved three active gang members in the cells next to me and I am worried they'll open the gates and I'll get beat up.  I am not active; I am ad-seg K10.  I am not violent and don't use weapons. I have a drug problem. This is really scary to me; they do this just for complaining.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed this 16th day of July, 2010 in Los Angeles, California.


_____/s/_____

**ROBERT DRAGUSICA**

# DECLARATION OF ROBERT DRAGUSICA

I, ROBERT DRAGUSICA, hereby declare:

1.      I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.      I am inmate at Men's Central Jail, where I have been for about 11 months. I previously completed a declaration on conditions and violence at the jail, which I signed on June 25, 2010.  From the time I first spoke to the ACLU in the attorney room regarding that declaration, to when I spoke to the ACLU on my row a few weeks later, I have been repeatedly intimidated and questioned by deputies about my interactions with the ACLU.  Additionally, I believe very strongly that the deputies retaliated against me for coming forward, when they claimed on July 1st that I had contraband in my cell and put me in the hole for 29 days.

3.      I have seen a lot of things in this jail during my time here and, about four months ago, I told the chaplain, who I regularly speak to, that I saw some pretty nasty stuff. But I was afraid to come forward because the kind of power the deputies have over you is very scary. After a few more months, I decided I needed to do something, so I wrote to the ACLU and told the chaplain I was ready to talk. This was in early June 2010.

4.      The ACLU visitor, who identified herself as Lisa, came on a Wednesday. She interviewed me about a variety of problems at the jail. She told me she would come back the next Friday – two days later – to complete my statement.

5.      That Friday I got an attorney pass. The deputy working the module yelled down the tier something along the lines, "Hey Dragusica, you got a pass, ACLU," and some other derogatory remark about the ACLU. There were three deputies there to cuff me up. I felt very intimidated with so many deputies there, because that was not normally how they did things when I had other attorney visits. Usually, just one deputy will escort one or two K10 inmates if they have a pass.  It is a very rare occasion when multiple deputies come to escort one inmate.  That just doesn't happen.  Because I was scared, I told them that I was just talking to the ACLU because of medical. However, I felt intimidated, so I just refused the pass and said I would take care of medical myself.

6.      The next Tuesday, my gate was popped again for a pass. Five people from the Sheriff's

*Robert F. Dragusica*

Department were there. As they were taking me to the end of the row, they asked, "What's this about?" I told them I have medical problems and I said, "You know me, Perez; I don't complain." Perez works in the module as a custody assistant. But again, I felt intimidated with so many sheriffs there, which isn't normal, so I refused the pass again.

7.     Over the next few days the deputies started walking by my cell. They would make comments about the ACLU and ask out loud, "Who's talking to ACLU?" I heard the inmate in cell 6 say something and then the word "ACLU," and then I heard Deputy Luviano say, "I wonder who that was," in a sarcastic voice.

8.     I saw the chaplain on Thursday and told him the issues I'd been having with my passes. The next day, Friday, I took the pass when I got it because I felt better after having told the chaplain, and also because it was a Friday and there were fewer regularly assigned deputies working the module that day.

9.     When I talked to Lisa, I told her that I was worried that the jail would plant a weapon on me. I have heard about deputies planting a razor or other weapons on inmates before so they could put them in discipline. I asked her to make a record that I was worried about getting set up since I was talking to the ACLU about jail conditions. After I signed the declaration, I told Lisa that there were issues on the row and that it would be good if they could walk the row. Lisa said she would see about having someone from the ACLU walk the row.

10.     The next Tuesday, June 29, and Wednesday, June 30, the ACLU came to my row. On Tuesday I spoke to Mary from the ACLU at the cell front. I saw [a] deputy walk the row behind Mary when I was talking to her. As soon as the ACLU left that day, the deputies immediately turned off the TVs. They have been using the TVs as a form of control in the jail. They make us choose between showers or TV.

11.     On June 30, I also talked to the ACLU when they came to my row. This was in [the] morning. After they left, I searched my cell to make sure there weren't any problems in there because I was worried the jail would plant a weapon in my cell. I have heard about them doing that to inmates before. After the ACLU left, some other inmates asked for showers and I heard the deputy say, "No ~~talking to the ACLU.~~ because you were talking to the ACLU . (R.D)

*Robert F. Dragusica*

2
DECLARATION OF ROBERT DRAGUSICA

Page 62

12.     The next day, the TV was off the first shift and into the second. After about 7 or so – it was after dinner clean-up, so I am estimating – people again started asking for TVs. People were getting grumpy.  Some inmates had fashioned a stick like object made out of materials from the jail, such as the ~~plastic bags our canteen/store arrives in~~ paper We have available on the tier. (R.D) It was not hard but we thought we could use it to turn on the TV.  We were passing it down the row, from the back to the front.  I passed it down the row, too.  But no one seemed to want to use it.  Since we didn't want to use the stick, I and other inmates asked one of the inmate workers – we called him Guero – to turn on the TV. He did so, begrudgingly. My experience is that inmate workers are between a rock and hard place. Meanwhile, the inmate in cell 6 had gotten hold of a jail-made stick that the inmates were going to try to use to turn on the TV.

13.     Right then Newhouse, who is a regular deputy on the tier, walked by the front of the row, outside the gates. From his reaction, it seemed like the guy in cell 6 thought Newhouse saw him, so he crumpled the stick and threw it on the tier.  He could do that because the stick was made out of ~~plastic~~ (R.D) paper and could easily be bent. tk had put the crumpled stick in a plastic lunch bag (R.D) Deputy Rodriguez was talking to some inmate at the end of the row at that time as well. Deputy Rodriguez was doing row walks at that time.

14.     Then about five minutes later, Deputies Newhouse and Rodriguez, and another custody assistant returned to the row. They came directly to my cell. They asked how the TV got turned back on. They then said they were going to do a search. They took me, I was in cell 11, [and those in] cell 12 and cell 13 out of our cells and down to the showers. The showers are out in front of the tier, outside the deputy booth, but inside the module.

15.     They then trashed our cells doing a search of each of them. I could hear them ripping up our stuff.

16.     I then saw the deputies come off the tier and Deputy Rodriguez had two razors in his hand. The deputies told the other two inmates to go back to the row and did not appear to give them any discipline.  I know it is standard practice in the jail that if you get charge with a possible disciplinary infraction, K10s are sent directly to hole, module 3301, so these inmates would have been sent to 3301 if they were going to be given discipline. He did, however, tell me to go to the hole. Deputy Newhouse was the one who told me to go the hole.

17.     I asked why. He said it was because of the contraband in my cell. I asked what contraband

*Robert F. Dragusica*

1    was he talking about. He said, "that stick." And I said, "you didn't see a stick in my cell; it was balled up

2    on the front of the tier."

3         18.    Rodriguez then entered the area by the hole in 3301 where we were standing and

4    Newhouse went over to him. I heard Newhouse say something and then, "Razor, then?" Newhouse then

5    took me to my cell in 3301, where I am still currently housed.

6         19.    About two days later, on a Saturday, a senior and another deputy came to my cell and told

7    me I was in the hole for a razor blade. I was really stressing out because I did not have a razor and I did

8    not want to get an "add charge," which is what they call an additional case. I was really outraged because

9    this was exactly what I had been worried about when I gave the declaration about problems in the jail.

10        20.    I was not allowed to appeal the decision to put me in the hole. I haven't been sent to the

11   hole during this entire incarceration, which has been since August of last year, so I didn't know how it

12   worked. In fact, I've been in discipline I believe just once, and that was 11 years ago in 1999. I have

13   since learned that I was supposed to appeal the disciplinary sentence to a supervisor immediately. Even

14   if I'd known the procedure, it is very difficult to get a hold of Sheriff's people in the hole and the Senior

15   who gave me my sentence just shoved the paper in my tray slot and immediately walked away after he

16   told me my sentence. Furthermore, I didn't see a deputy walk my row until hours later, let alone a

17   Supervisor. I very rarely have seen supervisors, such as Sergeants or Lieutenants in the hole. .

18        21.    I am now housed in the K10 discipline area, which is called 3301. Being in the hole is

19   awful. The room is tiny and it has a solid cell door so it is very isolating and extremely dark. The only

20   time we are even allowed out is to shower every other day, and if we get passes for the attorney room or

21   medical. We don't go outside, get visits or the phone. It's extremely depressing and very cut off from

22   other people. It makes me feel like anything could happen in there and no one would know.

23        22.    A few days later, when Newhouse came back, I asked what was going on. He said he'd

24   check, then he came back a bit later and said I was in for a shaver. This is different than a razor – a razor

25   is when the blade is removed and is considered more dangerous because the razor has been altered and

26   can be used as a weapon. A shaver is what you call the entire object that you use to shave; it includes the

27   plastic along with the razor. Earlier this week I spoke to Mary from the ACLU when she came to visit

28   me in the hole. I am still in the hole and am not due to be released until the last the end of July. I am not

*(R. D.)*

*Robert F. Dragusica*

## Robert F. Dragusica

1  exactly sure of my release date, but I came in on 7/1 & they gave me 29 days,
2  so I think it's 7/29. Mary told me she looked on the sheet in the Deputy office & it
3  said I was in the hole for a "disturbance." It isn't clear to me why the jail eva
4  say they gave me 29 days but I think it's retaliation for speaking
5  with the ACLU about conditions in the jail.

6  23. I think this is retaliation. I've never had a problem with the deputies
7  in here before. I don't think the deputies ever liked me because I don't play
8  politics of the other inmates - which I believe benefits the deputies to do power
9  trips, because they can pit inmates against each other. In any case, I've never
10  had any problems before I started talking about problems w/ the jail to ACLU.

11  24. Another example of this intimidation happened two nights ago. I got a
12  late pass to medical, which is strange, actually, to get a pass that late. It
13  may have been because I refused to sign that I'd seen the doctor when I didn't
14  see one. When I was returning from the clinic, Deputy Newhouse asked me if I was
15  talking to the ACLU. He said, "Why are you talking to those people?" I told him
16  it was for medical & he said something to the effect of, "Dude, just don't
17  talk to those people, man. They're pieces of shit."

18  25. I will take a polygraph test about what happened regarding this
19  situation if the 3 deputies involved agree to do so as well.

20  26. I am very worried about what will happen after this. I'm worried they'll
21  make up more violations or put me in a dangerous situation, where I could
22  get hurt. For example, yesterday after I spoke to Mary again in the
23  attorney room, they have since moved three active gang members in the cells
   and I am worried they'll open the gates and I'll get beat up. (R.D.)
24  next to me. I am not active; I am ad-seg k/o. I am not violent & don't use weapons.
25  I have a drug problem. This is very scary to me; they do this just for complaining.
26  I declare under penalty of perjury of the laws of the State of California and the
27  United States that the foregoing is true and correct. Executed this 16th day of July, 2010
28  in Los Angeles, California.   Robert F. Dragusica  Robert Frank Dragusica

(R.D.)

# DECLARATION OF PRISONER #6
# CESAR ULLOA

Page 66

**Declaration of Cesar Ulloa**

I, Cesar Ulloa, hereby declare:

1.      I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.      I am currently housed in Tower One of the Los Angeles County Jails and have been an inmate of the Los Angeles County Jail System since Oct. 2, 2008.  My booking number is 1645961.

3.      In April of 2010, an article about my pending case came out in the LA Times.  An inmate got a hold of the article and brought it to the dorms where I was being held in Wayside.

4.      Because I was being held in general population at the time, the other inmates were able to severely beat me up in response to the article that was released about my case.

5.      After being beaten up, I was taken to the hospital where I was treated for a broken left eye socket, brain damage, and bruising all over my body.

6.      After being housed in the medical unit and then in segregation, where I was safe, I was released back into the general population at Wayside.  Fortunately, while in general population during this time, no one found out about my pending case.

7.      After my lawyer found out I was in general population, he had me moved back into segregation.

8.      After spending one day in segregation, I met with OSJ to determine where I would be housed going forward.

9.      During my meeting with OSJ, I was asked, "You want us to protect you because you beat up an old lady?"  When I told them "yes," they told me that they didn't want to protect me.  OSJ also mocked me during the interview by saying that the other inmates must like me because they didn't kill me.  They then told me that I better get parolled as soon as possible be cause something was going to happen to me.

10.     The day I had the interview with OSJ, I was moved back into general population. The other inmates in 3400, where I was moved, knew about my case and beat me up the same day.  I was knocked unconscious and woke up the next morning in a pool of my blood.

1    11.    I was taken to the hospital again where I was treated for a broken nose, a swollen-

2    shut eye, swollen and cut lips, and general bruising all over my body.

3    12.    I believe that OSJ knew I would be assaulted by other inmates if I was placed in

4    general population.  I believe they put me in general population so that I would be beat up

5    because they didn't like me.

6    13.    I believe that my housing placements were used as a form of punishment.

7

8

9    I declare under penalty of perjury of the laws of the State of California and the United

10   States that the foregoing is true and correct.  Executed this 11th day of June, 2010 in Los

11   Angeles, California.

12   _____

13                                   Cesar Ulloa

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

1    **Declaration of** Cesar Ulloa

2    I, Cesar Ulloa _____, hereby declare:

3        1.    I make this declaration based on my own personal knowledge and if called to

4    testify I could and would do so competently as follows:

5        2.    I am currently housed in Tower One

6    of the Los Angeles County Jails and

7    have been an inmate of the Los Angeles

8    County Jail system since Oct. 2, 2008. My

9    booking number is 1645961

10   3) In April of 2010, an article about my

11   pending case came out in the LA times.

12   An inmate got a hold of the article and

13   brought it to the dorms where I

14   was being held in Wayside.

15   4) Because I was being held in General Population

16   at the time, the other inmates were

17   able to severely beat me up in response

18   to the article that was released about

19   my case.

20   5) After being beaten up I was taken to

21   the hospital where I was treated for

22   a broken left eye socket, brain damage,

23   and bruising all over my body.

24   6) After being housed in the medical unit and

25   then in segregation, where I was safe,

26   I was released back into the general

27   population at Wayside. Fortunately, while in

28   general population during this time, no one

1  found out about my pending case.

2  7) After my lawyer found out I was in

3  MA General population, he had me moved

4  back into segregation.

5  8) After spending one day in segregation,

6  I met with OSJ to determine where

7  I would be housed going forward.

8  9) During my meeting with OSJ, I

9  was asked, "You want us to protect

10  you because you beat up an old lady?"

11  When I told them "yes," they told me

12  that they didn't want to protect me.

13  OSJ also mocked me during the

14  interview by saying that the other

15  inmates must like me because they

16  didn't kill me. They then told me that

17  SU I better get parolled as soon as

18  possible because something was going

19  to happen to me.

20  10 The day I MA had the interview with OSJ,

21  I was moved back into general

22  population. The other inmates in 3400, where

23  I was moved, knew about my case

24  and beat me up the same day. I

25  was knocked unconscious and woke up the

26  next morning in a pool of my blood.

27  11) I was taken to the hospital

28  again where I was treated for

2

1   a broken nose, a swollen-shut eye, swollen and

2   cut lips, and general bruising all over

3   my body.

4   2) I believed CU that OSJ knew I would

5   be assaulted by other inmates if

6   I was placed in general population. I

7   believe they put me in general population

8   so that I would be beat up because

9   they didn't like me.

10   3) I believe that my housing placements

11   were used as a form of punishment.

12

13

14

15

16

17

18

19

20   I declare under penalty of perjury of the laws of the State of California and the United

21   States that the foregoing is true and correct.  Executed this  11  day of  June, 2010 CU  in Los

22   Angeles, California.

23

24

25

26

27

28

3

# DECLARATION OF PRISONER #7
# RUBEN BELTRAN

# DECLARATION OF RUBEN BELTRAN

I, RUBEN BELTRAN, hereby declare:

1.    I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.    I have been an inmate in the Los Angeles County Jail for two years and seven months. I am currently housed in Module 2400 Row D Cell 5 at Men's Central Jail. I have been housed here for about a month; before that I was housed in Twin Towers Correctional Facility.

3.    On or about Friday, July 2, 2010, I filled out a complaint form in my module reporting that the module's inmates had not received day room recreation time in 11 days. We are supposed to be able to have time in the day room every day. I got the complaint form from the complaints box in our row and I put the complaint form in the complaints box after evening pill call.

4.    On or about the morning of Saturday, July 3, 2010, Deputy Britton and Deputy Farino, two deputies assigned to my module, told me and my cell mate to exit our cell. My cell mate and I exited our cell and Deputy Britton entered my cell and began to search it. My cell was the only cell in my row to be searched.

5.    Deputy Britton told me that the reason he was searching my cell was because I filed a complaint form on Friday, July 2, 2010. Deputy Britton told me I had no right to day room, meaning recreation time outside of my cell. Deputy Britton said my only rights in jail are food and clothing. Deputy Britton then said if I ever touched a complaint form again, he would "go old school on me," meaning physically assault me. Deputy Farino was standing with me and my cell mate outside the cell when Deputy Britton said this. When Deputy Britton told me I could return to my cell, I saw that Deputy Britton had taken all my books, periodicals, and religious material. That day, I wrote a letter to American Civil Liberties Union Jails Project to see if they could help me.

6.     On or about the morning of Wednesday, July 7, 2010, Deputy Farina and Deputy Patterson told the inmates of my row to line up to go the day room for recreation time. Deputy Pattterson is a deputy assigned to my module. The inmates and I lined up in the hallway of the module. Deputy Farina pulled me out of the line and told the other inmates to go down to the day room. When the other inmates had left the module, Deputy Farino entered my cell and began to take my personal property. The only other deputy there was Deputy Patterson, who stood outside of the cell with me; no sergeant was present. Deputy Farino said I was not allowed to go to the day room and I was not allowed to touch a complaint form. Deputy Farino took the pink paper receipt slips from my previous complaint forms. After he had finished searching my cell, Deputy Farino said, "If you stay in your cell for two weeks, I'll forget about this," or something like that. Then he and Deputy Patterson left and I returned to my cell.

7.     On or about the morning of Friday, July 9, 2010, the deputies of my module told me to go out into the module's hallway to attend my Buddhist meditation class. I lined up in the hallway with about 7 other inmates who were taking the class outside of the 2200 and 2400 modules, in the main hallway. Deputy Farino and two other deputies ordered us to face the wall and strip down to our boxers because they were conducting a search. There was no sergeant present when we stripped to our boxers.

8.     The other inmates and I stripped and faced the wall, and piled our clothes behind us. Each of us had our clothes directly behind us so it was clear whose clothes belonged to whom. Deputy Farino approached me from behind and placed handcuffs on me. I knew it was Deputy Farino because I could recognize his voice. He then showed me a razor tied to a plastic disposable razor handle. Deputy Farino asked me why I had a razor in my pocket. The razor was not mine, and I realized then that Deputy Farino had set me up with a razor. Deputy Farino then led me to a nearby bench and ordered me to sit down. Then, after about a minute, Senior Deputy Sanchez came and asked me why I had a shank in my pocket. I know this was Senior Deputy Sanchez because I saw his name and rank on the tag on his uniform that

day.

9.      I explained to Senior Deputy Sanchez that Deputy Farino had planted the shank on me during the search. I told him about the incident with Deputy Britton and Depty Farino on Saturday, July 3, 2010 and the incident with Deputy Farino on Wednesday, July 7, 2010 and that I thought he had planted a shank on me in retaliation for filing a complaint. Senior Deputy Sanchez listened to me and then said, "This is not going to go far," or something like that. I don't know what he meant by that.

10.     I was placed in disciplinary administrative segregation for having a weapon in jail and I was sentenced to 29 days. I think that there is a video surveillance camera in the hallway where the strip search occurred because I have seen a camera in that hallway. I asked my temporary public defender to find video footage of the morning of Friday, July 9, 2010.

11.     I have filed about 10 complaints before to the jails' complaint boxes, but I never heard responses from the deputies about them and this is the first time I was retaliated against for complaining. I have never been put in disciplinary segregation before or administratively charged.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed July 19, 2010 in Los Angeles, California.

_____

**RUBEN  BELTRAN**

# DECLARATION OF RUBEN BELTRAN

I, RUBEN BELTRAN, hereby declare:

1.      I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.      I have been an inmate in the Los Angeles County Jail for two years and seven months. I am currently housed in Module 2400 Row D Cell 5 at Men's Central Jail. I have been housed here for about a month; before that I was housed in Twin Towers Correctional Facility.

3.      On or about Friday, July 2, 2010, I filled out a complaint form in my module reporting that the module's inmates had not received day room recreation time in 11 days. We are supposed to be able to have time in the day room every day. I got the complaint form from the complaints box in our row and I put the complaint form in the complaints box ~~on the way to~~ after evening *RB* pill call.

4.      On or about the morning of Saturday, July 3, 2010, Deputy Britton and Deputy Farino, two deputies assigned to my module, told me and my cell mate to exit our cell. My cell mate and I exited our cell and Deputy Britton entered my cell and began to search it. My cell was the only cell in my row to be searched.

5.      Deputy Britton told me that the reason he was searching my cell was because I filed a complaint form on Friday, July 2, 2010. Deputy Britton told me I had no right to day room, meaning recreation time outside of my cell. Deputy Britton said my only rights in jail are food and clothing. Deputy Britton then said if I ever touched a complaint form again, he would "go old school on me," meaning physically assault me. Deputy Farino was standing with me and my cell mate outside the cell when Deputy Britton said this. When Deputy Britton told me I could return to my cell, I saw that Deputy Britton had taken all my books, periodicals, and religious material. That day, I wrote a letter to American Civil Liberties Union Jails Project to see if they could help me.

DECLARATION OF RUBEN BELTRAN

6.     On or about the morning of Wednesday, July 7, 2010, Deputy Farina and Deputy Patterson told the inmates of my row to line up to go the day room for recreation time. Deputy Pattterson is a deputy assigned to my module. The inmates and I lined up in the hallway of the module. Deputy Farina pulled me out of the line and told the other inmates to go down to the day room. When the other inmates had left the module, Deputy Farino entered my cell and began to take my personal property. The only other deputy there was Deputy Patterson, who stood outside of the cell with me; no sergeant was present. Deputy Farino said I was not allowed to go to the day room and I was not allowed to touch a complaint form. Deputy Farino took the pink paper receipt slips from my previous complaint forms. After he had finished searching my cell, Deputy Farino said, "If you stay in your cell for two weeks, I'll forget about this," or something like that. Then he and Deputy Patterson left and I returned to my cell.

7.     On or about the morning of Friday, July 9, 2010, the deputies of my module told me to go out into the module's hallway to attend my Buddhist meditation class. I lined up in the hallway with about 20 other inmates who were taking the class outside of the 2200 and 2400 modules, in the main hallway. Deputy Farino and two other deputies ordered us to face the wall and strip down to our boxers because they were conducting a search. There was no sergeant present when we stripped to our boxers.

8.     The other inmates and I stripped and faced the wall, and piled our clothes behind us. Each of us had our clothes directly behind us so it was clear whose clothes belonged to whom. Deputy Farino approached me from behind and placed handcuffs on me. I knew it was Deputy Farino because I could recognize his voice. He then showed me a razor tied to a plastic disposable razor handle. Deputy Farino asked me why I had a razor in my pocket. The razor was not mine, and I realized then that Deputy Farino had set me up with a razor. Deputy Farino then led me to a nearby bench and ordered me to sit down. Then, after about a minute, Senior Deputy Sanchez came and asked me why I had a shank in my pocket. I know this was Senior Deputy Sanchez because I saw his name and rank on the tag on his uniform that

DECLARATION OF RUBEN BELTRAN

1    day.

2       9.      I explained to Senior Deputy Sanchez that Deputy Farino had planted the shank on me

3    during the search. I told him about the incident with Deputy Britton and Depty Farino on Saturday, July

4    3, 2010 and the incident with Deputy Farino on Wednesday, July 7, 2010 and that I thought he had

5    planted a shank on me in retaliation for filing a complaint. Senior Deputy Sanchez listened to me and

6
7    then said, "This is not going to go far," or something like that. I don't know what he meant by that.

8       10.     I was placed in disciplinary administrative segregation for having a weapon in jail and I

9    was sentenced to 29 days. I think that there is a video surveillance camera in the hallway where the strip

10   search occurred because I have seen a camera in that hallway. I asked my *temporary* public defender to find video

11   footage of the morning of Friday, July 9, 2010.

12

13   11. I have filed about 10 complaints before to the

14   jails' complaint boxes, but I never heard responses from

15   the deputies about them and this is the first time I

16   was retaliated against for complaining. I have

17   never been put in disciplinary segregation before or

18   administratively charged.

19

20

21

22

23   I declare under penalty of perjury of the laws of the State of California and the United States that the

24   foregoing is true and correct. Executed July ~~21~~ 19, 2010 in Los Angeles, California.

25

26                                    _Ruben Beltran_

27

28                                    **RUBEN BELTRAN**

# DECLARATION OF PRISONER #8 MARIO LOVE

# DECLARATION OF MARIO LOVE

I, Mario Love, hereby declare:

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2. I have been in the custody of the Los Angeles County Sheriff's Department for three weeks. I am currently housed in Men's Central Jail in module 2600.

3. In early June I witnessed a bunch of sheriff's deputies beat Jimmie Knott. I know Jimmie because I met him on the roof during recreation hours and since then we have played on the same basketball team. The beating happened last week between 8 and 10 in the morning when we were lined up in the hallway outside module 2600 for our second Hepatitis shot.

4. It started when a deputy asked Jimmie Knott to tuck in his shirt. I heard Jimmie ask, "If I tuck in my shirt, can I get some shoes?" Jimmie explained to the deputy that his were torn and he needed new ones. Then I heard the deputy accuse Jimmie of being a "smart ass" and saw multiple deputies pull him out of line. Next they made Jimmie strip down to his boxers and get down on his knees by the wall. They told him to put his hands behind his back.

5. I could see that Jimmie did what they asked and put his hands behind his back, but the deputies started to hit him anyway. The deputies beat him with flashlights and fists and kicked him repeatedly. Each time they hit him, I could see Jimmie lunge forward in visible pain. He tried to keep his hands back, but each time he did he gave the deputies an open target. His natural instinct was to protect himself just like anyone else would. After the first few kicks and punches, I saw Jimmie fall onto his side and curl into a ball on the ground. It was nearly impossible for him to keep his hands back while taking all that abuse.

6. One of the first blows came from an officer named Sanchez. I'm sure it was him because I glanced at his nametag as they took us out of our cells for the shots. I remembered his name because I noted that he had more stripes on his uniform than a deputy. I have also seen him enough times around the module to recognize him. Sanchez is around 5'8" and weighs about 200 pounds. He's Hispanic, bald, and has a stocky build.

7. The number of deputies involved in the beating started out small, but once it began, more ran out

from the other modules and joined in.  I saw deputies come out from both 2600 (my module) and the 2900 module because it was right next to mine.  I believe that deputies ran out from module 2400 as well, but that was on the other side from me so I can't be certain.  One of the deputies must have radioed something in, because about six to ten deputies all came out at the same time. It was like they were responding to an alarm, and I know about that because I've been in the California Department of Corrections.  I've seen the deputies respond to alarms before and it looked just like that.  Their response was coordinated.

8.  Once these deputies arrived, they joined in with the others in beating Jimmie with flashlights and closed fists.  They hit him all over his back, chest, and legs.  They kept yelling for him to put his hands behind his back and he kept screaming "I am!  I'm trying!"

9.  This went on for about thirty seconds to a minute before another deputy told us to turn and face the wall and sit down with our heads between our legs.  We sat Indian-style with our heads down so that we couldn't see what was happening.  A deputy even told us, "If I see any eyeballs you guys are next."  But I could still hear the beating going on.  I don't know how long we sat like that, but after a while we couldn't hear Jimmie's screams anymore.

10.  We stayed facing the wall until they called us in for our shot.  They must've taken Jimmie away at some point, but we weren't allowed to turn around, so I didn't see what they did with him. Since that day, no one has seen him.  It's like he disappeared.  There have been rumors that Jimmie's in the hospital with a punctured lung and cracked ribs, but no one knows for sure.

11.  The deputies seemed almost proud of what they did to Jimmie.  Right after the beating, one of the deputies was talking to another deputy about how he had hurt his arm.  He was standing right behind me while I sat next to the wall, so I heard him say that he caught his arm on another deputy while trying to uppercut Jimmie.  He was basically bragging about it.  I think it was Deputy Valencia and another inmate told me this when we talked about the incident later.  I can definitely recognize that deputy by looks, because while we were sitting there against the wall I raised my hand to ask if I could leave.  My back was hurting, and I just wanted to get out of there. He didn't let me go, but I looked up at this time and saw him.  Deputy Valencia is young, between 22 and 28, with a slim build.  He is white-looking with a possible Hispanic mix and around 155-

1    165 pounds.

2    12. A couple weeks later, when they took us in to the Attorney Room the first day I spoke with the

3    ACLU, something strange happened.  While the ACLU was waiting to talk to Gerardo Diaz and

4    me, the deputies pulled us aside for a good ten minutes.  They asked us about our cases and what

5    we're in jail for, but I know they're not allowed to do that so I didn't answer.  The whole

6    interrogation was intimidating.  It was like a scare tactic, like they were trying to manipulate us.

7    I've been called in to the Attorney Room before, and that was the first time I had been pulled

8    aside like that.  The ACLU called both Gerardo Diaz and me in at the same time, so I think that

9    made the deputies suspicious that we might be talking about what happened with Jimmie.

10   13. I was scared to talk to the ACLU about what happened.  I'm afraid that the deputies will beat me

11   too if they find out what I'm doing.  But what the deputies did just wasn't right.  I know if that

12   happened to me, I'd want someone to know about it.  It wasn't just a couple of slaps, it was

13   completely over-the-top.  It was like a gang beating.  And I've been in a gang, but I've never seen

14   anything that extreme before.  The deputies were like a pack of wolves.

15

16

17   I declare under penalty of perjury of the laws of the State of California and the United States that

18   the foregoing is true and correct. Executed June 29, 2010 in Los Angeles, California.

19

20

21   _____

22   **MARIO LOVE**

23

24

25

26

27

28

3
DECLARATION OF MARIO LOVE

# DECLARATION OF PRISONER #9
# JONNY JOHNSON

# DECLARATION OF JONNY JOHNSON

I, JONNY JOHNSON, hereby declare:

1.      I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.      I am 44 years old. I live in Northridge. I was an inmate in the Los Angeles County Jails twice in 2009. The first time was in September 2009 when I was arrested for driving under the influence. I spent three days in jail and my license was suspended. The second time was in October 2009 when I was arrested for driving on a suspended license. (My license was still suspended after the April 2009 arrest.) That time, I spent 20 days in jail.

3.      On October 4th, 2009, I was arrested at my home for driving on a suspended license. The police explained that they had been staking out my house and that they had seen me driving my vehicle to and from my house. The police stepped asked me to step outside. Then they conducted a breathalyzer test to see if I was driving under the influence. They kept me standing around for around for around thirty minutes. When I asked why I was being detained they told me they thought I was driving under the influence. When I assured them I wasn't, they told me the breathalyzer didn't lie and took me to the police station. At the police station, I took another breathalyzer test and blew a .0. The police dropped the driving under the influence charge, but charged me with driving with a suspended license.

4.      After I was arraigned, I was taken to the County jail downtown. I spent about six or seven days in the medical facility and then 12 days in a dorm at Men's Central Jail.

5. While I was in jail I not only observed guards abusing an inmate who was pretty obviously mentally ill, but many of the same deputies physically assaulted me for trying to protect the inmate with mental illness, whom the deputies were abusing. The incident happened in the inmate reception center (IRC) right after I had first been booked and brought into the jail. The inmates were lined up and walking down the hallway and the deputies were separating the inmates by race into the different holding cells in the IRC—Black and Asians in one, Whites and Hispanics in another. I noticed an inmate who kept walking down the hall even though he was supposed to stop and go into a certain cell. The man clearly had mental illness. I could see it in him, physically. I have a cousin who is mentally ill and I could see the similarities. He was talking to himself and mumbling. He was a white man, probably in his late fifties,

1    with scraggly hair and a scraggly beard. It looked like he might have been homeless.

2        6.    I was standing right behind him in the line.  The deputies directed us to stop and go into
3    one of the holding cells for white and Hispanic inmates, but he didn't stop and kept walking with the
4    African-American inmates who were heading to a different holding cell.  When he didn't stop to enter the
5    right cell, a deputy yelled at him and forced him to stop and go into the cell I was in by grabbing his back
6    and pushing him in. There were about 20 other people. After he was in the cell, the deputies began to
7    make fun of him. They taunted him, saying things like, "Why don't you fart?" and making other crude
8    jokes. Then, one of the deputies threw a sandwich at him, hitting him in the head. It made me angry to
9    see them picking on someone who clearly had mental illness, so I spoke up and  told the deputies to stop
10   picking on him. One of the deputies looked at me and asked me, "Are you his fucking bodyguard?"

11       7.    Then a group of deputies took me out of the holding cell and around the corner. There
12   were four of them—one stocky Asian man, one Black man, and two others with average builds who
13   appeared to be either Hispanic or White. The Black deputy grabbed me by the back of the neck and
14   shoved my head against the wall. He tried to push me against the wall face first, but luckily I was able to
15   move my head to the side so that I hit the side of my face rather than my forehead. Then two of the
16   deputies started punching me in the ribs and chest. They knocked the wind out of me and kept hitting me
17   for around two or three minutes, even though it felt like an hour. I didn't resist at all during this time and
18   no one other than the deputies involved witnessed what was going on.

19       8.    Next, the same deputies took me to a place where inmates were handing out bedding to a
20   line of other inmates. One of the White deputies ordered me to help hand out the bedding. He also told
21   me that as I handed the bedding to each inmate I should say, "I'm a faggot and the deputies are the
22   bomb," and that I'd better do this "if you know what's good for you." About six or seven other deputies
23   observed me handing out the bedding and saying this for about 15-20 minutes. None of them came to my
24   defense, or told me to stop.

25       9.    Afterwards, I was taken to the medical unit and given an evaluation. The beating had left a
26   few bruises on my side, but I didn't say anything about the beating or ask to see a doctor because I was
27   afraid that I might get in more trouble for speaking up. I spent a few days in the medical unit, even
28   though I wasn't seriously injured. Then I was moved to the 9200 dorm in Men's Central Jail.

2<br>DECLARATION OF JONNY JOHNSON

10.   On the day I was moved out of the medical facility to the dorm in Men's Central Jail, my name was announced over the loudspeaker.  I was told to gather my stuff and get ready to move.  I had just woken up and was moving slowly, when a deputy yelled at me to hurry up and get my stuff. All of my belongings, including my legal paperwork and my retainer, were in a plastic bag. The deputy took the plastic bag from me and told me he was going to throw it away. I reached in and pulled out my retainer, which was made out of clear plastic. The deputy stopped me and asked me, "What the hell is this? You a boxer or something?" Then he threw it on the ground and stepped on it, breaking it.

11.   I spent approximately 12 days living the 9200 dorm at MCJ before being released from jail. There were at least 100 men in the dorm. It always felt overcrowded and we never got any roof time during the time I was there. I never saw the daylight while I was living in that dorm. There were five toilets in 9200, but only two worked. The urinals were stopped up, as well. Out of the three showerheads in the bathroom, only one was functioning. The dorm had an awful smell, partly from the stopped up urinals, and partly from the body odor in the dorm from having too many people in that small of a space. The rows of bunk beds were stacked end to end, with the head of one bunk almost touching the foot of the next. There was no room to walk between the rows, so if you wanted to move to the next row, you had to jump over a bed. There was room to walk in the rows alongside the beds, but there were so many people in the dorm that several people had to be in or on top of their bunks at all times.

11.   The level of tension in this particular dorm was usually low, but when tensions did arise it seemed that rather than try to maintain order, deputies responded by trying to instigate the inmate on inmate violence, rather than trying to prevent it. For example, one time, a group of Hispanic inmates were transferred into the dorm and started causing problems. In some dorms, toilets are designated for use by race or gang affiliation—Blacks get to use one toilet, Hispanics another—but not in our dorm. In our dorm, there were no designated toilets. The new guys, who were Hispanic, didn't like this, and they wanted to start a fight over it.

12.   The heads of the Black and Hispanic inmates met in the showers to talk about the problem. There were about eight people in there. I was asked to come into the shower to help translate because I am fluent in Spanish. After first I agreed, but then changed my mind. But I stayed close enough to the showers to see and hear what was going on. The new Hispanic inmates were pressuring the

Hispanic gang reps to fight for designated toilets, but the head of the Black inmates refused to designate toilets by race, saying this was a peaceful dorm. The new Hispanic inmates, who were part of the Southsiders, wouldn't accept this and tensions escalated on both sides.

12.     When it was clear that the Blacks and Hispanics couldn't reach an agreement, the head of the Hispanic gang walked out of the showers and yelled out to the other inmates to "side up," which means to separate into groups based on your affiliation with a gang or an ethnic group. The inmates in the dorm followed his directions and within a few seconds the guys in the dorms were split into two groups on different sides of the dorm, Black inmates on one side, Hispanic and White inmates on the other. The head of the Blacks and the head of the Hispanics met in the middle of the dorm and were screaming at each other, waiting for the other to take the first swing. (Apparently, whichever side takes the first swing gets a harsher punishment from the deputies.) To my surprise, rather than stop the violence from escalating, the deputies egged it on. Over the loudspeaker the deputies kept saying things like, "Is one of you going to swing, or what? Or I'll just come in there and stop this right now." When it was clear no fight would take place the deputies came in and took the Black and Hispanic reps to the hole. Then they came back and took out more people to the hole, those who looked like they were gang-affiliated, I guess.

13.     I know that we were in jail for doing something wrong, but it still seems wrong to be treated the way I was and for deputies to encourage violence between inmates.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed this 18th day of June, 2010 in Los Angeles, California.

/s/

JONNY JOHNSON

4
DECLARATION OF JONNY JOHNSON

Page 87

1   Hispanic gang reps to fight for designated toilets, but the head of the Black inmates refused to designate

2   toilets by race, saying this was a peaceful dorm. The new Hispanic inmates, who were part of the

3   Southsiders, wouldn't accept this and tensions escalated on both sides.

4       12.     When it was clear that the Blacks and Hispanics couldn't reach an agreement, the head of

5   the Hispanic gang walked out of the showers and yelled out to the other inmates to "side up," which

6   means to separate into groups based on your affiliation with a gang or an ethnic group. The inmates in the

7   dorm followed his directions and within a few seconds the guys in the dorms were split into two groups

8   on different sides of the dorm, Black inmates on one side, Hispanic and White inmates on the other. The

9   head of the Blacks and the head of the Hispanics met in the middle of the dorm and were screaming at

10  each other, waiting for the other to take the first swing. (Apparently, whichever side takes the first swing

11  gets a harsher punishment from the deputies.) To my surprise, rather than stop the violence from

12  escalating, the deputies egged it on. Over the loudspeaker the deputies kept saying things like, "Is one of

13  you going to swing, or what? Or I'll just come in there and stop this right now." When it was clear no

14  fight would take place the deputies came in and took the Black and Hispanic reps to the hole. Then they

15  came back and took out more people to the hole, those who looked like they were gang-affiliated, I guess.

16      13.     I know that we were in jail for doing something wrong, but it still seems wrong to be

17  treated the way I was and for deputies to encourage violence between inmates.

18

19      I declare under penalty of perjury of the laws of the State of California and the United States that

20  the foregoing is true and correct. Executed this 18th day of June, 2010 in Los Angeles, California.

21

22

23  6-27-10 /s/ _Jonny Johnson_

24  **JONNY JOHNSON**

25

26

27

28

# DECLARATION OF PRISONER #10
# ROLANDO CALVO

# DECLARATION OF ROLANDO CALVO

I, Rolando Calvo, hereby declare:

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2. I have been an inmate in the Los Angeles County Jail system for about one week. I have been charged with a parole violation and a drug charge. When I was first arrested in mid-June, I went to SuperMax in Wayside. SuperMax is another name for the North County Correctional Facility. I don't know why they sent me to SuperMax – maybe because there was no space here at Men's Central at the time. But most times they've sent me to SuperMax.

3. I got to the Wayside jail on or about June 19, 2010. There were about 30 of us being taken to Wayside to be searched before we entered, and the sheriff's deputies took us all off the bus and into a big, long cell in the jail. Then they told us to strip. We couldn't keep our boxers on – we were totally naked. This was the process for when you first get to the jail. I know because I've been through that process at least four times before at Wayside. Before housing you, they search you.

4. After we stripped, some deputies handcuffed me to a bench alongside one wall in the cell. They didn't tell me why they were handcuffing me. They cleared the rest of the inmates out of the room before they came over to talk to me. I asked them what was going on, and they said, "you're not going in there [the jail] until you take out what's inside of you – the contraband," or something like that.

5. Then they told me to shit on the ground, to see if I was hiding anything in my butt. So I shit on the ground, but nothing – no contraband – came out.

6. At that point, the officers in the room took the handcuffs off me. They put a bag on the floor. They told me to squat on the bag.

7. There were at least four or five officers there. I can't remember their names, but they were all Hispanic or white. None of them was really huge. They were all men. I knew one of them was a sergeant because he had three stripes on his uniform.

8. I was squatting on the ground when one of them starting saying to me, "Stop resisting; stop resisting." But I wasn't resisting anything. I think that they were saying I was resisting so they would

1  have an excuse for what they were going to do to me. They just kept screaming at me to stop

2  resisting.

3  9.  At the time, I was in the corner of the big cell, squatting, and the officers who were there were

4  sort of ringed around me. The first thing they used on me was the pepper spray. They never said,

5  "Give me the contraband or we are going to use pepper spray on you" They never said anything like

6  that. They never gave me any other options. They never said anything like, "I'll put you in discipline

7  until you give the contraband." They just started spraying me. The four or so people around me were

8  all spraying. When they started spraying, I used my hands to cover my face. It was burning. I was

9  pepper sprayed before the hitting happened, so I couldn't really see the names of the officers who

10  later started hitting me. The spray burned my eyes.

11  10. And that's when the flashlights came out. A few of them hit me with their flashlights on my sides.

12  I think they were smart enough not to hit my face so there would not be any obvious marks on me

13  when I had my clothes on.

14  11. I was still squatting on the floor, and when they began hitting me with the flashlights I tipped

15  forward and then landed on my right side, so my right side was on the floor. I was curled up. I was

16  trying to keep my knees in, and keep my legs in. And I wanted to protect my face. My whole left side

17  was where they were hitting me with their flashlights. The blows were hard enough to leave bruises

18  on my left ribs and on my hip. They also started kicking me with their feet, like the way you'd kick a

19  soccer ball – pretty hard. The kicking and the beating with the flashlights all happened fast, kind of at

20  the same time.

21  12. They were saying the whole time, "Stop resisting." And they were also saying, "So you like to

22  fight with deputies." I said nothing. I didn't want them to get mad at what I said.

23  13. While they were hitting me with flashlights, I got Tasered twice. They hit me once in the left

24  wrist. And once the Taser landed just below my left collarbone. The Tasing felt like my whole body

25  was shaking, like you had no control over your body. It hurts. I have scars from it. The one on my

26  wrist is covered by my jail wristband. When they were Tasing me, shit just came out of me. The

27  contraband – which was drugs – also came out.

28  14. The hits with the flashlights were hard, but with the Tasing in between hits, I can't even

1    remember how hard they were hitting me.

2    15. At some point, someone who was a higher level – another sergeant, came in and said, "Calm

3    down everyone," or something like that. This sergeant was a female. She was short and white, with

4    blondish hair. Then they stopped.

5    16. I had pepper spray all over me. I had shit all over me. They took me out of the cell. They took me

6    to a water hose and hosed me down and then one or two deputies took me to medical. I could see at

7    that point, but I don't remember specifically who took me. In medical they had a video camera, and

8    they were recording me, asking me what happened.

9    17. Then they took me to the hospital. At the hospital, they pulled out the Taser things. They said

10   nothing in my body was broken.

11   18. They haven't told me I'm in trouble for the contraband. They gave me 30 days in the hole, or

12   administrative segregation. After being searched in Wayside, they moved me to Men's Central Jail.

13   That's where I'm housed now. I'm a K-10 inmate, which is a high-security inmate. They told me that

14   I'm K-10 because I'm hostile. They told me that after they took the contraband.

15

16   I declare under penalty of perjury of the laws of the State of California and the United States that

17   the foregoing is true and correct. Executed June 30, 2010 in Los Angeles, California.

18

19

20   ────────────────────

21   **Rolando Calvo**

22

23

24

25

26

27

28

# DECLARATION OF ROLANDO CALVO

I, Rolando Calvo, hereby declare:

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2. I have been an inmate in the Los Angeles County Jail system for about one week. I have been charged with a parole violation and a drug charge. When I was first arrested in mid-June, I went to SuperMax in Wayside. SuperMax is another name for the North County Correctional Facility. I don't know why they sent me to SuperMax ~~Rc~~ – maybe because there was no space here at Men's Central at the time. But most times they've sent me to SuperMax.

3. I got to the Wayside jail on or about June 19, 2010. There were about 30 of us ~~on the bus~~ being *Rc to Wayside to be searched before he entered.* taken ~~there~~, and the sheriff's deputies took us all off the bus and into a big, long cell in the jail. Then they told us to strip. We couldn't keep our boxers on – we were totally naked. This was the process for when you first get to the jail. I know because I've been through that process at least four times before at Wayside. Before housing you, they search you.

4. After we stripped, some deputies handcuffed me to a bench alongside one wall in the cell. They didn't tell me why they were handcuffing me. They cleared the rest of the inmates out of the room before they came over to talk to me. I asked them what was going on, and they said, "you're not going in there [the jail] until you take out what's inside of you – the contraband," or something like that.

5. Then they told me to shit on the ground, to see if I was hiding anything in my butt. So I shit on the ground, but nothing – no contraband – came out.

6. At that point, the officers in the room took the handcuffs off me. They put a bag on the floor. They told me to squat on the bag.

7. There were at least four or five officers there. I can't remember their names, but they were all Hispanic or white. None of them was really huge. They were all men. I knew one of them was a sergeant because he had three stripes on his uniform.

8. I was squatting on the ground when one of them starting saying to me, "Stop resisting; stop resisting." But I wasn't resisting anything. I think that they were saying I was resisting so they would

1  have an excuse for what they were going to do to me. They just kept screaming at me to stop

2  resisting.

3  9.  At the time, I was in the corner of the big cell, squatting, and the officers who were there were

4  sort of ringed around me. The first thing they used on me was the pepper spray. They never said,

5  "Give me the contraband or we are going to use pepper spray on you" They never said anything like

6  that. They never gave me any other options. They never said anything like, "I'll put you in discipline

7  until you give the contraband." They just started spraying me. The four or so people around me were

8  all spraying. When they started spraying, I used my hands to cover my face. It was burning. I was

9  pepper sprayed before the hitting happened, so I couldn't really see the names of the officers who

10  later started hitting me. The spray burned my eyes.

11  10. And that's when the flashlights came out. A few of them hit me with their flashlights on my sides.

12  I think they were smart enough not to hit my face so there would not be any obvious marks on me

13  when I had my clothes on.

14  11. I was still squatting on the floor, and when they began hitting me with the flashlights I tipped

15  forward and then landed on my right side, so my right side was on the floor. I was curled up. I was

16  trying to keep my knees in, and keep my legs in. And I wanted to protect my face. My whole left side

17  was where they were hitting me with their flashlights. The blows were hard enough to leave bruises

18  on my left ribs and on my hip. They also started kicking me with their feet, like the way you'd kick a

19  soccer ball – pretty hard. The kicking and the beating with the flashlights all happened fast, kind of at

20  the same time.

21  12. They were saying the whole time, "Stop resisting." And they were also saying, "So you like to

22  fight with deputies." I said nothing. I didn't want them to get mad at what I said.

23  13. While they were hitting me with flashlights, I got Tasered twice. They hit me once in the left

24  wrist. And once the Taser landed just below my left collarbone. The Tasing felt like my whole body

25  was shaking, like you had no control over your body. It hurts. I have scars from it. The one on my

26  wrist is covered by my jail wristband. When they were Tasing me, shit just came out of me. The

27  contraband – which was drugs – also came out.

28  14. The hits with the flashlights were hard, but with the Tasing in between hits, I can't even

2

DECLARATION OF ROLANDO CALVO

Page 94

remember how hard they were hitting me.

15. At some point, someone who was a higher level – another sergeant, came in and said, "Calm down everyone," or something like that. This sergeant was a female. She was short and white, with blondish hair. Then they stopped.

16. I had pepper spray all over me. I had shit all over me. They took me out of the cell. They took me to a water hose and hosed me down and then one or two deputies took me to medical. I could see at that point, but I don't remember specifically who took me. In medical they had a video camera, and they were recording me, asking me what happened.

17. Then they took me to the hospital. At the hospital, they pulled out the Taser things. They said nothing in my body was broken. *RC: They gave me 30 days in the hole, or admin.*

18. They ~~haven't~~ told me ~~if~~ I'm in ~~any~~ trouble for the contraband. After being searched in Wayside, they moved me to Men's Central Jail. That's where I'm housed now. I'm a K-10 inmate, which is a high-security inmate. They told me that I'm K-10 because I'm hostile. They told me that after they took the contraband. *segregation*

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed June ~~29~~ 30, 2010 in Los Angeles, California.

**Rolando Calvo**

# DECLARATION OF PRISONER #11
# ANTONIO CANDELARIO

# DECLARATION OF ANTONIO CANDELARIO

I, Antonio Candelario, hereby declare:

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2. I have been an inmate in the Los Angeles County Jail System since April 2010. I am currently housed in Men's Central Jail. I was originally put in jail for a parole violation related to a police harassment charge, and I am still in jail because deputies planted drugs on me and then charged me with possession.

3. I have been in and out of the Los Angeles jails for approximately the past decade. I have had problems with the deputies in jail since I was processed at the Inmate Reception Center (IRC) for my first stay in jail in 1998 or 1999. At the IRC, a deputy told me to put my face against the wall, but the wall was packed with people standing shoulder to shoulder. When I told the deputy that I couldn't face the wall because there were too many people, he punched me in the face. Two additional deputies joined in, and the three of them punched and kicked me for several minutes. Ever since that incident, I have been designated as K-10. K-10 is the highest security level. I have also been a target for deputy abuse ever since that first incident because the deputies can see in my record that I have a history of run-ins with deputies.

4. I have been assaulted by deputies approximately 4 times since that first incident a decade ago. The most recent incident occurred in April. On or about Wednesday April 17, I filed a request with the jail to be switched from the top bunk to the bottom bunk in a cell because I am disabled (I have a torn ligament in my knee from a previous officer assault in Salina State Prison), and it is easier for me to get into a lower bunk. About two days later, I asked Deputy Gonzalez if I was being given a lower bunk like I requested. Deputy Gonzalez told me to "shut the fuck up," and said that they would "get to it when we'll get to it." I know Deputy Gonzalez because he regularly worked in my module. He is tall, white, and slightly overweight. I believe that Deputy Gonzalez must have talked to the other deputies who worked in my unit because about two days later, two deputies (one was a short, Hispanic male, with a medium build and short hair, and the other was a heavyset, tall Hispanic male) opened up my cell and told me that I had a pass. I assumed I was being moved to a lower bunk, so I limped out of the cell and

1  down the hallway.  When I was far enough down the hallway that I was not directly in front of any cells,

2  one of the deputies cuffed my hands behind my back and asked me why I was limping.  I told him that

3  my limp was from getting beaten up in prison several years ago.  Then, out of nowhere, the short

4  Hispanic deputy began hitting me in the face with his open hand and started yelling, "What's up now.

5  Get crazy now. Mother fucker."  The heavyset Hispanic deputy then joined in, and began hitting me in

6  the back of the head with his open hand.  I believe they were using open hands instead of fists because

7  they didn't want to leave too many bruises.  About 30 seconds after the first two deputies started hitting

8  me, a third deputy joined in.  Because I was being hit by the first two deputies, I could not see what the

9  third deputy looked like.  I remained on my feet for about a minute total until I fell to the ground.  Once I

10  hit the ground, the deputies started kicking me and punching me with closed fists in places that would be

11  covered with clothes when I was dressed – like my back and sides.

12      5.  I started yelling to the sergeant that I was getting beaten up.  I have gotten beaten up by deputies

13  before, so I knew that this was the best thing I could do to try to stop it. I hoped that the sergeant would

14  come over, and that everyone in the area would hear what was going on. Once I started yelling, though,

15  the heavyset Hispanic deputy grabbed my injured leg and pulled me around a corner so that people on the

16  cell row wouldn't be able to hear me as well.  When the deputy pulled my leg, I felt something in my

17  knee tear even more.

18      6.  The yelling must have worried the third deputy that had joined in after the beating started because

19  he stopped assaulting me after I was dragged around the corner.  The two remaining deputies kept

20  kicking me and punching me for what felt like anywhere from five to ten minutes.  Eventually, the

21  deputies stopped assaulting me, and told me to get up.  But because I was in so much pain, I simply

22  remained lying on the floor.  The two remaining deputies then dragged me back to my cell and locked me

23  in.  They forgot to take off my handcuffs, though, so a few minutes later they came back and took off my

24  cuffs.  When they came back, I was able to read their name tags.  The short Hispanic deputy was Deputy

25  Luviano and the tall Hispanic deputy was Deputy Rodriguez.

26      7.  Thirty minutes after the deputies took my handcuffs off, a nurse came by to hand out medication.

27  I told her that I had just been beaten up by the deputies and that I needed to see a doctor.

28      8.  Thirty minutes after that, Deputy Luviano, Deputy Rodriguez, and about four other deputies

showed up at my cell.  Deputy Luviano was wearing plastic gloves.  He asked me if I wanted to make a complaint with the sergeant.  I told him that I did, but that I was not going to leave my cell because the last time I did they beat me up.  Deputy Luviano told me that the sergeant wasn't going to come up to talk to me and that if I wanted to talk to him, I had to get out of my cell.  When I kept refusing to leave my cell, Deputy Luviano told me that if I didn't come out, they were going to come in to get me.

9.  I agreed to go with them because I was afraid they were all going to come into my cell and beat me up again.  I cuffed up and exited my cell.  Once I got out of the cell, Luviano told me that he was going to search me, and asked me if I had anything in my pockets.  I told them that I of course didn't have anything in my pockets because they just finished beating me up.  I hadn't done anything but lie on my cell floor in pain since they beat me up.

10. Luviano stuck his hand directly into my right pocket and pulled out a small sack of white substance.  I started yelling that Deputy Luviano was framing me with drugs so that everyone could hear what was going on and I demanded to be taken down to the sergeant.

11. Deputy Rodriguez took me down to the sergeant. I was still yelling hysterically about having been beaten up and framed with dope.  The sergeant, his name tag said his name was Sergeant Walker, told me to the "shut the fuck up," and said, "I've been listening to you for the last 10 minutes."  He then said, "Do you know why we're doing this?  Because we're evil, wicked, and corrupt."  While the Sergeant was telling me this, Deputy Rodriguez was wiping the blood out of my ear.  I told Rodriguez to stop wiping my ear because it hurt and the sergeant told Rodriguez to take me away and asked Rodriguez who was going to do the paper work.

12. to my surprise, they then sent me to the hole, which is where you go if you're being disciplined.  I was in the hole for a few hours until I got a pass to go to the clinic.  I was scared for my safety so I didn't tell the doctors in the clinic why I was bruised and bloody, but they could see that I was injured so they sent me to L.C.M.C. (Los Angeles County Medical Center).  I stayed overnight at L.C.M.C. where the doctors monitored my condition.  They also inspected my injured knee.

13. The next day, when I got back to Men's Central Jail, I went straight to floor 7000, the medical floor.  Once I was there, I felt safe enough to start talking about what happened to me so I contacted the ACLU and Internal Affairs to tell them what happened.

1    14. I am still waiting to see a doctor for my injured knee, and I'm waiting to go to court for the dope

2  charge that they framed me with.

3

4        I declare under penalty of perjury of the laws of the State of California and the United States that

5  the foregoing is true and correct. Executed this 26th day of July, 2010 in Los Angeles, California.

6

7

8                                    _____

9                                    **Antonio Candelario**

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# DECLARATION OF ANTONIO CANDELARIO

I, Antonio Candelario, hereby declare:

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2. I have been an inmate in the Los Angeles County Jail System since April 2010. I am currently housed in Men's Central Jail. I was originally put in jail for a parole violation related to a police harassment charge, and I am still in jail because deputies planted drugs on me and then charged me with possession.

3. I have been in and out of the Los Angeles jails for approximately the past decade. I have had problems with the deputies in jail since I was processed at the Inmate Reception Center (IRC) for my first stay in jail in 1998 or 1999. At the IRC, a deputy told me to put my face against the wall, but the wall was packed with people standing shoulder to shoulder. When I told the deputy that I couldn't face the wall because there were too many people, he punched me in the face. Two additional deputies joined in, and the three of them punched and kicked me for several minutes. Ever since that incident, I have been designated as K-10. K-10 is the highest security level. I have also been a target for deputy abuse ever since that first incident because the deputies can see in my record that I have a history of run-ins with deputies.

4. I have been assaulted by deputies approximately 4 *CA,* times since that first incident a decade ago. The most recent incident occurred in April. On or about Wednesday April 17, I filed a request with the jail to be switched from the top bunk to the bottom bunk in my *ACA* cell because I am disabled (I have a torn ligament in my knee from a previous officer assault in Salina State Prison), and it is easier for me to get into a lower bunk. About two days later, I asked Deputy Gonzalez if I was being given a lower bunk like I requested. Deputy Gonzalez told me to "shut the fuck up," and said that they would "get to it when we'll get to it." I know Deputy Gonzalez because he regularly worked in my module. He is tall, white, and slightly overweight. I believe that Deputy Gonzalez must have talked to the other deputies who worked in my unit because about two days later, two deputies (one was a short, Hispanic male, with a medium build and short hair, and the other was a heavyset, tall Hispanic male) opened up my cell and told me that I had a pass. I assumed I was being moved to a lower bunk, so I limped out of the cell and

1   down the hallway.  When I was far enough down the hallway that I was not directly in front of any cells,
2   one of the deputies cuffed my hands behind my back and asked me why I was limping.  I told him that
3   my limp was from getting beaten up in prison several years ago.  Then, out of nowhere, the short
4   Hispanic deputy began hitting me in the face with his open hand and started yelling, "What's up now.
5   Get crazy now. Mother fucker."  The heavyset Hispanic deputy then joined in, and began hitting me in
6   the back of the head with his open hand.  I believe they were using open hands instead of fists because
7   they didn't want to leave too many bruises.  About 30 seconds after the first two deputies started hitting
8   me, a third deputy joined in.  Because I was being hit by the first two deputies, I could not see what the
9   third deputy looked like.  I remained on my feet for about a minute total until I fell to the ground.  Once I
10  hit the ground, the deputies started kicking me and punching me with closed fists in places that would be
11  covered with clothes when I was dressed – like my back and sides.

12      5.   I started yelling to the sergeant that I was getting beaten up.  I have gotten beaten up by deputies
13  before, so I knew that this was the best thing I could do to try to stop it. I hoped that the sergeant would
14  come over, and that everyone in the area would hear what was going on. Once I started yelling, though,
15  the heavyset Hispanic deputy grabbed my injured leg and pulled me around a corner so that people on the
16  cell row wouldn't be able to hear me as well.  When the deputy pulled my leg, I felt something in my
17  knee tear even more.

18      6.   The yelling must have worried the third deputy that had joined in after the beating started because
19  he stopped assaulting me after I was dragged around the corner.  The two remaining deputies kept
20  kicking me and punching me for what felt like anywhere from five to ten minutes.  Eventually, the
21  deputies stopped assaulting me, and told me to get up.  But because I was in so much pain, I simply
22  remained lying on the floor.  The two remaining deputies then dragged me back to my cell and locked me
23  in.  They forgot to take off my handcuffs, though, so a few minutes later they came back and took off my
24  cuffs.  When they came back, I was able to read their name tags.  The short Hispanic deputy was Deputy
25  Luviano and the tall Hispanic deputy was Deputy Rodriguez.

26      7.   Thirty minutes after the deputies took my handcuffs off, a nurse came by to hand out medication.
27  I told her that I had just been beaten up by the deputies and that I needed to see a doctor.

28      8.   Thirty minutes after that, Deputy Luviano, Deputy Rodriguez, and about four other deputies

*C. A.*   Page 102

1  showed up at my cell. Deputy Luviano was wearing plastic gloves. He asked me if I wanted to make a
2  complaint with the sergeant. I told him that I did, but that I was not going to leave my cell because the
3  last time I did they beat me up. Deputy Luviano told me that the sergeant wasn't going to come up to
4  talk to me and that if I wanted to talk to him, I had to get out of my cell. When I kept refusing to leave
5  my cell, Deputy Luviano told me that if I didn't come out, they were going to come in to get me.

6      9.  I agreed to go with them because I was afraid they were all going to come into my cell and beat
7  me up again. I cuffed up and exited my cell. Once I got out of the cell, Luviano told me that he was
8  going to search me, and asked me if I had anything in my pockets. I told them that I of course didn't
9  have anything in my pockets because they just finished beating me up. I had hadn't done anything but lie
10 on my cell floor in pain since they beat me up.

11     10. Luviano stuck his hand directly into my right pocket and pulled out a small sack of white
12 substance. I started yelling that Deputy Luviano was framing me with drugs so that everyone could hear
13 what was going on and I demanded to be taken down to the sergeant.

14     11. Deputy Rodriguez took me down to the sergeant. I was still yelling hysterically about having been
15 beaten up and framed with dope. The sergeant, his name tag said his name was Sergeant Walker, told me
16 to the "shut the fuck up," and said, "I've been listening to you for the last 10 minutes." He then said, "Do
17 you know why we're doing this? Because we're evil, wicked, and corrupt." While the Sergeant was
18 telling me this, Deputy Rodriguez was wiping the blood out of my ear. I told Rodriguez to stop wiping
19 my ear because it hurt and the sergeant told Rodriguez to take me away and asked Rodriguez who was
20 going to do the paper work.

21     12. to my surprise, they then sent me to the hole, which is where you go if you're being disciplined. I
22 was in the hole for a few hours until I got a pass to go to the clinic. I was scared for my safety so I didn't
23 tell the doctors in the clinic why I was bruised and bloody, but they could see that I was injured so they
24 sent me to L.C.M.C. (Los Angeles County Medical Center). I stayed overnight at L.C.M.C. where the
25 doctors monitored my condition. They also inspected my injured knee.

26     13. The next day, when I got back to Men's Central Jail, I went straight to floor 7000, the medical
27 floor. Once I was there, I felt safe enough to start talking about what happened to me so I contacted the
28 ACLU and Internal Affairs to tell them what happened.

14. I am still waiting to see a doctor for my injured knee, and I'm waiting to go to court for the dope charge that they framed me with.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed this 23rd day of July, 2010 in Los Angeles, California.

**Antonio Candelario**