# DECLARATION OF DONALD SHORTS

I, DONALD SHORTS, hereby declare:

1.      I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.      I have been an inmate in the Los Angeles County Jail for about three years, since November of 2007. I am currently housed with general population inmates, despite the fact that I have been assaulted by fellow inmates eight or nine times. During three of those assaults, I have been cut with a shank, an improvised knife or razor.

3.      I am a former gang member, and inmates who are a part of my former gang think I am a snitch. These inmates who are a part of my former gang have spread false rumors about me; they tell deputies that I have attempted to kill a police officer (which is not true) and that I have been accused of molesting a child (that is not true either). I think the deputies allow the inmates to beat me because the deputies think that the rumors about me are true.

4.      I have requested to be transferred into protective custody at least three times, but my requests have been denied. I have spoken to officers from Operation Safe Jails, and they have not given me protective custody. The OSJ officers determine who gets protective custody. The OSJ officers say that it's my fault I keep on getting assaulted and say that I am the one who initiates the assaults. That is not true. At the very least, I would like to be kept away from the inmates who have assaulted me and I have a court order for this, but my requests to be kept away from my former gang's members have been denied by the jail.

5.      The most recent incident occurred on June 4, 2010 at about 8 p.m. I was housed in the 3800 Module Row A Cell 7 in Men's Central Jail. I was in my cell working out, when two inmates approached my cell door. I recognized them as members of my former gang; one is called Michael

Lancaster and the other is called Trey. The two inmates did not belong in my module. Since only deputies can open the gates to the module, a deputy must have let them into my module.

6. Michael Lancaster said to me, "Why were you talking to the police?" I replied, "I wasn't talking to no police." Michael Lancaster then shouted, "Open Cell Seven!" to the deputies in the booth. Only deputies can open cell doors. Inmates cannot open cell doors. I think the deputies in the booth opened the door to my cell when Michael Lancaster told them to because the deputies wanted me to get beat up.

7. The cell door popped open. Then Michael Lancaster and Trey jumped me; they used their fists to beat me in my head and body. I tried to defend myself. I did not shout out for help because I knew the deputies had let the two inmates in and I was afraid if I shouted for help, the deputies would come in and beat me too. After about a minute of beating me with their fists, Michael Lancaster and Trey started cutting me with a shank. I could feel the blade cut into the left side of my face and my collar bone. Then Michael Lancaster and Trey left my cell.

8. I was trying to stop the blood running down my face and my cell mates started shouting, "Man down!" to get me medical attention. Three deputies entered my cell. The three deputies are the deputies who work in my module.

9. One of the deputies asked, "What happened?"

10. I said, "You know what happened!" because the deputies had let Michael Lancaster and Trey into the module and into my cell. One the deputies asked, "Do you want to make a statement?" I said, "I want to talk to a sergeant," because I didn't want to make a statement to the same deputies that let Michael Lancaster and Trey beat me. The deputy replied, "There's no sergeant here you can talk to." I repeated, "I want to talk to a sergeant." The deputy then said, "He doesn't want to make a statement." The deputies took me down to the medical unit so that a doctor could examine me.

11.     I have permanent scars on my face and chest from the cuts from the assault. I was also charged by the deputies with Possession of a Shank (an improvised knife) and Physical Fighting and Insubordination to Staff the next day.

12.     I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed July 7, 2010 in Los Angeles, California.


_____

**DONALD SHORTS**

# DECLARATION OF DONALD SHORTS

I, DONALD SHORTS, hereby declare:

1.    I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.    I have been an inmate in the Los Angeles County Jail for about three years, since November of 2007. I am currently housed with general population inmates, despite the fact that I have been assaulted by fellow inmates eight or nine times. During three of those assaults, I have been cut with a shank, an improvised knife or razor.

3.    I am a former gang member, and inmates who are a part of my former gang think I am a snitch. These inmates who are a part of my former gang have spread false rumors about me; they tell deputies that I have attempted to kill a police officer (which is not true) and that I have been accused of molesting a child (that is not true either). I think the deputies allow the inmates to beat me because the deputies think that the rumors about me are true.

4.    I have requested to be transferred into protective custody at least three times, but my requests have been denied. I have spoken to officers from Operation Safe Jails, and they have not given me protective custody. The OSJ officers determine who gets protective custody. The OSJ officers say that it's my fault I keep on getting assaulted and say that I am the one who initiates the assaults. That is *(DS) and I have a court order for* not true. At the very least, I would like to be kept away from the inmates who have assaulted me, but my *this* requests to be kept away from my former gang's members have been denied. *by the jail*

5.    The most recent incident occurred on June 4, 2010 at about 8 p.m. I was housed in the 3800 Module Row A Cell 7 in Men's Central Jail. I was in my cell working out, when two inmates approached my cell door. I recognized them as members of my former gang; one is called Michael Lancaster and the other is called Trey. The two inmates did not belong in my module. Since only

*(DS)*

deputies can open the gates to the module, a deputy must have let them into my module.

6.     Michael Lancaster said to me, "Why were you talking to the police?" I replied, "I wasn't talking to no police." Michael Lancaster then shouted, "Open Cell Seven!" to the deputies in the booth. Only deputies can open cell doors. Inmates cannot open cell doors. I think the deputies in the booth opened the door to my cell when Michael Lancaster told them to because the deputies wanted me to get beat up.

7.     The cell door popped open. Then Michael Lancaster and Trey jumped me; they used their fists to beat me in my head and body. I tried to defend myself. I did not shout out for help because I knew the deputies had let the two inmates in and I was afraid if I shouted for help, the deputies would come in and beat me too. After about a minute of beating me with their fists, Michael Lancaster and Trey started cutting me with a shank. I could feel the blade cut into the left side of my face and my collar bone. Then Michael Lancaster and Trey left my cell.

8.     I was trying to stop the blood running down my face and my cell mates started shouting, "Man down!" to get me medical attention. Three deputies entered my cell. The three deputies are the deputies who work in my module.

9.     One of the deputies asked, "What happened?"

10.     I said, "You know what happened!" because the deputies had let Michael Lancaster and Trey into the module and into my cell. One the deputies asked, "Do you want to make a statement?" I said, "I want to talk to a sergeant," because I didn't want to make a statement to the same deputies that let Michael Lancaster and Trey beat me. The deputy replied, "There's no sergeant here you can talk to." I repeated, "I want to talk to a sergeant." The deputy then said, "He doesn't want to make a statement." The deputies took me down to the medical unit so that a doctor could examine me.

11.     I have permanent scars on my face and chest from the cuts from the assault. I was also

charged by the deputies with Possession of a Shank (an improvised knife) and Physical Fighting and Insubordination to Staff, the next day. (DS)

12.     I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed July 7, 2010 in Los Angeles, California.


**DONALD SHORTS**

# DECLARATION OF PRISONER #19
# RAFAEL SOLORZANO

# DECLARATION OF RAFAEL SOLORZANO

I, Rafael Solorzano, hereby declare:

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2. I have been an inmate in the Los Angeles County jail system since I was arrested on April 15, 2010 for a parole violation. Since then I have been moved between North County Correctional Facility (NCCF), Men's Central Jail, and Lancaster State Prison.

3. On May 5 of this year, at about 7:30 PM, five or six deputies beat me up outside of my dorm. At the time I was housed in the 722 dorm at NCCF. I was supposed to go to a parole hearing that day. As I left the dorm, the deputy on duty told me to go down the ramp and make a right. I went down the ramp and had just turned right around the corner when another deputy grabbed me from behind and tackled me to the ground in the hallway. He told me to put my hands behind my back, and I did as he said because I didn't want any trouble. Once my hands were back the deputy handcuffed me as I laid facedown on the ground. Then I heard something on the jail speakers about a 415. I've heard that code and it usually means that a fight between inmates has broken out.

4. I heard the "ding" of an elevator and the next thing I know I was being beaten by five or six deputies. Since I heard the elevator sound I assumed that these deputies had arrived from the elevator. They hit me all over my body, but especially on my lower back, with their flashlights and batons. I was down on the ground the whole time, but my head was turned sideways so I saw a few of the deputies. Two were black, one was white, and one was Asian. The Asian deputy was female and had a colored tattoo on her upper arm. I did not see the deputies' nametags so I do not remember their names.

5. At the time, I did not know why the deputies were beating me. All I had done was to walk out of my dorm and turn right just like I had been told. Later I found out that the deputies claimed that I had been involved in the fight that had broken out on the hallway. I found this out from my family, who have read the court papers in the case I am involved in now. This is the case where the deputies have accused me of resisting on the day they beat me.

6. I don't remember how long the beating lasted because I was going in and out of consciousness. I was in excruciating pain. On a scale of one to ten, the force of the blows felt like a ten. I was yelling out "My back! My back!" and crying from the pain but the deputies just told me to shut up. Then one of the deputies kicked me in the face so hard that I started to black out. The next thing I remember was a deputy tasering me, which brought me back to consciousness. He tasered me on my right and left butt cheek and the pain cleared my vision. I don't know why they brought out the tasers because I wasn't resisting. I was still handcuffed so it would have been extremely difficult for me to do that.

7. Then the deputies dragged me to a random empty cell that was nearby. They kept telling me to stand up, but my legs were numb and I couldn't stand on my own. They had to pull me by my arms to the open cell where they dumped me on the ground.

8. I waited there for a little while until a sergeant and a senior came into the cell. I knew their rank because of the stripes they had on their uniforms, but I don't remember their names. One of them had glasses, and the sergeant had black and gray hair. Both were Caucasian. They ordered me to stand up, but I told them I couldn't feel my legs. They didn't seem to believe that I couldn't stand up because they kept saying "Get up, we're not playing around." It seemed like they were trying to pick a fight because one of them asked me "Oh, you want to get involved?" The senior and sergeant each grabbed one of my arms and tried to stand me up, but my legs kept collapsing and then they would let go of my arms and drop me to the floor. They did this more than once.

9. After I kept collapsing one of the two said "Oh, he's had enough" and ordered a gurney. A deputy brought a wheelchair and I was taken to the jail infirmary. There I waited two hours until I was taken by ambulance to the Los Angeles County Medical Center (LCMC).

10. I stayed at LCMC for five days in the paraplegic ward. The staff put me there because I had lost sensation in both my legs. Doctors would come in and prick my feet with pins but I could not feel anything. I also could not move my legs. The staff also told me I had significant damage done to my lower back and that this is probably the cause of my leg problems. On the fourth day, I began to feel again in my right leg, but not my left. The doctors there told me that my left leg might be permanently paralyzed. Since I was only at the hospital for a short time, I didn't get any

1   treatment.  They would check up on me from time to time, but that's it.

2   11. On May 10 or 11 I was taken back to jail but this time I went to Men's Central Jail.  I came in

3   with a wheelchair, but the deputies took it away from me as soon as I got there.  They told me I

4   was to be housed on the 7000 floor, which is where inmates go who have crutches and walkers.

5   The deputies told me that no wheelchair was allowed there so they gave me a walker.  I tried to

6   explain to them that I couldn't walk using only a walker.  All of my weight was on my right leg,

7   and every time I tried to stand it would give out and I would fall over.  The deputy told me, "Well

8   you'd better learn."  It was so difficult for me to get around my dorm with the walker that several

9   inmates from that floor helped me get to my bed.

10  12. On May 20 a deputy came by my cell to tell me that I was being declassified into general

11  population.  That would mean that I couldn't even have a walker.  I told him that that was

12  impossible and that I could not walk without help.  The doctors at LCMC had told me that my left

13  leg was paralyzed and every time I tried to use it I would fall over.  I told him that I refused to be

14  declassified.  I saw a sergeant walking by and told him what was happening in the hope that he

15  would fix the situation.  Instead, he told me that refusing declassification would mean ten days in

16  the hole for me.  The hole is solitary confinement with no phone calls or visits.  It is used as

17  discipline for inmates.  I decided to go to the hole because I did not know how I could possibly

18  get around without my walker.  Deputy Gonzalez is the one who took me to the hole.  I remember

19  his name because I have paperwork from the jail about my discipline and he was identified on it

20  as the one who gave me my discipline.

21  13. I was in the hole for six days when a deputy came by and said "Today's your lucky day."  He told

22  me that they would let me out of confinement if I agreed to be put in general population.  By that

23  time I wanted to call my family so badly that I agreed.  A deputy escorted me to the 5550 module

24  where I was to stay.  I had to hold on to the wall the whole way there, and the deputy did not help

25  me.  He asked me if I was going to make it, and I said "yes," but it was very difficult for me to

26  walk without a walker.  A few days later, I was issued a leg brace by the jail medical staff.  This

27  allowed me to walk without holding onto a wall or another inmate.

28  14. On June 2, I was transferred to Lancaster State Prison to serve my time for the parole violation.

While I was there I was seen by the prison medical staff. The nurse I met with looked at my paperwork and asked me if I had come from county jail. I told her that I had. She said that she knew because my paperwork was messed up. She said something like "the paperwork has the wrong explanations" for the injury and that the medications were wrong. She also asked me if I had been beaten up by deputies and I told her that I had. She did not seem to be surprised by this.

15. When she examined me she knew immediately that something was wrong because my left leg was so much smaller than my right one. She said that I was losing muscle because I couldn't use that leg. She told me that I would need surgery, but the prison medical center was not properly equipped to do it. I was prescribed Tylenol 3 for my injuries and received it during my stay at the Lancaster prison.

16. On June 26 I was taken back to Men's Central Jail. The corrections officer told me that it was because I was being charged by the deputies with resisting. At the time I did not know the specifics of the charge, but since then I have found out that it was the deputies who beat me up on May 5 that were accusing me of resisting them on that day. I was told this by my family, who I had been calling about this new case. I also found out from my family at this time that the deputies claimed I was a part of the nearby fight between inmates. My release date is set for November, so I don't know why I was not allowed to serve this time in prison. I guess it is because they want me back at the Los Angeles County jails to answer for the new charges.

17. When I came back to Men's Central Jail they gave me a wheelchair, but they took away the brace that I used to get around. I thought that was strange because this was the same leg brace that they had given me the last time I was in Men's Central Jail. Then they took me to 8119 which is on the floor for people with wheelchairs. That is where I am currently housed.

18. It has now been over two months since the beating and my left leg is still paralyzed. I need my wheelchair to go anywhere. I continue to feel pain in my lower back, but the jail only gives me Motrin which does almost nothing. They will not let me have the Tylenol 3 that I got at Lancaster, even though I have the prescription for it. The nurse at Lancaster had told me I needed surgery, but I have yet to see a doctor at Men's Central Jail. I have been on the doctor's line for a month and I am still waiting.

4

DECLARATION OF RAFAEL SOLORZANO

1

2        I declare under penalty of perjury of the laws of the State of California and the United States that

3 the foregoing is true and correct. Executed August 24, 2010 in Los Angeles, California.

4

5

6

7                                   RAFAEL SOLORZANO

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# DECLARATION OF PRISONER #20 CHARLES PEMBROKE

**Declaration of Charles Pembroke**

I, Charles Pembroke, hereby declare:

1.    I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.    I was incarcerated in Los Angeles County Jail  from May 26, 2006 to March 11, 2008. During my time there, I witnessed inmates in adjacent cells being beat by trustees in the early morning because deputies would open the gates. I have witnessed this happen about four times during my time in Los Angeles County Jail.

3.    Trustees are inmates who are also workers. Trustees were in different uniforms than regular inmates; they often wore white T-shirts. . Trustees are housed in cell blocks with one another, away from other inmates, in a hall across the module I was in, which was about 3600 module. One of the trustees was called "Chief," wore white tennis shoes, and was about 210 pounds and about six feet tall. Trustees pass out towels for showers, sweep and mop the rows, wake people up for court, and assist the deputies in ways like that.

4.    When trustees beat up inmates, trustees usually came two at a time to beat an individual inmate in his cell, while the inmate was still asleep. Most of the beatings I saw occurred when Deputy Guzman or Deputy Juarez were on duty in my module.

5.    General population inmates and trustees cannot open cell doors. Cell doors must be opened by officers in the control booth, where there are release latches that open cell doors. When Deputy Guzman and/or Deputy Juarez were on duty, Deputy Guzman and/ or Deputy Juarez could have opened the cell doors, and the inmates could not have. The deputies also had knowledge of which beds the inmates slept in.

6.    In or around August of 2006, I was housed in either the 3600 or 3800 block in B Row Cell 8. One morning in or around August of 2006, between the hours of about 3:30 a.m. and 4:30 a.m., two trustees, who do not live in our cell block, entered the cell block. I knew this because I was awake at this time. The door to the cell beside me, B7, opened, and the trustees entered that cell. Because the trustees do not have the keys to cells, I knew a deputy in the control room had popped the cell door open for the trustees.

7.    Four inmates were in cell B7. I did not know any of those inmates personally. I could not see into cell B7. But I could hear someone was being severely beaten. I could hear someone being hit against the sink and toilet. This occurred for about three minutes. Then the two trustees walked out of the cell and slammed the cell door shut. I heard an inmate in B7 shouting for help and asking for medical help.

8.    Then eight minutes later, I saw Deputy Guzman enter the jail walkway and stand at the door of cell B7. I heard Deputy Guzman say something like, "Shut the fuck up." Deputy Guzman told the inmate, "Clean up your bloody face," and "You better not tell anyone," or something like that.

9.    As Deputy Guzman turned around, Deputy Guzman saw me peeking through my cell door. With a smile on Deputy Guzman's face, Deputy Guzman said, "Good morning," and walked away.

10.    When the shift changed at 6:00 a.m., deputies of the next shift sent the inmate in B7 to the infirmary for treatment.

11.    On or about March 31, 2007, I was in my cell and an inmate called Jessie Gova and another inmate walked by my cell and told me, "Stay out of it," and "Keep quiet," about the incident in B7. I think these inmates knew about the incident because the deputies told them about it.

12.    In 2007, about May or June, the deputies made all the inmates in my row sit in the hallway of the module. The deputies of my module asked one of the inmates, a black male about six foot four who weighed about 200 pounds, to put on more clothes. The inmate refused to do this. The deputies told the inmate to come out his cell. The inmate came into the hallway where all the other inmates were and we were able to see him and the deputies. One or two deputies started beating him with their fists. The deputies then called for help and about 20 deputies entered the module. The deputies took turns beating the inmate with their fist, radios and flashlights. I saw one of the radios break when it hit the inmate in the face.

13.    The inmate just lay there while the deputies beat him. He started bleeding all over the floor. Blood was coming out of his mouth. This lasted about eight minutes. Then the deputies

    2

1   called for paramedics and got the beaten inmate into a Gurney.

2         14.      To this day, I still have nightmares about the time I spent in jail. I cannot let

3   anyone come too close to me because I do not trust anyone anymore.

4              I declare under penalty of perjury of the laws of the State of California and the

5   United States that the foregoing is true and correct.  Executed this 21st day of June, 2010 in Los

6   Angeles, California.

7

8                              Charles Pembroke

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



3

# DECLARATION OF PRISONER #21
# ALEX KREHBIEL

# DECLARATION OF ALEX KREHBIEL

I, Alex Krehbiel, hereby declare:

1.     I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.     I have been housed in Men's Central Jail since May 19, 2010.

3.     On Thursday, July 29, 2010, I met with my attorney, Jonathan Mandel, for about 30 minutes in the attorney room.  When I finished, I began to walk back to my housing unit.

4.     On the way back, I decided to walk to the medical clinic to try to get treatment for a bad cough I had.  I waited there for about 30 minutes until a nurse told me that since I didn't have a sick pass I would have to return to my housing unit without getting treatment.

5.     I walked back to my housing unit, 32/3400.  When I arrived at the unit, I saw that the door separating the housing unit from the hallway was closed and locked.  I approached the closed door and stood there, looking around to see if I could find a deputy to let me in.

6.     The door to the adjacent unit was open, so inmates were able to look through the cracks in their cells to see me.

7.     An inmate from that unit must have seen me, because someone yelled out, "Hey Little Raymond Steve!" which is my nickname.  I couldn't see who was yelling, so I yelled back in the direction of that unit, "Hey who was that?"

8.     The yelling drew the attention of a group of about six deputies who were standing at the other end of the tier.  One of the deputies in the group started to walk toward me as he yelled, "What the fuck are you doing?  What the fuck do you think you're doing?"  The other deputies in the group were just watching what was happening.

9.     The deputy who walked toward me was white and he looked like he was in his early 40s. He had a thin build and stood about 6 feet tall.  He wore glasses and had a blonde buzz cut that was going a little grey.  He must have been a sergeant or lieutenant or something more senior because he had gold bars on his shoulders.

10.     He continued to approach me, and I told him that I was coming back from the attorney room and the door to my housing unit was closed.  He kind of ignored what I was saying and kept yelling

1   at me, "Why are you yelling?" so I quietly told him, "I'm sorry, I'm sorry."

2       11.    When he got really close to me he yelled at me to face the wall. I turned my body to face

3   the wall and he yelled in my right ear, "This is my fucking house! Where do you think you are? This is

4   my fucking house!"

5       12.    As he was yelling at me, he tried to grab my head and slam my forehead against the wall

6   with his hands. The first time he tried, I stiffened my neck away from the wall and squirmed around, so

7   he wasn't able to get a lot of leverage. He tried to slam my head a second time and I wasn't able to resist,

8   so my forehead slammed hard against the wall. I had a bruise on the upper right side of my forehead for

9   a few days after that.

10       13.    When the deputy slammed my head the second time, an inmate yelled out, "Hey stop,

11   leave him alone!" The deputy heard that and he eased up on me. So he stopped holding my head and

12   walked away.

13       14.    The other deputies in the group had been watching this whole thing. Once the deputy who

14   had slammed my head against the wall left, they all started walking closer to me and taunting me. I

15   looked around at all of them closing in on me and it was then that I had the feeling that I was going to get

16   beat up.

17       15.    One of the deputies told me to face the wall again, so I faced the wall. He came up behind

18   me and punched me on the right side of my ribs. I flinched and bent over to my right side and another

19   deputy punched me in the right side of my face. His fist pressed my cheek hard against my teeth and the

20   inside of my cheek split open.

21       16.    I asked them, "Why are you doing this?" but they just yelled back at me, "Shut the fuck

22   up!"

23       17.    The group of deputies pushed me into the laundry room. The laundry room was empty,

24   and no other inmate could see what was going on. Then they just began to beat the hell out of me.

25       18.    One of them swept my legs out from under me with his leg and I fell onto my side. They

26   all beat me, punching and kicking me on the back of my head, on my ribs, and on my back.

27       19.    I was in shock, I didn't know why they were beating me up and I couldn't believe this was

28   happening. They all had turns beating me, and I was wrestling around on the ground with one of them

2<br>DECLARATION OF ALEX KREHBIEL

1   for a little while.  While they were doing this I was yelling at them asking them why they were doing this

2   to me.  They kept yelling "We're not jumping you!  Shut the fuck up!  Where you from, asshole?  Where

3   you from?"

4        20.        I tried to dodge them all as best I could, but there were so many deputies and I couldn't

5   get out of the laundry room.  I got beaten up pretty badly.  One deputy especially was trying to punch me

6   over and over, and all I could do was evade and block the punches with my hands and arms as best I

7   could.  We were wrestling around on the floor for several minutes.

8        21.        After a little while I just balled up small as I could on the floor.  That same deputy yelled

9   at me, "Why are you balling up?  Why are you balling up?"  I yelled back at him, "Because you're

10  beating the hell out of me!"  And he yelled back, "You're tough, aren't you?  You're tough!"  I think he

11  was getting frustrated that he wasn't landing hard punches or maybe that I wasn't punching him back.

12  He kept trying to hit me, but after a while I successfully held his hands away from me so he couldn't

13  punch me anymore.  Once I did that, he yelled to the other deputies, "Cuff him!  He's getting an add

14  charge!"  I heard that and I yelled back, "For what?  Y'all just beat the hell out of me!"  They didn't

15  actually cuff me at that time, though.

16       22.        I wear my hair in two braided ponytails that reach a few inches below my collar bone.

17  One of the deputies pushed me on my stomach, held his knee on my upper back, and pulled my braids up

18  to force my head off the ground.  I couldn't see what he looked like because I was face down on the

19  ground.

20       23.        I saw a spray can coming at me out of the corner of my eye, and he sprayed me in the face

21  with mace.  It went right in my eyes and my eyes were burning and burning.  It was really painful.  The

22  mace dripped into my mouth and I swallowed some of it.  It got into my lungs, which made me hack and

23  cough.  I was still on my belly and I tried to roll over on my side a little bit so I could breathe better, but

24  the deputy kept pushing me back on the ground.  I thought I was going to suffocate.  I was hurting bad

25  from the beating, but the mace was the worst part.

26       24.        When they sprayed me, I got so scared that I started yelling out, "Help!  Help!"  When I

27  started yelling, one of the deputies picked my head up as far off of the ground as he could, and then

28  slammed it down on the ground two times.  Then I just lay there for a while, moaning incoherently.

25.     They brought me out of the laundry room to another hallway somewhere to a deputy with a handheld camcorder and asked me questions about what had happened.  I don't know exactly where we went because my eyes were still burning from the mace. I could barely see anything, so they had to guide me forward by holding my arms and pointing me in the right direction.  I was just hoping they wouldn't run me into anything.

26.     The deputy turned the camcorder off and said, "Listen, I know how these things happen. Next time just let them cuff you and don't say anything."  I told him, "That's not what they wanted to do. They *did* what they wanted to do."

27.     He sighed and told me, "I don't want inmates thinking they can run their own program.  I also don't want inmates getting the shit beat out of them."

28.     After I was done, they guided me over to the medical clinic where someone put drops in my eyes to neutralize the mace.  I felt so beat up that I was scared of how I was going to look.  When I was able to open my eyes a little bit I was surprised that I didn't look beaten and bloody.  They also bandaged a cut on my forehead and took x-rays of my ribs.  Then a couple deputies took me back to my housing unit.

29.     For days after that, I had a big, dark bruise under my right eye and all these knots and contusions all over my head.  My ribs began to hurt worse and worse as the bruises developed.  Two weeks later, I still have trouble breathing, moving, and sleeping.  As a result of this incident, I was given twenty-nine days in the hole.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed September 1, 2010 in Los Angeles, California.

**Alex Krehbiel**