STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION    ARNOLD SCHWARZENEGGER, GOVERNOR

**CORRECTIONS STANDARDS AUTHORITY**
600 Bercut Drive
Sacramento, CA 95814



September 25, 2009

Sheriff Leroy D. Baca
Los Angeles County Sheriff's Department
4700 Ramona Boulevard
Monterey Park CA 91754

<u>Custody Operations and Correctional Services Divisions
Biennial Inspection - Penal Code § 6031</u>

Dear Sheriff Baca:

During June 2009, the Corrections Standards Authority (CSA) completed the 2008-2010 biennial inspection of the Los Angeles County Sheriff's facilities under command of the Custody Operations and Correctional Services Divisions. This inspection was preceded by preliminary on-site visits in May 19, 2009 to plan the inspection process with Custody Support Services and conduct a pre-inspection briefing with the Chiefs and Commanders of the facilities.

**Scope of Inspection**

The inspection assessed compliance with adult and juvenile regulations in Titles 15 and 24, Minimum Standards for Local Detention Facilities, California Code of Regulations (CCR). It consisted of a "walk-through" of each physical plant, review of policies and procedures governing operations, and staff/inmate interviews. Additionally, we met with health care, inmate program and food services staff. As in past inspections, we interviewed over 50 administrators, managers, supervisory and line staff associated with the facilities.

The following facilities were included in the inspection: Inmate Reception Center (IRC); Men's Central Jail (CJ); Twin Towers Correctional Facility (TTCF); Century Regional Detention Facility (CRDF); CRDF Type I Booking Center (CRDF-Booking); East Facility; North Facility; North Annex-South Facility; and, North County Correctional Facility (NCCF). We did <u>not</u> include the Correctional Treatment Center in the Medical Services Building or the jail unit at Los Angeles County Medical Center (LCMC).[1]

We want to express our appreciation to Chiefs Dennis Burns and Alexander Yim for their support and availability throughout the inspections. Additionally, Commanders and Custody Support Services staff participated in an exit conference on June 12, 2009, at the close of our on-site

---

[1] Biscailuz Recovery Center was closed in June 2002 due to budget constraints. Also in response to budget cuts, Pitchess South Facility was only partially operational as the "North Annex" and the Type II Century Regional Detention Facility housed less than 250 program inmates from Biscailuz.

9/30/09

review. Commanders, facility captains and/or lieutenants were actively involved in the inspection of their facilities and assured us that advance preparations were completed as requested. We want to particularly thank Deputy Jason from Custody Support Services for his coordination and involvement throughout the inspections. Due to the efforts of Deputy Ford, most facilities were prepared for our on-site review and the inspection process proceeded smoothly.

The complete CSA inspection report is enclosed and consists of:
- This transmittal letter, which summarizes the inspection process and our findings;
- A "procedures" checklist that outlines applicable Title 15 sections for <u>adults</u> in custody, and provides more detailed comments related to the regulations (consolidated checklist presents all facilities on one document);
- Facility-specific documents, which provide:
  - Summary information sheets identifying each facility and listing areas of non-compliance;
  - The "physical plant evaluations" outlining requirements for design (Title 24, CCR); and,
  - The "living area space evaluations," which summarize the physical plant configuration for the detention area in each jail and provide comments related to establishing the Board Rated Capacity (BRC).

<u>As discussed during the exit conference, we appreciate the Chiefs' commitment to provide facility commanders and captains with a copy of the report</u>. We recommend continuing the practice of maintaining a permanent historical file of all inspections.

## Health and Fire Inspections

To obtain an overall view of jail conditions, the CSA report should be reviewed in conjunction with inspections that are statutorily required by the fire authority and the health department. Attachment A provides dates for the most recent reports, which were completed in 2004 or 2005. Several facilities do have current inspections on file. IRC, CRDF, CRDF Type I, NCCF, and Pitchess East are current with their fire report. The remaining facilities are due for a fire inspection and all facilities are due for the annual health inspection.

Prior to January 1, 2005 annual fire inspections were required of all jails (Health and Safety Code § 13146.1). Effective in 2005, statute was amended to require the inspections every two years. In Los Angeles County, the local fire authority completes these inspections. Several facilities do not have a fire clearance for this inspection cycle, see attached schedule.

Health and Safety Code (HSC) § 101045 requires the local health officer to conduct at least annual inspections of all places of detention. Their inspection includes evaluations of medical/mental health services (MMH), environmental health and nutrition.

Our office has received current medical/mental reports for all facilities except Pitchess North and CRDF Type II. Additionally, our office has not received current nutrition reports for NCCF, Twin Towers, CJ, and Pitchess East. Once the department receives the reports and addresses any issues, please forward a copy of the reports to CSA so our records can be updated and reflect compliance.

# Attachment B
## Rated Capacity and Facility Population
## June 2009 CSA Inspection
### Los Angeles County Sheriff's Department
### Custody Operations and Correctional Services Divisions Detention Facilities

| Facility | RC[i] | MMH & Discipline Beds[ii] | 2004-2006 Inspection Date | Population on Inspection Date |
|---|---|---|---|---|
| Inmate Reception Center[iii] | 336 | 0 | June 4, 2009 | 512 |
| Central Jail | 5,108 | 638 | June 4, 2009 | 4373 |
| Twin Towers[iv] | 2,244 | 292 | June 4, 2009 | 3875 |
| Century (Type II) | 1,588 | 0 | June 4, 2009 | 1777 |
| Century (Type I Booking Ctr.) | 80 | 0 | June 4, 2009 | 34 |
| Pitchess – East | 926 | Not Reported | June 4, 2009 | 1844 |
| Pitchess–North | 768 | Not Reported | June 4, 2009 | 1158 |
| Pitchess – South [v] | 846 | Not Reported | June 4, 2009 | 1364 |
| North County (NCCF) | 2,208 | Not Reported | June 4, 2009 | 3,952 |

[i] Rated Capacity (BRC) is primarily based on Title 24 physical plant regulations that were in effect at the time a facility was designed. The oldest LASD facilities are evaluated against the "1963" Board of Corrections (BOC) regulations, the earliest available for such purposes. The CSA (formerly BOC) may evaluate systems to increase rated capacities based upon later regulations that are "less restrictive" than those in place at the time of design; however, higher capacities can only be established when departments also meet applicable operational regulations and can demonstrate that they are sufficiently staffed on an ongoing basis to safely operate their facilities at the higher rating. It is recognized that the BRC is not a "constitutionally based" maximum. On a case-by-case basis, courts have deviated from the RC to establish a different and generally higher operating capacities. This occurred in some LASD facilities during past litigation (e.g., CJ has a court established capacity that we understand is approximately 6,800).

[ii] Medical, Mental Health and disciplinary beds are excluded from the RC pursuant to Title 15, Section 1006, which defines rated capacity as "...the number of inmate occupants of which a facility's single and double occupancy cells or dormitories, except those dedicated for health care or disciplinary isolation housing, were planned and designed inconformity to the standards and requirements contained herein and in Title 24." MMH and disciplinary beds are excluded because they are not designed or available for general population housing.

[iii] Effective 1/8/05, IRC assumed operation of the TTCF Units 231/232 to provide a bunk for inmates whose processing is delayed. At the 2005 inspection, we identified the IRC as a "Type II" facility because it is the intake area for the entire detention system. This was done with the recognition that many of the Type II operational requirements (e. g., visiting, exercise, programs) will be met by the housing facility after processing.

[iv] One hundred ninety-six beds are in the Correctional Treatment Center (CTC) in the Medical Services Building and TTCF has 96 disciplinary beds. While other units in TTCF are used for inmates with varying levels of mental health needs, they are designed to housing standards and are essentially available for general population housing. To date, they have been included in the BRC. The RC does not include the inmates or the beds in the locked unit at the LA County Medical Center (LCMC). In 2005 the TTCF RC was changed from 2,628 to 2,244 to adjust for the housing units transferred to IRC management.

[v] The RC was reduced from 910 to 846 to delete 64 beds when Dorms 41 and 42 were converted to dining.

## Corrections Standards Authority
## Adult Detention Facility
## Inspection Cycle Information

| | | | |
|---|---|---|---|
| CSA Code: | 1320 | Inspection Cycle: | 08/10 |
| County: | Los Angeles | Inspection Date: | 6/11/2009 |
| City: | Countywide | Field Representative: | Work, Magi |

### A. Description

| | | | |
|---|---|---|---|
| Department: | Los Angeles Sheriff's Department-Custody Operations | Department #: | 1084 |
| Administrator: | Lee Baca, Sheriff | Phone #: | (323) 526-5541 |
| Address: | 4700 Ramona Blvd. | FAX #: | (323) 267-6000 |
| | Monterey Park, CA 91754 | Email: | ldbaca@lasd.org |
| Admin Desig.: | Sam Jones, Chief of Detention | Phone #: | (213) 893-5001 |
| Address: | Custody Operations Division | FAX #: | (213) 473-6058 |
| | Los Angeles, CA 90012 | Email: | s1jones@lasd.org |
| Facility: | LA Central Jail | Type: | IIJ |
| Facility Address: | 441 Bauchet Street | Phone #'s: | (213) 974-4916 |
| City, State Zip: | Los angeles, CA 90012 | | (213) 974-4921 |
| Mailing Address: | | Fax #'s: | (213) 974-0746 |
| Manager: | Daniel Cruz | Phone # | (213) 974-4911 |
| Title: | Captain | Email: | dscruz@lasd.org |

### B. Physical Plant

Year Facility Completed: 1963  Applicable Standards: 1963
Year Last Remodeled: 1976
Date of Anticipated Opening:

### C. Lawsuit Information

Court-ordered Population Cap (if applicable):

### D. Population Information

| Rated Capacity | | Non-Rated Special Use Beds | | Avg. Daily Population | |
|---|---|---|---|---|---|
| Total RC: | 5108 | Medical/Mental Health: | 602 | # Males: | |
| Total # of Beds: | 5758 | Disciplinary: | 36 | # Females: | |
| | | Other Beds: | 0 | | |
| Total Capacity: | 5746 | Total NRC: | 638 | Total ADP: | 0 |

### E. Local Inspections And Dates

| Inspection Type | Date | Inspection Type | Date |
|---|---|---|---|
| Fire and Life Safety | 9/18/2008 | Health-Environmental | 8/5/2008 |
| Health-Medical/MMH | 3/17/2009 | Health-Nutrition | 6/10/2005 |

Page 208

CORRECTIONS STANDARDS AUTHORITY - BIENNIAL INSPECTION
ADULT DETENTION FACILITY
LIVING AREA SPACE EVALUATION

CSA Code: 1320

| FACILITY: Los Angeles Sheriff's Department Central Jail | TYPE: IIJ | BRC: 5108 |
|---|---|---|
| FIELD REPRESENTATIVE: Magi Work | | DATE: June 11, 2009 |

| ROOMS | | | | | | EACH ROOM | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Location | Cell Type | Applicable Standards | # Cells | EACH CELL | | Total BRC | DIMENSIONS (L x W x H) | FIXTURES* | | | |
| | | | | # Beds | BRC | | | T | U | W | F | S |

Notes: Board Rated Capacity (BRC) was originally determined by calculating all available air space in each module (500 cubic feet per inmate). In older part of the jail, each wing, consisting of the main floor and "mezzanine" contains 130,500 square feet.

The Board of Corrections historically rated the facility at a 5276 BRC. This figure includes an apparent over-count of 40 rated beds that has been continued over the years, as correcting the error added more confusion than benefit. Prior to the 1998-2000 inspection, housing unit 1800 was permanently converted to a law library. Since this was a clear modification to the physical plant, these 40 beds were deducted from the BRC at the 1998-2000 inspection, establishing the BRC at 5236.

At the 2004-2006 inspection department staff reported the total number of available beds at 5,861.

Due to the conversion of cells to additional shower areas the total single cell count has been reduced. The single cell count in the "Old Side" of CJ is now 784 from its original 832. All rows of 3000, 2100, and 2300 floors have been or are under construction to convert select single cells into shower areas. The mezzanine in the "Old Side" is also under construction to convert select "multiple occupancy cells" to additional showers areas. The multiple cell number has reduced from 208 cells to 200 cells on the rows for all of floor 3000. The Main multiple occupancy cell count is reduced from 208 cells to 200 cells on the rows for all of 3000 floor. Module 2900 "A" row count is 62, "B" row count is 72. All areas under construction must be verified at the next inspection cycle when construction is complete. MW 4/07

**"OLD SIDE"**

| Location | Cell Type | Applicable Standards | # Cells | # Beds | BRC | Total BRC | Dimensions (L x W x H) | T | U | W | F | S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2000-3000 | Single | 1963 | 784 | 1 | 784 | 784+ | 4.5 X 9.5 X 9.0 | 1 | | 1 | 1 | |
| Mezzanine | Multiple | 1963 | 200 | 4 | 4 | 800+ | 9.0 X 9.0 X 11.5 | 1 | | 1 | | |
| Main | Multiple | 1963 | 200 | 6 | 6 | 1200+ | 13.0 X 9.0 X 19.6 | 1 | | 1 | | |
| 2900 | Multiple | 1963 | 7 | 6-10 | 8 | 56+ | 9.3 X 19.0 X 9.0 | 1 | | 1 | | |
| 2904 | Single | 1963 | 4 | 1 | 4 | (4)+ | 5.1 X 8.0 X 7.1 | 1 | | 1 | | |
| 2094 | Multiple | 1963 | 2 | 2 | 2 | (4)+ | 5.1 X 11.4 X 7.1 | 1 | | 1 | | |
| 2nd Main | Multiple | 1963 | 7 | 10 | 10 | 70+ | 9.0 X 22.0 X 9.0 | 1 | | 1 | | |
| 3rd Mezzanine | Multiple | 1963 | 14 | 2 | 2 | (28)+ | 9.5 X 5.2 X 9.0 | 1 | | 1 | | |

Notes: 2904, 2094 and 3rd Mezzanine are disciplinary isolation cells (excluded from the BRC).

**1ST FLOOR – MAIN FLOOR "OLD SIDE"**

| Location | Cell Type | Applicable Standards | # Cells | # Beds | BRC | Total BRC | Dimensions (L x W x H) | T | U | W | F | S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1700 | Single | 1963 | 50 | 1 | 1 | 52+ | 4.5 X 9.5 X 9.0 | 1 | | 1 | 1 | |
| 1750 | Single | 1963 | 76 | 1 | 1 | 48+ | 4.5 X 9.5 X 9.0 | 1 | | 1 | 1 | |

Notes: High security modules. Showers at the end of each module. Verify number of cells 2008-2010 inspection cycle. department is reporting 83 cells in 1750 opposed to 76. MW 4/07

*T = Toilets; U = Urinals; W = Wash Basins; F = Fountains; S = Showers in unit; If "Total BRC" appears in brackets ( ), it is not part of the facility's rated capacity. "+" indicates that capacity includes prorated air space from adjacent areas.

| ARTICLE/SECTION | YES | NO | N/A | COMMENTS |
|---|---|---|---|---|
| **Multiple Occupancy Cells (8227)**<br><br>A capacity of more than 2 persons<br>4-73: C apacity between 4-16 inmates | X | | | |
| A minimum of 500 cubic feet of air space per inmate<br>4-73: M inimum of 25 square feet floor space per inmate | | X | | Capacity exceeded due to crowding. |
| Toilet and washbasin<br>4-73: 1 :8 ratio | X | | | Based on BOC file notes, it appears this facility was granted a variance to plumbing ratios at some time in the past. |
| Drinking fountain | X | | | |
| Contain a bunk capable of accommodating a standard 30" X 76" mattress | X | | | |
| **Safety Cells (2.5)** | | | X | No cells of this type in this facility; detail of this regulation deleted from this checklist. |
| **Dormitory (2.8)**<br><br>Capacity of 4-50 inmates<br>4-73: C apacity limitation deleted | X | | | Later regulations re-established a maximum dorm capacity at 64 inmates. |
| 500 cubic feet of air space per inmate<br>4-73: 4 0 square feet per inmate | | X | | Dormitory capacity exceeded due to crowding. |
| A least 10 foot ceilings if double bunked | X | | | |
| 4-73: T oilet and Washbasin ratio at 1:8 ratio | X | | | Based on BOC file notes, it appears this facility was granted a variance to plumbing ratios at some time in the past. |
| 4-73: D rinking fountain | X | | | |
| **Showers (3.4)**<br><br>4-73: Available at 1:16 ratio | | X | | A cell on several tiers has been converted to additional showers. 1963 standards require 1:15 ratio, which evolved to 1:16 and was set at 1:20 in 1994 standards. Count not verified at inspection. Based on BOC file notes, it appears this facility was granted a variance to plumbing ratios at some time in the past. However dorm capacity is crowed. |
| **Lighting (3.6)**<br><br>4-73: Sufficient to permit easy reading | | | X | 1963 standards. |
| 4-73: N ight lighting is sufficient to allow good supervision | | | X | 1963 standards. |
| **Comfortable Living Environment (102(c)6**<br><br>4-73: A comfortable living environment is maintained through an adequate heating and cooling system | | | X | 1963 standards. |

| Location | ROOMS ||||  EACH ROOM ||||||
| | Cell Type | Applicable Standards | # Cells | EACH CELL || Total BRC | DIMENSIONS (L x W x H) | FIXTURES* ||||
| | | | | # Beds | BRC | | | T | U | W | F | S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

### 4th FLOOR

Notes: BOC files indicate a variance was granted to exceed plumbing fixture ratios. It is not clear if this variance only addressed the 4th floor. See discussion related to 9500.

| Location | Cell Type | Applicable Standards | # Cells | # Beds | BRC | Total BRC | Dimensions (L x W x H) | T | U | W | F | S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9100 | Dorm | 1963 | 1 | 140 | 80 | 80 | 40,204 cubic feet | | | | | |
| 9200 | Dorm | 1963 | 1 | 140 | 80 | 80 | | | | | | |
| 9300 | Dorm | 1963 | 1 | 160 | 87 | 87 | 43,757 cubic feet | | | | | |
| 9400 | Dorm | 1963 | 1 | 160 | 71 | 71 | 35,720 cubic feet | | | | | |
| 9500 | Dorm | 1963 | 1 | 250 | 0 | 0 | | | | | | |

Notes: 5/17/96 BOC file notes indicate that the conversion of Dorm 9500 from dayroom to dorm space came to BOC attention during the 94-95 Inspection Cycle. In an attempt to establish a rated capacity, BOC archive files were reviewed and the county measured the space. Conclusions were: Conversion of 9500 from dayroom to dorm space is part of a crowding problem. While 1963 regulations identify a need for dayroom space, those regulations do not specify the amount required. In theory, the jail could identify one square foot and call it dayroom. This would not be reasonable. The clearer test would be one of reasonableness, given the circumstances. The 1963 regulations do not provide much space per prisoner, when compared to more current regulations. All dorms are beyond the rated capacity of even the 1963 standards. The BOC concluded that it would be unreasonable to promote the idea that there is usable space available in the dorms for dayrooms. The better decision would be that 9500 should have remained dayroom and consequently was not rated for housing. Consequently, Dorm 9500 is not included in the Board Rated Capacity.

### MEDICAL HOUSING

Notes: Sheltered housing areas for inmates requiring medical services are on three floors of Central Jail. These areas have not historically been noted on the BOC Living Area Space Evaluation because they are non-rated space. Ten beds in this area were converted to housing juvenile boys in 2003/2004. Juveniles are no longer held at this facility according to policy, June 2009, MW.

| Location | Applicable Standards | Cell Type | # Cells | # Beds | BRC | Total BRC | Dimensions | T | U | W | F | S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6000 | 1963 | Multiple | | 95 | | | | | | | | |
| 7000 | 1963 | Multiple | | 204 | | | | | | | | |
| 8000 | 1963 | Multiple | | 336 | | | | | | | | |
| 8200-MRSA Housing | 1963 | Multiple | | Included in the above 336 total | | | | | | | | |

*T = Toilets; U = Urinals; W = Wash Basins; F = Fountains; S = Showers in unit. If "Total BRC" appears in brackets ( ), it is not part of the facility's rated capacity. "+" indicates that capacity includes prorated air space from adjacent areas.