1  PAUL B. BEACH, State Bar No. 166265
   pbeach@lbaclaw.com
2  JUSTIN W. CLARK, State Bar No. 235477
   jclark@lbaclaw.com
3  LAWRENCE BEACH ALLEN & CHOI, PC
   A Professional Corporation
4  100 West Broadway, Suite 1200
   Glendale, California 91210-1219
5  Telephone No. (818) 545-1925
   Facsimile No. (818) 545-1937
6
   Attorneys for Defendants
7

8              **UNITED STATES DISTRICT COURT**
9
              **CENTRAL DISTRICT OF CALIFORNIA**
10

11
   DENNIS RUTHERFORD, et al.,          )   Case No. CV 75-04111 DDP
12                                      )
                                        )   Honorable Dean D. Pregerson
13            Plaintiffs,               )
                                        )
14                                      )   **NOTICE OF SUBMISSION OF**
       vs.                              )   **DEFENDANTS' RESPONSE TO**
15                                      )   **PROPOSAL BY DR. JAMES**
                                        )   **AUSTIN**
16  SHERMAN BLOCK, et al.,              )
                                        )
17                                      )
              Defendants.               )
18                                      )
                                        )
19  ──────────────────────────────────)

20  TO THE COURT, ALL INTERESTED PARTIES AND THEIR ATTORNEYS
21  OF RECORD:
22  ///
23  ///
24  ///
25
26
27
28

RUTHERFORD\DEFT'S RESPONSE TO PROPOSAL BY DR. JAMES AUSTIN

1    Defendants Sherman Block, et. al. (hereinafter "Defendants") hereby
2 submit the following Notice of Submission of Defendants' Response to Proposal
3 by Dr. James Austin.
4    Attached hereto as Exhibit "A" is Defendants' response to the Proposal of
5 Dr. James Austin entitled Current Assessment and Projections of the Los Angeles
6 Sheriff's Department Jail Population.  This response was sent to Dr. Austin on
7 September 20, 2010.
8
9 Dated: September 22, 2010          LAWRENCE BEACH ALLEN & CHOI, PC
10
11                                   By ____/s/__Justin W. Clark_____
12                                       Justin W. Clark
13                                       Attorneys for Defendants
                                         Defendants Sherman Block, et al.
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A





**County of Los Angeles**
*Sheriff's Department Headquarters*
*4700 Ramona Boulevard*
*Monterey Park, California 91754-2169*

LEROY D. BACA, SHERIFF

September 17, 2010

James Austin, Ph.D.
The JFA Institute
2540 Cayman Road
Malibu, California 90265

Dear Dr. Austin:

I have received and had a chance to review your Current Assessment and Projections of Los Angeles County Sheriff's Department Jail Population ("Proposal") that was filed with the court on August 24, 2010.

While we appreciate your interest in analyzing our jail population, the Chief Executive Officer (CEO) has already commissioned the Vera Institute to conduct a detailed analysis of the criminal justice processes and procedures in great detail.

As we both know, jail populations increase or decrease consistent with operating policies, practices, and efficiencies within the entire criminal justice system. With that said, your proposal and methodology are precisely what is already being studied in a much larger scope. We do not believe it prudent to duplicate the work.

Specifically, addressing your suggestion to make recommendation to the Los Angeles Superior Court to reduce the jail population, the Vera Institute has already made recommendations to the CEO to expand existing court procedures (early disposition program, video arraignment and expanding pre-trial services). However, as you know the jails are operated by the county and the courts are operated by the State of California. As yet, the courts and the district attorney have been slow to implement or adopt to the fullest extent the recommendations. I do not believe that it would be productive to generate yet another list of recommendations that the Department cannot implement.

In summary, I would offer the following with regard to your overall proposal.

- The Department is already very familiar with the inmate population and knows those inmates who might be considered "low risk".

*A Tradition of Service*

Dr. James Austin                          -2-                    September 17, 2010

- Current California law does not allow the Department to place pretrial detainees on pretrial release. This is why I have spearheaded state legislation AB 1369 to give county sheriffs the legal authority to place certain pre-sentenced prisoners (felony and misdemeanor) on electronic monitoring. This bill is currently on the Governor's desk awaiting his approval. Furthermore, the proposed criteria for eligibility would be that criteria already applied to sentenced prisoners. I would welcome the ACLU's and your support of the Sheriff's legislative efforts.

- Whether or not the Superior Courts could or should impose "sentence reductions" is an issue for the Judicial Branch, not the Executive Branch.

In light of the above, I have strong reservations regarding the necessity for your proposed study and at this time, the Sheriff's Department does not believe it would be beneficial for your study to proceed. Should you have any questions, please contact me at (323) 526-5000.

Sincerely,

LEROY D. BACA
SHERIFF