1  MARK D. ROSENBAUM, SBN 59940
   mrosenbaum@aclu-sc.org
2  PETER J. ELIASBERG, SBN 189110
   Email: peliasberg@aclu-sc.org
3  ACLU Foundation of Southern California
   1313 West Eighth Street
4  Los Angeles, CA 90017
   Telephone: (213) 977-9500
5  Facsimile: (213) 977-5297

6  MARGARET WINTER*
   mwinter@npp-aclu.org
7  ERIC G. BALABAN*
   Email: ebalaban@npp-aclu.org
8  National Prison Project of the ACLU
   915 15th Street NW, 7th Floor
9  Washington, D.C. 20005
   Telephone: (202) 548-6605
10 Facsimile: (202) 393-4931
11 *Not admitted in D.C.; practice limited to federal courts

12 Attorneys for Plaintiffs
   (continued on next page)
13

14

15                 **UNITED STATES DISTRICT COURT**

16                 **CENTRAL DISTRICT OF CALIFORNIA**

17

| | |
|---|---|
| 18  DENNIS RUTHERFORD, et al., | Case No. CV75-04111 DDP |
| 19        Plaintiffs, | Honorable Dean D. Pregerson |
| 20        vs. | **PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PROTECTIVE ORDER** |
| 21  LEROY BACA, et al., | |
| 22        Defendants. | |
| 23  _____ | Hearing Date: November 8, 2010<br>Time: 10:00 a.m.<br>Courtroom: 3 |

24

25

26

27

28

1  MELINDA BIRD, SBN 102236
   melinda.bird@disabilityrightsca.org
2  Disability Rights California
   3580 Wilshire Blvd., Suite 902
3  Los Angeles, California 90010
   Telephone: (213) 355-3605
4  Facsimile: (213) 427-8767

5  Bingham McCutchen LLP
   STEPHEN D. ALEXANDER, SBN 141099
6  stephen.alexander@bingham.com
   JENNIFER B. MIKOLEVINE, SBN 236745
7  jennifer.mikolevine@bingham.com
   355 South Grand Avenue, Suite 4400
8  Los Angeles, California 90071-1560
   Telephone: (213) 680-6400
9  Facsimile: (213) 680-6499

10 Bingham McCutchen LLP
   STACY W. HARRISON, SBN 175028
11 stacy.harrison@bingham.com
   1620 26th Street
12 4th Floor, Main Tower
   Santa Monica, California 90404
13 Telephone: (310) 907-1000
   Facsimile: (310) 907-2000

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# NOTICE OF MOTION

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on November 8, 2010, at 10:00 A.M., or as soon thereafter as the matter may be heard before the Honorable Dean D. Pregerson, in Courtroom 3 of the United States District Court, Central District of California, 312 North Spring Street, Los Angeles, California 90012, the Plaintiffs in this action through their attorneys of record will move the court for a protective order enjoining Defendants from retaliating against or permitting retaliation against prisoners in Men's Central Jail for communicating with the ACLU.

This motion is based on this Notice of Motion, the Plaintiffs' Memorandum of Points and Authorities in Support of the Motion for Protective Order and the declarations and exhibits that the Plaintiffs concurrently filed and served on October 8, 2010, the complaint, and such additional authorities and arguments as may be presented in reply and at any hearing on Plaintiffs' motion.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place by telephone on September 23, 2010.  *See* Declaration of Peter Eliasberg filed concurrently herewith.

DATED: October 8, 2010

Respectfully submitted,

ACLU Foundation of Southern California

ACLU National Prison Project

Disability Rights California

Bingham McCutchen, LLP

By: s/ Peter J. Eliasberg
Peter J. Eliasberg
ACLU Foundation of Southern California
Attorney for Plaintiffs