**Declaration of Peter J. Eliasberg**

I, Peter J. Eliasberg, hereby declare:

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2. I am Managing Attorney at the ACLU Foundation of Southern California. I am admitted to practice in the state of California and before this Court. I am one of the counsel for the plaintiff class in this matter.

3. On September 23, 2010, I spoke with Defendants' counsel Paul Beach pursuant to Local Rule 7-3 to discuss our intention to file a motion for a protective order.

4. We discussed the possibility of Defendants' stipulating to an order. On Monday 27, 2010 I sent Mr. Beach an e-mail that set forth the relief we would be seeking, either by stipulated order, or through a court order on our motion. I also informed him that if Defendants were not willing to stipulate to that relief, we would file a motion for a protective order seeking that relief.

5. I heard nothing back from Mr. Beach, so I e-mailed him again on October 7, 2010 and informed him we planned to file our motion on October 8, 2010, unless Defendants agreed to stipulate to the relief we were seeking by noon, October 8, 2010. On October 8, 2010 Mr. Beach replied by e-mail to my October 7, 2010 e-mail and stated Defendants would not agree to stipulate to all the relief we were seeking.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed October 8, 2010 in Los Angeles, California.

                                              s/ Peter J. Eliasberg
                                              Peter J. Eliasberg