MARK D. ROSENBAUM, SBN 59940
mrosenbaum@aclu-sc.org
PETER J. ELIASBERG, SBN 189110
Email: peliasberg@aclu-sc.org
ACLU Foundation of Southern California
1313 West Eighth Street
Los Angeles, CA 90017
Telephone: (213) 977-9500
Facsimile: (213) 977-5297

MARGARET WINTER*
mwinter@npp-aclu.org
ERIC G. BALABAN*
Email: ebalaban@npp-aclu.org
National Prison Project of the ACLU
915 15th Street NW, 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6605
Facsimile: (202) 393-4931
*Not admitted in D.C.; practice limited to federal courts

Attorneys for Plaintiffs
(continued on next page)

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DENNIS RUTHERFORD, et al., | Case No. CV75-04111 DDP |
| Plaintiffs, | Honorable Dean D. Pregerson |
| vs. | [PROPOSED] PROTECTIVE ORDER |
| LEROY BACA, et al., | Hearing Date: November 8, 2010 |
| Defendants. | Time: 10:00 a.m. |
| | Courtroom: 3 |

1  MELINDA BIRD, SBN 102236
   melinda.bird@disabilityrightsca.org
2  Disability Rights California
   3580 Wilshire Blvd., Suite 902
3  Los Angeles, California 90010
   Telephone: (213) 355-3605
4  Facsimile: (213) 427-8767

5  Bingham McCutchen LLP
   STEPHEN D. ALEXANDER, SBN 141099
6  stephen.alexander@bingham.com
   JENNIFER B. MIKOLEVINE, SBN 236745
7  jennifer.mikolevine@bingham.com
   355 South Grand Avenue, Suite 4400
8  Los Angeles, California 90071-1560
   Telephone: (213) 680-6400
9  Facsimile: (213) 680-6499

10 Bingham McCutchen LLP
   STACY W. HARRISON, SBN 175028
11 stacy.harrison@bingham.com
   1620 26th Street
12 4th Floor, Main Tower
   Santa Monica, California 90404
13 Telephone: (310) 907-1000
   Facsimile: (310) 907-2000

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1    This Court heard Plaintiffs' Motion for a Protective Order in the above-
2 referenced action on November 8, 2010, at 10:00 A.M..
3    Having considered the papers filed in support of and opposition to Plaintiffs'
4 motion, the arguments of counsel, and the complaint, and for good cause shown,
5    IT IS HEREBY ORDERED that Plaintiffs' request for a protective order is
6 GRANTED.
7    IT IS FURTHER ORDERED that Defendants and their officers, agents,
8 employees, and all those in active concert or participation with them (collectively
9 "Defendants"), are prohibited from retaliating against prisoners in Men's Central
10 Jail (MCJ) for communicating with the ACLU by any means, including but not
11 limited to punishments, the denial of privileges, beatings, the planting of
12 contraband, the destruction of prisoners' personal property, searches, or other
13 punishments or reprisals.
14    IT IS FURTHER ORDERED THAT Defendants are prohibited from
15 attempting to intimidate or deter prisoners in MCJ from communicating with the
16 ACLU by any means, including but not limited to (a) punishments, denials of
17 privileges or searches; (b) threatening class members, directly or by implication,
18 with any punishment or penalty for communicating or attempting to communicate
19 with the ACLU; (c) questioning class members about their communications with
20 the ACLU; (d) disseminating to other prisoners the fact that a prisoner
21 communicated or attempted to communicate with the ACLU; or (e) disseminating,
22 for purposes of intimidation and/or without legitimate need, the fact that prisoners
23 communicated or attempted to communicate with the ACLU, to staff persons or
24 other officials at the Men's Central Jail.
25    IT IS FURTHER ORDERED THAT Defendants shall enforce their official
26 policy by training any deputies assigned to MCJ in the anti-retaliation policy,
27 thoroughly investigating claims of retaliation, and adopting a policy of zero
28 tolerance for retaliation.

IT IS FURTHER ORDERED THAT Defendants shall post their official anti-retaliation policy in all housing areas and common areas in Men's Central Jail and shall distribute the policy to all prisoners held in segregation in MCJ.

IT IS FURTHER ORDERED THAT Defendants shall track in F.A.S.T. all complaints of retaliation in MCJ for communicating with the ACLU, including identifying the officer(s) who are the subject of such allegations, and documenting the extent and result of such investigations.

IT IS FURTHER ORDERED THAT Defendants shall inform the ACLU of all complaints of retaliation in MCJ for communicating with the ACLU, and shall report the results and provide the materials regarding all investigations of any such complaints to the ACLU.

IT IS FURTHER ORDERED THAT Defendants shall take all reasonable steps to protect prisoners who complain of retaliation in MCJ for communicating with the ACLU from future retaliation, including the opportunity for transfer, either within MCJ but to a new housing area, or to another facility in the Los Angeles County jails.

IT IS FURTHER ORDERED THAT Defendants shall offer prisoners who complain of retaliation for speaking with the ACLU the opportunity to have an immediate medical exam, where the complained of retaliation took the form of physical abuse.

Dated: _____          _____
                                 The Honorable Dean D. Pregerson
                                 U.S. District Court Judge


Submitted By:

s/ Peter J. Eliasberg
Peter J. Eliasberg
Attorney for Plaintiffs

2