PAUL B. BEACH, State Bar No. 166265
pbeach@lbaclaw.com
JUSTIN W. CLARK, State Bar No. 235477
jclark@lbaclaw.com
LAWRENCE BEACH ALLEN & CHOI, PC
100 West Broadway, Suite 1200
Glendale, California 91210-1219
Telephone No. (818) 545-1925
Facsimile No. (818) 545-1937

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS RUTHERFORD, et al., | Case No. CV 75-04111 DDP |
| Plaintiffs, | Honorable Dean D. Pregerson |
| vs. | **STIPULATION FOR CONTINUANCE OF THE HEARING DATE AND BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR PROTECTIVE ORDER** |
| SHERMAN BLOCK, et al., | |
| Defendants. | [*Proposed*] *Order Lodged Concurrently Herewith*] |

///
///
///

1

1   Defendants and Plaintiffs, by and through their counsel, hereby agree and
2   stipulate as follows:
3        Whereas Plaintiffs filed a Motion for a Protective Order ("Plaintiffs'
4   Motion") on October 8, 2010 (Docket No. 228);
5        Whereas Plaintiffs' Motion is currently set for hearing on November 8,
6   2010;
7        Whereas Defendants' Opposition to Plaintiffs' Motion is due on October
8   18, 2010 and Plaintiffs' Reply is due on October 25, 2010;
9        Whereas Defendants requested and Plaintiffs agreed to a three-week
10  continuance of the hearing date and briefing schedule on Plaintiffs' Motion.
11       BASED ON THE ABOVE, Plaintiffs and Defendants hereby stipulate as
12  follows:
13  ///
14  ///
15  ///
16
17
18
19
20
21
22
23
24
25
26
27
28

1    The November 8, 2010 hearing date on Plaintiffs' Motion is continued to

2  November 29, 2010.  Defendants' Opposition to Plaintiffs' Motion due on

3  November 8, 2010 and Plaintiffs' Reply is due on November 15, 2010.

4

5  Dated:  October 13, 2010          LAWRENCE BEACH ALLEN & CHOI, PC

6

7                                    By _____

8                                         Justin W. Clark
                                          Attorneys for Defendants
9

10

11  Dated:  October 13, 2010          ACLU FOUNDATION OF

12                                     SOUTHERN CALIFORNIA

13                                     ACLU NATIONAL PRISON PROJECT

14                                     DISABILITY RIGHTS CALIFORNIA

15                                     BINGHAM MCCUTCHEN LLP

16

17                                     By _____

18                                         Peter Eliasberg
                                           Attorneys for Plaintiffs
19

20

21

22

23

24

25

26

27

28

1    The November 8, 2010 hearing date on Plaintiffs' Motion is continued to
2    November 29, 2010.  Defendants' Opposition to Plaintiffs' Motion due on
3    November 8, 2010 and Plaintiffs' Reply is due on November 15, 2010.

4

5    Dated:  October 13, 2010        LAWRENCE BEACH ALLEN & CHOI, PC

6

7                                   By_____
8                                        Justin W. Clark
9                                        Attorneys for Defendants

10

11   Dated:  October 13, 2010        ACLU FOUNDATION OF
12                                   ----------------SOUTHERN CALIFORNIA
13                                   ACLU NATIONAL PRISON PROJECT
14                                   DISABILITY RIGHTS CALIFORNIA
15                                   BINGHAM MCCUTCHEN LLP

16

17                                   By_____
18                                        Peter Eliasberg
19                                        Attorneys for Plaintiffs

20

21

22

23

24

25

26

27

28

3