1

2

3

4

5

6

7

8          **UNITED STATES DISTRICT COURT**

9          **CENTRAL DISTRICT OF CALIFORNIA**

10

11   DENNIS RUTHERFORD, et al.,          ) Case No. CV 75-04111 DDP
                                          )
12              Plaintiffs,               ) Honorable Dean D. Pregerson
                                          )
13                                        ) **[PROPOSED] ORDER**
                                          ) **APPROVING STIPULATION OF**
14        vs.                             ) **THE PARTIES FOR**
                                          ) **CONTINUANCE OF HEARING**
15                                        ) **DATE AND BRIEFING**
     SHERMAN BLOCK, et al.,               ) **SCHEDULE ON PLAINTIFFS'**
16                                        ) **MOTION FOR PROTECTIVE**
                                          ) **ORDER**
17              Defendants.               )
                                          ) *[Stipulation Filed Concurrently*
18   _____ ) *Herewith]*

19

20

21   ///

22   ///

23   ///

24

25

26

27

28

RUTHERFORD\Pleadings\Proposed Order approving stip re Mtn for Prot Order

The Parties having stipulated and good cause appearing:

IT IS HEREBY ORDERED that:

1.     The November 8, 2009 hearing on Plaintiffs' Motion is continued to November 29, 2010 at 10:00 a.m.;

2.     Defendants' Opposition to Plaintiffs' Motion is due on November 8, 2010;

3.     Plaintiffs' Reply to Defendants' Opposition to Plaintiffs' Motion is due on November 15, 2010.

IT IS SO ORDERED.

Dated: _____          _____

                                              Honorable Dean D. Pregerson
                                              United States District Judge

RUTHERFORD\Pleadings\Proposed Order approving stip re Mtn for Prot Order