1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| DENNIS RUTHERFORD, et al., | ) Case No. CV 75-04111 DDP |
|---|---|
| Plaintiffs, | ) Honorable Dean D. Pregerson |
|  | ) **ORDER APPROVING STIPULATION OF THE PARTIES FOR CONTINUANCE OF HEARING DATE AND BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR PROTECTIVE ORDER** |
| vs. | |
| SHERMAN BLOCK, et al., | |
| Defendants. | ) [*Stipulation Filed Concurrently Herewith*] |

///
///
///

1
RUTHERFORD\Pleadings\Proposed Order approving stip re Mtn for Prot Order

The Parties having stipulated and good cause appearing:

IT IS HEREBY ORDERED that:

1. The November 8, 2009 hearing on Plaintiffs' Motion is continued to November 29, 2010 at 10:00 a.m.;

2. Defendants' Opposition to Plaintiffs' Motion is due on November 8, 2010;

3. Plaintiffs' Reply to Defendants' Opposition to Plaintiffs' Motion is due on November 15, 2010.

IT IS SO ORDERED.

Dated: October 15, 2010

Honorable Dean D. Pregerson
United States District Judge