1  MARK D. ROSENBAUM (SBN 59940)
   mrosenbaum@aclu-sc.org
2  PETER ELIASBERG (SBN 189110)
   peliasberg@aclu-sc.org
3  ACLU Foundation of Southern California
   1313 W. 8th Street
4  Los Angeles, CA 90017
   Telephone: (213) 977-9500
5  Facsimile: (213) 977-5297

6  MARGARET WINTER
   mwinter@npp-aclu.org
7  ERIC G. BALABAN*
   ebalaban@nnp-aclu.org
8  National Prison Project of the ACLU
   915 15th Street NW, 7th Floor
9  Washington, D.C. 20005
   Telephone: (202) 393-4930
10 Facsimile: (202) 393-4931
   *Not admitted in D.C.; practice limited to
11 federal courts

12 Attorneys for Plaintiffs
   DENNIS RUTHERFORD, ET AL.
13 (continued on next page)

14                    UNITED STATES DISTRICT COURT

15                   CENTRAL DISTRICT OF CALIFORNIA

16                          WESTERN DIVISION

17

| 18 DENNIS RUTHERFORD, et al. | Case No. CV 75-04111 DDP |
|---|---|
| 19           Plaintiffs, | NOTICE OF MOTION AND MOTION TO COMPEL RESPONSES TO FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS |
| 20      v. | |
| 21 LEROY BACA, as Sheriff of the County of Los Angeles, MICHAEL D. ANTONOVICH, DON KNABE, GLORIA MOLINA, ZEV YAROSLAVSKY, as Supervisors of the County of Los Angeles, et al. | |
| 22 | |
| 23 | Date: |
|    | Time: |
| 24 | Judge: Hon. Dean D. Pregerson |
|    | Place: Courtroom 3 |
| 25           Defendants. | |

26

27

28

A/73539959.1

1  MELINDA BIRD (SBN 102236)
   melinda.bird@disabilityrightsca.org
2  Disability Rights California
   3580 Wilshire Blvd., Suite 902
3  Los Angeles, California 90010
   Telephone: (213) 355-3605
4  Facsimile: (213) 427-8767

5  Bingham McCutchen LLP
   STEPHEN D. ALEXANDER (SBN 141099)
6  stephen.alexander@bingham.com
   JENNIFER B. MIKOLEVINE (SBN 236745)
7  jennifer.mikolevine@bingham.com
   355 South Grand Avenue, Suite 4400
8  Los Angeles, California 90071-1560
   Telephone: (213) 680-6400
9  Facsimile: (213) 680-6499

10 Bingham McCutchen LLP
   STACY W. HARRISON (SBN 175028)
11 stacy.harrison@bingham.com
   1620 26th Street
12 4th Floor, Main Tower
   Santa Monica, California 90404
13 Telephone: (310) 907-1000
   Facsimile: (310) 907-2000

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

A/73539959.1

# NOTICE OF MOTION

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTE THAT on          2010, at   :   .m., or as soon thereafter as counsel may be heard before the Honorable Dean Pregerson, in Courtroom 3 of the United States District Court, Central District of California, 312 North Spring Street, Los Angeles, California, 90012, the Plaintiffs in this action through their attorneys of record will move the Court for an order compelling Defendants Leroy Baca, et alia, to produce documents responsive to Plaintiffs' First Set of Requests for Production of Documents.

This motion is based on this Notice of Motion; the concurrently filed Joint Stipulation; the concurrently filed Exhibits, Declarations, Requests for Judicial Notice and Objections thereto; all of the pleadings, files, and records in this action; and on such additional authorities and argument as may be presented in response and at any hearing on Plaintiffs' motion.

This motion is made following the conference of counsel pursuant to L.R. 37-1 which took place in person on March 3, 2010 and via correspondence dated February 16, March 11, March 12, April 6, May 24, May 28, June 4, and

///
///
///
///
///
///
///

A/73539959.1

1

June 17, 2010. *See* Declaration of Jennifer B. MikoLevine, filed concurrently herewith.

DATED: October 28, 2010

Respectfully submitted,

ACLU Foundation of Southern California

ACLU National Prison Project

Disability Rights California

Bingham McCutchen LLP


By: /s/ Jennifer B. MikoLevine
Jennifer B. MikoLevine
Bingham McCutchen LLP
Attorneys for Plaintiffs

A/73539959.1

2

DECLARATION OF JENNIFER MIKOLEVINE IN SUPPORT OF JOINT STIPULATION FOR MOTION TO COMPEL RESPONSES TO FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS