1  MARK D. ROSENBAUM (SBN 59940)
   mrosenbaum@aclu-sc.org
2  PETER ELIASBERG (SBN 189110)
   peliasberg@aclu-sc.org
3  ACLU Foundation of Southern California
   1313 W. 8th Street
4  Los Angeles, CA 90017
   Telephone: (213) 977-9500
5  Facsimile: (213) 977-5297

6  MARGARET WINTER
   mwinter@npp-aclu.org
7  ERIC G. BALABAN*
   ebalaban@nnp-aclu.org
8  National Prison Project of the ACLU
   915 15th Street NW, 7th Floor
9  Washington, D.C. 20005
   Telephone: (202) 393-4930
10 Facsimile: (202) 393-4931
   *Not admitted in D.C.; practice limited to
11 federal courts

12 Attorneys for Plaintiffs
   DENNIS RUTHERFORD, ET AL.
13 (continued on next page)

14              UNITED STATES DISTRICT COURT

15              CENTRAL DISTRICT OF CALIFORNIA

16                    WESTERN DIVISION

17

18 DENNIS RUTHERFORD, et al.          Case No. CV 75-04111 DDP

19         Plaintiffs,                **DECLARATION OF MARY
                                      TIEDEMAN IN SUPPORT OF
20     v.                             JOINT STIPULATION REGARDING
                                      PLAINTIFFS' MOTION TO
21 LEROY BACA, as Sheriff of the      COMPEL RESPONSES TO FIRST
   County of Los Angeles, MICHAEL D.  SET OF REQUESTS FOR
22 ANTONOVICH, DON KNABE,             PRODUCTION OF DOCUMENTS**
   GLORIA MOLINA, ZEV
23 YAROSLAVSKY, as Supervisors of the
   County of Los Angeles, et al.      Date:  December 6, 2010
24                                    Time:  10:00 a.m.
           Defendants.                Judge: Hon. Dean D. Pregerson
25                                    Place: Courtroom C

26

27

28  A/73455905.1

Declaration of Mary Tiedeman In Support Of Joint Stipulation Regarding Plaintiffs' Motion To Compel Responses
To First Set Of Requests For Production Of Documents

1  MELINDA BIRD (SBN 102236)
   melinda.bird@disabilityrightsca.org
2  Disability Rights California
   3580 Wilshire Blvd., Suite 902
3  Los Angeles, California 90010
   Telephone: (213) 355-3605
4  Facsimile: (213) 427-8767

5  Bingham McCutchen LLP
   STEPHEN D. ALEXANDER (SBN 141099)
6  stephen.alexander@bingham.com
   JENNIFER B. MIKOLEVINE (SBN 236745)
7  jennifer.mikolevine@bingham.com
   355 South Grand Avenue, Suite 4400
8  Los Angeles, California 90071-1560
   Telephone: (213) 680-6400
9  Facsimile: (213) 680-6499

10 Bingham McCutchen LLP
   STACY W. HARRISON (SBN 175028)
11 stacy.harrison@bingham.com
   1620 26th Street
12 4th Floor, Main Tower
   Santa Monica, California 90404
13 Telephone: (310) 907-1000
   Facsimile: (310) 907-2000

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

A/73455905.1                                     ii

Declaration of Mary Tiedeman In Support Of Joint Stipulation Regarding Plaintiffs' Motion To Compel Responses
To First Set Of Requests For Production Of Documents

# DECLARATION OF MARY TIEDEMAN

I, Mary Tiedeman, declare:

1. I have personal knowledge of the matters stated herein, and if called as a witness, I would and could competently testify to them.

2. I am Jails Project coordinator for the ACLU Foundation of Southern California.

3. Policies and procedures for the Los Angeles County Jail system are encompassed within a Custody Division Manual (the "CDM"). The Los Angeles Sherriff's Department ("LASD") maintains the CDM on an LASD intranet system.

4. When accessing the CDM on the intranet, the user of the CDM may access specific policies by clicking on the screen of the computer used to access the intranet.

5. LASD has made the CDM available to outside entities, including contractors.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on August 4, 2010, in Los Angeles, California.

*[signature]*
Mary Tiedeman

---

A/73455905.1

1

Declaration of Mary Tiedeman In Support Of Joint Stipulation Regarding Plaintiffs' Motion To Compel Responses To First Set Of Requests For Production Of Documents