MARK D. ROSENBAUM (SBN 59940)
mrosenbaum@aclu-sc.org
PETER ELIASBERG (SBN 189110)
peliasberg@aclu-sc.org
ACLU Foundation of Southern California
1313 W. 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-9500
Facsimile: (213) 977-5297

MARGARET WINTER
mwinter@npp-aclu.org
ERIC G. BALABAN*
ebalaban@nnp-aclu.org
National Prison Project of the ACLU
915 15th Street NW, 7th Floor
Washington, D.C. 20005
Telephone: (202) 393-4930
Facsimile: (202) 393-4931
*Not admitted in D.C.; practice limited to
federal courts

Attorneys for Plaintiffs
DENNIS RUTHERFORD, ET AL.
(continued on next page)

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| DENNIS RUTHERFORD, et al.<br><br>Plaintiffs,<br><br>v.<br><br>LEROY BACA, as Sheriff of the County of Los Angeles, MICHAEL D. ANTONOVICH, DON KNABE, GLORIA MOLINA, ZEV YAROSLAVSKY, as Supervisors of the County of Los Angeles, et al.<br><br>Defendants. | Case No. CV 75-04111 DDP<br><br>**PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF JOINT STIPULATION REGARDING PLAINTIFFS' MOTION TO COMPEL RESPONSES TO FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS**<br><br>Date: December 6, 2010<br>Time: 10:00 a.m.<br>Judge: Hon. Dean D. Pregerson<br>Place: Courtroom 3 |

A/73453504.1

1    MELINDA BIRD (SBN 102236)
     melinda.bird@disabilityrightsca.org
2    Disability Rights California
     3580 Wilshire Blvd., Suite 902
3    Los Angeles, California 90010
     Telephone:  (213) 355-3605
4    Facsimile:  (213) 427-8767

5    Bingham McCutchen LLP
     STEPHEN D. ALEXANDER (SBN 141099)
6    stephen.alexander@bingham.com
     JENNIFER B. MIKOLEVINE (SBN 236745)
7    jennifer.mikolevine@bingham.com
     355 South Grand Avenue, Suite 4400
8    Los Angeles, California 90071-1560
     Telephone:  (213) 680-6400
9    Facsimile:  (213) 680-6499

10   Bingham McCutchen LLP
     STACY W. HARRISON (SBN 175028)
11   stacy.harrison@bingham.com
     1620 26th Street
12   4th Floor, Main Tower
     Santa Monica, California 90404
13   Telephone:  (310) 907-1000
     Facsimile:  (310) 907-2000

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Plaintiffs' Request for Judicial Notice In Support Of Joint Stipulation Regarding Plaintiffs' Motion To Compel
Responses To First Set Of Requests For Production of Documents

1          Pursuant to Federal Rule of Evidence 201, Plaintiffs Dennis

2 Rutherford, et al. ("Plaintiffs") respectfully request that this Court take judicial

3 notice of the content of the following materials:

4          1.      Plaintiffs' Amended Complaint, filed December 31, 1975 (the

5 "1975 Amended Complaint").  Courts may take judicial notice of pleadings in

6 earlier related proceedings in the same litigation.  *See Enter. Bank v. Magna Bank*

7 *of Missouri*, 92 F.3d 743, 746 n.3 (8th Cir. 1996).  A true and correct copy of the

8 1975 Amended Complaint is attached hereto as **Exhibit 1**.

9          2.      The Pretrial Conference Order, issued in 1977 (the "1977

10 Pretrial Conference Order").  Courts may properly take notice of court orders.  *See*

11 *Asdar Group v. Pillsbury, Madison and Sutro*, 99 F.3d 289, 290 n.1 (9th Cir.

12 1996).  A true and correct copy of the 1977 Pretrial Conference Order is attached

13 hereto as **Exhibit 2**.

14          3.      The Memorandum of Understanding (the "1985 Memorandum

15 of Understanding") agreed to by the parties and approved by the Court in 1985.

16 Courts may properly take notice of court orders.  *See Asdar Group*, 99 F.3d at 290

17 n.1.  A true and correct copy of the 1985 Memorandum of Understanding is

18 attached hereto as **Exhibit 3**.

19          4.      The order submitted by the parties and signed by the Court in

20 August 1992 (the "1992 Order").  Courts may properly take notice of court orders.

21 *See Asdar Group*, 99 F.3d at 290 n.1.  A true and correct copy of the 1992 Order is

22 attached hereto as **Exhibit 4**.

23          5.      The Complaint in *Porras v. County of Los Angeles*, Civ. No.

24 04-1229 RGK, 2006 U.S. Dist. LEXIS 96971 (C.D. Cal. Oct. 31, 2006) ("*Porras*")

25 (the "*Porras* Complaint"), filed on February 24, 2004.  Courts may properly take

26 notice of pleadings in other cases.  *See Asdar Group*, 99 F.3d at 290 n.1; *Holder v.*

27 *Holder*, 305 F.3d 854, 866 (9th Cir. 2002).  A true and correct copy of the *Porras*

28 Complaint (Docket No. 1) is attached hereto as **Exhibit 5**.

A/73453504.1

1

Plaintiffs' Request for Judicial Notice In Support Of Joint Stipulation Regarding Plaintiffs' Motion To Compel
Responses To First Set Of Requests For Production of Documents

1    6.    The Order regarding class definition filed in *Porras* on August

2    31, 2005 (the "*Porras* Class Definition Order"). Courts may properly take notice

3    of court orders. *See Asdar Group*, 99 F.3d at 290 n.1. A true and correct copy of

4    the *Porras* Class Definition Order (Docket No. 105) is attached hereto as **Exhibit**

5    **6.**

6    7.    The Declaration of Juan Porras, filed in support of Motion for

7    Class Certification in *Porras* on November 9, 2004. The court may properly take

8    notice of a declaration. *See Giove v. Stanko*, 977 F.2d 413, 417 (8th Cir. 1992)

9    (taking judicial notice of affidavit). A true and correct copy of the Declaration of

10   Juan Porras (Docket No. 44) is attached hereto as **Exhibit 7.**

11   8.    The Declaration of Phillip Schweitzer, filed in support of

12   Motion for Class Certification in *Porras* on November 9, 2004. The court may

13   properly take notice of a declaration. *See Giove*, 977 F.2d at 417. A true and

14   correct copy of the Declaration of Phillip Schweitzer (Docket No. 45) is attached

15   hereto as **Exhibit 8.**

16   9.    The Declaration of Gaston Murphy, filed in support of Motion

17   for Class Certification in *Porras* on November 9, 2004. The court may properly

18   take notice of a declaration. *See Giove*, 977 F.2d at 417. A true and correct copy

19   of the Declaration of Gaston Murphy (Docket No. 46) is attached hereto as **Exhibit**

20   **9.**

21   10.   The Declaration of Jeffrey Dessaint, filed in support of Motion

22   for Class Certification in *Porras* on January 25, 2005. The court may properly

23   take notice of a declaration. *See Giove*, 977 F.2d at 417. A true and correct copy

24   of the Declaration of Jeffrey Dessaint (Docket No. 68) is attached hereto as

25   **Exhibit 10.**

26   11.   The Declaration of Edward Leandry, filed in support of Motion

27   for Class Certification in *Porras* on January 25, 2005. The court may properly

28   take notice of a declaration. *See Giove*, 977 F.2d at 417. A true and correct copy

A/73453504.1

2

1  of the Declaration of Edward Leandry (Docket No. 69) is attached hereto as

2  **Exhibit 11**.

3  　　　　12.　　The Declaration of Christian Najera, filed in support of Motion

4  for Class Certification in *Porras* on January 25, 2005. The court may properly

5  take notice of a declaration. *See Giove*, 977 F.2d at 417. A true and correct copy

6  of the Declaration of Christian Najera (Docket No. 71) is attached hereto as

7  **Exhibit 12**.

8  　　　　13.　　The Declaration of Lawrence Jackson, filed in support of

9  Motion for Class Certification in *Porras* on January 25, 2005. The court may

10  properly take notice of a declaration. *See Giove*, 977 F.2d at 417. A true and

11  correct copy of the Declaration of Lawrence Jackson (Docket No. 73) is attached

12  hereto as **Exhibit 13**.

13  　　　　14.　　The September 25, 2009 Custody Operations and Correctional

14  Services Divisions Biennial Inspection Report (the "CSA Report"). Records and

15  reports of administrative agencies are judicially noticeable. *See Oregon Ass'n of*

16  *Homes for the Aging, Inc. v. Oregon*, 5 F.3d 1239, 1243 n.2 (9th Cir. 1993).

17  Courts may also take judicial notice of matters of public record. *See Shaw v.*

18  *Hahn*, 56 F.3d 1128, 1129 n.1 (9th Cir. 1995). A true and correct copy of the CSA

19  Report is attached hereto as **Exhibit 14**.

20  　　　　15.　　The Declaration of George Sullivan, dated October 15, 2009,

21  and filed in *Dion Starr v. County of Los Angeles, et al.*, Case No. CV 08-00508

22  GW (SHx). The court may properly take notice of a declaration. *See Giove*, 977

23  F.2d at 417. Courts may also take judicial notice of matters of public record.

24  *Shaw*, 56 F.3d at 1129 n.1. A true and correct copy of the Declaration of George

25  Sullivan is attached hereto as **Exhibit 15**.

26  　　　　16.　　The Order issued in *Alvarado v. Bratton et al.*, Case No. 06-

27  7812-PA(RCx), filed May 21, 2009, (the "*Alvarado* Order"). Courts may properly

28  / / /

A/73453504.1

3

take notice of court orders.  *See Asdar Group*, 99 F.3d at 290 n.1.  A true and correct copy of the *Alvarado* Order (Docket No. 95) is attached hereto as **Exhibit 16.**

DATED:  August 6, 2010                  Respectfully submitted,


BINGHAM MCCUTCHEN LLP


By: _____
            Stacy W. Harrison
            Attorneys for Plaintiff
            Dennis Rutherford, et al.



By: _____
            Jennifer B. MikoLevine
            Attorneys for Plaintiff

A/73453504.1

4