MARK D. ROSENBAUM (SBN 59940)
mrosenbaum@aclu-sc.org
PETER ELIASBERG (SBN 189110)
peliasberg@aclu-sc.org
ACLU Foundation of Southern California
1313 W. 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-9500
Facsimile: (213) 977-5297

MARGARET WINTER
mwinter@npp-aclu.org
ERIC G. BALABAN*
ebalaban@nnp-aclu.org
National Prison Project of the ACLU
915 15th Street NW, 7th Floor
Washington, D.C. 20005
Telephone: (202) 393-4930
Facsimile: (202) 393-4931
*Not admitted in D.C.; practice limited to federal courts

Attorneys for Plaintiffs
DENNIS RUTHERFORD, ET AL.
(continued on next page)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DENNIS RUTHERFORD, et al.<br><br>Plaintiffs,<br><br>v.<br><br>LEROY BACA, as Sheriff of the County of Los Angeles, MICHAEL D. ANTONOVICH, DON KNABE, GLORIA MOLINA, ZEV YAROSLAVSKY, as Supervisors of the County of Los Angeles, et al.<br><br>Defendants. | **Case No. CV 75-04111 DDP**<br><br>**STIPULATION TO EXCEED THE SUPPLEMENTAL MEMORANDUM PAGE LIMITATION**<br><br>Date: December 6, 2010<br>Time: 10:00 a.m.<br>Judge: Hon. Dean D. Pregerson<br>Place: Courtroom 3 |

1  MELINDA BIRD (SBN 102236)
   melinda.bird@disabilityrightsca.org
2  Disability Rights California
   3580 Wilshire Blvd., Suite 902
3  Los Angeles, California 90010
   Telephone: (213) 355-3605
4  Facsimile: (213) 427-8767

5  Bingham McCutchen LLP
   STEPHEN D. ALEXANDER (SBN 141099)
6  stephen.alexander@bingham.com
   JENNIFER B. MIKOLEVINE (SBN 236745)
7  jennifer.mikolevine@bingham.com
   355 South Grand Avenue, Suite 4400
8  Los Angeles, California 90071-1560
   Telephone: (213) 680-6400
9  Facsimile: (213) 680-6499

10 Bingham McCutchen LLP
   STACY W. HARRISON (SBN 175028)
11 stacy.harrison@bingham.com
   1620 26th Street
12 4th Floor, Main Tower
   Santa Monica, California 90404
13 Telephone: (310) 907-1000
   Facsimile: (310) 907-2000

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## STIPULATION

The parties to this matter, by and through their undersigned counsel, stipulate to the following agreement with respect to the parties' L.R. 37-2.3 Supplemental Memorandum regarding the Joint Stipulation regarding Plaintiffs' Motion to Compel Responses to First Set of Requests for Production of Documents, filed concurrently herewith: Each party may file a supplemental memorandum not to exceed ten (10) pages in length.

The length and breadth of the Joint Stipulation itself constitute good cause for the extension of the page limitation from five (5) to ten (10) pages, as do the additional pages required to address the parties' arguments including, but not limited to, those raised in *ACLU v. Pitchess*.

The parties respectfully request this Court to allow the parties to exceed the L.R. 37-2.3 page limitation in accordance with the parties' agreement as set forth in the [Proposed] Order filed concurrently herewith.

DATED: October 25, 2010          Respectfully submitted,


                                 BINGHAM MCCUTCHEN LLP


                                 By: /s/ Stacy W. Harrison
                                        Stacy W. Harrison

                                 Attorneys for Plaintiff
                                 Dennis Rutherford, et al.


                                 By:  /s/ Jennifer B. MikoLevine
                                         Jennifer B. MikoLevine

                                 Attorneys for Plaintiff

DATED: October 25, 2010

Disability Right California

By: /s/ Melinda Bird
    Melinda Bird
Attorneys for Plaintiff

DATED: October 25, 2010

ACLU Foundation of Southern California

By: /s/ Peter Eliasberg
    Peter Eliasberg
Attorneys for Plaintiff

DATED: October 25, 2010

National Prison Project of the ACLU

By: /s/ Margaret Winter
    Margaret Winter
Attorneys for Plaintiff

DATED: October    , 2010

LAWRENCE BEACH ALLEN & CHOI

By: 
    Justin W. Clark
    Attorneys for Defendant

1
2   DATED: October     , 2010          LAWRENCE BEACH ALLEN & CHOI
3
4
                                       By: ~~_____~~
5                                          ~~Matthew P. Allen~~
6                                          ~~Attorneys for Defendant~~

7
8   DATED: October 27, 2010            LAWRENCE BEACH ALLEN & CHOI
9
10                                     By: _____
                                           Paul Beach
11
                                           Attorneys for Defendant
12

A/73540121.1                                     5