MARK D. ROSENBAUM (SBN 59940)
mrosenbaum@aclu-sc.org
PETER ELIASBERG (SBN 189110)
peliasberg@aclu-sc.org
ACLU Foundation of Southern California
1313 W. 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-9500
Facsimile: (213) 977-5297

MARGARET WINTER
mwinter@npp-aclu.org
ERIC G. BALABAN*
ebalaban@nnp-aclu.org
National Prison Project of the ACLU
915 15th Street NW, 7th Floor
Washington, D.C. 20005
Telephone: (202) 393-4930
Facsimile: (202) 393-4931
*Not admitted in D.C.; practice limited to federal courts

Attorneys for Plaintiffs
DENNIS RUTHERFORD, ET AL.
(continued on next page)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DENNIS RUTHERFORD, et al.<br><br>Plaintiffs,<br><br>v.<br><br>LEROY BACA, as Sheriff of the County of Los Angeles, MICHAEL D. ANTONOVICH, DON KNABE, GLORIA MOLINA, ZEV YAROSLAVSKY, as Supervisors of the County of Los Angeles, et al.<br><br>Defendants. | **Case No. CV 75-04111 DDP**<br><br>[PROPOSED] ORDER ENTERING PARTIES' STIPULATION TO EXCEED THE SUPPLEMENTAL MEMORANDUM PAGE LIMITATION<br><br>Judge: Hon. Dean D. Pregerson |

A/73540298.1

MELINDA BIRD (SBN 102236)
melinda.bird@disabilityrightsca.org
Disability Rights California
3580 Wilshire Blvd., Suite 902
Los Angeles, California 90010
Telephone: (213) 355-3605
Facsimile: (213) 427-8767

Bingham McCutchen LLP
STEPHEN D. ALEXANDER (SBN 141099)
stephen.alexander@bingham.com
JENNIFER B. MIKOLEVINE (SBN 236745)
jennifer.mikolevine@bingham.com
355 South Grand Avenue, Suite 4400
Los Angeles, California 90071-1560
Telephone: (213) 680-6400
Facsimile: (213) 680-6499

Bingham McCutchen LLP
STACY W. HARRISON (SBN 175028)
stacy.harrison@bingham.com
1620 26th Street
4th Floor, Main Tower
Santa Monica, California 90404
Telephone: (310) 907-1000
Facsimile: (310) 907-2000

## ORDER

Per the parties' stipulation and upon good cause shown, each party may file a Supplemental Memorandum regarding the Joint Stipulation regarding Plaintiffs' Motion to Compel Responses to First Set of Requests for Production of Documents which exceeds the L.R. 37-2.3 five (5) page limitation but not to exceed ten (10) pages. The parties' Supplemental Memoranda will conform to L.R. 37-2.3 in all other respects.

**IT IS SO ORDERED.**

Dated: _____

_____
Hon. Dean D. Pregerson
United States District Judge

Submitted by:

BINGHAM MCCUTCHEN LLP

/s/Jennifer B. MikoLevine
Jennifer B. MikoLevine
Attorneys for Plaintiffs
Dennis Rutherford, et al.