1  MARK D. ROSENBAUM (SBN 59940)
   mrosenbaum@aclu-sc.org
2  PETER ELIASBERG (SBN 189110)
   peliasberg@aclu-sc.org
3  ACLU Foundation of Southern California
   1313 W. 8th Street
4  Los Angeles, CA 90017
   Telephone: (213) 977-9500
5  Facsimile: (213) 977-5297

6  MARGARET WINTER
   mwinter@npp-aclu.org
7  ERIC G. BALABAN*
   ebalaban@nnp-aclu.org
8  National Prison Project of the ACLU
   915 15th Street NW, 7th Floor
9  Washington, D.C. 20005
   Telephone: (202) 393-4930
10 Facsimile: (202) 393-4931
   *Not admitted in D.C.; practice limited to
11 federal courts

12 Attorneys for Plaintiffs
   DENNIS RUTHERFORD, ET AL.
13 (continued on next page)

14                    UNITED STATES DISTRICT COURT

15                   CENTRAL DISTRICT OF CALIFORNIA

16                          WESTERN DIVISION

17

| 18  DENNIS RUTHERFORD, et al. | **Case No.  CV 75-04111 DDP** |
|---|---|
| 19             Plaintiffs, | **PROOF OF SERVICE** |
| 20             v. | |
| 21  LEROY BACA, as Sheriff of the County of Los Angeles, MICHAEL D. ANTONOVICH, DON KNABE, GLORIA MOLINA, ZEV YAROSLAVSKY, as Supervisors of the County of Los Angeles, et al. | Judge: Hon. Dean D. Pregerson |
| 25             Defendants. | |

| | |
|---|---|
| 1 | MELINDA BIRD (SBN 102236) |
|   | melinda.bird@disabilityrightsca.org |
| 2 | Disability Rights California |
|   | 3580 Wilshire Blvd., Suite 902 |
| 3 | Los Angeles, California 90010 |
|   | Telephone: (213) 355-3605 |
| 4 | Facsimile: (213) 427-8767 |
| 5 | Bingham McCutchen LLP |
|   | STEPHEN D. ALEXANDER (SBN 141099) |
| 6 | stephen.alexander@bingham.com |
|   | JENNIFER B. MIKOLEVINE (SBN 236745) |
| 7 | jennifer.mikolevine@bingham.com |
|   | 355 South Grand Avenue, Suite 4400 |
| 8 | Los Angeles, California 90071-1560 |
|   | Telephone: (213) 680-6400 |
| 9 | Facsimile: (213) 680-6499 |
| 10 | Bingham McCutchen LLP |
|    | STACY W. HARRISON (SBN 175028) |
| 11 | stacy.harrison@bingham.com |
|    | 1620 26th Street |
| 12 | 4th Floor, Main Tower |
|    | Santa Monica, California 90404 |
| 13 | Telephone: (310) 907-1000 |
|    | Facsimile: (310) 907-2000 |

# PROOF OF SERVICE

I am over eighteen years of age, not a party in this action, and employed in Los Angeles County, CA at 355 South Grand Avenue, Suite 4400, Los Angeles, CA 90071-3106. I am readily familiar with the practice of this office for collection and processing of correspondence for mail/fax/hand delivery/next business day delivery, and they are deposited that same day in the ordinary course of business.

On October 28, 2010, I served the attached:

1. **STIPULATION TO EXCEED THE SUPPLEMENTAL MEMORANDUM PAGE LIMITATION**
2. **[PROPOSED] ORDER ENTERING PARTIES' STIPULATION TO EXCEED THE SUPPLEMENTAL MEMORANDUM PAGE LIMITATION**
3. **PROOF OF SERVICE**

  (BY FAX) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

X (BY MAIL) by causing a true and correct copy of the above to be placed in the United States Mail at Los Angeles, CA in sealed envelope(s) with postage prepaid, addressed as set forth below. I am readily familiar with this law firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence is deposited with the United States Postal Service the same day it is left for collection and processing in the ordinary course of business.

  (EXPRESS MAIL/OVERNIGHT DELIVERY) by causing a true and correct copy of the document(s) listed above to be delivered in sealed envelope(s) with all fees prepaid at the address(es) set forth below.

  (PERSONAL SERVICE) by causing a true and correct copy of the above documents to be hand delivered in sealed envelope(s) with all fees fully paid to the person(s) at the address(es) set forth below.

  (BY E-MAIL) This document was transmitted by electronic transmission from hilda.sanchez@bingham.com and the transmission was reported as complete and without error. I then caused the transmitting e-mail account to properly issue a report confirming the electronic transmission.

| | | |
|---|---|---|
|1| X | (BY UNITED STATES DISTRICT COURT ELECTRONIC FILING SERVICE) on the parties as set forth below: |

**See Attached Service List**

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

A/73544299.1/0999997-00009295402

PROOF OF SERVICE

## SERVICE LIST

| | |
|---|---|
| Paul B. Beach, Esq.<br>Justin W. Clark, Esq.<br>LAWRENCE BEACH ALLEN & CHOI, PC<br>100 West Broadway, Suite 1200<br>Glendale, CA  91210<br>pbeach@lbaclaw.com<br>jclark@lbaclaw.com | *Counsel for Defendants* |
| Roger Granbo<br>Office of County Counsel<br>County of Los Angeles<br>648 Kenneth Hahn Hall of Administration<br>500 W. Temple Street<br>Los Angeles, CA  90012 | *Counsel for Defendants* |

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made and that this declaration was executed on October 28, 2010 at Los Angeles, CA.

*/s/ Hilda Sanchez*
Hilda Sanchez