# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 75-04111 DDP | Date | November 5, 2010 |
| Title | DENNIS RUTHERFORD -V- LEROY BACA | | |

Present: The Honorable    DEAN D. PREGERSON, U.S. DISTRICT JUDGE

| John A. Chambers | None Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

Proceedings:    MINUTE ORDER (IN CHAMBERS)

**COUNSEL ARE NOTIFIED** that an ADDITIONAL STATUS CONFERENCE is hereby set for November 10, 2010 at 1:30 p.m.

|  | : | N / A |
|---|---|---|
|  | Initials of Preparer | JAC |