# EXHIBIT A

Justin W. Clark
---

From: McCorkle, Mark A. [MAMcCork@lasd.org]
Sent: Monday, November 08, 2010 9:55 AM
To: Justin W. Clark
Subject: Emailing: 3-04.010.00%20Treatment%20of%20Inmates.htm



### 3-04/010.00 TREATMENT OF INMATES

Inmates are entitled to fair and impartial treatment. At the same time members must be firm and resolute in requiring compliance with rules and regulations. Members shall treat those persons in custody with respect and dignity.

Inmates shall not be subjected to discipline when making inquiries, or express dissatisfaction in a civil manner, regarding the conditions of confinement, including, but not limited to:

- Meals,
- Housing,
- Exercise,
- Visiting,
- Mail,
- Medical treatment or medications,
- The performance of duties of Custody, Department of Mental Health, or Medical Services personnel.

Members shall consider inmate inquiries potentially legitimate and, when appropriate, refer an inmate to personnel who can address the inquiry, or to the inmate complaint procedure.

Use of Slang Terminology

Members shall refrain from using inappropriate, profane, callous, or degrading remarks, slang words, terms, and phrases while working in any portion of Custody Division. This applies to all circumstances, including cases wherein the terms or phrases are used to make reference to, identify, or segregate a certain number of the inmate population for their safety (mental observation, homosexual, etc.). Inappropriate slang words, terms, and phrases are identified as those which tend to demean or belittle a particular individual or group. These terms are offensive and shall not be used either verbally or in writing within the confines of any Custody Division facility.

Any Department member who violates this policy shall be subject to discipline.

12/10/01 CDM

22