1  MARK D. ROSENBAUM (SBN 59940)
   mrosenbaum@aclu-sc.org
2  PETER ELIASBERG (SBN 189110)
   peliasberg@aclu-sc.org
3  ACLU Foundation of Southern California
   1313 W. 8th Street
4  Los Angeles, CA 90017
   Telephone: (213) 977-9500
5  Facsimile: (213) 977-5297

6  MARGARET WINTER
   mwinter@npp-aclu.org
7  ERIC G. BALABAN*
   ebalaban@nnp-aclu.org
8  National Prison Project of the ACLU
   915 15th Street NW, 7th Floor
9  Washington, D.C. 20005
   Telephone: (202) 393-4930
10 Facsimile: (202) 393-4931
   *Not admitted in D.C.; practice limited to
11 federal courts

12 Attorneys for Plaintiffs
   DENNIS RUTHERFORD, ET AL.
13 (continued on next page)

14              UNITED STATES DISTRICT COURT

15              CENTRAL DISTRICT OF CALIFORNIA

16                    WESTERN DIVISION

17

| 18 DENNIS RUTHERFORD, et al. | Case No. CV 75-04111 DDP |
|---|---|
| 19            Plaintiffs, | [PROPOSED] ORDER ENTERING PARTIES' STIPULATION TO EXCEED THE SUPPLEMENTAL MEMORANDUM PAGE LIMITATION |
| 20       v. | |
| 21 LEROY BACA, as Sheriff of the County of Los Angeles, MICHAEL D. ANTONOVICH, DON KNABE, GLORIA MOLINA, ZEV YAROSLAVSKY, as Supervisors of the County of Los Angeles, et al. | |
| 22 | |
| 23 | Judge: Hon. Dean D. Pregerson |
| 24 | |
| 25          Defendants. | |

26

27

28

A/73540298.1

1  MELINDA BIRD (SBN 102236)
   melinda.bird@disabilityrightsca.org
2  Disability Rights California
   3580 Wilshire Blvd., Suite 902
3  Los Angeles, California 90010
   Telephone: (213) 355-3605
4  Facsimile: (213) 427-8767

5  Bingham McCutchen LLP
   STEPHEN D. ALEXANDER (SBN 141099)
6  stephen.alexander@bingham.com
   JENNIFER B. MIKOLEVINE (SBN 236745)
7  jennifer.mikolevine@bingham.com
   355 South Grand Avenue, Suite 4400
8  Los Angeles, California 90071-1560
   Telephone: (213) 680-6400
9  Facsimile: (213) 680-6499

10 Bingham McCutchen LLP
   STACY W. HARRISON (SBN 175028)
11 stacy.harrison@bingham.com
   1620 26th Street
12 4th Floor, Main Tower
   Santa Monica, California 90404
13 Telephone: (310) 907-1000
   Facsimile: (310) 907-2000

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

A/73540298.1                                ii

[Proposed] Order Entering Parties' Stipulation To Exceed The Supplemental Memorandum Page Limitation

## ORDER

Per the parties' stipulation and upon good cause shown, each party may file a Supplemental Memorandum regarding the Joint Stipulation regarding Plaintiffs' Motion to Compel Responses to First Set of Requests for Production of Documents which exceeds the L.R. 37-2.3 five (5) page limitation but not to exceed ten (10) pages. The parties' Supplemental Memoranda will conform to L.R. 37-2.3 in all other respects.

**IT IS SO ORDERED.**

Dated: 11-9-10

Hon. Dean D. Pregerson
United States District Judge

Submitted by:

BINGHAM MCCUTCHEN LLP

/s/ Jennifer B. MikoLevine
Jennifer B. MikoLevine
Attorneys for Plaintiffs
Dennis Rutherford, et al.