## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 75-04111 DDP | Date | November 10, 2010 |
| Title | DENNIS RUTHERFORD -V- LEROY BACA | | |

Present: The Honorable    DEAN D. PREGERSON, U.S. DISTRICT JUDGE

| John A. Chambers | None Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:

Peter Eliasberg
Jessica Price
Esther Lim
David Shapiro
Margaret Winter
Melinda Ruth Bird

Attorneys Present for Defendants:

Paul B. Beach
Justin W. Clark
Roger H. Granbo, Jr.

Proceedings:
ADDITIONAL STATUS CONFERENCE

Court and counsel confer re case status.

0 0 : 55

Initials of Preparer    JAC

CV-90 (12/02)    **CIVIL MINUTES - GENERAL**    Page 1 of 1