MARK D. ROSENBAUM, SBN 59940
mrosenbaum@aclu-sc.org
PETER ELIASBERG, SBN 189110
peliasberg@aclu-sc.org
JESSICA G. PRICE, SBN 264053
jprice@aclu-sc.org
ACLU Foundation of Southern California
1313 W. 8th Street
Los Angeles, California 90017
Telephone: (213) 977-9500
Facsimile: (213) 977-5297

MARGARET WINTER*
mwinter@npp-aclu.org
ERIC G. BALABAN*
ebalaban@npp-aclu.org
DAVID SHAPIRO*
dshapiro@npp-aclu.org
National Prison Project of the ACLU
915 15th Street NW, 7th Floor
Washington, D.C. 20005
Telephone: (202) 393-4930
Facsimile: (202) 393-4931
*Not admitted in D.C.; practice limited to federal courts

Attorneys for Plaintiffs
(continued on next page)

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DENNIS RUTHERFORD, et al,<br>Plaintiffs,<br><br>v.<br><br>LEROY BACA, et al.,<br>Defendants. | Case No. Civ. 75-04111-DDP<br><br>**JOINT STIPULATION TO MOVE HEARING DATE ON PLAINTIFFS' MOTION FOR A PROTECTIVE ORDER; [PROPOSED ORDER]** |

MELINDA BIRD, SBN 102236
melinda.bird@disabilityrightsca.org
Disability Rights California
3580 Wilshire Blvd., Suite 902
Los Angeles, California 90010
Telephone: (213) 355-3605
Facsimile: (213) 427-8767

Bingham McCutchen LLP
STEPHEN D. ALEXANDER (SBN 141099)
stephen.alexander@bingham.com
JENNIFER B. MIKOLEVINE (SBN 236745)
jennifer.mikolevine@bingham.com
355 South Grand Avenue, Suite 4400
Los Angeles, California 90071-1560
Telephone: (213) 680-6400
Facsimile: (213) 680-6499

Bingham McCutchen LLP
STACY W. HARRISON, SBN 175028
stacy.harrison@bingham.com
1620 26th Street
4th Floor, Main Tower
Santa Monica, California 90404
Telephone: (310) 907-1000
Facsimile: (310) 907-2000

Whereas, Plaintiffs initially noticed the hearing on their Motion for a Protective Order November 8, 2010; and

Whereas, the parties agreed to move the date for the hearing on the motion until November 29, 2010 to accommodate the schedule of Defendants' counsel; and

Whereas, counsel for Plaintiffs who will be arguing the motion will be in New York City on November 29, 2010;

The parties hereby stipulate to move the date for the hearing on the motion to December 6, 2010 at 10:00 am.

The parties also stipulate the Plaintiffs' Reply Memorandum in Support of the Motion must be filed by November 22, 2010.

Dated: November 11, 2010

Respectfully Submitted,

ACLU FOUNDATION OF SOUTHERN CALIFORNIA

By: ______________________

Peter J. Eliasberg
Attorney for Plaintiffs

LAWRENCE, BEACH, ALLEN & CHOI PC

By: ______________________

Justin Clark
Attorney for Defendants

**IT IS SO ORDERED.**

Dated: ______________

______________________

Hon. Dean P. Pregerson
United States District Judge