MARK D. ROSENBAUM (SBN 59940)
mrosenbaum@aclu-sc.org
PETER ELIASBERG (SBN 189110)
peliasberg@aclu-sc.org
ACLU Foundation of Southern California
1313 W. 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-9500
Facsimile: (213) 977-5297

MARGARET WINTER
mwinter@npp-aclu.org
ERIC G. BALABAN*
ebalaban@nnp-aclu.org
National Prison Project of the ACLU
915 15th Street NW, 7th Floor
Washington, D.C. 20005
Telephone: (202) 393-4930
Facsimile: (202) 393-4931
*Not admitted in D.C.; practice limited to federal courts

Attorneys for Plaintiffs
DENNIS RUTHERFORD, ET AL.
(continued on next page)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DENNIS RUTHERFORD, et al.<br><br>Plaintiffs,<br><br>v.<br><br>LEROY BACA, as Sheriff of the County of Los Angeles, MICHAEL D. ANTONOVICH, DON KNABE, GLORIA MOLINA, ZEV YAROSLAVSKY, as Supervisors of the County of Los Angeles, et al.<br><br>Defendants. | Case No. CV 75-04111 DDP<br><br>**PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF SUPPLEMENTAL MEMORANDUM TO JOINT STIPULATION RE PLAINTIFFS' MOTION TO COMPEL RESPONSES TO FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS**<br><br>Date:  December 6, 2010<br>Time:  10:00 a.m.<br>Judge: Hon. Dean D. Pregerson<br>Place: Courtroom 3 |

A/73564469.1

Plaintiffs' Request For Judicial Notice In Support Of Supplemental Memorandum To Joint Stipulation Regarding Plaintiffs' Motion To Compel Responses To First Set Of Requests For Production Of Documents

MELINDA BIRD (SBN 102236)
melinda.bird@disabilityrightsca.org
Disability Rights California
3580 Wilshire Blvd., Suite 902
Los Angeles, California 90010
Telephone: (213) 355-3605
Facsimile: (213) 427-8767

Bingham McCutchen LLP
STEPHEN D. ALEXANDER (SBN 141099)
stephen.alexander@bingham.com
JENNIFER B. MIKOLEVINE (SBN 236745)
jennifer.mikolevine@bingham.com
355 South Grand Avenue, Suite 4400
Los Angeles, California 90071-1560
Telephone: (213) 680-6400
Facsimile: (213) 680-6499

Bingham McCutchen LLP
STACY W. HARRISON (SBN 175028)
stacy.harrison@bingham.com
1620 26th Street
4th Floor, Main Tower
Santa Monica, California 90404
Telephone: (310) 907-1000
Facsimile: (310) 907-2000

A/73564469.1                      ii

Plaintiffs' Request For Judicial Notice In Support Of Supplemental Memorandum To Joint Stipulation Regarding Plaintiffs' Motion To Compel Responses To First Set Of Requests For Production Of Documents

Pursuant to Federal Rule of Evidence 201, Plaintiffs Dennis Rutherford, et al. ("Plaintiffs") respectfully request that this Court take judicial notice of the content of the following materials:

1. Joint Stipulation To Dismiss Pending Action; Order Dismissing Action, filed June 6, 1985. Courts may take judicial notice of pleadings in earlier related proceedings in the same litigation. *See Enter. Bank v. Magna Bank of Missouri*, 92 F.3d 743, 746 n.3 (8th Cir. 1996). Courts may properly take notice of court orders. *See Asdar Group v. Pillsbury, Madison and Sutro*, 99 F.3d 289, 290 n.1 (9th Cir. 1996). A true and correct copy of the June 6, 1985 Joint Stipulation and Order is attached hereto as **Exhibit 1**.

2. United States District Court Docket in *Rutherford, et al. v. Pitchess, et al.*, pages 1-30 (the "historic docket"). Courts may take judicial notice of matters of public record. *See Shaw v. Hahn*, 56 F.3d 1128, 1129 n.1 (9th Cir. 1995). A true and correct copy of the historic docket is attached hereto as **Exhibit 2**.

3. United States District Court Case Assignment filed February 9, 1993 and attached Order of The Chief Judge filed March 3, 1992. Courts may take judicial notice of pleadings in earlier related proceedings in the same litigation. *See Enter. Bank v. Magna Bank of Missouri*, 92 F.3d 743, 746 n.3 (8th Cir. 1996). Courts may properly take notice of court orders. *See Asdar Group v. Pillsbury, Madison and Sutro*, 99 F.3d 289, 290 n.1 (9th Cir. 1996). A true and correct copy of the Case Assignment and Order is attached hereto as **Exhibit 3**.

4. Judgment Granting Peremptory Writ Of Mandate in *ACLU, et al. v. Pitchess, et al.* in Superior Court of the State of California, County of Los Angeles, Case No. C 275653 ("*ACLU v. Pitchess*"), filed on March 21, 1980. Courts may properly take notice of pleadings in other cases. *See Asdar Group*, 99 F.3d at 290 n.1; *Holder v. Holder*, 305 F.3d 854, 866 (9th Cir. 2002). A true and correct copy of the Judgment Granting Peremptory Writ Of Mandate is attached

A/73564469.1

1

hereto as **Exhibit 4**.

5. Notice of Motion For Modification Of Peremptory Writ Of Mandate in *ACLU v. Pitchess*, filed January 4, 1984. Courts may properly take notice of pleadings in other cases. *See Asdar Group*, 99 F.3d at 290 n.1; *Holder v. Holder*, 305 F.3d 854, 866 (9th Cir. 2002). A true and correct copy of the Notice of Motion For Modification Of Peremptory Writ Of Mandate is attached hereto as **Exhibit 5**.

6. Superior Court of the State of California, County of Los Angeles, Case No. C 275653 Docket *(ACLU v. Pitchess)*. Courts may take judicial notice of matters of public record. *See Shaw v. Hahn*, 56 F.3d 1128, 1129 n.1 (9th Cir. 1995). A true and correct copy of this docket is attached hereto as **Exhibit 6**.

7. Stipulation And Court Approval Thereof, filed July 29, 1987. Courts may take judicial notice of pleadings in earlier related proceedings in the same litigation. *See Enter. Bank v. Magna Bank of Missouri*, 92 F.3d 743, 746 n.3 (8th Cir. 1996). Courts may properly take notice of court orders. *See Asdar Group v. Pillsbury, Madison and Sutro*, 99 F.3d 289, 290 n.1 (9th Cir. 1996). A true and correct copy of the Stipulation And Court Approval Thereof is attached hereto as **Exhibit 7**.

8. Stipulation RE Examination Of Inmate Medical Records; Order Thereon, filed August 15, 1988. Courts may take judicial notice of pleadings in earlier related proceedings in the same litigation. *See Enter. Bank v. Magna Bank of Missouri*, 92 F.3d 743, 746 n.3 (8th Cir. 1996). Courts may properly take notice of court orders. *See Asdar Group v. Pillsbury, Madison and Sutro*, 99 F.3d 289, 290 n.1 (9th Cir. 1996). A true and correct copy of the Stipulation RE Examination Of Inmate Medical Records; Order Thereon is attached hereto as **Exhibit 8**.

9. Order To Show Cause RE Issuance Of Preliminary Injunction And Temporary Restraining Order in *Rutherford v. Baca*, Civ. No. 75-04111 DPP,

A/73564469.1

1 | 2006 U.S. Dist. LEXIS 81431 (C.D. Cal. Oct. 27, 2006). Courts may properly take
2 | notice of court orders. *See Asdar Group v. Pillsbury, Madison and Sutro*, 99 F.3d
3 | 289, 290 n.1 (9th Cir. 1996). A true and correct copy of the Order To Show Cause
4 | RE Issuance Of Preliminary Injunction And Temporary Restraining Order is
5 | attached hereto as **Exhibit 9**.

6 |       10.   Order RE: Preliminary Injunction Issued On October 27, 2006,
7 | filed January 25, 2007. Courts may take judicial notice of pleadings in earlier
8 | related proceedings in the same litigation. *See Enter. Bank v. Magna Bank of*
9 | *Missouri*, 92 F.3d 743, 746 n.3 (8th Cir. 1996). Courts may properly take notice of
10 | court orders. *See Asdar Group v. Pillsbury, Madison and Sutro*, 99 F.3d 289, 290
11 | n.1 (9th Cir. 1996). A true and correct copy of the Order RE: Preliminary
12 | Injunction Issued On October 27, 2006 is attached hereto as **Exhibit 10**.

13 |       11.   Order RE: Preliminary Injunction Issued On January 25, 2007,
14 | filed April 20, 2007. Courts may take judicial notice of pleadings in earlier related
15 | proceedings in the same litigation. *See Enter. Bank v. Magna Bank of Missouri*, 92
16 | F.3d 743, 746 n.3 (8th Cir. 1996). Courts may properly take notice of court orders.
17 | *See Asdar Group v. Pillsbury, Madison and Sutro*, 99 F.3d 289, 290 n.1 (9th Cir.
18 | 1996). A true and correct copy of the Order RE: Preliminary Injunction Issued On
19 | January 25, 2007 is attached hereto as **Exhibit 11**.
20 | ///
21 | ///

A/73564469.1                     3

Plaintiffs' Request For Judicial Notice In Support Of Supplemental Memorandum To Joint Stipulation Regarding
Plaintiffs' Motion To Compel Responses To First Set Of Requests For Production Of Documents

12. Order Granting Motion To Reopen Discovery, filed August 4, 2009. Courts may take judicial notice of pleadings in earlier related proceedings in the same litigation. *See Enter. Bank v. Magna Bank of Missouri*, 92 F.3d 743, 746 n.3 (8th Cir. 1996). Courts may properly take notice of court orders. *See Asdar Group v. Pillsbury, Madison and Sutro*, 99 F.3d 289, 290 n.1 (9th Cir. 1996). A true and correct copy of the Order Granting Motion To Reopen Discovery is attached hereto as **Exhibit 12**.

DATED: November 22, 2010

    ACLU Foundation of Southern California
    ACLU National Prison Project
    Disability Rights California
    Bingham McCutchen LLP

    By: /s/ Jennifer B. MikoLevine
    Jennifer B. MikoLevine
    Bingham McCutchen LLP
    Attorneys for Plaintiffs
A/73564469.1   4

Plaintiffs' Request For Judicial Notice In Support Of Supplemental Memorandum To Joint Stipulation Regarding Plaintiffs' Motion To Compel Responses To First Set Of Requests For Production Of Documents