# EXHIBIT 4

TERRY SMERLING
FRED OKRAND
MARK ROSENBAUM
ACLU Foundation of
  Southern California
633 South Shatto Place
Los Angeles, California 90005
(213) 487-1720

Attorneys for Petitioners.

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF LOS ANGELES

AMERICAN CIVIL LIBERTIES UNION OF  ) No. C 275653
SOUTHERN CALIFORNIA, Inc., et al.,  )
                                     ) JUDGMENT
              Petitioners,           ) GRANTING PEREMPTORY WRIT
                                     ) OF MANDATE
vs.                                  )
                                     )
PETER J. PITCHESS, et al.,           )
                                     ) Department: #5
              Respondents.           ) Date: February 14, 1980
                                     ) Time: 9 a.m.

        The above-entitled matter having come on regularly

for trial in Department 85 of this Court on February 14,

1980, the Honorable Jerry Pacht, Judge Presiding,

petitioners being represented by Terry Smerling, the County

respondents being represented by Philip H. Hickok, Deputy

County Counsel, and the State respondents being represented

by James R. Lahana, Deputy Attorney General, and evidence

having been presented and considered, the matter argued and

submitted and good cause appearing therefor,

        IT IS HEREBY ORDERED, ADJUDGED, AND DECREED AS

FOLLOWS:

EXHIBIT 4

1        1.  A peremptory writ of mandate shall issue under the

2  seal of this Court commanding respondents Peter J. Pitchess and

3  Von Minden, Bonnie Norman, Armen Tondaiian, Donald Verin, John

4  Richard Kipers, Robert White, and County of Los Angeles to apply

5  to the California Department of Health, pursuant to Health and

6  Safety Code §§1250 et seq. for licensure of the health

7  facilities in the Los Angeles County Central Jail and Sybil

8  Brand Institute for Women within thirty (30) days.

9        2.  The Court retains jurisdiction to supervise this

10  order and the processing and disposition of said respondents'

11  application for licensure.

12        3.  Petitioners shall recover their costs.

13        4.  An award of fees, if any, for petitioners'

14  attorneys shall be determined by this Court subsequently upon

15  appropriate motion.

16  DATED: February 2/, 1980

17

18                                 _____

19                JERRY PACHT
                  Judge of the Superior Court

20  APPROVED AS TO FORM:

21

22  _____      _____

23  PHILIP H. HICKOK              TERRY SMERLING
  Attorney for County Respondents  Attorney for Petitioners

24

25  _____
  JAMES R. LAHANA

26  Attorney for State Respondents

27

28

1  TERRY SMERLING
2  FRED OKRAND
   MARK ROSENBAUM
3  ACLU Foundation of
     Southern California
4  633 South Shatto Place
   Los Angeles, California 90005
5  (213) 487-1720

6  Attorneys for Petitioners.

7

OFFICE OF
COUNTY COUNSEL
RECEIVED

APR 21 1980

ASSIGNED TO

8          IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

9               FOR THE COUNTY OF LOS ANGELES

10

11  AMERICAN CIVIL LIBERTIES UNION OF   )   No. C 275653
    SOUTHERN CALIFORNIA, Inc., et al.,  )
12                                      )   JUDGMENT
                    Petitioners,        )   GRANTING PEREMPTORY WRIT
13                                      )   OF MANDATE
    vs.                                 )
14                                      )
    PETER J. PITCHESS, et al.,          )
15                                      )   Department: 85
                    Respondents.        )   Date:  February 14, 1980
16                                      )   Time:  9 a.m.

17

18          The above-entitled matter having come on regularly

19  for trial in Department 85 of this Court on February 14,

20  1980, the Honorable Jerry Pacht, Judge Presiding,

21  petitioners being represented by Terry Smerling, the County

22  respondents being represented by Philip H. Hickok, Deputy

23  County Counsel, and the State respondents being represented

24  by James R. Lahana, Deputy Attorney General, and evidence

25  having been presented and considered, the matter argued and

26  submitted and good cause appearing therefor,

27          IT IS HEREBY ORDERED, ADJUDGED, AND DECREED AS

28  FOLLOWS:          ATTACHMENT NUMBER 10 (cont)

                          74

1.   A peremptory writ of mandate shall issue under the seal of this Court commanding respondents Peter J. Pitchess, Ted Von Minden, Bonnie Norman, Armon Toomajian, Donald Verin, John Richard Elpers, Robert White, and County of Los Angeles to apply to the California Department of Health, pursuant to Health and Safety Code §§1250 et seq. for licensure of the health facilities in the Los Angeles County Central Jail and Sybil Brand Institute for Women within thirty (30) days.

2.   The Court retains jurisdiction to supervise this order and the processing and disposition of said respondents' application for licensure.

3.   Petitioners shall recover their costs.

4.   An award of fees, if any, for petitioners' attorneys shall be determined by this Court subsequently upon appropriate motion.

DATED:  ~~February~~  March 21  , 1980

/s/ JERRY PACHT
JERRY PACHT
Judge of the Superior Court

APPROVED AS TO FORM:

PHILIP H. HICKOK
Attorney for County Respondents

TERRY SMERLING
Attorney for Petitioners

James R. Lahana   by TS
JAMES R. LAHANA
Attorney for State Respondents

ATTACHMENT NUMBER 10 (cont)

75

STATE OF CALIFORNIA—HEALTH AND WELFARE AGENCY

EDMUND G. BROWN JR., Governor

## OFFICE OF STATEWIDE HEALTH PLANNING AND DEVELOPMENT
714 P STREET
SACRAMENTO, CALIFORNIA 95814
(916) 445-2603

February 6, 1981

Mrs. Bonnie Norman,
Director of Medical Services
Los Angeles County Jail
441 Bauchet Street
Los Angeles, CA 90012

Dear Mrs. Norman:

SUBJECT:   LOS ANGELES COUNTY JAILS
           PROPOSED LICENSING OF
           MEDICAL FACILITIES

As you are aware, at our October 27, 1980 meeting attended by yourself
and Mr. Bill Kern as well as Mr. Leon Stein of the Office of the State
Architect, Los Angeles, Mr. Paul Botica, Associate Architect, you were
advised that the buildings do not meet present seismic structural re-
quirements and that the Code requires that they be structurally rein-
forced prior to licensing the existing medical facilities.

Since that time, our office has sought legal confirmation of our advice.
Our legal department has just forwarded a request to the Attorney General
for an opinion, and you will be advised as soon as an answer is received.
We would suggest awaiting that opinion before determining how to proceed.

Sincerely,

Victor M. Moran
Supervising Architect
Division of Facilities Development

cc:   Larry G. Meeks/Chief/DFD
      Don Jephcott/OSA/SACTO
      Leon Stein/OSA/LA
      Paul Botica/DFD/LA
      Joe Symkowick/LEGAL/SACTO

RECEIVED

FEB 1 3 1981

BONNIE NORMAN

ATTACHMENT NUMBER 10 (cont)

75





# County of Los Angeles
## Office of the Sheriff
**PETER J. PITCHESS, SHERIFF**
### Los Angeles, California 90012

February 3, 1981

Mr. Mitchel Kotula, District Administrator
Licensing and Certification Division
State Department of Health Services
28 Civic Center Plaza, Room 850
Santa Ana, California 92701

Dear Mr. Kotula:

Attached you will find two sets of licensure applications
pertaining to our facilities.

If additional information is needed, you may contact me
at (213) 974-5045.

Sincerely,

PETER J. PITCHESS, SHERIFF

BONNIE NORMAN, DIRECTOR
MEDICAL SERVICES BUREAU

BN/ca

Attachments (2)

cc: William H. Kern
Kelsea K. Baggett
Mike Henry

ATTACHMENT NUMBER 11

77

STATE OF CALIFORNIA—HEALTH AND WELFARE AGENCY

DEPARTMENT OF HEALTH

## DATE OF OWNERSHIP CHANGE

Reply To:

Re: (Name and Address of Facility)

Sybil Brand Institute for Women Hospital

4500 East City Terrace Drive

Los Angeles, California 90063

We have been advised that you are the new owner(s) of the subject facility.

We wish to make certain that our records correctly show the effective date of the ownership change. This date should reflect the actual date on which you took charge of the financial management of the facility rather than the date of sale or date of State license change.

Would you please enter this effective date in the space provided at the bottom of this page. We also request that you or your representative and if possible the previous owner sign this form in quadruplicate and return four copies along with any other material we have asked you to return.

_____N/A_____
EFFECTIVE DATE OF CHANGE OF OWNERSHIP

_____N/A_____
SIGNATURE (FOR NEW OWNER)

_____N/A_____
SIGNATURE (FOR PREVIOUS OWNER)

County of Los Angeles
(Same Owner)
_____
NAME OF NEW OWNER, PARTNERSHIP, OR
CORPORATE ENTITY

_____N/A_____
NAME OF PREVIOUS OWNER, PARTNERSHIP,
OR CORPORATE ENTITY

ATTACHMENT NUMBER 11 (con't)

LIC 310 (4/74)



**HEALTH INSURANCE BENEFITS AGREEMENT**
(Agreement with Provider of Services Pursuant to
Section 1866 of the Social Security Act)

For the purpose of establishing eligibility for payment under Title XVIII of the Social Security Act,
hereinafter referred to as the provider of services, hereby agrees:

(A) not to charge, except to the extent permitted by section 1866(a)(2) of such Act and regulations issued thereunder, any individual or any other person for items and services with respect to which the provider of services is precluded by reason of section 1866(a)(1) from charging such individual or such other person;

(B) to return any moneys incorrectly collected from such individual or such person, or to make such other disposition as may be specified in regulations.

This agreement, upon submission by the provider of services of acceptable assurance of compliance with the requirements of Title VI of the Civil Rights Act of 1964, and upon acceptance for filing, by the Secretary of Health, Education, and Welfare, shall be binding on such provider of services and the Secretary.  The agreement may be terminated by either party in accordance with the provisions of section 1866(b)(1) and (2) of the Social Security Act and regulations thereunder.  In the event of such termination, the obligations of the Secretary to make payment to the provider of services pursuant to this agreement shall be abrogated to the extent specified in section 1866(b)(3), (4) and (5) of such Act and regulations thereunder.

This agreement shall become effective when accepted for filing by the Secretary or his delegate.

> In the event of a transfer of ownership of the provider of services under conditions specified in regulations,  THIS AGREEMENT SHALL NOT REMAIN EFFECTIVE as between the Secretary of Health, Education, and Welfare and the transferee.

| For Provider of Services by: | Accepted for Secretary of Health, Education, and Welfare by: |
|---|---|
| Bonnie Norman | |
| Name | Name |
| Hospital Administrator | |
| Title | Title |
| February 2, 1981 | |
| Date | Date |

FORM SSA-1561 (12-69)

ATTACHMENT NUMBER 11 (con't)



## STATEMENT OF FINANCIAL SOLVENCY

For the purpose of establishing eligibility for payment under Title XVIII of the Social Security Act, _____ hereinafter referred to as the provider of services, hereby states and declares:

1. That the provider of services has not been adjudged insolvent or bankrupt in a State or Federal court; and

2. That a court proceeding to make a judgment of bankruptcy or insolvency with respect to the provider of services is not pending in a State or Federal court.

In addition, the provider of services agrees to inform the Secretary of Health Education, and Welfare, through the Bureau of Health Insurance Regional Office, immediately if, prior to the acceptance of the Health Insurance Benefits Agreement by the Secretary of Health, Education, and Welfare, a court proceeding to make a judgment of insolvency or bankruptcy is instituted with respect to the provider of services.

---

### FOR PROVIDER OF SERVICES BY:

| NAME OF AUTHORIZED OFFICIAL (Please type) | TITLE |
|---|---|
| Bonnie Norman | Hospital Administrator |

| SIGNATURE OF AUTHORIZED OFFICIAL | DATE |
|---|---|
| *Bonnie Norman* | February 2, 19 |

Form HCFA-2572 (9-72) (Formerly SSA-2572)     ATTACHMENT NUMBER 11 (cont)

20

ASSURANCE OF COMPLIANCE WITH THE DEPARTMENT OF
HEALTH, EDUCATION, AND WELFARE REGULATION UNDER
TITLE VI OF THE CIVIL RIGHTS ACT OF 1964

**County of Los Angeles** _____ (hereinafter called the "Applicant")
(Name of Applicant)

HEREBY AGREES THAT it will comply with title VI of the Civil Rights Act of 1964
(P.L. 88-352) and all requirements imposed by or pursuant to the Regulation of the Department
of Health, Education, and Welfare (45 CFR Part 80) issued pursuant to that title, to the end that,
in accordance with title VI of that Act and the Regulation, no person in the United States shall,
on the ground of race, color, or national origin, be excluded from participation in, be denied the
benefits of, or be otherwise subjected to discrimination under any program or activity for which
the Applicant receives Federal financial assistance from the Department; and HEREBY GIVES
ASSURANCE THAT it will immediately take any measures necessary to effectuate this agree-
ment.

If any real property or structure thereon is provided or improved with the aid of Federal financial
assistance extended to the Applicant by the Department, this assurance shall obligate the
Applicant, or in the case of any transfer of such property, any transferee, for the period during
which the real property or structure is used for a purpose for which the Federal financial assist-
ance is extended or for another purpose involving the provision of similar services or benefits.
If any personal property is so provided, this assurance shall obligate the Applicant for the
period during which it retains ownership or possession of the property. In all other cases, this
assurance shall obligate the Applicant for the period during which the Federal financial assist-
ance is extended to it by the Department.

THIS ASSURANCE is given in consideration of and for the purpose of obtaining any and all
Federal grants, loans, contracts, property, discounts or other Federal financial assistance
extended after the date hereof to the Applicant by the Department, including installment pay-
ments after such date on account of applications for Federal financial assistance which were
approved before such date. The Applicant recognizes and agrees that such Federal financial
assistance will be extended in reliance on the representations and agreements made in this
assurance, and that the United States shall have the right to seek judicial enforcement of this
assurance. This assurance is binding on the Applicant, its successors, transferees, and assign-
ees, and the person or persons whose signatures appear below are authorized to sign this assur-
ance on behalf of the Applicant.

Dated _____ February 2, 1981 _____          County of Los Angeles
                                            _____
                                                  (Applicant)

                                            By _____ Bonnie Norman _____
                                            (President, Chairman of Board, or comparable
                                                    authorized official)
County of Los Angeles                       Hospital Administrator
_____                     441 Bauchet Street
Board of Supervisors                        Los Angeles, California  90012
500 West Temple Street
(Applicant's mailing address)
Los Angeles, California  90012

HEW-441
(12-64)                    ATTACHMENT NUMBER 11 (con't)

81

DEPARTMENT OF HEALTH, EDUCATION, AND WELFARE
SOCIAL SECURITY ADMINISTRATION

OMB No. 72-R0717

# HOSPITAL REQUEST TO ESTABLISH ELIGIBILITY IN THE HEALTH INSURANCE FOR THE AGED AND DISABLED PROGRAM

| PROVIDER IDENTIFICATION NUMBER (M1) | STATE/COUNTY CODE (M2) |
|---|---|
| STATE REGION (M3) | HSA CODE (M4) |
| PSRO CODE (M5) | PHS CODE (M6) |

| I. Identifying Information | NAME OF HOSPITAL Los Angeles County Sybil Brand Institute for Women Hospital | STREET ADDRESS 4500 East City Terrace Drive Los Angeles, California 90063 |
|---|---|---|
| | CITY, COUNTY, AND STATE Los Angeles, California | ZIP CODE 90063 | TELEPHONE NUMBER (M7) (213) 267-2661 |
| | NAME OF CHIEF ADMINISTRATIVE OFFICER (M8) Harry L. Hufford | TITLE Chief Administrative Officer |
| | NAME AND ADDRESS OF PARENT INSTITUTION (if applicable) (M9) N/A | |

| II. Licensure (M10) | 1 ☐ Licensed or Approved as a Hospital by a State or Local Government Agency | 1(a) Name of Licensing Agency (Specify) |
|---|---|---|
| | 2 ☐ No License or Approval Required | |

| III. Utilization Review Plan (Check one) (M11) | 1 ☐ Hospital Staff Members | 2 ☐ Medical Society/Foundation Committee |
|---|---|---|
| | 3 ☐ Combination Medical Society/ Foundation and Hospital Staff | 4 ☒ PSRO Monitoring |
| | | 5 ☐ Other (Specify) |

| IV. Type of Hospital [Check one that most accurately describes] (M12) | 1 ☐ General—Short Term | 4 ☒ Psychiatric | 7 ☐ Specialty—Long Term |
|---|---|---|---|
| | 2 ☐ General—Long Term | 5 ☐ Chronic Disease | 8 ☐ Christian Science Sanitorium |
| | 3 ☐ Tuberculosis and other respiratory Diseases | 6 ☐ Specialty— Short Term | 9 ☐ Other (Specify) |

| V. Type of Control (Check one) (M13) | Voluntary Not For Profit | | Government (Non—Federal) | | |
|---|---|---|---|---|---|
| | 1 ☐ Church | | 4 ☐ State | 6 ☐ City | 8 ☐ Hospital District or Authority |
| | 2 ☐ Other (Specify) | | 5 ☒ County | 7 ☐ City— County | |
| | 3 ☐ Proprietary | | 9 ☐ Government (Federal) (Specify) | | |

| VI. Bed Capacity | Total | Adult | Pediatric | ICU/CCU | Nursery |
|---|---|---|---|---|---|
| | 28 (M14) | 28 (M15) | (M16) | (M17) | (M18) (Exclude this total from ... |

Hospitals accredited by the JCAH or AOA may establish their eligibility to provide services for reimbursement under the program by submitting to the designated State agency information on this form, a UR plan which is found to meet the requirements of the law (unless a PSRO is performing reviews), and preparing an overall budget plan which provides for an annual operating budget and a capital expenditure plan. For other hospitals, the filing of this request will initiate the process of obtaining a decision as to whether the conditions of participation are met. A hospital that establishes its eligiblity may later enter into an agreement to become a participating hospital

**VII.**

Services provided by Staff, place a "1" in appropriate block(s).

If services provided under arrangements place a "2" in the appropriate block(s)

(M19)

| | | |
|---|---|---|
| 01 ☐ Blood Bank | 16 ☐1 X-Ray, Diagnostic | 30 ☐ Organ Bank |
| 02 ☐1 Clinical Laboratory | 17 ☐2 Nuclear Medicine | 31 ☐ Ambulatory Pre-operative Unit |
| 03 ☐1 Pathology Laboratory | 18 ☐2 Cobalt & Radiation Therapy | |
| 04 ☐1 Electrocardiograph | 19 ☐1 Psych. Inpatient Care | 32 ☐ Nursery |
| 05 ☐2 Electroencephalograph | 20 ☐ Rehabilitation Unit | 33 ☐ Shock Trauma |
| 06 ☐1 Pharmacy | 21 ☐1 Extended Care Unit | |
| 07 ☐ Occupational Therapy | 22 ☐2 Renal Dialysis | |
| 08 ☐1 Physical Therapy Dept. | 23 ☐2 Open Heart Surgery | |
| 09 ☐2 Intensive Care Unit | 24 ☐2 Coronary Care Unit | |
| 10 ☐1 Organized Outpatient Department | | |
| 11 ☐2 Emergency Department | 25 ☐2 Oral Surgery Department | |
| 12 ☐ Home Care Unit | 26 ☐1 OB-GYN Department | |
| 13 ☐2 Operating Room | 27 ☐ Pediatric Department | |
| 14 ☐2 Recovery Room | 28 ☐ Speech Therapy Department | |
| 15 ☐ Medical Social Service Department | 29 ☐2 Pulmonary Function Service | |

**VIII.**

Number of Medical Staff by Specialty and Type of Appointment

A.

| (M20) Active | (M21) Consulting | (M22) Courtesy | (M23) Intern | (M24) Resident | (M25) Total |
|---|---|---|---|---|---|
| 1 | - | | - | - | 1 |

B. Specialties (Check all applicable)   (M26)

| | | |
|---|---|---|
| 01 ☐ Surgery | 06 ☐1 OB-GYN | 11 ☐ Orthopaedics |
| 02 ☐ Internal Medicine | 07 ☐ Urology | 12 ☐ Psychiatry |
| 03 ☐ Pathology | 08 ☐ Pediatrics | 13 ☐ EENT |
| 04 ☐ General Practice | 09 ☐ Gastro-Ent | 14 ☐ Anesthesiology |
| 05 ☐ Radiology | 10 ☐ Neurology | 15 ☐ Oral Surgery |

**IX.**

Number of Employees (Full Time Equivalents)

A. Nursing Staff
(M27) 25 RN

(1) Nursing Subspecialties
(M29) - Nurse (CRNA)
(M30) - Nurse (Psych.)
(M31) 1 Nurse Practitioner
(M32) - Midwives
(Totals should be included in (A), above)
(M28) - LPN

B. Others
(M33) - RRA
(M34) 1 ART
(M35) 11 Medical Technician
(M36) - Lab Technologist
(M37) - Lab Technician
(M38) 1 Dietitian
(M39) - Nutritionist
(M40) 3 Pharmacist

(M41) - Social Worker
(M42) - Occupational Therapist
(M43) - Speech Therapist
(M44) - Physical Therapy
(M45) - PT Aides
(M46) - Nurse's Aides
(M47) - Orderlies
(M48) - Physician Assistant

**X.**

Physician Training Programs

A. Affiliated with a Medical School (M49)

1 ☐ Major
2 ☐ Limited
3 ☐ Graduate
4 ☒ No Affiliation

B. Intern Program Approved (M50)

1 ☐ AMA    3 ☐ AOA
2 ☐ ADA    4 ☒ No Program

C. Number of Resident Programs Approved by:  (M51)

1 __ AMA    3 __ AOA
2 __ ADA    4 ☒ No Program

SIGNATURE OF AUTHORIZED OFFICIAL

*Bonnie Norman*

FORM SSA-1514 (12-73) PAGE 2

ATTACHMENT NUMBER 11 (cont)

(M52) FISCAL YEAR ENDING DATE:
TITLE Hospital Administrator
DATE (M53) Feb. 2. 1981

APPLICATION FOR FACILITY LICENSURE:

SYBIL BRAND INSTITUTE FOR WOMEN HOSPITAL

12/09/80

ATTACHMENT NUMBER 11 (cont)

STATE OF CALIFORNIA—HEALTH AND HUMAN SERVICES AGENCY

# APPLICATION FOR FACILITY LICENSE
(See back for instructions)

Reply to:

**STATE DEPT. OF HEALTH SERVICES**
**Licensing & Certification Div.**
**28 Civic Center Plaza, Rm. 850**
**Santa Ana, CA 92701**

| FOR DEPARTMENT USE ONLY | |
|---|---|
| District: | Facility Number: |
| Date: | Action Type: |
| Reviewed by: | Facility Type: |

**APPLICANT(S) NAME**
LOS ANGELES COUNTY

**CHECK TYPE:**
☐ A. INDIVIDUAL  ☐ B. PARTNERSHIP  ☐ C. NONPROFIT CORPORATION
☐ D. PROFIT CORP.  ☒ E. COUNTY  ☐ F. OTHER PUBLIC AGENCY

**APPLICANT ADDRESS** 500 WEST TEMPLE STREET  **CITY** LOS ANGELES  **STATE** CA  **ZIP CODE** 90012  **PHONE** (21) 974-1401

**FACILITY (OR AGENCY) NAME**
LOS ANGELES COUNTY SYBIL BRAND INSTITUTE FOR WOMEN HOSPITAL

**FACILITY LOCATION** 4500 EAST CITY TERRACE DRIVE  **CITY** LOS ANGELES  **COUNTY** LA  **ZIP CODE** 90063  **PHONE** (21) 267-2661

**FACILITY MAILING ADDRESS (IF DIFFERENT)**  **CITY**  **STATE**  **ZIP CODE**

**PERSON IN CHARGE OF FACILITY** BONNIE C. NORMAN  **TITLE** DIRECTOR, MEDICAL SERVICES BUREAU  **LICENSE NO. (IF APPLICABLE)**

**TYPE OF APPLICATION:**
☒ A. NEW APPLICATION  ☐ D. CHANGE OF SERVICES  ☐ H. OTHER CHANGE, SPECIFY
☐ B. CHANGE OF CAPACITY  ☐ E. CHANGE OF FACILITY TYPE
☐ C. CHANGE OF LOCATION  ☐ F. CHANGE OF OWNERSHIP
                         ☐ G. CHANGE OF BED CLASSIFICATION

**TYPE OF FACILITY (OR AGENCY)** ACUTE PSYCHIATRIC HOSPITAL  **10. AMOUNT OF FEE ENCLOSED** FEE EXEMPT

**1. REQUESTED CAPACITY** 28 PATIENT BEDS  **12. AGE RANGE OF CLIENTS** SIXTEEN (16) YEARS AND ABOVE  **13. TIME OF OPERATION** 24-HOUR

**WAS FACILITY PREVIOUSLY LICENSED?** ☐ YES  ☒ NO
IF YES, FACILITY NUMBER  LICENSE AGENCY

**5. IS MAJOR CONSTRUCTION REQUIRED?** ☐ YES  ☒ NO  DATE CONSTRUCTION TO BEGIN  DATE TO BE COMPLETED  **16. PROPERTY OWNERSHIP** ☒ OWN  ☐ RENT  ☐ OTHER

**7. OTHER CARE FACILITIES LICENSED BY OR OWNED BY APPLICANT:**
A. ALL LOS ANGELES COUNTY DEPARTMENT OF HEALTH SERVICES FACILITIES
B.     C.     F.

**8. AREA HEALTH PLANNING APPROVAL (IF REQUIRED)** PENDING
DATE OF APPLICATION:  DATE OF APPROVAL:  CAPACITY APPROVED:

**9.** I (we) accept responsibility to
A. Comply with local ordinances concerning zoning, sanitation, building and other appropriate ordinances.
B. Comply with the Labor Code on employment practices concerning non-discrimination, liability insurance, wages, hours, and working conditions.
C. Comply with Health and Safety Code and regulations concerning licensing and fire safety.
I (we) declare under penalty of perjury that the statements on this application and on the accompanying attachments are correct to my (our) knowledge.

Signed _Bonnie C. Norman_  Title DIRECTOR, MEDICAL SERVICES BUREAU  Date 12/09/8_

Signed _____  Title _____  Date _____
Signed _____  Title _____  Date _____
Signed _____  Title _____  Date _____

**0.** Do you wish to apply for the Medicare program?  ☒ Yes  ☐ No

**1.** Do you wish to apply for the Medi-Cal program?  ☒ Yes  ☐ No

**ADDITIONAL SPACE**

ATTACHMENT NUMBER 11 (cont)

85

# INSTRUCTIONS FOR APPLICATION FOR FACILITY LICENSE

Type or print clearly. Prepare application in duplicate. Return original and maintain a copy for your records. Attach with the application a copy of forms and documents underlined below.

1. Applicant(s): Enter the legal person(s) or organization responsible for the facility. Enter full names. Individuals enter first, middle and last name. Husband and wife, if joint applicants, both sign. Individuals, each partner, and principle officers of corporations must complete _Applicant Information_ (LIC 215). Corporations and other organizations also complete _Administrative Organization_, (LIC 309).

2. Check type: Self-explanatory

3. Applicant Address: Enter home address of individual and corporations. Major partner enter home address. Other partners enter home address on Applicant Information. Enter area code with telephone number.

4. Facility Name: Enter the name used to designate the single facility under application. If an agency, fill in the name of the agency which provides the services.

5. Facility Location: Enter the physical location of the facility. If facility is difficult to locate, add directions for reaching facility under Additional Space. If applicant has more than one facility, a separate application must be completed for each facility. Enter area code with telephone number.

6. Facility mailing address: Self-explanatory

7. Person in charge of facility: Enter the name of person who will directly supervise the facility. If not yet employed enter "unknown".

8. Type of application: Self-explanatory

9. Type of Facility: Enter the title used in law and regulations. If unknown, enter the name commonly used to identify such facilities.

10. Amount of _Fee_ enclosed: Enter the amount of money enclosed with this application. If no Fee is now involved enter "none".

11. Requested capacity: Enter the total number of persons for whom care will be provided in any 24 hour period.

12. Age Range: Enter age range of persons receiving care

13. Time of operation: Enter hours and days of operation of facility

14. Was Facility previously licensed?: Self-explanatory

15. Is Facility to be constructed or require major building change: Self-explanatory

16. Property Ownership: Applicant must show evidence of control of property. If property is owned, enclose copy of _Deed, Bill of Sale_. If property is leased enclose copy of _lease agreement_

17. Other facilities: Enter the name or number of any other care type facility owned or operated by applicant. Additional space available on item 20.

18. Area Health Planning Approval: Health facilities are required to complete and submit _Area Health Planning Approval_ (LIC 108).

19. Statement of responsibilities, signatures: Application must be signed by applicant or authorized person(s).

20. For health facilities that want to be certified for Medicare. All other applicants check NO.

21. For health facilities that want to be certified for Medi-Cal. All other applicants check NO.

ATTACHMENT NUMBER 11 (cont)

STATE OF CALIFORNIA—HEALTH AND WELFARE AGENCY

DEPARTMENT OF HEALTH

## BED OR SERVICE REQUEST

Date **December 9, 1980**

This form is intended to identify the types of beds or services requested for Health Facilities. For new facilities, complete column marked "Requested Beds". For existing facilities, complete both columns. The form is to accompany the application form (LIC 200) for any new facility, change in capacity, service, facility type, or bed classification.

Name of Facility **LOS ANGELES COUNTY SYBIL BRAND INSTITUTE FOR WOMEN HOSPITAL** Type **ACUTE PSYCHIATRIC HOSPITAL**

Address **4500 EAST CITY TERRACE DRIVE, LOS ANGELES, CALIFORNIA 90063**

Please insert number

| | EXISTING BEDS | | REQUESTED BEDS |
|---|---|---|---|
| | Medical-Surgical | | Medical-Surgical |
| | Maternity | | Maternity |
| | Pediatrics | | Pediatrics |
| | Intensive or Coronary Care | | Intensive or Coronary Care |
| | Hemodialysis | | Hemodialysis |
| 12 | Psychiatric | 12 | Psychiatric |
| | Tuberculosis | | Tuberculosis |
| | Alcoholism | | Alcoholism |
| | Rehabilitation | | Rehabilitation |
| 16 | General Nursing (Long-Term) | 16 | General Nursing (Long-Term) |
| | Mental (Long-Term) | | Mental (Long-Term) |
| | Mentally Retarded | | Mentally Retarded |
| | Intermediate Care | | Intermediate Care |
| | Other Specify: | | Other Specify: |

**28** APPROVED CAPACITY          **28** CAPACITY REQUESTED

Please check services

| | EXISTING SERVICES | | REQUESTED SERVICES |
|---|---|---|---|
| | Anesthesia | | Anesthesia |
| | Surgical | | Surgical |
| X | Medical | X | Medical |
| | Pathological | | Pathological |
| X | Radiological | X | Radiological |
| X | Pharmaceutical | X | Pharmaceutical |
| X | Dental | X | Dental |
| X | Dietary | X | Dietary |
| X | Emergency | X | Emergency |
| | Physical Therapy | | Physical Therapy |
| | Nuclear Medicine | | Nuclear Medicine |
| | Occupational Therapy | | Occupational Therapy |
| | Outpatient Rehabilitation | | Outpatient Rehabilitation |
| | Renal Dialysis Center | | Renal Dialysis Center |
| | Community Hemodialysis Unit | | Community Hemodialysis Unit |
| | Renal Homotransplantation Center | | Renal Homotransplantation Center |
| | Inpatient Rehabilitation | | Inpatient Rehabilitation |
| | Other Specify: | | Other Specify: |
| X | OUTPATIENT CLINIC SERVICES | X | OUTPATIENT CLINIC SERVICES |

ATTACHMENT NUMBER 11 (cont)

5/74)

OF CALIFORNIA—HEALTH AND WELFARE AGENCY                                    Department of Health Service

## INISTRATIVE ORGANIZATION

*This side is for corporations only. See reverse for other organizations.*

### CORPORATION

| 1. Name (as filed with Secretary of State) | 2. Administrator |
|---|---|
| 3. Incorporation Date | 4. Place of Incorporation |

Please attach (1) A copy of Articles of Incorporation and any amendments (2) A copy of By-Laws and any amendments
(3) A copy of Resolution authorizing the filing of this application.

Principal office of business:

| Address | City | Zip Code | County | Phone No. |
|---|---|---|---|---|
| | | | | |

Foreign (out of state) applicants complete the following:

| Name of California Representative | Address | Zip Code | Phone No. |
|---|---|---|---|
| | | | |

Please attach a copy of authorization of a foreign corporation to do business in California.

If applicant has ever owned or operated a facility, please attach a list of the name of each facility, the address, size, type of care provided and the dates and duration of ownership or operation.

Governing Board of Directors:

1. Size of Board

2. Term of Office

3. Frequency of Meetings

4. Method of Selection

Board Officers:

| Office | Name | Home Address & City & Zip Code | Phone No. | Term Expir |
|---|---|---|---|---|
| President | | | | |
| Vice-President | | | | |
| Secretary | | ATTACHMENT NUMBER 11 (cont) | | |
| | | CO | | |

## PUBLIC AGENCY

Check type of public agency:  ☐ Federal   ☐ State   ☒ County   ☐ City   ☐ Other, specify below

Agency providing services:

Name: LOS ANGELES COUNTY SYBIL BRAND INSTITUTE FOR WOMEN HOSPITAL

Address: 4500 EAST CITY TERRACE DRIVE LOS ANGELES, CALIFORNIA  90063

Mailing Address: 4500 EAST CITY TERRACE DRIVE, LOS ANGELES, CALIFORNIA  90063

Contact person: BONNIE C. NORMAN

Title: DIRECTOR, MEDICAL SERVICES BUREAU

Phone No.: (213) 974-5045

District or Area to be served:  (attach map if necessary)

Specify geographic area: LOS ANGELES COUNTY

Required Supplemental Materials:

Attach copy of Resolution or legal document authorizing this application.

Additional Space

## PARTNERSHIPS

Attach a copy of partnership agreement

1 Partner   ☐ General   Name

☐ Limited   Home Address

2 Partner   ☐ General   Name

☐ Limited   Home Address

3 Partner   ☐ General   Name

☐ Limited   Home Address

4 Partner   ☐ General   Name

☐ Limited   Home Address

For additional partners use space above or attach separate sheet

## OTHER ASSOCIATIONS

Associations must also provide a similar list of persons legally responsible for the organization, appropriate legal documents which set responsibility of the organization and accountability for operating the facility.

ATTACHMENT NUMBER 11 (cont)

STATE OF CALIFORNIA—HEALTH AND WELFARE AGENCY                                    DEPARTMENT OF HEALTH

## DATE OF OWNERSHIP CHANGE

Reply To:

Re:  (Name and Address of Facility)

Los Angeles County Central Jail Hospital

441 Bauchet Street

Los Angeles, California  90012

We have been advised that you are the new owner(s) of the subject facility.

We wish to make certain that our records correctly show the effective date of the ownership change.
This date should reflect the actual date on which you took charge of the financial management of the
facility rather than the date of sale or date of State license change.

Would you please enter this effective date in the space provided at the bottom of this page. We also
request that you or your representative and if possible the previous owner sign this form in
quadruplicate and return four copies along with any other material we have asked you to return.

_____N/A_____
EFFECTIVE DATE OF CHANGE OF OWNERSHIP

_____N/A_____                                         _____N/A_____
SIGNATURE (FOR NEW OWNER)                                  SIGNATURE (FOR PREVIOUS OWNER)

County of Los Angeles
  (Same Owner)                                            _____N/A_____
NAME OF NEW OWNER, PARTNERSHIP, OR                        NAME OF PREVIOUS OWNER, PARTNERSHIP,
CORPORATE ENTITY                                          OR CORPORATE ENTITY

ATTACHMENT NUMBER 11 (cont)

90

LIC 310 (4/74)



**HEALTH INSURANCE BENEFITS AGREEMENT**
(Agreement with Provider of Services Pursuant to
Section 1866 of the Social Security Act)

For the purpose of establishing eligibility for payment under Title XVIII of the Social Security Act, hereinafter referred to as the provider of services, hereby agrees:

(A) not to charge, except to the extent permitted by section 1866(a)(2) of such Act and regulations issued thereunder, any individual or any other person for items and services with respect to which the provider of services is precluded by reason of section 1866(a)(1) from charging such individual or such other person;

(B) to return any moneys incorrectly collected from such individual or such person, or to make such other disposition as may be specified in regulations.

This agreement, upon submission by the provider of services of acceptable assurance of compliance with the requirements of Title VI of the Civil Rights Act of 1964, and upon acceptance for filing, by the Secretary of Health, Education, and Welfare, shall be binding on such provider of services and the Secretary. The agreement may be terminated by either party in accordance with the provisions of section 1866(b)(1) and (2) of the Social Security Act and regulations thereunder. In the event of such termination, the obligations of the Secretary to make payment to the provider of services pursuant to this agreement shall be abrogated to the extent specified in section 1866(b)(3), (4) and (5) of such Act and regulations thereunder.

This agreement shall become effective when accepted for filing by the Secretary or his delegate.

> In the event of a transfer of ownership of the provider of services under conditions specified in regulations, THIS AGREEMENT SHALL NOT REMAIN EFFECTIVE as between the Secretary of Health, Education, and Welfare and the transferee.

For Provider of Services by:

Accepted for Secretary of
Health, Education, and Welfare by:

Bonnie Norman
_____
Name

_____
Name

Hospital Administrator
_____
Title

_____
Title

February 2, 1981
_____
Date

_____
Date

FORM SSA-1561 (12-68)

ATTACHMENT NUMBER 11 (cont)

91



## STATEMENT OF FINANCIAL SOLVENCY

For the purpose of establishing eligibility for payment under Title XVIII of the Social Security Act, hereinafter referred to as the provider of services, hereby states and declares:

1. That the provider of services has not been adjudged insolvent or bankrupt in a State or Federal court; and

2. That a court proceeding to make a judgment of bankruptcy or insolvency with respect to the provider of services is not pending in a State or Federal court.

In addition, the provider of services agrees to inform the Secretary of Health, Education, and Welfare, through the Bureau of Health Insurance Regional Office, immediately if, prior to the acceptance of the Health Insurance Benefits Agreement by the Secretary of Health, Education, and Welfare, a court proceeding to make a judgment of insolvency or bankruptcy is instituted with respect to the provider of services.

---

### FOR PROVIDER OF SERVICES BY:

| NAME OF AUTHORIZED OFFICIAL (Please type) | TITLE | |
|---|---|---|
| Bonnie Norman | Hospital Administrator | |
| SIGNATURE OF AUTHORIZED OFFICIAL | ATTACHMENT NUMBER 11 (cont) | DATE |
| *Bonnie Norman* | 92 | February 2, |

Form HCFA-2572 (9-72) (Formerly SSA-2572)

## ASSURANCE OF COMPLIANCE WITH THE DEPARTMENT OF HEALTH, EDUCATION, AND WELFARE REGULATION UNDER TITLE VI OF THE CIVIL RIGHTS ACT OF 1964

**County of Los Angeles** _____ (hereinafter called the "Applicant")

(Name of Applicant)

HEREBY AGREES THAT it will comply with title VI of the Civil Rights Act of 1964 (P.L. 88-352) and all requirements imposed by or pursuant to the Regulation of the Department of Health, Education, and Welfare (45 CFR Part 80) issued pursuant to that title, to the end that, in accordance with title VI of that Act and the Regulation, no person in the United States shall, on the ground of race, color, or national origin, be excluded from participation in, be denied the benefits of, or be otherwise subjected to discrimination under any program or activity for which the Applicant receives Federal financial assistance from the Department; and HEREBY GIVES ASSURANCE THAT it will immediately take any measures necessary to effectuate this agreement.

If any real property or structure thereon is provided or improved with the aid of Federal financial assistance extended to the Applicant by the Department, this assurance shall obligate the Applicant, or in the case of any transfer of such property, any transferee, for the period during which the real property or structure is used for a purpose for which the Federal financial assistance is extended or for another purpose involving the provision of similar services or benefits. If any personal property is so provided, this assurance shall obligate the Applicant for the period during which it retains ownership or possession of the property. In all other cases, this assurance shall obligate the Applicant for the period during which the Federal financial assistance is extended to it by the Department.

THIS ASSURANCE is given in consideration of and for the purpose of obtaining any and all Federal grants, loans, contracts, property, discounts or other Federal financial assistance extended after the date hereof to the Applicant by the Department, including installment payments after such date on account of applications for Federal financial assistance which were approved before such date. The Applicant recognizes and agrees that such Federal financial assistance will be extended in reliance on the representations and agreements made in this assurance, and that the United States shall have the right to seek judicial enforcement of this assurance. This assurance is binding on the Applicant, its successors, transferees, and assignees, and the person or persons whose signatures appear below are authorized to sign this assurance on behalf of the Applicant.

Dated _____ **February 2, 1981** _____ | **County of Los Angeles**

(Applicant)

By_____ **Bonnie Norman** _____

(President, Chairman of Board, or comparable authorized official)

**County of Los Angeles** | **Hospital Administrator**

**Board of Supervisors** | **441 Bauchet Street**

**500 West Temple Street** | **Los Angeles, California 90012**

(Applicant's mailing address)

**Los Angeles, California 90012**

HEW-441
(12-64)

ATTACHMENT NUMBER 11 (cont)

DEPARTMENT OF HEALTH, EDUCATION, AND WELFARE
SOCIAL SECURITY ADMINISTRATION

Form Approved
OMB No. 72-R0717

# HOSPITAL REQUEST TO ESTABLISH ELIGIBILITY IN THE HEALTH INSURANCE FOR THE AGED AND DISABLED PROGRAM

| PROVIDER IDENTIFICATION NUMBER (M1) | STATE/COUNTY CODE (M2) |
|---|---|
| STATE REGION (M3) | RSA CODE (M4) |
| PSRO CODE (M5) | PHS CODE (M6) |

| | |
|---|---|
| **I.** **Identifying Information** | NAME OF HOSPITAL Los Angeles County Central Jail Hospital | STREET ADDRESS 441 Bauchet Street |

| | | | |
|---|---|---|---|
| | CITY, COUNTY, AND STATE Los Angeles, California | ZIP CODE 90012 | TELEPHONE NUMBER (M7) (213) 974-5045 |

NAME OF CHIEF ADMINISTRATIVE OFFICER (M8)  Harry L. Hufford     TITLE  Chief Administrative Officer

NAME AND ADDRESS OF PARENT INSTITUTION  (if applicable)
(M9)   N/A

**II.**
**Licensure**
(M10)

1 ☐ Licensed or Approved as a Hospital by a State or Local Government Agency         1(a) Name of Licensing Agency (Specify)

2 ☐ No License or Approval Required

**III.**
**Utilization Review Plan**
(Check one)(M11)

1 ☐ Hospital Staff Members          2 ☐ Medical Society/Foundation Committee
3 ☐ Combination Medical Society/Foundation and Hospital Staff          4 ☒ PSRO Monitoring
          5 ☐ Other (Specify)

**IV.**
**Type of Hospital**
(Check one that most accurately describes)
(M12)

1 ☐ General—Short Term          4 ☒ Psychiatric          7 ☐ Specialty—Long Term

2 ☐ General—Long Term          5 ☐ Chronic Disease          8 ☐ Christian Science Sanitorium

3 ☐ Tuberculosis and other respiratory Diseases          6 ☐ Specialty— Short Term          9 ☐ Other (Specify)

**V.**
**Type of Control**
(Check one)
(M13)

Voluntary Not For Profit          Government (Non-Federal)

1 ☐ Church          4 ☐ State          6 ☐ City
2 ☐ Other (Specify)          5 ☒ County          7 ☐ City–County          8 ☐ Hospital District or Authority

3 ☐ Proprietary          9 ☐ Government (Federal) (Specify)

**VI.**
**Bed Capacity**

| Total | Adult | Pediatric | ICU/CCU | Nursery |
|---|---|---|---|---|
| 276 (M14) | 276 (M15) | (M16) | (M17) | (M18) (Exclude this total from |

Hospitals accredited by the JCAH or AOA may establish their eligibility to provide services for reimbursement under the program by submitting to the designated State agency information on this form, a UR plan which is found to meet the requirements of the law (unless a PSRO is performing reviews), and preparing an overall budget plan which provides for an annual operating budget and a capital expenditure plan. For other hospitals, the filing of this request will initiate the process of obtaining a decision as to whether the conditions of participation are met. A hospital that establishes its eligibility may later enter into an agreement to become a participating hospital

**VII.**
Services provided by Staff, place a "1" in appropriate block(s).

If services provided under arrangements place a "2" in the appropriate block(s)

(M19)

| | | | |
|---|---|---|---|
| 01 ⊡ Blood Bank | 16 ☐1 X-Ray, Diagnostic | 30 ⊡ Organ Bank |
| 02 ☐1 Clinical Laboratory | 17 ☐2 Nuclear Medicine | 31 ⊡ Ambulatory Pre-operative Unit |
| 03 ☐2 Pathology Laboratory | 18 ☐2 Cobalt & Radiation Therapy | |
| 04 ☐1 Electrocardiograph | | |
| 05 ☐2 Electroencephalograph | 19 ☐2 Psych. Inpatient Care | 32 ☐1 Nursery |
| 06 ☐1 Pharmacy | 20 ☐2 Rehabilitation Unit | 33 ⊡ Shock Trauma |
| 07 ⊡ Occupational Therapy | 21 ☐1 Extended Care Unit | |
| 08 ☐1 Physical Therapy Dept. | 22 ☐2 Renal Dialysis | |
| 09 ☐2 Intensive Care Unit | 23 ☐2 Open Heart Surgery | |
| 10 ☐1 Organized Outpatient Department | 24 ☐2 Coronary Care Unit | |
| 11 ☐2 Emergency Department | 25 ☐2 Oral Surgery Department | |
| 12 ☐1 Home Care Unit | 26 ☐2 OB-GYN Department | |
| 13 ☐2 Operating Room | 27 ☐ Pediatric Department | |
| 14 ☐2 Recovery Room | 28 ☐ Speech Therapy Department | |
| 15 ☐ Medical Social Service Department | 29 ☐2 Pulmonary Function Service | |

**VIII.**
Number of Medical Staff by Specialty and Type of Appointment

| A. (M20) Active | (M21) Consulting | (M22) Courtesy | (M23) Intern | (M24) Resident | (M25) Total |
|---|---|---|---|---|---|
| 11 | - | - | - | - | 11 |

B. Specialties *(Check all applicable)*   (M26)

| | | |
|---|---|---|
| 01 ⊡ Surgery | 06 ⊡ OB-GYN | 11 ⊡ Orthopaedics |
| 02 ☐2 Internal Medicine | 07 ⊡ Urology | 12 ⊡ Psychiatry |
| 03 ☐ Pathology | 08 ⊡ Pediatrics | 13 ⊡ EENT |
| 04 ☐8 General Practice | 09 ⊡ Gastro-Ent | 14 ☐8 Anesthesiology |
| 05 ☐1 Radiology | 10 ⊡ Neurology | 15 ⊡ Oral Surgery |

**IX.**
Number of Employees (Full Time Equivalents)

A. Nursing Staff
(M27) __84__ RN

(1) Nursing Subspecialties
(M29) _____ Nurse (CRNA)
(M30) _____ Nurse (Psych.)
(M31) _____ Nurse Practitioner
(M32) _____ Midwives
(Totals should be included in (A), above)
(M28) __21__ LPN

B. Others
(M33) _____ RRA
(M34) __1__ ART
(M35) __11__ Medical Technician
(M36) _____ Lab Technologist
(M37) _____ Lab Technician
(M38) __1__ Dietitian
(M39) _____ Nutritionist
(M40) __3__ Pharmacist

(M41) _____ Social Worker
(M42) _____ Occupational Therapist
(M43) _____ Speech Therapis[t]
(M44) _____ Physical Therap[y]
(M45) _____ PT Aides
(M46) __12__ Nurse's Aides
(M47) _____ Orderlies
(M48) _____ Physician Assistant

**X.**
Physician Training Programs

A. Affiliated with a Medical School (M49)

1 ☐ Major
2 ☐ Limited
3 ☐ Graduate
4 ☒ No Affiliation

B. Intern Program Approved (M50)

1 ☐ AMA    3 ☐ AOA
2 ☐ ADA    4 ☒ No Program

C. Number of Resident Program[s] Approved by: (M51)

1 ___ AMA    3 ___ AOA
2 ___ ADA    4 ☒ No Program

SIGNATURE OF AUTHORIZED OFFICIAL
*Bonnie Norman*

FORM SSA-1514 (12-75) PAGE 2

(M52) FISCAL YEAR ENDING DATE:
TITLE Hospital Administrat[or]
(M53) DATE Feb. 2,

ATTACHMENT NUMBER 11 (cont)
93

**APPLICATION FOR FACILITY LICENSURE:**

**LOS ANGELES COUNTY SHERIFF'S DEPARTMENT JAIL HOSPITAL**

**12/09/80**

ATTACHMENT NUMBER 11 (cont)

26

**VII.**
Services provided by Staff, place a "I" in appropriate block(s).

If services provided under arrangements place a "2" in the appropriate block(s)

(M19)

| | |
|---|---|
| 01 [-] Blood Bank | 16 [1] X-Ray, Diagnostic |
| 02 [1] Clinical Laboratory | 17 [2] Nuclear Medicine |
| 03 [2] Pathology Laboratory | 18 [2] Cobalt & Radiation Therapy |
| 04 [1] Electrocardiograph | 19 [1] Psych. Inpatient Care |
| 05 [2] Electroencephalograph | 20 [-] Rehabilitation Unit |
| 06 [-] Pharmacy | 21 [1] Extended Care Unit |
| 07 [-] Occupational Therapy | 22 [2] Renal Dialysis |
| 08 [1] Physical Therapy Dept. | 23 [2] Open Heart Surgery |
| 09 [2] Intensive Care Unit | 24 [2] Coronary Care Unit |
| 10 [1] Organized Outpatient Department | 25 [2] Oral Surgery Department |
| 11 [2] Emergency Department | 26 [-] OB-GYN Department |
| 12 [-] Home Care Unit | 27 [-] Pediatric Department |
| 13 [-] Operating Room | 28 [-] Speech Therapy Department |
| 14 [2] Recovery Room | 29 [2] Pulmonary Function Service |
| 15 [-] Medical Social Service Department | |
| 30 [-] Organ Bank | |
| 31 [-] Ambulatory Pre-operative Unit | |
| 32 [-] Nursery | |
| 33 [-] Shock Trauma | |

**VIII.**
Number of Medical Staff by Specialty and Type of Appointment

| (M20) A. Active | (M21) Consulting | (M22) Courtesy | (M23) Intern | (M24) Resident | (M25) Total |
|---|---|---|---|---|---|
| 11 | - | - | - | - | 11 |

B. Specialties (Check all applicable) (M26)

| | | |
|---|---|---|
| 01 [-] Surgery | 06 [-] OB-GYN | 11 [-] Orthopaedics |
| 02 [2] Internal Medicine | 07 [-] Urology | 12 [-] Psychiatry |
| 03 [-] Pathology | 08 [-] Pediatrics | 13 [-] EENT |
| 04 [8] General Practice | 09 [-] Gastro-Ent | 14 [-] Anesthesiology |
| 05 [1] Radiology | 10 [-] Neurology | 15 [-] Oral Surgery |

**IX.**
Number of Employees (Full Time Equivalents)

A. Nursing Staff
(M27) __84__ RN

(1) Nursing Subspecialties
(M29)_____ Nurse (CRNA)
(M30)_____ Nurse (Psych.)
(M31)_____ Nurse Practitioner
(M32)_____ Midwives
(Totals should be included in (A), above)
(M28) __21__ LPN

B. Others
(M33)_____ RRA
(M34)__1__ ART
(M35)__11__ Medical Technician
(M36)_____ Lab Technologist
(M37)_____ Lab Technician
(M38)__1__ Dietitian
(M39)_____ Nutritionist
(M40)__3__ Pharmacist

(M41)_____ Social Worker
(M42)_____ Occupational Therapist
(M43)_____ Speech Therapi
(M44)_____ Physical Thera
(M45)_____ PT Aides
(M46)__12__ Nurse's Aides
(M47)_____ Orderlies
(M48)_____ Physician Assistant

**X.**
Physician Training Programs

A. Affiliated with a Medical School (M49)

1 [ ] Major
2 [ ] Limited
3 [ ] Graduate
4 [X] No Affiliation

B. Intern Program Approved (M50)

1 [ ] AMA     3 [ ] AOA
2 [ ] ADA     4 [X] No Program

C. Number of Resident Progra Approved by: (M51)

1 ___ AMA     3 ___ AC
2 ___ ADA     4 [X] No Progra

SIGNATURE OF AUTHORIZED OFFICIAL
*Birnie Norman*

(M52) FISCAL YEAR ENDING DATE:

TITLE
Hospital Administra(95)

DATE
Feb. 2

FORM SSA-1514 (12-75) PAGE 2

ATTACH____11 (con)

APPLICATION FOR FACILITY LICENSURE:

LOS ANGELES COUNTY SHERIFF'S DEPARTMENT JAIL HOSPITAL

12/09/80

ATTACHMENT NUMBER 11 (con't)

26

**VII.**
Services provided by Staff, place a "1" in appropriate block(s).

If services provided under arrangements place a "2" in the appropriate block(s)

(M19)

01 [1] Blood Bank
02 [1] Clinical Laboratory
03 [1] Pathology Laboratory
04 [1] Electrocardiograph
05 [2] Electroencephalograph
06 [1] Pharmacy
07 [-] Occupational Therapy
08 [1] Physical Therapy Dept.
09 [1] Intensive Care Unit
10 [1] Organized Outpatient Department
11 [2] Emergency Department
12 [-] Home Care Unit
13 [2] Operating Room
14 [2] Recovery Room
15 [-] Medical Social Service Department

16 [1] X-Ray, Diagnostic
17 [2] Nuclear Medicine
18 [2] Cobalt & Radiation Therapy
19 [-] Psych. Inpatient Care
20 [-] Rehabilitation Unit
21 [-] Extended Care Unit
22 [2] Renal Dialysis
23 [2] Open Heart Surgery
24 [2] Coronary Care Unit
25 [2] Oral Surgery Department
26 [-] OB-GYN Department
27 [-] Pediatric Department
28 [-] Speech Therapy Department
29 [2] Pulmonary Function Service

30 [-] Organ Bank
31 [-] Ambulatory Pre-operative Unit
32 [-] Nursery
33 [-] Shock Trauma

---

**VIII.**
Number of Medical Staff by Specialty and Type of Appointment

| A. (M20) Active | (M21) Consulting | (M22) Courtesy | (M23) Intern | (M24) Resident | (M25) Total |
|---|---|---|---|---|---|
| 11 | - | - | | | 11 |

B. Specialties (*Check all applicable*) (M26)

01 [-] Surgery
02 [2] Internal Medicine
03 [-] Pathology
04 [8] General Practice
05 [1] Radiology

06 [-] OB-GYN
07 [-] Urology
08 [-] Pediatrics
09 [-] Gastro-Ent
10 [-] Neurology

11 [-] Orthopaedics
12 [-] Psychiatry
13 [-] EENT
14 [-] Anesthesiology
15 [-] Oral Surgery

---

**IX.**
Number of Employees (Full Time Equivalents)

A. Nursing Staff
(M27)  84  RN

(1) Nursing Subspecialties
(M29) _____ Nurse (CRNA)
(M30) _____ Nurse (Psych.)
(M31) _____ Nurse Practitioner
(M32) _____ Midwives
   (Totals should be included in (A), above)
(M28)  21  LPN

B. Others
(M33) _____ RRA
(M34)  1  ART
(M35)  11  Medical Technician
(M36) _____ Lab Technologist
(M37) _____ Lab Technician
(M38)  1  Dietitian
(M39) _____ Nutritionist
(M40)  3  Pharmacist

(M41) _____ Social Worker
(M42) _____ Occupational Therapist
(M43) _____ Speech Therapist
(M44) _____ Physical Therapy
(M45) _____ PT Aides
(M46)  12  Nurse's Aides
(M47) _____ Orderlies
(M48) _____ Physician Assistant

---

**X.**
Physician Training Programs

A. Affiliated with a Medical School (M49)
1 [ ] Major
2 [ ] Limited
3 [ ] Graduate
4 [X] No Affiliation

B. Intern Program Approved (M50)
1 [ ] AMA
2 [ ] ADA
3 [ ] AOA
4 [X] No Program

C. Number of Resident Programs Approved by: (M51)
1 ___ AMA
2 ___ ADA
3 ___ AOA
4 [X] No Program

---

SIGNATURE OF AUTHORIZED OFFICIAL

*Bonnie Norman*

FORM SSA-1514 (12-75) PAGE 2      ATTACHMENT TO ITEM 11 (con't)

(M52) FISCAL YEAR ENDING DATE:
TITLE: Hospital Administrator
DATE (M53): Feb. 2, 19

APPLICATION FOR FACILITY LICENSURE:

LOS ANGELES COUNTY SHERIFF'S DEPARTMENT JAIL HOSPITAL

12/09/80

# APPLICATION FOR FACILITY LICENSE

(See back for instructions)

Reply to:

**STATE DEPT. OF HEALTH SERVICES**
**Licensing & Certification Div.**
**28 Civic Center Plaza, Rm. 850**
**Santa Ana, CA 92701**

| FOR DEPARTMENT USE ONLY | |
|---|---|
| District: | Facility Number: |
| Date: | Action Type: |
| Reviewed by: | Facility Type: |

**APPLICANT(S) NAME**
LOS ANGELES COUNTY

**CHECK TYPE:**
☐ A. INDIVIDUAL  ☐ B. PARTNERSHIP  ☐ C. NONPROFIT CORPORATION
☐ D. PROFIT CORP.  ☒ E. COUNTY  ☐ F. OTHER PUBLIC AGENCY

| APPLICANT ADDRESS | CITY | STATE | ZIP CODE | PHONE |
|---|---|---|---|---|
| 500 WEST TEMPLE STREET | LOS ANGELES | CA | 90012 | (2 974-14 |

**FACILITY (OR AGENCY) NAME**
LOS ANGELES COUNTY SHERIFF'S DEPARTMENT JAIL HOSPITAL

| FACILITY LOCATION | CITY | COUNTY | ZIP CODE | PHONE |
|---|---|---|---|---|
| 441 BAUCHET STREET | LOS ANGELES | LA | 90012 | (2 974-50 |

| FACILITY MAILING ADDRESS (IF DIFFERENT) | CITY | STATE | ZIP CODE |
|---|---|---|---|
| | | | |

| PERSON IN CHARGE OF FACILITY | TITLE | LICENSE NO. (IF APPLICABLE |
|---|---|---|
| BONNIE C. NORMAN | DIRECTOR, MEDICAL SERVICES BUREAU | |

**TYPE OF APPLICATION:**
☒ A. NEW APPLICATION  ☐ D. CHANGE OF SERVICES  ☐ H. OTHER CHANGE, SPECIFY
☐ B. CHANGE OF CAPACITY  ☐ E. CHANGE OF FACILITY TYPE
☐ C. CHANGE OF LOCATION  ☐ F. CHANGE OF OWNERSHIP
 ☐ G. CHANGE OF BED CLASSIFICATION

| TYPE OF FACILITY (OR AGENCY) | 10. AMOUNT OF FEE ENCLOS |
|---|---|
| ACUTE PSYCHIATRIC HOSPITAL | FEE EXEMPT |

| 11. REQUESTED CAPACITY | 12. AGE RANGE OF CLIENTS | 13. TIME OF OPERATION |
|---|---|---|
| 276 PATIENT BEDS | SIXTEEN (16) YEARS AND ABOVE | 24-HOUR |

| 4. WAS FACILITY PREVIOUSLY LICENSED? ☐ YES ☒ NO | |
|---|---|
| IF YES, FACILITY NUMBER: | LICENSE AGENCY |

| 5. IS MAJOR CONSTRUCTION REQUIRED? | DATE CONSTRUCTION TO BEGIN: | 16. PROPERTY OWNERSHIP |
|---|---|---|
| ☐ YES ☒ NO | DATE TO BE COMPLETED: | ☒ OWN ☐ RENT ☐ OTHER |

**7. OTHER CARE FACILITIES LICENSED BY OR OWNED BY APPLICANT:**
A. ALL LOS ANGELES COUNTY DEPARTMENT OF HEALTH SERVICES FACILITIES  C.
D.  E.  F.

**8. AREA HEALTH PLANNING APPROVAL (IF REQUIRED)** PENDING

| DATE OF APPLICATION: | DATE OF APPROVAL: | CAPACITY APPROVED: |
|---|---|---|
| | | |

**9. I (we) accept responsibility to**
A. Comply with local ordinances concerning zoning, sanitation, building and other appropriate ordinances.
B. Comply with the Labor Code on employment practices concerning non-discrimination, liability insurance, wages, hours, and wo conditions.
C. Comply with Health and Safety Code and regulations concerning licensing and fire safety.
I (we) declare under penalty of perjury that the statements on this application and on the accompanying attachments are correct to my knowledge.

| Signed *Bonnie C Norman* | Title DIRECTOR, MEDICAL SERVICES BUREAU | Date 12/09/ |
|---|---|---|
| Signed | Title | Date |
| Signed | Title | Date |
| Signed | Title | Date |

| 3. Do you wish to apply for the Medicare program? | ☒ Yes | ☐ No |
|---|---|---|
| 1. Do you wish to apply for the Medi-Cal program? | ☒ Yes | ☐ No |

**ADDITIONAL SPACE**

ATTACHMENT NUMBER 11 (cont)

## INSTRUCTIONS FOR APPLICATION FOR FACILITY LICENSE

Type or print clearly. Prepare application in duplicate. Return original and maintain a copy for your records. Attach with the application a copy of forms and documents underlined below.

1.  Applicant(s): Enter the legal person(s) or organization responsible for the facility. Enter full names. Individuals enter first, middle and last name. Husband and wife, if joint applicants, both sign. Individuals, each partner, and principle officers of corporations must complete *Applicant Information* (LIC 215). Corporations and other organizations also complete *Administrative Organization*, (LIC 309).

2.  Check type: Self-explanatory

3.  Applicant Address: Enter home address of individual and corporations. Major partner enter home address. Other partners enter home address on Applicant Information. Enter area code with telephone number.

4.  Facility Name: Enter the name used to designate the single facility under application. If an agency, fill in the name of the agency which provides the services.

5.  Facility Location: Enter the physical location of the facility. If facility is difficult to locate, add directions for reaching facility under Additional Space. If applicant has more than one facility, a separate application must be completed for each facility. Enter area code with telephone number.

6.  Facility mailing address: Self-explanatory

7.  Person in charge of facility: Enter the name of person who will directly supervise the facility. If not yet employed enter "unknown".

8.  Type of application: Self-explanatory

9.  Type of Facility: Enter the title used in law and regulations. If unknown, enter the name commonly used to identify such facilities.

10. Amount of *Fee* enclosed: Enter the amount of money enclosed with this application. If no Fee is now involved enter "none".

11. Requested capacity: Enter the total number of persons for whom care will be provided in any 24 hour period.

12. Age Range: Enter age range of persons receiving care

13. Time of operation: Enter hours and days of operation of facility

14. Was Facility previously licensed?: Self-explanatory

15. Is Facility to be constructed or require major building change: Self-explanatory

16. Property Ownership: Applicant must show evidence of control of property. If property is owned, enclose copy of *Deed, Bill of Sale*. If property is leased enclose copy of *lease agreement*

17. Other facilities: Enter the name or number of any other care type facility owned or operated by applicant. Additional space available on item 20.

18. Area Health Planning Approval: Health facilities are required to complete and submit *Area Health Planning Approval* (LIC 108).

19. Statement of responsibilities, signatures: Application must be signed by applicant or authorized person(s).

20. For health facilities that want to be certified for Medicare. All other applicants check NO.

21. For health facilities that want to be certified for Medi-Cal. All other applicants check NO.

ATTACHMENT NUMBER 11 (cont)

STATE OF CALIFORNIA—HEALTH AND WELFARE AGENCY                                         DEPARTMENT OF HEALTH

## BED OR SERVICE REQUEST

Date **December 9, 1980**

This form is intended to identify the types of beds or services requested for Health Facilities.   For new facilities, complete column marked "Requested Beds".   For existing facilities, complete both columns.   The form is to accompany the application form (LIC 200) for any new facility, change in capacity, service, facility type, or bed classification.

### LOS ANGELES COUNTY SHERIFF'S DEPARTMENT
Name of Facility **JAIL HOSPITAL**          Type **ACUTE PSYCHIATRIC HOSPITAL**

Address   **441 BAUCHET STREET, LOS ANGELES, CALIFORNIA  90012**

---

Please insert number

| EXISTING BEDS | | REQUESTED BEDS | |
|---|---|---|---|
| | Medical-Surgical | | Medical-Surgical |
| | Maternity | | Maternity |
| | Pediatrics | | Pediatrics |
| | Intensive or Coronary Care | | Intensive or Coronary Care |
| | Hemodialysis | | Hemodialysis |
| 80 | Psychiatric | 80 | Psychiatric |
| | Tuberculosis | | Tuberculosis |
| | Alcoholism | | Alcoholism |
| | Rehabilitation | | Rehabilitation |
| 196 | General Nursing (Long-Term) | 196 | General Nursing (Long-Term) |
| | Mental (Long-Term) | | Mental (Long-Term) |
| | Mentally Retarded | | Mentally Retarded |
| | Intermediate Care | | Intermediate Care |
| | Other Specify: | | Other Specify: |

**276** APPROVED CAPACITY          **276** CAPACITY REQUESTED

---

Please check services

| EXISTING SERVICES | | REQUESTED SERVICES | |
|---|---|---|---|
| | Anesthesia | | Anesthesia |
| | Surgical | | Surgical |
| x | Medical | x | Medical |
| | Pathological | | Pathological |
| x | Radiological | x | Radiological |
| x | Pharmaceutical | x | Pharmaceutical |
| x | Dental | x | Dental |
| x | Dietary | x | Dietary |
| x | Emergency | x | Emergency |
| x | Physical Therapy | x | Physical Therapy |
| | Nuclear Medicine | | Nuclear Medicine |
| | Occupational Therapy | | Occupational Therapy |
| | Outpatient Rehabilitation | | Outpatient Rehabilitation |
| | Renal Dialysis Center | | Renal Dialysis Center |
| | Community Hemodialysis Unit | | Community Hemodialysis Unit |
| | Renal Homotransplantation Center | | Renal Homotransplantation Center |
| | Inpatient Rehabilitation | | Inpatient Rehabilitation |
| | Other Specify: | | Other Specify: |
| x | OUTPATIENT CLINIC SERVICES | x | OUTPATIENT CLINIC SERVICES |
| x | CLINICAL LABORATORY | x | CLINICAL LABORATORY |

ATTACHMENT NUMBER 11 (cont)

HF 500 (5/74)

STATE OF CALIFORNIA HEALTH AND WELFARE AGENCY

## ADMINISTRATIVE ORGANIZATION

This side is for corporations only. See
reverse for other organizations.

### CORPORATION

| Name (as filed with Secretary of State) | 2. Administrator |
|---|---|

| Incorporation Date | 4. Place of Incorporation |
|---|---|

Please attach (1) A copy of Articles of Incorporation and any amendments  (2) A copy of By-Laws and any amendments
3) A copy of Resolution authorizing the filing of this application.

Principal office of business:

| Address | City | Zip Code | County | Phone No |
|---|---|---|---|---|

Foreign (out of state) applicants complete the following:

| 1. Name of California Representative | Address | Zip Code | Phone No |
|---|---|---|---|

2. Please attach a copy of authorization of a foreign corporation to do business in California.

If applicant has ever owned or operated a facility, please attach a list of the name of each facility, the address, size, type of care pro-
and the dates and duration of ownership or operation.

Governing Board of Directors:

1. Size of Board

2. Term of Office

3. Frequency of Meetings

4. Method of Selection

Board Officers:

| Office | Name | Home Address & City & Zip Code | Phone No. | Term E |
|---|---|---|---|---|
| President | | | | |
| 2-President | | | | |
| etary | | ATTACHMENT NUMBER 11 (co-t) | | |
| surer | | 100 | | |

309 (7/78)

## PUBLIC AGENCY

Check type of public agency: ☐ Federal ● ☐ State ☒ County ☐ City ☐● er, specify below

Agency providing services:

Name: LOS ANGELES COUNTY SHERIFF'S DEPARTMENT JAIL HOSPITAL    Address: 441 BAUCHET STREET, LOS ANGELES, CA 9001

Mailing Address: 441 BAUCHET STREET, LOS ANGELES, CALIFORNIA 90012

Contact person: BONNIE C. NORMAN    Title: DIRECTOR, MEDICAL SERVICES BUREAU    Phone No.: (213) 974-5045

District or Area to be served: (attach map if necessary)

Specify geographic area: LOS ANGELES COUNTY

Required Supplemental Materials:

Attach copy of Resolution or legal document authorizing this application.

Additional Space

## PARTNERSHIPS

tach a copy of partnership agreement

1 Partner   ☐ General   Name_____

            ☐ Limited    Home Address_____

3 Partner   ☐ General   Name_____

            ☐ Limited    Home Address_____

1 Partner   ☐ General   Name_____

            ☐ Limited    Home Address_____

1 Partner   ☐ General   Name_____

            ☐ Limited    Home Address_____

For additional partners use space above or attach separate sheet

## OTHER ASSOCIATIONS

ther associations must also provide a similar list of persons legally responsible for the organization, appropriate legal documents whic ith legal responsibility of the organization and accountability for operating the facility.

STATE OF CALIFORNIA—HEALTH AND WELFARE AGENCY                                     EDMUND G. BROWN JR., Governor

## OFFICE OF STATEWIDE HEALTH PLANNING AND DEVELOPMENT
714 P STREET
SACRAMENTO, CALIFORNIA 95814
(916) 445-2603



February 6, 1981

Mrs. Bonnie Norman,
Director of Medical Services
Los Angeles County Jail
441 Bauchet Street
Los Angeles, CA 90012

Dear Mrs. Norman:

SUBJECT:  LOS ANGELES COUNTY JAILS
          PROPOSED LICENSING OF
          MEDICAL FACILITIES

As you are aware, at our October 27, 1980 meeting attended by yourself
and Mr. Bill Kern as well as Mr. Leon Stein of the Office of the State
Architect, Los Angeles, Mr. Paul Botica, Associate Architect, you were
advised that the buildings do not meet present seismic structural re-
quirements and that the Code requires that they be structurally rein-
forced prior to licensing the existing medical facilities.

Since that time, our office has sought legal confirmation of our advice.
Our legal department has just forwarded a request to the Attorney General
for an opinion, and you will be advised as soon as an answer is received.
We would suggest awaiting that opinion before determining how to proceed.

Sincerely,

Victor M. Moran
Supervising Architect
Division of Facilities Development

cc:  Larry G. Meeks/Chief/DFD
     Don Jephcott/OSA/SACTO
     Leon Stein/OSA/LA
     Paul Botica/DFD/LA
     Joe Symkowick/LEGAL/SACTO

ATTACHMENT NUMBER 12

102

RECEIVED

FEB 1 3 1981

BONNIE NORMAN

(13)

### OFFICE OF STATEWIDE HEALTH PLANNING AND DEVELOPMENT

Application for Exemption From a Certificate of Need Review under Section 437.11 (b) (2) of the Health and Safety Code

Facility Name **Los Angeles County Central Jail Hospital** Application I.D. Number

Street Address **441 Bauchet Street**   City **Los Angeles**   Zip **90012**

Applicant (if different) **Los Angeles County**

Street Address (if different) **500 West Temple Street**   City **Los Angeles**   Zip **90012**

Facility Administrator/Manager **Bonnie Norman**   Phone **(213) 974-5045**

Facility License Category (check one box):

☐ General Acute Care Hospital
☐ Intermediate Care Facility
☒ Acute Psychiatric Hospital
☐ Surgical Clinic   ☐ Chronic Dialysis Clinic
☐ Skilled Nursing Facility

Number of Licensed Beds **276**   Number of approved Chronic Dialysis Stations **N/A**

| | |
|---|---|
| Person Authorized to Act and Receive Service on Proceedings of the Application on Behalf of the Applicant (if different from Administrator) | Name _____ |
| | Title _____ |
| | Firm _____ |
| | Address _____ |
| | Phone _____ |

### CERTIFICATION BY APPLICANT

I hereby submit and declare, under penalty of perjury, that the project described and each statement, amount and supporting document included is true and correct to the best of my knowledge and belief; and that the project does *not* involve *any* of the following:

(1) Increase in licensed bed capacity.
(2) Conversion of the facility from one licensed category to another.
(3) Conversion of any of the facility's existing beds from one bed classification to another except as authorized by Section 437.10 of the Health and Safety Code.
(4) An expansion or addition of diagnostic or therapeutic capability or an expansion or addition of service other than to the extent expansion or addition is inherently required to meet State or federal laws or regulations specified in the official notice of noncompliance.
(5) Location on a site which is not the same site or adjacent thereto.

Name **Bonnie Norman**   Title **Hospital Administrator**   Date **February 27, 19**

Signature *Bonnie Norman*

ATTACHMENT NUMBER 13

HP 18 (7/77)   103

OJECT TYPE (Check all applicable boxes)

## HOSPITALS ONLY

### BASIC SERVICES

- (1) ☐ Anesthesia
- (2) ☒ Clinical Laboratory
- (3) ☒ Dietetic
- (4) ☒ Medical
- (5) ☒ Nursing
- (6) ☒ Pharmaceutical
- (7) ☒ Radiological
- (8) ☐ Surgical

### SPECIAL SERVICES

- (9) ☐ Burn Center
- (10) ☐ Cardiovascular Surgery
- (11) ☐ Chronic Dialysis
- (12) ☒ Emergency Medical, Basic
- (13) ☐ Emergency Medical, Comprehensive
- (14) ☐ Intensive Care Newborn Nursery
- (15) ☒ Psychiatric Unit
- (16) ☐ Radiation Therapy
- (17) ☐ Renal Transplant

### SUPPLEMENTAL SERVICES

- (18) ☐ Acute Respiratory Care
- (19) ☐ Coronary Care
- (20) ☒ Dental Service
- (21) ☒ Emergency Medical, Standby
- (22) ☐ Intensive Care
- (23) ☐ Intermediate Care
- (24) ☐ Nuclear Medicine
- (25) ☐ Occupational Therapy
- (26) ☒ Outpatient

- (27) ☐ Pediatric
- (28) ☐ Perinatal
- (29) ☒ Physical Therapy
- (30) ☐ Podiatric
- (31) ☐ Rehabilitation Center
- (32) ☐ Respiratory Care
- (33) ☒ Skilled Nursing
- (34) ☐ Social Service
- (35) ☐ Speech Pathology and/or Audiology

## SKILLED NURSING OR INTERMEDIATE CARE FACILITIES ONLY

### REQUIRED SERVICES

- (36) ☐ Activity Program
- (37) ☐ Dietetic
- (38) ☐ Pharmaceutical
- (39) ☐ Physician
- (40) ☐ Skilled Nursing (SNF)
- (41) ☐ Intermittent Nursing (ICF)

### OPTIONAL SERVICES

- (42) ☐ Developmentally Disabled
- (43) ☐ Mentally Disordered
- (44) ☐ Occupational Therapy
- (45) ☐ Physical Therapy
- (46) ☐ Rehabilitation
- (47) ☐ Social Work
- (48) ☐ Speech Pathology and/or Audiology
- (49) ☐ Substance Abuse

## ALL FACILITIES

### EQUIPMENT IN EXCESS OF $150,000

- ☒ Diagnostic
- ☐ Therapeutic
- ☐ Other

### NON-BED, NON-SERVICE CAPITAL EXPENDITURES EXCESS OF $150,000

- ☐ Research Services
- ☐ Education Services
- ☐ General Services
- ☐ Fiscal Services
- ☐ Administrative Services
- ☐ Other

ATTACHMENT NUMBER 12 (cont)

Facility Name   Los Angeles County
                Central Jail Hospital          Application I.D. Number _____      Page:

## PROJECT SUMMARY

Instructions: All applicants *must* provide a short narrative describing the total project *in the space below.* A more complete description *may* be submitted as Attachment A.

The Los Angeles County Sheriff's Department presently maintains 276 medical beds in its Central Jail Facility. Los Angeles County and the Sheriff's Department have been court ordered to seek licensure for these medical beds. We are currently in the process of doing so and have asked to be licensed as a 276 bed acute psychiatric facility with distinct parts.

It is important to point out that this facility only provides care and treatment for inmates and does not admit members of the general community.

## COST ESTIMATES FOR PROJECT
See item 8 under General Information for inclusions.

| | | | | |
|---|---|---|---|---|
| A. Planning | $ _____ | F. Value of leased facility | $ _____ |
| B. Administrative | $ _____ | (attach lease) | |
| C. Financing | $ _____ | G. Plans | $ _____ |
| D. Site | $ _____ | H. Construction | $ _____ |
| E. Equipment | $ _____ | I. Test | $ _____ |
| (attach detailed list.) | | | |
| J. | Total (Items A–I) | $ _____ | |
| K. | Contingencies (2%, Item J) | $ _____ | |
| L. | Total Cost (Items J & K) | $ _____ | |

Please return 3 copies to:                      ATTACHMENT NUMBER 13
    Department of Health
    Office of Statewide Health Planning            105
    and Development
    714 P Street, Room 977

(14)

## OFFICE OF STATEWIDE HEALTH
## PLANNING AND DEVELOPMENT

Application for Exemption From a Certificate of Need Review under Section 437.11 (b) (2) of the Health and Safety Code.

Facility Name  Los Angeles County Sybil Brand Institute for Women Hospital

Application I.D. Number _____

Street Address  4500 East City Terrace Drive   City  Los Angeles   Zip  90063

Applicant (if different)  Los Angeles County

Street Address (if different)  500 West Temple Street   City  Los Angeles   Zip  90012

Phone (213) 974-5045

Facility Administrator/Manager  Bonnie Norman

Facility License Category (check one box):

☐ Intermediate Care Facility

☐ Surgical Clinic   ☐ Chronic Dialysis Clinic

☐ General Acute Care Hospital

☒ Acute Psychiatric Hospital

☐ Skilled Nursing Facility

Number of Licensed Beds   28    Number of approved Chronic Dialysis Stations   N/A

Person Authorized to Act and Receive Service on Proceedings of the Application on Behalf of the Applicant (if different from Administrator)

Name _____

Title _____

Firm _____

Address _____

Phone _____

## CERTIFICATION BY APPLICANT

I hereby submit and declare, under penalty of perjury, that the project described and each statement, amount and supporting document included is true and correct to the best of my knowledge and belief; and that the project does not involve any of the following:

(1) Increase in licensed bed capacity.
(2) Conversion of the facility from one licensed category to another.
(3) Conversion of any of the facility's existing beds from one bed classification to another except as authorized by Section 437.10 of the Health and Safety Code.
(4) An expansion or addition of diagnostic or therapeutic capability or an expansion or addition of service other than to the extent expansion or addition is inherently required to meet State or federal laws or regulations specified in the official notice of noncompliance.
(5) Location on a site which is not the same site or adjacent thereto.

Name  Bonnie Norman   Title Hospital Administrator  Date February 27, 19

Signature  Bonnie Norman

ATTACHMENT NUMBER 14

10~

OHP 18 (7/77)

ROJECT TYPE **(Check all applicable boxes)**

## HOSPITALS ONLY

### ASIC SERVICES

| | | |
|---|---|---|
| (1) | ☐ | Anesthesia |
| (2) | ☒ | Clinical Laboratory |
| (3) | ☒ | Dietetic |
| (4) | ☒ | Medical |
| (5) | ☒ | Nursing |
| (6) | ☒ | Pharmaceutical |
| (7) | ☒ | Radiological |
| (8) | ☐ | Surgical |

### SPECIAL SERVICES

| | | |
|---|---|---|
| ( 9) | ☐ | Burn Center |
| (10) | ☐ | Cardiovascular Surgery |
| (11) | ☐ | Chronic Dialysis |
| (12) | ☒ | Emergency Medical, Basic |
| (13) | ☐ | Emergency Medical, Comprehensive |
| (14) | ☐ | Intensive Care Newborn Nursery |
| (15) | ☒ | Psychiatric Unit |
| (16) | ☐ | Radiation Therapy |
| (17) | ☐ | Renal Transplant |

### UPPLEMENTAL SERVICES

| | | |
|---|---|---|
| (18) | ☐ | Acute Respiratory Care |
| (19) | ☐ | Coronary Care |
| (20) | ☒ | Dental Service |
| (21) | ☒ | Emergency Medical, Standby |
| (22) | ☐ | Intensive Care |
| (23) | ☐ | Intermediate Care |
| (24) | ☐ | Nuclear Medicine |
| (25) | ☐ | Occupational Therapy |
| (26) | ☒ | Outpatient |

| | | |
|---|---|---|
| (27) | ☐ | Pediatric |
| (28) | ☐ | Perinatal |
| (29) | ☐ | Physical Therapy |
| (30) | ☐ | Podiatric |
| (31) | ☐ | Rehabilitation Center |
| (32) | ☐ | Respiratory Care |
| (33) | ☒ | Skilled Nursing |
| (34) | ☐ | Social Service |
| (35) | ☐ | Speech Pathology and/or Audiology |

## SKILLED NURSING OR INTERMEDIATE CARE FACILITIES ONLY

### REQUIRED SERVICES

| | | |
|---|---|---|
| (36) | ☐ | Activity Program |
| (37) | ☐ | Dietetic |
| (38) | ☐ | Pharmaceutical |
| (39) | ☐ | Physician |
| (40) | ☐ | Skilled Nursing (SNF) |
| (41) | ☐ | Intermittent Nursing (ICF) |

### OPTIONAL SERVICES

| | | |
|---|---|---|
| (42) | ☐ | Developmentally Disabled |
| (43) | ☐ | Mentally Disordered |
| (44) | ☐ | Occupational Therapy |
| (45) | ☐ | Physical Therapy |
| (46) | ☐ | Rehabilitation |
| (47) | ☐ | Social Work |
| (48) | ☐ | Speech Pathology and/or Audiology |
| (49) | ☐ | Substance Abuse |

## ALL FACILITIES

### EQUIPMENT IN EXCESS OF $150,000

| | |
|---|---|
| ☐ | Diagnostic |
| ☐ | Therapeutic |
| ☐ | Other |

### NON-BED, NON-SERVICE CAPITAL EXPENDITURES I EXCESS OF $150,000

| | |
|---|---|
| ☐ | Research Services |
| ☐ | Education Services |
| ☐ | General Services |
| ☐ | Fiscal Services |
| ☐ | Administrative Services |
| ☐ | Other |

ATTACHMENT NUMBER 14 (cont)

acility Name | Los Angeles County Sybil Brand Institute for Women Hospital | Application I.D. Number _____ | Page 3

## PROJECT SUMMARY

Instructions: All applicants *must* provide a short narrative describing the total project *in the space below.* A more complete description *may* be submitted as Attachment A.

The Los Angeles County Sheriff's Department presently maintains 28 medical beds at its Sybil Brand Institute for Women. Los Angeles County and the Sheriff's Department have been court ordered to seek licensure for these medical beds. We are currently in the process of doing so and have asked to be licensed as a 28 bed acute psychiatric facility with distinct parts.

It is important to point out that this facility only provides care and treatment for inmates and does not admit members of the general community.

## COST ESTIMATES FOR PROJECT
See item B under General Information for inclusions.

A. Planning           $ _____
B. Administrative     $ _____
C. Financing          $ _____
D. Site               $ _____
E. Equipment          $ _____
   (attach detailed list.)

F. Value of leased facility  $ _____
   (attach lease)
G. Plans              $ _____
H. Construction       $ _____
I. Test               $ _____

J. Total (Items A—I)          $ _____
K. Contingencies (2%, Item J) $ _____
L. Total Cost (Items J & K)   $ _____

Please return 3 copies to:
Department of Health
Office of Statewide Health Planning
  and Development
714 P Street, Room 977
Sacramento, CA 95814

ATTACHMENT NUMBER 1 (cont)

108

State of California                                    Office of State Wide Health Planning and Development

# Memorandum

To : **Victor Moran**
    **Supervising Architect**
    **Facilities Development Division**

via: **Larry Meeks**
    **Chief, Facilities Development**
    **Division**

From : **Joseph R. Symkowick**
    **Chief Counsel**

Date : **May 18, 1981**

Subject: **Attorney General Op**
No. **8-211**
**Hospital Seismic Safety A**

Attached is a copy of the Attorney General's Opinion relating to
the applicability of the Hospital Seismic Safety Act to prison and
jail facilities.

The conclusion appears to be that prison and jail facilities like
all other facilities are grandfathered as the Act was not intended
to apply retroactively.

Attachment

cc:  Patsy Crawford

**RECEIVED**

**JUN 5  1981**

**BONNIE NORMAN**

Office of Statewide Health
Planning and Development
Division of Facilities Development

**MAY 22 1981**

Los Angeles, CA 90012

ATTACHMENT NUMBER 15

109

NOT TO BE PUBLISHED IN OFFICIAL REPORTS
BUT TO CONSTITUTE A PUBLIC RECORD UNDER
THE CALIFORNIA PUBLIC RECORDS ACT

OFFICE OF THE ATTORNEY GENERAL
State of California

GEORGE DEUKMEJIAN
Attorney General

- - - - - - - - - - - -

OPINION

of                          :

:          NO. 81-211

GEORGE DEUKMEJIAN            :          MAY 5, 1981
Attorney General

:

CLAYTON P. ROCHE
Deputy Attorney General     :

- - - - - - - - - - - - - - -

THE HONORABLE HENRY W. ZARETSKY, DIRECTOR OF THE
OFFICE OF STATEWIDE HEALTH PLANNING AND DEVELOPMENT,
has requested  an opinion on a question which we have re-
phrased as follows:

Must the medical facility of a prison or jail
which was in operation prior to the effective date of the
Hospital Seismic Safety Act (Health and Safety Code, section
15000 et seq.) comply with the provisions of that act as a
condition to obtaining a license as a health facility
pursuant to section 1250 et seq. of the Health and Safety
Code?

CONCLUSION

The medical facility of a prison or jail need not,
as a condition to obtaining a license as a health facility
pursuant to section 1250 et seq. of the Health and Safety
Code, comply with the provisions of the Hospital Seismic
Safety Act (Health and Safety Code, section 15000 et seq.)
with respect to the buildings and structures comprising such
facility on the effective date of the act.  If, however,
further "construction or alterations" will be required to
qualify the medical facility for licensure, such "construction
or alterations" will have to be in compliance with the act.

1.

ATTACHMENT NUMBER 15 (cont)

## ANALYSIS

-The Hospital Seismic Safety Act was enacted in 1972 (Stats. 1972, ch. 1130, effective March 7, 1973) to add section 15000 et seq. to the Health and Safety Code. 1/ As originally enacted, the act was made applicable (1) to all hospitals which were required to be licensed pursuant to then section 1400 et seq. (see now, section 1250 et seq.) and (2) to government hospitals, including state hospitals, which would otherwise have been required to be licensed except for specific exemptions then contained in the law. (§ 15001, as added by Stats. 1972, ch. 1130, § 3, pp. 2171-2172.)  The thrust of the act is to add to the law earthquake standards for hospitals such as those which have been established for schools pursuant to the Field Act.  Accordingly, the legislative intent was stated as follows:

> "Sec. 2.  It is the intent of the Legislature that hospitals, which house patients having less than the capacity of normally healthy persons to protect themselves, and which must be completely functional to perform all necessary services to the public after a disaster, shall be designed and constructed to resist, insofar as practicable, the forces generated by earthquakes, gravity, and winds.  In order to accomplish this purpose the Legislature intends to establish proper building standards for earthquake resistance based upon current knowledge, and intends that procedures for the design and construction of hospitals be subject to independent review.  It is further the intent of the Legislature that Division 12.5 (commencing with Section 15000) of the Health and Safety Code shall be administered by the State Department of Health, which shall contract for enforcement of such provisions with the Department of General Services which now successfully enforces the provisions of the 'Field Act.'"  (Stats. 1972, ch. 1130, § 2, p. 2171, as amended by Stats. 1973, ch. 142, § 103.5, p. 434.)

---

1.  All section references are to the Health and Safety Code unless otherwise indicated.

ATTACHMENT NUMBER 15 (cont)

The enforcement of the Hospital Seismic Safety Act has been transferred to and is presently the duty of the Office of Statewide Health Planning and Development (OSHPD). (§ 446.3)

The Department of Health Services licenses "health facilities" pursuant to section 1250 et seq., including those operated by governmental agencies. (§ 1253)  Prior to January 1, 1974, the law provided a specific exemption from licensure for "[a]ny hospital conducted, maintained or operated by this state or any state department, authority, bureau, commission, or officer, . . . [or] any hospital conducted, maintained or operated by the Regents of the University of California."  (See prior section 1312, sub-division (b), as enacted by Stats. 1972, ch. 1148, § 3, p. 2230.)  When the licensing provisions for hospitals, that is, "health facilities" were reenacted in 1973 (Stats. 1973, ch. 1202) the foregoing exemption language was deleted from the law.  It is our understanding that the only state-operated "health facilities" which did not apply for licen-sure after such time were those operated by the Department of Corrections and the Youth Authority.  (See Memorandum dated Jan. 17, 1978 from the Department of Health to OSHPD.)

Also, as part of the 1973 enactment cited above, the Legislature enacted section 1265.8 with respect to licensure of health facilities.  It provides:

> "In addition to the requirements of this chapter, any person, political sub-division of the state, or governmental agency desiring a license for a health facility shall file with the state depart-ment [of Health Services] a verified statement that it has complied with the requirements of Chapter 1 (commencing with Section 15000) of Division 12.5 [the Hospital Seismic Safety Act], and it has received approval pursuant to that chapter. The state department [of Health Services] shall not issue any license until such requirement has been met."

This section was clearly intended to be prospective in nature. Likewise, an examination of the Hospital Seismic Safety Act demonstrates that its provisions were also intended to apply prospectively.  (See e.g., §§ 15001.5, 15006, 15007,

3.

15015.) 2/ Accordingly, "health facilities" which were licensed on January 1, 1974 were clearly exempted from, or in effect were "grandfathered" as to the requirements of the Hospital Seismic Safety Act.

The issue is presented as to whether section 1265.8 is applicable to prison or jail health facilities as discussed above. Stated otherwise, must the medical facility of a prison or jail which was in operation prior to the effective date of the Hospital Seismic Safety Act comply with the provisions of that act as a condition to obtaining a license as a health facility pursuant to section 1250 et seq.?

A literal reading of section 1265.8 would require compliance. However, an exception to the plain meaning rule of statutory construction exists where a literal construction of a statute would be contrary to the manifest intention of the legislation as a whole. (People v. Belleci (1979) 24 Cal.3d 879, 884.) Furthermore, as noted by the court in People v. Shirokow (1980) 26 Cal.3d 301, 306-307:

> ". . . In construing the meaning of [statutory] . . . language, we are mindful that the goal of statutory construction is ascertainment of legislative intent so that the purpose of the law may be effectuated, and that we should construe a statute in the context of the entire statutory scheme of which it is a part, in order to achieve harmony among the parts. . . ."

The manifest intention of section 1265.8 was to key the licensure of health facilities into the requirements of the Hospital Seismic Safety Act to ensure that newly constructed health facilities would meet earthquake safety

---

2. For example, section 15006 provides:

> "The state department, through its contract with the Department of General Services, shall observe the construction of, or addition to, any hospital building or, if the work alters structural elements, the reconstruction or alteration of any hospital building, as it deems necessary to comply with the provisions of this chapter for the protection of life and property."

ATTACHMENT NUMBER 1: (co't)

4.

standards. Stated otherwise, neither section 1265.8 nor the Hospital Seismic Safety Act were intended to apply to health facilities in operation on the effective date of that act. Existing health facilities were to be exempted from the new law, or were in effect to be "grandfathered" with respect to the new building safety requirements.

As noted at the outset herein, until January 1, 1974 prison and jail "health facilities" as well as other state health facilities were clearly exempt from licensure. In our opinion, it would be contrary to the manifest intention of section 1265.8 and the Hospital Seismic Safety Act to grant an exemption to licensed health facilities with respect to their existing buildings and structures as of the effective date of that act, and to deny a similar exemption to prison or jail health facilities which were not licensed because none was required of them at such time. To conclude otherwise would mean that the Hospital Seismic Safety Act would act prospectively as to the former and retroactively as to the latter. As noted, however, the act was not intended to act retroactively. That this is so is particularly evident from the fact that the Hospital Seismic Safety Act as originally enacted in 1972, and whose provisions were clearly prospective in nature, was made applicable not only to licensed hospitals, but also to those which were specifically exempted under the law such as prison or jail health facilities. Accordingly, prison or jail health facilities should not be treated more harshly under the Hospital Seismic Safety Act than licensed health facilities when both were in operation on the effective date of the act. Consequently, it is our opinion that the act was not intended to apply to the buildings and structures which comprised prison or jail medical facilities and which were operated as such on the effective date of the act.

It has been suggested that this conclusion should extend also to any alterations or construction which may be required to bring the facility up to licensing standards. We do not agree with such suggestion. Such a result would place unlicensed prison and jail health facilities in a more favorable position with respect to the earthquake standards to be met than existing health facilities which have complied with licensing requirements. Hospitals which were licensed in 1972 must meet the requisite building standards of the Hospital Seismic Safety Act with respect to new construction or alterations which fall within the scope of the act. The intent of the 1972 enactment to exempt or "grandfather" existing buildings and structures in no way leads to the conclusion that new construction or alterations should be

**5.**

exempted because of a change in the licensure requirements
in 1974 and a subsequent delay in seeking licensure.  The
Hospital Seismic Safety Act, like the Field Act, is to be
liberally construed to effectuate its purposes.  (See
generally, 61 Ops.Cal.Attty.Gen. 365, 367-368.)  To imply
an exemption from the provisions of the act for prison or
jail medical facilities for new construction or covered
alterations to meet licensing requirements would be contrary
to such rule, and would not effectuate the purposes of the
act, to protect hospital patients from the hazards of
earthquakes.

    One further point must be discussed with respect
to the role of OSHPD.  Regulations implementing the Hospital
Seismic Safety Act are contained in chapter 7 of title 22
of the California Administrative Code.  These are enforced
by OSHPD, the requester herein.  Section 94009, subdivision
(g) of these administrative regulations provides:

> "(g)  Before any building not
> previously licensed under Section 1250
> of the Health and Safety Code can be
> licensed and used as a health facility,
> the applicant shall provide assurance
> from a structural engineer that the
> building is in full conformance with
> the requirements of these regulations
> for new buildings; if not, the building
> shall be reconstructed to conform to
> the requirements of these regulations."

The requester sees these regulations as possibly constituting
an impediment to the exemption of prison and jail medical
facilities which were in existence on the effective date of
the Hospital Seismic Safety Act from the requirements of
that act, and suggests that under an interpretation of the
law as discussed herein that this regulation could be
amended so as to spell out such an exemption.

    In our opinion, such an amendment would be proper.
However, alternatively, we believe that such an amendment
would not be required.  Just as we have interpreted section
1265.8 not to include prison and jail health facilities
under appropriate circumstances, we believe the Office of
Statewide Health Planning and Development could similarly
construe its own administrative regulation.  The latter
regulation is clearly an amplification of the former code
section.

6.

In summary, we conclude that the medical facility of a prison or jail need not, as a condition precedent to obtaining a license as a health facility pursuant to section 1250 et seq., comply with the provisions of the Hospital Seismic Safety Act with respect to the buildings and structures comprising such facility on the effective date of the act. If, however, further "construction or alterations" within the meaning of the act will be required to qualify the medical facility for licensure, such "construction or alterations" must be in compliance with the act. 3/

\*      \*      \*

3.  We do not discuss herein whether "construction or alterations" which were accomplished after the effective date of the act must have met the requirements of the act. Such question was not raised by the request for our opinion herein.

7.





# County of Los Angeles
## Office of the Sheriff
### PETER J PITCHESS SHERIFF
## Los Angeles, California 90012
### (213) 974-5045

October 27, 1981

Mr. Robert Mitchell
State of California
Office of Statewide Health Planning
 and Development
714 P Street, Room 977
Sacramento, California  95814

Dear Mr. Mitchell:

## CERTIFICATE OF NEED

The dollar requirement for correction of facility defi-
ciencies will be decreased significantly by our program
flexibility requests (see attached).  This will bring
us well below the threshold amount.  Program review
would therefore not be required.

We are hopeful that this clears the way for us to begin
working with the licensure people in Santa Ana.

Sincerely,

PETER J. PITCHESS, SHERIFF

BONNIE NORMAN, DIRECTOR
MEDICAL SERVICES

BN:ca

Attachment

cc:  Pavle Botica
     Mary Jane Moore
     Dianna Estes
     File                    ATTACHMENT NUMBER 16

117



# County of Los Angeles
## Office of the Sheriff

**PETER J PITCHESS, SHERIFF**

### Los Angeles, California 90012
### (213) 974-5045

*17*

October 27, 1981

Ms. Mary Jane Moore, Supervisor
State of California
Department of Health Services
Licensing and Certification Division
28 Civic Center Plaza, Room 850
Santa Ana, California  92701

Dear Ms. Moore:

### REQUEST FOR PROGRAM FLEXIBILITY - LOS ANGELES
### COUNTY SHERIFF'S DEPARTMENT JAIL FACILITIES

The Los Angeles County Jail is a correctional facility which
has as its primary purpose the housing of inmates.  During
their incarceration, medical attention is received both at
the jail and at Los Angeles County-University of Southern
California Medical Center.  Because the Los Angeles County
Jail System is so large (10,000 inmates), a significant
amount of medical care is given at the jail.  The jail's
medical beds have been fully utilized for many years but
have not been licensed.  We are currently in the process of
seeking licensure.

Due to our uniqueness, we must concern ourselves with not
only the medical aspects of licensure but also share the
responsibility with custody for the safety and security of
all inmates.  We are therefore requesting program flexibility
in the following areas.  A justification for each is included.

A.   Handrails and Grab Bars

Handrails in corridors and grab bars in all patient
showers and toilets pose a problem since inmates can
detach these items from the walls and use them as

ATTACHMENT NUMBER 17

118

Mary Jane Moore
Page 2
October 27, 1981

weapons against other inmates or personnel. They
also can serve as a vehicle for suicide by hanging
(i.e., we have had past experience with suicide by
hanging via towel racks and bars on doors and
windows). Since we deal with a violent, hostile
and aggressive population, it is almost a daily
occurrence to have combative confrontations in
corridors and bath areas; thereby, exposing and
increasing the incidence of personal injury from
unwarranted protrusions from the walls. For your
information, we have never experienced an inmate
injury due to the unavailability of handrails or
grab bars.

B.   Windows

While the majority of our rooms have windows, in
certain areas of the building some rooms do not.
The reason is that these windows caused major
problems relating to security and health maintenance
of inmates. Contraband, such as weapons and illegal
drugs, have entered the facility regardless of how
cleverly windows have been designed to prevent this.
Threat of loss of life and limb has been experienced
because of weapons and the illegal trafficking of
large quantities of drugs accessible via windows.
This has resulted in caches of illegal and life
endangering drugs throughout the facility. It is
not uncommon to have an entire dorm under the
influence of an unknown substance. When this occurs,
it taxes our medical section, depending on the potency
of the substance involved, by drawing all of our
resources to emergency response level, thereby reducing
patient care in other, less critical areas. Eliminating
windows in some areas has proved helpful in reducing
the incidence of illegal drug abuse and also potential
for inmate and personnel injuries due to weapons.

C.   Room Size

The upgrading of single room size from our average of
85 square feet to 110 square feet and the redesigning
of wards to meet code is tantamont to the construction

ATTACHMENT NUMBER 17 (cont)

Mary Jane Moore
Page 3
October 27, 1981

of a new building. It is not feasible at this time due to economics and logistics. Once again, the building was built as a jail. The average hospital stay for an inmate/patient in our jail medical facility is three (3) days, thus the psychological effects of less than minimum floor space has negligible impact. (San Quentin State Prison was granted program flexibility in this area. Their single rooms measured 7 feet by 8 feet, totaling 56 square feet, approximately 25-30 square feet less than our average room.) If the opportunity ever arises whereby another health care facility is erected for inmates within our County Jail System, floor space meeting licensure requirements will be met.

We have closely reviewed the structural requirements of Title 22 and will attempt to meet the majority of the patient-safety oriented sections. However, for those sections that effect the security and welfare of all individuals in our care, we request that you consider our uniqueness by granting program flexibility in the areas we have listed. We would again point out that while the licensure request is new, we have been operating medical wards in this correctional facility for a number of years.

Sincerely,

PETER J. PITCHESS, SHERIFF

BONNIE NORMAN, DIRECTOR
MEDICAL SERVICES

BN:ca

cc:   Robert Mitchell
      Pavle Botica
      Dianna Estes
      File

A*E OF CALIFORNIA — HEALTH AND WEL*SE AGENCY                    EDMUND G. BROWN JR., *Governor*

EPARTMENT OF HEALTH SERVICES
NSING AND CERTIFICATION DIVISION
IC CENTER PLAZA, ROOM 850.
(A ANA, CALIFORNIA 92701 -4052
14) 558-4001



November 2, 1981

Ms. Bonnie Norman
Department of Sheriff
Los Angeles County Central Jail
441 Bauchet Street
Los Angeles, CA 90012

Dear Ms. Norman:

This is in response to your letter of October 27, 1981, regarding
requests for program flexibility in three areas of physical plant
requirements.

We have reviewed your justification for each of the requests, and
with consideration of the fact that your facility is also a
correctional institution the rationale is understandable.

Approval of the request for program flexibility for C.A.C., Title
22, Division 5, Chapter 3, Section 72651 (provision for handrails)
and Section 72647 (provision for grab bars) is granted.

Approval of request for program flexibility for C.A.C. Title 24,
Part 6, Division T17, Part 1, Chapter 1, Section T17-064 (windows)
is granted.

Approval of request for program flexibility for C.A.C. Title 22,
Division 5, Chapter 2, Section 71611(a)(2) (room size) is granted.

Pursuant to Section 71127(c) and 72221(b) a copy of approval for
requests for program flexibility is required to be posted adjacent
to the license.

Sincerely,

M. Kotula
District Administrator

cc:  Robert Mitchell
     Pavle Botica
     James Lahana

MK/tb

ATTACHMENT NUMBER 18

121

**RECEIVED**

DEC 2 4 1981

**BONNIE NORMAN**

MEMO                                          4/29/82

From: D. Estes                    To: B. Norman

Subj: Licensure


On Tues. 1/5/82 I contacted (via telephone):
Dept. of Health Services, State of Calif.
Santa Ana District Office
Licensing & Certification Division
28 Civic Center Plaza, Santa Ana, Calif. 92701
(714) 558-4001
and requested to speak to Mary Jane Moore. I was
informed that Ms. Moore was no longer handling
our facility & that Vanessa Chaffin was now assigned
to our "application for licensure" on a temporary
basis. As Ms. Chaffin was "in the field", I
left a message to have her return my call ——
which did not occur.


I have attempted to reach Ms Chaffin on:
1/7/82 (Thurs) — "in the field"
4/21/82 (Wed.) — "at the Santa Barbara office"
4/26/82 (Mon.) — "in the building, but away from her desk"
4/29/82 (Thurs.) — "at the Santa Barbara Office".
Each time I have called, I have given my name &
yours as a contact person & your extension
—— & a request to return the call.


My reason for contacting Ms. Chaffin is to
determine at what point we are at in the
licensure process and what steps need to
be taken to continue our forward progression.

ATTACH  I  __  __  __  __
102



# County of Los Angeles
## Office of the Sheriff
### SHERMAN BLOCK, SHERIFF
PETER J. PITCHESS, SHERIFF

### Los Angeles, California 90012

March 25, 1982

Mr. Mitchel Kotula, District Administrator
Licensing and Certification Division
State Department of Health Services
28 Civic Center Plaza, Room 850
Santa Ana, California 92701

Dear Mr. Kotula:

On July 15, 1980, an on-site inspection of the Men's Medical
Facility at Central Jail, Los Angeles County, was conducted
by a team of architects from the County Engineer Division of
Facilities Development.  This inspection was a part of the
jails ongoing effort to meet State licensure requirements.
A written report from the inspection team is attached to this
letter.

We have successfully dealt with the majority of these areas.
Of the remainder that have to be completed for licensure, only
one is a cause of concern (re-surfacing the painted block walls).
While we appreciate the program flexibility given to our facility
up to now, we find it necessary to additionally request program
flexibility for C.A.C. Title 24, Part 6, Division T-17, Part I,
Chapter I, Section T-17-062 (b) (walls).

We are most desirous of being licensed and agree, in principle,
with this structural safeguard.  However, we question the prac-
ticality or necessity of its application to our facility due to
the unique environment of this location.  We are a health facility
operating within the concrete block walls of a county jail whose
primary function is the security housing of persons remanded to
the custody of the Sheriff of Los Angeles County.  Comprehensive
health care on the level of a Skilled Nursing Facility is provided
to a daily census of 300 plus inmates.  We are not involved with
surgery nor acute care; these problems are referred to LAC-USC
Medical Center.  In addition, we have experienced no incidence
of infectious outbreak inspite of the fact that we have existed
as a health care provider in this setting with its block walls
for 17 years.

ATTACHMENT NUMBER 28

288

Sherman Block, Sheriff

Mitchel Kotula                    -2-              March 25, 1982

We have investigated various methods to accomplish what is
required by code and the minimum estimate to re-surface the
walls is $150,000.  Since there remains another two areas
which will require significant expenditures, we feel that the
dollar requirement for the walls is problematical and unnecessary.

If there is any reason that you question your ability to approve
this request, we would appreciate being able to present our
justification for this program flexibility at a formal hearing
before the appropriate hearing board.

Sincerely,

SHERMAN BLOCK, SHERIFF

BONNIE NORMAN, DIRECTOR
MEDICAL SERVICES

BN:DE:ca

Attachment

cc:   William H. Kern
      Armon H. Toomajian, M.D.
      Kelsea K. Baggett, R.N.
      Dianna Estes, R.N.



# County of Los Angeles

## Office of the Sheriff
SHERMAN BLOCK, SHERIFF
PETER J PITCHESS, SHERIFF EMERITUS

### Los Angeles, California 90012

22

April 14, 1982

Mr. Robert Mitchell
State of California - Office of Statewide
 Health Planning and Development
714 P Street, Room 977
Sacramento, California 95814

Dear Mr. Mitchell:

The remaining areas of facility deficiencies and associated costs
for Los Angeles County Men's Central Jail licensure are estimated
as follows:

```
    *Walls...................................$150,000
     Flooring...............................  80,000
     Plumbing...............................  27,000
                                            $257,000
```

  *The total above ($257,000) would be reduced by $150,000 if
   our waiver request regarding walls is approved. This would
   leave us with a deficiency repair cost of $107,000.

Thank you for consideration of the above. We will be awaiting your
response.

Sincerely,

SHERMAN BLOCK, SHERIFF

*Bonnie Norman*

BONNIE NORMAN, DIRECTOR
MEDICAL SERVICES

BN/ca

cc:  William H. Kern
     Armon H. Toomajian, M.D.
     Kelsea K. Baggett, R.N.
     Dianna Estes, R.N.

ATTACHMENT NUMBER 22

125

SHERMAN BLOCK, SHERIFF
ADDRESS A... ...COMM...ATIONS TO PETER... PITCHESS SHERIFF EMERITUS

STATE OF CALIFORNIA—HEALTH AND WELFARE AGENCY                          EDMUND G. BROWN JR., Governor

**OFFICE OF STATEWIDE HEALTH PLANNING AND DEVELOPMENT**
1600 9TH STREET
SACRAMENTO, CA 95814
**(916) 445-1945**



July 12, 1982

Ms. Bonnie Norman
Hospital Administrator
Los Angeles County Sheriff's Department
441 Bauchet Street
Los Angeles, CA 90012

RE: APPLICATION 82-197 – LOS ANGELES COUNTY CENTRAL JAIL HOSPITAL

Dear Ms. Norman:

This will acknowledge receipt of the referenced application for a
certificate of need. It is noted that the required fees did not
accompany the application. This project is subject to an application
fee of $500.00 and a project fee of $1,000.00.

Review of your application for completeness cannot commence until a
fee of $1,500.00 has been paid.

Sincerely,

H. Dean Madison, Acting Chief
Division of Certificate of Need

cc:  Los Angeles Health Planning
       and Development Agency
     Bob Mitchell

conv. Mike Henry

**RECEIVED**
**JUL 15 1982**
**BONNIE NORMAN**

Case 2:75-cv-04111-DDP   Document 252-2   Filed 11/22/10   Page 61 of 79   Page ID #:3325

STATE OF CALIFORNIA—HEALTH AND WELFARE AGENCY                                              EDMUND G. BROWN JR., Governor

**OFFICE OF STATEWIDE HEALTH PLANNING AND DEVELOPMENT**
1600 9TH STREET
SACRAMENTO, CA  95814
(916) 445-1945



July 12, 1982

Ms. Bonnie Norman
Hospital Administrator
Los Angeles County Sheriff's Department
441 Bauchet Street
Los Angeles, CA  90012

RE:  APPLICATION 82-196 - LOS ANGELES COUNTY SYBIL BRAND INSTITUTE
     FOR WOMEN HOSPITAL

Dear Ms. Norman:

This will acknowledge receipt of the referenced application for
a certificate of need.  It is noted that the required application
fee did not accompany the application.  Section 90415 of Division 7
of Title 22, California Administrative Code mandates that a base
fee of $500 accompany the application.  Since this is allegedly a no
cost project, there will be no project fee.

Review of your application for completeness cannot commence until the
required fee is received.

                          Sincerely,

                          H. Dean Madison, Acting Chief
                          Division of Certificate of Need

cc:  Los Angeles Health Planning
     and Development Agency
     Bob Mitchell

                                        **RECEIVED**

                                        JUL 27 1982

                                        BONNIE NORMAN

ATTACHMENT NUMBER 23 (cont)

127

# COUNTY OF LOS ANGELES
# SHERIFF'S DEPARTMENT

DATE   July 28, 1982

### OFFICE CORRESPONDENCE

FILE NO.

FROM:   **BONNIE NORMAN, DIRECTOR**
**MEDICAL SERVICES**

TO:   **DAVID C. STONE, CHIEF FISCAL OFFI**
**FISCAL SERVICES BUREAU**

SUBJECT:   HOSPITAL LICENSURE - CENTRAL JAIL HOSPITAL AND SYBIL BRAND INSTITUTE FOR
WOMEN HOSPITAL

As you are aware, we have been ordered by the Court to seek licensure.
One aspect of licensure is to go through a "certificate of need" process.
We have filed the certificate of need application with the State and they
now advise us that there is a $500.00 application fee and a $1,000.00
project fee for Central Jail.  In addition, there is a $500.00 application
fee due for Sybil Brand Institute for Women.

I talked with Mike Henry and he said it would appear that we will have
to pay it to show our continued effort to become licensed.  When I
asked where the dollars were to come from, the answer was "Sheriff's
budget", so Dave, I leave it to you.  I will be gone three weeks on
vacation so if you have any questions please contact Bill Kern.

Thank you for your assistance.

*Bonnie Norman*

BN:ca

Attachments

cc:  Fred E. Stemrich
     William H. Kern
     Dianna Estes

ATTACHMENT NUMBER 24

128

8/1/92

STATE OF CALIFORNIA—HEALTH AND WELFARE AGENCY

EDMUND G. BROWN JR., Governor

## OFFICE OF STATEWIDE HEALTH PLANNING AND DEVELOPMENT
1600 9TH STREET
SACRAMENTO, CA  95814

(916) 445-1945

OCT 15 1982

Date of Issuance:    October 15, 1982
Certificate No.:        806
Date of Expiration: April 15, 1984
Application No.:       82-197

~~Please also in accordance with ... ... ... ... ... ... ...~~
~~... ... ... ... ... ... grounds for revocation of~~

Ms. Bonnie Norman
Hospital Administrator
Los Angeles County Sheriff's Department
441 Bauchet Street
Los Angeles, CA 90012

RE:  LOS ANGELES COUNTY CENTRAL JAIL

Dear Ms. Norman:

This is to inform you that you have been issued CERTIFICATE OF NEED
number 806, approved under the provisions of Section 437.10 of the
Health and Safety Code and the regulations pertaining thereto. For
all intents and purposes this letter shall serve as your Certificate
of Need. Your Certificate is pertinent only to the project described
below.

> Licensure of 276 beds of the institution as an acute psychiatric
> facility with a bed designation of 80 acute psychiatric beds and
> 196 skilled nursing beds.
>
> Estimated cost of the project is $262,140.

In accordance with Section 438.6(b) of the Health and Safety Code,
this Certificate shall expire on the date indicated above unless:

(1)  The certificate holder has commenced the project covered by the
     certificate and is diligently pursuing the same to completion,
     as determined by the applicable regulations, or

(2)  The duration of the certificate has been extended by the State
     upon a showing of good cause. However, such extension shall not
     cumulatively exceed a period of 12 months beyond the original
     expiration date of the certificate.

ATTACHMENT LETTER OF

129

Rec'd Thurs. 10/21
B.N.

Ms. Bonnie Norman                    -2-
Los Angeles County Central
    Jail
Application No. 82-197

In accordance with Section 438.5(c) and 438.6(a) of the Health and
Safety Code, the undertaking of a project which does not comply with
the certificate granted shall constitute grounds for revocation of
the certificate.

A Certificate of Need is not an endorsement for federal or state
financial assistance or for zoning or other local governmental
approval for the project.

You are also reminded that, should your project include construction,
in accordance with Section T17-016 of Division T17, Part 6 of
Title 24, California Administrative Code, plans and specifications
must be filed with and approved by the Division of Facilities
Development before construction may commence.

                              Sincerely,

                              Joseph D. K. Diaz
                              Director

cc:  Licensing and Certification Division -
        District Office
     Division of Facilities Development -
        Headquarters and District Office
     Department of Health Services
        Audit Section

JDKD:RFM:lam

RECEIVED

OCT 1 9 1982

BONNIE NORMAN

ATTACHMENT NUMBER 25   (cont)

130

STATE OF CALIFORNIA—HEALTH AND WELFARE AGENCY                                          EDMUND G. BROWN JR., Governor



## OFFICE OF STATEWIDE HEALTH PLANNING AND DEVELOPMENT
1600 9TH STREET
SACRAMENTO, CA  95814

**(916) 445-1945**

### OCT 15 1982

Date of Issuance:    October 15, 1982
Certificate No.:     807
Date of Expiration:  April 15, 1984
Application No.:      82-196

Ms. Bonnie Norman
Hospital Administrator
Los Angeles County Sheriff's Department
441 Bauchet Street
Los Angeles, CA 90012

RE:  LOS ANGELES COUNTY – SYBIL BRAND INSTITUTE FOR WOMEN HOSPITAL

Dear Ms. Norman:

This is to inform you that you have been issued CERTIFICATE OF NEED
number 807, approved under the provisions of Section 437.10 of the
Health and Safety Code and the regulations pertaining thereto.  For
all intents and purposes this letter shall serve as your Certificate
of Need.  Your Certificate is pertinent only to the project described
below.

> Licensure of 28 beds of the institution as an acute psychiatric
> facility with a bed designation of 12 acute psychiatric beds and
> 16 skilled nursing beds.
>
> There is no cost for the project.

In accordance with Section 438.6(b) of the Health and Safety Code,
this Certificate shall expire on the date indicated above unless:

(1)  The certificate holder has commenced the project covered by the
     certificate and is diligently pursuing the same to completion,
     as determined by the applicable regulations, or

(2)  The duration of the certificate has been extended by the State
     upon a showing of good cause.  However, such extension shall not
     cumulatively exceed a period of 12 months beyond the original
     expiration date of the certificate.

ATTACHMENT NUMBER 25 (cont)

131

-2-

Ms. Bonnie Norman
Los Angeles County
        Sybil Brand Institute
        for Women Hospital
Application No. 82-196

In accordance with Section 438.5(c) and 438.6(a) of the Health and
Safety Code, the undertaking of a project which does not comply with
the certificate granted shall constitute grounds for revocation of
the certificate.

A Certificate of Need is not an endorsement for federal or state
financial assistance or for zoning or other local governmental
approval for the project.

You are also reminded that, should your project include construction,
in accordance with Section T17-016 of Division T17, Part 6 of
Title 24, California Administrative Code, plans and specifications
must be filed with and approved by the Division of Facilities
Development before construction may commence.

Sincerely,

Joseph D. K. Diaz
Director

cc:  Licensing and Certification Division -
        District Office
     Division of Facilities Development -
        Headquarters and District Office
     Department of Health Services
        Audit Section

JDKD:RFM:lam

RECEIVED

OCT 1 9 1982

BONNIE NORMAN

ATTACHMENT NUMBER 25 (cont

132



# County of Los Angeles
## Office of the Sheriff
### SHERMAN BLOCK, SHERIFF
PETER J. PITCHESS, SHERIFF

### Los Angeles, California 90012

March 25, 1982

Mr. Mitchel Kotula, District Administrator
Licensing and Certification Division
State Department of Health Services
28 Civic Center Plaza, Room 850
Santa Ana, California  92701

Dear Mr. Kotula:

On July 15, 1980, an on-site inspection of the Men's Medical
Facility at Central Jail, Los Angeles County, was conducted
by a team of architects from the County Engineer-Division of
Facilities Development.  This inspection was a part of the
jails ongoing effort to meet State licensure requirements.
A written report from the inspection team is attached to this
letter.

We have successfully dealt with the majority of these areas.
Of the remainder that have to be completed for licensure, only
one is a cause of concern (re-surfacing the painted block walls).
While we appreciate the program flexibility given to our facility
up to now, we find it necessary to additionally request program
flexibility for C.A.C. Title 24, Part 6, Division T-17, Part 1,
Chapter I, Section T-17-062 (b) (walls).

We are most desirous of being licensed and agree, in principle,
with this structural safeguard.  However, we question the prac-
ticality or necessity of its application to our facility due to
the unique environment of this location.  We are a health facility
operating within the concrete block walls of a county jail whose
primary function is the security housing of persons remanded to
the custody of the Sheriff of Los Angeles County.  Comprehensive
health care on the level of a Skilled Nursing Facility is provided
to a daily census of 300 plus inmates.  We are not involved with
surgery nor acute care; these problems are referred to LAC-USC
Medical Center.  In addition, we have experienced no incidence
of infectious outbreak inspite of the fact that we have existed
as a health care provider in this setting with its block walls
for 17 years.

ATTACHMENT NUMBER 20

133

Sherman Block, Sheriff

ADDRESS ALL COMMUNICATIONS TO SHERMAN BLOCK, SHERIFF

Mitchel Kotula                     -2-                    March 25, 1982

We have investigated various methods to accomplish what is
required by code and the minimum estimate to re-surface the
walls is $150,000. Since there remains another two areas
which will require significant expenditures, we feel that the
dollar requirement for the walls is problematical and unnecessary.

If there is any reason that you question your ability to approve
this request, we would appreciate being able to present our
justification for this program flexibility at a formal hearing
before the appropriate hearing board.

Sincerely,

SHERMAN BLOCK, SHERIFF

BONNIE NORMAN, DIRECTOR
MEDICAL SERVICES

BN:DE:ca

Attachment

cc:    William H. Kern
       Armon H. Toomajian, M.D.
       Kelsea K. Baggett, R.N.
       Dianna Estes, R.N.

ATTACHMENT NUMBER 28 (cont)

134

**SUPPLY REQUISITION**

DIVISION, DISTRICT, WARD, ETC.

| TO | | | | | NO. | | DATE | |
|---|---|---|---|---|---|---|---|---|
| Medical Services-Cent | | Jail Hospital #16303 | | | | | 3-14-83 | |

| ITEM NUMBER | QUANTITY REQUESTED | DESCRIPTION | OBJECT CODE | QUANTITY ISSUED | UNIT | UNIT PRICE | AMOU |
|---|---|---|---|---|---|---|---|
| | | **WORK ORDER REQUEST** | | | | | |
| | | Ref: Mechanical Dept. Ref. No. 4415-81 | | | | | |
| | | Item #6 (6a, 6b, 6c) - Plumbing | | | | | |
| | | It is requested that Mechanical Dept. | | | | | |
| | | provide services and supplies necessary | | | | | |
| | | to replace one faucet with a foot | | | | | |
| | | control valve on sinks in the various | | | | | |
| | | areas in the hospital. | | | | | |
| | | See attached list. | | | | | |
| | | *Necessary for Hospital Licensure* | | | | | |

REQUESTED 3/14/83

BY M. Toemsen:

APPROVED _____

BY _____

ISSUED _____

BY _____

RECEIVED _____

BY _____

## MEDICAL SERVICES WORK REQUEST

WARD 7100

ROOM

7113    Medication Room – Deck Mount – Rx Cab. – S/S

7106    RN Utility Room – Deck Mount – Metal Cab. single unit

7116    Kitchen – S/S Wall Mount – Single unit

7266    Treatment Room – Deck Mount – Wall Hung – porcelin

7260    Treatment Room – Deck Mount – porcelin – Wall Hung

7316    Utility Room – Deck Mount – double S/S/S in double door
        counter

WARD 8000

8074    Nurse's Station – Deck Mount

8081    Chaplain's Office – Deck Mount – Single door Cab. (Metal)

8050    Sputum Room – Deck Mount – Metal Single Door Counter

8001    Treatment Room – Deck Mount – Double Door

8095    Treatment Room – Deck Mount – Signle Door Cab.

8094    Sputum Room – Deck Mount

8097    Utility Room – Deck Mount – Metal Cab.

8076    Utility Room – Deck Mount – Metal Cab.

/continued/

AAR 8100

8101    Nurse's Station – Deck Mount – Rx Cab.

8112    Utility Room – Deck Mount – Double Sink

8126    Treatment Room – Deck Mount – Porcelin Wall Mount

8128    Examination Room – Deck Mount – Four Spread – Porcelin Wall Hung

8152    Nurse's Station – Deck Mount – Rx Cab. –

8202    Dr.'s Examining Room – Deck Mount – Porcelin Wall Hung

        Treatment Room – Deck Mount – Porcelin Wall Hung

8228    Utility Room – Sterilizer

8238    Treatment Room Deck Mount – Metal Counter



**3**

**DEPARTMENTAL
SUPPLY REQUISITION**

COUNTY OF LOS ANGELES
ISSUE TO

DIVISION, DISTRICT, WARD, ETC.

Medical Services-Central Jail Hospital

Work Orders for Sinks

| ITEM NUMBER | QUANTITY REQUESTED | DESCRIPTION | OBJECT CODE | | | | |
|---|---|---|---|---|---|---|---|
| | | **WORK ORDER REQUEST–RE-SUBMITTED** | | | | | |
| | | **(Please refer to W.O. 02452 estimated but not funded)** | | | | | |
| | | It is requested that Mechanical | | | | | |
| | | Department provide labor and | | | | | |
| | | supplies necessary to replace one | | | | | |
| | | (1) faucet with a foot control | | | | | |
| | | valve on sinks on Ward 7100 in the | | | | | |
| | | Hospital area. | | | | | |
| | | (Refer to Mechanical Department Estimate #4415-81 – Plumbing) | | | | | |

79R41S PS 3 81

7-20-83

REQUESTED
BY   M. Townsend

APPROVED
BY

ISSUED
BY

RECEIVED
BY





COUNTY OF LOS ANGELES

MECHANICAL DEPARTMENT

**REQUEST FOR WORK**          NO.

| B.I.S. OR EQUIPMENT NO. | ESTIMATE NO. | PROGRAM NO. | DATE |
|---|---|---|---|

**TO BE COMPLETED BY REQUESTOR:**

| DEPT. REQ. NO. | SUBOBJECT NO. | DATE |
|---|---|---|
| 13295-02453 | 2762 | April 14, 1983 |

DEPARTMENT
Sheriff's  CU/MED  16205

FOR DETAILS CONTACT
Marian Townsend

APPROVED BY

CHECK BASE NO.
974-4944

WORK LOCATION

Medcial Servies
441 Bauchet Street
Los Angeles

WORK DESCRIPTION

Refer to Mechanical Department Estimate No. 4415-81.
Plumbing.

It is requested that Mechanical Department provide
services and supplies necessary to replace one faucet
with a foot control valve on sinks on Ward 8000 in the
hospital area.

| | RESPONSIBLE | | | | COST ESTIMATE | | |
|---|---|---|---|---|---|---|---|
| | DIV. | SEC. | UNIT | BR. | MAT'L | LABOR | OTHER |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | $ | $ | $ |

*INDICATES
PRIME CRAFT

ESTIMATED TOTAL COST
$

| COMPLETED BY | DATE |
|---|---|

| THIS WORK WILL BE CHARGED TO | ACCOUNT TITLE | | ACCOUNT NUMBER |
|---|---|---|---|
| | FISCAL YEAR | REQ./D.S.O. NUMBER | |

**COMPLETION REPORT**

**REQUEST FOR WORK**          NO.

Work Specified above has been:

CANCELLED ☐
COMPLETED ☐          (Check One)

| RESPONSIBLE | | | | AUTHORIZED SIGNATURE | DATE |
|---|---|---|---|---|---|
| DIV. | SEC. | UNIT | BR. | | |

ATTACHMENT NUMBER 20 (cont'd)

109

DEPARTMENTAL
SUPPLY REQUISITION
DIVISION, DISTRICT, WARD, ETC.

Medical Services—Central Jail Hospital #16205

LOS ANGELES

**WORK ORDER REQUEST**

Ref: Mechanical Dept. Est. No.

4415-81 - Plumbing.  It is requested
that Mechanical Dept. provide
services and supplies necessary to
replace one faucet with a foot
control valve on sinks on Ward
8000 in the Hospital area.

DATE REQUESTED 4/12/83

BY M. Townsend

ATTACHMENT LETTER 28 (cont)

140

1

COUNTY OF LOS ANGELES

MECHANICAL DEPARTMENT

REQUEST FOR WORK

NO.

| B.I.S. OR EQUIPMENT NO. | ESTIMATE NO. | PROGRAM NO. | DATE | | | | | |
|---|---|---|---|---|---|---|---|---|

**TO BE COMPLETED BY REQUESTOR:**

| | RESPONSIBLE | | | | COST ESTIMATE | | |
|---|---|---|---|---|---|---|---|
| | DIV. | SEC. | UNIT | BR. | MATL | LABOR | OTHER |

DEPT. REQ. NO.
13295-02452

SUBOBJECT NO.
2762

DATE
April _ 198_

APPROVED BY

DEPARTMENT
Sheriff's  16205 CU/MED

FOR DETAILS CONTACT
Marina Townsend

TELEPHONE NO.
924-3944

WORK LOCATION

Medical Services
441 Bauchet Street
Los Angeles

WORK DESCRIPTION

Refer to Mechanical Department Estimate #4415-81 -
Plumbing.

It is requested that Mechanical Department provide
services and supplies necessary to replace one faucet
with a foot control valve on sinks on Ward 7100 in the
hospital area.

| | | | |
|---|---|---|---|
| $ | $ | $ | $ |

*INDICATES
PRIME CRAFT

ESTIMATED TOTAL COST
$

| COMPLETED BY | | DATE | | ACCOUNT NUMBER | |
|---|---|---|---|---|---|
| THIS WORK WILL BE CHARGED TO | ACCOUNT TITLE | | | | |
| | FISCAL YEAR | REQ./D.S.O. NUMBER | | | |

**COMPLETION REPORT**

REQUEST FOR WORK

NO.

Work Specified above has been:

CANCELLED ☐   (Check One)

COMPLETED ☐

| RESPONSIBLE | | | | AUTHORIZED SIGNATURE | DATE |
|---|---|---|---|---|---|
| DIV. | SEC. | UNIT | BR. | | |

1

COUNTY OF LOS ANGELES
MECHANICAL DEPARTMENT
REQUEST FOR WORK                    NO.

| B.I.S. OF EQUIPMENT N | ESTIMATE NO. | PROGRAM NO. | DATE | | | | | | |
|---|---|---|---|---|---|---|---|---|---|

| | | | | RESPONSIBLE | | | | COST ESTIMATE | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | DIV. | SEC. | UNIT | BR. | MATL | LABOR | OTHER |

## TO BE COMPLETED BY REQUESTOR:

| DEPT. REQ. NO. | SUBOBJECT NO. | DATE |
|---|---|---|
| 13295-02396 | 2382 | March 23, 1983 |

DEPARTMENT
Sheriff's  16205 CU/MED

APPROVED BY

FOR DETAILS CONTACT
Marian Townsend

TELEPHONE NO.
974-4187

WORK LOCATION

Central Jail
441 Bauchet Street
Los Angeles

WORK DESCRIPTION

Refer to Mechanical Department Estimate No. 4415-81
Item #6 (6a, 6b, & 6c) - Plumbing.   8100

It is requested that Mechanical Department provide
services and supplies necessary to replace one faucet
with a foot control valve on sinks in the various
areas of the hospital.

See attached list.

Justification:  Necessary for hospital licensure

*INDICATES
PRIME CRAFT

ESTIMATED TOTAL COST
$

| COMPLETED BY | | DATE |
|---|---|---|

| THIS WORK WILL BE CHARGED TO | ACCOUNT TITLE | | ACCOUNT NUMBER |
|---|---|---|---|
| | FISCAL YEAR | REQ./D.S.O. NUMBER | |

## COMPLETION REPORT

### REQUEST FOR WORK                    NO.

Work Specified above has been:

CANCELLED ☐     (Check One)
COMPLETED ☐

| RESPONSIBLE | | | | AUTHORIZED SIGNATURE | DATE |
|---|---|---|---|---|---|
| DIV. | SEC. | UNIT | BR. | | |

STATE OF CALIFORNIA — HEALTH AND WELFARE AGENCY

EDMUND G. BROWN JR., Governor

**DEPARTMENT OF HEALTH SERVICES**
LICENSING AND CERTIFICATION DIVISION
28 CIVIC CENTER PLAZA, ROOM 850
SANTA ANA, CALIFORNIA 92701
(714) 558-4001



August 1, 1983

Bonnie Norman
Director
Medical Services Bureau
441 Bauchet Street
Los Angeles, CA  90012

Dear Mrs. Norman:

LICENSURE OF MEN'S AND WOMEN'S MEDICAL FACILITIES AT CENTRAL JAIL
LOS ANGELES COUNTY

This is a follow-up and confirmation of the telephone discussion we had
last Monday, July 25, 1983 regarding the licensing of the Men's and Women's
Medical Facilities at Central Jail, Los Angeles County.

You stated at that time that the facilities would be complete and ready
for a final inspection visit by this Department within 30 days.  It was
understood that the only remaining item for correction was the installa-
tion of foot or knee controls for handwash sinks in all nurses stations,
utility rooms, exam and treatment rooms, x-ray suites, and kitchen and food
serving areas.

It is requested that this office be contacted when the medical facilities
at the Central jail are ready for inspection.

Thank you for your cooperation.

Sincerely,

Linn D. Keese,
Supervising Health Facilities Representative

LDK:bht

cc:  D. Yanetta, Chief, Special Facilities Team
     Ora King, HFR-N

ATTACHMENT LETTER 28

Rec'd 8/10/83

**RECEIVED**

AUG 5  1983

BONNIE NORMAN

# SHERIFF'S DEPARTMENT

**DATE** October 14, 198

**OFFICE CORRESPONDENCE**

**FILE NO.**

**FROM:** CLAUDE FARRIS, LIEUTENANT
CENTRAL JAIL

**TO:** BONNIE NORMAN, DIRECTOR
MEDICAL SERVICES

**SUBJECT:** SINK MODIFICATION IN CLINIC

Pursuant to Commander Malone's request that the Logistics operation examine the high cost estimate for the hospital sink modification project, we have obtained the following information.

My staff contacted Mr. Tom McAulpin the Mechanical Department employee who prepared the estimates. He provided a "typical" cost breakdown of one sink in ward 7100.

| Item | Cost | |
|------|------|---|
| Foot control valve | $ 90.00 | |
| Other plumbing parts | 228.00 | |
| Sheet metal materials | 20.00 | |
| | $338.00 | Total materials cost |
| | | |
| Plumbing labor (16 hours) | $313.92 | |
| Sheet metal labor (unk. hours) | 146.00 | |
| | $459.92 | Total labor cost |

Total cost before overhead charge is $797.92
Overhead charge (78.18% x $797.92)is $623.81
$1,421.73  Total cost

The total cost for (1) typical sink, $1,421.73., is totally unreasonable. Mr. McAulpin also stated that other sinks will be more or less expensive depending on the amount of work to be done.

Based upon this information, it is suggested that you pursue the department obtaining an estimate from a private plumbing contractor.

ATTACHMENT NUMBER 30

144

PROOF OF SERVICE BY MAIL

Wendy Hagar declares:

I am over the age of 18 years, not a party to this action and I am employed in the law offices of John H. Hagar, Jr., a member of the bar of this Court, in Los Angeles County, California.

On January 4, 1984 I deposited in the mail at Santa Monica, a copy of the attached NOTICE OF MOTION FOR MODIFICATION OF PEREMPTORY WRIT OF MANDATE, POINTS AND AUTHORITIES, DECLARATION OF JOHN H. HAGAR, JR., and EXHIBITS in a sealed envelope, with postage fully prepaid, addressed to:

PHILIP H. HICHOK
Deputy County Counsel
Office of the County Counsel
648 Hall of Administration
Los Angeles, CA 90012

JAMES R. LAHANA
Deputy Attorneys General
3580 Wilshire Blvd., Suite 800
Los Angeles, CA 90010

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on January 4, 1984 at Santa Monica, California.

Wendy Hagar