# EXHIBIT A

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JAN 23 2003
CLERK, U.S. DISTRICT COURT
By _____ Deputy

RODERICK KEITH JOHNSON, )
TDCJ No. 623028, )
    Plaintiff, )
     )
v. ) 7:02-CV-087-R
     )
GARY JOHNSON, et al., )
    Defendants. )

## PROTECTIVE ORDER

Upon the application of Plaintiff and for good cause shown in the hearing conducted before this Court on January 22, 2003, it is hereby ORDERED that Defendants and all those in privity with Defendants shall refrain from retaliating against or otherwise tampering with any witness or potential witness in this case, pending further order of this Court.

SO ORDERED this 23 day of January, 2003.

_____
PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE

84