# SUPPLEMENTAL DECLARATION OF MARY TIEDEMAN

**Supplemental Declaration of Mary Tiedeman**

**Filed with Plaintiffs' Reply in Support of Motion for Protective Order**

I, Mary Tiedeman, hereby declare:

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2. From July 2006 until August 2010, I worked as the Jails Project Coordinator at the ACLU of Southern California. As part of my job, I regularly toured the LA County Jails. On average I went to Mens' Central Jail (MCJ) once or twice a week during those four years and also visited the other jails regularly, but not quite as frequently as I visited MCJ. During my visits to MCJ, I walked the rows, visited the dormitories, spoke with prisoners at their cell fronts, in the dormitories, and in the attorney rooms. I also observed many activities in the jails, such as pill call, visiting, and outdoor recreation.

3. I earned a Master's of Social Work degree from the University of Washington in 2006. My educational training has included taking classes in social welfare, human behavior, and psychology. My field placement included working with at-risk children and their families, and connecting them to counseling and mental health services. Prior to my work at the ACLU, my professional experiences consisted primarily of working with young adults involved in the criminal justice and foster care systems, assessing their mental health and emotional needs, and connecting them with appropriate services that met those needs.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed this 22nd day of November, 2010 in Los Angeles, California.

_____
Mary Tiedeman