MARK D. ROSENBAUM (SBN 59940)
mrosenbaum@aclu-sc.org
PETER ELIASBERG (SBN 189110)
peliasberg@aclu-sc.org
ACLU Foundation of Southern California
1313 W. 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-9500
Facsimile: (213) 977-5297

MARGARET WINTER
mwinter@npp-aclu.org
ERIC G. BALABAN*
ebalaban@nnp-aclu.org
National Prison Project of the ACLU
915 15th Street NW, 7th Floor
Washington, D.C. 20005
Telephone: (202) 393-4930
Facsimile: (202) 393-4931
*Not admitted in D.C.; practice limited to federal courts

Attorneys for Plaintiffs
DENNIS RUTHERFORD, ET AL.
(continued on next page)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DENNIS RUTHERFORD, et al. | Case No. CV 75-04111 DDP |
| Plaintiffs, | **DECLARATION OF JENNIFER B. MIKOLEVINE IN SUPPORT OF PLAINTIFFS' MOTION TO STRIKE DEFENDANTS' SUPPLEMENTAL MEMORANDUM** |
| v. | |
| LEROY BACA, as Sheriff of the County of Los Angeles, MICHAEL D. ANTONOVICH, DON KNABE, GLORIA MOLINA, ZEV YAROSLAVSKY, as Supervisors of the County of Los Angeles, et al. | Date: December 6, 2010<br>Time: 10:00 a.m.<br>Judge: Hon. Dean D. Pregerson<br>Place: Courtroom 3 |
| Defendants. | |

A/73577379.1

1  MELINDA BIRD (SBN 102236)
   melinda.bird@disabilityrightsca.org
2  Disability Rights California
   3580 Wilshire Blvd., Suite 902
3  Los Angeles, California 90010
   Telephone: (213) 355-3605
4  Facsimile: (213) 427-8767

5  Bingham McCutchen LLP
   STEPHEN D. ALEXANDER (SBN 141099)
6  stephen.alexander@bingham.com
   JENNIFER B. MIKOLEVINE (SBN 236745)
7  jennifer.mikolevine@bingham.com
   355 South Grand Avenue, Suite 4400
8  Los Angeles, California 90071-1560
   Telephone: (213) 680-6400
9  Facsimile: (213) 680-6499

10 Bingham McCutchen LLP
   STACY W. HARRISON (SBN 175028)
11 stacy.harrison@bingham.com
   1620 26th Street
12 4th Floor, Main Tower
   Santa Monica, California 90404
13 Telephone: (310) 907-1000

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

A/73577379.1

Declaration Of Jennifer B. MikoLevine In Support Of Plaintiffs' Motion To Strike Defendants' Supplemental Memorandum

# DECLARATION OF JENNIFER B. MIKOLEVINE

I, Jennifer B. MikoLevine, declare:

1. I am a member of the State Bar of California, and am admitted to practice before the United States District Court for the Central District of California. I am an attorney with the law firm of Bingham McCutchen LLP ("Bingham McCutchen"), co-counsel for Dennis Rutherford et al. ("Plaintiffs"). I have personal knowledge of the matters stated herein, and if called as a witness, I would and could competently testify to them.

2. On October 19, 2010, I sent opposing counsel an e-mail requesting they agree to stipulate to Plaintiffs' submittal of a request for a fifteen-page Supplemental Memorandum in lieu of the five pages permitted under the Local Rules. Plaintiffs' request was based on objections and arguments, including the *ACLU v. Pitchess* case, that had not been raised during the meet and confer process but that appeared in Defendants' portions of the parties' Joint Stipulation (Docket No. 232).

3. On October 20, 2010 I received an e-mail from opposing counsel that implicitly rejected, without explanation, Plaintiffs' request but stated opposing counsel was "willing to agree to a 10 page memorandum providing Defendants are provided with the same extension."

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on December 1, 2010, in Los Angeles, California.

_____
Jennifer B. MikoLevine

A/73577379.1

1

Declaration Of Jennifer B. MikoLevine In Support Of Plaintiffs' Motion to Strike Defendants' Supplemental Memorandum