MARK D. ROSENBAUM (SBN 59940)
mrosenbaum@aclu-sc.org
PETER ELIASBERG (SBN 189110)
peliasberg@aclu-sc.org
ACLU Foundation of Southern California
1313 W. 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-9500
Facsimile: (213) 977-5297

MARGARET WINTER
mwinter@npp-aclu.org
ERIC G. BALABAN*
ebalaban@nnp-aclu.org
National Prison Project of the ACLU
915 15th Street NW, 7th Floor
Washington, D,C. 20005
Telephone: (202) 393-4930
Facsimile: (202) 393-4931
*Not admitted in D.C.; practice limited to federal courts

Attorneys for Plaintiffs
DENNIS RUTHERFORD, ET AL.
(continued on next page)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DENNIS RUTHERFORD, et al.<br><br>Plaintiffs,<br><br>v.<br><br>LEROY BACA, as Sheriff of the County of Los Angeles, MICHAEL D. ANTONOVICH, DON KNABE, GLORIA MOLINA, ZEV YAROSLAVSKY, as Supervisors of the County of Los Angeles, et al.<br><br>Defendants. | **Case No. CV 75-04111 DDP**<br><br>**PROOF OF SERVICE**<br><br>Judge: Hon. Dean D. Pregerson |

1 | MELINDA BIRD (SBN 102236)
melinda.bird@disabilityrightsca.org
2 | Disability Rights California
3580 Wilshire Blvd., Suite 902
3 | Los Angeles, California 90010
Telephone: (213) 355-3605
4 | Facsimile: (213) 427-8767

5 | Bingham McCutchen LLP
STEPHEN D. ALEXANDER (SBN 141099)
6 | stephen.alexander@bingham.com
JENNIFER B. MIKOLEVINE (SBN 236745)
7 | jennifer.mikolevine@bingham.com
355 South Grand Avenue, Suite 4400
8 | Los Angeles, California 90071-1560
Telephone: (213) 680-6400
9 | Facsimile: (213) 680-6499

10 | Bingham McCutchen LLP
STACY W. HARRISON (SBN 175028)
11 | stacy.harrison@bingham.com
1620 26th Street
12 | 4th Floor, Main Tower
Santa Monica, California 90404
13 | Telephone: (310) 907-1000
Facsimile: (310) 907-2000

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

A/73544299.1/0999997-0000929540     ii

PROOF OF SERVICE

**PROOF OF SERVICE**

I am over eighteen years of age, not a party in this action, and employed in Los Angeles County, CA at 355 South Grand Avenue, Suite 4400, Los Angeles, CA 90071-3106. I am readily familiar with the practice of this office for collection and processing of correspondence for mail/fax/hand delivery/next business day delivery, and they are deposited that same day in the ordinary course of business.

On December 1, 2010, I served the attached:

1. **PLAINTIFFS' MOTION TO STRIKE DEFENDANTS' SUPPLEMENTAL MEMORANDUM; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**
2. **DECLARATION OF JENNIFER B. MIKOLEVINE IN SUPPORT OF PLAINTIFFS' MOTION TO STRIKE DEFENDANTS' SUPPLEMENTAL MEMORANDUM; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**
3. **PROOF OF SERVICE**

  (BY FAX) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

X (BY MAIL) by causing a true and correct copy of the above to be placed in the United States Mail at Los Angeles, CA in sealed envelope(s) with postage prepaid, addressed as set forth below. I am readily familiar with this law firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence is deposited with the United States Postal Service the same day it is left for collection and processing in the ordinary course of business.

  (EXPRESS MAIL/OVERNIGHT DELIVERY) by causing a true and correct copy of the document(s) listed above to be delivered in sealed envelope(s) with all fees prepaid at the address(es) set forth below.

  (PERSONAL SERVICE) by causing a true and correct copy of the above documents to be hand delivered in sealed envelope(s) with all fees fully paid to the person(s) at the address(es) set forth below.

  (BY E-MAIL) This document was transmitted by electronic transmission from hilda.sanchez@bingham.com and the transmission was reported as complete and without error. I then caused the transmitting e-mail account to properly issue a report confirming the

A/73544299.1/0999997-0000929540 1

1  electronic transmission.

2  X  (BY UNITED STATES DISTRICT COURT ELECTRONIC FILING SERVICE) on the parties as set forth below:

**See Attached Service List**

A/73544299.1/0999997-00009295402

## SERVICE LIST

Paul B. Beach, Esq.  　　　　　　　　*Counsel for Defendants*
Justin W. Clark, Esq.
LAWRENCE BEACH ALLEN &
CHOI, PC
100 West Broadway, Suite 1200
Glendale, CA 91210
pbeach@lbaclaw.com
jclark@lbaclaw.com

Roger Granbo  　　　　　　　　　　*Counsel for Defendants*
Office of County Counsel
County of Los Angeles
648 Kenneth Hahn Hall of
Administration
500 W. Temple Street
Los Angeles, CA 90012

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made and that this declaration was executed on December 1, 2010 at Los Angeles, CA.

*/s/ Hilda Sanchez*
Hilda Sanchez