MARK D. ROSENBAUM (SBN 59940)
mrosenbaum@aclu-sc.org
PETER ELIASBERG (SBN 189110)
peliasberg@aclu-sc.org
ACLU Foundation of Southern California
1313 W. 8th Street
Los Angeles, CA 90017
Telephone: (213) 977-9500
Facsimile: (213) 977-5297

MARGARET WINTER
mwinter@npp-aclu.org
ERIC G. BALABAN*
ebalaban@nnp-aclu.org
National Prison Project of the ACLU
915 15th Street NW, 7th Floor
Washington, D.C. 20005
Telephone: (202) 393-4930
Facsimile: (202) 393-4931
*Not admitted in D.C.; practice limited to federal courts

Attorneys for Plaintiffs
DENNIS RUTHERFORD, ET AL.
(continued on next page)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DENNIS RUTHERFORD, et al.<br><br>Plaintiffs,<br><br>v.<br><br>LEROY BACA, as Sheriff of the County of Los Angeles, MICHAEL D. ANTONOVICH, DON KNABE, GLORIA MOLINA, ZEV YAROSLAVSKY, as Supervisors of the County of Los Angeles, et al.<br><br>Defendants. | Case No. CV 75-04111 DDP<br><br>**PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO STRIKE PLAINTIFFS' SUPPLEMENTAL MEMORANDUM**<br><br>Date: December 6, 2010<br>Time: 10:00 a.m.<br>Judge: Hon. Dean D. Pregerson<br>Place: Courtroom 3 |

A/73579009.1

MELINDA BIRD (SBN 102236)
melinda.bird@disabilityrightsca.org
Disability Rights California
3580 Wilshire Blvd., Suite 902
Los Angeles, California 90010
Telephone: (213) 355-3605
Facsimile: (213) 427-8767

Bingham McCutchen LLP
STEPHEN D. ALEXANDER (SBN 141099)
stephen.alexander@bingham.com
JENNIFER B. MIKOLEVINE (SBN 236745)
jennifer.mikolevine@bingham.com
355 South Grand Avenue, Suite 4400
Los Angeles, California 90071-1560
Telephone: (213) 680-6400
Facsimile: (213) 680-6499

Bingham McCutchen LLP
STACY W. HARRISON (SBN 175028)
stacy.harrison@bingham.com
1620 26th Street
4th Floor, Main Tower
Santa Monica, California 90404
Telephone: (310) 907-1000

A/73579009.1

The entire text (including footnotes) of Plaintiffs' Supplemental Memorandum (Docket No. 251) is formatted in Times New Roman 14 point, in compliance with Local Rule 11-3. The Local Rules provide no limitation on the usage or length of footnotes.

Limitations on page length in the Local Rules do not include supporting documentation such as indices, exhibits, Requests for Judicial Notice, and Declarations. *See* L.R. 11-6.

Plaintiffs' Supplemental Memorandum complies with this Court's November 9, 2010 Order (Docket No. 246) and accordingly Defendants' Motion to Strike should be disregarded.

Respectfully submitted,

DATED: December 2, 2010

ACLU Foundation of Southern California
ACLU National Prison Project
Disability Rights California
Bingham McCutchen LLP

By: /s/ Jennifer B. MikoLevine
Jennifer B. MikoLevine
Bingham McCutchen LLP
Attorneys for Plaintiffs

A/73579009.1

1

Plaintiffs' Opposition to Defendants' Motion To Strike Plaintiffs' Supplemental Memorandum