# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | |
|---|---|---|
| Case No. | CV 75-04111 DDP | Date  December 6, 2010 |
| Title | DENNIS RUTHERFORD -V- LEROY BACA | |

Present: The Honorable  DEAN D. PREGERSON, U.S. DISTRICT JUDGE

| John A. Chambers | Maria Bustillos | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:

Peter Eliasberg
Jessica Price
Esther Lim
David Shapiro - telephonic
Margaret Winter - telephonic
Stacy Weinstein Harrison
Stephen D. Alexander

Attorneys Present for Defendants:

Paul B. Beach
Justin W. Clark

Proceedings:

MOTION FOR ORDER FOR PROTECTIVE ORDER FILED BY PLAINTIFFS DENNIS RUTHERFORD (FILED ON 10-08-10 / DOCKET NUMBER 228)
MOTION TO COMPEL RESPONSES TO FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS FILED BY PLAINTIFF DENNIS RUTHERFORD (FILED ON 10-28-10 / DOCKET NUMBER 231)
MOTION TO STRIKE DEFENDANTS' SUPPLEMENTAL MEMORANDUM SUPPLEMENT (FILED ON 12-01-10 / DOCKET NUMBER 259)

Court hears oral argument and takes the matters under submission.

00 : 45

Initials of Preparer   JAC