MARK D. ROSENBAUM, SBN 59940
mrosenbaum@aclu-sc.org
PETER ELIASBERG, SBN 189110
peliasberg@aclu-sc.org
JESSICA G. PRICE
jprice@aclu-sc.org
ACLU Foundation of Southern California
1313 W. 8th Street
Los Angeles, California 90017
Telephone: (213) 977-9500
Facsimile: (213) 977-5297

MARGARET WINTER*
mwinter@npp-aclu.org
ERIC G. BALABAN*
ebalaban@npp-aclu.org
National Prison Project of the ACLU
915 15th Street NW, 7th Floor
Washington, D.C. 20005
Telephone: (202) 393-4930
Facsimile: (202) 393-4931
*Not admitted in D.C.; practice limited to federal courts

Attorneys for Plaintiffs
(continued on next page)

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DENNIS RUTHERFORD, et al, <br><br> Plaintiffs, <br><br> v. <br><br> LEROY BACA, et al., <br><br> Defendants. | Case No. Civ. 75-04111-DDP <br><br> **PLAINTIFFS' EX PARTE APPLICATION TO VACATE SUBMISSION OF PLAINTIFFS' MOTION FOR A PROTECTIVE ORDER AND HEAR ORAL ARGUMENT ON THE MOTION ON JANUARY 11, 2010; MEMORANDUM OF POINTS AND AUTHORITIES** <br><br> Hearing Date: January 11, 2011 <br> Time: 10:00 a.m. <br> Courtroom: 3 |

MELINDA BIRD, SBN 102236
melinda.bird@disabilityrightsca.org
Disability Rights California
3580 Wilshire Blvd., Suite 902
Los Angeles, California 90010
Telephone: (213) 355-3605
Facsimile: (213) 427-8767

Bingham McCutchen LLP
STEPHEN D. ALEXANDER (SBN 141099)
stephen.alexander@bingham.com
JENNIFER B. MIKOLEVINE (SBN 236745)
jennifer.mikolevine@bingham.com
355 South Grand Avenue, Suite 4400
Los Angeles, California 90071-1560
Telephone: (213) 680-6400
Facsimile: (213) 680-6499

Bingham McCutchen LLP
STACY W. HARRISON, SBN 175028
stacy.harrison@bingham.com
1620 26th Street
4th Floor, Main Tower
Santa Monica, California 90404
Telephone: (310) 907-1000
Facsimile: (310) 907-2000

**TO DEFENDANTS AND THEIR COUNSEL OF RECORD**

Pursuant to Local Rule 7-19, Plaintiffs, hereby apply ex parte to vacate submission of Plaintiffs' Motion for a Protective Order and hear oral argument on the Motion on January 11, 2010.

This application is based on Plaintiffs' memorandum of points and authorities filed with this application; the declaration of Peter J. Eliasberg filed with this application; and such other and further evidence and argument as may be presented to the Court on this application. Plaintiffs gave notice of this Ex Parte Application to opposing counsel via e-mail on Wednesday, December 14, 2009. Eliasberg Decl. ¶ 2 & Exhibit 1. In a subsequent telephone conversation, counsel for Defendants, Paul Beach, informed Plaintiffs' counsel that Defendants would oppose this ex parte application. Eliasberg Decl. ¶ 3.

The address and contact information for defense counsel in this case is as follows:

**For Defendants:**
Paul Beach, *pbeach@lbaclaw.com*
Lawrence Beach Allen & Choi PC
A Professional Corporation
100 West Broadway, Suite 1200
Glendale, California 91210-1219
Telephone No. (818) 545-1925
Facsimile No. (818) 545-1937

-1-

## MEMORANDUM OF POINTS AND AUTHORITIES

Oral argument on Plaintiffs' Motion for a Protective Order and Plaintiffs' Motion to Compel was set for December 6, 2010. At the hearing, the Court discussed in detail with the parties the current status of the case, and the discovery Plaintiffs were seeking. There was, however, no discussion of Plaintiff's Motion for a Protective Order at the hearing.

On December 7, 2010, the Court issued a minute order stating both the motion to compel and the motion for a protective order were taken under submission. Plaintiffs believe that the motion for protective order raises very significant issues and would like the opportunity both to argue the motion and address any questions the Court may have about it. Accordingly, they respectfully request that the Court vacate submission of the motion and set it for oral argument on Monday January 11, 2010 at 10:00 a.m.

Plaintiffs are moving ex parte to vacate the submission and request oral argument because the Court has already submitted this motion and therefore could rule on it at anytime, without the oral argument Plaintiffs are requesting.

December 15, 2010                    Respectfully Submitted,

                                     ACLU Foundation of Southern California
                                     ACLU National Prison Project
                                     Disability Rights California
                                     Bingham McCutcheon, LLP

                                     s/ Peter Eliasberg

                                     Peter Eliasberg
                                     Attorney for Plaintiffs