MARK D. ROSENBAUM, SBN 59940
mrosenbaum@aclu-sc.org
PETER J. ELIASBERG, SBN 189110
Email: peliasberg@aclu-sc.org
JESSICA G. PRICE
jprice@aclu-sc.org
ACLU Foundation of Southern California
1313 West Eighth Street
Los Angeles, CA 90017
Telephone: (213) 977-9500
Facsimile: (213) 977-5297

MARGARET WINTER*
mwinter@npp-aclu.org
ERIC G. BALABAN*
Email: ebalaban@npp-aclu.org
National Prison Project of the ACLU
915 15th Street NW, 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6605
Facsimile: (202) 393-4931
*Not admitted in D.C.; practice limited to federal courts

Attorneys for Plaintiffs
(continued on next page)

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DENNIS RUTHERFORD, et al., ) | Case No. CV75-04111 DDP |
| ) | |
| Plaintiffs, ) | Honorable Dean D. Pregerson |
| ) | |
| vs. ) | [PROPOSED] ORDER GRANTING |
| ) | PLAINTIFFS' EX PARTE |
| LEROY BACA, et al., ) | APPLICATION AND SETTING |
| ) | SCHEDULING CONFERENCE |
| Defendants. ) | |
| _____ ) | |

MELINDA BIRD, SBN 102236
melinda.bird@disabilityrightsca.org
Disability Rights California
3580 Wilshire Blvd., Suite 902
Los Angeles, California 90010
Telephone: (213) 355-3605
Facsimile: (213) 427-8767

STEPHEN D. ALEXANDER, SBN 141099
stephen.alexander@bingham.com
JENNIFER B. MIKOLEVINE, SBN 236745
jennifer.mikolevine@bingham.com
Bingham McCutchen LLP
355 South Grand Avenue, Suite 4400
Los Angeles, California 90071-1560
Telephone: (213) 680-6400
Facsimile: (213) 680-6499

STACY W. HARRISON, SBN 175028
stacy.harrison@bingham.com
Bingham McCutchen LLP
1620 26th Street
4th Floor, Main Tower
Santa Monica, California 90404
Telephone: (310) 907-1000
Facsimile: (310) 907-2000

1    The Court hereby **GRANTS** Plaintiffs' Ex Parte Application for a

2    Scheduling Conference and Scheduling Order and sets a scheduling conference on

3    _____ ____, 2011 at ___ am/pm.

4

5

6

7    Dated: _____         _____

8                                   The Honorable Dean D. Pregerson
                                    U.S. District Court Judge
9

10

11   Submitted By:

12
     s/ Peter J. Eliasberg
13
     Peter J. Eliasberg
14   Attorney for Plaintiffs

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                        1