MARK D. ROSENBAUM, SBN 59940
mrosenbaum@aclu-sc.org
PETER ELIASBERG, SBN 189110
peliasberg@aclu-sc.org
JESSICA G. PRICE
jprice@aclu-sc.org
ACLU Foundation of Southern California
1313 W. 8th Street
Los Angeles, California 90017
Telephone:  (213) 977-9500
Facsimile:  (213) 977-5297

MARGARET WINTER*
mwinter@npp-aclu.org
ERIC G. BALABAN*
ebalaban@npp-aclu.org
National Prison Project of the ACLU
915 15th Street NW, 7th Floor
Washington, D.C. 20005
Telephone:  (202) 393-4930
Facsimile:  (202) 393-4931
*Not admitted in D.C.; practice limited to federal courts

Attorneys for Plaintiffs
(continued on next page)

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DENNIS RUTHERFORD, et al, | ) Case No.  Civ. 75-04111-DDP |
| Plaintiffs, | ) **NOTICE OF ERRATA** |
| v. | ) |
| LEROY BACA, et al., | ) |
| Defendants. | ) |
| _____ | ) |

MELINDA BIRD, SBN 102236
melinda.bird@disabilityrightsca.org
Disability Rights California
3580 Wilshire Blvd., Suite 902
Los Angeles, California 90010
Telephone:  (213) 355-3605
Facsimile:  (213) 427-8767

Bingham McCutchen LLP
STEPHEN D. ALEXANDER (SBN 141099)
stephen.alexander@bingham.com
JENNIFER B. MIKOLEVINE (SBN 236745)
jennifer.mikolevine@bingham.com
355 South Grand Avenue, Suite 4400
Los Angeles, California  90071-1560
Telephone:  (213) 680-6400
Facsimile:  (213) 680-6499

Bingham McCutchen LLP
STACY W. HARRISON, SBN 175028
stacy.harrison@bingham.com
1620 26th Street
4th Floor, Main Tower
Santa Monica, California 90404
Telephone: (310) 907-1000
Facsimile: (310) 907-2000

**TO ALL DEFENDANTS AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiffs, Dennis Rutherford, et al., inadvertently filed their **EX PARTE APPLICATION TO VACATE SUBMISSION OF PLAINTIFFS' MOTION FOR A PROTECTIVE ORDER AND HEAR ORAL ARGUMENT ON THE MOTION ON JANUARY 11, 2010; MEMORANDUM OF POINTS AND AUTHORITIES** with the incorrect date.  The correct hearing date should be Monday, January 10, 2011.  A corrected ex parte application and proposed order are attached to this notice.

Plaintiff's attorney apologizes for any confusion this may have caused.


December 16, 2010                          Respectfully Submitted,

                                          ACLU Foundation of Southern California
                                          ACLU National Prison Project
                                          Disability Rights California
                                          Bingham McCutcheon, LLP

                                          s/ Peter Eliasberg

                                          Peter Eliasberg
                                          Attorney for Plaintiffs

1