MARK D. ROSENBAUM, SBN 59940
mrosenbaum@aclu-sc.org
PETER J. ELIASBERG, SBN 189110
Email: peliasberg@aclu-sc.org
JESSICA G. PRICE
jprice@aclu-sc.org
ACLU Foundation of Southern California
1313 West Eighth Street
Los Angeles, CA 90017
Telephone: (213) 977-9500
Facsimile: (213) 977-5297

MARGARET WINTER*
mwinter@npp-aclu.org
ERIC G. BALABAN*
Email: ebalaban@npp-aclu.org
National Prison Project of the ACLU
915 15th Street NW, 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6605
Facsimile: (202) 393-4931
*Not admitted in D.C.; practice limited to federal courts

Attorneys for Plaintiffs
(continued on next page)

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DENNIS RUTHERFORD, et al., | Case No. CV75-04111 DDP |
| Plaintiffs, | Honorable Dean D. Pregerson |
| vs. | [PROPOSED] ORDER VACATING SUBMISSION OF PLAINTIFFS' MOTION FOR PROTECTIVE ORDER AND SETTING HEARING ON MOTION |
| LEROY BACA, et al., | |
| Defendants. | |

1  MELINDA BIRD, SBN 102236
   melinda.bird@disabilityrightsca.org
2  Disability Rights California
   3580 Wilshire Blvd., Suite 902
3  Los Angeles, California 90010
   Telephone: (213) 355-3605
4  Facsimile: (213) 427-8767

5

6  STEPHEN D. ALEXANDER, SBN 141099
   stephen.alexander@bingham.com
   JENNIFER B. MIKOLEVINE, SBN 236745
7  jennifer.mikolevine@bingham.com
   Bingham McCutchen LLP
8  355 South Grand Avenue, Suite 4400
   Los Angeles, California 90071-1560
9  Telephone: (213) 680-6400
   Facsimile: (213) 680-6499
10

11 STACY W. HARRISON, SBN 175028
   stacy.harrison@bingham.com
12 Bingham McCutchen LLP
   1620 26th Street
13 4th Floor, Main Tower
   Santa Monica, California 90404
14 Telephone: (310) 907-1000
   Facsimile: (310) 907-2000

15

16

17

18

19

20

21

22

23

24

25

26

27

28

The Court hereby GRANTS Plaintiffs' Ex Parte Application to vacate submission of their motion for Protective Order and **ORDERS** that the Motion be heard on January 10, 2011 at 10:00 am

Dated: _____   _____

The Honorable Dean D. Pregerson
U.S. District Court Judge

Submitted By:

s/ Peter J. Eliasberg

Peter J. Eliasberg
Attorney for Plaintiffs

1