MARK D. ROSENBAUM, SBN 59940
mrosenbaum@aclu-sc.org
PETER ELIASBERG, SBN 189110
peliasberg@aclu-sc.org
JESSICA G. PRICE, SBN 264053
jprice@aclu-sc.org
ACLU Foundation of Southern California
1313 W. Eighth Street
Los Angeles, California 90017
Telephone: (213) 977-9500
Facsimile: (213) 977-5297

MARGARET WINTER
mwinter@npp-aclu.org
ERIC BALABAN*
ebalaban@npp-aclu.org
National Prison Project of the ACLU
915 15th Street, NW, 7th Floor
Washington, DC 20005
Telephone: (202) 393-4930
Facsimile: (202) 393-4931
*Not admitted in D.C.; practice limited to federal courts

Attorneys for Plaintiffs
(continued on next page)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS RUTHERFORD, et al, <br><br> Plaintiffs, <br><br> v. <br><br> LEROY BACA, et al., <br><br> Defendants. | Case No. Civ. 75-04111-DDP <br><br> **PLAINTIFFS' REPLY MEMORANDUM IN SUPPORT OF EX PARTE APPLICATION TO VACATE SUBMISSION OF PLAINTIFFS' MOTION FOR A PROTECTIVE ORDER AND HEAR ORAL ARGUMENT ON THE MOTION ON JANUARY 11, 2011** |

1  MELINDA BIRD, SBN 102236
2  melinda.bird@disablityrightsca.org
   Disability Rights California
3  3580 Wilshire Blvd., Suite 902
4  Los Angeles, California 90010
   Telephone:  (213) 355-3605
5  Facsimile:  (213) 427-8767

6
7  STEPHEN D. ALEXANDER, SBN 141099
   stephen.alexander@bingham.com
8  JENNIFER B. MIKOLEVINE, SBN 236745
   jennifer.mikolevine@bingham.com
9  Bingham McCutchen LLP
10 355 South Grand Avenue, Suite 4400
   Lost Angeles, California 90071
11 Telephone:  (213) 680-6400
12 Facsimile:  (213) 680-6499

13
   STACY W. HARRISON, SBN 175028
14 stacy.harrison@bingham.com
15 Bingham McCutchen LLP
   1620 26th Street
16 4th Floor, Main Tower
17 Santa Monica, California 90404
   Telephone:  (310) 907-1000
18 Facsimile:  (310) 907-2000

19
20
21
22
23
24
25
26
27
28

Defendants oppose Plaintiffs' request for oral argument on their Motion for Protective Order (dkt. 228) because Plaintiffs "were afforded the opportunity by the Court to argue their Motion." Defendants' Opposition to Plaintiffs' *Ex Parte* Application for and Order to Vacate Submission of Plaintiffs' Motion for Injunctive Relief (dkt. 270) at 3. In fact, Plaintiffs never had the opportunity to argue their Motion, even though this Court set the Motion to be argued at the December 6, 2010 hearing. *See* Nov. 15, 2010 Order (dkt. 249). The only matter the parties argued was Plaintiffs' Motion to Compel (dkt. 231), and the parties also discussed at the hearing the Sheriff's rejection of the proposal submitted by Dr. James Austin to conduct a population assessment at the Jail. *See* Declaration of Peter Eliasberg, filed herewith, ¶2. This Court ended the hearing in order to preside at a hearing in another case, and counsel for the parties thereafter met with the Court in chambers. *See id.* When the Court raised going back into open court to resume the hearing, Defendants' counsel Paul Beach stated that he had to argue a class certification motion, and the Court then ended the hearing. *Id.*

Because the Court never heard argument on their Motion for Protective Order, Plaintiffs ask that argument be re-scheduled.[1] While this Court certainly

---

[1] Defendants' counsel states that he is unavailable to appear at a hearing on Plaintiffs' Motion on January 11, 2011, the date Plaintiffs proposed in their *Ex Parte* Application. *See* Defendants' Opposition to Plaintiffs' *Ex Parte*

1

can rule on Plaintiffs' Motion without oral argument, Plaintiffs still believe that oral argument will aid this Court in making its decision.

DATED: December 20, 2010

Respectfully Submitted,

ACLU Foundation of Southern California

ACLU National Prison Project

Disability Rights California

Bingham McCutcheon, LLP

<u>By: s/ Margaret Winter</u>
Margaret Winter
ACLU National Prison Project

Attorney for Plaintiffs

---

Application for a Scheduling Conference and Scheduling Order on Plaintiffs' Proposed Motion to Compel Compliance with the Judgment (dkt. 271) at 5. Defendants are available for a hearing on January 24, 2011, *id.*, as are Plaintiffs.

2