# DECLARATION OF PETER ELIASBERG

**Declaration of Peter J. Eliasberg**

I, Peter Eliasberg, declare:

1. I make this declaration based upon my personal knowledge and if called to testify would do so completely as follows:

2. I appeared as Plaintiffs' counsel at the hearing held in this case on December 6, 2010. I was prepared to argue Plaintiffs' Motion for Protective Order, which this Court had scheduled for argument. The Court, however, did not hear argument on Plaintiffs' Motion. Rather, the only matter the parties argued was Plaintiffs' Motion to Compel, and the parties also discussed the Sheriff's rejection of the proposal submitted by Dr. James Austin to conduct a population assessment at the Jail. Before the parties could argue the protective order motion, the Court ended the hearing in order to preside in a hearing in another case, and counsel for the parties thereafter met with the Court in chambers. When the Court raised going back into open court to resume the hearing, Defendants' counsel Paul Beach stated that he had to argue a class certification motion, and the Court then ended the hearing.

I declare under penalty of perjury of the laws of the state of California and the United States that the foregoing is true and correct. Executed on December 20, 2010.

Peter J. Eliasberg

- 1 -