# DECLARATION OF CHRISTOPHER BROWN

## Declaration of Christopher Brown

I, Christopher Brown, hereby declare:

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2. I am a thirty-four years old. I was placed in Module 142, Pod F, Cell 3 of Twin Towers Correctional Facility ("TTCF") January 18, 2011 and was still there on Monday, January 24, 2011. My booking number is 1365261.

3. On January 24, 2011, I was called out of my cell and was told over the public announcement ("PA") speaker that I had a visit in the Attorney Room. I don't know what time it was because I don't have a watch and the modules and the pods don't have clocks. We don't even go out to the Outdoor Recreation Area much so I can't really tell what time it is. But I think it was around dinner time because I remember that I was eating the burrito that was served to us for dinner as I was walking to the Attorney Room.

4. I went to the Attorney Room and Esther Lim from the ACLU of Southern California's Jails Project was there to speak to me. There is a diagram attached to this declaration as Exhibit 1 that depicts the attorney room and the surrounding areas. I sat in telephone booth number five, directly across from Lim. The spot where I was sitting, facing Ms. Lim is marked as B1 on the diagram and the spot where she was sitting is marked as E1. The booth had a window partition separating us.

5. While speaking to Ms. Lim, I heard cussing, someone say "motherfucker", scuffling noises, boots squeaking and thuds from repositioning feet and other noises that sounded like a fight, so I stood up and walked over to door that was to the left of where I was sitting.

6. This door separates the Attorney Room from the Staging Area, which is on the other side of the door. The Staging Area is a large area that contains the Outdoor Recreation Area and you would have to go through this area to get to the pods on that module. The Staging Area is on the attached diagram.

7. The door that I looked through had two windows on it; a window on the upper half of the door and a window on the lower half of the door. The windows were approximately

two feet in height and one and a half feet in length.  The place where I was standing, looking into the Staging Area through the window on the door that separates the Attorney Room from the Staging Area is marked on the attached diagram as B2.

8. I saw an inmate, who looked African-American, whom I later learned was Parker. He had big braids that were sticking out from his head and was standing next to the water fountain in the Staging Area with his hands covering his face with two deputies punching him. At this point, I could only see the deputies' backs, but could see both of them punching Parker. The spot where I first saw Parker is depicted by a black figure with P-1 next to it and the deputies who were punching Parker are depicted by the two X's on the attached diagram.

9. I looked back over to Ms. Lim who was standing at the window in the Attorney Room and I shrugged my shoulders at her and said, "See.  It's happening now."

10. When I looked back over to Parker, I saw him stumbling forward, towards me, falling to the ground, in between the two deputies, with his hands out in front of him.  When he hit the ground, I saw Parker's arms fall to his side.

11. He looked like he was knocked out because he appeared limp.

12. When Parker fell, his head was up against the door where I was standing.  When he fell, he was closer to where I was standing than he had been when he was standing up at the drinking fountain.  The spot where Parker fell is depicted by the black figure with a P-2 next to it on the diagram.

13. The drinking fountain in the Staging Area is about ten feet away from the door where I was standing.

14. At this point, I was able to see both deputies' faces and I saw Deputy Hirsch, whom I know because I had seen him working on my module many times, punching Parker who was on the ground.  I saw Deputy Hirsch kneeling over Parker, punching his face and head area about two to three times.  I then saw Deputy Hirsch kneeing Parker on the head and neck area about three times.

15. After I saw Deputy Hirsch kneeing Parker, I saw Deputy Hirsch place his hands on the wall, bracing himself as he kneed Parker in the facial area and then saw him jump up then

2

1  down, hitting Parker again in the same area with his knee.

2      16.    At this point, I yelled at Deputy Hirsch three times to "Stop." Deputy Hirsch did
3  not stop and he did not look over at my direction.

4      17.    I then saw Deputy Ochoa, whom I know because I had seen him working on my
5  module, put the taser gun up against Parker's leg, pull the trigger and heard the sound of the taser
6  gun, which sounds like "ch ch ch ch" and seeing the spark from the taser gun. Deputy Ochoa
7  then yelled at Parker, "Stop fighting" and "Stop resisting" and then tased him again. Deputy
8  Ochoa again yelled at Parker, "Stop fighting" and "Stop resisting" and tased him once more.

9      18.    When Deputy Ochoa yelled at Parker to "Stop fighting" and "Stop resisting";
10  Parker was not fighting or resisting before or after those commands. He looked like he was
11  knocked out.

12      19.    While Deputy Ochoa was tasing Parker, I saw Deputy Hirsch pulling his hands
13  away from Parker's body, shaking his hands and saying, "Ow! Fuck!" Deputy Hirsch did that
14  every time Deputy Ochoa was tasing Parker. Deputy Hirsch was punching Parker while Parker
15  was being tased and it looked like Deputy Hirsch was feeling the shocks when Parker was getting
16  tased.

17      20.    I could also see Parker going into convulsion-like movements when he was being
18  tased. Parker's body would lock up and then shake when he was being tased. He looked like he
19  was having a seizure. I know what people look like when they are having a seizure because I
20  used to have seizures and I had a cousin who had seizures.

21      21.    The minute or so of what I saw of Parker lying on the ground, I didn't see him
22  moving at all, other than what looked like convulsions when he was being tased. He was not
23  fighting with the deputies or trying to resist. He was just lying there.

24      22.    I stopped watching because I saw Deputy Ochoa look at me, point his index finger
25  at me and heard him yell, "Lay down on your stomach and face the fucking wall." I immediately
26  complied and did what Deputy Ochoa asked me to do.

27      23.    I was on my stomach in the Attorney Room for approximately ten minutes. I did
28  lift my head up once after a few minutes to see if Ms. Lim was still in the Attorney Room. She

3

was no longer in the Attorney Room, but I did see several deputies walking into the Attorney Room on the side of where Ms. Lim had been sitting, not where the inmates would sit.

24. While I was lying there, I heard someone, I could not see who, ask Parker, "What happened, Parker?" That's when I figured out that it was Parker whom Deputies Ochoa and Hirsch had beaten. I heard Parker mumbling. I then heard someone say, "Bring out the gurney." I think a gurney was brought up because I heard squeaking wheels that sounded like a gurney.

25. I could also see the flashes from a camera, so someone, I don't know who, since I was lying on my stomach with my head away from the door, was taking pictures behind me where the beating had happened.

26. I saw a sergeant and I asked him if I could get up. He said that I could, so I got up and sat on the stool in telephone booth number six, which is closer to the window than telephone booth number five. The attached diagram shows the relationship of telephone booth five to booth six. I don't know the sergeant's name because his name was on a gold name tag, so the reflection made it difficult for me to see his name. But he was White, around my height, which is six feet three inches, and had a gray crew cut.

27. I could also see through the lower part of the door through its window, that a trustee was mopping up a red substance that looked like blood. I was not able to see how much, but I could see some of the mop strings slide under the door and could see the red substance on the mop. Some of the water that was used to mop up that area also spilled under the door.

28. The same sergeant with the gold name tag came up to me and chatted with me. I told him that I served in MOS or Military Occupation Specialities and he told me that he was a 13 Foxtrot and I told him that I was a 31 Uniform. He then asked me what happened and asked me if I wanted to talk about it on tape. I told him, "Yeah, that's fine."

29. Deputy Ochoa was present during this part of the interview.

30. As I was telling the sergeant that I saw Deputy Ochoa punching Parker, Deputy Ochoa stared at me in an aggressive manner, so I asked him "What?" He aggressively said "What?" back at me.

31. The sergeant then said, "Alright, hold on" and walked off with Deputy Ochoa.

32. While I was waiting for the sergeant to come back, I saw Deputy Hirsch and asked him, "How's your hand?" Deputy Hirsch said to me, "It hurts. I think I might have slipped a knuckle. I don't think it's broken."

33. I told him that a lady from the ACLU was here and saw what had happened. I told him, "I'm tired of this shit; the violence." Deputy Hirsch then said to me, "My advice is to stay out of it. It doesn't have anything to do with you."

34. Approximately twenty minutes later, the sergeant with the gold name tag came back to where I was still sitting in the Attorney Room and I saw him carrying a video camera. Sergeant Ramos was with him. I was able to see Sergeant Ramos' name because it was stitched onto his uniform and it wasn't imprinted on a gold name tag. Deputy Ochoa was not with them.

35. The sergeant with the gold name tag then asked me again if I wanted to talk about what happened on tape and I again told him, "Yeah." ~~They both left and returned back with a video camera.~~

36. I told them that I didn't feel comfortable talking in the Attorney Room because there is an intercom speaker inside the room and it can be activated by the control room and any one in the control room could hear the conversation. Sergeant Ramos said that all the trustees are in another room, so they won't be able to hear and that the deputies in the Control Room can't hear either.

37. Sergeant Ramos then said, "If you fear for your safety, you don't have to do it." I felt very intimated by this comment like he was trying to discourage me from saying anything.

38. They then began to interview me about what I saw without the camera being on. I could see that the sergeant with the gold name tag had the camera to his side and I didn't see a red light flashing on the camera.

39. Sergeant Ramos told me not to speak about what I thought or believed, just about what I saw and heard.

40. Sergeant Ramos said to me while I was telling them what I saw and heard, "Well, you look uncomfortable. It looks like you don't want to say anything." Again, I felt intimidated by Sergeant Ramos and felt like he was trying to discourage me from talking about what I saw.

5

Even though I felt intimidated and discouraged by Sergeant Ramos, I wanted to talk out of duty. I thought, if someone had seen me being beat up by deputies like the way it happened to Parker, I'd want that person to stand up for me and tell what happened.

41. I told the sergeant with the gold name tag and Sergeant Ramos that I thought Deputies Ochoa and Hirsch went too far. Sergeant Ramos told me, "you should see the bump on Hirsch's head from when he [Parker] hit him."

42. I told Sergeant Ramos, "That's not what I saw. He wasn't fighting and he wasn't combative."

43. Sergeant Ramos also asked me who my visitor was and I told him that it was some chick who came to see me. He then said, "Well, I know who she is and where she's from, but it's not going to change my report. This isn't criminal, it's administrative."

44. The sergeant with the gold name tag then turned on the camera, faced it towards me and both the sergeant with the gold name tag and Sergeant Ramos announced themselves verbally and re-interviewed me.

45. One of the questions they asked me is if I saw the deputies hit Parker with a weapon and I told him that I didn't see them hit Parker with a weapon, but I saw both Deputies Ochoa and Hirsch punching and kneeing Parker pretty good. I also said that I saw Deputy Ochoa tasing Parker a lot.

46. I felt that this interview was not in depth, specific and detailed as the unrecorded interview. For example, they didn't ask me how many times I saw each of the deputies punch Parker like when they asked me in the unrecorded interview. I also felt very nervous and uncomfortable during the interview because of Sergeant Ramos' comments during the unrecorded interview.

\\\
\\\
\\\
\\\
\\\

6

47. The sergeant with the gold name tag then turned off the camera and he and Sergeant Ramos escorted me out of the Attorney Room and back to my pod.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed February 2, 2011 in Los Angeles, California.

Christopher Brown

7



