# DECLARATION OF SHAWN MEYERS

1

**Declaration of Shawn Meyers**

2    I, Shawn Meyers, hereby declare:

3    1.    I make this declaration based on my own personal knowledge and if called to

4    testify I could and would do so competently as follows:

5    2.    I am fifty-three years old. I have been at Men's Central Jail ("MCJ") since

6    *December 2008*. I've been housed in Module 7200, Cell 7176 since *2010*. My

7    booking number is 1727226.

Friday, January 21, 2011

9    3.    On Friday, January 21, 2011, I had a visit in the MCJ's Attorney Room from the

10    ACLU of Southern California's Jails Project Coordinator, Esther Lim. This was approximately

11    the fifth time that I met with Ms. Lim in the Attorney Room. We had been speaking about

12    Deputy Johnson in Module 2700, in addition to things I have seen in the jail that I believe violate

13    Title 15.

14    4.    On this day, as Ms. Lim and I were talking, I saw Deputy Hinton, who is the Legal

15    Deputy and the deputy assigned to pass out the prisoners' legal mail, walk from the front of the

16    Attorney Room to the back of the Attorney Room where we were sitting. He walked past us and

17    then walked approximately *four to six feet* away from us and stood there with his

18    back towards us. He was standing there for approximately *five* minutes then

19    walked away.

Monday, January 24, 2011

21    5.    On Monday, January 24, 2011 at approximately 4:30 in the afternoon, I was in the

22    Law Library on the 2000 floor of MCJ. I was in the Law Library because I am a pro per prisoner,

23    a prisoner who represents himself on his own criminal case. Pro per prisoners are supposed to

24    get two hours of Law Library time a day, but lately we've only been getting an hour and a half.

25    6.    After I had finished writing up a motion for my case, I played a game of dominoes

26    with another prisoner named Reginald Ford at approximately 5:45 in the evening, while waiting

27    for the deputies to let us out of the library. I have seen other prisoners play dominoes while they

28    wait for the deputies to let them out of the Law Library.

Page 25

1    7.    At approximately six o'clock in the evening, I left the Law Library on the 2000

2    floor of MCJ.  I went down the elevator to the first floor of the jail near the gated Control Room.

3    8.    There is a desk in the hallway directly across from the gated Control Room and

4    Deputies Johnson and Hinton were standing there.

5    9.    Deputy Hinton, said to me, "Myers, over here."  I wheeled over to him and

6    Deputy Johnson.  I use a wheelchair because *I have spinal injuries and I can't walk*.  He asked me,

7    "Where's your dominoes?"  Deputy Johnson looked at me, crossed his arms and smirked.

8    10.    Deputy Hinton then put on a pair of latex gloves in an attempt to search through

9    my belongings.  I carry some of my belongings and legal paperwork in a bag that is strapped onto

10   the back of my wheelchair.

11   11.    When Deputy Hinton put on the latex gloves, Deputy Johnson walked away.  At

12   first, I wasn't sure what he was referencing to when he asked me where my dominoes were.

13   12.    I told Deputy Hinton, "They're [dominoes] in my bag."  Deputy Hinton then said

14   to me, "Oh, now you all of a sudden have your dominoes.  Here they are.  You were playing

15   dominoes before you left the law library.  That's against pro per rules."  I asked him, "Where

16   does it say that playing dominoes is against the rules?"

17   13.    Deputy Hinton then said to me, "I just took away your fucking pro per status and

18   the other dude's [Ford] *other inmate I was playing dominoes with* status.  This is retaliation for you having the ACLU in on us.  You know

19   when the ACLU lady and you were sitting for two hours in the Attorney Room talking about

20   Johnson, what's going on with Johnson and the stuff that's going on in 7200."

21   14.    I asked him, "Are you serious?  Well, you better write me up and we'll be going

22   to Court on Thursday so I'll be telling the judge that and I'll be asking the ACLU to be in court

23   too."

24   15.    Deputy Hinton then told me, "Get the fuck out of here."

25   16.    I wheeled away from Deputy Hinton and went up the elevator to my module.

26   17.    When I got to my cell, I had to wait for a deputy to open up my cell door to get in.

27   Deputy Johnson came over and said to me as he was opening my door, "So you like getting

28   searched?"  I told him, "Doesn't bother me.  It's your house."  I then wheeled in my cell and

2

1  Deputy Johnson closed the door.

2                              <u>Tuesday, January 25, 2011</u>

3          18.     On Tuesday, January 25, 2011 at approximately 7:30 in the evening, I went to the

4  Law Library.  My wristband, that contains a bar code and identifying information was scanned.  I

5  was informed by Prisoners Reginald Ford and Willie Mays that my pro per status had been taken.

6  They told me that Deputy Hinton came down to the law library and was telling all the prisoners

7  in the law library about my cases and why I was in the law library.  Mr. Ford and Mays told me

8  that Deputy Hinton told them that my pro per status was taken away because "He talked to the

9  ACLU."  Mr. Ford and Mays also said that Deputy Hinton told them that "He's in the law library

10 so that he can represent himself on misdemeanors."

11                             <u>Thursday, January 27, 2011</u>

12        19.     On Thursday, January 27, 2011 at approximately 12 o'clock in the afternoon, I

13 went to the law library.  Deputy Hinton was inside the law library, but didn't say anything to me.

14                             <u>Sunday, January 30, 2011</u>

15        20.     On Sunday, January 30, 2011 at approximately 10:30 in the morning, I was on the

16 eighth floor for a visit from a friend.  I spoke to her for approximately thirty-five minutes before

17 the phones, with which we were communicating, shut off, indicating that our visit was over.

18        21.     I exited the visiting area and wheeled over towards the elevators to go back to my

19 housing area.  As I was wheeling through the area, I noticed that the day room door was open, but

20 there was no one in the day room.  I didn't see any prisoners or deputies.

21        22.     I pushed the elevator button to go down.  The elevator door opened and I entered

22 the elevator.  I am in a wheelchair so typically when I am alone in an elevator, I will wheel

23 myself in towards the back wall then turn left so that I am next to the elevator's control panel and

24 facing forward.

25        23.     I proceeded to do what I described above.  I wheeled myself in, facing the back

26 wall, but I was closer to the railing that is attached to the left wall of the elevator, if you are

27 facing the back wall of the elevator.  Before I could turn left, two deputies entered the elevator

28 and one of them said to me, "Don't turn around and face the wall."  Deputies typically give this

3

1  command to prisoners when we are in the elevator with them.  Prisoners who are physically able

2  are supposed to face the back of the elevator and those in wheelchairs are to face the wall in their

3  chairs.

4        24.     One of the deputies told me as he was standing behind me, "Don't you know it's

5  not nice to be fucking with us and talking to the ACLU?"

6        25.     One of the deputies then pushed the right side of my body and chair and slammed

7  me against the left wall of the elevator.  My left shoulder and rib area was slammed up against

8  the handrail that is attached to the left wall of the elevator.

9        26.     I told the deputies, "Well, Johnson could do better than that."  I made this

10  comment to them because I was scared and I feared for my life due to a prior

11  incident I had with Deputy Johnson when he slammed me against the wall in

12  my cell while I was in my wheelchair. I thought by saying this I could convey to the

13  deputies that Deputy Johnson had won, hoping they wouldn't hurt me further.

     27.     One of the deputies then said to me, "That's your warning."  One of them then

14  pressed the number two button and both deputies exited out of the elevator.  When I turned my

15  wheelchair around, they were gone and I saw that the number two button was pressed.

16        28.     I then rode the elevator to my module and entered my cell.

17        I declare under penalty of perjury of the laws of the State of California and the United

18  States that the foregoing is true and correct.  Executed this 4th day of February, 2011 in Los

19  Angeles, California.

20

21                                                    Shawn Meyers

22

23

24

25

26

27

28