# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 75-04111 DDP | Date | March 10, 2011 |
| Title | DENNIS RUTHERFORD -V- LEROY BACA | | |

Present: The Honorable     DEAN D. PREGERSON, U.S. DISTRICT JUDGE

| John A. Chambers | None Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

Proceedings:

### MINUTE ORDER (IN CHAMBERS)

**COUNSEL ARE NOTIFIED** that a hearing re: the EX PARTE APPLICATION TO VACATE ORDER ON MOTION FOR ORDER, ORDER ON MOTION TO COMPEL, ORDER ON MOTION TO STRIKE, MOTION HEARING,,,, FILED BY PLAINTIFF DENNIS RUTHERFORD (FILED ON 12-15-11 / DOCKET NUMBER 267) and the EX PARTE APPLICATION FOR SPECIAL HEARING FILED BY PLAINTIFF DENNIS RUTHERFORD (FILED ON 12-15-11 / DOCKET NUMBER 268) is hereby set for Thursday, March 24, 2011 at 10:00 a.m.

| | : | N / A |
|---|---|---|
| | Initials of Preparer | JAC |