1   PAUL B. BEACH, State Bar No. 166265
    pbeach@lbaclaw.com
2   JUSTIN W. CLARK, State Bar No. 235477
    jclark@lbaclaw.com
3   LAWRENCE BEACH ALLEN & CHOI, PC

4   100 West Broadway, Suite 1200
    Glendale, California 91210-1219
5   Telephone No. (818) 545-1925
    Facsimile No. (818) 545-1937
6
    Attorneys for Defendants
7

8                  UNITED STATES DISTRICT COURT

9                 CENTRAL DISTRICT OF CALIFORNIA

10

11  DENNIS RUTHERFORD, et al.,          )  Case No. CV 75-04111 DDP
                                        )
12                                      )  Honorable Dean D. Pregerson
              Plaintiffs,               )
13                                      )  **STIPULATION RE: ANSWERS TO**
                                        )  **PLAINTIFFS' MENTAL HEALTH**
14       vs.                            )  **AND USE OF FORCE QUESTIONS**
                                        )
15                                      )
    SHERMAN BLOCK, et al.,              )
16                                      )
                                        )
17            Defendants.               )
                                        )
18                                      )
                                        )
19  _____)

20

21

22

23

24

25

26

27

28

1   TO THE HONORABLE COURT, ALL INTERESTED PARTIES AND
2   TO THEIR ATTORNEYS OF RECORD:
3       For the reasons stated below, the parties herein, by and through their
4   respective counsel of record, hereby enter into the following stipulation:
5
6   A. WHEREAS Plaintiffs have presented Defendants with a series of questions
7   ("the questions") related to documents generated and maintained by the Sheriff's
8   Department regarding mental health treatment and the use of force, which are
9   attached hereto as Exhibit A;
10
11  B.      WHEREAS the Defendants assert that the answers to the questions are
12  sensitive in nature and contain privileged and confidential information and
13  Defendants further assert that the answers to the questions are irrelevant to any
14  claim or defense in this action, are beyond the scope of permissible discovery, are
15  not reasonably calculated to lead to the discovery of admissible evidence, and that
16  Defendants are under no obligation whatsoever to respond to the questions;
17
18  C.      WHEREAS the Plaintiffs dispute that the answers to the questions are
19  sensitive in nature or contain privileged and confidential information;
20
21  D.      WHEREAS notwithstanding this stipulation, nothing herein is or shall be
22  construed in any manner as a waiver by Defendants of any arguments regarding
23  the scope of the Judgment in this case;
24
25  E.      WHEREAS notwithstanding this Stipulation, Plaintiffs do not concede that
26  Defendants are entitled to this Stipulation and do not waive any argument that
27  Defendants' answers to the questions are admissible in this case.
28

1

BASED ON THE ABOVE, IT IS HEREBY STIPULATED AND AGREED TO, by and between the Parties, through their respective counsel of record, that the following Stipulation be entered:

1.      Defendants shall send to Plaintiffs answers to the questions within one business day of the Court's entry of the proposed order pursuant to this Stipulation;

2.      The answers to the questions shall not be disseminated to anyone other than Plaintiffs' counsel and their experts or consultants and before information contained in the answers to the questions is disseminated to Plaintiffs' experts or consultants, such individuals must agree, in writing, to be bound by this Stipulation and the corresponding Order;

3.      In the event Plaintiffs believe the answers to the questions are relevant to any motion in this action, the answers (or the information contained therein) must be filed under seal.  Nothing herein is or should be construed as a waiver of any objection or arguments as to the relevancy (or lack thereof) of the subject answers or questions.

4.      In the event there is a claimed violation of the Court's Order pursuant to this Stipulation, at the Defendants' request, the District Court shall promptly conduct contempt proceedings against the person, persons and/or entity claimed to have violated the Order pursuant to this Stipulation, which may include, without limitation, any and all powers authorized by law to punish the contempt including, without limitation, a finding of contempt, monetary sanctions (against

Plaintiffs, their counsel, and/or third-parties) to punish past violations and to discourage future violations, disqualification of counsel, evidentiary sanctions, terminating sanctions, attorneys' fees, costs, and any other appropriate relief.

Dated:  March 18, 2011          LAWRENCE BEACH ALLEN & CHOI, PC

By_____
                                 Justin W. Clark
                                 Attorneys for Defendants

Dated:  March 17, 2011          ACLU FOUNDATION OF

                                 SOUTHERN CALIFORNIA

                                 ACLU NATIONAL PRISON PROJECT

                                 DISABILITY RIGHTS CALIFORNIA

                                 BINGHAM MCCUTCHEN LLP

By_____
                                 Peter Eliasberg
                                 Attorneys for Plaintiffs

3