# EXHIBIT A

*Rutherford* Mental Health RFP Questions

1. Are there attendance sheets kept for mental health groups and all programs at Twin Towers or Men's Central Jail? If not, how is a prisoner's attendance documented?
2. Can the Jail generate a list of all prisoners JMET has assessed at MCJ over the past 90 days?
3. Can the Jail generate a list of all MCJ prisoners JMET has referred to a provider for further mental health evaluation or treatment over the past 90 days?
4. How is LASD staff attendance at training sessions concerning mental health, excessive force, and prevention of prisoner on prisoner violence documented?
5. Does the Jail maintain a list of all use of restraint incidents over the past six months? Does this list document the type of restraint used and identify the prisoner involved? Does the Jail maintain a therapeutic/mental health restraint log, listing the prisoners involved?
6. Is there a log kept that documents prisoners' recreation by housing unit?
7. Is there a mental health caseload? If not, is there a patient roster for each psychiatrist, listing the current location of the patients?
8. Can the Jail generate a list of all MCJ prisoners on psychotropic medications, listing their current housing unit?
9. Can the Jail generate a list of all mentally ill (or mental health caseload) prisoners who are currently refusing medications?
10. Can the Jail generate a list of all mentally ill/mental health caseload prisoners who have been released from MCJ over the past 30 days?
11. Is there a list of patients the Jail's discharge planner(s) has/have seen over the past 90 days?
12. Does the Jail maintain an involuntary medication log, listing the prisoner involved?
13. Does MCJ maintain a disciplinary log, listing all prisoners who have been disciplined, and the discipline imposed?
14. Does the Jail maintain a log of all prisoners who have been housed in disciplinary segregation?
15. Can the Jail generate a list identifying all prisoners transferred between the IRC or MCJ and TT1?

*Rutherford* Force Questions for Discovery

1. Do prisoner classification files contain incident reports, use of force packets, prisoner discipline reports, prisoner grievances, and prisoner requests for protection?

2. Do prisoner medical files contain deaths reviews and photographs of injuries sustained in use of force or prisoner on prisoner violence incidents?

3. How are videos and log entries of use of force and prisoner on prisoner violence incidents stored and maintained?

4. Who investigates alleged excessive force and failure to protect incidents for purposes of possible discipline of LASD staff, and does that entity maintain a log or list of the staff members investigated?

5. Who investigates allegations of prisoner on prisoner violence, the LASD Jails Investigations Units, Operation Safe Jails, or some other entity or entities? If there is an investigation of prisoner on prisoner violence, are log entries and videos of the incidents included in the investigative files?

6. Does LASD maintain logs of cell searches in MCJ?

6