1  PAUL B. BEACH, State Bar No. 166265
   pbeach@lbaclaw.com
2  JUSTIN W. CLARK, State Bar No. 235477
   jclark@lbaclaw.com
3  LAWRENCE BEACH ALLEN & CHOI, PC

4  100 West Broadway, Suite 1200
   Glendale, California  91210-1219
5  Telephone No. (818) 545-1925
   Facsimile No. (818) 545-1937
6
   Attorneys for Defendants
7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11  DENNIS RUTHERFORD, et al.,        )  Case No. CV 75-04111 DDP
                                      )
12                                    )  Honorable Dean D. Pregerson
            Plaintiffs,               )
13                                    )  [Proposed] ORDER RE ANSWERS
                                      )  TO PLAINTIFFS' MENTAL
14      vs.                           )  HEALTH AND USE OF FORCE
                                      )  QUESTIONS
15                                    )
    SHERMAN BLOCK, et al.,            )
16                                    )
                                      )
17          Defendants.               )
                                      )
18                                    )
                                      )
19  _____  )

20

21

22

23

24

25

26

27

28

IT IS HEREBY STIPULATED AND AGREED TO, by and between the Parties, through their respective counsel of record, that the following Stipulation be entered:

1.      Defendants shall send to Plaintiffs answers to the questions within one business day of the Court's entry of the proposed order pursuant to this Stipulation;

2.      The answers to the questions shall not be disseminated to anyone other than Plaintiffs' counsel and their experts or consultants and before information contained in the answers to the questions is disseminated to Plaintiffs' experts or consultants, such individuals must agree, in writing, to be bound by this Stipulation and the corresponding Order;

3.      In the event Plaintiffs believe the answers to the questions are relevant to any motion in this action, the answers (or the information contained therein) must be filed under seal.  Nothing herein is or should be construed as a waiver of any objection or arguments as to the relevancy (or lack thereof) of the subject answers or questions.

4.      In the event there is a claimed violation of the Court's Order pursuant to this Stipulation, at the Defendants' request, the District Court shall promptly conduct contempt proceedings against the person, persons and/or entity claimed to have violated the Order pursuant to this Stipulation, which may include, without limitation, any and all powers authorized by law to punish the contempt including, without limitation, a finding of contempt, monetary sanctions (against

1

1  Plaintiffs, their counsel, and/or third-parties) to punish past violations and to

2  discourage future violations, disqualification of counsel, evidentiary sanctions,

3  terminating sanctions, attorneys' fees, costs, and any other appropriate relief.

4

5  **IT IS SO ORDERED**

6  Dated:  March 18, 2011

7                                                                    _____
                                                                       The Honorable Dean D. Pregerson
8                                                                      United States District Judge

9  Submitted by:

10

11      /s/ Justin W. Clark
                                                            
12  Justin W. Clark
    Attorney for Defendants
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2