PAUL B. BEACH, State Bar No. 166265
pbeach@lbaclaw.com
JUSTIN W. CLARK, State Bar No. 235477
jclark@lbaclaw.com
LAWRENCE BEACH ALLEN & CHOI, PC

100 West Broadway, Suite 1200
Glendale, California 91210-1219
Telephone No. (818) 545-1925
Facsimile No. (818) 545-1937

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DENNIS RUTHERFORD, et al., | Case No. CV 75-04111 DDP |
| Plaintiffs, | Honorable Dean D. Pregerson |
| vs. | **ORDER RE ANSWERS TO PLAINTIFFS' MENTAL HEALTH AND USE OF FORCE QUESTIONS** |
| SHERMAN BLOCK, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED TO, by and between the Parties, through their respective counsel of record, that the following Stipulation be entered:

1. Defendants shall send to Plaintiffs answers to the questions within one business day of the Court's entry of the proposed order pursuant to this Stipulation;

2. The answers to the questions shall not be disseminated to anyone other than Plaintiffs' counsel and their experts or consultants and before information contained in the answers to the questions is disseminated to Plaintiffs' experts or consultants, such individuals must agree, in writing, to be bound by this Stipulation and the corresponding Order;

3. In the event Plaintiffs believe the answers to the questions are relevant to any motion in this action, the answers (or the information contained therein) must be filed under seal.  Nothing herein is or should be construed as a waiver of any objection or arguments as to the relevancy (or lack thereof) of the subject answers or questions.

4. In the event there is a claimed violation of the Court's Order pursuant to this Stipulation, at the Defendants' request, the District Court shall promptly conduct contempt proceedings against the person, persons and/or entity claimed to have violated the Order pursuant to this Stipulation, which may include, without limitation, any and all powers authorized by law to punish the contempt including, without limitation, a finding of contempt, monetary sanctions (against

Plaintiffs, their counsel, and/or third-parties) to punish past violations and to discourage future violations, disqualification of counsel, evidentiary sanctions, terminating sanctions, attorneys' fees, costs, and any other appropriate relief.

**IT IS SO ORDERED**

Dated: March 18, 2011  _____
                                             The Honorable Dean D. Pregerson
                                             United States District Judge

Submitted by:


___/s/ Justin W. Clark_____
Justin W. Clark
Attorney for Defendants