UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 75-04111 DDP | Date | March 24, 2011 |
| Title | DENNIS RUTHERFORD -V- LEROY BACA | | |

Present: The Honorable     DEAN D. PREGERSON, U.S. DISTRICT JUDGE

| John A. Chambers | Maria Bustillos | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Peter Eliasberg<br>Esther Lim<br>Margaret Winter | Paul B. Beach<br>Justin W. Clark |

Proceedings:

HEARING RE: THE EX PARTE APPLICATION TO VACATE ORDER ON MOTION FOR ORDER, ORDER ON MOTION TO COMPEL, ORDER ON MOTION TO STRIKE, MOTION HEARING,,,, FILED BY PLAINTIFF DENNIS RUTHERFORD (FILED ON 12-15-10 / DOCKET NUMBER 267) and the EX PARTE APPLICATION FOR SPECIAL HEARING FILED BY PLAINTIFF DENNIS RUTHERFORD (FILED ON 12-15-10 / DOCKET NUMBER 268)

Court and counsel confer as reflected on the record.

Both matters are continued to Friday, April 22, 2011 at 10:00 a.m.

|   | 1 | : | 01 |
|---|---|---|---|
|   | Initials of Preparer | | JAC |