# EXHIBIT A

# NOTICE TO INMATES IN LOS ANGELES COUNTY JAILS REGARDING SHERIFF'S DEPARTMENT'S POLICY ABOUT COMMUNICATIONS WITH LEGAL REPRESENTATIVES

It is the policy of the Los Angeles County Sheriff's Department that inmates may not be denied privileges, access to programs or services, or disciplined in retaliation for speaking with a legal representative, the American Civil Liberties Union, or other inmate advocacy organization. Sheriff's Department personnel shall not discourage inmates from voicing complaints or concerns about anything associated with their incarceration in Los Angeles County jail.

The above policy does not excuse in any respect inmates from compliance with jail rules and regulations, and the orders of Department members, nor lessen the ability of Department members to investigate and, if necessary, impose discipline upon inmates for violations of jail rules, regulations, or orders from Department members.

**ANY INMATE WHO BELIEVES THAT A DEPARTMENT MEMBER HAS VIOLATED THE ABOVE POLICY MAY CONTACT THE OFFICE OF INDEPENDENT REVIEW BY LETTER (4900 South Eastern Avenue, Suite 204, Commerce, CA 90040) OR BY TELEPHONE (323-890-5425)**

15