# EXHIBIT B

MARK D. ROSENBAUM, SBN 59940
mrosenbaum@aclu-sc.org
PETER ELIASBERG, SBN 189110
peliasberg@aclu-sc.org
JESSICA G. PRICE, SBN 264053
jprice@aclu-sc.org
ACLU Foundation of Southern California
1313 W. 8th Street
Los Angeles, California 90017
Telephone: (213) 977-9500, x219
Facsimile: (213) 977-5297

MARGARET WINTER*
mwinter@npp-aclu-.org
ERIC G. BALABAN*
ebalaban@npp-aclu.org
DAVID SHAPIRO
dshapiro@npp-aclu.org
ACLU NATIONAL PRISON PROJECT
915 15th Street NW, 7th Floor
Washington, D.C. 20005
Telephone: (202) 393-4930
Facsimile: (202) 393-4931
E-mail: mwinter@npp-aclu.org
*Not admitted in D.C.; practice limited to federal courts

Attorneys for Plaintiffs
(continued on next page)

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DENNIS RUTHERFORD, et al, | Case No. Civ. 75-04111-DDP |
| Plaintiffs, | **STIPULATION** |
| vs. | Honorable Dean Pregerson |
| LEROY BACA, et al., | |
| Defendants. | |

MELINDA BIRD, SBN 102236
melinda.bird@disabilityrightsca.org
Disability Rights California
3580 Wilshire Blvd., Suite 902
Los Angeles, California 90010
Telephone: (213) 355-3605
Facsimile: (213) 427-8767

Bingham McCutchen LLP
STEPHEN D. ALEXANDER, SBN 141099
stephen.alexander@bingham.com
JENNIFER B. MIKOLEVINE, SBN 236745
jennifer.mikolevine@bingham.com
355 South Grand Avenue, Suite 4400
Los Angeles, California 90071-1560
Telephone: (213) 680-6400
Facsimile: (213) 680-6499

Bingham McCutchen LLP
STACY W. HARRISON, SBN 175028
stacy.harrison@bingham.com
1620 26th Street
4th Floor, Main Tower
Santa Monica, California 90404
Telephone: (310) 907-1000
Facsimile: (310) 907-2000

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED TO, by and among the parties, through their respective counsel of record that the Sheriff's Department and its officers, agents, employees, and all those in active concert or participation with them ("the Sheriff's Department") are prohibited from retaliating against persons confined in the Los Angeles County Jail ("the Inmates") for communicating with the American Civil Liberties Union or any other advocacy organization by any means, including but not limited to retaliation by punishment, denial of privileges, or reprisals of any kind;

It is further STIPULATED that the Sheriff's Department is prohibited from attempting to intimidate or deter inmates from communicating with the ACLU or any other advocacy group by any means, including by threats, questioning inmates about their communications with the ACLU, or (except with legitimate justification) discussing with other jail personnel an inmate's communications or attempts to communicate with the ACLU;

It is further STIPULATED that the Sheriff's Department will notify all custody personnel, both orally and in writing, that the Sheriff's Department will not tolerate retaliation against or intimidation of prisoners in the Los Angeles County Jails for communicating with the ACLU or other advocacy organizations and that Defendants will provide a copy of this Order to all custody personnel;

It is further STIPULATED that the Sheriff's Department will take reasonable steps to protect inmates who have made claims of retaliation;

It is further STIPULATED that the Sheriff's Department will provide an expedited medical examination to any inmate who claims that he/she was physically injured due to retaliation;

It is further STIPULATED that the Sheriff's Department will promptly notify the ACLU of allegations by any inmate that he/she has been retaliated against for communicating with the ACLU, and of the final results of any

1 | investigation of such allegations;
2 |     It is further STIPULATED that within 90 days Defendants will post a copy
3 | of the attached Notice, in English and in Spanish, in every inmate housing area,
4 | common area, programming area, and recreation area, in each jail custody facility,
5 | and will provide a copy of this Order to every inmate who is placed in segregation.
6 | Dated:

                                            Paul Beach
                                            Attorney for Defendants

10 | Dated:

                                            Peter Eliasberg
                                            Attorney for Plaintiffs

20

**NOTICE TO ALL INMATES IN LOS ANGELES COUNTY JAILS OF FEDRAL COURT ORDER PROHIBITING RETALIATION BY THE SHERIFF'S DEPARTMENT**

The U.S. District Court has entered an Order in the case of *Rutherford v. Baca*, prohibiting the Sheriff's Department and all of its employees from retaliating against any inmate in the Los Angeles County Jail for communicating with the American Civil Liberties Union (ACLU) or with any other inmate advocacy organization. The Court has ordered the Sheriff's Department:

(1) Not to retaliate against any inmate by punishment, denial of privileges, or reprisals of any kind;

(2) Not to try to intimidate or deter inmates from communicating with the ACLU or any other advocacy group by any means, such as threats, questioning inmates about their communications with the ACLU, or discussing with others an inmate's attempts to communicate with the ACLU;

(3) To take reasonable steps to protect prisoners who have made claims of retaliation.

**ANY INMATE WHO BELIEVES THAT HIS/HER RIGHTS UNDER THIS ORDER HAVE BEEN VIOLATED MAY CONTACT THE ACLU BY LETTER (ACLU Jails Project, 1313 West 8th Street, Los Angeles, CA 90017) OR BY TELEPHONE (213-977-9543)**

## STIPULATED PROTECTIVE ORDER

IT IS HEREBY STIPULATED AND AGREED TO, by and between the parties, through their respective counsel of record that the Sheriff's Department and its officers, agents, employees, and all those in active concert or participation with them ("the Sheriff's Department") is prohibited from retaliatinge against persons confined in the Los Angeles County Jail ("the Inmates") for communicating with the American Civil Liberties Union or any other advocacy organization by any means, including but not limited to retaliation by punishment, denial of privileges, or reprisals of any kind;

It is further STIPULATED that the Sheriff's Department is prohibited from attempting to intimidate or deter inmates from communicating with the ACLU or any other advocacy group by any means, including by threats, questioning inmates about their communications with the ACLU, or (except with legitimate justification) discussing with other jail personnel an inmate's communications or attempts to communicate with the ACLU;

It is further STIPULATED that the Sheriff's Department will notify all custody personnel, both orally and in writing, that the Sheriff's Department will not tolerate retaliation against or intimidation of prisoners in the Los Angeles County Jails for communicating with the ACLU or other advocacy organizations and that Defendants will provide a copy of this Order to all custody personnel;

It is further STIPULATED that the Sheriff's Department will take reasonable steps to protect inmates who have made claims of retaliation;

It is further STIPULATED that the Sheriff's Department will provide an expedited medical examination to any inmate who claims that he/she was physically injured due to retaliation;

It is further STIPULATED that the Sheriff's Department will promptly notify the ACLU of allegations by any inmate that he/she has been retaliated

22

against for communicating with the ACLU, and of the final results of any investigation of such allegations;

It is further STIPULATED that within 90 days Defendants will post a copy of the attached Notice, in English and in Spanish, in every inmate housing area, common area, programming area, and recreation area, in each jail custody facility, and will provide a copy of this Order to every inmate who is placed in segregation.

**IT IS SO ORDERED**

Dated:

_____
The Honorable Dean D. Pregerson
United States District Judge