UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 75-04111 DDP | Date | April 22, 2011 |
| Title | DENNIS RUTHERFORD -V- LEROY BACA | | |

Present: The Honorable        DEAN D. PREGERSON, U.S. DISTRICT JUDGE

| John A. Chambers | None Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:

Peter Eliasberg
Jessica Price
Esther Lim
David Shapiro - **telephonic**
Margaret Winter - **telephonic**

Attorneys Present for Defendants:

Paul B. Beach
Justin W. Clark
Roger H. Granbo, Jr.

Proceedings:

HEARING RE: THE EX PARTE APPLICATION TO VACATE ORDER ON MOTION FOR ORDER, ORDER ON MOTION TO COMPEL, ORDER ON MOTION TO STRIKE, MOTION HEARING,,,, FILED BY PLAINTIFF DENNIS RUTHERFORD (FILED ON 12-15-11 / DOCKET NUMBER 267) and the EX PARTE APPLICATION FOR SPECIAL HEARING FILED BY PLAINTIFF DENNIS RUTHERFORD (FILED ON 12-15-11 / DOCKET NUMBER 268)

Court and counsel confer re case status.

The two Ex Parte Applications listed above are continued to May 20, 2011 at 10:00 a.m.

In addition, a STATUS CONFERENCE RE: SUBMISSION POLICY is set for May 20, 2011 at 10:00 a.m.

2 : 00

Initials of Preparer        JAC