O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS RUTHERFORD, | ) Case No. CV 75-04111 DDP |
| | ) |
| Plaintiff, | ) **ORDER REGARDING USE OF LAPTOP** |
| | ) **COMPUTERS** |
| v. | ) |
| | ) |
| LEROY BACA, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

    Within thirty days of the date of this order, the parties shall submit to the court an agreement under which representatives of the American Civil Liberties Union ("ACLU') may, when interviewing inmates, utilize word processing programs on laptop computers that do not possess photographic or transmission capabilities.  County of Los Angeles Office of

///

Independent Review Chief Attorney Michael Gennaco shall facilitate discussions concerning the agreement.

IT IS SO ORDERED.

Dated: April 22, 2011

DEAN D. PREGERSON
United States District Judge