O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

```
DENNIS RUTHERFORD,              )  Case No. CV 75-04111 DDP
                                )
          Plaintiff,            )  ORDER REGARDING EVALUATION OF
                                )  INMATE COMPLAINT POLICY
     v.                         )
                                )
LEROY BACA,                     )
                                )
          Defendant.            )
_____     )
```

Plaintiffs allege that Los Angeles County Jail inmates, particularly those at the Men's Central Jail and Twin Towers facilities, are reluctant to raise complaints about conditions of confinement for fear of retaliation from Sheriff's Department personnel. Without conceding that Plaintiffs' allegations are true, Defendants have agreed to review policies regarding complaint procedures. Accordingly, the parties shall meet and confer in person no fewer than four times prior to May 20, 2011 to evaluate current procedures and craft a comprehensive policy

to ensure that inmate complaints are properly handled and processed. County of Los Angeles Office of Independent Review ("OIR") Chief Attorney Michael Gennaco shall coordinate and mediate the policy discussions, which shall take place at Men's Central Jail.

The court suggests that the policy include a formal procedure by which representatives of the American Civil Liberties Union, the Sheriff's Department, and the OIR discuss issues of concern at least once every two weeks. The parties shall present the resulting policy to the court on May 20, 2011, and shall submit the written policy to the court no later than three days prior to the hearing date. The court reserves the question whether the resulting policy shall be incorporated into a court order.

IT IS SO ORDERED.

Dated: April 22, 2011

DEAN D. PREGERSON
United States District Judge