# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | |
|---|---|---|
| Case No. | CV 75-04111 DDP | Date   July 15, 2011 |
| Title | DENNIS RUTHERFORD -V- LEROY BACA | |

Present: The Honorable   **DEAN D. PREGERSON, U.S. DISTRICT JUDGE**

| John A. Chambers | None Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

Proceedings:   MINUTE ORDER (IN CHAMBERS)

**COUNSEL AND PARTIES ARE NOTIFIED** that on the Court's own motion an ADDITIONAL STATUS CONFERENCE is hereby set for July 20, 2011 at 10:00 a.m.

|  | : | N / A |
|---|---|---|
| | Initials of Preparer | JAC |