# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 75-04111 DDP | Date | July 20, 2011 |
| Title | DENNIS RUTHERFORD -V- LEROY BACA | | |

Present: The Honorable    DEAN D. PREGERSON, U.S. DISTRICT JUDGE

| John A. Chambers | None Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Peter Eliasberg<br>Jessica Price<br>Esther Lim | Paul B. Beach<br>Justin W. Clark |

Proceedings:
   ADDITIONAL STATUS CONFERENCE
   (COURT ORDERED 07-15-11)

   Court and counsel confer re case status.

                                                             1 hour  :  26 mins

                                    Initials of Preparer        JAC