O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS RUTHERFORD, | ) Case No. CV 75-04111 DDP |
| Plaintiff, | ) |
| | ) **ORDER RE: STATUS REPORT** |
| v. | ) |
| LEROY BACA, | ) |
| Defendant. | ) |

Within one week of the date of this order, the parties shall meet and confer, with the assistance of the Office of Independent Review, to discuss matters raised at the July 20, 2011 status conference. The parties shall submit a written status report to the court no later than August 3, 2011.

IT IS SO ORDERED.

Dated: July 20, 2011

DEAN D. PREGERSON
United States District Judge