# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS RUTHERFORD, et al., | Case No. CV 75-04111 DDP |
| Plaintiffs, | Honorable Dean D. Pregerson |
| vs. | **[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION FOR PROTECTIVE ORDER REGARDING ALLEGED RETALIATION AGAINST INMATES (DOCKET NO. 228.)** |
| SHERMAN BLOCK, et al., | |
| Defendants. | Crtrm:     3 |

Plaintiffs' Motion for Protective Order regarding alleged retaliation against inmates by Sheriff's Department personnel ("Plaintiffs' Motion" - Docket No. 228) came on for hearing on December 6, 2010 and was taken under submission. (*See*, Docket No. 266.)

///

///

///

1 | The evidence presented having been duly considered, the issues having
2 | been duly heard, IT IS HEREBY ORDERED THAT: Plaintiffs' Motion is denied
3 | and Plaintiffs' Supplement (Docket No. 290) is hereby stricken.

IT IS SO ORDERED.

Dated:_____

_____
Honorable Dean D. Pregerson

Submitted by:

LAWRENCE BEACH ALLEN & CHOI, PC

By___/s/ Justin W. Clark_____
Justin W. Clark
Attorney for Defendants
Sherman Block, et al.

2