1  MARK D. ROSENBAUM, SBN 59940
   mrosenbaum@aclu-sc.org
2  PETER ELIASBERG, SBN 189110
   peliasberg@aclu-sc.org
3  JESSICA G. PRICE, SBN 264053
   jprice@aclu-sc.org
4  ACLU Foundation of Southern California
   1313 W. 8th Street
5  Los Angeles, California 90017
   Telephone: (213) 977-9500
6  Facsimile: (213) 977-5297

7  MARGARET WINTER*
   mwinter@npp-aclu.org
8  ERIC G. BALABAN*
   ebalaban@npp-aclu.org
9  National Prison Project of the ACLU
   915 15th Street NW, 7th Floor
10 Washington, D.C. 20005
   Telephone: (202) 393-4930
11 Facsimile: (202) 393-4931
   *Not admitted in D.C.; practice limited to federal courts

12 Attorneys for Plaintiffs
13 (continued on next page)

14

15

16

17          **UNITED STATES DISTRICT COURT**

18          **CENTRAL DISTRICT OF CALIFORNIA**

19

20 DENNIS RUTHERFORD, et al,        )  Case No.  Civ. 75-04111-DDP
                                    )
21              Plaintiffs,         )  DECLARATION OF ESTHER LIM IN
                                    )  SUPPORT OF PLAINTIFFS' REPLY
22    v.                            )  TO DEFENDANTS' RESPONSE AND
                                    )  PLAINTIFFS' OPPOSITION TO
23 LEROY BACA, et al.,              )  DEFENDANTS' REQUEST TO
                                    )  STRIKE PLAINTIFF'S SUPPLEMENT
24              Defendants.         )  TO MOTION FOR PROTECTIVE
                                    )  ORDER REGARDING ALLEGED
25 _____ )  RETALIATION

26

27

28

MELINDA BIRD, SBN 102236
melinda.bird@disabilityrightsca.org
Disability Rights California
3580 Wilshire Blvd., Suite 902
Los Angeles, California 90010
Telephone:  (213) 355-3605
Facsimile:  (213) 427-8767

Bingham McCutchen LLP
STEPHEN D. ALEXANDER (SBN 141099)
stephen.alexander@bingham.com
JENNIFER B. MIKOLEVINE (SBN 236745)
jennifer.mikolevine@bingham.com
355 South Grand Avenue, Suite 4400
Los Angeles, California  90071-1560
Telephone:  (213) 680-6400
Facsimile:  (213) 680-6499

Bingham McCutchen LLP
STACY W. HARRISON, SBN 175028
stacy.harrison@bingham.com
1620 26th Street
4th Floor, Main Tower
Santa Monica, California 90404
Telephone: (310) 907-1000
Facsimile: (310) 907-2000

1  **Declaration of Esther Lim**

2  I, Esther Lim, hereby declare:

3  1.      I make this declaration based on my own personal knowledge and if called to

4  testify I could and would do so competently as follows:

5  2.      I am the Jails Project Coordinator for the American Civil Liberties Union

6  Foundation of Southern California ("ACLU/SC").  Among other tasks, my job is to monitor the

7  Los Angeles County jails and talk to the inmates about conditions of confinement, violence and

8  any other issues.

9  3.      The complaint form in the jails used by the inmates to voice their complaints and

10  requests to the Los Angeles Sheriff's Department ("LASD") does not include any information

11  regarding time lines, policies or procedures on how to exhaust administrative remedies or how to

12  appeal a response an inmate might receive.   A copy of one of the complaint forms is attached at

13  Exhibit 1.

14  4.      On my walk throughs of the jails, I have never seen a posting that explains the

15  complaint process policies.  I have also have spoken to countless inmates who tell me and the

16  interns who accompany me on the walk throughs that they don't know about time lines or what

17  the complaint process is.

18  5.      Also, during my walk throughs, I have been on several modules, rows and housing

19  units in Men's Central Jail ("MCJ") and Twin Towers Correctional Facilities ("TTCF") where

20  there are no blank complaint forms next to the complaint box.  I have noted these observations in

21  my ACLU Findings Reports that are emailed to the LASD's Corrections Support Services

22  ("CSS") and to the MCJ Watch Commander, Lieutenant Lamar LaFave.

23  6.      The complaint policies that the LASD informed us it had in place prior to our

24  meetings with Michael Gennaco are attached as Exhibit 2.

25  7.      Attached as Exhibit 3 is a true and correct copy of a letter from Sheriff Lee Baca

26  to Mark Rosenbaum of the ACLU of Southern California dates January 12, 2011.

27  \ \ \

28  \ \ \

8. Unfortunately, there are numerous instances when the inmates have asked and instructed us to not to report instances of brutality and violence because they fear retaliation from the deputies and abuse. On other occasions inmates have only agreed to make their complaints of retaliation public if we file those complaints with the Court.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed this August 22, 2011 in Los Angeles, California.

Esther Lim

# EXHIBIT
# 1

COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT
## INMATE COMPLAINT / SERVICES REQUEST FORM

### Instructions:

Fill out the portion below as completely as possible.  Place an "X" in the appropriate box.  Once completed, tear off the last copy for yourself and then place the original and the second copy into the "Request / Complaint Form" box.  Some of the choices may or may not apply to you or your facility.

## Only one request per form.

| INMATE NAME | BOOKING # | FACILITY | HOUSING LOC. | DATE |
|---|---|---|---|---|
| | | | | |

### I WOULD LIKE TO SPEAK WITH A:

☐ Medical Staff regarding: _____

☐ Mental Health (Circle all that apply)
Speak to a clinician, inquire about medication, or other: _____

☐ Dentist regarding: _____

Inmate Services

☐ Chaplain
Religious Preference _____

Language _____

☐ Education Representative    ☐ V.A. Representative

☐ Other: _____

☐ Release Planner from the Community Transition Unit (Circle all that apply).
Information on any court ordered classes (domestic violence, parenting, substance abuse assistance), education programs, job training, housing, medical health, mental health, transportation to a shelter or drug rehab programs, social security benefits, or religious services.

### REQUEST TO SPEAK WITH THE APPROPRIATE PERSON REGARDING:

☐ Becoming an inmate worker.          ☐ Attending school while in custody.              ☐ Other: _____
☐ Becoming an inmate station worker.  ☐ Attending substance abuse treatment while in custody.  ☐ Voter Information

### REQUEST FOR INFORMATION:

☐ When is my release date?   ☐ When is my next court date?   ☐ What is my account balance?   ☐ Other: _____

### I WOULD LIKE TO RECEIVE:

☐ Haircut (Indigent / No Funds)   ☐ Writing materials (Indigent / No Funds)   ☐ Commissary   ☐ Shoes   ☐ Other: _____ Specify
☐ Library time (May or may not apply to your facility)   ☐ Law Library time   ☐ Legal forms _____ Specify

### I HAVE THE FOLLOWING REQUEST / COMPLAINT:

(If this is a complaint, include dates, times, and names of persons involved.  Attach additional pages if needed.)

_____
_____
_____
_____
_____
_____
_____

------FOR DEPARTMENT USE ONLY – DO NOT WRITE BELOW THIS LINE------

Assigned To:  ☐ Medical Services   ☐ Dental   ☐ Mental Health   ☐ Food Services   ☐ Inmate Services   ☐ CTU

| | | | | | |
|---|---|---|---|---|---|
| | | | | | |

Name Of Person Handling Request / Complaint For Service   ☐ Request For Service   ☐ Personal Complaint   ☐ Service Complaint   ☐ Other Facility

| | | | |
|---|---|---|---|
| | | | |

### DISPOSITION

_____
_____
_____
_____
_____

THE ABOVE HAS BEEN DISCUSSED WITH ME AND I HAVE BEEN ADVISED OF THE FINDINGS

| | | |
|---|---|---|
| | | |

White - Facility          Yellow - Inmate copy at time of disposition          Pink - Inmate copy at time of submission

Exhibit 1 - Page 3

## DO NOT WRITE ON THIS SIDE

| DATE, TIME, DAY OF OCCURANCE | FACILITY OF OCCURANCE | LOCATION OF OCCURANCE | HOUSING TYPE (G.P., Disciplina / Admin Seg., Pro Per, Gang, Medical, Etc.) |
|---|---|---|---|

| LAST NAME | FIRST NAME | MIDDLE NAME | SEX | RACE | DOB | AGE | BOOKING # | RELEASE DATE |
|---|---|---|---|---|---|---|---|---|
| RESIDENTIAL ADDRESS | | CITY | | STATE | | ZIP CODE | PHONE # ( ) | |

**FINDINGS:**

| 01 | BEDDING | 19 | POLICY / PROCEDURES / ENFORCEMENT OF RULES |
|---|---|---|---|
| 02 | CLOTHING / HYGIENE | 20 | RELEASE INFORMATION / SENTENCE |
| 03 | COMPLAINT PROCESS | 21 | RELIGION / CHURCH |
| 04 | CONTRACT VENDOR | 22 | SHOWERS |
| 05 | DISCIPLINE / DISCIPLINE REVIEW BOARD (DRB) | 23 | STORES / VENDING MACHINES |
| 06 | EXERCISE | 24 | TELEPHONES |
| 07 | FACILITY CONDITION / SANITATION | 25 | TELEVISION |
| 08 | HOUSING LOCATION / RECLASSIFICATION | 26 | TRANSPORTATION |
| 09 | INMATE INFORMATION SYSTEMS | 27 | VISITING |
| 10 | INMATE PROGRAMS (CTU) | 28 | WRISTBAND BAR CODE |
| 11 | INMATE WORK ASSIGNMENT | 29 | REQUEST FOR INFO – NO RESPONSE |
| 12 | JUSTICE DELAYS (PRO PER, LAW LIBRARY, ETC.) | 40 | PROPERTY – DAMAGED (SEARCH) |
| 13 | MAIL | 41 | PROPERTY – MISSING (SEARCH) |
| 14 | MEALS / FOOD | 42 | PROPERTY – TAKEN (CONTRABAND) |
| 15 | MEDICAL SERVICES | 43 | PROPERTY – OTHER |
| 16 | MENTAL HEALTH SERVICES | 44 | COMPLAINT AGAINST STAFF |
| 17 | MISCELLANEOUS | 45 | INMATE SERVICES SCHOOL / VOCATIONAL PROGRAMS |
| 18 | MONEY / INMATE ACCOUNTS | 46 | INMATE SERVICES COMMISSARY |

| 01 | UNFOUNDED | 14 | REFERRED – MENTAL HEALTH |
|---|---|---|---|
| 02 | FOUNDED | 15 | EMPLOYEE CONDUCT WAS REASONABLE |
| 03 | UNRESOLVED | 16 | EMPLOYEE CONDUCT COULD HAVE BEEN BETTER |
| 04 | UNIT LEVEL INVESTIGATION | 17 | EMPLOYEE CONDUCT SHOULD HAVE BEEN DIFFERENT |
| 05 | I.A.B INVESTIGATION | 18 | UNABLE TO MAKE DETERMINATION |
| 06 | RELEASED PRIOR TO INQUIRY | 19 | CONFLICT RESOLUTION |
| 07 | REFERRED – MEDICAL | 20 | REFERRED – INMATE SERVICES SCHOOL / VOCATIONAL PROGRAMS |
| 08 | REFERRED – COURT SERVICES | 21 | REFERRED – INMATE SERVICES CHAPLAIN |
| 09 | REFERRED – FOOD SERVICES | 22 | REFERRED – INMATE SERVICES COMMISSARY |
| 10 | REFERRED – OTHER FACILITY | 23 | REFERRED – INMATE SERVICES OTHER |
| 11 | REFERRED – OTHER | 50 | DENIED – LATE SUBMISSION |
| 12 | I.C.I.B INVESTIGATION | 99 | NOT APPLICABLE |
| 13 | RESOLVED | | |

**NOTE:** For unidentified complainants, use a booking # of 0000000.

Exhibit 1 - Page 4

# EXHIBIT
# 2



## 5-12/000.00 INMATE COMPLAINT/SERVICE REQUESTS

Any inmate within Custody Operations and Correctional Services Divisions may submit a complaint or request for service relating to any condition of confinement using the Inmate Complaint/Service Request Form (SH-J-420 Rev. 5/07).

**NOTE: For the purpose of this policy, the terms "grievance" and "complaint" are synonymous.**

Complaints or requests for service relating to a condition of confinement may include, but are not limited to, medical/mental health services; complaints against staff; classification actions; disciplinary actions; program participation; chaplain services; telephone; mail; visiting procedures; food, clothing, and bedding; facility conditions; inmate money accounts; inmate property issues; and commissary.

A complaint must be submitted by or on behalf of the inmate, whether in custody or not, within 15 calendar days after the event upon which the complaint is based, or the complaint will be denied. In the event that custody personnel receive a complaint or request for service that is not written on an Inmate Complaint/Service Request Form (SH-420), the employee is responsible for returning the request to the inmate and providing the inmate with the proper form, with the exception of "basic" inmate requests for service or information (see Inmate "Basic Requests" for Service or Information). Use of the LASD Inmate Complaint/Service Request Form is mandatory for all inmates in custody. Each housing area will have a locked repository accessible to inmates to deposit their completed form without interference. Complaints submitted after the 15 calendar day requirement will be accepted for statistical purposes; however, the complaint will be denied and automatically issued the "50" - late submission, disposition code.

Administrative Process for Inmate Complaint/Service Requests

Assigned floor supervisors shall collect the Inmate Complaint/Service Request Form from the locked repositories on each shift and ensure the inmate has taken their copy of the form. Floor supervisors shall document in the Uniform Daily Activity Log (UDAL) indicating that the forms were collected for the shift. All Inmate Complaint/Service Request Forms shall be immediately reviewed by the collecting supervisor, and have a reference number assigned for all complaints and services requests that will be handled by that particular facility. Any "basic" inmate requests for service or information that are submitted on an Inmate Complaint/Service Request Form shall be handled via the procedures listed under the section, Inmate "Basic Requests" for Service or Information, and shall not require a reference number.

The supervisor shall separate all complaint/requests that can be investigated and resolved by line personnel and place these complaint/requests into the Watch Sergeant's in-box. The Watch Sergeant or his/her designee shall assign the complaint/requests to personnel to investigate and resolve. If the complaint or request involves conditions or personnel at another facility, the facility receiving the complaint shall facsimile the

Exhibit 2 - Page 5

form to the concerned facility's unit commander and mail the original.
It shall be the handling unit's responsibility to obtain a reference number and process the complaint or request.

If a form is submitted with more than one complaint or request involving the receiving unit and another unit, the supervisor shall obtain a reference number for the complaint or request involving his/her unit. The supervisor shall then facsimile the form to the unit commander of the second unit, who will then obtain their own reference number and process the portion of the complaint or request that involves their unit.

Group Complaints

For the purpose of this policy a group complaint is defined as any complaint submitted by three (3) or more inmates confined in the same housing location, referencing the same or similar complaints. All group complaints shall be collected and assigned only one reference number as opposed to individual reference numbers. Group complaints shall be identified and entered into the reference number log and the Facility Automated Statistical Tracking (F.A.S.T.) System accordingly.

Inmate Requests for Service

Requests for service or information received by a supervisor, may include, but are not limited to, medical/mental health services; educational or vocational programs; inmate worker classification; chaplain services; and commissary. These requests must be submitted on an Inmate Complaint/Service Request Form (SH-J-420) and require a reference number.

Requests pertaining to a medical or mental health issue shall be handled without delay. If an emergency medical condition exists with the inmate, the inmate shall be escorted immediately to the clinic area.

The supervisor handling the request shall:

• Time stamp the form in the upper right corner;
• Make a photocopy of the form;
• Deliver the photocopy to the on-duty clinic supervisor;
• Retain the original complaint form and place it into the Inmate Complaint/Service Request Coordinator's tray at their particular facility.

NOTE: Requests concerning mental health issues: The facility's clinic shift supervisor will forward the complaint or request to Jail Mental Health Services.

Inmate "Basic Requests" for Service or Information

For the purpose of this policy, the term "Basic Requests" refers to simple requests that a module or line officer can quickly obtain, such as, but not limited to: release date, next court date, sentence status, inmate money accounts, and requests for supplies such as an inmate admission kit.

Basic requests may be investigated and resolved by any Custody Assistant, Deputy Sheriff, Senior Deputy, or Sergeant. These requests are not required to be written on an Inmate

Exhibit 2 - Page 6

Complaint/Service Request Form (SH-J-420) and will not require a reference number. Basic requests shall be completed in a reasonable amount of time and will not require further process.

<u>Inmate Complaints</u>

Complaints shall only be investigated by supervisors with the rank of Sergeant or above. The assigned supervisor (rank of Sergeant or above) shall conduct a thorough investigation and take all necessary steps to determine if the complaint is founded or unfounded. Complaints should be investigated and resolved within 10 business days, or as soon as reasonably possible.

Findings resulting from an investigation in response to an inmate complaint generally fall into one of six categories:

• <u>Founded</u> - When the investigation establishes that the allegation is true and/or when the action on the part of the Department member(s) is prohibited by law or by Department policy,

• <u>Unfounded</u> - When the investigation clearly establishes the allegation is not true or when the actions of the Department member, which formed the basis for the complaint, are not violations of law or Department policy, and are otherwise not censurable,

• <u>Unresolved</u> - When the investigation fails to resolve the complaint, and there is no preponderance of evidence to either affirm or refute the inmate's allegation/complaint,

• <u>Unit Level Investigation</u> - Allegations of misconduct are forwarded to the unit commander for investigation and disposition,

• <u>Internal Affairs Bureau Investigation (IAB)</u>- Allegations of misconduct are forwarded to Internal Affairs Bureau for investigation and disposition,

• <u>Internal Criminal Investigations Bureau Investigation</u> - Allegations of criminal misconduct are forwarded to the Internal Criminal Investigations Bureau for investigation.

NOTE: Refer to Complaints Against Personnel below.

<u>Resolution of the Complaint</u>

Once the results of the complaint investigation have been determined, the assigned supervisor shall complete the "Disposition" section on the Inmate Complaint/Service Request Form. A written response shall be delivered to the inmate generally within 10 business days after the submission of the complaint. A written response shall be provided for any approval or denial of a complaint. This requirement shall be satisfied by providing the inmate a copy of the final disposition of the Inmate Complaint/Service Request Form.

Inmates shall sign the original or facsimile copy (if forwarded from another unit) of the Inmate Complaint/Service Request Form to document receipt of the written response as stated in Title 15 Section 1073, "Inmate Grievance Procedure." However, if the complaint was previously addressed as the result of a court order or other governmental referral, it is not mandatory to summon the inmate for his/her signature. If the inmate is released prior to the completion of

Exhibit 2 - Page 7

the complaint, it shall be noted in lieu of the inmate's signature.

For complaints relating to inmates that have been released, after the submission of a complaint, the assigned supervisor shall note in the "Disposition" section that the inmate has been released. A copy of the disposition should be forwarded to the released inmate's listed mailing address. Once the complaint has been resolved and signed by the inmate (if applicable), the Inmate Complaint/Service Request Form shall be placed into the facility's Inmate Complaint/Service Request Coordinator's in-box for further processing.

NOTE: The Inmate Complaint/Service Request Coordinator shall ensure that the receipt of the written response is properly entered in the F.A.S.T. system. The Inmate Complaint Disposition Data Form, SHJ-438, shall no longer be used, with the exception of Referred Inmate Complaints. The SHJ-438 is information now is captured on the back of the Inmate Complaint/Service Request Form. Additionally, all Inmate Complaint/Service Request Forms, SH-J-420, dated prior to May 2007, shall not be used and must be discarded.

Complaints From Released Inmates

Inmate complaints received from persons that have been released from custody shall be processed on an Inmate Complaint/Service Request Form (not a Watch Commander Service Comment Report form) pursuant to Manual of Policy and Procedures, section 3-04/010.05, "Procedures for Department Service Review." Complaints submitted from former inmates shall be subject to the same guidelines, requirements and procedures as a complaint submitted by an inmate in custody.

Referred Inmate Complaints

In the event an inmate is unable to submit a complaint, a complaint may be submitted by a non-involved or non-aggrieved party; i.e., an inmate's friend, relative, etc. on behalf of an inmate. Referred inmate complaints shall be processed pursuant to Custody Division Manual section, 5-12/020.00, "Referred Inmate Complaints." Referred inmate complaints shall be subject to the same guidelines, requirements and procedures as a complaint submitted by an inmate in custody.

Complaints Against Personnel

The results of an investigation pertaining to an inmate complaint, that involves the conduct of personnel, shall not be disclosed in any form, including written responses to inmate complaints. The reviewing supervisor shall advise the inmate, in writing, of the disposition of a complaint against any personnel or any results of inquiries pertaining to personnel conduct. The information disclosed to the inmate shall be limited to the following information:

• Acknowledgment of the complaint,
• Statement that the investigation was completed,
• Assurance that the appropriate administrative action has been taken.

Note: For unfounded or unresolved complaints against staff, the disclosure shall be limited to the following response: "Your complaint has been thoroughly investigated; however, we were unable to substantiate that (employee's name) violated any of our Department policies and procedures."

Exhibit 2 - Page 8

When an inquiry into the conduct of any personnel results in the initiation of a unit level or IAB investigation, the supervisor conducting the inquiry into the inmate complaint shall complete the "Disposition" section of the Inmate Complaint/Service Request Form, indicating the disposition as "Unit Level Investigation" or "Internal Affairs Bureau Investigation."

Jurisdiction of Complaints

Any question of complaint jurisdiction within a jail facility shall be determined by the unit commander. Any question of jurisdiction within the Custody Operations Division shall be determined by the Division Chief.

Retention of Original Inmate Complaints

Pursuant to Custody Division Manual section 4-13/000.00, Custody facilities shall retain all inmate complaints for five (5) years. Additionally, all inmate requests requiring a reference number shall be retained for five (5) years.

Appeal Process for Complaints

Inmates must submit an appeal from a denied complaint within five (5) calendar days of receiving the written disposition regarding their complaint, or they will be denied. Appeals shall be submitted on the Inmate Complaint Appeal Form (SH-J-446). The appropriate supervisor (watch commander, medical supervisor, mental health supervisor, or food production supervisor) shall make the final determination of the resolution for the appeal.

Inmates shall be advised, in writing, of the disposition of their appeal within 10 business days after the submission of the appeal. The unit commander or his designee, shall review all inmate complaint appeals to ensure a thorough investigation has been conducted and the appropriate disposition has been rendered.

Extensions

The Unit Commander, or their designee, may extend time deadlines for the submission or disposition of a complaint or appeal in the event of an emergency situation or when there is an extended disruption of normal facility operation.


**Revised 04/01/08**
**Revised 08/16/07**
**12/10/01 CDM**

Exhibit 2 - Page 9

# EXHIBIT
# 3



𝕮𝖔𝖚𝖓𝖙𝖞 𝖔𝖋 𝕷𝖔𝖘 𝕬𝖓𝖌𝖊𝖑𝖊𝖘

𝕾𝖍𝖊𝖗𝖎𝖋𝖋'𝖘 𝕯𝖊𝖕𝖆𝖗𝖙𝖒𝖊𝖓𝖙 𝕳𝖊𝖆𝖉𝖖𝖚𝖆𝖗𝖙𝖊𝖗𝖘

4700 𝕽𝖆𝖒𝖔𝖓𝖆 𝕭𝖔𝖚𝖑𝖊𝖛𝖆𝖗𝖉

𝕸𝖔𝖓𝖙𝖊𝖗𝖊𝖞 𝕻𝖆𝖗𝖐, 𝕮𝖆𝖑𝖎𝖋𝖔𝖗𝖓𝖎𝖆 91754-2169



LEROY D. BACA, SHERIFF

January 12, 2011

Mr. Mark Rosenbaum
ACLU of Southern California
1313 West Eighth Street
Los Angeles, California  90017

Dear Mr. Rosenbaum:

This is in response to your correspondence wherein you expressed concerns about conditions at Men's Central Jail.  As you are aware, designated staff from the Department's Custody Operations Division have been investigating a number of complaints from your clients that have come to our attention.  These investigations focused not only on the specific complaints that were brought forward by the ACLU, but also included a number that were self-identified by management personnel.

The results of these investigations were reviewed by managerial personnel from Custody Operations Division and the entire investigative process was reviewed and overseen by the Office of Independent Review.

A total of 20 complaints were investigated by personnel who had been specifically tasked to conduct these inquiries.  Department personnel from Internal Criminal Investigations Bureau, Internal Affairs Bureau, Employee Executive Force Review Committee, and Custody Operations Division assisted in completing these very comprehensive investigations.  As a result of these investigations, allegations of misconduct with 19 of the 20 cases were determined to be unfounded.  In one instance, it was determined that our personnel could have conducted themselves more appropriately.  Administrative action has been taken regarding this case.  It should also be noted that none of these investigations uncovered any credible evidence that your clients had been subjected to any ill treatment and/or inappropriate behavior by Department members as a result of having contacted your organization.

*A Tradition of Service*

Exhibit 3 - Page 10

Mr. Mark Rosenbaum                    -2-                    January 12, 2011

I would like to thank you for your efforts, and look forward to our continuing positive working relationship in the future.  Attached to this letter is the Men's Central Jail Executive Summary which relates the outcome of the 20 individual investigations.  The summary contains the names of each complaining party, along with specific tracking dates and final dispositions.

If you have any questions, please feel free to contact Commander Stephen B. Johnson, Custody Operations Division, at (213) 893-5003.

Sincerely,


LEROY D. BACA
SHERIFF

Exhibit 3 - Page 11





Leroy D. Baca, Sheriff

# MEN'S CENTRAL JAIL
## ALLEGED RETALIATION COMPLAINTS
## EXECUTIVE SUMMARY

Duane Harris, Captain

Updated: 01-07-2011

| Inmate Name | Booking Number | Date Complaint Received | Date Review Completed | Date Grnmfr/OIR Review | Date Chief Approval | Final Disposition |
|---|---|---|---|---|---|---|
| Allen, Walter | 1554919 | 07-02-2009 | 05-17-2010 | 06-11-2010 | 06-11-2010 | Closed - Unfounded |
| Benson, Emmanual | 1758448 | 06-19-2009 | 05-27-2010 | 06-11-2010 | 06-11-2010 | Closed - Unfounded |
| Edward, Anthony | 1936773 | 07-14-2009 | 01-28-2010 | 01-28-2010 | 01-28-2010 | Closed - Unfounded |
| Grande, Eric | 1841006 | 07-14-2009 | 01-26-2010 | 01-28-2010 | 01-28-2010 | Closed - Unfounded |
| Holguin, Michael* | 2083113 | 10-28-2009 | 02-04-2010 | 04-29-2010 | 04-29-2010 | Closed – Unfounded (IAB handled) |
| Jones, Eefrom* | 1008241 | 10-28-2009 | 07-22-2010 | 07-22-2010 | 09-20-2010 | Closed - Unfounded |
| Jones, Stephen* | 9848494 | 07-14-2009 | 05-20-2010 | 06-09-2010 | 10-12-2010 | Closed - Unfounded |
| Little, Demond* | 1837726 | 07-14-2009 | 02-06-2010 | 04-15-2010 | 06-11-2010 | Closed - Unfounded |
| Mizrahi, Ishmael* | 1714721 | 07-14-2009 | 02-14-2010 | 04-15-2010 | 06-11-2010 | Closed - Unfounded |
| Noussias, Nickoias* | 1857324 | 07-14-2009 | 04-26-2010 | 04-15-2010 | 06-11-2010 | Closed - Unfounded |
| Ortiz, Carlos* | 1951210 | 07-14-2009 | 03-01-2010 | 04-15-2010 | 06-11-2010 | Closed - Unfounded |
| Paschal, Jason | 1932036 | 07-14-2009 | 07-06-2010 | 08-24-2010 | 08-24-2010 | Closed - Unfounded |
| Rodriguez, Antonio* | 8349982 | 10-28-2009 | 02-10-2010 | 04-29-2010 | 04-29-2010 | Closed –Founded (IAB handled) |
| Rodriguez, Heriberto* | 8220127 | 07-14-2009 | 02-14-2010 | 04-15-2010 | 06-11-2010 | Closed - Unfounded |
| Rushing, Daysuan* | 1450126 | 06-19-2009 | 02-11-2010 | 04-15-2010 | 04-15-2010 | Unfounded- Unit Level (IAB handled) |
| Schubert, Matthew | 1783737 | 07-01-2009 | 12-08-2009 | 12-30-2009 | 12-30-2009 | Closed – Inactive 12-30-09 - ICIB |
| Serrato, Michael* | 1789544 | 07-14-2009 | 06-25-2010 | 08-24-2010 | 08-24-2010 | Closed - Unfounded |
| Stone, Monti* | 1933636 | 07-14-2009 | 03-01-2010 | 04-15-2010 | 06-11-2010 | Closed - Unfounded |
| Tutt, Evans | 1864888 | 07-26-2009 | 02-04-2010 | 04-29-2010 | 04-29-2010 | Closed – Unfounded – (IAB handled) |
| White, Eric* | 1837058 | 10-28-2009 | 04-15-2010 | 04-29-2010 | 04-29-2010 | Closed –Unfounded – (IAB handled) |

*Declaration included in October 28, 2009 ACLU Letter.

1 | P a g e

Exhibit 3 - Page 12