O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DENNIS RUTHERFORD, | ) | Case No. CV 75-04111 DDP |
| | ) | |
| Plaintiff, | ) | **ORDER RE: PLAINTIFF'S MOTION FOR** |
| | ) | **PROTECTIVE ORDER** |
| v. | ) | |
| | ) | |
| LEROY BACA, | ) | [Docket No. 228] |
| | ) | |
| Defendants. | ) | |
| ————————————— | ) | |

Plaintiff's Motion for Protective Order (Dkt. No. 228) is re-set on calendar for October 13, 2011 at 10:00 a.m.  The court notes that the parties, with the assistance of the Office of Independent Review, have successfully resolved certain matters related to the issues raised in the motion.  Despite the good faith efforts of both parties, however, important factual disputes remain.  The court therefore sets an evidentiary hearing on Plaintiff's motion for October 13, 2011 at 10:00 a.m.


IT IS SO ORDERED.

Dated: September 23, 2011

DEAN D. PREGERSON
United States District Judge