MARK D. ROSENBAUM, SBN 59940
mrosenbaum@aclu-sc.org
PETER ELIASBERG, SBN 189110
peliasberg@aclu-sc.org
JESSICA PRICE, SBN 263241
jprice@aclu-sc.org
ACLU Foundation of Southern California
1313 W. 8th Street
Los Angeles, California 90017
Telephone: (213) 977-9500
Facsimile: (213) 977-5297

MARGARET WINTER*
mwinter@npp-aclu.org
ERIC G. BALABAN*
ebalaban@npp-aclu.org
National Prison Project of the ACLU
915 15th Street NW, 7th Floor
Washington, D.C. 20005
Telephone: (202) 393-4930
Facsimile: (202) 393-4931
*Not admitted in D.C.; practice limited to federal courts

Attorneys for Plaintiffs
(continued on next page)

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DENNIS RUTHERFORD, et al,<br><br>        Plaintiffs,<br><br>    v.<br><br>LEROY BACA, et al.,<br><br>        Defendants. | Case No. Civ. 75-04111-DDP<br><br>**PLAINTIFFS' NOTICE OF FILING OF REPORT CONCERNING LOS ANGELES COUNTY JAILS; CITED DECLARATIONS** |

MELINDA BIRD, SBN 102236
melinda.bird@disabilityrightsca.org
Disability Rights California
3580 Wilshire Blvd., Suite 902
Los Angeles, California 90010
Telephone: (213) 355-3605
Facsimile: (213) 427-8767

Bingham McCutchen LLP
STEPHEN D. ALEXANDER (SBN 141099)
stephen.alexander@bingham.com
JENNIFER B. MIKOLEVINE (SBN 236745)
jennifer.mikolevine@bingham.com
355 South Grand Avenue, Suite 4400
Los Angeles, California 90071-1560
Telephone: (213) 680-6400
Facsimile: (213) 680-6499

Bingham McCutchen LLP
STACY W. HARRISON, SBN 175028
stacy.harrison@bingham.com
1620 26th Street
4th Floor, Main Tower
Santa Monica, California 90404
Telephone: (310) 907-1000
Facsimile: (310) 907-2000

Plaintiffs hereby give notice of their filing of the ACLU's Annual Report on Conditions in the Los Angeles County Jails, and the declarations cited in that Report, all of which are attached hereto.

September 28, 2011   Respectfully Submitted,

ACLU Foundation of Southern California

ACLU National Prison Project

Disability Rights California

Bingham McCutcheon, LLP


By: s/ Peter Eliasberg

Peter Eliasberg
ACLU Foundation of Southern California
Attorney for Plaintiffs

-1-

index

# INDEX

I.   2011 Annual Report on Los Angeles County Jail Conditions . . . . . . . . . . . . . 3

II.  Civilian Eyewitness Declarations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 47

III. Former Prisoner Declarations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 94

IV.  Current Prisoner Declarations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 160

     Key to Current Prisoner Aliases Used in Report . . . . . . . . . . . . . . . . . . . . . 160

V.   Report and Declaration of Experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 756

VI.  Eliasberg Declaration . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 902