# III. Former Prisoner Declarations

# DECLARATION OF FORMER PRISONER ALEXANDER FUENTES

000094

### Declaration of Alexander Fuentes

I, Alexander Fuentes, hereby declare:

1.     I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.     I am thirty four years old and have been at Men's Central Jail ("MCJ") since October 28, 2010.  I was currently housed in Module 2200, Row A, Cell 10 and have been housed here since January 8, 2011.  I was released from the Los Angeles County Jail System ("LACJS") on March 8, 2011.

3.     From November 20, 2010 until January 7, 2011, I was housed in Module 3500, Row A, Cell 5.  During this time I have only had two showers even though I know Title 15 says that we're supposed to have showers at least every other day.

4.     While here I have seen the morning shift deputies, a total of five different deputies scanning the scan code for inmate showers and then scanning the inmate's barcode on our wristband, but not giving us showers.  By scanning the shower scan code and the inmate's wristband barcode it will show up on the Los Angeles Sheriff Department's ("LASD") log that the inmates were given showers for that day.

5.     The five deputies that I am referring to all work on Module 3500 and work on the AM shift or the morning shift.  One of the deputies is Deputy Carbajal who is male, another is Deputy Leo, who is short, female Hispanic and three other male deputies.  I do not know their names, but one is Hispanic with a shaved head, who is around five feet and ten inches.  The other is Hispanic, skinny with short hair with a fade and is around five feet and nine inches.  The third is a Custody Assistant who is Hispanic, fat with short hair and is five feet and ten inches.  I know he's a Custody Assistant because he wears the green uniform.  I also estimated their height and know that the three deputies are around that height because I am taller than they are.  I am around six feet tall.

6.     From my cell, I have seen these deputies more than five times at approximately six o'clock to seven o'clock in the morning, walk over to the scan code that is next to the inmates' showers, scan the scan code, then immediately walk down my row and tell the inmates

1   to stick out their wrists so that they can scan the barcodes.  I then use my hand mirror to see

2   down my row to see that the deputies are scanning all the other inmates' barcodes.  Despite doing

3   this, they don't give us showers, so if we want to get clean, especially when we have to go to

4   court, we have to "bird bath" or use the sinks in our cells to wash ourselves.

5         7.    I know that the scan code that the deputies are scanning are for the showers

6   because when I have walked by the scan code, it says "Showers" on it.

7         8.    When I have seen them scan the inmates' showers' scan code, they do it on a

8   Monday, Wednesday or a Thursday.

9         9.    The AM shift deputies are supposed to shower the inmates in cells numbered 1-13

10  and the PM shift deputies are supposed to shower the inmates in cells number 14 and up.  The

11  AM shift deputies scans the inmate showers' scan code and our wristbands, but doesn't give us

12  showers, while the PM shift deputies scans the inmate showers' scan code and the inmates'

13  wristbands, but actually gives the inmates in cell number 14 and up showers.

14        10.    Because I am in cell number five, I have only had two real showers, whereas the

15  other inmates in cells 14 and up have had more showers than me and the other inmates in cells 1-

16  13.

17        11.    Also, the two days that we actually got showers, the deputies didn't even scan the

18  inmate showers' scan code or the inmates' barcode.

19        I declare under penalty of perjury of the laws of the State of California and the United

20  States that the foregoing is true and correct.  Executed this 17th day of March, 2011 in Los

21  Angeles, California.

22

23                          Alexander Fuentes

24

25

26

27

28

000096

**Declaration of Alexander Fuentes**

I, Alexander Fuentes, hereby declare:

1.    I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.    I am thirty four years old and have been at Men's Central Jail ("MCJ") since October 28, 2010.  I was currently housed in Module 2200, Row A, Cell 10 and have been housed here since January 8, 2011.  I was released from the Los Angeles County Jail System ("LACJS") on March 8, 2011.

3.    From November 20, 2010 until January 7, 2011, I was housed in Module 3500, Row A, Cell 5.  During this time I have only had two showers even though I know Title 15 says that we're supposed to have showers at least every other day.

4.    While here I have seen the morning shift deputies, a total of five different deputies scanning the scan code for inmate showers and then scanning the inmate's barcode on our wristband, but not giving us showers.  By scanning the shower scan code and the inmate's wristband barcode it will show up on the Los Angeles Sheriff Department's ("LASD") log that the inmates were given showers for that day.

5.    The five deputies that I am referring to all work on Module 3500 and work on the AM shift or the morning shift.  One of the deputies is Deputy Carbajal who is male, another is Deputy Leo, who is short, female Hispanic and three other male deputies.  I do not know their names, but one is Hispanic with a shaved head, who is around five feet and ten inches.  The other is Hispanic, skinny with short hair with a fade and is around five feet and nine inches.  The third is a Custody Assistant who is Hispanic, fat with short hair and is five feet and ten inches.  I know he's a Custody Assistant because he wears the green uniform.  I also estimated their height and know that the three deputies are around that height because I am taller than they are.  I am around six feet tall.

6.    From my cell, I have seen these deputies more than five times at approximately six o'clock to seven o'clock in the morning, walk over to the scan code that is next to the inmates' showers, scan the scan code, then immediately walk down my row and tell the inmates

1  to stick out their wrists so that they can scan the barcodes.  I then use my hand mirror to see

2  down my row to see that the deputies are scanning all the other inmates' barcodes.  Despite doing

3  this, they don't give us showers, so if we want to get clean, especially when we have to go to

4  court, we have to "bird bath" or use the sinks in our cells to wash ourselves.

5       7.    I know that the scan code that the deputies are scanning are for the showers

6  because when I have walked by the scan code, it says "Showers" on it.

7       8.    When I have seen them scan the inmates' showers' scan code, they do it on a

8  Monday, Wednesday or a Thursday.

9       9.    The AM shift deputies are supposed to shower the inmates in cells numbered 1-13

10  and the PM shift deputies are supposed to shower the inmates in cells number 14 and up.  The

11  AM shift deputies scans the inmate showers' scan code and our wristbands, but doesn't give us

12  showers, while the PM shift deputies scans the inmate showers' scan code and the inmates'

13  wristbands, but actually gives the inmates in cell number 14 and up showers.

14       10.    Because I am in cell number five, I have only had two real showers, whereas the

15  other inmates in cells 14 and up have had more showers than me and the other inmates in cells 1-

16  13.

17       11.    Also, the two days that we actually got showers, the deputies didn't even scan the

18  inmate showers' scan code or the inmates' barcode.

19       I declare under penalty of perjury of the laws of the State of California and the United

20  States that the foregoing is true and correct.  Executed this 17th day of March, 2011 in Los

21  Angeles, California.

22                                                      /s/

23                                       Alexander Fuentes

24

25

26

27

28

# DECLARATION OF FORMER PRISONER GORDON GRBAVAC

000099

**Declaration of Gordon Grbavac**

I, Gordon Grbavac, hereby declare:

1.     I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.     I am 44 years old and I am the Superintendent for the California Builders Group Incorporated in Culver City.

3.     On Monday, August 24, 2009, the Los Angeles Sheriff's Department ("LASD") came to my business with a search warrant.  Four days after my arrest, I was charged with possessing an assault rifle that was not registered with California.

4.     After I was arrested and taken to the Inmate Reception Center ("IRC") where I was processed.  At IRC, I told the assessment deputies that I had relatives who worked for LASD.  I have a cousin named Kresimir Kovac who worked at the Century Regional Detention Facility ("CRDF") in Lynwood, California and who now works for the Compton Station.  He was arrested in 2002 for conspiracy to offer an assault weapon for sale.  I have another cousin named Adrien Grbavac who works at the Temple Station.  I have attached a copy of their LASD business cards to this declaration as Exhibit 1.

5.     Despite disclosing this information to the IRC deputies and telling them that I didn't want to be placed in general population, I was still placed in general population.

6.     A couple of days later, a deputy asked me if I had family in law enforcement.  I told him that I did.  He said, "The inmates know this.  Your life is threatened, so I'd say where the deputies can see you."  He also said to me, "I don't know why you're not in PC [protective custody] and why you're in general population."

7.     On Thursday, August 27, 2009, I was scheduled to go to court.  A deputy came by my cell in the morning and told me to get ready for court.  I was escorted to the court processing area.  A deputy cut off my wristband and placed another wristband on me.  I was then pulled out of the line and escorted to the third floor of TTCF and placed in a 2-man cell.  I didn't go to court that day.

8.     When I got there, a few hours later during program time, an inmate came up

1   behind me.  He was Hispanic and had a tattoo of the city, "Azusa" on his neck.  The inmate

2   brushed his hand on my lower back.  I was very scared when this inmate this to do me so I went

3   into my cell and closed the cell door after me.  He came over to my cell window and threatened

4   me saying, "This is it for you.  Today's the day."  I thought he was going to kill me.

5          9.      About 3-4 pm, I was in the program area at TTCF.  I believe it was right after we

6   had our dinner.  Two deputies, one who was Hispanic, 6 feet tall, stocky with short black hair

7   and a White deputy who was 5'9", skinny with short blonde hair walked over to where I was in

8   the program area.

9          10.     One of the deputies handcuffed me and escorted me through the Staging Area and

10  forcefully shoved me into the Attorney Room.  One deputy grabbed me on my left side and the

11  other deputy grabbed me on my right side and as if I was a battering ram, they repeatedly

12  slammed my head and cheek into the window partition that separates the attorneys from the

13  inmates.  As they were slamming me into the window, the White deputy said to me, "We're

14  going to teach you a lesson you fat motherfucker."  He also asked me, "Did you shit in your

15  pants?"

16         11.     After a minute or so, a sergeant who is White, about 55 years old, between 5'9"

17  and 5'10", pudgy with short hair came in.  He asked, "How did all this blood get here?"  When I

18  looked to where he was pointing, I saw blood splattered all over the window partition and saw

19  blood in the cubicle next to where the two deputies had slammed my head.

20         12.     I told the sergeant that his deputies had assaulted me.  The sergeant told me that

21  he'd be right back.

22         13.     When the sergeant left, the White deputy said to me, "Are you fucking kidding

23  me?  You motherfucker.  You better change your story or we're going to show you what we do to

24  fat asses.  You better say that you did this to yourself."  I was extremely scared and felt very

25  threatened.  I thought that the deputies might kill me if I didn't do what he said.  So I told them

26  that I would tell the sergeant that I did it to myself.

27         14.     About a minute later, the sergeant came back and interviewed me on camera.  I

28  was seated on the stool in the attorney room facing the door to the Staging Area and the sergeant

000101

1   was facing me, away from the door to the Staging Area with the video camera, interviewing me.

2   The White deputy was standing in the doorway to the Staging Area.  From here, the deputy was

3   no more than five feet away from me.  I could see him staring at me while the sergeant was

4   interviewing me.  At no time did the sergeant direct who had beaten me to leave the area where

5   the sergeant was interviewing me.  The sergeant asked me what happened on video camera and I

6   told him that I had banged my head on the window.

7          15.     After the interview, the sergeant told the White deputy and the Hispanic deputy to

8   take me to the nurses' station.  When I got there, one of the deputies took one of the handcuffs

9   off of my wrist and secured it to the rail on the gurney.  The nurse then gave me an ice pack for

10  my face.  I felt very faint and my hands and arms felt numb.

11         16.     I heard one of the nurses call for an ambulance.  The White deputy then came over

12  to me and pressed his handcuff key into both of my arms, which left puncture marks.  I still have

13  the scars from the puncture wounds.

14         17.     I then heard one of the deputies tell the nurse, "Cancel the ambulance.  We're

15  going to take him in a radio car to LCMC [Los Angeles Medical Center + USC]."

16         18.     Two different deputies escorted me to a squad car.  During the ride over to

17  LCMC, one of the deputies asked me what happened.  I told him that I had banged my head on

18  the window.  I was scared to tell him the truth because I thought if I had told the deputy what

19  really happened, he would tell the other deputies, which I thought would lead to another beating.

20  I also told the deputies that I had a cousin who worked in the Lynwood facility or CRDF.

21         19.     One of the deputies asked me for his name and I told him that his name was

22  Kovac.  One of the deputies pulled out his cell phone and made a call.  I believe he was calling

23  my cousin, Kovac.  He asked my cousin, "What do you want us to do with him?"  I wasn't able

24  to hear what the other person on the other line was saying, but I heard the deputy repeating what

25  the other person on the phone was saying which was, "Go ahead and BBQ him."  I had no idea

26  what this meant, but I was very scared. The deputy then said, "We'll meet up for drinks at

27  another time" into the phone.

28         20.     I was then taken to the Jail Ward at LCMC and was handcuffed to the bed.  I had

000102

1   one arm handcuffed to one side of the bed and the other arm to the other side of the bed.

2         21.    While I was waiting, I heard sounds of someone struggling and pulling on his

3   handcuffs. I heard him yell, "Jesus help me! Help me!" A nurse near me said, "Even Jesus isn't

4   going to help you now." I then heard her laughing after she made this comment. I don't know

5   her name, but she had a heavy Eastern European accent.

6         22.    I then had an MRI done and the doctor told me that I had bleeding in the front

7   right lobe of my brain.

8         23.    After the MRI, an African American deputy who was wearing glasses kept

9   circling my bed in a threatening manner saying, "Let me at him. Let me at him." I was very

10  scared. I didn't know what was going to happen to me.

11        24.    I was then moved to another room. While I was in this room, a different nurse

12  was treating me and making sure that I was comfortable. She appeared to be Haitian. I noticed a

13  doctor and the nurse with the Eastern European accent telling the Haitian nurse to do various

14  errands, instead of doing the errands themselves. After the Haitian nurse would complete the

15  errand, she would immediately come back into my room and again the doctor or nurse would try

16  to get this nurse out of my room by assigning another errand for her to do. I don't know why

17  they were doing this, but I felt like they were trying to get her out of the room, so that something

18  could happen to me.

19        25.    On Friday, August 28, 2009, I was escorted back to TTCF. When I got to TTCF, I

20  was sent to the nurses clinic. An older, White nurse asked me what had happened and I told her

21  that deputies had assaulted me. I felt that I could tell her the truth. She looked very concerned

22  about me and she transferred me to the seventh floor of TTCF where I was placed in my own

23  cell.

24        26.    Later that day, a deputy told me that I was being released so I went to IRC and

25  went through the release process. After I was done with the release process and had changed into

26  my street clothes, Detective Camarillo and Custody Assistant ("CA") Judge escorted me through

27  the long hallway to the back area of IRC. When I got to this area, Detective Camarillo said I was

28  being arrested and he waist-chained me and handcuffed my hands to my waist. I didn't know

4

1   why I was being re-arrested.

2        27.    I was then re-processed at IRC, taken to the fourth floor of IRC and placed in a

3   bunk bed in the program area, instead of a cell.

4        28.    On Monday, August 31, 2009, I was taken to court and the next day, I was

5   released.

6        29.    Because the deputies slammed my head against the window, I had a cut over my

7   right eye.  My right eye was swollen and my face was also badly bruised for more than a week

8   and it took an additional week for the swelling to go down.  There are three photos attached to

9   this declaration as Exhibit 2 of my injuries taken one week after the incident.

10        I declare under penalty of perjury of the laws of the State of California and the United

11   States that the foregoing is true and correct.  Executed this _15th_ day of _June_, 2011 in _Baldwin_

12   _Park_, California.

13

14                                        Gordon Grbavac

15

16

17

18

19

20

21

22

23

24

25

26

27

28

000104

**Declaration of Gordon Grbavac**

I, Gordon Grbavac, hereby declare:

1.      I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.      I am 44 years old and I am the Superintendent for the California Builders Group Incorporated in Culver City.

3.      On Monday, August 24, 2009, the Los Angeles Sheriff's Department ("LASD") came to my business with a search warrant. Four days after my arrest, I was charged with possessing an assault rifle that was not registered with California.

4.      After I was arrested and taken to the Inmate Reception Center ("IRC") where I was processed. At IRC, I told the assessment deputies that I had relatives who worked for LASD. I have a cousin named Kresimir Kovac who worked at the Century Regional Detention Facility ("CRDF") in Lynwood, California and who now works for the Compton Station. He was arrested in 2002 for conspiracy to offer an assault weapon for sale. I have another cousin named Adrien Grbavac who works at the Temple Station. I have attached a copy of their LASD business cards to this declaration as Exhibit 1.

5.      Despite disclosing this information to the IRC deputies and telling them that I didn't want to be placed in general population, I was still placed in general population.

6.      A couple of days later, a deputy asked me if I had family in law enforcement. I told him that I did. He said, "The inmates know this. Your life is threatened, so I'd say where the deputies can see you." He also said to me, "I don't know why you're not in PC [protective custody] and why you're in general population."

7.      On Wednesday, August 26, 2009, I was scheduled to go to court. A deputy came by my cell in the morning and told me to get ready for court. I was escorted to the court processing area. A deputy cut off my wristband and placed another wristband on me. I was then pulled out of the line and escorted to the third floor of TTCF and placed in a 2-man cell. I didn't go to court that day.

8.      When I got there, a few hours later during program time, an inmate came up

1   behind me.  He was Hispanic and had a tattoo of the city, "Azusa" on his neck.  The inmate

2   brushed his hand on my lower back.  I was very scared when this inmate this to do me so I went

3   into my cell and closed the cell door after me.  He came over to my cell window and threatened

4   me saying, "This is it for you.  Today's the day."  I thought he was going to kill me.

5        9.      About 3-4 pm, I was in the program area at TTCF.  I believe it was right after we

6   had our dinner.  Two deputies, one who was Hispanic, 6 feet tall, stocky with short black hair

7   and a White deputy who was 5'9", skinny with short blonde hair walked over to where I was in

8   the program area.

9        10.     One of the deputies handcuffed me and escorted me through the Staging Area and

10  forcefully shoved me into the Attorney Room.  One deputy grabbed me on my left side and the

11  other deputy grabbed me on my right side and as if I was a battering ram, they repeatedly

12  slammed my head and cheek into the window partition that separates the attorneys from the

13  inmates.  As they were slamming me into the window, the White deputy said to me, "We're

14  going to teach you a lesson you fat motherfucker."  He also asked me, "Did you shit in your

15  pants?"

16       11.     After a minute or so, a sergeant who is White, about 55 years old, between 5"9"

17  and 5'10", pudgy with short hair came in.  He asked, "How did all this blood get here?"  When I

18  looked to where he was pointing, I saw blood splattered all over the window partition and saw

19  blood in the cubicle next to where the two deputies had slammed my head.

20       12.     I told the sergeant that his deputies had assaulted me.  The sergeant told me that

21  he'd be right back.

22       13.     When the sergeant left, the White deputy said to me, "Are you fucking kidding

23  me?  You motherfucker.  You better change your story or we're going to show you what we do to

24  fat asses.  You better say that you did this to yourself."  I was extremely scared and felt very

25  threatened.  I thought that the deputies might kill me if I didn't do what he said.  So I told them

26  that I would tell the sergeant that I did it to myself.

27       14.     About a minute later, the sergeant came back and interviewed me on camera.  I

28  was seated on the stool in the attorney room facing the door to the Staging Area and the sergeant

2

000106

1    was facing me, away from the door to the Staging Area with the video camera, interviewing me.

2    The White deputy was standing in the doorway to the Staging Area.  From here, the deputy was

3    no more than five feet away from me.  I could see him staring at me while the sergeant was

4    interviewing me.  At no time did the sergeant direct who had beaten me to leave the area where

5    the sergeant was interviewing me.  The sergeant asked me what happened on video camera and I

6    told him that I had banged my head on the window.

7           15.    After the interview, the sergeant told the White deputy and the Hispanic deputy to

8    take me to the nurses' station.  When I got there, one of the deputies took one of the handcuffs

9    off of my wrist and secured it to the rail on the gurney.  The nurse then gave me an ice pack for

10   my face.  I felt very faint and my hands and arms felt numb.

11          16.    I heard one of the nurses call for an ambulance.  The White deputy then came over

12   to me and pressed his handcuff key into both of my arms, which left puncture marks.  I still have

13   the scars from the puncture wounds.

14          17.    I then heard one of the deputies tell the nurse, "Cancel the ambulance.  We're

15   going to take him in a radio car to LCMC [Los Angeles Medical Center + USC]."

16          18.    Two different deputies escorted me to a squad car.  During the ride over to

17   LCMC, one of the deputies asked me what happened.  I told him that I had banged my head on

18   the window.  I was scared to tell him the truth because I thought if I had told the deputy what

19   really happened, he would tell the other deputies, which I thought would lead to another beating.

20   I also told the deputies that I had a cousin who worked in the Lynwood facility or CRDF.

21          19.    One of the deputies asked me for his name and I told him that his name was

22   Kovac.  One of the deputies pulled out his cell phone and made a call.  I believe he was calling

23   my cousin, Kovac.  He asked my cousin, "What do you want us to do with him?"  I wasn't able

24   to hear what the other person on the other line was saying, but I heard the deputy repeating what

25   the other person on the phone was saying which was, "Go ahead and BBQ him."  I had no idea

26   what this meant, but I was very scared.  The deputy then said, "We'll meet up for drinks at

27   another time" into the phone.

28          20.    I was then taken to the Jail Ward at LCMC and was handcuffed to the bed.  I had

000107

1   one arm handcuffed to one side of the bed and the other arm to the other side of the bed.

2        21.      While I was waiting, I heard sounds of someone struggling and pulling on his

3   handcuffs. I heard him yell, "Jesus help me!  Help me!"  A nurse near me said, "Even Jesus isn't

4   going to help you now."  I then heard her laughing after she made this comment.  I don't know

5   her name, but she had a heavy Eastern European accent.

6        22.      I then had an MRI done and the doctor told me that I had bleeding in the front

7   right lobe of my brain.

8        23.      After the MRI, an African American deputy who was wearing glasses kept

9   circling my bed in a threatening manner saying,  "Let me at him.  Let me at him."  I was very

10  scared.  I didn't know what was going to happen to me.

11       24.      I was then moved to another room.  While I was in this room, a different nurse

12  was treating me and making sure that I was comfortable.  She appeared to be Haitian.  I noticed a

13  doctor and the nurse with the Eastern European accent telling the Haitian nurse to do various

14  errands, instead of doing the errands themselves.  After the Haitian nurse would complete the

15  errand, she would immediately come back into my room and again the doctor or nurse would try

16  to get this nurse out of my room by assigning another errand for her to do.  I don't know why

17  they were doing this, but I felt like they were trying to get her out of the room, so that something

18  could happen to me.

19       25.      On Friday, August 28, 2009, I was escorted back to TTCF.  When I got to TTCF, I

20  was sent to the nurses clinic.  An older, White nurse asked me what had happened and I told her

21  that deputies had assaulted me.  I felt that I could tell her the truth.  She looked very concerned

22  about me and she transferred me to the seventh floor of TTCF where I was placed in my own

23  cell.

24       26.      Later that day, a deputy told me that I was being released so I went to IRC and

25  went through the release process.  After I was done with the release process and had changed into

26  my street clothes, Detective Camarillo and Custody Assistant ("CA") Judge escorted me through

27  the long hallway to the back area of IRC.  When I got to this area, Detective Camarillo said I was

28  being arrested and he waist-chained me and handcuffed my hands to my waist.  I didn't know

1  why I was being re-arrested.

2      27.     I was then re-processed at IRC, taken to the fourth floor of IRC and placed in a

3  bunk bed in the program area, instead of a cell.

4      28.     On Monday, August 31, 2009, I was taken to court and the next day, I was

5  released.

6      29.     Because the deputies slammed my head against the window, I had a cut over my

7  right eye.  My right eye was swollen and my face was also badly bruised for more than a week.

8  There are three photos attached to this declaration as Exhibit 2 of my injuries taken one week

9  after the incident.

10      I declare under penalty of perjury of the laws of the State of California and the United

11  States that the foregoing is true and correct.  Executed this 15th day of June, 2011 in Baldwin

12  Park, California.

13                                          _____/s/_____

14                                          Gordon Grbavac

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# DECLARATION OF FORMER PRISONER JONNI A.

000110

# Declaration of Jonni A.

I, Jonni A., declare as follows:

1.   I am submitting this declaration to describe how Los Angeles County sheriff's deputies repeatedly abused other juveniles and me during the process of transport from juvenile hall to Men's Central Jail, court and back again in 2009 and 2010.

2.   From May 2009 to November 2010, I was in juvenile hall.  I was in Los Padrinos Juvenile Hall for five months and then transferred to Barry J. Nidorf Juvenile Hall in Sylmar for about 14 more months.

3.   When I was in Barry J. Nidorf, the Los Angeles Sheriff's Department transported other juveniles and me to and from court, and to and from County USC for medical treatment, in buses, or a small van we called the doggie van.  We called a doggie van because it is just that, a van like the ones used by dog pounds for animal transport, but modified to pack in about 8 people.

4.   Whenever we went to court or returned from court, we stopped at Men's Central Jail, where we changed vehicles. Often we had to wait there for long periods of time. Most of the time we waited on what we called holding buses, but sometimes we would unload into a holding tank in MCJ.

5.   A deputy assaulted me in October 2009.   I was in a holding bus at MCJ with one other person, who was in the same unit as I was in Nidorf.  I had my wrists cuffed to a chain around my waist, as we always did whenever we were transported.  Two deputies walked onto the bus to move us to the bus leaving for Sylmar.  They were both Hispanic men in their late 20's or early 30's.  The shorter one was about 5'8', and the other was about 6'0". At the time, I had very long hair. They ordered me off the bus. One of them said to me, "hey, we've got a female in transport." There was nothing friendly about it.  I felt humiliated, so I responded, "I have a dick."  One of the deputies responded angrily, "Oh check out this faggot,

000111

1   he likes dick." He looked angry and came over to me and pulled up hard on the

2   back of my chains, which jammed my wrists into the cuffs in a way that was very

3   painful and made it extremely hard to breathe.

4       6.   Then he pulled me onto the bus and threw me against the metal gate that

5   separates the prisoners or juveniles who are being transported from the driver's

6   area. I was only about 5'7" and about 125 pounds at the time and was 16 years old.

7   The deputy was muscular and was able to ram me hard into the gate. Just after I

8   hit the gate, the deputy slammed either a baton or a heavy metal flashlight into my

9   right thigh. The pain was awful. I had a limp for three days afterwards, and the

10   bruise from being hit was huge. It started out dark purple and turned a gross

11   yellowish green color before eventually healing. Then, the deputy opened the gate

12   and pushed me into one of the small cages on the bus. The juvenile who was on

13   the bus with me said, "I should have told you, you cannot do nothing around the

14   deputies or they'll beat the shit out of you."

15       7.   At no point did I hit the deputy, threaten to hit him, or lunge at him. He

16   just got angry when I responded verbally to his insult and wailed on me.

17       8.   They have video cameras in the transport yard at MCJ, but none on

18   the buses. I think the reason the deputy pulled me on the bus before hitting me was

19   so he would not be caught on videotape.

20       9.   In about January 2010, I had my first run in with Deputy Tan, from the

21   Bureau Transport at MCJ. Deputy Tan is about 5'8 or 5'9' and solidly built. He is

22   a light-skinned Asian guy, in his late 30's or early 40's. I was on my way back

23   from court to Sylmar. When our bus came into MCJ, Deputy Tan took my

24   roommate, Marcos Rodriguez, and me off the bus. When we got off, he asked us if

25   we had any contraband "strapped to our balls." We both said "no, sir" in a

26   respectful manner. I was being very careful to be cooperative because I did not

27   want the deputy to mess with me. Nevertheless, he asked us the same question

28   about three more times and then threatened to search us. He then pulled down on

000112

1   the inseam of my pants, grabbing my penis in the process. Next he searched my

2   friend Marcos. I saw him pull back the waistband of Marcos's pants, stick his

3   hand into Marcos's pants, grab his dick and pat it. As he did so, Deputy Tan said,

4   "Oh, someone's packing!" and gave this arrogant smile and then laughed.

5        10.   Everything Deputy Tan did seemed like just a way to harass us and

6   humiliate us. He did not search us the way someone would who was actually

7   looking for contraband; he just grabbed our dicks. Also, we had already been

8   searched about six times that day – twice before leaving juvenile hall in the

9   morning; at MCJ before going to court; at the courthouse when we arrived; and

10  again after our court hearings were over before we got back on the bus. Every one

11  of those searches was thorough. They were either pat downs where we also

12  removed our shoes, had our mouths visually inspected, and had a metal detector

13  wand run over us, or full strip searches.

14       11.   After he had grabbed our penises, Deputy Tan put us on the doggie

15  van to return to Sylmar. On our way back, Deputy Tan stopped at the Criminal

16  Courts Building (CCB) to pick up another minor. There was kind of a steel plate

17  that ran down the center of the vans. And, we were separated by race in the vans.

18  This minor was African-American, I am Hispanic. So, he was on the other side of

19  the van from me. I was really hungry because I had not eaten since 4:00 a.m. when

20  the Sheriffs come pick us up in Sylmar. So, when we stopped at CCB, I asked

21  Deputy Tan politely if he had a sack lunch or anything else I could eat. He

22  responded, "Look at my badge. Does this fucking badge say Chef Boyaredee?"

23  Needless to say, he did not give me anything to eat.

24       12.   During the ride to, what I later found out to be Antelope Valley

25  courthouse, he played rock music incredibly loud. The van is pitch-dark, but he

26  kept flicking the lights on and off, which made me nauseated. He also drove really

27  fast, and then for no reason he would slam on the brakes. Every time he hit the

28  brakes, we'd get thrown around because we are cuffed and unable to buck the

000113

1    seatbelts that don't work either way. There was almost no way to brace our selves.

2    I kept smashing into the metal that separated us from the driver.

3         13.   I realize that when you are in juvie, you can't expect life to be all fun

4    and games.  But none of what Deputy Tan was doing, like speeding up and then

5    slamming on the brakes was for our safety or his security.  He was just harassing

6    and abusing us because he felt like it.

7         14.   Once we stopped for the second time we were at Antelope Valley

8    court.  Deputy Tan got out, but we were left cuffed and locked in the dark van.

9    Suddenly I heard a loud thump on the side of the van that felt and sounded like a

10   body hitting the van.  Immediately after, I heard Deputy Tan yelling at someone

11   repeatedly, "do you have contraband?"  Then I heard a minor's voice pleading "no,

12   no, no, I don't."  I am pretty certain that the thumping on the side of the van came

13   from Deputy Tan's throwing a juvie into the side of the van. (The minor confirmed

14   this minutes later once he got in the van.) The next thing I heard was someone

15   screaming as if he was being beaten.

16        15.   Then Deputy Tan opened up the van and shoved two juvies into the

17   van, one of whom was crying.

18        16.   Marcos asked the juvie who was crying, what was going on.  He

19   responded, "the motherfucker just stuck his finger up my ass." He was Armenian

20   with light skin and about an inch shorter then me. I believe he said he was 16 or 17

21   at the time.

22        17.   When we left Antelope Valley court, Deputy Tan began to drive crazy

23   again, going really fast and then slamming on the brakes causing us to bounce all

24   around the van. The two kids from Drake (a state run facility in Norwalk, which is

25   now closed) started complaining to Tan about the way he was driving by banging

26   on the metal gate with their feet.  Deputy Tan pulled over on the side of road and

27   grabbed two sets of chains. He came into the back of the van and wrapped them

28   around our legs and put a second set of cuffs on each of us and tightened every

000114

1  single cuff we were wearing. It was to the point the cuffs began to cut into our skin

2  every time we would even breathe. Then he started his stop and go driving again,

3  and all of us were slamming into the sides of the van with absolutely no way of

4  bracing our selves.

5       18.    There is absolutely no contact between Deputy Tan and us in the

6  doggie van because we are separated by locked metal gates.  So there no reason to

7  wrap the chains around our legs and double cuff us except to torture us.  He must

8  have known what he was doing was wrong, because when we got to Sylmar but

9  before we pulled into Nidorf, he stopped the van and took off the leg chains and

10  extra cuffs.  As a result of the cuffs and the way he was driving, I had minor cuts

11  on my wrists and bruises on my stomach and legs from the chains. You can still

12  see some of the scars today.

13       19.    Another time I remember I was on the transport bus at MCJ just

14  waiting to go back to Sylmar.  A friend of mine who was from Pomona was on the

15  bus with me.  I was dozing.  I woke up when I heard my friend and a deputy

16  talking back and forth really loud.  The deputy was on the driver's side of the bus,

17  and my friend and I and the rest of the juvies were on the other side.  There were

18  two locked gates between the deputy and us, the main gate separating the

19  passenger area and the front of the bus, plus we were each locked in our own tiny

20  cage in the back of the bus.  We were also cuffed.  There was no way my friend

21  could have gotten at the deputy, even if he had tried.  And he wasn't trying.  He

22  was just sort of getting into it with words.  Even though there was no danger to the

23  deputy, he started saying to my friend "do you want to be a little hard ass?"  Then

24  he unlocked the gates, stepped inside and punched my friend hard in the stomach.

25  My friend was trying to stand when the deputy slugged him, and he doubled-over

26  and fell back into his seat.

27       20.    I think the deputies liked to hit us on the body or the back or top of

28  our heads, so no marks showed on our faces.  Then he came around and tightened

000115

1   the cuffs on all of us really tight to punish us.  That deputy was white, very

2   muscular, with spiked short-cropped hair.  He was about 6'1" and looked to be

3   about 30 years old.

4        21.    It was not unusual for deputies to punch and hit juveniles while we

5   were on the buses or the doggie vans.  I saw it all the time.

6        22.    The deputies also loved to do group punishment.  One time a juvie

7   had smuggled some marijuana and a pen cap pipe on the bus and was smoking.

8   When the deputy smelled it, he did not take the pipe and tighten his cuffs.  Instead

9   he came around and tightened the cuffs on everyone on the bus and bunched us by

10  two in the individual cages that barely hold one person comfortably.

11       23.    He tightened my cuffs so hard that they rubbed my skin raw and it

12  started to bleed. After everyone was in cages, he opened up the cage of minor who

13  had been smoking, and they pulled his shirt all the way up and pulled down his

14  pants and searched him.  When he couldn't find the contraband he began slamming

15  him into to the gate. He left him alone after a few minutes but before he left, he

16  checked him for bruises and threatened to beat him to a "bloody pulp" if he

17  smelled anything again.

18       24.    Not all the deputy abuse was in the form of beatings.  During the

19  summer of that year, it was really hot a lot of days. If we had court in the morning,

20  we'd often get to MCJ on our way back to Sylmar right in the middle of the day.

21  The deputies would always make us sit on the bus cuffed up while they would take

22  lunch.  But a lot of times we stay on the bus for much longer.  One time they left us

23  on the bus for almost 8 hours. We'd be stuck there without being able to go to the

24  bathroom and with no food or water.   The engine and the air conditioning would

25  be off, and it would get up to 120 degrees.  We'd yell and scream for water, and

26  sometimes deputies would come over to the bus, laugh at us, and shut the bus door,

27  which made it even hotter.

28       25.    Only once that summer did a deputy show us any compassion.  We

6

000116

1 | were on the bus and it was broiling hot.  A really big guy, who was a friend of
2 | mine, had diabetes and had passed out on the bus, and we started yelling for
3 | someone to get us some water.  A deputy named Deputy Huerta came rushing over
4 | to find out what was going on.  When we told him, he went and got some water
5 | and brought it back and fed it to the guy who had passed out. Then he left again
6 | and came back with more water bottles and gave each of us something to drink.

7 |     26.    I have been out of juvie for almost a year.  I am not on parole or
8 | anything like that.  But, I still have nightmares about the deputies, particularly
9 | Deputy Tan. On September 4th 2011,  I was eating at a restaurant with my
10 | girlfriend when in walks Deputy Tan. I wasn't 100% sure but then he smiled -- a
11 | mean, arrogant smile -- and I knew it was him.  A lot of the people in juvie were
12 | young, scared kids whose only mistake was hanging out with the wrong people.  A
13 | bunch of them were in on felony murder charges, for riding in a car with somebody
14 | who had a gun and did something awful.

15 |     27.    Deputy Tan and a bunch of the others treated us like we were the
16 | scum of the earth, and they did things to us that they had no right to do. They beat
17 | us, he touched us and damn near raped us. It is not a pleasant feeling when you can
18 | no longer touch your food or look at the girl you have been in a relationship with
19 | before, during and after your incarceration because of someone's presence. I know
20 | first-hand now how it feels to have a nightmare personified and how hard and
21 | embarrassing it is to have to tell your girlfriend why you have just gone into a fit of
22 | fear and shock. To have to run into Deputy Tan on the streets brought back a horrid
23 | feeling of helplessness mixed with anxiety -- the same feeling I had in the doggie
24 | van that day, praying I was not next to have a finger shoved into my rectum
25 | without cause. That feeling of helplessness was the same one I would have when I
26 | would talk to my girlfriend on the phone from juvenile.  I had to lie to her and say
27 | //
28 | //

7

000117

1   everything was okay because I did not want to worry her.  But in reality,

2   experiences like the ones with Deputy Tan were traumatizing, but I had to keep

3   them to myself.

4        I declare under penalty of perjury that the foregoing is true and correct.

5   Executed September 22, 2011 in Los Angeles, California.

6

7

8                                   Jonni A⬛⬛⬛⬛

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

8

# DECLARATION OF FORMER PRISONER
# ROBERT POWELL

000119

**Declaration of Robert Powell**

I, Robert Powell, hereby declare:

1.       I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.       I am sixty-two years old and was housed at Twin Towers Correctional Facility ("TTCF") from August 2007 until September 2007 when I posted bail. I was released for approximately nine days before my bail was reversed and I was placed back at TTCF on September 2007 and was there until February 2008.

3.       I was in Module 151, Pod E on or about December 30, 2007 when a deputy slammed my head against the cement wall in the Outdoor Recreation Area. After slamming my head against the wall, he left me in the Outdoor Recreation Area for five or six hours while I had the flu.

4.       Approximately 7:30 to 8 o'clock in the evening, we were called out for Pill Call through the public announcement speaker, when all the inmates line up to get their evening medication from the nurse. The nurse gave me my Trazodone, which helps me to sleep. I "cheeked" my medication, which means that instead of taking the medication, I placed it inside my cheek, so that I could take the medication after the ten o'clock at night inmate count.

5.       I have cheeked my sleeping aid while in jail before because if you were to take your sleep medication at 7:30-8:00 p.m. when the nurses give it to you, you would fall asleep and then get woken up by the deputies a couple of hours later for count, which defeats the purpose of taking a sleeping medication. During count, all the inmates have to be fully dressed and stand to be counted by the deputies for the ten o'clock nighttime count.

6.       We are, however, allowed to sleep through the count for the counts after the ten o'clock evening count, so I would swallow my "cheeked" sleeping aid after the ten o'clock count is over, so that I can sleep without being disturbed by the deputies.

7.       I had "cheeked" my medication many times before, but on this day, I was extremely sick from the flu. I had been vomiting and defecating all day and even while I was standing in line to get my medication from the nurse, I stepped out of line approximately three

1    different times because I needed to vomit and defecate.

2         8.    I got caught "cheeking" the medication by the nurse because I was so sick and

3    nauseous.

4         9.    The nurse told me repeatedly to swallow the medication and I told her that I did

5    and this point, the deputy came over.

6         10.   I don't know what the deputy looked like because I had problems with my vision

7    that have gotten worse during my stay at TTCF.  I had two cornea transplants in each eye before

8    entering TTCF, had a cataract on my right eye that was getting worse and I could barely see out

9    of my left eye because I had been given soft contact lens solution at TTCF when I have hard

10   contact lenses.  Prior to entering TTCF, I had gas permeable contact lenses, which required a

11   solution with high viscosity.  The medical staff at TTCF only provided me a solution made for

12   soft, contact lenses, which had the viscosity of water, which damaged my eyes.

13        11.   I couldn't see who the deputy was because of my vision, but he could have been

14   Hispanic because of the inflections in his words and because he spoke with a Spanish accent.

15        12.   After catching me cheeking my Trazodone, the deputy dragged me out of the pod

16   and slammed my head with his forearm on a window that was nearby.  He then dragged me

17   through the Staging Area into the Outdoor Recreation Area where he handcuffed me from

18   behind.

19        13.   He grabbed the back of my hair and smashed my head into the cement wall and he

20   said to me, "Why are you making me do this to you?"  I said to the deputy, "You're a real big

21   shot who's beating up a sick, old, blind man in handcuffs."  I was fifty-eight years old when the

22   deputy smashed my head against the wall.

23        14.   After I said this to him, the deputy slammed my head into the cement wall another

24   four to five more times and each time he said, "Why are you making me do this to you?"  It felt

25   like I was in a car accident and had been rear-ended and my head was being slammed forward

26   into a wall.

27        15.   He then uncuffed one of my wrists and handcuffed the uncuffed wrist  to a bar that

28   was inside the Outdoor Recreation Area for approximately five to six hours.  It was extremely

2

1  cold.  I was only wearing the jail shirt and pants with a t-shirt under the jail shirt and shoes.  I

2  was also still very sick and during the entire time I was out in the Outdoor Recreation Area, I was

3  vomiting and defecating all over myself.

4        16.      Approximately five or six hours later, a different deputy came out to the Outdoor

5  Recreation Area.  I don't know what he looked like, but I hadn't heard his voice before and he

6  didn't have an accent.

7        17.      He said to me, "Did you learn your lesson?"

8        18.      He then took me to the pod where I showered and the deputy told some of the

9  trustees to get me new clothes because the ones I was wearing had vomit and feces all over them.

10       19.      The deputy then took me to medical where I was given a quick exam and the

11  doctor ordered me an IV solution.  I stayed at the medical area at TTCF until January 4, 2008

12  after which I was placed in Module 151, Pod D.

13       20.      I later saw that I had scratches on my forehead and my forehead was black and

14  blue from having the deputy slam my head against the wall.

15       I declare under penalty of perjury of the laws of the State of California and the United

16  States that the foregoing is true and correct.  Executed this _11TH_ day of _MAY_, 2011 in

17  _Santa Monica_, California.

18

19                                                                Robert Powell

20

21

22

23

24

25

26

27

28

000122

**Declaration of Robert Powell**

I, Robert Powell, hereby declare:

1.     I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.     I am sixty-two years old and was housed at Twin Towers Correctional Facility ("TTCF") from August 2007 until September 2007 when I posted bail. I was released for approximately nine days before my bail was reversed and I was placed back at TTCF on September 2007 and was there until February 2008.

3.     I was in Module 151, Pod E on or about December 30, 2007 when a deputy slammed my head against the cement wall in the Outdoor Recreation Area. After slamming my head against the wall, he left me in the Outdoor Recreation Area for five or six hours while I had the flu.

4.     Approximately 7:30 to 8 o'clock in the evening, we were called out for Pill Call through the public announcement speaker, when all the inmates line up to get their evening medication from the nurse. The nurse gave me my Trazodone, which helps me to sleep. I "cheeked" my medication, which means that instead of taking the medication, I placed it inside my cheek, so that I could take the medication after the ten o'clock at night inmate count.

5.     I have cheeked my sleeping aid while in jail before because if you were to take your sleep medication at 7:30-8:00 p.m. when the nurses give it to you, you would fall asleep and then get woken up by the deputies a couple of hours later for count, which defeats the purpose of taking a sleeping medication. During count, all the inmates have to be fully dressed and stand to be counted by the deputies for the ten o'clock nighttime count.

6.     We are, however, allowed to sleep through the count for the counts after the ten o'clock evening count, so I would swallow my "cheeked" sleeping aid after the ten o'clock count is over, so that I can sleep without being disturbed by the deputies.

7.     I had "cheeked" my medication many times before, but on this day, I was extremely sick from the flu. I had been vomiting and defecating all day and even while I was standing in line to get my medication from the nurse, I stepped out of line approximately three

1    different times because I needed to vomit and defecate.

2      8.  I got caught "cheeking" the medication by the nurse because I was so sick and

3    nauseous.

4      9.  The nurse told me repeatedly to swallow the medication and I told her that I did

5    and this point, the deputy came over.

6      10.  I don't know what the deputy looked like because I had problems with my vision

7    that have gotten worse during my stay at TTCF. I had two cornea transplants in each eye before

8    entering TTCF, had a cataract on my right eye that was getting worse and I could barely see out

9    of my left eye because I had been given soft contact lens solution at TTCF when I have hard

10   contact lenses. Prior to entering TTCF, I had gas permeable contact lenses, which required a

11   solution with high viscosity. The medical staff at TTCF only provided me a solution made for

12   soft, contact lenses, which had the viscosity of water, which damaged my eyes.

13     11.  I couldn't see who the deputy was because of my vision, but he could have been

14   Hispanic because of the inflections in his words and because he spoke with a Spanish accent.

15     12.  After catching me cheeking my Trazodone, the deputy dragged me out of the pod

16   and slammed my head with his forearm on a window that was nearby. He then dragged me

17   through the Staging Area into the Outdoor Recreation Area where he handcuffed me from

18   behind.

19     13.  He grabbed the back of my hair and smashed my head into the cement wall and he

20   said to me, "Why are you making me do this to you?" I said to the deputy, "You're a real big

21   shot who's beating up a sick, old, blind man in handcuffs." I was fifty-eight years old when the

22   deputy smashed my head against the wall.

23     14.  After I said this to him, the deputy slammed my head into the cement wall another

24   four to five more times and each time he said, "Why are you making me do this to you?" It felt

25   like I was in a car accident and had been rear-ended and my head was being slammed forward

26   into a wall.

27     15.  He then uncuffed one of my wrists and handcuffed the uncuffed wrist to a bar that

28   was inside the Outdoor Recreation Area for approximately five to six hours. It was extremely

000124

1   cold.  I was only wearing the jail shirt and pants with a t-shirt under the jail shirt and shoes.  I

2   was also still very sick and during the entire time I was out in the Outdoor Recreation Area, I was

3   vomiting and defecating all over myself.

4        16.    Approximately five or six hours later, a different deputy came out to the Outdoor

5   Recreation Area.  I don't know what he looked like, but I hadn't heard his voice before and he

6   didn't have an accent.

7        17.    He said to me, "Did you learn your lesson?"

8        18.    He then took me to the pod where I showered and the deputy told some of the

9   trustees to get me new clothes because the ones I was wearing had vomit and feces all over them.

10       19.    The deputy then took me to medical where I was given a quick exam and the

11  doctor ordered me an IV solution.  I stayed at the medical area at TTCF until January 4, 2008

12  after which I was placed in Module 151, Pod D.

13       20.    I later saw that I had scratches on my forehead and my forehead was black and

14  blue from having the deputy slam my head against the wall.

15       I declare under penalty of perjury of the laws of the State of California and the United

16  States that the foregoing is true and correct.  Executed this 11th day of May, 2011 in Santa

17  Monica, California.

18                                    _____/s/_____

19                                    Robert Powell

20

21

22

23

24

25

26

27

28

3

000125

# DECLARATION OF FORMER PRISONER JUAN PABLO REYES

000126

## DECLARATION OF JUAN PABLO REYES

I, Juan Pablo Reyes, hereby state and declare as follows:

1.     I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently.  I am fluent in Spanish, and I understand and speak a little English.  This declaration was translated to me from English into Spanish.

2.     I was a trustee at the Men's Central Jail at the time of the incident discussed in this declaration.  I am not a member of a gang, and I was serving a county jail sentence for a violation of Penal Code § 422, criminal threats.  I have no prior criminal convictions.

3.     On Friday, December 10, 2010, I was housed in module 3700 at Men's Central Jail, on the third floor.  I was housed in a cell solely for trustees.  I was not housed with gang members.

4.     As a trustee, I was authorized to deliver lunch to inmates, and clean up around the jail, including sweeping and mopping hallways, pick up trash, wiping and cleaning deputies' desks and cleaning deputies' bathrooms.   Sometimes the deputies would ask me to distribute mail. On Friday, December 10, I picked up a piece of mail that was on the ground in module 3700, which I was going to return to the deputies for module 3700.  Deputy Carbajal saw that I had a piece of mail, and he accused me of stealing it.  I told him that I did not.  He said first you are in for domestic violence, and you are now stealing.  He said he would deal with me on Sunday, the next day he was on duty.  Our conversation was in Spanish.

5.     On Sunday, December 12, 2010, Deputy Saldaña called me to the deputies' desk and told me that he had given me 3 chances, and that I done some wrong things while housed on Modules 31/33.  I told him that I did not know what he was talking about, and that I had never worked Modules 31/33 but worked Modules 32/34.  He then ordered me back to my cell.  Deputies Carbajal and Saldaña came into my cell, and Carbajal said he would give me one more chance, that if I identified

000127

inmates with drugs he would forgive me for stealing mail.  Carbajal and Saldaña spoke to me in Spanish, and I spoke to them in Spanish.  Carbajal asked if I knew which inmates had "coke" or "crystal."  I told him I did not know what he was talking about.  Deputy Carbajal stepped out of the cell, and ordered me to change my clothes from trustee green to inmate blue, I was no longer a trustee.   They ordered me to walk out of the cell.  They told me to stand against a wall, with my face against a wall, and they put on plastic gloves.  Deputy Carbajal hit me in the ribs, and Deputy Saldaña hit me in the eye and mouth. Deputy Carbajal proceeded to accuse me of stealing the mail, and so did Deputy Saldaña.  I told them that I did not.  The deputies then accused me of lying, as they were attacking me.   They punched me in the eyes, body, back and ribs, and one of their punches broke my eye socket.  I could feel my face breaking as they beat me.   The beating was extremely painful, and I felt upset, confused and helpless.

6.      Two other deputies, whom I cannot name at this time, joined in the attack, and continued to punch me as well.  I did not strike back, but tried to cover myself up as I fell to the ground.  Once I had fallen, the deputies proceeded to kick me with their leather steel toed boots.  I cried out for them to stop, but they refused, and were laughing as they administered their beat down.

7.      I was then picked up by Deputies Carbajal and Saldaña, and they told me that I was going to be housed with Paisas, but instead they took me to Modules 3600/3800, escorting me to the Modules.  They put me in the "laundry" room, and told me to take off all of my clothes.  The deputies place inmates in there when they are going to move an inmate.  It is called the laundry room even though it is a holding room.   I did what they told me to do, because I was afraid they would continue to beat me.  They then escorted me out of the room, and started joking to each other, saying homosexual walking in English.  They took me with my clothes, underwear and shoes in my hands, naked, to Modules 3600/3800.

8.      Deputies Carbajal and Saldaña ordered me to walk naked down the

2

000128

hallway of the 3600 module in front of other inmates who were in their cells, beaten, bruised and in pain from their assault.  I walked in front of the other inmates, humiliated, and scared.   As I walked down the hallway of module 3600, Deputy Saldaña spoke into the module intercom, so all the inmates in Module 36 could hear, "Aqui va un maricon caminando."   "Aqui va un maricon caminando," translates to English as, "Here goes a faggot walking."  "Maricon" is a derogatory term for homosexual in Spanish, and translates to "faggot".   Both of the deputies were laughing, as well as some of the inmates.

9.     After I walked up and down the hallway, they put me in a four man cell in Module 3600, that housed two "Sorranos" or "Sureños",  and one African-American.  Sureños are any gang members from Southern California of Latino descent.  I am not a gang member, but am considered a "Paisa", who is anyone from south of the United States' border with Mexico.  The Sureños gang members take advantage of Paisas.  As a non-gang member, I do not believe I should not have been housed with gang members on the 3000 floor.

10.     After the deputies left, and without warning and without saying a word, the two Sureños proceeded to beat me.  I do not know whether they beat me because of whether they thought I was gay, or because I was a Paisa, or the fact I was paraded naked by the deputies gave them license to beat me, but they proceeded to punch me and hit me on my back, face, chest and stomach area.  The beating started mid-morning, and continued on and off all day for hours.  Deputies would walk by doing their cell checks and feeding the inmates, and they ignored my cries for help and my appearance.  They refused to respond to my cries to take me out of the cell.  One time when Deputy Saldaña walked by the cell, I begged him to take me out.  I told him that I was being attacked.  He said I deserved the attacks by the inmates and walked away.

11.     When lights went out on December 12, 2010, around 10:30 p.m., the two Sureños gang members proceeded to sexually assault me.  The African-American cell mate assisted by flushing the toilet while they sexually assaulted me.  I believe he

000129

flushed the toilet to camouflage the sounds of me screaming for help. The Sureños stuck my head in the toilet, and one at a time entered me from the back in my rear end, while the African-American inmate flushed the toilet. My head was submerged in water periodically, I could not breathe, and I passed out a couple of times. When the Sureños finished having their "fun", they went to sleep and left me alone.

12.    Around 5:00 a.m., on December 13, 2010, when breakfast was being served, the Sureños cell mates woke up, and started to beat me again. I asked the deputies serving breakfast for help, but they ignored me. The cell door popped open at 7:00 a.m. for a pill call, (all the cell doors opened), and a third Sureño gang member entered the cell to try to beat me. He threw a punch at me as I ran past out of the cell. The only way cell doors open is if the deputy in the control booth makes the cell door open. I ran out of the cell, asking a deputy to help me. I then went into the "laundry room," and there I yelled for help. A female chaplain responded to me, and called a Sargent.

13.    A Sergeant responded, then there were many deputies in the room, and the deputies escorted the inmates in the room out of the room. Deputies interviewed me in front of Deputy Saldaña. They recorded the interview by videotape. I told them about the jail beating and sexual assault from the two Sureños gang members. But, I did not tell them about the beatings by the four deputies, including Deputies Carbajal and Saldaña. I did not report it because I was afraid the deputies would retaliate if I accused them in front of Deputy Saldaña.

14.    As a result of the beating by the deputies and rape and beating by inmates, I could barely walk, my face and ribs were in extreme pain, and my rear end was sore. I received medical care that day. I remained in jail, and eventually, I was taken to County USC hospital from about December 26, 2010 to December 30, 2010. The doctors told me I needed surgery on my eye. They did not perform the surgery. Instead, I was released from County USC hospital on December 30, 2010 to the streets, without the surgery being performed. I cannot afford medical treatment

4

and do no have medical insurance, so I have not had surgery on my eye. My understanding was that I was not to be released until February 2011.

15.     In general, I have seen some of the deputies on an on-going basis assault inmates while I was serving my sentence. I could witness incidents because I was a jail trustee. While I was in Men's Central Jail, I saw at least 3 other incidents where Sheriff's deputies, unprovoked, attacked inmates who were not resisting.

16.     I am not saying all deputies assault inmates, but based on my own experience being beaten and the three unprovoked beatings by deputies on inmates that I witnessed, there appears to be a significant number of deputies who either engage in violence against inmates or encourage it. The bad deputies appear to influence the other deputies to remain silent and not report incidents of jail abuse.

\ \ \
\ \ \
\ \ \
\ \ \
\ \ \
\ \ \
\ \ \
\ \ \
\ \ \
\ \ \
\ \ \
\ \ \
\ \ \
\ \ \
\ \ \
\ \ \
\ \ \

5

000131

17.     I understand I pled guilty to a crime and I needed to serve my sentence, but I did not sign up to being beaten by deputies.  Nor did I sign up to have deputies arrange to have me beaten and sexually assaulted by other inmates.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct to the best of my knowledge.

Dated: September _12_, 2011              _Juan P Reyes_
                                         JUAN PABLO REYES

I, Veronica Aguilar, am employed by Kaye, McLane & Bednarski, LLP.  I am bilingual in Spanish and English.  I translated this declaration from English to Spanish to Juan Pablo Reyes, the declarant.  I accurately translated this declaration, and Mr. Pablo Reyes indicated to me he understood the translation.   He signed the this declaration in my presence.   I regularly translate for members of the firm, and translate documents and recordings in Spanish as a part of my job.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct to the best of my knowledge.

Dated: September _12_, 2011              _Veronica Aguilar_
                                         VERONICA AGUILAR

6

# DECLARATION OF FORMER PRISONER CAMERON SAUL

000133

### Declaration of Cameron Saul

I, Cameron Saul, hereby declare:

1.   I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.   From May 2007 until November 2009 I was an inmate in Men's Central Jail (MCJ). I now work as a drug treatment counselor at a drug treatment center in the Los Angeles area.

3.   I am submitting this declaration to describe the overcrowding in the dorms and the problems it caused; the regular verbal abuse and humiliating treatment that many Los Angeles County Sheriff's Deputies directed towards gay inmates in MCJ; as well as describing a horrific and unprovoked act of violence by deputies against a gay inmate, which I witnessed.

4.   During the whole time I was in MCJ, I was in what we called "the gay dorm," which was made up of modules 5100, 5200, and 5300. I was in 5100.

### The Dorms Are Overcrowded

5.   Each of the three modules had 100 or more beds in them, beds which were almost always filled. The dorms were horrifically crowded, and the crowding was exacerbated by the fact that we rarely ever got out of the dorms. We ate our meals in the dorms, had no day rooms or other places to go for indoor recreation, and rarely got out to the roof for outdoor recreation.

6.   In fact, some deputies made a point of refusing to permit us to get out of the dorm when we were called for program.

7.   The crowding was also a problem because with all the bunks in the dorm it was impossible for the deputies who supervised the dorms from the control room at the front of the dorm to see what was going on in the back. Accordingly, inmates were able to take other inmates to the back of the dorm and physically abuse them without the deputies ever seeing what was going on.

1

000134

8. Not all of the violence occurred because deputies were unaware of what was going on. In fact, deputies often turned a blind eye toward, or even encouraged inmates to abuse other inmates. For example, early in my time in MCJ, I was a "house mouse." The house mouse acts as a liaison between the inmates and the deputies. One of the things I did as house mouse was inform the deputies about inmates who were causing problems for other inmates, such as stealing other inmates' "store" or abusing other inmates. On a number of occasions when I reported these kinds of problems, the deputies would tell me that "the inmates should handle the problem" and that we should make sure that two inmates be prepared to report that the inmate who was taken care of "had slipped in the shower" so that if the inmate complained that he'd been assaulted, the deputies could include in their report those statements and their conclusion the inmate was making the story up.

9. I never told inmates that the deputies wanted me to "handle" an inmate who was causing problems by beating him up. But, after I was no longer house mouse, I did witness on a number of occasions inmates take a problem inmate to the back of the dorm and beat him up pretty good, without deputies doing anything to stop it.

10. I want to be clear that not all deputies encouraged this kind of behavior. For example, if I reported a problem with an inmate to Deputies Bell and Lanni, they always tried to figure out a way to bring the inmates involved together and work the problem out, rather than encouraging inmates to beat up another inmate.

11. My experience was that there were a lot of deputies in the jails who meant well and probably wanted to do the right thing. But, there are too many who do not, and discriminate against and abuse gay inmates, as well as encouraging violence or engaging in it themselves. Unfortunately, it was also my experience that the bad deputies often have an influence on what goes on that is

2

1   disproportionate to their numbers.  By contrast, other deputies who do not believe

2   in breaking the rules or abusing inmates, stand by and let the bad deputies do what

3   they want.

4       12.    The bad deputies also effectively discourage inmates from reporting

5   what they are doing by retaliating against inmates who do complain.  A couple of

6   times while I was in MCJ, deputies came into our dorm and said in so many words

7   "if you file a complaint against me this is what you get."  Then the deputy would

8   order us into the shower room, make us strip naked, and then the deputy and the

9   straight trustees would take our personal possessions, including our store, and

10  sweep it out of the dorm, allowing the straight trustees to take whatever they

11  wanted.  When my dorm mates would complain to the deputies, they would

12  respond "too bad."

13  Verbal Humiliation and Abuse of Gay Inmates on the Basis of Sexual

14  Orientation.

15      13.    While I was in MCJ, deputies repeatedly discriminated against gay

16  inmates by verbally abusing and humiliating them.

17      14.    This abuse never occurred when Deputies Bell and Lanni were

18  around.  But they were frequently not around, both because they do not work 24/7

19  but also because they spent a lot of their time working on classifying new inmates.

20      15.    One of the principal times deputies would verbally abuse us was

21  during chow time.  When it was chow time, deputies would make us line up in the

22  shower.  Frequently, we would wait there for as long as half an hour because they

23  made no effort to wait to line us up until they knew the food was coming.  Once

24  the trustees brought the food to our dorm, they would have us leave the shower one

25  by one, take a food tray from the straight trustees, walk to the back of the dorm and

26  stand perfectly still with no talking until everyone had gotten his food.  While we

27  were waiting for everyone to be served, deputies would frequently call us names,

28  such as "ladies," make fun of particular inmates and what the deputies perceived to

000136

1  be their lack of maleness, or tell homophobic jokes.  They told one almost every

2  time we were served hot dogs, laughing about how we had to be sure we only ate

3  them and did not use them for any other purpose.

4        Discriminatory Strip Searches of Gay Inmates

5        16.    Although some deputies frequently barred us from going to program, I

6  did go to both Torah study and 12 step programs with Rabbi Yossi Carron on the

7  fourth floor of MCJ on numerous occasions.  Straight inmates also went to these

8  sessions with Rabbi Carron, but we were not permitted to go at the same time as

9  straight inmates.

10        17.    On number of occasions, I sat with gay inmates on a bench near Rabbi

11  Carron's office waiting the straight inmates to finish their program with him.

12  There is a diagram of the area around Rabbi Carron's office entitled "4000

13  Hallway Diagram" attached to this declaration as Exhibit 1.  The bench the gay

14  inmates would sit on while waiting for straight inmates to leave his office is

15  marked as "Bench 3" on the diagram.  When the straight inmates left his office, I

16  could them walk right past the guard booth and through the metal detector on the

17  4000 floor before heading back to their module.  I do not believe I ever saw a

18  straight inmate be stripped searched, and I am positive I never saw a group of

19  straight inmates stripped searched after leaving Rabbi Carron's office.

20        18.    By contrast, when we left Rabbi Carron's office to return to our

21  dorms, we were regularly stripped naked and ridiculed by the deputies.  Most of

22  the time, the deputy who strip searched us, or ordered other deputies to do it, was a

23  very tall Hispanic deputy, in his late-30's with a short Army-type hair cut and a

24  lazy eye, whom I saw frequently on the 4000 floor.

25        19.    One occasion was particularly humiliating for me.  I was returning

26  from meeting with Rabbi Carron.  The deputy ordered me to strip.  When you strip,

27  you have to put your clothes behind you, and you stand there naked while the

28  deputy goes through your clothes.  On this occasion, after I had stripped, the

000137

1  deputy told me he had to go back to the control booth and that he'd be "right

2  back." He ordered me to sit on the cold, concrete floor completely naked. I waited

3  there for about 15 minutes while lots of people came by including inmates,

4  deputies, and female nurses.

5          The Beating of Chris Morales

6          20.    One of the inmates in 5100 was named Christopher Morales. Chris

7  was in his late 30's or early 40's. He was taller than me, somewhere between 5'7"

8  and 5'10' and looked to weigh between 200 to 220 pounds. Chris is Hispanic, but

9  has very light skin and looks Caucasian. He had grey hair, wore glasses and had

10  what looked like a hair lip. Chris was a kind man, who was befriended by lots of

11  inmates in the dorm. He was always trying to make people laugh and help other

12  inmates in the dorm stay positive.

13          21.    One day, during chow time, we had followed the ordinary procedure I

14  described above where we lined up in the shower while waiting for our food to

15  come.

16          22.    That day one of the deputies on duty was Caucasian, in his 50's, with

17  glasses and dark brown hair with a little grey in it. I believe his name was Deputy

18  Grayhouse. He worked the 5000 floor a lot and frequently made off-color

19  homophobic jokes. He also regularly refused to let us go to program. For

20  example, if an announcement were made that certain inmates in the dorm had a

21  visitor, he'd refuse to let them go to visiting.

22          23.    That day, while we were all lined up with our food trays in about three

23  rows at the back of the dorm, Deputy Grayhouse shined his flashlight on the back

24  of Morales's neck and yelled out "hey, you." Morales was in front of me, and

25  Grayhouse was behind me, and I could see the flashlight beam shining on the back

26  of Morales's neck. It seemed like Morales did not know Grayhouse was referring

27  to him because he did not react, and Grayhouse did not call his name.

28

5

000138

26.     At one point after the beating, I was called to the attorney room and did an interview via television hook up with an attorney who identified himself as Morales' lawyer.  He told me that Morales had been charged with assaulting a deputy, or some similar offense. He asked me to describe what I saw in the incident I described above, and I told him.  The lawyer said to me he might call me as a witness at Morales's trial.  But, I never heard from him after that.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct.  Executed June 22, 2011 in Los Angeles, California.

Cameron Saul

000139

# 4000 Hallway Diagram



1. 4000 Control Booth – This is where the Deputies congregate and hang out
2. This bench is where the Deputies hang out when there are inmates in the hallway
3. This is the bench we sit on while waiting for our turn with Rabbi Carron – This is where we see all of the straight inmates walk past the 4000 control gate, through the metal detector and out to the main hallway / escalator landing without being stopped.
4. This is where inmates meet with Rabbi Carron
5. This is the mini clinic where female nurses work
6. This is the area where the gay inmates where strip searched. This is also the area where I was stripped naked and left for 15 minutes.

# DECLARATION OF FORMER PRISONER
# CEDRIC STEPHEN SMITH

000141

### DECLARATION OF CEDRIC STEPHEN SMITH

I, Cedric Stephen Smith, hereby declare:

1.      I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.      I was arrested on July 12th, 2010 and remained in custody at the Twin Towers Correctional Facility ("TTCF") until August 27th, 2010.  My booking number was 2400074 and I was housed in Module 162, Pod E.  I am 50 years old, 5'6" and 230 pounds.

3.      I am submitting this declaration to describe two different times that deputies have beaten me while I have been in the Los Angeles County jails.

2010 Beating

3.      On July 30th of 2010 I had to have toenail surgery at the urgent care facility in TTCF, Tower number 2.  They completely removed my toenails from both of my big toes because I had fungus in the nails.  After the surgery, at approximately 2 p.m., I was chained to a bench right outside the triage room.  I needed to wait for a deputy to come get me and escort me back to TTCF, Tower 1 where I was housed.  The deputies in the control booth, which is located right next to triage, were watching Die Hard 2.  I know because I could see the television, and I have seen Die Hard 2 before.

4.      I had been sitting there for a long time and I really needed to use the restroom so I asked a deputy named Deputy Eek if he could take me to use it.  I know his name because I saw it on his nametag when I asked him.  Deputy Eek is about 6'1", 150 pounds and appeared to be of Asian descent.  He replied to me "Ok, but give me a minute".  I waited and waited.  What felt like an hour later, as I grew more uncomfortable, I asked Custody Assistant ("CA") Bernadino if he could take me to the men's room.  Again, I knew his name because I saw it on his nametag.  He is relatively young, Hispanic, about 5'8" and 140 pounds.  He responded "oh yeah, right" and continued looking up motorcycle parts online and browsing Myspace.  I was able to see what he was doing from where I was sitting on the bench.  The area is set up so that the control both is in the center of the room and behind it are two benches, one to the right of

1

1   the control room and one to the left.  I was sitting on the bench to the right, meaning that I was

2   behind and slightly to the right of where CA Bernadino was sitting.  While he had his back to

3   me, the computer screen he was looking at was facing me and I could look at it from a slight

4   angle and see what was on it.  All the other deputies in the control booth were Hispanic, as well

5   as the other inmates who were sitting on the bench with me.  Therefore, I was the only Black

6   inmate present.  I feel this is relevant because I felt that the abuse I would later suffer was

7   partially racially motivated.

8         5.      Some more time went by of me holding my urine.  I then said to CA Bernadino,

9   "come on man, can you take me to the bathroom now?"  He told me, "shut up, don't give me

10   problems".  It felt like another hour passed as I desperately waited to use the restroom, but there

11   were no clocks I could see, so I am not certain about the time.  Deputy Eek finally emerged

12   from the urgent care, which was right down the hallway from the control booth where I was

13   sitting, and asked me if I still wanted to use the restroom.

14         6.      "Yes sir," I responded.  Right then, CA Bernadino stood up and said, "that

15   bathroom right there is not working.  Don't worry about taking him to the bathroom, I've got

16   it."  The restroom CA Bernadino was referring to was the one that was about four feet from

17   where I was sitting.  I found it to be odd that it would be out of order because I had just used the

18   that same restroom before going into surgery a few hours prior and it had worked just fine.

19   Deputy Eek went back to the urgent care and I waited for another hour.

20         7.      CA Bernadino came over to where I was sitting and unchained me from the

21   bench.  I got up and began to walk with CA Bernadino but my feet were really swollen from my

22   surgery so I had to walk very slowly.  At this point it was approximately 4 p.m.  I know this

23   because I know that when I got back to my cell about an hour later it was 5 p.m.  My hands

24   were handcuffed behind my back still.  CA Bernadino took me to the hallway outside of S271,

25   which was pretty isolated and had no cameras.  Suddenly, he punched the back of my neck,

26   slamming me up against the wall.  I didn't want my face to collide directly with the wall so I

27   quickly turned my head to the left so only the right side of my face made contact with the wall.

28

He then kicked me four times.  He kicked my left foot to the left and my right foot to the right so as to make me spread my legs.  It was the two kicks after that that hurt the most though.  CA Bernadino kicked the back of each of my ankles so as to push each foot forward and right up against the wall.  Because I had just had my toenail removed, the pain in my feet was excruciating.

8.      CA Bernadino then put his right arm across the back of my neck, using it to hold me up against the wall.  He put his face right up next to mine (about one inch away) and said "Fetterliesh is my uncle".  I took this to mean he was mad about what I had said earlier.  Deputy Fetterliesh is the dorm deputy who comes on shift about 2pm.  Earlier, when I had been waiting on the bench for a deputy to come get me and take me back to my dorm, I had said to CA Bernadino "Fetterliesh sure is taking a long time.  He's getting old and slow and it sure takes him a long time".  I said this because I believed that, since it was sometime around 3pm at the time, Deputy Fetterliesh would be the deputy who would come pick me up and take me back to my dorm.  Deputy Fetterliesh has gray hair and is probably in his late 40s.

9.      CA Bernardino told me not to move and then opened the door to holding cell S271, nudging me in with his right hand to hurry me up.  I turned my back to him to use the toilet in the holding cell, which was across the room from the door, and he locked me in the room while I was urinating.

10.      When I realized that I was locked in, I went to the window in the door started yelling and asking to be let out so I could go back and finish watching Die Hard 2, if it wasn't over by then with the other inmates and also to get back to the bench so that I could be escorted back to my dorm.  I was really tired at this point and wanted to lie down and rest after my surgery.  I also wanted to get back to my cell to file a complaint and tell the other inmates in my pod about what the CA had done.  But CA Bernadino had already walked away and I could not see him through the glass window.

11.      A few minutes later, I saw Rochelle, a woman I used to work with at Rancho Los Amigos Hospital, walking down the hallway.  I could see her through the small window in the

3

000144

door. I yelled out her name.  She turned around because she heard me say her name but I think she could not tell where she had heard her name called from because she kept walking.  At one point while I was yelling, CA Bernadino came back to the hallway outside the cell, looked at me through the glass, shrugged his shoulders and put his hands up in the air.  I took this to mean he was saying there was nothing he could do for me.  He then walked away.

12.    I was so exhausted from my surgery and wanted to go back to my cell more than anything.  Finally, at approximately 5 p.m., Deputy Eek came by, let me out of the holding cell and escorted me back to Module 162 personally.

13.    I wrote a complaint that same day, July 30th and received no response.  I put the white and yellow copies inside the locked complaint box inside the pod in TTCF in Module 264, Pod E.  So I filed another complaint on August 3rd.  I filed in the same manner as the July 30th complaint.  This complaint was not answered by the sheriff's department either but I did get some paperwork to fill out from Sedwick Insurance that was sent from the Los Angeles Board of Supervisors asking for more information about my claim that was dated on September 22, 2010.  I also filed complaints to the Ombudsman office and the Los Angeles County Board of Supervisors' office.

2004 Beating

14.    CA Bernadino's attack on me in 2010 for no reason was especially traumatic because I have been a victim of deputy violence in the past.  On December 2nd of 2004 I was severely beaten by Deputies Radoga and Garcia while I was in jail.

15.    In 2004, I was arrested as a result of an argument with my neighbor.  I was taken into custody and was being processed at the Inmate Reception Center ("IRC").  I was seen by both the medical and psychiatric departments.  The psychologist I spoke with decided to send me to TTCF, Module 161, the psychiatric floor.

16.    I was handcuffed to a bench at IRC when Deputy Radoga  came and got me. Deputy Radoga is about 5'10, Hispanic, and was in his early 20s at the time and appeared to be 140 to 150 pounds.  He told me to get in the elevator with him and Deputy Garcia.  My hands

4

000145

1   were shackled and therefore I was standing with each of my hands at the side of my stomach.  I

2   noticed that we had passed the 6th floor on our ascent, and when the elevator stopped Deputy

3   Radoga directed me to get out.  I know exactly what the 6th floor looks like because I have been

4   there many times before and I knew that this was not the 6th floor.  "Hey, what's going on," I

5   asked, "this isn't the 6[th] floor".

6       17.   Deputy Radoga told me to shut up.  He was to the right of me while Deputy Garcia

7   was on my left.  Deputy Radoga hit me and knocked me to the ground, where I fell in such a

8   way that I was lying on my left side.  Deputy Garcia was also young and in his early to mid 20s

9   at the time.  He is Hispanic, about 6'1 and looked as though he weighed about the same as

10  Deputy Radoga.  Deputy Garcia got on top of me and held me down so that I couldn't move.

11  Then Deputy Radoga started punching me in the face and then he kicked me in the stomach

12  about eight or nine times.  I was shackled the entire time.  He beat me up so bad that I lost

13  control of my bowels and defecated all over myself.

14      18.   They each grabbed and dragged me from the staging area to Cell 8 on the 7th

15  floor.  The staging area is the open area in the middle of each floor where the control booth that

16  the deputies sit in is located.  They took of my clothes and threw me in Cell 8 completely naked.

17  Before he closed the door Deputy Radoga told me, "you better not say nothing because that's

18  your ass".  I started crying.  I was in so much physical and emotional pain.

19      19.   Module 171 is a module in the psychiatric ward.  From my previous times in jail

20  I know that when you are on that floor you are supposed to have a gown and one blanket.  I was

21  left in that same cell for approximately 2 weeks with no clothes and no blanket.  It was so cold--

22  I would say about 40 degrees.  I had to take my toilet paper and stuff it in the holes to the air

23  conditioning vent in hopes of blocking some of the cold air.  I slept naked on the cold steel bed

24  without a mat or anything.  It was totally unbearable.

25      20.   Finally I got some clothes and went to see Dr. Marsh, the head psychiatrist of the

26  Psychiatry Department at that time.  He ordered to have me sent to Module 132 on the 3rd floor,

27  the K-10 floor.  I have never been classified as a K-10 inmate before in my life.  I did not know

28

5

000146

1    why I was all of the sudden classified as one.

2         21.    I filed a complaint against Deputies Radoga and Garcia as soon as possible.  I

3    used the inmate complaint form and also sent for the Tort claim form.  I filed a tort in federal

4    court and the judge ended up dismissing my case without prejudice.

5         22.    I sustained serious permanent injuries from the beating I suffered.  I have a scar

6    above my right eye.  I also have a hernia the size of a small head of lettuce that is protruding out

7    of my abdominal wall from when Deputy Radoga kicked my stomach.  Photos of my injuries

8    are attached as Exhibit 1.

9    <u>Improper Medical Care</u>

10        23.    When I was in jail the most recent time, from July 12th to August 27th of 2010,

11   the staff failed to provide me with the double belt I must wear every day that helps holds my

12   hernia in closer to my abdominal wall.  Because they had failed to provide it to me in the past, I

13   immediately started asking for it when I was taken into custody.  The staff first tried to give me

14   a belt for the groin area and not the stomach.  Then they gave me a gigantic belt the size of a rug

15   that didn't provide me any support at all.  Lastly, the tried to give me a single belt but the single

16   belts are not sufficient for the kind of hernia that I have; I need the double belt to hold it in

17   properly.  I filed a form entitled "Inmate Complaint/Services Request Form" but I never

18   received the double belt the entire time I was in custody and, as a result, my hernia worsened.  It

19   grew out of my abdominal wall about 3-4 inches more than it was before.  Photos of my hernia

20   are attached as Exhibit 1.

21

22   \ \ \

23   \ \ \

24   \ \ \

25   \ \ \

26   \ \ \

27

28

000147

24.     I was really scared because at this point I was housed in General Population ("GP). There is always constant fighting among inmates in GP. The walls around my intestine are so thin that during even a minor incident I could get poked on or near my hernia and such poke could burst my hernia and could potentially kill me.

25.     I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct to the best of my knowledge and belief. Executed August 20, 2011 in Los Angeles, California.

Cedric Stephen Smith

7

000148









000152













000158



# DECLARATION OF FORMER PRISONER EVANS TUTT

000160

## DECLARATION OF EVANS TUTT

I, Evans Tutt, declare as follows:

1.     On July 26, 2009, I was an inmate in the Los Angeles County Jail, housed at Men's Central Jail, 3000 floor.

2.     On that day, I went to the visiting room to see Monica Miles, who had come to visit me.  She had come the day before, but deputies on my floor had refused to allow me to see her.  My visit on the 26th lasted about fifteen minutes, then I returned to my floor.

3.     When I got to the hallway at my floor, there was a group of deputies. These deputies included Delgado, Aviles, Rivera, Thompson, Ortega, Snyder and others, including possibly Miramontes.  Two other inmates were with me, but the deputies ordered them out of the hallway and onto the module.  The deputies closed the door behind them.

4.     A deputy ordered me to face the wall.  I complied.  I felt their presence around me.  I heard them making racial slurs at me, including calling me, "fucking nigger."  The deputies attacked.  They tased me.  They hit me repeatedly. They used the taser in drive-stun mode repeatedly on my back.  They kicked and kneed me and hit me with a flashlight.  They handcuffed me, but continued hitting, kicking and tasing me.  They struck me all over my body.  At no time during the assault by the deputies did I fight them or struggle with them or disobey any order, other than to cover up my body to protect myself at one point.  I lost and regained and lost and regained consciousness throughout the beating.

5.     After the assault ended, deputies walked me out of the hallway, holding me by my shirt in a way that choked me.  One of the deputies called me "fucking nigger," and threatened to harm me more seriously.

6.     Eventually, I was taken to the clinic, then to the hospital.  They

broke my nose in multiple places, hurt my ribs, chipped my tooth, injured my head and face, hurt my knee and legs and left bruises throughout my body.  They wrote fabricated reports claiming that I assaulted them, which led to the district attorney filing criminal charges against me

I declare that the foregoing is true and correct.  Executed this 5th day of May, 2010 at Los Angeles, California.

Evans Tutt

000162