# IV. Current Prisoner Declarations

### *Declaration Index*

| SINGLE LETTER ALIASES | CURRENT PRISONER'S NAME | DECLARATION BATES # |
|---|---|---|
| Current Prisoner Mr. A | Brian Alexik | 163 |
| Current Prisoner Mr. B | Christopher Atkins | 175 |
| Current Prisoner Mr. C | Jon Bobier | 182 |
| Current Prisoner Mr. D | James Bowman | 189 |
| Current Prisoner Mr. E | Christopher Brown | 194 |
| Current Prisoner Mr. F | Anthony Brown | 211 |
| Current Prisoner Mr. H | Robert Caballero | 220 |
| Current Prisoner Mr. I | Carlos Cacique | 224 |
| Current Prisoner Mr. J | Eric Camacho | 232 |
| Current Prisoner Mr. K | Michael Campbell | 238 |
| Current Prisoner Mr. L | Michael Campbell | 246 |
| Current Prisoner Mr. M | Alberto Carreras | 255 |
| Current Prisoner Mr. O | Charles Celestine | 261 |
| Current Prisoner Mr. P | Michael Cervantes | 265 |
| Current Prisoner Mr. Q | Larry Cleveland | 272 |
| Current Prisoner Mr. R | Clydell Crawford | 285 |
| Current Prisoner Mr. S | Jonathan Dunlap | 298 |
| Current Prisoner Mr. T | Arturo Fernandez | 305 |
| Current Prisoner Mr. U | Arturo Fernandez | 314 |
| Current Prisoner Mr. V | Jason Fisher | 319 |
| Current Prisoner Mr. W | Melvyn Foster AKA Melvin Foster | 323 |
| Current Prisoner Mr. X | Macario Garcia | 333 |
| Current Prisoner Mr. Y | Jonathan Goodwin | 342 |
| Current Prisoner Mr. Z | Jonathan Goodwin | 350 |

| DOUBLE LETTER ALIASES | CURRENT PRISONER'S NAME | DECLARATION PAGE |
|---|---|---|
| Current Prisoner Mr. AA | Jason Grayson | 359 |
| Current Prisoner Mr. BB | Jason Green | 365 |
| Current Prisoner Mr. CC | Kenneth Griffin | 374 |
| Current Prisoner Mr. DD | Derek Griscavage | 378 |
| Current Prisoner Mr. EE | Kevin Highsmith | 389 |
| Current Prisoner Mr. FF | Michael Jefferson | 394 |
| Current Prisoner Mr. GG | Peter Johnson | 405 |
| Current Prisoner Mr. HH | Ravon Jones | 414 |
| Current Prisoner Mr. II | Thaddeus Love | 425 |
| Current Prisoner Mr. JJ | Devon Mannings | 436 |
| Current Prisoner Mr. KK | Juan Diego Mares | 445 |
| Current Prisoner Mr. LL | Rodolpho Mendoza | 456 |
| Current Prisoner Mr. MM | Shawn Meyers | 479 |
| Current Prisoner Mr. NN | Dameon Miller | 484 |
| Current Prisoner Mr. OO | Steven Moore | 489 |
| Current Prisoner Mr. PP | Waymon Moore | 494 |
| Current Prisoner Mr. QQ | Floyd Nelson | 503 |
| Current Prisoner Mr. RR | Keith Nichols | 516 |
| Current Prisoner Mr. SS | Fred Nowden | 529 |
| Current Prisoner Mr. UU | Dorian Paz | 532 |
| Current Prisoner Mr. VV | Raul Pedroza | 546 |
| Current Prisoner Mr. WW | Anthony Penmik | 555 |
| Current Prisoner Mr. XX | Darrell Rauls | 562 |
| Current Prisoner Mr. YY | Ronald Reeves | 568 |

| TRIPLE LETTER ALIASES | CURRENT PRISONER'S NAME | DECLARATION PAGE |
|---|---|---|
| Current Prisoner Mr. AAA | Jose Rivera | 571 |
| Current Prisoner Mr. BBB | Nicholas Robins | 578 |
| Current Prisoner Mr. CCC | Burke Robinson | 585 |
| Current Prisoner Mr. DDD | Alex Rosas | 592 |
| Current Prisoner Mr. EEE | Mani Sadri | 603 |
| Current Prisoner Mr. FFF | Irvin Shaw | 610 |
| Current Prisoner Mr. GGG | Rodney Smith | 617 |
| Current Prisoner Mr. HHH | Stephen Teran | 634 |
| Current Prisoner Mr. III | William Tillman | 653 |
| Current Prisoner Mr. JJJ | Paul Tiwana | 668 |
| Current Prisoner Mr. LLL | Michael Topete | 680 |
| Current Prisoner Mr. MMM | Arthur Townsend | 683 |
| Current Prisoner Mr. OOO | Eduardo Villareal | 692 |
| Current Prisoner Mr. PPP | Philip Westby | 697 |
| Current Prisoner Mr. QQQ | Jeremiah Wilkerson | 714 |
| Current Prisoner Mr. RRR | Garry Crumpton | 719 |
| Current Prisoner Mr. SSS | Macario Garcia | 728 |
| Current Prisoner Mr. TTT | Alvaro Luque | 733 |
| Current Prisoner Mr. VVV | Michael Topete | 742 |

000162

# DECLARATION OF CURRENT PRISONER MR. A BRIAN ALEXIK

000163

# DECLARATION OF BRIAN ALEXIK

I, Brian Alexik, hereby declare:

1.      I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.      I am a propria persona ("pro per") inmate in Men's Central Jail ("MCJ"). I am housed in Module 2500, Row B, Cell 20. My booking number is 2356383. I have been incarcerated in MCJ since June 3, 2010.

3.      I am writing this declaration to describe to the beating of inmate, William Tillman, which I watched. I saw a deputy smash Mr. Tillman's head against a concrete wall and also saw a Custody Assistant tase him in his back even though Mr. Tillman was not fighting with the deputies.

4.      On or about March 25, 2011, a deputy opened cells fifteen through twenty-six in Module 2500, B row, to allow us to go work in the law library.

5.      The deputies working on this shift were Deputy Moorman, Ibarra and Perez. These three deputies began working in Module 2500 regularly starting in February or March 2011. I do not interact with deputies, other than greet them, but I do pay attention to the deputies who are disrespectful towards inmates. I was told in jail, by another inmate, that when deputies aren't polite, I should look at their nametags and address them by their last name. It lets the deputy know that you're paying attention. I know deputies Moorman, Ibarra and Perez were working on this day because I had saw them earlier in their shift and have regularly had to address them by their last name because they regularly are disrespectful.

6.      Since Deputy Moorman, Ibarra, and C.A. Perez have started working in Module 2500 on a regular basis, recreation has been infrequent, we have not had tier time (chance for inmate's to use phones in module and stretch outside our cells) since February or March 2011, and law library time is either significantly



1

1  short of an hour and a half or we just don't get it all. They have created a very

2  uncomfortable atmosphere in the module.

3      7.    The pro per inmates went directly into the law library without an

4  escort.

5      8.    Inside the library, there is a booth with a glass window. The window

6  is about 3 feet by 3 feet. Through this window, you can see clearly, along the wall,

7  the main entrance to Module 2500/2700. A diagram of the law library and my

8  view from inside the law library is attached as Exhibit 1 and Exhibit 2,

9  respectively.

10      9.    After working for an hour or so, I got up and went to the window in

11  the law library. The window has a numerous sheets taped onto it, all concerning

12  pro per status information. I was looking at the sheet that includes information

13  about each pro per's phone account. Mr. Floyd Nelson, pro per inmate, and one

14  other inmate were standing near me.

15      10.    As I was looking at the pro per account information sheet, I noticed

16  William Tillman facing the wall in the yellow dotted rectangle next to the main

17  entrance, as Deputy Moorman and Ibarra, and C.A. Perez formed a semi-circle

18  around him. Deputies Moorman and Ibarra are each about 180 lbs to 220 lbs and I

19  think they are taller than 6'. Both look strong and have bulging muscles. Inmate

20  Tillman is a very small guy compared to them. Mr. Tillman is about 5'7'', skinny,

21  and approximately 140 lbs. C.A. Perez appears Hispanic, is about 5'9'' and

22  weighs about 190 lbs.

23      11.    Mr. Tillman was holding onto a plastic bag containing, what

24  appeared to be, legal documents. I saw Mr. Tillman's mouth moving while

25  slightly turning his head towards the deputies repeatedly. I could not hear what he

26  and the deputies were saying.

27      12.    As Mr. Tillman continued to have his back to all the deputies, and

28  hands to his side, Deputy Moorman forcefully grabbed Mr. Tillman's head and



2

1   slammed it against the wall. Mr. Tillman immediately fell to the ground.

2        13.    After he fell to the ground, Mr. Nelson and another inmate moved in

3   on the window. For the next minute, I could not see what was taking place

4   because inmate Floyd Nelson and another inmate got in my way and blocked my

5   view. I walked to the phones so I could see better, and when I looked over towards

6   Mr. Tillman, I saw C.A. Perez tasing him, with the hooks connected to his back. I

7   could see blood all over the floor and wall. When his body rolled over into a fetal

8   position, it appeared to me that Mr. Tillman had peed in his pants because there

9   was a dark wet stain on the front of his pants, which was not there a minute

10  earlier.

11       14.    Immediately afterwards, my view was again obstructed and I was no

12  longer able to see what was going on between the deputies and Mr. Tillman. Mr.

13  Tillman is African-American and the other inmates near the window were also

14  African-Americans. I am Caucasian and being of a different color from Mr.

15  Tillman and the other inmate, I think, politics played a part in why I was scooted

16  out of the window. This was a black issue. The African-American inmates

17  blocked the window the remainder of the time, and told me, "This is our

18  problem." Mr. Tillman appeared to have urinated in his pants and within the jail

19  culture, this can be perceived as a sign of weakness among the black population. I

20  believe these two observers did not want inmates in the law library to see this

21  because if someone were to mention it as a joke, a riot could break out among the

22  different races.

23     // //

24

25

26

27

28

3

000166

1    I declare under penalty of perjury of the laws of the State of California and

2  the United States that the foregoing is true and correct to the best of my

3  knowledge and belief.  Executed this 19th day of August, 2011 in Los Angeles,

4  California.

5

6

7                                                     Brian Alexik

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

000167



Computers

Bathroom area

Bookshelves

Pillar

☆

Phones

**Diagram of Law Library in 2500-2700, Men's Central**

10-15 ft

Bookshelves

Door

Door   Window

Computers

000168

LAW LIBRARY

Exhibit 2

pillar

window 3

window 2

2'

2'

window 1

3'

hallway

2'

beds

10-15-01 feet

900169

# DECLARATION OF BRIAN ALEXIK

I, Brian Alexik, hereby declare:

1.      I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.      I am a propria persona ("pro per") inmate in Men's Central Jail ("MCJ"). I am housed in Module 2500, Row B, Cell 20. My booking number is 2356383. I have been incarcerated in MCJ since June 3, 2010.

3.      I am writing this declaration to describe to the beating of inmate, William Tillman, which I watched. I saw a deputy smash Mr. Tillman's head against a concrete wall and also saw a Custody Assistant tase him in his back even though Mr. Tillman was not fighting with the deputies.

4.      On or about March 25, 2011, a deputy opened cells fifteen through twenty-six in Module 2500, B row, to allow us to go work in the law library.

5.      The deputies working on this shift were Deputy Moorman, Ibarra and Perez. These three deputies began working in Module 2500 regularly starting in February or March 2011. I do not interact with deputies, other than greet them, but I do pay attention to the deputies who are disrespectful towards inmates. I was told in jail, by another inmate, that when deputies aren't polite, I should look at their nametags and address them by their last name. It lets the deputy know that you're paying attention. I know deputies Moorman, Ibarra and Perez were working on this day because I had saw them earlier in their shift and have regularly had to address them by their last name because they regularly are disrespectful.

6.      Since Deputy Moorman, Ibarra, and C.A. Perez have started working in Module 2500 on a regular basis, recreation has been infrequent, we have not had tier time (chance for inmate's to use phones in module and stretch outside our cells) since February or March 2011, and law library time is either significantly

1

000170

1   short of an hour and a half or we just don't get it all. They have created a very

2   uncomfortable atmosphere in the module.

3       7.    The pro per inmates went directly into the law library without an

4   escort.

5       8.    Inside the library, there is a booth with a glass window. The window

6   is about 3 feet by 3 feet. Through this window, you can see clearly, along the wall,

7   the main entrance to Module 2500/2700. A diagram of the law library and my

8   view from inside the law library is attached as Exhibit 1 and Exhibit 2,

9   respectively.

10      9.    After working for an hour or so, I got up and went to the window in

11  the law library. The window has a numerous sheets taped onto it, all concerning

12  pro per status information. I was looking at the sheet that includes information

13  about each pro per's phone account. Mr. Floyd Nelson, pro per inmate, and one

14  other inmate were standing near me.

15      10.   As I was looking at the pro per account information sheet, I noticed

16  William Tillman facing the wall in the yellow dotted rectangle next to the main

17  entrance, as Deputy Moorman and Ibarra, and C.A. Perez formed a semi-circle

18  around him. Deputies Moorman and Ibarra are each about 180 lbs to 220 lbs and I

19  think they are taller than 6'. Both look strong and have bulging muscles. Inmate

20  Tillman is a very small guy compared to them. Mr. Tillman is about 5'7'', skinny,

21  and approximately 140 lbs. C.A. Perez appears Hispanic, is about 5'9'' and

22  weighs about 190 lbs.

23      11.   Mr. Tillman was holding onto a plastic bag containing, what

24  appeared to be, legal documents. I saw Mr. Tillman's mouth moving while

25  slightly turning his head towards the deputies repeatedly. I could not hear what he

26  and the deputies were saying.

27      12.   As Mr. Tillman continued to have his back to all the deputies, and

28  hands to his side, Deputy Moorman forcefully grabbed Mr. Tillman's head and

2

1   slammed it against the wall. Mr. Tillman immediately fell to the ground.

2         13.    After he fell to the ground, Mr. Nelson and another inmate moved in

3   on the window. For the next minute, I could not see what was taking place

4   because inmate Floyd Nelson and another inmate got in my way and blocked my

5   view. I walked to the phones so I could see better, and when I looked over towards

6   Mr. Tillman, I saw C.A. Perez tasing him, with the hooks connected to his back. I

7   could see blood all over the floor and wall. When his body rolled over into a fetal

8   position, it appeared to me that Mr. Tillman had peed in his pants because there

9   was a dark wet stain on the front of his pants, which was not there a minute

10   earlier.

11         14.    Immediately afterwards, my view was again obstructed and I was no

12   longer able to see what was going on between the deputies and Mr. Tillman. Mr.

13   Tillman is African-American and the other inmates near the window were also

14   African-Americans. I am Caucasian and being of a different color from Mr.

15   Tillman and the other inmate, I think, politics played a part in why I was scooted

16   out of the window. This was a black issue. The African-American inmates

17   blocked the window the remainder of the time, and told me, "This is our

18   problem." Mr. Tillman appeared to have urinated in his pants and within the jail

19   culture, this can be perceived as a sign of weakness among the black population. I

20   believe these two observers did not want inmates in the law library to see this

21   because if someone were to mention it as a joke, a riot could break out among the

22   different races.

23         I declare under penalty of perjury of the laws of the State of California and

24   the United States that the foregoing is true and correct to the best of my

25   knowledge and belief.  Executed this 19th day of August, 2011 in Los Angeles,

26   California.

27                                       _____/s/_____

28                                         Brian Alexik

000172



Exhibit 1

Computers

Bathroom area

Bookshelves

Pillar

Phones

Bookshelves

**Diagram of Law Library in 2500-2700, Men's Central**

10-15 ft

Door

Door

Window

Computers

000173

LAW LIBRARY

Exhibit 2

pillar

window 3

Window 2

2'

2'

Window 1

hallway

3'

2'

10-15 feet

books

000174

# DECLARATION OF CURRENT PRISONER MR. B CHRISTOPHER ATKINS

000175

1          **Declaration of Christopher Atkins**

2          I, Christopher Atkins, hereby declare:

3          1.        I make this declaration based on my own personal knowledge and if called to

4    testify I could and would do so competently as follows:

5          2.        I am _2‑7  CA_ years old. I have been at Twin Towers Correctional Facility

6    ("TTCF") since _August 2010 CA_ am currently housed in Module _152_, Pod _F_ , Cell

7    _CA_. I have been here since _March 2011_

8          3.        In early November of 2010, I was housed in Module _14 CA_, Pod _F CA_, Cell _14 CA_.

9    We were called out of our cells to line up for chow or dinner. I was feeling very dizzy and very

10   sick, so I sat down at the tables in the day room of our pod.

11         4.        Deputy Ochoa, whom I know because he worked on my module, said, "Why's

12   that jackass sitting down?" I told him that I wasn't feeling good. He then said to me, "If you're

13   too sick to stand up then you don't have to worry about eating."

14         5.        I then stood back in line. Deputy Ochoa said for me to get out of line and to sit

15   down, so I did.

16         6.        When everyone had received their dinner, I asked Deputy Ochoa if I could eat and

17   Deputy Ochoa said, "No! What the fuck if your problem?"

18         7.        I was standing by the door of our pod asking Deputy Ochoa and Deputy Paket,

19   who is a heavy, Hispanic and has a shaved, bald head for food. I kept asking them why I wasn't

20   able to get my food and eat.

21         8.        Deputy Ochoa then said, "Since you can't get away from the door, everyone's on

22   lock down. Everyone go in your cell and lock it down." When the deputies put us on lock down,

23   this means that we are not allowed to be in the day room to program, but we have to go inside

24   our cells and stay in there until the deputies release us from lock down.

25         9.        Deputy Ochoa then told me to get away from the door so I said to him, "Fuck

26   you!"

27         10.       Deputy Ochoa then told me to "Come here" and I told him no as I backed away

28   from the door. I was approximately one to two feet away from him.

11.     Deputy Ochoa then enters the day room and with his closed left fist, he punches my right eye.  Deputy Ochoa then grabs my face and knees my face approximately four to five times.  Deputy Paket who comes into the pod as well punches the right side of my ribs a lot.  He was punching me so many times that I lost count.  As Deputy Paket is punching me, he reaches for his radio and said some code.

12.     Approximately two minutes after Deputy Paket radioes the code, I see almost ten or more deputies running into the module.

13.     Deputies Ochoa and Paket drag me out of the pod and into the deputys' area from where the deputies can observe us through the window.  The deputies slammed me to the ground and as I am face down covering my face with my arms, Deputy Ochoa is kneeing my face multiple times.  Deputy Paket hit my legs and calves over and over with a flashlight as he's stepping on me to get me to stop moving around.

14.     I could also feel other deputies hitting me on my body, as well as Deputies Ochoa and Paket.  I can't see or know who the deputies are, but I can feel punches and hits all over my body.

15.     Through a small gap in my arms, I saw Deputy Ochoa signaling to a deputy and telling this deputy to hit me in the face.  I don't remember what the deputy looks like.

16.     Deputy Ochoa then stepped on my face and at this point, my nose started bleeding because I could see blood on the ground.

17.     At this point, a Senior Deputy, a Lieutenant and a Sergeant came into the module.  I don't remember what the Sergeant looked like, but the Lieutenant was blonde, White, around her 50's and was approximately five feet and six inches.  The Senior Deputy looked African-American and he was bald.

18.     The Lieutenant told the deputies, "Stop.  He's already subdued."

19.     I was told to go to the Outdoor Recreation Area so I sat up and picked myself up off of the floor.

20.     When I got to the Outdoor Recreation Area, a nurse was already there.

21.     The nurse asked if I was okay and I told the nurse that I was healthy as an ox.  The

2

000177

1  nurse then told me that the medical staff was there to exam me and to make sure that I wasn't

2  suffering any brain damage.  The nurse touched me nose and the nurse told me that I had a gash

3  on my left forehead.

4       22.    The nurse and a deputy escorted me to the clinic.

5       23.    The nurse told me at the clinic that I needed to go to the Los Angeles Medical

6  Center ("LCMC"), but I refused to go because I was scared that the deputies would say that I was

7  resisting and beat me up.

8       24.    I was eventually escorted to LCMC and the doctors there told me that I had a

9  fractured nose, bruised ribs, a two centimeter gash on my left forehead, a swollen right eye and

10  bruised kidneys.

11       25.    After I got back from LCMC, I was sent to the disciplinary module for 45 days.

12  The Lieutenant that was there that night did a video interview, but I told her that I didn't want to

13  talk.  I refused to be interviewed because I was afraid that I was going to get beat up if I told what

14  had happened to me.

15       26.    The Lieutenant came back a few days later and reduced my disciplinary time to

16  eight days.

17       27.    When I got back to my module and pod, before dinner time, Deputy Ochoa said to

18  me, "I didn't get to do all the that I wanted to do the first time.  So do something so I can finish

19  the job."

20       28.    During dinner time, Deputy Ochoa asked if I had a problem and I told him, "No, I

21  don't have a problem, bro."  Deputy Ochoa then said to me, "I ain't your fuckin' bro."

22      I declare under penalty of perjury of the laws of the State of California and the United

23  States that the foregoing is true and correct.  Executed this 22nd day of March, 2011 in Los

24  Angeles, California.

25

26                            Christopher Atkins

27

28

3

000178

**Declaration of Christopher Atkins**

I, Christopher Atkins, hereby declare:

1.      I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.      I am 27 years old.  I have been at Twin Towers Correctional Facility ("TTCF") since August 2010.  I am currently housed in Module 152, Pod F.  I have been here since March 2011.

3.      In early November of 2010, I was housed in Module 142, Pod F, Cell 14.  We were called out of our cells to line up for chow or dinner.  I was feeling very dizzy and very sick, so I sat down at the tables in the day room of our pod.

4.      Deputy Ochoa, whom I know because he worked on my module, said, "Why's that jackass sitting down?"  I told him that I wasn't feeling good.  He then said to me, "If you're too sick to stand up then you don't have to worry about eating."

5.      I then stood back in line.  Deputy Ochoa said for me to get out of line and to sit down, so I did.

6.      When everyone had received their dinner, I asked Deputy Ochoa if I could eat and Deputy Ochoa said, "No!  What the fuck if your problem?"

7.      I was standing by the door of our pod asking Deputy Ochoa and Deputy Paket, who is a heavy, Hispanic and has a shaved, bald head for food.  I kept asking them why I wasn't able to get my food and eat.

8.      Deputy Ochoa then said, "Since you can't get away from the door, everyone's on lock down.  Everyone go in your cell and lock it down."  When the deputies put us on lock down, this means that we are not allowed to be in the day room to program, but we have to go inside our cells and stay in there until the deputies release us from lock down.

9.      Deputy Ochoa then told me to get away from the door so I said to him, "Fuck you!"

10.      Deputy Ochoa then told me to "Come here" and I told him no as I backed away from the door.  I was approximately one to two feet away from him.

11.     Deputy Ochoa then enters the day room and with his closed left fist, he punches my right eye.  Deputy Ochoa then grabs my face and knees my face approximately four to five times.  Deputy Paket who comes into the pod as well punches the right side of my ribs a lot.  He was punching me so many times that I lost count.  As Deputy Paket is punching me, he reaches for his radio and said some code.

12.     Approximately two minutes after Deputy Paket radioes the code, I see almost ten or more deputies running into the module.

13.     Deputies Ochoa and Paket drag me out of the pod and into the deputys' area from where the deputies can observe us through the window.  The deputies slammed me to the ground and as I am face down covering my face with my arms, Deputy Ochoa is kneeing my face multiple times.  Deputy Paket hit my legs and calves over and over with a flashlight as he's stepping on me to get me to stop moving around.

14.     I could also feel other deputies hitting me on my body, as well as Deputies Ochoa and Paket.  I can't see or know who the deputies are, but I can feel punches and hits all over my body.

15.     Through a small gap in my arms, I saw Deputy Ochoa signaling to a deputy and telling this deputy to hit me in the face.  I don't remember what the deputy looks like.

16.     Deputy Ochoa then stepped on my face and at this point, my nose started bleeding because I could see blood on the ground.

17.     At this point, a Senior Deputy, a Lieutenant and a Sergeant came into the module.  I don't remember what the Sergeant looked like, but the Lieutenant was blonde, White, around her 50's and was approximately five feet and six inches.  The Senior Deputy looked African-American and he was bald.

18.     The Lieutenant told the deputies, "Stop.  He's already subdued."

19.     I was told to go to the Outdoor Recreation Area so I sat up and picked myself up off of the floor.

20.     When I got to the Outdoor Recreation Area, a nurse was already there.

21.     The nurse asked if I was okay and I told the nurse that I was healthy as an ox.  The

2

000180

nurse then told me that the medical staff was there to exam me and to make sure that I wasn't suffering any brain damage.  The nurse touched me nose and the nurse told me that I had a gash on my left forehead.

22.   The nurse and a deputy escorted me to the clinic.

23.   The nurse told me at the clinic that I needed to go to the Los Angeles Medical Center ("LCMC"), but I refused to go because I was scared that the deputies would say that I was resisting and beat me up.

24.   I was eventually escorted to LCMC and the doctors there told me that I had a fractured nose, bruised ribs, a two centimeter gash on my left forehead, a swollen right eye and bruised kidneys.

25.   After I got back from LCMC, I was sent to the disciplinary module for 45 days. The Lieutenant that was there that night did a video interview, but I told her that I didn't want to talk.  I refused to be interviewed because I was afraid that I was going to get beat up if I told what had happened to me.

26.   The Lieutenant came back a few days later and reduced my disciplinary time to eight days.

27.   When I got back to my module and pod, before dinner time, Deputy Ochoa said to me, "I didn't get to do all that I wanted to do the first time.  So do something so I can finish the job."

28.   During dinner time, Deputy Ochoa asked if I had a problem and I told him, "No, I don't have a problem, bro."  Deputy Ochoa then said to me, "I ain't your fuckin' bro."

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct.  Executed this 12th day of April, 2011 in Los Angeles, California.

_____/s/_____

Christopher Atkins

3

# DECLARATION OF CURRENT PRISONER MR. C JON BOBIER

000182

**Declaration of Jon Bobier**

I, Jon Bobier, hereby declare:

    1.    I make this declaration based on my own personal knowledge and if called on to testify I could and would do so competently as follows:

    2.    I have been an inmate in the Los Angeles County Jail System since July 2010. I am currently housed in cell #8239, 8200 block - the medical ward of Men's Central Jail for inmates with open wounds *MY BOOKING # IS 2421251*

    3.    I have a prolapsed intestine due to a severe beating at the hands of the Los Angeles Police Department when I was arrested on July 24, 2010. Because of the beating, my intestine protrudes three to four inches from my anus. I require access to clean water to clean my exposed intestine. My medical condition prevents me from walking long distances and requires me to use a wheelchair.

    4.    When I was first brought to Men's Central Jail I was housed in the 7000 floor. This is the ambulatory floor, meant for inmates who are recovering from surgery or who have to use crutches or walkers. While I was there, I had to use water from a communal toilet to clean my exposed intestine. I was afraid that if I kept cleaning myself with communal toilet water this would worsen my medical condition. I repeatedly asked the deputies if I could be switched to medical housing. I believed my being placed on 7000 block was a mistake. However, my complaints to the deputies did not yield any results.

    5.    On March 14, 2011 I filed a complaint with the A.C.L.U. regarding the Sheriff department's refusal to house me in a cell with an accessible sink and toilet in order properly to treat my medical condition. After my complaint was processed by the A.C.L.U., I was moved to the 8200 block of Men's Central Jail, the medical ward for inmates with open wounds.

    6.    On or about April 11, 2010 Deputy Bryant, a chubby white male 5' 8" tall weighing around 180 lbs with light-colored balding hair, came into my cell. Deputy Bryant told me that I had been declassified from the medical ward back to the 7000 floor. He spoke to me in an normal manner and there was no indication that he was angry at me. I asked if this had been a mistake and showed Deputy Bryant a letter from the A.C.L.U. regarding the complaint I filed

000183

1   about my medical condition. After I showed Deputy Bryant the letter he suddenly became very

2   angry and pushed down from a shelf several plastic bottles of shampoo and assorted toiletries.

3   The bottles hit me and it hurt pretty badly but I did not suffer any injuries.

4         7.     Deputy Bryant, then escorted me out of 8200 block. We took the elevator down to

5   7000 floor. We exited the elevator to the area in front of the control booth. This is a large open

6   room that is connected to several hallways that lead to different housing sections. Three deputies

7   stepped out of the control booth and Bryant told the other deputies that I was a troublemaker.

8   Bryant said: "You're a complainer, huh? You like to complain?" I believe he was referring to my

9   complaint to the A.C.L.U. about my housing section.

10         8.     I got out of my wheelchair and sat down on a bench attached to the wall. The

11   deputies began to search through all my belongings; they went through all my papers and my

12   photographs. The deputies claimed that I did not need a wheelchair and when I showed them my

13   Disability Placement Program Verification form (which says I have a mobility impairment and

14   require a wheelchair) one of the deputes said: "That A.D.A (American Disabilities Act) doc

15   doesn't mean crap to me." One of the deputies took away the wheelchair to someplace that I

16   wasn't able to see.

17         9.     While I was waiting, deputy Holland came up to me and began yelling at me.

18   Deputy Holland is 6'2" tall, buff, white, weights around 240 pounds, and has a short, G.I.-style

19   haircut.  He called me a "troublemaker" and said that I liked to complain. Deputy Holland then

20   told deputy Bryant to leave. Bryant replied "Can't I just stay and watch a little longer?" After

21   Bryant left, Holland walked me to my new cell. He told me repeatedly to "hurry up" but because

22   of my condition I can't move very fast.  Before we reached the hallway that would take me to my

23   new cell, I asked Holland if I could go back to pick up my belongings. Holland got frustrated said

24   "Shut up and move!" and hit me in my lower back. It was an upward strike; I don't recall if it

25   was an open-handed slap or a punch. It did hurt, though. I have a bullet wound in my upper back

26   and a bullet lodged in the back of my neck from 1992; the blow landed between those two

27   wounds and was extremely painful. It felt like someone stabbed me. On a ten point scale, I would

28   give it an 8; the blow knocked the wind out of me.

000184

10.     After that, Holland took me to my new cell in 7000 block. I was left in that cell for twenty-four hours. No one came in to check up on me even though I have a severe medical condition.  I did not call out for treatment because I was afraid of running into the guards again. Someone finally came in the next day and took me downstairs to the clinic for treatment. Nurse Haggerty was working down there at the time and she was surprised that I had been in 7000 block. She said there was no reason for that to have happened. She spoke to the doctor and had me transferred back to 8200 block.

11.     I did not file a formal complaint with the Sheriff because this incident seemed minor in comparison to other incidents of violence that go on here. Violence is such an ordinary thing here that I felt it should not be reported. It's very common for deputies to retaliate against inmates; they are very vindictive.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct.  Executed this 13th day of July 2011 in Los Angeles, California.

Jon Bobier

3

000185

**Declaration of Jon Bobier**

I, Jon Bobier, hereby declare:

1.      I make this declaration based on my own personal knowledge and if called on to testify I could and would do so competently as follows:

2.      I have been an inmate in the Los Angeles County Jail System since July 2010. I am currently housed in cell #8239, 8200 block - the medical ward of Men's Central Jail for inmates with open wounds. My booking number is 2421251.

3.      I have a prolapsed intestine due to a severe beating at the hands of the Los Angeles Police Department when I was arrested on July 24, 2010. Because of the beating, my intestine protrudes three to four inches from my anus. I require access to clean water to clean my exposed intestine. My medical condition prevents me from walking long distances and requires me to use a wheelchair.

4.      When I was first brought to Men's Central Jail I was housed in the 7000 floor. This is the ambulatory floor, meant for inmates who are recovering from surgery or who have to use crutches or walkers. While I was there, I had to use water from a communal toilet to clean my exposed intestine. I was afraid that if I kept cleaning myself with communal toilet water this would worsen my medical condition. I repeatedly asked the deputies if I could be switched to medical housing. I believed my being placed on 7000 block was a mistake. However, my complaints to the deputies did not yield any results.

5.      On March 14, 2011 I filed a complaint with the A.C.L.U. regarding the Sheriff department's refusal to house me in a cell with an accessible sink and toilet in order properly to treat my medical condition. After my complaint was processed by the A.C.L.U., I was moved to the 8200 block of Men's Central Jail, the medical ward for inmates with open wounds.

6.      On or about April 11, 2010 Deputy Bryant, a chubby white male 5' 8" tall weighing around 180 lbs with light-colored balding hair, came into my cell. Deputy Bryant told me that I had been declassified from the medical ward back to the 7000 floor. He spoke to me in an normal manner and there was no indication that he was angry at me. I asked if this had been a mistake and showed Deputy Bryant a letter from the A.C.L.U. regarding the complaint I filed

000186

1   about my medical condition. After I showed Deputy Bryant the letter he suddenly became very

2   angry and pushed down from a shelf several plastic bottles of shampoo and assorted toiletries.

3   The bottles hit me and it hurt pretty badly but I did not suffer any injuries.

4         7.    Deputy Bryant, then escorted me out of 8200 block. We took the elevator down to

5   7000 floor. We exited the elevator to the area in front of the control booth. This is a large open

6   room that is connected to several hallways that lead to different housing sections. Three deputies

7   stepped out of the control booth and Bryant told the other deputies that I was a troublemaker.

8   Bryant said: "You're a complainer, huh? You like to complain?" I believe he was referring to my

9   complaint to the A.C.L.U. about my housing section.

10        8.    I got out of my wheelchair and sat down on a bench attached to the wall. The

11  deputies began to search through all my belongings; they went through all my papers and my

12  photographs. The deputies claimed that I did not need a wheelchair and when I showed them my

13  Disability Placement Program Verification form (which says I have a mobility impairment and

14  require a wheelchair) one of the deputes said: "That A.D.A (American Disabilities Act) doc

15  doesn't mean crap to me." One of the deputies took away the wheelchair to someplace that I

16  wasn't able to see.

17        9.    While I was waiting, deputy Holland came up to me and began yelling at me.

18  Deputy Holland is 6'2" tall, buff, white, weights around 240 pounds, and has a short, G.I.-style

19  haircut.  He called me a "troublemaker" and said that I liked to complain. Deputy Holland then

20  told deputy Bryant to leave. Bryant replied "Can't I just stay and watch a little longer?" After

21  Bryant left, Holland walked me to my new cell. He told me repeatedly to "hurry up" but because

22  of my condition I can't move very fast.  Before we reached the hallway that would take me to my

23  new cell, I asked Holland if I could go back to pick up my belongings. Holland got frustrated said

24  "Shut up and move!" and hit me in my lower back. It was an upward strike; I don't recall if it

25  was an open-handed slap or a punch. It did hurt, though. I have a bullet wound in my upper back

26  and a bullet lodged in the back of my neck from 1992; the blow landed between those two

27  wounds and was extremely painful. It felt like someone stabbed me. On a ten point scale, I would

28  give it an 8; the blow knocked the wind out of me.

2

10.     After that, Holland took me to my new cell in 7000 block. I was left in that cell for twenty-four hours. No one came in to check up on me even though I have a severe medical condition. I did not call out for treatment because I was afraid of running into the guards again. Someone finally came in the next day and took me downstairs to the clinic for treatment. Nurse Haggerty was working down there at the time and she was surprised that I had been in 7000 block. She said there was no reason for that to have happened. She spoke to the doctor and had me transferred back to 8200 block.

11.     I did not file a formal complaint with the Sheriff because this incident seemed minor in comparison to other incidents of violence that go on here. Violence is such an ordinary thing here that I felt it should not be reported. It's very common for deputies to retaliate against inmates; they are very vindictive.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed this 13th day of July, 2011 in Los Angeles, California.

\s\

Jon Bobier

000188

# DECLARATION OF CURRENT PRISONER MR. D JAMES BOWMAN

000189

**Declaration of James Bowman**

I, James Bowman, hereby declare:

1.   I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.   On January 16, 2011, I was housed at Twin Towers Correctional Facility on ~~floor~~ the 5th floor, Pod-F.

3.   It was still the morning. I had already eaten breakfast and went back to my cell to sleep. While in my cell partially asleep, I heard the deputies walk into our pod and tell all the inmates to get out of the pod. I got out of bed and out of my cell, and proceeded out of the pod along with the other inmates. We made our way to the control room and into the main area where access to all the pods on our floor is available; it is also the room where the attorney room window on our floor peers into. We entered a recreation room that can be seen on the right side of the floor from where the attorney room peers into.

4.   There were approximately 10 deputies in the room with all the inmates. We were lined up, single file, and made to face the wall for approximately 20 minutes. I cannot recall if we were strip searched. All the inmates, including myself, stood there quiet. I was wondering to myself how big a mess was being made in our pod, as this incident has happened on many previous occasions, where we were made to line up in the same room while the deputies destroyed and made a mess of our property in our pod. Also, since the ACLU had come in the previous week, I knew we would be facing some sort of retaliation from the deputies, because we normally faced some sort of consequence (like being moved from the pod into a housing area where an inmate shouldn't be, having property like glasses taken away or destroyed, being de-classed into general population, or even violence) after speaking with the ACLU. I had spoken with the ACLU the previous week.

5.   After about 20 minutes, a deputy yelled through the door for us to come back in. We walked single file back into the main area and into the control room and into our pods. Upon entering the pod, I noticed the whole pod in complete disarray. Every inmates' property was thrown all over the place, our food and milk/juice cartons were thrown all over the floor, the floor was sticky and wet from all the liquid that was thrown everywhere, ~~my glasses were~~

000190

1    missing, and my Bible was destroyed as it was thrown in the pile of liquid on the floor. I felt

2    devastated, especially seeing my religious material on the floor in a mess. I looked back at the

3    deputies in the control room outside our pod and they were all laughing. The deputies were not

4    regulars on our floor so I could not get their names.  I felt helpless and that this was done in

5    retaliation from talking to the ACLU. *I was also worried that I would be sent to general population, since my floor housed inmates suffering from psychiatric problems.*

6.    Exactly a week later, on January 23, 2011, the exact same incident took place, in

7    which we were removed from our cells, only to be brought back into our pod to see everything in

8    complete disarray. It is difficult for me to make a complaint or speak to the ACLU when I know I

9    could possibly face this type of retaliation from the deputies.

11    I declare under penalty of perjury of the laws of the State of California and the United

12    States that the foregoing is true and correct.  Executed this 12th day of April, 2011 in Los

13    Angeles, California.

14

15    _James Bowman_

2

### Declaration of James Bowman

I, James Bowman, hereby declare:

1.      I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.      On January 16, 2011, I was housed at Twin Towers Correctional Facility on the 5th floor, Pod-F.

3.      It was still the morning. I had already eaten breakfast and went back to my cell to sleep. While in my cell partially asleep, I heard the deputies walk into our pod and tell all the inmates to get out of the pod. I got out of bed and out of my cell, and proceeded out of the pod along with the other inmates. We made our way to the control room and into the main area where access to all the pods on our floor is available; it is also the room where the attorney room window on our floor peers into. We entered a recreation room that can be seen on the right side of the floor from where the attorney room peers into.

4.      There were approximately 10 deputies in the room with all the inmates. We were lined up, single file, and made to face the wall for approximately 20 minutes. I cannot recall if we were strip searched. All the inmates, including myself, stood there quiet. I was wondering to myself how big a mess was being made in our pod, as this incident has happened on many previous occasions, where we were made to line up in the same room while the deputies destroyed and made a mess of our property in our pod. Also, since the ACLU had come in the previous week, I knew we would be facing some sort of retaliation from the deputies, because we normally faced some sort of consequence (like being moved from the pod into a housing area where an inmate shouldn't be, having property like glasses taken away or destroyed, being de-classed into general population, or even violence) after speaking with the ACLU. I had spoken with the ACLU the previous week.

5.      After about 20 minutes, a deputy yelled through the door for us to come back in. We walked single file back into the main area and into the control room and into our pods. Upon entering the pod, I noticed the whole pod in complete disarray. Every inmates' property was thrown all over the place, our food and milk/juice cartons were thrown all over the floor, the

floor was sticky and wet from all the liquid that was thrown everywhere, and my Bible was destroyed as it was thrown in the pile of liquid on the floor. I felt devastated, especially seeing my religious material on the floor in a mess. I looked back at the deputies in the control room outside our pod and they were all laughing. The deputies were not regulars on our floor so I could not get their names.  I felt helpless and that this was done in retaliation from talking to the ACLU. I was also worried that I would be sent to general population, since my floor houses inmates suffering from psychiatric problems.

6.     Exactly a week later, on January 23, 2011, the exact same incident took place, in which we were removed from our cells, only to be brought back into our pod to see everything in complete disarray. It is difficult for me to make a complaint or speak to the ACLU when I know I could possibly face this type of retaliation from the deputies.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct.  Executed this 12th day of April, 2011 in Los Angeles, California.

_____/s/_____

James Bowman

000193

# DECLARATION OF CURRENT PRISONER MR. E CHRISTOPHER BROWN

000194

**Declaration of Christopher Brown**

I, Christopher Brown, hereby declare:

1.    I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.    I am a thirty-four years old.  I was placed in Module 142, Pod F, Cell 3 of Twin Towers Correctional Facility ("TTCF") January 18, 2011 and was still there on Monday, January 24, 2011.  My booking number is 1365261.

3.    On January 24, 2011, I was called out of my cell and was told over the public announcement ("PA") speaker that I had a visit in the Attorney Room.  I don't know what time it was because I don't have a watch and the modules and the pods don't have clocks.  We don't even go out to the Outdoor Recreation Area much so I can't really tell what time it is.  But I think it was around dinner time because I remember that I was eating the burrito that was served to us for dinner as I was walking to the Attorney Room.

4.    I went to the Attorney Room and Esther Lim from the ACLU of Southern California's Jails Project was there to speak to me.  There is a diagram attached to this declaration as Exhibit 1 that depicts the attorney room and the surrounding areas.  I sat in telephone booth number five, directly across from Lim.  The spot where I was sitting, facing Ms. Lim is marked as B1 on the diagram and the spot where she was sitting is marked as E1.  The booth had a window partition separating us.

5.    While speaking to Ms. Lim, I heard cussing, someone say "motherfucker", scuffling noises, boots squeaking and thuds from repositioning feet and other noises that sounded like a fight, so I stood up and walked over to door that was to the left of where I was sitting.

6.    This door separates the Attorney Room from the Staging Area, which is on the other side of the door.  The Staging Area is a large area that contains the Outdoor Recreation Area and you would have to go through this area to get to the pods on that module.  The Staging Area is on the attached diagram.

7.    The door that I looked through had two windows on it; a window on the upper half of the door and a window on the lower half of the door.  The windows were approximately

two feet in height and one and a half feet in length. The place where I was standing, looking into the Staging Area through the window on the door that separates the Attorney Room from the Staging Area is marked on the attached diagram as B2.

8.    I saw an inmate, who looked African-American, whom I later learned was Parker. He had big braids that were sticking out from his head and was standing next to the water fountain in the Staging Area with his hands covering his face with two deputies punching him. At this point, I could only see the deputies' backs, but could see both of them punching Parker. The spot where I first saw Parker is depicted by a black figure with P-1 next to it and the deputies who were punching Parker are depicted by the two X's on the attached diagram.

9.    I looked back over to Ms. Lim who was standing at the window in the Attorney Room and I shrugged my shoulders at her and said, "See. It's happening now."

10.    When I looked back over to Parker, I saw him stumbling forward, towards me, falling to the ground, in between the two deputies, with his hands out in front of him. When he hit the ground, I saw Parker's arms fall to his side.

11.    He looked like he was knocked out because he appeared limp.

12.    When Parker fell, his head was up against the door where I was standing. When he fell, he was closer to where I was standing than he had been when he was standing up at the drinking fountain. The spot where Parker fell is depicted by the black figure with a P-2 next to it on the diagram.

13.    The drinking fountain in the Staging Area is about ten feet away from the door where I was standing.

14.    At this point, I was able to see both deputies' faces and I saw Deputy Hirsch, whom I know because I had seen him working on my module many times, punching Parker who was on the ground. I saw Deputy Hirsch kneeling over Parker, punching his face and head area about two to three times. I then saw Deputy Hirsch kneeing Parker on the head and neck area about three times.

15.    After I saw Deputy Hirsch kneeing Parker, I saw Deputy Hirsch place his hands on the wall, bracing himself as he kneed Parker in the facial area and then saw him jump up then

2

1    down, hitting Parker again in the same area with his knee.

2         16.    At this point, I yelled at Deputy Hirsch three times to "Stop." Deputy Hirsch did

3    not stop and he did not look over at my direction.

4         17.    I then saw Deputy Ochoa, whom I know because I had seen him working on my

5    module, put the taser gun up against Parker's leg, pull the trigger and heard the sound of the taser

6    gun, which sounds like "ch ch ch ch" and seeing the spark from the taser gun. Deputy Ochoa

7    then yelled at Parker, "Stop fighting" and "Stop resisting" and then tased him again. Deputy

8    Ochoa again yelled at Parker, "Stop fighting" and "Stop resisting" and tased him once more.

9         18.    When Deputy Ochoa yelled at Parker to "Stop fighting" and "Stop resisting";

10   Parker was not fighting or resisting before or after those commands. He looked like he was

11   knocked out.

12        19.    While Deputy Ochoa was tasing Parker, I saw Deputy Hirsch pulling his hands

13   away from Parker's body, shaking his hands and saying, "Ow!  Fuck!" Deputy Hirsch did that

14   every time Deputy Ochoa was tasing Parker. Deputy Hirsch was punching Parker while Parker

15   was being tased and it looked like Deputy Hirsch was feeling the shocks when Parker was getting

16   tased.

17        20.    I could also see Parker going into convulsion-like movements when he was being

18   tased. Parker's body would lock up and then shake when he was being tased. He looked like he

19   was having a seizure. I know what people look like when they are having a seizure because I

20   used to have seizures and I had a cousin who had seizures.

21        21.    The minute or so of what I saw of Parker lying on the ground, I didn't see him

22   moving at all, other than what looked like convulsions when he was being tased. He was not

23   fighting with the deputies or trying to resist. He was just lying there.

24        22.    I stopped watching because I saw Deputy Ochoa look at me, point his index finger

25   at me and heard him yell,  "Lay down on your stomach and face the fucking wall." I immediately

26   complied and did what Deputy Ochoa asked me to do.

27        23.    I was on my stomach in the Attorney Room for approximately ten minutes. I did

28   lift my head up once after a few minutes to see if Ms. Lim was still in the Attorney Room. She

1  was no longer in the Attorney Room, but I did see several deputies walking into the Attorney

2  Room on the side of where Ms. Lim had been sitting, not where the inmates would sit.

3      24.    While I was lying there, I heard someone, I could not see who, ask Parker, "What

4  happened, Parker?"  That's when I figured out that it was Parker whom Deputies Ochoa and

5  Hirsch had beaten.  I heard Parker mumbling.  I then heard someone say, "Bring out the gurney."

6  I think a gurney was brought up because I heard squeaking wheels that sounded like a gurney.

7      25.    I could also see the flashes from a camera, so someone, I don't know who, since I

8  was lying on my stomach with my head away from the door, was taking pictures behind me

9  where the beating had happened.

10      26.    I saw a sergeant and I asked him if I could get up.  He said that I could, so I got up

11  and sat on the stool in telephone booth number six, which is closer to the window than telephone

12  booth number five.  The attached diagram shows the relationship of telephone booth five to

13  booth six.  I don't know the sergeant's name because his name was on a gold name tag, so the

14  reflection made it difficult for me to see his name.  But he was White, around my height, which

15  is six feet three inches, and had a gray crew cut.

16      27.    I could also see through the lower part of the door through its window,  that a

17  trustee was mopping up a red substance that looked like blood.  I was not able to see how much,

18  but I could see some of the mop strings slide under the door and could see the red substance on

19  the mop.  Some of the water that was used to mop up that area also spilled under the door.

20      28.    The same sergeant with the gold name tag came up to me and chatted with me.  I

21  told him that I served in MOS or Military Occupation Specialities and he told me that he was a

22  13 Foxtrot and I told him that I was a 31 Uniform.  He then asked me what happened and asked

23  me if I wanted to talk about it on tape.  I told him, "Yeah, that's fine."

24      29.    Deputy Ochoa was present during this part of the interview.

25      30.    As I was telling the sergeant that I saw Deputy Ochoa punching Parker, Deputy

26  Ochoa stared at me in an aggressive manner, so I asked him "What?"  He aggressively said

27  "What?" back at me.

28      31.    The sergeant then said, "Alright, hold on" and walked off with Deputy Ochoa.

000198

32.     While I was waiting for the sergeant to come back, I saw Deputy Hirsch and asked him, "How's your hand?" Deputy Hirsch said to me, "It hurts. I think I might have slipped a knuckle. I don't think it's broken."

33.     I told him that a lady from the ACLU was here and saw what had happened. I told him, "I'm tired of this shit; the violence." Deputy Hirsch then said to me, "My advice is to stay out of it. It doesn't have anything to do with you."

34.     Approximately twenty minutes later, the sergeant with the gold name tag came *and I saw him carrying a video camera* back to where I was still sitting in the Attorney Room. Sergeant Ramos was with him. I was able to see Sergeant Ramos' name because it was stitched onto his uniform and it wasn't imprinted on a gold name tag. Deputy Ochoa was not with them.

35.     The sergeant with the gold name tag then asked me again if I wanted to talk about what happened on tape and I again told him, "Yeah." ~~They both left and returned back with a video camera.~~

36.     I told them that I didn't feel comfortable talking in the Attorney Room because there is an intercom speaker inside the room and it can be activated by the control room and any one in the control room could hear the conversation. Sergeant Ramos said that all the trustees are in another room, so they won't be able to hear and that the deputies in the Control Room can't hear either.

37.     Sergeant Ramos then said, "If you fear for your safety, you don't have to do it." I felt very intimated by this comment like he was trying to discourage me from saying anything.

38.     They then began to interview me about what I saw without the camera being on. I could see that the sergeant with the gold name tag had the camera to his side and I didn't see a red light flashing on the camera.

39.     Sergeant Ramos told me not to speak about what I thought or believed, just about what I saw and heard.

40.     Sergeant Ramos said to me while I was telling them what I saw and heard, "Well, you look uncomfortable. It looks like you don't want to say anything." Again, I felt intimidated by Sergeant Ramos and felt like he was trying to discourage me from talking about what I saw.

000199

1  Even though I felt intimidated and discouraged by Sergeant Ramos, I wanted to talk out of duty.

2  I thought, if someone had seen me being beat up by deputies like the way it happened to Parker,

3  I'd want that person to stand up for me and tell what happened.

4      41.    I told the sergeant with the gold name tag and Sergeant Ramos that I thought

5  Deputies Ochoa and Hirsch went too far.  Sergeant Ramos told me, "you should see the bump on

6  Hirsch's head from when he [Parker] hit him."

7      42.    I told Sergeant Ramos, "That's not what I saw.  He wasn't fighting and he wasn't

8  combative."

9      43.    Sergeant Ramos also asked me who my visitor was and I told him that it was

10  some chick who came to see me.  He then said, "Well, I know who she is and where she's from,

11  but it's not going to change my report.  This isn't criminal, it's administrative."

12      44.    The sergeant with the gold name tag then turned on the camera, faced it towards

13  me and both the sergeant with the gold name tag and Sergeant Ramos announced themselves

14  verbally and re-interviewed me.

15      45.    One of the questions they asked me is if I saw the deputies hit Parker with a

16  weapon and I told him that I didn't see them hit Parker with a weapon, but I saw both Deputies

17  Ochoa and Hirsch punching and kneeing Parker pretty good.  I also said that I saw Deputy Ochoa

18  tasing Parker a lot.

19      46.    I felt that this interview was not in depth, specific and detailed as the unrecorded

20  interview.  For example, they didn't ask me how many times I saw each of the deputies punch

21  Parker like when they asked me in the unrecorded interview.  I also felt very nervous and

22  uncomfortable during the interview because of Sergeant Ramos' comments during the

23  unrecorded interview.

24  \ \ \

25  \ \ \

26  \ \ \

27  \ \ \

28  \ \ \

000200

47.   The sergeant with the gold name tag then turned off the camera and he and Sergeant Ramos escorted me out of the Attorney Room and back to my pod.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct.  Executed February 2, 2011 in Los Angeles, California.

Christopher Brown

000201

2-2-11



Staging Area – Module 142

000202

**Declaration of Christopher Brown**

I, Christopher Brown, hereby declare:

1.      I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.      I am a thirty-four years old.  I was placed in Module 142, Pod F, Cell 3 of Twin Towers Correctional Facility ("TTCF") January 18, 2011 and was still there on Monday, January 24, 2011.  My booking number is 1365261.

3.      On January 24, 2011, I was called out of my cell and was told over the public announcement ("PA") speaker that I had a visit in the Attorney Room.  I don't know what time it was because I don't have a watch and the modules and the pods don't have clocks.  We don't even go out to the Outdoor Recreation Area much so I can't really tell what time it is.  But I think it was around dinner time because I remember that I was eating the burrito that was served to us for dinner as I was walking to the Attorney Room.

4.      I went to the Attorney Room and Esther Lim from the ACLU of Southern California's Jails Project was there to speak to me.  There is a diagram attached to this declaration as Exhibit 1 that depicts the attorney room and the surrounding areas.  I sat in telephone booth number five, directly across from Lim.  The spot where I was sitting, facing Ms. Lim is marked as B1 on the diagram and the spot where she was sitting is marked as E1.  The booth had a window partition separating us.

5.      While speaking to Ms. Lim, I heard cussing, someone say "motherfucker", scuffling noises, boots squeaking and thuds from repositioning feet and other noises that sounded like a fight, so I stood up and walked over to door that was to the left of where I was sitting.

6.      This door separates the Attorney Room from the Staging Area, which is on the other side of the door.  The Staging Area is a large area that contains the Outdoor Recreation Area and you would have to go through this area to get to the pods on that module.  The Staging Area is on the attached diagram.

7.      The door that I looked through had a two windows on it; a window on the upper half of the door and a window on the lower half of the door.  The windows were approximately

000203

1   two feet in height and one and a half feet in length.  The place where I was standing, looking into

2   the Staging Area through the window on the door that separates the Attorney Room from the

3   Staging Area is marked on the attached diagram as B2.

4       8.      I saw an inmate, who looked African-American, whom I later learned was Parker.

5   He had big braids that were sticking out from his head and was standing next to the water

6   fountain in the Staging Area with his hands covering his face with two deputies punching him.

7   At this point, I could only see the deputies' backs, but could see both of them punching Parker.

8   The spot where I first saw Parker is depicted by a black figure with P-1 next to it and the deputies

9   who were punching Parker are depicted by the two X's on the attached diagram.

10      9.      I looked back over to Ms. Lim who was standing at the window in the Attorney

11  Room and I shrugged my shoulders at her and said, "See.  It's happening now."

12      10.     When I looked back over to Parker, I saw him stumbling forward, towards me,

13  falling to the ground, in between the two deputies, with his hands out in front of him.  When he

14  hit the ground, I saw Parker's arms fall to his side.

15      11.     He looked like he was knocked out because he appeared limp.

16      12.     When Parker fell, his head was up against the door where I was standing.  When

17  he fell, he was closer to where I was standing than he had been when he was standing up at the

18  drinking fountain.  The spot where Parker fell is depicted by the black figure with a P-2 next to it

19  on the diagram.

20      13.     The drinking fountain in the Staging Area is about ten feet away from the door

21  where I was standing.

22      14.     At this point, I was able to see both deputies' faces and I saw Deputy Hirsch,

23  whom I know because I had seen him working on my module many times, punching Parker who

24  was on the ground.  I saw Deputy Hirsch kneeling over Parker, punching his face and head area

25  about two to three times.  I then saw Deputy Hirsch kneeing Parker on the head and neck area

26  about three times.

27      15.     After I saw Deputy Hirsch kneeing Parker, I saw Deputy Hirsch place his hands

28  on the wall, bracing himself as he kneed Parker in the facial area and then saw him jump up then

2

000204

1   down, hitting Parker again in the same area with his knee.

2       16.    At this point, I yelled at Deputy Hirsch three times to "Stop." Deputy Hirsch did

3   not stop and he did not look over at my direction.

4       17.    I then saw Deputy Ochoa, whom I know because I had seen him working on my

5   module, put the taser gun up against Parker's leg, pull the trigger and heard the sound of the taser

6   gun, which sounds like "ch ch ch ch" and seeing the spark from the taser gun. Deputy Ochoa

7   then yelled at Parker, "Stop fighting" and "Stop resisting" and then tased him again. Deputy

8   Ochoa again yelled at Parker, "Stop fighting" and "Stop resisting" and tased him once more.

9       18.    When Deputy Ochoa yelled at Parker to "Stop fighting" and "Stop resisting";

10   Parker was not fighting or resisting before or after those commands. He looked like he was

11   knocked out.

12       19.    While Deputy Ochoa was tasing Parker, I saw Deputy Hirsch pulling his hands

13   away from Parker's body, shaking his hands and saying, "Ow! Fuck!" Deputy Hirsch did that

14   every time Deputy Ochoa was tasing Parker. Deputy Hirsch was punching Parker while Parker

15   was being tased and it looked like Deputy Hirsch was feeling the shocks when Parker was getting

16   tased.

17       20.    I could also see Parker going into convulsion-like movements when he was being

18   tased. Parker's body would lock up and then shake when he was being tased. He looked like he

19   was having a seizure. I know what people look like when they are having a seizure because I

20   used to have seizures and I had a cousin who had seizures.

21       21.    The minute or so of what I saw of Parker lying on the ground, I didn't see him

22   moving at all, other than what looked like convulsions when he was being tased. He was not

23   fighting with the deputies or trying to resist. He was just lying there.

24       22.    I stopped watching because I saw Deputy Ochoa look at me, point his index finger

25   at me and heard him yell, "Lay down on your stomach and face the fucking wall." I immediately

26   complied and did what Deputy Ochoa asked me to do.

27       23.    I was on my stomach in the Attorney Room for approximately ten minutes. I did

28   lift my head up once after a few minutes to see if Ms. Lim was still in the Attorney Room. She

000205

1    was no longer in the Attorney Room, but I did see several deputies walking into the Attorney

2    Room on the side of where Ms. Lim had been sitting, not where the inmates would sit.

3         24.    While I was lying there, I heard someone, I could not see who, ask Parker, "What

4    happened, Parker?"  That's when I figured out that it was Parker whom Deputies Ochoa and

5    Hirsch had beaten.  I heard Parker mumbling.  I then heard someone say, "Bring out the gurney."

6    I think a gurney was brought up because I heard squeaking wheels that sounded like a gurney.

7         25.    I could also see the flashes from a camera, so someone, I don't know who, since I

8    was lying on my stomach with my head away from the door, was taking pictures behind me

9    where the beating had happened.

10        26.    I saw a sergeant and I asked him if I could get up.  He said that I could, so I got up

11   and sat on the stool in telephone booth number six, which is closer to the window than telephone

12   booth number five.  The attached diagram shows the relationship of telephone booth five to

13   booth six.  I don't know the sergeant's name because his name was on a gold name tag, so the

14   reflection made it difficult for me to see his name.  But he was White, around my height, which

15   is six feet three inches, and had a gray crew cut.

16        27.    I could also see through the lower part of the door through its window,  that a

17   trustee was mopping up a red substance that looked like blood.  I was not able to see how much,

18   but I could see some of the mop strings slide under the door and could see the red substance on

19   the mop.  Some of the water that was used to mop up that area also spilled under the door.

20        28.    The same sergeant with the gold name tag came up to me and chatted with me.  I

21   told him that I served in MOS or Military Occupation Specialities and he told me that he was a

22   13 Foxtrot and I told him that I was a 31 Uniform.  He then asked me what happened and asked

23   me if I wanted to talk about it on tape.  I told him, "Yeah, that's fine."

24        29.    Deputy Ochoa was present during this part of the interview.

25        30.    As I was telling the sergeant that I saw Deputy Ochoa punching Parker, Deputy

26   Ochoa stared at me in an aggressive manner, so I asked him "What?"  He aggressively said

27   "What?" back at me.

28        31.    The sergeant then said, "Alright, hold on" and walked off with Deputy Ochoa.

4

32.     While I was waiting for the sergeant to come back, I saw Deputy Hirsch and asked him, "How's your hand?" Deputy Hirsch said to me, "It hurts. I think I might have slipped a knuckle. I don't think it's broken."

33.     I told him that a lady from the ACLU was here and saw what had happened. I told him, "I'm tired of this shit; the violence." Deputy Hirsch then said to me, "My advice is to stay out of it. It doesn't have anything to do with you."

34.     Approximately twenty minutes later, the sergeant with the gold name tag came back to where I was still sitting in the Attorney Room. Sergeant Ramos was with him. I was able to see Sergeant Ramos' name because it was stitched onto his uniform and it wasn't imprinted on a gold name tag. Deputy Ochoa was not with them.

35.     The sergeant with the gold name tag then asked me again if I wanted to talk about what happened on tape and I again told him, "Yeah." They both left and returned back with a video camera.

36.     I told them that I didn't feel comfortable talking in the Attorney Room because there is an intercom speaker inside the room and it can be activated by the control room and any one in the control room could hear the conversation. Sergeant Ramos said that all the trustees are in another room, so they won't be able to hear and that the deputies in the Control Room can't hear either.

37.     Sergeant Ramos then said, "If you fear for your safety, you don't have to do it." I felt very intimated by this comment like he was trying to discourage me from saying anything.

38.     They then began to interview me about what I saw without the camera being on. I could see that the sergeant with the gold name tag had the camera to his side and I didn't see a red light flashing on the camera.

39.     Sergeant Ramos told me not to speak about what I thought or believed, just about what I saw and heard.

40.     Sergeant Ramos said to me while I was telling them what I saw and heard, "Well, you look uncomfortable. It looks like you don't want to say anything." Again, I felt intimidated by Sergeant Ramos and felt like he was trying to discourage me from talking about what I saw.

5

1  Even though I felt intimidated and discouraged by Sergeant Ramos, I wanted to talk out of duty.

2  I thought, if someone had seen me being beat up by deputies like the way it happened to Parker,

3  I'd want that person to stand up for me and tell what happened.

4      41.    I told the sergeant with the gold name tag and Sergeant Ramos that I thought

5  Deputies Ochoa and Hirsch went too far.  Sergeant Ramos told me, "you should see the bump on

6  Hirsch's head from when he [Parker] hit him."

7      42.    I told Sergeant Ramos, "That's not what I saw.  He wasn't fighting and he wasn't

8  combative."

9      43.    Sergeant Ramos also asked me who my visitor was and I told him that it was

10  some chick who came to see me.  He then said, "Well, I know who she is and where she's from,

11  but it's not going to change my report.  This isn't criminal, it's administrative."

12      44.    The sergeant with the gold name tag then turned on the camera, faced it towards

13  me and both the sergeant with the gold name tag and Sergeant Ramos announced themselves

14  verbally and re-interviewed me.

15      45.    One of the questions they asked me is if I saw the deputies hit Parker with a

16  weapon and I told him that I didn't see them hit Parker with a weapon, but I saw both Deputies

17  Ochoa and Hirsch punching and kneeing Parker pretty good.  I also said that I saw Deputy Ochoa

18  tasing Parker a lot.

19      46.    I felt that this interview was not in depth, specific and detailed as the unrecorded

20  interview.  For example, they didn't ask me how many times I saw each of the deputies punch

21  Parker like when they asked me in the unrecorded interview.  I also felt very nervous and

22  uncomfortable during the interview because of Sergeant Ramos' comments during the

23  unrecorded interview.

24  \ \ \

25  \ \ \

26  \ \ \

27  \ \ \

28  \ \ \

000208

1    47.    The sergeant with the gold name tag then turned off the camera and he and

2  Sergeant Ramos escorted me out of the Attorney Room and back to my pod.

3        I declare under penalty of perjury of the laws of the State of California and the United

4  States that the foregoing is true and correct.  Executed February 2, 2011 in Los Angeles,

5  California.

6                                                    /s/

7                                        Christopher Brown

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

7

2-2-11



Control Room

Entrance to Pods

Stairway to 2nd Floor

Outdoor Recreation Area

Staging Area – Module 142

Column

Water Fountain

P-1
(standing)

P-2
(prone)

Door w/Windows on
upper & lower halves

Wall w/2 side-by-side
Windows

Door w/Metal
Table Attached

Clinic

Hallway

Attorney Room – Inmates

Attorney Room – Visitors

Module 142 Attorney Room

000210

# DECLARATION OF CURRENT PRISONER MR. F ANTHONY BROWN

000211

## Declaration of Anthony Brown

I, Anthony Brown, hereby declare:

1.     I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.     I am 52 years old and I am currently housed at Men's Central Jail ("MCJ") in Module 2400, which is the "hole" or the disciplinary unit.  My booking number is 2656244.

3.     On Monday, August 22, 2011, I was housed at MCJ, Module 3200, Row A, Cell 8.  The other inmates and I were called out of our cells for evening pill call, which usually occurs about 6 p.m.

4.     I walked out of my cell and out to the module into the main hallway on the 3000 floor. When the inmates go out for pill call, we are supposed to immediately face the wall and put our hands inside our pockets or waistband, which I did.  When I got out to the hallway, I saw more than 10 deputies standing around in the hallway, watching the inmates get our medication.

5.     As I was facing the wall to awaiting my turn to get my medication, I could hear the deputies talking, laughing and joking around.

6.     I then heard one of the deputies yell out, "Hey you!  Get over here!" I didn't know who the deputy was talking to as I was facing the wall and couldn't see, so I stayed where I was, still waiting for my turn to get my pills.

7.     A deputy then grabbed me and threw me over to the wall on the opposite side.  I was taken off guard and shocked because I didn't know why the deputy was doing this to me.  I put my hands out to brace myself from hitting the wall.  The deputy who grabbed me was Hispanic, 6 feet tall and had a military type of crew cut.

8.     Another deputy then grabbed me by my Adam's apple.  I could hardly breathe when he did this because he was grabbing at my windpipe.  This deputy was also Hispanic and about 5'10".

000212

9.     I tried to move to get my throat out of the deputy's grip and as soon as I did, the first deputy slammed me to the ground.

10.     When I hit the ground, the two deputies and four others, three of whom were Hispanic and the other was White, began punching and kicking me all over my head and body. I must have been punched at least 7-8 times, kicked 3-4 times during what felt like a long 30 seconds. It hurt a lot and it felt like I was out on the streets and I'm getting beat up by thugs. One of the kicks hit my teeth as I felt my front teeth being pushed back in towards the roof of my mouth. It was so painful I saw flashes in my vision. I was so scared. I felt like these deputies were trying to seriously hurt me.

11.     All I could do while I was being pummeled and kicked was to curl up in a fetal position and try to cover up as much as possible.

12.     Once the deputies stopped punching and kicking me, one of them sprayed pepper spray into my mouth, eyes and throat. The spray stung my eyes and made it incredibly difficult for me to breathe. The deputies then yelled at me, "Quit resisting! Quit resisting! Quit resisting!" I had no idea what they were talking about. I wasn't resisting. I was curled up in a ball trying to protect myself.

13.     The deputies then handcuffed me from behind. When I looked around the hallway, I didn't see any inmates in the hallway. All I saw were deputies standing around. I felt very vulnerable and scared that the deputies were going to start beating me up again.

14.     I was taken to the medical clinic and the medical staff there saw my teeth. They said that I was going to need to go to the dentist. I have yet to see the dentist, however.

15.     Once the medical staff were done examining me, a watch commander came in with a video camera. He was Hispanic, short and had a moustache. He asked me what happened and I told him that I was beat up by deputies. The way the watch commander was interviewing me, I felt like inmates getting beat up by

2

1    deputies was a routine thing.  I told the Watch Commander that I was scared for

2    my life and the Watch Commander kept asking what I did to provoke this incident

3    and not caring or taking into account the seriousness of the deputies beating up

4    inmates.

5         16.    I was then taken to the "hole" or the disciplinary unit, which is in

6    Module 2400.  I didn't know why I was going there because nobody told me why.

7    The deputies told me to take my shoes off, which I did, but I was scared to do that

8    because I just had my toenails removed a month ago and I was afraid that if I

9    walked around in the filthy jail, it would get infected.  Nonetheless, the deputies

10   had me walk to Module 2400 with no shoes.

11        17.    That night, I asked Custody Assistant ("CA") McDonald, who is

12   African American if I could have some shoes and toilet paper.  I needed the toilet

13   paper to wash off the pepper spray that was still on my face.  He refused and said

14   to me, "This is my house!"

15        18.    When I got into my cell, I tried to fix my teeth since the medical staff

16   didn't do anything.  I have a bridge of sorts that holds the front of my teeth

17   together, which are anchored by the two, front canine teeth.  One of the canine

18   teeth, the one on the left was knocked out, which loosened my front teeth.  I had to

19   wedge paper up into the loose space in the gum and reconnect my bridge, so that

20   my front teeth would be somewhat stable.  I can barely eat, let alone try to eat an

21   apple if one comes with my meal.

22        19.    On Wednesday, August 24, 2011, early in the morning about 6 a.m., a

23   Senior Deputy came by my cell.  He is Hispanic and about 5'8".  He took me to

24   Sergeant's Court, which is a type of hearing where inmates are supposed to get an

25   opportunity to tell their side of the story and then the sergeant or the Los Angeles

26   Sheriff's Department ("LASD") will then give them their disciplinary time.  I told

27   the Senior Deputy Sanchez and Custody Assistant Mogo that I was beaten up by

28   deputies.  I was given 29 days for fighting an officer.  When I told the other

3

000214

1    inmates about what happened, they told me I shouldn't have said anything about

2    the deputies beating me up because I could get an "add" charge.

3         20.    A few days later, I saw an African American deputy, who acts as a

4    module deputy, whom I saw while I was beaten.  I asked him why he didn't try to

5    do anything and he said to me, "Man, you know I ain't getting involved."

6         21.    Now, I'm scared to leave my cell for my medication or to get my store

7    items.

8         I declare under penalty of perjury of the laws of the State of California and

9    the United States that the foregoing is true and correct.  Executed this September,

10   2011 in Los Angeles, California.

11                                         _____/s/_____

12                                         Anthony Brown

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

000215

**Declaration of Anthony Brown**

I, Anthony Brown, hereby declare:

1.     I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:   *AB*

2.     I am 52 years old ~~and I~~ ———————————————— and I am currently housed at Men's Central Jail ("MCJ") in Module 2400, which is the "hole" or the disciplinary unit.  My booking number is 2656244.

3.     On Monday, August 22, 2011, I was housed at MCJ, Module 3200, Row A, Cell 8.  The other inmates and I were called out of our cells for evening pill call, which usually occurs about 6 p.m.

4.     I walked out of my cell and out to the module into the main hallway on the 3000 floor. When the inmates go out for pill call, we are supposed to immediately face the wall and put our hands inside our pockets or waistband, which I did.  When I got out to the hallway, I saw more than 10 deputies standing around in the hallway, watching the inmates get our medication.

5.     As I was facing the wall to awaiting my turn to get my medication, I could hear the deputies talking, laughing and joking around.

6.     I then heard one of the deputies yell out, "Hey you!  Get over here!"  I didn't know who the deputy was talking to as I was facing the wall and couldn't see, so I stayed where I was, still waiting for my turn to get my pills.

7.     A deputy then grabbed me and threw me *over to the wall* on the opposite side.  I was taken off guard and shocked because I didn't know why the deputy was doing this to me.  The deputy who grabbed me was Hispanic, 6 feet tall and had a military type of crew cut. *I put my hands out to brace myself from hitting the wall AB*

8.     Another deputy then grabbed me by my Adam's apple.  I could hardly breathe when he did this because he was grabbing at my windpipe.  This deputy was also Hispanic and about 5'10".

9.     I tried to move to get my throat out of the deputy's grip and as soon

000216

1  as I did, the first deputy slammed me to the ground.

2  　　　10.　When I hit the ground, the two deputies and four others, three of

3  whom were Hispanic and the other was White, began punching and kicking me all

4  over my head and body.  I must have been punched at least 7-8 times, kicked 3-4

5  times during what felt like a long 30 seconds. *It hurt alot and it felt*

6  *like I was out on the* One of the *kicks* hit my teeth as I felt my front teeth

7  *streets and I'm getting beat up by thugs*
   being pushed back in towards the roof of my mouth. *It was so painful*

8  *I saw flashes in my vision*  . *I was so scared. I felt*

9  *like these deputies were trying to seriously hurt me*
   　　　11.　All I could do while I was being pummeled and kicked was to curl up

10  in a fetal position and try to cover up as much as possible.

11  　　　12.　Once the deputies stopped punching and kicking me, one of them

12  sprayed pepper spray into my mouth, eyes and throat.  The spray stung my eyes

13  and made it incredibly difficult for me to breathe.  The deputies then yelled at me,

14  "Quit resisting!  Quit resisting!  Quit resisting!"  I had no idea what they were

15  talking about.  I wasn't resisting.  I was curled up in a ball trying to protect myself.

16  　　　13.　The deputies then handcuffed me from behind.  When I looked

17  around the hallway, I didn't see any inmates in the hallway.  All I saw were

18  deputies standing around.  I felt very vulnerable and scared that the deputies were

19  going to start beating me up again.

20  　　　14.　I was taken to the medical clinic and the medical staff there saw my

21  teeth.  They said that I was going to need to go to the dentist.  I have yet to see the

22  dentist, however.

23  　　　15.　Once the medical staff were done examining me, a watch commander

24  came in with a video camera.  He was Hispanic, short and had a moustache.  He

25  asked me what happened and I told him that I was beat up by deputies.  The way

26  the watch commander was interviewing me, I felt like inmates getting beat up by

27  deputies was a routine thing. *I told the watch commander that I was*

28  *scared for my life and the watch commander kept asking what I did to provoke this incident and not caring or taking into account the seriousness of deputies beating up inmates.*

16.    I was then taken to the "hole" or the disciplinary unit, which is in ~~No~~

Module 2400. ~~I didn't Why I was going there because~~ nobody. The

deputies told me to take my shoes off, which I did, but I was scared to do that

because I just had my toenails removed a month ago and I was afraid that if I

walked around in the filthy jail, it would get infected.  Nonetheless, the deputies

had me walk to Module 2400 with no shoes.

17.    That night, I asked Custody Assistant ("CA") McDonald, who is

African American if I could have some shoes and toilet paper.  I needed the toilet

paper to wash off the pepper spray that was still on my face.  He refused and said

to me, "This is my house!"

18.    When I got into my cell, I tried to fix my teeth since the medical staff

didn't do anything.  I have a bridge of sorts that holds the front of my teeth

together, which are anchored by the two, front canine teeth.  One of the canine

teeth, the one on the left was knocked out, which loosened my front teeth.  I had to

wedge paper up into the loose space in the gum and reconnect my bridge, so that

my front teeth would be somewhat stable.  I can barely eat, let alone try to eat an

apple if one comes with my meal.

19.    On Wednesday, August 24, 2011, early in the morning about 6 a.m., a

Senior Deputy came by my cell.  He is Hispanic and about 5'8".  He took me to

Sergeant's Court, which is a type of hearing where inmates are supposed to get an

opportunity to tell their side of the story and then the sergeant or the Los Angeles

Sheriff's Department ("LASD") will then give them their disciplinary time. ~~I told~~

~~the Senior Deputy Sanchez and Custody Assistant~~  I

was given 29 days for fighting an officer. ~~when I told the other~~

20.    A few days later, I saw an African American deputy, who acts as a

module deputy, whom ~~I saw~~ while I was beaten.  I asked him why he didn't try to

\\\

\\\

[handwritten left margin: beating me up because I could get an "add" charge AB]

[handwritten right margin: told me that I was going into the "hole."]

[handwritten bottom: (Mego that I was beaten up by deputies. inmates about what happened, they told me I shouldn't have said anything about the deputies]

000218

1  do anything and he said to me, "Man, you know I ain't getting involved."

2  I declare under penalty of perjury of the laws of the State of California and

3  the United States that the foregoing is true and correct.  Executed this 4th day

4  of September, 2011 in Los Angeles, California.

5

6                                         Anthony Brown

7  Now, I'm scared to leave my cell for my

8  medication or to get my store items. AB

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

000219

# DECLARATION OF CURRENT PRISONER MR. H ROBERT CABALLERO

000220

**Declaration of Robert Caballero**

I, Robert Caballero, hereby declare:

1.   I make this declaration based on my own personal knowledge and if called on to testify I could and would do so competently as follows:

2.   I am 33 years old. I was arrested on November 7, 2009 and am currently housed in Mens Central Jail ("MCJ"), Module 1700, Row A, Cell 6. My booking number is 2121257.

3.   On or about January 15, 2011 I was waiting for my initial court hearing at the Los Angeles courthouse. I waited in the "tank" to be called in for court. The "tank" is the holding cell where they put all the inmates who are waiting to be called in to see the judge. When it was my turn, a deputy who appeared to be Mexican called me out of the tank. I walked out of the tank and the doors closed behind me.

4.   As we were walking out of the tank into the hallway that led to the courtroom, the Mexican deputy was walking behind me. For no reason, the deputy shoved me against the wall, put my hands behind my back,  and roughly twisted my hands. Then he grabbed my right arm while he was still behind me and yanked it backwards. I told him to stop and said, "you don't have to pull my arm." He responded, " don't tell me what to do!" and continued to twist my arm even tighter and handcuffed me.

5.   Then the deputy slammed me into the wall and down to the floor. While I was laying on the floor he started punching me with his right hand, closed fist, on my left side, and violently kicking me in the ribs. I don't know how many times he kicked me, but he was kicking me so hard that it felt like my ribs would break if he continued to kick me. Since I was handcuffed, I could not defend myself.

6.   Then three other deputies came: Deputy Salgado, an older white male, and two other deputies - a younger Mexican deputy, and a middle-aged Asian

1    deputy.

2         7.     Deputy Salgado was more aggressive than the others. He was

3    aggressively kicking me on my left side and punching me with a closed fist in my

4    face. The Mexican deputy who first handcuffed me put his arm around my neck

5    and choked me. While the officers were beating me, one of the deputies kept

6    shouting "what now!"  I told them to stop because I couldn't breathe, but they

7    continued to beat me for no reason. I laid on the floor, waiting for the beating to be

8    over, and I went unconscious.

9         8.     The next thing I remember is waking up next to a pile of blood that

10    was dripping from my face. Two of the deputies that were doing the beating were

11    writing down the incident. I don't remember who they were. And I don't know

12    what happened to the other two deputies.

13         9.     Another deputy, Deputy Jordan, was standing beside me looking at

14    the pool of blood trailing down my face and onto the floor. He asked the other

15    deputies, "where's all this blood coming from?" One of the deputies writing the

16    incident report replied, "he fell down."

17        10.    Deputy Jordan called the ambulance and I went with the emergency

18    medical technicians to the hospital. I was bleeding out of my eye and had serious

19    bruises around my rib cage and on my face. The doctors took Cat Scans of my

20    head. I needed six stitches on my right upper eye.

21        11.    Deputy Jordan was at the hospital with me to video tape the aftermath

22    of the beating with blood dripping down my face and my badly bruised body. I left

23    the hospital with a bruised left eye, bruised rib cage, and major cuts on my tongue

24    from biting it during the beating.

25        12.    I was released from the hospital that same day and was taken back to

26    MCJ. The medical staff came to see me to check on my bruises. They gave me

27    Motrin for the pain, but no amount of Motrin could've helped the emotional and

28    physical pain I experienced after this unjust and unnecessary beating.

000222

13.    Deputy Jordan apologized to me afterwards on behalf of all the deputies who beat me, but it didn't make up for the fact that I still had a black eye, stitches, and major bruising around my body. I felt extremely angry and violated. There was no reason for them to beat me.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct.  Executed August 2, 2011 in Los Angeles, California.

Robert Caballero

3

# DECLARATION OF CURRENT PRISONER MR. I CARLOS CACIQUE

000224

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

### Declaración de Carlos Cacique

Yo, Carlos Cacique, declaro lo siguiente:

1.     Yo hago esta declaración basada en mi propio conocimiento y si soy llamado para testificar yo podría y lo haría competentemente a lo siguiente:

2.     Yo he sido preso en el Twin Towers Correctional Facility desde el 2 de abril 2011. Estoy en el E Pod, Módulo 131. Mi número de preso es 2694389. Yo no hablo inglés. Todas las conversaciones que sostuve con  los Deputies y Custodial Assistants (C.A.) se llevaron a cabo en español.

3.     Mi  primer día en esta cárcel un C.A. me preguntó "¿Quién fue?" Yo supuse que se refería a quien fue la víctima de mi crimen. Yo le dije que fue la hija de una amiga. Cuando respondí, el C.A. me dio una patada en el trasero. La patada no me dolió mucho pero sí me sorprendió porque yo no pensé que los guardias podían golpear a los presos y no sabía porque me pateó. No fue hasta después de que pasó todo esto que me enteré que el "K-6Y" escrito en mi muñequera designa a los presos que se les acusa de crímenes sexuales.

4.     Como era mi primer día, todavía me estaban procesando como nuevo preso. Antes que el C.A. me llevara a la clínica para la inspección médica que le hacen a todos los nuevos presos, él me llevó a un cuarto en seguida de la clínica. Yo no estaba esposado pero aun así me aventó al cuarto; me caí y permanecí en el suelo.

5.     Mientras estaba en el suelo me el C.A. me gritó en español: "Te la querías chingar verdad, güey?" Yo le respondí que no, que sólo le di un beso. Aún en el suelo, el C.A. me pateó varias veces en la espalda. No recuerdo cuantas veces me pateó pero sí recuerdo una patada en particular. El C.A. me pateó en la espalda baja con suficiente fuerza para lanzarme a través del piso tres o cuatro pies. Después de esa última patada, el C.A. me levantó y me puso en una banca que estaba puesta en la pared. No recuerdo cómo me levantó; todo pasó tan rápido que no me fijé en esos pequeños detalles. Me puso boca abajo en la banca y me

empezó a dar varios codazos, no recuerdo cuantos, por toda mi espalda. El C.A.
terminó la golpiza dándome un último codazo en la costilla. Mientras me estaba
golpeando, el C.A. me llamaba "cobarde" en español.

6.      En ningún momento intenté pelear con el C.A. Yo sólo intenté
protegerme de sus golpes tapándome la cara. Después del último codazo, el C.A.
me levantó de la banca para que nos viéramos cara a cara. Entonces vino otro
deputy y me agachó la cabeza, no dejándome verle la cara al deputy ni volver a ver
al C.A que me golpeó. Después me llevaron a la enfermera.

7.      Yo mido 5 pies 6 pulgadas y peso 140 libras. El C.A. que me golpeó
era Latino, moreno, y tenía un corte de pelo tipo militar; medía más o menos 6 pies
y era muy corpulento. No sé cuanto medía pero ha de haber sido muy fuerte como
para levantarme en peso y haberme puesto en una banca. No pude ver al segundo
deputy; él me tenía la cabeza agachada todo el tiempo y lo único que puedo decir
es que era más bajo que el C.A. que me golpeó.

8.      La golpiza duró 5 minutos. Después de la golpiza tenía grandes
moretones en mi costilla que no desaparecieron por tres semanas. No podía
caminar a gusto por semanas. También tenía moretones en mi espalda y en el
cuello. Hasta la fecha, dos meses después de aquella golpiza, aún no puedo
agacharme o leer debido al dolor en mi cuello. Me duele desde el cuello hasta la
cabeza y creo que esto se debe a la golpiza que me dieron.

9.      Inmediatamente después de la golpiza el deputy me llevó a la
enfermería. Una de las enfermeras me preguntó porque me veía tan mal. Yo le
respondí que me habían golpeado los sheriffs y al oír esto, la enfermera paró la
inspeccion médica y no me dio medicamento.

10.     La golpiza fue muy difícil para mí. No sabía qué pensar. ¿Qué se hace
cuando la persona que se supone debe protegerte te golpea de tal manera? En una
de mis primeras audiencias con el juez yo fui temblando a la corte; temía que los
guardias me iban a golpear otra vez mientras me trasladaban a la corte. Desde ese

2

1  entonces yo evito hablar o mirar a los deputies. Tengo miedo que cualquier cosa

2  que yo haga los haga enojar y me vuelvan a golpear otra vez.

3      Yo declaro bajo la pena de perjurio de las leyes del Estado de California y

4  los Estados Unidos que lo previo es cierto y correcto. Ejecutado este día _12_ de

5  _Jul_, 2011 en Los Angeles, California.

6                          _Carlos  Cacique_
                           Carlos Cacique

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

000227

**Declaration of Carlos Cacique**

I, Carlos Cacique, hereby declare:

1.     I make this declaration based on my own personal knowledge and if called on to testify I could and would do so competently as follows:

2.     I have been an inmate at the Twin Towers Correctional Facility (TTCF) since April 2, 2011. I am in E Pod, Module 131. My booking number is 2694389. I do not speak English. All of my interactions with the deputies and Custodial Assistants (C.A.) described below were in Spanish.

3.     On my first day here, a C.A. asked me "Who was it?" I assumed he meant who was the person against whom I had committed a crime. I told him it was my friend's daughter. The C.A. then kicked me on my buttocks.  The kick wasn't particularly painful but it did surprise me because I didn't think deputies could hit inmates and I wasn't sure why he had kicked me. It was only until later, after I spoke with other inmates, that I realized the "K-6Y" on my wristband works as a sex offender classification

4.     Since it was my first day, I was still being processed as a new inmate. Before the C.A. took me to the clinic for the inspection everyone goes through, he took me into a room next to the clinic. I wasn't handcuffed but he still threw me into the room. I fell and remained on the ground.

5.     As I was on the floor, the C.A. yelled out in Spanish, "You wanted to fuck her didn't you?!" I replied that I did not and that I only gave her a kiss. While I was down on the floor, the C.A. kicked me several times all over my back. I did not count how many times he kicked me but I do remember one kick in particular. The C.A. kicked me in my lower back with enough force that I slid across the floor three or four feet. After he finished kicking me, the C.A. lifted me up and put me on a bench that ran along the room's wall. Everything happened so fast that I can't remember where he grabbed me. I just remember being lifted up and placed on the bench. The C.A. put me face down on the bench and hit me with his elbows

1  several times. Again, I cannot say exactly how many times he elbowed me, but it
2  was multiple times. He mostly hit me on my back and he finished off the beating
3  by elbowing me once in my ribcage. Throughout the beating, the C.A. called me a
4  coward in Spanish.

5      6.    At no point did I try to fight back; instead, I tried to shield myself
6  from the C.A.'s blows by covering my face. After the last elbow, the C.A.  lifted
7  me up off of the bench so that we stood face to face. Another deputy came into the
8  room, and put my head down so that I wouldn't see his face. Then they took me to
9  the nurse's office.

10      7.    I am 5'6" tall and weigh 140 pounds.  The C.A. who beat me was
11  Latino, of a dark complexion and had a short, military-style haircut; he was around
12  six feet tall and very muscular. I do not now how much he weighed but he was
13  obviously very strong to have lifted me up with his bare hands and put me on a
14  bench. I did not get a good look at the second deputy. He had my head down the
15  entire time and all I can really say is that he was shorter than the C.A.

16      8.    The beating lasted for about 5 minutes. Afterwards, I had large purple
17  bruises on my ribcage that did not go away for three weeks. I couldn't walk
18  comfortably for weeks. I also had welts on my back and on the back of my neck.
19  Even today, two months after the beating, I still feel pain when I bend over. I
20  cannot read more than two pages of a book because of the pain in my neck. I
21  believe all of this is a result of the beating I suffered.

22      9.    Immediately after the beating, the deputy sent me to the nurse's office
23  for an examination. A nurse asked me why I looked so bad. When I told her that
24  my injuries were the result of a deputy beating, the nurse stopped the examination
25  and did not give me any medication.

26      10.    The beating was very difficult for me. I did not know what to make of
27  it. What do you do when the person who is supposed to protect you beats you up
28  like that? After the beating I was terrified of the deputies. On one of my early

000229

1   court appearances I went to the courtroom trembling; I was afraid the guards

2   would beat me again on my way to the court. Since then on I avoid talking to or

3   looking at the deputies. I am afraid that any little thing that I do will set them off

4   and that they'll beat me again.

5        I declare under penalty of perjury of the laws of the State of California and

6   the United States that the foregoing is true and correct.  Executed this 12 day of

7   Jul, 2011 in Los Angeles, California.

8                                 Carlos Cacique

9                                   Carlos Cacique

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

000230

Declaration of Eloy Aguirre

I, Eloy Aguirre, hereby declare:

1.     I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.     I am fluent in Spanish and English, and am competent at translation.

3.     I translated into English the declaration of Carlos Cacique on July 5, 2011.  The translation is a true and complete representation of Carlos Cacique's statement.


I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct.  Executed this 12th day of July, 2011 in Los Angeles, California.


Eloy Aguirre

# DECLARATION OF CURRENT PRISONER MR. J ERIC CAMACHO

000232

**Declaration of Erik Camacho**

I, Erik Camacho, hereby declare:

1.      I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.      On Friday, November 12, 2010, I was arrested and taken to the Inmate Reception Center.

3.      I had a heart problem, and I complained of having chest pains. On November 14, 2010, I was transferred to the USC medical ward for four days.

4.      On November 18, 2010, I was in a hospital room. I was handcuffed and in a bed. I was hooked up to a cardiac machine, and an IV catheter.  In the morning, after breakfast, a nurse came into the room. She was escorted by a female deputy.  The nurse brought in water that I had requested earlier, and she placed it down on a tray next to my bed. The female deputy was Hispanic. She had a long ponytail and was wearing lots of makeup. She was approximately 5'1, and weighed approximately 135 pounds.

5.      I asked the nurse if I could have a blanket. She said "No, there aren't any." I told her that I had just seen them in a cart. I told her "You're a damn liar."

6.      The female deputy was standing next to the nurse.  The deputy picked up a full plastic cup of water and threw it in my face. The water was cold. There was ice in the cup.

7.      I told the deputy, "You fucking bitch. Why did you do that?" She responded, "You're lucky it was just cold water."

8.      I asked the deputy for her name and she stepped away, back toward the door.  I asked the nurse for her name. Her name badge was hanging from her neck.  The nurse threw her badge over her shoulder, toward her back. I could no longer see it. She was Asian, approximately 5'7. She had a very light complexion. She did not have any accent.

9.      I told the female deputy, "You stupid bitch. There's cameras in the corner that see exactly what you did. I'm gonna report you." She then laughed and walked off. She and the nurse left the room together.

10.      An hour later, Sergeant Lyle came to see me. I had not seen him before, but he

1 told me his name and I could see it on his badge.  He asked me what happened. I told him the

2 female deputy threw water on me. I said I wanted to file a complaint.

3      11.    He told me he would look into it. He asked my mother's name and wrote it down.

4 I do not know why he asked about my mother's name.  He then left the room.

5      12.    Approximately an hour later, I was transferred to county jail. I didn't expect to be

6 transferred. I was still supposed to get an ultra sound to check on my heart. I knew I still needed

7 that procedure because the day before the doctor had told me what else needed to be done. I

8 never got the ultra sound.

9      13.    Several officers that I had never seen before came in, and told me to get up. After

10 they took off my handcuffs, I sat up and they put me in a wheelchair. They then transferred me in

11 a vehicle back to the county jail. I was booked at the Inmate Reception Center. This was still

12 November 18, 2010.  I spent the night at IRC.

13      14.    I was then transferred to Men's Central Jail, 7100. I was still in the wheelchair

14 that they gave me from USC.  This was on November 19, 2010.

15      15.    On November 26, 2010, at approximately 7:00 p.m., it was time for pill call.  That

16 is the normal time for pill call.  A deputy yelled, "Pill call! Pill call!" I wheeled myself out of my

17 cell for the pill call. The nurse's station is up the hall, past several cells, right in front of the

18 officers' observation room.   I went to the nurse's station and locked the brakes on my

19 wheelchair.  I spoke to an Asian nurse and I said, "I'm feeling very claustrophobic. It's getting to

20 me. I need to be transferred into a bigger cell."

21      16.    A black female deputy was standing within two feet of the nurse.  There were

22 approximately five deputies standing around near the nurse's station.  Before the nurse said

23 anything, the black female deputy came up to me. I read her badge. Her name was Deputy

24 Pontonantos.  She walked behind me and grabbed my wheelchair by the handles. She swung me

25 around to push me back to my cell.  My brakes were locked.  I reached down to unlock my

26 brakes, as she was pushing on the chair. I felt someone punch me on the back of my head.  The

27 punch made my head go forward.  I turned my head around immediately, and she was the only

28 person standing right behind me.

2

stomped on my head.  During this time, I was on the floor, still in my collapsed wheelchair.

23.    At some point during the dragging, my shoes must have fallen off. When we got to my cell, I was no longer wearing them. Deputy Pontonantos had one of my shoes. She proceeded to slap me in the face with the shoe, six or seven times.  With the last slap, she threw the shoe at my face.  I felt that I was receiving kicks to my legs and my knees and my back.  One deputy kicked me between the legs, on my testicles. Then they all left the room.

24.    I lay on the floor in my cell, in the collapsed wheelchair.  A black trustee inmate, heavy set, told the deputies "You guys are a bunch of cowards."  The officers closed the door to my cell.

25.    I began yelling for help, saying "Man down! Man down!" I wanted help from one of the nurses. I heard a deputy say, "You dumb bitch get back to your job. We're custody. You're medical. This is none of your business."  I heard a female arguing with a male. I heard no response for about a half an hour. Then, I heard a male voice yelling at the female, "I know what you did you stupid bitch. Why did you run so quick to the elevator? What did you do? File a report, or talk to the watch commander?" The male voice sounded like Deputy Gomez, and the female voice sounded like the same Asian nurse. I heard the female voice respond, "I didn't do anything." The male voice said, "You're a damn liar. I saw you leave, running. Why were you running?" She said, "I have nothing to say to you. It's none of your business."

26.    Approximately a half hour later a deputy opened my cell and a different nurse came into my cell and gave me medication. I tried to tell her where I was hurting. She said, "Just take the medication and be quiet." She handed me the meds, left, and they closed the cell.

27.    About 15 minutes later, Deputy Pontonantos came into my cell. She said, "Are you gonna give me any more fucking problems?" I said, "No, I wasn't giving you no problems." She said, "Why did you want to go to another cell?" I told her "I don't want to talk to you," and she said, "I'll take you to another cell. Don't worry."  She said it mean, like in a threatening manner. She and the trustee that witnessed the beating picked me up and dragged me to a cell down the hall.  This was one of the three high power security cells.  They threw me into a bed. My new cell had no blankets and it was very cold.  I saw Deputy Pontonantos, then Deputy

4

000235

1    Gomez, then Deputy Icu look into my cell at some point after that.  That evening, a nurse brought

2    me a wheelchair.

3         28.     Later that night, I heard a female voice calling for Deputy Pontonantos.  I was in

4    my wheelchair. At the door, I lifted myself to the 12 inch by 12 inch window. I saw Deputy

5    Pontonantos open a cell door as a nurse was standing at the door. This other cell was across from

6    my cell and to the right, ten or 15 feet away from my cell.  Deputy Pontonantos started slapping

7    an old man who was sitting up in his bed. She was slapping him hard; I could see his head jerk

8    sideways each time she hit him, which was about six or seven times. After she finished slapping

9    him, the nurse went into the cell and gave him his medication.  The inmate was white, old, he

10   had grey hair and was in his 60's.

11        29.     That same evening, within an hour, I heard a female yelling for a deputy. I lifted

12   myself in my wheelchair again.  I saw an open cell door, and inside it, another elderly gentleman

13   in his late 60's in his bed.  I recognized that inmate as someone who was using a wheelchair the

14   day before, during pill call.  I could see a deputy leave the observation room and approach the old

15   man's cell. The old man said, "I can't get out of my wheelchair. Can I please get someone to help

16   me?"  The male deputy grabbed him by his shirt, dragged him out of his bed and into the

17   hallway. The deputy said, "You're gonna get off your ass one way or another."  The deputy was

18   Hispanic, 5'8 or 5'9, with a dark complexion and dark short hair that was slicked back.

19        30.     The following day, November 27, 2010, I got a visit from my mom.  I showed her

20   the bruising on my right side, on my knees, legs and on my thighs.  I had a swollen bruise near

21   my right abdomen that was the size of a football.  I told her everything that happened. I feared for

22   my life.  I showed her a sheet of paper with the names of the deputies involved. After visiting

23   was over, Deputy Johnson uncuffed me to release me from the visiting window. He wheeled me

24   outside and said, "Where's that other piece of paper at?" He leaned over and told me, "You better

25   learn to keep your mouth shut. I know what I'm telling you." He then wheeled me back to my

26   cell.

27        31.     Later that day, the pain increased. I started to get dizzy and got a nose bleed. I was

28   concerned because I have a blood condition, Thrombocytopenia, plateletpheresis, which reduces

5

000236

my platelet count and from which I can bleed to death, internally. I yelled "Man down, man down!" from my cell. It was late at night and the lights were out.  I heard a female tell a male "You need to open that door now." The voice sounded like the Asian nurse.  The male voice said, "Go to hell bitch. Get back to your little office. I am not opening that door. Fuck him. He deserves what he's getting."  The officer said, "It's not gonna be opened."  The nurse said, "I'm gonna call the county, someone in charge of custody."  The deputy said, "Do ahead, they're not gonna approve it."  I looked out my window and I could see her on a cell phone. She said, "That's okay, I'll call the state."  As she was dialing, the officer said, "The state's not gonna approve it either."  Eventually, a maintenance man came, with a machine that looked like a large power drill, that he later used to drill the locks off other cell doors. He did not use it on my cell. Deputy Pontonantos opened my door.  This was around 30 minutes to an hour after I initially began yelling.

      32.     Deputy Pontonantos grabbed my wheelchair and wheeled me to the nurse's station. At the nurse's station, they took measurements and documented all the injuries. Within 15 minutes, I was wheeled to twin towers. This was all in the middle of the night, lasting until early morning the next day. I saw a doctor who documented all my injuries. He asked about what happened. I began crying, and told him what happened. I was in so much pain. On a scale of one to ten, I would describe that pain as a ten.  A nurse called 911 and I was transported to LCMC. This was on November 28, 2010. At county hospital, they took measurements, gave me a CT scan from my feet to the top of my head, took pictures and took my measurements.

      I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct.  Executed this 28th day of January, 2011 in Los Angeles, California.

Erik Camacho

6

000237

# DECLARATION OF CURRENT PRISONER MR. K MICHAEL CAMPBELL

000238

**Declaration of Michael Campbell**

I, Michael Campbell, hereby declare:

1.        I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.        I am sixty years old. I weigh ~~200~~ *180* pounds and I have *high blood pressure and I suffer from back pains. I'm also six feet tall*.  I am currently housed at Twin Towers Correctional Facility ("TTCF") in Module 132, Pod E, Cell 3. My booking number is 2376955. ~~I am in the Los Angeles County Jail System ("LACJS") because~~

3.        On or about December 22, 2010 at about 10 p.m., I was at TTCF in Module 132, Pod E, Cell 10. I was sleeping in the 4-man cell with my other cell mates. There was a total of *3* inmates inside the cell with me.

4.        I saw a female deputy come into our cell and take a mattress out of the cell. She also grabbed and removed a towel. I don't know her name, but she is 5'7" tall, hair was in a bun, Hispanic and about 45 years old. I am approximately six feet tall.

5.        I asked her if she wanted mine too, thinking that she was going to take everyone's mattresses and towels.

6.        She didn't say anything to me and left the cell.

7.        I then saw Deputy Vasquez standing on the side outside of my cell. I hadn't noticed him there before.

8.        Deputy Vasquez told me to stand up with my hands behind my back and interlace my fingers. I complied and did what he asked me to do. He then told me to back out of the cell. As I was backing out of the cell, Deputy Vasquez grabbed my hands, squeezed and twisted my fingers really hard.

9.        Deputy Vasquez then told me so sit on the floor next to the tables in the pod's day room, which is next to the bathroom. I sat down and faced the wall. My hands were still behind me, interlaced.

10.        Deputy Vasquez then pressed his hands on my shoulder hard and pushed down

000239

1    with all his weight.  He then pressed his knee into my back with all his weight.

2    　　　11.    I looked back at him and he said, "Why are you fucking with the female

3    deputies?"

4    　　　12.    I asked him if he could stop leaning on my back because I have a bad back.

5    　　　13.    Deputy Vasquez pushed down even harder.  He then punched my head, alternating

6    using both of his fists what felt like 15 times, moved to my right side, punched my head several

7    more times and then moved to my left side and punched my head a few more times.  The punches

8    felt like *they were increasingly getting harder and faster. The punches*

9    *were so hard that I felt I was being hit with an object*

9    　　　14.    As Deputy Vasquez was punching me, the female deputy who had entered my cell

10   earlier put me in a choke hold for what seemed like a minute or so.  I was squirming around

11   trying to get out of the choke hold because I could hardly breathe. *At first I didnt know it was her*

*until the other inmates told me*

12   *later that it was the female deputy.*

12   　　　15.    Thirty to forty seconds later, I saw two deputies running into the module.

13   *After the female deputy loosened the choke hold, I heard a deputy*

13   　　　16.    One of the deputies told me to lay down with my hands behind my back.  I did

14   what he said.  I was handcuffed and taken through the Staging Area to the Attorney Room on our

15   module and was seated on one of the stools on the Inmate's side of the Attorney Room.  I was

16   then handcuffed to the stool.

17   　　　17.    Twenty minutes later, I was escorted to the clinic by the two deputies who had run

18   in the module.  I don't know who the deputies were, but one of them was short, around his 20-

19   30's and Hispanic.

20   　　　18.    I was at the clinic for ten minutes before two senior deputies interviewed me on

21   camera and one of them asked me what happened.  I told them what I described above.  One of

22   the senior deputies then asked me what position I was in.  I told him that I was on the floor with

23   my hands, interlaced, behind my back.  One of the senior deputies then asked, "He started hitting

24   you even though your hands were behind your back?"  I told them that he did.  I don't know their

25   names, but one of them was White, short, with his hair combed to the side.  The other one was

26   African-American, chubby, 5'7" tall and wore glasses.

27   　　　19.    Twenty minutes later, I was taken to TTCF Tower 2's Medical Clinic where I

28   received x-rays.

2

000240

20.     I was then escorted back to the Attorney Room on my module and handcuffed to the stool again.

21.     I sat there for 15 minutes before Deputy Lee told me to go back my cell.  I went back to my cell.

22.     Two days later, *a deputy* came to my cell and told me to stand up and put my hands behind my back.  I complied.  I was then handcuffed and escorted to the "hole" or to the disciplinary module. *I don't know his name, but he was white, 5'8" with short, blonde hair. The deputy asked me what I had done and I didn't*

23.     When I got to the "hole", I was taken to an office near by and was interviewed by a sergeant.  I don't know his name, but he was around 50-55 years old, had a beard, was heavy set and was White.  He told me that I was going to the "hole" for an assault on a deputy.

24.     *Ten days later,* After I got out of the "hole", I was escorted to a table that's in the module's Staging Area.  A sergeant told me that Deputy Vasquez had filed assault charges on me because I had elbowed him and used profanity.  I told him that there was a camera and if they reviewed it, they could see that I didn't elbow him, but would see Deputy Vasquez beating me up.  The sergeant told me, "It's probably not working and anyway, the DA may not take it."

25.     Because Deputy Vasquez assaulted me, I suffered an enormous amount of pain to my back, neck, the left side of my temple and had bruises and knots on my head and forehead. *I also had bruises around my* was given Motrin for the pain, but I can't take it because it gives me stomach problems. *Am in wrist cuffs being on tight.*

26.     As of today, *I don't know if I've been charged with anything. I haven't been approached by anyone to tell me anything about the charge.*

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct.  Executed this *20th* day of April, 2011 in Los Angeles, California.

*Michal Campbell*

Michael Campbell

*After the incident occurred, the other inmates told me that there was a camera near where the beating took place. The inmates told me that if the deputy lied about beating me they could just review the tape. This is how I know about the camera.*

*respond. He said to me, "Fuckin' punk."*

3

000241

**Declaration of Michael Campbell**

I, Michael Campbell, hereby declare:

1.     I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.     I am sixty years old.  I weigh 180 pounds and I have high blood pressure and I suffer from back pains.  I'm also six feet tall.  I am currently housed at Twin Towers Correctional Facility ("TTCF") in Module 132, Pod E, Cell 3.  My booking number is 2376955.

3.     On or about December 22, 2010 at about 10 p.m., I was at TTCF in Module 132, Pod E, Cell 10.  I was sleeping in the 4-man cell with my other cell mates.  There was a total of 3 inmates inside the cell with me.

4.     I saw a female deputy come into our cell and take a mattress out of the cell.  She also grabbed and removed a towel.  I don't know her name, but she is 5'7" tall, hair was in a bun, Hispanic and about 45 years old.  I am approximately six feet tall.

5.     I asked her if she wanted mine too, thinking that she was going to take everyone's mattresses and towels.

6.     She didn't say anything to me and left the cell.

7.     I then saw Deputy Vasquez standing on the side outside of my cell.  I hadn't noticed him there before.

8.     Deputy Vasquez told me to stand up with my hands behind my back and interlace my fingers.  I complied and did what he asked me to do.  He then told me to back out of the cell.  As I was backing out of the cell, Deputy Vasquez grabbed my hands, squeezed and twisted my fingers really hard.

9.     Deputy Vasquez then told me so sit on the floor next to the tables in the pod's day room, which is next to the bathroom.  I sat down and faced the wall.  My hands were still behind me, interlaced.

10.     Deputy Vasquez then pressed his hands on my shoulder hard and pushed down with all his weight.  He then pressed his knee into my back with all his weight.

11.     I looked back at him and he said, "Why are you fucking with the female

1    deputies?"

2         12.    I asked him if he could stop leaning on my back because I have a bad back.

3         13.    Deputy Vasquez pushed down even harder. He then punched my head, alternating

4    using both of his fists what felt like 15 times, moved to my right side, punched my head several

5    more times and then moved to my left side and punched my head a few more times. The punches

6    felt like they were increasingly getting harder and faster. The punches were so hard that I felt

7    like I was being hit with an object.

8         14.    As Deputy Vasquez was punching me, the female deputy who had entered my cell

9    earlier put me in a choke hold for what seemed like a minute or so. I was squirming around

10   trying to get out of the choke hold because I could hardly breathe. At first I didn't know it was

11   her until the other inmates told me later that it was the female deputy.

12        15.    After the female deputy loosened the choke hole, I heard one of the deputies tell

13   me to lay down with my hands behind my back. I did what he said. I was handcuffed and taken

14   through the Staging Area to the Attorney Room on our module and was seated on one of the

15   stools on the Inmate's side of the Attorney Room. I was then handcuffed to the stool.

16        16.    Twenty minutes later, I was escorted to the clinic by the two deputies who had run

17   in the module. I don't know who the deputies were, but one of them was short, around his 20-

18   30's and Hispanic.

19        17.    I was at the clinic for ten minutes before two senior deputies interviewed me on

20   camera and one of them asked me what happened. I told them what I described above. One of

21   the senior deputies then asked me what position I was in. I told him that I was on the floor with

22   my hands, interlaced, behind my back. One of the senior deputies then asked, "He started hitting

23   you even though your hands were behind your back?" I told them that he did. I don't know their

24   names, but one of them was White, short, with his hair combed to the side. The other one was

25   African-American, chubby, 5'7" tall and wore glasses.

26        18.    Twenty minutes later, I was taken to TTCF Tower 2's Medical Clinic where I

27   received x-rays.

28        19.    I was then escorted back to the Attorney Room on my module and handcuffed to

2

1   the stool again.

2       20.     I sat there for 15 minutes before Deputy Lee told me to go back my cell.  I went

3   back to my cell.

4       21.     Two days later, a deputy came to my cell and told me to stand up and put my

5   hands behind my back.  I complied.  I was then handcuffed and escorted to the "hole" or to the

6   disciplinary module.  I don't know his name, but he was White, 5'8" with short, blonde hair.  The

7   deputy asked me what I had done and I didn't respond.  He said to me, "Fuckin' punk."

8       22.     When I got to the "hole", I was taken to an office near by and was interviewed by

9   a sergeant.  I don't know his name, but he was around 50-55 years old, had a beard, was heavy

10  set and was White.  He told me that I was going to the "hole" for an assault on a deputy.

11      23.     Ten days later, I got out of the "hole", I was escorted to a table that's in the

12  module's Staging Area.  A sergeant told me that Deputy Vasquez had filed assault charges on me

13  because I had elbowed him and used profanity.  I told him that there was a camera and if they

14  reviewed it, they could see that I didn't elbow him, but would see Deputy Vasquez beating me

15  up.  The sergeant told me, "It's probably not working and anyway, the DA may not take it."

16  After the incident occurred, the other inmates told me that there was a camera near where the

17  beating took place.  The inmates told me that if the deputy lied about beating me they could just

18  review the tape.  This is how I knew about the camera.

19      24.     Because Deputy Vasquez assaulted me, I suffered an enormous amount of pain to

20  my back, neck, the left side of my temple and had bruises and knots on my head and forehead.  I

21  also had bruises around my wrist from the handcuffs being on too tight.  I was given Motrin for

22  the pain, but I can't take it because it gives me stomach problems.

23      25.     As of today, I don't know if I've been charged with anything.  I haven't been

24  \ \ \

25  \ \ \

26  \ \ \

27  \ \ \

28  \ \ \

3

1    approached by anyone to tell me anything about the charge.

2         I declare under penalty of perjury of the laws of the State of California and the United

3    States that the foregoing is true and correct.  Executed this 20th day of April, 2011 in Los

4    Angeles, California.

5                                         _____/s/_____

6                                         Michael Campbell

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

000245

# DECLARATION OF CURRENT PRISONER MR. L MICHAEL CAMPBELL

000246

# DECLARATION OF MICHAEL CAMPBELL

I, Michael Campbell, hereby declare:

1.     I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.     I have been an inmate in the LA County jails for the past 13 months, and I am currently housed at the Twin Towers Correctional Facility ("TTCF") in Module 132, Pod E, Cell 3. I am 60 years old, and 5 feet, 10 inches tall. My booking number is 2376955.

3.     I am submitting this declaration to describe retaliation I have faced from Los Angeles County sheriff's deputies after speaking with and submitting a declaration to the American Civil Liberties Union ("ACLU") about my own experience of assault by a deputy in jail.

4.     I spoke with Ms. Esther Lim from the ACLU Jails Project in early April 2011. On April 20, 2011, I signed a declaration reporting that Deputy Vasquez had assaulted me, and that I had suffered pain to my back and neck, and injuries to my temple and forehead as a result.

5.     Since filing and signing the declaration with the ACLU, I believe I and the other inmates in my pod have faced retaliation from deputies for my cooperation with the ACLU. Shortly after Ms. Lim's visits, Deputy Banuelos – whom I had never spoken to before – told me he was going to make my life miserable. Deputy Banuelos is Hispanic, taller than 6 feet, about 200 pounds, bald, and looks to be in his mid-30s.

6.     I also believe that he has directed other deputies to make life difficult for me and other men in my pod.

7.     I do not know for certain if the deputies' actions following my declaration are retaliation or not, but my living conditions started to change for the worse several days after I spoke with the ACLU, and shortly after Deputy

1

000247

1  Banuelos told me he was going to make my life miserable.

2      8.    I cannot help but think that my cooperation with the ACLU had

3  something to do with the changes. It's like when you have a stream flowing

4  steadily, and you have a rock thrown into that stream that interrupts the flow.

5  Things were flowing just fine before I spoke with the ACLU and provided my

6  declaration, and, now, it seems like a rock has changed that.

7      9.    What I perceive as retaliation from the deputies for my cooperation

8  with the ACLU can best be measured by comparing my living conditions in my

9  pod prior to submitting my declaration to my living conditions after submitting

10  my declaration.

11     10.   Prior to my declaration, there were dayroom sleepers within my pod,

12  and I and the other men in my pod had access to television after the evening count

13  up to 11 p.m. because of the dayroom sleepers. Dayroom sleepers are beds located

14  within the dayroom reserved for inmates who are considered low security risks.

15  As long as there are dayroom sleepers within the pod, other inmates within the

16  pod have access to three hours of television. Now, deputies have removed the

17  dayroom sleepers, and whenever we want access to the television, the deputies tell

18  us that the television is broken.

19     11.   Prior to my declaration, the evening searches of cells within my pod

20  were fairly infrequent, occurring maybe two or three times a week. Now, the

21  frequency of searches of our cells has increased, with deputies conducting a

22  search almost every night.

23     12.   The deputies have also been specifically targeting me during

24  searches. Prior to talking with the ACLU and signing a declaration, deputies never

25  looked through my documents or disturbed my personal items within my cell.

26  Now, they are searching my personal items about once a week. Recently, on or

27  about July 26, deputies conducted a search of my cell, and, when I returned after

28  being ordered out, my legal documents were strewn all over the floor. Deputies

000248

1  had also smashed and scattered my commissary items, which I had purchased with

2  the little money I have. Since I am a pro per inmate, it is my understanding that

3  deputies are not allowed to take or look at my legal documents, which they clearly

4  did during this particular search.

5      13.    Prior to my declaration, Deputy Juarez would sometimes leave lights

6  on all night – averaging about once a week – making it difficult for me and other

7  inmates to get to sleep. However, since the declaration, the number of times that

8  she leaves the light has increased, with the lights remaining on whenever she is

9  scheduled to work, about five or six times a week.

10     14.    Since signing and submitting my declaration, it is taking much longer

11 for deputies to fix the toilets in my pod. Prior to my contact with the ACLU, when

12 I had problems with the toilets on two or three occasions, deputies would fill out a

13 work order and the problem would be fixed the following day. Now, however, jail

14 staff have taken anywhere from several days to more than a week to fix toilets in

15 my pod.

16     15.    What the ACLU and those who have never been inmates in the

17 county jails need to understand is that what I perceive as retaliation is not

18 comprised of big, drastic events. The retaliation occurs with small, subtle changes

19 that can make a difference for the jail experience of inmates like me whose lives

20 are ruled by and who rely on the regularity and rigidity of jail schedules and

21 practices. Things that seem relatively trivial outside the jails – like access to a

22 television – are small luxuries for inmates like me, because our freedom and

23 access to comforts are severely restricted. Consequently, when sheriff's deputies

24 deprive us of these conveniences, the effect is a major one for inmates like me.

25     16.    While the changes instituted by deputies after I submitted and signed

26 my declaration may seem small to someone outside the jails system, the changes

27 are significant enough to make me think first before saying anything critical about

28 the administration of the jails. It makes me more hesitant to speak up, though I am

000249

1   nonetheless speaking up now because what the deputies are doing to me is wrong.

2       I declare under penalty of perjury of the laws of the State of California and

3   the United States that the foregoing is true and correct to the best of my

4   knowledge and belief.  Executed this ___/___ day of August 2011 in Los Angeles,

5   California.

6

7

8                                                    Michael Campbell

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

000250

# DECLARATION OF MICHAEL CAMPBELL

I, Michael Campbell, hereby declare:

1.      I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.      I have been an inmate in the LA County jails for the past 13 months, and I am currently housed at the Twin Towers Correctional Facility ("TTCF") in Module 132, Pod E, Cell 3. I am 60 years old, and 5 feet, 10 inches tall. My booking number is 2376955.

3.      I am submitting this declaration to describe retaliation I have faced from Los Angeles County sheriff's deputies after speaking with and submitting a declaration to the American Civil Liberties Union ("ACLU") about my own experience of assault by a deputy in jail.

4.      I spoke with Ms. Esther Lim from the ACLU Jails Project in early April 2011. On April 20, 2011, I signed a declaration reporting that Deputy Vasquez had assaulted me, and that I had suffered pain to my back and neck, and injuries to my temple and forehead as a result.

5.      Since filing and signing the declaration with the ACLU, I believe I and the other inmates in my pod have faced retaliation from deputies for my cooperation with the ACLU. Shortly after Ms. Lim's visits, Deputy Banuelos – whom I had never spoken to before – told me he was going to make my life miserable. Deputy Banuelos is Hispanic, taller than 6 feet, about 200 pounds, bald, and looks to be in his mid-30s.

6.      I also believe that he has directed other deputies to make life difficult for me and other men in my pod.

7.      I do not know for certain if the deputies' actions following my declaration are retaliation or not, but my living conditions started to change for the worse several days after I spoke with the ACLU, and shortly after Deputy

1

000251

1    Banuelos told me he was going to make my life miserable.

2         8.    I cannot help but think that my cooperation with the ACLU had
3    something to do with the changes. It's like when you have a stream flowing
4    steadily, and you have a rock thrown into that stream that interrupts the flow.
5    Things were flowing just fine before I spoke with the ACLU and provided my
6    declaration, and, now, it seems like a rock has changed that.

7         9.    What I perceive as retaliation from the deputies for my cooperation
8    with the ACLU can best be measured by comparing my living conditions in my
9    pod prior to submitting my declaration to my living conditions after submitting
10   my declaration.

11        10.   Prior to my declaration, there were dayroom sleepers within my pod,
12   and I and the other men in my pod had access to television after the evening count
13   up to 11 p.m. because of the dayroom sleepers. Dayroom sleepers are beds located
14   within the dayroom reserved for inmates who are considered low security risks.
15   As long as there are dayroom sleepers within the pod, other inmates within the
16   pod have access to three hours of television. Now, deputies have removed the
17   dayroom sleepers, and whenever we want access to the television, the deputies tell
18   us that the television is broken.

19        11.   Prior to my declaration, the evening searches of cells within my pod
20   were fairly infrequent, occurring maybe two or three times a week. Now, the
21   frequency of searches of our cells has increased, with deputies conducting a
22   search almost every night.

23        12.   The deputies have also been specifically targeting me during
24   searches. Prior to talking with the ACLU and signing a declaration, deputies never
25   looked through my documents or disturbed my personal items within my cell.
26   Now, they are searching my personal items about once a week. Recently, on or
27   about July 26, deputies conducted a search of my cell, and, when I returned after
28   being ordered out, my legal documents were strewn all over the floor. Deputies

2

had also smashed and scattered my commissary items, which I had purchased with the little money I have. Since I am a pro per inmate, it is my understanding that deputies are not allowed to take or look at my legal documents, which they clearly did during this particular search.

13.     Prior to my declaration, Deputy Juarez would sometimes leave lights on all night – averaging about once a week – making it difficult for me and other inmates to get to sleep. However, since the declaration, the number of times that she leaves the light has increased, with the lights remaining on whenever she is scheduled to work, about five or six times a week.

14.     Since signing and submitting my declaration, it is taking much longer for deputies to fix the toilets in my pod. Prior to my contact with the ACLU, when I had problems with the toilets on two or three occasions, deputies would fill out a work order and the problem would be fixed the following day. Now, however, jail staff have taken anywhere from several days to more than a week to fix toilets in my pod.

15.     What the ACLU and those who have never been inmates in the county jails need to understand is that what I perceive as retaliation is not comprised of big, drastic events. The retaliation occurs with small, subtle changes that can make a difference for the jail experience of inmates like me whose lives are ruled by and who rely on the regularity and rigidity of jail schedules and practices. Things that seem relatively trivial outside the jails – like access to a television – are small luxuries for inmates like me, because our freedom and access to comforts are severely restricted. Consequently, when sheriff's deputies deprive us of these conveniences, the effect is a major one for inmates like me.

16.     While the changes instituted by deputies after I submitted and signed my declaration may seem small to someone outside the jails system, the changes are significant enough to make me think first before saying anything critical about the administration of the jails. It makes me more hesitant to speak up, though I am

3

nonetheless speaking up now because what the deputies are doing to me is wrong.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct to the best of my knowledge and belief.   Executed this 1 day of August 2011 in Los Angeles, California.


_____/s/_____

Michael Campbell

4

000254