# DECLARATION OF CURRENT PRISONER MR. M ALBERTO CARRERAS

000255

**Declaración de Alberto Carreras**

Yo, Alberto Carreras, declaro lo siguiente:

1.     Yo hago esta declaración basado en mi propio conocimiento y si fuera llamado a testificar podría y lo haría competentemente de esta manera:

2.     Yo soy preso en el sistema de cárceles del Condado de Los Angeles desde 27 de agosto, 2010 hasta el 10 de junio 2011 cuando me trasladaron a North Kern State Prison. Cuando estaba en Men's Central Jail me tenían en el 7100 block; la sala médica de la cárcel. Mi número de preso era 2456033. Me tenían en la sala médica porque padezco de piedras en los riñones; a causa de esto traigo puesto un catéter. Es obvio que tengo un catéter; se ve a primera vista.

3.     Yo hablo inglés. Puedo entender órdenes básicas y sostener conversaciones simples pero me siento más cómodo hablando en mi primera lengua, el español.

4.     El 1 de marzo 2011, o una fecha cercana, yo caminaba a mi celda de regreso de la biblioteca legal. No alcancé llegar a la hora de comida así que le pregunté al Deputy Sánchez si podía darme un plato de comida. La comida nos la sirven desde un carrito el cual ubican cerca de las regaderas al fin de un pasillo que queda en medio de dos diferentes secciones de la cárcel. Deputy Sánchez no quería que los otros presos pensaran que yo comí dos veces; me dijo que fuera a agarrar un plato y que comiera allí mismo.

5.     Fui al carrito y le pregunté a un Trustee que si podía  agarrar un plato. El me respondió, "Yeah, go ahead." Cuando me iba a sentar a comer, otro Trustee, llamado Jefferson, me preguntó en una manera brusca e ofensiva, "Who are you?!" Yo le respondí, "If you have a problem, tell it to the guard; I have permission to be here." Como Jefferson me habló en voz alta, la Deputy Smith vino al área donde estábamos desde otra sección y me empezó a gritar: "What the fuck do you think you're doing?!" Entonces Smith me pegó en los brazos para que se me cayera el plato de comida y me torció los brazos detras de mi espalda. Yo le contesté "Ms. Smith, Deputy Sanchez told me to come and eat. I have permission to be here! Ella contestó, "Shut up!

6.     En ese momento el Deputy Johnson entró al pasillo y me agarró por el cuello. Johnson hizo estrellar mi cara contra la pared y me hizo abrir las piernas y las manos, torciéndomelas en la espalda y empujándome las manos hacia arriba contra la pared. Deputy

1   Smith me pegó tres veces en mi cara y en mi cabeza mientras que Johnson me pegó varias veces

2   en las piernas. No me acuerdo si me pegaron con puño cerrado o no. Sí sé que no usaron sus

3   linternas como los he visto hacer en otras ocasiones.

4         7.    Mientras me golpeaban yo les suplicaba, "Why are you doing this to me? I have

5   permission to be here!" Continué protestando y varias veces durante la golpiza los deputies me

6   respondieron: "Shut up you son of a bitch!" "Shut up you fucking fagot!" "I don't give a fuck

7   about your catheter!" y me continuaron golpeando.

8         8.    Los dos guardias me habían acompañado al baño varias veces antes y sabían que

9   yo tengo un catéter. Cuando Deputy Johnson me pegó en las piernas me dolió muchísimo. Yo

10   puedo sentir cualquier presión en la parte baja del cuerpo hasta adentro del pene donde está

11   puesto el catéter. En una escala de uno a diez, el dolor que sentí fue un ocho. Sentí dolor dos días

12   después de la golpiza y sangré de mi pene.

13         9.    Después de que me golpearon, los deputies me ordenaron que regresara a mi

14   celda. Caminé a mi celda llorando; sentí la injusticia de ser golpeado por razón alguna. Tenía

15   miedo de lo que me podría pasar después porque al parecer los guardias pueden golpear a los

16   reos por cualquier motivo cuando ellos quieran.

17         10.   El día siguiente, la deputy Smith pasó por mi celda. Le pregunté por qué me había

18   golpeado el día anterior y ella solo respondió: "Take it as a bad experience" y siguió caminando.

19   Todavía temo a los deputies y ahora soy más cauteloso al cruzarlos.

20   Yo declaro so pena de perjurio bajo las leyes del estado de California y los Estados Unidos que lo

21   antedicho es cierto y correcto. Suscrito este *27 de JULIO* 2011 en Delano, California.

22   \ \ \

23

24                                 **Alberto Carreras**

25

26

27

28

000257

**Declaration of Alberto Carreras**

I, Alberto Carreras, hereby declare:

1.      I make this declaration based on my own personal knowledge and if called on to testify I could and would do so competently as follows:

2.      I was an inmate of the Los Angeles County Jail system from August 27, 2010 until June 10, 2011 when I was released to North Kern State Prison. While at Men's Central Jail, I was housed in the 7100 block, the medical ward. My booking number was 2456033. I was in the medical ward because I have kidney stones; because of this I have a catheter attached to my lower body. It is obvious that I have a catheter; it is visible on first sight.

3.      I do speak English. I can understand basic commands and hold simple conversations, but I am much more comfortable in my native language, Spanish.

4.      On or about March 1, 2011, I walked back to my cell from the law library. I had missed meal time so I asked Deputy Sanchez if I could have a tray of food from the cart. The food cart gets placed near the showers, at the end of a hallway in between two different housing sections. Deputy Sanchez didn't want the other prisoners to think I was being allowed to eat twice, so he told me to get a tray at the cart and eat it there.

5.      I went to the food cart and asked the trustee if I could grab a tray. He said, "Yeah, go ahead." As I was about to sit down to eat, another trustee named Jefferson asked me in a loud, offensive, and impolite way, "Who are you?!" I replied, "If you have a problem tell it to the cop; I have permission to be here." Since Jefferson spoke loudly, Deputy Smith came into the cart area from another section and began screaming at me, "What the fuck do you think you're doing?!" Deputy Smith then hit me on my arms to knock the tray of food out of my hands and she twisted my arms behind my back.. I said, "Ms. Smith, Deputy Sanchez told me to come and eat. I have permission to be here!" Deputy Smith replied, "Shut up!"

6.      At that point Deputy Johnson ran in to the hallway and grabbed me by the collar. Deputy Johnson slammed my face against the wall, and spread my legs and my arms against the wall. Deputy Smith then hit me three times on my face and head while Deputy Johnson hit me several times on my legs. I do not recall if they hit me with closed fists or not. I do know that

000258

1    they did not use their flashlights as I have seen them do to inmates on other occasions .

2        7.    As they were beating me I called out, "Why are you doing this to me? I have

3    permission to be here!" I continued to protest and at various points during the beating, the

4    deputies yelled back at me,: "Shut up you son of a bitch!" "Shut up you fucking faggot!" "I don't

5    give a fuck about your catheter!" and continued beating me.

6        8.    Both deputies had escorted me to the bathroom before and were well aware that I

7    have a catheter. When Deputy Johnson hit me on my legs it was extremely painful. I can feel any

8    external pressure on my lower body all the way through my penis where my catheter is attached.

9    On a scale of one to ten, I would rate the pain from the beating an eight. I felt the pain for two

10   days afterward and even bled from my penis.

11       9.    After they beat me, the deputies ordered me back to my cell. I walked back to my

12   cell crying; I felt violated at the injustice of being beaten for no reason. I was afraid of what could

13   happen next, since apparently, deputies could now beat you for no reason whenever they wanted.

14       10.    The next day, Deputy Smith came by my cell. I asked her why she hit me the day

15   before and she said "Take it as a bad experience" and walked away. I am still afraid of the

16   deputies and I am much more careful about crossing them.

17       I declare under penalty of perjury of the laws of the State of California and the United

18   States that the foregoing is true and correct.  Executed this _27_ day of _July_, 2011 in Delano,

19   California.

20   \ \ \

21

22                                                         **Alberto Carreras**

23

24

25

26

27

28

                                        2

000259

Declaration of Eloy Aguirre

I, Eloy Aguirre, hereby declare:

1.      I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.      I am fluent in Spanish and English, and am competent at translation.

3.      I  translated into English the declaration of Alberto Carerras on July 18, 2011. The translation is a true and complete representation of Alberto Carerras's statement.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct.  Executed this 18th day of July, 2011 in Los Angeles, California.


Eloy Aguirre

# DECLARATION OF CURRENT PRISONER MR. O CHARLES CELESTINE

000261

## Declaration of Charles Celestine

I, Charles Celestine, hereby declare:

1.      I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.      I am forty-six years old.  I am currently housed in Module 141, Pod A of Twin Towers Correctional Facility ("TTCF").  I have been an inmate in the Los Angeles County Jails for two months.  My booking number is 2786720.

3.      The module I live in is a dorm for deaf and/or blind inmates.

4.      I am missing my left eye and have vision problems in my right eye.  I wear a prosthetic left eye.  I also wear eyeglasses, but the glasses I used on the streets were thrown away during a cell search inside the jail.  I now only have a pair of thin red plastic-framed glasses from the Inmate Commissary that are missing the right temple and are the wrong prescription.

5.      A nurse with a medical cart comes through the pod twice a day.  The nurse provides a small cup of saline solution for me to rinse my prosthetic eye.  Sometimes the nurse does not come twice a day or refuses to provide me with saline solution, so I do not always get to rinse my prosthesis.

6.      I rinse the eye with saline solution in the morning or early afternoon and again in the evening.  When I receive a cup of saline solution, I take my eye out, rinse it, then immediately put it back in.  Rinsing the eye takes less than a minute.  I wear my prosthesis all day, and the only time I take it out is when I rinse it.

7.      Inmates are served lunch after the medical cart comes to the pod, which is right after I rinse my eye.  When lunch is called, inmates are supposed to line up to receive their food.

8.      On Tuesday, July 12, 2011, between 7 a.m. and 8 a.m. the medical cart came to the pod, and I rinsed my prosthesis.  I was expecting to eat lunch after rinsing my eye.

9.     But on this Tuesday the deputies did not have us line up for lunch, but instead told everyone in the pod to go to the outdoor recreation area.  While I was in the outdoor area, deputies told me and another inmate named Oscar to return to our cells for a search.

10.     When I got back to my cell, I saw that two male deputies, Deputies Becerra and Negrete, and a female deputy, Deputy Alvarez, were in my cell.  One of the male deputies slammed me up against my cell wall during the search.  I could not tell which deputy it was because I was facing the wall and have poor vision in my one eye, but I knew it was one of the male deputies because of his voice.

11.     I did not realize it at the time but my prosthetic eye popped out when my body hit the wall.  The deputies finished searching my cell and then allowed me to go downstairs for lunch.

12.     I did not know I was missing my prosthetic left eye until later on in the day when another inmate asked me, "Where's your eye, Charlie?"  Some other inmates commented about my eye earlier, but I thought they were joking.  There are no mirrors in the module so I would never be able to see a reflection of myself.  I put my hand up to my left eye and felt that there was nothing where my eye was supposed to be.

13.     I have been unable to find my prosthetic eye since that day.  I have nothing to put in my left eye socket now, and it has grown painful since there has been no prosthetic in place.  I have frequent headaches, sharp pains around the socket and brow and behind my left ear.  I also believe that not having the prosthetic in is slowly deforming my face because there is nothing to hold the skin up surrounding the eye.

14.     I requested an appointment with an eye doctor after the July 12, 2011, incident, and on July 22, 2011, I saw the jail ophthalmologist.  He wrote out an eyeglass prescription for me but did not provide me with a new left eye prosthetic.

2

1   He also prescribed tear drops for my right eye because he said I had dry eye. The
2   tear drops have made no difference in my right eye, and I had not sought the
3   appointment for my right eye.

4         15.   I can not use the copy of the eyeglass prescription since no one will
5   pay for my new eyeglasses. The only way inmates can fill their eyeglass
6   prescriptions they receive inside the jails is to somehow communicate the
7   prescription to a family member or friend who will then take it upon themselves to
8   fill and pay for the prescription outside of the jail. That person then has to mail
9   the eyeglasses back to the inmate.

10        16.   Even if family or friends mails eyeglasses to an inmate inside the
11  jails, deputies can throw them away during searches, and we are again forced to go
12  without eyeglasses. I believe this is what happened to the eyeglasses I brought
13  with me to jail because they were no longer in my cell after a cell search. Jail
14  personnel have never returned them.

15        17.   On July 31, 2011, I placed a pink complaint form in the jail complaint
16  box for the incident on July 12th where a deputy hit me and knocked out my
17  prosthetic eye and, during a different search on another day, for throwing away
18  documents I received from the ACLU about my eye. Deputies have not yet
19  responded to my complaint.

20  ///

21        I declare under penalty of perjury of the laws of the State of California and
22  the United States that the foregoing is true and correct. Executed this 26th day of
23  August, 2011, in Los Angeles, California.

24
25
26
27                                         Charles Celestine
28

3

# DECLARATION OF CURRENT PRISONER MR. P

# MICHAEL CERVANTES

000265

### Declaration of Michael Cervantes

I, Michael Cervantes, hereby declare:

1.      I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.      On Monday December 6, 2010, I was housed in the 2400 facility at Men's Central Jail ("MCJ"). During the afternoon, the deputies informed us it was our shower time. The other inmates and I took our showers, finished, and lined up in the showers as we normally do at the end of shower time.

3.      A deputy told us to walk back to our cells; I was fifth in line. The deputy is of Caucasian descent, is tall, has messy brownish/blond hair, has blue eyes, has no facial hair, has thin eyebrows, and a pointy nose. As we were making it out of the shower room, a Deputy Lyon (not sure about the spelling) cut off the line behind me and approached me from behind. I knew it was Deputy Lyon because I saw his name tag after he was assigned to the floor I am now housed on, the 2000 floor, and because other inmates on the floor told me his name.

4.      Deputy Lyon started looking at the tattoo across my back of my gang. I could tell because he was hovering over my back as if he was fixated on something that was ~~written across~~ drawn ⁻MAC ~~the top of~~ on MAC my back (which my tattoo is). While walking, Deputy Lyon started to smack me in the back of my head (open fisted). He pushed me to the side and made me face the doorway wall next to ⁻MAC that lead into the showers. I was only wearing boxers and still dripping wet from the shower. He began to taunt me as if he was going to beat me up, trying to provoke a reaction out of me. As I turned my head and shoulders to look at him, Deputy Lyon immediately punched me in my left cheek. I put my hands over my face to try and block any shots to my face.

5.      Deputy Lyon then tackled me to the ground, positioning me face up. He sat on top of me and began swinging at my face and neck. Another deputy nearby saw this incident and called for other deputies. Approximately eight deputies came and joined Deputy Lyon. I became very dazed, and started to come in and out of consciousness. I could still hear footsteps coming from more deputies to join the others. One deputy grabbed my right leg and tucked it under his armpit, then began to beat my ankle and leg with his flashlight, causing a gash and open wound

on my ankle. I also suffered an approximately 3/4 inch gash across my left eye. There was blood

all over the floor from the incident.

     6.    Deputy Lyon then flipped me back on my stomach. ~~Him and another deputy then~~ *Then, two deputies MAC*

*I am not sure who they were because I was flipped on my stomach, face down. MAC*

tased me~~\~~ I am sure it was two deputies because four probes hit me, and a taser gun usually has

two probes. Two probes hit me on the top right shoulder and two hit me on the lower right

portion of my back. I was able to pull off one of the probes that hit me on the lower right portion

of my back. I heard one of the deputies say "the bastard took my probe out." While still being

tased, I was told to put my hands behind my back in order to be handcuffed. I fell unconscious

before I was able to do so.

     7.    I was left on the floor bleeding. I am not sure how long I was knocked out for, but

when I was able to regain some consciousness, I saw a male and female nurse coming to get me.

I was still in the same place I was beaten. They took me to the emergency nurse's clinic, located

on the first floor of the MCJ. While being led there, the deputies told me that I'd better "not say

anything funny" (meaning to not rat them out and tell the medical staff that they had beat me up),

and gestured to their tasers; the taser probes on my back were still attached to the taser guns.

     8.    In the nurse's clinic, a sergeant came in to videotape a statement from me. While

being videotaped, the nurses were putting ice packs on my face to stop the swelling. The sergeant

was Hispanic, chubby, had slicked back hair, had brown eyes, and a flat nose. The taser probes

were detached from the gun, but were still on my back. I felt compelled to lie and say I fell in the

shower for fear of retaliation from the deputies. *Also, ~~than~~ I found out two weeks ago from a MAC*

*trustee that the inmates who showered with me who witnessed the incident were ~~videotape~~ interviewed ~~and videotaped~~*

     9.    The nurses let me go, and I was taken by ambulance to LA-USC Hospital *as well.*

("hospital"). By the time I got there, my left eye had swollen shut, I had a swollen bump in the

middle of my forehead, I had 3 bumps on the top of my head, a bump on each side of my head,

and my right eye was almost swollen shut. I could hardly see anything. The hospital staff did not

attend to any of my cuts, bruises, or wounds; they didn't even give me stitches on the cut I had

above my left eye. All they did on me was perform a cat scan and gave me morphine. I was also

seen by an eye doctor, who told me that had I been hit one more time on my left eye, it would

have left me permanently blind in that eye, and it would have required surgery to just save the

1   eyeball in the socket.

2       10.    The next day, I left the hospital on crutches. I was taken back to MCJ and put in

3   the medical unit for approximately seven days, requiring crutches to get around; the severe pain

4   and cut on my ankle made it impossible for me to get around without crutches. There, I was

5   given Motrin, but did not receive any treatment or stitches for the gash across my left eye or on

6   my ankle. I was then taken out the medical unit and placed in a four man cell on the 3800 floor.

7   There was only me and another inmate housed in the cell. Both my eyes were so red from the

8   broken blood vessels in my eye that it took approximately three weeks for the sclera (the white

9   portion) in each eye to be noticeable again. To this day, I still suffer from dizzy spells arising

10   from this incident. I shudder and get nervous every time I am in the presence of a deputy.

11       11.    I feel like I was targeted because my gang was supposedly involved in a deputy

12   shooting. I feel like I was retaliated against as a form of redemption for the deputies. I certainly

13   did nothing to provoke the deputies while I was on my way to the showers, in the showers, or

14   leaving the showers.

15

16       I declare under penalty of perjury of the laws of the State of California and the United

17   States that the foregoing is true and correct. Executed this 8th day of April, 2011 in Los Angeles,

18   California.

19

20   Michael Cervantes

21

22

23

24

25

26

27

28

3

**Declaration of Michael Cervantes**

I, Michael Cervantes, hereby declare:

1.      I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.      On Monday December 6, 2010, I was housed in the 2400 facility at Men's Central Jail ("MCJ"). During the afternoon, the deputies informed us it was our shower time. The other inmates and I took our showers, finished, and lined up in the showers as we normally do at the end of shower time.

3.      A deputy told us to walk back to our cells; I was fifth in line. The deputy is of Caucasian descent, is tall, has messy brownish/blond hair, has blue eyes, has no facial hair, has thin eyebrows, and a pointy nose. As we were making it out of the shower room, a Deputy Lyon (not sure about the spelling) cut off the line behind me and approached me from behind. I knew it was Deputy Lyon because I saw his name tag after he was assigned to the floor I am now housed on, the 2000 floor, and because other inmates on the floor told me his name.

4.      Deputy Lyon started looking at the tattoo across my back of my gang. I could tell because he was hovering over my back as if he was fixated on something that was drawn on my back (which my tattoo is). While walking, Deputy Lyon started to smack me in the back of my head (open fisted). He pushed me to the side and made me face the wall next to the doorway that lead into the showers. I was only wearing boxers and still dripping wet from the shower. He began to taunt me as if he was going to beat me up, trying to provoke a reaction out of me. As I turned my head and shoulders to look at him, Deputy Lyon immediately punched me in my left cheek. I put my hands over my face to try and block any shots to my face.

5.      Deputy Lyon then tackled me to the ground, positioning me face up. He sat on top of me and began swinging at my face and neck. Another deputy nearby saw this incident and called for other deputies. Approximately eight deputies came and joined Deputy Lyon. I became very dazed, and started to come in and out of consciousness. I could still hear footsteps coming from more deputies to join the others. One deputy grabbed my right leg and tucked it under his armpit, then began to beat my ankle and leg with his flashlight, causing a gash and open wound

1   on my ankle. I also suffered an approximately 3/4 inch gash across my left eye. There was blood

2   all over the floor from the incident.

3       6.     Deputy Lyon then flipped me back on my stomach. Then, two deputies tased me. I

4   am not sure who they were because I was flipped on my stomach, face down. I am sure it was

5   two deputies because four probes hit me, and a taser gun usually has two probes. Two probes hit

6   me on the top right shoulder and two hit me on the lower right portion of my back. I was able to

7   pull off one of the probes that hit me on the lower right portion of my back. I heard one of the

8   deputies say "the bastard took my probe out." While still being tased, I was told to put my hands

9   behind my back in order to be handcuffed. I fell unconscious before I was able to do so.

10      7.     I was left on the floor bleeding. I am not sure how long I was knocked out for, but

11  when I was able to regain some consciousness, I saw a male and female nurse coming to get me.

12  I was still in the same place I was beaten. They took me to the emergency nurse's clinic, located

13  on the first floor of the MCJ. While being led there, the deputies told me that I'd better "not say

14  anything funny" (meaning to not rat them out and tell the medical staff that they had beat me up),

15  and gestured to their tasers; the taser probes on my back were still attached to the taser guns.

16      8.     In the nurse's clinic, a sergeant came in to videotape a statement from me. While

17  being videotaped, the nurses were putting ice packs on my face to stop the swelling. The sergeant

18  was Hispanic, chubby, had slicked back hair, had brown eyes, and a flat nose. The taser probes

19  were detached from the gun, but were still on my back. I felt compelled to lie and say I fell in the

20  shower for fear of retaliation from the deputies. Also, I found out two weeks ago from a trustee

21  that the inmates who showered with me who witnessed the incident were interviewed and

22  videotaped as well.

23      9.     The nurses let me go, and I was taken by ambulance to LA-USC Hospital

24  ("hospital"). By the time I got there, my left eye had swollen shut, I had a swollen bump in the

25  middle of my forehead, I had 3 bumps on the top of my head, a bump on each side of my head,

26  and my right eye was almost swollen shut. I could hardly see anything. The hospital staff did not

27  attend to any of my cuts, bruises, or wounds; they didn't even give me stitches on the cut I had

28  above my left eye. All they did on me was perform a cat scan and gave me morphine. I was also

000270

1    seen by an eye doctor, who told me that had I been hit one more time on my left eye, it would

2    have left me permanently blind in that eye, and it would have required surgery to just save the

3    eyeball in the socket.

4         10.    The next day, I left the hospital on crutches. I was taken back to MCJ and put in

5    the medical unit for approximately seven days, requiring crutches to get around; the severe pain

6    and cut on my ankle made it impossible for me to get around without crutches. There, I was

7    given Motrin, but did not receive any treatment or stitches for the gash across my left eye or on

8    my ankle. I was then taken out the medical unit and placed in a four man cell on the 3800 floor.

9    There was only me and another inmate housed in the cell. Both my eyes were so red from the

10   broken blood vessels in my eye that it took approximately three weeks for the sclera (the white

11   portion) in each eye to be noticeable again. To this day, I still suffer from dizzy spells arising

12   from this incident. I shudder and get nervous every time I am in the presence of a deputy.

13        11.    I feel like I was targeted because my gang was supposedly involved in a deputy

14   shooting. I feel like I was retaliated against as a form of redemption for the deputies. I certainly

15   did nothing to provoke the deputies while I was on my way to the showers, in the showers, or

16   leaving the showers.

17

18        I declare under penalty of perjury of the laws of the State of California and the United

19   States that the foregoing is true and correct.  Executed this 12th day of April, 2011 in Los

20   Angeles, California.

21                                            _____/s/_____

22                                            Michael Cervantes

23

24

25

26

27

28

3

# DECLARATION OF CURRENT PRISONER MR. Q LARRY CLEVELAND

000272

**Declaration of Larry Cleveland**

I, Larry Cleveland, hereby declare:

1.     I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.     I am 57 years old.  I am currently housed at Men's Central Jail ("MCJ"), in module 7001.  My booking number is 2568779.

3.     I was in 2400, the "hole" or the disciplinary unit  from May 3 until May 23, 2011, for refusing to get out of my wheelchair.  Before that I was in the wheelchair unit, 8119. I need my wheelchair because of gunshot wounds to my back and ankle, arthritis, and weakness in my lower extremities.  On May 5, 2011, Sergeant Castillo, Deputy Mogo and Deputy Bleau physically forced me out of my wheelchair.   They told me to get out of my wheelchair. When I refused, one of them tipped me out of the chair. After that, I had to hope or drag my leg to get around. It took me a long time to get from one place to the next and I had a lot of pain.

4.     On May 27, 2011 sheriff's deputies transferred me to East Max at Pitchess Detention Facility ("PDC"). I did not have a wheelchair during this transfer. At East Max, upon arrival, I was walking with a limp. A senior deputy that was looking told another deputy to escort me to medical. I met with a female nurse at the medical clinic. She looked at the computer and at my injuries, including my gunshot wounds to my lower back and ankle, and she said I shouldn't have been transferred from Men's Central Jail to East Max. She said this to a male deputy in front of me. At 8:00 p.m. I was transferred back to TTCF.

5.     At TTCF, I was first placed in a holding cell.  saw RN Baxter and Doctor Kayarzze. The doctor told me that a doctor in the jail had already declassed me, or removed me from the wheelchair and that he would not go against another doctor's orders by putting me back in a wheelchair. He said he would send me to the Los Angeles County Medical Center + USC ("LCMC") to determine whether I

1  need some support.

2      6.      At LCMC, they took my x-rays. I saw a tall, slender, male Asian
3  doctor, who examined me. He looked at my x-rays and said that arthritis has been
4  causing me pain. He said he would write down that I need some kind of support. I
5  went back to TTCF.

6      7.      On May 28, 2011, back at TTCF, I saw Dr. Sima.  He said he got
7  medical records from LCMC, and he said he would order that I get the wheelchair
8  only for use to go to court or to go long distances. Otherwise, I should have a
9  walker. He said that a wheelchair full time would not be good for my muscles.

10     8.      A male deputy brought me a wheelchair to transfer me to MCJ. They
11  sent me to MCJ, Module 7202. They call this the overflow dorm. This means that I
12  was waiting for space to open up on Module 7000, the dorm for inmates with
13  wheelchairs or crutches. There were 18 men in that dorm, with two toilets, and one
14  shower. That shower did not have a bench. It seemed really crowded. Some of the
15  beds were four inches apart, some were two feet apart. There were no windows,
16  except one window on the door.

17     9.      The dorm was filthy. They don't clean it, mop it or sweep it. The floor
18  was dusty. The toilet was so nasty I had to wash the seat with soap when I wanted
19  to use it. I was there from May 28 until about June 25, 2011.

20     10.     During the whole time I was there, I did not receive a walker. I was in
21  pain, and my leg became swollen. The pain was worst in the mornings. It feels like
22  placing pressure on pinched nerves. It is so intense, several times I dropped to my
23  knees. I have gotten out of bed and then dropped to my knees because of the pain.
24  I don't know what is causing the pain but I feel it.

25     11.     My entire time in Module 7202, we did not get Outdoor Recreation
26  time once. We did not spend any time outdoors.  We stayed in our dorm the entire
27  time except to go to the tv or visitation room. I left the dorm twice, once for a visit,
28  which I never made it to, and once for the day room. Pill call came to us. Nurses

000274

1  would bring us our pills. I would have liked to go to Christian services. Normally

2  a deputy will come by, knock on the door and announce, "Does anyone want to go

3  to Christian services?" They never did that when I was in 7202.

4      12.   The two times I left the dorm, I would request a wheelchair. I would

5  tell a deputy, the deputy would send a trustee, and a trustee would come back with

6  a wheelchair. The wheelchair was never inside my dorm.

7      13.   There were no grab bars for the toilet. To be able to sit, I had to strain

8  because of my back injury, and I couldn't grab anything to hold me up. That

9  caused me pain.

10      14.   The one shower was inside the dorm, so we could shower any time

11  we wanted. But, it was broken for two weeks. During those two weeks, we could

12  not shower. I had to take a "bird bath". That means that I washed myself using

13  water from the sink. The shower was broken from May 28 until June 12, 2011. We

14  told officers on the floor several times that the shower was broken, and they said

15  they put work orders in. Finally, someone in a dark blue outfit, a maintenance

16  man, came to fix it. It worked after that.

17      15.   There were two or there other inmates in Module 7202 in

18  wheelchairs, and the rest had crutches.

19      16.   The dorm is not big enough for a wheelchair. The two or three people

20  in that dorm that were in wheelchairs had difficulty moving around. One in

21  particular had a lot of difficulty. There was not enough room for them to go up and

22  down the aisles. They could only go from the shower to the front door, in the open

23  space. By the beds, there was not enough room. They were all moved out of that

24  dorm while I was there, except one.

25      17.   I took a lot of notes because I wanted to file a complaint about the

26  conditions in the jail. On June 12, 2011, Deputies Alerich and Ramirez told us all

27  we could go to the day room. They said all of us had to go, or else none of us

28  would go. That was our first and only chance to all get out of the dorm, and some

3

1   guys seemed to really want to get out, so I went along.

2       18.    We left our cells and went to the day room, down the hall and around

3   the corner from our dorm. When I got back, it was clear that the deputies had

4   searched our cells. Our property was in disarray. There were papers all over the

5   place.  My other paperwork was still there, including a declaration I had signed

6   with the ACLU. But my notes and draft complaints, including names and dates

7   about when I was supposed to get a walker and didn't, were gone.

8       19.    I went to Deputy Alerich and said that he had taken my notes. Deputy

9   Ramirez, a CA, was nearby and said, "You shouldn't be making accusations." He

10   denied that they took my notes.

11       20.    On June 25, 2011, I was told I had a visit. The doors opened, and I

12   requested a wheelchair. To do this, I told a nurse I needed a chair, the nurse told

13   the trustee in the hall to get a wheelchair for me. He did. I was in a wheelchair on

14   my way down the hall. A deputy saw me in the hallway and said, "Where are you

15   going?" After I answered him, he said, "Why are you in a wheelchair?"  We began

16   to argue about whether I could be in a wheelchair. He looked at my wristband and

17   told me that my wristband does not have a "W" on it, so I am not supposed to be in

18   a wheelchair. I tried to explain about the doctor's order. I didn't have a "W" on my

19   wristband, but the doctor told me what he was ordering for me. The deputy said he

20   didn't know anything about a special order. I told him to go check the system

21   because it's there. He got really upset when I said that.

22       21.    He then punched me in my right eye, hard. With no mirror, I couldn't

23   see if he left a mark, but it shut after that. His right fist was not closed all the way,

24   and one of his fingers may have gone into my eye. Then he hit me again, just as

25   hard, on my lip.  He told me to go back to my dorm. I later got a headache.

26       22.    The deputy was Hispanic, with hair, which was either dark brown or

27   black. He weighed between 165 and 175 pounds. I can't tell how tall he is. I am

28   six feet, one inch tall but I was in the wheelchair the whole time so I'd have a hard

4

1    time estimating his height. He was tan.

2       23.    I went back to my dorm. I didn't get to go to my visit. On my way to

3    the dorm, I stopped by a medical station. They asked me what happened. I told

4    them I fell. I did not tell them what really had happened because I felt that they

5    wouldn't care.  I have complained to a Nurse Johnson before, and she put up her

6    hands and said "I don't want to hear it."  I was also scared that if I told the truth

7    the deputies would punish me. If I tell on the deputy, I am worried they can

8    retaliate against me, by searching my property, harassing me, or putting me in a

9    dangerous situation, like putting me as the only black man in a cell with three

10   other Hispanics. I have seen it happen before.

11      24.    The medical person sent me to LCMC.  There, a medical staff person

12   examined my eye. They ran all kinds of tests on my eye. They then gave me

13   medicine and said it might be infected. They took a long list of notes. They gave

14   me antibiotics, and I have to get that antibiotics, or eye drops, on my eye every

15   day. They told me they requested a follow-up.

16      25.    I haven't seen any mirrors in here so I don't know how I look. I know

17   I can't open my right eye. My lip felt swollen or busted. My tooth feels like it's

18   chipped.

19      26.    After I got back from LCMC, they moved me in a wheelchair to a

20   single cell, 7219. It's not the "hole", I still got visits. But I was by myself. I still

21   was not given a wheelchair or walker, until June 27, 2011. That day, I was called

22   to an attorney visit. I told them I had nothing to help me walk, and the deputy sent

23   a trustee to get something for me. The trustee came back with a walker so that I

24   could get to my visit.

25      27.    Later that same day, they transferred me to 7001.

26      28.    I asked for a doctor to give me something for my eye. A doctor

27   looked at it, and told me they were putting in a request for me to see a specialist at

28   LCMC.

5

29.   Now, I am in a dorm with six people. Everyone has either a walker or a crutch.

30. Today, for an attorney visit, a trustee brought me a wheelchair. It took over 30 minutes to get

31. I have been in severe pain and requested to see a doctor on June 11. To date, I have not seen a doctor for that pain. I feel a pulling and stretching. My calf is swollen and the pain is moving up.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct.  Executed this 5th day of July, 2011 in Los Angeles, California.

_Larry C. Cleveland_

Larry Cleveland

000278

1          **Declaration of Larry Cleveland**

2          I, Larry Cleveland, hereby declare:

3          1.    I make this declaration based on my own personal knowledge and if

4    called to testify I could and would do so competently as follows:

5          2.    I am 57 years old. I am currently housed at Men's Central Jail

6    ("MCJ"), in module 7001. My booking number is 2568779.

7          3.    I was in 2400, the "hole" or the disciplinary unit from May 3 until

8    May 23, 2011, for refusing to get out of my wheelchair. Before that I was in the

9    wheelchair unit, 8119. I need my wheelchair because of gunshot wounds to my

10   back and ankle, arthritis, and weakness in my lower extremities. On May 5, 2011,

11   Sergeant Castillo, Deputy Mogo and Deputy Bleau physically forced me out of my

12   wheelchair.   They told me to get out of my wheelchair. When I refused, one of

13   them tipped me out of the chair. After that, I had to hope or drag my leg to get

14   around. It took me a long time to get from one place to the next and I had a lot of

15   pain.

16         4.    On May 27, 2011 sheriff's deputies transferred me to East Max at

17   Pitchess Detention Facility ("PDC"). I did not have a wheelchair during this

18   transfer. At East Max, upon arrival, I was walking with a limp. A senior deputy

19   that was looking told another deputy to escort me to medical. I met with a female

20   nurse at the medical clinic. She looked at the computer and at my injuries,

21   including my gunshot wounds to my lower back and ankle, and she said I

22   shouldn't have been transferred from Men's Central Jail to East Max. She said this

23   to a male deputy in front of me. At 8:00 p.m. I was transferred back to TTCF.

24         5.    At TTCF, I was first placed in a holding cell.  saw RN Baxter and

25   Doctor Kayarzze. The doctor told me that a doctor in the jail had already declassed

26   me, or removed me from the wheelchair and that he would not go against another

27   doctor's orders by putting me back in a wheelchair. He said he would send me to

28   the Los Angeles County Medical Center + USC ("LCMC") to determine whether I

1  need some support.

2      6.    At LCMC, they took my x-rays. I saw a tall, slender, male Asian

3  doctor, who examined me. He looked at my x-rays and said that arthritis has been

4  causing me pain. He said he would write down that I need some kind of support. I

5  went back to TTCF.

6      7.    On May 28, 2011, back at TTCF, I saw Dr. Sima.  He said he got

7  medical records from LCMC, and he said he would order that I get the wheelchair

8  only for use to go to court or to go long distances. Otherwise, I should have a

9  walker. He said that a wheelchair full time would not be good for my muscles.

10      8.    A male deputy brought me a wheelchair to transfer me to MCJ. They

11  sent me to MCJ, Module 7202. They call this the overflow dorm. This means that I

12  was waiting for space to open up on Module 7000, the dorm for inmates with

13  wheelchairs or crutches. There were 18 men in that dorm, with two toilets, and one

14  shower. That shower did not have a bench. It seemed really crowded. Some of the

15  beds were four inches apart, some were two feet apart. There were no windows,

16  except one window on the door.

17      9.    The dorm was filthy. They don't clean it, mop it or sweep it. The floor

18  was dusty. The toilet was so nasty I had to wash the seat with soap when I wanted

19  to use it. I was there from May 28 until about June 25, 2011.

20      10.    During the whole time I was there, I did not receive a walker. I was in

21  pain, and my leg became swollen. The pain was worst in the mornings. It feels like

22  placing pressure on pinched nerves. It is so intense, several times I dropped to my

23  knees. I have gotten out of bed and then dropped to my knees because of the pain.

24  I don't know what is causing the pain but I feel it.

25      11.    My entire time in Module 7202, we did not get Outdoor Recreation

26  time once. We did not spend any time outdoors.  We stayed in our dorm the entire

27  time except to go to the tv or visitation room. I left the dorm twice, once for a visit,

28  which I never made it to, and once for the day room. Pill call came to us. Nurses

000280

1    would bring us our pills.  I would have liked to go to Christian services. Normally

2    a deputy will come by, knock on the door and announce, "Does anyone want to go

3    to Christian services?" They never did that when I was in 7202.

4         12.    The two times I left the dorm, I would request a wheelchair. I would

5    tell a deputy, the deputy would send a trustee, and a trustee would come back with

6    a wheelchair. The wheelchair was never inside my dorm.

7         13.    There were no grab bars for the toilet. To be able to sit, I had to strain

8    because of my back injury, and I couldn't grab anything to hold me up. That

9    caused me pain.

10        14.    The one shower was inside the dorm, so we could shower any time

11   we wanted. But, it was broken for two weeks. During those two weeks, we could

12   not shower. I had to take a "bird bath". That means that I washed myself using

13   water from the sink. The shower was broken from May 28 until June 12, 2011. We

14   told officers on the floor several times that the shower was broken, and they said

15   they put work orders in. Finally, someone in a dark blue outfit, a maintenance

16   man, came to fix it. It worked after that.

17        15.    There were two or there other inmates in Module 7202 in

18   wheelchairs, and the rest had crutches.

19        16.    The dorm is not big enough for a wheelchair.  The two or three people

20   in that dorm that were in wheelchairs had difficulty moving around. One in

21   particular had a lot of difficulty. There was not enough room for them to go up and

22   down the aisles. They could only go from the shower to the front door, in the open

23   space. By the beds, there was not enough room. They were all moved out of that

24   dorm while I was there, except one.

25        17.    I took a lot of notes because I wanted to file a complaint about the

26   conditions in the jail. On June 12, 2011, Deputies Alerich and Ramirez told us all

27   we could go to the day room.  They said all of us had to go, or else none of us

28   would go. That was our first and only chance to all get out of the dorm, and some

000281

1  guys seemed to really want to get out, so I went along.

2       18.     We left our cells and went to the day room, down the hall and around

3  the corner from our dorm. When I got back, it was clear that the deputies had

4  searched our cells. Our property was in disarray. There were papers all over the

5  place.  My other paperwork was still there, including a declaration I had signed

6  with the ACLU. But my notes and draft complaints, including names and dates

7  about when I was supposed to get a walker and didn't, were gone.

8       19.     I went to Deputy Alerich and said that he had taken my notes. Deputy

9  Ramirez, a CA, was nearby and said, "You shouldn't be making accusations." He

10  denied that they took my notes.

11       20.     On June 25, 2011, I was told I had a visit. The doors opened, and I

12  requested a wheelchair. To do this, I told a nurse I needed a chair, the nurse told

13  the trustee in the hall to get a wheelchair for me. He did. I was in a wheelchair on

14  my way down the hall. A deputy saw me in the hallway and said, "Where are you

15  going?" After I answered him, he said, "Why are you in a wheelchair?"  We began

16  to argue about whether I could be in a wheelchair. He looked at my wristband and

17  told me that my wristband does not have a "W" on it, so I am not supposed to be in

18  a wheelchair. I tried to explain about the doctor's order. I didn't have a "W" on my

19  wristband, but the doctor told me what he was ordering for me. The deputy said he

20  didn't know anything about a special order. I told him to go check the system

21  because it's there. He got really upset when I said that.

22       21.     He then punched me in my right eye, hard. With no mirror, I couldn't

23  see if he left a mark, but it shut after that. His right fist was not closed all the way,

24  and one of his fingers may have gone into my eye. Then he hit me again, just as

25  hard, on my lip.  He told me to go back to my dorm. I later got a headache.

26       22.     The deputy was Hispanic, with hair, which was either dark brown or

27  black. He weighed between 165 and 175 pounds. I can't tell how tall he is. I am

28  six feet, one inch tall but I was in the wheelchair the whole time so I'd have a hard

000282

1   time estimating his height. He was tan.

2       23.   I went back to my dorm. I didn't get to go to my visit. On my way to

3   the dorm, I stopped by a medical station. They asked me what happened. I told

4   them I fell. I did not tell them what really had happened because I felt that they

5   wouldn't care.  I have complained to a Nurse Johnson before, and she put up her

6   hands and said "I don't want to hear it."  I was also scared that if I told the truth

7   the deputies would punish me. If I tell on the deputy, I am worried they can

8   retaliate against me, by searching my property, harassing me, or putting me in a

9   dangerous situation, like putting me as the only black man in a cell with three

10  other Hispanics. I have seen it happen before.

11      24.   The medical person sent me to LCMC.  There, a medical staff person

12  examined my eye. They ran all kinds of tests on my eye. They then gave me

13  medicine and said it might be infected. They took a long list of notes. They gave

14  me antibiotics, and I have to get that antibiotics, or eye drops, on my eye every

15  day. They told me they requested a follow-up.

16      25.   I haven't seen any mirrors in here so I don't know how I look. I know

17  I can't open my right eye. My lip felt swollen or busted. My tooth feels like it's

18  chipped.

19      26.   After I got back from LCMC, they moved me in a wheelchair to a

20  single cell, 7219. It's not the "hole", I still got visits. But I was by myself. I still

21  was not given a wheelchair or walker, until June 27, 2011. That day, I was called

22  to an attorney visit. I told them I had nothing to help me walk, and the deputy sent

23  a trustee to get something for me. The trustee came back with a walker so that I

24  could get to my visit.

25      27.   Later that same day, they transferred me to 7001.

26      28.   I asked for a doctor to give me something for my eye. A doctor

27  looked at it, and told me they were putting in a request for me to see a specialist at

28  LCMC.

000283

29.   Now, I am in a dorm with six people. Everyone has either a walker or a crutch.

30.   Today for an attorney visit, a trustee brought me a wheelchair. It took over thirty minutes to get it.

31.   I have been in severe pain and requested to see a doctor on June 11. To date, I have not seen a doctor for that pain. I feel a pulling and stretching. My calf is swollen and the pain is moving up.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct.  Executed this 5th day of July, 2011 in Los Angeles, California.

_____/s/_____

Larry Cleveland

000284

# DECLARATION OF CURRENT PRISONER MR. R CLYDELL CRAWFORD

000285

# Declaration of Clydell Crawford

1    I, Clydell Crawford, hereby declare:

2    1.    I make this declaration based on my own personal knowledge and if

3    called to testify I could and would do so competently as follows:

4    2.    I have been an inmate in the Los Angeles County Jails system since

5    December 28, 2010. I have been housed in Men's Central Jail (MCJ) Module

6    ~~2500~~ 2200, Row ~~A~~ D, Cell ~~17~~ 10 since ~~July 15, 2011~~ August 15, 2011. My booking number is 1388885.

7    3.    I am making this declaration to describe an incident in which a deputy

8    pulled my shoulder out of socket even after I told the deputy that my shoulder was

9    particularly prone to injury.

10   4.    On Monday, June 20, 2011, the deputies were searching all the cells

11   in my module. Deputy Jimenez ordered me to come to the front of my cell because

12   he wanted handcuff me before he removed me from my cell so he could search the

13   cell.

14   5.    This was the first time I had seen Deputy Jimenez. I looked at his

15   name tag because I did not know him. Deputy Jimenez looks Hispanic. He has

16   short, black hair. He is about five feet, eight inches tall and probably weighs 165

17   pounds.

18   6.    I came to the door of my cell.  I had an arm brace that I used to

19   support my left shoulder. I asked Deputy Jimenez if I could return to the back of

20   my cell to get the arm brace before I left the cell. If Deputy Jimenez had allowed

21   me to get the arm brace, then I would have been handcuffed with my hands in

22   front of me and my shoulder would not have been in danger of the level of strain

23   possible on my shoulder when my hands are handcuffed behind my back.

24   7.    However, Deputy Jimenez refused to let me get my brace. Deputy

25   Jimenez had me turn to face the back of the cell and put my hands behind my

26   back. Deputy Jimenez handcuffed my hands behind my back. Then, he opened the

27   cell door and I walked out of the cell. I moved to the wall outside my cell to let

000286

1   Deputy Jimenez search me. He searched me for contraband items.

2        8.       I have a history of problems with my shoulder. I had been in a car

3   accident in June 2010 in which I injured my shoulder. When I was housed at the

4   North County Correctional Facility (NCCF) in May 2011, I was involved in

5   breaking up a fight between inmates.

6        9.       Six hours after I broke up this fight, the deputies came for me and

7   took me to a cell on the 7000 level of NCCF because they wanted to question me

8   about the fight. A deputy escorted me to the cell on the 7000 level. My hands were

9   handcuffed behind my back as I walked with the deputy. While I was walking, the

10  deputy pulled my hands up because deputies do this to guide you as they escort

11  you. He was careless and pulled my hands too far up which popped my shoulder

12  out of socket.

13       10.      After my shoulder popped out of socket, I saw the doctor at NCCF

14  and he said I was too badly injured to be treated at NCCF. I was rushed to Los

15  Angeles County Medical Center + USC (LCMC). The doctor at LCMC told me

16  that the more times my shoulder is popped out of socket, the more damaged the

17  muscles holding the bones in place would become and it would become easier to

18  pop my shoulder out of socket again.

19       11.      I remembered this advice from the LCMC doctor and I worried that

20  because Deputy Jimenez had handcuffed my hands behind me, it was possible that

21  Deputy Jimenez could pop my shoulder out of socket if he was not careful with

22  me. Because of this concern, I asked Deputy Jimenez to be careful and told him

23  that I had had problems with my left arm before.

24       12.      Immediately after I said this, Deputy Jimenez took hold of my hands

25  and pushed them upward. I can feel when pressure on my shoulder could pop it

26  out of socket because I know what it felt like right before it popped out the first

27  time. Deputy Jimenez's pushing my hands up put great pressure on my shoulder

28  and I could feel that my shoulder was about to pop out of position.

000287

13.     Deputy Jimenez told me to stop resisting him. I was handcuffed facing away from Deputy Jimenez and I was against the cell bars. I was not resisting and I do not know how I could have further cooperated with Deputy Jimenez.

14.     My shoulder then popped out of socket and I was able to hear an audible pop. The pain was the worst I can imagine. To draw a comparison, I felt more pain from having my shoulder torn out of socket than I felt when I was beat up at a mall and my jaw was broken when I was hit in the face with a sign from one of the stores.  After I heard my shoulder pop, I looked back and I could see that my shoulder was visibly out of its natural position.

15.     I asked Deputy Jimenez to let me go to see the doctor, but Deputy Jimenez told me to go to the day room on my floor where the inmates from my module were being kept while our cells were searched. I walked toward the day room until I saw Sergeant Verdin. I know he was a sergeant because he had stripes on his uniform. Sergeant Verdin is a stocky man who looks to be in his forties. I requested medical care from Sergeant Verdin and showed him my shoulder. Sergeant Verdin did not help me. He told me to continue walking to the day room.

16.     After forty minutes waiting in the day room, the inmates from my row were allowed to return to our cells because the cell search was complete. I returned to my cell and stayed there about twenty minutes at which time the pill call announcement was made. I wanted to talk to the nurse to see if the nurse would help me, so I left my cell for pill call.  I showed the nurse that it was obvious from looking at my shoulder that it was out of socket. The nurse looks like an African-American person. She has a Jamaican accent, wears a wig, is thirty-five to forty years old and probably weighs about 150 pounds. The nurse looked at my shoulder, but still told me she could not help me.

17.     At this point, three people on the jail's staff had told me there was nothing they could (or would) do to get me medical attention for my injury. I felt

000288

1  that refusing to reenter my cell might be the only way I could get the medical
2  attention I needed, so I found the pod deputy for my module and told him that I
3  refused to enter my cell again until I had received medical care.

4       18.    The pod deputy is a deputy who is in authority over the other deputies
5  working in a module. The pod deputy was a man who looks Hispanic. He is
6  probably between 50 and 60 years old. I told the pod deputy that I was calling
7  "man down," which means that I was saying that I was too injured to stay in the
8  module. I did not want to call "man down" earlier because I had thought that one
9  of the people I asked for help would help me. Also, if I called "man down," I
10 worried that the deputies would get angry at me for trying to override their
11 authority. However, because no one would help me, I had to call "man down."

12      19.    When I called "man down," the pod deputy called "Code 1" in
13 response. "Code 1" is called when a deputy needs assistance. Usually, "Code 1"
14 means that the deputy is in a confrontation with an inmate.

15      20.    After "Code 1" was called, deputies appeared and surrounded the pod
16 deputy and me. The pod deputy told me to go back to my cell and threatened to
17 spray me with pepper spray. I decided that it would be best for me to go back to
18 my cell, so I did that.

19      21.    In what felt like thirty minutes, the pod deputy came to my cell and
20 told me to "get ready for a pass," which meant I would receive a medical pass.
21 When I had my medical pass, I left my cell to go to the medical area in MCJ.

22      22.    After the incident at NCCF in which a deputy wrenched my shoulder
23 out of socket, a nurse showed me how to pop the shoulder back into place. I used
24 this method to get my shoulder back into place as I walked to the doctor at MCJ,
25 so my shoulder was back in place before I actually saw the doctor at MCJ. Still,
26 the doctor told me that he could clearly see that my shoulder was injured. The
27 doctor asked me how my shoulder had been injured. I told him about the car
28 accident and the two incidents when deputies had popped my shoulder out of

4

1    socket. The doctor also looked at my medical records from LCMC which were
2    generated when the deputy at NCCF pulled my shoulder out of socket.

3        23.    The doctor said I should be moved from my cell to the 6050 ward at
4    MCJ, which is the area for people who are sick or injured and need long-term
5    medical care. However, at the time when I was seeing the doctor, the jail went on
6    lock-down, so a deputy came around and told all the inmates that we had to go
7    back to our cells.

8        24.    The next day, June 21, 2011, the deputies put me in the "hole," or the
9    disciplinary unit, for punishment as a result of their decision to write me up in an
10   incident report. The deputies told me that my time in the "hole" was because I had
11   cursed at the pod deputy. The cells that are called the "hole" are the cells in MCJ
12   Module 2400. I was put in Module 2400 Row B Cell 7. Custody Assistant (CA)
13   Bogo, the CA who is in charge of the "hole," showed me the part of the incident
14   report that documented the pod deputy's claim that I had yelled and cursed at him.
15   I know CA Bogo is a CA because she wears ~~all~~ CCS an all green uniform. I stayed in
16   the "hole" for ten days. When a person is in the "hole," he cannot see anyone else
17   and he is forced to remain in the cell all day.

18       25.    I have been given Motrin two times a day for the pain, but this drug is
19   not effective for my level of pain. After the deputy at NCCF popped my shoulder
20   out of socket in May 2011, I was prescribed a muscle relaxer called "Robaxin." I
21   believe that I need that medication again because the injury to my shoulder is the
22   same type of injury. I need to see a doctor to get this prescription. I have written
23   my name on the list to see a doctor five times. I wrote my name on the doctor's list
24   on June 22, June 29, July 6, August 2, and August 14. I have never been called to
25   actually see a doctor however.

26       26.    I made a written complaint about Deputy Jimenez yanking my
27   shoulder out of socket on _June 20, 2011_ CCS. I gave the complaint form to the pod
28   deputy I described above. I never heard anything about this complaint from

000290

anyone working for the Los Angeles Sheriff's Department. Because I have asked for complaint forms before and not received them and I have heard from other inmates of similar experiences, I decided that it would not be productive to ask the deputies for a complaint form again. Instead, I have contacted the American Civil Liberties Union with this complaint about Deputy Jimenez's behavior.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed this 16th day of August, 2011 in Los Angeles, California.

Clydell Crawford

6

000291

**Declaration of Clydell Crawford**

I, Clydell Crawford, hereby declare:

1.      I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.      I have been an inmate in the Los Angeles County Jails system since December 28, 2010. I have been housed in Men's Central Jail (MCJ) Module 2200, Row D, Cell 10 since August 15, 2011. My booking number is 1388885.

3.      I am making this declaration to describe an incident in which a deputy pulled my shoulder out of socket even after I told the deputy that my shoulder was particularly prone to injury.

4.      On Monday, June 20, 2011, the deputies were searching all the cells in my module. Deputy Jimenez ordered me to come to the front of my cell because he wanted handcuff me before he removed me from my cell so he could search the cell.

5.      This was the first time I had seen Deputy Jimenez. I looked at his name tag because I did not know him. Deputy Jimenez looks Hispanic. He has short, black hair. He is about five feet, eight inches tall and probably weighs 165 pounds.

6.      I came to the door of my cell.  I had an arm brace that I used to support my left shoulder. I asked Deputy Jimenez if I could return to the back of my cell to get the arm brace before I left the cell. If Deputy Jimenez had allowed me to get the arm brace, then I would have been handcuffed with my hands in front of me and my shoulder would not have been in danger of the level of strain possible on my shoulder when my hands are handcuffed behind my back.

7.      However, Deputy Jimenez refused to let me get my brace. Deputy Jimenez had me turn to face the back of the cell and put my hands behind my back. Deputy Jimenez handcuffed my hands behind my back. Then, he opened the cell door and I walked out of the cell. I moved to the wall outside my cell to let

1    Deputy Jimenez search me. He searched me for contraband items.

2        8.    I have a history of problems with my shoulder. I had been in a car

3    accident in June 2010 in which I injured my shoulder. When I was housed at the

4    North County Correctional Facility (NCCF) in May 2011, I was involved in

5    breaking up a fight between inmates.

6        9.    Six hours after I broke up this fight, the deputies came for me and

7    took me to a cell on the 7000 level of NCCF because they wanted to question me

8    about the fight. A deputy escorted me to the cell on the 7000 level. My hands were

9    handcuffed behind my back as I walked with the deputy. While I was walking, the

10   deputy pulled my hands up because deputies do this to guide you as they escort

11   you. He was careless and pulled my hands too far up which popped my shoulder

12   out of socket.

13       10.   After my shoulder popped out of socket, I saw the doctor at NCCF

14   and he said I was too badly injured to be treated at NCCF. I was rushed to Los

15   Angeles County Medical Center + USC (LCMC). The doctor at LCMC told me

16   that the more times my shoulder is popped out of socket, the more damaged the

17   muscles holding the bones in place would become and it would become easier to

18   pop my shoulder out of socket again.

19       11.   I remembered this advice from the LCMC doctor and I worried that

20   because Deputy Jimenez had handcuffed my hands behind me, it was possible that

21   Deputy Jimenez could pop my shoulder out of socket if he was not careful with

22   me. Because of this concern, I asked Deputy Jimenez to be careful and told him

23   that I had had problems with my left arm before.

24       12.   Immediately after I said this, Deputy Jimenez took hold of my hands

25   and pushed them upward. I can feel when pressure on my shoulder could pop it

26   out of socket because I know what it felt like right before it popped out the first

27   time. Deputy Jimenez's pushing my hands up put great pressure on my shoulder

28   and I could feel that my shoulder was about to pop out of position.

000293

13.     Deputy Jimenez told me to stop resisting him. I was handcuffed facing away from Deputy Jimenez and I was against the cell bars. I was not resisting and I do not know how I could have further cooperated with Deputy Jimenez.

14.     My shoulder then popped out of socket and I was able to hear an audible pop. The pain was the worst I can imagine. To draw a comparison, I felt more pain from having my shoulder torn out of socket than I felt when I was beat up at a mall and my jaw was broken when I was hit in the face with a sign from one of the stores.  After I heard my shoulder pop, I looked back and I could see that my shoulder was visibly out of its natural position.

15.     I asked Deputy Jimenez to let me go to see the doctor, but Deputy Jimenez told me to go to the day room on my floor where the inmates from my row were being kept while our cells were searched. I walked toward the day room until I saw Sergeant Verdin. I know he was a sergeant because he had stripes on his uniform. Sergeant Verdin is a stocky man who looks to be in his forties. I requested medical care from Sergeant Verdin and showed him my shoulder. Sergeant Verdin did not help me. He told me to continue walking to the day room.

16.     After forty minutes waiting in the day room, the inmates from my row were allowed to return to our cells because the cell search was complete. I returned to my cell and stayed there about twenty minutes at which time the pill call announcement was made. I wanted to talk to the nurse to see if the nurse would help me, so I left my cell for pill call.  I showed the nurse that it was obvious from looking at my shoulder that it was out of socket. The nurse looks like an African-American person. She has a Jamaican accent, wears a wig, is thirty-five to forty years old and probably weighs about 150 pounds. The nurse looked at my shoulder, but still told me she could not help me.

17.     At this point, three people on the jail's staff had told me there was nothing they could (or would) do to get me medical attention for my injury. I felt

3

1  that refusing to reenter my cell might be the only way I could get the medical

2  attention I needed, so I found the pod deputy for my module and told him that I

3  refused to enter my cell again until I had received medical care.

4        18.    The pod deputy is a deputy who is in authority over the other deputies

5  working in a module. The pod deputy was a man who looks Hispanic. He is

6  probably between 50 and 60 years old. I told the pod deputy that I was calling

7  "man down," which means that I was saying that I was too injured to stay in the

8  module. I did not want to call "man down" earlier because I had thought that one

9  of the people I asked for help would help me. Also, if I called "man down," I

10  worried that the deputies would get angry at me for trying to override their

11  authority. However, because no one would help me, I had to call "man down."

12        19.    When I called "man down," the pod deputy called "Code 1" in

13  response. "Code 1" is called when a deputy needs assistance. Usually, "Code 1"

14  means that the deputy is in a confrontation with an inmate.

15        20.    After "Code 1" was called, deputies appeared and surrounded the pod

16  deputy and me. The pod deputy told me to go back to my cell and threatened to

17  spray me with pepper spray. I decided that it would be best for me to go back to

18  my cell, so I did that.

19        21.    In what felt like thirty minutes, the pod deputy came to my cell and

20  told me to "get ready for a pass," which meant I would receive a medical pass.

21  When I had my medical pass, I left my cell to go to the medical area in MCJ.

22        22.    After the incident at NCCF in which a deputy wrenched my shoulder

23  out of socket, a nurse showed me how to pop the shoulder back into place. I used

24  this method to get my shoulder back into place as I walked to the doctor at MCJ,

25  so my shoulder was back in place before I actually saw the doctor at MCJ. Still,

26  the doctor told me that he could clearly see that my shoulder was injured. The

27  doctor asked me how my shoulder had been injured. I told him about the car

28  accident and the two incidents when deputies had popped my shoulder out of

000295

1   socket. The doctor also looked at my medical records from LCMC which were

2   generated when the deputy at NCCF pulled my shoulder out of socket.

3       23.     The doctor said I should be moved from my cell to the 6050 ward at

4   MCJ, which is the area for people who are sick or injured and need long-term

5   medical care. However, at the time when I was seeing the doctor, the jail went on

6   lock-down, so a deputy came around and told all the inmates that we had to go

7   back to our cells.

8       24.     The next day, June 21, 2011, the deputies put me in the "hole," or the

9   disciplinary unit, for punishment as a result of their decision to write me up in an

10  incident report. The deputies told me that my time in the "hole" was because I had

11  cursed at the pod deputy. The cells that are called the "hole" are the cells in MCJ

12  Module 2400. I was put in Module 2400 Row B Cell 7. Custody Assistant (CA)

13  Bogo, the CA who is in charge of the "hole," showed me the part of the incident

14  report that documented the pod deputy's claim that I had yelled and cursed at him.

15  I know CA Bogo is a CA because she wears an all green uniform. I stayed in the

16  "hole" for ten days. When a person is in the "hole," he cannot see anyone else and

17  he is forced to remain in the cell all day.

18      25.     I have been given Motrin two times a day for the pain, but this drug is

19  not effective for my level of pain. After the deputy at NCCF popped my shoulder

20  out of socket in May 2011, I was prescribed a muscle relaxer called "Robaxin." I

21  believe that I need that medication again because the injury to my shoulder is the

22  same type of injury. I need to see a doctor to get this prescription. I have written

23  my name on the list to see a doctor five times. I wrote my name on the doctor's list

24  on June 22, June 29, July 6, August 2, and August 14. I have never been called to

25  actually see a doctor however.

26      26.     I made a written complaint about Deputy Jimenez yanking my

27  shoulder out of socket on June 20, 2011. I gave the complaint form to the pod

28  deputy I described above. I never heard anything about this complaint from

000296

anyone working for the Los Angeles Sheriff's Department. Because I have asked for complaint forms before and not received them and I have heard from other inmates of similar experiences, I decided that it would not be productive to ask the deputies for a complaint form again. Instead, I have contacted the American Civil Liberties Union with this complaint about Deputy Jimenez's behavior.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed this 16th day of August, 2011 in Los Angeles, California.

_____/s/_____

Clydell Crawford

6

000297

# DECLARATION OF CURRENT PRISONER MR. S JONATHAN DUNLAP

000298

1        **Declaration of Jonathan Dunlap**

2        I, Jonathan Dunlap, hereby declare:

3        1.        I make this declaration based on my own personal knowledge and if called to

4    testify I could and would do so competently as follows:

5        2.        I am twenty-~~one~~ *two* JBD years old and I have been in Men's Central Jail (MCJ) since JBD

6    *July 2010* JBD _____ more than ~~two~~ *four* JBD months. I am currently housed in Module ~~2400,~~ *3660*

7    Row B, Cell ~~14~~ *9* JBD. My booking number is 2260471.

8        3.        On Thursday, November 18, 2010, I was beaten up by deputies from the Los

9    Angeles Sheriff's Department at around nine o'clock to ten o'clock in the morning, during daily

10   Pill Call in the hallway that joins Modules 2200 and 2400.

11       4.        Prior to the incident, the same day, my row was woken up by the deputies, who

12   were outside our cells lined up on the walkway opposite our cells.

13       5.        They told us to get up and take off our clothes except our boxers and shower

14   shoes..

15       6.        They then had us come out of our cells one by one.

16       7.        In my cell, there was a total of three inmates, including myself.

17       8.        A deputy saw a bag on the floor when we were leaving our cells per the deputies'

18   instructions.

19       9.        One of the deputies asked me, "what was in the bag?" I told him, "nothing."

20       10.       He then tells me, "you might as well tell me now because we're going to have to

21   take you to medical for an overdose."

22       11.       I then walked away to go to the hallway where all the other inmates were getting

23   ready to get searched by the deputies.

24       12.       We were told to "drop, squat and cough."

25       13.       We stayed in the Day Room area until the cells were searched, which lasted ten to

26   fifteen minutes. It went by quickly because there were at least twenty deputies there to do the

27   search.

28       14.       After the search, we then went back to our cells and when I got back to my cell,

000299

1   my toothpaste, grease and lotion were all squirted out of their containers and emptied all on our

2   shelves.  I cleaned it up.

3        15.    At around nine o'clock to ten o'clock in the morning, during Pill Call, I went out

4   of my cell to line up for Pill Call.  I stood behind the last person in line.

5        16.    One of the deputies told me to go to the left side of the doorway, opposite from

6   where all the other inmates were, which I did, and the deputy told me to "line up against the

7   wall."

8        17.    He then said to, "put your hands behind your back and interlock your fingers and

9   spread your feet."  I complied with all of this.

10        18.    The deputy when he was giving me the commands was standing about ten to

11   fifteen feet away from me.

12        19.    After I complied with his commands, the deputy walked over to me as if he was

13   going to search me.

14        20.    He hits me on the side of my right eye.

15        21.    At this point, at least five to ten deputies are hitting, kicking and kneeing me for

16   about two to three minutes all in front of the inmates who are standing on the right side of the

17   doorway.

18        22.    The deputies are telling me to shut up and be quiet.

19        23.    I started to yell for the Sergeant and yelled out "help."

20        24.    The deputies then sprayed me with their pepper spray.

21        25.    A few seconds after they sprayed me, a Sergeant walks in.  I don't know her

22   name.  She is Hispanic.  She doesn't do or say anything to me, the deputies or the inmates.

23        26.    Two deputies then ~~take~~ walk JBD me to the clinic.

24        27.    The nurse there cleaned up my injuries and the doctor, who is Asian, old, male

25   and wears glasses looked at me and said that I needed to go to Urgent Care.

26        28.    When the medical staff asked me what had happened, I told them that the deputies

27   beat me up.  I saw them type something into their computer.

28        29.    On <u>the same day</u> ~~right after I saw the medical staff,~~ JBD I was interviewed by a Sergeant, Lieutenant and a Deputy on

2

1  camera in a room that is on the other side of the Visiting Area for fifteen minutes.

2        30.    I told them what had happened and they looked at my injuries.

3        31.    I was then taken to Urgent Care where I received stitches on the inside of my right

4  eyelid and on the outside of my right eyelid.  I got a black right eye, swollen neck, bruises on my

5  right side, bruises on the side of my face, knots on the back of my head, injuries to the my right

6  wrist and elbow and I lost hearing to my right ear for several hours.

7        32.    After I was taken to Urgent Care, I was sent to the hole for "assault on a deputy"

8  and was placed in discipline for twenty days.  The individuals who interviewed me on camera

9  said that an investigation can take up to three months.

10        33.    On Sunday, November 21, 2010, I was given a pass to get my stitches cleaned up.

11  I heard Deputy Gonzalez call my name over the Intercom, but no one came to my cell to get me

12  out.



23       I declare under penalty of perjury of the laws of the State of California and the United

24  States that the foregoing is true and correct.  Executed this 24th day of November, 2010 in Los

25  Angeles, California.

26                                        _Jonathan Dunlap_

27                                        Jonathan Dunlap

28

000301

**Declaration of Jonathan Dunlap**

I, Jonathan Dunlap, hereby declare:

1.      I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.      I am twenty-two years old and I have been in Men's Central Jail (MCJ) since July 2010 more than four months.  I am currently housed in Module 3600, Row B, Cell 9.  My booking number is 2260471.

3.      On Thursday, November 18, 2010, I was beaten up by deputies from the Los Angeles Sheriff's Department at around nine o'clock to ten o'clock in the morning, during daily Pill Call in the hallway that joins Modules 2200 and 2400.

4.      Prior to the incident, the same day, my row was woken up by the deputies, who were outside our cells lined up on the walkway opposite our cells.

5.      They told us to get up and take off our clothes except our boxers and shower shoes..

6.      They then had us come out of our cells one by one.

7.      In my cell, there was a total of three inmates, including myself.

8.      A deputy saw a bag on the floor when we were leaving our cells per the deputies' instructions.

9.      One of the deputies asked me, "what was in the bag?"  I told him, "nothing."

10.      He then tells me, "you might as well tell me now because we're going to have to take you to medical for an overdose."

11.      I then walked away to go to the hallway where all the other inmates were getting ready to get searched by the deputies.

12.      We were told to "drop, squat and cough."

13.      We stayed in the Day Room area until the cells were searched, which lasted ten to fifteen minutes.  It went by quickly because there were at least twenty deputies there to do the search.

14.      After the search, we then went back to our cells and when I got back to my cell,

my toothpaste, grease and lotion were all squirted out of their containers and emptied all on our shelves. I cleaned it up.

15. At around nine o'clock to ten o'clock in the morning, during Pill Call, I went out of my cell to line up for Pill Call. I stood behind the last person in line.

16. One of the deputies told me to go to the left side of the doorway, opposite from where all the other inmates were, which I did, and the deputy told me to "line up against the wall."

17. He then said to, "put your hands behind your back and interlock your fingers and spread your feet." I complied with all of this.

18. The deputy when he was giving me the commands was standing about ten to fifteen feet away from me.

19. After I complied with his commands, the deputy walked over to me as if he was going to search me.

20. He hits me on the side of my right eye.

21. At this point, at least five to ten deputies are hitting, kicking and kneeing me for about two to three minutes all in front of the inmates who are standing on the right side of the doorway.

22. The deputies are telling me to shut up and be quiet.

23. I started to yell for the Sergeant and yelled out "help."

24. The deputies then sprayed me with their pepper spray.

25. A few seconds after they sprayed me, a Sergeant walks in. I don't know her name. She is Hispanic. She doesn't do or say anything to me, the deputies or the inmates.

26. Two deputies then walk me to the clinic.

27. The nurse there cleaned up my injuries and the doctor, who is Asian, old, male and wears glasses looked at me and said that I needed to go to Urgent Care.

28. When the medical staff asked me what had happened, I told them that the deputies beat me up. I saw them type something into their computer.

29. On the same day right after I saw the medical staff, I was interviewed by a

000303

1    Sergeant, Lieutenant and a Deputy on camera in a room that is on the other side of the Visiting

2    Area for fifteen minutes.

3          30.    I told them what had happened and they looked at my injuries.

4          31.    I was then taken to Urgent Care where I received stitches on the inside of my right

5    eyelid and on the outside of my right eyelid.  I got a black right eye, swollen neck, bruises on my

6    right side, bruises on the side of my face, knots on the back of my head, injuries to my right wrist

7    and elbow and I lost hearing to my right ear for several hours.

8          32.    After I was taken to Urgent Care, I was sent to the hole for "assault on a deputy"

9    and was placed in discipline for twenty days.  The individuals who interviewed me on camera

10   said that an investigation can take up to three months.

11         33.    On Sunday, November 21, 2010, I was given a pass to get my stitches cleaned up.

12   I heard Deputy Gonzalez call my name over the Intercom, but no one came to my cell to get me

13   out.

14         I declare under penalty of perjury of the laws of the State of California and the United

15   States that the foregoing is true and correct.  Executed this 24th day of November, 2010 in Los

16   Angeles, California.

17                                              _____/s/_____

18                                              Jonathan Dunlap

19

20

21

22

23

24

25

26

27

28

3

000304

# DECLARATION OF CURRENT PRISONER MR. T ARTURO FERNANDEZ

000305

## Declaration of Arturo Fernandez

I, Arturo Fernandez, hereby declare:

1.   I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.   I am 29 years old and I am currently housed at Men's Central Jail ("MCJ") in Module 3301, Row A, Cell 8. My booking number is 2533061.

3.   On Friday, July 22, 2011, I was housed at MCJ, Module 3100, Row A, Cell 26. At approximately 7:30-8 o'clock in the evening, after my shower, Deputy Guerrero escorted me back to my cell. Deputy Guerrero appears to be Hispanic, is about 5'9" and fat. My hands were handcuffed behind me and I was holding toiletries and my towel.

4.   My cell at the time of the incident was the last cell on Row A and as Deputy Guerrero and I were walking towards my cell, I was in front of Deputy Guerrero. Deputy Guerrero yelled, "Hurry up. Stop lollygagging" at me as we were walking.

5.   When we got in front of cells 25 and my cell, 26, Deputy Guerrero punched the back of my neck. I turned around and looked at the deputy and said to him, "What the fuck?" Deputy Guerrero then pushed me up against the wall that is next to my cell and forced his forearm to my neck. He then yelled at me, "Stop resisting, motherfucker!" and pepper sprayed me. I instantly felt the burn in my eyes. I also had a hard time breathing because I'm asthmatic. I had no idea why he was doing this to me. I wasn't resisting. I was just trying to get into my cell.

6.   Seconds later, I heard another deputy coming over. I'm not sure who the deputy was because the pepper spray in my eye made it hard to see. He grabbed my arms and slammed me to the ground. It hurt and felt like I was being tackled and it hurt. A few seconds after I hit the ground, I heard the sounds of boots and keys jangling and I figured that it was other deputies running over to where we were. I wasn't able to see how many deputies arrived as my eyes were still burning up and tearing from the pepper spray.

7.   As soon as the deputies arrived, they began pummeling me with fists, kicks and other blows that felt like flashlights. I felt like I was being bombarded with a slew of blows for at least a minute or two. I also heard someone–I assume an inmate say, "Deputy Hey!"

000306

1    why don't you leave him alone."

2         8.      Once the deputies stopped beating me, someone picked me up and lead me away

3    from my cell and back towards the front of the row.  As we were walking, I heard one of the

4    inmates on the row say, "Homie, keep your head up."  I replied, "Yeah, alright, homie."

5         9.      The deputies then took me out of the module and out into the hallway on the 3000

6    floor and then slammed to the ground.  When I hit the ground, the deputies started choking me

7    and punched my body again.  As they were beating me, they mockingly yelled, "Alright, keep

8    your head up!" I kept yelling at them to stop choking me because I couldn't breathe.

9         10.     I have a history of asthma and in fact, I have a prescription to get breathing

10   treatments with a nebulizer every night.  I was scared that I was going to pass out because the

11   deputies kept choking me.  It felt like the deputies beat me for more than a minute.

12        11.     I was then taken to the medical clinic.  When I arrived one of the nurses, who

13   assessed my injuries told me that I was going to need to go to the hospital, the Los Angeles

14   Medical Center + USC ("LCMC") because I had head contusions, or large bumps on my head.

15        12.     The medical staff must have contacted the paramedics because they arrived soon

16   after.  However, a Lieutenant or a Captain and another higher rank Los Angeles Sheriff's

17   Department ("LASD") staff interviewed me on video camera before I went to LCMC.  I don't

18   know the names of the LASD staff who interviewed me.  However, the Lieutenant or Captain is

19   White, 5'10", older male in his late 40's and the higher rank LASD staff is also White, has silver

20   hair, late 40's to early 50's and about 5'7"-5'8".

21        13.     The LASD staff asked me what happened and I told them that I was beaten up by

22   deputies.  They then asked me if I had kicked the deputies and I told them that I hadn't.  The

23   higher rank LASD staff asked me if I was mentally ill and I told him that I wasn't.  They also did

24   a brief scan of my body of the injuries, but the video camera wouldn't be able to see the bumps

25   on my head because my hair was covering it and the scan was very quick and not very thorough.

26        14.     After the interview, the paramedics escorted me to LCMC where I got x-rays and

27   Cat Scans.  The medical staff at LCMC told me that I had several head contusions and that I had

28   to get two stitches on my elbow.  I told them that I had really bad headaches and that I couldn't

2

1   hear in my right ear.  I also was able to see that I had bruises all over my body and bruises that

2   looked like they came from flashlights on the side of my knees and thighs.  I had remembered the

3   blows to my knees and thigh area felt like flashlights more so than kicks and punches.

4       15.     I felt like I was at LCMC for at least 12 hours.

5       16.     On July 23, 2011, after I left LCMC, I was taken to the "hole" or the disciplinary

6   unit at MCJ, Module 3301, Row A, Cell 8.  No one told me at the time why I was being placed in

7   the hole.

8       17.     One to two days later, Custody Assistant ("CA") Mogul, a female CA gave me a

9   write up that said that I was being sent to the hole for 29 days for fighting and assaulting staff.

10  She said that if I was going to appeal the write up that I needed to do it immediately.  I told her

11  that I wanted to.

12      18.     CA Mogul told me write my appeal on the back of the form, so I wrote on the

13  back that I didn't know why I was being written up because I didn't fight or assault the deputies

14  and that it was in fact the deputies who beat me up.  I also wrote down that I was handcuffed

15  from behind during the entire time.

16      19.     I asked her for a copy of the report, not just the write up and she told me that if I

17  wanted a copy of the report, I was going to need to subpoena it.

18      20.     The next day, CA Mogul gave me the response to the appeal written by _____ *at sergeant Roberts*.

19  The response basically stated that it was investigated and I was found to be at fault for fighting

20  and assaulting staff.

21      21.     I tried to write a complaint form about what happened since I first got to the hole,

22  but whenever I asked the module deputies, I'd get the run around.  The deputies would tell me,

23  "I'll see if we have any", "I'll see what I can do" or "We're too busy."  They never have blank

24  complaint forms next to the locked complaint box, so the only way I would be able to get a

25  complaint form is through the deputies, but they're uncooperative.

26      22.     The medical staff at the jails gave me Motrin for my headaches, but I don't want

27  to take them for too long because I know that it can damage my liver.  I still get really bad

28  headaches.  I also can barely hear out of my right ear.  The medical staff told me that as long as it

3

1   wasn't bleeding it was fine.  They prescribed me ear drops for excess wax, but it doesn't do

2   anything for my ear.  I was supposed to get the stitches taken out of my elbow 10 days after the

3   incident, but no one came by.  The stitches eventually came out because part of the stitching got

4   caught in my sheets.  My right eye also gets blurry every once in a while and I have popped blood

5   vessel next to my iris in my right eye.  Most of the bumps on my head are gone, except two, the

6   one behind my right ear and another one on the right side of my forehead.

7         23.     I'm afraid of retaliation from the deputies because I'm talking to the ACLU.  I've

8   spoken to the ACLU before about another beating and I've been written up several times since

9   for things that I didn't do like altering my wristband or saying that I had a razor in my cell when I

10   didn't.  I also don't want the deputies planting things in my cell because I'm talking to the

11   ACLU.

12        I declare under penalty of perjury of the laws of the State of California and the United

13   States that the foregoing is true and correct.  Executed this 15th day of August, 2011 in Los

14   Angeles, California.

15

16                                              Arturo Fernandez

17

18

19

20

21

22

23

24

25

26

27

28

4

**Declaration of Arturo Fernandez**

I, Arturo Fernandez, hereby declare:

1.      I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.      I am 29 years old and I am currently housed at Men's Central Jail ("MCJ") in Module 3301, Row A, Cell 8.  My booking number is 2533061.

3.      On Friday, July 22, 2011, I was housed at MCJ, Module 3100, Row A, Cell 26. At approximately 7:30-8 o'clock in the evening, after my shower, Deputy Guerrero escorted me back to my cell.  Deputy Guerrero appears to be Hispanic, is about 5'9" and fat.  My hands were handcuffed behind me and I was holding toiletries and my towel.

4.      My cell at the time of the incident was the last cell on Row A and as Deputy Guerrero and I were walking towards my cell, I was in front of Deputy Guerrero.  Deputy Guerrero yelled, "Hurry up.  Stop lollygagging" at me as we were walking.

5.      When we got in front of cells 25 and my cell, 26, Deputy Guerrero punched the back of my neck.  I turned around and looked at the deputy and said to him, "What the fuck?" Deputy Guerrero then pushed me up against the wall that is next to my cell and forced his forearm to my neck.  He then yelled at me, "Stop resisting, motherfucker!" and pepper sprayed me.  I instantly felt the burn in my eyes.  I also had a hard time breathing because I'm asthmatic. I had no idea why he was doing this to me.  I wasn't resisting.  I was just trying to get into my cell.

6.      Seconds later, I heard another deputy coming over.  I'm not sure who the deputy was because the pepper spray in my eye made it hard to see.  He grabbed my arms and slammed me to the ground.  It hurt and felt like I was being tackled and it hurt a lot because I didn't have anything to break my fall.  A few seconds after I hit the ground, I heard the sounds of boots and keys jangling and I figured that it was other deputies running over to where we were.  I wasn't able to see how many deputies arrived as my eyes were still burning up and tearing from the pepper spray.

7.      As soon as the deputies arrived, they began pummeling me with fists, kicks and

1   other blows that felt like flashlights. I felt like I was being bombarded with a slew of blows for

2   at least a minute or two. I also heard someone–I assume an inmate say, "Hey! why don't you

3   leave him alone."

4        8.      Once the deputies stopped beating me, someone picked me up and lead me away

5   from my cell and back towards the front of the row. As we were walking, I heard one of the

6   inmates on the row say, "Homie, keep your head up." I replied, "Yeah, alright, homie."

7        9.      The deputies then took me out of the module and out into the hallway on the 3000

8   floor and then slammed to the ground. When I hit the ground, the deputies started choking me

9   and punched my body again. As they were beating me, they mockingly yelled, "Alright, keep

10  your head up!" I kept yelling at them to stop choking me because I couldn't breathe.

11       10.     I have a history of asthma and in fact, I have a prescription to get breathing

12  treatments with a nebulizer every night. I was scared that I was going to pass out because the

13  deputies kept choking me. It felt like the deputies beat me for more than a minute.

14       11.     I was then taken to the medical clinic. When I arrived one of the nurses, who

15  assessed my injuries told me that I was going to need to go to the hospital, the Los Angeles

16  Medical Center + USC ("LCMC") because I had head contusions, or large bumps on my head.

17       12.     The medical staff must have contacted the paramedics because they arrived soon

18  after. However, a Lieutenant or a Captain and another higher rank Los Angeles Sheriff's

19  Department ("LASD") staff interviewed me on video camera before I went to LCMC. I don't

20  know the names of the LASD staff who interviewed me. However, the Lieutenant or Captain is

21  White, 5'10", older male in his late 40's and the higher rank LASD staff is also White, has silver

22  hair, late 40's to early 50's and about 5'7"-5'8".

23       13.     The LASD staff asked me what happened and I told them that I was beaten up by

24  deputies. They then asked me if I had kicked the deputies and I told them that I hadn't. The

25  higher rank LASD staff asked me if I was mentally ill and I told him that I wasn't. They also did

26  a brief scan of my body of the injuries, but the video camera wouldn't be able to see the bumps

27  on my head because my hair was covering it and the scan was very quick and not very thorough.

28       14.     After the interview, the paramedics escorted me to LCMC where I got x-rays and

000311

1    Cat Scans.  The medical staff at LCMC told me that I had several head contusions and that I had

2    to get two stitches on my elbow.  I told them that I had really bad headaches and that I couldn't

3    hear in my right ear.  I also was able to see that I had bruises all over my body and bruises that

4    looked like they came from flashlights on the side of my knees and thighs.  I had remembered the

5    blows to my knees and thigh area felt like flashlights more so than kicks and punches.

6         15.    I felt like I was at LCMC for at least 12 hours.

7         16.    On July 23, 2011, after I left LCMC, I was taken to the "hole" or the disciplinary

8    unit at MCJ, Module 3301, Row A, Cell 8.  No one told me at the time why I was being placed in

9    the hole.

10        17.    One to two days later, Custody Assistant ("CA") Mogul, a female CA gave me a

11   write up that said that I was being sent to the hole for 29 days for fighting and assaulting staff.

12   She said that if I was going to appeal the write up that I needed to do it immediately.  I told her

13   that I wanted to.

14        18.    CA Mogul told me write my appeal on the back of the form, so I wrote on the

15   back that I didn't know why I was being written up because I didn't fight or assault the deputies

16   and that it was in fact the deputies who beat me up.  I also wrote down that I was handcuffed

17   from behind during the entire time.

18        19.    I asked her for a copy of the report, not just the write up and she told me that if I

19   wanted a copy of the report, I was going to need to subpoena it.

20        20.    The next day, CA Mogul gave me the response to the appeal written by Sergeant

21   Roberts.  The response basically stated that it was investigated and I was found to be at fault for

22   fighting and assaulting staff.

23        21.    I tried to write a complaint form about what happened since I first got to the hole,

24   but whenever I asked the module deputies, I'd get the run around.  The deputies would tell me,

25   "I'll see if we have any", "I'll see what I can do" or "We're too busy."  They never have blank

26   complaint forms next to the locked complaint box, so the only way I would be able to get a

27   complaint form is through the deputies, but they're uncooperative.

28        22.    The medical staff at the jails gave me Motrin for my headaches, but I don't want

3

to take them for too long because I know that it can damage my liver. I still get really bad headaches. I also can barely hear out of my right ear. The medical staff told me that as long as it wasn't bleeding it was fine. They prescribed me ear drops for excess wax, but it doesn't do anything for my ear. I was supposed to get the stitches taken out of my elbow 10 days after the incident, but no one came by. The stitches eventually came out because part of the stitching got caught in my sheets. My right eye also gets blurry every once in a while and I have popped blood vessel next to my iris in my right eye. Most of the bumps on my head are gone, except two, the one behind my right ear and another one on the right side of my forehead.

23.    I'm afraid of retaliation from the deputies because I'm talking to the ACLU. I've spoken to the ACLU before about another beating and I've been written up several times since for things that I didn't do like altering my wristband or saying that I had a razor in my cell when I didn't. I also don't want the deputies planting things in my cell because I'm talking to the ACLU.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed this 15th day of August, 2011 in Los Angeles, California.

_____/s/_____

Arturo Fernandez

4

000313

# DECLARATION OF CURRENT PRISONER MR. U ARTURO FERNANDEZ

000314

**Declaration of Arturo Fernandez**

I, Arturo Fernandez, hereby declare:

1.      I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.      I am 29 years old and am currently housed in Men's Central Jail ("MCJ") in Module 3300, Row B, Cell 13. My booking number is 2533061.

3.      I was arrested on or about November 2, 2010 by the Carson City Sheriff Department in the late evening for fighting with three guys who were trying to fight me. When the police arrived on the scene, I tried to run away because I didn't want to get arrested. To stop me from running away, Deputy Gin hit my face with a baton and tackled me to the ground.

4.      After I was booked and processed at the Carson City station, I was taken to the Inmate Reception Center ("IRC") the morning of November 2, 2010.

5.      When I got to IRC, I hadn't gone through the assessment or the medical and mental health evaluation. I hadn't been strip searched either. Four deputies, one White, one Hispanic, one Black and one Asian, escorted me through the corridor to the holding tank where the other inmates were, but I was stopped short of getting there. I had already been handcuffed and I was lifted up by my handcuffs so that my upper arms were almost parallel to my shoulders. It hurt a lot and my shoulders felt like your knee does if you hyperextend it, like it was being twisted in the wrong direction. I heard one of them say something to me. The White deputy then pressed his forearm to my neck and pushed my face to the wall, hard. The deputies then punched me all over my body and torso about 10-20 times for what seemed like 30 seconds.

6.      One of them said to me, "Do something now, punk!"

7.      After the deputies finished beating me up, I was taken to the holding tank.

8.      When I went through the medical assessment, I told the medical staff that my ribs hurt and that it felt like they were broken. The nurse felt my ribs and said, "They're not broken. They look alright." The nurse gave me some Tylenol.

9.      While I was in jail, I was transferred to different facilities more than 13 times. After IRC, I was housed at the following areas for the following estimated times:  MCJ, Module

1  3400, Row D, Cell 6 for 2-3 days, Module 827 at the North County Correctional Facility

2  ("NCCF")'s Supermax for a week to a week and a half, Module 928 for 17-18 days, Module 816

3  for three weeks, MCJ, 2000 floor for 1 week, NCCF for another week and six more times going

4  back and forth from MCJ to NCCF.

5        10.    When I asked the Transportation Deputies why I was being moved around, they

6  would tell me that it was for medical reasons.  However, I never saw a doctor at any time at any

7  of these different facilities.  I even went to the medical staff at NCCF to see if I was supposed to

8  be seen by a doctor and the staff would tell me, "You're not here to see a doctor."

9       I declare under penalty of perjury of the laws of the State of California and the United

10  States that the foregoing is true and correct.  Executed this 23rd day of August, 2011 in Los

11  Angeles, California.

12                                           _____/s/_____

13                                          Arturo Fernandez

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

000316

**Declaration of Arturo Fernandez**

1

2       I, Arturo Fernandez, hereby declare:

3       1.      I make this declaration based on my own personal knowledge and if called to

4   testify I could and would do so competently as follows:

5       2.      I am 29 years old and am currently housed in Men's Central Jail ("MCJ") in

6   Module 3300 , Row B , Cell 13 . My booking number is 2533061.

7       3.      I was arrested on or about November 1, 2010 by the Carson City Sheriff

8   Department in the late evening for fighting with three guys who were trying to fight me.  When

9   the police arrived on the scene, I tried to run away because I didn't want to get arrested.  To stop

10  me from running away,  Deputy Gin hit my face with a baton and tackled me to the ground.

11      4.      After I was booked and processed at the Carson City station, I was taken to the

12  Inmate Reception Center ("IRC") the morning of November 2, 2011.

13      5.      When I got to IRC, I hadn't gone through the assessment or the medical and

14  mental health evaluation.  I hadn't been strip searched either.  Four deputies, one White, one

15  Hispanic, one Black and one Asian, escorted me through the corridor to the holding tank where

16  the other inmates were, but I was stopped short of getting there.  I had already been handcuffed

17  and I was lifted up by my handcuffs so that my upper arms were almost parallel to my shoulders.

18  It hurt a lot and my shoulders felt like your knee does if you hyperextend it, like it was being

19  twisted in the wrong direction.  I heard one of them say something to me.  The White deputy then

20  pressed his forearm to my neck and pushed my face to the wall, hard.  The deputies then punched

21  me all over my body and torso about 10-20 times for what seemed like 30 seconds.

22      6.      One of them said to me, "Do something now, punk!"

23      7.      After the deputies finished beating me up, I was taken to the holding tank.

24      8.      When I went through the medical assessment, I told the medical staff that my ribs

25  hurt and that it felt like they were broken.  The nurse felt my ribs and said, "They're not broken.

26  They look alright."  The nurse gave me some Tylenol.

27      9.      While I was in jail, I was transferred to different facilities more than 13 times.

28  After IRC, I was housed at the following areas for the following estimated times:  MCJ, Module

000317

1  3400, Row D, Cell 6 for 2-3 days, Module 827 at the North County Correctional Facility

2  ("NCCF")'s Supermax for a week to a week and a half, Module 928 for 17-18 days, Module 816

3  for three weeks, MCJ, 2000 floor for 1 week, NCCF for another week and six more times going

4  back and forth from MCJ to NCCF.

5       10.    When I asked the Transportation Deputies why I was being moved around, they

6  would tell me that it was for medical reasons.  However, I never saw a doctor at any time at any

7  of these different facilities.  I even went to the medical staff  at _N C C F_ ~~AF~~ to see if I was

8  supposed to be seen by a doctor and the staff would tell me, "You're not here to see a doctor."

9  _AF_  ~~11.   On~~ _____, I was charged with _____.

10      I declare under penalty of perjury of the laws of the State of California and the United

11  States that the foregoing is true and correct.  Executed this _23rd_ day of _August_, 2011 in Los

12  Angeles, California.

13

14  Arturo Fernandez

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

000318

# DECLARATION OF CURRENT PRISONER MR. V JASON FISHER

### Declaration of Jason Fisher

I, Jason Fisher, hereby declare:

1.     I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.     I am 29 years old. I was arrested on May 13, 2010 and sent to Men's Central Jail ("MCJ") but am currently housed in Twin Towers Correctional Facility ("TTCF"), Module 131, Pod F. My booking number is 2331071.

3.     On or about May 17, 2010 while I was still housed at MCJ, I was scheduled to go to my arraignment at the Inglewood courthouse. While I was waiting to see the judge, I was placed in the protective custody ("PC") holding cell in the Inglewood courthouse with two other gentlemen. I knew I was a PC because all PC inmates wear a yellow wristband, including the two other gentlemen who were with me in the holding tank, and I was wearing a yellow wristband. I also knew I was PC because booking classified me as PC when I came in to jail.

4.     Then a bald deputy who appeared to be Hispanic pulled me out of the holding cell so I could talk to my attorney. After speaking with my attorney, I went back to the holding cell. I was standing in front of the cell waiting for the deputy to open the door to the cell when two other deputies came - a White deputy and his Hispanic partner. Instead of putting me in the original PC holding cell I was in before talking to my attorney, they brought me across the hall to the general population tank that only housed Hispanics.

5.     The White deputy told me to "get the fuck in there." I told the deputy that I wasn't supposed to be there; I was supposed to be in the PC holding cell.

6.     The two deputies didn't listen to me and threw me inside the general population tank. There were about 15-20 Hispanic inmates in that holding cell. Right when I entered, I could hear them plotting to attack me. One of the inmates said "there's a reason they threw him in here!" After about 5 minutes of them talking amongst themselves and me anxiously waiting for the attack, they made

1  their move.

2      7.    The first inmate who hit me punched me with a closed fist on the side

3  of my head. The punch was so hard that I hit my head on the wall and fell to the

4  floor. As soon as I fell to the floor, all of the inmates started beating me. I felt

5  multiple kicks to my head and kicks in my abdomen and rib area. I couldn't defend

6  myself against these 15 or so inmates that were beating me up. There was nothing

7  I could do but surrender to their strikes. After about 5 minutes of the violent

8  beating, I went unconscious.

9      8.    I woke up on the floor and saw everyone staring at me. As soon as I

10  tried to stand up, they attacked me. This time, I felt people jumping on my head

11  and kicking me in my face over and over again. I was kicked so hard in my mouth

12  that I thought I was going to be knocked unconscious again.

13      9.    I was able to crawl behind the toilet to protect myself, but the toilet

14  was no match for the inmates who continued to stomp on me and kick me in any

15  area of my body that was available for them to beat.

16      10.    I lay helplessly on the floor as three inmates dragged me from behind

17  the toilet to the door which they used to prop up my body. One of the inmates

18  pounded against the door and yelled, "Man down!"

19      11.    A White female deputy opened the door and leaned over to look at

20  me. She started laughing and said "what is he doing here?!" The inmates lied and

21  told her that I had a seizure. Then her partner, a male deputy, told me to get up. I

22  tried to get up, but I physically could not move after the beating I just experienced.

23      12.    Then the deputy said "Since you can't get up, we're calling the

24  paramedics." The paramedics came in about 5 minutes. I was placed on a stretcher

25  and taken to the hospital.

26      13.    There was a foul smell coming from my body. It smelled like urine.

27  Although I didn't see it happen, I'm sure the inmates urinated on me during the

28  beating since my pants weren't wet before I got in.

000321

14. At the hospital, the doctors took a CT scan, x-rays, and gave me a morphine injection. I ended up having contusions in my head from the inmates jumping and kicking me in my head. My lip was busted open, my right ear was swollen, and I had an unbearable headache and blurred vision.

15. The doctors said I needed stitches for my lip, but the Hispanic deputy that came with me to the hospital told the doctor that they would take care of it in jail. The doctor didn't question the deputy and said "OK."

16. When I came back to jail that same day, I was sent to the PC cell on the 2,800 floor. The next day, I was sent to the medical ward on the 7,000 floor of MCJ for a week and a half. I never received any stitches while at the medical ward.

17. They sent me to the PC cells after my stay in the medical ward. I now suffer from severe back pains and can't sleep well because of the emotional and physical trauma.


I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct.  Executed August 10, 2011 in Los Angeles, California.

Jason Fisher

3

000322

# DECLARATION OF CURRENT PRISONER MR. W MELVYN FOSTER AKA MELVIN FOSTER

000323

### Declaration of Melvyn Foster

I, Melvyn Foster, hereby declare:

1.     I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.     I am 45 years old.  I am currently housed in Twin Towers Correctional Facility ("TTCF") in Tower 2, in their medical unit.  My booking number is 2346223.

3.     On December 20, 2010, I was housed at Men's Central Jail ("MCJ") in Module 3800, Row A, Cell 7 with two other cell mates.  The toilet in our cell had been broken and there were leech-like bugs crawling around the bottom of the cell.  My cell mates and I had reported this to the module deputies several times, but it hadn't been fixed.  The toilet had been like this for one month.

4.     About 3pm, I was taken to the medical clinic for my breathing treatments.  I have asthma and I receive breathing treatments three times a day as needed.  While I was there, I saw Captain David Harris and a lieutenant with him.  I was able to identify Captain Harris because of his name tag.

5.     I asked to talk to him and when he agreed, I told him about the condition of our cell's toilet.  I told him that I had a breathing condition and I was worried that my condition would get worse because of our broken toilet and the bugs.

6.     Captain Harris told a lieutenant to contact the module to condemn the cell.

7.     About 5pm, Deputy Gaybade, who worked on my module, took me and my two cell mates to the 3000 floor hallway.  He told me that I had overstepped my bounds by talking to Captain Harris about the broken toilet.  He then told us to strip down to our boxers, so we did.

8.     Deputy Gaybade then placed me in Cell 4 on the same module and row and placed my two cell mates together in Cell 8, also on the same module and row.  Both of my cell mates were given a mattress, but I wasn't.  He also took all of my property.

9.     About 10pm, Custody Assistant ("CA") Abraham arrived on shift.  I told asked him if I could have a mattress and CA Abraham refused to give me one.  We had an argument about this.  He told me that he was going to write me up.  I told him to write me up because I had

000324

1   a right to bedding.  The deputies did not give me a mattress until 2am.

2       10.     On or around December 24, 2010, Senior Deputy Serner came to my cell and told

3   me that CA Abraham had written me up for insubordination and being disrespectful.  Senior

4   Deputy Serner told me that I was going to the "hole" or the disciplinary unit for 20 days.  Senior

5   Deputy Serner, however, told me that he was going to "cut the difference" and allow me to go to

6   the "hole" for 10 days instead.  I asked him if I could do the 10 days after Christmas because I

7   just had a new baby and he said that it was fine.

8       11.     I went to Module  2400, Row D, Cell 9, which is the "hole" on December 27,

9   2010.  While I was here, I filled out and submitted a complaint form about what happened.  I put

10  the complaint form in the complaint box on the module.

11      12.     I have had problems with my breathing because I have asthma.  I have had asthma

12  since I was seven years old.  I had also been given medical "as-needed" cards by the medical staff

13  for Albuterol and a Nebulizer, which help me with my asthma.

14      13.     On December 29, 2010, I asked a deputy if I could go to the clinic so that I could

15  have a breathing treatment.  I don't know his name, but he is short and Hispanic.  He handcuffed

16  me and lead me through the hallway near Module 2400.  As we were walking, Deputy Gomel

17  and Deputy Rodriguez, whom I had seen before when I was getting a breathing treatment, asked

18  the deputy who was escorting me where I was going.  He told them that I was going to the clinic

19  for a breathing treatment.

20      14.     Deputies Gomel said, "No one is taking him no fucking where.  He always has

21  breathing problems.  Fuck him!  Take him back to his cell.  He ain't getting anything."

22      15.     Deputies Gomel and Rodriguez then escorted me back to my cell.  The deputy

23  who was going to escort me to the clinic stayed back and didn't say or do anything to Deputies

24  Gomel and Rodriguez.

25      16.     As we were walking to my cell, both deputies are yelling, "Punk!  Bitch!" and

26  other names at me.  When we arrived in front of my cell, I asked them why they are not letting

27  me have my breathing treatment.  I told them that I have asthma and have problems with my

28  breathing.

2

17.     Deputy Gomel then said, "What you need is for us to beat your ass." I then told him, "If that's what you feel you need to do."

18.     Deputy Gomel then kicked my legs, to trip me, placed his hands on my head and slammed my head to the ground. I was handcuffed so I wasn't not able to stop myself from falling and injuring my head. When my head hit the ground, I heard what sounded like my skull being busted open. I saw my blood all over the ground.

19.     Deputy Rodriguez then sprayed pepper spray into my ears, nose and mouth while Deputy Gomel punched my head what felt like 15-20 times. The punches to my head felt like someone was hitting me with a brick and I couldn't defend myself because I was handcuffed.

20.     I heard an inmate on the row say, "Man, you're going to kill him!"

21.     One of the deputies then told me to get up. I told him that I couldn't get up and I couldn't see. The blood from my head, right temple and right eyebrow had dripped down into my eye. I also told him that I couldn't breathe. I was already having problems breathing before the deputies beat me and I was having more difficulty because the pepper spray caused my asthma to flare up.

22.     The deputies then dragged me down the stairs and sat me down on the floor. Deputy Craez wiped the blood off of my face with a towel.

23.     Three or four deputies, who weren't Deputies Gomel or Rodriguez, then escorted me to the medical clinic. As I was being escorted to the medical clinic, I was yelling, "I want to see a sergeant! I want to see a lieutenant! What you all did was wrong!"

24.     When I arrived to the medical clinic, the medical staff cleaned me up.

25.     Lieutenant LaFave and Sergeant O'Connor asked me what happened on video camera. I told them exactly what happened. Lieutenant LaFave and Sergeant O'Connor told me that there was going to do an internal investigation.

26.     I then saw Lieutenant LaFave and Sergeant O'Connor walk over and interview a doctor. The doctor they interviewed didn't even treat me. It was another doctor and two nurses who cleaned me up and treated me. The doctor that the Lieutenant and the Sergeant interviewed said that I was being belligerent.

3

27.     The medical staff then wrapped my head because it was still bleeding.  Deputy Garcia and another Hispanic deputy escorted me to the Los Angeles Medical Center +USC ("LCMC") in a squad car.

28.     After the LCMC staff treated me, I was placed in a large room with other beds in them.

29.     Deputy Himaka came into the room and said to me, "You think you got your ass whooped?  My partners at CJ called me.  I got something for you now that you're here."

30.     The medical staff then came in and my wrists were handcuffed to either side of the bed, so I had one wrist handcuffed to one side of the bed rail and the other wrist on the other side.

31.     An hour after I got x-rays and my head had stopped bleeding, Deputy Himaka came into the room again.  I asked him if he could loosen up the handcuffs because they were really tight on my wrist.

32.     Deputy Himaka tightened the handcuffs even tighter.

33.     I said to him, "That's fucked up shit!  That's coward shit!"  Deputy Himaka then looked around the curtain that was around my bed.  After looking around, he said to me, "I'm going to show you coward shit!"  Deputy Himaka then punched my head and my eye area for what seemed like 15-20 times for around 2-3 minutes.  I was yelling, "Help!  Help me!"

34.     I was afraid he was going to bust my head open again so I tried to defend myself with my legs, since I was handcuffed.

35.     I then saw 7-8 deputies running in and they strapped my feet down.  Deputy Himaka then said to them, "He just started kicking and spitting at me!"

36.     I was then moved to another room and Lieutenant Reginald White interviewed me on video camera about what happened.

37.     I was then sent to the "hole" or the disciplinary unit at TTCF in Module 121.  I was told that I was being sent to the "hole" because Deputy Raygoso wrote me up for the incident involving Deputies Gomel and Rodriguez.  While I was in the hole, I filled out another complaint form and submitted the form in the box.  I was in TTCF, Module 121 until January 1, 2011 and

4

1   then I was transferred to MCJ, Module 3101, which I was told is the "high power hole."

2       38.     When I got to Module 3101, Senior Deputy Coke and CA Morgo told me that I

3   was in the "hole" for resisting arrest and was going to be in there for 29 days.  I told them that I

4   had been in the "hole" since December 27th and if it counted towards the 29 days.  They said no

5   and that I was scheduled to be released from the "hole" on March 3, 2011.

6       39.     On January 24, 2011, I went to court and I was charged with 6 felonies, one of

7   them for battery against a peace officer for the LCMC incident.

8       40.     Between December 2010 and January 2011, I went back and forth to LCMC for

9   my breathing trouble.  In December 2010, the specialist found 1 spot in my right lung and 4 spots

10  in my left lung after 3 MRI's, 3 Cat Scans, which he thought might be fungus, a rare lung disease

11  or some sort of immune deficiency.  In March 2011, I had to get a brochostomy, which

12  determined that the spots were not cancerous.  On April 25, 2011, I received a court order to see

13  a pulmonologist specialist for my lungs.

14      41.     Sometime in February 2011, as I was going to the law library, I saw Lieutenant

15  LaFave.  I asked him if he received my two complaints that I had submitted about the two beating

16  incidents.  He said to me, "I ain't got nothing."

17      I declare under penalty of perjury of the laws of the State of California and the United

18  States that the foregoing is true and correct.  Executed this ___ day of _____, 2011 in Los

19  Angeles, California.

20                                              _Melvyn K. Foster_

21      _MKF._                                  Melvyn Foster

22  On June 7, 2011 a doctor told me that I had

23  a rare lung disease called sarcoidosis.

24

25

26

27

28

000328

## Declaration of Melvyn Foster

I, Melvyn Foster, hereby declare:

1.     I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.     I am 45 years old.  I am currently housed in Twin Towers Correctional Facility ("TTCF") in Tower 2, in their medical unit.  My booking number is 2346223.

3.     On December 20, 2010, I was housed at Men's Central Jail ("MCJ") in Module 3800, Row A, Cell 7 with two other cell mates.  The toilet in our cell had been broken and there were leech-like bugs crawling around the bottom of the cell.  My cell mates and I had reported this to the module deputies several times, but it hadn't been fixed.  The toilet had been like this for one month.

4.     About 3pm, I was taken to the medical clinic for my breathing treatments.  I have asthma and I receive breathing treatments three times a day as needed.  While I was there, I saw Captain David Harris and a lieutenant with him.  I was able to identify Captain Harris because of his name tag.

5.     I asked to talk to him and when he agreed, I told him about the condition of our cell's toilet.  I told him that I had a breathing condition and I was worried that my condition would get worse because of our broken toilet and the bugs.

6.     Captain Harris told a lieutenant to contact the module to condemn the cell.

7.     About 5pm, Deputy Gaybade, who worked on my module, took me and my two cell mates to the 3000 floor hallway.  He told me that I had overstepped my bounds by talking to Captain Harris about the broken toilet.  He then told us to strip down to our boxers, so we did.

8.     Deputy Gaybade then placed me in Cell 4 on the same module and row and placed my two cell mates together in Cell 8, also on the same module and row.  Both of my cell mates were given a mattress, but I wasn't.  He also took all of my property.

9.     About 10pm, Custody Assistant ("CA") Abraham arrived on shift.  I asked him if I could have a mattress and CA Abraham refused to give me one.  We had an argument about this.  He told me that he was going to write me up.  I told him to write me up because I had a

000329

1   right to bedding.  The deputies did not give me a mattress until 2am.

2        10.    On or around December 24, 2010, Senior Deputy Serner came to my cell and told

3   me that CA Abraham had written me up for insubordination and being disrespectful.  Senior

4   Deputy Serner told me that I was going to the "hole" or the disciplinary unit for 20 days.  Senior

5   Deputy Serner, however, told me that he was going to "cut the difference" and allow me to go to

6   the "hole" for 10 days instead.  I asked him if I could do the 10 days after Christmas because I

7   just had a new baby and he said that it was fine.

8        11.    I went to Module 2400, Row D, Cell 9, which is the "hole" on December 27,

9   2010.  While I was here, I filled out and submitted a complaint form about what happened.  I put

10  the complaint form in the complaint box on the module.

11       12.    I have had problems with my breathing because I have asthma.  I have had asthma

12  since I was seven years old.  I had also been given medical "as-needed" cards by the medical staff

13  for Albuterol and a Nebulizer, which help me with my asthma.

14       13.    On December 29, 2010, I asked a deputy if I could go to the clinic so that I could

15  have a breathing treatment.  I don't know his name, but he is short and Hispanic.  He handcuffed

16  me and lead me through the hallway near Module 2400.  As we were walking, Deputy Gomel

17  and Deputy Rodriguez, whom I had seen before when I was getting a breathing treatment, asked

18  the deputy who was escorting me where I was going.  He told them that I was going to the clinic

19  for a breathing treatment.

20       14.    Deputies Gomel said, "No one is taking him no fucking where.  He always has

21  breathing problems.  Fuck him!  Take him back to his cell.  He ain't getting anything."

22       15.    Deputies Gomel and Rodriguez then escorted me back to my cell.  The deputy

23  who was going to escort me to the clinic stayed back and didn't say or do anything to Deputies

24  Gomel and Rodriguez.

25       16.    As we were walking to my cell, both deputies are yelling, "Punk!  Bitch!" and

26  other names at me.  When we arrived in front of my cell, I asked them why they are not letting

27  me have my breathing treatment.  I told them that I have asthma and have problems with my

28  breathing.

2

000330

27.     The medical staff then wrapped my head because it was still bleeding.  Deputy Garcia and another Hispanic deputy escorted me to the Los Angeles Medical Center +USC ("LCMC") in a squad car.

28.     After the LCMC staff treated me, I was placed in a large room with other beds in them.

29.     Deputy Himaka came into the room and said to me, "You think you got your ass whooped?  My partners at CJ called me.  I got something for you now that you're here."

30.     The medical staff then came in and my wrists were handcuffed to either side of the bed, so I had one wrist handcuffed to one side of the bed rail and the other wrist on the other side.

31.     An hour after I got x-rays and my head had stopped bleeding, Deputy Himaka came into the room again.  I asked him if he could loosen up the handcuffs because they were really tight on my wrist.

32.     Deputy Himaka tightened the handcuffs even tighter.

33.     I said to him, "That's fucked up shit!  That's coward shit!"  Deputy Himaka then looked around the curtain that was around my bed.  After looking around, he said to me, "I'm going to show you coward shit!"  Deputy Himaka then punched my head and my eye area for what seemed like 15-20 times for around 2-3 minutes.  I was yelling, "Help!  Help me!"

34.     I was afraid he was going to bust my head open again so I tried to defend myself with my legs, since I was handcuffed.

35.     I then saw 7-8 deputies running in and they strapped my feet down.  Deputy Himaka then said to them, "He just started kicking and spitting at me!"

36.     I was then moved to another room and Lieutenant Reginald White interviewed me on video camera about what happened.

37.     I was then sent to the "hole" or the disciplinary unit at TTCF in Module 121.  I was told that I was being sent to the "hole" because Deputy Raygoso wrote me up for the incident involving Deputies Gomel and Rodriguez.  While I was in the hole, I filled out another complaint form and submitted the form in the box.  I was in TTCF, Module 121 until January 1, 2011 and

000331

then I was transferred to MCJ, Module 3101, which I was told is the "high power hole."

38.    When I got to Module 3101, Senior Deputy Coke and CA Morgo told me that I was in the "hole" for resisting arrest and was going to be in there for 29 days.  I told them that I had been in the "hole" since December 27th and if it counted towards the 29 days.  They said no and that I was scheduled to be released from the "hole" on March 3, 2011.

39.    On January 24, 2011, I went to court and I was charged with 6 felonies, one of them for battery against a peace officer for the LCMC incident.

40.    Between December 2010 and January 2011, I went back and forth to LCMC for my breathing trouble.  In December 2010, the specialist found 1 spot in my right lung and 4 spots in my left lung after 3 MRI's, 3 Cat Scans, which he thought might be fungus, a rare lung disease or some sort of immune deficiency.  In March 2011, I had to get a brochostomy, which determined that the spots were not cancerous.  On April 25, 2011, I received a court order to see a pulmonologist specialist for my lungs.

41.    Sometime in February 2011, as I was going to the law library, I saw Lieutenant LaFave.  I asked him if he received my two complaints that I had submitted about the two beating incidents.  He said to me, "I ain't got nothing."

42.    On June 7, 2011 a doctor told me that I had a rare lung disease called Sarcoidosis.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct.  Executed this 7th day of June, 2011 in Los Angeles, California.

_____ / s/

Melvyn Foster

000332

# DECLARATION OF CURRENT PRISONER MR. X MACARIO GARCIA

000333

1                                  **Declaration of Macario Garcia**

2        I, Macario Garcia, hereby declare:

3           1.      I make this declaration based on my own personal knowledge and if called to

4 testify I could and would do so competently as follows:

5           2.      I am 42 years old. My booking number is 2490525. I have been at Men's

6 Central Jail ("MCJ") since September 25, 2010. I am currently housed in Module 3700, Row B, Cell 8. 3301a Row 3ru

7                           <u>On or about the week of October 11, 2010</u>

8           3.      On or about the week of October 11, 2010, I was talking to an inmate while I was

9 in the booking area at the Pasadena Courthouse. <u>I was talking to the inmate</u>

10 <u>for about five minutes</u>.

11           4.      Deputy Calderon said to me, "Shut the fuck up." I asked him, "Why do you talk

12 to me like that?" He said, "I'll talk to who I want to talk to like that." Deputy Contreras then

13 said to me, "So you want to be an asshole?"

14           5.      Deputy Contreras handcuffed me with my hands behind me. The two deputies

15 then escort me to the basement of the Pasadena Court house and placed me in the Attorney

16 Room. _____

17           6.      Deputy Contreras said to me, "Sit on the stool and look forward." I asked him

18 why. I didn't want to do as he said because I knew I was going to get hit or beat up. I knew I

19 was going to get hit or beat up because <u>I had seen deputies say and do</u>

20 <u>this to other inmates before</u>.

21           7.      Deputy Contreras said, "Just do what I say."

22           8.      First, Deputy Calderon punched the left side of my back, side and ribs. I then felt

23 another 2-3 punches to my head, punches to my ribs, back and upper shoulder. I heard one of the both

24 deputies say, "Shut the fuck up, asshole. You don't run nothing here. Shut the fuck up." I

25 ~~wasn't able to see who said this because~~ _____

26           9.      After I got beat up, Deputy Lopez and another deputy escorted me to the

27 Huntington Memorial Hospital in Pasadena. I don't know the name of the other deputy, but he's

28 White with a medium build and dark hair. He was approximately five feet and nine inches. I am

1    six feet and two inches so I was able to estimate his height.

2        10.    Nurse Sierra checked my injuries and I got x-rays.  She didn't say anything about

3    my injuries.

4        11.    I was escorted back to court, but I didn't see the judge.  It was a "dry run"

5    meaning either I was brought to court in error or an attorney didn't show up for court.  I was then

6    escorted back to MCJ.

7        12.    The beating caused *pain to my* sore right ribs, back, pain in my right

8    shoulder and a bruise on my right rib area.

9                          October 19, 2010

10        13.    On October 19, 2010, while I was being escorted to the booking area at the

11    Pasadena Courthouse, Deputy *Ledesor* Ledesma told me to line up along the wall.  I lined up along the wall.

12    I was un-handcuffed and Deputy Ledesma searched me.  As he was searching me, he said to me,

13    "Are you gonna shut your fucking mouth today or are you gonna act like an asshole?"  He then

14    pushed me against the wall.

15        14.    As Deputy Ledesma was searching me, I also saw Deputies Gonzalez, Rodriguez,

16    Lopez, Gallardo and Fajardo nearby.  I knew who they were because *I saw their name*

17    *badges while they were beating me.*

18        15.    Deputy Ledesma then punched the right side of my temple and the other deputies

19    threw me to the ground.  Deputy Gonzalez began punching me on the side of the head, cheek and

20    neck.  The blows were so hard ~~I felt like~~ *and painful I thought I was losing*

21    *consciousness.* I heard Deputy Ledesma tell Deputy Gonzalez, "Don't hit him in the face, it'll leave marks."

22    Deputy Gonzalez said, "Yeah, yeah.  We know what we're doing.  We're not stupid."

23        16.    I then felt the other deputies punching, kicking and hitting me repeatedly in **the**

24    **head and** my body.  It felt like the beating lasted about three minutes.  I turned my head as I was

25    getting hit so that I could see the names of the deputies.  One of the deputies said to me, "Turn

26    around, turn around, asshole."  I turned back around and told them that I had already gotten their

27    names.

28        17.    I was in so much pain and I was spitting up blood.  I felt two deputies grab both of

                                    2

1   my arms and another deputy grab the back of shirt and they dragged over to the elevators.

2       18.     When I got in the elevator, Sergeant ~~Whitsett~~ Wiltshire was in there and I told her that I got

3   assaulted by the deputies. She said to me, "Shut the fuck up. Nobody hit you" and began

4   laughing at me. She then turned on the video camera. I was supposed to be escorted by a

5   sergeant and videotaped whenever I was being moved because of the beating that happened the

6   week of October 11, 2010, where again, I was beat up by deputies. I was not asked any questions

7   about what happened while I was in the elevator with Sergeant ~~Whitsett~~ Wiltshire.

8       19.     Two deputies took me to the Attorney Room where I was in there for

9   approximately two hours. I could see that my wrists were swollen. My wrists were swollen

10  because the handcuffs ~~that~~ were on really tight.

11      20.     Sergeant ~~Whitsett~~ Wiltshire, Senior Deputy Aprigh and a lieutenant came into the Attorney

12  Room. I don't know the name of the lieutenant, but he was White, approximately five feet and

13  ten inches, medium build with a blonde, crew cut. I estimated his height since I'm approximately

14  six feet and two inches.

15      21.     When they came into the room, I was so upset and I yelled saying, "You guys are

16  fucking scum. You want to assault me with six deputies?" I heard Sergeant ~~Whitsett~~ Wiltshire laughing. I

17  said to her, "You're a piece of shit. You got the camera out after I got off the bus." I was

18  referring to the fact that I was supposed to be videotaped during my entire transfer to and from

19  the Courthouse.

20      22.     They videotaped my injuries and said that it looked like signs of a struggle.

21      23.     A segeant and a senior deputy escorted me to Huntington Memorial Hospital in

22  Pasadena in a squad car. I don't know the name of the sergeant. He was White with slick,

23  blonde hair and was approximately five feet and ten inches. I don't know the name of the senior

24  deputy, but he was White with a bald head and hair around the side and he was approximately

25  five feet and ten inches.

26      24.     Nurse Sierra saw me and said, "There's nothing wrong with you." I told her that I

27  was spitting up blood and that I was swollen. She said, "You're just making it up." She did say

28  that I had contusions on my head.

3

1     25.    Nurse Sierra went to get a doctor, but when she came back, she said that the

2 doctor refused to see me.  I told the nurse that she was a piece of shit.

3     26.    The sergeant and the senior deputy would turn the camera on and off and got

4 Nurse Sierra on camera saying that there was nothing wrong with me and that I didn't need x-

5 rays.

6     27.    I was taken back to the Courthouse in the squad car and placed in a holding cell.

7 The deputies who beat me up and Deputies Calderon and Contreras came by my cell and said,

8 "We got you motherfucker."  Deputies Calderon and Contreras were the deputies who beat me up

9 the week of October 11, 2010.

10     I declare under penalty of perjury of the laws of the State of California and the United

11 States that the foregoing is true and correct.  Executed this 12th day of April, 2011 in Los

12 Angeles, California.

13 _____

14                     Macario Garcia

15 Two days after, I noticed my head getting swollen and that

16 my right eye was getting blurry. I requested to be placed

17 on the doctor's line numerous times because I was worried

about my vision. I also asked the nurses to call me

18 down for a medical pass when I saw them during pillcall.

19 I finally saw Dr. Sisson, the eye doctor on the last

week of October. When I saw him, he said he didn't want

20 to say anything because he didn't want to misdiagnose me,

21 but he was going to refer me to the Los Angeles Medical

Center + USC ("LCMC").   on 11/12/10

22 I saw Dr. Sisson again after not being taken to LCMC.

23 He asked if I was taken to LCMC and I told him no. He

24 said, "They haven't taken you yet? Get this guy out of here!

He needs to go to LCMC. It's an emergency."

25 Within one hour, I was escorted to LCMC and I saw

26 Dr. Weidner. He told me that I had a detached retina and a

detached macula and that I needed emergency surgery.

27 He told me that I might lose the vision in my eye or

have partial vision. He also said that if they [deputies]

28 had brought me to LCMC sooner, I might have fully

recovered or kept my vision.   

On 11/15/10, I was brought to LCMC for emergency surgery on

my eye. My retina and macula were reattached and I had

a scleral buckle placed over my retina to keep it from coming out.

PP337

### Declaration of Macario Garcia

I, Macario Garcia, hereby declare:

1.      I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.      I am 42 years old.  My booking number is 2490525.  I have been at Men's Central Jail ("MCJ") since September 25, 2010.  I am currently housed in Module 3301, Row A, Cell 3.

<u>On or about the week of October 11, 2010</u>

3.      On or about the week of October 11, 2010, I was talking to an inmate while I was in the booking area at the Pasadena Courthouse.  I was talking to the inmate for about five minutes.

4.      Deputy Calderon said to me, "Shut the fuck up." I asked him, "Why do you talk to me like that?"  He said, "I'll talk to who I want to talk to like that."  Deputy Contreras then said to me, "So you want to be an asshole?"

5.      Deputy Contreras handcuffed me with my hands behind me.  The two deputies then escort me to the basement of the Pasadena Court house and placed me in the Attorney Room.

6.      Deputy Contreras said to me, "Sit on the stool and look forward." I asked him why.  I didn't want to do as he said because I knew I was going to get hit or beat up.  I knew I was going to get hit or beat up because I had seen deputies say and do this to other inmates before.

7.      Deputy Contreras said, "Just do what I say."

8.      First, Deputy Calderon punched the left side of my back, side and ribs.  I then felt another 2-3 punches to my head, punches to my ribs, back and upper shoulder.  I heard both of the deputies say, "Shut the fuck up, asshole.  You don't run nothing here.  Shut the fuck up."

9.      After I got beat up, Deputy Lopez and another deputy escorted me to the Huntington Memorial Hospital in Pasadena.  I don't know the name of the other deputy, but he's White with a medium build and dark hair.  He was approximately five feet and nine inches.  I am six feet and two inches so I was able to estimate his height.

000338

10. Nurse Sierra checked my injuries and I got x-rays. She didn't say anything about my injuries.

11. I was escorted back to court, but I didn't see the judge. It was a "dry run" meaning either I was brought to court in error or an attorney didn't show up for court. I was then escorted back to MCJ.

12. The beating caused pain to my right ribs, back, pain in my right shoulder and a bruise on my right rib area.

<u>October 19, 2010</u>

13. On October 19, 2010, while I was being escorted to the booking area at the Pasadena Courthouse, Deputy Ledesma told me to line up along the wall. I lined up along the wall. I was un-handcuffed and Deputy Ledesma searched me. As he was searching me, he said to me, "Are you gonna shut your fucking mouth today or are you gonna act like an asshole?" He then pushed me against the wall.

14. As Deputy Ledesma was searching me, I also saw Deputies Gonzalez, Rodriguez, Lopez, Gallardo and Fajardo nearby. I knew who they were because I saw their name badges while they were beating me.

15. Deputy Ledesma then punched the right side of my temple and the other deputies threw me to the ground. Deputy Gonzalez began punching me on the side of the head, cheek and neck. The blows were so hard and painful I thought I was losing consciousness. I heard Deputy Ledesma tell Deputy Gonzalez, "Don't hit him in the face, it'll leave marks." Deputy Gonzalez said, "Yeah, yeah. We know what we're doing. We're not stupid."

16. I then felt the other deputies punching, kicking and hitting me repeatedly in the head and my body. It felt like the beating lasted about three minutes. I turned my head as I was getting hit so that I could see the names of the deputies. One of the deputies said to me, "Turn around, turn around, asshole." I turned back around and told them that I had already gotten their names.

17. I was in so much pain and I was spitting up blood. I felt two deputies grab both of my arms and another deputy grab the back of shirt and they dragged over to the elevators.

000339

1    18.    When I got in the elevator, Sergeant Wiltshire was in there and I told her that I got

2    assaulted by the deputies. She said to me, "Shut the fuck up. Nobody hit you" and began

3    laughing at me. She then turned on the video camera. I was supposed to be escorted by a

4    sergeant and videotaped whenever I was being moved because of the beating that happened the

5    week of October 11, 2010, where again, I was beat up by deputies. I was not asked any questions

6    about what happened while I was in the elevator with Sergeant Whiltshire.

7    19.    Two deputies took me to the Attorney Room where I was in there for

8    approximately two hours. I could see that my wrists were swollen. My wrists were swollen

9    because the handcuffs were on really tight.

10    20.    Sergeant Wiltshire, Senior Deputy Aprigh and a lieutenant came into the Attorney

11    Room. I don't know the name of the lieutenant, but he was White, approximately five feet and

12    ten inches, medium build with a blonde, crew cut. I estimated his height since I'm approximately

13    six feet and two inches.

14    21.    When they came into the room, I was so upset and I yelled saying, "You guys are

15    fucking scum. You want to assault me with six deputies?" I heard Sergeant Wiltshire laughing.

16    I said to her, "You're a piece of shit. You got the camera out after I got off the bus." I was

17    referring to the fact that I was supposed to be videotaped during my entire transfer to and from

18    the Courthouse.

19    22.    They videotaped my injuries and said that it looked like signs of a struggle.

20    23.    A segeant and a senior deputy escorted me to Huntington Memorial Hospital in

21    Pasadena in a squad car. I don't know the name of the sergeant. He was White with slick,

22    blonde hair and was approximately five feet and ten inches. I don't know the name of the senior

23    deputy, but he was White with a bald head and hair around the side and he was approximately

24    five feet and ten inches.

25    24.    Nurse Sierra saw me and said, "There's nothing wrong with you." I told her that I

26    was spitting up blood and that I was swollen. She said, "You're just making it up." She did say

27    that I had contusions on my head.

28    25.    Nurse Sierra went to get a doctor, but when she came back, she said that the

3

1    doctor refused to see me.  I told the nurse that she was a piece of shit.

2         26.    The sergeant and the senior deputy would turn the camera on and off and got

3    Nurse Sierra on camera saying that there was nothing wrong with me and that I didn't need x-

4    rays.

5         27.    I was taken back to the Courthouse in the squad car and placed in a holding cell.

6    The deputies who beat me up and Deputies Calderon and Contreras came by my cell and said,

7    "We got you motherfucker."  Deputies Calderon and Contreras were the deputies who beat me up

8    the week of October 11, 2010.

9         28.    Two days after, I noticed my head getting swollen and that my right eye was

10   getting blurry.  I requested to be placed on the doctor's line numerous times because I was

11   worried about my vision.  I asked the nurses to call me down for a medical pass when I saw them

12   during pill call.  I finally saw Dr. Sisson, the eye doctor on the last week of October.  When I saw

13   him, he said he didn't want to say anything because he didn't want to misdiagnose me, but he

14   was going to refer me to the Los Angeles Medical Center + USC ("LCMC").  I saw Dr. Sisson

15   again on 11/12/2010 after not being taken to LCMC.  He asked if I was taken to LCMC and I told

16   him no.  He said, "They [deputies] haven't take you yet?  Get this guy out of here!  He needs to

17   go to LCMC.   It's an emergency."  Within one hour, I was escorted to LCMC and I saw Dr.

18   Weidner.  He told  me that I had a detached retina and a detached macula and that I needed

19   emergency surgery.  He told me that I might lose the vision in my eye or have partial vision.  He

20   also said that if they [deputies] had brought me to LCMC sooner, I might have fully recovered or

21   kept my vision.  On 11/15/2010, I was brought to LCMC for emergency surgery on my eye.  My

22   retina and macula were reattached and I had a scleteral buckle placed over my retain to keep it

23   from coming out.

24        I declare under penalty of perjury of the laws of the State of California and the United

25   States that the foregoing is true and correct.  Executed this 12th day of April, 2011 in Los

26   Angeles, California.

27                              _____/s/_____

28                              Macario Garcia

                                    4

# DECLARATION OF CURRENT PRISONER MR. Y JONATHAN GOODWIN

000342

1

2                                    **Declaration of Jonathan Goodwin**

3         I, Jonathan Goodwin, hereby declare:

4         1.       I make this declaration based on my own personal knowledge and if called to

5    testify I could and would do so competently as follows:

6         2.       I am a twenty nine year old male incarcerated in Men's Central Jail (MCJ) since

7    the early part of November 2010.   My booking number is 2537776.  I am submitting this

8    declaration to describe what happened to me on December 4, 2010, when Deputy Sheriff  Beas

9    either pepper sprayed or maced ("spray"), choked and beat me, along with other deputies, and the

10   events leading to the beating.

11   **PRECIPITATING EVENTS**

12        3.       After December 4, 2010, when Deputy Sheriff  Beas sprayed, choked and beat me,

13   along with other deputies, I have been trying to piece together what possibly  could have led to

14   the violence and anger directed towards me. I believe it began on Thanksgiving Day, 2010.

15        4.       On Thanksgiving, I was housed in Module 8200 in MCJ, because I had a Staph

16   infection. I noticed that a Deputy Beas appeared to have injured his leg. I suggested that he do

17   some squats to work the kinks out. I know about that because I exercise a lot and thought it was

18   good advice. Now, when I look back at it, it seems that he did not like that I, an inmate, said

19   anything of a personal nature to him. I recognized Deputy Beas because of his

20   assignment/presence in my module and because I have been able to read his name tag.

21        5.       The  next day, Friday, November 26th,  I tried to pass a newspaper to someone in

22   the cell across the row. Deputy Beas came by gave the newspaper to the inmate that I was trying

23   to pass the newspaper to, but then said to me that this was the only favor I was going to get from

24   him. I couldn't understand why he would say that to me. It crossed my mind that he was trying to

25   intimidate me.

26   **FIRST INSTANCE OF ABUSE BY DEPUTY BEAS**

27        6.       Later that day, around dinner time, Deputy Beas opened the door to my cell,

28                                              1

1    ordered me to face the wall, get down on my knees and put my hands behind my back. I did.

2        7.        When I was kneeling on the ground, he grabbed my fingers as if he would break

3    them, and it was painful. He told me that I was going to respect him. I said that I do respect him,

4    just like I respect anyone. He kept on saying that I was going to respect him. I said that I get it

5    and that I am not here to cause any problems. He started screaming into my ear more along the

6    lines of my having to show him respect. He also told me that he had read up on me in the

7    files–like he was trying to categorize me- finding out who I am. It seemed to me that it was more

8    than his telling me that he was doing his job- but that he was telling me that he was singling me

9    out for his attention to scare me.

10       8.        I told him that we are all adults and that I did not have anything to prove and was

11   only trying to do my time. I said I had a parole violation for a technical violation, and would be

12   going home in five months. I was trying to talk to Deputy Beas to let him know that I was not

13   less than human and that we could respect each other. In looking back, I guess I should not have

14   said that we are all adults and that I did not have anything to prove. Perhaps I acted with too

15   much dignity.

16       9.        Later, on the same day, Deputy Beas came back to my cell and removed the

17   magazine and newspapers that I had in my cell. In fact, one of the deputies had loaned me the

18   magazine.

19       10.       After these incidents, and sometime between November 27th and December 3rd,

20   Deputy Clark asked me what was going on between me and Deputy Beas. I told him that I didn't

21   know, that it just happened. Deputy Clark said that I should try to smooth the situation over. I

22   told Deputy Clark that there was nothing coming from me that would cause any problem. I also

23   know Deputy Clark because of his assignment/presence in my module and because I have been

24   able to read his name tag.

25       11.       On December 3rd, I was moved from the cell number 8244 which was right across

26   from the deputies' office to cell number 8223.  Cell number 8223 happens to be a somewhat

27   isolated cell, in back, out of the way, and there is no cell across the hall.

28

000344

12.     On Saturday, December 4, 2010, at around dinner time, I was awakened when I heard a key in the door to my cell. When it opened, I saw Deputy Beas. He poked his head in and kicked my dinner tray across the cell floor and then closed the door. He was doing it quickly and it seemed to me that he was trying to do it so that I would  not see that he was the one kicking the dinner tray.

13.     Normally, it is the trustee who brings the food along with the deputy who opens the door. I got worried with this change, that it wasn't the trustee, and wondered what might be in the food, so I flushed it down the toilet.

14.     When Deputy Beas came back he opened the door so that I could push the tray out. I asked him why he had kicked the tray across the floor. Deputy Beas said " I can do what I want." Words simply can't describe the harshness in his voice. I told him that what he had done was disrespectful, unsanitary, unbecoming and a violation of conduct, policy and procedure.

15.     He said -- well then-- I better go look at Title 15 and check those rules and guidelines. I said he shouldn't be so sarcastic about looking it up. I asked how long he had been a deputy. He said– for more than four years and that he is above the law.

16.     Deputy Beas then said he doesn't have to listen to me or respect me because I am a criminal. I got concerned that there might be some sort of attempt to create a provocation, so I asked to speak to the Sergeant. Deputy Beas appeared angry and flustered, but he said he was going to get the Sergeant. He slammed and locked the door.

17.     He returned around ten minutes later, still angry. He told me to step out of my cell. I put my hands in my pockets and walked out. When I did, I saw that there was no sergeant or any other deputy with him. I became apprehensive. As I began to turn right, as he had told me to do, I noticed that Deputy Beas's right hand dropped to the area of his radio and his spray canister. I really don't know if it is pepper stray or mace in the cannister, but it is an orange-like fluid. As I continued turning, I felt a spray come across my left shoulder area and heard him radio for back up. I could see the spray's color as it came across my shoulder.

18.     I turned towards Deputy Beas and he sprayed me square in my face. The spray

3

1  burned my eyes, and I couldn't see. I was in pain. The burning sensation lasted a long time and I
2  could still feel its effects when I was taken to the nurse's office.

3        19.    Everything happened very fast. After he sprayed me in my face, I tried to cover
4  my face by kind of putting my elbows against my face, somewhat lowering my body as I did that.
5  He continued spraying me. I tried to turn away. He grabbed my shirt trying to pull it over my
6  head. At around the same time, he punched me around three to five times using his right hand,
7  the hand that held the canister. With upper cut motions, he struck me in my mouth where my
8  teeth are chipped and he then cursed in pain.

9        20.    When he hit me in my mouth, he dropped the canister. I bent down to pick up the
10  canister and was able to throw it down the hall. While I was bending down, Deputy Beas jumped
11  on my back and started choking me, holding my neck in the crook of his arm. He also tried to
12  drag me back into the cell.

13        21.    I started to losing consciousness from the choke hold and the spray and fell. He
14  was still on my back and choking me when I fell to the ground. He kept on screaming obscenities
15  in my ear. As I managed to breathe, I placed my hand under his elbow and pushed his arm above
16  my nose.

17        22.    I remember being back in my cell, on the floor and seeing Deputy Clark run in
18  with a bunch of deputies. They stomped, kicked and were punching at me shouting "Stop
19  resisting!" But, I was not resisting.  I don't think that when I pushed Deputy Beas's arm so that I
20  could breathe, that I was resisting. Even so, I pushed Deputy Beas's arm before I was being
21  beaten and attacked in the cell by the other deputies and they were shouting "Stop resisting."

22        23.    The deputies finally stopped. I think this beating lasted under five minutes.

23        24.    After the deputies finished beating me, they handcuffed me and dragged me down
24  the hall. They stopped dragging me in front of their office. I was still on the floor when Deputy
25  Lopez stood over me with his foot planted on my back, almost like standing on an animal that
26  had been caught.

27        25.    I don't doubt that I was using some curse words and was loud after the beating
28

4

000346

1  and while I was being dragged down the hall. Sergeant Ponce de Leon told me to "shut the fuck

2  up" and then asked " where is my injured deputy?" I said "there is no injured deputy." I know it

3  was Sergeant Ponce de Leon because I asked him his name, and he told me. I was able to identify

4  Deputy Lopez from reading his badge while I was sitting handcuffed on the bench waiting for the

5  nurse.

6       26.    I told Sergeant de Leon about my throwing the canister down the hall. He ordered

7  a deputy to go and pick it up.

8       27.    I was then handcuffed to a bench outside the MCJ medical clinic and Sergeant de

9  Leon said to the deputies " if he moves, spray him, taser him, and crack his head with a

10  flashlight."

11       28.    I was injured and in pain  all over my body. My eyes were burning from the spray.

12  The nurse at the MCJ station told me that my right eye was reddened as if blood vessels had

13  broken.  I had purplish bruises on my torso and rib areas from the beating and kicking. My nose

14  was bleeding. I had a large knot over my right eyebrow, which I think came from being kicked in

15  my head. There was redness around my neck from when I was choked. I also had a cut over my

16  left eye and the fourth finger of my right hand was cut.

17       29.    Additionally, both my lips were swollen and my bottom lip was busted because

18  Deputy Beas had slugged me in the mouth a number of times.

19       30.    At the  MCJ medical station. Nurse Haggarty cleaned me up, wiping the blood

20  and spray from my face. The deputies took my pants and socks.

21       31.    After I saw the nurse, I was handcuffed to the bench until, barefoot, wearing only

22  my boxer shorts and t shirt, I was escorted to the Twin Towers Correctional Facility (TTCF)

23  where X-rays of my head were taken and it was decided that I did not need stitches. I don't know

24  if it was a doctor or nurse that made the decision.

25       32.    At TTCF I believe a doctor prescribed the Tylenol and antibiotics for my injuries.

26  The Tylenol was to be taken twice a day. I got the antibiotics until about January 13th. I am still

27  receiving Tylenol.

28

33.     When I returned to MCJ from TTCF I was placed in cell 8239 ,which is across the hall from the deputies' office. I can't really say how many hours later I returned from TTCF.

34.     On December 5, 2010, after a second video interrogation of me was completed, from my cell I could look into the deputies' office and I saw Deputies Beas and Arian  talking and looking over at me while Deputy Beas seemed to be writing something, maybe filling out a report. After that, Deputy Beas kept coming to my cell and telling me "we are going to get you, we are going to get you for attempted murder."  I know it was Deputy Arian talking with Deputy Beas because Deputy Arian was one of the interrogators in the 2nd video interview. The first video interrogation of me was the night of December 4, 2010.

35.     My depression, fear and anger over what happened to me, how I was so powerless to prevent any attack, and what was going to happen to me now, led me to try to kill myself.

36.     On December 6th, I asked to see a psychiatrist, because I could feel myself really sinking into depression. A deputy told me " we are not playing your game."  I thought the deputy meant that he would do nothing to assist me in contacting a psychiatrist or in contacting anyone for mental health assistance. This only added to my feeling of hopelessness. As a result, I cut the veins in my arms. I can't say what I was trying to do at that moment. Was it to end my life? I don't know, but probably I was. I know my wish was to disappear, to end this helplessness.

37.     Apparently, although the deputy told me he was not going to contact the psychiatrist, the contact was made by someone because the psychiatrist came to my cell around 10 to 15 minutes after I had attempted to cut my veins, and spoke to me through the door tray slot. I showed her my arms.

38.     A stretcher was ordered. Medical staff members and a deputy escort took me downstairs to the medical clinic where I was cleaned up and bandaged my bloody arms. I also spoke to the psychiatrist at the clinic.

39.     After that two deputies took me to the Inmate Reception Center (IRC) where I spoke with someone about why I had attempted suicide. I don't know if the person I saw was a

6

000348

1   psychiatrist. She told me that she did not believe that I was suicidal.

2       40.    After IRC, I was taken back to the medical clinic where deputies handcuffed me

3   to a bench for about five hours. At about 1:00 a.m., three deputies took me to 7th floor of TTCF.

4       41.    At TTCF deputies put me in my cell and removed all my clothes, so I was naked.

5   There was no mattress or blanket in the cell. The cell was dirty. There was feces smeared on the

6   wall. I think it was Cell 13. I curled up on the floor and tried to sleep.

7       42.    I was at TTCF from about December 7th to December 9, 2010. On December

8   8th, a deputy threw water on me from the tray slot. It was a deputy on the night shift. I don't

9   know his name. He was bald, Hispanic, approximately 5'8" -5'10" and in his mid 40's. I asked

10   why he had done that. He said someone had died on him and he had to make sure that I was

11   alive. I spoke to someone at TTCF who may have been a psychiatrist.

12       43.    I was sent back to MCJ and was first housed in Module 3500. No one told me

13   why I was being transferred from TTCF to MCJ.

14       44.    Before December 4th, I had just been another member of the general population in

15   MCJ. I am now classified as K-10, in High Power, in Module 3100, and a possible suicide. I am

16   shackled wherever I go.

17       I declare under penalty of perjury of the laws of the State of California and the United

18   States that the foregoing is true and correct.  Executed this _19th_ day of _August_ 2011 in Los

19   Angeles, California.

20

21   Jonathan Goodwin

22

23

24

25

26

27

28

7

000349

# DECLARATION OF CURRENT PRISONER MR. Z JONATHAN GOODWIN

000350

**Declaration of Jonathan Goodwin**

I, Jonathan Goodwin, hereby declare:

1.    I make this declaration based on my own personal knowledge and if called to
testify I could and would do so competently as follows:

2.    I am 29 years old. I am currently housed at Men's Central Jail ("MCJ") in
Module 3301 Row ~~4~~, Cell 14. My booking number is 2537776.

3.    I am making this declaration to describe deputies' beating up an inmate named
Arturo Fernandez on July 22, 2011 and to describe an incident when the deputies beat me up on
August 10, 2011.

4.    On July 22, 2011 I was housed at MCJ on Module 3100, Row B, Cell 3. My cell
is one of the closest cells to the entrance gate to my row and from my cell, I have clear view of
both the inside and outside gates to my row and the main entrance to the door to my module.

5.    On this day, I saw several deputies running towards Row A on Module 3100.
Row A is the row ~~next to~~ behind mine, which is to the ~~right~~ left if you're coming into the main door of the
module. I don't know how many deputies there were but it looked like over 20.

6.    I heard deputies cussing and could hear them yelling, "Hold him.  Grab him."

7.    Shortly after, I saw Mr. Fernandez handcuffed and could see that he was limping
and trying to keep himself up. I saw him leaning onto the outside entrance gate to my row and
could see deputies punching him. I also one of the deputies grabbing him and slamming him to
the ground. I saw Mr. Fernandez falling on his face. His hands were handcuffed behind him so
he wasn't able to brace his fall. I don't know the name of the deputy who slammed  Mr.
Fernandez to the ground, but he is Hispanic and short.

8.    When Mr. Fernandez was on the ground, I saw Deputy Beas making the motion of
trying to handcuff Mr. Fernandez, but he was already handcuffed.

9.    I saw several deputies punching Mr. Fernandez on his lower back and on the sides
of his torso. One of the deputies I saw punching Mr. Fernandez was White, tall and had
blondish/brownish hair. I also recognized two other deputies, Luviano and Ibarra as a couple of
the deputies who were beating up Mr. Fernandez. I knew who they were because they work on

000351

1   my module.

2      10.   I then saw another deputy pressing on Mr. Fernandez' solar plexus, trying to

3   squeeze the air out of Mr. Fernandez.  I heard Mr. Fernandez yelling that he couldn't breathe.  I

4   heard the deputies tell him to "Shut the fuck up!"

5      11.   I don't know how many times I saw the deputies punching and kicking Mr.

6   Fernandez on the head and body, but it was a lot.

7      12.   I then saw Deputies Ibarra and Luviano escort Mr. Fernandez out of the module.  I

8   don't know where they took him.

9      13.   On August 10, 2011, Deputy Luviano came to my cell and told me to "cuff up."  I

10  asked him why and he told me, "Don't worry about it."  I asked him what he meant by that and

11  he told me, "We're moving you."  I again asked him why and he said, "Stop being a dick and

12  'cuff' up."  I told him that I wanted to know why and Deputy Luviano said, "Cuz I can do

13  whatever the fuck I want."  I told him I have rights and he said, "You got no rights."

14     14.   He yelled to Custody Assistant ("CA") Wendlent, who was in the guard booth, to

15  open up my cell door.  I know CA Wendlent's name because he works on my module.  When my

16  cell door opened, Deputy Luviano handcuffed my hands behind my back.

17     15.   I told Deputy Luviano that I wanted to talk to the sergeant, but he told me that I

18  can't see the sergeant.  I asked him why.  He didn't respond, instead he escorted me out to the

19  hallway in the module.

20     16.   Deputy Luviano pushed me against the wall and kicked my legs open to get them

21  to spread open.  He didn't instruct me to spread my legs, instead he just kicked them open.

22     17.   CA Flannigan, another CA on the module came over to where Deputy Luviano

23  and I were and he kicked my left ankle incredibly hard.  I must have yelped in pain because CA

24  Flannigan barked at me, "Shut the fuck up!" and then he punched me on my lower back.

25     18.   At that point, Deputy Luviano then punched the back of my head.

26     19.   I heard several inmates on Row A of Module 3300 say, "Oooh!  We saw that!"

27     20.   I exclaimed that I really needed to see the sergeant, at which point Deputy

28  Luviano told me, "Sit the fuck down!"  I complied.

2

000352

21.   CA Flannigan walked over to Row A and yelled, "Yeah?  You saw that? Whatcha gonna do about it?"

22.   Deputy Luviano told CA Wendlent to pull me over to the side away from the view of the inmates on Row A, which he did.

23.   ~~Deputy~~ *CA* Wendlent dragged me over to the right.

24.   Deputy Luviano *then* punched the back of my head repeatedly.

25.   *A few jes* A deputy walked in and I think it frightened Deputy Luviano because he immediately jumped back away from and yelled at me, "Shut the fuck up!"

26.   *one of the ones who walked in,* A deputy, who is Hispanic, wears the deputy's gold star and is incredibly tall, I thought he looked 6'6" or taller yelled at me, "Shut the fuck up!" *He made a movement towards me like he was going to hit me.*

27.   Deputy Luviano then repeatedly punched the corner of my jaw as he stood behind me. *It felt like Deputy Luviano was trying to break my jaw.*

28.   I was still handcuffed and facing the wall and was trying to get away from Deputy Luviano.  I was so frightened that the deputies were going to try to ~~kill me~~ *badly hurt me*, so I somehow got on the ground, rolled away from and ~~stuck my legs out~~ *had my legs close to my chest* to ~~maintain a safe distance~~ *use my legs as a barrier* to keep Deputy Luviano away from me.  But Deputy Luviano was able to get around my legs and get close to me again because he was able to punch me in the jaw again.

29.   It wasn't until ~~sergeants and other deputies came into the module~~ *I heard the sounds of footsteps that* ~~later that Deputy Luviano and the other deputies stopped beating me.~~ *and tried to picked me up off the ground*

30.   Deputy ~~Uolla~~ *Uolla* and Sergeant Soto picked me up and escorted me to the bench outside of the module.  *I was then escorted to 3300, Row B, Cell 15.  I spoke to deputy Beaver about what happened to me.*

31.   ~~later,~~ Deputy Rico and Sergeant Soto interviewed me on camera and asked me what happened.  I told them that the deputies had beat me up.  During the interview, ~~Deputy Rico~~ *Sergeant Soto* was misstating what I was telling him and trying to put words in my mouth to make it seem that I was lying.

32.   I was taken to ~~the medical clinic~~ where the medical staff told me that I had swelling in my head.  I also complained to them about my jaw and pain in my back molars. *While* ~~When~~ they examined the molar, *I told them I thought* ~~told me~~ that it was cracked and chipped. *me.  Sergeant Soto came over and I told him that I was beaten up by deputies.  He said I needed to be interviewed on camera.  I was then escorted back out.*

*The medical staff didn't examine my mouth very well.*

1   33.   *Deputy Beaver escorted* then escort me to the Module 3300, Row B, Cell 18. *later that night*

2   34.   On August 10, I felt a lot of pain in my back molar. When I put my finger back

3   there, the tooth was loose enough that I was able to pull it out with my fingers. I pulled it out and

4   put it inside a medicine cup because I wanted it as evidence.

5   35.   *On August 12, 2011 I was written up for*

6   *contraband, insubordination, creating a disturbance,*

7   *verbal, physical and operational, unauthorized*
    I declare under penalty of perjury of the laws of the State of California and the United

8   States that the foregoing is true and correct. Executed this *23rd* day of August, 2011 in Los

9   Angeles, California.

10                                                   *Jonathan Goodwin*

11                                                   Jonathan Goodwin

12   *communication, profanity towards staff*

13   *and inmates and refusal to follow orders.*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

000354

**Declaration of Jonathan Goodwin**

I, Jonathan Goodwin, hereby declare:

1.      I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.      I am 29 years old.  I am currently housed at Men's Central Jail ("MCJ") in Module 3301, Cell 1.  My booking number is 2537776.

3.      I am making this declaration to describe deputies' beating up an inmate named Arturo Fernandez on July 22, 2011 and to describe an incident when the deputies beat me up on August 10, 2011.

4.      On July 22, 2011 I was housed at MCJ on Module 3100, Row B, Cell 3.  My cell is one of the closest cells to the entrance gate to my row and from my cell, I have clear view of both the inside and outside gates to my row and the main entrance to the door to my module.

5.      On this day, I saw several deputies running towards Row A on Module 3100. Row A is the row behind mine, which is to the left if you're coming into the main door of the module.  I don't know how many deputies there were but it looked like over 20.

6.      I heard deputies cussing and could hear them yelling, "Hold him.  Grab him."

7.      Shortly after, I saw Mr. Fernandez handcuffed and could see that he was limping and trying to keep himself up.  I saw him leaning onto the outside entrance gate to my row and could see deputies punching him.  I also one of the deputies grabbing him and slamming him to the ground.  I saw Mr. Fernandez falling on his face.  His hands were handcuffed behind him so he wasn't able to brace his fall.  I don't know the name of the deputy who slammed  Mr. Fernandez to the ground, but he is Hispanic and short.

8.      When Mr. Fernandez was on the ground, I saw Deputy Beas making the motion of trying to handcuff Mr. Fernandez, but he was already handcuffed.

9.      I saw several deputies punching Mr. Fernandez on his lower back and on the sides of his torso.  One of the deputies I saw punching Mr. Fernandez was White, tall and had blondish/brownish hair.  I also recognized two other deputies, Luviano and Ibarra as a couple of the deputies who were beating up Mr. Fernandez.  I knew who they were because they work on

1    my module.

2        10.    I then saw another deputy pressing with his knee on Mr. Fernandez' back, trying

3    to squeeze the air out of Mr. Fernandez. I heard Mr. Fernandez yelling that he couldn't breathe.

4    I heard the deputies tell him to "Shut the fuck up!"

5        11.    I don't know how many times I saw the deputies punching and kicking Mr.

6    Fernandez on the head and body, but it was a lot.

7        12.    I then saw Deputies Ibarra and Luviano escort Mr. Fernandez out of the module. I

8    don't know where they took him.

9        13.    On August 10, 2011, Deputy Luviano came to my cell and told me to "cuff up." I

10   asked him why and he told me, "Don't worry about it." I asked him what he meant by that and

11   he told me, "We're moving you." I again asked him why and he said, "Stop being a dick and

12   'cuff' up." I told him that I wanted to know why and Deputy Luviano said, "Cuz I can do

13   whatever the fuck I want." I told him I have rights and he said, "I do what I want. You got no

14   rights."

15       14.    He yelled to Custody Assistant ("CA") Wendlant, who was next to him, to open

16   up my cell door. I know CA Wendlant's name because he works on my module. CA Wendlant

17   rant over to the deputy's booth. When my cell door opened, Deputy Luviano handcuffed my

18   hands behind my back.

19       15.    I told Deputy Luviano that I wanted to talk to the sergeant, but he told me that I

20   can't see the sergeant. I asked him why. He didn't respond, instead he escorted me out to the

21   hallway in the module.

22       16.    Deputy Luviano pushed me against the wall and kicked my legs open to get them

23   to spread open. He didn't instruct me to spread my legs, instead he just kicked them open.

24       17.    CA Flannigan, another CA on the module came over to where Deputy Luviano

25   and I were and he kicked my left ankle incredibly hard. I said "What the fuck are you doing?"

26   CA Flannigan barked at me, "Shut the fuck up!" and then he punched me on my lower back.

27       18.    At that point, Deputy Luviano then punched the back of my head.

28       19.    I heard several inmates on Row A of Module 3300 say, "Oooh! We saw that!"

2

000356

1   20. I exclaimed that I really needed to see the sergeant, at which point Deputy

2 Luviano told me, "Sit the fuck down!" I complied. He then punched the right side of my face.

3   21. CA Flannigan walked over to Row A and yelled, "Yeah? You saw that?

4 Whatcha gonna do about it?"

5   22. Deputy Luviano told CA Wendlent to pull me over to the side away from the view

6 of the inmates on Row A, which he did.

7   23. CA Wendlent dragged me over to the right.

8   24. Deputy Luviano then punched the back of my head repeatedly.

9   25. A few deputies walked in and I think it frightened Deputy Luviano because he

10 immediately jumped back away from and yelled at me, "Shut the fuck up!"

11   26. A deputy, one of the ones who walked in, who is Hispanic, wears the deputy's

12 gold star and is incredibly tall, I thought he looked 6'6" or taller yelled at me, "Shut the fuck up!"

13 He made a movement towards me like he was going to hit me.

14   27. Deputy Luviano then repeatedly punched the corner of my jaw as he stood behind

15 me. It felt like Deputy Luviano was trying to break my jaw.

16   28. I was still handcuffed and facing the wall and was trying to get away from Deputy

17 Luviano. I was so frightened that the deputies were going to try to badly hurt me, so I somehow

18 got on the ground, rolled away from and had my legs close to my chest to use my legs as a barrier

19 to keep Deputy Luviano away from me. But Deputy Luviano was able to get around my legs and

20 get close to me again because he was able to punch me in the jaw again.

21   29. It wasn't until I heard the sounds of footsteps that Deputy Luviano and the other

22 deputies stopped beating me and tried to pick me up off the ground.

23   30. Deputy Ujolla and Sergeant Soto picked me up and escorted me to the bench

24 outside of the module. I was then escorted to 3300, Row B, Cell 15. I spoke to Deputy Bearer

25 about what happened to me. Sergeant Soto came over and I told him that I was beaten up by

26 deputies. He said that I needed to be interviewed on camera. I was then escorted back out.

27   31. Deputy Rico and Sergeant Soto interviewed me on camera and asked me what

28 happened. I told them that the deputies had beat me up. During the interview, Sergeant Soto was

000357

1   misstating what I was telling him and trying to put words in my mouth to make it seem that I was

2   lying.

3       32.     I was taken to the medical clinic where the medical staff told me that I had

4   swelling in my head.  I also complained to them about my jaw and pain in my back molars.

5   While they examined the molar, I told them that I thought that it was cracked and chipped.  The

6   medical staff didn't examine my mouth very well.

7       33.     Deputy Bearer then escorted me to the Module 3301, Cell 1.

8       34.     Later that night, I felt a lot of pain in my back molar.  When I put my finger back

9   there, the tooth was loose enough that I was able to pull it out with my fingers.  I pulled it out and

10  put it inside a medicine cup because I wanted it as evidence.

11      35.     On August 12, 2011, I was written up for contraband, insubordination and

12  creating a disturbance (verbal, physical and operational), profanity towards staff and inmates and

13  refusal to follow orders.

14      I declare under penalty of perjury of the laws of the State of California and the United

15  States that the foregoing is true and correct.  Executed this 23rd day of August, 2011 in Los

16  Angeles, California.

17  _____/s/_____

18                          Jonathan Goodwin

19

20

21

22

23

24

25

26

27

28

4

000358