# DECLARATION OF CURRENT PRISONER MR. EE KEVIN HIGHSMITH

000389

**Declaration of Kevin Highsmith**

I, Kevin Highsmith, hereby declare:

1.    I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.    I am currently housed at the Twin Towers Correctional Facility, on floor 151, Pod-F.

3.    On January 9, 2011, somewhere between 3:30 p.m. and 4:30 p.m., I was sitting in the day room of our pod along with a few other inmates. I knew it was between 3:30 p.m. and 4:30 p.m. because this is when we are usually fed. At the door of our pod, two inmates were talking to a female deputy, a custody assistant Esparza, and another female deputy, named CrIng who had short, blonde hair and a raspy voice. I heard the inmates asking the deputies to allow them and the rest of us inmates recreational time, so they would be able to shave for their upcoming court date. We are only allowed to shave during recreational time in the yard. I heard the two female deputies refuse the inmates' request, so the inmates asked to speak with a sergeant. The two female deputies denied this request as well, and instead called in a male deputy. All three deputies then asked all the inmates in our pod to line up in a single file and to exit our pod, ~~into the control room~~. Every inmate, including myself, exited the pod and ~~went into the control room~~, and were led by the three deputies to the main area where access to all the pods on our floor is available; ~~it is also the room where the attorney room window on our floor peers into~~. From here, we were led by all three deputies into the yard, where three more deputies were already waiting for us.

4.    Once in the yard, the deputies told us to line up single-file on the wall, and ordered us to strip completely naked. The deputies then gave us each a full body search by patting us down, looking into our rectum to see if we had stashed any weapons onto our bodies, and forced us to cough and squat. One of the deputies said "spread them so I can see how many good butt-holes we have here." ~~I was feeling very demeaned and degraded at this moment; I felt like they lined us up here just to tease and mock us.~~ The deputies then ordered us to put our clothes back on, and we stayed lined up on the wall for approximately 25 minutes. The deputies then ordered us to go back into our pod. We entered into the main area door, and then

000390

1   through the door that leads into the control room. When I got to the pod door, I saw the whole

2   pod in disarray. It was a complete mess. All our linen and mattresses were thrown on the floor,

3   food was thrown everywhere, any property we had was thrown onto the floor with complete

4   disregard. The floor was wet and sticky because of all the food and water that was thrown

5   around. It was as if the deputies had torn our pod apart to prove a point to us, showing us who's

6   boss and to prevent us from making any more requests.

7        5.      We were left to clean up the entire mess. The deputies put us on lock-down for the

8   rest of the day and the entire following day (January 10), meaning no television access, no phone

9   access, and no movement allowed outside of our cells (for those who slept in the day-room, they

10  weren't allowed off their bunks). Said "Lock it down" and. I feel scared to make a

11  request after this incident, in fear of another retaliation from the deputies. Incidents

12  such as this are mentally and emotionally

13  distressing for me.

*(handwritten insertions in margins: "KH following the incident the deputies"; "the next day they said we were on lockdown")*

14        I declare under penalty of perjury of the laws of the State of California and the United

15  States that the foregoing is true and correct. Executed this 12th day of April, 2011 in Los

16  Angeles, California.

17  _____

18                      Kevin Highsmith

19

20

21

22

23

24

25

26

27

28

2

**Declaration of Kevin Highsmith**

I, Kevin Highsmith, hereby declare:

1.     I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.     I am currently housed at the Twin Towers Correctional Facility, on floor 151, Pod-F.

3.     On January 9, 2011, somewhere between 3:30 p.m. and 4:30 p.m., I was sitting in the day room of our pod along with a few other inmates. I knew it was between 3:30 p.m. and 4:30 p.m. because this is when we are usually fed. At the door of our pod, two inmates were talking to a female Custody Assistant, Esparza, and another female deputy named Cring, who had short, blonde hair and a raspy voice. I heard the inmates asking the deputies to allow them and the rest of us inmates recreational time, so they would be able to shave for their upcoming court date. We are only allowed to shave during recreational time in the yard. I heard the two female deputies refuse the inmates' request, so the inmates asked to speak with a sergeant. The two female deputies denied this request as well, and instead called in a male deputy. All three deputies then asked all the inmates in our pod to line up in a single file and to exit our pod. Every inmate, including myself, exited the pod and were led by the three deputies to the main area where access to all the pods on our floor is available. From here, we were led by all three deputies into the yard, where three more deputies were already waiting for us.

4.     Once in the yard, the deputies told us to line up single-file on the wall, and ordered us to strip completely naked. The deputies then gave us each a full body search by patting us down, looking into our rectum to see if we had stashed any weapons onto our bodies, and forced us to cough and squat. One of the deputies said "spread them so I can see how many good butt-holes we have here." I was feeling very demeaned and degraded at this moment; I felt like they lined us up here just to tease and mock us. The deputies then ordered us to put our clothes back on, and we stayed lined up on the wall for approximately 25 minutes. The deputies then ordered us to go back into our pod. We entered into the main area door, and then through the door that leads into the control room. When I got to the pod door, I saw the whole pod in

000392

1   disarray. It was a complete mess. All our linen and mattresses were thrown on the floor, food was

2   thrown everywhere, any property we had was thrown onto the floor with complete disregard.

3   The floor was wet and sticky because of all the food and water that was thrown around. It was as

4   if the deputies had torn our pod apart to prove a point to us, showing us who's boss and to

5   prevent us from making any more requests.

6         5.     We were left to clean up the entire mess. The deputies put us on lock-down for the

7   rest of the day and the entire following day (January 10), meaning no television access, no phone

8   access, and no movement allowed outside of our cells (following the incident the deputies said

9   "Lock it down," and the next day they said we were on lock down). I feel scared to make a

10   request after this incident, in fear of another retaliation from the deputies. Incidents such as this

11   are mentally and emotionally distressing for me.

12

13

14       I declare under penalty of perjury of the laws of the State of California and the United

15   States that the foregoing is true and correct.  Executed this 12th day of April, 2011 in Los

16   Angeles, California.

17                          /s/

18                    Kevin Highsmith

19

20

21

22

23

24

25

26

27

28

2

000393

# DECLARATION OF CURRENT PRISONER MR. FF MICHAEL JEFFERSON

000394

# DECLARATION OF MICHAEL JEFFERSON

I, Michael Jefferson, hereby declare:

1.      I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.      I am ~~thirty-one~~ twenty-nine years old and African American. On April 28, 2011, I was placed in Module 5900, which does not have a row or cells because it is a dormitory. I am currently in Module 2200, Row B, Cell 10 of Men's Central Jail ("MCJ") and was still there on Friday, July 8, 2011.  My booking number is 2721975.

**Deputy on Inmate violence**

3.      About a month ago, either May 28th or June 4th, 2011, on a Saturday I had gone to the afternoon pill call where there was a nurse who was Hispanic, about 5'7", who looked 38 to 40 years old, had black hair that was pinned up, brown eyes and a light brown complexion. I asked her for some foot cream and she said she didn't have any. The doctor had prescribed me foot cream for my athlete's foot. I needed the medication because my foot was it dry and hurt when I walked.

4.      The same nurse was at evening pill call, which is at seven or eight o'clock. There were about 10 of us inmates lined up in the hallway and when it was my turn, I asked the nurse again for some foot cream. She responded loudly, "Didn't I tell you earlier that I didn't have any medication?"

5.      ~~I began walking back to my module when~~ Suddenly a Hispanic deputy, standing nearby who I later found out was Deputy Quintana, told me to get against the wall. I didn't get a good look at him at this point because I was facing the wall. I had seen him three or four times at pill call since this day, but he usually sits hunched over in a way that blocks his nametag. On around June 19th or 20th, 2011, I finally saw his nametag at a pill call.

6.      I got against the wall ~~and he said to turn around and face it~~ and the He told

1

000395

1    me to "spread it" and kicked my legs pretty hard so that I almost fell. Then he
2    ordered me to take off my shoes, socks, T-shirt and blue jumpsuit. Deputy
3    Quintana then escorted me to the laundry room in just my boxer shorts.

4          7.    In the laundry room, Deputy Quintana told me to get on my knees
5    and face the wall. He asked what cell I was in. I told him 10, and he left.

6          8.    Meanwhile, two other deputies were watching me as I was on my
7    knees facing the wall. I could not see their faces because I was facing the wall, but
8    I heard the two of them talking to each other. One of the deputies told me twice to
9    "face the fucking wall." I was already facing the wall, so I figured he wanted my
10   face to be closer to it, but I couldn't because of my eyeglasses.

11         9.    I heard him whisper loudly to the other deputy, "This nigger can't
12   fucking listen and face the wall." Then, he came and smashed the front and left
13   side of my face against the wall, which broke the left temple off of my glasses.
14   My forehead hurt because the deputy forced my head against the wall for a few
15   seconds. I feel like the deputies were racially motivated, otherwise they wouldn't
16   have called me "nigger." I also have a sense that part of the reason they abused me
17   was because three of the four deputies on duty that night were Hispanic, and the
18   nurse was Hispanic. The fourth deputy was Caucasian.

19        10.    After 15 minutes in the laundry room, Deputy Quintana escorted me
20   back to my module with my hands behind my back, and he walked behind me.

21        11.    I looked back and he said, "Don't fucking look at my officers," then
22   punched me on the left side of my face. The punch was hard enough to shake me
23   up. It left my face puffy and took a couple of days for the swelling to go down. I
24   walked a few steps and looked back again and he told me to go to my cell. It was
25   at this point that I was able to see Deputy Quintana's face, and recognize him
26   when I saw him on days after the incident.

27        12.    I asked Deputy Quintana on the walk back to my module if I could
28   get the temple piece that broke off. He angrily replied, "No! Fucking take it back

000396

1  to your fucking cell!" I didn't know what I could do with the broken piece

2  anyway, but it was the only pair of glasses I have and they were a gift from my *to get my glasses repaired or replaced*

3  mother. I put in a request that day to see the eye doctor, but received no response.

4      13.    When I got back to my cell, it was completely torn up. The mattress,

5  bed sheets, and blankets were gone. Later that night, I asked ~~one of the~~ Custody

6  Assistants *Lurei* if I could get a mattress, but he said they didn't have any right now.

7      14.    I slept in nothing but boxers for two nights. It was really cold at

8  night, *because the air conditioning was running* and I felt unsanitary sleeping on the steel bed frame without any mattress.

9  The mattress was returned on Monday, and my clothes on Tuesday by the trustees

10  who handle the distribution of these items.

11      15.    I asked the morning shift deputies if I could go to the laundry room

12  and try to find the temple of my glasses, but they said the laundry room had been

13  cleaned out and there was nothing in there.

14      16.    I can barely see without my glasses; words in front of my face look

15  blurry if I am not wearing them. I am currently wearing my broken glasses with a

16  missing left temple, and some tape in the middle and right hinge of the frame to

17  prevent the cracks from getting bigger.

18      17.    This incident has traumatized me. I now feel threatened by the

19  deputies and am afraid they will hit me if I look at one of them. I still feel scared

20  walking past all the deputies. I'm always nervous thinking that ~~X~~ a deputy might

21  assault me again. That's my biggest fear right now.

22      18.    I usually take medication for seizures and asthma, but ever since the

23  incident, I have been refusing my medication most of the time to minimize my

24  interaction with then nurses and deputies at pill call. *once you refuse medication, you* I still have to go to the pill

25  calls, but if I could I wouldn't even go, in order to avoid Deputy Quintana.

26  *immediately go back to your cell and*

27  **Denied Medical Help** *don't have to wait in line any longer.*

28      19.    About two weeks prior to the incident above, I went to the nurse

000397

1  because I had chest pains. I was concerned because I had a mild heart attack two

2  years ago.

3      20.    The first nurse took my pulse as I sat by a second nurse's desk. The

4  first nurse looked either Filipina or Cambodian, 5'5", petite with a long ponytail.

5  The second nurse also looked Filipina or Cambodian, about 5'6", petite with a

6  ponytail and longer hair than the first nurse.  The second nurse was sitting at

7  another desk about ten feet away, and I was talking to her about my chest pains.

8      21.    Then, a third nurse, who I think is the head nurse or in a position

9  higher than the first two nurses, came over to where I was sitting. She was older

10  than the first two nurses, looks in her 40s, either Filipina or Cambodian, about

11  5'5", with black hair past her shoulders. She asked me, "Who are you talking to?"

12  It sounded like she asked in a sarcastic way because she had been in the room

13  while I was talking to the second nurse, and I thought she must have seen who I

14  was talking to. I replied, "I'm talking to the nurse over there," and pointed to the

15  second nurse, who didn't say anything. The third nurse asked, "What nurse?" I

16  replied, "Can't you see I'm talking to that nurse over there?"

17      22.    Then third nurse said, "You don't have to say it with attitude." I said

18  to her, "I don't have attitude." She said, "Yes, you do," and ~~complained to Deputy~~ yelled for a deputy.

19  ~~Simpson.~~ From my experience, whenever the nurses use the word "attitude," the

20  deputy intervenes. within 30 seconds,

21      23.    Deputy Simpson came ~~over to me~~ into the room and said he was going to take me

22  to the hole for ten days. I told him I had chest pains. He asked the first nurse about

23  my condition and she said, "There's nothing wrong with him." So he sent me to

24  the hole without addressing my chest pains.

25      24.    My chest pains lasted about an hour and a half from the time I went

26  to see the nurse and until I went to the hole. At times it was very painful. It felt

27  really sharp and tight, like something was stabbing me. When I was in the hole, I

28  had my inhaler so that helped, but it was still hard to deal with the pain. Although

000398

1    Deputy Simpson told me I would be in the hole for ten days, I was released after

2    seven days.

3

4       I declare under penalty of perjury of the laws of the State of California and

5    the United States that the foregoing is true and correct to the best of my

6    knowledge and belief.  Executed this 8th day of July, 2011 in Los Angeles,

7    California.

8

9

10                                 Michael Jefferson

000399

# DECLARATION OF MICHAEL JEFFERSON

I, Michael Jefferson, hereby declare:

1.     I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.     I am twenty-nine years old and African American. On April 28, 2011, I was placed in Module 5900, which does not have a row or cells because it is a dormitory. I am currently in Module 2200, Row B, Cell 10 of Men's Central Jail ("MCJ") and was still there on Friday, July 8, 2011.  My booking number is 2721975.

**Deputy on Inmate violence**

3.     About a month ago on a Saturday, either May 28th or June 4th, 2011, I had gone to the afternoon pill call where there was a nurse who was Hispanic, about 5'7", who looked 38 to 40 years old, had black hair that was pinned up, brown eyes and a light brown complexion. I asked her for some foot cream and she said she didn't have any. The doctor had prescribed me foot cream for my athlete's foot. I needed the medication because my foot was itchy and hurt when I walked.

4.     The same nurse was at evening pill call, which is at seven or eight o'clock. There were about 10 of us inmates lined up in the hallway and when it was my turn, I asked the nurse again for some foot cream. She responded loudly, "Didn't I tell you earlier that I didn't have any medication?"

5.     Suddenly, a Hispanic deputy standing nearby, who I later found out was Deputy Quintana, told me to get against the wall. I didn't get a good look at him at this point because I was facing the wall. I had seen him three or four times at pill call since this day, but he usually sits hunched over in a way that blocks his nametag. On around June 19th or 20th, 2011, I finally saw his nametag at a pill

1

000400

1  call.

2       6.     I got against the wall and he told me to "spread it" and kicked my

3  legs pretty hard so that I almost fell. Then he ordered me to take off my shoes,

4  socks, T-shirt and blue jumpsuit. Deputy Quintana then escorted me to the laundry

5  room in just my boxer shorts.

6       7.     In the laundry room, Deputy Quintana told me to get on my knees

7  and face the wall. He asked what cell I was in. I told him 10, and he left.

8       8.     Meanwhile, two other deputies were watching me as I was on my

9  knees facing the wall. I could not see their faces because I was facing the wall, but

10  I heard the two of them talking to each other. One of the deputies told me twice to

11  "face the fucking wall." I was already facing the wall, so I figured he wanted my

12  face to be closer to it, but I couldn't because of my eyeglasses.

13       9.     I heard him whisper loudly to the other deputy, "This nigger can't

14  fucking listen and face the wall." Then, he came and smashed the front and left

15  side of my face against the wall, which broke the left temple off of my glasses.

16  My forehead hurt because the deputy forced my head against the wall for a few

17  seconds. I feel like the deputies were racially motivated, otherwise they wouldn't

18  have called me "nigger." I also have a sense that part of the reason they abused me

19  was because three of the four deputies on duty that night were Hispanic, and the

20  nurse was Hispanic. The fourth deputy was Caucasian.

21       10.    After 15 minutes in the laundry room, Deputy Quintana escorted me

22  back to my module with my hands behind my back, and he walked behind me.

23       11.    I looked back and he said, "Don't fucking look at my officers," then

24  punched me on the left side of my face. The punch was hard enough to shake me

25  up. It left my face puffy and took a couple of days for the swelling to go down. I

26  walked a few steps and looked back again and he told me to go to my cell. It was

27  at this point that I was able to see Deputy Quintana's face, and recognize him

28  when I saw him on days after the incident.

000401

12.     I asked Deputy Quintana on the walk back to my module if I could get the temple piece that broke off. He angrily replied, "No! Fucking take it back to your fucking cell!" I didn't know what I could do with the broken piece anyway, but it was the only pair of glasses I have and they were a gift from my mother. I put in a request that day to see the eye doctor to get my glasses repaired or replaced, but received no response.

13.     When I got back to my cell, it was completely torn up. The mattress, bed sheets, and blankets were gone. Later that night, I asked Custody Assistant Luna if I could get a mattress, but he said they didn't have any right now.

14.     I slept in nothing but boxers for two nights. It was really cold at night because the air conditioning was running, and I felt unsanitary sleeping on the steel bed frame without any mattress. The mattress was returned on Monday, and my clothes on Tuesday by the trustees who handle the distribution of these items.

15.     I asked the morning shift deputies if I could go to the laundry room and try to find the temple of my glasses, but they said the laundry room had been cleaned out and there was nothing in there.

16.     I can barely see without my glasses; words in front of my face look blurry if I am not wearing them. I am currently wearing my broken glasses with a missing left temple, and some tape in the middle and right hinge of the frame to prevent the cracks from getting bigger.

17.     This incident has traumatized me. I now feel threatened by the deputies and am afraid they will hit me if I look at one of them. I still feel scared walking past all the deputies. I'm always nervous thinking that a deputy might assault me again. That's my biggest fear right now.

18.     I usually take medication for seizures and asthma, but ever since the incident, I have been refusing my medication most of the time to minimize my interaction with then nurses and deputies at pill call. Once you refuse medication, you immediately go back to your cell and don't have to wait in line any longer. I

000402

1  still have to go to the pill calls, but if I could I wouldn't even go, in order to avoid
2  Deputy Quintana.

3

4  **Denied Medical Help**

5      19.    About two weeks prior to the incident above, I went to the nurse
6  because I had chest pains. I was concerned because I had a mild heart attack two
7  years ago.

8      20.    The first nurse took my pulse as I sat by a second nurse's desk. The
9  first nurse looked either Filipina or Cambodian, 5'5", petite with a long ponytail.
10  The second nurse also looked Filipina or Cambodian, about 5'6", petite with a
11  ponytail and longer hair than the first nurse.  The second nurse was sitting at
12  another desk about ten feet away, and I was talking to her about my chest pains.

13      21.    Then, a third nurse, who I think is the head nurse or in a position
14  higher than the first two nurses, came over to where I was sitting. She was older
15  than the first two nurses, looks in her 40s, either Filipina or Cambodian, about
16  5'5", with black hair past her shoulders. She asked me, "Who are you talking to?"
17  It sounded like she asked in a sarcastic way because she had been in the room
18  while I was talking to the second nurse, and I thought she must have seen who I
19  was talking to. I replied, "I'm talking to the nurse over there," and pointed to the
20  second nurse, who didn't say anything. The third nurse asked, "What nurse?" I
21  replied, "Can't you see I'm talking to that nurse over there?"

22      22.    Then third nurse said, "You don't have to say it with attitude." I said
23  to her, "I don't have attitude." She said, "Yes, you do," and yelled for a deputy.
24  From my experience, whenever the nurses use the word "attitude," the deputy
25  intervenes.

26      23.    Within 30 seconds, Deputy Simpson came into the room and said he
27  was going to take me to the hole for ten days. I told him I had chest pains. He
28  asked the first nurse about my condition and she said, "There's nothing wrong

000403

1   with him." So he sent me to the hole without addressing my chest pains.

2       24.     My chest pains lasted about an hour and a half from the time I went

3   to see the nurse and until I went to the hole. At times it was very painful. It felt

4   really sharp and tight, like something was stabbing me. When I was in the hole, I

5   had my inhaler so that helped, but it was still hard to deal with the pain. Although

6   Deputy Simpson told me I would be in the hole for ten days, I was released after

7   seven days.

8

9       I declare under penalty of perjury of the laws of the State of California and

10  the United States that the foregoing is true and correct to the best of my

11  knowledge and belief.  Executed this 8th day of July, 2011 in Los Angeles,

12  California.

13

14                                          _____/s/_____

15                                          Michael Jefferson

16

17

18

19

20

21

22

23

24

25

26

27

28

# DECLARATION OF CURRENT PRISONER MR. GG PETER JOHNSON

000405

1                                 **Declaration of Peter Johnson**

2        I, Peter Johnson, hereby declare:

3          1.      I make this declaration based on my own personal knowledge and if called to

4 testify I could and would do so competently as follows:

5          2.      I am 41 years old.  My booking number was 1023658.  I am paralyzed due to a

6 gun shot wound I received in 1984 so I have to utilize a wheelchair for mobility.

7          3.      On February 21, 2008, I was housed at Men's Central Jail ("MCJ") on the 8000

8 Module in Cell 8051, which is the Wheelchair Module's Disciplinary Area.

9          4.      During morning pill call, two nurses came over to my cell along with Deputies

10 Ochoa and Reynoso and gave me my medication and medical supplies, such as my catheter.  I

11 knew who the deputies were because I had seen them before on this module.

12          5.      I told Deputy Ochoa that the handicap rail in my cell was broken and he told me,

13 "Stop crying.  It's not broken."  I don't know how he thought he knew it was not broken because

14 he didn't walk over and check the handicap rail.  I also asked him if I could take a shower and

15 asked if I could use the handicap shower.  I had not taken a shower in 3-4 days.  I had repeatedly

16 asked him for a shower over the course of several days and his response to me was either that he

17 was too busy or he said to me, "Later."  Deputy Ochoa again denied my request for a shower, so I

18 told him that I wanted to talk to sergeant.  He said, "You want to talk to a sergeant?  Okay.  I'll

19 be back."

20          6.      Fifteen to twenty minutes later, Deputies Ochoa, Reynoso and Saldivar came to

21 my cell, opened the door and came in.  I knew who all three deputies were because I had seen

22 them working on this module.  I was sitting on my bed when Deputy Ochoa said to me, "Get up

23 out of your cell."  I refused and said that I wanted to talk to a sergeant.

24          7.      Deputy Ochoa then grabbed one of my arms and tried to pull me off of the bed.

25 With my other arm, I grabbed onto the bar that connected my bed to the top bunk bed.  Deputy

26 Ochoa then hit my arm, multiple times, which caused me to let go of the bar.  Once I let go of the

27 bar, Deputy Ochoa yanked me off of the bed and I fell onto the floor.  As soon as I hit the floor, I

28 got into the fetal position.  Deputy Ochoa then kicked the side of my ribs and the lower part of

1  my back several times.  The kicks caused very sharp pains to my ribs and back.  He then kneed

2  my back and my neck.  Deputy Ochoa then pepper sprayed my face, eyes, nose, ears and mouth.

3  When Deputy Ochoa pepper sprayed me, I felt like I couldn't breathe and was gasping for breath.

4  　　　　8.　　　While Deputy Ochoa kicked and pepper sprayed me, I yelled for help over and

5  over again, but no one came to help me.  Someone then handcuffed me.  I don't know who

6  because I had pepper spray in my eyes.

7  　　　　9.　　　After I was handcuffed from behind, Deputy Ochoa dragged me out of the cell and

8  he again kicked my torso area.  Though I couldn't see, I knew it must have been Deputy Ochoa

9  because the other deputies were just standing there watching Deputy Ochoa beat me while I was

10  in the cell.  He then picked up my head and pepper sprayed my face again while yelling, "You

11  still want to see the sergeant?  You still want to see the sergeant?"

12  　　　　10.　　　After Deputy Ochoa beat me and pepper sprayed me, one of the deputies placed

13  me in my wheelchair.  Because I was handcuffed from behind, I couldn't balance myself in my

14  wheelchair because of paralysis so I fell out of it.  I told the deputies that I couldn't maintain my

15  balance in my wheelchair when I was handcuffed in behind and my paralysis.  I was placed in the

16  wheelchair again.  I was then wheeled over to an area in the hallway near the 8000 Module's

17  Deputy Control Room.

18  　　　　11.　　　A sergeant came over and asked me what happened.  He then told someone to get

19  a video camera.  While we were waiting for the video camera, the nurses came over and cleaned

20  the pepper spray off of my face.

21  　　　　12.　　　The sergeant interviewed me with a video camera in the hallway near the deputy

22  control room and I saw Deputies Ochoa, Reynoso and Saldivar standing less than 10 feet away

23  from where I was being interviewed.  There were no physical barriers separating me and the

24  deputies, so the deputies were able to see and hear me as I was being interviewed.  Also, the

25  sergeant never asked the deputies to leave the area during the entire time I was being interviewed.

26  　　　　13.　　　The sergeant asked me what had happened and I told him, but in the midst of the

27  pain and burning from the pepper spray and trying to process what had happened to me, I told the

28  sergeant that I fell out of my wheelchair first and ended with Deputy Ochoa beating me up,

2

1   instead of the other way around.  I know that the deputies were able to hear me because I was

2   talking really loud and could see them looking at me while I was being interviewed.  I also talked

3   loudly because I wanted them to hear that I was going to tell the truth.

4        14.      After the interview, the nurses brought me to the doctor who was in the medical

5   clinic on the module.  The nurses told the doctor that I had  "got into an incident with the

6   deputies."  I told the doctor that I had pain in my neck and back, so the doctor prescribed me pain

7   medication.  I think he gave me Ultram.

8        15.      After I saw the doctor, 2-3 deputies, who weren't Deputies Ochoa, Reynoso and

9   Saldivar – escorted me to my cell.  I guess it must have been during shift change because those

10  three deputies were no longer on duty.

11       16.      When I got to my cell, my neighbor told me through the vents between our cells

12  that he saw what had happened and asked me if I wanted him to write a statement about it.  I told

13  him that I did.  He wrote it up for me on a complaint form, which I submitted and we also sent a

14  letter and a statement to Internal Affairs.  I read the statement on the complaint form and signed

15  the letter to the Internal Affairs.

16       17.      A couple of days later, a sergeant came to my cell and asked me what had

17  happened.  I assumed the sergeant was talking about when Deputy Ochoa beat me up, so I told

18  him what had happened to me.  He told me that I was going to get 30 more days in the "hole" or

19  the disciplinary unit.

20       18.      Three to four weeks later, I was brought to court and I was charged for battery

21  against a peace officer and for resisting arrest.  I was then later convicted and sentenced to 8

22  years for both.

23       19.      I heard at the trial and by reading the incident report that Deputy Ochoa said that

24  he and the other deputies were at the threshold to my cell to handcuff me because they needed to

25  escort me to the medical clinic to get my medical supplies and to remove contraband.  This is not

26  true because Deputy Ochoa and the nurses had already given me my medication and my medical

27  supplies during morning pill call.

28       20.      I appealed the conviction, the court of appeal reversed the conviction and the case

3

1  was later dismissed.  I was released in June 2010.

2          I declare under penalty of perjury of the laws of the State of California and the United

3  States that the foregoing is true and correct.  Executed this 23rd day of June, 2011 in Baldwin

4  Park, California.

5

6                                                          Peter Johnson

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                    4

                                                                                    000409

1                               **Declaration of Peter Johnson**

2        I, Peter Johnson, hereby declare:

3           1.      I make this declaration based on my own personal knowledge and if called to

4 testify I could and would do so competently as follows:

5           2.      I am 41 years old.  My booking number was 1023658.  I am paralyzed due to a

6 gun shot wound I received in 1984 so I have to utilize a wheelchair for mobility.

7           3.      On February 21, 2008, I was housed at Men's Central Jail ("MCJ") on the 8000

8 Module in Cell 8051, which is the Wheelchair Module's Disciplinary Area.

9           4.      During morning pill call, two nurses came over to my cell along with Deputies

10 Ochoa and Reynoso and gave me my medication and medical supplies, such as my catheter.  I

11 knew who the deputies were because I had seen them before on this module.

12           5.      I told Deputy Ochoa that the handicap rail in my cell was broken and he told me,

13 "Stop crying.  It's not broken."  I don't know how he thought he knew it was not broken because

14 he didn't walk over and check the handicap rail.  I also asked him if I could take a shower and

15 asked if I could use the handicap shower.  I had not taken a shower in 3-4 days.  I had repeatedly

16 asked him for a shower over the course of several days and his response to me was either that he

17 was too busy or he said to me, "Later."  Deputy Ochoa again denied my request for a shower, so I

18 told him that I wanted to talk to sergeant.  He said, "You want to talk to a sergeant?  Okay.  I'll

19 be back."

20           6.      Fifteen to twenty minutes later, Deputies Ochoa, Reynoso and Saldivar came to

21 my cell, opened the door and came in.  I knew who all three deputies were because I had seen

22 them working on this module.  I was sitting on my bed when Deputy Ochoa said to me, "Get up

23 out of your cell."  I refused and said that I wanted to talk to a sergeant.

24           7.      Deputy Ochoa then grabbed one of my arms and tried to pull me off of the bed.

25 With my other arm, I grabbed onto the bar that connected my bed to the top bunk bed.  Deputy

26 Ochoa then hit my arm, multiple times, which caused me to let go of the bar.  Once I let go of the

27 bar, Deputy Ochoa yanked me off of the bed and I fell onto the floor.  As soon as I hit the floor, I

28 got into the fetal position.  Deputy Ochoa then kicked the side of my ribs and the lower part of

1   my back several times.  The kicks caused very sharp pains to my ribs and back.  He then kneed

2   my back and my neck.  Deputy Ochoa then pepper sprayed my face, eyes, nose, ears and mouth.

3   When Deputy Ochoa pepper sprayed me, I felt like I couldn't breathe and was gasping for breath.

4       8.      While Deputy Ochoa kicked and pepper sprayed me, I yelled for help over and

5   over again, but no one came to help me.  Someone then handcuffed me.  I don't know who

6   because I had pepper spray in my eyes.

7       9.      After I was handcuffed from behind, Deputy Ochoa dragged me out of the cell and

8   he again kicked my torso area.  Though I couldn't see, I knew it must have been Deputy Ochoa

9   because the other deputies were just standing there watching Deputy Ochoa beat me while I was

10  in the cell.  He then picked up my head and pepper sprayed my face again while yelling, "You

11  still want to see the sergeant?  You still want to see the sergeant?"

12      10.     After Deputy Ochoa beat me and pepper sprayed me, one of the deputies placed

13  me in my wheelchair.  Because I was handcuffed from behind, I couldn't balance myself in my

14  wheelchair because of paralysis so I fell out of it.  I told the deputies that I couldn't maintain my

15  balance in my wheelchair when I was handcuffed in behind and my paralysis.  I was placed in the

16  wheelchair again.  I was then wheeled over to an area in the hallway near the 8000 Module's

17  Deputy Control Room.

18      11.     A sergeant came over and asked me what happened.  He then told someone to get

19  a video camera.  While we were waiting for the video camera, the nurses came over and cleaned

20  the pepper spray off of my face.

21      12.     The sergeant interviewed me with a video camera in the hallway near the deputy

22  control room and I saw Deputies Ochoa, Reynoso and Saldivar standing less than 10 feet away

23  from where I was being interviewed.  There were no physical barriers separating me and the

24  deputies, so the deputies were able to see and hear me as I was being interviewed.  Also, the

25  sergeant never asked the deputies to leave the area during the entire time I was being interviewed.

26      13.     The sergeant asked me what had happened and I told him, but in the midst of the

27  pain and burning from the pepper spray and trying to process what had happened to me, I told the

28  sergeant that I fell out of my wheelchair first and ended with Deputy Ochoa beating me up,

2

000411

1   instead of the other way around.  I know that the deputies were able to hear me because I was

2   talking really loud and could see them looking at me while I was being interviewed.  I also talked

3   loudly because I wanted them to hear that I was going to tell the truth.

4       14.     After the interview, the nurses brought me to the doctor who was in the medical

5   clinic on the module.  The nurses told the doctor that I had  "got into an incident with the

6   deputies."  I told the doctor that I had pain in my neck and back, so the doctor prescribed me pain

7   medication.  I think he gave me Ultram.

8       15.     After I saw the doctor, 2-3 deputies, who weren't Deputies Ochoa, Reynoso and

9   Saldivar – escorted me to my cell.  I guess it must have been during shift change because those

10  three deputies were no longer on duty.

11      16.     When I got to my cell, my neighbor told me through the vents between our cells

12  that he saw what had happened and asked me if I wanted him to write a statement about it.  I told

13  him that I did.  He wrote it up for me on a complaint form, which I submitted and we also sent a

14  letter and a statement to Internal Affairs.  I read the statement on the complaint form and signed

15  the letter to the Internal Affairs.

16      17.     A couple of days later, a sergeant came to my cell and asked me what had

17  happened.  I assumed the sergeant was talking about when Deputy Ochoa beat me up, so I told

18  him what had happened to me.  He told me that I was going to get 30 more days in the "hole" or

19  the disciplinary unit.

20      18.     Three to four weeks later, I was brought to court and I was charged for battery

21  against a peace officer and for resisting arrest.  I was then later convicted and sentenced to 8

22  years for both.

23      19.     I heard at the trial and by reading the incident report that Deputy Ochoa said that

24  he and the other deputies were at the threshold to my cell to handcuff me because they needed to

25  escort me to the medical clinic to get my medical supplies and to remove contraband.  This is not

26  true because Deputy Ochoa and the nurses had already given me my medication and my medical

27  supplies during morning pill call.

28      20.     I appealed the conviction, the court of appeal reversed the conviction and the case

3

000412

1   was later dismissed.  I was released in June 2010.

2         I declare under penalty of perjury of the laws of the State of California and the United

3   States that the foregoing is true and correct.  Executed this 23rd day of June, 2011 in Baldwin

4   Park, California.

5                               /s/

6                            Peter Johnson

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

# DECLARATION OF CURRENT PRISONER MR. HH RAVON JONES

000414

**Declaration of Ravon Jones**

I, Ravon Jones, hereby declare:

1.     I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.     I am 34 years old.  I am currently housed in Module 2400, Row B, Cell 7.  My booking number is 2674730.

3.     On March 28, 2011, I witnessed four African-American trustees beat up and sexually assault an African-American inmate, whose last name is Silva,  with a broomstick.  I was in my cell, in Cell 7 and Silva was in the cell next to me, Cell 8.  The Custody Assistant ("CA"), CA Zamora, on duty allowed the assault to occur because the trustees entered Silva's cell and the only way his cell door could have opened was if the CA Zamora opened it.

<u>March 28, 2011</u>

4.     Approximately 5 p.m., I heard an inmate named "Gary" say that Silva was throwing his urine out onto the floor in front of his cell.  When I looked out of my cell in the direction of the voice, to see who had said the comment, I saw "Gary" standing outside of the main gate before you get onto Row B.  "Gary", who looks Armenian, is a trustee that works on my module.

5.     I did not see Silva throwing any urine outside of his cell and my cell is next to him.

6.     RJ Fifteen to twenty minutes *later,* I saw two African-American trustees nicknamed, "E-Dub" and "Cat" come up to Silva's cell asking him what he was doing.  These two trustees were the trustees on the Gang Module that's on the same floor that I am housed.  I had seen them before when I was housed in Module 2600, which is also on the same floor that I am currently housed.  When I was on Module 2600 I had to go on the Gang Module one day and I saw them there.  I saw them other times when they would come and hang out with their friends who were also housed on Module 2600.

7.     The trustees were on our module and row to help pass out dinner and they're there to clean and do other errands on the module.

1    8.    Silva was in the cell by himself, even though it was a four-man cell.  I heard the

2    sound of the gate crank that is located outside of the deputies' control room that is stationed

3    outside our row.  I have heard this noise many times before and I knew that this meant that a cell

4    door was going to open.

5    9.    I saw Silva's cell door slide open ~~to the right~~.  *RJ from right to left*  I was able to see this because I used

6    a makeshift hand mirror and focused it on Silva's cell.  I could see through the mirror that it was

7    his cell door that was opening.  Inmates make these hand mirrors using the foil lining inside our

8    potato chips or any other kinds of chips' bags and they're cut out into a circle so that they fit on

9    the bottom of a cup.  We then attach the foil to the bottom and we can use it as a hand mirror.

10    10.    I know that it was opened by Custody Assistant ("CA") Zamora because he was

11    the only Los Angeles Sheriff's Department ("LASD") employee working on my module on that

12    shift.  *RJ I saw CA Zamora earlier that day and I saw*

13    *that he was the only LASD employee working on*

14    *Module 2400.                                    RJ*

15

16    11.    I also know that the gate crank and the controls to open the cells are located in a

17    locked area where the deputy's control booth is located.  The only way to get in there is if you

18    had a key to open the locked area.

19    12.    When Silva's cell door opened I saw "E-Dub" and "Cat" run into his cell and I

20    saw them punching Silva.  I could see from the side of my cell the two trustees punching him for

21    what seemed like 5 seconds, then I saw them drag Silva towards the back of the cell.  I wasn't

22    able to see what they were doing after they dragged him, but I could hear Silva screaming.  It

23    seemed like they were beating him up for 3-4 minutes and I could hear Silva screaming the entire

24    time.  While the trustees were beating him up, the inmates on my row starting banging things

25    inside their cells to cover up Silva's screaming, but I was still able to hear the screaming since I

26    was right next to his cell.

27    13.    After the 3-4 minutes, I saw the two trustees leave his cell and using the hand

28    mirror again, I saw his cell slide close ~~to the left~~ *RJ from left to right* and I heard the sound of the gate crank at the

2

000416

1   same time.

2       14.   I asked Silva if he was okay and he said that he was okay.  But I don't know if he

3   really was okay.

4       15.   Fifteen minutes later, I heard "Gary" yell out that Silva was throwing urine

5   outside his cell again. I saw "E-Dub" come back to his cell and say, "Oh, that wasn't enough?"

6       16.   I then heard from the row above us, Row D, an inmate named "Tiny Gizzle", who

7   is a friend of "E-Dub" yell out, "Dub's gonna put a broomstick up his [Silva's] ass."  I could tell

8   from the sound of the voice that it was "Tiny Gizzle's" voice.

9       17.   At 7 p.m., our Commissary or Store items were passed out on our row.  After the

10  store items were passed out, I again heard the gate crank and saw  with my hand mirror, Silva's

11  cell slide open again in the same way that I had seen it open earlier.  I then saw "E-Dub", "Cat"

12  and two other African-American trustees, who were also trustees on the Gang Module, run into

13  his cell.  I saw that "E-Dub" was carrying a broomstick.  I heard what sounded like the sound of

14  one of our mattresses slamming against a body.  I then saw a broomstick handle sticking straight

15  out of his cell.  I then saw blood on the end of the broomstick.  I heard Silva yelling and

16  screaming very loudly during this entire assault.  I also heard one of the trustees say, "You had

17  enough?  You had enough?  You had enough?"  It seemed like the entire beating and sexual

18  assault lasted five minutes.  I then saw the trustees run out of his cell and heard one of them say,

19  "Come on, man.  Come on, man."  I then heard the gate crank and saw that Silva's cell door had

20  slid closed.

21      18.   While the assault was going on, I heard "Tiny Gizzle" say, "Silva's getting a

22  broomstick up his ass."

23      19.   After 2-3 minutes, I asked Silva if he was okay.  He said, "Yeah, but my butt is

24  bleeding." _P.J_ _I saw_ About 15 minutes later, C/A camora walked down our row, looked

    into Silva's cell and walked to the back door located at the end of our row.

25      20.   Approximately 11 p.m., when the next shift came on, I heard Silva yelling, "Man

26  down!  Man down!  My butt is bleeding!"

27      21.   I saw that someone from the upper tier, Row D, had thrown a banana down to our

28  row.

3

_This door leads to Row D + the tier above our Row  Row B. P.J_

000417

22.     When Deputy Johnson, the deputy on our module for the shift that started about 11 p.m. came over, the inmates on Row D said, "That's the banana that Silva used to stick up his butt. He used that banana right there." He then asked Silva, "What's going on?"

23.     Silva said, "Man, Zamora let four inmates shove a broomstick up my butt and rape me." Deputy Johnson said, "Man, you came over from another module and now you're starting problems here? I'm gonna let you sit there for a minute."

24.     I told Deputy Johnson, "Come on man. He needs medical attention." Deputy Johnson didn't say anything and walked away.

25.     About 15 minutes later, Custody Assistant Augustine came over to Silva's cell and asked him, "What the hell happened over here?" *CA Augustine was the LASD employee who was working on Module 2200, which is the Module right next to our Module, Module 2400. PJ*

26.     Silva must have bent over to show CA Augustine his injury because I saw CA Augustine turn on his flashlight and shine it into Silva's cell.

27.     CA Augustine said, "Damn! What happened?" Silva told him, "Man, CA Zamora let 4 inmates come in here and shove a broomstick and rape me."

28.     Deputy Johnson then came over, handcuffed Silva and escorted him out of his cell.

29.     I could see a large amount of blood on Silva's pants when he came out of his cell.

30.     Silva didn't come back to the module or his cell that night.

                                   March 29, 2011

31.     At about 10-11 a.m. the next morning, I had a medical pass to have the bandage on my leg cleaned by medical. I had received a cut on my leg during my arrest.

32.     When I walked down to the medical area, I saw about 10-12 deputies, lieutenants and sergeants in the hallway, standing around.

33.     As I was sitting down on the bench outside the medical area, I saw Silva walking in the hallway back and forth. He told me that he wasn't able to sit down, which was why he was walking back and forth. He was in his boxers and I could see blood on his boxers.

34.     I went back to my module and cell 15 minutes later. I saw that there was a

                                         4

                                                                          000418

1   Hispanic inmate in Silva's cell.

2       35.    An hour after I had returned from my medical pass, Silva was brought back to our

3   module and into his cell.  He was wearing what looked like new jail pants because I didn't see

4   any blood on them.

5       36.    When he got into his cell, I asked him if he was okay.  He said that his butt was

6   still bleeding.

7       37.    He then said that he needed toilet paper, so I passed him some of the toilet paper

8   that I had.  I asked him if it was enough and he told me it was.

9       38.    An hour later, "Gary" was cleaning outside our row and he yelled out, "I got a

10  Black [Silva] down here throwing pee."  Again, I didn't see Silva throwing any urine outside of

11  his cell.

12      39.    I then saw about 9 deputies, Senior Deputy Meza and a sergeant walk over to

13  Silva's cell.

14      40.    One of them said, "Face down.  Don't move.  If you move we're going to pepper

15  spray you."  I could see that some of the deputies had their pepper spray canisters out and faced it

16  in Silva's direction.

17      41.    I told Silva, "Don't move.  Don't do anything.  They're just trying to find a reason

18  to pepper spray you."

19      42.    One of the deputies then handcuffed Silva and took him out of his cell.

20      43.    I have ~~R.J~~ not seen Silva since the deputies took him out of
    his cell.

21  I declare under penalty of perjury of the laws of the State of California and the United

22  States that the foregoing is true and correct.  Executed this ~~R.J~~ 11th day of April, 2011 in Los

23  Angeles, California.

24                                              _Rajon Jones_

25                                              Rajon Jones

26

27

28

                                        5

                                                                                    000419

**Declaration of Ravon Jones**

I, Ravon Jones, hereby declare:

1.      I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.      I am 34 years old.  I am currently housed in Module 2400, Row B, Cell 7.  My booking number is 2674730.

3.      On March 28, 2011, I witnessed four African-American trustees beat up and sexually assault an African-American inmate, whose last name is Silva,  with a broomstick.  I was in my cell, in Cell 7 and Silva was in the cell next to me, Cell 8.  The Custody Assistant ("CA"), CA Zamora, on duty allowed the assault to occur because the trustees entered Silva's cell and the only way his cell door could have opened was if the CA Zamora opened it.

<u>March 28, 2011</u>

4.      Approximately 5 p.m., I heard an inmate named "Gary" say that Silva was throwing his urine out onto the floor in front of his cell.  When I looked out of my cell in the direction of the voice, to see who had said the comment, I saw "Gary" standing outside of the main gate before you get onto Row B.  "Gary", who looks Armenian, is a trustee that works on my module.

5.      I did not see Silva throwing any urine outside of his cell and my cell is next to him.

6.      Fifteen to twenty minutes later, I saw two African-American trustees nicknamed, "E-Dub" and "Cat" come up to Silva's cell asking him what he was doing.  These two trustees were the trustees on the Gang Module that's on the same floor that I am housed.  I had seen them before when I was housed in Module 2600, which is also on the same floor that I am currently housed.  When I was on Module 2600 I had to go on the Gang Module one day and I saw them there.  I saw them other times when they would come and hang out with their friends who were also housed on Module 2600.

7.      The trustees were on our module and row to help pass out dinner and they're there to clean and do other errands on the module.

000420

8.      Silva was in the cell by himself, even though it was a four-man cell.  I heard the sound of the gate crank that is located outside of the deputies' control room that is stationed outside our row.  I have heard this noise many times before and I knew that this meant that a cell door was going to open.

9.      I saw Silva's cell door slide open from right to left.  I was able to see this because I used a makeshift hand mirror and focused it on Silva's cell.  I could see through the mirror that it was his cell door that was opening.  Inmates make these hand mirrors using the foil lining inside our potato chips or any other kinds of chips' bags and they're cut out into a circle so that they fit on the bottom of a cup.  We then attach the foil to the bottom and we can use it as a hand mirror.

10.     I know that it was opened by Custody Assistant ("CA") Zamora because he was the only Los Angeles Sheriff's Department ("LASD") employee working on my module on that shift.  I saw CA Zamora earlier that day and I saw that he was the only LASD employee working on Module 2400.

11.     I also know that the gate crank and the controls to open the cells are located in a locked area where the deputy's control booth is located.  The only way to get in there is if you had a key to open the locked area.

12.     When Silva's cell door opened I saw "E-Dub" and "Cat" run into his cell and I saw them punching Silva.  I could see from the side of my cell the two trustees punching him for what seemed like 5 seconds, then I saw them drag Silva towards the back of the cell.  I wasn't able to see what they were doing after they dragged him, but I could hear Silva screaming.  It seemed like they were beating him up for 3-4 minutes and I could hear Silva screaming the entire time.  While the trustees were beating him up, the inmates on my row starting banging things inside their cells to cover up Silva's screaming, but I was still able to hear the screaming since I was right next to his cell.

13.     After the 3-4 minutes, I saw the two trustees leave his cell and using the hand mirror again, I saw his cell slide close from left to right and I heard the sound of the gate crank at the same time.

2

1       14.    I asked Silva if he was okay and he said that he was okay.  But I don't know if he

2  really was okay.

3       15.    Fifteen minutes later, I heard "Gary" yell out that Silva was throwing urine

4  outside his cell again. I saw "E-Dub" come back to his cell and say, "Oh, that wasn't enough?"

5       16.    I then heard from the row above us, Row D, an inmate named "Tiny Gizzle", who

6  is a friend of "E-Dub" yell out, "Dub's gonna put a broomstick up his [Silva's] ass."  I could tell

7  from the sound of the voice that it was "Tiny Gizzle's" voice.

8       17.    At 7 p.m., our Commissary or Store items were passed out on our row.  After the

9  store items were passed out, I again heard the gate crank and saw  with my hand mirror, Silva's

10  cell slide open again in the same way that I had seen it open earlier.  I then saw "E-Dub", "Cat"

11  and two other African-American trustees, who were also trustees on the Gang Module, run into

12  his cell.  I saw that "E-Dub" was carrying a broomstick.  I heard what sounded like the sound of

13  one of our mattresses slamming against a body.  I then saw a broomstick handle sticking straight

14  out of his cell.  I then saw blood on the end of the broomstick.  I heard Silva yelling and

15  screaming very loudly during this entire assault.  I also heard one of the trustees say, "You had

16  enough?  You had enough?  You had enough?"  It seemed like the entire beating and sexual

17  assault lasted five minutes.  I then saw the trustees run out of his cell and heard one of them say,

18  "Come on, man.  Come on, man."  I then heard the gate crank and saw that Silva's cell door had

19  slid closed.

20       18.    While the assault was going on, I heard "Tiny Gizzle" say, "Silva's getting a

21  broomstick up his ass."

22       19.    After 2-3 minutes, I asked Silva if he was okay.  He said, "Yeah, but my butt is

23  bleeding."  About 15 minutes later,  I saw CA Zamora walk down our row, look into Silva's cell

24  and walk to the back door located at the end of our row.  This door leads to Row D, the tier

25  above our row, Row B.

26       20.    Approximately 11 p.m., when the next shift came on, I heard Silva yelling, "Man

27  down! Man down!  My butt is bleeding!"

28       21.    I saw that someone from the upper tier, Row D, had thrown a banana down to our

1   row.

2        22.     When Deputy Johnson, the deputy on our module for the shift that started about

3   11 p.m. came over, the inmates on Row D said, "That's the banana that Silva used to stick up his

4   butt. He used that banana right there." He then asked Silva, "What's going on?"

5        23.     Silva said, "Man, Zamora let four inmates shove a broomstick up my butt and

6   rape me." Deputy Johnson said, "Man, you came over from another module and now you're

7   starting problems here? I'm gonna let you sit there for a minute."

8        24.     I told Deputy Johnson, "Come on man. He needs medical attention." Deputy

9   Johnson didn't say anything and walked away.

10        25.     About 15 minutes later, Custody Assistant Augustine came over to Silva's cell

11   and asked him, "What the hell happened over here?" CA Augustine was the LASD employee

12   who was working on Module 2200, which is the module right next to our module, Module 2400.

13        26.     Silva must have bent over to show CA Augustine his injury because I saw CA

14   Augustine turn on his flashlight and shine it into Silva's cell.

15        27.     CA Augustine said, "Damn! What happened?" Silva told him, "Man, CA

16   Zamora let 4 inmates come in here and shove a broomstick and rape me."

17        28.     Deputy Johnson then came over, handcuffed Silva and escorted him out of his

18   cell.

19        29.     I could see a large amount of blood on Silva's pants when he came out of his cell.

20        30.     Silva didn't come back to the module or his cell that night.

21                            <u>March 29, 2011</u>

22        31.     At about 10-11 a.m. the next morning, I had a medical pass to have the bandage

23   on my leg cleaned by medical. I had received a cut on my leg during my arrest.

24        32.     When I walked down to the medical area, I saw about 10-12 deputies, lieutenants

25   and sergeants in the hallway, standing around.

26        33.     As I was sitting down on the bench outside the medical area, I saw Silva walking

27   in the hallway back and forth. He told me that he wasn't able to sit down, which was why he was

28   walking back and forth. He was in his boxers and I could see blood on his boxers.

4

1       34.     I went back to my module and cell 15 minutes later.  I saw that there was a

2  Hispanic inmate in Silva's cell.

3       35.     An hour after I had returned from my medical pass, Silva was brought back to our

4  module and into his cell.  He was wearing what looked like new jail pants because I didn't see

5  any blood on them.

6       36.     When he got into his cell, I asked him if he was okay.  He said that his butt was

7  still bleeding.

8       37.     He then said that he needed toilet paper, so I passed him some of the toilet paper

9  that I had.  I asked him if it was enough and he told me it was.

10      38.     An hour later, "Gary" was cleaning outside our row and he yelled out, "I got a

11  Black [Silva] down here throwing pee."  Again, I didn't see Silva throwing any urine outside of

12  his cell.

13      39.     I then saw about 9 deputies, Senior Deputy Meza and a sergeant walk over to

14  Silva's cell.

15      40.     One of them said, "Face down.  Don't move.  If you move we're going to pepper

16  spray you."  I could see that some of the deputies had their pepper spray canisters out and faced it

17  in Silva's direction.

18      41.     I told Silva, "Don't move.  Don't do anything.  They're just trying to find a reason

19  to pepper spray you."

20      42.     One of the deputies then handcuffed Silva and took him out of his cell.

21      43.     I have not seen Silva since the deputies took him out of his cell.

22      I declare under penalty of perjury of the laws of the State of California and the United

23  States that the foregoing is true and correct.  Executed this 11th day of April, 2011 in Los

24  Angeles, California.

25                                                    _____/s/_____

26                                                    Ravon Jones

27

28

5

000424

# DECLARATION OF CURRENT PRISONER MR. II THADDEUS LOVE

000425

# DECLARATION OF THADDEUS LOVE

I, Thaddeus Love, hereby declare:

1.     I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.     I'm a propria persona ("pro per") inmate in Men's Central Jail ("MCJ"). I am housed in Module 2500, Row A, Cell 2. My booking number is 2372006. I have been incarcerated in MCJ since ~~August 2~~, June 17, X TL 2010.

3.     I am writing this declaration as an eyewitness to the deputy assault on William Tillman. I had an unobstructed view of the assault from my cell front and witnessed deputies Moorman, Ibarra and Custody Assistant ("C.A.") Perez surrounding Mr. Tillman just before they all violently attacked him.

4.     A diagram of the view from my cell towards where the deputies assaulted Mr. Tillman is attached as Exhibit 1. The assault took place on the floor, within the yellow lines.

5.     On or about March 25, 2011, as I rested on my bed, I heard a deputy ask William Tillman, who had just entered the module, "What cell are you in?" Mr. Tillman replied, "I'm in Baker 5." Then I saw Deputy Moorman, with Deputy Ibarra just behind him, approach Mr. Tillman and yell, "Stand in the fucking yellow box." Mr. Tillman did what was told and said something to the deputies while turning his head in their direction. Deputy Moorman told him to face the fucking wall. He then said to Mr. Tillman, "you think you're fucking tough. We're the 3000 boys. No one talks shit to us." Deputy Moorman told him to admit he was talking shit, and Mr. Tillman repeatedly denied that he had insulted him. Thereafter, Deputy Moorman said, "that's not gangster shit, that's bitch shit." Mr. Tillman replied, "I'm no bitch." Shortly after, Deputy Moorman then said something like, "Baca pays us to take kickboxing classes to whip peoples' asses." Mr. Tillman replied, "I don't have to take kickboxing classes to whip someone's

1  ass."

2      6.      By this time, C.A. Perez and Deputy Ibarra and Moorman had

3  formed a semi-circle around Mr. Tillman, with deputy Moorman being closest to

4  Tillman.

5      7.      Deputy Moorman, all of a sudden, grabbed Mr. Tillman's head and

6  viciously slammed it against the cement wall. I remember seeing Mr. Tillman with

7  his hand to his sides, his back towards the deputies, not having the chance to lift

8  his hands to soften the impact.

9      8.      Immediately after his head hit the wall, there were bloodstains on the

10  wall and blood was pouring down to the floor. Mr. Tillman dropped to the ground.

11      9.      As Mr. Tillman was on the floor, I saw Deputy Moorman pull out his

12  handcuffs, grab Tillman's arms and cuff his hands behind his back.

13      10.      Deputy Moorman then mounted Mr. Tillman and began throwing

14  punches to the side of his face and the back of his head. Deputy Moorman had his

15  knee driven into Mr. Tillman's back, his left hand was controlling Tillman's left

16  shoulder, and he used his right hand to throw sharp hooks to Tillman's face and

17  head.

18      11.      Deputy Ibarra and C.A. Perez were watching Deputy Moorman beat

19  Mr. Tillman. They did not say anything, they just watched.

20      12.      While Deputy Moorman was punching Mr. Tillman, another deputy

21  said, "Call for back up."

22      13.      Mr. Tillman was not resisting when his hands were cuffed around his

23  back. In fact, Mr. Tillman was motionless, appeared unconscious, for the next

24  couple seconds after his head was slammed into the wall. After a couple punches

25  had landed, that's when it appeared that Mr. Tillman woke up because he started

26  crying for help. He repeated, "Help me!" and "Please stop!"

27      14.      I heard the footsteps of numerous deputies approaching our module,

28  and as the door was opening, deputy Moorman or Ibarra said, "Stop resisting!

2   TL

1   Stop resisting! Get the pepper spray!" I could see that Mr. Tillman was not

2   resisting, however.

3        15.   Deputy Ibarra then pepper sprayed Mr. Tillman in the face, and then

4   C.A. Perez tased him. C.A. Perez shot the taser hooks at Mr. Tillman's back and

5   tased him two to four times. Mr. Tillman had stopped screaming by the time C.A.

6   Perez tased him. But his body shook violently each time he was tased.

7        16.   Because of how close I was to assault, the pepper spray was too

8   strong for me to handle. I started coughing and my eyes began to burn, so I had to

9   back up from my cell front and go to the part of my cell that was farthest from the

10  hallway where the deputies were abusing Mr. Tillman. I retreated towards the

11  back of my cell for about fifteen seconds, in which I also turned my head away

12  from the assault.

13       17.   When I returned to my cell front, there were twenty to thirty deputies

14  in the Module. Two deputies snatched up Mr. Tillman and walked him outside the

15  Module.

16       18.   As he was escorted out, inmates started to yell at deputies, "That's

17  fucked up," and "You didn't have to do that." A deputy responded, "What? All of

18  a sudden you guys want to act as witnesses?"

19       19.   Minutes after, a Sergeant walked inside our Module to take pictures

20  of where the incident took place. The Sergeant took about ten pictures and he did

21  not interview me or ask me any questions about what had taken place right in

22  front of my cell.

23       20.   A trustee came to clean up fifteen or so minutes after the Sergeant

24  left. The trustee mopped up the floor, and used a rag wipe down the blood from

25  the wall.

26   // //

27   // //

28   // //

3

000428

1    I declare under penalty of perjury of the laws of the State of California and

2    the United States that the foregoing is true and correct to the best of my

3    knowledge and belief.  Executed this 19th day of August, 2011 in Los Angeles,

4    California.

5

6

7    Thaddeus Love

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

000429



To Thaddeus Rew

TC

Exhibit 1

8-10 feet

000430

# DECLARATION OF THADDEUS LOVE

I, Thaddeus Love, hereby declare:

1.    I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.    I'm a propria persona ("pro per") inmate in Men's Central Jail ("MCJ"). I am housed in Module 2500, Row A, Cell 2. My booking number is 2372006. I have been incarcerated in MCJ since June 17, 2010.

3.    I am writing this declaration as an eyewitness to the deputy assault on William Tillman. I had an unobstructed view of the assault from my cell front and witnessed deputies Moorman, Ibarra and Custody Assistant ("C.A.") Perez surrounding Mr. Tillman just before they all violently attacked him.

4.    A diagram of the view from my cell towards where the deputies assaulted Mr. Tillman is attached as Exhibit 1. The assault took place on the floor, within the yellow lines.

5.    On or about March 25, 2011, as I rested on my bed, I heard a deputy ask William Tillman, who had just entered the module, "What cell are you in?" Mr. Tillman replied, "I'm in Baker 5." Then I saw Deputy Moorman, with Deputy Ibarra just behind him, approach Mr. Tillman and yell, "Stand in the fucking yellow box." Mr. Tillman did what was told and said something to the deputies while turning his head in their direction. Deputy Moorman told him to face the fucking wall. He then said to Mr. Tillman, "you think you're fucking tough. We're the 3000 boys. No one talks shit to us." Deputy Moorman told him to admit he was talking shit, and Mr. Tillman repeatedly denied that he had insulted him. Thereafter, Deputy Moorman said, "that's not gangster shit, that's bitch shit." Mr. Tillman replied, "I'm no bitch." Shortly after, Deputy Moorman then said something like, "Baca pays us to take kickboxing classes to whip peoples' asses." Mr. Tillman replied, "I don't have to take kickboxing classes to whip someone's

1

000431

1   ass."

2       6.      By this time, C.A. Perez and Deputy Ibarra and Moorman had

3   formed a semi-circle around Mr. Tillman, with deputy Moorman being closest to

4   Tillman.

5       7.      Deputy Moorman, all of a sudden, grabbed Mr. Tillman's head and

6   viciously slammed it against the cement wall. I remember seeing Mr. Tillman with

7   his hand to his sides, his back towards the deputies, not having the chance to lift

8   his hands to soften the impact.

9       8.      Immediately after his head hit the wall, there were bloodstains on the

10  wall and blood was pouring down to the floor. Mr. Tillman dropped to the ground.

11      9.      As Mr. Tillman was on the floor, I saw Deputy Moorman pull out his

12  handcuffs, grab Tillman's arms and cuff his hands behind his back.

13      10.     Deputy Moorman then mounted Mr. Tillman and began throwing

14  punches to the side of his face and the back of his head. Deputy Moorman had his

15  knee driven into Mr. Tillman's back, his left hand was controlling Tillman's left

16  shoulder, and he used his right hand to throw sharp hooks to Tillman's face and

17  head.

18      11.     Deputy Ibarra and C.A. Perez were watching Deputy Moorman beat

19  Mr. Tillman. They did not say anything, they just watched.

20      12.     While Deputy Moorman was punching Mr. Tillman, another deputy

21  said, "Call for back up."

22      13.     Mr. Tillman was not resisting when his hands were cuffed around his

23  back. In fact, Mr. Tillman was motionless, appeared unconscious, for the next

24  couple seconds after his head was slammed into the wall. After a couple punches

25  had landed, that's when it appeared that Mr. Tillman woke up because he started

26  crying for help. He repeated, "Help me!" and "Please stop!"

27      14.     I heard the footsteps of numerous deputies approaching our module,

28  and as the door was opening, deputy Moorman or Ibarra said, "Stop resisting!

2

1   Stop resisting! Get the pepper spray!" I could see that Mr. Tillman was not

2   resisting, however.

3       15.    Deputy Ibarra then pepper sprayed Mr. Tillman in the face, and then

4   C.A. Perez tased him. C.A. Perez shot the taser hooks at Mr. Tillman's back and

5   tased him two to four times. Mr. Tillman had stopped screaming by the time C.A.

6   Perez tased him. But his body shook violently each time he was tased.

7       16.    Because of how close I was to assault, the pepper spray was too

8   strong for me to handle. I started coughing and my eyes began to burn, so I had to

9   back up from my cell front and go to the part of my cell that was farthest from the

10  hallway where the deputies were abusing Mr. Tillman. I retreated towards the

11  back of my cell for about fifteen seconds, in which I also turned my head away

12  from the assault.

13      17.    When I returned to my cell front, there were twenty to thirty deputies

14  in the Module. Two deputies snatched up Mr. Tillman and walked him outside the

15  Module.

16      18.    As he was escorted out, inmates started to yell at deputies, "That's

17  fucked up," and "You didn't have to do that." A deputy responded, "What? All of

18  a sudden you guys want to act as witnesses?"

19      19.    Minutes after, a Sergeant walked inside our Module to take pictures

20  of where the incident took place. The Sergeant took about ten pictures and he did

21  not interview me or ask me any questions about what had taken place right in

22  front of my cell.

23      20.    A trustee came to clean up fifteen or so minutes after the Sergeant

24  \ \ \

25  \ \ \

26  \ \ \

27  \ \ \

28  \ \ \

3

1 | left. The trustee mopped up the floor, and used a rag wipe down the blood from

2 | the wall.

3 |      I declare under penalty of perjury of the laws of the State of California and

4 | the United States that the foregoing is true and correct to the best of my

5 | knowledge and belief.  Executed this 19th day of August, 2011 in Los Angeles,

6 | California.

7 |

8 |                                  _____/s/_____

9 |                                  Thaddeus Love

000434



000435

# DECLARATION OF CURRENT PRISONER MR. JJ DEVON MANNINGS

000436

**Declaration of Devon Mannings**

I, Devon Mannings, hereby declare:

1.   I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.   I am 19 years old and I am 6'0" tall and at the time of the incident that I describe below, I was approximately 120 pounds. I am really skinny. I am currently housed at Men's Central Jail ("MCJ") in Module 2600, Row C, Cell 4. My booking number is 2666056.

3.   In February of 2010, I was housed in Module 332 at the Correctional Treatment Center ("CTC"), which is a medical unit at the jail because I'm epileptic. I have suffered from epilepsy since I was a baby. I don't remember my cell number. I had been housed here from December 2009, when I was arrested until May 2010.

4.   Around 7 p.m., just before shift change, I was inside my cell talking to a deputy who was standing outside my cell door. I don't know his name, but he was White, about 6'2" and 200 pounds. I was telling the deputy that I had a visit from my girlfriend and the deputy said to me, "You're ugly. You don't have a girlfriend." I then replied, "Don't be mad because you didn't have a date since high school."

5.   As soon as I made this remark, I could see that the deputy appeared to be upset as his face got red. He then said to me, "You're a wise guy, eh? I'll have something for you." He then left my cell.

6.   One to two hours later, the White deputy and another deputy named Deputy Campos came to my cell. Deputy Campos looks short, stocky and is Hispanic. I know Deputy Campos' name because *I saw his name tag —— DM*.

7.   Both of the deputies entered my cell and told me to get on the ground. I complied and got on the ground. The deputies began to search my cell and went through all of my pictures, letters and legal paperwork. I am a propria persona inmate, so I'm supposed to be allowed to watch the deputies search my cell, especially when they are going through my legal paperwork. I told the deputies that I'm supposed to be permitted to watch and I tried to get up to look.

8.   The White deputy slammed me on the ground. He did not ask me or order me to

9.      The deputies began to throw my letters, pictures and legal paperwork into the toilet.  I again exclaimed that I'm supposed to be able to watch them search and asked them not to throw away my property.  I again tried to get up before I was slammed to the ground again.  Then the White deputy placed his knee on the back of my neck while Deputy Campos continued to go through my property and throw them into the toilet.

10.     The search lasted what seemed like 15 minutes.  After the deputies were through, the White deputy bent down and whispered into my ear, "You like to joke around?"  He then stomped on my right hand, hard with his boot.  I yelped and screamed in pain.  I felt a sharp pain going all through my right arm and felt a painful throbbing in my hand.  If I had to rate the level of pain I felt on a scale of one to ten with ten being the worst pain I ever felt, this was a ten.

11.     I called the White deputy a "motherfucker" and grabbed my right hand with my left hand to try to soothe the massive amount of pain I was feeling.

12.     The White deputy then said to me, "Oh!  You wanna fight?  Look he's balling up his fist!"  At that point, the White deputy kicked the right side of my body.  I then felt a swarm of kicks and punches all over my body.  The only thing I could do was crawl into a ball to try to avoid the blows.  It felt like I was being kicked for two minutes straight.

13.     I heard the deputies yell, "Stop resisting!"  I wasn't resisting and I told them that I wasn't.  Then one of the deputies handcuffed my hands behind my back.  As soon as they handcuffed me, another deputy came over.  I don't know his name, but he's White, fat and about 5'11".  The deputies then began kicking me all over my body and my face for 30 seconds even though I was handcuffed.  While I was being beaten, I was *lying on my left side in a fetal position while handcuffed.* —DM

14.     After the deputies stopped, I heard one of the deputies ask, "Should we tase him?  Should we tase him?"  I begged, "No, please don't tase me."

15.     An instant later, I felt the taser prong hit my back and I could feel my body going into seizure mode.  Like I said, I've been epileptic since I was a baby.  My vision instantly became blurry and my hearing was impaired.  It sounds like a freeway going through my head when I'm about to have a seizure.

2

16.     One of the deputies then pepper sprayed my face and there was an immediate stinging pain in my eyes and I felt like I couldn't breathe.  At this point, I think I had a seizure and passed out because I woke up on the floor with a nurse over me.

17.     When I looked around, I saw my blood on the floor and I could feel blood coming out of my nose and my mouth.  I could also feel that I had knots all over my head.  I must have bit my tongue during the seizure.  My pants were also wet because I had urinated on myself.  One of the nurses then put what felt like water in my eyes to wash out the pepper spray.

18.     I also saw like ten to twelve deputies, a Senior Deputy and a Sergeant standing around my cell.  One of the deputies asked the nurses if I was going to need to go to the hospital to take the taser prongs out of my back, as they were still sticking out of my back.  The nurses said that they could do it right there and then one of the nurses pulled it out of my back.  I now have a scar on my back from the taser prongs and I think I probably would not if a doctor had removed them properly.

19.     After the nurses and the deputies left, they left me inside my cell without any further medical attention.

20.     Five minutes later, the Senior Deputy, who is African American, light-skinned, older and bald and the Sergeant, who is White, older with gray hair, came by with a video camera.  They interviewed me on camera and asked me what happened.  I told them that I was beaten by deputies and they told me that it would be investigated.

21.     When I was able to see myself, I saw that I had several bruises all over my back, knots on my forehead, side of my face and the back of my head and my neck was sore.

22.     The next day, I received a pass to get an x-ray of my right hand.  The doctor told me that the knuckle on my right pinky was shattered and that I would need to get surgery.  I got surgery later that same week and a screw had to be inserted into my shattered knuckle.

23.     That same week, I was told that there would be a hearing and I would be able to tell my side of the story.

24.     Two weeks later, a Lieutenant, who is in charge of doing the hearings gave me a piece of paper that said that I was guilty of assaulting an deputy.  I didn't even get a chance to tell

3

000439

1    my side of the story.

2       25.   *As far as I know I haven't been*

3    *formally charged for this nor did I go to court* DM

4        I declare under penalty of perjury of the laws of the State of California and the United

5    States that the foregoing is true and correct.  Executed this *19th* DM day of *August*, 2011 in

6    Los Angeles, California.

7                                                    *Devon Manning*

8                                                    Devon Manning

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                         4

**Declaration of Devon Mannings**

I, Devon Mannings, hereby declare:

1.     I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.     I am 19 years old and I am 6'0" tall and at the time of the incident that I describe below, I was approximately 120 pounds. I am really skinny. I am currently housed at Men's Central Jail ("MCJ") in Module 2600, Row C, Cell 4. My booking number is 2666056.

3.     In February of 2010, I was housed in Module 332 at the Correctional Treatment Center ("CTC"), which is a medical unit at the jail because I'm epileptic. I have suffered from epilepsy since I was a baby. I don't remember my cell number. I had been housed here from December 2009, when I was arrested until May 2010.

4.     Around 7 p.m., just before shift change, I was inside my cell talking to a deputy who was standing outside my cell door. I don't know his name, but he was White, about 6'2" and 200 pounds. I was telling the deputy that I had a visit from my girlfriend and the deputy said to me, "You're ugly. You don't have a girlfriend." I then replied, "Don't be mad because you didn't have a date since high school."

5.     As soon as I made this remark, I could see that the deputy appeared to be upset as his face got red. He then said to me, "You're a wise guy, eh? I'll have something for you." He then left my cell.

6.     One to two hours later, the White deputy and another deputy named Deputy Campos came to my cell. Deputy Campos looks short, stocky and is Hispanic. I know Deputy Campos' name because I saw his name tag.

7.     Both of the deputies entered my cell and told me to get on the ground. I complied and got on the ground. The deputies began to search my cell and went through all of my pictures, letters and legal paperwork. I am a propria persona inmate, so I'm supposed to be allowed to watch the deputies search my cell, especially when they are going through my legal paperwork. I told the deputies that I'm supposed to be permitted to watch and I tried to get up to look.

8.     The White deputy slammed me on the ground. He did not ask me or order me to

000441

9.     The deputies began to throw my letters, pictures and legal paperwork into the toilet. I again exclaimed that I'm supposed to be able to watch them search and asked them not to throw away my property. I again tried to get up before I was slammed to the ground again. Then the White deputy placed his knee on the back of my neck while Deputy Campos continued to go through my property and throw them into the toilet.

10.     The search lasted what seemed like 15 minutes. After the deputies were through, the White deputy bent down and whispered into my ear, "You like to joke around?" He then stomped on my right hand, hard with his boot. I yelped and screamed in pain. I felt a sharp pain going all through my right arm and felt a painful throbbing in my hand. If I had to rate the level of pain I felt on a scale of one to ten with ten being the worst pain I ever felt, this was a ten.

11.     I called the White deputy a "motherfucker" and grabbed my right hand with my left hand to try to soothe the massive amount of pain I was feeling.

12.     The White deputy then said to me, "Oh! You wanna fight? Look he's balling up his fist!" At that point, the White deputy kicked the right side of my body. I then felt a swarm of kicks and punches all over my body. The only thing I could do was crawl into a ball to try to avoid the blows. It felt like I was being kicked for two minutes straight.

13.     I heard the deputies yell, "Stop resisting!" I wasn't resisting and I told them that I wasn't. Then one of the deputies handcuffed my hands behind my back. As soon as they handcuffed me, another deputy came over. I don't know his name, but he's White, fat and about 5'11". The deputies then began kicking me all over my body and my face for 30 seconds even though I was handcuffed. While I was being beaten, I was lying on my left side in a fetal position while handcuffed.

14.     After the deputies stopped, I heard one of the deputies ask, "Should we tase him? Should we tase him?" I begged, "No, please don't tase me."

15.     An instant later, I felt the taser prong hit my back and I could feel my body going into seizure mode. Like I said, I've been epileptic since I was a baby. My vision instantly became blurry and my hearing was impaired. It sounds like a freeway going through my head when I'm about to have a seizure.

2

000442

16.     One of the deputies then pepper sprayed my face and there was an immediate stinging pain in my eyes and I felt like I couldn't breathe.  At this point, I think I had a seizure and passed out because I woke up on the floor with a nurse over me.

17.     When I looked around, I saw my blood on the floor and I could feel blood coming out of my nose and my mouth.  I could also feel that I had knots all over my head.  I must have bit my tongue during the seizure.  My pants were also wet because I had urinated on myself.  One of the nurses then put what felt like water in my eyes to wash out the pepper spray.

18.     I also saw like ten to twelve deputies, a Senior Deputy and a Sergeant standing around my cell.  One of the deputies asked the nurses if I was going to need to go to the hospital to take the taser prongs out of my back, as they were still sticking out of my back.  The nurses said that they could do it right there and then one of the nurses pulled it out of my back.  I now have a scar on my back from the taser prongs and I think I probably would not if a doctor had removed them properly.

19.     After the nurses and the deputies left, they left me inside my cell without any further medical attention.

20.     Five minutes later, the Senior Deputy, who is African American, light-skinned, older and bald and the Sergeant, who is White, older with gray hair, came by with a video camera.  They interviewed me on camera and asked me what happened.  I told them that I was beaten by deputies and they told me that it would be investigated.

21.     When I was able to see myself, I saw that I had several bruises all over my back, knots on my forehead, side of my face and the back of my head and my neck was sore.

22.     The next day, I received a pass to get an x-ray of my right hand.  The doctor told me that the knuckle on my right pinky was shattered and that I would need to get surgery.  I got surgery later that same week and a screw had to be inserted into my shattered knuckle.

23.     That same week, I was told that there would be a hearing and I would be able to tell my side of the story.

24.     Two weeks later, a Lieutenant, who is in charge of doing the hearings gave me a piece of paper that said that I was guilty of assaulting a deputy.  I didn't even get a chance to tell

3

000443

1   my side of the story.

2        25.    As far as I know I haven't been formally charged for this nor did I got court.

3        I declare under penalty of perjury of the laws of the State of California and the United

4   States that the foregoing is true and correct.  Executed this 19th day of August, 2011 in Los

5   Angeles, California.

6                              /s/

7                          Devon Manning

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

000444

# DECLARATION OF CURRENT PRISONER MR. KK JUAN DIEGO MARES

000445

**Declaration of Juan Diego Mares**

I, Juan Diego Mares, hereby declare:

1.      I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.      I am twenty-one years old.  I am currently housed at Twin Towers Correctional Facility ("TTCF") in Module 132, Pod E, Cell 6.  My booking number is 2001972.

3.      On or about the week of June 5, 2010, I was housed at Men's Central Jail ("MCJ") in Module 2600, Row D, Cell 3.

4.      On Monday, we received our Commissary or store items.

5.      On Tuesday, my cell and the other cells on my row were searched by the module deputies.  When I got back to my cell, I noticed that my property was missing, including some of my Commissary items

6.      Shortly after I got back to my cell, we were called out to Pill Call and I asked Deputy Carefoot if I could talk to a sergeant about my missing property.

7.      He told me to go back to my cell.  I told him that I wanted to talk to a sergeant.  Deputy Carefoot told me no and then quickly said, "Alright, wait right there."  He had me wait next to the showers on my row, which is an upstairs tier.

8.      After 5-6 seconds later, he told me to interlace my fingers behind my back.  I thought I was going to be handcuffed.

9.      He shoved me against the wall really hard.  I told him that I wanted to see a sergeant about my property.  Deputy Carefoot said, "I don't care.  It's a lost cause."  I told him that my family had put money on my account so that I can buy things, like the property that is now missing from the search.  Deputy Carefoot said, "I don't give a fuck."  I again told him that I wanted to see a sergeant.

10.      Deputy Carefoot then escorted me downstairs and then back upstairs again.  I don't know why he did this, but I think he might have done this to see if the nurse was done with Pill Call on the bottom tier or row.

11.      When we got back upstairs, Deputy Carefoot told me to go back to my cell.  I

000446

1   again told him that I wanted to talk to a sergeant.

2          12.     He then grabbed my interlaced hands, which were still behind my back, and told
3   me to spread my legs. I complied and spread my legs. He then kicked my legs so that my legs
4   were spread even further. My legs were spread so far apart that I was leaning forward and was
5   unstable.

6          13.     Deputy Carefoot asked, "You want to see a sergeant?" He then put up his hand
7   and tried to slap his hand against my ear like he was going to pop my ear drums. I moved my
8   head, which caused Deputy Carefoot to hit the back of my head.

9          14.     Deputy Carefoot then punched the right side of my face with a closed fist about 2-
10   3 times. The punches felt like a painful sting and felt like I got hit with a baseball. He then
11   grabbed me forcefully and threw me to the floor. As soon as I hit the floor, Deputy Carefoot
12   kicked me about ten times on the left and right sides of my face, the right side of my jaw and the
13   back of my head. He was kicked me so hard that I saw a pool of my own blood on the floor. It
14   felt like he kicked me for about one minute.

15          15.     Once he finished kicking me, he said on his radio, "415." I found out that a 415 is
16   a fight with a deputy. I had heard deputies say this on the radio when there's a fight going on.
17   He then kicked my left ear three times. The kicks to my ear felt like a strong, heavy and painful
18   pressure. It hurt so much that all I could feel was the pressure from the kicks. I got run over by a
19   car in 2009 and the kicks to my ear was more painful.

20          16.     A couple of minutes later, I saw three deputies running up the stairs to where
21   Deputy Carefoot and I were. I don't know what the deputies looked like because my vision was
22   blurry. One of the deputies put handcuffs on me. Then the deputies picked me up and sat me on
23   a bench in the hallway outside the 2000 floor. A deputy came over with a towel and wiped the
24   blood off my face.

25          17.     While I sat on the bench, I saw one of the three deputies pat Deputy Carefoot on
26   the back and say, "Oh, you got him pretty good."

27          18.     I saw a Senior Deputy in the hallway as well. I don't know his name, but he
28   appeared to be Hispanic, about 5'7" to 5'8" tall, which is about my height. I told the Senior

1   Deputy that I wanted the deputy's name and pointed to Deputy Carefoot.  Though this Senior

2   Deputy didn't tell me Deputy Carefoot's name, I found out Deputy Carefoot's name from other

3   inmates.  I had given other inmates the deputy's description and they told me his name because

4   they knew who I was talking about from the description I gave them.

5          19.     The Senior Deputy said to me, "You ain't getting shit."

6          20.     The deputies then took me to the Medical Clinic and the nurses there asked me

7   what happened.  I told them that one of the deputies beat me up.  I saw one of the nurses write

8   something down.  I'm not sure what.

9          21.     One of the nurses checked my jaw and said that I might have a fracture.  She also

10   checked my ear and said that I had a little scratch and there was blood coming from it.

11          22.     At this point, I was having double vision and I was in a lot of pain.  I also could

12   barely talk because of the pain to my jaw.

13          23.     The nurse told the deputies that I needed to go to the hospital.

14          24.     The same time the nurses are examining me, the same Senior Deputy who was in

15   the 2000 floor hallway asked me what happened.  He said in front of the nurse, "Did you fall off

16   your bunk?"  I told him that I wasn't going to talk to him because he was a "two-striper", which

17   meant that he was a Senior Deputy and that I didn't want to talk to him because he was a Senior

18   Deputy on the 2000 module where I got beat up.  I didn't think that he would be fair to me

19   because I have seen him talking to the deputies on my module.  I also told him that I wanted to

20   talk to a sergeant.  When the nurse walked away to get something to clean my ear, the Senior

21   Deputy told me, "You know you're going to the same module once they're done cleaning you

22   up."  I took this as the Senior Deputy threatening me to not say anything.

23          25.     Less than a minute later, I was placed on the gurney.  While I was sitting on the

24   gurney, a sergeant, lieutenant and a deputy came in.  I don't know their names, but the sergeant

25   was White, stocky and kind of bald.  The lieutenant appeared to be either White or Hispanic,

26   light-skinned with slicked back, short, dark hair.  The deputy, whom I've seen on my module,

27   was Hispanic, stocky, light-skinned with a bald head.  While I was sitting on the gurney, I saw

28   this deputy smirking and laughing at me.

3

26.     They did a video interview with me and the sergeant asked me what happened. I told them what happened and the sergeant asked me, "Did you hit my deputy with your elbow?"

27.     I told him that my hands had been interlocked behind me, my legs were spread so far apart that I was leaning forward and asked him if he was in that position if it was possible to hit someone with his elbow.

28.     He said, "No, it's not possible." I then responded, "So, I didn't hit your deputy." The sergeant then said, "No more questions."

29.     Once the interview ended, the paramedics came and I was escorted to the Los Angeles Medical Center + USC ("LCMC").

30.     When I got there, the doctor told me that I had a fractured jaw and that I would need to have my jaw wired shut for at least one month so that it could heal. A nurse then cleaned my ear and she said that I would need stitches. I asked her why and I told her that the nurse at TTCF's Medical said that I had a little scratch on my ear. The LCMC nurse said that part of the inside of my ear was split open and I was going to need stitches. She later told me that I got 8 stitches. Even after the nurse gave me 6 anesthesia shots to numb the pain, I could still feel the pain from the kicks to my ear.

31.     The doctor then checked my eye and he told me that the pupil had fallen off and that a piece of my cornea was missing.

32.     On July 30, 2010, I had eye surgery at LCMC where my lens was removed.

33.     From LCMC, I was then sent to the Correctional Treatment Center ("CTC"), which is located in TTCF. I filled out the Los Angeles Sheriff's Department's ("LASD") Inmate Complaint Form and handed it to a deputy. I don't know his name, but he was White, around 40-45 years old, white hair cut into a fade and around 5'8"-5'9" feet tall.

34.     The week of April 4th or the 11th, I'll be going to LCMC because the doctor said that I needed to have a tube inserted in my eye to drain the fluid that has built up in my eye. The eye doctor also said that I was going to need another surgery to put the lens back on and will be needing many more eye surgeries.

\ \ \

4

1   The eye doctor told me that I may never get my vision back to where it was before Deputy

2   Carefoot beat me up.

3          I declare under penalty of perjury of the laws of the State of California and the United

4   States that the foregoing is true and correct.  Executed this *January 19th* day of April, 2011 in Los

5   Angeles, California.

6

7                                              Juan Diego Mares

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                 5

000450

**Declaration of Juan Diego Mares**

1

2      I, Juan Diego Mares, hereby declare:

3          1.      I make this declaration based on my own personal knowledge and if called to

4   testify I could and would do so competently as follows:

5          2.      I am twenty-one years old.  I am currently housed at Twin Towers Correctional

6   Facility ("TTCF") in Module 132, Pod E, Cell 6.  My booking number is 2001972.

7          3.      On or about the week of June 5, 2010, I was housed at Men's Central Jail

8   ("MCJ") in Module 2600, Row D, Cell 3.

9          4.      On Monday, we received our Commissary or store items.

10         5.      On Tuesday, my cell and the other cells on my row were searched by the module

11  deputies.  When I got back to my cell, I noticed that my property was missing, including some of

12  my Commissary items

13         6.      Shortly after I got back to my cell, we were called out to Pill Call and I asked

14  Deputy Carefoot if I could talk to a sergeant about my missing property.

15         7.      He told me to go back to my cell.  I told him that I wanted to talk to a sergeant.

16  Deputy Carefoot told me no and then quickly said, "Alright, wait right there."  He had me wait

17  next to the showers on my row, which is an upstairs tier.

18         8.      After 5-6 seconds later, he told me to interlace my fingers behind my back.  I

19  thought I was going to be handcuffed.

20         9.      He shoved me against the wall really hard.  I told him that I wanted to see a

21  sergeant about my property.  Deputy Carefoot said, "I don't care.  It's a lost cause."  I told him

22  that my family had put money on my account so that I can buy things, like the property that is

23  now missing from the search.  Deputy Carefoot said, "I don't give a fuck."  I again told him that I

24  wanted to see a sergeant.

25         10.     Deputy Carefoot then escorted me downstairs and then back upstairs again.  I

26  don't know why he did this, but I think he might have done this to see if the nurse was done with

27  Pill Call on the bottom tier or row.

28         11.     When we got back upstairs, Deputy Carefoot told me to go back to my cell.  I

000451

1   again told him that I wanted to talk to a sergeant.

2         12.    He then grabbed my interlaced hands, which were still behind my back, and told

3   me to spread my legs.  I complied and spread my legs.  He then kicked my legs so that my legs

4   were spread even further.  My legs were spread so far apart that I was leaning forward and was

5   unstable.

6         13.    Deputy Carefoot asked, "You want to see a sergeant?"  He then put up his hand

7   and tried to slap his hand against my ear like he was going to pop my ear drums.  I moved my

8   head, which caused Deputy Carefoot to hit the back of my head.

9         14.    Deputy Carefoot then punched the right side of my face with a closed fist about 2-

10  3 times.  The punches felt like a painful sting and felt like I got hit with a baseball.  He then

11  grabbed me forcefully and threw me to the floor.  As soon as I hit the floor, Deputy Carefoot

12  kicked me about ten times on the left and right sides of my face, the right side of my jaw and the

13  back of my head.  He was kicked me so hard that I saw a pool of my own blood on the floor.  It

14  felt like he kicked me for about one minute.

15        15.    Once he finished kicking me, he said on his radio, "415."  I found out that a 415 is

16  a fight with a deputy.  I had heard deputies say this on the radio when there's a fight going on.

17  He then kicked my left ear three times.  The kicks to my ear felt like a strong, heavy and painful

18  pressure.  It hurt so much that all I could feel was the pressure from the kicks.  I got run over by a

19  car in 2009 and the kicks to my ear was more painful.

20        16.    A couple of minutes later, I saw three deputies running up the stairs to where

21  Deputy Carefoot and I were.  I don't know what the deputies looked like because my vision was

22  blurry.  One of the deputies put handcuffs on me.  Then the deputies picked me up and sat me on

23  a bench in the hallway outside the 2000 floor.  A deputy came over with a towel and wiped the

24  blood off my face.

25        17.    While I sat on the bench, I saw one of the three deputies pat Deputy Carefoot on

26  the back and say, "Oh, you got him pretty good."

27        18.    I saw a Senior Deputy in the hallway as well.  I don't know his name, but he

28  appeared to be Hispanic, about 5'7" to 5'8" tall, which is about my height.  I told the Senior

2

1  Deputy that I wanted the deputy's name and pointed to Deputy Carefoot.  Though this Senior

2  Deputy didn't tell me Deputy Carefoot's name, I found out Deputy Carefoot's name from other

3  inmates.  I had given other inmates the deputy's description and they told me his name because

4  they knew who I was talking about from the description I gave them.

5      19.     The Senior Deputy said to me, "You ain't getting shit."

6      20.     The deputies then took me to the Medical Clinic and the nurses there asked me

7  what happened.  I told them that one of the deputies beat me up.  I saw one of the nurses write

8  something down.  I'm not sure what.

9      21.     One of the nurses checked my jaw and said that I might have a fracture.  She also

10  checked my ear and said that I had a little scratch and there was blood coming from it.

11      22.     At this point, I was having double vision and I was in a lot of pain.  I also could

12  barely talk because of the pain to my jaw.

13      23.     The nurse told the deputies that I needed to go to the hospital.

14      24.     The same time the nurses are examining me, the same Senior Deputy who was in

15  the 2000 floor hallway asked me what happened.  He said in front of the nurse, "Did you fall off

16  your bunk?"  I told him that I wasn't going to talk to him because he was a "two-striper", which

17  meant that he was a Senior Deputy and that I didn't want to talk to him because he was a Senior

18  Deputy on the 2000 module where I got beat up.  I didn't think that he would be fair to me

19  because I have seen him talking to the deputies on my module.  I also told him that I wanted to

20  talk to a sergeant.  When the nurse walked away to get something to clean my ear, the Senior

21  Deputy told me, "You know you're going to the same module once they're done cleaning you

22  up."  I took this as the Senior Deputy threatening me to not say anything.

23      25.     Less than a minute later, I was placed on the gurney.  While I was sitting on the

24  gurney, a sergeant, lieutenant and a deputy came in.  I don't know their names, but the sergeant

25  was White, stocky and kind of bald.  The lieutenant appeared to be either White or Hispanic,

26  light-skinned with slicked back, short, dark hair.  The deputy, whom I've seen on my module,

27  was Hispanic, stocky, light-skinned with a bald head.  While I was sitting on the gurney, I saw

28  this deputy smirking and laughing at me.

3

26.     They did a video interview with me and the sergeant asked me what happened.  I told them what happened and the sergeant asked me, "Did you hit my deputy with your elbow?"

27.     I told him that my hands had been interlocked behind me, my legs were spread so far apart that I was leaning forward and asked him if he was in that position if it was possible to hit someone with his elbow.

28.     He said, "No, it's not possible."  I then responded, "So, I didn't hit your deputy."  The sergeant then said, "No more questions."

29.     Once the interview ended, the paramedics came and I was escorted to the Los Angeles Medical Center + USC ("LCMC").

30.     When I got there, the doctor told me that I had a fractured jaw and that I would need to have my jaw wired shut for at least one month so that it could heal.  A nurse then cleaned my ear and she said that I would need stitches.  I asked her why and I told her that the nurse at TTCF's Medical said that I had a little scratch on my ear.  The LCMC nurse said that part of the inside of my ear was split open and I was going to need stitches.  She later told me that I got 8 stitches.  Even after the nurse gave me 6 anesthesia shots to numb the pain, I could still feel the pain from the kicks to my ear.

31.     The doctor then checked my eye and he told me that the pupil had fallen off and that a piece of my cornea was missing.

32.     On July 30, 2010, I had eye surgery at LCMC where my lens was removed.

33.     From LCMC, I was then sent to the Correctional Treatment Center ("CTC"), which is located in TTCF.  I filled out the Los Angeles Sheriff's Department's ("LASD")  Inmate Complaint Form and handed it to a deputy.  I don't know his name, but he was White, around 40-45 years old, white hair cut into a fade and around 5'8"-5'9" feet tall.

34.     The week of April 4th or the 11th, I'll be going to LCMC because the doctor said that I needed to have a tube inserted in my eye to drain the fluid that has built up in my eye.  The eye doctor also said that I was going to need another surgery to put the lens back on and will be needing many more eye surgeries.

\\\

4

000454

1   The eye doctor told me that I may never get my vision back to where it was before Deputy

2   Carefoot beat me up.

3          I declare under penalty of perjury of the laws of the State of California and the United

4   States that the foregoing is true and correct.  Executed this _____ day of April, 2011 in Los

5   Angeles, California.

6                                                                    /s/

7                                                          Juan Diego Mares

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# DECLARATION OF CURRENT PRISONER MR. LL RODOLPHO MENDOZA

000456

1      **Declaration of Rodolpho Mendoza**

2          I, Rodolpho Mendoza, hereby declare:

3          1.      I make this declaration based on my own personal knowledge and if called to

4      testify I could and would do so competently as follows:

5          2.      I am twenty six years old.  I am currently housed in Men's Central Jail ("MCJ") in

6      Module 3600, Row C, Cell 5.  My booking number is 2705763.

7          3.      I am submitting this declaration to describe how I have been repeatedly moved

8      and transferred between general population and protective custody and that while in general

9      population, I have been assaulted by other inmates whom have known that I had been in

10     protective custody.

11         4.      In 2007, I dropped out of my gang and due to being a gang drop out, I was

12     considered a Sensitive Needs Yard ("SNY") prisoner in Corcoran State Prison, which meant that

13     I was segregated from general population inmates and housed what is the state equivalent to

14     Protective Custody in the Los Angeles County Jail System ("LACJS").

15         5.      I entered the LACJS on April 13, 2011 and was processed at the Inmate Reception

16     Center ("IRC").  I explained to the IRC deputies that I was a SNY prisoner at Corcoran and that I

17     needed to be in Protective Custody ("PC").

18         6.      After 15-20 hours waiting at IRC to be processed, I was taken to MCJ Module

19     2100, Row B, which is a PC row.

20         7.      When I got to my cell, I was not given a mattress.  I asked the module deputies for

21     a mattress, but they refused to give me one.  I was so tired and exhausted from being processed,

22     that I fell asleep on the hard, metal bed.

23         8.      ~~The following day, I again asked for a mattress~~ *hours later,* and the deputies had a trustee give

24     me a mattress.  I rolled out the mattress onto the metal bed and slept on it.  I usually will check

25     the mattress to make sure nothing is hidden in it because I've heard about and seen inmates

26     getting caught with contraband planted into their mattresses.  This time I didn't because I was so

27     exhausted from all the time I spent being processed at IRC.

28         9.      On April 18, 2011, I rolled out my mattress because I was going to sleep on it and

000457

1    when I laid on it, I felt two hard objects inside my mattress.  I don't recall the objects being in

2    there before.  When I looked inside the mattress, I saw two "bundles".  A "bundle" is drugs or

3    contraband wrapped inside latex gloves.  I didn't open the "bundles", so I don't know what was

4    inside.  I was very scared because I didn't want to get caught with something that wasn't even

5    mine.

6        10.    I ~~flushed~~ threw [sm] the two "bundles" inside the toilet that's in my cell.

7        11.    About 5 minutes later, a deputy came into my cell and told me to get out.  He

8    stated that he was going to search the cell because he smelled tobacco.  I didn't smell any tobacco [sm]

9    or see any smoke. *I was stripped down to my boxers and was at out side* [sm]
     *in the hallway. And Another deputy came out and*

10   *told the deputy that escorted me to the hallway* [sm] ~~He told me~~ that he had retrieved the "bundles" and said that there was

11   methamphetamine inside them.  I didn't open the "bundles", so I don't know what was inside

12   them or know if methamphetamine were inside them nor did the deputy show me the bundles he

13   said he retrieved from the toilet. *As the deputies were talking to me* [sm]
     *they had me strip down to my boxers.* *the gr module, 2200/2400*

14       13.    The deputy told me that I was going to the "hole" or the disciplinary unit because I [sm]
     *if I didn't sign a paper confessing that*

15   ~~was found to be in possession of a controlled substance.~~ *the bundles were mine* [sm]
     *so, I signed the paper.* [sm]

16       14.    ~~On April 19, 2011, I was taken to Module 2100, Row C to either Cell 25 or 26. I~~ *then*

17   ~~was confused because this was not the "hole." I knew it wasn't the "hole" because~~ *asked the deputies if my classification would be affected and* [sm] *they told*
     *me that it wouldn't and I'd still be a PC inmate.* [sm]

18   _____

19       15.    On April 20, 2011, *[sm] 19 early in the morning before they passed out break fast* Deputy Haley from Operation Safe Jail ("OSJ") took me out

20   of my cell and escorted me out to the main hallway on the 2000 floor.  ~~He told me that he was~~ [sm]

21   ~~declassifying me as a PC inmate.~~  I told him that I can't go to the "hole" because I was PC and if

22   I go to the "hole", I'll be mixed with General Population ("GP") inmates and I could get beat up

23   because I was a gang drop out.  I explained this to Deputy Haley.  He said to me, "Go in there or

24   I'll drag you there."

25       16.    As Deputy Haley and I were out in the hallway and he was discussing my PC

26   declassification, I saw inmates on Module 2200/2400 peering through either the glass or [sm]

27   plexiglass window that's on the door.

28       17.    I was taken directly to the "hole" in Module 2400, Row D, Cell 6.  I wasn't taken

                                                2

1    to the "pre-hole" or the area where inmates are given the disciplinary uniform, which is an orange

2    top and light blue bottoms.  I entered the "hole" wearing the all blue jail uniform.

3        18.    When I got inside my cell, there was an inmate already in there.  I don't know his

4    name, but he is Mexican and is around my height, which is 5'6"-5'7".

5        19.    The module shot caller or someone who orders other inmates around and acts as

6    the module's unofficial liaison to the deputies came to the front of my cell.  I don't know his

7    name, but he goes by the nickname, "Joker."  I have seen many of these unofficial liaisons get

8    extra privileges like being able to walk around the module or get extra food.

9        20.    He said to me, "Aren't you the guy that we saw across the way?  I'm going to get

10    at you" I knew that "Joker" and other inmates seen me when I ~~was with Deputy Haley by the~~ *I was forced to sign the paperwork* on *4/18/* ...

11    *through the* ~~[sm]~~ *because I recognized them* [sm] window of the Module 2200/2400 and therefore knew that I was a PC inmate.  When he said that

12    he was going to "get at me", I was afraid that he and the other inmates were going to try to hurt

13    me.

14        21.    "Joker" then asked to see my wristband so that he can get my booking number

15    and other information that's printed on the band.  I showed him the wristband that had my

16    information on there because I was afraid that if I didn't, "Joker" would get angry and set me up

17    to get beat up or stabbed.

18        22.    About 30 minutes later, someone "fished" a "kite" that was addressed to my cell

19    mate into my cell.  Inmates will attach a letter or a "kite" onto some string or rope and toss it or

20    "fish" it over to the appropriate cell.

21        23.    When my cell mate opened the letter, he was sitting on his bed and I was standing

22    over him, so I was able to read the contents of the letter.  It said, "You're 'celly' is a PC."  My

23    name was written on the "kite" and it was underlined twice. *It also said .* [sm]

24        24.    ~~"Joker" came by my cell and told my cell~~ mate, "If he tries to rush out, take him."

25    This meant that if I tried to run out of my cell and try to tell the deputies about the situation, then

26    my cell mate was supposed to stop me and fight me.  ~~After he said this, he walked away from the~~

27    ~~cell.~~ [sm]

28        25.    When my cell mate looked at me, I said to him that if he was going to fight me,

3

1  then I guess it was going to happen.  My cell mate said that he was going to be getting out of the

2  "hole" in 2-3 days and didn't want to get into trouble, so he said he wasn't going to fight me.

*After my cell mate was released.*

3      26.  ~~The next time my cell door opened for~~ _____, I went to the module

4  deputies and told them that I can't be in the "hole" and explained my situation to them.  The

5  deputies told me, "If something happens, then we'll move you." *They told me that*

*the only way I'd be moved is if something they permit me to*

6      27.  A week or so before May 12, 2011, I heard from the other inmates and the module

7  deputies that there was a riot on Module 2600/2800 between the Hispanic and Black inmates, so

8  they reduced the disciplinary times on many of the inmates, including me, to make room in the

9  "hole" for some of those involved in the riot.  I wasn't supposed to get out of the "hole" until

10  May 18, 2011, but they released me on May 12, 2011.

11      28.  During the entire time I was in the "hole", I was scared to go out of my cell.  I was

12  scared to use the showers, so I'd "bird bath" in my cell because I felt certain that if I got out of

13  my cell, the inmates would try to hurt me.  I wasn't able to sleep either because if I heard the loud

14  noise of a cell door being opened by the deputies from the control booth, I'd assume it was mine

15  and check my door.  ~~If my door was clicked open, I'd quickly shut it so that the inmates couldn't~~

16  ~~get inside my cell.~~

17      29.  On May 12, 2011, I was taken to Module 2100, Row C, Cell ~~5 or 6~~ at MCJ, ~~which~~

18  ~~is a PC module.~~ *then a deputy told me it that I had to finish*

*my hole" time so that he I was moved to 2100, C, 26 and*

19      30.  On or about May 22, 2011, ~~Deputy Castillo from OSJ~~ *a deputy* came to my cell in the

*and 10 other inmates*

20  morning and escorted me to the OSJ office, which I believe is located on the 3000 floor.

~~Staff~~ *Deputy Castillo from OSJ interviewed me.*

21      31.  *↓* I explained to him the situation I was in like what I did with ~~Deputy Haley~~, the

*I was told I didn't qualify for PC status*

22  IRC deputies and other deputies.  He ~~was asking~~ me to give him information on murders, drug

*then asked*

23  drops and other things.  I told him that I dropped out of my gang in 2007, so I don't know what's

24  been going on for the last 4 years.  I also told him that the gangs out on the streets are smart and

25  they know if a gang member remains active or goes inactive and into PC status.  The gangs know

26  that if an inmate is PC, the inmate might snitch, so the gangs will quickly change strategy so that

27  law enforcement won't be able to track them down.

28      32.  Despite offering this information and telling them that I feared for my life, Deputy

4

000460

1  Castillo told me that I was going to GP.

2      33.    I told Deputy Castillo that I was going to get stabbed. I explained to him I'm a

3  gang drop out so that I have that label on me wherever I go. I told him that the gang I dropped

4  out of was a local gang, so there are a lot of enemies and members from my ex-gang that are in

5  the jails. I told him that I was known in the jail as a SNY/PC inmate so I was going to be

6  targeted ~~and had already been given what just occurred when I was in the "hole."~~  *PM*

7      34.    I was taken back to Module 2100, Row C, Cell 5 or 6 and I thought that I had

8  proved my point to OSJ and that I was going to stay PC.

9      35.    Five minutes later, a deputy told me to "roll" my stuff. This meant that I was

10  going to be moved, so I needed to gather my belongings.

11     36.    Another inmate named ~~Marcos~~ *Marios* and I were escorted to Module 3200/3400. As

12  soon as we got inside the module, ~~a few inmates whom I had never seen before took us~~ *the module deputies took us* into the

13  laundry room and started punching and fighting with us. Since I had never seen ~~these inmates~~ *and an inmate whom I've never seen before saw us this inmate*

14  before, had just arrived on the module, I can't imagine any other reason that ~~they~~ *he* beat us except

15  that ~~they~~ *he* knew that we were PC.

16     37.    Twenty to thirty seconds later, the module deputies rushed into the laundry room,

17  separated and handcuffed us.

18     38.    I told the deputies that we can't be on the "mainline" or with GP inmates. The

19  deputies told me and ~~Marcus~~ *Marios* that we were going to the "hole." The deputies told me to leave all

20  of my property there and escorted me to the PC module ~~2100.~~ *3200*

21     39.    I am extremely worried that the inmates on Module 3200/3400 have accessed my

22  property, which contains all of my legal documents, photos of my family members, contact

23  information and other private and personal information. I am afraid that they are going to use

24  that information to further harm me and even try to harm my family.

25     40.    When we got to Module ~~2100,~~ *3200* the ~~2100~~ *3200* module deputies ~~told the deputies who~~

26  ~~had escorted us that we weren't PC inmates and that we were playing games. The deputies then~~

27  escorted us to Module 2401, or the "pre-hole."

28     41.    When ~~Marcus~~ *Marios* and I entered the "pre-hole" module~~, I saw "Joker" in there~~. When

5

000461

1  we entered the "pre-hole" room, there were already two African-Americans in there. Ten

2  minutes after ~~Marcus~~ _Marcos_ and I went in, another inmate, named Juan, whom I met when I was on the

3  PC module came in.

4    42.   Shortly after, a deputy escorted a GP inmate, who is Mexican, into the "pre-hole"
         _–through the window_

5  area. When he came in, "Joker" pointed at me and told him that I was a PC inmate. "Joker" then

6  said to me, "You know what's up." I knew from his comments that the GP inmate was going to

7  fight me.

8    43.   The GP inmate began fighting with me and I fought him to defend myself. We
                                              _I explained my_

9  were fighting for 20-30 seconds before deputies came in and separated us. ~~The deputies placed~~
   _situation with the_ to the deputies and a senior Deputy said that

10  ~~me, Marcos and Juan in one area of Module 2401 and the other inmates in another.~~

11    44.   ~~Soon after, Marcus~~ _Marcos_ and I were placed in ~~Module 2400, Row D, Cell 7. Juan was~~
            _then_                                          _2401_
            _& Juan_                                    _Module 400, Row D,_

12  ~~still in Module 2401.~~
     _A few days later Marios and I were placed in Cell 7._

13    45.   I then saw a GP inmate who was Mexican, tall, light-skinned with spiky hair

14  standing at the entrance gate to my row, D. I saw the GP inmate drop his mattress and it looked

15  like he was pretending to have a hard time picking up his mattress. The entrance gate was

16  popped open by the deputies in the control room and I saw the GP inmate run towards Module

17  2401.

18    46.   I then heard Juan yelling and screaming for help over and over again. Module

19  2401 is supposed to remain closed, but the door to Module 2401 must have been popped open for

20  the GP inmate to rush in there and beat up Juan.

21    47.   Fifteen to 20 seconds later, I saw deputies running towards Module 2401. I saw

22  the deputies leading Juan downstairs, but I don't know what happened to him after.
                                                                 _Marcos_

23    48.   Five minutes later, deputies came to my cell and escorted me and ~~Marcus~~ to

24  Module 2400, Row B, Cell 1. Shortly after, my cell door clicked open. ~~I immediately got up to~~

25  ~~the front of my cell door to defend myself, in case GP inmates rushed in.~~

26    49.   I saw Juan standing at my cell door and he said that he was going to be housed in

27  there. I asked him what had happened and he told me that he was in Module 2401 reading his

28  Bible and he heard the door click open. He said that the GP inmate was on him so fast that he

000462

1    couldn't defend himself. *I saw a bump on his forehead and his* *noticeable* *head* *he had several bumps on*

2         50.    Juan also told me that the deputies who went in there to separate him and the GP

3    inmate told him that if he didn't say anything about what had happened that they'd make sure he

4    goes to the PC module, 2100.  He told the deputies that he would remain silent and not say

5    anything and instead of the deputies taking him to Module 2100, they put him in the "hole."

6         51.    I stayed in my cell for 15-20 days and the entire time I feared for my life.  I barely

7    slept because anytime I heard the sounds of a cell door clicking, I immediately thought it was

8    mine, so I'd get out of my bed and stand in front of my cell, thinking that I was going to have to

9    fight for my life.  I wouldn't eat because I was afraid that the trustee inmates were tampering

10   with my food.  I was so stressed out and extremely scared that I would end up dead.  I also

11   wouldn't take showers because I was scared that if I left my cell, I'd get stabbed.  ~~I would~~

12   ~~immediately re-close my cell door~~ if it ever ~~popped open and refused to go anywhere~~ except for

13   ~~my visits with my family or with my attorney.~~

14        52.    At the end of my disciplinary term, ~~Deputy Graham and a tall, White deputy~~ *deputies*

15   approached my cell in the morning.  They told me to "roll it up" because I was going back to GP.

16   I told them that I can't go and that I was refusing to go because I feared for my life.  I told them

17   that I wanted to see a sergeant. *Deputy Graham and a tall, white deputy came over to my cell and I told them I wanted to see a sergeant.*

18        53.    They refused to take me to a sergeant and they handcuffed me.

19        54.    ~~They~~ *Deputy Graham and a tall, whiter deputy* walked me towards the 3000 floor and I stopped at the mailbox before going

20   there and told them that I can't go.  I told them that I was going to get beat up or stabbed.

21        55.    Deputy Graham said to me, "You can either walk like a man or I'll take you in

22   like a bitch."

23        56.    They brought me to Module 3200/3400 and I immediately recognized two GP

24   inmates who were in the "hole"with me.

25        57.    I was taken into my cell and less than 10 minutes later, two "shotcallers" came up

26   to the front of my cell.  Both were Mexican, but one was short, bald with a slight fade and the

27   other had long hair.  I knew that they were the module's "shotcallers" because *when you go into*

28   *a new module, the "shotcaller"* They asked me what was going on and I told them that *comes up to you to see where your gang loyalty lies and to tell you the module's "rules." He also asked me if I was a "homie."*

1   the deputies were messing with me.

2       58.   They asked me where I came from and I told them that I came from NCCF, or the

3   North County Correctional Facility.  They asked me for my booking number and I gave it to

4   them.  They then left my cell.  I felt that if I didn't give them what they wanted from me, I'd get

5   hurt, beat up or stabbed.

6       59.   Ten minutes later, the "shotcallers" came back to my cell and asked me, "Where

7   did you get caught with your dope?"  The "shotcallers" must have known that I was lying about

8   coming from NCCF because the "dope" incident happened at MCJ.  Before I could answer, they

9   said to me, "I'm going to give you two days or you know what's up."  I knew that I had two days

10  before I was going to get stabbed.

11      60.   I was also scared because I didn't know how they were able to get that kind of

12  information on me.  That information is in my personal file and I don't know how they could

13  have had access to that unless they got that information from the module deputies.

14      61.   The next time that my cell door popped open, I ran *walked* over to where the module

15  deputies were and as I ran *walked*, three *two* Mexican GP inmates rushed me and began to beat me up.  The

16  Custody Assistant ("CA") who was on shift and in the deputy's gated area outside the control

17  room saw the GP inmates beating me up, but he didn't intervene.  He just calmly said, "Hey, hey,

18  hey!"  ~~Twenty seconds later, the CA and other deputies came and separated us.~~ *After the CA said this, the GP inmates walked away from me. I walked out of the module towards the nurses' area where pillcall was going on.*

19      62.   I started telling the deputy what was going on and he just told me to get ~~against~~

20  the wall.  I complied.  When I told him what had happened and that I feared for my safety, he just

21  said to me, "Poor baby."  *was also in the pill call area and he came over*

22      63.   Deputy Castillo from OSJ came in ~~about~~ and he took me into an

23  office that's on the module.  I again told Deputy Castillo that I keep getting beat up whenever

24  they kick me out to GP.

25      64.   Instead of putting me in the PC module, Deputy Castillo wrote me up for not

26  having a wristband.  My wristband had fallen off when I got beat up by the ~~three~~ *two* GP inmates.

27      65.   I was again taken to the "hole" and was given 20 days.

28      66.   ~~Deputy Quintana~~ *A deputy* escorted me to the "hole", ~~said to me,~~ "What's up with this guy? *when I got there, Deputy Quintana said to me, after he read my incident report,*

000464

1   You again?  You're fucking playing games.  The next time, I'm going to make sure they don't

2   move you to PC.  You're not PC.  You're gonna stay in GP next time.

3        67.    When I go to the "hole", Deputy Lyons said, "What happened?  You're back?"

4   Deputy Quintana told Deputy Lyons that I had called a deputy a "pig", which I hadn't.  Deputy

5   Lyons said to me, "If you had called me a 'pig' I would have tore you up."

6        68.  *While I was in court, I told my attorney about my* On June 28, 2011, I took the early bus back from court and got to my cell about

7   11:30 am to 2 pm.  Two deputies escorted me to Module 2400 and when I was in the main

8   hallway on the 2000 floor, a deputy said to me, "You again?  Next time, no matter what.  I'm

9   going to make sure you don't get out." *You've been declassed. stop telling*

10  *your attorney to stop requesting PC status for you."*
         69.    I was then placed inside my cell.  Soon after, a deputy came to my cell and

11  brought an inmate named Antonio Davilla into my cell.  Mr. Davilla told me that he's back in the

12  cell because they kicked him out of the PC module and placed him on Module 2600 and he got

13  beat up there by other inmates. *after deputies opened up a few inmates'*

14  *cells because they were being released from the "hole."*
         70.    Two deputies, one of whom was Deputy Lyons, then came over to our cell and
    *thanks to this my [Mr. Davilla],*

15  they said, "No more fucking favors.  I'm not going to have your door closed during showers.  I'm

16  going to open all the doors during showers–I don't care."  Deputy Lyons then said to us, "In fact,

17  we're going to run showers right now."  I saw him walk over to the gate that separates the row

18  from where the deputies' control booth is and saw him exit the gate then lock it behind him.

19  That gate is always left open during showers, so I was scared when I saw that Deputy Lyons

20  locked the gate.  Having the gate locked meant that if something were to happen to me, I couldn't

21  run out and I'd be trapped in the row with the GP inmates.

22       71.    Fifteen to 30 minutes later, I heard over the public announcement ("PA") speaker,

23  "Baker Row, get ready for showers." *I tried to stop it, but then*

24       72.    My cell door ~~clicked~~ *slid* open and ~~before I could quickly shut it~~, 3-4 GP inmates

25  rushed into my cell and began to beat me and Mr. Davilla up.  Twenty to 30 seconds later,

26  deputies came and they told us to get on the ground.

27       73.    One of the deputies told me to crawl backwards, which I did.  He then handcuffed

28  me with my arms behind me.  The deputy then picked me by the chain that connects the two

9

000465

1    handcuffs.  It was extremely painful as my arms were brought up almost parallel to my shoulders.

2         74.    Deputies Quintana and a White deputy said before we walked over to the medical

3    clinic to not to tell the medical staff that I was attacked and I was to only say that I wasn't

4    injured.

5         75.    Despite having huge bumps on my head and being in pain from the beating, I told

6    the medical staff that I wasn't injured.  I was scared to tell the truth because if the deputies could

7    set me up like that, I was scared that something worse could happen.  I was afraid that they'd set

8    me up to get killed.

9         76.    After going into the medical clinic and not receiving any medical attention, the

10   deputies escorted me ~~back to my cell~~. to the hallway. I heard them saying that they wanted to send me to another

11   GP module.  I heard one of them say, "How are we going to justify putting him back in GP after

12   this?"

13        77.    The deputies then escorted me to Module 2100, the PC module.

14        78.    The very next day, Deputy Haley from OSJ, Deputies Lyons and Quintana came

15   to my cell.  I was handcuffed then brought outside to the main hallway on the 2000 floor.

16        79.    I asked them why they were fucking with me. one of them said, "you
     know where you're going, right?" one of them also told me to "kick

17        80.    Instead of keeping me in Module 2100, they escorted me to another GP module,

18   3600, Row C, Cell 3. I contacted my family told them what happened.

19        81.    I don't know why they keep throwing me out to the GP module.  Everytime I go

20   into one, I get beat up.  I don't know what needs to happen to me before the Los Angeles

21   Sheriff's Department ("LASD") and OSJ takes me seriously.

22        82.    My family has contacted OSJ and LASD and asked them to move me to PC and I

23   know that the ACLU has requested me to be placed in PC on two different occasions.  My

24   attorney has also submitted court orders to be placed in PC, but I haven't been moved.  I keep

25   being placed in modules where my life is in jeopardy.

26   ///

27        I declare under penalty of perjury of the laws of the State of California and the United

28   States that the foregoing is true and correct.  Executed this 1st day of July, 2011 in Los Angeles,

10

1 | California. _____

2

3 | Rodolpho Mendoza



11

**Declaration of Rodolpho Mendoza**

I, Rodolpho Mendoza, hereby declare:

1.    I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.    I am twenty six years old.  I am currently housed in Men's Central Jail ("MCJ") in Module 3500, Row B, Cell 5.  My booking number is 2705763.

3.    I am submitting this declaration to describe how I have been repeatedly moved and transferred between general population and protective custody and that while in general population, I have been assaulted by other inmates whom have known that I had been in protective custody.

4.    In 2007, I dropped out of my gang and due to being a gang drop out, I was considered a Sensitive Needs Yard ("SNY") prisoner in Corcoran State Prison, which meant that I was segregated from general population inmates and housed what is the state equivalent to Protective Custody in the Los Angeles County Jail System ("LACJS").

5.    I entered the LACJS on April 13, 2011 and was processed at the Inmate Reception Center ("IRC").  I explained to the IRC deputies that I was a SNY prisoner at Corcoran and that I needed to be in Protective Custody ("PC").

6.    After 15-20 hours waiting at IRC to be processed, I was taken to MCJ Module 2100, Row B, which is a PC row.

7.    When I got to my cell, I was not given a mattress.  I asked the module deputies for a mattress, but they refused to give me one.  I was so tired and exhausted from being processed, that I fell asleep on the hard, metal bed.

8.    Hours later, the deputies had a trustee give me a mattress.  I rolled out the mattress onto the metal bed and slept on it.  I usually will check the mattress to make sure nothing is hidden in it because I've heard about and seen inmates getting caught with contraband planted into their mattresses.  This time I didn't because I was so exhausted from all the time I spent being processed at IRC.

9.    On April 18, 2011, I rolled out my mattress because I was going to sleep on it and

000468

1   when I laid on it, I felt two hard objects inside my mattress.  I don't recall the objects being in

2   there before.  When I looked inside the mattress, I saw two "bundles".  A "bundle" is drugs or

3   contraband wrapped inside latex gloves.  I didn't open the "bundles", so I don't know what was

4   inside.  I was very scared because I didn't want to get caught with something that wasn't even

5   mine.

6          10.     I threw the two "bundles" inside the toilet that's in my cell.

7          11.     About 5 minutes later, a deputy came into my cell and told me to get out.  He

8   stated that he was going to search the cell because he smelled tobacco.  I didn't smell any tobacco

9   or see any smoke.  I sat outside in the hallway.

10          12.     Another deputy came out and told the deputy that escorted me to the hallway that

11   he had retrieved the "bundles" and said that there was methamphetamine inside them.  I didn't

12   open the "bundles", so I don't know what was inside them or know if methamphetamine were

13   inside them nor did the deputy show me the bundles he said he retrieved from the toilet.  As the

14   deputies were talking to me, I saw inmates on Module 2200/2400 peering through either the glass

15   or plexiglass window that's on the door.  They had me strip down to my boxers.

16          13.     The deputy told me that I was going to the GP module, 2200/2400 if I didn't sign

17   a paper confessing that the "bundles" were mine, so I signed the paper.

18          14.     I was then taken to Module 2100, Row C to either Cell 25 or 26.  I asked the

19   deputies if my classification would be affected and they told me that it wouldn't and I'd still be a

20   PC inmate.

21          15.     On April 19, 2011, early in the morning before they passed out breakfast, Deputy

22   Haley from Operation Safe Jail ("OSJ") took me out of my cell and escorted me out to the main

23   hallway on the 2000 floor.  I told him that I can't go to the "hole" because I was PC and if I go to

24   the "hole", I'll be mixed with General Population ("GP") inmates and I could get beat up because

25   I was a gang drop out.  I explained this to Deputy Haley.  He said to me, "Go in there or I'll drag

26   you there."

27          16.     As Deputy Haley and I were out in the hallway and he was discussing my PC

28   declassification.

2

17. I was taken directly to the "hole" in Module 2400, Row D, Cell 6. I wasn't taken to the "pre-hole" or the area where inmates are given the disciplinary uniform, which is an orange top and light blue bottoms. I entered the "hole" wearing the all blue jail uniform.

18. When I got inside my cell, there was an inmate already in there. I don't know his name, but he is Mexican and is around my height, which is 5'6"-5'7".

19. The module shot caller or someone who orders other inmates around and acts as the module's unofficial liaison to the deputies came to the front of my cell. I don't know his name, but he goes by the nickname, "Joker." I have seen many of these unofficial liaisons get extra privileges like being able to walk around the module or get extra food.

20. He said to me, "Aren't you the guy that we saw across the way? I'm going to get at you" I knew that "Joker" and other inmates seen me when I was forced to sign the paperwork on 4/18/11 through the window of the Module 2200/2400 because I recognized them and therefore they knew that I was a PC inmate. When he said that he was going to "get at me", I was afraid that he and the other inmates were going to try to hurt me.

21. "Joker" then asked to see my wristband so that he can get my booking number and other information that's printed on the band. I showed him the wristband that had my information on there because I was afraid that if I didn't, "Joker" would get angry and set me up to get beat up or stabbed.

22. About 30 minutes later, someone "fished" a "kite" that was addressed to my cell mate into my cell. Inmates will attach a letter or a "kite" onto some string or rope and toss it or "fish" it over to the appropriate cell.

23. When my cell mate opened the letter, he was sitting on his bed and I was standing over him, so I was able to read the contents of the letter. It said, "You're 'celly' is a PC." My name was written on the "kite" and it was underlined twice.

24. It also said, "If he tries to rush out, take him." This meant that if I tried to run out of my cell and try to tell the deputies about the situation, then my cell mate was supposed to stop me and fight me.

25. When my cell mate looked at me, I said to him that if he was going to fight me,

3

000470

1   then I guess it was going to happen.  My cell mate said that he was going to be getting out of the

2   "hole" in 2-3 days and didn't want to get into trouble, so he said he wasn't going to fight me.

3         26.     After my cell mate was released, I went to the module deputies and told them that

4   I can't be in the "hole" and explained my situation to them.  The deputies told me, "If something

5   happens, then we'll move you."  They told me that the only way I'd be moved is if something

6   happened to me.

7         27.     A week or so before May 12, 2011, I heard from the other inmates and the module

8   deputies that there was a riot on Module 2600/2800 between the Hispanic and Black inmates, so

9   they reduced the disciplinary times on many of the inmates, including me, to make room in the

10   "hole" for some of those involved in the riot.  I wasn't supposed to get out of the "hole" until

11   May 18, 2011, but they released me on May 12, 2011.

12         28.     During the entire time I was in the "hole", I was scared to go out of my cell.  I was

13   scared to use the showers, so I'd "bird bath" in my cell because I felt certain that if I got out of

14   my cell, the inmates would try to hurt me.  I wasn't able to sleep either because if I heard the loud

15   noise of a cell door being opened by the deputies from the control booth, I'd assume it was mine

16   and check my door.

17         29.     On May 12, 2011, I was taken to Module 2100, Row A, Cell 1 at MCJ.  There a

18   CA told me that I had to finish my "hole" time, so I was moved to 2100, C, 26 and I was there

19   until 5/18/11 before I was moved to cell 5.

20         30.     On or about May 22, 2011, a deputy from OSJ came to my cell in the morning and

21   escorted me and 10 other inmates to the OSJ office, which I believe is located on the 3000 floor.

22         31.     Deputy Castillo from OSJ interviewed me.  I explained to him the situation I was

23   in like what I did with the IRC deputies and other deputies.  I was told I didn't qualify for PC

24   status.  He then asked me to give him information on murders, drug drops and other things.  I

25   told him that I dropped out of my gang in 2007, so I don't know what's been going on for the last

26   4 years.  I also told him that the gangs out on the streets are smart and they know if a gang

27   member remains active or goes inactive and into PC status.  The gangs know that if an inmate is

28   PC, the inmate might snitch, so the gangs will quickly change strategy so that law enforcement

4

1 | won't be able to track them down.

2 |      32.    Despite offering this information and telling them that I feared for my life, Deputy

3 | Castillo told me that I was going to GP.

4 |      33.    I told Deputy Castillo that I was going to get stabbed.  I explained to him I'm a

5 | gang drop out so that I have that label on me wherever I go.  I told him that the gang I dropped

6 | out of was a local gang, so there are a lot of enemies and members from my ex-gang that are in

7 | the jails.  I told him that I was known in the jail as a SNY/PC inmate so I was going to be

8 | targeted.

9 |      34.    I was taken back to Module 2100, Row C, Cell 5 or 6 and I thought that I had

10 | proved my point to OSJ and that I was going to stay PC.

11 |      35.    Five minutes later, a deputy told me to "roll" my stuff.  This meant that I was

12 | going to be moved, so I needed to gather my belongings.

13 |      36.    Another inmate named Marcos and I were escorted to Module 3200/3400.  There

14 | were 4 or 5 deputies.  2 or 3 were Hispanic and the other 2 were White.  As soon as we got inside

15 | the module, the module deputies took us into the laundry room and an inmate whom I've never

16 | seen before saw us and started punching and fighting with us.  Since I had never seen this inmate

17 | before, had just arrived on the module, I can't imagine any other reason that they beat us except

18 | that he knew that we were PC.

19 |      37.    Twenty to thirty seconds later, the module deputies rushed into the laundry room,

20 | separated and handcuffed us.

21 |      38.    I told the deputies that we can't be on the "mainline" or with GP inmates.  The

22 | deputies told me and Marcos that we were going to the "hole."  The deputies told me to leave all

23 | of my property there and escorted me to the PC module, 2100.

24 |      39.    I am extremely worried that the inmates on Module 3200/3400 have accessed my

25 | property, which contains all of my legal documents, photos of my family members, contact

26 | information and other private and personal information.  I am afraid that they are going to use

27 | that information to further harm me and even try to harm my family.

28 |      40.    When we got to Module 2100, the 2100 module deputies escorted us to Module

000472

1    2401, or the "pre-hole."

2        41.    Marcos and I entered the "pre-hole" module.  When we entered the "pre-hole"

3    room, there were already two African-Americans in there.  Ten minutes after Marcos and I went

4    in, another inmate, named Juan, whom I met when I was on the PC module came in.

5        42.    Shortly after, a deputy escorted a GP inmate, who is Mexican, into the "pre-hole"

6    area.  When he came in, "Joker" pointed at me through the window and told him that I was a PC

7    inmate.  "Joker" then said to me, "You know what's up."  I knew from his comments that the GP

8    inmate was going to fight me.

9        43.    The GP inmate began fighting with me and I fought him to defend myself.  We

10   were fighting for 20-30 seconds before deputies came in and separated us.  I explained my

11   situation to the deputies and a Senior Deputy said that they [LASD] had messed up with our

12   classification so they took us to the PC module, but the deputy there told them that we were

13   playing games.  He was a Hispanic with salt and pepper hair, moustache and stocky.

14       44.    Soon after, Marcos and I were then placed in Module 2401.

15       45.    A few days later, Marcos and I were placed in Module 2400, Row D, Cell 7.  I

16   then saw a GP inmate who was Mexican, tall, light-skinned with spiky hair standing at the

17   entrance gate to my row, D.  I saw the GP inmate drop his mattress and it looked like he was

18   pretending to have a hard time picking up his mattress.  The entrance gate was popped open by

19   the deputies in the control room and I saw the GP inmate run towards Module 2401.

20       46.    I then heard Juan yelling and screaming for help over and over again.  Module

21   2401 is supposed to remain closed, but the door to Module 2401 must have been popped open for

22   the GP inmate to rush in there and beat up Juan.

23       47.    Fifteen to 20 seconds later, I saw deputies running towards Module 2401.  I saw

24   the deputies leading Juan downstairs, but I don't know what happened to him after.

25       48.    Five minutes later, deputies came to my cell and escorted me and Marcos to

26   Module 2400, Row B, Cell 1.  Shortly after, my cell door clicked open.

27       49.    I saw Juan standing at my cell door and he said that he was going to be housed in

28   there.  I asked him what had happened and he told me that he was in Module 2401 reading his

6

1    Bible and he heard the door click open.  He said that the GP inmate was on him so fast that he

2    couldn't defend himself.  I saw a very noticeable bump on his forehead and he had several bumps

3    on his head.

4        50.    Juan also told me that the deputies who went in there to separate him and the GP

5    inmate told him that if he didn't say anything about what had happened that they'd make sure he

6    goes to the PC module, 2100.  He told the deputies that he would remain silent and not say

7    anything and instead of the deputies taking him to Module 2100, they put him in the "hole."

8        51.    I stayed in my cell for 15-20 days and the entire time I feared for my life.  I barely

9    slept because anytime I heard the sounds of a cell door clicking, I immediately thought it was

10   mine, so I'd get out of my bed and stand in front of my cell, thinking that I was going to have to

11   fight for my life.  I wouldn't eat because I was afraid that the trustee inmates were tampering

12   with my food.  I was so stressed out and extremely scared that I would end up dead.  I also

13   wouldn't take showers because I was scared that if I left my cell, I'd get stabbed.

14       52.    At the end of my disciplinary term, deputies approached my cell in the morning.

15   They told me to "roll it up" because I was going back to GP.  I told them that I can't go and that I

16   was refusing to go because I feared for my life.  I told them that I wanted to see a sergeant.

17   Deputy Graham and a tall, White deputy came over to my cell and I told them that I wanted to

18   see a sergeant.

19       53.    They refused to take me to a sergeant and they handcuffed me.

20       54.    Deputy Graham and the tall, White deputy walked me towards the 3000 floor and

21   I stopped at the mailbox before going there and told them that I can't go.  I told them that I was

22   going to get beat up or stabbed.

23       55.    Deputy Graham said to me, "You can either walk like a man or I'll take you in

24   like a bitch."

25       56.    They brought me to Module 3200/3400 and I immediately recognized two GP

26   inmates who were in the "hole"with me.

27       57.    I was taken into my cell and less than 10 minutes later, two "shotcallers" came up

28   to the front of my cell.  Both were Mexican, but one was short, bald with a slight fade and the

7

000474

1  other had long hair.  I knew that they were the module's "shotcallers" because when you go into

2  a new module, the "shotcaller" comes up to you to see where your gang loyalty lies and to tell

3  you the module's "rules."  He also asked me if I was a "homie."  They asked me what was going

4  on and I told them that the deputies were messing with me.

5       58.     They asked me where I came from and I told them that I came from NCCF, or the

6  North County Correctional Facility.  They asked me for my booking number and I gave it to

7  them.  They then left my cell.  I felt that if I didn't give them what they wanted from me, I'd get

8  hurt, beat up or stabbed.

9       59.     Ten minutes later, the "shotcallers" came back to my cell and asked me, "Where

10  did you get caught with your dope?"  The "shotcallers" must have known that I was lying about

11  coming from NCCF because the "dope" incident happened at MCJ.  Before I could answer, they

12  said to me, "I'm going to give you two days or you know what's up."  I knew that I had two days

13  before I was going to get stabbed.

14       60.     I was also scared because I didn't know how they were able to get that kind of

15  information on me.  That information is in my personal file and I don't know how they could

16  have had access to that unless they got that information from the module deputies.

17       61.     The next time that my cell door popped open, I walked over to where the module

18  deputies were and as I walked, two Mexican GP inmates rushed me and began to beat me up.

19  The Custody Assistant ("CA") who was on shift and in the deputy's gated area outside the control

20  room saw the GP inmates beating me up, but he didn't intervene.  He just calmly said, "Hey, hey,

21  hey!"  After the CA said this, the GP inmates walked away from me.  I walked out of the module

22  towards the nurses' area where pill call was going on.

23       62.     I started telling the deputy what was going on and he just told me to get against

24  the wall.  I complied.  When I told him what had happened and that I feared for my safety, he just

25  said to me, "Poor baby."

26       63.     Deputy Castillo from OSJ was also in the pill call area and he came over and he

27  took me into an office that's on the module.  I again told Deputy Castillo that I keep getting beat

28  up whenever they kick me out to GP.

8

64. Instead of putting me in the PC module, Deputy Castillo wrote me up for not having a wristband. My wristband had fallen off when I got beat up by the two GP inmates.

65. I was again taken to the "hole" and was given 20 days.

66. A deputy escorted me to the "hole." When I got there, Deputy Quintana said to me, after reading my incident report, "What's up with this guy? You again? You're fucking playing games. The next time, I'm going to make sure they don't move you to PC. You're not PC. You're gonna stay in GP next time.

67. When I go to the "hole", Deputy Lyons said, "What happened? You're back?" Deputy Quintana told Deputy Lyons that I had called a deputy a "pig", which I hadn't. Deputy Lyons said to me, "If you had called me a 'pig' I would have tore you up."

68. On June 28, 2011, I took the early bus back from court and got to my cell about 11:30 am to 2 pm. While I was in court, I told my attorney about my situation and asked him to request PC status for me. He said that he would. Two deputies escorted me to Module 2400 and when I was in the main hallway on the 2000 floor, a deputy said to me, "You again? Next time, no matter what. I'm going to make sure you don't get out. You've been declassed. Stop telling your attorney to request PC status for you."

69. I was then placed inside my cell. Soon after, a deputy came to my cell and brought an inmate named Antonio Davilla into my cell. Mr. Davilla told me that he's back in the cell because they kicked him out of the PC module and placed him on Module 2600 and he got beat up there by other inmates after deputies opened up a few inmates' cells because they were being released from the "hole."

70. Two deputies, one of whom was Deputy Lyons, then came over to our cell and they said, "Thanks to this guy [Mr. Davilla], no more fucking favors. I'm not going to have your door closed during showers. I'm going to open all the doors during showers–I don't care." Deputy Lyons then said to us, "In fact, we're going to run showers right now." I saw him walk over to the gate that separates the row from where the deputies' control booth is and saw him exit the gate then lock it behind him. That gate is always left open during showers, so I was scared when I saw that Deputy Lyons locked the gate. Having the gate locked meant that if something

9

1   were to happen to me, I couldn't run out and I'd be trapped in the row with the GP inmates.

2         71.    Fifteen to 30 minutes later, I heard over the public announcement ("PA") speaker,

3   "Baker Row, get ready for showers."

4         72.    My cell door slid open and I tried to stop it, but then 3-4 GP inmates rushed into

5   my cell and began to beat me and Mr. Davilla up.  Twenty to 30 seconds later, deputies came and

6   they told us to get on the ground.

7         73.    One of the deputies told me to crawl backwards, which I did.  He then handcuffed

8   me with my arms behind me.  The deputy then picked me by the chain that connects the two

9   handcuffs.  It was extremely painful as my arms were brought up almost parallel to my shoulders.

10         74.    Deputies Quintana and a White deputy said before we walked over to the medical

11   clinic to not to tell the medical staff that I was attacked and I was to only say that I wasn't

12   injured.

13         75.    Despite having huge bumps on my head and being in pain from the beating, I told

14   the medical staff that I wasn't injured.  I was scared to tell the truth because if the deputies could

15   set me up like that, I was scared that something worse could happen.  I was afraid that they'd set

16   me up to get killed.

17         76.    After going into the medical clinic and not receiving any medical attention, the

18   deputies escorted me back to the hallway.  I heard them saying that they wanted to send me to

19   another GP module.  I heard one of them say, "How are we going to justify putting him back in

20   GP after this?"

21         77.    The deputies then escorted me to Module 2100, the PC module.

22         78.    The very next day, Deputy Haley from OSJ, Deputies Lyons and Quintana came

23   to my cell.  I was handcuffed then brought outside to the main hallway on the 2000 floor.

24         79.    I asked them why they were fucking with me.  One of them said, "You know

25   where you're going, right?"  One of them also told me to "kick the guy in the green jacket

26   [OSJ]."

27         80.    Instead of keeping me in Module 2100, they escorted me to another GP module,

28   3600, Row C, Cell 3.  I contacted my family and told them what happened.

000477

81.    I don't know why they keep throwing me out to the GP module.  Everytime I go into one, I get beat up.  I don't know what needs to happen to me before the Los Angeles Sheriff's Department ("LASD") and OSJ takes me seriously.

82.    My family has contacted OSJ and LASD and asked them to move me to PC and I know that the ACLU has requested me to be placed in PC on two different occasions.  My attorney has also submitted court orders to be placed in PC, but I haven't been moved.  I keep being placed in modules where my life is in jeopardy.

\ \ \

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct.  Executed this 28th day of July, 2011 in Los Angeles, California.

                                                    /s/
                                    Rodolpho Mendoza

11

000478