# DECLARATION OF CURRENT PRISONER MR. AAA JOSE RIVERA

000571

**Declaration of Jose Rivera**

I, Jose Rivera, hereby declare:

1.      I make this declaration based on my own personal knowledge and if called on to testify I could and would do so competently as follows:

2.      I am 25 years old. I was arrested on July 23, 2010. I am currently housed in Men's Central Jail ("MCJ"). My booking number is 2414151.

3.      Since July 2010, I recall three incidents where deputies have physically abused me. I documented the first two incidents but the deputies seized my notes during one of their random module searches.

<u>First incident of abuse-August or September 2010</u>

4.      The first incident of abuse happened at North County Correctional Facility ("NCCF"). All the inmates were walking from their cell to the "holding tank" where inmates are placed before they enter the courthouse.

5.      There is a red line in the hallway leading to the tank that separates the inmates from the deputies. Evidently, inmates are supposed to stay on one side of the line while deputies must stay on the other. It was my first time in jail and I was not familiar with the rules, so at that time I didn't know that the inmates weren't supposed to cross the red line.

6.      When my foot accidentally crossed over the line while we were walking, a tall, blonde, White deputy with blonde, spiked hair that was leading us into the tank said "Are you retarded?!"  He grabbed me with both hands around the waist and slammed me hard against the wall.

7.      He yelled, " Get behind the line! If I slick you right now, whose fault will it be?" I told him I didn't know we weren't supposed to cross the line. Then he took his hands off me, but I still don't think he should have grabbed me like that or slammed me against the wall.

<u>Second incident of abuse-November 2010</u>

8.      The second incident occurred around 5 months ago around November

1   2010. At the time I was housed on the 5000 floor of MCJ which is a dormitory

2   style unit that houses about 100-120 inmates. I was assigned a lower bunk, which

3   was about 2 feet above the floor.

4        9.    I was lying on my bunk when the deputies came into the dorm to do a

5   search. The deputies always do random searches whenever they want. When they

6   approached my bunk, a Black deputy who was a little heavier set, grabbed me by

7   my right arm and threw me from my bunk onto the floor. While I was on the floor

8   the deputy stepped on my fingers and made me sit up on the floor.

9        10.    The deputy was looking for something around my bunk and

10   questioned me about my belongings. He kept asking "where is it?!" and I told him

11   I didn't have anything. He asked "where is it?!" two or three more times and I

12   kept telling him I didn't know what he was talking about. He finally lifted his foot

13   off my fingers and stopped yelling at me. Then he left the dormitory without

14   finding what he was looking for. I had bruised and swollen fingers from the

15   deputy stepping on me with his foot.

16   <u>Third incident of abuse-March 2011</u>

17        11.    On or about March 2011 on the 5000 floor of MCJ, I was getting my

18   hair cut in the dormitory when five deputies came into the dorm and announced

19   that the inmates were on "bunk status." Bunk status means that no one is allowed

20   to leave their bunks.

21        12.    The deputies told me to sit back on my bunk. While I was walking to

22   my bunk, Deputy Stevenson grabbed me from behind and choked me around my

23   neck. I tried to get his hands off me but he pushed my hand out of the way.

24        13.    Then he dragged me out of my bunk and handcuffed me. He grabbed

25   me by the handcuffs and pulled me outside of the dorm room behind the door

26   \ \ \

27   \ \ \

28   \ \ \

2

000573

1  where no one could see me. Then he pushed me onto the floor and  continued to

2  question me about my belongings. He kept saying "where is it?! You know what

3  I'm looking for! If you don't tell me, you're gonna get an add charge!" I had no

4  idea what he was talking about. After about five minutes of him terrorizing me, he

5  picked me up and threw me back inside the dorm.

6      14.    I suffered mild shoulder and arm pain from deputy Stevenson

7  aggressively pulling my arms while I was handcuffed.

8  ///

9  ///

10  ///

11      I declare under penalty of perjury of the laws of the State of California and

12  the United States that the foregoing is true and correct.  Executed this August 9,

13  2011 in Los Angeles, California.

14                                          8-9-11

15                          Jose Rivera

16

17

18

19

20

21

22

23

24

25

26

27

28

000574

| | |
|---|---|
| 1 | **Declaration of Jose Rivera** |
| 2 | I, Jose Rivera, hereby declare: |
| 3 | 1.     I make this declaration based on my own personal knowledge and if |
| 4 | called on to testify I could and would do so competently as follows: |
| 5 | 2.     I am 25 years old. I was arrested on July 23, 2010. I am currently |
| 6 | housed in Men's Central Jail ("MCJ"). My booking number is 2414151. |
| 7 | 3.     Since July 2010, I recall three incidents where deputies have |
| 8 | physically abused me. I documented the first two incidents but the deputies seized |
| 9 | my notes during one of their random module searches. |
| 10 | First incident of abuse-August or September 2010 |
| 11 | 4.     The first incident of abuse happened at North County Correctional |
| 12 | Facility ("NCCF"). All the inmates were walking from their cell to the "holding |
| 13 | tank" where inmates are placed before they enter the courthouse. |
| 14 | 5.     There is a red line in the hallway leading to the tank that separates the |
| 15 | inmates from the deputies. Evidently, inmates are supposed to stay on one side of |
| 16 | the line while deputies must stay on the other. It was my first time in jail and I was |
| 17 | not familiar with the rules, so at that time I didn't know that the inmates weren't |
| 18 | supposed to cross the red line. |
| 19 | 6.     When my foot accidentally crossed over the line while we were |
| 20 | walking, a tall, blonde, White deputy with blonde, spiked hair that was leading us |
| 21 | into the tank said "Are you retarded?!"  He grabbed me with both hands around |
| 22 | the waist and slammed me hard against the wall. |
| 23 | 7.     He yelled, " Get behind the line! If I slick you right now, whose fault |
| 24 | will it be?" I told him I didn't know we weren't supposed to cross the line. Then |
| 25 | he took his hands off me, but I still don't think he should have grabbed me like |
| 26 | that or slammed me against the wall. |
| 27 | Second incident of abuse-November 2010 |
| 28 | 8.     The second incident occurred around 5 months ago around November |

2010. At the time I was housed on the 5000 floor of MCJ which is a dormitory style unit that houses about 100-120 inmates. I was assigned a lower bunk, which was about 2 feet above the floor.

9.     I was lying on my bunk when the deputies came into the dorm to do a search. The deputies always do random searches whenever they want. When they approached my bunk, a Black deputy who was a little heavier set, grabbed me by my right arm and threw me from my bunk onto the floor. While I was on the floor the deputy stepped on my fingers and made me sit up on the floor.

10.     The deputy was looking for something around my bunk and questioned me about my belongings. He kept asking "where is it?!" and I told him I didn't have anything. He asked "where is it?!" two or three more times and I kept telling him I didn't know what he was talking about. He finally lifted his foot off my fingers and stopped yelling at me. Then he left the dormitory without finding what he was looking for. I had bruised and swollen fingers from the deputy stepping on me with his foot.

<u>Third incident of abuse-March 2011</u>

11.     On or about March 2011 on the 5000 floor of MCJ, I was getting my hair cut in the dormitory when five deputies came into the dorm and announced that the inmates were on "bunk status." Bunk status means that no one is allowed to leave their bunks.

12.     The deputies told me to sit back on my bunk. While I was walking to my bunk, Deputy Stevenson grabbed me from behind and choked me around my neck. I tried to get his hands off me but he pushed my hand out of the way.

13.     Then he dragged me out of my bunk and handcuffed me. He grabbed me by the handcuffs and pulled me outside of the dorm room behind the door where no one could see me. Then he pushed me onto the floor and continued to question me about my belongings. He kept saying "where is it?! You know what I'm looking for! If you don't tell me, you're gonna get an add charge!" I had no

2

1  idea what he was talking about. After about five minutes of him terrorizing me, he

2  picked me up and threw me back inside the dorm.

3       14.    I suffered mild shoulder and arm pain from Deputy Stevenson

4  aggressively pulling my arms while I was handcuffed.

5       I declare under penalty of perjury of the laws of the State of California and

6  the United States that the foregoing is true and correct.  Executed this August 9,

7  2011 in Los Angeles, California.

8                                            _____/s/_____

9                                            Jose Rivera

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

000577

# DECLARATION OF CURRENT PRISONER MR. BBB NICHOLAS ROBINS

00578

**Declaration of Nicholas Robins**

I, Nicholas Robins, hereby declare:

1.    I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.    I am twenty four years old and I am currently housed at Men's Central Jail ("MCJ") in Module 3600, Row D, Cell 7. *3800* ~~3600~~ *Row C, 5 NR* My booking number is 2660807.

3.    On April 16, 2011, I was housed at MCJ, Module 2400, Row A, Cell 9.

4.    In the afternoon, we were called out of our cells for Medical call or Pill call. While we ~~are~~ *were NR* waiting for our turn, a deputy told us to face the wall. I don't know his name, but he appeared to be Persian/Armenian and is about 5'8"-5'10". There was another deputy as well. I don't know his name, but he was White, bald and about the same height as the Persian/Armenian deputy. I estimated their height as I am 5'6".

5.    As I was facing the wall, I was looking around because we had been standing there for awhile.

6.    The Persian/Armenian deputy said to me, "Come here." I walked over to him and saw him put on latex gloves. He and the White deputy led me out to the hallway into the laundry room. The laundry room is *located to the left when you enter the module. NR*

7.    The Persian/Armenian deputy asked me, "Why are you locked up?" I told him it was for an officer involved shooting incident. He said, "You think you're a hard ass?"

8.    He then had me spread my legs and searched me. As he was searching me, he asked, "Why are you acting gay?" I told him that I wasn't acting gay.

9.    The Persian/Armenian deputy then punched my head. I fell to the ground, hoping that the deputy would stop hitting me, but he continued. The Persian/Armenian deputy punched my head, face and ribs for what seemed like eight times and as he was punching me, the White deputy kicked my stomach with his boots three times. I was in so much pain. The deputies beat me for about 30-45 seconds.

10.    After the deputies stopped beating me, the Persian/Armenian deputy told me to go

1   back to my cell.

2         11.    I went back inside my cell.

3         12.    About 5-8 minutes later, the Persian/Armenian deputy came in front of my cell. I

4   saw that he had blue tape over his name badge, so I was ~~unable~~ *able* NR to see his name. He said, "Why

5   don't you listen. Next time follow directions. Now that we've dealt with you, I'm going to have

6   my 'boys' deal with you."

7         13.    Ten minutes later, my cell door cranked open. I know that it was one of the

8   deputies who opened my cell because inmates aren't able to open the cells. Also, the crank to

9   open our cells is inside a locked area near the deputy's booth.

10        14.    When my cell door opened, three inmates ran into my cell and began punching

11  me. When I fell to the floor, I fell in a way that half my body was inside the cell and the other

12  half was out in the hallway. The three inmates continued to punch me after I fell to the floor. I

13  don't know how many times each of the three inmates punched me, but it felt like they hit me

14  about 30 times total. Each of them kicked me all over my back at least five times. I don't know

15  who the inmates were or their description because it all happened so quickly and I was shocked

16  by what was going on. I also was not able to see who they were because I was on the floor trying

17  to cover myself up from the blows. I do know that they were wearing the General Population,

18  blue uniforms.

19        15.    My two cell mates who were inside the cell with me, didn't do anything to me or

20  to the three inmates who were attacking me. *They were just watching what*

21  *was happening to me. I don't know who my cellmates*

22  *are* ~~.~~ WR NR 16.    After 1-2 minutes of the inmates beating me, I ran out of my cell and could see

23  from behind that the three inmates were trying to catch me. I was able to get away from the

24  inmates by *getting up while they were attacking me. When I was*

25  *able to, I just ran out of my cell to get help.* NR 17.    I ran to the locked gate as I yelled, "Deputy, deputy!" As I got closer to the locked

26  gate, I saw that the three inmates backed off from me. I don't know where they went.

27        18.    When I got to the gate, the Persian/Armenian deputy came out of the control

28  booth to the gate and unlocked it so that I could get through. I told him that I needed to get out of

2

1  here because my life was in danger.  He said, "Go back to your cell."  I told him that I'm refusing

2  to go back and I need to get out.

3      19.    I told the Persian/Armenian deputy that I needed to go somewhere.  I was afraid

4  that the deputy was going to put me in a more dangerous place, so I told him to put me in the cell

5  where my co-defendant was housed.  My co-defendant, Rennard Blanche, was housed in the

6  same module, but ~~on the~~ row. ~~above me.~~ Row D.  I think he was in cell 7.
<span>     different  NR</span>

7      20.    The Persian/Armenian deputy and the White deputy escorted me to Mr. Blanche's

8  cell.  Even though I asked the deputies to take me to medical, they refused to take me to medical

9  for medical attention and I was not interviewed for the incident involving the deputies or the

10  incident where the deputies opened my cell door and I was beaten by inmates.

11      21.    When I got into Mr. Blanche's cell, I noticed that I had a large gash on the back of

12  my head and bruises all over my stomach, knees and my outer thigh.

13      I declare under penalty of perjury of the laws of the State of California and the United

14  States that the foregoing is true and correct.  Executed this 22nd day of JUNE NR, 2011 in Los

15  Angeles, California.

16                               *Nicholas R Obin*

17                               Nicholas Robins

18

19

20

21

22

23

24

25

26

27

28

3

**Declaration of Nicholas Robins**

1

2    I, Nicholas Robins, hereby declare:

3    1.    I make this declaration based on my own personal knowledge and if called to

4    testify I could and would do so competently as follows:

5    2.    I am twenty four years old and I am currently housed at Men's Central Jail

6    ("MCJ") in Module 3800, Row C, Cell 5.  My booking number is 2660807.

7    3.    On April 16, 2011, I was housed at MCJ, Module 2400, Row A, Cell 9.

8    4.    In the afternoon, we were called out of our cells for Medical call or Pill call.

9    While we were waiting for our turn, a deputy told us to face the wall.  I don't know his name, but

10    he appeared to be Persian/Armenian and is about 5'8"-5'10".  There was another deputy as well.  I

11    don't know his name, but he was White, bald and about the same height as the Persian/Armenian

12    deputy.  I estimated their height as I am 5'6".

13    5.    As I was facing the wall, I was looking around because we had been standing

14    there for awhile.

15    6.    The Persian/Armenian deputy said to me, "Come here."  I walked over to him and

16    saw him put on latex gloves.  He and the White deputy led me out to the hallway into the laundry

17    room.  The laundry room is located to the left when you enter the module.

18    7.    The Persian/Armenian deputy asked me, "Why are you locked up?"  I told him it

19    was for an officer involved shooting incident.  He said, "You think you're a hard ass?"

20    8.    He then had me spread my legs and searched me.  As he was searching me, he

21    asked, "Why are you acting gay?"  I told him that I wasn't acting gay.

22    9.    The Persian/Armenian deputy then punched my head.  I fell to the ground, hoping

23    that the deputy would stop hitting me, but he continued.  The Persian/Armenian deputy punched

24    my head, face and ribs for what seemed like eight times and as he was punching me, the White

25    deputy kicked my stomach with his boots three times.  I was in so much pain.  The deputies beat

26    me for about 30-45 seconds.

27    10.    After the deputies stopped beating me, the Persian/Armenian deputy told me to go

28    back to my cell.

000582

11.     I went back inside my cell.

12.     About 5-8 minutes later, the Persian/Armenian deputy came in front of my cell. I saw that he had blue tape over his name badge, so I was unable to see his name. He said, "Why don't you listen. Next time follow directions. Now that we've dealt with you, I'm going to have my 'boys' deal with you."

13.     Ten minutes later, my cell door cranked open. I know that it was one of the deputies who opened my cell because inmates aren't able to open the cells. Also, the crank to open our cells is inside a locked area near the deputy's booth.

14.     When my cell door opened, three inmates ran into my cell and began punching me. When I fell to the floor, I fell in a way that half my body was inside the cell and the other half was out in the hallway. The three inmates continued to punch me after I fell to the floor. I don't know how many times each of the three inmates punched me, but it felt like they hit me about 30 times total. Each of them kicked me all over my back at least five times. I don't know who the inmates were or their description because it all happened so quickly and I was shocked by what was going on. I also was not able to see who they were because I was on the floor trying to cover myself up from the blows. I do know that they were wearing the General Population, blue uniforms.

15.     My two cell mates who were inside the cell with me, didn't do anything to me or to the three inmates who were attacking me. They were just watching what was happening to me. I don't know who my cellmates were.

16.     After 1-2 minutes of the inmates beating me, I ran out of my cell and could see from behind that the three inmates were trying to catch me. I was able to get away from the inmates by getting up while they were attacking me. When I was able to, I just ran out of my cell to get help.

17.     I ran to the locked gate as I yelled, "Deputy, deputy!" As I got closer to the locked gate, I saw that the three inmates backed off from me. I don't know where they went.

18.     When I got to the gate, the Persian/Armenian deputy came out of the control booth to the gate and unlocked it so that I could get through. I told him that I needed to get out of

2

1   here because my life was in danger.  He said, "Go back to your cell."  I told him that I'm refusing

2   to go back and I need to get out.

3        19.    I told the Persian/Armenian deputy that I needed to go somewhere.  I was afraid

4   that the deputy was going to put me in a more dangerous place, so I told him to put me in the cell

5   where my co-defendant was housed.  My co-defendant, Rennard Blanche, was housed in the

6   same module, but different row, Row D.  I think he was in cell 7.

7        20.    The Persian/Armenian deputy and the White deputy escorted me to Mr. Blanche's

8   cell.  Even though I asked the deputies to take me to medical, they refused to take me to medical

9   for medical attention and I was not interviewed for the incident involving the deputies or the

10   incident where the deputies opened my cell door and I was beaten by inmates.

11        21.    When I got into Mr. Blanche's cell, I noticed that I had a large gash on the back of

12   my head and bruises all over my stomach, knees and my outer thigh.

13        I declare under penalty of perjury of the laws of the State of California and the United

14   States that the foregoing is true and correct.  Executed this 22nd day of June, 2011 in Los

15   Angeles, California.

16                                    /s/

17                                Nicholas Robins

18

19

20

21

22

23

24

25

26

27

28

000584

# DECLARATION OF CURRENT PRISONER MR. CCC BURKE ROBINSON

1            **Declaration of Burke Robinson**

2     I, Burke Robinson, hereby declare:

3     1.    I make this declaration based on my own personal knowledge and if

4 called to testify I could and would do so competently as follows:

5     2.    I am 18 years old, African-American and 5'11" and 160 pounds and

6 am currently housed at Men's Central Jail ("MCJ") in Module 2600, C, 13.  My

7 booking number is 2666254.

8     3.    I write this declaration to describe Deputy Valdez' hitting my head on

9 a metal bar that's used as a step, choking, and punching me as well as directing

10 inappropriate, sexual comments at me.

11     4.    On Monday, August 22, 2011 I was housed in bunk number 99 in

12 MCJ, Module 5600, which is a dorm setting.  There are about 132 bunks and the

13 bunks are double bunks, with a total of 132 inmates.   It's overcrowded with that

14 many inmates and the bunks are around a foot apart from each other.

15     5.    During the evening count, which typically occurs about 8:30 p.m., the

16 deputies told the other inmates and me to lay in our bunks with our head down and

17 wrists out which is what we are supposed to do during count, so that the deputies

18 can scan our wristbands.

19     6.    I was lying on my bunk with my head down and could hear the

20 deputies' footsteps exiting the dorm.  I must have picked up my head before the

21 deputies all left because I heard a deputy shout at me, "Put your fucking head

22 down!"  I immediately put my head down.

23     7.    I heard the sounds of the deputies walking over to my bunk and I

24 could see one of the deputy kicking my property bag, which was located next to

25 my bunk.

26     8.    The deputy who kicked my property bag grabbed my neck, choking it,

27 and held me down on the bed.  I could hardly breathe when the deputy was

28 choking me.

9.     The deputy then banged my head on the metal bar that is used as a step for the inmate who sleeps on the top bunk to get onto his bed.  The deputy, still grabbing my neck, used my head like a battering ram and hit it on that metal bar about four times.  It hurt really bad because the bar was metal.

10.     The deputy then shouted, "You understand me?"  He then handcuffed me from behind really tight and lifted me up off of my bunk by the handcuffs.  When he lifted me up, the top of my head hit the top bunk.

11.     The deputy then escorted me out of the dorm still choking me and grabbing my neck and as soon as we got outside to the hallway, he grabbed my neck with both hands.  I felt like I was going to pass out and I was seeing spots.  I couldn't talk and I could barely breathe.  I tried to tell the deputy that I couldn't breathe, but he was choking me so tightly, I wasn't able to.

12.     The deputy then slammed my face against the wall.  It hurt so bad and it felt like someone throwing a rock at my face.  The deputy then punched my right ribs over and over again for what felt like 6-7 times.  I could hardly breathe before he punched me and it was even harder after the punches to my ribs.

13.     He yelled, "See!  I hate you motherfucking monkeys.  Damn nigger!"

14.     The deputy then told me to sit down so I sat down on a bench.

15.     I could see the deputy looking at his hand and it looked like it was bleeding and he said to me, "I broke my hand on you all before.  You're all young and dumb."

16.     At this point, I saw his name, Valdez on his name tag and he said to me, "You're reading my name so you can write me up for something?"  I told him, "I don't know what to write you on."  I was scared that if I didn't say this to him, he'd beat me up even more.  Deputy Valdez is 5'10", Hispanic with spiky, slicked back hair.

17.     Deputy Valdez then looked at me and said, "So you like half Mexican and half White cock?"  I said, "No, sir."  I felt so disgusted and humiliated when

2

1   he said this to me.

2   18.   Deputy Valdez then said, "You motherfuckers always give us shit."

3   It was pretty clear to me that he was referring to African-Americans when he said

4   "you motherfuckers" because he had called me a "nigger" and a "monkey" a few

5   minutes earlier.

6   19.   After this, a deputy who is Hispanic with buzzed hair, 5'10"-5'11"

7   escorted me to Module 2400, which is the "hole."

8   20.   I was not taken to the medical clinic or given any type of medical

9   attention. My neck was so sore from Deputy Valdez choking me and my head hurt

10   from having it banged on the metal bar.

11   21.   Two days later, I went to Sergeant's Court, which is a type of hearing

12   where you supposedly have an opportunity to tell your side of the incident and

13   where the sergeant will tell you your disciplinary time. I wasn't able to tell my

14   side of the story because the Senior Deputy told me that he was giving me 5 days

15   no matter what I told him. I don't know the name of the deputy, but he is short,

16   5'6"-5'7" and Hispanic. A woman was there. She was a Custody Assistant,

17   Hispanic, 5'7"-5'8" and had a ponytail. I was given five days for being

18   disrespectful and for insubordination during count time.

19   I declare under penalty of perjury of the laws of the State of California and

20   the United States that the foregoing is true and correct. Executed this 9th day of

21   September, 2011 in Los Angeles, California.

22                                              /s/

23                                   Burke Robinson

24

25

26

27

28

3

000588

## Declaration of Burke Robinson

I, Burke Robinson, hereby declare:

1.      I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.      I am 18 years old, African-American and 5'11" and 160 *pounds B.R.* and am currently housed at Men's Central Jail ("MCJ") in Module ~~2400, which is the~~ *2600, C, 13 B.R.* ~~"hole" or the disciplinary unit.~~  My booking number is ~~266254.~~ *266254 B.R.*

3.      I write this declaration to describe Deputy Valdez' hitting my head on a metal bar that's used as a step, choking, and punching me as well as directing inappropriate, sexual comments at me.

4.      On Monday, August 22, 2011 I was housed in bunk number 99 *B.R.* in MCJ, Module 5600, which is a dorm setting.  There are about *132 B.R.* ~~bunks~~ bunks and the bunks are *double bunks B.R.*, with a total of *132 B.R.* ~~inmates.~~ inmates. *It's overcrowded with that many inmates and the bunks are around a foot apart from each other B.R.*

5.      During the evening count, which typically occurs about 8:30 p.m., the deputies told the other inmates and me to lay in our bunks with our head down and wrists out which is what we are supposed to do during count, so that the deputies can scan our wristbands.

6.      I was lying on my bunk with my head down and could hear the deputies' footsteps exiting the dorm.  I must have picked up my head before the deputies all left because I heard a deputy shout at me, "Put your fucking head down!"  I immediately put my head down.

7.      I heard the sounds of the deputies walking over to my bunk and I could see one of the deputy kicking my property bag, which was located next to my bunk.

8.      The deputy who kicked my property bag grabbed my neck, choking it, and held me down on the bed.  I could hardly breathe when the deputy was choking me.

9.    The deputy then banged my head on the metal bar that is used as a step for the inmate who sleeps on the top bunk to get onto his bed. The deputy, still grabbing my neck, used my head like a battering ram and hit it on that metal bar about four times. It hurt really bad because the bar was metal.

10.    The deputy then shouted, "You understand me?" He then handcuffed me from behind really tight and lifted me up off of my bunk by the handcuffs. When he lifted me up, the top of my head hit the top bunk.

11.    The deputy then escorted me out of the dorm and as soon as we got *while still choking me and grabbing my neck B.R.* outside to the hallway, he grabbed my neck with both hands. I felt like I was going to pass out and I was seeing spots. I couldn't talk and I could barely breathe. I tried to tell the deputy that I couldn't breathe, but he was choking me so tightly, I wasn't able to.

12.    The deputy then slammed my face against the wall. It hurt so bad and it felt like *someone throwing a rock at my face B.R.* The deputy then punched my right ribs over and over again for what felt like 6-7 times. I could hardly breathe before he punched me and it was even harder after the punches to my ribs.

13.    He yelled, "See! I hate you motherfucking monkeys. Damn nigger!"

14.    The deputy then told me to sit down so I sat down *on a bench B.R.*

15.    I could see the deputy looking at his hand and it looked like it was bleeding and he said to me, "I broke my hand on you all before. You're all young and dumb." *B.R.*

16.    At this point, I saw his name, Valdez on his name tag and he said to me, "You're reading my name so you can write me up for something?" I told him, "I don't know what to write you on." I was scared that if I didn't say this to him, he'd beat me up even more. Deputy Valdez is *5'10", Hispanic with spiky B.R.* *slicked back hair B.R.*

17.    Deputy Valdez then looked at me and said, "So you like half Mexican and half White cock?" I said, "No, sir." I felt so disgusted and humiliated when he said this to me.

2

1    18.    Deputy Valdez then said, "You motherfuckers always give us shit."

2  It was pretty clear to me that he was referring to African-Americans when he said

3  "you motherfuckers" because he had called me a "nigger" and a "monkey" a few

4  minutes earlier.    B.R.

5    19.    After this, *a deputy who is hispanic with buzzed hair* escorted me to Module 2400, which is

6  the "hole."

7    20.    I was not taken to the medical clinic or given any type of medical

8  attention.  My neck was so sore from Deputy Valdez choking me and my head hurt

9  from having it banged on the metal bar.

10    21.    *Two days later* B.R. went to Sergeant's Court, which is a type of hearing

11  where you supposedly have an opportunity to tell your side of the incident and

12  where the sergeant will tell you your disciplinary time.  *I wasn't able to tell*

13  *my side of the story because, the senior deputy* B.R. I was

14  given five days for being disrespectful and for insubordination during count time.

15    I declare under penalty of perjury of the laws of the State of California and

16  the United States that the foregoing is true and correct.  Executed this *9th* B.R. day

17  of ~~August~~, *September* B.R. 2011 in Los Angeles, California.

18

19                          Burke Robinson

B.R. 20  *told me that he was giving me 5 days no matter*

21  *what I told him.  I don't know the name of*

22  *the deputy, but he is short, 5'6"-5-7" and*

23  *Hispanic.  A woman was there.  She was a*

24  *custody Assistant, Hispanic, 5'7"-5'8" and*

25  *~~wearing~~ had a pony-tail.* B.R.

26

27

28

                          3

                                    000591

# DECLARATION OF CURRENT PRISONER MR. DDD ALEX ROSAS

000592

**Declaration of Alex Rosas**

I, Alex Rosas, hereby declare:

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2. I am 24 years old and am currently housed at Men's Central Jail ("MCJ"), Module 3300, Row B, Cell 17. My booking number is 2598123.

3. I am writing this declaration to describe the beating of a fellow inmate, Arturo Fernandez, on July 22, 2011 and an incident when deputies attacked and threatened me on August 9, 2011.

4. On July 22, 2011, Deputies Bearer and Luviano were escorting another inmate and me from the visiting area at MCJ to our module. As we were getting closer to the module, I heard the deputies' radio, but didn't hear what it said. *AR Attached is a diagram of the hallway and the module, labeled as exhibit 1. AR My position before entering the module is labeled as "R1", Deputy Luviano is marked as "L" and*

5. Deputy Bearer left us and ran over to the module and opened the door. I didn't know what was going on. I looked back and I saw what looked like 20-30 deputies running towards my module. *Deputy Bearer is marked as "B" AR*

6. Before going through the door to the module, Deputy Luviano told us to go inside *AR My position is marked "R2"* the module and face the wall, which we did. When I walked in, I saw Mr. Fernandez handcuffed with blood all over his face.

7. Deputy Luviano told me to turn around and to stop looking.

8. I looked over and saw that there were several deputies surrounding Mr. Fernandez *Mr. Fernandez is marked as "F" AR* *AR* and were punching him. I also saw that Deputy Luviano had Mr. Fernandez' *neck* in the crook of his arm, holding him in a headlock and saw him throw Mr. Fernandez to the ground. I recognized Deputies Guerrero, Luviano, Bearer and Ibarra as some of the deputies who were beating up Mr. Fernandez. I knew who all of these deputies were because they work on my *AR* module. *I also heard Mr. Fernandez yelling that he couldn't breathe. AR*

9. As I was watching the deputies beat Mr. Fernandez, I didn't see Mr. Fernandez fighting with them. I saw that he was handcuffed from *behind* and being pummeled by *AR* deputies. *Mr. Fernandez was only wearing his boxers and his shower shoes. AR I heard deputies yelling that he was resisting, but he wasn't. AR*

000593

*[handwritten at top:] I also saw Deputy _____ Bearer tackle Mr. Fernandez down press with his knee with all his weight onto Mr. Fernandez' back. I then heard Mr. Fernandez yelling*

*[handwritten right margin:] OUT IN PAIN · AR*

10. One of the deputies told us to go to our row and we began walking towards our row. As I walked towards my row, I looked back in time to see the deputies dragging Mr. Fernandez out of the door that leads out to the main hallway on the 3000 floor. I didn't see where the deputies took him.

11. A deputy then walked over to us, opened up the gate to our row and I walked to my cell.

12. An hour later, after I had been let inside my cell, Deputies Ibarra and Luviano came to my cell and said to me, "You better not saying anything." I told them that I hadn't seen anything. I was afraid that if I had told them that I had seen the deputies beat up Mr. Fernandez that the deputies were going to do something bad to me or arrange for other inmates to attack me.

13. A few days later, Deputies Ibarra and Luviano again came to my cell and threatened me to not to saying anything. I again told them that I hadn't seen anything. I was very scared that something was going to happen to me.

14. On August 9, 2011, Deputies Bearer and Ibarra came to my cell and told me to "Cuff up", which means to get ready to be handcuffed. I asked them why and they told me, "We're going to search your cell. An inmate told us that you have something in your cell." I told them that I didn't have anything in my cell nor did I have anything to hide. The deputies said, "Tell us where it's at. If you tell us, we won't take you to the 'hole'" I again told them that I didn't have anything. The deputies said, "We're going to toss up your cell." They handcuffed me and escorted me out to the main hallway on the 3000 floor and had me sit outside, facing the wall.

15. ~~5 minutes~~ *Five minutes AR* later, Deputy Luviano told me to move away from the door. I felt like he didn't want me near the door, so that the inmates wouldn't be able to see the deputies do anything to me. I complied and moved.

16. Deputies Ibarra and Bearer then came up to me and said, "Why did you put something in your phone?" I asked them that I didn't put anything in the phone that is in my cell and asked how I was going to be able to put anything in my phone without any tools. The deputies told me that they had found a razor that was made into a "slicer" or a type of weapon. I

2

1   again told them that I hadn't done it and the weapon wasn't mine.

2      17.      Deputy Luviano then said to me, "Why are you lying to my deputies?"  After he

3   made this comment, he punched the back of my head 4-5 times.

4      18.      I told him, "I'm not lying, sir."  I was trying to be extremely polite because I was

5   already scared that the deputies were going to try to do something to me because the deputies had

6   come up to my cell after they beat up Mr. Fernandez.

7      19.      One of the deputies said to me, "You're going to the 'hole' for the 'slicer.'"

8      20.      ~~They escorted me to Module _____ and had me sit outside on the bench.~~

9   During the course of an hour, the deputies would mockingly ask me, "Are you tired?" several

10  times.  An hour later, the deputies came to my cell with the disciplinary paperwork.

11     21.      The deputies said to me, "Look.  We're going to make this easier for you.  Write

12  that you had the 'slicer' and we won't add on any charges."  I took this to mean that if I lied and

13  confessed that the "slicer" was mine that they wouldn't take me to the "hole" and they wouldn't

14  file any assault on deputies charges against me.  I have heard from a lot of inmates that the

15  deputies will file false charges against them after the deputies beat up inmates and saying that it

16  was the inmates who assaulted the staff.

17     22.      I refused to sign the paperwork.  Deputy Ibarra told Deputy Bearer, "Take him to

18  the 'hole.'"

19     23.      When I was escorted into the "hole" in Module 3301, Row A, Cell 10, I

20  asked Deputy Reza if I could get a complaint form.  Deputy Reza told me, "You don't get

21  complaint forms in the hole."  I told him that I'd ask the afternoon shift deputies for a complaint

22  form as Deputy Reza worked in the mornings.  Deputy Reza then told me, "I'll talk to the PM

23  shift to make sure you don't get one."

24     24.      Even after Deputy Reza said this to me, I waited until the afternoon shift deputies

25  \ \ \

26  \ \ \

27  \ \ \

28  \ \ \

3

000595

1  came and asked them for a complaint form.  They told me that I couldn't have one.

2       I declare under penalty of perjury of the laws of the State of California and the United

3  States that the foregoing is true and correct.  Executed this 22nd day of August, 2011 in Los

4  Angeles, California.

5                                             Rosas A.

6                                             Alex Rosas

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4



**Declaration of Alex Rosas**

I, Alex Rosas, hereby declare:

1.      I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.      I am 24 years old and am currently housed at Men's Central Jail ("MCJ"), Module 3300, Row B, Cell 17.  My booking number is 2598123.

3.      I am writing this declaration to describe the beating of a fellow inmate, Arturo Fernandez, on July 22, 2011 and an incident when deputies attacked and threatened me on August 9, 2011.

4.      On July 22, 2011, Deputies Bearer and Luviano were escorting another inmate and me from the visiting area at MCJ to our module.  Attached is a diagram of the hallway and the module, labeled as Exhibit 1.  As we were getting closer to the module, I heard the deputies' radio, but didn't hear what it said.  My position before entering the module is labeled as "R1", Deputy Luviano is marked as "L" and Deputy Bearer is marked as "B."

5.      Deputy Bearer left us and ran over to the module and opened the door.  I didn't know what was going on.  I looked back and I saw what looked like 20-30 deputies running towards my module.

6.      Before going through the door to the module, Deputy Luviano told us to go inside the module and face the wall, which we did.  When I walked in, I saw Mr. Fernandez handcuffed with blood all over his face.

7.      Deputy Luviano told me to turn around and to stop looking.

8.      I looked over and saw that there were several deputies surrounding Mr. Fernandez and were punching him.  Mr. Fernandez is marked as "F."  I also saw that Deputy Luviano had Mr. Fernandez' neck in the crook of his arm, holding him in a headlock and saw him throw Mr. Fernandez to the ground. I recognized Deputies Guerrero, Luviano, Bearer and Ibarra as some of the deputies who were beating up Mr. Fernandez.  I knew who all of these deputies were because they work on my module.  I also heard Mr. Fernandez yelling that he couldn't breathe.

9.      As I was watching the deputies beat Mr. Fernandez, I didn't see Mr. Fernandez

1   fighting with them.  I saw that he was handcuffed from behind and being pummeled by deputies.

2   Mr. Fernandez was only wearing his boxers and his shower shoes.  I heard the deputies yelling

3   that he was resisting, but he wasn't.  I also saw Deputy Bearer tackle Mr. Fernandez then press

4   with his knee with all his weight onto Mr. Fernandez' back.  I then heard Mr. Fernandez yelling

5   out in pain.

6          10.     One of the deputies told us to go to our row and we began walking towards our

7   row.  As I walked towards my row, I looked back in time to see the deputies dragging Mr.

8   Fernandez out of the door that leads out to the main hallway on the 3000 floor.  I didn't see

9   where the deputies took him.

10         11.     A deputy then walked over to us, opened up the gate to our row and I walked to

11  my cell.

12         12.     An hour later, after I had been let inside my cell, Deputies Ibarra and Luviano

13  came to my cell and said to me, "You better not saying anything."  I told them that I hadn't seen

14  anything.  I was afraid that if I had told them that I had seen the deputies beat up Mr. Fernandez

15  that the deputies were going to do something bad to me or arrange for other inmates to attack me.

16         13.     A few days later, Deputies Ibarra and Luviano again came to my cell and

17  threatened me to not to saying anything.  I again told them that I hadn't seen anything.  I was very

18  scared that something was going to happen to me.

19         14.     On August 9, 2011, Deputies Bearer and Ibarra came to my cell and told me to

20  "Cuff up", which means to get ready to be handcuffed.  I asked them why and they told me,

21  "We're going to search your cell.  An inmate told us that you have something in your cell."  I told

22  them that I didn't have anything in my cell nor did I have anything to hide.  The deputies said,

23  "Tell us where it's at.  If you tell us, we won't take you to the 'hole'"  I again told them that I

24  didn't have anything.  The deputies said, "We're going to toss up your cell."  They handcuffed

25  me and escorted me out to the main hallway on the 3000 floor and had me sit outside, facing the

26  wall.

27         15.     Five minutes later, Deputy Luviano told me to move away from the door.  I felt

28  like he didn't want me near the door, so that the inmates wouldn't be able to see the deputies do

000599

1   anything to me.   I complied and moved.

2       16.     Deputies Ibarra and Bearer then came up to me and said, "Why did you put

3   something in your phone?" I asked them that I didn't put anything in the phone that is in my cell

4   and asked how I was going to be able to put anything in my phone without any tools.  The

5   deputies told me that they had found a razor that was made into a "slicer" or a type of weapon.  I

6   again told them that I hadn't done it and the weapon wasn't mine.

7       17.     Deputy Luviano then said to me, "Why are you lying to my deputies?"  After he

8   made this comment, he punched the back of my head 4-5 times.

9       18.     I told him, "I'm not lying, sir." I was trying to be extremely polite because I was

10  already scared that the deputies were going to try to do something to me because the deputies had

11  come up to my cell after they beat up Mr. Fernandez.

12      19.     One of the deputies said to me, "You're going to the 'hole' for the 'slicer.'"

13      20.      During the course of an hour, the deputies would mockingly ask me, "Are you

14  tired?" several times.  An hour later, the deputies came to my cell with the disciplinary

15  paperwork.

16      21.     The deputies said to me, "Look.  We're going to make this easier for you.  Write

17  that you had the 'slicer' and we won't add on any charges." I took this to mean that if I lied and

18  confessed that the "slicer" was mine that they wouldn't take me to the "hole" and they wouldn't

19  file any assault on deputies charges against me.  I have heard from a lot of inmates that the

20  deputies will file false charges against them after the deputies beat up inmates and saying that it

21  was the inmates who assaulted the staff.

22      22.     I refused to sign the paperwork.  Deputy Ibarra told Deputy Bearer, "Take him to

23  the 'hole.'"

24      23.     When I was escorted into the "hole" in Module 3301, Row A, Cell 6, I asked

25  Deputy Reza if I could get a complaint form.  Deputy Reza told me, "You don't get complaint

26  forms in the hole." I told him that I'd ask the afternoon shift deputies for a complaint form as

27  Deputy Reza worked in the mornings.  Deputy Reza then told me, "I'll talk to the PM shift to

28  make sure you don't get one."

3

000600

24.     Even after Deputy Reza said this to me, I waited until the afternoon shift deputies came and asked them for a complaint form.  They told me that I couldn't have one.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct.  Executed this 22nd day of August, 2011 in Los Angeles, California.

                                        _____/s/_____

                                        Alex Rosas

4

000601



000602

# DECLARATION OF CURRENT PRISONER MR. EEE MANI SADRI

000603

## Declaration of Mani Sadri

I, Mani Sadri, hereby declare:

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2. I am thirty-~~four~~ *five M.S* years old.  I have been at Men's Central Jail ("MCJ") since July 2010.  I am currently housed in Module 3500, Row ~~D~~ *B M.S*, Cell ~~11~~ *19 M.S*.  My booking number is 2388924.

3. On or about Friday, January 28, 2011, after the morning pill call, I was in my cell.

4. A deputy came to my cell and said that I had a pass.  ~~I don't the name of the~~ *His name is DEPUTY M.S* ~~deputy, but~~ *Carbajal M.S* he is Hispanic, tall and bald.  He handcuffed me with my hands behind me and waist-cuffed me, which means that I have chains around my waist and wrist.

5. ~~He~~ *DEPUTY Carbajal M.S* escorted me down the stairs to the first floor of the module.  There was a nurse standing in front of the control booth on the first floor of the module.

6. The nurse told the ~~Deputy~~ *M.S Carbajal M.S* that she needed to share some medical information with me regarding test results and that it was a confidential and private matter.  I had taken a court-ordered medical exam approximately at the end of November 2010 and this was the exam that the nurse was referring to.

7. The nurse asked the ~~Deputy~~ *Carbajal M.S* if there was a room where she and I could go to talk in private.

8. *M.S* The ~~Deputy~~ *Carbajal M.S* told her that the conversation needed to be done in front of him.

9. *M.S* The ~~Deputy~~ *Carbajal M.S* walked approximately fifteen feet away from where the nurse and I were standing.

10. The nurse gave me a letter that was from the Los Angeles Sheriff's Department's headquarters as there was a seal on top of the letter.

11. She told me that I needed to take the letter she was going to provide me after the conversation; and that I was to take the letter to court with me in March 2011 and give it to the judge.

12. After she reviewed the letter's contents with me, she told the ~~Deputy~~ *M.S Carbajal* that I needed to sign a form indicating that she had this conversation with me.

000604

13. The Deputy said that he couldn't release me from my handcuffs. I wasn't able to sign the form. The nurse then said that she would write down in her notes that I couldn't sign the form because I was handcuffed.

14. As she was writing, I told her that I had seizures and other medical issues, but I wasn't getting treated for them at MCJ. I also expressed to her that I was afraid of Deputy Ibarra who had threatened me in the past. I also told her that I had complained to the ACLU and that they were aware of this. I saw her write down Deputy Ibarra's name in her notes.

15. When I told the nurse that I was afraid of Deputy Ibarra because he had threatened me in the past, I was referring to an incident that occurred in December of 2010. In December, I had written an inmate complaint form against Deputy Ibarra for not allowing me to go to the showers, not giving me some of my meals and not placing me on the doctor's list when I request to be placed on the list for my medical issues. I also had an opportunity to speak to a sergeant about the same complaints as well. I don't know the name of the sergeant, but he is White, short, wears glasses and has a moustache.

16. The sergeant was walking my row in December of 2010 and I asked him if I could speak with him. Deputy Ibarra was walking the row with him and he walked two cells down from where I was housed and stayed there until the sergeant finished talking to me.

17. After I finished speaking to the sergeant, he said he would "look into it."

18. After submitting the complaint and talking to the sergeant about Deputy Ibarra, Deputy Ibarra treated me even more unfairly than before, by again, not letting me take showers, not giving me my food and not allowing me to be placed on the doctor's list.

19. After the nurse left, ~~the Hispanic, tall and bald deputy~~ then walked me back up to my row.

20. As we got up the stairs, in front of the second floor of the module's control booth, right before the shower area, the Deputy said to me, "Let me see your letter." I told him, "I'm sorry, but this is confidential. I can't let you see it." He told me, "Shut up and give it to me. You know I can just beat you up."

21. I told him, "I know you can, but there is no need. There's no reason for it."

2

22. [Deputy Carbajal] M.S
He then told me, "If you contact the ACLU one more time or if I see any letters being sent there, I can open up your cell and say that it was a mistake. I'll have inmates come into your cell and have them finish you. Do your time. Don't complain to anyone if you want to make it out of here alive."

23. After he said this to me, he escorted me to my cell, uncuffed me and I was placed back in my cell.

24. I knew that [this deputy] [Deputy Carbajal] M.S had seen one of my letters that I sent to the ACLU because in late December, before going to court, I gave him a letter that needed to sent to the ACLU. I wrote "ACLU" on the envelope. We are supposed to give the module deputies our outgoing mail and the deputies will then process them and forward them to the appropriate area.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed this 12th Day M.S of April M.S, 2011 in Los Angeles, California.

_Mani Sadri_   by looking at his name badge

M.S 25. I found out Deputy Carbajal's name when he escorted me from medical back to my module, 3500, last week in the afternoon. As we were walking back, I told him that I wanted to talk to a sergeant. I wanted to talk to a sergeant about the incident I described above and because I feared for my life. Deputy Carbajal said, "He's not going to speak to you; He's not your sergeant." He then said, "You better not tell anyone what happened or I'm going to open your cell and have the other inmates finish you. I'm also going to tell them about your case. Who do you think they're going to believe? If someone asks me how your cell got open, I'm going to tell them that I accidentally opened it. M.S

3

000606

**Declaration of Mani Sadri**

I, Mani Sadri, hereby declare:

1.      I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.      I am thirty-five years old.  I have been at Men's Central Jail ("MCJ") since July 2010.  I am currently housed in Module 3500, Row B, Cell 19.  My booking number is 2388924.

3.      On or about Friday, January 28, 2011, after the morning pill call, I was in my cell.

4.      A deputy came to my cell and said that I had a pass.  His name is Deputy Carbajal.  He is Hispanic, tall and bald.  He handcuffed me with my hands behind me and waist-cuffed me, which means that I have chains around my waist and wrist.

5.      Deputy Carbajal escorted me down the stairs to the first floor of the module.  There was a nurse standing in front of the control booth on the first floor of the module.

6.      The nurse told Deputy Carbajal that she needed to share some medical information with me regarding test results and that it was a confidential and private matter.  I had taken a court-ordered medical exam approximately at the end of November 2010 and this was the exam that the nurse was referring to.

7.      The nurse asked Deputy Carbajal if there was a room where she and I could go to talk in private.

8.      Deputy Carbajal told her that the conversation needed to be done in front of him.

9.      Deputy Carbajal  walked approximately fifteen feet away from where the nurse and I were standing.

10.      The nurse gave me a letter that was from the Los Angeles Sheriff's Department's headquarters as there was a seal on top of the letter.

11.      She told me that I needed to take the letter she was going to provide me after the conversation; and that I was to take the letter to court with me in March 2011 and give it to the judge.

12.      After she reviewed the letter's contents with me, she told the Deputy Carbajal that I needed to sign a form indicating that she had this conversation with me.

000607

13.     Deputy Carbajal said that he couldn't release me from my handcuffs.  I wasn't able to sign the form.  The nurse then said that she would write down in her notes that I couldn't sign the form because I was handcuffed.

14.     As she was writing, I told her that I had seizures and other medical issues, but I wasn't getting treated for them at MCJ.  I also expressed to her that I was afraid of Deputy Ibarra who had threatened me in the past.  I also told her that I had complained to the ACLU and that they were aware of this.  I saw her write down Deputy Ibarra's name in her notes.

15.     When I told the nurse that I was afraid of Deputy Ibarra because he had threatened me in the past, I was referring to an incident that occurred in December of 2010.  In December, I had written an inmate complaint form against Deputy Ibarra for not allowing me to go to the showers, not giving me some of my meals and not placing me on the doctor's list when I request to be placed on the list for my medical issues.  I also had an opportunity to speak to a sergeant about the same complaints as well.  I don't know the name of the sergeant, but he is White, short, wears glasses and has a moustache.

16.     The sergeant was walking my row in December of 2010 and I asked him if I could speak with him.  Deputy Ibarra was walking the row with him and he walked two cells down from where I was housed and stayed there until the sergeant finished talking to me.

17.     After I finished speaking to the sergeant, he said he would "look into it."

18.     After submitting the complaint and talking to the sergeant about Deputy Ibarra; Deputy Ibarra treated me even more unfairly than before, by again, not letting me take showers, not giving me my food and not allowing me to be placed on the doctor's list.

19.     After the nurse left, Deputy Carbajal then walked me back up to my row.

20.     As we got up the stairs, in front of the second floor of the module's control booth, right before the shower area, Deputy Carbajal said to me, "Let me see your letter."  I told him, "I'm sorry, but this is confidential.  I can't let you see it."  He told me, "Shut up and give it to me.  You know I can just beat you up."

21.     I told him, "I know you can, but there is no need.  There's no reason for it."

22.     Deputy Carbajal then told me, "If you contact the ACLU one more time or if I see

2

1  any letters being sent there, I can open up your cell and say that it was a mistake. I'll have

2  inmates come into your cell and have them finish you. Do your time. Don't complain to anyone

3  if you want to make it out of here alive."

4         23.    After he said this to me, he escorted me to my cell, uncuffed me and I was placed

5  back in my cell.

6         24.    I knew that Deputy Carbajal had seen one of my letters that I sent to the ACLU

7  because in late December, before going to court, I gave him a letter that needed to sent to the

8  ACLU. I wrote "ACLU" on the envelope. We are supposed to give the module deputies our

9  outgoing mail and the deputies will then process them and forward them to the appropriate area.

10        25.    I found out Deputy Carbajal's name by looking at his name badge when he

11  escorted me from Medical back to my module, 3500, last week in the afternoon. As we were

12  walking back, I told him that I wanted to talk to a sergeant. I wanted to talk to a sergeant about

13  the incident I described above and because I feared for my life. Deputy Carbajal said, "He's not

14  going to speak to you. He's not your sergeant." He then said, "You better not tell anyone what

15  happened or I'm going to open your cell and have the other inmates finish you. I'm also going to

16  tell them about your case. Who do you think they're going to believe? If someone asks me how

17  your cell got open, I'm going to tell them that I accidentally opened it."

18        I declare under penalty of perjury of the laws of the State of California and the United

19  States that the foregoing is true and correct. Executed this 12th day of April, 2011 in Los

20  Angeles, California.

21                                    _____/s/_____

22                                    Mani Sadri

23

24

25

26

27

28

                                        3

000609

# DECLARATION OF CURRENT PRISONER MR. FFF IRVIN SHAW

000610

1        **Declaration of Irvin Shaw**

2        I, Irvin Shaw, hereby declare:

3        1.      I make this declaration based on my own personal knowledge and if called to

4    testify I could and would do so competently as follows:

5        2.      I am 29 years old and I am currently housed at Twin Towers Correctional Facility

6    ("TTCF") Module 141, Pod D, Cell 7.  My booking number is 2349049.

7                            August 2010

8        3.      ~~Around~~ *on or about 14* August 2010, I was beaten up by inmates because I was labeled a "snitch"

9    at TTCF in Module 132, F Pod.  *About a week later*, I was moved to Men's Central Jail

10   ("MCJ").  *← The same day I was moved to TTCF Module 142, Pod F.*

11                           August 21, 2010

12       4.      On August 21, 2010, an African American inmate was murdered at MCJ.

13       5.      That evening, I was housed in MCJ Module 2200/2400, Row A, Cell 13 and the

14   African American inmate was housed in the same module and row as me, except he was in cell 2.

15       6.      A couple of hours before the inmate was murdered, I told Custody Assistant

16   ("CA") Gonzalez that my life was being threatened by the module trustees because I was labeled

17   a "snitch" and that I needed to move to Protective Custody.  CA Gonzalez told me, "I ain't

18   moving you no fucking where."

19       7.      I was labeled a "snitch" because I told on my co-defendants in our late 2004

20   criminal case and because I was wearing a keep-away wrist band.  I was wearing a keep-away

21   wrist band because the Court wanted me to be separated from my co-defendants in my 2010

22   criminal case.

23       8.      I don't know the names of the trustees, but one is Hispanic and he's from the 18th

24   Street Gang, the second is Hispanic and is nicknamed "Evil", the third is a Block Crip gang

25   member named "7 Ball" and the fourth, is also a Block Crip gang member his named "Striller".

26   These trustees were threatening me and the inmate in Cell 2.

27       9.      The trustees came to my cell and were telling my cell mates to "get me".  I took

28   that as they wanted my cell mates to hurt me or even kill me.  My cell mates were not affiliated

000611

1    with a gang and they told the trustees that they don't "bang", which means that they are not

2    members of a gang or represent a gang.

3         10.    An hour before the inmate was killed, I was still being threatened by the trustees

4    and the other inmates in the module.  I can hear the inmates say, "They're going stab you up

5    when they see you elsewhere."  I again told CA Gonzalez to move me and he said that he wasn't

6    going to move me.  He threatened me saying, "I'm gonna move you to the front row.  I'm gonna

7    move you to the front row."  CA Gonzalez meant that he was going to move me to a cell closer

8    to the front of the row A.

9         11.    I didn't want to be moved to the front row because I knew I would be an easier

10   target if I was there especially because I was going to be moved to Cell 2 and I knew that

11   something was going to happen to the inmate in Cell 2.

12        12.    Approximately half an hour later, I saw the trustees standing in front of Cell 2 and

13   I heard the inmate in Cell 2 yell out, "Help me!  Get me out of here!  They're gonna kill me!"  I

14   then heard one of the deputies walk over to his cell and say, "Shut the fuck up before I let them in

15   here."  The deputy then walked away.

16        13.    The trustees again came by my cell and told my cell mates to "get me."  My cell

17   mates again said no and the trustees kept saying, "Just get him.  Just get him."

18        14.    I then heard inmates from the upper row, Row C, yell out, "Just kill him."  I then

19   heard the inmate in Cell 2 yell out, "Deputy!  Help me, Deputy!  I'm going to kill myself."

20   Again the inmates from Row C were yelling out, "just kill him."  The inmate in Cell 2 yelled out,

21   "They're gonna kill me."

22        15.    At this point, I saw one of the trustees take off his jail shirt and shake his shirt out

23   repeatedly.  I then heard a loud noise like the sound of many jail shirts being shaken repeatedly.

24   With a lot of inmates doing this at the same time, it produces a loud noise.  The module is made

25   up of concrete, so there's not nothing to absorb the sound.  I knew that something was going to

26   happen because the inmates were doing this to cover up any noise.

27        16.    I could still hear the inmate in Cell 2 yelling, "Stop!  Stop!" and screaming for

28   what seemed like fifteen minutes.

2

17.    While the inmate in Cell 2 was yelling and screaming, I was yelling out, "Deputy! Deputy! Help him!"

18.    It then got quiet and I heard an inmate in Row C ask, "Is he dead?" I then heard a voice coming from Cell 2 saying, "He's already six feet under."

19.    I then saw two trustees bringing in towels into Cell 2 and I could see that there was a lot of blood on the towels. I also could see inmates from Row C throwing down towels to the trustees on Row A who were in Cell 2. I saw a deputy at the front locked entrance watching the trustees cleaning the cell. I was able to see the trustees taking the bloody towels and throwing them inside a large plastic bag.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed this 20th day of April, 2011 in Los Angeles, California.

Irvin Shaw

1                          **Declaration of Irvin Shaw**

2          I, Irvin Shaw, hereby declare:

3          1.      I make this declaration based on my own personal knowledge and if called to

4   testify I could and would do so competently as follows:

5          2.      I am 29 years old and I am currently housed at Twin Towers Correctional Facility

6   ("TTCF") Module 141, Pod D, Cell 7.  My booking number is 2349049.

7                                  August 2010

8          3.      On or about August 14, 2010, I was beaten up by inmates because I was labeled a

9   "snitch" at TTCF in Module 132, F Pod.  The same day, I was moved to Module 142, Pod F at

10  TTCF.  About less than a week later, I was moved to Men's Central Jail ("MCJ").

11                                August 21, 2010

12         4.      On August 21, 2010, an African American inmate was murdered at MCJ.

13         5.      That evening, I was housed in MCJ Module 2200/2400, Row A, Cell 13 and the

14  African American inmate was housed in the same module and row as me, except he was in cell 2.

15         6.      A couple of hours before the inmate was murdered, I told Custody Assistant

16  ("CA") Gonzalez that my life was being threatened by the module trustees because I was labeled

17  a "snitch" and that I needed to move to Protective Custody.  CA Gonzalez told me, "I ain't

18  moving you no fucking where."

19         7.      I was labeled a "snitch" because I told on my co-defendants in our late 2004

20  criminal case and because I was wearing a keep-away wrist band.  I was wearing a keep-away

21  wrist band because the Court wanted me to be separated from my co-defendants in my 2010

22  criminal case.

23         8.      I don't know the names of the trustees, but one is Hispanic and he's from the 18th

24  Street Gang, the second is Hispanic and is nicknamed "Evil", the third is a Block Crip gang

25  member named "7 Ball" and the fourth, is also a Block Crip gang member his named "Striller".

26  These trustees were threatening me and the inmate in Cell 2.

27         9.      The trustees came to my cell and were telling my cell mates to "get me".  I took

28  that as they wanted my cell mates to hurt me or even kill me.  My cell mates were not affiliated

000614

1   with a gang and they told the trustees that they don't "bang", which means that they are not

2   members of a gang or represent a gang.

3        10.     An hour before the inmate was killed, I was still being threatened by the trustees

4   and the other inmates in the module. I can hear the inmates say, "They're going stab you up

5   when they see you elsewhere." I again told CA Gonzalez to move me and he said that he wasn't

6   going to move me. He threatened me saying, "I'm gonna move you to the front row. I'm gonna

7   move you to the front row." CA Gonzalez meant that he was going to move me to a cell closer

8   to the front of the row A.

9        11.     I didn't want to be moved to the front row because I knew I would be an easier

10  target if I was there especially because I was going to be moved to Cell 2 and I knew that

11  something was going to happen to the inmate in Cell 2.

12       12.     Approximately half an hour later, I saw the trustees standing in front of Cell 2 and

13  I heard the inmate in Cell 2 yell out, "Help me! Get me out of here! They're gonna kill me!" I

14  then heard one of the deputies walk over to his cell and say, "Shut the fuck up before I let them in

15  here." The deputy then walked away.

16       13.     The trustees again came by my cell and told my cell mates to "get me." My cell

17  mates again said no and the trustees kept saying, "Just get him. Just get him."

18       14.     I then heard inmates from the upper row, Row C, yell out, "Just kill him." I then

19  heard the inmate in Cell 2 yell out, "Deputy! Help me, Deputy! I'm going to kill myself."

20  Again the inmates from Row C were yelling out, "just kill him." The inmate in Cell 2 yelled out,

21  "They're gonna kill me."

22       15.     At this point, I saw one of the trustees take off his jail shirt and shake his shirt out

23  repeatedly. I then heard a loud noise like the sound of many jail shirts being shaken repeatedly.

24  With a lot of inmates doing this at the same time, it produces a loud noise. The module is made

25  up of concrete, so there's not nothing to absorb the sound. I knew that something was going to

26  happen because the inmates were doing this to cover up any noise.

27       16.     I could still hear the inmate in Cell 2 yelling, "Stop! Stop!" and screaming for

28  what seemed like fifteen minutes.

000615

17.     While the inmate in Cell 2 was yelling and screaming, I was yelling out, "Deputy! Deputy!  Help him!"

18.     It then got quiet and I heard an inmate in Row C ask, "Is he dead?"  I then heard a voice coming from Cell 2 saying, "He's already six feet under."

19.     I then saw two trustees bringing in towels into Cell 2 and I could see that there was a lot of blood on the towels.  I also could see inmates from Row C throwing down towels to the trustees on Row A who were in Cell 2.  I saw a deputy at the front locked entrance watching the trustees cleaning the cell.  I was able to see the trustees taking the bloody towels and throwing them inside a large plastic bag.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct.  Executed this 20th day of April, 2011 in Los Angeles, California.

_____/s/_____

Irvin Shaw

3

000616

# DECLARATION OF CURRENT PRISONER MR. GGG RODNEY SMITH

000617

# DECLARATION OF RODNEY SMITH

I, Rodney Smith, hereby declare:

1.     I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.     I am currently an inmate at Twin Towers Correctional Facility ("TTCF") in Module 132, Pod A, Cell 14 and I have been housed at this location for eight weeks. Before I was in Module 132, I was housed in Module 151, Pod E, Cell 9 in TTCF. I have been an inmate in TTCF since October 2010. I am 53 years old and 5 feet, 5 inches tall. My booking number is 2524772.

3.     I am submitting this declaration to describe my own humiliating experience of physical abuse carried out by a Los Angeles County sheriff's deputy who aggressively used a flashlight to probe me during a bodily inspection, and a horrific incident where sheriff's deputies brutally beat a defenseless fellow inmate, which I witnessed.

## Sheriff's Deputy Probing with a Flashlight

4.     On or about February 18, 2011, sometime in the afternoon at TTCF, four or five Los Angeles County sheriff's deputies ordered me and about 55 other inmates in my pod out of our cells to the Outdoor Recreation area for a general search. Deputies have done these general searches several times a week since I have been housed here.

5.     Once we arrived in the Outdoor Recreation area, sheriff's deputies ordered all the inmates to strip down. I did as the deputies directed and removed my blue and yellow jumpsuit, which is typically worn by inmates with psychiatric problems, and my underwear.

6.     The deputies ordered all the inmates to stand in line naked, and Deputy Hernandez – who looks like a biracial Hispanic/Caucasian, and who is almost 6 feet tall with a thin build – walked down the lines to search us.

1

000618

7.    As we were standing naked, the deputies ordered us to squat, bend over, and, using both hands, reach around to spread our buttocks for inspection by deputies.

8.    When Deputy Hernandez got to me, he spent several seconds longer with me than he had with the other inmates he was inspecting. While Deputy Hernandez spent about four seconds with the other inmates, he spent about twice that long – about 8 to 10 seconds – with me.

9.    As he stood behind me searching me, he barked, "Pull your nuts back," which I believe he directed me to do so he could get a better look at my buttocks.

10.   After the search, the deputies  ordered us to get dressed and go back to our cells.

11.   Several hours after the general search – I cannot be sure of the time because we do not have clocks in our cells – Deputy Hernandez ordered me out of my cell and called me out to the Outdoor Recreation area again for a search.

12.   There were no other deputies or inmates in the Outdoor Recreation area with us at the time.

13.   Just like earlier in the day, Deputy Hernandez ordered me to remove my blue and yellow jumpsuit and my underwear until I was standing naked. I asked Deputy Hernandez why he was searching me when he had searched me already earlier in the day, and he said that he was "searching for contraband."

14.   I told Deputy Hernandez "I don't have any," to which Deputy Hernandez replied "Are you being smart with me?"

15.   As had occurred during the previous search, Deputy Hernandez ordered me to squat, bend over, and spread my buttocks using both my hands.

16.   I did as Deputy Hernandez ordered, however, Deputy Hernandez ordered me to spread my buttocks wider. At that point, my nails, which are about a quarter of an inch long, were digging into my skin. As a result, I could not

2

1  comfortably spread my buttocks any wider as Deputy Hernandez was ordering me
2  to do.

3       17.    Since I was uncomfortable with the amount that Deputy Hernandez
4  had ordered me to spread my buttocks, I blurted out "What are you, gay?"

5       18.    Deputy Hernandez then took the end of his heavy, baton-like metal
6  flashlight, which is about a foot long and about two inches in diameter, and
7  shoved it between my fingers as they were spreading my buttocks.

8       19.    My fingers prevented the flashlight from going very far into my
9  rectum, only about a half an inch of the flashlight went in, but the impact of the
10 flashlight caused my nails to dig into my skin.

11      20.    Since I was angry and humiliated, I lashed out the only way I could,
12 and I repeated, "What are you, a fag?" as Deputy Hernandez used the end of the
13 flashlight to try to probe further into my rectal area. Deputy Hernandez then said,
14 "Smart ass, huh?" and ordered me to put on my clothes and sent me back to my
15 cell.

16      21.    I was not aware that I had been injured during the search, but when I
17 walked back to my cell, I felt something squishy coming out of my rectal area.
18 When I wiped with some toilet paper, it became streaked with blood.

19      22.    I did not report the injury right away when I first noticed the injury
20 because I thought it would heal on its own.

21      23.    After several weeks, however, the cut still bled, and the pain in my
22 rectal area got worse. It became difficult and incredibly painful to go to the
23 bathroom, and I believe the cut got infected because of all the pain and
24 inflammation around the area. Because of the pain, I requested to see a doctor.

25      24.    Even though I had requested to see a doctor, I did not see any
26 medical staff member for about four to eight weeks after I had made the request.

27      25.    When a medical staff member finally questioned me about my injury,
28 I told her about my interaction with Deputy Hernandez. The staff member – who I

3

000620

1  believe was a nursing assistant – did not say anything about the deputy's

2  involvement and filled out paperwork about my complaint.

3      26.   I did not receive any treatment from the staff member, and I waited

4  another three to four weeks before a doctor attended to my injury and I finally

5  received treatment.

6      27.   When I finally did receive treatment sometime between April 13 and

7  19, the first doctor who looked at my injury in the main doctor's office in TTCF

8  told me that he could not fix my injury. As a result, I was sent to another unit

9  within the jail for treatment.

10     28.   By then, the cut had healed partially, but it seemed that the lack of

11 treatment had made it heal improperly. When I checked the area with my fingers

12 prior to my doctor's visit, I could feel a small flap of skin in my rectal area –

13 similar to a mole – that was tender to the touch, which I believe was making it

14 painful to go the bathroom.

15     29.   After a doctor administered treatment, I felt the injured area again.

16 The flap that I had felt prior to my visit was no longer there, however, I could feel

17 several stitches covering an area about an inch long. Although I am pretty certain

18 that the injury resulted from the flashlight used by Deputy Hernandez, the doctor

19 told me that I had been treated for hemorrhoids, and I was given Tux ointment for

20 the area.

21  **Sheriff's Deputies Beating of a Defenseless Inmate**

22     30.   Sometime in late 2010, I and several other TTCF inmates, including

23 fellow inmate Derek Griscavage, were sitting in the dayroom of Module 151, Pod

24 E at an octagonal "spider" table directly underneath the second-tier – marked by a

25 "1" on the Module 151 Diagram ("Diagram") – playing either cards or dominoes.

26 The dayroom itself was full, and the 50 or so inmates in the pod were either there

27 or in their cells.

28     31.   Sometime during our game, I saw Mr. Griscavage get up from the

4

table and went up the pod stairs to the second-tier of the pod. I am not sure what he went to do up there.

32.     While Mr. Griscavage was up on the second tier, I heard the doors to the cells click, which meant that the sheriff's deputies would soon do a security check known as a walkthrough. Based on my experience in the jails, when deputies conducted a walkthrough, any inmate who was standing was required to get down on his knees. Sitting inmates were not required to get down, so I and the other inmates at my table remained in our seats.

33.     I looked up at the second tier and saw Mr. Griscavage – directly above me on the second tier – get down on his knees, but he apparently did not get down quickly enough for the likes of a female sheriff's deputy named Deputy Cring, who looked like a Caucasian in her mid-30s, who appeared to be about 5 feet, 6 inches with a thin build, and who wore her bleached hair with dark roots wrapped in a bun. I am pretty certain that it was Deputy Cring who yelled at Mr. Griscavage to "Get the fuck down!"

34.     From where I was sitting, I heard Mr. Griscavage say that he was down and that Deputy Cring did not have to be such a bitch. After the walkthrough was over, Deputy Cring stormed out of the pod, slamming the door.

35.     The inmates who were on the floor got back up and continued what they had been doing before the walkthrough.

36.     Mr. Griscavage made his way down the stairs from the second tier of the pod about 10 minutes after his confrontation with Deputy Cring and looked like he was headed toward the spider table.

37.     At this point, I was still sitting at the spider table.

38.     Around that time, I saw four male sheriff's deputies – a large African American man who appeared to be about 6 feet tall and had a shaved, shiny head; a smaller, slightly-built Asian man; and two larger men whose features I do not recall – come into the module.

39. I am fairly certain the African American deputy was the only one who actually entered the pod, with the three other deputies waiting just outside the pod door.

40. The African American deputy entered the pod, pointed at Mr. Griscavage, who immediately stood up. The deputy directed Mr. Griscavage to move to the pod window close to the pod entrance – marked by a "2" on the Diagram.

41. I heard the deputy tell Mr. Griscavage to put his hands behind his back with his legs shoulder width apart to handcuff him, and the deputy forcefully kicked the insides of Mr. Griscavage's legs to force them further apart.

42. The deputy then roughly cuffed Mr. Griscavage's hands, forcing him forward against the pod windows, held his arms down and moved him out the pod door. Once the two of them left the pod, the three other deputies followed.

43. At that point, I was concerned about Mr. Griscavage's safety because of what happened earlier with Deputy Cring and watched the deputy escort him out of the pod, past the deputy surveillance booth, and through the door into the staging area, marked by a "3" in the diagram.

44. I could see Mr. Griscavage's movements – as indicated by the checked path and arrows in the Diagram – through the glass pod walls and through an open door leading to the staging area.

45. From my vantage point, I saw the African American deputy who was escorting Mr. Griscavage push Mr. Griscavage into the stairs located in the staging area – marked by a "4" in the Diagram – and Mr. Griscavage fell forward, landing on the fourth or fifth step up. One of the four deputies then shut the door to the staging area.

46. Even though the door was closed, I could still see the upper parts of the deputies' bodies through a glass panel in the door that was about as big as a letter-sized sheet of paper, which can be seen in the detail marked "5" in the

6

000623

1    attached Diagram.

2        47.    I could no longer see Mr. Griscavage through the window, but I

3    could see at least four deputies looking down and moving their bodies as if they

4    were shoving or kicking something with their feet.

5        48.    I watched the movements of the deputies for about five minutes.

6    During those five minutes, I stood up from the table to make a phone call my

7    friend to express my disgust about what was happening to Mr. Griscavage. The

8    phones were mounted on a column right next to the table, marked by a "1" on the

9    Diagram.

10       49.    I do not know what happened to Mr. Griscavage after the deputies

11   stopped their movements, and I did not see Mr. Griscavage until about a day and a

12   half after the incident.

13       50.    When I finally did see Mr. Griscavage, I had to do a double take

14   because I was stunned at the extent of his injuries.

15       51.    His eyes were so red that you could not see a spot of white where it

16   should be. He also had bruises all over his face, stitches in his ears, and cuts at the

17   corners of his eyes.

18       52.    I was told by some of the other inmates in my pod that Mr.

19   Griscavage was sent to the "hole," a disciplinary unit in the jail, several days after

20   I saw him, and I have not seen or spoken to Mr. Griscavage since.

21   I declare under penalty of perjury of the laws of the State of California and the

22   United States that the foregoing is true and correct to the best of my knowledge

23   and belief.  Executed this __/__ day of August 2011 in Los Angeles, California.

24

25

26                                                   Rodney Smith

27

28

000624



# DECLARATION OF RODNEY SMITH

I, Rodney Smith, hereby declare:

1.      I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.      I am currently an inmate at Twin Towers Correctional Facility ("TTCF") in Module 132, Pod A, Cell 3 and I have been housed at this location for eight weeks. Before I was in Module 132, I was housed in Module 151, Pod E, Cell 9 in TTCF. I have been an inmate in TTCF since October 2010. I am 53 years old and 5 feet, 5 inches tall. My booking number is 2524772.

3.      I am submitting this declaration to describe my own humiliating experience of physical abuse carried out by a Los Angeles County sheriff's deputy who aggressively used a flashlight to probe me during a bodily inspection, and a horrific incident where sheriff's deputies brutally beat a defenseless fellow inmate, which I witnessed.

### Sheriff's Deputy Probing with a Flashlight

4.      On or about February 18, 2011, sometime in the afternoon at TTCF, four or five Los Angeles County sheriff's deputies ordered me and about 55 other inmates in my pod out of our cells to the Outdoor Recreation area for a general search. Deputies have done these general searches several times a week since I have been housed here.

5.      Once we arrived in the Outdoor Recreation area, sheriff's deputies ordered all the inmates to strip down. I did as the deputies directed and removed my blue and yellow jumpsuit, which is typically worn by inmates with psychiatric problems, and my underwear.

6.      The deputies ordered all the inmates to stand in line naked, and Deputy Hernandez – who looks like a biracial Hispanic/Caucasian, and who is almost 6 feet tall with a thin build – walked down the lines to search us.

1

000626

7.      As we were standing naked, the deputies ordered us to squat, bend over, and, using both hands, reach around to spread our buttocks for inspection by deputies.

8.      When Deputy Hernandez got to me, he spent several seconds longer with me than he had with the other inmates he was inspecting. While Deputy Hernandez spent about four seconds with the other inmates, he spent about twice that long – about 8 to 10 seconds – with me.

9.      As he stood behind me searching me, he barked, "Pull your nuts back," which I believe he directed me to do so he could get a better look at my buttocks.

10.     After the search, the deputies ordered us to get dressed and go back to our cells.

11.     Several hours after the general search – I cannot be sure of the time because we do not have clocks in our cells – Deputy Hernandez ordered me out of my cell and called me out to the Outdoor Recreation area again for a search.

12.     There were no other deputies or inmates in the Outdoor Recreation area with us at the time.

13.     Just like earlier in the day, Deputy Hernandez ordered me to remove my blue and yellow jumpsuit and my underwear until I was standing naked. I asked Deputy Hernandez why he was searching me when he had searched me already earlier in the day, and he said that he was "searching for contraband."

14.     I told Deputy Hernandez "I don't have any," to which Deputy Hernandez replied "Are you being smart with me?"

15.     As had occurred during the previous search, Deputy Hernandez ordered me to squat, bend over, and spread my buttocks using both my hands.

16.     I did as Deputy Hernandez ordered, however, Deputy Hernandez ordered me to spread my buttocks wider. At that point, my nails, which were about a quarter of an inch long, were digging into my skin. As a result, I could not

2

000627

1  comfortably spread my buttocks any wider as Deputy Hernandez was ordering me
2  to do.

3      17.    Since I was uncomfortable with the amount that Deputy Hernandez
4  had ordered me to spread my buttocks, I blurted out "What are you, gay?"

5      18.    Deputy Hernandez then took the end of his heavy, baton-like metal
6  flashlight, which is about a foot long and about two inches in diameter, and
7  shoved it between my fingers as they were spreading my buttocks.

8      19.    My fingers prevented the flashlight from going very far into my
9  rectum, only about a half an inch of the flashlight went in, but the impact of the
10  flashlight caused my nails to dig into my skin.

11      20.    Since I was angry and humiliated, I lashed out the only way I could,
12  and I repeated, "What are you, a fag?" as Deputy Hernandez used the end of the
13  flashlight to try to probe further into my rectal area. Deputy Hernandez then said,
14  "Smart ass, huh?" and ordered me to put on my clothes and sent me back to my
15  cell.

16      21.    I was not aware that I had been injured during the search, but when I
17  walked back to my cell, I felt something squishy coming out of my rectal area.
18  When I wiped with some toilet paper, it became streaked with blood.

19      22.    I did not report the injury right away when I first noticed the injury
20  because I thought it would heal on its own.

21      23.    After several weeks, however, the cut still bled, and the pain in my
22  rectal area got worse. It became difficult and incredibly painful to go to the
23  bathroom, and I believe the cut got infected because of all the pain and
24  inflammation around the area. Because of the pain, I requested to see a doctor.

25      24.    Even though I had requested to see a doctor, I did not see any
26  medical staff member for about four to eight weeks after I had made the request.

27      25.    When a medical staff member finally questioned me about my injury,
28  I told her about my interaction with Deputy Hernandez. The staff member – who I

3

1   believe was a nursing assistant – did not say anything about the deputy's
2   involvement and filled out paperwork about my complaint.

3       26.    I did not receive any treatment from the staff member, and I waited
4   another three to four weeks before a doctor attended to my injury and I finally
5   received treatment.

6       27.    When I finally did receive treatment sometime between April 13 and
7   19, the first doctor who looked at my injury in the main doctor's office in TTCF
8   told me that he could not fix my injury. As a result, I was sent to another unit
9   within the jail for treatment.

10      28.    By then, the cut had healed partially, but it seemed that the lack of
11  treatment had made it heal improperly. When I checked the area with my fingers
12  prior to my doctor's visit, I could feel a small flap of skin in my rectal area –
13  similar to a mole – that was tender to the touch, which I believe was making it
14  painful to go the bathroom.

15      29.    After a doctor administered treatment, I felt the injured area again.
16  The flap that I had felt prior to my visit was no longer there, however, I could feel
17  several stitches covering an area about an inch long. Although I am pretty certain
18  that the injury resulted from the flashlight used by Deputy Hernandez, the doctor
19  told me that I had been treated for hemorrhoids, and I was given Tux ointment for
20  the area.

21  **Sheriff's Deputies Beating of a Defenseless Inmate**

22      30.    Sometime in late 2010, I and several other TTCF inmates, including
23  fellow inmate Derek Griscavage, were sitting in the dayroom of Module 151, Pod
24  E at an octagonal "spider" table directly underneath the second-tier – marked by a
25  "1" on the Module 151 Diagram ("Diagram") – playing either cards or dominoes.
26  The dayroom itself was full, and the 50 or so inmates in the pod were either there
27  or in their cells.

28      31.    Sometime during our game, I saw Mr. Griscavage get up from the

4

000629

1  table and went up the pod stairs to the second-tier of the pod. I am not sure what
2  he went to do up there.

3      32.    While Mr. Griscavage was up on the second tier, I heard the doors to
4  the cells click, which meant that the sheriff's deputies would soon do a security
5  check known as a walkthrough. Based on my experience in the jails, when
6  deputies conducted a walkthrough, any inmate who was standing was required to
7  get down on his knees. Sitting inmates were not required to get down, so I and the
8  other inmates at my table remained in our seats.

9      33.    I looked up at the second tier and saw Mr. Griscavage – directly
10  above me on the second tier – get down on his knees, but he apparently did not get
11  down quickly enough for the likes of a female sheriff's deputy named Deputy
12  Cring, who looked like a Caucasian in her mid-30s, who appeared to be about 5
13  feet, 6 inches with a thin build, and who wore her bleached hair with dark roots
14  wrapped in a bun. I am pretty certain that it was Deputy Cring who yelled at Mr.
15  Griscavage to "Get the fuck down!"

16      34.    From where I was sitting, I heard Mr. Griscavage say that he was
17  down and that Deputy Cring did not have to be such a bitch. After the
18  walkthrough was over, Deputy Cring stormed out of the pod, slamming the door.

19      35.    The inmates who were on the floor got back up and continued what
20  they had been doing before the walkthrough.

21      36.    Mr. Griscavage made his way down the stairs from the second tier of
22  the pod about 10 minutes after his confrontation with Deputy Cring and looked
23  like he was headed toward the spider table.

24      37.    At this point, I was still sitting at the spider table.

25      38.    Around that time, I saw four male sheriff's deputies – a large African
26  American man who appeared to be about 6 feet tall and had a shaved, shiny head;
27  a smaller, slightly-built Asian man; and two larger men whose features I do not
28  recall – come into the module.

39.   I am fairly certain the African American deputy was the only one who actually entered the pod, with the three other deputies waiting just outside the pod door.

40.   The African American deputy entered the pod, pointed at Mr. Griscavage, who immediately stood up. The deputy directed Mr. Griscavage to move to the pod window close to the pod entrance – marked by a "2" on the Diagram.

41.   I heard the deputy tell Mr. Griscavage to put his hands behind his back with his legs shoulder width apart to handcuff him, and the deputy forcefully kicked the insides of Mr. Griscavage's legs to force them further apart.

42.   The deputy then roughly cuffed Mr. Griscavage's hands, forcing him forward against the pod windows, held his arms down and moved him out the pod door. Once the two of them left the pod, the three other deputies followed.

43.   At that point, I was concerned about Mr. Griscavage's safety because of what happened earlier with Deputy Cring and watched the deputy escort him out of the pod, past the deputy surveillance booth, and through the door into the staging area, marked by a "3" in the diagram.

44.   I could see Mr. Griscavage's movements – as indicated by the checked path and arrows in the Diagram – through the glass pod walls and through an open door leading to the staging area.

45.   From my vantage point, I saw the African American deputy who was escorting Mr. Griscavage push Mr. Griscavage into the stairs located in the staging area – marked by a "4" in the Diagram – and Mr. Griscavage fell forward, landing on the fourth or fifth step up. One of the four deputies then shut the door to the staging area.

46.   Even though the door was closed, I could still see the upper parts of the deputies' bodies through a glass panel in the door that was about as big as a letter-sized sheet of paper, which can be seen in the detail marked "5" in the

000631

1    attached Diagram.

2       47.    I could no longer see Mr. Griscavage through the window, but I

3    could see at least four deputies looking down and moving their bodies as if they

4    were shoving or kicking something with their feet.

5       48.    I watched the movements of the deputies for about five minutes.

6    During those five minutes, I stood up from the table to make a phone call my

7    friend to express my disgust about what was happening to Mr. Griscavage. The

8    phones were mounted on a column right next to the table, marked by a "1" on the

9    Diagram.

10      49.    I do not know what happened to Mr. Griscavage after the deputies

11   stopped their movements, and I did not see Mr. Griscavage until about a day and a

12   half after the incident.

13      50.    When I finally did see Mr. Griscavage, I had to do a double take

14   because I was stunned at the extent of his injuries.

15      51.    His eyes were so red that you could not see a spot of white where it

16   should be. He also had bruises all over his face, stitches in his ears, and cuts at the

17   corners of his eyes.

18      52.    I was told by some of the other inmates in my pod that Mr.

19   Griscavage was sent to the "hole," a disciplinary unit in the jail, several days after

20   I saw him, and I have not seen or spoken to Mr. Griscavage since.

21   I declare under penalty of perjury of the laws of the State of California and the

22   United States that the foregoing is true and correct to the best of my knowledge

23   and belief.  Executed this 1 day of August 2011 in Los Angeles, California.

24

25                                    _____/s/_____

26                                    Rodney Smith

27

28

000632



# DECLARATION OF CURRENT PRISONER MR. HHH STEPHEN TERAN

000634

Stephen

**Declaration of ~~Steven~~ Teran**

I, Stephen Teran, hereby declare:

1.      I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.      I am 30 years old.  I am currently housed at Men's Central Jail ("MCJ") in Module ~~2500~~ 8T 2400, Row ~~B~~ C, Cell ~~6~~ 3.  My booking number is 1388477.

3.      On December 24, 2010, I was arrested by the Montebello Police Department for trespassing, drinking in public and obstructing an officer.  All of the charges were dropped except for the Penal Code 148 (a)(1), which is the obstructing an officer charge.  At the time of my arrest, the arresting officer tased me multiple times.

4.      Due to the injuries that were inflicted by the taser gun, I was sent to the Beverly Hospital in Montebello.  While there, I received medical treatment for taser wounds and the doctors and nurses checked my vital signs so that I could be medically cleared to be booked and processed for jail.

5.      After I was released from the Beverly Hospital later that night, I was sent to the Inmate Reception Center ("IRC").

6.      At IRC, I was searched by Custody Assistant ("CA") Martinez.  I must not have been moving fast enough as I was still recovering from the multiple tasing earlier that night because CA Martinez repeatedly asked me to hurry up.  CA Martinez then grabbed my neck, choking me, and dragged me by my neck to a cell.  He released my neck and as I fell to the ground, he kicked me in my ribs 2-3 times.  I had barely gotten to IRC and had not been searched, so I was still in my street clothes when CA Martinez choked and kicked me.

7.      After I was choked and kicked, I remained in this cell for what seemed like 4-5 hours.

8.      Deputy Sims, who was also there, said to me, "If you give us any problems we're going to put you in the hospital."

9.      I was then sent back through the IRC Processing line.  While I was being interviewed by the assessment deputy to determine my classification, Deputy Sims walked by

1   and dropped a "JRC" next to me.  A JRC is a card that contains an inmate's classification

2   information on it.

3       10.     He told me to pick it up.  From the sound of his voice, I felt like he was trying to

4   intimidate me, especially after he had threatened me earlier when CA Martinez had beaten me.

5       11.     I told him that I wasn't trying to disrespect him, I just wanted to get through the

6   process and do my time.  Deputy Sims then said, "Pick it up.  If you don't pick it up I'm gonna

7   put you in the hospital."

8       12.     I didn't say anything or move.  Deputy Sims then punched me hard in the face,

9   which caused me to fall sideways in my seat.  At this point, Deputy Sims threw me to the floor

10  and kicked me repeatedly in my head and ribs.  Then approximately 4-6 other deputies ran over

11  and began punching and kicking me all over my body.  I don't even know how many times I was

12  hit.  I just felt punches and kicks all over me.  Deputy Miller and Deputy Escobado and several

13  other deputies then hit me with what felt like their flashlights.  I felt powerful hits to my ribs, legs

14  and body from what I believed to be their flashlights.  I was in an incredible amount of pain and I

15  could barely breathe.  As they were kicking and hitting me, they were yelling, "Stop fighting!

16  Stop resisting!"  But, I wasn't resisting or fighting with them.  I was the one getting beat up.  I

17  don't know the names of the other deputies, but one deputy was White, 6'0"; another was a CA

18  and he was Hispanic and the third was Hispanic.

19      13.     After being beaten for what seemed like 2-3 minutes, some deputies dragged me

20  to an isolated cell.  One of them handcuffed my wrist to one of the legs of the bench, which was

21  in the cell, leaving me in a position where I was kneeling down, facing the wall.  The way I was

22  handcuffed, I wasn't able to stand up or move.  After I was handcuffed, the deputies kicked my

23  lower back about 6-7 times as I was in this kneeling position.

24      14.     I could see blood pouring from my head and face, where the deputies punched and

25  kicked me, falling into a puddle on the ground from where the deputies

26      15.     I heard the deputies saying they didn't want my blood on their clothes and on

27  them, so one of the deputies put a plastic bag over my head.  With the plastic bag over my head, I

28  could hardly breathe.

2

16.     After the deputies stopped kicking me, I heard them laughing as they left me in the cell by myself.

17.     Twenty to thirty minutes later, I heard footsteps outside so I kicked the door to get someone's attention.  The door was on my right hand side.

18.     Six to seven deputies came into the cell and saw me bleeding on the ground.  I saw them go outside and talk before they came back in.  I also saw Sergeant Kim standing there as well and she was talking to the deputies.  I knew it was Sergeant Kim because she was the only woman there and I saw her name tag.  I couldn't hear what they were saying.  When they came in, they took my handcuffs off and had me seated on the bench, then I was re-handcuffed.

19.     The deputies told me that I was going to be interviewed on camera and told me that they didn't want me to say anything.  They said, "If you say anything, we're gonna press charges against you."  I told them I wasn't going to say anything because I was afraid that they were going to attack me again.  I did tell them that I was thirsty and I was having a hard time breathing.

20.     When they came in with the video camera, they asked me, "What are you going to say?"  I told them that I wasn't going to say anything and that I was going to say that I fell.  They turned on the video camera and asked me, "What happened?"  I said, "What do you think happened?"  They turned off the camera and said, "What the fuck?  You said you weren't going to say anything.  Say what was pre-arranged."

21.     I told them that I was going to say what they wanted me to say, but I was thirsty and that I wanted some water.  Sergeant Kim said that she'd get me some water, so they turned on the video camera and asked me what happened.  I said that I fell.  They turned off the camera and left.  But they didn't even give me any water.

22.     About an hour to an hour and a half later, I was escorted in a patrol car to the Los Angeles Medical Center + USC ("LCMC").  The deputies threatened me again saying not to tell anyone what had happened or they were going to press charges against me and say that I was the one who instigated this.

23.     When I got to the hospital, I was handcuffed to the bed.  The nurses looked

3

000637

1  shocked at what they saw; I could see it in their faces.  They told me that there was a huge tear in

2  my lip.  I was also bleeding a lot.  They wanted me to sign a consent form for medical treatment.

3

4       24.    I was extremely scared that if I got medical treatment that I was going to get

5  beaten again, so I refused treatment.  I also refused treatment because I thought that my injuries

6  were my only evidence that the deputies had beaten me up.  I also didn't trust anyone and just

7  wanted to get away from there and the deputies.

8       25.    Later, a psychiatrist came in and interviewed me.  He told me that he was there to

9  evaluate me.  He told me that I needed to get treated for my injuries and my lip, but I kept telling

10  him that I didn't want treatment.  He then told the nurses, "Go ahead and do what you have to do.

11  He's not rational and lacks the capacity to make a decision about his medical treatment."  I told

12  him that I was not irrational and that I didn't want treatment.

13       26.    I could see the nurses filling up a syringe with something and then they were

14  trying to inject me with it.  I was so confused and scared because I didn't know what was going

15  on and what was going to happen to me.  I kept moving my arms, though they were handcuffed,

16  because I didn't know what I was being injected with.  They didn't even ask me if I had any

17  allergies to any medications.  I don't know the names of the nurses, but the nurse who injected

18  me was male, Hispanic, 5'9" and about 27 years old.  I think his name is "Marty."  The other

19  nurse was Hispanic and she seemed like she was in her mid-30's.

20       27.    I don't remember what happened afterwards.  I woke up at Twin Towers

21  Correctional Facility ("TTCF") in a bed and I was naked.  I felt like I had been drugged and

22  could barely stay awake and keep my eyes open.  I fell asleep again soon after.

23       28.    The next thing I remember is being woken up by my cell door opening and

24  someone throwing in a yellow, jail uniform.  I was confused that I was given a yellow, jail

25  uniform.  Yellow, jail uniforms are only given to mental health inmates.

26       29.    The deputies then waist-chained, handcuffed and took me to court.  I don't know

27  the names of the deputies and I don't remember what they looked like because I was so confused

28  and I felt like I had been drugged.  I had no clue as to why I was in a mental health unit.

4

DEA 0529411638

Harsukh Savalia A50  ST

000638

1    30.    When I got to court, I couldn't communicate with my attorney or the judge

2    because I was so drugged.  I couldn't talk or move my jaw and my tongue felt swollen.  I was

3    also having a hard time breathing and felt like I was suffocating.

4    31.    After some time of feeling like this, I must have fainted and fallen to the floor.  I

5    don't remember fainting, but am sure I did because the next thing I knew, I awoke in an

6    ambulance on my way to White Memorial Medical Center ("WMMC").

7    32.    After I was at WMMC, I was then taken back to TTCF and placed in a cell, naked.

8    I didn't receive any clothes and was naked for two days..

9    33.    From my understanding, I have not been charged for the IRC incident.

10    34.    On or about the week of February 7, 2011, my attorney requested my medical

11    records for the beating incident that occurred on December 24-25, 2010. ~~I wanted to sue the Los~~    *we needed the*

12    ~~Angeles Sheriff's Department ("LASD") for the trauma and injuries, like my lip region almost~~    *records to support my case.*

13    ~~being torn off from when the deputies kicked and punched me, so we needed to get my medical~~

14    ~~records.~~    ST

15    35.    On February 18, 2011, I was housed in the 5600 Dorm at MCJ.  About 2-3 am,

16    approximately 2-3 deputies woke me up and brought me out to the hallway.  I don't know the

17    names of the deputies, but one was White and the other was a big, Hispanic deputy.

18    36.    When I was in the hallway, one of the deputies asked me why I was asking for my

19    medical records and what I was going to do with it.  I didn't know how the deputies knew that

20    my attorney had requested the medical records.   *— include ST*

21    37.    When I didn't respond, one of the deputies slammed my neck against the wall.  I

22    felt an excruciating pain in my neck and felt like the deputy had broken my neck.  I fell to the

23    ground from the impact and the pain and when I fell, the deputies punched and kicked me

24    repeatedly all over my body, neck and head for what seemed like 2-3 minutes before they stopped

25    beating me.

26    38.    I don't remember what happened next, but I was taken to the Los Angeles

27    Medical Center + USC ("LCMC") around 3:30 am.

28    39.    As a result of the beating, the medical staff at LCMC gave me a neck brace

5

000639

1    because ~~they told me that I~~ *might have* ~~had~~ *st* ~~nerve damage~~ *in my neck.* I am still wearing the neck

2    brace. *st*

3          40.    On April 19, 2011, I met with Esther Lim from the American Civil Liberties

4    Union of Southern California ("ACLU/SC") at the MCJ Attorney Room.  I met with her for a

5    second time on May 13, 2011 at the MCJ Attorney Room.

6          41.    I gave Ms. Lim a copy of my medical records and gave it to CA Meza so that he

7    could look through it to make sure contraband wasn't being passed through.  I heard CA Meza

8    tell Ms. Lim that we weren't allowed to pass any documents to her.  Ms. Lim told him that issue

9    was resolved and that we were allowed to pass documents to her and she was allowed to pass

10   documents to us and told him to contact either Lieutenant LaFave, the Watch Commander or

11   someone in the Legal Department.

12         42.    I heard him make a call and ask the person on the other line if inmates could pass

13   documents to the ACLU.  I couldn't hear who CA Meza was talking to or what the other person

14   was saying.  I heard CA Meza tell the person on the other line my name.  After 2-3 minutes, CA

15   Meza went through each page of the documents that I wanted to give Ms. Lim before passing it

16   to her through the slot in the Attorney Room.

17         43.    Ms. Lim and I were done talking so I was trying to leave the Attorney Room.  CA

18   Meza stopped me and asked me what I was passing to Ms. Lim.  I know that conversations

19   between an attorney or a legal representative is supposed to be confidential so I just told him that

20   it was for my case.  I didn't know why he was asking and I didn't think it was right for him to ask

21   what Ms. Lim and I were talking about.  I was also afraid that if he knew what we were talking

22   about, CA Meza would tell the other deputies.

23         44.    After leaving the Attorney Room, I walked back to my module, 2500 and went up

24   the escalator.  When I got to the floor, I saw a deputy walking towards me.  He said, "Turn

25   around and face the wall."  I did as he said.  I heard a deputy ask, "Is that the motherfucker from

26   downstairs?"  I looked over to see who the deputy was referring to.

27         45.    The deputy who walked towards me said, "Face the fucking wall", slammed the

28   right side of my face against the wall and said, "Stupid motherfucker" before walking away.

6

46.   I don't know the names of the deputies, but both of the deputies were Hispanic.

47.   I was still in the neck brace and I was in a lot of pain.  Both my neck and my face were hurting a lot after the deputy slammed my face into the wall.

48.   When I got to my module and cell, I asked the module officers if I could see a doctor because I was in a lot of pain.  The deputies refused to allow me to see someone on the medical staff.  They said, "We don't got a pass for you.  ~~Too bad.~~" I asked every day if I could get a medical pass to see a doctor until May 17, 2011 when I stopped asking because the module deputies refused to let me get medical attention.

49.   During the entire time, I was suffering from the pain from my neck and face.  I also had horrible headaches and felt a strong pressure behind my eye, like my eye was going to pop out of its socket.

50.   On May 19, 2011 in the morning, I received a pass to see a dentist because of a complaint I had submitted to the ACLU/SC.  Again, I had submitted numerous complaint forms to see a dentist, but the deputies refused to let me see a dentist, so I had no choice, but to ask the ACLU/SC to file a complaint for me to see a dentist.

51.   When I got to the dentist, the dentist's assistant, who was Hispanic, tried to take x-rays of my mouth, but because of my neck brace and the injuries from the December beating and the May beating, it was extremely difficult for me to open my mouth wide enough for the assistant to put the x-ray wings into my mouth.

52.   He told me that I would need to get my x-rays from the larger x-ray machine that was nearby.  After getting a facial x-ray, the dentist, a Middle-Eastern woman, said that bones in my face were broken.  She told me that the x-rays showed that my right cheekbone was fractured and that I needed to go to LCMC.

53.   I was sent to the medical clinic and Deputy Suarez was going to take me to LCMC in the squad car.

54.   We walked to the 6000 floor control room where Deputy Suarez needed to go to get my LCMC paperwork.  He told me to sit down on the bench that was outside of the control room.  I then saw him go inside.

7

55.    A few minutes later, two Senior Deputies came outside to where I was seated. One of them asked me, "What happened?" I told him that I fell on the floor and didn't want to say anything else. I was scared that something else might happen to me if I said that the deputy slammed my face into a wall. The Senior Deputy tried to pressure me into talking and saying that he couldn't help me if I didn't tell him what happened. I told him that he wasn't helping me by stopping me from going to LCMC to fix my broken cheek bone. He told me that I needed to talk to a Sergeant. I told him that I didn't want to talk to anyone and I just wanted to go to LCMC.

56.    Deputy Chavez then escorted me back to the medical clinic. He asked a nurse, who is Asian with blonde hair, to step outside because he needed to talk to her. After talking for a couple of minutes, the nurse came back in and said that I needed to answer some questions before I could go to LCMC. She tried to ask me what had happened. I told her that my face was broken and that they [medical staff] already approved me to go to LCMC to see a doctor, so I didn't know why I needed to answer her questions.

57.    Deputy Chavez then said to me, "I got a degree. I know what you're trying to do. You're trying to sue the Sheriff's department, but it's not going to work. You gotta work like everyone else. You're a gang member."

58.    I asked him what this had to do with me seeing a doctor.

59.    He took me out of the clinic and told me to sit on the bench. He handcuffed me to the bench.

60.    Deputy Chavez and another Senior Deputy tried to force me to sign a paper and said that it was an injury report. I didn't know what it was and told them that I wasn't going to sign anything.

61.    One of the module officers on my module, 2500, was brought down and he said to me, "Why didn't you tell me about this?" I told him that I did and I'm trying to get my face fixed. He said, "You need to be straight with me." I again repeated that I tried to tell him that I needed to see a doctor and all I want to do is get my face fixed.

62.    He then threatened me and said, "You know what's up, right? When you get back

8

1    up there, you're going to get what's coming." *nothing but ST* I told him that I didn't know why he was

2    threatening me.  I told him that I wasn't going to name any names.  The deputies' threats scared

3    me a lot as did the other deputies' trying to stop me from going to LCMC.  I didn't know what

4    they were trying to do or what was going to happen to me.

5         63.    The Senior Deputy told the deputies, "Leave him there for 4-5 hours.  It's not an

6    emergency."

7         64.    I sat on the bench, handcuffed for 2-3 *ST* hours before CA Meza took me to LCMC in

8    the squad car.

9         65.    When I got to LCMC, I was waiting for the doctor.  A nurse came in, saw me and

10   said, "You gotta learn to keep your mouth shut."

11        66.    When the doctor saw me, he pressed my face and said, "There's no fracture.  Your

12   face isn't broken."  I told him that he needed to get the x-rays from the dentist at MCJ because

13   those x-rays showed that my cheek bone was fractured.  But he didn't take another set of x-rays

14   and he didn't say anything else to me.  I was then taken back to MCJ to my module.

15        67.    The following day in the morning, *of May 20, 2011 ST* the nurses gave me Flexerall.

16        I declare under penalty of perjury of the laws of the State of California and the United

17   States that the foregoing is true and correct.  Executed this _22_ day of _June_, 2011 in Los

18   Angeles, California.

19                                                    _Stephen T_

20        *ST* I met with Mr Lim again on 5/20/2011. A couple of hours
     Steven Teran

21   later, Deputy Ibarra came by my cell and handed me

22   a write up. The write up was written by Deputy

23   H. Aguirre III for creating a disturbance (verbal)

24   unauthorized communication / profanity towards staff

25   members and Insubordination / Disrespectful to

26   Staff. # 5100 2011 52 0001. I don't know why I

27   recieved this write up because I didn't do anything

28   but prepare for court after I spoke to Ms. Lim
     until I got the write up. I think I got the
     write up because I talked to the ACLU/SC. *ST*

**Declaration of Stephen Teran**

I, Stephen Teran, hereby declare:

1.      I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.      I am 30 years old.  I am currently housed at Men's Central Jail ("MCJ") in Module 2400, Row C, Cell 3.  My booking number is 1388477.

3.      On December 24, 2010, I was arrested by the Montebello Police Department for trespassing, drinking in public and obstructing an officer.  All of the charges were dropped except for the Penal Code 148 (a)(1), which is the obstructing officer charge.  At the time of my arrest, the arresting officer tased me multiple times.

4.      Due to the injuries that were inflicted by the taser gun, I was sent to the Beverly Hospital in Montebello.  While there, I received medical treatment for taser wounds and the doctors and nurses checked my vital signs so that I could be medically cleared to be booked and processed for jail.

5.      After I was released from the Beverly Hospital later that night, I was sent to the Inmate Reception Center ("IRC").

6.      At IRC, I was searched by Custody Assistant ("CA") Martinez.  I must not have been moving fast enough as I was still recovering from the multiple tasing earlier that night because CA Martinez repeatedly asked me to hurry up.  CA Martinez then grabbed my neck, choking me, and dragged me by my neck to a cell.  He released my neck and as I fell to the ground, he kicked me in my ribs 2-3 times.  I had barely gotten to IRC and had not been searched, so I was still in my street clothes when CA Martinez choked and kicked me.

7.      After I was choked and kicked, I remained in this cell for what seemed like 4-5 hours.

8.      Deputy Sims, who was also there, said to me, "If you give us any problems we're going to put you in the hospital."

9.      I was then sent back through the IRC Processing line.  While I was being interviewed by the assessment deputy to determine my classification, Deputy Sims walked by

1    and dropped a "JRC" next to me.  A JRC is a card that contains an inmate's classification

2    information on it.

3         10.    He told me to pick it up.  From the sound of his voice, I felt like he was trying to

4    intimidate me, especially after he had threatened me earlier when CA Martinez had beaten me.

5         11.    I told him that I wasn't trying to disrespect him, I just wanted to get through the

6    process and do my time.  Deputy Sims then said, "Pick it up.  If you don't pick it up I'm gonna

7    put you in the hospital."

8         12.    I didn't say anything or move.  Deputy Sims then punched me hard in the face,

9    which caused me to fall sideways in my seat.  At this point, Deputy Sims threw me to the floor

10   and kicked me repeatedly in my head and ribs.  Then approximately 4-6 other deputies ran over

11   and began punching and kicking me all over my body.  I don't even know how many times I was

12   hit.  I just felt punches and kicks all over me.  Deputy Miller and Deputy Escobado and several

13   other deputies then hit me with what felt like their flashlights.  I felt powerful hits to my ribs, legs

14   and body from what I believed to be their flashlights.  I was in an incredible amount of pain and I

15   could barely breathe.  As they were kicking and hitting me, they were yelling, "Stop fighting!

16   Stop resisting!"  But, I wasn't resisting or fighting with them.  I was the one getting beat up.  I

17   don't know the names of the other deputies, but one deputy was White, 6'0"; another was a CA

18   and he was Hispanic and the third was Hispanic.

19        13.    After being beaten for what seemed like 2-3 minutes, some deputies dragged me

20   to an isolated cell.  One of them handcuffed my wrist to one of the legs of the bench, which was

21   in the cell, leaving me in a position where I was kneeling down, facing the wall.  The way I was

22   handcuffed, I wasn't able to stand up or move.  After I was handcuffed, the deputies kicked my

23   lower back about 6-7 times as I was in this kneeling position.

24        14.    I could see blood pouring from my head and face, where the deputies punched and

25   kicked me, falling into a puddle on the ground from where the deputies

26        15.    I heard the deputies saying they didn't want my blood on their clothes and on

27   them, so one of the deputies put a plastic bag over my head.  With the plastic bag over my head, I

28   could hardly breathe.

000645

16. After the deputies stopped kicking me, I heard them laughing as they left me in the cell by myself.

17. Twenty to thirty minutes later, I heard footsteps outside so I kicked the door to get someone's attention. The door was on my right hand side.

18. Six to seven deputies came into the cell and saw me bleeding on the ground. I saw them go outside and talk before they came back in. I also saw Sergeant Kim standing there as well and she was talking to the deputies. I knew it was Sergeant Kim because she was the only woman there and I saw her name tag. I couldn't hear what they were saying. When they came in, they took my handcuffs off and had me seated on the bench, then I was re-handcuffed.

19. The deputies told me that I was going to be interviewed on camera and told me that they didn't want me to say anything. They said, "If you say anything, we're gonna press charges against you." I told them I wasn't going to say anything because I was afraid that they were going to attack me again. I did tell them that I was thirsty and I was having a hard time breathing.

20. When they came in with the video camera, they asked me, "What are you going to say?" I told them that I wasn't going to say anything and that I was going to say that I fell. They turned on the video camera and asked me, "What happened?" I said, "What do you think happened?" They turned off the camera and said, "What the fuck? You said you weren't going to say anything. Say what was pre-arranged."

21. I told them that I was going to say what they wanted me to say, but I was thirsty and that I wanted some water. Sergeant Kim said that she'd get me some water, so they turned on the video camera and asked me what happened. I said that I fell. They turned off the camera and left. But they didn't even give me any water.

22. About an hour to an hour and a half later, I was escorted in a patrol car to the Los Angeles Medical Center + USC ("LCMC"). The deputies threatened me again saying not to tell anyone what had happened or they were going to press charges against me and say that I was the one who instigated this.

23. When I got to the hospital, I was handcuffed to the bed. The nurses looked

3

000646

1  shocked at what they saw; I could see it in their faces.  They told me that there was a huge tear in

2  my lip.  I was also bleeding a lot.  They wanted me to sign a consent form for medical treatment.

3      24.   I was extremely scared that if I got medical treatment that I was going to get

4  beaten again, so I refused treatment.  I also refused treatment because I thought that my injuries

5  were my only evidence that the deputies had beaten me up.  I also didn't trust anyone and just

6  wanted to get away from there and the deputies.

7      25.   Later, a psychiatrist, Harsukhj Savalia DEA 0529411638 came in and interviewed

8  me.  He told me that he was there to evaluate me.  He told me that I needed to get treated for my

9  injuries and my lip, but I kept telling him that I didn't want treatment.  He then told the nurses,

10  "Go ahead and do what you have to do.  He's not rational and lacks the capacity to make a

11  decision about his medical treatment."  I told him that I was not irrational and that I didn't want

12  treatment.

13      26.   I could see the nurses filling up a syringe with something and then they were

14  trying to inject me with it.  I was so confused and scared because I didn't know what was going

15  on and what was going to happen to me.  I kept moving my arms, though they were handcuffed,

16  because I didn't know what I was being injected with.  They didn't even ask me if I had any

17  allergies to any medications.  I don't know the names of the nurses, but the nurse who injected

18  me was male, Hispanic, 5'9" and about 27 years old.  I think his name is "Marty."  The other

19  nurse was Hispanic and she seemed like she was in her mid-30's.

20      27.   I don't remember what happened afterwards.  I woke up at Twin Towers

21  Correctional Facility ("TTCF") in a bed and I was naked.  I felt like I had been drugged and

22  could barely stay awake and keep my eyes open.  I fell asleep again soon after.

23      28.   The next thing I remember is being woken up by my cell door opening and

24  someone throwing in a yellow, jail uniform.  I was confused that I was given a yellow, jail

25  uniform.  Yellow, jail uniforms are only given to mental health inmates.

26      29.   The deputies then waist-chained, handcuffed and took me to court.  I don't know

27  the names of the deputies and I don't remember what they looked like because I was so confused

28  and I felt like I had been drugged.  I had no clue as to why I was in a mental health unit.

4

30.     When I got to court, I couldn't communicate with my attorney or the judge because I was so drugged.  I couldn't talk or move my jaw and my tongue felt swollen.  I was also having a hard time breathing and felt like I was suffocating.

31.     After some time of feeling like this, I must have fainted and fallen to the floor.  I don't remember fainting, but am sure I did because the next thing I knew, I awoke in an ambulance on my way to White Memorial Medical Center ("WMMC").

32.     After I was at WMMC, I was then taken back to TTCF and placed in a cell, naked.  I didn't receive any clothes and was naked for two days..

33.     From my understanding, I have not been charged for the IRC incident.

34.     On or about the week of February 7, 2011, my attorney requested my medical records for the beating incident that occurred on December 24-25, 2010.  We needed the records to support my case.

35.     On February 18, 2011, I was housed in the 5600 Dorm at MCJ.  About 2-3 am, approximately 2-3 deputies woke me up and brought me out to the hallway.  I don't know the names of the deputies, but one was White and the other was a big, Hispanic deputy.

36.     When I was in the hallway, one of the deputies asked me why I was asking for my medical records and what I was going to do with it.  I didn't know how the deputies knew that my attorney had requested the medical records.

37.     When I didn't respond, one of the deputies slammed my neck against the wall.  I felt an excruciating pain in my neck and felt like the deputy had broken my neck.  I fell to the ground from the impact and the pain and when I fell, the deputies punched and kicked me repeatedly all over my body, neck and head for what seemed like 2-3 minutes before they stopped beating me.

38.     I don't remember what happened next, but I was taken to the Los Angeles Medical Center + USC ("LCMC") around 3:30 am.

39.     As a result of the beating, the medical staff at LCMC gave me a neck brace because they told me that I might have nerve damage.  I am still wearing the neck brace.

40.     On April 19, 2011, I met with Esther Lim from the American Civil Liberties

5

1  Union of Southern California ("ACLU/SC") at the MCJ Attorney Room.  I met with her for a

2  second time on May 13, 2011 at the MCJ Attorney Room.

3      41.    I gave Ms. Lim a copy of my medical records and gave it to CA Meza so that he

4  could look through it to make sure contraband wasn't being passed through.  I heard CA Meza

5  tell Ms. Lim that we weren't allowed to pass any documents to her.  Ms. Lim told him that issue

6  was resolved and that we were allowed to pass documents to her and she was allowed to pass

7  documents to us and told him to contact either Lieutenant LaFave, the Watch Commander or

8  someone in the Legal Department.

9      42.    I heard him make a call and ask the person on the other line if inmates could pass

10  documents to the ACLU.  I couldn't hear who CA Meza was talking to or what the other person

11  was saying.  I heard CA Meza tell the person on the other line my name.  After 2-3 minutes, CA

12  Meza went through each page of the documents that I wanted to give Ms. Lim before passing it

13  to her through the slot in the Attorney Room.

14      43.    Ms. Lim and I were done talking so I was trying to leave the Attorney Room.  CA

15  Meza stopped me and asked me what I was passing to Ms. Lim.  I know that conversations

16  between an attorney or a legal representative is supposed to be confidential so I just told him that

17  it was for my case.  I didn't know why he was asking and I didn't think it was right for him to ask

18  what Ms. Lim and I were talking about.  I was also afraid that if he knew what we were talking

19  about, CA Meza would tell the other deputies.

20      44.    After leaving the Attorney Room, I walked back to my module, 2500 and went up

21  the escalator.  When I got to the floor, I saw a deputy walking towards me.  He said, "Turn

22  around and face the wall."  I did as he said.  I heard a deputy ask, "Is that the motherfucker from

23  downstairs?"  I looked over to see who the deputy was referring to.

24      45.    The deputy who walked towards me said, "Face the fucking wall", slammed the

25  right side of my face against the wall and said, "Stupid motherfucker" before walking away.

26      46.    I don't know the names of the deputies, but both of the deputies were Hispanic.

27      47.    I was still in the neck brace and I was in a lot of pain.  Both my neck and my face

28  were hurting a lot after the deputy slammed my face into the wall.

6

000649

48.     When I got to my module and cell, I asked the module officers if I could see a doctor because I was in a lot of pain.  The deputies refused to allow me to see someone on the medical staff.  They said, "We don't got a pass for you."  I asked every day if I could get a medical pass to see a doctor until May 17, 2011 when I stopped asking because the module deputies refused to let me get medical attention.

49.     During the entire time, I was suffering from the pain from my neck and face.  I also had horrible headaches and felt a strong pressure behind my eye, like my eye was going to pop out of its socket.

50.     On May 19, 2011 in the morning, I received a pass to see a dentist because of a complaint I had submitted to the ACLU/SC.  Again, I had submitted numerous complaint forms to see a dentist, but the deputies refused to let me see a dentist, so I had no choice, but to ask the ACLU/SC to file a complaint for me to see a dentist.

51.     When I got to the dentist, the dentist's assistant, who was Hispanic, tried to take x-rays of my mouth, but because of my neck brace and the injuries from the December beating and the May beating, it was extremely difficult for me to open my mouth wide enough for the assistant to put the x-ray wings into my mouth.

52.     He told me that I would need to get my x-rays from the larger x-ray machine that was nearby.  After getting a facial x-ray, the dentist, a Middle-Eastern woman, said that bones in my face were broken.  She told me that the x-rays showed that my right cheekbone was fractured and that I needed to go to LCMC.

53.     I was sent to the medical clinic and Deputy Suarez was going to take me to LCMC in the squad car.

54.     We walked to the 6000 floor control room where Deputy Suarez needed to go to get my LCMC paperwork.  He told me to sit down on the bench that was outside of the control room.  I then saw him go inside.

55.     A few minutes later, two Senior Deputies came outside to where I was seated.  One of them asked me, "What happened?"  I told him that I fell on the floor and didn't want to say anything else.  I was scared that something else might happen to me if I said that the deputy

7

000650

slammed my face into a wall.  The Senior Deputy tried to pressure me into talking and saying that he couldn't help me if I didn't tell him what happened.  I told him that he wasn't helping me by stopping me from going to LCMC to fix my broken cheek bone.  He told me that I needed to talk to a Sergeant.  I told him that I didn't want to talk to anyone and I just wanted to go to LCMC.

56.     Deputy Chavez then escorted me back to the medical clinic.  He asked a nurse, who is Asian with blonde hair, to step outside because he needed to talk to her.  After talking for a couple of minutes, the nurse came back in and said that I needed to answer some questions before I could go to LCMC.  She tried to ask me what had happened.  I told her that my face was broken and that they [medical staff] already approved me to go to LCMC to see a doctor, so I didn't know why I needed to answer her questions.

57.     Deputy Chavez then said to me, "I got a degree.  I know what you're trying to do. You're trying to sue the Sheriff's department, but it's not going to work.  You gotta work like everyone else.  You're a gang member."

58.     I asked him what this had to do with me seeing a doctor.

59.     He took me out of the clinic and told me to sit on the bench.  He handcuffed me to the bench.

60.     Deputy Chavez and another Senior Deputy tried to force me to sign a paper and said that it was an injury report.  I didn't know what it was and told them that I wasn't going to sign anything.

61.     One of the module officers on my module, 2500, was brought down and he said to me, "Why didn't you tell me about this?"  I told him that I did and I'm trying to get my face fixed.  He said, "You need to be straight with me."  I again repeated that I tried to tell him that I needed to see a doctor and all I want to do is get my face fixed.

62.     He then threatened me and said, "You know what's up, right?  When you get back up there, you're going to get nothing but what's coming."  I told him that I didn't know why he was threatening me.  I told him that I wasn't going to name any names.  The deputies' threats scared me a lot as did the other deputies' trying to stop me from going to LCMC.  I didn't know

8

1    what they were trying to do or what was going to happen to me.

2         63.     The Senior Deputy told the deputies, "Leave him there for 4-5 hours.  It's not an

3    emergency."  2011

4         64.     I sat on the bench, handcuffed for 2 hours before CA Meza took me to LCMC in

5    the squad car.

6         65.     When I got to LCMC, I was waiting for the doctor.  A nurse came in, saw me and

7    said, "You gotta learn to keep your mouth shut."

8         66.     When the doctor saw me, he pressed my face and said, "There's no fracture.  Your

9    face isn't broken."  I told him that he needed to get the x-rays from the dentist at MCJ because

10   those x-rays showed that my cheek bone was fractured.  But he didn't take another set of x-rays

11   and he didn't say anything else to me.  I was then taken back to MCJ to my module.

12        67.     The following day in the morning of May 20, 2011, the nurses gave me Flexerall.

13        68.     I met with Ms. Lim again on May 20, 2011.  A couple of hours later, Deputy

14   Ibarra came by my cell and handed me a write-up.  The write up was written by Deputy H.

15   Aguirre III for creating a disturbance (verbal) unauthorized communication/profanity towards

16   staff members and insubordination/disrespectful to staff #51002011520001.  I don't know why I

17   received this write-up because I didn't do anything, but prepare for court after I spoke to Ms. Lim

18   until I got the write-up.  I think I got the write-up because I talked to the ACLU/SC.

19        I declare under penalty of perjury of the laws of the State of California and the United

20   States that the foregoing is true and correct.  Executed this 22 day of June, 2011 in Los Angeles,

21   California.

22                                              _____/s/_____

23                                              Stephen Teran

24

25

26

27

28

9