# DECLARATION OF CURRENT PRISONER MR. III WILLIAM TILLMAN

000653

# DECLARATION OF WILLIAM TILLMAN

I, William Tillman, hereby declare:

1.     I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.     I am writing this declaration to describe how three deputies attacked me in Men's Central Jail, slamming my head against the wall, kicking me repeatedly in the ribs, tasering and pepper spraying me. As a result of the beating, I suffered a concussion, bruising on various parts of my body, and ended up getting thirty-five stitches on my forehead.

3     I am currently a propria persona ("pro per") inmate in Men's Central Jail ("MCJ"). I am housed in Module 2500, Row D, Cell 25. My booking number is 1983134. I have been incarcerated in MCJ since July 15, 2009.

4.     On or about Friday, March 11, 2011, Deputies Moorman, Ibarra, and Custody Assistant ("C.A.") Perez were working the Pro Per Module in 2500. Deputies Moorman, Ibarra, and C.A. Perez have been regulars in 2500 since February 2011. Of these three deputies, at least one works every day, mainly morning shifts between 6 am-1:30 pm, and each works at least four days a week in 2500.

5.     Deputies Moorman and Ibarra are about 6'1'' and weigh close to 200 lbs. Deputy Moorman is Caucasian and so awkwardly muscular that it seems unnatural. Deputy Ibarra appears Hispanic and is stocky with defined biceps and chest. C.A. Perez looks Hispanic, is about 5'11'' and weighs about 180 lbs.

6.     I am African-American, 5'7'' and weigh about 135 lbs.

7.     The deputies on the morning shift regularly watch movies inside the 2500 control booth. The volume is usually loud enough that I can hear every word from my cell. This morning was no different; the deputies were watching a movie with the volume loud enough that I could hear from my cell, which is cell 3 in B

1

1  row. The distance between cell 3 in B row and the control booth is about 6-10 ft.
2  The cells in the pro per module are the size of a traditional two-man cell, but a
3  barrier is used to house the two inmates separately. The first traditional two-man
4  cell, which is attached to the control booth, is labeled as cell 1 and cell 2, with cell
5  1 closest to the booth. The second traditional two-man cell is labeled as cell 3 and
6  cell 4. And this type of cell numbering continues down the row.

7      8.    Daily, inmates abide by the "10 to 10 courtesy." This means that an
8  inmate should not be shouting or making any sort of noise from 10 pm until 10
9  am. We do this out of respect for our fellow inmates so we can each get a good
10  night's rest.

11     9.    Breakfast is given to us anywhere from 6:30 am to 10:00 am. The
12  trustees do not wake us up for our breakfast meal. They usually just slide my food
13  into my cell, and I eat as soon as I wake up.

14     10.   At about 7:30 am, on March 11, 2011, I was awakened by the
15  shouting of several inmates. As I began opening my eyes and wondering why
16  inmates were not respecting the "10 to 10 courtesy," inmate Raymond Payne
17  loudly yelled out my name. I heard him call my name out twice but I did not
18  respond. Then Mr. Payne shouted, "What the fuck they doing in there? They
19  watching porn or something."

20     11.   Mr. Payne is a pro per inmate, housed in Cell 1. Cell 1 is closest to
21  the control booth.

22     12.   I could not see inside the control booth or identify the deputies inside.
23  But I heard noises coming from the control booth.

24     13.   I heard a woman moaning and someone say, "Fuck me harder!" I
25  have been watching porn since I was fourteen, so I know I heard the sounds of a
26  pornographic film. And, it was clear there was a pornographic film being played
27  in the control booth.

28     14.   As more inmates in B row began to wake up, the noise grew louder.

2

1    Inmates were telling others what was happening.

2        15.    I was starring at the control booth when I saw Deputy Ibarra step out

3    of it. It looked like Deputy Ibarra was about to do his security walk, which is done

4    every thirty minutes. Before he opened the gate to enter B row, he told someone

5    inside, "This is my favorite part. Pause it for me."

6        16.    After finishing his security walk, Deputy Ibarra headed back towards

7    the control booth. As he was about to go inside, an inmate shouted, "What y'all

8    doing is gay. You guys are gay." Thereafter, I heard inmates in B row yelling

9    "You guys are fags" or "you guys are gay" or "y'all gay."

10        17.    Immediately after, C.A. Perez stepped out of the control booth with

11    Deputy Moorman following him from behind. C.A. Perez yelled, "who the fuck

12    said shit?" Deputy Moorman added with "who's talking shit?" No one in B row

13    answered. Deputy Moorman followed by shouting, "When we find out who

14    talked, we're going to do something about it."

15        18.    On March 14, 2011, while resting in my cell, I heard a new pro per

16    inmate being escorted into an empty cell in Module 2500, B row. I heard someone

17    ask the pro per inmate about his case and that he had made a mistake in changing

18    status to pro per. The escort told him, "Pro per's have a 99% chance of losing."

19    When I could not hear any more movement, I asked inmate Anthony Brown, who

20    was two cells away from me in cell 5, if he heard the police say that "pro per's

21    have a 99% chance of losing their case." When I said "police" I was referring to a

22    sheriff's deputy. I assumed it was a deputy I had heard because deputies escort

23    incoming inmates to their pro per cells, and the voice sounded like a deputy who

24    routinely works in the module. Mr. Brown replied, "Who said that?" I responded

25    by telling him I didn't know which deputy had said it.

26        19.    Immediately after, C.A. Perez approached the B row entrance gate,

27    starred me in the face and said, "I said that." C.A. Perez continued to stare me in

28    the eye for the next ten to fifteen seconds after admitting he made the comment.

000656

1   As C.A. Perez removed his hands from the bars and was a step or two from

2   entering the control booth, an inmate asked me what the deputy had said. Before I

3   could respond, an inmate shouted loudly, "99% of the deputies are gay."

4       20.     I have been housed in Module 2500/2700 for about two years, and on

5   numerous occasions, inmates from B row have shouted messages to me while I

6   was near the law library entrance, control booth and the main entrance of Module

7   2500/2700. Inmates have shouted messages at approximately the same tone and

8   volume as the inmate who said, "99% of the deputies are gay," and I had no

9   problem hearing it from either distance.

10      21.     On March 15, 2011, inmate Anthony Brown approached my cell

11  front to inform me of the conversation he had with Deputy Ibarra and Moorman

12  earlier that day. Mr. Brown was able to walk to my cell because he was returning

13  from a medical pass. Daily, Mr. Brown gets his blood checked due to diabetes. On

14  his way to his cell, which is two cells away from me in Cell 5, Mr. Brown stopped

15  to tell me that Deputy Ibarra and Moorman asked him who was talking shit on the

16  day they were heard watching pornographic films together. Mr. Brown told them

17  that he did not know who called them "gay." Deputy Ibarra then asked Mr. Brown

18  if it was me. Again, inmate Brown said he didn't know. Inmate Brown then added,

19  "They know people are talking shit. They think it's you. They asked for your

20  name and cell number."

21      22.     On Friday morning, March 25, 2011, just as I entered the main

22  entrance of Module 2500/2700, Deputy Thurman asked me, "What cell are you

23  in?" I replied, "Baker 3." I was returning from an attorney visit. Deputy Thurman

24  was in the control booth and he gave me permission to go back into my cell. Then

25  Deputy Moorman stopped me and told me to "face the fucking wall between the

26  yellow lines" in the hallway, across from the control booth.

27      23.     Deputy Thurman is Caucasian, near 6'3'' and over 250 lbs. Deputy

28  Thurman has muscles bulging out of his uniform. Deputy Thurman has been

4

000657

1   working two to three times a week in 2500 since February 2011. I have spoken to

2   Deputy Thurman on numerous occasions. I prefer to address a deputy by their

3   name, so I make sure to look at their name badge when I speak to them.

4        24.   As I faced the wall, I heard a bunch of people on the row yell, "It's a

5   set-up." They continued to yell but I did not understand what was happening. I

6   was confused. Set-up? I thought. What have I done?

7        25.   In the midst of all the yelling, I was able to hear a voice that I was

8   familiar with, it was inmate Raymond Payne. He and I talk a lot since our cells are

9   close together. He yelled to me, "I heard the deputies say you the one who be

10   talking shit and that they were going to get you when you got back."

11        26.   I continued to face the wall, my body and face was about one foot

12   away from the cement wall, and one hand was in my pocket and the other was

13   holding onto my legal materials. I heard the sound of someone putting on latex

14   gloves. My first thought was that I was going to be strip-searched. But being in

15   pro per for so long, I could not recall when I had ever been strip-searched after

16   returning from an attorney visit. I became suspicious.

17        27.   I heard several men approaching so I turned for a split second only to

18   see Deputy Moorman, Ibarra and C.A. Perez coming out of the control booth and

19   walking towards me.

20        28.   Deputy Moorman said, "I heard you been talking behind our backs."

21   I told him that I didn't know what he was talking about. Deputy Moorman then

22   demanded for me to repeat the shit I had been talking. I told him it wasn't me.

23        29.   Deputy Moorman then shouted, "If you were a man, you'd say it in

24   our face. That's not gangster shit. That's bitch shit. Call me gay in my face."

25        30.   Deputy Moorman yelled to the entire row, "Y'all pro pers think you

26   can get away with anything. We the 3000 boys. The deputies on this floor let you

27   guys get away with too much. The police here are too soft. That shit ends now!"

28        31.   Deputy Moorman continued to accuse me of calling them gay, and I

000658

1 | repeatedly responded that I didn't make the remark.

2 |      32.    I became agitated since I had to answer the same question over and

3 | over. Deputy Moorman then accused me of being a gangster and questioned my

4 | manhood. I took offense to this verbal attack so I told him, "How's it gangster of

5 | y'all surrounding me, instead of coming at me alone?"

6 |      33.    Deputy Moorman angrily replied, "I don't need anyone. We can beat

7 | up anyone and get away with it because all Lee Baca does is pay me to fight."

8 |      34.    Deputy Ibarra, meanwhile, attempted to end the confrontation by

9 | telling his co-deputies to let me go back to my cell because I was not going to

10 | admit to calling them gay.

11 |      35.    Deputy Moorman did not respond to Deputy Ibarra's suggestion. He

12 | began pacing in the hallway while flexing and stretching his upper body. There

13 | was silence on the module.

14 |      36.    I refrained from making any comments because I felt this would ease

15 | the tension and I was hoping that they would let me go back to my cell. I was

16 | facing the wall in a relaxed posture when, suddenly, Deputy Moorman grabbed

17 | my head with one hand and forcefully slammed my face against the cement wall. I

18 | was one foot away from the wall so Deputy Moorman was able to gather

19 | momentum before my forehead made impact.

20 |      37.    I was in shock. I immediately placed both hands on my head to check

21 | for damages. When I saw and felt my blood pouring down my face and the floor, I

22 | passed out.

23 |      38.    When I regained consciousness, I was handcuffed with my wrists

24 | behind my back. Deputy Moorman was mounted on my back, as I was forced to

25 | lie on my stomach, and was punching the side of my face as well as hammer-

26 | fisting (closed fist in an overhand motion) the back of my head.

27 |      39.    Deputy Ibarra was kicking me in my rib area. But with Deputy

28 | Moorman on top of me it was hard for him to get full swings in without hitting his

000659

1  partner, which is probably why I couldn't feel his kicks.

2       40.    Meanwhile, Deputy Ibarra pepper sprayed me. As soon as the

3  chemical made impact with my eyes, my eyes began burning. I had a cough attack

4  and was short of breath. I asked them to please stop.

5       41.    Deputy Moorman then directed C.A. Perez to "go get the taser."

6       42.    I could hear inmates from Module 2500, Row A, yell, "he's not

7  resisting."

8       43.    C.A. Perez grabbed a taser and shot the hooks to my back area. He

9  tasered me three times. My muscles tightened, I felt a painful pulsation throughout

10  my body and could not move.

11       44.    While being tased, Deputy Moorman was punching the right side of

12  my face and back of the head. My face was forced onto the cement floor, I was

13  motionless and I, again, told the deputies that I was not resisting and to please

14  stop.

15       45.    Deputy Ibarra eventually pulled Deputy Moorman off of me. Once he

16  was off, I was able to move so I got into a fetal position. I lay in my own pool of

17  blood. I could barely see since blood had run into my eye.

18       46.    I was taken to the MCJ medical clinic, where a Sergeant and a

19  Lieutenant interviewed me. Deputy Ibarra and Moorman were present for the

20  interview. Deputies Ibarra and Moorman were about 4' away from me, behind the

21  Sergeant and off-camera.

22       47.    Prior to the interview, an ambulance technician came inside the

23  medical clinic. As soon as he walked in, and took a look at me, he asked the

24  Sergeant what had happened. The Sergeant replied, "the inmate assaulted these

25  deputies." The Sergeant pointed to Deputy Ibarra and Moorman. Then the

26  ambulance technician responded, "If anyone assaulted anyone, it was the deputies

27  who assaulted this man. Look at the deputies! They have no visible injuries." This

28  conversation occurred off camera, and the technician remained in the clinic for the

7

000660

1    entire video recorded interview.

2        48.    The interview was video recorded and the Lieutenant asked the

3    majority of the questions. He asked me what had happened, if I was on any

4    medication, very general questions pertaining to the incident. As soon as I told

5    him, "These 3000 boys beat the shit out of me for no reason," the Lieutenant said

6    "cut the camera" and gave no response as he had a shocked look on his face. This

7    interview lasted no more than one or two minute tops.

8        49.    Once the interview ended, the ambulance technician placed me in a

9    gurney and transported me to Los Angeles Medical Center + USC ("LCMC"). I

10   was transferred in a red and white, Los Angeles Fire Department Paramedics

11   ambulance vehicle.

12       50.    At LCMC, I was in and out of consciousness. A doctor told me I was

13   being treated for a concussion and an open cut to my forehead. I had a two-inch

14   laceration in my forehead, which required thirty-five stitches. The doctor told me

15   he had to give me fifteen deep suture stitches underneath my skin, and twenty

16   stitches to the surface of my forehead. A picture of the cut on my forehead is

17   attached as Exhibit 1 and 2. I also developed bruising on the right side of my face

18   to where deputy Moorman had smashed my face into the wall. Pictures of the

19   contusions on my face are attached as Exhibit 3, and can also be seen in Exhibit 1.

20   My ribs were also very sore from Deputy Ibarra's kicks. These pictures were

21   taken by my co-counsel, four days after the assault, with the judge's permission.

22       51.    I stayed at LCMC for two days. I was given Vicodin. I was then

23   taken to MCJ's medical floor and stayed there for four days. I eventually made it

24   back to the pro per module, but I was taken to the hole first. I was never told why

25   I was taken to the hole or received any paperwork as to the reason. I spent an

26   entire day in the discipline unit. I was released from the hole after I overheard a

27   lady's voice tell C.A. Perez that I didn't deserve hole time and that she was going

28   send me back to my cell. I was in the hole when I heard C.A. Perez being told that

8

000661

1    I was going to be sent back to my cell. Pro per disciplinary units are inside

2    Module 2500/2700 because we must still be able to go to law library.

3        52.    After the incident, on occasion, when deputies refused to give us

4    Outdoor Recreation time or law library for no reason, I heard them say, "blame it

5    on Tillman."

6        53.    Also, on or about July 1st, a nurse approached my cell, at around 7:30

7    am, and I told her I wanted to sign up for the Doctor's line because I wanted the

8    doctor the refill my prescription. After the assault and till now, I experience

9    headaches a couple times a week so the doctor prescribed me Ibuprofen. Deputy

10   Moorman was escorting the nurse down the row. The nurse asked me why I was

11   having headaches. Deputy Moorman and I made eye contact and I chose not to be

12   descriptive in my response to the nurse because I feared he would return later and

13   assault me again. As the nurse continued down the row, Deputy Moorman and I

14   starred at one another. At about 11:30 am, as I was lying on my bed, Deputy

15   Moorman stood in front of my cell, made eye contact with me and spit tobacco

16   inside my cell. The tobacco landed two feet away from me, on the floor. He did

17   not say anything and walked away.

18       54.    Deputies Moorman and Ibarra and C.A. Perez are no longer working

19   in Module 2500. They have been rotated out. In early August, at around 3:30 pm,

20   my row was escorted to roof for Recreational time. Before being let out on the

21   roof, we are lined up, strip searched and scanned by a deputy. A deputy scanned

22   my wrist, starred at my wristband for several seconds, then began to yell at me. He

23   said, "Tuck your fucking shirt in!" and "Are you fucking stupid? Walk straight

24   and keep that fucking shirt tucked in!" None of the other inmates received this

25   treatment, it was only me. After scanning the rest of the inmates, he let them

26   proceed to the roof but he told me to wait outside and "face the fucking wall." I

27   did what was asked, he then got into my face and said, "The ACLU ain't going to

28   be watching me forever." He went on to insult me a couple more times and let me

1 go with the other inmates. This was the first time I had ever seen this deputy. He
2 was about 6'0'' had a stocky build and appeared to be Hispanic and in his fifties.
3 Although he spoke to me at close distance, I did not look down at his name badge.
4 I was afraid that if I did, he would've thought I was going to file a complaint and
5 then beat me. Eventually, I was able to join the other inmates in the yard.

6        55.    I asked a fellow inmate to get his name. According to this inmate, he
7 walked over to him to ask a question and his name badge read, "Deputy Garcia."

8        56.    As a result of this incident with Deputy Garcia, I refuse to go to the
9 yard because I want to avoid problems with deputies.

10       I declare under penalty of perjury of the laws of the State of California and
11 the United States that the foregoing is true and correct to the best of my
12 knowledge and belief.  Executed this 22nd day of August, 2011 in Los Angeles,
13 California.

14

15

16                                            William Tillman

17

18

19

20

21

22

23

24

25

26

27

28

000663



000664







MAR 29 2011

000667