1  MARK ROSENBAUM (SBN 59940)
   mrosenbaum@aclul-sc.org
2  PETER J. ELIASBERG (SBN 189110)
   peliasberg@aclu-sc.org
3  JESSICA G. PRICE (SBN 264053)
   jprice@aclu-sc.org
4  ACLU FOUNDATION OF
       SOUTHERN CALIFORNIA
5  1313 West Eight Street
   Los Angeles, California 90017
6  Tel: (213) 977-9500
   Fax: (213) 250-3919
7
   MARGARET WINTER*
8  mwinter@npp-aclu.org
   ERIC G. BALABAN*
9  ebalaban@npp-aclu.org
   DAVID SHAPIRO
10 dshapiro@npp-aclu.org
   National Prison Project of the ACLU
11 915 15th Street NW, 7th Floor
   Washington, D.C. 20005
12 Telephone:  (202) 393-4930
   Facsimile:  (202) 393-4931
13 *Not admitted in D.C.; practice limited to federal courts

14 Attorneys for Plaintiff
   (other attorneys on next page)

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Dennis Rutherford, et al. | Case No.  Civ. 75-04111-DDP |
| Plaintiff, | **[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION TO CONTINUE DATE OF EVIDENTIARY HEARING** |
| vs. | |
| Sheriff Leroy Baca et al., | |
| Defendants. | |

1  MELINDA BIRD, SBN 102236
   melinda.bird@disabilityrightsca.org
2  Disability Rights California
   3580 Wilshire Blvd., Suite 902
3  Los Angeles, California 90010
   Telephone:  (213) 355-3605
4  Facsimile:  (213) 427-8767

5  Bingham McCutchen LLP
   STEPHEN D. ALEXANDER (SBN 141099)
6  stephen.alexander@bingham.com
   JENNIFER B. MIKOLEVINE (SBN 236745)
7  jennifer.mikolevine@bingham.com
   355 South Grand Avenue, Suite 4400
8  Los Angeles, California  90071-1560
   Telephone:  (213) 680-6400
9  Facsimile:  (213) 680-6499

10 Bingham McCutchen LLP
   STACY W. HARRISON, SBN 175028
11 stacy.harrison@bingham.com
   1620 26th Street
12 4th Floor, Main Tower
   Santa Monica, California 90404
13 Telephone: (310) 907-1000
   Facsimile: (310) 907-2000

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  The Court, having considered Plaintiff's *Ex Parte* Application and all
2  papers filed in support and opposition, hereby GRANTS Plaintiff's application.
3  The evidentiary hearing on Plaintiffs' Motion for a Protective Order is
4  continued to October 27, 2011 at 10 am/ October ____, at ___ am/pm.
5  It is so **ORDERED**.

7  Dated: October ___, 2011   _____
8  Dean D. Pregerson
   United States District Court Judge

13  _____
    Submitted By:
    Peter J. Eliasberg

-2-