# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | |
|---|---|---|
| Case No. | CV 75-04111 DDP | Date   March 14, 2012 |
| Title | DENNIS RUTHERFORD -V- LEROY BACA | |

Present: The Honorable   DEAN D. PREGERSON, U.S. DISTRICT JUDGE

| John A. Chambers | None Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

Proceedings:   MINUTE ORDER (IN CHAMBERS)

**COUNSEL ARE NOTIFIED** that a STATUS CONFERENCE RE: EVIDENTIARY HEARING is hereby set for March 19, 2012 at 10:00 a.m.

|  | :  N / A |
|---|---|
|  | Initials of Preparer   JAC |