UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.   CV 75-04111 DDP                                      Dated: March 15, 2012

Title:   DENNIS RUTHERFORD -v- LEROY BACA
========================================================================
PRESENT:   HONORABLE DEAN D. PREGERSON, JUDGE

<u>John A. Chambers</u>                           <u>None Present</u>
Courtroom Deputy                            Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

   None                                         None

PROCEEDINGS:        MINUTE ORDER (IN CHAMBERS)


**COUNSEL ARE NOTIFIED** that on the Court's own motion the STATUS CONFERENCE RE: EVIDENTIARY HEARING is hereby continued from March 19, 2012 to April 2, 2012 at 11:00 a.m.


MINUTES FORM 11                                         Initials of Deputy Clerk   JAC
CIVIL -- GEN