PAUL B. BEACH, State Bar No. 166265
pbeach@lbaclaw.com
JUSTIN W. CLARK, State Bar No. 235477
jclark@lbaclaw.com
LAWRENCE BEACH ALLEN & CHOI, PC
100 West Broadway, Suite 1200
Glendale, California 91210-1219
Telephone No. (818) 545-1925
Facsimile No. (818) 545-1937

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS RUTHERFORD, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>SHERMAN BLOCK, et al.,<br><br>Defendants. | Case No. CV 75-04111 DDP<br><br>Honorable Dean D. Pregerson<br><br>**STIPULATION FOR CONTINUING APRIL 2, 2012 STATUS CONFERENCE RE: EVIDENTIARY HEARING TO APRIL 23, 2012**<br><br>*[Proposed] Order Lodged Concurrently Herewith]* |

///
///
///

Defendants and Plaintiffs, by and through their counsel, hereby agree and stipulate as follows:

WHEREAS on March 15, 2012, the Court set a Status Conference re Evidentiary Hearing for April 2, 2012;

WHEREAS Defendants' counsel, Paul B. Beach and Justin W. Clark will both be on prepaid family vacations on that date and will not be to attend the scheduled hearing;

WHEREAS based on the unavailability of counsel, Defendants requested, and Plaintiffs agreed, to continue the Status Conference re Evidentiary Hearing from April 2, 2012 to April 23, 2012.

BASED ON THE ABOVE, Plaintiffs and Defendants hereby stipulate as follows:

///

///

///

     The April 2, 2012 Status Conference re Evidentiary Hearing is continued to April 23, 2012.

Dated: March 28, 2012     LAWRENCE BEACH ALLEN & CHOI, PC

By   /s/  Justin W. Clark
    Justin W. Clark
    Attorneys for Defendants

Dated: March 28, 2012     ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
ACLU NATIONAL PRISON PROJECT
DISABILITY RIGHTS CALIFORNIA
BINGHAM MCCUTCHEN LLP

By_____
    Peter Eliasberg
    Attorneys for Plaintiffs

The April 2, 2012 Status Conference re Evidentiary Hearing is continued to April 23, 2012.

Dated: March 28, 2012         LAWRENCE BEACH ALLEN & CHOI, PC


By_____
Justin W. Clark
Attorneys for Defendants


Dated: March 28, 2012         ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
ACLU NATIONAL PRISON PROJECT
DISABILITY RIGHTS CALIFORNIA
BINGHAM MCCUTCHEN LLP


By_____
Peter Eliasberg
Attorneys for Plaintiffs

3