1  PAUL B. BEACH, State Bar No. 166265
   pbeach@lbaclaw.com
2  JUSTIN W. CLARK, State Bar No. 235477
   jclark@lbaclaw.com
3  LAWRENCE BEACH ALLEN & CHOI, PC
   100 West Broadway, Suite 1200
4  Glendale, California  91210-1219
   Telephone No. (818) 545-1925
5  Facsimile No. (818) 545-1937

6  Attorneys for Defendants

7

8
                     **UNITED STATES DISTRICT COURT**
9
                     **CENTRAL DISTRICT OF CALIFORNIA**
10

11
   DENNIS RUTHERFORD, et al.,    ) Case No. CV 75-04111 DDP
12                                )
                                  ) Honorable Dean D. Pregerson
13            Plaintiffs,         )
                                  )
14                                ) **[PROPOSED] ORDER**
        vs.                       ) **CONTINUING APRIL 2, 2012**
15                                ) **STATUS CONFERENCE RE:**
                                  ) **EVIDENTIARY HEARING TO**
16 SHERMAN BLOCK, et al.,         ) **APRIL 23, 2012**
                                  )
17            Defendants.         ) New Date:  April 23, 2012
                                  ) Time:      10:00 a.m.
18                                ) Dept.:     3
                                  )
19

20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

                                     1
RUTHERFORD\Prop Order cont status conference re evidentiary hearing

Pursuant to the stipulation of the parties and good cause appearing therefor, the Court hereby orders as follows:

The April 2, 2012 Status Conference re Evidentiary Hearing is continued to April 23, 2012.

IT IS SO ORDERED.

Dated: _____  _____
Honorable Dean D. Pregerson
United States District Court Judge