1    PAUL B. BEACH, State Bar No. 166265
pbeach@lbaclaw.com
2    JUSTIN W. CLARK, State Bar No. 235477
jclark@lbaclaw.com
3    LAWRENCE BEACH ALLEN & CHOI, PC
100 West Broadway, Suite 1200
4    Glendale, California  91210-1219
Telephone No. (818) 545-1925
5    Facsimile No. (818) 545-1937

6    Attorneys for Defendants

7

8

9                **UNITED STATES DISTRICT COURT**

10             **CENTRAL DISTRICT OF CALIFORNIA**

11

12    DENNIS RUTHERFORD, et al.,     )   Case No. CV 75-04111 DDP
                                  )
13            Plaintiffs,          )   Honorable Dean D. Pregerson
                                  )
14                                   )   **ORDER CONTINUING APRIL 2,**
          vs.                    )   **2012 STATUS CONFERENCE RE:**
15                                   )   **EVIDENTIARY HEARING TO**
                                  )   **APRIL 23, 2012**
16    SHERMAN BLOCK, et al.,      )
                                  )   New Date:   April 23, 2012
17                                   )   Time:        10:00 a.m.
          Defendants.        )   Dept.:       3
18                                   )
19    _____ )

20    ///

21    ///

22    ///

23    ///

24    ///

25    ///

26    ///

27    ///

28    ///

RUTHERFORD\Prop Order cont status conference re evidentiary hearing

1    Pursuant to the stipulation of the parties and good cause appearing

2  therefor, the Court hereby orders as follows:

3    The April 2, 2012 Status Conference re Evidentiary Hearing is continued to

4  April 23, 2012 at 11:00 a.m.

5

6  IT IS SO ORDERED.

7

8  Dated:  March 29, 2012                              Honorable Dean D. Pregerson
                                                               United States District Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2
RUTHERFORD\Prop Order cont status conference re evidentiary hearing