## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | |
|---|---|---|
| Case No. | CV 75-04111 DDP | Date   April 23, 2012 |
| Title | DENNIS RUTHERFORD -V- LEROY BACA | |

Present: The Honorable    DEAN D. PREGERSON, U.S. DISTRICT JUDGE

| John A. Chambers | Maria Bustillos | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Mark D. Rosenbaum<br>Peter Eliasberg<br>Esther Lim<br>Marisol Orihuela<br>Margaret Winter - **telephonic** | Paul B. Beach<br>Justin W. Clark<br>Roger H. Granbo, Jr. |

Proceedings:

STATUS CONFERENCE RE: EVIDENTIARY HEARING
(COURT ORDERED 03-14-12)

Court and counsel confer re: case status as reflected on the record.

|  |  |
|---|---|
| 1 hour | : 48 mins |
| Initials of Preparer | JAC |