
Name & Address:
JUSTIN W. CLARK, State Bar No. 235477
LAWRENCE BEACH ALLEN & CHOI, PC
100 West Broadway, Suite 1200
Glendale, California  91210-1219
818-545-1925

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

DENNIS RUTHERFORD, et al.,

CASE NUMBER: CV 75-04111 DDP

PLAINTIFF(S)

v.

SHERMAN BLOCK, et al.,

**NOTICE OF MANUAL FILING**

DEFENDANT(S).

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
New Los Angeles County Sheriff's Department Six Month Status Update of Jail Reforms.

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Rule 79-5.4. Documents to be excluded, (h)]

☒ Other  Report containing new policies and procedures.

**Reason:**

☐ Under Seal

☒ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☐ Manual Filing required (*reason*):

May 25, 2012                                         /s/ Justin W. Clark
Date                                                 Attorney Name

                                                     Defendants
                                                     Party Represented

Note: File one Notice in each case, each time you manually file document(s).