1  PAUL B. BEACH, State Bar No. 166265
   pbeach@lbaclaw.com
2  JUSTIN W. CLARK, State Bar No. 235477
   jclark@lbaclaw.com
3  LAWRENCE BEACH ALLEN & CHOI, PC
   A Professional Corporation
4  100 West Broadway, Suite 1200
   Glendale, California 91210-1219
5  Telephone No. (818) 545-1925
   Facsimile No. (818) 545-1937
6
7  Attorneys for Defendants

8  **UNITED STATES DISTRICT COURT**
9  **CENTRAL DISTRICT OF CALIFORNIA**
10

11 DENNIS RUTHERFORD, et al.,      ) Case No. CV 75-04111 DDP
                                    )
12                                  ) Honorable Dean D. Pregerson
           Plaintiffs,              )
13                                  )
                                    ) **NOTICE OF LODGING OF "SIX**
14    vs.                           ) **MONTH STATUS UPDATE OF**
                                    ) **JAIL REFORMS" CONTAINING**
15                                  ) **NEW POLICIES AND**
   SHERMAN BLOCK, et al.,           ) **PROCEDURES FOR THE**
16                                  ) **OPERATION OF THE**
                                    ) **LOS ANGELES COUNTY JAIL**
17         Defendants.              ) **SYSTEM**
                                    )
18 _____  )

19
20      TO THE COURT, ALL INTERESTED PARTIES AND THEIR
21 ATTORNEYS OF RECORD:
22 ///
23 ///
24 ///
25
26
27
28

RUTHERFORD\ NOTICE OF LODGING

1

1     PLEASE TAKE NOTICE that Defendant Sheriff Leroy D. Baca hereby lodges a true and correct copy of "Los Angeles County Sheriff's Department Six Month Status Update of Jail Reforms," containing new policies and procedures relevant to the status of the operation of the Los Angeles County Jail system. The Los Angeles County Sheriff's Department has already provided copies of the document to the ACLU.

Dated: May 25, 2012        LAWRENCE BEACH ALLEN & CHOI, PC

                              By     /s/ Justin W. Clark
                                  Justin W. Clark
                                  Attorneys for Defendants
                                  Sherman Block, et al.