MARK D. ROSENBAUM, SBN 59940
mrosenbaum@aclu-sc.org
PETER ELIASBERG, SBN 189110
peliasberg@aclu-sc.org
JESSICA G. PRICE, SBN 264053
jprice@aclu-sc.org
ACLU Foundation of Southern California
1313 W. 8th Street
Los Angeles, California 90017
Telephone:  (213) 977-9500
Facsimile:  (213) 977-5297

MARGARET WINTER*
mwinter@npp-aclu.org
ERIC G. BALABAN*
ebalaban@npp-aclu.org
National Prison Project of the ACLU
915 15th Street NW, 7th Floor
Washington, D.C. 20005
Telephone:  (202) 393-4930
Facsimile:  (202) 393-4931
*Not admitted in D.C.; practice limited to federal courts

Attorneys for Plaintiffs
(continued on next page)

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DENNIS RUTHERFORD, et al,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>LEROY BACA, et al.,<br><br>　　　　　Defendants.<br>_____ | Case No.  Civ. 75-04111-DDP<br><br>PLAINTIFFS' NOTICE OF FILING OF REPORT CONCERNING VIOLENCE IN LOS ANGELES COUNTY JAILS, AND SUPPORTING DECLARATIONS AND EXHIBITS; ADDITIONAL DECLARATIONS OF CIVILIAN WITNESSES AND CURRENT AND FORMER INMATES |

1  MELINDA BIRD, SBN 102236
   melinda.bird@disabilityrightsca.org
2  Disability Rights California
   3580 Wilshire Blvd., Suite 902
3  Los Angeles, California 90010
   Telephone: (213) 355-3605
4  Facsimile: (213) 427-8767

5  Bingham McCutchen LLP
   STEPHEN D. ALEXANDER (SBN 141099)
6  stephen.alexander@bingham.com
   JENNIFER B. MIKOLEVINE (SBN 236745)
7  jennifer.mikolevine@bingham.com
   355 South Grand Avenue, Suite 4400
8  Los Angeles, California  90071-1560
   Telephone: (213) 680-6400
9  Facsimile: (213) 680-6499

10 Bingham McCutchen LLP
   STACY W. HARRISON, SBN 175028
11 stacy.harrison@bingham.com
   1620 26th Street
12 4th Floor, Main Tower
   Santa Monica, California 90404
13 Telephone: (310) 907-1000
   Facsimile: (310) 907-2000

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Plaintiffs hereby give notice of their filing of the 2012 Annual Report on Conditions Inside Los Angeles County Jails, and the declarations and exhibits cited in that Report. Additional Declarations of Civilian Witnesses and Current and Former Inmates are also attached.

DATED: September 28, 2012  ACLU Foundation of Southern California
National Prison Project of the ACLU Foundation

PETER J. ELIASBERG
ACLU FOUNDATION OF SOUTHERN CALIFORNIA

By: _____
           PETER J. ELIASBERG