# DECLARATION OF PETER ELIASBERG

## DECLARATION OF PETER J. ELIASBERG

I, Peter J. Eliasberg, hereby declare:

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2. I am the Legal Director of the American Civil Liberties Union Foundation of Southern California ("ACLU-SC"). I am co-lead counsel for the *Rutherford* plaintiffs, together with attorneys from the ACLU Foundation National Prison Project ("ACLU-NPP"), and co-counsel for the *Rosas* plaintiffs, together with ACLU-NPP, and attorneys at Paul Hastings, LLP ("Paul Hastings").

3. Attached hereto, is a true and correct copy, of Mr. F's photos of a close up of his eye and profile, marked as Exhibit A.

4. Attached hereto, is a true and correct copy of Mr. H's medical chart indicating injuries he sustained, marked as Exhibit B.

5. Attached hereto, is a true and correct copy of five pages of Mr. FF's medical records describing Mr. FF's discharge summary and operation report, marked as Exhibit C.

6. Attached hereto, is a true and correct copy of Gabriel Carrillo's photo of his face taken a few days after he was beaten up by deputies when he was a visitor to Men's Central Jail ("MCJ") on February 26, 2011, marked as Exhibit D..

7. Attached hereto, is a true and correct copy of Mr. NN's medical records describing injuries sustained when deputies slammed Mr. NN's head against a wall and beat him, marked as Exhibit E.

8. Attached hereto, is a true and correct copy of a declination memorandum from the Los Angeles County District Attorney's Office for the five deputies and one sergeant involved in the use of force incident with Mr. Carrillo. The memorandum provides a description of LASD Sergeant Gonzalez's giving a directive to the deputies who beat Mr. Carrillo, to strike Mr. Carrillo in the face with "personal weapons." This is marked as Exhibit F.

1

1  I hereby declare under penalty of perjury of the laws of the State of
2  California and the United States that the foregoing is true and correct to the best of
3  my knowledge and belief. Executed September 27, 2012 in Los Angeles,
4  California.
5
6                                                  s/ Peter J. Eliasberg
7                                                 Peter J. Eliasberg

2