# ELIASBERG DECLARATION
# EXHIBIT A





**ELIASBERG DECLARATION
EXHIBIT B**

LOS ANGELES COUNTY SHERIFF'S DEPARTMENT
MEDICAL SERVICES
DATA BASE

DIAGRAMATIC RECORD

LIST ANTERIOR AND POSTERIOR BRUISES, CONTUSIONS, LACERATIONS, AND TRAUMA

1. _____
2. _____
3. _____
4. _____
5. _____
6. _____
7. _____
8. _____



Name/Discipline _____

"Mr. H"

# ELIASBERG DECLARATION
# EXHIBIT C

MARES, JUAN  MRN 7169563  Account: 10015347  Admit: 07/29/2010  Discharge: 07/31/2010

COUNTY OF LOS ANGELES    DEPARTMENT OF HEALTH SERVICES 



## LAC + USC HEALTHCARE NETWORK

LAC + USC Department of Emergency Medicine
1200 North State Street • Los Angeles CA 90033 • (323) 409-4000

### Discharge Packet - Discharge Summary

Patient: **MR.FF**

Medical Record:
Age/DOB:

Arrival: 6/8/2010 0938
Dispo Decision Time: 6/10/2010 1755

Disposition: Jail Infirmary
Rm (last): JA09

Chief Complaint: Assault

Dx 1: Left Laceration, Ear, External
Dx 2: lens dislocation
Dx 3: Right Mandibular neck Fracture

Jail MD Instructions: 1) ophtho jail clinic and 2) retina clinic 2 weeks, Thank you for this consult. Patient with mult issues. Apply antibiotic ointment to laceration on ear three times daily. No showering for 24 hours. Wound check in 24 hours. Suture removal in 5-7 days. will need medications, and needs to sleep face down. Follow up with jail optho clinic 6/15/10 @12pm and retina clinic x2 weeks. for mand neck fracture, got wired. needs a wire jaw diet, Please keep him in the infirmary. Thank you.

Rx 1: Pred-Forte Ophthalmic Suspension (prednisoLONE)
1%
1 drop in affected eye 4 times a day
5mL bottle

Rx 2: Cosopt Ophthalmic Solution (dorzolamide, timolol)
2%,0.5%
1 drop in affected eye(s) twice a day
10mL bottle

Rx 3: Alphagan P Ophthalmic Solution (brimonidine)
0.15%
Instill one drop to affected eye(s) every 8 hours
10mL bottle

Rx 4: Tylenol with Codeine Elixir (acetaminophen,codeine)
120mg/5mL,12mg/5mL
5 mL by mouth every 6 hours as needed for pain
100mL bottle

Rx 5: Peridex Oral Liquid (chlorhexidine)
0.12% (after toothbrushing)
15mL swish x 30 seconds & spit out three times a day
480mL bottle

Abbreviations: Dx = Diagnosis Rx = Prescription

## Medications

**MR.FF**

DEPARTMENT OF EMERGENCY MEDICINE
DISCHARGE INSTRUCTIONS
1082 (6-09)

Loc/Svc=/GOPHTA                                    Admit Date=07/29/2010
FINAL REPORT                                   Discharge Date=07/31/2010
REPORT OF OPERATION-GH OPS
=================================================================
                  ** REVISED on 03/11/2011 1458 by SYS **
REPORT OF OPERATION


DEPARTMENT:  Ophthalmology

DATE OF OPERATION: 07/30/2010

PRIMARY SURGEON:  John Braxton-Cason, MD

FIRST ASSISTANT:  Cesar Briceno, MD

SECOND ASSISTANT:  Martin J. Heur, MD

ANESTHESIA: General.

SPECIMENS:  None.

ESTIMATED BLOOD LOSS:  None.

COMPLICATIONS:  None.

PREOPERATIVE DIAGNOSIS: Anterior dislocated intraocular lens,
right eye.

POSTOPERATIVE DIAGNOSIS: Anterior dislocated intraocular lens,
right eye.

OPERATION PERFORMED:  Intraocular lens explantation with silicon
oil removal.

PROCEDURE: The patient was brought to the main operating room,
was prepped and draped in the usual sterile ophthalmic fashion.  The
operating microscope was swept into position.  A surgical time out was
performed just prior to the initial cut.

Using blunt-tip Westcott a conjunctival peritomy was performed in the
superior bulbar conjunctiva.  Bipolar cautery was used to cauterize any
bleeding conjunctival vessels.  Next, using calipers, a 5-mm marking
was made in the superior sclera, approximately 1 mm from the limbus.
Using a crescent blade a 5-mm scleral wound was created.  It was noted
that upon creation of this scleral wound the sclera was thin, probably
from prior trauma or operative procedures.  Therefore, the scleral
wound was deeper than originally anticipated and there was uvea

MR.FF

Loc/Svc=/GOPHTA                          Admit Date=07/29/2010
**FINAL REPORT**                         Discharge Date=07/31/2010
REPORT OF OPERATION-GH OPS
=======================================================================
exposed.  A shelled superior wound was then made into the clear cornea.
A super-Sharp was used to make a paracentesis.  Through this
paracentesis, the anterior chamber was then flooded with intracameral
Healon.

Next, the anterior chamber was entered with a 2.75 mm keratome through
the superior scleral tunnel wound.  The wound was enlarged to 5 mm on
the inside of the anterior chamber.  Next, using a Kuglen hook, the
lens was rotated into the anterior chamber.  Using McPherson forceps
the lens was then explanted.  Silicon oil began to come out of the eye.
 Therefore using the Alcon Infinity Irrigation and Aspiration Handpiece
continuous irrigation was used to fill the eye with saline as the
silicon oil flowed outwards from the eye.  Using gentle scleral
depression with a cotton-tip applicator all of the silicon oil was
verified to be removed.

Next, the superior scleral wound was approximated. The deeper portions
of the wound were uvea was exposed was approximated with 1 interrupted
10-0 nylon stitch.  The remainder of the superficial portions of the
scleral tunnel wound were approximated using 5 interrupted 10-0 nylon
sutures.  The suture knots were then superiorly rotated.  The scleral
well was then verified to be watertight using WECK-CEL, the conjunctiva
was then re-approximated using a single 8-0 Vicryl stitch.
Subconjunctival Ancef and dexamethasone were then injected into the
superior bulbar conjunctive.

The patient tolerated the entire procedure well and there were no
complications.  The patient was discharged to the hospital ward in
excellent condition with instructions to follow up with Dr. Cason, the
following morning for postoperative follow up.

Dictated By:  John Braxton-Cason, MD

Job ID#: 134366/jg
Electronically Signed By John B Cason  03/11/2011 02:58 PM

=======================================================================
    Dictated By=CASON,JOHN B (MD)           D/T=07/31/2010 1328
    Text Status=**REVISED FINAL**
Elec Signed By= (Electronic Signature)      D/T=03/11/2011 1458
             CASON,JOHN B (MD)
Transcribed By=GIBSON,JEFF                   D/T=03/11/2011 1458

```
Loc/Svc=/GOPHTA                                Admit Date=07/29/2010
FINAL REPORT                               Discharge Date=07/31/2010
GH DISCHARGE SUMMARY
======================================================================
              ** REVISED on 03/11/2011 1458 by SYS **
Date of Admission:  07/29/10      Department:  Medicine

Date of Discharge:  07/31/10

Admitting Diagnosis: Dislocated intraocular lens right eye.

Final Diagnosis:  Dislocated intraocular lens right eye.

Final Procedures:  Removal of intraocular lens right eye.
Removal of silicone oil right eye.

Admitting Medications:
1.    Methazolamide 50 mg by mouth twice a day.
2.    Alphagan 1 drop in the right eye three times a day.
3.    Cosopt 1 drop in the right eye twice a day.
4.    Travatan 1 drop in the right eye twice a day.
                    5.    Travatan 1 drop in the right eye nightly.
   6.   Benadryl 25 mg by mouth every night as needed insomnia.

Allergies:  No known drug allergies.

Past Medical History:  Trauma to right eye. History of retinal
detachment repair, right eye, with silicone oil placement.

History of Present Illness: The patient is a 21-year-old Hispanic
male with a history of trauma and retinal detachment of the right eye
with silicone oil placement; who suffered a boot injury to the face in
early June 2010 with dislocation of his intraocular lens and subsequent
elevated eye pressures; came to the clinic to be evaluated and was
deemed to need a surgical procedure for removal of the lens in order to
improve his vision and also improve his intraocular pressure.

Hospital Course: The patient was admitted on 07/29/10 for
evaluation and surgical planning.  Preoperative studies were
unremarkable and the patient was taken to the operating room on
07/30/10.  The case was done under general anesthesia with no
complications.  He had his intraocular lens and some of his silicone
oil removed.  For full details please see Dr. John Cason's operative
report.

The patient returned to the ward postoperatively in stable condition.
He did well overnight and was deemed ready for discharge by the eye
team on 07/31/10.
```

Loc/Svc=/GOPHTA                                    Admit Date=07/29/2010
**FINAL REPORT**                               Discharge Date=07/31/2010
**GH DISCHARGE SUMMARY**
========================================================================

Discharge Medications:
1.    Prednisolone 1% one drop in the right eye four times a day.
2.    Ocuflox 1 drop in the right eye four times a day.
3.    Discontinue all other eye drops in the right eye.
4.    Discontinue methazolamide tablets by mouth.
                          5.    Continue Benadryl as needed for sleep.


Condition at Discharge:   Good.


Recommendations and Follow-Up:  The patient is to follow-up with
the Cornea Clinic in Clinic Tower A4D in 2 weeks for a postoperative
evaluation.  The patient is to be discharged back to the jail ward and
to his jail facility.  He is to wear an eye patch/eye shield over the
right eye whenever sleeping.


The Discharge Plan was discussed with Dr. John Cason, attending
physician, and concurs with this discharge plan.


Dictated By: Cesar Briceno, MD


Job#/Transcriber's Initials:  134464/cdm
Electronically Signed By CESAR A. BRICENO  09/08/2010 01:38 PM


Electronically Signed By John B Cason  03/11/2011 02:58 PM


========================================================================
      Dictated By=BRICENO,CESAR A (MD)            D/T=07/31/2010 1706
      Text Status=**REVISED FINAL**
Elec Signed By= (Electronic Signature)           D/T=09/08/2010 1338
                BRICENO,CESAR A (MD)
Transcribed By=MANN,CYNTHIA D                     D/T=03/11/2011 1458

# ELIASBERG DECLARATION
# EXHIBIT D



# ELIASBERG DECLARATION
# EXHIBIT E

**LOS ANGELES COUNTY + USC MEDICAL CENTER**

COUNTY OF LOS ANGELES                                           DEPARTMENT OF HEALTH SERVICES

DATE: 5/25/11                                                   Translator Used: ☐Yes ☑No

MD Time Seen: 1200                                              ☑RN Notes Reviewed ✓

Vital Signs: BP 179/99   HR 73   RR 18   T   Pulse Ox 100 RA   Immuniz UTD? ☐Yes ☐No ☐Unk

Last tetanus: ☐ MDS ago

**History**

28 y/o M incarcerated BIBA s/p
assault. Assault c̄ fists/objects
Pt c/o pain to back/neck and BLE
Lac to forehead
⊕pepper spray to eyes.

**Review of Systems**
(✓ means reviewed/neg)
☐ Constitutional:
☐ Skin:
☐ Eyes:
☐ ENT:
☐ Resp:
☐ Cardiac:
☐ GI:
☐ GU:
☐ MuscoSkel:
☐ Neuro:
☐ Heme:
☐ Psych:

Abuse/Violence:
☐Yes ☐No ☐Suspected
☐Reported ☐Referral (SS/VIP)
Allergies: ☑NKDA (Reaction)

Social
Employed: ☑N ☐Y
Drugs: ☑N ☐Y ☐Ex
ETOH: ☑N ☐Y ☐Ex
Smoke: ☑N ☐Y ☐Ex

| 139 | 105 | 9 | 94 |
| 4.3 | 30 | 0.94 | |

PMH: Bipolar
Surgical: ∅
LMP:        G        P        AB

Medications (dosage/interval):   PADI Checked ☐
Risperdone

BVBG ⟨14.2 / 42.6⟩  P21.9

**Physical Exam**   Pain Scale: 0 1 2 3 4 5 6 7 ⑧ 9 10

|            | (✓=normal) |
|------------|------------|
| General    | A:O×4 |
| Lymph      | |
| Hydration  | MMM |
| Skin       | ∅hematomas   pt @ eye 7 |
| Head       | PERRL, EOMI, injected on @ eye |
| Eyes       | nasal deformity ∅septal hematoma |
| ENT        | C-collar in place, ⊕CO-@ midline TTP |
| Neck       | CTAB |
| Pulm       | RRR ∅m |
| Cardiac    | soft NT ND ∅rebd guard |
| Abdomen    | good rectal tone |
| Rectal/GU  | midline T/L/S TTP |
| OB/Gyn     | Fxcn @ hip/knee/ankle/wrist/elbow |
| Back       | shoulder, pain c̄ ext rotation of @ hip |
| Extremities| |
| Neuro      | CN II-XII intact, 5/5 strength, sen intact |

1° Survey
A: P/P/P
B: BS equal
  ⊕CW diff ∅ crepts
  TTP @ chest wall
C: 2+ distal pulses
D: PERRL
  MAE + PAE ×4
  good rectal tone
E: 4 cm lac @ mid
  forehead stellate
  8 doors

PREGNANT ☐YES ☐NO   PT/INR 1.04
14.3    1200
Hgb    Time     PT/INR 1.04
Hgb    Time     LACTATE
Hgb    Time     ACCU ✓
Hgb    Time     LIPASE
DEM FAST #1 ☐POS ☑NEG TIME:
DEM FAST #2 ☐POS ☐NEG TIME:
VBG Time | pH | HCO₃ | if | CO₂
Time     Time     Time
Trop:    Trop:    Trop:
EKG Time: EKG Time: EKG Time:

| Date/Time | Orders & Medications | Effect/ RN/Time | STAT CONSULT | Time Called | Time in ED | Pager |
|-----------|---------------------|-----------------|--------------|-------------|------------|-------|
| CIA | IV O₂ monitor          Sev Dine | | | | | |
|     | Fentanil 75 mcg IV×1     ₑᵤ 13:15 | | | | | |
|     | CBC, BMP, PT, PTT  } rec | | | | | |
|     | CT head / c-spine | | | | | |
|     | CXR pelvis   L/S spine x-ray | | | | | |
| 1410 | Fentanyl 75 mcg IV×1 | | | | | |

MSE (time/sign):

IMPRINT I.D. CARD (NAME MRUN CLINIC/WARD)

MR. NN



**EMERGENCY DEPARTMENT RECORD**

T-381                FILE IN MEDICAL RECORD                PAGE 1 OF 2                381 (4-09)

 

COUNTY OF LOS ANGELES                                                                    DEPARTMENT OF HEALTH SERVICES                Pg 2

**LAC + USC HEALTHCARE NETWORK**

LAC + USC Department of Emergency Medicine
1200 North State Street • Los Angeles CA 90033 • (323) 409-4000

Patient: MR. NN
Pt Acent:
Medical Recor

**NURSING TRIAGE (Adult)**

**HPI:** BIBA from jail for eval of assault, states was assaulted by deputies, states +LOC, +right sided forehead laceration, not actively bleeding, states tingling to BLE, +CMS, able to move all digits, +palpable pulses x4, resp even and unlabored on RA, +back pain, +neck pain, Ongoing ER eval by Dr. Balinger.

**PHYSICAL EXAM:**
GENERAL APPEARANCE: (adult) - alert, oriented X 3, no acute distress.
SKIN: warm, dry, good color, no rash
LUNGS: clear.
EARS: no discharge from ears.
C-SPINE: (+)neck tenderness, (-)spinal deformity
CHEST WALL: no chest tenderness
ABDOMEN: soft, no abd tenderness, (-)guarding, (-)rebound
PELVIS: no pelvic tenderness, (-)pelvic instability, (-)direct genital trauma, (-)urethral blood, (-)gross hematuria
BACK: no back tenderness
EXTREMITIES: good pulses on all extremities, no extremity tenderness, no edema
NEURO: motor intact, sensory intact
GLASGOW COMA SCORE: (adult) - eyes open spontaneously 4, verbal converses and oriented 5, motor obeys commands 6,
   15 glasgow coma total

**PMH:** Bipolar
Surgeries: denies

**SocHx:**

**RISK SCREENING:**
Behavior Risk: None
Suspected Abuse: None

**TRIAGE DATA:**
Last Tetanus:
LMP: none

**PREHOSPITAL CARE:** backboard, EMS documentation received, dressing, transported by ALS squad.
C-spine precautions taken by EMS that include: (+)C-collar, (+)Long backboard.

**NURSING INTERVENTION:** None.

**EKG Ordered:** EKG Not Applicable

**(C) 2009 Wellsoft, Elsevier, Gold Standard. THIS IS THE LAST PAGE.**

COUNTY OF LOS ANGELES

DEPARTMENT OF HEALTH SERVICES

## LOS ANGELES COUNTY + USC MEDICAL CENTER
### DEPARTMENT OF EMERGENCY MEDICINE PROCEDURE REPORT
For Central Line Placement, Lumbar Puncture, Thoracentesis, Paracentesis, Arthrocentesis, Tube Thoracostomy, and other procedures.

### PROVIDER PERFORMING THE PROCEDURE IS TO COMPLETE THIS FORM

DIAGNOSIS/INDICATION: _Lac repair_

PROCEDURE PERFORMED: ☐ Right ☐ Left ☑ Midline _Forehead_

**CONSENTS**
- ☐ Written (iMED Consents)
- ☑ Verbal (Risks and Benefits of Procedure Explained)
- ☐ Emergency Procedure Exception

**UNIVERSAL PROTOCOL PROCEDURE**
- ☑ Pre-procedure Verification (Correct Patient, Correct Procedure, Correct Site, Correct side); Patient participates when possible
- ☑ Mark the site: Provider marks the procedure site with the work **"YES"**; Patient participates when possible. For procedures that involve laterality, multiple structures (i.e. fingers) or levels
- ☐ Mark the site: Not Applicable  Obvious lesions and wounds, procedures with no predetermined site of insertion, midline and single organ procedure
- ☐ "Time Out" Performed with: _____

**TYPE OF ANESTHESIA/ANALGESIA**
- ☐ Moderate Sedation (see separate documentation)
- ☐ Sedative/Analgesia Infusion
- ____ mL Lidocaine  ☑ 1%  ☐ 2%  ☐ with Epinephrine
- ☑ Topical  ☑ Other: _Supraorbital_

**PROCEDURE NOTE:**
- ☑ Sterile Technique  ☑ Clean Technique  ☐ Chlorhexidine (preferred)  ☐ Betadine
- ☐ Maximal Sterile Barrier Used (Cap, Mask, Sterile Gown Tied, Sterile Gloves, Large Drapes)

_Irrigated  no FB seen  deep absorbable sutures_
_c̄ interrupted superficial sutures, no complications_
_Supraorbital block for anesthesia  c̄ local lido + epi to_
_supplement_

☐ Confirmatory CXR Ordered  ☐ Guidewire Removed

COMPLICATIONS: ☑ NONE
SPECIMEN(S): ☐ NONE
PROVIDER PRINTED LAST NAME: _Balling_ _IT0960_
PROVIDER SIGNATURE: _____ ID# _____
ATTENDING PHYSICIAN: _____ ID# _____
DATE: _3/28/11_  TIME: _0845_ AM/☑PM

IMPRINT I.D. CARD  (NAME  MRUN  CLINIC/WARD)

MR.NN

### DEPARTMENT OF EMERGENCY MEDICINE
### PROCEDURE REPORT

ORIGINAL - FILE IN MEDICAL RECORD
COPY - DEM

T-LAC101221  PAGE 1 OF 1  LAC101221 (8-10)

**ELIASBERG DECLARATION
EXHIBIT F**

## LOS ANGELES COUNTY DISTRICT ATTORNEY
## CHARGE EVALUATION WORKSHEET

Page 1 of 5

| X FELONY | AGENCY NAME | DA CASE NO. 32154629 | DATE 04/06/2012 |
|---|---|---|---|
| MISDEMEANOR | LASD - INTERNAL AFFAIRS | | |
| | AGENCY FILE NO. (DR OR URN) 912-00003-2003-441 | DA OFFICE CODE JS.I.D. 12-0194R | VICTIM ASSISTANCE REFERRAL ☐ YES – NOTIFY VWAP ☐ NO |

| SUSP NO. | SUSPECT | | | CHARGES | | | |
|---|---|---|---|---|---|---|---|
| | | | | CODE | SECTION | OFFENSE DATE | REASON CODE |
| 1 | NAME (LAST, FIRST MIDDLE)) ZUNGGEEMOGE, PANTAMITR | | | PC | 149 | 02/26/2011 | B |
| | DOB | SEX (M/F) M | BOOKING NO. | VIP -- Yes  X No | | | |
| | ___ Gang Member   Name of Gang | | | Victim Gang Member   Name of Gang: | | | |
| | Victim Name: | | | Victim DOB: | | | |
| 2 | NAME (LAST, FIRST MIDDLE)) AYALA, SUSSIE | | | PC | 149 | 02/26/2011 | B |
| | DOB | SEX (M/F) F | BOOKING NO. | VIP -- Yes  X No | | | |
| | ___ Gang Member   Name of Gang | | | Victim Gang Member   Name of Gang: | | | |
| | Victim Name: | | | Victim DOB: | | | |
| 3 | NAME (LAST, FIRST MIDDLE)) LUVIANO, FERNANDO | | | PC | 149 | 02/26/2011 | B |
| | DOB | SEX (M/F) M | BOOKING NO. | VIP -- Yes  X No | | | |
| | ___ Gang Member   Name of Gang | | | Victim Gang Member   Name of Gang: | | | |
| | Victim Name: | | | Victim DOB: | | | |

Comments

SEE ATTACHED.

| COMPLAINT DEPUTY (print) FERNANDO GUZMAN/smm | COMPLAINT DEPUTY (SIGNATURE) | STATE BAR NO. 134362 | REVIEWING DEPUTY (SIGNATURE) Sergio Gonzalez |
|---|---|---|---|

I have conveyed all relevant information to the above-named Deputy District Attorney to be used in consideration of a filing decision.

FILING OFFICER (PRINT): ___SGT. DENNIS DUARTE/L.A.S.D.___   FILING OFFICER (SIGNATURE): MAILED 04/11/12   SERIAL #

| DEPARTMENT OF JUSTICE REASON CODES (FORM 8715) | D. Victim Unavailable/Declines To Testify | H. Other (indicate the reason in Comments section) | L. Prosecutor Prefiling Deferral |
|---|---|---|---|
| | E. Witness Unavailable/Declines to Testify | I. Referred to Non-California Jurisdiction | DISTRICT ATTORNEY'S REASON CODES |
| Lack of Corpus | F. Combined with Other Counts/Cases | J. Deferred for Revocation of Parole | M. Probation Violation filed in lieu of |
| B. Lack of Sufficient Evidence | G. Interest of Justice | K. Further Investigation | N. Referred to City Attorney for Misdemeanor Consideration |
| C. Inadmissible Search/Seizure | | | |

Page 42

Rev. 697-9/10/10 DA Case 32154629

CHARGE EVALUATION WORKSHEET

LAST NAME: ZUNGGEEMOGE

FIRST NAME: PANTA

DA CASE NUMBER: 32154629

# LOS ANGELES COUNTY DISTRICT ATTORNEY
## CHARGE EVALUATION WORKSHEET

Page 2 of 5

| X FELONY | **AGENCY NAME** LASD - INTERNAL AFFAIRS | **DA CASE NO.** 32154629 | **DATE** 04/06/2012 |
|---|---|---|---|
| MISDEMEANOR | **AGENCY FILE NO. (DR OR URN)** 912-00003-2003-441 | **DA OFFICE CODE** J.S.I.D. 12-0194R | **VICTIM ASSISTANCE REFERRAL** ☐ YES – NOTIFY VWAP ☐ NO |

| SUSP NO. | SUSPECT | CHARGES | | | |
|---|---|---|---|---|---|
| | | CODE | SECTION | OFFENSE DATE | REASON CODE |
| **4** | **NAME (LAST, FIRST MIDDLE))** REED, ANTHONY | PC | 149 | 02/26/2011 | B |
| | DOB / SEX (M/F) M / BOOKING NO. / VIP -- Yes  X No | | | | |
| | ___ Gang Member   Name of Gang: | ___ Victim Gang Member  Name of Gang: | | | |
| | Victim Name: | Victim DOB: | | | |
| **5** | **NAME (LAST, FIRST MIDDLE))** WOMACK, NOEL | PC | 149 | 02/26/2011 | B |
| | DOB / SEX (M/F) F / BOOKING NO. / VIP -- Yes  X No | | | | |
| | ___ Gang Member   Name of Gang: | ___ Victim Gang Member  Name of Gang: | | | |
| | Victim Name: | Victim DOB: | | | |
| **6** | **NAME (LAST, FIRST MIDDLE))** GONZALEZ, ERIC | PC | 149 | 02/26/2011 | B |
| | DOB / SEX (M/F) M / BOOKING NO. / VIP -- Yes  X No | | | | |
| | ___ Gang Member   Name of Gang: | ___ Victim Gang Member  Name of Gang: | | | |
| | Victim Name: | Victim DOB: | | | |

**Comments**

SEE ATTACHED.

| COMPLAINT DEPUTY (print) FERNANDO GUZMAN/smm | COMPLAINT DEPUTY (SIGNATURE) | STATE BAR NO. 134362 | REVIEWING DEPUTY (SIGNATURE) |
|---|---|---|---|

I have conveyed all relevant information to the above-named Deputy District Attorney to be used in consideration of a filing decision.

FILING OFFICER (PRINT):  DET. DENNIS DUARTE/L.A.S.D.      FILING OFFICER (SIGNATURE): _____   SERIAL #: _____

| DEPARTMENT OF JUSTICE REASON CODES (FORM 8715) | D.  Victim Unavailable/Declines To Testify | H.  Other (indicate the reason in Comments section) | L.   Prosecutor Prefiling Deferral |
|---|---|---|---|
| | E.  Witness Unavailable/Declines to Testify | I.   Referred to Non-California Jurisdiction | *DISTRICT ATTORNEY'S REASON CODES* |
| A.  Lack of Corpus | F.  Combined with Other Counts/Cases | J.   Deferred for Revocation of Parole | M.  Probation Violation filed in lieu of |
| B.  Lack of Sufficient Evidence | G.  Interest of Justice | K.  Further Investigation | N.   Referred to City Attorney for Misdemeanor Consideration |
| C.  Inadmissible Search/Seizure | | | |

*Right margin (vertical text):* LAST NAME: ZUNGGEEMOGE   FIRST NAME: PANTA   DA CASE NUMBER: 32154629

Rev. 697-9/10/10 DA Case 32154629

# DECLINATION MEMORANDUM

TO:          JSID #12-0194R

THROUGH:     SERGIO GONZALEZ, Head Deputy
             Justice System Integrity Division

FROM:        FERNANDO GUZMAN, Deputy District Attorney
             Justice System Integrity Division

SUBJECT:     LASD Deputy Pantamitr Zunggeemoge, #524707
             LASD Deputy Sussie Ayala, #527685
             LASD Deputy Fernando Luviano, #536927
             LASD Deputy Anthony Reed, #518928
             LASD Deputy Noel Womack, #514860
             LASD Sergeant Eric Gonzalez, #451413

DATE:        April 6, 2012


The Justice System Integrity Division of the Los Angeles County District Attorney's
Office has completed its review of allegations that Los Angeles County Sheriff Deputies
Pantamitr Zunggeemoge, Sussie Ayala, Fernando Luviano, Anthony Reed, Noel
Womack and Sergeant Eric Gonzalez assaulted Gabriel Carrillo under color of authority
within the meaning of Penal Code section 149.  For the reasons set forth below, this
office declines to initiate criminal proceedings.

The following analysis is based on reports prepared by the Los Angeles County Sheriff's
Department (LASD), submitted to this office by Sergeant Dennis Duarte, LASD Internal
Criminal Investigations Bureau (ICIB).  All of the deputies submitted incident reports
and four of them were voluntarily interviewed by ICIB investigators.  These reports and
interviews were reviewed as part of this analysis.

## FACTUAL ANALYSIS

On February 26, 2011, LASD Deputy Pantamitr Zunggeemoge was working at Men's
Central Jail (MCJ) in the visiting area.  A female Hispanic woman, who wished to remain
anonymous, approached him and described another woman who possessed a cellular
telephone.[1]  Griselda Torres, who matched the description, was detained and arrested for
violation of Penal Code section 4575.  Torres told Zunggeemoge that Gabriel Carrillo
was also in possession of a cellular telephone.

Zunggeemoge arrested Carrillo and escorted him to the booking area, which is in a room
adjacent to the visiting area.  During booking Carrillo's right hand was released from the

---

[1] It is a violation of Penal Code section 4575 to possess a cellular telephone in this location.

handcuff for purposes of fingerprinting.  Carrillo suddenly swung his left elbow striking Zunggeemoge's right arm.  Zunggeemoge put out a radio broadcast stating that deputies were involved in a fight.

Zunggeemoge and Deputy Sussie Ayala pushed Carrillo backward into a refrigerator, trying to pin him and gain control of his right wrist.  Carrillo pushed both deputies and attempted to exit the room as Deputy Fernando Luviano was entering.  Carrillo punched Luviano in the chest and tried to escape from the room.  Sergeant Eric Gonzalez directed the deputies to perform a take down procedure.  The three deputies took Carrillo to the ground where he landed face first and began bleeding from the face.

The deputies repeatedly ordered Carrillo to stop fighting and place his hands behind his back.  Carrillo stated "I'm not resisting motherfuckers!" as he continued to punch deputies, kick his legs and tried to turn over.  When Carrillo spat in Luviano's face Gonzalez directed Luviano to spray Freeze + P spray in Carrillo's face.  This had little to no effect on Carrillo.

Deputies Anthony Reed and Noel Womack arrived and were directed by Gonzalez to use personal weapons on Carrillo's legs.  Reed kneed Carrillo approximately five times in the right thigh while Womack punched him approximately five times in the left thigh.  Reed and Womack were then able to control his legs.

Gonzalez directed Zunggeemoge and Luviano to use personal weapons on Carrillo's face and upper torso.  Luviano struck Carrillo approximately once in the face as Zunggeemoge struck him two to three times.  Carrillo stopped resisting and was handcuffed without further incident.

Deputy Byron Dredd witnessed the incident from another room, through a window.  All of the deputies' accounts of the incident were consistent in every material aspect.

<u>Other Witness Statements</u>

Gabriel Carrillo was interviewed by Lieutenant Steve Jauch immediately after the incident.  He stated that he did not know what happened.  He did not fight with the deputies but did not recall what transpired.  Carrillo told Sergeant Gonzalez that he did not wish to speak to them but would discuss the matter with an attorney.

Griselda Torres wrote and signed a declaration on the date of the incident.  She stated that her boyfriend (Carrillo) was "mad at the sheriff for beating up his younger brother."[2]  Both she and Carrillo had cellular telephones in their possession while in the visiting area.  "He was being confrontational."  She did not witness the incident in the booking area.

Inmates Darnell Williams and Bradley Damron heard scuffling in the booking room.  They heard deputies yelling "Quit resisting, quit kicking, stop fighting!"  Damron heard

---

[2] Carrillo's brother David was arrested by LASD on February 17, 2011.

Carrillo shout "I'm not resisting, get off me!"  Describing Carrillo, Damron stated "I never encountered any disruption or total disregard for an authority figure like I saw that day."

Gabriel Carmona was in the visiting area and saw Carrillo being handcuffed.  Carrillo had an attitude with the deputies and was resisting.  When being led into the booking room Carrillo was shrugging his shoulders and moving his head from side to side.

Shatana Simmons was present to visit an inmate when she saw deputies handcuff Carrillo.  Carrillo was asking "Why?" and resisting the deputy who was escorting him. He was stomping his feet, screaming and kicking.  "The man was making a scene."  She did not see what happened in the booking area.

Further Investigation

Carrillo was treated by Dr. Chu-Hsiang Chi, M.D.  Dr. Chi listed Carrillo's injuries as bilateral nasal bone fracture, multiple musculoskeletal injury, facial trauma and swollen right eye with ecchymosis.  Carrillo complained of pain to his ribs, face, hands, back and thighs.  He was awake and alert.  Carrillo received a suture above his right eye brow.

Carrillo was charged with violation of Penal Code sections 69 resisting an executive officer, 836.6(b) attempted escape, 243.9(a) gassing of peace officer, 243(c)(1) battery against a custodial officer and 4575(a) possession of a cellular telephone in a correctional facility in case number BA381607.  The case was dismissed pending ongoing investigations of the deputies' actions.

**CONCLUSION**

There is no evidence to suggest that the deputies acted inappropriately.  The uses of force applied in this instance appeared to be reasonably necessary to subdue Carrillo, who assaulted three deputies and was attempting to escape.

Based on the foregoing analysis, we find insufficient evidence to prove beyond a reasonable doubt that Deputies Pantamitr Zunggeemoge, Sussie Ayala, Fernando Luviano, Anthony Reed, Noel Womack and Sergeant Eric Gonzalez committed assault under color of authority.  Therefore, we are closing our file and will take no further action in this matter.