Declaration Index

| **Single Letter Aliases** | **Prisoner's Name** | **Declaration Page** |
|---|---|---|
| Mr. A | Leon Hardin | 68-76 |
| Mr. B | N/A | Intentionally Left Blank |
| Mr. C | Darrell Garrett | 78-84 |
| Mr. D | Ramiro Alvarez | 85-89 |
| Mr. E | Eric White | 90-95 |
| Mr. F | Daysuan Rushing | 96-102 |
| Mr. G | Antonio Rodriguez | 103-109 |
| Mr. H | Michael Holguin | 110-114 |
| Mr. I | Jimmy Knott | 115-120 |
| Mr. J | Rashaad Pilgrim | 121-126 |
| Mr. K | Luis Bueno | 127-130 |
| Mr. L | Joseph Hager | 131-137 |
| Mr. M | N/A | Intentionally Left Blank |
| Mr. N | Walter Morales | 139-144 |
| Mr. O | Rafael Solorzano | 145-149 |
| Mr. P | Alex Krehbiel | 150-153 |
| Mr. Q | Santiago Sanchez | 154-155 |
| Mr. R | Christopher Atkins | 156-161 |
| Mr. S | Anthony Brown | 162-169 |
| Mr. T | Robert Caballero | 170-172 |
| Mr. U | Eric Camacho | 173-177 |
| Mr. V | Michael Campbell | 178-184 |
| Mr. W | Alberto Carreras | 185-189 |
| Mr. X | Michael Cervantes | 190-195 |
| Mr. Y | Larry Cleveland | 196-207 |
| Mr. Z | Jonathan Dunlap | 208-213 |
| **Double Letter Aliases** | **Prisoner's Name** | **Declaration Page** |
| Mr. AA | Melvyn Foster | 214-222 |
| Mr. BB | Macario Garcia | 223-226 |
| Mr. CC | Jonathan Goodwin | 227-233 |
| Mr. DD | Gordon Grbavac | 234-243 |
| Mr. EE | Derek Griscavage | 244-253 |
| Mr. FF | Juan Diego Mares | 254-263 |
| Mr. GG | Waymon Moore | 264-271 |
| Mr. HH | Keith Nichols | 272-283 |
| Mr. II | N/A | Intentionally Left Blank |
| MR. JJ | Robert Powell | 285-290 |
| Mr. KK | Nicholas Robins | 291-296 |
| Mr. LL | Burke Robinson | 297-302 |
| Mr. MM | Stephen Teran | 303-320 |
| Mr. NN | William Tillman | 321-334 |
| Mr. OO | Arthur Townsend | 335-342 |

Page 67C

| | | |
|---|---|---|
| Mr. PP | Evans Tutt | 343-344 |
| Mr. QQ | Eduardo Villareal | 345-348 |
| Mr. RR | Philip Westby | 349-364 |
| Mr. SS | Jeremiah Wilkerson | 365-368 |
| Mr. TT | Kent Anderson | 369-382 |
| Mr. UU | Andrew Contreras | 383-385 |
| Mr. VV | David Eiler | 386-398 |
| Mr. WW | Donovan Haley | 399-402 |
| Mr. XX | George Hudson | 403-408 |
| Mr. YY | Jose Ortiz | 409-418 |
| Mr. ZZ | Eric Porter | 419-433 |
| **Triple Letter Aliases** | **Prisoner's Name** | **Declaration Page** |
| Mr. AAA | Rene Propenpek | 434-440 |
| Mr. BBB | Michael Sanchez | 441-457 |
| Mr. CCC | Christopher Scarano | 458-470 |
| Mr. DDD | Kevin Tolbert | 471-80 |
| Mr. EEE | Eduardo Torres | 481-484 |
| Mr. FFF | N/A | Intentionally Left Blank |
| Mr. GGG | Brian Alexik | 486-496 |
| Mr. HHH | Jason Grayson | 497-501 |
| Mr. III | Thaddeus Love | 502-511 |
| Mr. JJJ | Floyd Nelson | 512-523 |