# DECLARATION OF INMATE WITNESS MR. R CHRISTOPHER ATKINS

**Declaration of Christopher Atkins**

I, Christopher Atkins, hereby declare:

1.     I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.     I am _27 CA_ years old. I have been at Twin Towers Correctional Facility ("TTCF") since _August 2010 CA_ I am currently housed in Module _152_, Pod _F_ Cell _CA_. I have been here since _March 2011_

3.     In early November of 2010, I was housed in Module _142 CA_, Pod _F CA_, Cell _14 CA_. We were called out of our cells to line up for chow or dinner. I was feeling very dizzy and very sick, so I sat down at the tables in the day room of our pod.

4.     Deputy Ochoa, whom I know because he worked on my module, said, "Why's that jackass sitting down?" I told him that I wasn't feeling good. He then said to me, "If you're too sick to stand up then you don't have to worry about eating."

5.     I then stood back in line. Deputy Ochoa said for me to get out of line and to sit down, so I did.

6.     When everyone had received their dinner, I asked Deputy Ochoa if I could eat and Deputy Ochoa said, "No! What the fuck if your problem?"

7.     I was standing by the door of our pod asking Deputy Ochoa and Deputy Paket, who is a heavy, Hispanic and has a shaved, bald head for food. I kept asking them why I wasn't able to get my food and eat.

8.     Deputy Ochoa then said, "Since you can't get away from the door, everyone's on lock down. Everyone go in your cell and lock it down." When the deputies put us on lock down, this means that we are not allowed to be in the day room to program, but we have to go inside our cells and stay in there until the deputies release us from lock down.

9.     Deputy Ochoa then told me to get away from the door so I said to him, "Fuck you!"

10.     Deputy Ochoa then told me to "Come here" and I told him no as I backed away from the door. I was approximately one to two feet away from him.

11.   Deputy Ochoa then enters the day room and with his closed left fist, he punches my right eye.  Deputy Ochoa then grabs my face and knees my face approximately four to five times.  Deputy Paket who comes into the pod as well punches the right side of my ribs a lot.  He was punching me so many times that I lost count.  As Deputy Paket is punching me, he reaches for his radio and said some code.

12.   Approximately two minutes after Deputy Paket radioes the code, I see almost ten or more deputies running into the module.

13.   Deputies Ochoa and Paket drag me out of the pod and into the deputys' area from where the deputies can observe us through the window.  The deputies slammed me to the ground and as I am face down covering my face with my arms, Deputy Ochoa is kneeing my face multiple times.  Deputy Paket hit my legs and calves over and over with a flashlight as he's stepping on me to get me to stop moving around.

14.   I could also feel other deputies hitting me on my body, as well as Deputies Ochoa and Paket.  I can't see or know who the deputies are, but I can feel punches and hits all over my body.

15.   Through a small gap in my arms, I saw Deputy Ochoa signaling to a deputy and telling this deputy to hit me in the face.  I don't remember what the deputy looks like.

16.   Deputy Ochoa then stepped on my face and at this point, my nose started bleeding because I could see blood on the ground.

17.   At this point, a Senior Deputy, a Lieutenant and a Sergeant came into the module.  I don't remember what the Sergeant looked like, but the Lieutenant was blonde, White, around her 50's and was approximately five feet and six inches.  The Senior Deputy looked African-American and he was bald.

18.   The Lieutenant told the deputies, "Stop.  He's already subdued."

19.   I was told to go to the Outdoor Recreation Area so I sat up and picked myself up off of the floor.

20.   When I got to the Outdoor Recreation Area, a nurse was already there.

21.   The nurse asked if I was okay and I told the nurse that I was healthy as an ox.  The

2

1   nurse then told me that the medical staff was there to exam me and to make sure that I wasn't

2   suffering any brain damage.  The nurse touched me nose and the nurse told me that I had a gash

3   on my left forehead.

4         22.    The nurse and a deputy escorted me to the clinic.

5         23.    The nurse told me at the clinic that I needed to go to the Los Angeles Medical

6   Center ("LCMC"), but I refused to go because I was scared that the deputies would say that I was

7   resisting and beat me up.

8         24.    I was eventually escorted to LCMC and the doctors there told me that I had a

9   fractured nose, bruised ribs, a two centimeter gash on my left forehead, a swollen right eye and

10  bruised kidneys.

11        25.    After I got back from LCMC, I was sent to the disciplinary module for 45 days.

12  The Lieutenant that was there that night did a video interview, but I told her that I didn't want to

13  talk.  I refused to be interviewed because I was afraid that I was going to get beat up if I told what

14  had happened to me.

15        26.    The Lieutenant came back a few days later and reduced my disciplinary time to

16  eight days.

17        27.    When I got back to my module and pod, before dinner time, Deputy Ochoa said to

18  me, "I didn't get to do all the that I wanted to do the first time.  So do something so I can finish

19  the job."

20        28.    During dinner time, Deputy Ochoa asked if I had a problem and I told him, "No, I

21  don't have a problem, bro."  Deputy Ochoa then said to me, "I ain't your fuckin' bro."

22        I declare under penalty of perjury of the laws of the State of California and the United

23  States that the foregoing is true and correct.  Executed this 22nd day of March, 2011 in Los

24  Angeles, California.

25                                      *Christopher Atkins* (signature)

26                                     Christopher Atkins

27

28

3

**Declaration of Christopher Atkins**

I, Christopher Atkins, hereby declare:

1.      I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.      I am 27 years old.  I have been at Twin Towers Correctional Facility ("TTCF") since August 2010.  I am currently housed in Module 152, Pod F.  I have been here since March 2011.

3.      In early November of 2010, I was housed in Module 142, Pod F, Cell 14.  We were called out of our cells to line up for chow or dinner.  I was feeling very dizzy and very sick, so I sat down at the tables in the day room of our pod.

4.      Deputy Ochoa, whom I know because he worked on my module, said, "Why's that jackass sitting down?"  I told him that I wasn't feeling good.  He then said to me, "If you're too sick to stand up then you don't have to worry about eating."

5.      I then stood back in line.  Deputy Ochoa said for me to get out of line and to sit down, so I did.

6.      When everyone had received their dinner, I asked Deputy Ochoa if I could eat and Deputy Ochoa said, "No!  What the fuck if your problem?"

7.      I was standing by the door of our pod asking Deputy Ochoa and Deputy Paket, who is a heavy, Hispanic and has a shaved, bald head for food.  I kept asking them why I wasn't able to get my food and eat.

8.      Deputy Ochoa then said, "Since you can't get away from the door, everyone's on lock down.  Everyone go in your cell and lock it down."  When the deputies put us on lock down, this means that we are not allowed to be in the day room to program, but we have to go inside our cells and stay in there until the deputies release us from lock down.

9.      Deputy Ochoa then told me to get away from the door so I said to him, "Fuck you!"

10.      Deputy Ochoa then told me to "Come here" and I told him no as I backed away from the door.  I was approximately one to two feet away from him.

11.     Deputy Ochoa then enters the day room and with his closed left fist, he punches my right eye.  Deputy Ochoa then grabs my face and knees my face approximately four to five times.  Deputy Paket who comes into the pod as well punches the right side of my ribs a lot.  He was punching me so many times that I lost count.  As Deputy Paket is punching me, he reaches for his radio and said some code.

12.     Approximately two minutes after Deputy Paket radioes the code, I see almost ten or more deputies running into the module.

13.     Deputies Ochoa and Paket drag me out of the pod and into the deputys' area from where the deputies can observe us through the window.  The deputies slammed me to the ground and as I am face down covering my face with my arms, Deputy Ochoa is kneeing my face multiple times.  Deputy Paket hit my legs and calves over and over with a flashlight as he's stepping on me to get me to stop moving around.

14.     I could also feel other deputies hitting me on my body, as well as Deputies Ochoa and Paket.  I can't see or know who the deputies are, but I can feel punches and hits all over my body.

15.     Through a small gap in my arms, I saw Deputy Ochoa signaling to a deputy and telling this deputy to hit me in the face.  I don't remember what the deputy looks like.

16.     Deputy Ochoa then stepped on my face and at this point, my nose started bleeding because I could see blood on the ground.

17.     At this point, a Senior Deputy, a Lieutenant and a Sergeant came into the module.  I don't remember what the Sergeant looked like, but the Lieutenant was blonde, White, around her 50's and was approximately five feet and six inches.  The Senior Deputy looked African-American and he was bald.

18.     The Lieutenant told the deputies, "Stop.  He's already subdued."

19.     I was told to go to the Outdoor Recreation Area so I sat up and picked myself up off of the floor.

20.     When I got to the Outdoor Recreation Area, a nurse was already there.

21.     The nurse asked if I was okay and I told the nurse that I was healthy as an ox.  The

2

1  nurse then told me that the medical staff was there to exam me and to make sure that I wasn't

2  suffering any brain damage.  The nurse touched me nose and the nurse told me that I had a gash

3  on my left forehead.

4      22.    The nurse and a deputy escorted me to the clinic.

5      23.    The nurse told me at the clinic that I needed to go to the Los Angeles Medical

6  Center ("LCMC"), but I refused to go because I was scared that the deputies would say that I was

7  resisting and beat me up.

8      24.    I was eventually escorted to LCMC and the doctors there told me that I had a

9  fractured nose, bruised ribs, a two centimeter gash on my left forehead, a swollen right eye and

10 bruised kidneys.

11     25.    After I got back from LCMC, I was sent to the disciplinary module for 45 days.

12 The Lieutenant that was there that night did a video interview, but I told her that I didn't want to

13 talk.  I refused to be interviewed because I was afraid that I was going to get beat up if I told what

14 had happened to me.

15     26.    The Lieutenant came back a few days later and reduced my disciplinary time to

16 eight days.

17     27.    When I got back to my module and pod, before dinner time, Deputy Ochoa said to

18 me, "I didn't get to do all that I wanted to do the first time.  So do something so I can finish the

19 job."

20     28.    During dinner time, Deputy Ochoa asked if I had a problem and I told him, "No, I

21 don't have a problem, bro."  Deputy Ochoa then said to me, "I ain't your fuckin' bro."

22     I declare under penalty of perjury of the laws of the State of California and the United

23 States that the foregoing is true and correct.  Executed this 12th day of April, 2011 in Los

24 Angeles, California.

25                                                              /s/
                                              _____

26                                              Christopher Atkins

27

28

# DECLARATION OF INMATE WITNESS MR. S ANTHONY BROWN

**Declaration of Anthony Brown**

I, Anthony Brown, hereby declare:

1.    I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.    I am 52 years old and I am currently housed at Men's Central Jail ("MCJ") in Module 2400, which is the "hole" or the disciplinary unit.  My booking number is 2656244.

3.    On Monday, August 22, 2011, I was housed at MCJ, Module 3200, Row A, Cell 8.  The other inmates and I were called out of our cells for evening pill call, which usually occurs about 6 p.m.

4.    I walked out of my cell and out to the module into the main hallway on the 3000 floor. When the inmates go out for pill call, we are supposed to immediately face the wall and put our hands inside our pockets or waistband, which I did.  When I got out to the hallway, I saw more than 10 deputies standing around in the hallway, watching the inmates get our medication.

5.    As I was facing the wall to awaiting my turn to get my medication, I could hear the deputies talking, laughing and joking around.

6.    I then heard one of the deputies yell out, "Hey you!  Get over here!"  I didn't know who the deputy was talking to as I was facing the wall and couldn't see, so I stayed where I was, still waiting for my turn to get my pills.

7.    A deputy then grabbed me and threw me over to the wall on the opposite side.  I was taken off guard and shocked because I didn't know why the deputy was doing this to me.  I put my hands out to brace myself from hitting the wall.  The deputy who grabbed me was Hispanic, 6 feet tall and had a military type of crew cut.

8.    Another deputy then grabbed me by my Adam's apple.  I could hardly breathe when he did this because he was grabbing at my windpipe.  This deputy was also Hispanic and about 5'10".

9. I tried to move to get my throat out of the deputy's grip and as soon as I did, the first deputy slammed me to the ground.

10. When I hit the ground, the two deputies and four others, three of whom were Hispanic and the other was White, began punching and kicking me all over my head and body. I must have been punched at least 7-8 times, kicked 3-4 times during what felt like a long 30 seconds. It hurt a lot and it felt like I was out on the streets and I'm getting beat up by thugs. One of the kicks hit my teeth as I felt my front teeth being pushed back in towards the roof of my mouth. It was so painful I saw flashes in my vision. I was so scared. I felt like these deputies were trying to seriously hurt me.

11. All I could do while I was being pummeled and kicked was to curl up in a fetal position and try to cover up as much as possible.

12. Once the deputies stopped punching and kicking me, one of them sprayed pepper spray into my mouth, eyes and throat. The spray stung my eyes and made it incredibly difficult for me to breathe. The deputies then yelled at me, "Quit resisting! Quit resisting! Quit resisting!" I had no idea what they were talking about. I wasn't resisting. I was curled up in a ball trying to protect myself.

13. The deputies then handcuffed me from behind. When I looked around the hallway, I didn't see any inmates in the hallway. All I saw were deputies standing around. I felt very vulnerable and scared that the deputies were going to start beating me up again.

14. I was taken to the medical clinic and the medical staff there saw my teeth. They said that I was going to need to go to the dentist. I have yet to see the dentist, however.

15. Once the medical staff were done examining me, a watch commander came in with a video camera. He was Hispanic, short and had a moustache. He asked me what happened and I told him that I was beat up by deputies. The way the watch commander was interviewing me, I felt like inmates getting beat up by

deputies was a routine thing. I told the Watch Commander that I was scared for my life and the Watch Commander kept asking what I did to provoke this incident and not caring or taking into account the seriousness of the deputies beating up inmates.

16.     I was then taken to the "hole" or the disciplinary unit, which is in Module 2400. I didn't know why I was going there because nobody told me why. The deputies told me to take my shoes off, which I did, but I was scared to do that because I just had my toenails removed a month ago and I was afraid that if I walked around in the filthy jail, it would get infected. Nonetheless, the deputies had me walk to Module 2400 with no shoes.

17.     That night, I asked Custody Assistant ("CA") McDonald, who is African American if I could have some shoes and toilet paper. I needed the toilet paper to wash off the pepper spray that was still on my face. He refused and said to me, "This is my house!"

18.     When I got into my cell, I tried to fix my teeth since the medical staff didn't do anything. I have a bridge of sorts that holds the front of my teeth together, which are anchored by the two, front canine teeth. One of the canine teeth, the one on the left was knocked out, which loosened my front teeth. I had to wedge paper up into the loose space in the gum and reconnect my bridge, so that my front teeth would be somewhat stable. I can barely eat, let alone try to eat an apple if one comes with my meal.

19.     On Wednesday, August 24, 2011, early in the morning about 6 a.m., a Senior Deputy came by my cell. He is Hispanic and about 5'8". He took me to Sergeant's Court, which is a type of hearing where inmates are supposed to get an opportunity to tell their side of the story and then the sergeant or the Los Angeles Sheriff's Department ("LASD") will then give them their disciplinary time. I told the Senior Deputy Sanchez and Custody Assistant Mogo that I was beaten up by deputies. I was given 29 days for fighting an officer. When I told the other

3

1  inmates about what happened, they told me I shouldn't have said anything about

2  the deputies beating me up because I could get an "add" charge.

3       20.    A few days later, I saw an African American deputy, who acts as a

4  module deputy, whom I saw while I was beaten.  I asked him why he didn't try to

5  do anything and he said to me, "Man, you know I ain't getting involved."

6       21.    Now, I'm scared to leave my cell for my medication or to get my store

7  items.

8       I declare under penalty of perjury of the laws of the State of California and

9  the United States that the foregoing is true and correct.  Executed this September,

10  2011 in Los Angeles, California.

11                                            /s/
                                 _____

12                                    Anthony Brown

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1      **Declaration of Anthony Brown**

2           I, Anthony Brown, hereby declare:

3           1.     I make this declaration based on my own personal knowledge and if

4      called to testify I could and would do so competently as follows:        *AB*

5           2.     I am 52 years old ~~and I~~ ————————————————— and I am

6      currently housed at Men's Central Jail ("MCJ") in Module 2400, which is the

7      "hole" or the disciplinary unit.  My booking number is 2656244.

8           3.     On Monday, August 22, 2011, I was housed at MCJ, Module 3200,

9      Row A, Cell 8.  The other inmates and I were called out of our cells for evening

10     pill call, which usually occurs about 6 p.m.

11          4.     I walked out of my cell and out to the module into the main hallway

12     on the 3000 floor. When the inmates go out for pill call, we are supposed to

13     immediately face the wall and put our hands inside our pockets or waistband,

14     which I did.  When I got out to the hallway, I saw more than 10 deputies standing

15     around in the hallway, watching the inmates get our medication.

16          5.     As I was facing the wall to awaiting my turn to get my medication, I

17     could hear the deputies talking, laughing and joking around.

18          6.     I then heard one of the deputies yell out, "Hey you!  Get over here!"  I

19     didn't know who the deputy was talking to as I was facing the wall and couldn't

20     see, so I stayed where I was, still waiting for my turn to get my pills.

21          7.     A deputy then grabbed me and threw me *over to the wall AB* on the

22     opposite side.  I was taken off guard and shocked because I didn't know why the

23     deputy was doing this to me.  *I put my hands out to brace myself* The deputy who grabbed me was Hispanic, 6 feet

24     tall and had a military type of crew cut.

25          8.     Another deputy then grabbed me by my Adam's apple.  I could hardly

26     breathe when he did this because he was grabbing at my windpipe.  This deputy

27     was also Hispanic and about 5'10".

28          9.     I tried to move to get my throat out of the deputy's grip and as soon

*(margin, rotated) from hitting the wall AB*

1   as I did, the first deputy slammed me to the ground.

2        10.    When I hit the ground, the two deputies and four others, three of

3   whom were Hispanic and the other was White, began punching and kicking me all

4   over my head and body.  I must have been punched at least 7-8 times, kicked 3-4

5   times during what felt like a long 30 seconds.  *It hurt a lot and it felt*

6   *like I was out on the* One of the *KICKS* hit my teeth as I felt my front teeth

7   *streets and I'm getting beat up by thugs* being pushed back in towards the roof of my mouth.  *It was so painful*

8   *I saw flashes in my vision* .  *I was so scared. I felt*

9   *like these deputies were trying to seriously hurt me* 11.    All I could do while I was being pummeled and kicked was to curl up

10  in a fetal position and try to cover up as much as possible.

11       12.    Once the deputies stopped punching and kicking me, one of them

12  sprayed pepper spray into my mouth, eyes and throat.  The spray stung my eyes

13  and made it incredibly difficult for me to breathe.  The deputies then yelled at me,

14  "Quit resisting!  Quit resisting!  Quit resisting!"  I had no idea what they were

15  talking about.  I wasn't resisting.  I was curled up in a ball trying to protect myself.

16       13.    The deputies then handcuffed me from behind.  When I looked

17  around the hallway, I didn't see any inmates in the hallway.  All I saw were

18  deputies standing around.  I felt very vulnerable and scared that the deputies were

19  going to start beating me up again.

20       14.    I was taken to the medical clinic and the medical staff there saw my

21  teeth.  They said that I was going to need to go to the dentist.  I have yet to see the

22  dentist, however.

23       15.    Once the medical staff were done examining me, a watch commander

24  came in with a video camera.  He was Hispanic, short and had a moustache.  He

25  asked me what happened and I told him that I was beat up by deputies.  The way

26  the watch commander was interviewing me, I felt like inmates getting beat up by

27  deputies was a routine thing.  *I told the watch commander that I was*

28  *scared for my life and the watch commander kept*
    *asking what I did to provoke this incident and not*
    *caring or taking into account the seriousness of*
    *deputies beating up inmates.*

16.     I was then taken to the "hole" or the disciplinary unit, which is in Module 2400. ~~I didn't why I was going there because~~ *NO* *nobody*. The deputies told me to take my shoes off, which I did, but I was scared to do that because I just had my toenails removed a month ago and I was afraid that if I walked around in the filthy jail, it would get infected.  Nonetheless, the deputies had me walk to Module 2400 with no shoes.

17.     That night, I asked Custody Assistant ("CA") McDonald, who is African American if I could have some shoes and toilet paper.  I needed the toilet paper to wash off the pepper spray that was still on my face.  He refused and said to me, "This is my house!"

18.     When I got into my cell, I tried to fix my teeth since the medical staff didn't do anything.  I have a bridge of sorts that holds the front of my teeth together, which are anchored by the two, front canine teeth.  One of the canine teeth, the one on the left was knocked out, which loosened my front teeth.  I had to wedge paper up into the loose space in the gum and reconnect my bridge, so that my front teeth would be somewhat stable.  I can barely eat, let alone try to eat an apple if one comes with my meal.

19.     On Wednesday, August 24, 2011, early in the morning about 6 a.m., a Senior Deputy came by my cell.  He is Hispanic and about 5'8".  He took me to Sergeant's Court, which is a type of hearing where inmates are supposed to get an opportunity to tell their side of the story and then the sergeant or the Los Angeles Sheriff's Department ("LASD") will then give them their disciplinary time. *I told* ~~the Senior Deputy Sanchez and Custody Assistant~~ .  I was given 29 days for fighting an officer. *When I told the other*

20.     A few days later, I saw an African American deputy, ~~who acts as a module deputy, whom I saw while I was beaten~~.  I asked him why he didn't try to

*beating me up because I could get an "add" charge* *AB*

*tell me why I was going there. Nobody told me the truth." AB*

*[Mojo that I was beaten up by deputies. inmates about what happened, they told me I shouldn't have said anything about the deputies*

Page 168

1    do anything and he said to me, "Man, you know I ain't getting involved."

2        I declare under penalty of perjury of the laws of the State of California and

3    the United States that the foregoing is true and correct.  Executed this 4th day

4    of September, 2011 in Los Angeles, California.

5

6                                            Anthony Brown

7    Now, I'm scared to leave my cell for my

8    medication or to get my store items. AB

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

# DECLARATION OF INMATE WITNESS MR. T ROBERT CABALLERO

1

**Declaration of Robert Caballero**

2    I, Robert Caballero, hereby declare:

3    1.    I make this declaration based on my own personal knowledge and if

4 called on to testify I could and would do so competently as follows:

5    2.    I am 33 years old. I was arrested on November 7, 2009 and am

6 currently housed in Mens Central Jail ("MCJ"), Module 1700, Row A, Cell 6. My

7 booking number is 2121257.

8    3.    On or about January 15, 2011 I was waiting for my initial court

9 hearing at the Los Angeles courthouse. I waited in the "tank" to be called in for

10 court. The "tank" is the holding cell where they put all the inmates who are

11 waiting to be called in to see the judge. When it was my turn, a deputy who

12 appeared to be Mexican called me out of the tank. I walked out of the tank and the

13 doors closed behind me.

14    4.    As we were walking out of the tank into the hallway that led to the

15 courtroom, the Mexican deputy was walking behind me. For no reason, the deputy

16 shoved me against the wall, put my hands behind my back,  and roughly twisted

17 my hands. Then he grabbed my right arm while he was still behind me and yanked

18 it backwards. I told him to stop and said, "you don't have to pull my arm." He

19 responded, " don't tell me what to do!" and continued to twist my arm even tighter

20 and handcuffed me.

21    5.    Then the deputy slammed me into the wall and down to the floor.

22 While I was laying on the floor he started punching me with his right hand, closed

23 fist, on my left side, and violently kicking me in the ribs. I don't know how many

24 times he kicked me, but he was kicking me so hard that it felt like my ribs would

25 break if he continued to kick me. Since I was handcuffed, I could not defend

26 myself.

27    6.    Then three other deputies came: Deputy Salgado, an older white male,

28 and two other deputies - a younger Mexican deputy, and a middle-aged Asian

1   deputy.

2       7.      Deputy Salgado was more aggressive than the others. He was

3   aggressively kicking me on my left side and punching me with a closed fist in my

4   face. The Mexican deputy who first handcuffed me put his arm around my neck

5   and choked me. While the officers were beating me, one of the deputies kept

6   shouting "what now!" I told them to stop because I couldn't breathe, but they

7   continued to beat me for no reason. I laid on the floor, waiting for the beating to be

8   over, and I went unconscious.

9       8.      The next thing I remember is waking up next to a pile of blood that

10  was dripping from my face. Two of the deputies that were doing the beating were

11  writing down the incident. I don't remember who they were. And I don't know

12  what happened to the other two deputies.

13      9.      Another deputy, Deputy Jordan, was standing beside me looking at

14  the pool of blood trailing down my face and onto the floor. He asked the other

15  deputies, "where's all this blood coming from?" One of the deputies writing the

16  incident report replied, "he fell down."

17      10.     Deputy Jordan called the ambulance and I went with the emergency

18  medical technicians to the hospital. I was bleeding out of my eye and had serious

19  bruises around my rib cage and on my face. The doctors took Cat Scans of my

20  head. I needed six stitches on my right upper eye.

21      11.     Deputy Jordan was at the hospital with me to video tape the aftermath

22  of the beating with blood dripping down my face and my badly bruised body. I left

23  the hospital with a bruised left eye, bruised rib cage, and major cuts on my tongue

24  from biting it during the beating.

25      12.     I was released from the hospital that same day and was taken back to

26  MCJ. The medical staff came to see me to check on my bruises. They gave me

27  Motrin for the pain, but no amount of Motrin could've helped the emotional and

28  physical pain I experienced after this unjust and unnecessary beating.

2

13.   Deputy Jordan apologized to me afterwards on behalf of all the deputies who beat me, but it didn't make up for the fact that I still had a black eye, stitches, and major bruising around my body. I felt extremely angry and violated. There was no reason for them to beat me.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct.  Executed August 2, 2011 in Los Angeles, California.

Robert Caballero

3

# DECLARATION OF INMATE WITNESS MR. U ERIC CAMACHO

**Declaration of Erik Camacho**

I, Erik Camacho, hereby declare:

1.      I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.      On Friday, November 12, 2010, I was arrested and taken to the Inmate Reception Center.

3.      I had a heart problem, and I complained of having chest pains. On November 14, 2010, I was transferred to the USC medical ward for four days.

4.      On November 18, 2010, I was in a hospital room. I was handcuffed and in a bed. I was hooked up to a cardiac machine, and an IV catheter.  In the morning, after breakfast, a nurse came into the room. She was escorted by a female deputy.  The nurse brought in water that I had requested earlier, and she placed it down on a tray next to my bed. The female deputy was Hispanic. She had a long ponytail and was wearing lots of makeup. She was approximately 5'1, and weighed approximately 135 pounds.

5.      I asked the nurse if I could have a blanket. She said "No, there aren't any." I told her that I had just seen them in a cart. I told her "You're a damn liar."

6.      The female deputy was standing next to the nurse.  The deputy picked up a full plastic cup of water and threw it in my face. The water was cold. There was ice in the cup.

7.      I told the deputy, "You fucking bitch. Why did you do that?" She responded, "You're lucky it was just cold water."

8.      I asked the deputy for her name and she stepped away, back toward the door.  I asked the nurse for her name. Her name badge was hanging from her neck.  The nurse threw her badge over her shoulder, toward her back. I could no longer see it. She was Asian, approximately 5'7. She had a very light complexion. She did not have any accent.

9.      I told the female deputy, "You stupid bitch. There's cameras in the corner that see exactly what you did. I'm gonna report you." She then laughed and walked off. She and the nurse left the room together.

10.     An hour later, Sergeant Lyle came to see me. I had not seen him before, but he

1   told me his name and I could see it on his badge.  He asked me what happened. I told him the

2   female deputy threw water on me. I said I wanted to file a complaint.

3        11.    He told me he would look into it. He asked my mother's name and wrote it down.

4   I do not know why he asked about my mother's name.  He then left the room.

5        12.    Approximately an hour later, I was transferred to county jail. I didn't expect to be

6   transferred. I was still supposed to get an ultra sound to check on my heart. I knew I still needed

7   that procedure because the day before the doctor had told me what else needed to be done. I

8   never got the ultra sound.

9        13.    Several officers that I had never seen before came in, and told me to get up. After

10  they took off my handcuffs, I sat up and they put me in a wheelchair. They then transferred me in

11  a vehicle back to the county jail. I was booked at the Inmate Reception Center. This was still

12  November 18, 2010.  I spent the night at IRC.

13       14.    I was then transferred to Men's Central Jail, 7100. I was still in the wheelchair

14  that they gave me from USC.  This was on November 19, 2010.

15       15.    On November 26, 2010, at approximately 7:00 p.m., it was time for pill call.  That

16  is the normal time for pill call.  A deputy yelled, "Pill call! Pill call!" I wheeled myself out of my

17  cell for the pill call. The nurse's station is up the hall, past several cells, right in front of the

18  officers' observation room.   I went to the nurse's station and locked the brakes on my

19  wheelchair.  I spoke to an Asian nurse and I said, "I'm feeling very claustrophobic. It's getting to

20  me. I need to be transferred into a bigger cell."

21       16.    A black female deputy was standing within two feet of the nurse.  There were

22  approximately five deputies standing around near the nurse's station.  Before the nurse said

23  anything, the black female deputy came up to me. I read her badge. Her name was Deputy

24  Pontonantos.  She walked behind me and grabbed my wheelchair by the handles. She swung me

25  around to push me back to my cell.  My brakes were locked.  I reached down to unlock my

26  brakes, as she was pushing on the chair. I felt someone punch me on the back of my head.  The

27  punch made my head go forward.  I turned my head around immediately, and she was the only

28  person standing right behind me.

2

1  stomped on my head.  During this time, I was on the floor, still in my collapsed wheelchair.

2      23.    At some point during the dragging, my shoes must have fallen off. When we got

3  to my cell, I was no longer wearing them. Deputy Pontonantos had one of my shoes. She

4  proceeded to slap me in the face with the shoe, six or seven times.  With the last slap, she threw

5  the shoe at my face.  I felt that I was receiving kicks to my legs and my knees and my back.  One

6  deputy kicked me between the legs, on my testicles. Then they all left the room.

7      24.    I lay on the floor in my cell, in the collapsed wheelchair.  A black trustee inmate,

8  heavy set, told the deputies "You guys are a bunch of cowards."  The officers closed the door to

9  my cell.

10     25.    I began yelling for help, saying "Man down! Man down!" I wanted help from one

11 of the nurses. I heard a deputy say, "You dumb bitch get back to your job. We're custody. You're

12 medical. This is none of your business."  I heard a female arguing with a male. I heard no

13 response for about a half an hour. Then, I heard a male voice yelling at the female, "I know what

14 you did you stupid bitch. Why did you run so quick to the elevator? What did you do? File a

15 report, or talk to the watch commander?" The male voice sounded like Deputy Gomez, and the

16 female voice sounded like the same Asian nurse. I heard the female voice respond, "I didn't do

17 anything." The male voice said, "You're a damn liar. I saw you leave, running. Why were you

18 running?" She said, "I have nothing to say to you. It's none of your business."

19     26.    Approximately a half hour later a deputy opened my cell and a different nurse

20 came into my cell and gave me medication. I tried to tell her where I was hurting. She said, "Just

21 take the medication and be quiet." She handed me the meds, left, and they closed the cell.

22     27.    About 15 minutes later, Deputy Pontonantos came into my cell. She said, "Are

23 you gonna give me any more fucking problems?" I said, "No, I wasn't giving you no problems."

24 She said, "Why did you want to go to another cell?" I told her "I don't want to talk to you," and

25 she said, "I'll take you to another cell. Don't worry."  She said it mean, like in a threatening

26 manner. She and the trustee that witnessed the beating picked me up and dragged me to a cell

27 down the hall. This was one of the three high power security cells.  They threw me into a bed.

28 My new cell had no blankets and it was very cold.  I saw Deputy Pontonantos, then Deputy

1  Gomez, then Deputy Icu look into my cell at some point after that.  That evening, a nurse brought

2  me a wheelchair.

3      28.     Later that night, I heard a female voice calling for Deputy Pontonantos.  I was in

4  my wheelchair. At the door, I lifted myself to the 12 inch by 12 inch window. I saw Deputy

5  Pontonantos open a cell door as a nurse was standing at the door. This other cell was across from

6  my cell and to the right, ten or 15 feet away from my cell.  Deputy Pontonantos started slapping

7  an old man who was sitting up in his bed. She was slapping him hard; I could see his head jerk

8  sideways each time she hit him, which was about six or seven times. After she finished slapping

9  him, the nurse went into the cell and gave him his medication.  The inmate was white, old, he

10  had grey hair and was in his 60's.

11      29.     That same evening, within an hour, I heard a female yelling for a deputy. I lifted

12  myself in my wheelchair again.  I saw an open cell door, and inside it, another elderly gentleman

13  in his late 60's in his bed.  I recognized that inmate as someone who was using a wheelchair the

14  day before, during pill call.  I could see a deputy leave the observation room and approach the old

15  man's cell. The old man said, "I can't get out of my wheelchair. Can I please get someone to help

16  me?"  The male deputy grabbed him by his shirt, dragged him out of his bed and into the

17  hallway. The deputy said, "You're gonna get off your ass one way or another."  The deputy was

18  Hispanic, 5'8 or 5'9, with a dark complexion and dark short hair that was slicked back.

19      30.     The following day, November 27, 2010, I got a visit from my mom.  I showed her

20  the bruising on my right side, on my knees, legs and on my thighs.  I had a swollen bruise near

21  my right abdomen that was the size of a football.  I told her everything that happened. I feared for

22  my life.  I showed her a sheet of paper with the names of the deputies involved. After visiting

23  was over, Deputy Johnson uncuffed me to release me from the visiting window. He wheeled me

24  outside and said, "Where's that other piece of paper at?" He leaned over and told me, "You better

25  learn to keep your mouth shut. I know what I'm telling you." He then wheeled me back to my

26  cell.

27      31.     Later that day, the pain increased. I started to get dizzy and got a nose bleed. I was

28  concerned because I have a blood condition, Thrombocytopenia, plateletpheresis, which reduces

my platelet count and from which I can bleed to death, internally. I yelled "Man down, man down!" from my cell. It was late at night and the lights were out.  I heard a female tell a male "You need to open that door now." The voice sounded like the Asian nurse.  The male voice said, "Go to hell bitch. Get back to your little office. I am not opening that door. Fuck him. He deserves what he's getting."  The officer said, "It's not gonna be opened."  The nurse said, "I'm gonna call the county, someone in charge of custody."  The deputy said, "Do ahead, they're not gonna approve it."  I looked out my window and I could see her on a cell phone. She said, "That's okay, I'll call the state."  As she was dialing, the officer said, "The state's not gonna approve it either."  Eventually, a maintenance man came, with a machine that looked like a large power drill, that he later used to drill the locks off other cell doors. He did not use it on my cell. Deputy Pontonantos opened my door.  This was around 30 minutes to an hour after I initially began yelling.

32.     Deputy Pontonantos grabbed my wheelchair and wheeled me to the nurse's station. At the nurse's station, they took measurements and documented all the injuries. Within 15 minutes, I was wheeled to twin towers. This was all in the middle of the night, lasting until early morning the next day. I saw a doctor who documented all my injuries. He asked about what happened. I began crying, and told him what happened. I was in so much pain. On a scale of one to ten, I would describe that pain as a ten.  A nurse called 911 and I was transported to LCMC. This was on November 28, 2010. At county hospital, they took measurements, gave me a CT scan from my feet to the top of my head, took pictures and took my measurements.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct.  Executed this 28th day of January, 2011 in Los Angeles, California.

Erik Camacho

6

# DECLARATION OF INMATE WITNESS MR. V MICHAEL CAMPBELL

**Declaration of Michael Campbell**

I, Michael Campbell, hereby declare:

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2. I am sixty years old. I weigh ~~200~~ *180* pounds and I have *high blood pressure* *and I suffer from back pains. I'm also six feet tall*. I am currently housed at Twin Towers Correctional Facility ("TTCF") in Module 132, Pod E, Cell 3. My booking number is 2376955. ~~I am in the Los Angeles County Jail System ("LACJS") because~~

3. On or about December 22, 2010 at about 10 p.m., I was at TTCF in Module 132, Pod E, Cell 10. I was sleeping in the 4-man cell with my other cell mates. There was a total of *3* inmates inside the cell with me.

4. I saw a female deputy come into our cell and take a mattress out of the cell. She also grabbed and removed a towel. I don't know her name, but she is 5'7" tall, hair was in a bun, Hispanic and about 45 years old. I am approximately six feet tall.

5. I asked her if she wanted mine too, thinking that she was going to take everyone's mattresses and towels.

6. She didn't say anything to me and left the cell.

7. I then saw Deputy Vasquez standing on the side outside of my cell. I hadn't noticed him there before.

8. Deputy Vasquez told me to stand up with my hands behind my back and interlace my fingers. I complied and did what he asked me to do. He then told me to back out of the cell. As I was backing out of the cell, Deputy Vasquez grabbed my hands, squeezed and twisted my fingers really hard.

9. Deputy Vasquez then told me so sit on the floor next to the tables in the pod's day room, which is next to the bathroom. I sat down and faced the wall. My hands were still behind me, interlaced.

10. Deputy Vasquez then pressed his hands on my shoulder hard and pushed down

1   with all his weight.  He then pressed his knee into my back with all his weight.

2        11.    I looked back at him and he said, "Why are you fucking with the female

3   deputies?"

4        12.    I asked him if he could stop leaning on my back because I have a bad back.

5        13.    Deputy Vasquez pushed down even harder.  He then punched my head, alternating

6   using both of his fists what felt like 15 times, moved to my right side, punched my head several

7   more times and then moved to my left side and punched my head a few more times.  The punches

8   felt like *they were increasingly getting harder and faster. The punches*

9   *were so hard that I felt I was being hit with an object.*

    14.    As Deputy Vasquez was punching me, the female deputy who had entered my cell

10  earlier put me in a choke hold for what seemed like a minute or so.  I was squirming around

11  trying to get out of the choke hold because I could hardly breathe. *At first I didn't know it was her*
    *until the other inmates told me*
    *later that it was the female deputy.*

12       15.    ~~Thirty to forty seconds later, I saw two deputies running into the module.~~
    *After the female deputy loosened the choke hold, I heard a deputy*

13       16.    One of the deputies told me to lay down with my hands behind my back.  I did

14  what he said.  I was handcuffed and taken through the Staging Area to the Attorney Room on our

15  module and was seated on one of the stools on the Inmate's side of the Attorney Room.  I was

16  then handcuffed to the stool.

17       17.    Twenty minutes later, I was escorted to the clinic by the two deputies who had run

18  in the module.  I don't know who the deputies were, but one of them was short, around his 20-

19  30's and Hispanic.

20       18.    I was at the clinic for ten minutes before two senior deputies interviewed me on

21  camera and one of them asked me what happened.  I told them what I described above.  One of

22  the senior deputies then asked me what position I was in.  I told him that I was on the floor with

23  my hands, interlaced, behind my back.  One of the senior deputies then asked, "He started hitting

24  you even though your hands were behind your back?"  I told them that he did.  I don't know their

25  names, but one of them was White, short, with his hair combed to the side.  The other one was

26  African-American, chubby, 5'7" tall and wore glasses.

27       19.    Twenty minutes later, I was taken to TTCF Tower 2's Medical Clinic where I

28  received x-rays.

20.     I was then escorted back to the Attorney Room on my module and handcuffed to the stool again.

21.     I sat there for 15 minutes before Deputy Lee told me to go back my cell. I went back to my cell.

22.     Two days later, *a deputy* came to my cell and told me to stand up and put my hands behind my back. I complied. I was then handcuffed and escorted to the "hole" or to the disciplinary module. *I don't know his name, but he was White, 5'8" with short, blonde hair. The deputy asked me what I had done and I didn't respond. He said to my wrist, "Fuckin' punk." Arm in handcuffs being on top right.*

23.     When I got to the "hole", I was taken to an office near by and was interviewed by a sergeant. I don't know his name, but he was around 50-55 years old, had a beard, was heavy set and was White. He told me that I was going to the "hole" for an assault on a deputy.

24.     *Ten days later,* After I got out of the "hole", I was escorted to a table that's in the module's Staging Area. A sergeant told me that Deputy Vasquez had filed assault charges on me because I had elbowed him and used profanity. I told him that there was a camera and if they reviewed it, they could see that I didn't elbow him, but would see Deputy Vasquez beating me up. The sergeant told me, "It's probably not working and anyway, the DA may not take it."

25.     Because Deputy Vasquez assaulted me, I suffered an enormous amount of pain to my back, neck, the left side of my temple and had bruises and knots on my head and forehead. *I also had bruises around my* was given Motrin for the pain, but I can't take it because it gives me stomach problems.

26.     As of today, *I don't know if I've been charged with anything. I haven't been approached by anyone to tell me anything about the charge.*

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed this *20th* day of April, 2011 in Los Angeles, California.

*Michael Campbell*

Michael Campbell

*After the incident occurred, the other inmates told me that there was a camera near where the beating took place. The inmates told me that if the deputy lied about beating me they could just review the tape. This is how I know about the camera.*

3

**Declaration of Michael Campbell**

I, Michael Campbell, hereby declare:

1.   I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.   I am sixty years old.  I weigh 180 pounds and I have high blood pressure and I suffer from back pains.  I'm also six feet tall.  I am currently housed at Twin Towers Correctional Facility ("TTCF") in Module 132, Pod E, Cell 3.  My booking number is 2376955.

3.   On or about December 22, 2010 at about 10 p.m., I was at TTCF in Module 132, Pod E, Cell 10.  I was sleeping in the 4-man cell with my other cell mates.  There was a total of 3 inmates inside the cell with me.

4.   I saw a female deputy come into our cell and take a mattress out of the cell.  She also grabbed and removed a towel.  I don't know her name, but she is 5'7" tall, hair was in a bun, Hispanic and about 45 years old.  I am approximately six feet tall.

5.   I asked her if she wanted mine too, thinking that she was going to take everyone's mattresses and towels.

6.   She didn't say anything to me and left the cell.

7.   I then saw Deputy Vasquez standing on the side outside of my cell.  I hadn't noticed him there before.

8.   Deputy Vasquez told me to stand up with my hands behind my back and interlace my fingers.  I complied and did what he asked me to do.  He then told me to back out of the cell.  As I was backing out of the cell, Deputy Vasquez grabbed my hands, squeezed and twisted my fingers really hard.

9.   Deputy Vasquez then told me so sit on the floor next to the tables in the pod's day room, which is next to the bathroom.  I sat down and faced the wall.  My hands were still behind me, interlaced.

10.   Deputy Vasquez then pressed his hands on my shoulder hard and pushed down with all his weight.  He then pressed his knee into my back with all his weight.

11.   I looked back at him and he said, "Why are you fucking with the female

1    deputies?"

2           12.    I asked him if he could stop leaning on my back because I have a bad back.

3           13.    Deputy Vasquez pushed down even harder.  He then punched my head, alternating

4    using both of his fists what felt like 15 times, moved to my right side, punched my head several

5    more times and then moved to my left side and punched my head a few more times.  The punches

6    felt like they were increasingly getting harder and faster.  The punches were so hard that I felt

7    like I was being hit with an object.

8           14.    As Deputy Vasquez was punching me, the female deputy who had entered my cell

9    earlier put me in a choke hold for what seemed like a minute or so.  I was squirming around

10   trying to get out of the choke hold because I could hardly breathe.  At first I didn't know it was

11   her until the other inmates told me later that it was the female deputy.

12          15.    After the female deputy loosened the choke hole, I heard one of the deputies tell

13   me to lay down with my hands behind my back.  I did what he said.  I was handcuffed and taken

14   through the Staging Area to the Attorney Room on our module and was seated on one of the

15   stools on the Inmate's side of the Attorney Room.  I was then handcuffed to the stool.

16          16.    Twenty minutes later, I was escorted to the clinic by the two deputies who had run

17   in the module.  I don't know who the deputies were, but one of them was short, around his 20-

18   30's and Hispanic.

19          17.    I was at the clinic for ten minutes before two senior deputies interviewed me on

20   camera and one of them asked me what happened.  I told them what I described above.  One of

21   the senior deputies then asked me what position I was in.  I told him that I was on the floor with

22   my hands, interlaced, behind my back.  One of the senior deputies then asked, "He started hitting

23   you even though your hands were behind your back?"  I told them that he did.  I don't know their

24   names, but one of them was White, short, with his hair combed to the side.  The other one was

25   African-American, chubby, 5'7" tall and wore glasses.

26          18.    Twenty minutes later, I was taken to TTCF Tower 2's Medical Clinic where I

27   received x-rays.

28          19.    I was then escorted back to the Attorney Room on my module and handcuffed to

1    the stool again.

2          20.    I sat there for 15 minutes before Deputy Lee told me to go back my cell.  I went

3    back to my cell.

4          21.    Two days later, a deputy came to my cell and told me to stand up and put my

5    hands behind my back.  I complied.  I was then handcuffed and escorted to the "hole" or to the

6    disciplinary module.  I don't know his name, but he was White, 5'8" with short, blonde hair.  The

7    deputy asked me what I had done and I didn't respond.  He said to me, "Fuckin' punk."

8          22.    When I got to the "hole", I was taken to an office near by and was interviewed by

9    a sergeant.  I don't know his name, but he was around 50-55 years old, had a beard, was heavy

10    set and was White.  He told me that I was going to the "hole" for an assault on a deputy.

11          23.    Ten days later, I got out of the "hole", I was escorted to a table that's in the

12    module's Staging Area.  A sergeant told me that Deputy Vasquez had filed assault charges on me

13    because I had elbowed him and used profanity.  I told him that there was a camera and if they

14    reviewed it, they could see that I didn't elbow him, but would see Deputy Vasquez beating me

15    up.  The sergeant told me, "It's probably not working and anyway, the DA may not take it."

16    After the incident occurred, the other inmates told me that there was a camera near where the

17    beating took place.  The inmates told me that if the deputy lied about beating me they could just

18    review the tape.  This is how I knew about the camera.

19          24.    Because Deputy Vasquez assaulted me, I suffered an enormous amount of pain to

20    my back, neck, the left side of my temple and had bruises and knots on my head and forehead.  I

21    also had bruises around my wrist from the handcuffs being on too tight.  I was given Motrin for

22    the pain, but I can't take it because it gives me stomach problems.

23          25.    As of today, I don't know if I've been charged with anything.  I haven't been

24    \ \ \

25    \ \ \

26    \ \ \

27    \ \ \

28    \ \ \

3

1   approached by anyone to tell me anything about the charge.

2          I declare under penalty of perjury of the laws of the State of California and the United

3   States that the foregoing is true and correct.  Executed this 20th day of April, 2011 in Los

4   Angeles, California.

5                                                          _____/s/_____

6                                                          Michael Campbell

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4