# DECLARATION OF INMATE WITNESS MR. NN WILLIAM TILLMAN

## DECLARATION OF WILLIAM TILLMAN

I, William Tillman, hereby declare:

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2. I am writing this declaration to describe how three deputies attacked me in Men's Central Jail, slamming my head against the wall, kicking me repeatedly in the ribs, tasering and pepper spraying me. As a result of the beating, I suffered a concussion, bruising on various parts of my body, and ended up getting thirty-five stitches on my forehead.

3. I am currently a propria persona ("pro per") inmate in Men's Central Jail ("MCJ"). I am housed in Module 2500, Row D, Cell 25. My booking number is 1983134. I have been incarcerated in MCJ since July 15, 2009.

4. On or about Friday, March 11, 2011, Deputies Moorman, Ibarra, and Custody Assistant ("C.A.") Perez were working the Pro Per Module in 2500. Deputies Moorman, Ibarra, and C.A. Perez have been regulars in 2500 since February 2011. Of these three deputies, at least one works every day, mainly morning shifts between 6 am-1:30 pm, and each works at least four days a week in 2500.

5. Deputies Moorman and Ibarra are about 6'1'' and weigh close to 200 lbs. Deputy Moorman is Caucasian and so awkwardly muscular that it seems unnatural. Deputy Ibarra appears Hispanic and is stocky with defined biceps and chest. C.A. Perez looks Hispanic, is about 5'11'' and weighs about 180 lbs.

6. I am African-American, 5'7'' and weigh about 135 lbs.

7. The deputies on the morning shift regularly watch movies inside the 2500 control booth. The volume is usually loud enough that I can hear every word from my cell. This morning was no different; the deputies were watching a movie with the volume loud enough that I could hear from my cell, which is cell 3 in B

1

row. The distance between cell 3 in B row and the control booth is about 6-10 ft. The cells in the pro per module are the size of a traditional two-man cell, but a barrier is used to house the two inmates separately. The first traditional two-man cell, which is attached to the control booth, is labeled as cell 1 and cell 2, with cell 1 closest to the booth. The second traditional two-man cell is labeled as cell 3 and cell 4. And this type of cell numbering continues down the row.

8. Daily, inmates abide by the "10 to 10 courtesy." This means that an inmate should not be shouting or making any sort of noise from 10 pm until 10 am. We do this out of respect for our fellow inmates so we can each get a good night's rest.

9. Breakfast is given to us anywhere from 6:30 am to 10:00 am. The trustees do not wake us up for our breakfast meal. They usually just slide my food into my cell, and I eat as soon as I wake up.

10. At about 7:30 am, on March 11, 2011, I was awakened by the shouting of several inmates. As I began opening my eyes and wondering why inmates were not respecting the "10 to 10 courtesy," inmate Raymond Payne loudly yelled out my name. I heard him call my name out twice but I did not respond. Then Mr. Payne shouted, "What the fuck they doing in there? They watching porn or something."

11. Mr. Payne is a pro per inmate, housed in Cell 1. Cell 1 is closest to the control booth.

12. I could not see inside the control booth or identify the deputies inside. But I heard noises coming from the control booth.

13. I heard a woman moaning and someone say, "Fuck me harder!" I have been watching porn since I was fourteen, so I know I heard the sounds of a pornographic film. And, it was clear there was a pornographic film being played in the control booth.

14. As more inmates in B row began to wake up, the noise grew louder.

1  Inmates were telling others what was happening.

2     15.   I was starring at the control booth when I saw Deputy Ibarra step out
3  of it. It looked like Deputy Ibarra was about to do his security walk, which is done
4  every thirty minutes. Before he opened the gate to enter B row, he told someone
5  inside, "This is my favorite part. Pause it for me."

6     16.   After finishing his security walk, Deputy Ibarra headed back towards
7  the control booth. As he was about to go inside, an inmate shouted, "What y'all
8  doing is gay. You guys are gay." Thereafter, I heard inmates in B row yelling
9  "You guys are fags" or "you guys are gay" or "y'all gay."

10    17.   Immediately after, C.A. Perez stepped out of the control booth with
11 Deputy Moorman following him from behind. C.A. Perez yelled, "who the fuck
12 said shit?" Deputy Moorman added with "who's talking shit?" No one in B row
13 answered. Deputy Moorman followed by shouting, "When we find out who
14 talked, we're going to do something about it."

15    18.   On March 14, 2011, while resting in my cell, I heard a new pro per
16 inmate being escorted into an empty cell in Module 2500, B row. I heard someone
17 ask the pro per inmate about his case and that he had made a mistake in changing
18 status to pro per. The escort told him, "Pro per's have a 99% chance of losing."
19 When I could not hear any more movement, I asked inmate Anthony Brown, who
20 was two cells away from me in cell 5, if he heard the police say that "pro per's
21 have a 99% chance of losing their case." When I said "police" I was referring to a
22 sheriff's deputy. I assumed it was a deputy I had heard because deputies escort
23 incoming inmates to their pro per cells, and the voice sounded like a deputy who
24 routinely works in the module. Mr. Brown replied, "Who said that?" I responded
25 by telling him I didn't know which deputy had said it.

26    19.   Immediately after, C.A. Perez approached the B row entrance gate,
27 starred me in the face and said, "I said that." C.A. Perez continued to stare me in
28 the eye for the next ten to fifteen seconds after admitting he made the comment.

1  As C.A. Perez removed his hands from the bars and was a step or two from
2  entering the control booth, an inmate asked me what the deputy had said. Before I
3  could respond, an inmate shouted loudly, "99% of the deputies are gay."

4      20.    I have been housed in Module 2500/2700 for about two years, and on
5  numerous occasions, inmates from B row have shouted messages to me while I
6  was near the law library entrance, control booth and the main entrance of Module
7  2500/2700. Inmates have shouted messages at approximately the same tone and
8  volume as the inmate who said, "99% of the deputies are gay," and I had no
9  problem hearing it from either distance.

10      21.    On March 15, 2011, inmate Anthony Brown approached my cell
11  front to inform me of the conversation he had with Deputy Ibarra and Moorman
12  earlier that day. Mr. Brown was able to walk to my cell because he was returning
13  from a medical pass. Daily, Mr. Brown gets his blood checked due to diabetes. On
14  his way to his cell, which is two cells away from me in Cell 5, Mr. Brown stopped
15  to tell me that Deputy Ibarra and Moorman asked him who was talking shit on the
16  day they were heard watching pornographic films together. Mr. Brown told them
17  that he did not know who called them "gay." Deputy Ibarra then asked Mr. Brown
18  if it was me. Again, inmate Brown said he didn't know. Inmate Brown then added,
19  "They know people are talking shit. They think it's you. They asked for your
20  name and cell number."

21      22.    On Friday morning, March 25, 2011, just as I entered the main
22  entrance of Module 2500/2700, Deputy Thurman asked me, "What cell are you
23  in?" I replied, "Baker 3." I was returning from an attorney visit. Deputy Thurman
24  was in the control booth and he gave me permission to go back into my cell. Then
25  Deputy Moorman stopped me and told me to "face the fucking wall between the
26  yellow lines" in the hallway, across from the control booth.

27      23.    Deputy Thurman is Caucasian, near 6'3" and over 250 lbs. Deputy
28  Thurman has muscles bulging out of his uniform. Deputy Thurman has been

1 working two to three times a week in 2500 since February 2011. I have spoken to
2 Deputy Thurman on numerous occasions. I prefer to address a deputy by their
3 name, so I make sure to look at their name badge when I speak to them.

4     24. As I faced the wall, I heard a bunch of people on the row yell, "It's a
5 set-up." They continued to yell but I did not understand what was happening. I
6 was confused. Set-up? I thought. What have I done?

7     25. In the midst of all the yelling, I was able to hear a voice that I was
8 familiar with, it was inmate Raymond Payne. He and I talk a lot since our cells are
9 close together. He yelled to me, "I heard the deputies say you the one who be
10 talking shit and that they were going to get you when you got back."

11     26. I continued to face the wall, my body and face was about one foot
12 away from the cement wall, and one hand was in my pocket and the other was
13 holding onto my legal materials. I heard the sound of someone putting on latex
14 gloves. My first thought was that I was going to be strip-searched. But being in
15 pro per for so long, I could not recall when I had ever been strip-searched after
16 returning from an attorney visit. I became suspicious.

17     27. I heard several men approaching so I turned for a split second only to
18 see Deputy Moorman, Ibarra and C.A. Perez coming out of the control booth and
19 walking towards me.

20     28. Deputy Moorman said, "I heard you been talking behind our backs."
21 I told him that I didn't know what he was talking about. Deputy Moorman then
22 demanded for me to repeat the shit I had been talking. I told him it wasn't me.

23     29. Deputy Moorman then shouted, "If you were a man, you'd say it in
24 our face. That's not gangster shit. That's bitch shit. Call me gay in my face."

25     30. Deputy Moorman yelled to the entire row, "Y'all pro pers think you
26 can get away with anything. We the 3000 boys. The deputies on this floor let you
27 guys get away with too much. The police here are too soft. That shit ends now!"

28     31. Deputy Moorman continued to accuse me of calling them gay, and I

repeatedly responded that I didn't make the remark.

32. I became agitated since I had to answer the same question over and over. Deputy Moorman then accused me of being a gangster and questioned my manhood. I took offense to this verbal attack so I told him, "How's it gangster of y'all surrounding me, instead of coming at me alone?"

33. Deputy Moorman angrily replied, "I don't need anyone. We can beat up anyone and get away with it because all Lee Baca does is pay me to fight."

34. Deputy Ibarra, meanwhile, attempted to end the confrontation by telling his co-deputies to let me go back to my cell because I was not going to admit to calling them gay.

35. Deputy Moorman did not respond to Deputy Ibarra's suggestion. He began pacing in the hallway while flexing and stretching his upper body. There was silence on the module.

36. I refrained from making any comments because I felt this would ease the tension and I was hoping that they would let me go back to my cell. I was facing the wall in a relaxed posture when, suddenly, Deputy Moorman grabbed my head with one hand and forcefully slammed my face against the cement wall. I was one foot away from the wall so Deputy Moorman was able to gather momentum before my forehead made impact.

37. I was in shock. I immediately placed both hands on my head to check for damages. When I saw and felt my blood pouring down my face and the floor, I passed out.

38. When I regained consciousness, I was handcuffed with my wrists behind my back. Deputy Moorman was mounted on my back, as I was forced to lie on my stomach, and was punching the side of my face as well as hammer-fisting (closed fist in an overhand motion) the back of my head.

39. Deputy Ibarra was kicking me in my rib area. But with Deputy Moorman on top of me it was hard for him to get full swings in without hitting his

1 partner, which is probably why I couldn't feel his kicks.

2     40. Meanwhile, Deputy Ibarra pepper sprayed me. As soon as the chemical made impact with my eyes, my eyes began burning. I had a cough attack and was short of breath. I asked them to please stop.

    41. Deputy Moorman then directed C.A. Perez to "go get the taser."

    42. I could hear inmates from Module 2500, Row A, yell, "he's not resisting."

    43. C.A. Perez grabbed a taser and shot the hooks to my back area. He tasered me three times. My muscles tightened, I felt a painful pulsation throughout my body and could not move.

    44. While being tased, Deputy Moorman was punching the right side of my face and back of the head. My face was forced onto the cement floor, I was motionless and I, again, told the deputies that I was not resisting and to please stop.

    45. Deputy Ibarra eventually pulled Deputy Moorman off of me. Once he was off, I was able to move so I got into a fetal position. I lay in my own pool of blood. I could barely see since blood had run into my eye.

    46. I was taken to the MCJ medical clinic, where a Sergeant and a Lieutenant interviewed me. Deputy Ibarra and Moorman were present for the interview. Deputies Ibarra and Moorman were about 4' away from me, behind the Sergeant and off-camera.

    47. Prior to the interview, an ambulance technician came inside the medical clinic. As soon as he walked in, and took a look at me, he asked the Sergeant what had happened. The Sergeant replied, "the inmate assaulted these deputies." The Sergeant pointed to Deputy Ibarra and Moorman. Then the ambulance technician responded, "If anyone assaulted anyone, it was the deputies who assaulted this man. Look at the deputies! They have no visible injuries." This conversation occurred off camera, and the technician remained in the clinic for the

1 entire video recorded interview.

2     48. The interview was video recorded and the Lieutenant asked the majority of the questions. He asked me what had happened, if I was on any medication, very general questions pertaining to the incident. As soon as I told him, "These 3000 boys beat the shit out of me for no reason," the Lieutenant said "cut the camera" and gave no response as he had a shocked look on his face. This interview lasted no more than one or two minute tops.

    49. Once the interview ended, the ambulance technician placed me in a gurney and transported me to Los Angeles Medical Center + USC ("LCMC"). I was transferred in a red and white, Los Angeles Fire Department Paramedics ambulance vehicle.

    50. At LCMC, I was in and out of consciousness. A doctor told me I was being treated for a concussion and an open cut to my forehead. I had a two-inch laceration in my forehead, which required thirty-five stitches. The doctor told me he had to give me fifteen deep suture stitches underneath my skin, and twenty stitches to the surface of my forehead. A picture of the cut on my forehead is attached as Exhibit 1 and 2. I also developed bruising on the right side of my face to where deputy Moorman had smashed my face into the wall. Pictures of the contusions on my face are attached as Exhibit 3, and can also be seen in Exhibit 1. My ribs were also very sore from Deputy Ibarra's kicks. These pictures were taken by my co-counsel, four days after the assault, with the judge's permission.

    51. I stayed at LCMC for two days. I was given Vicodin. I was then taken to MCJ's medical floor and stayed there for four days. I eventually made it back to the pro per module, but I was taken to the hole first. I was never told why I was taken to the hole or received any paperwork as to the reason. I spent an entire day in the discipline unit. I was released from the hole after I overheard a lady's voice tell C.A. Perez that I didn't deserve hole time and that she was going send me back to my cell. I was in the hole when I heard C.A. Perez being told that

1  I was going to be sent back to my cell. Pro per disciplinary units are inside
2  Module 2500/2700 because we must still be able to go to law library.
3     52.   After the incident, on occasion, when deputies refused to give us
4  Outdoor Recreation time or law library for no reason, I heard them say, "blame it
5  on Tillman."
6     53.   Also, on or about July 1st, a nurse approached my cell, at around 7:30
7  am, and I told her I wanted to sign up for the Doctor's line because I wanted the
8  doctor the refill my prescription. After the assault and till now, I experience
9  headaches a couple times a week so the doctor prescribed me Ibuprofen. Deputy
10 Moorman was escorting the nurse down the row. The nurse asked me why I was
11 having headaches. Deputy Moorman and I made eye contact and I chose not to be
12 descriptive in my response to the nurse because I feared he would return later and
13 assault me again. As the nurse continued down the row, Deputy Moorman and I
14 starred at one another. At about 11:30 am, as I was lying on my bed, Deputy
15 Moorman stood in front of my cell, made eye contact with me and spit tobacco
16 inside my cell. The tobacco landed two feet away from me, on the floor. He did
17 not say anything and walked away.
18    54.   Deputies Moorman and Ibarra and C.A. Perez are no longer working
19 in Module 2500. They have been rotated out. In early August, at around 3:30 pm,
20 my row was escorted to roof for Recreational time. Before being let out on the
21 roof, we are lined up, strip searched and scanned by a deputy. A deputy scanned
22 my wrist, starred at my wristband for several seconds, then began to yell at me. He
23 said, "Tuck your fucking shirt in!" and "Are you fucking stupid? Walk straight
24 and keep that fucking shirt tucked in!" None of the other inmates received this
25 treatment, it was only me. After scanning the rest of the inmates, he let them
26 proceed to the roof but he told me to wait outside and "face the fucking wall." I
27 did what was asked, he then got into my face and said, "The ACLU ain't going to
28 be watching me forever." He went on to insult me a couple more times and let me

go with the other inmates. This was the first time I had ever seen this deputy. He was about 6'0" had a stocky build and appeared to be Hispanic and in his fifties. Although he spoke to me at close distance, I did not look down at his name badge. I was afraid that if I did, he would've thought I was going to file a complaint and then beat me. Eventually, I was able to join the other inmates in the yard.

55. I asked a fellow inmate to get his name. According to this inmate, he walked over to him to ask a question and his name badge read, "Deputy Garcia."

56. As a result of this incident with Deputy Garcia, I refuse to go to the yard because I want to avoid problems with deputies.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct to the best of my knowledge and belief. Executed this 22nd day of August, 2011 in Los Angeles, California.

William Tillman

