# DECLARATION OF INMATE WITNESS MR. OO ARTHUR TOWNSEND

### Declaration of Arthur Townsend

I, Arthur Townsend, hereby declare:

1.     I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.     I am 26 years old. I am currently housed at Men's Central Jail ("MCJ") in the "hole" or the disciplinary unit on Module 2400, Row D, Cell 12. My booking number is 2765265.

3.     On July 20, 2011 I was housed at MCJ, Module 3400, Row B, Cell 10. At approximately 6 p.m., our row was called out for evening pill call. Our cell doors were opened, I stepped out and walked out of the entrance gate that leads in and out of my row to go out to the main hallway on the 3000 floor to the pill call area, which is located outside of the module. *Attached is a diagram of the 3000 floor hallway labeled as Exhibit*

4.     As I walked out of the entrance gate, a trustee "mad dogged" or looked at me in an aggressive way. I don't know the name of the trustee, but he is Hispanic, around 5'4"-5'5". I asked him, "What are you looking at?" The trustee didn't respond, so I walked towards the door that leads out to the 3000 floor hallway. As I walked out, I passed by the deputies' booth and heard one of the deputies say to another deputy, "What did he say?"

5.     I walked out of the module and stood in the pill call line to get my inhaler for my asthma. *My position is labeled as "T1"* I saw Deputy Ramirez walk out of the module towards me. He told me to get out of line *move towards the wall,* and to interlace my fingers behind my back. I complied. *My position is marked as "T2" at* Deputy Ramirez then proceeded to search me. He asked me who I was talking to and I told him that I had been talking to the trustee because he was "mad dogging" me. Deputy Ramirez said to me," Don't fuck with my trustees."

6.     Deputy Ramirez then announced to all the inmates who were standing in line for pill call, "Look, all the Blacks! I've been having a lot of problems with the Blacks and all my Hispanic trustees. If you mess with my trustees, I'm going to shut down you guys' program and toss your cell." I took that comment to mean that Deputy Ramirez was not going to allow us to take showers or go to the Outdoor Recreation Area and that he was going to search our cells.

7.     After Deputy Ramirez made this comment, he had me face the wall. He then told me to strip out of my clothes. After I stripped out of my clothes, I turned to hand them to him. I

1  thought this was the protocol because when I was in prison, this is the what the correctional

2  officers told me to do.

3          8.      Deputy Ramirez barked for me to turn back around, which I did.  Deputy Ramirez

4  then struck me on my left kneecap with his flashlight.  The pain from the flashlight hitting my

5  kneecap felt like *I was getting hit with a big pole and it felt like a painful thump to the kneecap*.  He then pepper sprayed me.  When the pepper

6  spray hit my eyes, I felt an instant burning sensation.  Deputy Ramirez hit my leg again with the

7  flashlight.

8          9.      I then heard Deputy Ramirez yell out "415", which is a code for an inmate

9  fighting with staff.  Deputy Ramirez then told me to get on the ground, which I did.

10         10.     When I got on the ground, Deputy Ramirez handcuffed me from behind.  After I

11  was handcuffed, he punched me in my face.  I heard several other deputies running over towards

12  me.  I don't know who they are, but all of them were Hispanic, except one, who was White.

13  There was also a Custody Assistant ("CA") who was Hispanic.  I think there might have been 5-6

14  deputies.

15         11.     All I felt were the deputies kicking, punching and hitting me all over my body and

16  legs.  The deputies also hit my legs with their flashlights.  I was in so much pain from all these

17  blows that were hitting me one after the other.  It felt like *all those deputies were trying to smash my bones with their blows and flashlights*  I

18  heard the deputies cussing at me and calling me "nigger".  I also heard an African American

19  deputy, who must have been nearby, tell the deputies, "That's enough.  Sergeant is coming."  I

20  don't know if a Sergeant was coming or not, but the deputies continued beating me.

21         12.     The last thing I remember is the Hispanic CA holding up his flashlight and hitting

22  me on the right side of my face with it.  At this point, I must have blacked out from the pain

23  because the next thing I remember is waking up at the Los Angeles Medical Center + USC

24  ("LCMC").

25         13.     My arms were handcuffed to the side of the hospital bed and I was confused to

26  where I was and what had happened to me.  A deputy told me that I was at LCMC and said to

27  me, "You were fucked up.  They tried to interview you, but you were unresponsive.  Are you

28  okay?  I know what happened, but I don't want to jeopardize my job."  I don't know this deputy's

1    name, but he is Hispanic, dark-skinned and about 5'4"-5'5".

2        14.    The medical staff told me that I had a fractured face.

3        15.    When I was able to see myself, I saw that I had bruises all over my back, legs and

4    face.  I had large abrasions and cuts on both of my legs.  I also had bruises under my eyes, my

5    face were swollen and I had a blood clot in my right eye.  I also suffered from double vision.

6        16.    I was at LCMC for a day then I was transferred to the Correctional Treatment

7    Center ("CTC"), which is the medical unit at the jails,  where I was there for 2-3 weeks.

8        17.    On August 15, I found out that I was charged with resisting an officer and

9    obstructing justice because I went to court for it.  When I went to court, I found that a deputy was

10   saying that he had a bruise in the inside of his lip because of the incident.

11       18.    On August 18, I was given paperwork saying that I was going to the "hole" for 29

12   days and have been here ever since.

13       19.    Ever since I was at LCMC, I have been trying to submit a complaint form about

14   the deputies beating me.  Whenever I ask for a complaint form, the deputies have either told me

15   that I can't have one or they tell me that they don't have any.  I was a properia persona ("pro

16   per") inmate before so I know I'm supposed to exhaust administrative remedies, but I don't know

17   how you're going to be able to if the deputies won't give you complaint forms.

18       I declare under penalty of perjury of the laws of the State of California and the United

19   States that the foregoing is true and correct.  Executed this 22nd day of August 2011 in Los

20   Angeles, California.

21

22                                                        Arthur Townsend

23

24

25

26

27

28



**Declaration of Arthur Townsend**

I, Arthur Townsend, hereby declare:

1.      I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.      I am 26 years old.  I am currently housed at Men's Central Jail ("MCJ") in the "hole" or the disciplinary unit on Module 2400, Row D, Cell 12.  My booking number is 2765265.

3.      On July 20, 2011 I was housed at MCJ, Module 3400, Row B, Cell 10.  At approximately 6 p.m., our row was called out for evening pill call.  Our cell doors were opened, I stepped out and walked out of the entrance gate that leads in and out of my row to go out to the main hallway on the 3000 floor to the pill call area, which is located outside of the module. Attached is a diagram of the 3000 floor hallway labeled as Exhibit 1.

4.      As I walked out of the entrance gate, a trustee "mad dogged" or looked at me in an aggressive way.  I don't know the name of the trustee, but he is Hispanic, around 5'4"-5'5".  I asked him, "What are you looking at?"  The trustee didn't respond, so I walked towards the door that leads out to the 3000 floor hallway.  As I walked out, I passed by the deputies' booth and heard one of the deputies say to another deputy, "What did he say?"

5.      I walked out of the module and stood in the pill call line to get my inhaler for my asthma.  My position is labeled as "T1."  I saw Deputy Ramirez walk out of the module towards me.  He told me to get out of line, move towards the wall and to interlace my fingers behind my back.  My position is marked as "T2."  I complied.  Deputy Ramirez then proceeded to search me.  He asked me who I was talking to and I told him that I had been talking to the trustee because he was "mad dogging" me.  Deputy Ramirez said to me," Don't fuck with my trustees."

6.      Deputy Ramirez then announced to all the inmates who were standing in line for pill call, "Look, all the Blacks!  I've been having a lot of problems with the Blacks and all my Hispanic trustees.  If you mess with my trustees, I'm going to shut down you guys' program and toss your cell."  I took that comment to mean that Deputy Ramirez was not going to allow us to take showers or go to the Outdoor Recreation Area and that he was going to search our cells.

7.      After Deputy Ramirez made this comment, he had me face the wall.  He then told me to strip out of my clothes.  After I stripped out of my clothes, I turned to hand them to him.  I thought this was the protocol because when I was in prison, this is the what the correctional officers told me to do.

8.      Deputy Ramirez barked for me to turn back around, which I did.  Deputy Ramirez then struck me on my left kneecap with his flashlight.  The pain from the flashlight hitting my kneecap felt like I was getting hit with a big pole and it felt like a painful thump to my kneecap.  He then pepper sprayed me.  When the pepper spray hit my eyes, I felt an instant burning sensation.  Deputy Ramirez hit my leg again with the flashlight.

9.      I then heard Deputy Ramirez yell out "415", which is a code for an inmate fighting with staff.  Deputy Ramirez then told me to get on the ground, which I did.

10.      When I got on the ground, Deputy Ramirez handcuffed me from behind.  After I was handcuffed, he punched me in my face.  I heard several other deputies running over towards me.  I don't know who they are, but all of them were Hispanic, except one, who was White.  There was also a Custody Assistant ("CA") who was Hispanic.  I think there might have been 5-6 deputies.

11.      All I felt were the deputies kicking, punching and hitting me all over my body and legs.  The deputies also hit my legs with their flashlights.  I was in so much pain from all these blows that were hitting me one after the other.  It felt like all these deputies were trying to smash my bones with their blows and flashlights.  I heard the deputies cussing at me and calling me "nigger".  I also heard an African American deputy, who must have been nearby, tell the deputies, "That's enough.  Sergeant is coming."  I don't know if a Sergeant was coming or not, but the deputies continued beating me.

12.      The last thing I remember is the Hispanic CA holding up his flashlight and hitting me on the right side of my face with it.  At this point, I must have blacked out from the pain because the next thing I remember is waking up at the Los Angeles Medical Center + USC ("LCMC").

13.      My arms were handcuffed to the side of the hospital bed and I was confused to

2

where I was and what had happened to me.  A deputy told me that I was at LCMC and said to me, "You were fucked up.  They tried to interview you, but you were unresponsive.  Are you okay?  I know what happened, but I don't want to jeopardize my job."  I don't know this deputy's name, but he is Hispanic, dark-skinned and about 5'4"-5'5".

14.     The medical staff told me that I had a fractured face.

15.     When I was able to see myself, I saw that I had bruises all over my back, legs and face.  I had large abrasions and cuts on both of my legs.  I also had bruises under my eyes, my face were swollen and I had a blood clot in my right eye.  I also suffered from double vision.

16.     I was at LCMC for a day then I was transferred to the Correctional Treatment Center ("CTC"), which is the medical unit at the jails,  where I was there for 2-3 weeks.

17.     On August 15, I found out that I was charged with resisting an officer and obstructing justice because I went to court for it.  When I went to court, I found that a deputy was saying that he had a bruise in the inside of his lip because of the incident.

18.     On August 18, I was given paperwork saying that I was going to the "hole" for 29 days and have been here ever since.

19.     Ever since I was at LCMC, I have been trying to submit a complaint form about the deputies beating me.  Whenever I ask for a complaint form, the deputies have either told me that I can't have one or they tell me that they don't have any.  I was a properia persona ("pro per") inmate before so I know I'm supposed to exhaust administrative remedies, but I don't know how you're going to be able to if the deputies won't give you complaint forms.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct.  Executed this 22nd day of August, 2011 in Los Angeles, California.

_____ /s/ _____

Arthur Townsend

3



# DECLARATION OF INMATE WITNESS MR. PP EVANS TUTT

## DECLARATION OF EVANS TUTT

I, Evans Tutt, declare as follows:

1.      On July 26, 2009, I was an inmate in the Los Angeles County Jail, housed at Men's Central Jail, 3000 floor.

2.      On that day, I went to the visiting room to see Monica Miles, who had come to visit me.  She had come the day before, but deputies on my floor had refused to allow me to see her.  My visit on the 26th lasted about fifteen minutes, then I returned to my floor.

3.      When I got to the hallway at my floor, there was a group of deputies.  These deputies included Delgado, Aviles, Rivera, Thompson, Ortega, Snyder and others, including possibly Miramontes.  Two other inmates were with me, but the deputies ordered them out of the hallway and onto the module.  The deputies closed the door behind them.

4.      A deputy ordered me to face the wall.  I complied.  I felt their presence around me.  I heard them making racial slurs at me, including calling me, "fucking nigger."  The deputies attacked.  They tased me.  They hit me repeatedly.  They used the taser in drive-stun mode repeatedly on my back.  They kicked and kneed me and hit me with a flashlight.  They handcuffed me, but continued hitting, kicking and tasing me.  They struck me all over my body.  At no time during the assault by the deputies did I fight them or struggle with them or disobey any order, other than to cover up my body to protect myself at one point.  I lost and regained and lost and regained consciousness throughout the beating.

5.      After the assault ended, deputies walked me out of the hallway, holding me by my shirt in a way that choked me.  One of the deputies called me "fucking nigger," and threatened to harm me more seriously.

6.      Eventually, I was taken to the clinic, then to the hospital.  They

broke my nose in multiple places, hurt my ribs, chipped my tooth, injured my head and face, hurt my knee and legs and left bruises throughout my body.  They wrote fabricated reports claiming that I assaulted them, which led to the district attorney filing criminal charges against me

    I declare that the foregoing is true and correct.  Executed this 5th day of May, 2010 at Los Angeles, California.

                                                    Evans Tutt

# DECLARATION OF INMATE WITNESS MR. QQ EDUARDO VILLAREAL

**Declaration of Eduardo Villareal**

I, Eduardo Villareal, hereby declare:

1.      I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.      I am 22 years old and have been incarcerated at Men's Central Jail (MCJ) since December 1, 2010. I am currently housed in Module ~~3500,~~ E.V. 3100 E.V. Row ~~C,~~ A, E.V. Cell ~~15.~~ E.V. My booking number is 2532769. Prior to my transfer to MCJ, I was at Twin Towers Correctional Facility (TTCF). In November 2010. E.V.

3.      I was transferred to MCJ by Operation Safe Jail (OSJ) because I requested to be placed in protective custody.

4.      While I was at TTCF, on November 12, 2010, I asked one of the module officers, who is short and White, for a blanket. He said to me, "I don't give them to murderers."

5.      Again while at TTCF, on November 24, 2010, before I got on the bus to go to court, I was approached by a tall, Hispanic deputy. I don't know his name. He must have overheard someone call out my name to board the bus because he said to me, "oh, so you're Eduardo Villareal. I can't wait until you get to my floor." I took this statement as a threat due to the large amount of negative media coverage on my case.

6.      On November 24, 2010, Esther Lim from the ACLU came to visit me. Before the visit, one of the module deputies approached me and said, "Oh, you've been writing to the ACLU?" I told him I had not and he said to me, "All right then."

7.      On December 1, 2010, when I was moved to MCJ, I was escorted to my Row, C by three deputies; a tall, Hispanic deputy who had threatened me on November 24, 2010, Deputy Ibarra and a tall, White deputy.

8.      The tall, Hispanic deputy said to me, "Christmas came early today."

9.      Deputy Ibarra asked me, "what are you here for?" I told him that I didn't want to talk about it and if he wanted to know to ask my lawyer. Ibarra then said, "I'm not gonna ask you again. What are you here for?" I answered him the same way. Deputy Ibarra then punched me on my right side area on my ribs. A tall, White deputy then socked the back of my head two

1   times.

2       10.     Deputy Ibarra then asked me the same question again and punched me on my right

3   side area for the second time.  After he hit me, I told him, "187."  He then said to me, "that

4   wasn't so hard."

5       11.     Deputy Ibarra and the tall, White deputy then yelled at me saying, "you're a piece

6   of shit.  We're not going to give you any showers, blankets, food, and canteen."  They also said

7   to me, "we're going to turn you over to the Southsiders."  I took that threat to mean that they

8   were going to take to me the gang so that they can kill me.

9       12.     While Deputy Ibarra was hitting me, he saw me look at his name tag.  He then

10  said to me, "you looked at my name?  If you put in a complaint I'm going to go in your cell and

11  beat you up personally."

12      13.     I wasn't given a mattress or a blanket and had to sleep on the metal bed.  The

13  deputies also took away my Bible.  I didn't receive a mattress and a blanket until the next day.

14      I declare under penalty of perjury of the laws of the State of California and the United

15  States that the foregoing is true and correct.  Executed this <u>11th</u> of <u>April</u>, <s>2010</s> in Los

16  Angeles, California.

17                                                  _____

18                                                  Eduardo Villareal

**Declaration of Eduardo Villareal**

I, Eduardo Villareal, hereby declare:

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2. I am 22 years old and have been incarcerated at Men's Central Jail (MCJ) since December 1, 2010. I am currently housed in Module 3100, Row A, Cell 9. My booking number is 2532769. Prior to my transfer to MCJ, I was at Twin Towers Correctional Facility (TTCF) in November 2010.

3. I was transferred to MCJ by Operation Safe Jail (OSJ) because I requested to be placed in protective custody.

4. While I was at TTCF, on November 12, 2010, I asked one of the module officers, who is short and White, for a blanket. He said to me, "I don't give them to murderers."

5. Again while at TTCF, on November 24, 2010, before I got on the bus to go to court, I was approached by a tall, Hispanic deputy. I don't know his name. He must have overheard someone call out my name to board the bus because he said to me, "oh, so you're Eduardo Villareal. I can't wait until you get to my floor." I took this statement as a threat due to the large amount of negative media coverage on my case.

6. On November 24, 2010, Esther Lim from the ACLU came to visit me. Before the visit, one of the module deputies approached me and said, "Oh, you've been writing to the ACLU?" I told him I had not and he said to me, "All right then."

7. On December 1, 2010, when I was moved to MCJ, I was escorted to my Row, C by three deputies; a tall, Hispanic deputy who had threatened me on November 24, 2010, Deputy Ibarra and a tall, White deputy.

8. The tall, Hispanic deputy said to me, "Christmas came early today."

9. Deputy Ibarra asked me, "what are you here for?" I told him that I didn't want to talk about it and if he wanted to know to ask my lawyer. Ibarra then said, "I'm not gonna ask you again. What are you here for?" I answered him the same way. Deputy Ibarra then punched me on my right side area on my ribs. A tall, White deputy then socked the back of my head two

1    times.

2         10.    Deputy Ibarra then asked me the same question again and punched me on my right

3    side area for the second time.  After he hit me, I told him, "187."  He then said to me, "that

4    wasn't so hard."

5         11.    Deputy Ibarra and the tall, White deputy then yelled at me saying, "you're a piece

6    of shit.  We're not going to give you any showers, blankets, food, and canteen."  They also said

7    to me, "we're going to turn you over to the Southsiders."  I took that threat to mean that they

8    were going to take to me the gang so that they can kill me.

9         12.    While Deputy Ibarra was hitting me, he saw me look at his name tag.  He then

10   said to me, "you looked at my name?  If you put in a complaint I'm going to go in your cell and

11   beat you up personally."

12        13.    I wasn't given a mattress or a blanket and had to sleep on the metal bed.  The

13   deputies also took away my Bible.  I didn't receive a mattress and a blanket until the next day.

14        I declare under penalty of perjury of the laws of the State of California and the United

15   States that the foregoing is true and correct.  Executed this 11th of April, 2010 in Los Angeles,

16   California.

17                                        _____/s/_____

18                                        Eduardo Villareal

19

20

21

22

23

24

25

26

27

28

# DECLARATION OF INMATE WITNESS MR. RR PHILIP WESTBY

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# DECLARATION OF PHILIP WESTBY

I, Philip Westby, hereby declare:

1.     I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.     I am twenty-four years old and African American.  I was placed in Module 141, Pod E, Cell 8 of Twin Towers Correctional Facility ("TTCF") on July 18, 2009 *and released on November 18, 2009.* ~~As of~~ *On the* April 18, 2011 I was ~~moved to~~ *placed in the* Module 141, Pod C, Cell 4 and was still there on Tuesday, July 5, 2011.  My booking number is 2711368.

## Deputies on Inmate violence

3.     I arrived at TTCF on July 18, 2009 and was placed in Module 141, Pod E, Cell 8. Attached is Exhibit A, which is a diagram of Module 141, where my cell #8 is marked with an "X." The odd numbered cells are on the second floor and the even numbered cells are on the first floor. On July 19, 2009 in the daytime, I was taking a nap in my cell. This was during program time when our cell doors are left unlocked between 4:30 pm and 8:00 pm. I heard another inmate come into my cell and start talking loudly with my cellmate. I don't know who opened the cell door because I was sleeping.  I don't remember what my cellmate looked like, or if he said anything. The inmate who came in was Mexican, possibly 5'9", a bit on the heavy side. I do not know his name.

4.     I asked the inmate who came in to respect that this was my cell too, and told him I was trying to sleep. He told me it wasn't just my cell, and we got into a loud argument for about ten minutes, and I tried to push the inmate out of my cell door. At this point, Deputy Diana came into my cell with Deputy O'Hardy and Deputy Sandoval. Deputy Diana was Hispanic, thin, had greenish brown eyes, and wore her brown hair in a bun. I know her name because the next day five inmates from my pod told me her name, and told me she was known for letting

1    inmates get abused by deputies. I didn't know Deputy O'Hardy and Deputy

2    Sandoval's names at the time, but found out a few days later when I heard other

3    inmates call them by name, and I've seen their nametags. Deputy O'Hardy is

4    Hispanic, 5'9", skinny with short brown hair. Deputy Sandoval is Hispanic, 5'10",

5    heavy set with short black hair, and a mustache.

6         5.     Deputy Diana was holding a taser and told me and the other inmate

7    who came in to stop fighting and get down on the floor. We both immediately got

8    down on the floor. Then, she said, "You, you, get out" to the other inmates, and

9    told me to stay down.

10        6.     Deputy O'Hardy then pulled me out of the cell and slammed my head

11   pretty hard against the wall to the left of my cell door. Then, he held my head

12   against the wall and handcuffed my hands behind my back.

13        7.     He slammed my head against the wall two more times.  I started

14   crying because the pain in my head hurt so badly, and I was in shock. I didn't

15   know why this was happening.

16        8.     He told me to keep my head against the wall. I looked around, and

17   then he slammed my head against the wall two more times, and it hurt pretty

18   badly. It was a seven out of ten on the level of pain.

19        9.     Then, each deputy grabbed one of my arms and took me to the door

20   where you leave the pod. This door is marked on Exhibit A with a "Y." There,

21   they slammed me on the ground and told me three times to "Stop resisting."

22        10.    I said to them, "I'm not resisting. Y'all are doing this to me."

23        11.    The deputies picked me up, took me to the wall by the glass, right by

24   the door to leave Pod E, and shoved me against it. One of them, I can't remember

25   which, yelled at me, "Stop moving!" and slammed my head against the wall.

26        12.    I said, "I'm not moving," and then he slammed my head against the

27   wall again.   It was hard to tell who did what because my back was towards them.

28        13.    They took me to the Outdoor Recreation area, where Deputy

2

O'Hardy punched me three to four times on the back of my head. Attached is Exhibit B where this area is marked with an "X." Meanwhile, he was saying, "You messed up. You come into my housing thinking you can beat on my race? We're going to press charges on you. Wait and see what he has to say."  I understood the deputy to mean that he wasn't going to protect me as an African-American; he was going to protect the Hispanic inmate because the deputies were Hispanic too.

14.    Deputy O'Hardy left for about five minutes while Deputy Sandoval stood by guarding me. When Deputy O'Hardy returned, he said the inmate did not want to press charges and that I "got away with it this time."

15.    Still handcuffed, both deputies punched me in the head, neck and back about seven times, and then threw me on the ground.

16.    Deputy O'Hardy asked me if I wanted to fight either one of the deputies. I said, "No."

17.    He said, "Yeah, you're a bitch." Then they picked me up and took me back to my cell, where I just stayed in my bed and continued to cry.

18.    My back was hurting badly from being thrown to the ground repeatedly. I thought that maybe the deputies had broken my ribs. My head also hurt and my arms hurt from when they picked me up while in handcuffs and it twisted my arms.

19.    My injuries took about two weeks to heal. My back was bruised, my face was sore and a little swollen, and the back of my head was bruised. I did not ask for any medical help because I didn't want any further contact with the deputies. I was scared that if I asked for anything, the deputies would hurt me again.

**Trustees on Inmate violence**

20.    In October 2009 in Module 141, Pod E, Cell 5, I was bedridden with

1   pneumonia. On attached Exhibit A, my cell #5 is marked with a "Z." On about

2   the seventh day of being bedridden, a deputy from the control booth opened my

3   cell door to let a trustee come in to pick up my food tray. My door was locked

4   because I was on lockdown due to having pneumonia. I knew that it was a female

5   deputy working at the time because I heard her voice over the speakers to

6   announce dinner about 15 minutes prior, and I had seen that it was Deputy Diana

7   earlier in the day. As I mentioned previously, fellow inmates had told me she was

8   Deputy Diana, and I saw her name badge a couple of weeks ~~ago~~. after the incident.

9       21.   The trustee was African-American, 6'1", medium build with short

10   black hair and brown eyes. He rushed me while I was in bed and tried to punch

11   my face, but I blocked him with my arms.

12       22.   Then I heard someone run up the stairs, and he came through my cell

13   door that was still open. At this point I saw that it was a second trustee, who

14   looked Iranian, 5'9", heavy build with short blondish brown hair and possibly had

15   hazel eyes.

16       23.   The second trustee held my shoulders and pinned me on my back

17   while the first trustee repeatedly punched my face. I tried to block the punches

18   with my arms, but he got some hits in. He gave me a black eye on my left eye and

19   my face was bleeding.

20       24.   The first trustee also busted my lip and loosened my front tooth, and

21   both my lip and gums were bleeding. I saw some of my own blood on the floor.

22   The incident lasted about 30 seconds, and then they picked up my food tray and

23   left. I couldn't see any deputies but they must have seen what happened to me

24   because they can see everything from the control room.

25       25.   I immediately got up, pressed the intercom button about 40 times,

26   and banged on the door yelling, "I need medical help! This isn't right! You guys

27   fucked up!"

28       26.   An hour later, I heard the Sergeant come out of his office and yell to

4

1  the deputies, "What's wrong with him? Why is he banging on the doors?" I can't

2  identify the sergeant because I didn't see him, but I knew where his office was and

3  heard him come out. The sergeant's office is indicated on Exhibit B.

4       27.   After I kept yelling and pressing the intercom button about 40 times,

5  the deputy came up into my cell and told me to sit on the bed. At this point I saw

6  that he was about 6'2", stocky build with blond hair and blue eyes. I had never

7  seen this deputy before and I've never seen him again. He said, "Get back on your

8  fuckin' bed or we'll come fuck you up!"

9       28.   I told him, "I need to see a nurse because you let the trustees beat me

10  up." The deputy said, "You're not going to see a nurse. Sign your name on the

11  list." There is a list posted next to the door to leave the pod where inmates can

12  sign up to see the nurse. I said I couldn't put my name on the list because I'm on

13  lockdown since being sick with pneumonia. The deputy joked that I had the swine

14  flu, and left.

15       29.   When the deputy closed the door, I got up and banged on the door

16  three more times.

17       30.   He came in again and slammed my head on the bed, then pressed me

18  face down with his knee on my back. It was painful because my face had just

19  been beaten, and the deputy was on me with his whole body weight – and he

20  wasn't a small guy. He said, "Don't get up again or I'll send you to the hole." The

21  deputy then left and closed my cell door.

22       31.   I got up and kept banging on the door. The deputy yelled to the

23  entire pod that if I kept banging, he would shut the whole program down, meaning

24  he would lock everyone down in their cells. I kept banging on the door for about

25  two hours and no one responded except another inmate, who asked me to stop.

26       32.   This incident was traumatizing for me. I felt like the deputies were

27  supposed to protect me, not beat me up, let other inmates beat me up and then

28  deny me medical help. Now I feel like the deputies can do whatever they want,

1  like I don't have any rights. I try not to say anything to them and I don't complain
2  about anything.

3      33.    The bruises on my face and back took two weeks to heal. Today, I
4  have a scar on my bottom lip and a 1.5 cm scar above my left eye from the
5  beating. I am still terrified of the deputies. I am terrified that they can do whatever
6  they want, that they would retaliate against me if they knew what I was telling
7  you.  I still don't feel safe.

8      I declare under penalty of perjury of the laws of the State of California and
9  the United States that the foregoing is true and correct to the best of my
10  knowledge and belief.  Executed this 5th day of July, 2011 in Los Angeles,
11  California.

12
13
14                                          Philip Westby
15
16
17
18
19
20
21
22
23
24
25
26
27
28



Exhibit A
Module 141

S = showers
V = vending machines
C = computer
▨▨▨▨ = door



Exhibit B

Staging Area - Module 141

Attorney Room - Inmates

Attorney Room - Visitors

Sergeant's Office

Office

Stairway to 2nd Floor

X

Outdoor Recreation Area

Entrance to pods D, E, F.

# DECLARATION OF PHILIP WESTBY

I, Philip Westby, hereby declare:

1.     I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.     I am twenty-four years old and African American.  I was placed in Module 141, Pod E, Cell 8 of Twin Towers Correctional Facility ("TTCF") on July 18, 2009 and released on November 18, 2009. On April 18, 2011 I was placed in Module 141, Pod C, Cell 4 and was still there on Tuesday, July 5, 2011. My booking number is 2711368.

**Deputies on Inmate violence**

3.     I arrived at TTCF on July 18, 2009 and was placed in Module 141, Pod E, Cell 8. Attached is Exhibit A, which is a diagram of Module 141, where my cell #8 is marked with an "X." The odd numbered cells are on the second floor and the even numbered cells are on the first floor. On July 19, 2009 in the daytime, I was taking a nap in my cell. This was during program time when our cell doors are left unlocked between 4:30 pm and 8:00 pm. I heard another inmate come into my cell and start talking loudly with my cellmate. I don't know who opened the cell door because I was sleeping.  I don't remember what my cellmate looked like, or if he said anything. The inmate who came in was Mexican, possibly 5'9", a bit on the heavy side. I do not know his name.

4.     I asked the inmate who came in to respect that this was my cell too, and told him I was trying to sleep. He told me it wasn't just my cell, and we got into a loud argument for about ten minutes, and I tried to push the inmate out of my cell door. At this point, Deputy Diana came into my cell with Deputy O'Hardy and Deputy Sandoval. Deputy Diana was Hispanic, thin, had greenish brown eyes, and wore her brown hair in a bun. I know her name because the next day five

1

1   inmates from my pod told me her name, and told me she was known for letting

2   inmates get abused by deputies. I didn't know Deputy O'Hardy and Deputy

3   Sandoval's names at the time, but found out a few days later when I heard other

4   inmates call them by name, and I've seen their nametags. Deputy O'Hardy is

5   Hispanic, 5'9", skinny with short brown hair. Deputy Sandoval is Hispanic, 5'10",

6   heavy set with short black hair, and a mustache.

7        5.    Deputy Diana was holding a taser and told me and the other inmate

8   who came in to stop fighting and get down on the floor. We both immediately got

9   down on the floor. Then, she said, "You, you, get out" to the other inmates, and

10  told me to stay down.

11       6.    Deputy O'Hardy then pulled me out of the cell and slammed my head

12  pretty hard against the wall to the left of my cell door. Then, he held my head

13  against the wall and handcuffed my hands behind my back.

14       7.    He slammed my head against the wall two more times.  I started

15  crying because the pain in my head hurt so badly, and I was in shock. I didn't

16  know why this was happening.

17       8.    He told me to keep my head against the wall. I looked around, and

18  then he slammed my head against the wall two more times, and it hurt pretty

19  badly. It was a seven out of ten on the level of pain.

20       9.    Then, each deputy grabbed one of my arms and took me to the door

21  where you leave the pod. This door is marked on Exhibit A with a "Y." There,

22  they slammed me on the ground and told me three times to "Stop resisting."

23       10.    I said to them, "I'm not resisting. Y'all are doing this to me."

24       11.    The deputies picked me up, took me to the wall by the glass, right by

25  the door to leave Pod E, and shoved me against it. One of them, I can't remember

26  which, yelled at me, "Stop moving!" and slammed my head against the wall.

27       12.    I said, "I'm not moving," and then he slammed my head against the

28  wall again.   It was hard to tell who did what because my back was towards them.

13.      They took me to the Outdoor Recreation area, where Deputy O'Hardy punched me three to four times on the back of my head. Attached is Exhibit B where this area is marked with an "X." Meanwhile, he was saying, "You messed up. You come into my housing thinking you can beat on my race? We're going to press charges on you. Wait and see what he has to say." I understood the deputy to mean that he wasn't going to protect me as an African-American; he was going to protect the Hispanic inmate because the deputies were Hispanic too.

14.      Deputy O'Hardy left for about five minutes while Deputy Sandoval stood by guarding me. When Deputy O'Hardy returned, he said the inmate did not want to press charges and that I "got away with it this time."

15.      Still handcuffed, both deputies punched me in the head, neck and back about seven times, and then threw me on the ground.

16.      Deputy O'Hardy asked me if I wanted to fight either one of the deputies. I said, "No."

17.      He said, "Yeah, you're a bitch." Then they picked me up and took me back to my cell, where I just stayed in my bed and continued to cry.

18.      My back was hurting badly from being thrown to the ground repeatedly. I thought that maybe the deputies had broken my ribs. My head also hurt and my arms hurt from when they picked me up while in handcuffs and it twisted my arms.

19.      My injuries took about two weeks to heal. My back was bruised, my face was sore and a little swollen, and the back of my head was bruised. I did not ask for any medical help because I didn't want any further contact with the deputies. I was scared that if I asked for anything, the deputies would hurt me again.

**Trustees on Inmate violence**

20.   In October 2009 in Module 141, Pod E, Cell 5, I was bedridden with pneumonia. On attached Exhibit A, my cell #5 is marked with a "Z." On about the seventh day of being bedridden, a deputy from the control booth opened my cell door to let a trustee come in to pick up my food tray. My door was locked because I was on lockdown due to having pneumonia. I knew that it was a female deputy working at the time because I heard her voice over the speakers to announce dinner about 15 minutes prior, and I had seen that it was Deputy Diana earlier in the day. As I mentioned previously, fellow inmates had told me she was Deputy Diana, and I saw her name badge a couple of weeks after the incident.

21.   The trustee was African-American, 6'1", medium build with short black hair and brown eyes. He rushed me while I was in bed and tried to punch my face, but I blocked him with my arms.

22.   Then I heard someone run up the stairs, and he came through my cell door that was still open.  At this point I saw that it was a second trustee, who looked Iranian, 5'9", heavy build with short blondish brown hair and possibly had hazel eyes.

23.   The second trustee held my shoulders and pinned me on my back while the first trustee repeatedly punched my face.  I tried to block the punches with my arms, but he got some hits in.  He gave me a black eye on my left eye and my face was bleeding.

24.   The first trustee also busted my lip and loosened my front tooth, and both my lip and gums were bleeding.  I saw some of my own blood on the floor. The incident lasted about 30 seconds, and then they picked up my food tray and left. I couldn't see any deputies but they must have seen what happened to me because they can see everything from the control room.

25.   I immediately got up, pressed the intercom button about 40 times, and banged on the door yelling, "I need medical help! This isn't right! You guys fucked up!"

4

26.    An hour later, I heard the Sergeant come out of his office and yell to the deputies, "What's wrong with him? Why is he banging on the doors?" I can't identify the sergeant because I didn't see him, but I knew where his office was and heard him come out.

27.    After I kept yelling and pressing the intercom button about 40 times, the deputy came up into my cell and told me to sit on the bed. At this point I saw that he was about 6'2", stocky build with blond hair and blue eyes.  I had never seen this deputy before and I've never seen him again. He said, "Get back on your fuckin' bed or we'll come fuck you up!"

28.    I told him, "I need to see a nurse because you let the trustees beat me up." The deputy said, "You're not going to see a nurse. Sign your name on the list." There is a list posted next to the door to leave the pod where inmates can sign up to see the nurse. I said I couldn't put my name on the list because I'm on lockdown since being sick with pneumonia. The deputy joked that I had the swine flu, and left.

29.    When the deputy closed the door, I got up and banged on the door three more times.

30.    He came in again and slammed my head on the bed, then pressed me face down with his knee on my back.  It was painful because my face had just been beaten, and the deputy was on me with his whole body weight – and he wasn't a small guy. He said, "Don't get up again or I'll send you to the hole."  The deputy then left and closed my cell door.

31.    I got up and kept banging on the door.  The deputy yelled to the entire pod that if I kept banging, he would shut the whole program down, meaning he would lock everyone down in their cells. I kept banging on the door for about two hours and no one responded except another inmate, who asked me to stop.

32.    This incident was traumatizing for me.  I felt like the deputies were supposed to protect me, not beat me up, let other inmates beat me up and then

5

1  deny me medical help.  Now I feel like the deputies can do whatever they want,

2  like I don't have any rights. I try not to say anything to them and I don't complain

3  about anything.

4       33.    The bruises on my face and back took two weeks to heal. Today, I

5  have a scar on my bottom lip and a 1.5 cm scar above my left eye from the

6  beating. I am still terrified of the deputies. I am terrified that they can do whatever

7  they want, that they would retaliate against me if they knew what I was telling

8  you.  I still don't feel safe.

9       I declare under penalty of perjury of the laws of the State of California and

10  the United States that the foregoing is true and correct to the best of my

11  knowledge and belief.  Executed this 5th day of July, 2011 in Los Angeles,

12  California.

13

14                                          _____ /s/ _____

15                                          Philip Westby

16

17

18

19

20

21

22

23

24

25

26

27

28

6

Exhibit A
Module 141

S = shower
V = vending machines
C = computer
▨▨▨ = door



Exhibit B

Entrance to pods D, E, F,

Staging Area - Module 141

Stairway to 2nd Floor

Office

Sergeant's Office

Attorney Room - Inmates

Attorney Room - Visitors

X

Outdoor Recreation Area