# DECLARATION OF INMATE WITNESS MR. AAA RENE PROPENEK

# DECLARATION OF RENE PROKENPEK

I, Rene Prokenpek, hereby declare:

1.      I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.      I am 25 years old.  I am currently housed at Twin Towers Correctional Facility ("TTCF"), Module 271, Pod A, Cell 10.  My booking number is 2859641. In April or May of 2010, I was housed at Pitchess Detention Center ("PDC"), Dorm 629, Rack B-24.

3.      Sometime in either April or May of 2010 at around 3:00 or 4:00 p.m., I was inside my dorm room, lying on my bunk.  There were about 50 other inmates inside the dorm.  The dorm room was divided into two tiers, with about 15 racks on the top tier and 15 racks on the bottom tier.  Each rack consisted of a top bunk and a bottom bunk.  I was on the bottom bunk.  The front part of the room that looks out to the control center was enclosed by bars.

4.      The deputy at the control center had just announced that it was count time.  Shortly after the announcement, I got up from my bunk to go to the bathroom.  Then the deputy at the control center yelled at me, "What the fuck are you doing?"  The deputy was Caucasian in his late 20s to early 30s, with short hair, and about 5'8" to 6'0" tall.  I know he is that tall because I am 6'0" tall and I remember him appearing a little shorter than me.  I assumed that this deputy was new because I had never seen him before that shift and because other deputies usually allow inmates to go to the bathroom during count time.  I ignored him and used the bathroom anyway.  I spent less than a minute at the bathroom and I returned to my bunk when I was finished.

5.      About 10 minutes later, the deputy at the control center commanded everyone to turn and face the wall.  This was not a normal procedure for count time, but I complied and lay face down on my bunk, with my head facing the wall. Then I heard the control deputy yell, "Bunk 24, get off of your bunk and come to

1

1    the bars." I knew he was referring to me so I turned my head around to look in the

2    direction of the bars. I saw about 15-20 deputies standing on the other side of the

3    bars and one of them was pointing a taser gun in my direction. This scared me, so

4    I did not move and just stayed lying on my bunk. I heard another deputy yell for

5    me to go to the bars, but I still stayed where I was. Then, all 15-20 of the deputies

6    came inside the dorm and walked up the stairs to the top bunk to my rack. They all

7    stood surrounding me. There were so many of them that I do not remember what

8    any individual deputy looked like. But I do remember that the deputy from the

9    control center was not one of them.

10       6.      At that point, I noticed about three to four of the deputies pointing

11   pepper spray at me and three to four other deputies pointing tasers at me. One

12   deputy said to me, "Turn around so you can get cuffed." I was still lying on my

13   stomach at the time, so I rolled over to lie on my back. That was when one of the

14   deputies shot me with a taser gun and two other deputies sprayed me in the face

15   with pepper spray. I do not know why the deputies took those actions because I

16   was complying with their commands.

17       7.      My eyes were burning from the pepper spray so I tried to keep them

18   shut to stop the pain, but I kept blinking them open to try to see what was

19   happening to me. The taser gun that was used on me was the kind where the hooks

20   come out and penetrate the skin. The taser hook attached to my chest. It hurt like

21   hell and made my body convulse. I could not breathe, so I was yelling and trying

22   to catch my breath. The deputies started yelling, "Stop moving!" "Stop resisting!"

23   I was not resisting; I just could not stop my body from convulsing.

24       8.      While all of this was going on, three other inmates from the top tier of

25   my dorm went towards the deputies to try to get them to stop. I only saw one of

26   the inmates because the other two came from behind where my head was facing. I

27   think the last name of the inmate that I did see was Bordelon. I saw a deputy tase

28   Bordelon in the genitals, while another deputy repeatedly kicked him in the head. I

2

1   did not see what happened to the two other inmates. Later, when I was in the hole,

2   I talked to other inmates through the cracks of the doors. I learned that one of the

3   inmates who tried to help was hit in the head by a deputy with a flashlight.

4       9.    While I was still being tased, a couple of deputies who had their hands

5   free dragged me from my bed onto the floor so that I was lying with my back to the

6   ground. The deputy tased me for a total of about one to two minutes. He stopped

7   for about 10 seconds. When the deputy started tasing me again, it lasted for about

8   another minute or two. This time, one of the deputies turned my body around so

9   that my stomach was to the ground. He was Hispanic, in his late 20s to early 30s,

10   and had a strong build. Once my body was turned around, he put his knee on my

11   back and then cuffed my hands behind my back. That is when they finally stopped

12   tasing me.

13       10.    I was still lying on the ground when two of the deputies grabbed me

14   and dragged me to the downstairs floor below the bottom tier of the dorm. I think

15   one of the deputies who dragged me downstairs was the Hispanic deputy who

16   cuffed me when I was being tased. One deputy was carrying me by my right arm,

17   and the other was carrying me by my left arm. A third deputy followed behind

18   them. My eyes were still burning from the pepper spray, so all I saw was what I

19   was able to take in from the times that I blinked my eyes open.

20       11.    When we got downstairs, the deputies dropped me off in the day room

21   and shut the door behind them when they left. The day room is a large room that is

22   usually used for church services or as a holding tank for inmates who are waiting

23   to be transferred to court. There is one on each floor, and it is surrounded by the

24   dorms on that floor. I think the dorms that were just outside the day room I was in

25   were Dorms 617, 618, and 619. Inside the day room, there are windows about

26   three feet from the ground that span across the walls so that you can see outside the

27   room to the control area and the bars to the surrounding dorms. There was no one

28   in the day room when the deputies dropped me off.

3

12.    After a few minutes of sitting alone in the day room, I heard a lot of commotion going on outside of the day room. I opened my eyes to see what was going on. I saw through the windows that deputies were lining up inmates along the outside wall of the day room. There were about eight inmates lined up, facing the window. I think they were all from my dorm room because I recognized one of them as being one of the inmates who tried to help when I was getting tased. I saw that another inmate looked like he had pepper spray on his face.

13.    At some point, I saw that the taser hook was still attached to my chest. The hook had what looked like a long piece of wire attached to it. I wanted to pull the hook out, but my hands were cuffed behind my back. I was able to get my cuffed hands to the front of my body by pulling my legs through my arms. With my hands now in front of my body, I pulled the hook out of my chest. It was about a third of an inch deep into my skin. I did not want the deputies to see that I had moved my hand cuffs to the front of my body, so I put them back behind me, again by pulling my legs through my arms.

14.    I was in the room for about 10 minutes before two Operation Safe Jail ("OSJ") deputies came inside. I knew they were OSJ deputies because OSJ deputies usually wear blue-colored jeans, and these two deputies were wearing blue-colored jeans. One of the deputies was Caucasian or light-skinned Hispanic, about 6 feet tall, 200 lbs, with a muscular build, who looked like he was in his 30s. The other deputy was black, a little less than 6 feet tall, and also weighed about 200 lbs, with a muscular build. He also looked like he was in his 30s.

15.    When the two OSJ deputies walked in, they said to me, "You mother fucker, let me find out if you caused injury to one of my deputies." Then they picked me up and dragged me from the middle of the room to the corner of the room. I was sitting down on the ground when they started kicking me in the ribs. My hands were still cuffed behind my back so I curled up my legs to my ribs to try to protect them from the deputy's kicks. I started yelling at them, "Stop! I didn't

4

1  do anything." They would not stop. They kept cussing at me and calling me a

2  "stupid south-sider." I had never seen these deputies before, so they must have

3  known that I am a south-sider because of my tattoos. At one point, one of the

4  deputies spit in my hair. They continued to kick me for about three to five

5  minutes. When they finally stopped, they left me in the day room.

6      16.    During the time that the OSJ deputies were kicking me, I knew that

7  the inmates housed in the dorms surrounding the day room could see what was

8  happening to me. I saw through the windows that they were rioting and throwing

9  things outside of the bars. I heard deputies ordering the inmates to get on their

10 racks, but the inmates were not complying.

11     17.    About 30-45 minutes after the OSJ deputies left, some other deputies

12 came in and dragged me to the medical facility. At the medical facility, the nurses

13 sprayed my eyes with something that they said would help alleviate the pain from

14 the pepper spray. They sprayed my face about 20 times throughout the time I was

15 at the medical facility. Although the pain from the pepper spray did eventually

16 subside, the stuff they were spraying my eyes with made my eyes burn. The nurses

17 also kept asking me where it hurt. One nurse found the teeth marks from the taser

18 hook on my chest and put a Band-Aid over them. While I was there, I threw up a

19 couple of times because of the intense pain in my ribs. At some point, a deputy

20 came to me and asked me what had happened. I didn't get a good look at him

21 because my eyes were burning. I think he was Caucasian, in his 50s. He must

22 have been less than 6'0" tall because I remember him being shorter than me. I did

23 not see whether he had a camera. I did not say anything to him because there was

24 too much going on around me and I did not feel well. I stayed at the medical

25 facility for about an hour.

26     18.    My ribs continued to hurt a lot for the next for the next several days.

27 It was painful just for me to move around. My right shoulder was also badly

28 bruised for about a couple of weeks.

5

19.     From the medical facility, I was taken to a cell that I had never been to before.  About two to three hours later, a senior or sergeant came inside the cell with a video camera.  I knew he was a senior or sergeant because he had two or three stripes on his uniform.  He looked like he was in his late 50s.  He must have been less than 6'0" tall because I remember him being shorter than me.  I do not know if he was the same deputy that talked to me at the medical facility.  While the video camera was recording, he asked me what had happened and where I was hurt.  At that point, it was late at night and I was very tired.  I do not remember what told him or if I told him anything at all.  I think he only stayed for about five minutes.

20.     I stayed the night in that cell.  The next day, I was sent to the hole at PDC for about a month.  Then I was transferred to Men's Central Jail (MCJ) and spent another month in the hole there.  Sometime after I was out of the hole, I was served with paperwork notifying me that I was being charged with two counts of resisting an executive officer.  The charges ended up being run concurrently with my other charges, and I accepted a plea deal to one count so that I would not have to serve extra time for the offense.  The other count was dismissed.

21.     The three other inmates who had tried helping me when I was being tased were also in the hole with me at PDC and MCJ.  After we were released from the hole, we all went off to separate facilities.  I do not know what happened to them or whether they were charged with anything.

22.     I tried to report my beating to internal affairs after I was released.  I called them in April, 2011, and spoke to a female.  She said she would log it in and leave it with the watch commander.  She informed me that I should receive a call back within a week.  I never received a call, so I called again about two weeks

\ \ \

\ \ \

\ \ \

6

1   later.  Once again, I spoke with a female who said she would log it in and that I

2   would receive a call back.  I still have not received a follow-up phone call.

3          23.     I declare under penalty of perjury of the laws of the State of California

4   and the United States that the foregoing is true and correct to the best of my

5   knowledge and belief.  Executed this 29th day of March, 2012 in Los Angeles,

6   California.

7

8

9                                                    Rene Prokenpek

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# DECLARATION OF INMATE WITNESS MR. BBB MICHAEL SANCHEZ

# DECLARATION OF MICHAEL SANCHEZ

I, Michael Sanchez, hereby declare:

1.      I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.      I am 34 years old and I am currently housed in Men's Central Jail ("MCJ") in Module 3300, Row D, Cell 24.  Since September 2010, I have been placed in a high power housing unit because I am a gang dropout.  As a result, I have to be waist-chained, and handcuffed from behind before I can leave my cell.  Like the other inmates on my unit, I am supposed to be escorted by a deputy everywhere I go.  My booking number is 2151592.

3.      In the summer of 2011, I was housed at MCJ in Module 3300, Row D, Cell 12.

4.      One morning, Deputy Reza announced that there was going to be a cell search.  I left my cell with other inmates as the deputies conducted a cell search.  We all went to the dayroom as we waited for the deputies to finish.

5.      When I returned to my cell after 15-20 minutes, I saw Deputy Reza coming out of my cell.  Deputy Reza is pretty short, bald, and medium husky.  I also saw him remove his latex gloves and toss them on the ground when he came out.  I saw that my cell was in complete disarray.  This is typically how our cells look after a search, however, what made me upset after this search was that I saw a photo of my sons, who are 13 and 10 years old, on my bunk, ripped up into pieces.  I had my sons' photo under my makeshift pillow and it definitely wasn't ripped before the search.

6.      I asked Deputy Reza how he would like it if someone tore up a photo of his kids and he said to me, "You got nothing to say."

7.      A couple of days later, in the morning before shift change, Deputy Reza came to my cell and told me to turn around and "cuff up."  I remember it

1

1   was so early in the morning that the lights in our module hadn't been turned on

2   yet.

3       8.      I did what he said, turned around, Deputy Reza handcuffed me, from

4   behind and I walked out of my cell.  He walked behind me and escorted me to the

5   dayroom located on the row above mine.

6       9.      When we got there, he turned me around.  As he turned me around to

7   face him, he elbowed the right side of my ribs several times then he whacked my

8   eye with the handle of his flashlight.  When Deputy Reza hit me with the

9   flashlight, I fell to my knees because of the pain caused by the blow.  The

10  flashlight looked like a mag light and was about 11 inches long.

11      10.     Within a few seconds after I fell to my knees from the blow, Deputy

12  Reza then grabbed me, lifted me up and took me back to my cell.  Though he

13  didn't say anything to me, I knew that he had attacked me in retaliation for my

14  being upset about him tearing up my sons' photo.

15      11.     Later in the afternoon, I felt my eye getting swollen and the pain

16  getting worse so I asked the nurse during pill call if I could get some medical

17  attention.  I told the nurse that a bug bit my eye, which was why it was so swollen.

18  I was afraid if I told the nurse the truth about my eye, Deputy Reza or some other

19  deputy would try to hurt me, just as how Deputy Reza had just done.

20      12.     The nurse issued me a medical pass and when I got to the medical

21  clinic, the doctor prescribed me antibiotics and Motrin.  Photos were not taken of

22  my injuries.

23      13.     The following day during visit, my family asked me what happened

24  to my eye, which was almost swollen shut.  I told my family what Deputy Reza

25  had done to me.

26      14.     On December 23, 2011, I was still housed at MCJ, in Module 3300,

27  Row D, but in a different cell -- cell 24.  I was coming back from court to my

28

2

1   module in the late afternoon, about 4-4:30 p.m.

2       15.   When the deputy who escorted me and I got to the gate that leads

3   down to my row and cell, he told me to go ahead and walk to my cell. I don't

4   know this deputy's name, but he was Hispanic, had a flat top hairstyle, and was of

5   medium build and about 5'8". I was able to estimate his height because I'm about

6   5'11". I wrote down this deputy's name along with others on a piece of paper, but

7   the deputies threw it away during a cell search.

8       16.   I was extremely puzzled by his allowing me to return to my cell

9   without an escort, as I had stated before I am in a high power housing unit. I am

10   supposed to be escorted to my cell and I was still handcuffed, so I wasn't clear as

11   to why the deputy wasn't following protocol or how I was supposed to get the

12   handcuffs off.

13       17.   I asked the deputy if he was sure I was supposed to go to my cell

14   unescorted, and he again told me to walk to my cell.

15       18.   I walked down to my cell and I passed Cell 18. I noticed that the

16   door of cell 18 was open and found it strange. Typically, only one high power

17   inmate is allowed in and out of their cells at a time to prevent any violence from

18   occurring.

19       19.   I got to the front of my cell and looked over to the gate where the

20   deputy had told me to continue walking to my cell when I saw the inmate from

21   Cell 18 running towards me. I don't know the inmate's name, but he is about

22   5'9", and he has a tattoo on his chest, which I have seen when I have watched him

23   being escorted down the row to the showers.

24       20.   He socked me in the ribs several times before I lost my balance.

25   Then he grabbed my head as I was falling and slammed it on the corner of the cell

26   door, and I blacked out.

27       21.   When I regained consciousness, one of the deputies yelled at me,

28

1    "Stay the fuck down.  Don't move."  I told him that I was the victim and that I

2    couldn't move because I was still handcuffed.

3        22.    While the deputies handcuffed the other inmate, I saw my blood on

4    the ground and my glasses were off to the side.  I also saw blood on my jail

5    uniform.

6        23.    Custody Assistant ("CA") Quintana said to me "Are you alright?"

7    He lifted me up and walked me out of the module to the clinic.  When I got to the

8    hallway, I saw several deputies walking towards the module.

9        24.    When I got the clinic, the nurses told the deputies to take me to the

10   Twin Towers Correctional Facility ("TTCF") Urgent Care.  The doctor gave me

11   eight stitches on my forehead.  He also told the deputies that I needed to be taken

12   to the Los Angeles Medical Center + USC ("LCMC") because when he had

13   checked my ear he had seen blood on my eardrum.  He also said that I needed to

14   get a CatScan to make sure I hadn't sustained any other serious injuries.

15       25.    Before I was transported to LCMC, a Sergeant and Deputy Bearer

16   conducted a video interview.  I don't know the sergeant's name, but he was

17   White, tall and chubby, with a military style haircut.  I told them what happened.

18       26.    After the interview, Deputy Santana escorted me to LCMC.  I told

19   him what happened and he told me that that shouldn't have happened to me.  I

20   also asked him how I would go about being classified as a Sergeant Escort and he

21   told me I should file a complaint explaining what happened and that I wanted to

22   be a Sergeant's Escort.  Sergeant Escort means that a sergeant goes with you

23   anytime you are out of your cell to protect you.

24       27.    The doctor told me that the CatScan showed negative results, but I

25   still suffer from horrible headaches every day, since the inmate in Cell 18

26   slammed my head against the cell door and I still have a lot of pain on my eye

27   where Deputy Reza hit me with his flashlight.

28

4

28.     The next day, December 24, 2011, I filed a complaint requesting Sergeant's Escort and gave it to Deputy Rangler while I was housed in the medical unit at MCJ in Module 7100.  The LASD reference id number to that complaint is 5100-2011-1225-261.

29.     Two to three days later, a sergeant came to speak to me about my wanting to be Sergeant's Escort and he told me that it would take a long time because the Classification division would have to investigate.

30.     On December 28, 2011, I was transferred to MCJ, Module 3300, Row D, Cell 24, which is where I am housed to this day.

31.     On December 31, 2011, Deputy Bearer came to my cell and took me out of my cell, handcuffed, a little after dinner.  He told me that I had a medical pass.  I thought maybe it was for a check up.

32.     As we were going down the stairs, Deputy Bearer was behind me. He elbowed me hard on my ribs twice and said, "This is for whining and complaining to the sergeant about us."  I am pretty sure Deputy Bearer just took me out of my cell to mess with me, because I never saw the medical pass nor did he take me to the medical clinic.   After he elbowed me and told me it was because I had complained, he took me back to my cell.

33.     On January 15, 2012 in the morning, Deputy Reza came to my cell to escort me out for a visit.  He said to me as he handcuffed me, "Are you going to give me a hard time like last time?  I heard about the court situation."  Deputy Reza was referring to the incident that occurred when I was coming back from court.  I told him that I was the victim, and I felt that he was threatening me by suggesting that if I did not stop complaining there could be another incident like that one

34.     As we walked to go down the stairs to exit out of the module, Deputy Reza was behind me.  He pushed me down the stairs, and though I almost lost my

1  balance, I was able to ensure I didn't fall by propping my body against the wall.

2      35.   I saw Deputy Moorman at the bottom of the stairs and he laughed.

3      36.   I've had run ins with Deputies Moorman, Rodriguez, Bearer,

4  Guerrero, Sandoval, Rico, Ibarra and Leos since I put in the complaint form.  If

5  they needed to take me out of my cell they would press the handcuffs on me really

6  tight to where it pinches my skin on purpose.

7      37.   I was afraid for my safety, as well as my family's, from the deputies

8  and CA's as they might try to hurt me or get an inmate to hurt me like what

9  happened in the summer of 2011.  Right after the incident I started asking to be a

10  Sergeant Escort to deter deputies from harming me.  If you are a sergeant escort,

11  then a sergeant has to escort you whenever you go out of your cell, and it makes it

12  hard for the deputies on my unit to mess with me

13      38.   A week before 1/20/12, I found out that the inmate who had attacked

14  me was housed in the tier below mine.  I heard another inmate ask him where he's

15  been and heard the inmate say that he tried to go back to the tier where I was, but

16  the deputies wouldn't let him because of what happened.  If he was sent to the

17  "hole", he wasn't there for 29 days like he should have been.

18      39.   On January 20, 2012, I met with Esther Lim from the ACLU.  That

19  same day, after I met with her, Deputy Reza came to my cell.  He said to me,

20  "You better not do anything with those people or you're going to bring a lot of

21  trouble to you."  I know he was referring to my visit with the ACLU because I had

22  not met with any other people that day.

23      40.   On January 24, 2012, after I came back from a visit with my family,

24  Deputy Reza said to me, "We better give him his shower because he might call the

25  ACLU."  His tone was very sarcastic and insulting.

26      41.   That same day, Sergeant Zovner came to my cell and asked how I

27  was doing.  I told her about the complaint I submitted and about my being a

28

6

Sergeant's Escort.  She told me that it's going to take awhile and that she would send an email.  She also told me that it wasn't that important since accidents happen.  I told her that I have a scar now and told her that it was against protocol to have high power inmates walk down the tier unescorted and to have other inmates' cells opened.

42.   I met with Ms. Lim from the ACLU in the MCJ Attorney Room again on January 27, 2012.  I told her what Sergeant Zovner said to me about the length of time it would take for me to become a Sergeant Escort, so I asked Ms. Lim if she'd be able to assist with this as I was in fear for my life, daily.  After the visit with Ms. Lim, as soon as I got back to my cell, Deputy Bearer came to my cell and said to me, "I don't know what you're trying to do, but it's not right.  What happened with you—it wasn't a set up."

43.   I figured Deputy Bearer knew that I had spoken to the ACLU about what had happened to me.  I told him that what had happened to me could have easily been prevented and if he had any questions about it, he could just review the video records, since there were cameras.

44.   Deputy Bearer responded and said, "These jails are old.  The doors just crack open."  I said to him that whether the doors just crack open or not, there were now cameras that will show that the deputy was wrong to let me walk down the row unescorted and to allow another inmate's cell to be opened while I was walking to my cell.

45.   Deputy Bearer's response was, "We're short on staff."

46.   On January 29, 2012, early in the morning, about 6 a.m., Sergeant Lloyd came to my cell and told me that he needed to talk to me.

47.   I was taken out of my cell to the main hallway outside of my module where Sergeant Lloyd asked me about the December 23, 2011 incident.  I told him what happened.

48.     Sergeant Lloyd asked me if I contacted anyone else about the incident and I told him that I told my family members and that my wife contacted the ACLU.  I also told him that I put in a complaint form requesting Sergeant Escort because of the incident.  Sergeant Lloyd then told me that he had received some paperwork about my Sergeant Escort status and that despite this status not being in my file, I'd be treated as such.

49.     A couple of days later, I saw Deputy Bearer and he was able to see that I was a Sergeant Escort.  He then said to me, "So you're on Sergeant Escort. I guess it's going to be like that."  I felt very threatened by Deputy Bearer's comment.

50.     On February 3, 2012, after a visit, I also saw Deputy Reza, who like Deputy Bearer saw that I was a Sergeant Escort inmate.  Deputy Reza said to me, "All of a sudden you're on Sergeant Escort."

51.     On February 5, 2012, Deputy Moorman came to my cell and told me I had a pass to go to visiting.  I told him that I was a Sergeant Escort and was not supposed to leave my cell without a sergeant escorting me.  Deputy Moorman told me it was okay for me to leave my cell without a sergeant's being there, and that he was going to take me off the module where a sergeant would meet us.  I refused, and eventually Sergeant Garcia arrived and asked Deputy Moorman why he was trying to take me out of my cell without a sergeant being there.

52.     On February 12, 2012, Deputies Bearer and Machado came to get me from visiting.  I told them that I was a Sergeant Escort and needed a sergeant to take me back to my cell.  Deputy Bearer said to me, "I don't give a fuck what you are.  That's your problem."  He and Deputy Machado, despite telling them about my status, took me back to my cell.

53.     While we were walking back to my cell, a tall, White sergeant asked me if I was Sanchez and I told him that I was.  He said he was on his way down to

8

1  get me from visiting.  He then told Deputies Bearer and Machado that he wanted

2  to talk to them after they dropped me off at my cell.

3      54.    On February 17, 2012, at about 9 a.m., I heard Deputy Moorman over

4  the intercom on my module call out a cell number and mine.  I then heard him say,

5  "Don't worry, we got you a sergeant so you don't complain."  By saying this over

6  the intercom, everyone on my module heard Deputy Moorman's comment, thus

7  endangering my safety.

8      I declare under penalty of perjury of the laws of the State of California and

9  the United States that the foregoing is true and correct to the best of my

10  knowledge and belief.  Executed this 17th day of February 2012 in Los Angeles,

11  California.

12                                        _____/s/_____

13                                        Michael Sanchez

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# DECLARATION OF MICHAEL SANCHEZ

I, Michael Sanchez, hereby declare:

1.     I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.     I am 34 years old and I am currently housed in Men's Central Jail ("MCJ") in Module 3300, Row D, Cell 24.  Since September 2010, I have been placed in a high power housing unit because I am a gang dropout.  As a result, I have to be waist-chained, and handcuffed from behind before I can leave my cell.  Like the other inmates on my unit, I am supposed to be escorted by a deputy everywhere I go.  My booking number is 2151592.

3.     In the summer of 2011, I was housed at MCJ in Module 3300, Row D, Cell 12.

4.     One morning, Deputy Reza announced that there was going to be a cell search.  I left my cell with other inmates as the deputies conducted a cell search.  We all went to the dayroom as we waited for the deputies to finish.

5.     When I returned to my cell after 15-20 minutes, I saw Deputy Reza coming out of my cell.  Deputy Reza is pretty short, bald, and medium husky.  I also saw him remove his latex gloves and toss them on the ground when he came out.  I saw that my cell was in complete disarray.  This is typically how our cells look after a search, however, what made me upset after this search was that I saw a photo of my sons, who are 13 and 10 years old, on my bunk, ripped up into pieces.  I had my sons' photo under my makeshift pillow and it definitely wasn't ripped before the search.

6.     I asked Deputy Reza how he would like it if someone tore up a photo of his kids and he said to me, "You got nothing to say."

7.     A couple of days later, in the morning before shift change, Deputy Reza came to my cell and told me to turn around and "cuff up."  I remember it

1

1   was so early in the morning that the lights in our module hadn't been turned on

2   yet.

3       8.    I did what he said, turned around, Deputy Reza handcuffed me, from

4   behind and I walked out of my cell.  He walked behind me and escorted me to the

5   dayroom located on the row above mine.

6       9.    When we got there, he turned me around.  As he turned me around to

7   face him, he elbowed the right side of my ribs several times then he whacked my

8   eye with the handle of his flashlight.  When Deputy Reza hit me with the

9   flashlight, I fell to my knees because of the pain caused by the blow.  The

10  flashlight looked like a mag light and was about 11 inches long.

11      10.   Within a few seconds after I fell to my knees from the blow, Deputy

12  Reza then grabbed me, lifted me up and took me back to my cell.  Though he

13  didn't say anything to me, I knew that he had attacked me in retaliation for my

14  being upset about him tearing up my sons' photo.

15      11.   Later in the afternoon, I felt my eye getting swollen and the pain

16  getting worse so I asked the nurse during pill call if I could get some medical

17  attention.  I told the nurse that a bug bit my eye, which was why it was so swollen.

18  I was afraid if I told the nurse the truth about my eye, Deputy Reza or some other

19  deputy would try to hurt me, just as how Deputy Reza had just done.

20      12.   The nurse issued me a medical pass and when I got to the medical

21  clinic, the doctor prescribed me antibiotics and Motrin.  Photos were not taken of

22  my injuries.

23      13.   The following day during visit, my family asked me what happened

24  to my eye, which was almost swollen shut.  I told my family what Deputy Reza

25  had done to me.

26      14.   On December 23, 2011, I was still housed at MCJ, in Module 3300,

27  Row D, but in a different cell -- cell 24.  I was coming back from court to my

28

2

1  module in the late afternoon, about 4-4:30 p.m.

2      15.    When the deputy who escorted me and I got to the gate that leads

3  down to my row and cell, he told me to go ahead and walk to my cell.  I don't

4  know this deputy's name, but he was Hispanic, had a flat top hairstyle, and was of

5  medium build and about 5'8".  I was able to estimate his height because I'm about

6  5'11".  I wrote down this deputy's name along with others on a piece of paper, but

7  the deputies threw it away during a cell search.

8      16.    I was extremely puzzled by his allowing me to return to my cell

9  without an escort, as I had stated before I am in a high power housing unit.  I am

10  supposed to be escorted to my cell and I was still handcuffed, so I wasn't clear as

11  to why the deputy wasn't following protocol or how I was supposed to get the

12  handcuffs off.

13      17.    I asked the deputy if he was sure I was supposed to go to my cell

14  unescorted, and he again told me to walk to my cell.

15      18.    I walked down to my cell and I passed Cell 18.  I noticed that the

16  door of cell 18 was open and found it strange.  Typically, only one high power

17  inmate is allowed in and out of their cells at a time to prevent any violence from

18  occurring.

19      19.    I got to the front of my cell and looked over to the gate where the

20  deputy had told me to continue walking to my cell when I saw the inmate from

21  Cell 18 running towards me.  I don't know the inmate's name, but he is about

22  5'9", and he has a tattoo on his chest, which I have seen when I have watched him

23  being escorted down the row to the showers.

24      20.    He socked me in the ribs several times before I lost my balance.

25  Then he grabbed my head as I was falling and slammed it on the corner of the cell

26  door, and I blacked out.

27      21.    When I regained consciousness, one of the deputies yelled at me,

28

3

1   "Stay the fuck down.  Don't move."  I told him that I was the victim and that I

2   couldn't move because I was still handcuffed.

3       22.     While the deputies handcuffed the other inmate, I saw my blood on

4   the ground and my glasses were off to the side.  I also saw blood on my jail

5   uniform.

6       23.     Custody Assistant ("CA") Quintana said to me "Are you alright?"

7   He lifted me up and walked me out of the module to the clinic.  When I got to the

8   hallway, I saw several deputies walking towards the module.

9       24.     When I got the clinic, the nurses told the deputies to take me to the

10  Twin Towers Correctional Facility ("TTCF") Urgent Care.  The doctor gave me

11  eight stitches on my forehead.  He also told the deputies that I needed to be taken

12  to the Los Angeles Medical Center + USC ("LCMC") because when he had

13  checked my ear he had seen blood on my eardrum.  He also said that I needed to

14  get a CatScan to make sure I hadn't sustained any other serious injuries.

15      25.     Before I was transported to LCMC, a Sergeant and Deputy Bearer

16  conducted a video interview.  I don't know the sergeant's name, but he was

17  White, tall and chubby, with a military style haircut.  I told them what happened.

18      26.     After the interview, Deputy Santana escorted me to LCMC.  I told

19  him what happened and he told me that that shouldn't have happened to me.  I

20  also asked him how I would go about being classified as a Sergeant Escort and he

21  told me I should file a complaint explaining what happened and that I wanted to

22  be a Sergeant's Escort.  Sergeant Escort means that a sergeant goes with you

23  anytime you are out of your cell to protect you.

24      27.     The doctor told me that the CatScan showed negative results, but I

25  still suffer from horrible headaches every day, since the inmate in Cell 18

26  slammed my head against the cell door and I still have a lot of pain on my eye

27  where Deputy Reza hit me with his flashlight.

28

4

28.     The next day, December 24, 2011, I filed a complaint requesting Sergeant's Escort and gave it to Deputy Rangler while I was housed in the medical unit at MCJ in Module 7100.  The LASD reference id number to that complaint is 5100-2011-1225-261.

29.     Two to three days later, a sergeant came to speak to me about my wanting to be Sergeant's Escort and he told me that it would take a long time because the Classification division would have to investigate.

30.     On December 28, 2011, I was transferred to MCJ, Module 3300, Row D, Cell 24, which is where I am housed to this day.

31.     On December 31, 2011, Deputy Bearer came to my cell and took me out of my cell, handcuffed, a little after dinner.  He told me that I had a medical pass.  I thought maybe it was for a check up.

32.     As we were going down the stairs, Deputy Bearer was behind me. He elbowed me hard on my ribs twice and said, "This is for whining and complaining to the sergeant about us."  I am pretty sure Deputy Bearer just took me out of my cell to mess with me, because I never saw the medical pass nor did he take me to the medical clinic.   After he elbowed me and told me it was because I had complained, he took me back to my cell.

33.     On January 15, 2012 in the morning, Deputy Reza came to my cell to escort me out for a visit.  He said to me as he handcuffed me, "Are you going to give me a hard time like last time?  I heard about the court situation."  Deputy Reza was referring to the incident that occurred when I was coming back from court.  I told him that I was the victim, and I felt that he was threatening me by suggesting that if I did not stop complaining there could be another incident like that one

34.     As we walked to go down the stairs to exit out of the module, Deputy Reza was behind me.  He pushed me down the stairs, and though I almost lost my

1    balance, I was able to ensure I didn't fall by propping my body against the wall.

2        35.    I saw Deputy Moorman at the bottom of the stairs and he laughed.

3        36.    I've had run ins with Deputies Moorman, Rodriguez, Bearer,

4    Guerrero, Sandoval, Rico, Ibarra and Leos since I put in the complaint form.  If

5    they needed to take me out of my cell they would press the handcuffs on me really

6    tight to where it pinches my skin on purpose.

7        37.    I was afraid for my safety, as well as my family's, from the deputies

8    and CA's as they might try to hurt me or get an inmate to hurt me like what

9    happened in the summer of 2011.  Right after the incident I started asking to be a

10   Sergeant Escort to deter deputies from harming me.  If you are a sergeant escort,

11   then a sergeant has to escort you whenever you go out of your cell, and it makes it

12   hard for the deputies on my unit to mess with me

13       38.    A week before 1/20/12, I found out that the inmate who had attacked

14   me was housed in the tier below mine.  I heard another inmate ask him where he's

15   been and heard the inmate say that he tried to go back to the tier where I was, but

16   the deputies wouldn't let him because of what happened.  If he was sent to the

17   "hole", he wasn't there for 29 days like he should have been.

18       39.    On January 20, 2012, I met with Esther Lim from the ACLU.  That

19   same day, after I met with her, Deputy Reza came to my cell.  He said to me,

20   "You better not do anything with those people or you're going to bring a lot of

21   trouble to you."  I know he was referring to my visit with the ACLU because I had

22   not met with any other people that day.

23       40.    On January 24, 2012, after I came back from a visit with my family,

24   Deputy Reza said to me, "We better give him his shower because he might call the

25   ACLU."  His tone was very sarcastic and insulting.

26       41.    That same day, Sergeant Zovner came to my cell and asked how I

27   was doing.  I told her about the complaint I submitted and about my being a

28

6

1    Sergeant's Escort.  She told me that it's going to take awhile and that she would

2    send an email.  She also told me that it wasn't that important since accidents

3    happen.  I told her that I have a scar now and told her that it was against protocol

4    to have high power inmates walk down the tier unescorted and to have other

5    inmates' cells opened.

6         42.    I met with Ms. Lim from the ACLU in the MCJ Attorney Room

7    again on January 27, 2012.  I told her what Sergeant Zovner said to me about the

8    length of time it would take for me to become a Sergeant Escort, so I asked Ms.

9    Lim if she'd be able to assist with this as I was in fear for my life, daily.  After the

10   visit with Ms. Lim, ~~as soon as~~ I got back to my cell ~~later, Deputy Bearer again~~ came to my cell and

11   said to me, "I don't know what you're trying to do, but it's not right.  What

12   happened with you—it wasn't a set up."

13        43.    I figured Deputy Bearer knew that I had spoken to the ACLU about

14   what had happened to me.  I told him that what had happened to me could have

15   easily been prevented and if he had any questions about it, he could just review

16   the video records, since there were cameras.

17        44.    Deputy Bearer responded and said, "These jails are old.  The doors

18   just crack open."  I said to him that whether the doors just crack open or not, there

19   were now cameras that will show that the deputy was wrong to let me walk down

20   the row unescorted and to allow another inmate's cell to be opened while I was

21   walking to my cell.

22        45.    Deputy Bearer's response was, "We're short on staff."

23        46.    On January 29, 2012, early in the morning, about 6 a.m., Sergeant

24   Lloyd came to my cell and told me that he needed to talk to me.

25        47.    I was taken out of my cell to ~~the main hallway~~ outside of my module where Sergeant Lloyd

26   asked me about the December 23, 2011 incident.  I told him what happened.

27        48.    Sergeant Lloyd asked me if I contacted anyone else about the

28

7

1  incident and I told him that I told my family members and that my wife contacted

2  the ACLU.  I also told him that I put in a complaint form requesting Sergeant

3  Escort because of the incident.  Sergeant Lloyd then told me that he had received

4  some paperwork about my Sergeant Escort status and that despite this status not

5  being in my file, I'd be treated as such.

6      49.  _A couple of days_, I saw Deputy Bearer and he was able to see that

7  I was a Sergeant Escort.  He then said to me, "So you're on Sergeant Escort.  I

8  guess it's going to be like that."  I felt very threatened by Deputy Bearer's

9  comment.  _February 3, 2012, after a visit_

10      50.  On ~~January 27~~, I also saw Deputy Reza, who like Deputy

11  Bearer saw that I was a Sergeant Escort inmate.  Deputy Reza said to me, "All of

12  a sudden you're on Sergeant Escort."

13      51.  On February 5, 2012, Deputy Moorman came to my cell and told me

14  I had a pass to go to visiting.  I told him that I was a Sergeant Escort and was not

15  supposed to leave my cell without a sergeant escorting me.  Deputy Moorman told

16  me it was okay for me to leave my cell without a sergeant's being there, and that

17  he was going to take me off the module where a sergeant would meet us.  I

18  refused, and eventually Sergeant _Garcia_ arrived and asked Deputy

19  Moorman why he was trying to take me out of my cell without a sergeant being

20  there.

21      I declare under penalty of perjury of the laws of the State of California and

22  the United States that the foregoing is true and correct to the best of my

23  knowledge and belief.  Executed this _17th_ day of _February_ 2012 in Los

24  Angeles, California.

25

26  _____

                               Michael Sanchez

27  _On February 12, 2012, Deputies Bearer and Machado came to get me from visiting. I told them that I was a Sergeant Escort and needed a sergeant to take me back to my cell. Deputy Bearer said to me, "I don't give a fuck what you are. That's your problem." He and Deputy Machado, despite telling them about my status, took me back to my cell. While we were walking back to my cell, a tall, white sergeant asked me if I was Sanchez and I told him that I was. He said he was on his way down to get me from_

_a sergeant, so you don't complain." By saying this over the intercom, everyone on my module heard Deputy Moorman's comment thus endangering my safety._

# DECLARATION OF INMATE WITNESS MR. CCC CHRISTOPHER SCARANO

# DECLARATION OF CHRISTOPHER SCARANO

I, Christopher Scarano, hereby declare:

1.     I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.     I was arrested on April 4, 2009 and booked into Twin Towers Correctional Facility, Tower 1. I have a number of mental health issues, and have been diagnosed with psychosis, bipolar disorder, and schizophrenia. I was immediately taken from the Inmate Reception Center to the Seventh floor of Tower 1. I am 19 years old. My booking number is 1862156.

3.     I stayed on the Seventh floor until about May 2009 and remember fairly accurately the sequence of events that took place from May 2009 through May 2011, when I was prescribed and started receiving a monthly shot of Haldol due to various problems associated with my mental illnesses. From May 2011 through July 2011 I was stuck in my cell and my mind was racing the whole time. I thought I was losing my mind and asked a deputy to see a mental health professional who had prescribed the Haldol. While I believe that the dosage of Haldol helped calm me down initially, for the past few months it has been overpowering. I think it overmedicates me. As a result, some of the timing of events in this declaration may be somewhat unclear, but I can still recall with great accuracy and detail the moments when deputies attacked me.

## MY HISTORY OF ADVERSITY AND MENTAL HEALTH ISSUES:

4.     I was born in Torrance, CA, and my parents gave me up for adoption when I was nine months old. I grew up in the Los Angeles area and have met my biological parents, who live in the South Bay Area. However, they had little to do with my upbringing and are not involved in my life.

5.     When I was 13 years old, I was diagnosed with psychosis at UCLA Medical Center. I was living with Hathaway Children's services at the time and taken to UCLA by Hathaway staff. I was prescribed Risperdol but don't remember for how long or how frequently I took it.

6.     At the age of 18, I went to Cedar Sinai Hospital on La Cienega and was diagnosed with schizophrenia. Once I left Cedar Sinai, I stopped taking the medication because it didn't agree with me. I spent my time afterwards living in a halfway house on Crenshaw and Wilshire Boulevard because I did not want to return home.

## A PSYCHOTIC BREAKDOWN:

7.     In April 2009, about a week after I was admitted into TTCF and placed on the seventh floor, I went through a psychotic breakdown. I had been in the middle of a psychotic breakdown even before I was admitted to TTCF, so I am not completely sure if it was the same episode or a different one. When I am in the middle of a psychotic breakdown, mental deterioration is taking place inside my

1  brain and sometimes I lose touch with reality. Sometimes I feel like I'm being

2  possessed by some kind of strange entity, or demonic spirit.

3

4        8.    I had been feeling this way since about February/March 2009 through

5  April, when I was arrested. I hadn't been taking any medication at all during that

6  time. There are a lot of symptoms that affect me. I get really negative thoughts,

7

8  have memory lapses, and sometimes I black out. I also have paranoid delusions.

9  All of my senses are heightened and I can sense cars moving outside and the

10  sounds of doors slamming hurts my ears. I can't block out any of it out. It's all in

11

12  my head. Being delusional. It's like having an out of body experience.

13

14        9.    That morning in April, a deputy's voice over the intercom was telling

15  me to come out of my cell to see a mental health professional. Apparently my

16  name was being called but I was going through a psychotic episode and didn't

17

18  really hear the voice on the intercom. I was sitting on my bed inside my cell. The

19  only voices I heard were the ones of the inmates who were telling me to come out

20  and hurry up.

21

22        10.    A deputy was standing at the entrance to my cell. I don't know his

23  name but he was Caucasian, had a slight build, and stood about 6 feet tall. He

24

25  came inside the cell and yanked me up off my bed and threw me into the glass

26  wall outside my pod. I remember his being in my face. He grabbed my arms and

27

28  threw me up against wall and handcuffed me. "I'm going to rape you," he

3

whispered into my ear. I remember being really surprised by how sexual his comment was. It scared me a lot. He pushed his forearm against my head driving it into the wall, and then took me over to the Day Room and handcuffed me to a stool in front of a window. The deputy then grabbed the back of my head and shoved it down into the space where the glass window meets a metal counter. My forehead hit pretty hard against the counter, and I remember afterwards wondering if I had suffered a slight concussion. Another male, Caucasian deputy was standing nearby, just observing. Other inmates were inside the Day Room but once I was handcuffed, the deputy released them and sent them back to their cells.

11.     The whole time I was still in the midst of a psychotic breakdown. I can't remember what I was doing or saying but at some point someone pepper-sprayed me while I was still handcuffed to the stool. My eyes were closed and there was a burning sensation all around my face. Now, I wish that I had some milk because that's what makes you feel better when you're pepper-sprayed.

12.     When you're pepper-sprayed, it's much better if you breathe through your nose. If you breathe through your mouth, the fumes burn your throat and you can't breathe. While I was trying to breathe through my nose, one or two trustees appeared and stood beside me. I can't remember if it was one or two because my eyes were closed most of the time due to the burning sensations. But at least one trustee was present for sure and he held my nostril so that I would be forced to

4

breathe through my mouth and inhale the fumes. I know for sure at least one trustee was African American and that he plugged my nostrils by squeezing my nose together. I tried to hold my breath because I didn't want to open my mouth and breathe in the pepper-spray fumes but the trustee was plugging my nose so I had to open my mouth to breathe. I couldn't open my eyes because they were burning, so I couldn't see the deputies. But I am sure they were there and had to have called the trustee or trustees to come over. I was not resisting, nor was I fighting the deputies. The deputies pepper-sprayed me for not coming out of my cell when I was having a psychotic breakdown. That's the only reason I can think of for the pepper-spray.

13.    The deputies left me there for handcuffed to the stool for a few hours. I was freaking out in my psychotic state, so I kept repeating something over and over again like a mantra in my head so that I could calm down. Then a deputy came by and took me to the psychiatrist.

**THE HOLE AND A BOOT:**

14.    For the next year or so, I was just doing my best to deal with my mental state and get used to being in jail. I was being given drugs such as Abilify for my psychosis and Benadryl for my allergies, and I was starting to feel a lot better. Through almost all of 2010, I was feeling fine and didn't feel that I needed the drugs. I would take the drugs at lineup and hide them in my mouth, then go to

the bathroom and flush them down the toilet. The deputies, nurses and mental health professionals had no idea that I was doing this. It was only when I went to the hole that things started to get worse again and I needed to get on medication.

15.     In January 2011, I went to go wash my hands after a dual diagnosis program, which is for people who have both a drug and a mental health issue. I'm not sure who signed me up for it.  Someone in the IRC might have signed me up because my biological family has a history of drug addiction, which I had mentioned to the mental health professionals. I was washing my hands in the main room when Deputy Marbach, a Swedish, bald-headed, stocky and tall deputy approached me and asked why I was washing my hands. I told him I didn't want to get sick, and then he asked me if I wanted a massage.

16.     "That sounds pretty fucking gay," I said.

17.     "You're gay," he said.

18.     "Why don't you fucking blow me?" I said.

19.     Right then and there he grabbed me and took me to a separate interview room where inside, a higher ranked deputy interviewed me and asked me why I had directed profanity towards the deputy. I told him that I hadn't, that I had only used the profanity in response to the deputy calling me "gay." They took me to the hole where I spent 12 days from the end of January through the

6

beginning of February. While I was in the hole all my property was stolen, including a bunch of books. The only item I was allowed to keep inside the cell was a Bible.

20.    I returned to the fifth floor from the hole. But after I met with a social worker, Miss Alise, who is currently on maternity leave, I was moved back to the sixth floor. For the next few months, I did everything I could to get out of the sixth floor.

21.    The sixth floor is divided into two halves, one half that's like the seventh floor (the pods, A, B, and C side) but also another less strict side that's like the fifth floor (the pods, D, E, and F side). The problem with the sixth floor is that the gangs are really bad. There's tons of politics and gang activity going on and fights all the time. On the sixth floor you're also chained to the tables when you are in the day room.  Being chained up stresses me, which leads to anxiety, which causes my psychosis. From previous stays, I have also had some problems with deputies on the sixth floor. One of the sixth floor deputies is Deputy Johnson, a Caucasian, who was one of the deputies present when a boot was put to my head, which I describe in detail below.

22.    On the morning of August 25, 2011, which was a Thursday, a deputy's voice came over the intercom telling me to roll up. Supposedly there was no room on the fifth floor and they were going to move me. I had been on the fifth

floor for about a week. I know it was a Thursday because we were filling out scantrons for commissary so you can receive food and hygiene products. I needed toilet paper but when the deputy told me that I was being rolled up I went towards the closest deputy because I wanted to try to make sure that I wasn't moved.

23.    Even though at this point, I was not suicidal, I started to threaten that I was. I had stayed on the pods D, E, and F side of the sixth floor before and could not go back there. So my strategy was to get back to the seventh floor so that I could get rerouted back down to the fifth floor. Although the seventh floor is for inmates who are under suicide watch and is generally considered the worst floor in Tower 1, once you're taken to the seventh floor, you can get off suicide watch and be sent back down to the fifth floor. I knew that if I went to the sixth floor I would start to go paranoid again. I could not deal with being handcuffed all the time. It is my understanding of jail policy that if I say I am suicidal, then I am supposed to be handcuffed, be able to talk to a social worker, and automatically transferred to the seventh floor.

24.    Deputy Torres, a Latina, was standing outside of the booth in the waiting area where the deputies gather. I told her I was suicidal. There was one other Asian, male deputy present as well. I kept saying that I was suicidal with kind of a nervous temperament. I told her I went through hell on sixth floor and that there was no way I was going back there. No matter what, I was not going to

go back to the sixth floor. So I told her I was suicidal. Then the Asian deputy handcuffed me and together with Deputy Torres, we took an elevator to the sixth floor.

25.     On the sixth floor, Deputy Torres said to another Caucasian male deputy that the reason why I was saying I was suicidal was because I didn't want to go to the sixth floor and wanted to stay on the fifth floor. She told him that I had gone through hell on the sixth floor and that was why I kept on saying that I was suicidal. We were near the computer area and the control booth on the pods A, B, and C side. They kept talking about moving me to the pods, D, E, and F side so I kept panicking and saying I was suicidal. At that point, another tall, white deputy, Ben, came over. He kept telling me that I should move to the pods D, E, and F side. He tried to promise me that it would be better with more privileges. I have no idea why they kept telling me this. Maybe they didn't want to deal with me. But I kept protesting and saying that I was suicidal, so the Asian deputy put my handcuffed hands over my head and then took me to the visiting room and handcuffed me to the table.

26.     There was sunlight in the room. Other inmates were sitting around too, handcuffed to their tables, going through therapy sessions with mental health professionals. Some were playing boards games. Others were watching a movie. Deputy Torres and the Asian deputy had gone and then there were two other

9

deputies in addition to Deputy Ben [first name]: a Caucasian deputy named Johnson, and one short deputy whose name I don't know, but according to a former cellmate, is Greek. Deputy Ben kept talking to me, offering me a better stay on the pods D, E, and F side. But I was starting to panic now and getting emotional. I needed to stay on fifth floor and thought that playing my trump card of saying I was suicidal, would enable me to do so. I could tell they were getting upset that I kept refusing them and then the deputies decided to tell everyone to leave. They sent the group therapy professionals out and released the inmates' handcuffs and sent them to their cells.

27.    Two of the deputies, Ben and Johnson, grabbed my arms and held me so that I was sitting still. I remember Johnson kept saying "no dignity" over and over again. Someone was grabbing my head and then the short Greek deputy showed me a patch of my hair. I hadn't felt any pain, but the deputy had pulled out a small razor, and cut off a patch of hair from the back of my head. I was staring at an inch or two of my hair, thinking that they were trying to scare me into calming down and going to the pods D, E, and F side. They were twisting my arms around and telling me that I couldn't feel any pain. They said that I had no feelings. They were capable of feelings. But I wasn't. Then the short Greek deputy started cutting down the seams of one of my sleeves while the others held me. The whole time he was singing an Italian opera song. He put the razor down the middle of the sleeves and cut down the seams so they split open. They ripped off

10

my shirt so that I was bare-chested. I only had my shoes, socks and pants on. I was in a bad state mentally and kept telling myself, "Jesus, I trust in you. Jesus, I trust in you."

28.     The cell in front of me was A-14, and the deputies took me inside. I still had my pants and shoes on. They tried to pull my pants off but I refused by kicking at them. Something had suddenly come over me and I tried to resist a bit now. Then, I'm not sure who did it or how, but someone knocked me down by taking my legs out. I was lying on the ground and there was a boot on the side of my head. My face was squished against the ground but I could still look up to see the short Greek deputy's face. I could see the other big, black boots that the deputies wore. I tried to get up. "Don't try to get up," the short, Greek deputy said. I was trying to tune it out. "Jesus I trust in you," I kept saying in my head. I was trying to block it out. The short, Greek deputy kept singing his Italian song.

29.     His boot was on my face for about thirty seconds while Deputies Ben and Johnson pulled off my pants and underwear. The deputies were placing me on suicide watch and taking off my clothes to make me naked on the sixth floor. There was no mattress, no clothing. I was terrified. I thought they were going to do something worse.

30.     When the deputies finally left, I got up and hit the door three times. I was completely naked and shouted out some profanity. Later on in the afternoon

shift, Deputy Federline came by and was kind enough to give me a Velcro vest. I was totally naked before then.

31.     Two days later, I was pepper-sprayed again in my cell because I wouldn't come out when they wanted me to. Again, it's not because I didn't want to come out. It was because I was lost inside my head and didn't even know where I was. The deputy pepper-sprayed me through the tray slot where they give me food.

32.     I wasn't allowed to see a social worker for a couple weeks and had to wait a couple more to get a shot of Haldol on the sixth floor to calm me down. I told the male nurse who gave me the shot that I needed to see my mental health professional, Miss Miriam. They kept me in that cell for most of September, without a mattress, naked save a vest. I did not receive a shower the whole time. I was losing my mind because I needed my next monthly shot of Haldol, which alleviates my stress and diminishes the bad and racing thoughts. Usually when I get that shot, a nurse sometimes administers it to me at a table in the day room, but other times I get it in my cell.

33.     A couple weeks later, a mental health professional, Miss Miriam, asked why I had moved to the pods A, B, and C side of the sixth floor without her authorization. I told her I should have been placed on the seventh floor, but I was no longer claiming that I was suicidal now. I was behaving myself and kept taking

my medication. Although I'm on the pods D, E, and F side now, it's a lot better. It's not as violent now, no politics.

34.     I didn't file any complaints because I didn't want to go through the chain of command. I'm afraid of repercussions. I'm not sure what they could do but I'm afraid of what could happen. If someone has a visitor during visiting hours, I've seen deputies standing on the other side of the screen listening in. Even when I get called to speak with someone from the ACLU, the deputies, the short Greek and Deputy Johnson, ask me what the interview is for and remark that I have been talking with the ACLU quite a bit recently.  It makes me nervous that they ask me about my conversations with the ACLU and comment about my meeting with the ACLU. I'm afraid they might try to provoke some altercation.

35.     I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct to the best of my knowledge and belief.  Executed this 25 day of OCTOBER, 2011 in Los Angeles, California.

_Chris Scarano_

Christopher Scarano

13

Page 470

# DECLARATION OF INMATE WITNESS MR. DDD KEVIN TOLBERT

# DECLARATION OF KEVIN TOLBERT

I, Kevin Tolbert, hereby declare:

1.     I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.     I am 52 years old and I am currently housed at Twin Towers Correctional Facility ("TTCF") in Module 141, Pod E, Cell 5.  My booking number is 2873156.

3.     I am submitting this declaration to describe how, on December 13, 2011, a number of deputies punched and kicked me and one tasered me while I was lying on the floor of my pod not resisting after I had been in an altercation with another inmate.

4.     On December 5, 2011, I was at TTCF, Module 131, Pod D.  I had a dispute with another inmate, who was Hispanic, who accused me of having a "big mouth."  Right after this verbal fight, more than 10 Hispanic inmates, including him, beat me up.

5.     On December 8, 2011, I got a court order that my attorney put in for me for my back and ribs.  I was in a lot of pain from the inmates beating me up and the deputies had refused to allow me to get medical care.

6.     On December 12, 2011, I went to the clinic at TTCF and the doctor told me that I needed x-rays.

7.     Early in the morning about 8:30 a.m., the next day on December 13th, I heard my name over the intercom telling me that I had a medical pass.  I assumed it was for the x-rays.

8.     I got out of my cell and approached the pod door, which was open, but CA Martinez slammed the door in my face and walked away.

9.     Even though I knocked on the window of the pod to get the attention of another deputy who was working, no one allowed me to go to the clinic.

1

1       10.   I walked back to my bunk which was in the dayroom, got a pencil

2   and paper and went to the pod window where there is an ACLU sign posted.

3   While I was writing down the contact information for the ACLU, CA Martinez

4   came to the pod to do a security check.  He looked at me and said, "I don't know

5   why you're doing that.  It ain't going to do no good."

6       11.   I was angry and so I insulted him, and he insulted me back, calling

7   me a "child molester."

8       12.   Due to this incident, the LASD employees' refusal to allow me to go

9   to the clinic and the loudness of the verbal exchange that I had with CA Martinez,

10  I went around the pod to see if I could get the names and booking numbers of the

11  inmates who witnessed this.

12      13.   I walked up to an inmate named, Sylvester Rawls and asked him if he

13  saw what happened and to see if he would give me his information.  Mr. Rawls

14  said that he heard and saw, but didn't want to get involved.  I was very upset so I

15  insulted him and walked away.  Mr. Rawls told me that I better not insult him

16  again and as I turned around to walk away from him, Mr. Rawls slugged me.

17      14.   Mr. Rawls then grabbed a razor, modified into a knife, and chased me

18  around the pod with it.  As he chased me, I saw a pen on a table, so I grabbed it

19  and turned around to chase Mr. Rawls with it for about 2-3 minutes before several

20  deputies came running over to the pod.  There were approximately 8-10 deputies

21  and Senior Deputy Cureton who responded.

22      15.   Since the deputies and Senior Deputy Cureton only came running

23  over while I was chasing Mr. Rawls, they apparently didn't see Mr. Rawls hit and

24  chase me with the razor.

25      16.   They didn't enter the pod, but yelled from outside.  I heard Senior

26  Deputy tell me to put the pen down.

27      17.   About 1-2 minutes later, I saw CA Martinez trying to come into the

28  pod and I saw that he had a taser with him.  I immediately threw the pen away

1  from me and lay on the floor on my stomach with my hands out because I didn't

2  want to get tasered.

3       18.  CA Martinez entered the pod and approached me.  Even though I was

4  on the floor and had thrown the pen away from me where I could not reach it, CA

5  Martinez shot me with the taser once on my back and my leg.  The probes missed

6  my leg and scraped it.  Nothing happened to Mr. Rawls as he was standing away

7  from me on the opposite side of the pod.

8       19.  Even after being tasered, the deputies rushed in and began kicking

9  and punching me.  There were around 8-10 deputies who began punching my head

10  and I tried to cover my head.  I couldn't see who they were as all I could feel were

11  painful blows raining down on my head and body.  The deputies yelled at me to

12  place my hands behind my back, which I did.  The deputies then handcuffed me

13  and dragged me out of the pod into the Staging Area.

14       20.  I didn't know why CA Martinez tasered me.  I was already on the

15  floor with the pen away from me.  I wasn't a threat to him, to the inmates or even

16  to the other deputies.  I wasn't fighting or resisting CA Martinez and he did not

17  order me to do anything as I lay on the floor before he tasered me and the deputies

18  began rushing in and attacking me.  Nor did they attempt to handcuff me before

19  they started attacking me.  Instead, they attacked me first, then they ordered me to

20  put my hands behind my back and handcuffed me.  I didn't understand why the

21  deputies kicked and punched me.  If they wanted to punish me for insulting them

22  or from defending myself after Mr. Rawls attacked me, they could have put me in

23  the "hole."

24       21.  After the deputies dragged me to the Staging Area, they put me on a

25  stretcher and escorted me to the clinic at the jail to get the taser probe from my

26  back removed.  The doctor told me that I had fractured ribs.  He also gave me a

27  back brace as I had a lot of back pain as well as pain medication and muscle

28  relaxers.

22.     Lieutenant Sachs interviewed me on video camera about the incident. I told her what happened and said I also want to talk to the ACLU or Internal Affairs.

23.     After my LCMC visit, I was sent to the "hole" or the disciplinary unit.

24.     About 3 days later, Senior Deputy Cureton gave me the disciplinary paperwork and said I was going to be in the hole for 18 days for creating a disturbance, profanity towards staff and insubordination.  I went to the hole without having any kind of a hearing.

25.     About this time, I was also given a document that stated that I participated in a hearing that Senior Deputy Cureton oversaw on December 13, 2011 at 9:16 a.m.  This is completely false as I did not have a hearing. How could I have a hearing close to the time CA Martinez tasered me and the deputies kicking and punching me?  At the time they said I had the hearing, I was either being assaulted, or was on a stretcher.  I've attached the document to this declaration, noted as Exhibit 1.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct to the best of my knowledge and belief.  Executed this 11th day of January, 2012 in Los Angeles, California.


_____/s/_____

Kevin Tolbert

**LOS ANGELES COUNTY SHERIFF'S DEPARTMENT**
**CUSTODY DIVISION**
**NOTICE OF ACTION**
**BY DISCIPLINARY REVIEW BOARD**

To: **TOLBERT, KEVIN**                    Booking No.: **2873156**          Custody Ref. No.: **580020111213002**

On **12/13/2011 09:16 AM**

You appeared before the Disciplinary Review Board and were granted the opportunity to present a defense for the offense(s) indicated on the Notice of Disciplinary Violation.

After consideration of all the evidence before it, the Board made the following finding:

- **Facts Determined Founded**

and took the following action:

- **Segregation For 18 Day(S)**              - **Loss Of Privileges For 18 Day(S)**

You may appeal the findings and/or this action to the Unit Commander. You can obtain an appeal form by asking any Deputy or Custody assistant. Once you have written your appeal, turn it in to any Deputy or Custody assistant for submission through the Units established procedures.
Although its well with in your rights to appeal the results of your Hearing, submission alone does not automatically initiate a change in the findings.

Rank: **DEPUTY SHERIFF**        Name: **O CURETON**                Employee No.: **XXX899**

INMATE'S SIGNATURE: _____        DATE: _____

---

**DEPARTAMENTO DEL SHERIFF DEL CONDADO DE LOS ANGELES**
**DIVISION CUSTODIAL**
**NOTICIA DE ACCION**
**POR LA JUNTA DE REVISA DISCIPLINARIA**

Para: **TOLBERT, KEVIN**              Numero de registro: **2873156**      Num. de Ref. Custodial: **580020111213002**

El   **12/13/2011 09:16 AM**

Usted aparecio ante la Junta de Revisa Disciplinaria y le concedieron la oportunidad de presentar una defensa para la(s) ofensa(s) indicada(s) en la Noticia de Violacion Disciplinaria.

Despues de considerar toda la evidencia presentada por usted la Junta, toma la decision siguiente:

- **Hicieron Caso De Los Hechos**

y llevaron la accion siguiente:

- **Segregacion Por 18 Dias**              - **Perdida De Privilegios Por 18 Dias**

Usted puede apelar los resultados de esta acción al comandante de la unidad. Usted puede obtener una forma de la súplica preguntando a cualquier ayudante del diputado o de la custodia. Una vez que usted haya escrito su súplica, desela a cualquier ayudante del diputado o de la custodia para la sumisión con los procedimientos establecidos de la unidad.
Aun que este en suderecho apelar, no es automatico que haya un cambio en los resultados.

Grado: **DEPUTY SHERIFF**        Nombre: **O CURETON**              Numero de Empleado: **XXX899**

FIRMA DEL PRESO: _____        FECHA: _____

# DECLARATION OF KEVIN TOLBERT

I, Kevin Tolbert, hereby declare:

1.     I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.     I am 52 years old and I am currently housed at Twin Towers Correctional Facility ("TTCF") in Module 141, Pod E, Cell 5.  My booking number is 2873156.

3.     I am submitting this declaration to describe how, on December 13, 2011, a number of deputies punched and kicked me and one tasered me while I was lying on the floor of my pod not resisting after I had been in an altercation with another inmate.

4.     On December 5, 2011, I was at TTCF, Module 131, Pod D.  I had a dispute with another inmate, who was Hispanic, who accused me of having a "big mouth."  Right after this verbal fight, more than 10 Hispanic inmates, including him, beat me up.

5.     On December 8, 2011, I got a court order that my attorney put in for me for my back and ribs.  I was in a lot of pain from the inmates beating me up and the deputies had refused to allow me to get medical care.

6.     On December 12, 2011, I went to the clinic at TTCF and the doctor told me that I needed x-rays.

7.     Early in the morning about 8:30 a.m., the next day on December 13th, I heard my name over the intercom telling me that I had a medical pass.  I assumed it was for the x-rays.

8.     I got out of my cell and approached the pod door, which was open, but CA Martinez slammed the door in my face and walked away.

9.     Even though I knocked on the window of the pod to get the attention of another deputy who was working, but no one allowed me to go to the clinic.

1

*hit bank which was in the dayroom*

10.    I walked back to my cell, got a pencil and paper and went to the pod window where there is an ACLU sign posted.  While I was writing down the contact information for the ACLU, CA Martinez came to the pod to do a security check.  He looked at me and said, "I don't know why you're doing that.  It ain't going to do no good."

11.    I was angry and so I insulted him, and he insulted me back, calling me a "child molester."

12.    Due to this incident, the LASD employees' refusal to allow me to go to the clinic and the loudness of the verbal exchange that I had with CA Martinez, I went around the pod to see if I could get the names and booking numbers of the inmates who witnessed this.

13.    I walked up to an inmate named, Sylvester Rawls and asked him if he saw what happened and to see if he would give me his information.  Mr. Rawls said that he heard and saw, but didn't want to get involved.  I was very upset so I insulted him and walked away.  Mr. Rawls told me that I better not insult him again and as I turned around to walk away from him, Mr. Rawls slugged me.  ~~Mr. Rawls is~~                                                          . *KI*

14.    Mr. Rawls then grabbed a razor, modified into a knife, and chased me around the pod with it.  As he chased me, I saw a pen on a table, so I grabbed it and turned around to chase Mr. Rawls with it for about 2-3 minutes before several deputies came running over to the pod.  There were approximately 8-10 deputies and Senior Deputy Cureton who responded.

15.    Since the deputies and Senior Deputy Cureton only came running over while I was chasing Mr. Rawls, they apparently didn't see Mr. Rawls hit and chase me with the razor.

16.    They didn't enter the pod, but yelled from outside.  I heard Senior Deputy tell me to put the pen down.

17.    About 1-2 minutes later, I saw CA Martinez trying to come into the

2

1   pod and I saw that he had a taser with him. I immediately threw the pen away

2   from me and lay on the floor *on my stomach with my hands out* K.T because I didn't want to get tasered.

3       18. CA Martinez entered the pod and approached me. Even though I was

4   on the floor and had thrown the pen away from me where I could not reach it, CA

5   Martinez shot me with the taser once on my back and my leg. The probes missed

6   my leg and scraped it. Nothing happened to Mr. Rawls as he was standing away

7   from me on the opposite side of the pod.

8       19. Even after being tasered, the deputies rushed in and began kicking

9   and punching me. There were around 8-10 deputies who began punching my head

10   and I tried to cover my head. I couldn't see who they were as all I could feel were

11   painful blows raining down on my head and body. The deputies yelled at me to

12   place my hands behind my back, which I did. The deputies then handcuffed me

13   and dragged me out of the pod into the Staging Area.

14       20. I didn't know why CA Martinez tasered me. I was already on the

15   floor with the pen away from me. I wasn't a threat to him, to the inmates or even

16   to the other deputies. I wasn't fighting or resisting CA Martinez and he did not

17   order me to do anything as I lay on the floor before he tasered me and the deputies

18   began rushing in and attacking me. Nor did they attempt to handcuff me before

19   they started attacking me. Instead, they attacked me first, then they ordered me to

20   put my hands behind my back and handcuffed me. I didn't understand why the

21   deputies kicked and punched me. If they wanted to punish me for insulting them

22   or from defending myself after Mr. Rawls attacked me, they could have put me in

23   the "hole."

24   *K.T* 21. After the deputies dragged me to the Staging Area, they put me on a

25   stretcher, *and escorted me to the clinic at the* to the clinic. I was then transported to the Los Angeles Medical Center +

26   USC ("LCMC") to get the taser probe from my back removed. *The doctor*

27   *told me that I had fractured ribs. He also gave me*

28   *a back brace as I had a lot of back pain as well*

    22. Lieutenant Sachs interviewed me on video camera about the incident.

*as pain medication and muscle relaxers. K.T*

*told her what happened also want to B.I.*

1   I ~~refused to talk to her~~ and said I'd ~~only~~ talk to the ACLU or Internal Affairs.

2       23.    After my LCMC visit, I was sent to the "hole" or the disciplinary

3   unit.

4       24.    About 3 days later, Senior Deputy Cureton gave me the disciplinary

5   paperwork and said I was going to be in the hole for 18 days for creating a

6   disturbance, profanity towards staff and insubordination.  I went to the hole

7   without having any kind of a hearing.

8       25.    About this time, I was also given a document that stated that I

9   participated in a hearing that Senior Deputy Cureton oversaw on December 13,

10   2011 at 9:16 a.m.  This is completely false as I did not have a hearing. How could

11   I have a hearing close to the time CA Martinez tasered me and the deputies

12   kicking and punching me?  At the time they said I had the hearing, I was either

13   being assaulted, or was on a stretcher.  I've attached the document to this

14   declaration, noted as Exhibit 1.

15       I declare under penalty of perjury of the laws of the State of California and

16   the United States that the foregoing is true and correct to the best of my

17   knowledge and belief.  Executed this 11th day of January, 2012 in Los Angeles,

18   California.

19

20   Kevin Tolbert

21   Kevin Tolbert

22

23

24

25

26

27

28

**LOS ANGELES COUNTY SHERIFF'S DEPARTMENT**
**CUSTODY DIVISION**
**NOTICE OF ACTION**
**BY DISCIPLINARY REVIEW BOARD**

To: **TOLBERT, KEVIN**          Booking No.: **2873156**          Custody Ref. No.: **580020111213002**

On  **12/13/2011 09:16 AM**

You appeared before the Disciplinary Review Board and were granted the opportunity to present a defense for the offense(s) indicated on the Notice of Disciplinary Violation.

After consideration of all the evidence before it, the Board made the following finding:

- **Facts Determined Founded**

and took the following action:

- **Segregation For 18 Day(S)**          - **Loss Of Privileges For 18 Day(S)**

You may appeal the findings and/or this action to the Unit Commander.  You can obtain an appeal form by asking any Deputy or Custody assistant.  Once you have written your appeal, turn it in to any Deputy or Custody assistant for submission through the Units established procedures.
Although its well with in your rights to appeal the results of your Hearing, submission alone does not automatically initiate a change in the findings.

Rank:  **DEPUTY SHERIFF**          Name: **O CURETON**          Employee No.: **XXX899**

INMATE'S SIGNATURE: _____          DATE: _____

---

**DEPARTAMENTO DEL SHERIFF DEL CONDADO DE LOS ANGELES**
**DIVISION CUSTODIAL**
**NOTICIA DE ACCION**
**POR LA JUNTA DE REVISA DISCIPLINARIA**

Para: **TOLBERT, KEVIN**          Numero de registro: **2873156**          Num. de Ref. Custodial: **580020111213002**

El   **12/13/2011 09:16 AM**

Usted aparecio ante la Junta de Revisa Disciplinaria y le concedieron la oportunidad de presentar una defensa para la(s) ofensa(s) indicada(s) en la Noticia de Violacion Disciplinaria.

Despues de considerar toda la evidencia presentada por usted la Junta, toma la decision siguiente:

- **Hicieron Caso De Los Hechos**

y llevaron la accion siguiente:

- **Segregacion Por 18 Dias**          - **Perdida De Privilegios Por 18 Dias**

Usted puede apelar los resultados de esta acción al comandante de la unidad. Usted puede obtener una forma de la súplica preguntando a cualquier ayudante del diputado o de la custodia. Una vez que usted haya escrito su súplica, desela a cualquier ayudante del diputado o de la custodia para la sumisión con los procedimientos establecidos de la unidad.
Aun que este en suderecho apelar, no es automatico que haya un cambio en los resultados.

Grado: **DEPUTY SHERIFF**          Nombre: **O CURETON**          Numero de Empleado: **XXX899**

FIRMA DEL PRESO: _____          FECHA: _____

Page 480

# DECLARATION OF INMATE WITNESS MR. EEE EDUARDO TORRES

# DECLARATION OF EDUARDO TORRES

I, Eduardo Torres, hereby declare:

1.      I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.      I am eighteen years old.  I am currently housed at Twin Towers Correctional Facility ("TTCF") in Module 152, Pod B and I am a dayroom sleeper, meaning, I don't have a cell, but I sleep out in the dayroom on a bunk.

3.      On December 6, 2011, I was transported to the East Los Angeles Municipal Court in the afternoon for my arraignment.

4.      Once the proceedings were completed, a deputy escorted me out of the courtroom.  I was handcuffed from behind and as I walked towards the exit, I turned around to say goodbye to my mom.  I don't know the name of this deputy, but he was Hispanic, 6 feet tall and about 250 pounds.  I am 5'8" and 160 pounds.

5.      When I did, the deputy grabbed my left arm really hard and told me to turn around and shut up.  The deputy's grip was extremely painful and it felt like he was trying to break my arm, so I turned to look back at him to tell him to stop.

6.      Instead of easing his grip, he tightened it even more and again I turned and told him to stop.

7.      The deputy then punched me in the face, hitting my left eye so hard that it knocked me to the floor.  I couldn't break my fall or regain my balance because I was handcuffed from behind.  I felt blood dripping down my face and saw it dripping on the floor.

8.      I was still in the courtroom when this occurred in the presence of my family, the judge and my public defender.  In fact, after the deputy slugged me, I saw my public defender running towards my family and trying to escort them out of the courtroom.

1

9.      Ten minutes later, an ambulance came to transport me to the hospital. As I boarded the ambulance, a sergeant began recording me on video camera.

10.      At the Doctor's Hospital in East Los Angeles, a doctor told me that I needed to get stitches. Two deputies, who escorted me to the hospital, told the doctor I was fine and didn't need them, so I left without getting stitches. I don't know the names of the two deputies, but they were both Hispanic. When I got to the jail's medical clinic, the nurse told me I needed stitches. The nurse put a glue bond on my cut.

11.      I was escorted back to the courthouse so that from there I could be escorted back to TTCF, where I was housed.

12.      When I got back to TTCF, the same sergeant interviewed me again on video camera and said I could file a lawsuit, but it would be a waste of time. I told him that I did, but nothing happened. No one has talked to me about the incident or tell me the results of the investigation. I don't know the name of this sergeant, but he's Hispanic and older. He looks like he was in his mid-40's.

13.      I now have a long cut across my eyebrow that's about 2 inches long and I have difficulty seeing out of my left eye.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct to the best of my knowledge and belief. Executed this 11th day of January, 2012 in Los Angeles, California.


_____/s/_____

Eduardo Torres

# DECLARATION OF EDUARDO TORRES

I, Eduardo Torres, hereby declare:

1.      I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.      I am eighteen years old.  I am currently housed at Twin Towers Correctional Facility ("TTCF") in Module 152, Pod B and I am a dayroom sleeper, meaning, I don't have a cell, but I sleep out in the dayroom on a bunk.

3.      On December 6, 2011, I was transported to the East Los Angeles Municipal Court in the afternoon for my arraignment.

4.      Once the proceedings were completed, a deputy escorted me out of the courtroom.  I was handcuffed from behind and as I walked towards the exit, I turned around to say goodbye to my mom.  I don't know the name of this deputy, but he was Hispanic, 6 feet tall and about 250 pounds.  I am 5'8" and 160 pounds.

5.      When I did, the deputy grabbed my left arm really hard and told me to turn around and shut up.  The deputy's grip was extremely painful and it felt like he was trying to break my arm, so I turned to look back at him to tell him to stop.

6.      Instead of easing his grip, he tightened it even more and again I turned and told him to stop.

7.      The deputy then punched me in the face, hitting my left eye so hard that it knocked me to the floor.  I couldn't break my fall or regain my balance because I was handcuffed from behind.  I felt blood dripping down my face and saw it dripping on the floor.

8.      I was still in the courtroom when this occurred in the presence of my family, the judge and my public defender.  In fact, after the deputy slugged me, I saw my public defender running towards my family and trying to escort them out of the courtroom.

1

9.      Ten minutes later, an ambulance came to transport me to the hospital. As I boarded the ambulance, a sergeant began recording me on video camera.

10.     At the ~~Los Angeles County Medical Center + USC ("LCMC")~~ *E.I. Doctor's Hospital in East Los Angeles*, a doctor told me that I needed to get stitches. Two deputies, who escorted me to ~~the hospital E.I.~~ ~~LCMC,~~ told the doctor that ~~I'd be treated back at the jail,~~ *I was fine and didn't need them E.I.* so I left without getting stitches. I don't know the names of the two deputies, but they were both Hispanic. ~~I didn't get stitches at the jail medical clinic either.~~ *When I got to the jail's medical clinic, the nurse told me I needed stitches. The nurse put a glue bond on my cut. E.I.*

11.     I was escorted back to the courthouse so that from there I could be escorted back to TTCF, where I was housed.

12.     When I got back to TTCF, the same sergeant interviewed me again on video camera and ~~asked if I wanted to file a lawsuit.~~ *E.I. said I could file a lawsuit, but it would* I told him that I did, but nothing happened. *No one has talked to me about the incident or tell me the results of the investigation.* ~~I don't know the name of this sergeant, but he's Hispanic and older. He looks like he's in his~~ *mid-40's. E.I.*

13.     I now have a long cut across my eyebrow that's about 2 inches long and I have difficulty seeing out of my left eye.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct to the best of my *E.I.* knowledge and belief. Executed this _11th_ day of _January 2012 E.I._ in Los Angeles, California.

_Eduardo Torres_
Eduardo Torres

*be a waste of time. E.I.*