# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No.  CV 75-04111 DDP | Date  October 12, 2012 |
| Title  DENNIS RUTHERFORD -V- LEROY BACA | |

Present: The Honorable   **DEAN D. PREGERSON, U.S. DISTRICT JUDGE**

| John A. Chambers | None Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

Proceedings:   MINUTE ORDER (IN CHAMBERS)

**THE COURT ORDERS** the following matters, listed by docket numbers, are vacated without prejudice:

**212, 213, 228, 231, 259, 267, 268 and 297.**

| | : | N / A |
|---|---|---|
| | Initials of Preparer | JAC |