JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS RUTHERFORD,<br><br>    Plaintiff,<br><br>    v.<br><br>LEROY BACA,<br><br>    Defendant.<br>_____ | Case No. CV 75-04111 DDP<br><br>**ORDER REMOVING CASE FROM ACTIVE CASELOAD** |

IT IS HEREBY ORDERED that this action is removed from the Court's active caseload until further application by the parties or Order of this Court. This Court retains jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: March 17, 2015

DEAN D. PREGERSON
United States District Judge