PETER J. ELIASBERG (189110)
peliasberg@aclusocal.org
MELISSA CAMACHO-CHEUNG (264024)
mcamacho@aclusocal.org
**ACLU FOUNDATION OF SOUTHERN CALIFORNIA**
1313 W. 8th Street
Los Angeles, CA 90017
Phone: (213) 977-9500
Fax: (213) 977-5299

CORENE T. KENDRICK (226642)
ckendrick@aclu.org
**ACLU NATIONAL PRISON PROJECT**
39 Drumm St.
San Francisco, CA 94111
Phone: (202) 393-4930
Fax: (202) 393-4931

DAVID C. FATHI (*pro hac vice*)*
dfathi@aclu.org
ERIC BALABAN (*pro hac vice*)*
ebalaban@aclu.org
**ACLU NATIONAL PRISON PROJECT**
915 15th St., NW
Washington, D.C. 20005
Phone: (202) 393-4930
Fax: (202) 393-4931

*Not admitted in D.C., practice limited to federal courts

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS RUTHERFORD, <br><br> *Plaintiff*, <br><br> v. <br><br> ALEX VILLANUEVA, Sheriff of Los Angeles County, in his official capacity, and COUNTY OF LOS ANGELES <br><br> *Defendants*. | No. 75-CV-04111-DDP <br><br> **UNOPPOSED EX PARTE APPLICATION FOR LEAVE TO FILE OVERSIZED BRIEF** |

1  Plaintiffs hereby apply to the Court ex parte for an order granting leave to
2  file a memorandum of points and authorities in support of their Ex Parte
3  Application for a TRO/OSC re Preliminary Injunction exceeding 25 pages, but not
4  to exceed 35 pages.

5  This application is made pursuant to Local Rules 7-19 and 11-6 on the
6  grounds that the arguments necessary to support Plaintiffs' Ex Parte Application for
7  a TRO/OSC re Preliminary Injunction cannot be made within the stated twenty-
8  five (25) page limit. This application is based on the attached Memorandum of
9  Points and Authorities in Support thereof and attached Declarations of Peter
10 Eliasberg and Melissa Camacho-Cheung.

11 Plaintiffs' counsel spoke with Dylan Ford, counsel for the Defendants, on
12 September 2, 2022 and again on September 6, 2022 about this application. See
13 Declaration of Melissa Camacho-Cheung ¶ 3-4, 6-8. Mr. Ford informed Plaintiffs'
14 counsel that the Defendants did not oppose this ex parte application so long as
15 Plaintiffs did not oppose Defendants' filing a brief of more than 25 pages, but not
16 to exceed thirty-five pages. *See Id ¶ 8.*

Dated: September 7, 2022

ACLU FOUNDATION OF
SOUTHERN CALIFORNIA

ACLU NATIONAL PRISON PROJECT

/s/ Peter J. Eliasberg
Peter J. Eliasberg
Counsel for Plaintiffs