PETER J. ELIASBERG (189110)
peliasberg@aclusocal.org
MELISSA CAMACHO-CHEUNG (264024)
mcamacho@aclusocal.org
**ACLU FOUNDATION OF SOUTHERN CALIFORNIA**
1313 W. 8th Street
Los Angeles, CA 90017
Phone: (213) 977-9500
Fax: (213) 977-5299

DAVID C. FATHI (*pro hac vice*)*
dfathi@aclu.org
ERIC BALABAN (*pro hac vice*)*
ebalaban@aclu.org
**ACLU NATIONAL PRISON PROJECT**
915 15th St., NW
Washington, D.C. 20005
Phone: (202) 393-4930
Fax: (202) 393-4931

*Not admitted in D.C., practice limited to federal courts

CORENE T. KENDRICK (226642)
ckendrick@aclu.org
**ACLU NATIONAL PRISON PROJECT**
39 Drumm St.
San Francisco, CA 94111
Phone: (202) 393-4930
Fax: (202) 393-4931

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS RUTHERFORD,<br><br>   *Plaintiff*,<br><br>v.<br><br>ALEX VILLANUEVA, Sheriff of Los Angeles County, in his official capacity, and COUNTY OF LOS ANGELES<br><br>   *Defendants*. | No. 75-CV-04111-DDP<br><br>**MEMORANDUM OF POINT AND AUTHORTIES IN SUPPORT OF UNOPPOSED EX PARTE APPLICATION FOR LEAVE TO FILE OVERSIZED BRIEF** |

Plaintiffs hereby apply to the Court ex parte for an order granting leave to file a memorandum of points and authorities in support of their Ex Parte Application for a Temporary Restraining Order and Order to Show Cause re Preliminary Injunction exceeding 25 pages, but not to exceed thirty-five 35 pages. The memorandum is being filed along with this Ex Parte Application.

Plaintiffs are filing their Ex Parte Application for a Temporary Restraining Order and Order to Show Cause re Preliminary Injunction addressing the crisis level overcrowding and conditions in Inmate Reception Center of the Los Angeles County Jails (IRC) resulting from people spending as many as ten days in IRC before they receive permanent housing in the jails. *See* Declaration of Peter Eliasberg, ("Eliasberg Decl."), ¶4, filed with this application. Among other things the memorandum will discuss the large numbers of people held in IRC for multiple days, the fact that people with serious mental illness are chained to benches in clinic area of IRC for as many as eight days, the unavailability of beds, mattresses, and blankets to people who spend multiple nights sleeping on the floor, the unsanitary conditions, and the inadequate medical care, including denial psychiatric medications to people diagnosed with serious mental illness. *Id.* The moving papers will include approximately 17 declarations, numerous exhibits detailing the number of people who are in IRC and their length of stay, and official county reports detailing the conditions in IRC. *Id.* ¶ 5.

The TRO/OSC brief will also provide a description of the relevant procedural history in this almost-50 year old case that involves court orders on IRC from both the 1970's and this Court's orders in 2006-07,[1] (*id.* ¶ 6), and address complicated factual and legal issues that cannot be adequately addressed within the 25 page limit. *Id.* ¶¶ 7-8. And the brief will also address the steps the Defendants

---

[1] The memorandum of points and authorities will *not* go into detail on the whole procedural history of *Rutherford*, only the portions directly relevant to IRC and this TRO application. But that discussion is nonetheless necessarily lengthy.

1

have failed to take, but could take in the future, to address the crisis in IRC. *Id.* ¶ 9. When a case is particularly complex and the papers are not "prolix," the Court may permit a party to exceed the page limitations set by Local Rule. See *Stutz Motor Car of America, Inc. v. Reebok Int'l, Ltd.*, 909 F. Supp. 1353, 1358-59 (C.D. Cal. 1995).

Plaintiffs believe that to fully and clearly present facts and legal arguments warranting the grant of a preliminary injunction in this case, it will be necessary to file a memorandum in excess of 25 pages, but not more than 35 pages. Eliasberg Decl. ¶ 9.

Plaintiffs' counsel spoke with Dylan Ford, counsel for the County Defendants, on September 2, and September 6, 2022 about this application. *See* Declaration of Melissa Camacho-Cheung  Decl., ¶¶ 3-6, 8.  Mr. Ford stated Defendants did not oppose this application so long as Plaintiffs did not oppose any request Defendants may make to file a brief that does not exceed 35 pages.  *Id.* ¶ 8.

For the foregoing reasons, Plaintiffs respectfully request that the Court grant leave to file a memorandum in support of their Ex Parte Application for a Temporary Restraining Order and Order to Show Cause re Preliminary Injunction not to exceed 35 pages.

Dated: September 7, 2022

ACLU FOUNDATION OF SOUTHERN CALIFORNIA

ACLU NATIONAL PRISON PROJECT

/s/ Peter J. Eliasberg
Peter J. Eliasberg
Counsel for Plaintiffs