| | |
|---|---|
| PETER J. ELIASBERG (189110)<br>peliasberg@aclusocal.org<br>MELISSA CAMACHO-CHEUNG (264024)<br>mcamacho@aclusocal.org<br>**ACLU FOUNDATION OF SOUTHERN CALIFORNIA**<br>1313 W. 8th Street<br>Los Angeles, CA 90017<br>Phone: (213) 977-9500<br>Fax: (213) 977-5299<br><br>CORENE T. KENDRICK (226642)<br>ckendrick@aclu.org<br>**ACLU NATIONAL PRISON PROJECT**<br>39 Drumm St.<br>San Francisco, CA 94111<br>Phone: (202) 393-4930<br>Fax: (202) 393-4931<br><br>*Attorneys for Plaintiffs* | DAVID C. FATHI (*pro hac vice*)*<br>dfathi@aclu.org<br>ERIC BALABAN (*pro hac vice*)*<br>ebalaban@aclu.org<br>**ACLU NATIONAL PRISON PROJECT**<br>915 15th St., NW<br>Washington, D.C. 20005<br>Phone: (202) 393-4930<br>Fax: (202) 393-4931<br><br>*Not admitted in D.C., practice limited to federal courts |

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS RUTHERFORD,<br><br>　　*Plaintiff*,<br><br>v.<br><br>ALEX VILLANUEVA, Sheriff of Los Angeles County, in his official capacity, and COUNTY OF LOS ANGELES<br><br>　　*Defendants*. | No. 75-CV-04111-DDP<br><br>**[PROPOSED] ORDER GRANTING UNOPPOSED EX PARTE APPLICATION FOR LEAVE TO FILE OVERSIZED BRIEF** |

1  IT IS HEREBY **ORDERED** that, pursuant to Local Rules 7-19 and 11-6:
2  (1) Plaintiffs are granted leave to file a memorandum of points and
3  authorities in support of their Ex Parte Application for a TRO and Order to Show
4  Cause re Preliminary Injunction exceeding twenty-five (25) pages, but not to
5  exceed thirty-five (35) pages based upon the showing made that the necessary
6  arguments cannot be made within the stated twenty-five (25) page limit; and (2)
7  Defendants are granted leave to file a memorandum of points and authorities in
8  support of their Opposition to Ex Parte Application for a TRO and Order to Show
9  Cause re Preliminary Injunction exceeding twenty-five (25) pages, but not to
10 exceed thirty-five (35) pages, to ensure Defendants are entitled to an equal
11 opportunity to brief the issues presented by Plaintiffs' Ex Parte Application and
12 Order to Show Cause re Preliminary Injunction.

14 Dated: September ___, 2022

_____
HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

1