PETER J. ELIASBERG (189110)
peliasberg@aclusocal.org
MELISSA CAMACHO-CHEUNG (264024)
mcamacho@aclusocal.org
**ACLU FOUNDATION OF SOUTHERN CALIFORNIA**
1313 W. 8th Street
Los Angeles, CA 90017
Phone: (213) 977-9500
Fax: (213) 977-5299

CORENE T. KENDRICK (226642)
ckendrick@aclu.org
**ACLU NATIONAL PRISON PROJECT**
39 Drumm St.
San Francisco, CA 94111
Phone: (202) 393-4930
Fax: (202) 393-4931

DAVID C. FATHI (*pro hac vice*)*
dfathi@aclu.org
ERIC BALABAN (*pro hac vice*)*
ebalaban@aclu.org
**ACLU NATIONAL PRISON PROJECT**
915 15th St., NW
Washington, D.C. 20005
Phone: (202) 393-4930
Fax: (202) 393-4931

*Not admitted in D.C., practice limited to federal courts

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DENNIS RUTHERFORD, *et al.*,<br><br>   *Plaintiffs*,<br><br>v.<br><br>ALEX VILLANUEVA, Sheriff of Los Angeles County, in his official capacity, and COUNTY OF LOS ANGELES,<br><br>   *Defendants*. | No. 75-CV-04111-DDP<br><br>**PROOF OF SERVICE OF ALL DOCUMENTS FILED RE PLAINTIFFS' EX PARTE APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION (DKT. NOS. 318-320)** |

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1313 West Eighth Street, Los Angeles, California 90017. I am employed in the office of a member of the bar of this court at whose direction the service was made.

On September 8, 2022, I caused to be served all documents related to the Ex Parte Application for a Temporary Restraining Order (Dkt. Nos. 318-320), filed today, September 8, 2022, on the parties in this action by sending a copy via electronic mail to counsel for Defendants:

Dylan Ford
Senior Deputy County Counsel
dford@counsel.lacounty.gov

Mr. Ford agreed to accept service of the documents via electronic mail, see attached Declaration of Peter J. Eliasberg.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on September 8, 2022, at Los Angeles, California.

/s/ Peter J. Eliasberg
Peter J. Eliasberg