# Exhibit A

| | |
|---|---|
| **From:** | Geneva Tien |
| **To:** | Geneva Tien |
| **Subject:** | FW: Rutherford v. Villanueva -- service of TRO papers |
| **Date:** | Thursday, September 8, 2022 11:23:30 AM |
| **Attachments:** | Declaration of Peter Eliasberg re Service.docx |

**From:** Dylan Ford <DFord@counsel.lacounty.gov>
**Sent:** Thursday, September 8, 2022 10:04 AM
**To:** Peter Eliasberg <PEliasberg@aclusocal.org>
**Cc:** Melissa Camacho-Cheung <MCamacho@aclusocal.org>; ckendrick <ckendrick@aclu.org>
**Subject:** RE: Rutherford v. Villanueva -- service of TRO papers

Hi, Peter,

Yes, I agree to accept email service. Thank you.

And thank you for the reminder that I need to file the notice.

Best,

Dylan

Dylan Ford
Senior Deputy County Counsel
Cell: (213) 574-3188
dford@counsel.lacounty.gov

CONFIDENTIALITY NOTICE: This email message, including any attachments, from the Office of the County Counsel is intended for the official and confidential use of the recipients to whom it is addressed. It contains information that may be confidential, privileged, attorney work product, or otherwise exempted from disclosure under applicable law. If you have received this message in error, be advised that any review, disclosure, use, dissemination, distribution, or reproduction of this message or its contents is strictly prohibited. Please notify us immediately by reply email that you have received this message in error, and destroy this message, including any attachments.

**From:** Peter Eliasberg <PEliasberg@aclusocal.org>
**Sent:** Thursday, September 8, 2022 9:54 AM
**To:** Dylan Ford <DFord@counsel.lacounty.gov>
**Cc:** Melissa Camacho-Cheung <MCamacho@aclusocal.org>; ckendrick <ckendrick@aclu.org>
**Subject:** Rutherford v. Villanueva -- service of TRO papers

> **CAUTION:** External Email. Proceed Responsibly.

Dylan, I do not believe you have yet entered a notice of appearance in *Rutherford v. Villanueva,* 75 cv 04111 (DDP) and want to ensure that the County is properly served with the TRO/OSC papers we are filing this morning. The lawyers who are listed on the Pacer docket for the County are Roger Granbo, who I believe has retired, and Lawrence Beach Allen and Choi.

Since you have not entered a notice of appearance, will you agree to accept e-mail service on behalf of the Defendants. If not, please let me know how you would like to be served, to what address etc,?

I look forward to your response. Please feel free to call me if you want to discuss this matter.

Sincerely,
Peter Eliasberg

Peter Eliasberg
Chief Counsel/
Manheim Family Attorney
For First Amendment Rights
ACLU of Southern California
1313 W 8th St, Suite 200
Los Angeles, CA 90017
(o) 213.977.9500 x228 | (f) 213.417.2228

aclusocal.org || facebook || twitter || blog

**The ACLU: Because Freedom Can't Protect Itself**
This message may contain information that is confidential. If you are not the intended recipient, please immediately advise the sender by reply email that this message has been inadvertently transmitted to you and delete this email from your system.