PETER J. ELIASBERG (189110)
peliasberg@aclusocal.org
MELISSA CAMACHO-CHEUNG (264024)
mcamacho@aclusocal.org
**ACLU FOUNDATION OF SOUTHERN CALIFORNIA**
1313 W. 8th Street
Los Angeles, CA 90017
Phone: (213) 977-9500
Fax: (213) 977-5299

CORENE T. KENDRICK (226642)
ckendrick@aclu.org
**ACLU NATIONAL PRISON PROJECT**
39 Drumm St.
San Francisco, CA 94111
Phone: (202) 393-4930
Fax: (202) 393-4931

*Attorneys for Plaintiffs*

DAVID C. FATHI (*pro hac vice*)*
dfathi@aclu.org
ERIC BALABAN (*pro hac vice*)*
ebalaban@aclu.org
**ACLU NATIONAL PRISON PROJECT**
915 15th St., NW
Washington, D.C. 20005
Phone: (202) 393-4930
Fax: (202) 393-4931

*Not admitted in D.C., practice limited to federal courts

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS RUTHERFORD,<br><br>*Plaintiff,*<br><br>v.<br><br>ALEX VILLANUEVA, Sheriff of Los Angeles County, in his official capacity, and COUNTY OF LOS ANGELES<br><br>*Defendants*. | No. 75-CV-04111-DDP<br><br>**ORDER GRANTING UNOPPOSED EX PARTE APPLICATION FOR LEAVE TO FILE OVERSIZED BRIEF** |

IT IS HEREBY **ORDERED** that, pursuant to Local Rules 7-19 and 11-6: (1) Plaintiffs are granted leave to file a memorandum of points and authorities in support of their Ex Parte Application for a TRO and Order to Show Cause re Preliminary Injunction exceeding twenty-five (25) pages, but not to exceed thirty-five (35) pages based upon the showing made that the necessary arguments cannot be made within the stated twenty-five (25) page limit; and (2) Defendants are granted leave to file a memorandum of points and authorities in support of their Opposition to Ex Parte Application for a TRO and Order to Show Cause re Preliminary Injunction exceeding twenty-five (25) pages, but not to exceed thirty-five (35) pages, to ensure Defendants are entitled to an equal opportunity to brief the issues presented by Plaintiffs' Ex Parte Application and Order to Show Cause re Preliminary Injunction.

Dated: September 8, 2022

_____
HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE