STEPHEN YAGMAN (SBN 69737)
filing@yagmanlaw.net
YAGMAN + REICHMANN, LLP
333 Washington Boulevard
Venice Beach, California 90292-5152
(310) 452-3200

Attorneys for Intervenors

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| DENNIS RUTHERFORD, | 2:75-cv-004111-DDP |
|---|---|
| Plaintiff, | **NOTICE OF JOINDER** |
| v. | |
| SHERMAN BLOCK,, *etc.*, | |
| Defendants. | Judge Dean D. Pregerson |

Intervenors R. Costa, M. Hernandez, J. Lozada, L. Mora, and S.A. Thomas wholeheartedly and strongly joins in plaintiff's *ex parte* application, Doc. 318.

**YAGMAN + REICHMANN, LLP**

By: _____
     **STEPHEN YAGMAN**

1