# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| | CASE NUMBER: |
| DENNIS RUTHERFORD | 2:75–cv–04111–DDP |
| Plaintiff(s), | |
| v. | |
| SHERMAN BLOCK, et al. | |
| Defendant(s). | **NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   __9/8/2022__

Document No.:   __330__

Title of Document:   __Ex Parte Application__

**ERROR(S) WITH DOCUMENT:**

Incorrect event selected. Correct event to be used is: Joinder (Motion Related)

Fed. R. Civ. P. 5 no proof of service attached.

Other:

There is no Ex Parte Application attached to docket entry but a Notice of Joinder

**Note:**    **In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated:_ September 9, 2022 _          By: _ /s/ *Lori Muraoka  lori_muraoka@cacacd.uscourts.gov* _
                                                      Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112A(08/22) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS