# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | 2:75-cv-04111-DDP | Date | September 9, 2022 |
|---|---|---|---|
| Title | Rutherford v. Block | | |

| Present: The Honorable | DEAN D. PREGERSON, U.S. DISTRICT JUDGE |
|---|---|
| Krystal Pastrana Hernandez | |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |

**Proceedings:**     In Chambers

Any opposition to Plaintiffs' Ex Parte Application for a Temporary Restraining Order (Dkt. 318) shall be filed by the close of business on Monday, September 12, 2022.

: 
Initials of Preparer    kmph