OFFICE OF COUNTY COUNSEL
Dawyn Harrison (173855)
Acting County Counsel
  dharrison@counsel.lacounty.gov
Dylan Ford (228699)
Deputy County Counsel
  dford@counsel.lacounty.gov
500 West Temple St., Floor 6
Los Angeles, California 90012
Telephone:   (213) 974-1807/(213) 974-1811
Facsimile:    (213) 687-8822

KENDALL BRILL & KELLY LLP
Robert E. Dugdale (167258)
  rdugdale@kbkfirm.com
Michael J. McCarthy (334829)
  mmccarthy@kbkfirm.com
Katelyn A. Kuwata (319370)
  kkuwata@kbkfirm.com
10100 Santa Monica Blvd., Suite 1725
Los Angeles, California 90067
Telephone: (310) 272-7904
Facsimile:  (310) 556-2705

*Attorneys for Defendants Los Angeles County Sheriff Alex Villanueva and the County of Los Angeles*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DENNIS RUTHERFORD, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ALEX VILLANUEVA, Sheriff of Los Angeles County, in his official capacity, and the COUNTY OF LOS ANGELES,<br><br>　　　　Defendants. | Case No. 75-cv-04111-DDP<br><br>**PROOF OF SERVICE** |

603354365

# PROOF OF SERVICE

**STATE OF , COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of . My business address is 10100 Santa Monica Blvd., Suite 1725, Los Angeles, CA 90067.

On September 14, 2022, I served true copies of the following document(s) described as

**1.  DEFENDANTS' RESPONSE TO PLAINTIFFS' EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER [DKT. NO. 337]**

**2.  [PROPOSED] TEMPORARY RESTRAINING ORDER [DKT. NO. 337-1]** on the interested parties in this action as follows:

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the above document(s) with the Clerk of the Court by using the CM/ECF system on September 12, 2022. Participants in the case who are registered CM/ECF users were served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

**BY MAIL**: I further certify that on September 14, 2022, I served a copy of the above document on the following parties or their counsel of record by U.S. mail:

| | |
|---|---|
| Roger H Granbo<br>648 Kenneth Hahn Hall of Administration<br>Los Angeles County Counsel<br>500 W Temple Street Suite 605<br>Los Angeles CA 90012-2713 | Alonzo B Wickers<br>Davis Wright Tremaine LLP<br>865 S Figueroa Street Suite 2400<br>Los Angeles CA 90017-2566 |
| Daniel Lee<br>Lawrence Beach Allen and Choi PC<br>100 West Broadway Suite 1200<br>Glendale CA 91210-1219 | Jessica G Price<br>ACLU of Southern California<br>1313 West 8th Street<br>Los Angeles CA 90017 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 14, 2022, at Los Angeles, California.

*Carla K. Rossi*
Carla K.  Rossi

603354365

1

PROOF OF SERVICE

Kendall Brill & Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067