1 | OFFICE OF COUNTY COUNSEL
Dawyn Harrison (173855)
2 | Acting County Counsel
  dharrison@counsel.lacounty.gov
3 | Dylan Ford (SBN 228699)
Deputy County Counsel
4 |   dford@counsel.lacounty.gov
500 West Temple St., Floor 6
5 | Los Angeles, California 90012
Telephone:   213.974.1807/213.974.1811
6 | Facsimile:   213.687.8822

7 | KENDALL BRILL & KELLY LLP
Robert E. Dugdale (167258)
8 | rdugdale@kbkfirm.com
Michael J. McCarthy (334829)
9 | mmccarthy@kbkfirm.com
Katelyn A. Kuwata (319370)
10 | kkuwata@kbkfirm.com
10100 Santa Monica Blvd., Suite 1725
11 | Los Angeles, California 90067
Telephone: 310.556.2700
12 | Facsimile: 310.556.2705

*Attorneys for Defendants Los Angeles County Sheriff Alex Villanueva and County of Los Angeles*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| DENNIS RUTHERFORD, et al., | Case No. 75-cv-04111-DDP |
| Plaintiffs, | **NOTICE OF LODGING RE [JOINTLY PROPOSED] TEMPORARY RESTRAINING ORDER** |
| v. | |
| ALEX VILLANUEVA, Sheriff of Los Angeles County, in his official capacity, and the COUNTY OF LOS ANGELES, | |
| Defendants. | |

603354723.1

1 **NOTICE OF LODGING**

2   Pursuant to Local Rule 5-4.4.1, Plaintiff hereby provides notice that it has lodged the

3 attached [Jointly Proposed] Temporary Restraining Order between Plaintiff and all Defendants.

4 DATED: September 15, 2022            KENDALL BRILL & KELLY LLP

6                                      By:      s/Robert E. Dugdale
7                                             Robert E. Dugdale
                                              Attorneys for Defendants Los Angeles
8                                             County Sheriff Alex Villanueva and
                                              County of Los Angeles