1
2
3
4             **UNITED STATES DISTRICT COURT**
5      **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**
6

| 7  | DENNIS RUTHERFORD, et al.,                                                                              | Case No. 75-cv-04111-DDP        |
|----|---------------------------------------------------------------------------------------------------------|---------------------------------|
| 8  | *Plaintiffs*,                                                                                           | **TEMPORARY RESTRAINING ORDER** |
| 9  | v.                                                                                                      |                                 |
| 10 | ALEX VILLANUEVA, Sheriff of Los Angeles County, in his official capacity, and the COUNTY OF LOS ANGELES,|                                 |
| 11 |                                                                                                         |                                 |
| 12 | *Defendants*.                                                                                           |                                 |

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# TEMPORARY RESTRAINING ORDER

Pending a hearing on the Order to Show Cause, the Defendants, their officers, agents, employees, attorneys, assignees, and all those in active concert with them are hereby immediately restrained and enjoined from:

1. Holding an incarcerated person in the Inmate Reception Center (IRC) for more than 24 hours. The IRC consists of a reception and booking area; a classification area; a bath area; the IRC Clinic (which includes the IRC Clinic Front Bench); a series of holding cells, and Module 231, an overflow module in Twin Towers Correctional Facility. This Order shall not apply to Module 231. In the event an individual shall remain continuously in the IRC for more than 24 hours, Defendants shall document the following:

    (a) the date and time the individual first entered the IRC;

    (b) the reasons why the individual remained in the IRC longer than 24 hours;

    (c) the date and time the individual was removed from the IRC; and

    (d) the location of the individual after removal from the IRC.

Plaintiffs shall be provided with this documentation upon request.

In the event that a person leaves the IRC for medical treatment at another facility within or without the Los Angeles County Jail System, the 24-hour period shall begin anew if the person returns to the IRC after an absence extending twelve hours or more where the person has been provided a bed off-site.

2. Holding an incarcerated person on the IRC Clinic Front Bench, handcuffed, chained, or tethered to a chair or any other object, for more than four hours. In the event an individual remains on the Front Bench for more than four hours, Defendants shall document the following:

    (a) the date and time the individual was first placed on the Front

        Bench;

    (b)  the reason(s) why the individual is on the Front Bench, including the person's Mental Health Level of Care (P Level);

    (c)  the date and time of initial mental health screening;

    (d)  the date and time of any subsequent mental health or medical evaluation;

    (e)  the date and time each individual was removed from the Front Bench temporarily, how long the person remained untethered, and the reason why (e.g., escort to bathroom, mental health screening);

    (f)  the date and time each individual was permanently removed from the Front Bench; and

    (g)  the location of individual after removal from Front Bench.

Plaintiffs shall be provided with this documentation upon request.

3.    Holding more people in a holding cell in the IRC than established by the Board of State and Community Corrections (BSCC) holding capacity without first exhausting every other means to avoid placing more people in a holding cell than the holding capacity permits. The latest BSCC capacity numbers for cells within the IRC are listed in the exhibit attached to this Order. Two areas, however, will not be governed by the attached exhibit: (1) IRC Clinic Cage and (2) Cell 113. For purposes of this TRO, the IRC Clinic cage, when locked, shall have a capacity of 50 people. Cell 113 shall be used as a holding cell with a 16-person capacity. Additionally, the "Release" cell is not subject to the provisions of the TRO, provided that it continues to be used as a staging cell for brief release purposes. In the event more people are in a holding cell than holding capacity permits, this event shall be documented as follows:

    (a) the date and time of placement;

(b) the type of placement;

(c) the date and time of release;

(d) the number of persons in the cell at time of placement; and

(e) the identification of the particular holding cell or cage.

Plaintiffs shall be provided with this documentation upon request.

4. Holding an incarcerated person in an IRC holding cell for more than 12 hours total. Moving an individual from one holding cell in the IRC to another holding cell in the IRC does not re-start the 12-hour clock. In the event that an incarcerated person is detained in a holding cell for longer than 12 hours, Defendants shall document the following:

(a) the date and time of placement;

(b) the reasons why an individual was in a holding cell or cells for more than 12 hours;

(c) the type of placement;

(d) the date and time of release;

(e) the number of persons in the cell at time of placement; and

(f) the identification of the particular holding cell.

Plaintiffs shall be provided with this documentation upon request.

5. Holding an incarcerated person in the IRC Clinic cage, when locked, for more than eight hours total. In the event that an incarcerated person is held in the IRC Clinic cage, when locked, for more than eight hours, Defendants shall document the following:

(a) the date and time of placement;

(b) the reasons why an individual was in the IRC cage for more than eight hours;

(c) the type of placement;

(d) the date and time of release; and

(e) the number of persons in the cage at time of placement.

Plaintiffs shall be provided with this documentation upon request.

6. Holding an incarcerated person in the IRC clinic area, cage, or any cell in the IRC when that location is not in a clean and sanitary condition, with access to functioning toilets, potable drinking water, clean water to wash, and sufficient garbage receptacles.

7. Holding an incarcerated person in the IRC clinic area, cage, or any cell in the IRC without providing ongoing access to adequate medical and mental health care, including but not limited to regular pill call.

IT IS FURTHER ORDERED that, because Plaintiffs are indigent, they need not post any bond in connection with this temporary restraining order.

IT IS SO ORDERED.

Dated: September 16, 2022

_____
HONORABLE DEAN D. PREGERSON
United States District Court Judge

# EXHIBIT

**BOARD OF STATE AND COMMUNITY CORRECTIONS - BIENNIAL INSPECTION**
**ADULT DETENTION FACILITY**
**LIVING AREA SPACE EVALUATION**

BSCC Code: 1330

| FACILITY: Los Angeles Sheriff's Department Inmate Reception Center | TYPE: II | RC: 0 |
|---|---|---|
| FIELD REPRESENTATIVE: Charlene Aboytes | | DATE: March 12, 2018 |

| Location | ROOMS | | | | | | EACH ROOM | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Cell Type | Applicable Standards | # Cells | EACH CELL | | Total RC | DIMENSIONS (L x W x H) | FIXTURES* | | | | |
| | | | | # Beds | RC | | | T | U | W | F | S |
| note | | | | | | | | | | | | |

Note: Regulations limit holding cell capacity to a maximum of 16 inmates. Capacity of several cells is lower than this maximum due to available seating (18"/inmate). Staging cells are allowed under 1991 regulations and can hold up to 80 inmates, with adequate square footage and plumbing fixtures.

Effective 1/8/05, management of TTCF Modules 231 and 232 was assumed by IRC to provide a bed and temporary housing for inmates with health care needs to address before processing can be completed. Consequently, 384 beds were deleted from the TTCF rated capacity and associated with IRC.

2014-2016 inspection cycle – The rated capacity for the IRC has been changed from 336 to 0. For the last several inspection cycles, the rated capacity for the IRC has been 336. This bed count came from the number of beds shown on the IRC LASE for Modules 231 (168) and 232 (168). At the time of this inspection the cells in Module 231 had been converted to non-rated medical beds (120) used to house inmates requiring intensive mental health services upon booking. (Although there are some exceptions, these inmates are held in this pod for less than 48 hours.) Additionally, the beds in Module 232 (168) have been transferred to TTCF and removed from this LASE. 336 – 168 – 168 = 0. *(Previous LASE's for IRC have shown conflicting RC information. Since at least the 2002-2004 inspection cycle, the LASE for TTCF has shown 32 beds (16 x 2) in each of the six units in Module 231. However, since the 2008-2010 inspection cycle, the LASE for IRC has shown 28 beds in each of those six units. This discrepancy does not affect the total RC of IRC because Module 231 had been converted to non-rated medical beds.)*

**RECEPTION – FIRST FLOOR**

| Location | Cell Type | Applicable Standards | # Cells | # Beds | RC | Total RC | Dimensions | T | U | W | F | S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 101 | Sobering | 1988 | 1 | | (8) | (8) | 15' x 10.5' | 1 | | 1 | 1 | |

Note: Padded floor; regulations limit sobering cell capacity to 8 inmates. This is the only dedicated sobering cell in the facility.

| 102 | Holding | 1988 | 1 | | (4) | (4) | 7.3' x 10.5' | 1 | | 1 | 1 | |
| 103 | Holding | 1988 | 1 | | (4) | (4) | 7.2' x 10.5' | 1 | | 1 | 1 | |
| 104 | Holding | 1988 | 1 | | (4) | (4) | 7.2' x 10.5' | 1 | | 1 | 1 | |
| 105 | Holding | 1988 | 1 | | (4) | (4) | 7.4' x 10.5' | 1 | | 1 | 1 | |

Note: In addition to the holding cells noted below, the reception area includes two "uncuff" rooms (A and B) that have no plumbing facilities. They are technically not holding cells and are considered "pre-booking" areas for BSCC purposes.

**BOOKING – REAR**

Notes: In addition to the holding cells below, there are three unlocked holding areas (A, B and C), each of which has two combination toilet/washbasin/fountain units. As unlocked areas, they are not technically holding cells.

| 134 | Holding | 1988 | 1 | | (13) | (13) | 144 square feet | 1 | | 1 | 1 | |

Note: 18' bench; 5-sided irregular.

| 135 | Holding | 1988 | 1 | | (13) | (13) | 132 square feet | 1 | | 1 | 1 | |

Note: 28' bench.

| 136 | Holding | 1988 | 1 | | (16) | (16) | 168 square feet | 1 | | 1 | 1 | |

Note: 34.8' bench.

| 137 | Holding | 1988 | 1 | | (5) | (5) | 73 square feet | 1 | | 1 | 1 | |

Note: 9.4' bench.

| 138 | Holding | 1988 | 1 | | (1) | (1) | 40 square feet | 1 | | 1 | 1 | |

Note: Irregular shape; 2' bench.

*T = Toilets; U = Urinals; W = Wash Basins; F = Fountains; S = Showers in unit; If "Total RC" appears in brackets ( ), it is not part of the facility's rated capacity. "+" indicates that capacity includes prorated air space from adjacent areas.

| Location | ROOMS | | | | | EACH ROOM | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Cell Type | Applicable Standards | # Cells | EACH CELL | | DIMENSIONS (L x W x H) | FIXTURES* | | | | |
| | | | | # Beds | RC | Total RC | | T | U | W | F | S |
| **CLINIC – REAR** | | | | | | | | | | | |
| Notes: In addition to the holding cells below, there are three unlocked holding areas (1, 2 and 3), each of which has two combination toilet/washbasin/fountain units. As unlocked areas, they are not technically holding cells. | | | | | | | | | | | |
| 129 | Holding | 1988 | 1 | | (5) | (5) | 37 square feet | 1 | | 1 | 1 | |
| Note: ADA cell does not contain a bench to allow for wheelchair. The cell can only be used if the inmate is in a wheel chair, otherwise the cell does not meet regulations. | | | | | | | | | | | |
| 130 | Holding | 1988 | 1 | | (2) | (2) | 48 square feet | 1 | | 1 | 1 | |
| 131 | Holding | 1988 | 1 | | (16) | (16) | 168 square feet | 1 | | 1 | 1 | |
| 132 | Holding | 1988 | 1 | | (14) | (14) | 140 square feet | 1 | | 1 | 1 | |
| 133 | Holding | 1988 | 1 | | (12) | (12) | 128 square feet | 1 | | 1 | 1 | |
| **BATH HOLDING** | | | | | | | | | | | |
| 114 | Holding | 1988 | 1 | | (5) | (5) | 81 square feet | 1 | | 1 | 1 | |
| 115 | Holding | 1988 | 1 | | (14) | (14) | 180 square feet | 1 | | 1 | 1 | |
| 116 | Holding | 1988 | 1 | | (14) | (14) | 180 square feet | 1 | | 1 | 1 | |
| 117 | Holding | 1988 | 1 | | (5) | (5) | 81 square feet | 1 | | 1 | 1 | |
| 118 | Holding | 1988 | 1 | | (5) | (5) | 81 square feet | 1 | | 1 | 1 | |
| | Shower | 1988 | 1 | | | | | 1 | | 1 | 1 | 60 |
| | Shower | 1988 | 1 | | | | | 1 | | 1 | 1 | 60 |
| Note: Two shower lines are near the medical section of the IRC. There are 60 showers on each line. | | | | | | | | | | | |
| **MEDICAL** | | | | | | | | | | | |
| 119 | Holding | 1988 | 1 | | | | Medical Waiting | 1 | | 1 | 1 | |
| 120 | Holding | 1988 | 1 | | | | Medical Waiting | 1 | | 1 | 1 | |
| 121 | Holding | 1988 | 1 | | | | Psych. Waiting | 1 | | 1 | 1 | |
| 123 | Holding | 1988 | 1 | | (3) | (3) | 72 square feet | 1 | | 1 | 1 | |
| 124 | Holding | 1988 | 1 | | (3) | (3) | 72 square feet | 1 | | 1 | 1 | |
| 125 | Holding | 1988 | 1 | | (3) | (3) | 72 square feet | 1 | | 1 | 1 | |
| 126 | Original holding cell converted to expand office/exam area. | | | | | | | | | | | |
| 127 | Holding | 1988 | 1 | | (3) | (3) | 72 square feet | 1 | | 1 | 1 | |
| 128 | Original holding cell converted to Health Information Management Office. | | | | | | | | | | | |
| Notes: Cells 123, 124, 125 & 127 are considered medical isolation pending evaluation and housing decisions. A non-rated wire "caged" area was added to the clinic screening waiting area in 2/02 to provide better security for clinic overflow. 2016-2018 inspection cycle - Cell 121 had five 4' X 4' holding enclosures with "no-throw" seating and one enclosure with toilet/wash basin/drinking fountain added | | | | | | | | | | | |
| **COURTLINE** | | | | | | | | | | | |
| 106 | Storage | 1988 | | | | | 165 square feet | 1 | | 1 | 1 | |
| 107 | Holding | 1988 | 1 | | (16) | (16) | 165 square feet | 1 | | 1 | 1 | |
| 108 | Holding | 1988 | 1 | | (14) | (14) | 165 square feet | 1 | | 1 | 1 | |
| 109 | Holding | 1988 | 1 | | (7) | (7) | 108 square feet | 1 | | 1 | 1 | |
| 110 | Holding | 1988 | 1 | | (14) | (14) | 184 square feet | 1 | | 1 | 1 | |
| 111 | Holding | 1988 | 1 | | (14) | (14) | 176 square feet | 1 | | 1 | 1 | |
| 112 | Holding | 1988 | 1 | | (14) | (14) | 176 square feet | 1 | | 1 | 1 | |

*T = Toilets; U = Urinals; W = Wash Basins; F = Fountains; S = Showers in unit; If "Total RC" appears in brackets ( ), it is not part of the facility's rated capacity. "+" indicates that capacity includes prorated air space from adjacent areas.

1330 LASD IRC LAS;7/11/2018    - 2 -    A360 LAS Adult.dot (9/98)
Exhibit
Page 7

| Location | ROOMS | | | | | | EACH ROOM | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Cell Type | Applicable Standards | # Cells | EACH CELL | | Total RC | DIMENSIONS (L x W x H) | FIXTURES* | | | | |
| | | | | # Beds | RC | | | T | U | W | F | S |
| 113 | Staging | 1991 | 1 | | (44) | (44) | 440 square feet | 2 | 1 | 2 | | |
| 122 | Holding | 1988 | 1 | | (16) | (16) | 260 square feet | 1 | | 1 | 1 | |
| 2016-2018 inspection cycle - Cell 106 has been converted to a storage for disaster equipment. Cell 110 has been converted to an "ADA" cell with necessary furnishings. | | | | | | | | | | | | |
| **2ND FLOOR – CORRIDOR A – CUSTODY LINE** | | | | | | | | | | | | |
| 201 | Holding | 1988 | 1 | | (14) | (14) | 222 square feet | 1 | | 1 | 1 | |
| 202 | Holding | 1988 | 1 | | (14) | (14) | 197 square feet | 1 | | 1 | 1 | |
| 203 | Holding | 1988 | 1 | | (14) | (14) | 206 square feet | 1 | | 1 | 1 | |
| 204 | Holding | 1988 | 1 | | (15) | (15) | 197 square feet | 1 | | 1 | 1 | |
| 205 | Holding | 1988 | 1 | | (14) | (14) | 222 square feet | 1 | | 1 | 1 | |
| 206 | Holding | 1988 | 1 | | (16) | (16) | 214 square feet | 1 | | 1 | 1 | |
| 207 | Holding | 1988 | 1 | | (15) | (15) | 206 square feet | 1 | | 1 | 1 | |
| 208 | Holding | 1988 | 1 | | (16) | (16) | 187 square feet | 1 | | 1 | 1 | |
| 209 | Holding | 1988 | 1 | | (16) | (16) | 230 square feet | 1 | | 1 | 1 | |
| 210 | Holding | 1988 | 1 | | (16) | (16) | 207 square feet | 1 | | 1 | 1 | |
| 211 | Holding | 1988 | 1 | | (15) | (15) | 210 square feet | 1 | | 1 | 1 | |
| 212 | Holding | 1988 | 1 | | (16) | (16) | 197 square feet | 1 | | 1 | 1 | |
| 213 | Holding | 1988 | 1 | | (14) | (14) | 198 square feet | 1 | | 1 | 1 | |
| 214 | Holding | 1988 | 1 | | (16) | (16) | 201 square feet | 1 | | 1 | 1 | |
| 215 | Holding | 1988 | 1 | | (14) | (14) | 182 square feet | 1 | | 1 | 1 | |
| 216 | Holding | 1988 | 1 | | (16) | (16) | 194 square feet | 1 | | 1 | 1 | |
| 217 | Holding | 1988 | 1 | | (15) | (15) | 176 square feet | 1 | | 1 | 1 | |
| 218 | Holding | 1988 | 1 | | (16) | (16) | 176 square feet | 1 | | 1 | 1 | |
| 219 | Holding | 1988 | 1 | | (5) | (5) | 102 square feet | 1 | | 1 | 1 | |
| 220 | Holding | 1988 | 1 | | (16) | (16) | 179 square feet | 1 | | 1 | 1 | |
| 2016-2018 inspection cycle Cell 202 has been converted to an "ADA" cell with necessary furnishings. | | | | | | | | | | | | |
| **CORRIDOR B – CUSTODY LINE** | | | | | | | | | | | | |
| 221 | Holding | 1988 | 1 | | (16) | (16) | 198 square feet | 1 | | 1 | 1 | |
| 222 | Holding | 1988 | 1 | | (16) | (16) | 197 square feet | 1 | | 1 | 1 | |
| 223 | Holding | 1988 | 1 | | (16) | (16) | 206 square feet | 1 | | 1 | 1 | |
| 224 | Holding | 1988 | 1 | | (16) | (16) | 179 square feet | 1 | | 1 | 1 | |
| 225 | Holding | 1988 | 1 | | (16) | (16) | 210 square feet | 1 | | 1 | 1 | |
| 226 | Holding | 1988 | 1 | | (16) | (16) | 191 square feet | 1 | | 1 | 1 | |
| 227 | Holding | 1988 | 1 | | (16) | (16) | 210 square feet | 1 | | 1 | 1 | |
| 228 | Holding | 1988 | 1 | | (16) | (16) | 160 square feet | 1 | | 1 | 1 | |
| 229 | Holding | 1988 | 1 | | (16) | (16) | 209 square feet | 1 | | 1 | 1 | |
| **RELEASE** | | | | | | | | | | | | |
| 230 | Holding | 1988 | 1 | | (16) | (16) | 184 square feet | 1 | | 1 | 1 | |
| 232 | Holding | 1988 | 1 | | (16) | (16) | 184 square feet | 1 | | 1 | 1 | |
| 233 | O/S Agency Office | 1988 | | | | | 260 square feet | 1 | | 1 | 1 | |

*T = Toilets; U = Urinals; W = Wash Basins; F = Fountains; S = Showers in unit; If "Total RC" appears in brackets ( ), it is not part of the facility's rated capacity. "+" indicates that capacity includes prorated air space from adjacent areas.

1330 LASD IRC LAS;7/11/2018                                  - 3 -                              A360 LAS Adult.dot (9/98)
Exhibit
Page 8

| Location | ROOMS | | | | | | EACH ROOM | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Cell Type | Applicable Standards | # Cells | EACH CELL | | Total RC | DIMENSIONS (L x W x H) | FIXTURES* | | | | |
| | | | | # Beds | RC | | | T | U | W | F | S |
| 234 | Holding | 1988 | 1 | | (16) | (16) | 204 square feet | 1 | | 1 | 1 | |
| 235 | Holding | 1988 | 1 | | (16) | (16) | 216 square feet | 1 | | 1 | 1 | |
| 236 | Holding | 1988 | 1 | | (16) | (16) | 204 square feet | 1 | | 1 | 1 | |
| 237 | Holding | 1988 | 1 | | (16) | (16) | 192 square feet | 1 | | 1 | 1 | |
| 238 | Holding | 1988 | 1 | | (16) | (16) | 204 square feet | 1 | | 1 | 1 | |
| 239 | Holding | 1988 | 1 | | (16) | (16) | 216 square feet | 1 | | 1 | 1 | |
| 240 | Holding | 1988 | 1 | | (16) | (16) | 204 square feet | 1 | | 1 | 1 | |
| 241 | Holding | 1988 | 1 | | (16) | (16) | 192 square feet | 1 | | 1 | 1 | |
| 242 | Holding | 1988 | 1 | | (4) | (4) | 185 square feet | 1 | | 1 | 1 | |
| 243 | Holding | 1988 | 1 | | (16) | (16) | 172 square feet | 1 | | 1 | 1 | |
| 244 | Holding | 1988 | 1 | | (8) | (8) | 185 square feet | 1 | | 1 | 1 | |
| 245 | *DNA Room* | 1988 | 1 | | | | 168 square feet | 1 | | 1 | 1 | |
| 246 | Holding | 1988 | 1 | | (8) | (8) | 203 square feet | 1 | | 1 | 1 | |
| Release | Staging | 1991 | 1 | | (32) | (32) | 700 square feet | 1 | 1 | 2 | 2 | |

Note:  At the time of the 4/2007 inspection it was determined that cells 233, 242, and 245 are now used as office space for the various staff.  This will not affect the BRC because all cells converted are holding cells.

2016-2018 inspection cycle - Cell 230 was converted to an ADA cell with necessary furnishings. Cell 246 had two enclosures with seating and one with a toilet/was basin/drinking fountain added.

**MODULE 231**

| 231-A | Medical Beds | 1988 | 16 | 2 | (1-2) | (20) | See notes below | 1 | | 1 | 1 | 2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 231-B | Medical Beds | 1988 | 16 | 2 | (1-2) | (20) | | 1 | | 1 | 1 | 2 |
| 231-C | Medical Beds | 1988 | 16 | 2 | (1-2) | (20) | | 1 | | 1 | 1 | 2 |
| 231-D | Medical Beds | 1988 | 16 | 2 | (1-2) | (20) | | 1 | | 1 | 1 | 2 |
| 231-E | Medical Beds | 1988 | 16 | 2 | (1-2) | (20) | | 1 | | 1 | 1 | 2 |
| 231-F | Medical Beds | 1988 | 16 | 2 | (1-2) | (20) | | 1 | | 1 | 1 | 2 |

Note:  Two showers per pod; 32 seats at dayroom tables.  Each module has pods with 16 cells, 8 at the upper tier, 8 at bottom level.  Of the 16 cells, 12 are 72 square feet and 4 are 100 square feet (these are single cells addressing ADA issues).

2014-2016 inspection cycle – At the time of this inspection the cells in Module 231 had been converted to non-rated medical beds (120) used to house inmates requiring intensive mental health services upon booking. (Although there are some exceptions, these inmates are held in this pod for less than 48 hours.)  The beds in Module 232 have been transferred to TTCF and removed from this LASE.

2016-2018 inspection cycle – Showers have been added to all housing units raising the total to two in each pod.  Bunks have been placed into the dayrooms of each unit as follows: A - 7 singles; B – 10 singles; C – 7 triples; D – 7 triples; E – 7 triples; and F – 7 triples.

**OLD IRC**

2014-2016 inspection cycle – The Old IRC is located on the ground floor in the rear portion of Men's Central Jail (MCJ) and serves as the principle intake reception center for the LASD system prior to the construction of the present IRC.  It is used as a satellite for the current IRC as part of that facility's system and not that of MCJ.  Specifically, this area is used as the sorting and temporary staging area for all inmates from IRC that are going to court.  This area is under the command of the IRC Captain.   This is the first time that this area is included in IRC's LASE.

| 1 | Staging | 1963 | 1 | | (19) | (19) | 197 Square Feet | 1 | 1 | 1 | 1 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

*T = Toilets; U = Urinals; W = Wash Basins; F = Fountains; S = Showers in unit;  If "Total RC" appears in brackets ( ), it is not part of the facility's rated capacity.  "+" indicates that capacity includes prorated air space from adjacent areas.

| Location | ROOMS | | | | | | EACH ROOM | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Cell Type | Applicable Standards | # Cells | EACH CELL | | Total RC | DIMENSIONS (L x W x H) | FIXTURES* | | | | |
| | | | | # Beds | RC | | | T | U | W | F | S |
| 2 | Staging | 1963 | 1 | | (19) | (19) | 197 Square Feet | 1 | 1 | 1 | 1 | |
| 3 | Staging | 1963 | 1 | | (19) | (19) | 197 Square Feet | 1 | 1 | 1 | 1 | |
| 4 | Staging | 1963 | 1 | | (19) | (19) | 197 Square Feet | 1 | 1 | 1 | 1 | |
| 5 | Staging | 1963 | 1 | | (19) | (19) | 197 Square Feet | 1 | 1 | 1 | 1 | |
| 6 | Staging | 1963 | 1 | | (21) | (21) | 217 Square Feet | 1 | 1 | 1 | 1 | |
| 7 | Staging | 1963 | 1 | | (19) | (19) | 191 Square Feet | 1 | 1 | 1 | 1 | |
| 8 | Staging | 1963 | 1 | | (19) | (19) | 191 Square Feet | 1 | 1 | 1 | 1 | |
| 9 | Staging | 1963 | 1 | | (19) | (19) | 191 Square Feet | 1 | 1 | 1 | 1 | |
| 10 | Staging | 1963 | 1 | | (19) | (19) | 191 Square Feet | 1 | 1 | 1 | 1 | |
| 11 | Staging | 1963 | 1 | | (19) | (19) | 198 Square Feet | 1 | 1 | 1 | 1 | |
| 12 | Staging | 1963 | 1 | | (19) | (19) | 198 Square Feet | 1 | 1 | 1 | 1 | |
| 13 | Staging | 1963 | 1 | | (19) | (19) | 198 Square Feet | 1 | 1 | 1 | 1 | |
| 14 | Staging | 1963 | 1 | | (19) | (19) | 198 Square Feet | 1 | 1 | 1 | 1 | |
| 15 | Staging | 1963 | 1 | | (22) | (22) | 220 Square Feet | 1 | 1 | 1 | 1 | |
| 16 | Staging | 1963 | 1 | | (21) | (21) | 218 Square Feet | 1 | 1 | 1 | 1 | |
| 17 | Staging | 1963 | 1 | | (19) | (19) | 196 Square Feet | 1 | 1 | 1 | 1 | |
| 18 | Staging | 1963 | 1 | | (19) | (19) | 196 Square Feet | 1 | 1 | 1 | 1 | |
| 19 | Staging | 1963 | 1 | | (19) | (19) | 196 Square Feet | 1 | 1 | 1 | 1 | |
| 20 | Staging | 1963 | 1 | | (20) | (20) | 200 Square Feet | 1 | 1 | 1 | 1 | |
| 21 | Staging | 1963 | 1 | | (26) | (26) | 261 Square Feet | 1 | 1 | 1 | 1 | |
| 22 | Staging | 1963 | 1 | | (25) | (25) | 257 Square Feet | 1 | 1 | 1 | 1 | |
| 23 | Staging | 1963 | 1 | | (25) | (25) | 257 Square Feet | 1 | 1 | 1 | 1 | |
| 24 | Staging | 1963 | 1 | | (25) | (25) | 257 Square Feet | 1 | 1 | 1 | 1 | |
| 25 | Staging | 1963 | 1 | | (25) | (25) | 257 Square Feet | 1 | 1 | 1 | 1 | |
| 26 | Staging | 1963 | 1 | | (21) | (21) | 213 Square Feet | 1 | 1 | 1 | 1 | |
| 27 | Staging | 1963 | 1 | | (21) | (21) | 213 Square Feet | 2 | 1 | 1 | 1 | |
| 28 | Staging | 1963 | 1 | | (21) | (21) | 213 Square Feet | 2 | 1 | 1 | 1 | |
| 29 | Staging | 1963 | 1 | | (21) | (21) | 213 Square Feet | 2 | 1 | 1 | 1 | |
| 30 | Staging | 1963 | 1 | | (21) | (21) | 213 Square Feet | 2 | 1 | 1 | 1 | |
| 31 | Staging | 1963 | 1 | | (21) | (21) | 213 Square Feet | 1 | 1 | 1 | 1 | |
| 32 | Staging | 1963 | 1 | | (24) | (24) | 243 Square Feet | 1 | 1 | 1 | 1 | |
| 33 | Staging | 1963 | 1 | | (16) | (16) | 630 square feet | 1 | | 1 | 1 | |
| 34 | Staging | 1963 | 1 | | (22) | (22) | 227 Square Feet | 1 | 1 | 1 | 1 | |
| 35 | Staging | 1963 | 1 | | (22) | (22) | 227 Square Feet | 1 | 1 | 1 | 1 | |
| 36 | Staging | 1963 | 1 | | (22) | (22) | 227 Square Feet | 1 | 1 | 1 | 1 | |
| 37 | Staging | 1963 | 1 | | (37) | (37) | 378 Square Feet | 1 | | 1 | 1 | |
| 38 | Staging | 1963 | 1 | | (80) | (80) | 558 Square Feet | 1 | | 1 | 1 | |
| 39 | Staging | 1963 | 1 | | (31) | (31) | 319 Square Feet | 2 | | 1 | 1 | |
| A | Holding | 1963 | 1 | | (2) | (2) | 50 Square Feet | 1 | | 1 | 1 | |
| B | Holding | 1963 | 1 | | (2) | (2) | 50 Square Feet | 1 | | 1 | 1 | |

*T = Toilets; U = Urinals; W = Wash Basins; F = Fountains; S = Showers in unit;  If "Total RC" appears in brackets ( ), it is not part of the facility's rated capacity.  "+" indicates that capacity includes prorated air space from adjacent areas.

| ROOMS | | | | | | EACH ROOM | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Location | Cell Type | Applicable Standards | # Cells | EACH CELL | | Total RC | DIMENSIONS (L x W x H) | FIXTURES* | | | |
| | | | | # Beds | RC | | | T | U | W | F | S |
| C | Holding | 1963 | 1 | | (2) | (2) | 50 Square Feet | 1 | | 1 | 1 | |
| D | Holding | 1963 | 1 | | (2) | (2) | 50 Square Feet | 1 | | 1 | 1 | |
| E | Holding | 1963 | 1 | | (2) | (2) | 50 Square Feet | 1 | | 1 | 1 | |
| F | Holding | 1963 | 1 | | (2) | (2) | 50 Square Feet | 1 | | 1 | 1 | |
| G | Holding | 1963 | 1 | | (2) | (2) | 50 Square Feet | 1 | | 1 | 1 | |
| H | Holding | 1963 | 1 | | (2) | (2) | 35 Square Feet | 1 | | 1 | 1 | |
| I | Holding | 1963 | 1 | | (2) | (2) | 50 Square Feet | 1 | | 1 | 1 | |
| J | Holding | 1963 | 1 | | (2) | (2) | 50 Square Feet | 1 | | 1 | 1 | |
| K | Holding | 1963 | 1 | | (2) | (2) | 50 Square Feet | 1 | | 1 | 1 | |

*T = Toilets;  U = Urinals;  W = Wash Basins;  F = Fountains;  S = Showers in unit;  If "Total RC" appears in brackets ( ), it is not part of the facility's rated capacity.  "+" indicates that capacity includes prorated air space from adjacent areas.