# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:75-cv-04111-DDP | Date | September 20, 2022 |
|---|---|---|---|
| Title | Rutherford v. Block | | |

| Present: The Honorable | Dean D. Pregerson, United States District Judge |
|---|---|

| K. Pastrana Hernandez | n/a | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| None | None |

**Proceedings:**     **In Chambers**

    Absent objection, the court will enter the Temporary Restraining Order, filed September 16, 2022 [345], as a preliminary injunction. Any objection shall be filed no later than September 23, 2022.

                                                  Initials of Preparer     kmh