**BOARD OF STATE AND COMMUNITY CORRECTIONS - BIENNIAL INSPECTION**
**ADULT DETENTION FACILITY**
**LIVING AREA SPACE EVALUATION**

BSCC Code: 1330

| FACILITY: Los Angeles Sheriff's Department Inmate Reception Center | TYPE: II | RC: 0 |
|---|---|---|
| FIELD REPRESENTATIVE: Charlene Aboytes | | DATE: March 12, 2018 |

| | ROOMS | | | | | EACH ROOM | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Location | Cell Type | Applicable Standards | # Cells | EACH CELL | | Total RC | DIMENSIONS (L x W x H) | FIXTURES* | | | |
| | | | | # Beds | RC | | | T | U | W | F | S |
| Note: Regulations limit holding cell capacity to a maximum of 16 inmates.  Capacity of several cells is lower than this maximum due to available seating (18"/inmate).  Staging cells are allowed under 1991 regulations and can hold up to 80 inmates, with adequate square footage and plumbing fixtures. ||||||||||||
| Effective 1/8/05, management of TTCF Modules 231 and 232 was assumed by IRC to provide a bed and temporary housing for inmates with health care needs to address before processing can be completed.  Consequently, 384 beds were deleted from the TTCF rated capacity and associated with IRC. ||||||||||||
| 2014-2016 inspection cycle – The rated capacity for the IRC has been changed from 336 to 0.  For the last several inspection cycles, the rated capacity for the IRC has been 336.  This bed count came from the number of beds shown on the IRC LASE for Modules 231 (168) and 232 (168).  At the time of this inspection the cells in Module 231 had been converted to non-rated medical beds (120) used to house inmates requiring intensive mental health services upon booking.  (Although there are some exceptions, these inmates are held in this pod for less than 48 hours.)  Additionally, the beds in Module 232 (168) have been transferred to TTCF and removed from this LASE.  336 – 168 – 168 = 0.  *(Previous LASE's for IRC have shown conflicting RC information.  Since at least the 2002-2004 inspection cycle, the LASE for TTCF has shown 32 beds (16 x 2) in each of the six units in Module 231.  However, since the 2008-2010 inspection cycle, the LASE for IRC has shown 28 beds in each of those six units.  This discrepancy does not affect the total RC of IRC because Module 231 had been converted to non-rated medical beds.)* ||||||||||||
| **RECEPTION – FIRST FLOOR** ||||||||||||
| 101 | Sobering | 1988 | 1 | | (8) | (8) | 15' x 10.5' | 1 | | 1 | 1 | |
| Note:  Padded floor; regulations limit sobering cell capacity to 8 inmates.  This is the only dedicated sobering cell in the facility. ||||||||||||
| 102 | Holding | 1988 | 1 | | (4) | (4) | 7.3' x 10.5' | 1 | | 1 | 1 | |
| 103 | Holding | 1988 | 1 | | (4) | (4) | 7.2' x 10.5' | 1 | | 1 | 1 | |
| 104 | Holding | 1988 | 1 | | (4) | (4) | 7.2' x 10.5' | 1 | | 1 | 1 | |
| 105 | Holding | 1988 | 1 | | (4) | (4) | 7.4' x 10.5' | 1 | | 1 | 1 | |
| Note:  In addition to the holding cells noted below, the reception area includes two "uncuff" rooms (A and B) that have no plumbing facilities.  They are technically not holding cells and are considered "pre-booking" areas for BSCC purposes. ||||||||||||
| **BOOKING – REAR** ||||||||||||
| Notes:  In addition to the holding cells below, there are three unlocked holding areas (A, B and C), each of which has two combination toilet/washbasin/fountain units.  As unlocked areas, they are not technically holding cells. ||||||||||||
| 134 | Holding | 1988 | 1 | | (13) | (13) | 144 square feet | 1 | | 1 | 1 | |
| Note:  18' bench; 5-sided irregular. ||||||||||||
| 135 | Holding | 1988 | 1 | | (13) | (13) | 132 square feet | 1 | | 1 | 1 | |
| Note:  28' bench. ||||||||||||
| 136 | Holding | 1988 | 1 | | (16) | (16) | 168 square feet | 1 | | 1 | 1 | |
| Note:  34.8' bench. ||||||||||||
| 137 | Holding | 1988 | 1 | | (5) | (5) | 73 square feet | 1 | | 1 | 1 | |
| Note:  9.4' bench. ||||||||||||
| 138 | Holding | 1988 | 1 | | (1) | (1) | 40 square feet | 1 | | 1 | 1 | |
| Note:  Irregular shape; 2' bench. ||||||||||||

*T = Toilets; U = Urinals; W = Wash Basins; F = Fountains; S = Showers in unit;  If "Total RC" appears in brackets ( ), it is not part of the facility's rated capacity.  "+" indicates that capacity includes prorated air space from adjacent areas.

| Location | ROOMS Cell Type | Applicable Standards | # Cells | EACH CELL # Beds | EACH CELL RC | Total RC | EACH ROOM DIMENSIONS (L x W x H) | FIXTURES* T | U | W | F | S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **CLINIC – REAR** | | | | | | | | | | | | |
| Notes: In addition to the holding cells below, there are three unlocked holding areas (1, 2 and 3), each of which has two combination toilet/washbasin/fountain units. As unlocked areas, they are not technically holding cells. | | | | | | | | | | | | |
| 129 | Holding | 1988 | 1 | | (5) | (5) | 37 square feet | 1 | | 1 | 1 | |
| Note: ADA cell does not contain a bench to allow for wheelchair. The cell can only be used if the inmate is in a wheel chair, otherwise the cell does not meet regulations. | | | | | | | | | | | | |
| 130 | Holding | 1988 | 1 | | (2) | (2) | 48 square feet | 1 | | 1 | 1 | |
| 131 | Holding | 1988 | 1 | | (16) | (16) | 168 square feet | 1 | | 1 | 1 | |
| 132 | Holding | 1988 | 1 | | (14) | (14) | 140 square feet | 1 | | 1 | 1 | |
| 133 | Holding | 1988 | 1 | | (12) | (12) | 128 square feet | 1 | | 1 | 1 | |
| **BATH HOLDING** | | | | | | | | | | | | |
| 114 | Holding | 1988 | 1 | | (5) | (5) | 81 square feet | 1 | | 1 | 1 | |
| 115 | Holding | 1988 | 1 | | (14) | (14) | 180 square feet | 1 | | 1 | 1 | |
| 116 | Holding | 1988 | 1 | | (14) | (14) | 180 square feet | 1 | | 1 | 1 | |
| 117 | Holding | 1988 | 1 | | (5) | (5) | 81 square feet | 1 | | 1 | 1 | |
| 118 | Holding | 1988 | 1 | | (5) | (5) | 81 square feet | 1 | | 1 | 1 | |
| | Shower | 1988 | 1 | | | | | 1 | | 1 | 1 | 60 |
| | Shower | 1988 | 1 | | | | | 1 | | 1 | 1 | 60 |
| Note: Two shower lines are near the medical section of the IRC. There are 60 showers on each line. | | | | | | | | | | | | |
| **MEDICAL** | | | | | | | | | | | | |
| 119 | Holding | 1988 | 1 | | | | Medical Waiting | 1 | | 1 | 1 | |
| 120 | Holding | 1988 | 1 | | | | Medical Waiting | 1 | | 1 | 1 | |
| 121 | Holding | 1988 | 1 | | | | Psych. Waiting | 1 | | 1 | 1 | |
| 123 | Holding | 1988 | 1 | | (3) | (3) | 72 square feet | 1 | | 1 | 1 | |
| 124 | Holding | 1988 | 1 | | (3) | (3) | 72 square feet | 1 | | 1 | 1 | |
| 125 | Holding | 1988 | 1 | | (3) | (3) | 72 square feet | 1 | | 1 | 1 | |
| 126 | Original holding cell converted to expand office/exam area. | | | | | | | | | | | |
| 127 | Holding | 1988 | 1 | | (3) | (3) | 72 square feet | 1 | | 1 | 1 | |
| 128 | Original holding cell converted to Health Information Management Office. | | | | | | | | | | | |
| Notes: Cells 123, 124, 125 & 127 are considered medical isolation pending evaluation and housing decisions. A non-rated wire "caged" area was added to the clinic screening waiting area in 2/02 to provide better security for clinic overflow. | | | | | | | | | | | | |
| 2016-2018 inspection cycle - Cell 121 had five 4' X 4' holding enclosures with "no-throw" seating and one enclosure with toilet/wash basin/drinking fountain added | | | | | | | | | | | | |
| **COURTLINE** | | | | | | | | | | | | |
| 106 | Storage | 1988 | | | | | 165 square feet | 1 | | 1 | 1 | |
| 107 | Holding | 1988 | 1 | | (16) | (16) | 165 square feet | 1 | | 1 | 1 | |
| 108 | Holding | 1988 | 1 | | (14) | (14) | 165 square feet | 1 | | 1 | 1 | |
| 109 | Holding | 1988 | 1 | | (7) | (7) | 108 square feet | 1 | | 1 | 1 | |
| 110 | Holding | 1988 | 1 | | (14) | (14) | 184 square feet | 1 | | 1 | 1 | |
| 111 | Holding | 1988 | 1 | | (14) | (14) | 176 square feet | 1 | | 1 | 1 | |
| 112 | Holding | 1988 | 1 | | (14) | (14) | 176 square feet | 1 | | 1 | 1 | |

*T = Toilets; U = Urinals; W = Wash Basins; F = Fountains; S = Showers in unit; If "Total RC" appears in brackets ( ), it is not part of the facility's rated capacity. "+" indicates that capacity includes prorated air space from adjacent areas.

| Location | ROOMS | | | | | EACH ROOM | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Cell Type | Applicable Standards | # Cells | EACH CELL | | Total RC | DIMENSIONS (L x W x H) | FIXTURES* | | | |
| | | | | # Beds | RC | | | T | U | W | F | S |
| 113 | Staging | 1991 | 1 | | (44) | (44) | 440 square feet | 2 | 1 | 2 | | |
| 122 | Holding | 1988 | 1 | | (16) | (16) | 260 square feet | 1 | | 1 | 1 | |
| 2016-2018 inspection cycle - Cell 106 has been converted to a storage for disaster equipment. Cell 110 has been converted to an "ADA" cell with necessary furnishings. | | | | | | | | | | | | |
| **2ND FLOOR – CORRIDOR A – CUSTODY LINE** | | | | | | | | | | | | |
| 201 | Holding | 1988 | 1 | | (14) | (14) | 222 square feet | 1 | | 1 | 1 | |
| 202 | Holding | 1988 | 1 | | (14) | (14) | 197 square feet | 1 | | 1 | 1 | |
| 203 | Holding | 1988 | 1 | | (14) | (14) | 206 square feet | 1 | | 1 | 1 | |
| 204 | Holding | 1988 | 1 | | (15) | (15) | 197 square feet | 1 | | 1 | 1 | |
| 205 | Holding | 1988 | 1 | | (14) | (14) | 222 square feet | 1 | | 1 | 1 | |
| 206 | Holding | 1988 | 1 | | (16) | (16) | 214 square feet | 1 | | 1 | 1 | |
| 207 | Holding | 1988 | 1 | | (15) | (15) | 206 square feet | 1 | | 1 | 1 | |
| 208 | Holding | 1988 | 1 | | (16) | (16) | 187 square feet | 1 | | 1 | 1 | |
| 209 | Holding | 1988 | 1 | | (16) | (16) | 230 square feet | 1 | | 1 | 1 | |
| 210 | Holding | 1988 | 1 | | (16) | (16) | 207 square feet | 1 | | 1 | 1 | |
| 211 | Holding | 1988 | 1 | | (15) | (15) | 210 square feet | 1 | | 1 | 1 | |
| 212 | Holding | 1988 | 1 | | (16) | (16) | 197 square feet | 1 | | 1 | 1 | |
| 213 | Holding | 1988 | 1 | | (14) | (14) | 198 square feet | 1 | | 1 | 1 | |
| 214 | Holding | 1988 | 1 | | (16) | (16) | 201 square feet | 1 | | 1 | 1 | |
| 215 | Holding | 1988 | 1 | | (14) | (14) | 182 square feet | 1 | | 1 | 1 | |
| 216 | Holding | 1988 | 1 | | (16) | (16) | 194 square feet | 1 | | 1 | 1 | |
| 217 | Holding | 1988 | 1 | | (15) | (15) | 176 square feet | 1 | | 1 | 1 | |
| 218 | Holding | 1988 | 1 | | (16) | (16) | 176 square feet | 1 | | 1 | 1 | |
| 219 | Holding | 1988 | 1 | | (5) | (5) | 102 square feet | 1 | | 1 | 1 | |
| 220 | Holding | 1988 | 1 | | (16) | (16) | 179 square feet | 1 | | 1 | 1 | |
| 2016-2018 inspection cycle Cell 202 has been converted to an "ADA" cell with necessary furnishings. | | | | | | | | | | | | |
| **CORRIDOR B – CUSTODY LINE** | | | | | | | | | | | | |
| 221 | Holding | 1988 | 1 | | (16) | (16) | 198 square feet | 1 | | 1 | 1 | |
| 222 | Holding | 1988 | 1 | | (16) | (16) | 197 square feet | 1 | | 1 | 1 | |
| 223 | Holding | 1988 | 1 | | (16) | (16) | 206 square feet | 1 | | 1 | 1 | |
| 224 | Holding | 1988 | 1 | | (16) | (16) | 179 square feet | 1 | | 1 | 1 | |
| 225 | Holding | 1988 | 1 | | (16) | (16) | 210 square feet | 1 | | 1 | 1 | |
| 226 | Holding | 1988 | 1 | | (16) | (16) | 191 square feet | 1 | | 1 | 1 | |
| 227 | Holding | 1988 | 1 | | (16) | (16) | 210 square feet | 1 | | 1 | 1 | |
| 228 | Holding | 1988 | 1 | | (16) | (16) | 160 square feet | 1 | | 1 | 1 | |
| 229 | Holding | 1988 | 1 | | (16) | (16) | 209 square feet | 1 | | 1 | 1 | |
| **RELEASE** | | | | | | | | | | | | |
| 230 | Holding | 1988 | 1 | | (16) | (16) | 184 square feet | 1 | | 1 | 1 | |
| 232 | Holding | 1988 | 1 | | (16) | (16) | 184 square feet | 1 | | 1 | 1 | |
| 233 | O/S Agency Office | 1988 | | | | | 260 square feet | 1 | | 1 | 1 | |

*T = Toilets; U = Urinals; W = Wash Basins; F = Fountains; S = Showers in unit; If "Total RC" appears in brackets ( ), it is not part of the facility's rated capacity. "+" indicates that capacity includes prorated air space from adjacent areas.

| Location | Cell Type | Applicable Standards | # Cells | EACH CELL # Beds | EACH CELL RC | Total RC | DIMENSIONS (L x W x H) | T | U | W | F | S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 234 | Holding | 1988 | 1 | | (16) | (16) | 204 square feet | 1 | | 1 | 1 | |
| 235 | Holding | 1988 | 1 | | (16) | (16) | 216 square feet | 1 | | 1 | 1 | |
| 236 | Holding | 1988 | 1 | | (16) | (16) | 204 square feet | 1 | | 1 | 1 | |
| 237 | Holding | 1988 | 1 | | (16) | (16) | 192 square feet | 1 | | 1 | 1 | |
| 238 | Holding | 1988 | 1 | | (16) | (16) | 204 square feet | 1 | | 1 | 1 | |
| 239 | Holding | 1988 | 1 | | (16) | (16) | 216 square feet | 1 | | 1 | 1 | |
| 240 | Holding | 1988 | 1 | | (16) | (16) | 204 square feet | 1 | | 1 | 1 | |
| 241 | Holding | 1988 | 1 | | (16) | (16) | 192 square feet | 1 | | 1 | 1 | |
| 242 | Holding | 1988 | 1 | | (4) | (4) | 185 square feet | 1 | | 1 | 1 | |
| 243 | Holding | 1988 | 1 | | (16) | (16) | 172 square feet | 1 | | 1 | 1 | |
| 244 | Holding | 1988 | 1 | | (8) | (8) | 185 square feet | 1 | | 1 | 1 | |
| 245 | *DNA Room* | 1988 | 1 | | | | 168 square feet | 1 | | 1 | 1 | |
| 246 | Holding | 1988 | 1 | | (8) | (8) | 203 square feet | 1 | | 1 | 1 | |
| Release | Staging | 1991 | 1 | | (32) | (32) | 700 square feet | 1 | 1 | 2 | 2 | |

Note: At the time of the 4/2007 inspection it was determined that cells 233, 242, and 245 are now used as office space for the various staff. This will not affect the BRC because all cells converted are holding cells.

2016-2018 inspection cycle - Cell 230 was converted to an ADA cell with necessary furnishings. Cell 246 had two enclosures with seating and one with a toilet/was basin/drinking fountain added.

**MODULE 231**

| Location | Cell Type | Applicable Standards | # Cells | EACH CELL # Beds | EACH CELL RC | Total RC | DIMENSIONS (L x W x H) | T | U | W | F | S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 231-A | Medical Beds | 1988 | 16 | 2 | (1-2) | (20) | See notes below | 1 | | 1 | 1 | 2 |
| 231-B | Medical Beds | 1988 | 16 | 2 | (1-2) | (20) | | 1 | | 1 | 1 | 2 |
| 231-C | Medical Beds | 1988 | 16 | 2 | (1-2) | (20) | | 1 | | 1 | 1 | 2 |
| 231-D | Medical Beds | 1988 | 16 | 2 | (1-2) | (20) | | 1 | | 1 | 1 | 2 |
| 231-E | Medical Beds | 1988 | 16 | 2 | (1-2) | (20) | | 1 | | 1 | 1 | 2 |
| 231-F | Medical Beds | 1988 | 16 | 2 | (1-2) | (20) | | 1 | | 1 | 1 | 2 |

Note: Two showers per pod; 32 seats at dayroom tables. Each module has pods with 16 cells, 8 at the upper tier, 8 at bottom level. Of the 16 cells, 12 are 72 square feet and 4 are 100 square feet (these are single cells addressing ADA issues).

2014-2016 inspection cycle – At the time of this inspection the cells in Module 231 had been converted to non-rated medical beds (120) used to house inmates requiring intensive mental health services upon booking. (Although there are some exceptions, these inmates are held in this pod for less than 48 hours.) The beds in Module 232 have been transferred to TTCF and removed from this LASE.

2016-2018 inspection cycle – Showers have been added to all housing units raising the total to two in each pod. Bunks have been placed into the dayrooms of each unit as follows: A - 7 singles; B – 10 singles; C – 7 triples; D – 7 triples; E – 7 triples; and F – 7 triples.

**OLD IRC**

2014-2016 inspection cycle – The Old IRC is located on the ground floor in the rear portion of Men's Central Jail (MCJ) and serves as the principle intake reception center for the LASD system prior to the construction of the present IRC. It is used as a satellite for the current IRC as part of that facility's system and not that of MCJ. Specifically, this area is used as the sorting and temporary staging area for all inmates from IRC that are going to court. This area is under the command of the IRC Captain. This is the first time that this area is included in IRC's LASE.

| Location | Cell Type | Applicable Standards | # Cells | EACH CELL # Beds | EACH CELL RC | Total RC | DIMENSIONS (L x W x H) | T | U | W | F | S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Staging | 1963 | 1 | | (19) | (19) | 197 Square Feet | 1 | 1 | 1 | 1 | |

*T = Toilets; U = Urinals; W = Wash Basins; F = Fountains; S = Showers in unit; If "Total RC" appears in brackets ( ), it is not part of the facility's rated capacity. "+" indicates that capacity includes prorated air space from adjacent areas.

| Location | ROOMS | | | | | | EACH ROOM | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Cell Type | Applicable Standards | # Cells | EACH CELL | | Total RC | DIMENSIONS (L x W x H) | FIXTURES* | | | | |
| | | | | # Beds | RC | | | T | U | W | F | S |
| 2 | Staging | 1963 | 1 | | (19) | (19) | 197 Square Feet | 1 | 1 | 1 | 1 | |
| 3 | Staging | 1963 | 1 | | (19) | (19) | 197 Square Feet | 1 | 1 | 1 | 1 | |
| 4 | Staging | 1963 | 1 | | (19) | (19) | 197 Square Feet | 1 | 1 | 1 | 1 | |
| 5 | Staging | 1963 | 1 | | (19) | (19) | 197 Square Feet | 1 | 1 | 1 | 1 | |
| 6 | Staging | 1963 | 1 | | (21) | (21) | 217 Square Feet | 1 | 1 | 1 | 1 | |
| 7 | Staging | 1963 | 1 | | (19) | (19) | 191 Square Feet | 1 | 1 | 1 | 1 | |
| 8 | Staging | 1963 | 1 | | (19) | (19) | 191 Square Feet | 1 | 1 | 1 | 1 | |
| 9 | Staging | 1963 | 1 | | (19) | (19) | 191 Square Feet | 1 | 1 | 1 | 1 | |
| 10 | Staging | 1963 | 1 | | (19) | (19) | 191 Square Feet | 1 | 1 | 1 | 1 | |
| 11 | Staging | 1963 | 1 | | (19) | (19) | 198 Square Feet | 1 | 1 | 1 | 1 | |
| 12 | Staging | 1963 | 1 | | (19) | (19) | 198 Square Feet | 1 | 1 | 1 | 1 | |
| 13 | Staging | 1963 | 1 | | (19) | (19) | 198 Square Feet | 1 | 1 | 1 | 1 | |
| 14 | Staging | 1963 | 1 | | (19) | (19) | 198 Square Feet | 1 | 1 | 1 | 1 | |
| 15 | Staging | 1963 | 1 | | (22) | (22) | 220 Square Feet | 1 | 1 | 1 | 1 | |
| 16 | Staging | 1963 | 1 | | (21) | (21) | 218 Square Feet | 1 | 1 | 1 | 1 | |
| 17 | Staging | 1963 | 1 | | (19) | (19) | 196 Square Feet | 1 | 1 | 1 | 1 | |
| 18 | Staging | 1963 | 1 | | (19) | (19) | 196 Square Feet | 1 | 1 | 1 | 1 | |
| 19 | Staging | 1963 | 1 | | (19) | (19) | 196 Square Feet | 1 | 1 | 1 | 1 | |
| 20 | Staging | 1963 | 1 | | (20) | (20) | 200 Square Feet | 1 | 1 | 1 | 1 | |
| 21 | Staging | 1963 | 1 | | (26) | (26) | 261 Square Feet | 1 | 1 | 1 | 1 | |
| 22 | Staging | 1963 | 1 | | (25) | (25) | 257 Square Feet | 1 | 1 | 1 | 1 | |
| 23 | Staging | 1963 | 1 | | (25) | (25) | 257 Square Feet | 1 | 1 | 1 | 1 | |
| 24 | Staging | 1963 | 1 | | (25) | (25) | 257 Square Feet | 1 | 1 | 1 | 1 | |
| 25 | Staging | 1963 | 1 | | (25) | (25) | 257 Square Feet | 1 | 1 | 1 | 1 | |
| 26 | Staging | 1963 | 1 | | (21) | (21) | 213 Square Feet | 1 | 1 | 1 | 1 | |
| 27 | Staging | 1963 | 1 | | (21) | (21) | 213 Square Feet | 2 | 1 | 1 | 1 | |
| 28 | Staging | 1963 | 1 | | (21) | (21) | 213 Square Feet | 2 | 1 | 1 | 1 | |
| 29 | Staging | 1963 | 1 | | (21) | (21) | 213 Square Feet | 2 | 1 | 1 | 1 | |
| 30 | Staging | 1963 | 1 | | (21) | (21) | 213 Square Feet | 2 | 1 | 1 | 1 | |
| 31 | Staging | 1963 | 1 | | (21) | (21) | 213 Square Feet | 1 | 1 | 1 | 1 | |
| 32 | Staging | 1963 | 1 | | (24) | (24) | 243 Square Feet | 1 | 1 | 1 | 1 | |
| 33 | Staging | 1963 | 1 | | (16) | (16) | 630 square feet | 1 | | 1 | 1 | |
| 34 | Staging | 1963 | 1 | | (22) | (22) | 227 Square Feet | 1 | 1 | 1 | 1 | |
| 35 | Staging | 1963 | 1 | | (22) | (22) | 227 Square Feet | 1 | 1 | 1 | 1 | |
| 36 | Staging | 1963 | 1 | | (22) | (22) | 227 Square Feet | 1 | 1 | 1 | 1 | |
| 37 | Staging | 1963 | 1 | | (37) | (37) | 378 Square Feet | 1 | | 1 | 1 | |
| 38 | Staging | 1963 | 1 | | (80) | (80) | 558 Square Feet | 1 | | 1 | 1 | |
| 39 | Staging | 1963 | 1 | | (31) | (31) | 319 Square Feet | 2 | | 1 | 1 | |
| A | Holding | 1963 | 1 | | (2) | (2) | 50 Square Feet | 1 | | 1 | 1 | |
| B | Holding | 1963 | 1 | | (2) | (2) | 50 Square Feet | 1 | | 1 | 1 | |

*T = Toilets; U = Urinals; W = Wash Basins; F = Fountains; S = Showers in unit;  If "Total RC" appears in brackets ( ), it is not part of the facility's rated capacity.  "+" indicates that capacity includes prorated air space from adjacent areas.

| Location | ROOMS | | | | | | EACH ROOM | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Cell Type | Applicable Standards | # Cells | EACH CELL | | Total RC | DIMENSIONS (L x W x H) | FIXTURES* | | | | |
| | | | | # Beds | RC | | | T | U | W | F | S |
| C | Holding | 1963 | 1 | | (2) | (2) | 50 Square Feet | 1 | | 1 | 1 | |
| D | Holding | 1963 | 1 | | (2) | (2) | 50 Square Feet | 1 | | 1 | 1 | |
| E | Holding | 1963 | 1 | | (2) | (2) | 50 Square Feet | 1 | | 1 | 1 | |
| F | Holding | 1963 | 1 | | (2) | (2) | 50 Square Feet | 1 | | 1 | 1 | |
| G | Holding | 1963 | 1 | | (2) | (2) | 50 Square Feet | 1 | | 1 | 1 | |
| H | Holding | 1963 | 1 | | (2) | (2) | 35 Square Feet | 1 | | 1 | 1 | |
| I | Holding | 1963 | 1 | | (2) | (2) | 50 Square Feet | 1 | | 1 | 1 | |
| J | Holding | 1963 | 1 | | (2) | (2) | 50 Square Feet | 1 | | 1 | 1 | |
| K | Holding | 1963 | 1 | | (2) | (2) | 50 Square Feet | 1 | | 1 | 1 | |

*T = Toilets; U = Urinals; W = Wash Basins; F = Fountains; S = Showers in unit;  If "Total RC" appears in brackets ( ), it is not part of the facility's rated capacity.  "+" indicates that capacity includes prorated air space from adjacent areas.