PETER J. ELIASBERG (189110)
peliasberg@aclusocal.org
MELISSA CAMACHO-CHEUNG (264024)
mcamacho@aclusocal.org
**ACLU FOUNDATION OF SOUTHERN CALIFORNIA**
1313 W. 8th Street
Los Angeles, CA 90017
Phone: (213) 977-9500
Fax: (213) 977-5299

CORENE T. KENDRICK (226642)
ckendrick@aclu.org
**ACLU NATIONAL PRISON PROJECT**
39 Drumm St.
San Francisco, CA 94111
Phone: (202) 393-4930
Fax: (202) 393-4931

DAVID C. FATHI (*pro hac vice*)*
dfathi@aclu.org
ERIC BALABAN (*pro hac vice*)*
ebalaban@aclu.org
**ACLU NATIONAL PRISON PROJECT**
915 15th St., NW
Washington, D.C. 20005
Phone: (202) 393-4930
Fax: (202) 393-4931

*Not admitted in D.C., practice limited to federal courts

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS RUTHERFORD, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ALEX VILLANUEVA, Sheriff of Los Angeles County, in his official capacity, and COUNTY OF LOS ANGELES, <br><br> *Defendants*. | No. 75-CV-04111-DDP <br><br> **PROOF OF SERVICE** |

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 765 The City Drive, Suite 360, Orange, CA 92868.

On September 23, 2022, I served true copies of the following documents:

**NOTICE OF LODGING**

**[JOINTLY PROPOSED] PRELIMINARY INJUNCTION**

**[REVISED PROPOSED] ORDER TO SHOW CAUSE**

**BY CM/ECF NOTICE OF ELECTRONIC FILING**: I electronically filed the above documents with the Clerk of Court by using the CM/ECF system on September 23, 2022. Participants in the case who are registered CM/ECF users were served by the CM/ECF system.

BY MAIL: I further certify that on September 23, 2022, I caused to be served the following documents on the below counsel of record by U.S. Mail:

Roger H Granbo
648 Kenneth Hahn Hall of Administration
Los Angeles County Counsel
500 W Temple Street Suite 605
Los Angeles CA 90012-2713

Daniel Lee
Lawrence Beach Allen and Choi PC
100 West Broadway Suite 1200
Glendale CA 91210-1219

Alonzo B Wickers
Davis Wright Tremaine LLP
865 S Figueroa Street Suite 2400
Los Angeles CA 90017-2566

1
2   I declare under penalty of perjury under the laws of the State of California
3   that the above is true and correct.
4   Executed on September 23, 2022, at Buena Park, California.
5
6
7                                         /s/ Michelle O. Castañeda
                                          Michelle O. Castañeda
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28