| | |
|---|---|
| PETER J. ELIASBERG (189110)<br>peliasberg@aclusocal.org<br>MELISSA CAMACHO-CHEUNG (264024)<br>mcamacho@aclusocal.org<br>**ACLU FOUNDATION OF SOUTHERN CALIFORNIA**<br>1313 W. 8th Street<br>Los Angeles, CA 90017<br>Phone: (213) 977-9500<br>Fax: (213) 977-5299 | DAVID C. FATHI (*pro hac vice*)\*<br>dfathi@aclu.org<br>ERIC BALABAN (*pro hac vice*)\*<br>ebalaban@aclu.org<br>**ACLU NATIONAL PRISON PROJECT**<br>915 15th St., NW<br>Washington, D.C. 20005<br>Phone: (202) 393-4930<br>Fax: (202) 393-4931<br><br>\*Not admitted in D.C., practice limited to federal courts |

CORENE T. KENDRICK (226642)
ckendrick@aclu.org
**ACLU NATIONAL PRISON PROJECT**
39 Drumm St.
San Francisco, CA 94111
Phone: (202) 393-4930
Fax: (202) 393-4931

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS RUTHERFORD, *et al.*,<br><br>   *Plaintiffs*,<br><br>v.<br><br>ALEX VILLANUEVA, Sheriff of Los Angeles County, in his official capacity, and COUNTY OF LOS ANGELES,<br><br>   *Defendants*. | **NOTICE OF LODGING RE [REVISED PROPOSED] ORDER TO SHOW CAUSE**<br><br>No. 75-CV-04111-DDP |

# **NOTICE OF LODGING**

Pursuant to Local Rule 5-4.4.1, Plaintiff hereby provides notice that it has lodged the attached [Revised Proposed] Order to Show Cause.

DATED: September 23, 2022    By:    /s/ *Melissa Camacho-Cheung*
Melissa Camacho-Cheung
Peter J. Eliasberg
**ACLU FOUNDATION OF SOUTHERN CALIFORNIA**

David C. Fathi
Corene T. Kendrick
Eric Balaban
**ACLU NATIONAL PRISON PROJECT**

Attorneys for Plaintiffs Dennis Rutherford *et al.*