PETER J. ELIASBERG (189110)
peliasberg@aclusocal.org
MELISSA CAMACHO-CHEUNG
(264024)
mcamacho@aclusocal.org
**ACLU FOUNDATION OF
SOUTHERN CALIFORNIA**
1313 W. 8th Street
Los Angeles, CA 90017
Phone: (213) 977-9500
Fax: (213) 977-5299

CORENE T. KENDRICK (226642)
ckendrick@aclu.org
**ACLU NATIONAL PRISON
PROJECT**
39 Drumm St.
San Francisco, CA 94111
Phone: (202) 393-4930
Fax: (202) 393-4931

*Attorneys for Plaintiffs*

DAVID C. FATHI (*pro hac vice*)*
dfathi@aclu.org
ERIC BALABAN (*pro hac vice*)*
ebalaban@aclu.org
**ACLU NATIONAL PRISON
PROJECT**
915 15th St., NW
Washington, D.C. 20005
Phone: (202) 393-4930
Fax: (202) 393-4931

*Not admitted in D.C., practice limited
to federal courts

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS RUTHERFORD, *et al.*,<br><br>        *Plaintiffs*,<br><br>v.<br><br>ALEX VILLANUEVA, Sheriff of Los Angeles County, in his official capacity, and COUNTY OF LOS ANGELES,<br><br>        *Defendants*. | **[REVISED PROPOSED] ORDER TO SHOW CAUSE**<br><br>No. 75-CV-04111-DDP |

DEFENDANTS COUNTY OF LOS ANGELES AND SUPERVISORS BARGER, HAHN, KUEHL, MITCHELL AND SOLIS ARE ORDERED TO SHOW CAUSE at 10:00 a.m., on October 17, 2022, or as soon as possible thereafter as counsel may be heard, in the courtroom of the Honorable Dean D. Pregerson, located at Courtroom 9C, 350 West 1st Street, Los Angeles, CA 90012, why they should not be required to produce to the Court within 90 days of this Order to Show Cause:

1. A written report detailing the number of people with mental illness who would need to be diverted from the Jail either pre-trial or subject to a probationary plea and placed in the community with appropriate mental health care and other services to reduce the backlog in IRC so that people booked into the jail can be placed in permanent housing in 24 hours or less. The report shall include, but not be limited to, an analysis of the likely effect on the population of people with mental illness in the jail caused by both (a) reductions in length of stay in the Jail resulting from pre-trial diversion or placement in community as a result of a probationary plea, and (b) reductions in the rates of recidivism for people with mental illness resulting from pre-trial diversion or placement in community as a result of a probationary plea, including placement in programs within the Office of Diversion and Reentry;

2. A written detailed explanation why Defendants have not increased funding for the Office of Diversion and Reentry to allow it to expand its ODR Housing Program by at least 1,000 beds by March 31, 2023, or funded other programs to provide an additional 1,000 beds in the community by March 31, 2023 for people with mental illness who would otherwise be in the Jail;

3. A detailed written explanation of what steps Defendants plan to take reduce the population of people with severe mental illness in the jail (a)

in the next 12 months, and (b) in the next three years, by a sufficient amount to reduce the backlog in IRC so that people booked into the jail can be placed in permanent housing in 24 hours or less. The explanation shall include specific timelines and amounts and sources of funding.

Defendants' response, if any, to this Order to Show Cause shall be filed no later than October 10, 2022.

IT IS SO ORDERED.

Dated:  September ___, 2022

_____
HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE