# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. | 2:75-CV-04111-DDP |
| Title | Rutherford v. Block |
| Date | September 15, 2022 |

**Present: The Honorable** Dean D. Pregerson, United States District Judge

| K. Pastrana Hernandez | Maria Bustillos | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Peter Eliasberg, Melissa Camacho-Cheung | Robert Dugdale, Dylan Ford |

**Proceedings:** **ZOOM HEARING: EX PARTE APPLICATION for Temporary Restraining Order as to Conditions at Inmate Reception Center of LA County Jail [318]**

*Zoom Hearing Held.*

*Court and counsel confer re Ex Parte Application for Temporary Restraining Order.*

Court to further issue an order. [346]

Initials of Preparer    kmh
TIME: 1:04