# EXHIBIT A



0 inmates over 24 hours

Exhibit A
Page 8



## Current IRC Processing Time

**IRC Processing Time**  **CLINIC Processing Time**

Today is: SEP-26-2022 09:58 AM     AJIS Data Timestamp: SEP-26-2022 09:54 AM

Inmate Count: **192**

## Inmates In **IRC** Between 24 and 48 Hours

| Booking Number | INMATE NAME | MODULE | HOURS | TEMP LOC | AGE | Sec Lvl | Spec Hndl | Keep Away | Details |
|---|---|---|---|---|---|---|---|---|---|
| 6468189 | HERRERA , CESAR | IRCL | 32.4 | | 49 | 6 | | | ♠ |
| 6468294 | FERGUSON , NILE | I231 | 32.3 | | 33 | 6 | | 10 | ♠ |
| 6468764 | GUTIERREZ , BRIAN | I231 | 26.3 | | 26 | 6 | | 10 | ♠ |
| 6470241 | ESQUIVEL , RICARDO | I231 | 25.1 | | 32 | 7 | K | 10 | ♠ |
| 6470754 | IRBY , MICHAEL | IRCL | 24.9 | | 45 | 7 | | | ♠ |
| 6468187 | ENGLISH , DEMONTSAY | IRCL | 24.6 | | 34 | 7 | | | ♠ |

Exhibit A
Page 9

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| <u>6470767</u> | MENDIOLA , JOSE | IRCL | 24.5 | | 24 | 7 | | | ♠ |
| <u>6467288</u> | ASSAFINE , SAMUEL | IRCL | 24.3 | | 59 | 6 | | | ♠ |

Inmates: **8**



0 INMATES OVER 24 HOURS



0 INMATES OVER 24 HOURS



0 inmates over 24 hours



## Current IRC Processing Time

**IRC Processing Time    CLINIC Processing Time**

Today is: SEP-28-2022 12:26 PM    AJIS Data Timestamp: SEP-28-2022 12:25 PM



Inmate Count: 354

### Inmates In **IRC** Between 24 and 48 Hours

| Booking Number | INMATE NAME | MODULE | HOURS | TEMP LOC | AGE | Sec Lvl | Spec Hndl | Keep Away | Details |
|---|---|---|---|---|---|---|---|---|---|
| 6437843 | OCHOA , CARLOS | IRIC | 32.3 | | 31 | 8 | SMR | 10 | ⬒ |
| 6468294 | FERGUSON , NILE | IRIC | 29.4 | | 33 | 6 | | 10 | ⬒ |
| 6469170 | NIROO , KAMRAN | I231 | 25.6 | | 60 | 4 | SMR | | ⬒ |



0 inmates over 24 hours



0 inmates over 24 hours



0 inmates over 24 hours



0 inmates over 24 hours



0 inmates over 24 hours.



0 inmates over 24 hours.



## Current IRCC Processing Time

**IRC Processing Time    CLINIC Processing Time**

Today is: OCT-02-2022 01:00 PM        AJIS Data Timestamp: OCT-02-2022 12:54 PM



Inmate Count: 9



## Current IRC Processing Time

**IRC Processing Time    CLINIC Processing Time**

Today is: OCT-02-2022 12:58 PM      AJIS Data Timestamp: OCT-02-2022 12:54 PM

Inmate Count: 123

## Inmates In **IRC** Between 24 and 48 Hours

| Booking Number | INMATE NAME | MODULE | HOURS | TEMP LOC | AGE | Sec Lvl | Spec Hndl | Keep Away | Details |
|---|---|---|---|---|---|---|---|---|---|
| 6474160 | TREVINO , GERARDO | I231 | 30.8 | | 37 | 7 | | | ♠ |
| 6474567 | KING , GREGORY | I231 | 28.8 | | 43 | 7 | | | ♠ |
| 6471640 | MKRTCHYAN , GOR | I231 | 25.1 | | 34 | 6 | | | ♠ |
| 6474083 | JIMENEZ , ISMAEL | I231 | 24 | | 30 | 7 | | 2 | ♠ |

Inmates: **4**









0 inmates over 24 hours





0 inmates over 24 hours



0 inmates over 24 hours





0 inmates over 24 hours



0 inmates over 24 hours





0 inmates over 24 hours



THERE ARE NO INMATES OVER 24HRS IN THE IRC CLINIC PROCESSING.



## Current IRC Processing Time
**IRC Processing Time   CLINIC Processing Time**

Today is: OCT-07-2022 11:29 AM          AJIS Data Timestamp: OCT-07-2022 11:25 AM

Inmate Count: 212

## Inmates In **IRC** Between 24 and 48 Hours

| Booking Number | INMATE NAME | MODULE | HOURS | TEMP LOC | AGE | Sec Lvl | Spec Hndl | Keep Away | Details |
|---|---|---|---|---|---|---|---|---|---|
| 6475933 | MULLER , CHRISTIAN | IRIC | 29.8 | | 38 | 9 | | | ♠ |

Exhibit A
Page 32



THERE ARE NO INMATES OVER 24HRS IN THE IRC CLINIC PROCESSING.



### Current IRC Processing Time
**IRC Processing Time   CLINIC Processing Time**

Today is: OCT-08-2022 09:55 AM     AJIS Data Timestamp: OCT-08-2022 09:40 AM

Inmate Count: 225

## Inmates In IRC Between
## 24 and 48 Hours

| Booking Number | INMATE NAME | MODULE | HOURS | TEMP LOC | AGE | Sec Lvl | Spec Hndl | Keep Away | Details |
|---|---|---|---|---|---|---|---|---|---|
| 6477656 | HENRY , JERMALE | IRCL | 26.3 | | 44 | 7 | | | ♠ |
| 6477768 | LOPEZ , KENNETH | I231 | 24.3 | | 30 | 8 | | 10 | ♠ |

Exhibit A
Page 34





## Inmates In **IRC** Between
## 24 and 48 Hours

| Booking Number | INMATE NAME | MODULE | HOURS | TEMP LOC | AGE | Sec Lvl | Spec Hndl | Keep Away | Details |
|---|---|---|---|---|---|---|---|---|---|
| 6478502 | MEJIA , LEONEL | I231 | 29.3 | | 34 | 6 | GK | 6 | ♠ |
| 6477027 | MURCHISON , CHADWICK | I231 | 24.6 | | 40 | 4 | G | 6 | ♠ |
| 6478212 | ANDRADE , TREVOR | I231 | 24.3 | | 30 | 7 | G | 6 | ♠ |
| 6477768 | LOPEZ , KENNETH | I231 | 24.3 | 12A | 30 | 8 | | 10 | ♠ |

Inmates: **4**

Exhibit A
Page 36



**Current IRCC Processing Time**
IRC Processing Time   CLINIC Processing Time

Today is: OCT-10-2022 10:36 AM      AJIS Data Timestamp: OCT-10-2022 10:25 AM

Inmate Count: 17



Current IRC Processing Time

**IRC Processing Time**   **CLINIC Processing Time**

Today is: OCT-10-2022 10:34 AM        AJIS Data Timestamp: OCT-10-2022 10:25 AM

Inmate Count: **135**

## Inmates In **IRC** Between
## 24 and 48 Hours

| Booking Number | INMATE NAME | MODULE | HOURS | TEMP LOC | AGE | Sec Lvl | Spec Hndl | Keep Away | Details |
|---|---|---|---|---|---|---|---|---|---|
| 6478697 | BIGGERS , MARCEL | I231 | 24.4 | | 36 | 7 | Y | 6 | ♠ |

Inmates: **1**

# EXHIBIT B

16.     **Addressing the Mental Health Crisis in Los Angeles County: Developing Mental Health Care Facilities to Help Depopulate the Jail**

Recommendation as submitted by Supervisors Solis and Hahn: Direct the Jail Closure Implementation Team (JCIT) and the Alternatives to Incarceration Initiative (ATI) as co-leads, with support from the Acting Director of Mental Health, the Director of Health Services, through its Director of Correctional Health Services and the Office of Diversion and Re-Entry, the Director of Public Health, the Alliance for Health Integration, the Acting County Counsel, and in collaboration with the District Attorney, the Public Defender, the Alternate Public Defender, and the Executive Officer/Clerk of the Superior Court, to develop a set of recommendations regarding the composition and number of secured, non-correctional mental health care facility beds needed to safely and appropriately transition from jail custody those incarcerated at the P3 and P4 levels of care (P3-4 population), as well as identify potential and available revenue sources, for both one-time development, as well as ongoing operational costs, and report back to the Board in writing in 90 days with those recommendations, including, but not limited to, the following:

Gathering, reviewing, and synthesizing any prior relevant studies already conducted, plus additional County expert opinion and relevant consultant work in progress including, but not limited to, prior Department reports on the proposed design of the Mental Health Treatment Center; the RAND/ California Mental Health Services Act report on California Statewide behavioral health treatment bed shortages; the Departments of Health Services' (DHS) and Sheriff's plans to close Men's Central Jail; the DHS report on scaling up diversion and services for people with serious clinical needs; the recent James F. Austin Institute report related to the closure of Men's Central Jail; and the Department of Mental Health's (DMH) and Mercer's reports on County behavioral health treatment bed shortages;

Work with all relevant Departments to identify one-time and ongoing revenue sources to develop and operate, including the provision of services, secured mental health care beds for the P3-4 population, including the recently allocated one-time Assembly Bill 900 funds, Care First Jails Last capital project account, Care First Community Investment Fund, tax credit programs, unallocated/unspent one-time American Rescue Plan dollars, as well as potential revenue opportunities on the horizon (e.g., from the State of California Advancing and Innovating Medi-Cal and/or related initiatives); and

Coordinate with the Chief Executive Officer's Real Estate Division to inventory all available County, excluding the Men's Central Jail site, and State-owned property, as well as available private property for lease or purchase, which could meet the siting requirements for beds and programs for the P3-4 population inclusive of both rehabilitating existing facilities and new construction;

Instruct the Acting County Counsel, in collaboration with JCIT/ATI, the Executive Officer/Clerk of the Superior Court, the District Attorney, the Public Defender, the Alternate Public Defender, the Sheriff, the Director of Health Services, through its Director of Correctional Health Services, the Alliance for Health Integration, and the Director of the Office of Diversion and Re-Entry, to report back to the Board in writing in 90 days with a legal opinion of all applicable penal and Welfare and Institution Codes, and any other applicable regulations that permit the transition of the P3-4 population out of jail custody and into secured mental health care facilities;

Instruct the Acting Director of Mental Health and the Director of Health Services, as co-leads, in collaboration with the JCIT/ATI, the Alliance for Health Integration, the District Attorney, the Public Defender, the Alternate Public Defender, the Director of Health Services, through its Directors of Correctional Health Services and the Office of Diversion and Re-Entry, the Acting County Counsel, and the Executive Officer/Clerk of the Superior Court, to:

Report back to the Board in writing in 90 days with a holistic plan to develop secured, non-correctional mental health care facilities needed to serve the P3-4 population, which would rely on both new contracted as well as new County-operated (respectively, via lease, purchase, and/or construction) bed/program capacity, and include recommended design(s) of secured, non-correctional mental health care facility beds and programs to meet the behavioral health care needs of the P3-4 population, and ensure the safe transition from jail, including a review of comparable mental health care facility programs currently operated and/or contracted for by the County, considerations for patient and staff safety, and measures to ensure that patients receive the appropriate levels of care, and in keeping with State and Federal regulations; and with the Chief Executive Officer, estimate corresponding one-time and ongoing funding needed to carry out this plan, and define the DMH's role as the specialty mental health plan for the County to leverage all eligible local, State, and Federal funding.  (22-3490)

> _**Attachments:**_   Motion by Supervisors Solis and Hahn
>
>                   Public Comment/Correspondence

Exhibit B
Page 40