PETER J. ELIASBERG (189110)
peliasberg@aclusocal.org
MELISSA CAMACHO-CHEUNG (264024)
mcamacho@aclusocal.org
**ACLU FOUNDATION OF SOUTHERN CALIFORNIA**
1313 W. 8th Street
Los Angeles, CA 90017
Phone: (213) 977-9500
Fax: (213) 977-5299

CORENE T. KENDRICK (226642)
ckendrick@aclu.org
**ACLU NATIONAL PRISON PROJECT**
39 Drumm St.
San Francisco, CA 94111
Phone: (202) 393-4930
Fax: (202) 393-4931

DAVID C. FATHI (*pro hac vice*)*
dfathi@aclu.org
ERIC BALABAN (*pro hac vice*)*
ebalaban@aclu.org
**ACLU NATIONAL PRISON PROJECT**
915 15th St., NW
Washington, D.C. 20005
Phone: (202) 393-4930
Fax: (202) 393-4931

*Not admitted in D.C., practice limited to federal courts

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DENNIS RUTHERFORD, *et al.*,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>ALEX VILLANUEVA, Sheriff of Los Angeles County, in his official capacity, and COUNTY OF LOS ANGELES, in their official capacities, *et al.*<br><br>　　　　Defendants. | Case No. CV 75-04111 DDP<br><br>**PLAINTIFFS' UNOPPOSED REQUEST FOR REMOTE APPEARANCE AT OCT. 17, 2022 HEARING**<br><br>[*Filed concurrently with proposed order*]<br><br>Date: Oct. 17, 2022<br>Time: 10:00 a.m.<br>Judge: Hon. Dean D. Pregerson |

1

Case No. CV-75-04111-DDP

1  Plaintiffs hereby request appearance by Zoom for the hearing scheduled for
2  October 17, 2022 at 10:00 am regarding the Court's Order to Show Cause
3  (Doc. 352). A remote appearance would obviate the travel costs for counsel located
4  outside the District and is appropriate in these circumstances, as Counsel for
5  Defendants do not object to this request.

6  Respectfully submitted,

7  DATED: October 11, 2022    By:  /s/ Corene T. Kendrick
8  Peter J. Eliasberg
   Melissa Camacho-Cheung
   **ACLU FOUNDATION OF SOUTHERN**
9  **CALIFORNIA**

10  David C. Fathi
    Corene T. Kendrick
11  Eric Balaban
    **ACLU NATIONAL PRISON PROJECT**
12

13  Attorneys for Plaintiffs Dennis Rutherford, *et al.*

2

Case No. CV-75-04111-DDP

**PLAINTIFFS' UNOPPOSED REQUEST**
**FOR REMOTE APPEARANCE AT OCT. 17, 2022 HEARING**

# CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2022, I electronically transmitted the above document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to Counsel for Defendants who are registered CM/ECF users.

DATED: October 11, 2022

／s/ *Corene T. Kendrick*
Corene T. Kendrick
ACLU National Prison Project

*Attorneys for Plaintiffs*