PETER J. ELIASBERG (189110)
peliasberg@aclusocal.org
MELISSA CAMACHO-CHEUNG (264024)
mcamacho@aclusocal.org
**ACLU FOUNDATION OF SOUTHERN CALIFORNIA**
1313 W. 8th Street
Los Angeles, CA 90017
Phone: (213) 977-9500
Fax: (213) 977-5299

CORENE T. KENDRICK (226642)
ckendrick@aclu.org
**ACLU NATIONAL PRISON PROJECT**
39 Drumm St.
San Francisco, CA 94111
Phone: (202) 393-4930
Fax: (202) 393-4931

DAVID C. FATHI (*pro hac vice*)*
dfathi@aclu.org
ERIC BALABAN (*pro hac vice*)*
ebalaban@aclu.org
**ACLU NATIONAL PRISON PROJECT**
915 15th St., NW
Washington, D.C. 20005
Phone: (202) 393-4930
Fax: (202) 393-4931

*Not admitted in D.C., practice limited to federal courts

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

DENNIS RUTHERFORD, *et al*.,

Plaintiffs,

vs.

ALEX VILLANUEVA, Sheriff of Los Angeles County, in his official capacity, and COUNTY OF LOS ANGELES, in their official capacities, *et al.*

Defendants.

Case No. CV 75-04111 DDP

**[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED REQUEST FOR REMOTE APPEARANCE AT OCT. 17, 2022 HEARING**

Date: Oct. 17, 2022
Time: 10:00 a.m.
Judge: Hon. Dean D. Pregerson

1

Case No. CV-75-04111-DDP

**[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED REQUEST FOR REMOTE APPEARANCE AT OCT. 17, 2022 HEARING**

Having considered Plaintiffs' Unopposed Request for Remote Appearance, IT IS HEREBY ORDERED that counsel may appear by Zoom for the hearing scheduled for October 17, 2022 at 10:00 am regarding the Court's Order to Show Cause (Doc. 352).

**IT IS SO ORDERED.**

Dated: ________________________ ________________________

Hon. Dean D. Pregerson
United States District Judge