PETER J. ELIASBERG (189110)
peliasberg@aclusocal.org
MELISSA CAMACHO-CHEUNG (264024)
mcamacho@aclusocal.org
**ACLU FOUNDATION OF SOUTHERN CALIFORNIA**
1313 W. 8th Street
Los Angeles, CA 90017
Phone: (213) 977-9500
Fax: (213) 977-5299

CORENE T. KENDRICK (226642)
ckendrick@aclu.org
**ACLU NATIONAL PRISON PROJECT**
39 Drumm St.
San Francisco, CA 94111
Phone: (202) 393-4930
Fax: (202) 393-4931

DAVID C. FATHI (*pro hac vice*)*
dfathi@aclu.org
ERIC BALABAN (*pro hac vice*)*
ebalaban@aclu.org
**ACLU NATIONAL PRISON PROJECT**
915 15th St., NW
Washington, D.C. 20005
Phone: (202) 393-4930
Fax: (202) 393-4931

*Not admitted in D.C., practice limited to federal courts

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS RUTHERFORD, <br><br> *Plaintiff*, <br><br> v. <br><br> ALEX VILLANUEVA, Sheriff of Los Angeles County, in his official capacity, and COUNTY OF LOS ANGELES <br><br> *Defendants*. | No. 75-CV-04111-DDP <br><br> **DECLARATION OF MELISSA CAMACHO-CHEUNG IN SUPPORT OF PLAINTIFFS' REPLY TO DEFENDANTS' RESPONSE TO ORDER TO SHOW CAUSE (Doc. 355)** |

**Declaration of Melissa Camacho-Cheung**

I, Melissa Camacho-Cheung, hereby declare:

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2. I am a Senior Staff Attorney at the ACLU Foundation of Southern California and one of the attorneys for the Plaintiff class in the above-captioned action. I am admitted to practice law in the State of California and before this Court.

3. The purpose of this declaration is to explain why the current IRC Clinic Report does not capture the information required by the Preliminary Injunction. The IRC Clinic Report does not show every person held in the IRC beyond 24 hours or record the total length of stay for every person held in the IRC for more than 24 hours.

4. I receive two daily reports by email from staff in the Los Angeles Sheriff's Department (LASD) Population Management Bureau. One is the IRC Processing Time report ("IRC Report"), and the other is the IRC Clinic Processing report ("Clinic Report").

5. Both reports are snapshots of IRC data at a specific point in time and are timestamped accordingly. I usually receive reports time-stamped sometime between 9:00 am and 1:00 pm. Neither report contains the total aggregate length of time each individual spends in the IRC.

6. The Clinic Report tracks the time an individual spends in the Clinic portion of the IRC. The clock starts when a person enters the Clinic (generally after going through the various booking stations in IRC) and ends when the person leaves the Clinic, even if they move to another area within IRC. If a person leaves the IRC Clinic for court or urgent care, for example, the IRC Clinic clock starts again from zero when they return to the Clinic.

7. The IRC Report tracks the length of time people spend in areas of IRC

2

outside of the Clinic. These include the booking front, showers, custody line cells (IRCL), and in-custody release cells (IRIC). The clock on the IRC Report stops when a person enters the IRC Clinic and starts running again from zero if a person moves from the IRC Clinic to another part of the IRC (e.g., a custody line cell).

8. The following example is an illustration of the current limitations of the IRC Clinic Report.

9. On Friday, September 23, 2022 I visited the IRC from approximately 10:00 AM to 12:30 PM. While talking to people in the cage area of the IRC Clinic, an individual approached me complaining that he had been in the IRC Clinic for "days."

10. I asked to see his wristband and recorded the name and booking number I read there: Eric Rodriguez, 6456655.

11. I checked a copy of the September 22, 2022 IRC Clinic report for his name and did not see it there. A true and correct copy of the IRC Clinic report dated September 22, 2022 and time-stamped 2:29 pm is attached to this declaration as Exhibit A.

12. I asked a deputy to run the movement history for Eric Rodriguez, booking number 6456655 to determine the length of his stay in IRC, and the deputy printed it for me.

13. A true and correct copy of the Inmate Total Movement History for Eric Rodriguez, 6456655, time stamped September 23, 2022 at 11:37 AM is attached to this declaration as Exhibit B.

14. The Total Movement History showed that Eric Rodriguez, as of 11:37 AM on September 23, 2022, had been in the IRC since he arrived at the IRC Booking Front on September 21, 2022 at 4:03 PM, a total of 43.5 hours. Ex. B.

15. Rodriguez did not appear on the September 22, 2022 2:26 PM IRC Clinic report because the IRC Clinic clock started running for Rodriguez when he arrived at the IRC Clinic on at 6:52 PM on September 21, 2022. At that point, he

1  had only been in the IRC for 22.5 hours and in the IRC Clinic for only 19.5 hours.

2      16.    I checked the September 23, 2022 IRC Clinic Report for Rodriguez's name upon returning to my home office. A true and correct copy of the September 23, 2022 IRC Clinic Report is attached to this declaration as Exhibit C.

3      17.    The September 23, 2022 IRC Clinic Report is time stamped at 10:12 AM. Ex. C at 1. While the report shows 41 people in the IRC Clinic for longer than 24 hours, Rodriguez does not appear on the report even though he had been in the IRC for over 24 hours. Ex. C at 1; Ex. B. That is because the IRC Clinic clock started running again from zero at 10:53 PM on September 22, 2022, when Rodriguez came back to the IRC Clinic after three hours in urgent care and another three hours in IRCU (described as "inmate reception"). Ex. B.

4      18.    I do not know how long Rodriguez ultimately spent in the IRC because we have not yet received documentation from Defendants detailing the length of stay for each individual in the IRC for over 24 hours.

/s/ Melissa L. Camacho-Cheung
Melissa L. Camacho-Cheung
Attorney for Plaintiff Class

4

# Exhibit A



## Current IRCC Processing Time
**IRC Processing Time    CLINIC Processing Time**

Today is: SEP-22-2022 02:29 PM    AJIS Data Timestamp: SEP-22-2022 02:20 PM

Inmate Count: 193

| Booking Number | INMATE NAME | MODULE | HOURS | TEMP LOC | AGE | Sec Lvl | Spec Hndl | Keep Away | Details |
|---|---|---|---|---|---|---|---|---|---|
| 6467458 | KING , MIGUEL | IRCC | 31.1 | 12E | 29 | | | | ♠ |
| 6466585 | HENRY , DIMITRIS | IRFB | 31 | - | 35 | | | | ♠ |
| 6467412 | JOHNSON , DONDEAGO | IRCC | 30.3 | 250 | 42 | | | | ♠ |
| 6454552 | DIAZ , MARK | IRCC | 30.3 | - | 37 | | | | ♠ |
| 6467415 | GOMEZ , ALBERTO | IRCC | 30.3 | - | 32 | | | | ♠ |
| 6467466 | MACIAS , MARK | IRCC | 30.3 | - | 48 | | | | ♠ |
| 6467457 | DOE , DANIEL | IRCC | 28.8 | - | 43 | | | | ♠ |
| 6468226 | POLLEY , LARRY | IRCC | 28.2 | - | 59 | | | | ♠ |

# Exhibit B




# Los Angeles County Sheriff's Department
## INMATE TOTAL MOVEMENT HISTORY
### (RAJIS and DIMMS) HOME
### View EBI History

| BOOKING NO | |
|---|---|
| 6456655 | VIEW REPORT |

### RODRIGUEZ, ERIC

| START DATE/TIME | FAC | MOD/ROW/CELL | AJIS TEMP | DIMMS LOC | DESCRIPTION LOC |
|---|---|---|---|---|---|
| SEP-22-2022 10:53 pm | IRC | IRCC | | | CLINIC |
| SEP-22-2022 07:39 pm | IRC | IRCU | | | INMATE RECEPTION |
| SEP-22-2022 07:38 pm | IRC | -IRCC- | - | | CHECK-IN FROM TEMP LOC |
| SEP-22-2022 04:03 pm | IRC | | 12D | | T - TRANSFER TO URGENT CARE |
| SEP-21-2022 06:52 pm | IRC | IRCC | | | CLINIC |
| SEP-21-2022 04:29 pm | IRC | IRCA | | | CLASSIFICATION |
| SEP-21-2022 04:03 pm | IRC | IRBF | | | BOOKING FRONT |
| SEP-21-2022 11:52 am | | | | B244 | VEHICLE - TST BUS |
| SEP-19-2022 03:09 pm | STA | PLM | | | |
| IRC locations in RED | | TEMPORARY locations in BLUE | | DIMMS locations in GREEN | |



DSB Custody Automation Unit 06/25/2007

# Exhibit C



## Current IRCC Processing Time
**IRC Processing Time**   **CLINIC Processing Time**

Today is: SEP-23-2022 10:12 AM    AJIS Data Timestamp: SEP-23-2022 10:05 AM

Waiting Period (hours): 0-5: 8, 6-10: 42, 11-20: 81, 21-24: 10, 24-48: 40, +49: 1

Inmate Count: 182

| Booking Number | INMATE NAME | MODULE | HOURS | TEMP LOC | AGE | Sec Lvl | Spec Hndl | Keep Away | Details |
|---|---|---|---|---|---|---|---|---|---|
| 6454552 | DIAZ, MARK | IRCC | 50 | — | 37 | | | | ♠ |

| Booking Number | INMATE NAME | MODULE | HOURS | TEMP LOC | AGE | Sec Lvl | Spec Hndl | Keep Away | Details |
|---|---|---|---|---|---|---|---|---|---|
| 6468226 | POLLEY, LARRY | IRCC | 47.9 | — | 59 | | | | ♠ |
| 6468364 | ESPINOZA, ADRIAN | IRCC | 39.7 | 12B | 29 | | | | ♠ |
| 6455723 | SCRUGGS, SHAWN | IRCC | 39.2 | 12B | 45 | | | | ♠ |
| 6468284 | NEWBURN, GEORGE | IRCC | 39.2 | — | 28 | | | | ♠ |
| 6467885 | YOSHIDA, KAZUO | IRCC | 39.2 | — | 34 | | | | ♠ |
| 6468311 | ALVARADO, ARTURO | IRCC | 39.2 | 12H | 32 | | | | ♠ |
| 6468376 | BURGOS, ROBERT | IRCC | 38.3 | 25 | 62 | | | | ♠ |
| 6468492 | LOPEZ, CAESAR | IRCC | 38.3 | 12H | 56 | | | | ♠ |

| | | | | | | |
|---|---|---|---|---|---|---|
| 6468451 | ZAMBRANO, ANGEL | IRCC | 38.3 | – | 27 | |
| 6467336 | ENCALADA, RONNIE | IRCC | 36.7 | 12B | 38 | |
| 6467271 | DEL AGUILA, LUIS | IRCC | 36.7 | 12H | 40 | |
| 6467204 | MARTINEZ, JOSE | IRCC | 36.7 | – | 40 | |
| 6468602 | YOST, JOSHUA | IRCC | 36.7 | 12H | 20 | |
| 6468446 | ABASTA, RUDY | IRCC | 36.7 | 12B | 41 | |
| 6453527 | GILLIAM, REUBEN | IRCC | 36.7 | 12A | 22 | |
| 6468420 | ESCARENO, JESUS | IRCC | 36.7 | 12B | 28 | |
| 6468300 | GONZALEZ, ANDREW | IRCC | 36.7 | 25 | 24 | |
| 6467487 | HERRERA, GERARDO | IRCC | 36.6 | 12H | 45 | |
| 6467206 | FURAGGANAN, JOSH | IRCC | 36.6 | 12A | 33 | |
| 6456738 | SALAZAR, RICHARD | IRCC | 34.1 | 12B | 29 | |
| 6456624 | UONG, STEVEN | IRCC | 34 | – | 36 | |
| 6458219 | HOLMES, CHARLES | IRCC | 33.9 | 12B | 36 | |
| 6467364 | TAYILOR, ANTHONEY | IRFB | 33.8 | – | 44 | |
| 6458189 | SANCHEZ, MIGUEL | IRCC | 33.7 | 12B | 39 | |
| 6468368 | MITCHELL, JOSHUA | IRFB | 32 | – | 33 | |
| 6451738 | KITILYA, RAYMOND | IRCC | 30.2 | 114 | 33 | |
| 6467811 | MORGAN, EDDIE | IRCC | 29.6 | 12B | 62 | |
| 6468568 | BROOKS, DEWAYNE | IRCC | 29.6 | 12B | 31 | |
| 6468356 | WILLIAMS, DONALD | IRCC | 26.5 | 12B | 65 | |
| 6468321 | SALAZARALA, JONATHAN | IRFB | 26.4 | – | 46 | |

| ID | Name | Facility | Val1 | Val2 | Val3 | |
|---|---|---|---|---|---|---|
| 6468319 | MENDEZ , CARLOS | IRCC | 26.2 | 12E | 33 | ▲ |
| 6468322 | JONES , DERRICK | IRCC | 25.9 | 12B | 41 | ▲ |
| 6458279 | GOMEZ , CHRISTOPHER | IRCC | 25.9 | - | 32 | ▲ |
| 6467248 | MITCHELL , RYAN | IRCC | 25.9 | 12B | 27 | ▲ |
| 6455695 | AVILA , CHRISTIAN | IRCC | 25.9 | 12B | 29 | ▲ |
| 6468610 | RODRIGUEZ , VICTORIANO | IRCC | 25.9 | 12D | 33 | ▲ |
| 6468327 | CARLISLE , TEVIN | IRCC | 25.9 | - | 30 | ▲ |
| 6468323 | GARCIA , ELEASAR | IRCC | 25.6 | - | 71 | ▲ |
| 6467417 | KOCHARYAN , ARTASHES | IRCC | 25.2 | - | 42 | ▲ |