PETER J. ELIASBERG (189110)
peliasberg@aclusocal.org
MELISSA CAMACHO-CHEUNG
(264024)
mcamacho@aclusocal.org
**ACLU FOUNDATION OF
SOUTHERN CALIFORNIA**
1313 W. 8th Street
Los Angeles, CA 90017
Phone: (213) 977-9500
Fax: (213) 977-5299

CORENE T. KENDRICK (226642)
ckendrick@aclu.org
**ACLU NATIONAL PRISON
PROJECT**
39 Drumm St.
San Francisco, CA 94111
Phone: (202) 393-4930
Fax: (202) 393-4931

*Attorneys for Plaintiffs*

DAVID C. FATHI (*pro hac vice*)*
dfathi@aclu.org
ERIC BALABAN (*pro hac vice*)*
ebalaban@aclu.org
**ACLU NATIONAL PRISON
PROJECT**
915 15th St., NW
Washington, D.C. 20005
Phone: (202) 393-4930
Fax: (202) 393-4931

*Not admitted in D.C., practice limited
to federal courts

## UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF CALIFORNIA

DENNIS RUTHERFORD, *et al.,*

    *Plaintiffs,*

v.

ALEX VILLANUEVA, Sheriff of Los Angeles County, in his official capacity, and COUNTY OF LOS ANGELES,

    *Defendants.*

No. 75-CV-04111-DDP

**PROOF OF SERVICE**

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 1313 West Eighth Street, Los Angeles, California 90017.

On October 12, 2022, I served true copies of the following documents:

**PLAINTIFFS' REPLY TO DEFENDANTS' RESPONSE TO ORDER TO SHOW CAUSE**

**DECLARATION OF MELISSA CAMACHO-CHEUNG IN SUPPORT OF PLAINTIFFS' REPLY TO DEFENDANTS' RESPONSE TO ORDER TO SHOW CAUSE**

**BY CM/ECF NOTICE OF ELECTRONIC FILING**: I electronically filed the above documents with the Clerk of Court by using the CM/ECF system on October 12, 2022. Participants in the case who are registered CM/ECF users were served by the CM/ECF system.

**BY MAIL:** I further certify that October 12, 2022, I caused to be served the following documents on the below counsel of record by U.S. Mail:

Roger H Granbo
648 Kenneth Hahn Hall of Administration
Los Angeles County Counsel
500 W Temple Street Suite 605
Los Angeles CA 90012-2713

Alonzo B Wickers
Davis Wright Tremaine LLP
865 S Figueroa Street Suite 2400
Los Angeles CA 90017-2566

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on October 12, 2022 at Los Angeles, California.


/s/ Peter Eliasberg
Peter Eliasberg