UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DENNIS RUTHERFORD, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> ALEX VILLANUEVA, Sheriff of Los Angeles County, in his official capacity, and COUNTY OF LOS ANGELES, in their official capacities, *et al.* <br><br> Defendants. | Case No. CV 75-04111 DDP <br><br> **ORDER GRANTING PLAINTIFFS' UNOPPOSED REQUEST FOR REMOTE APPEARANCE AT OCT. 17, 2022 HEARING** <br><br> Date: Oct. 17, 2022 <br> Time: 10:00 a.m. <br> Judge: Hon. Dean D. Pregerson |

1     Having considered Plaintiffs' Unopposed Request for Remote Appearance, IT IS HEREBY ORDERED that counsel may appear by Zoom for the hearing scheduled for October 17, 2022 at 10:00 am regarding the Court's Order to Show Cause (Doc. 352).

**IT IS SO ORDERED.**

Dated: October 12, 2022

_____
Hon. Dean D. Pregerson
United States District Judge