# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DENNIS RUTHERFORD, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> ALEX VILLANUEVA, Sheriff of Los Angeles County, in his official capacity, and COUNTY OF LOS ANGELES, in their official capacities, *et al.* <br><br> Defendants. | Case No. CV 75-04111 DDP <br><br> **[PROPOSED] ORDER APPROVING STIPULATION AND PROTECTIVE ORDER FOR DISCLOSURE OF PROTECTED HEALTH INFORMATION** |

On October 12, 2022, the parties stipulated and provided to the Court an agreed-upon Protective Order for the disclosure of protected health information, in compliance with federal and state medical privacy laws. (Doc. ___). Having reviewed the Stipulation, and good cause found, the Court approves the Stipulation.

**IT IS SO ORDERED.**

Dated: _____     _____
                                                                Hon. Dean D. Pregerson
                                                                United States District Judge