UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:75-cv-04111-DDP | Date | October 17, 2022 |
|---|---|---|---|
| Title | RUTHERFORD V. BLOCK | | |

| Present: The Honorable | Dean D. Pregerson, United States District Judge |
|---|---|

| K. Pastrana Hernandez | Maria Bustillos | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| Melissa Camacho-Cheung, Peter Eliasberg, Corene Kendrick, | Dylan Ford, Michael McCarthy, Robert Dugdale, |

**Proceedings:**   **Zoom Hearing: OSC Hearing re defendants County of Los Angeles and Supervisors Barger, Hahn, Kuehl, Mitchell and Solis**

Court and Counsel confer.
The Order to Show Cause hearing is continued to October 31rst at 11:00 am.

Initials of Preparer   kmh
1:21