# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DENNIS RUTHERFORD, *et al.*, <br><br>　　　　Plaintiffs, <br><br>vs. <br><br>ALEX VILLANUEVA, Sheriff of Los Angeles County, in his official capacity, and COUNTY OF LOS ANGELES, in their official capacities, *et al.* <br><br>　　　　Defendants. | Case No. CV 75-04111 DDP <br><br> **ORDER APPROVING STIPULATION AND PROTECTIVE ORDER FOR DISCLOSURE OF PROTECTED HEALTH INFORMATION** |

On October 12, 2022, the parties stipulated and provided to the Court an agreed-upon Protective Order for the disclosure of protected health information, in compliance with federal and state medical privacy laws. (Doc. 359). Having reviewed the Stipulation, and good cause found, the Court approves the Stipulation.

**IT IS SO ORDERED.**

Dated: October 31, 2022

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Hon. Dean D. Pregerson
　　　　　　　　　　　　　　　　　　United States District Judge