# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:75-CV-04111-DDP | Date | October 31, 2022 |
|---|---|---|---|
| Title | Rutherford v. Block | | |

| Present: The Honorable | DEAN D. PREGERSON, U.S. DISTRICT JUDGE |
|---|---|

| Patricia Kim | Maria Bustillos |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Melissa Camacho-Cheung | Dylan Ford |
| Peter Eliasberg | Michael McCarthy |
| Corene Kendrick | Robert Dugdale |

**Proceedings:**     OSC Hearing re defendants County of Los Angeles and Supervisors Barger, Hahn, Kuehl, Mitchell and Solis

Court and counsel confer as stated on the record.

The parties shall submit a proposed revised Order to Show Cause by November 4, 2022.

00 : 19

Initials of Preparer    pk