PETER J. ELIASBERG (189110)
peliasberg@aclusocal.org
MELISSA CAMACHO-CHEUNG (264024)
mcamacho@aclusocal.org
**ACLU FOUNDATION OF SOUTHERN CALIFORNIA**
1313 W. 8th Street
Los Angeles, CA 90017
Phone: (213) 977-9500
Fax: (213) 977-5299

CORENE T. KENDRICK (226642)
ckendrick@aclu.org
**ACLU NATIONAL PRISON PROJECT**
39 Drumm St.
San Francisco, CA 94111
Phone: (202) 393-4930
Fax: (202) 393-4931

DAVID C. FATHI (*pro hac vice*)*
dfathi@aclu.org
ERIC BALABAN (*pro hac vice*)*
ebalaban@aclu.org
**ACLU NATIONAL PRISON PROJECT**
915 15th St., NW
Washington, D.C. 20005
Phone: (202) 393-4930
Fax: (202) 393-4931

*Not admitted in D.C., practice limited to federal courts

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS RUTHERFORD, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ALEX VILLANUEVA, Sheriff of Los Angeles County, in his official capacity, and COUNTY OF LOS ANGELES, <br><br> *Defendants*. | **[PROPOSED] ORDER GRANTING STIPULATION IN RESPONSE TO ORDER TO SHOW CAUSE** <br><br> No. 75-CV-04111-DDP |

## ORDER GRANTING STIPULATION

The Court hereby ORDERS the Stipulation in Response to the Court's October 28, 2022 Order to Show Cause is GRANTED. Defendants County of Los Angeles and Supervisors Barger, Hahn, Kuehl, Mitchell, and Solis will produce to the Court within 90 days of the entry of this Order the following information.

1. A written report detailing the number of people with mental illness who would need to be diverted from the Jail either pre-trial or subject to a probationary plea and placed in the community with appropriate mental health care and other services to reduce the backlog in IRC so people booked into the jail can be placed in permanent housing in 24 hours or less. The report shall address the likely effect on the population of people with mental illness in the jail caused by both reductions in length of stay resulting from pre-trial diversion or placement in community as a result of a probationary plea and reductions of recidivism for people with mental illness in programs like the Office of Diversion and Reentry's ODR Housing Program. The report shall also address, to the extent it can be reasonably measured, the likely cost of funding sufficient diversion to reduce the backlog in IRC so people booked into jail can be placed in permanent housing in 24 hours or less, the available sources of funding, and the cost savings resulting from reducing the population of people with mental illness in the jail, reductions in recidivism, and any other relevant savings resulting from increases in diversion.

2. A detailed written explanation of what steps Defendants plan to take reduce the population of people with severe mental illness in the jail in the next year and in the next three years by a sufficient amount to reduce the backlog in IRC so people booked into the jail can be placed in permanent housing in 24 hours or less. The explanation shall include

specific timelines, amounts and sources of funding, and, to the extent it can be reasonably measured, the cost savings resulting Defendants' one and three-year plans to reduce the population of people with mental illness in the jails.

Dated: _____

The Honorable Dean D. Pregerson
United States District Judge