PETER J. ELIASBERG (189110)
peliasberg@aclusocal.org
MELISSA CAMACHO (264024)
mcamacho@aclusocal.org
**ACLU FOUNDATION OF
SOUTHERN CALIFORNIA**
1313 W. 8th Street
Los Angeles, CA 90017
Phone: (213) 977-9500
Fax: (213) 977-5299

CORENE T. KENDRICK (226642)
ckendrick@aclu.org
**ACLU NATIONAL PRISON
PROJECT**
39 Drumm St.
San Francisco, CA 94111
Phone: (202) 393-4930
Fax: (202) 393-4931

DAVID C. FATHI (*pro hac vice*)*
dfathi@aclu.org
**ACLU NATIONAL PRISON
PROJECT**
915 15th St., NW
Washington, D.C. 20005
Phone: (202) 393-4930
Fax: (202) 393-4931

*Not admitted in D.C., practice limited
to federal courts

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DENNIS RUTHERFORD, *et al.*,<br><br>       Plaintiffs,<br><br>    vs.<br><br>ROBERT LUNA, Sheriff of Los Angeles County, in his official capacity, and COUNTY OF LOS ANGELES, *et al.*<br><br>       Defendants. | Case No. CV 75-04111 DDP<br><br>**JOINT STIPULATION TO EXTEND PRELIMINARY INJUNCTION (Doc. 351)**<br><br><br>***Proposed Order Attached*** |

On September 28, 2022, this Court issued a preliminary injunction and order, that related to the problems with overcrowding, delays in processing and moving class members to permanent jail housing, and living conditions within the Defendants' Inmate Reception Center (IRC); and that ordered Defendants to document and provide reports related to any class members detained beyond timeframes ordered by the Court. *See generally* Doc. 351 (hereinafter "IRC PI").

1

1   The parties have subsequently engaged in good-faith meet and confers, a
2   conference with this Court, and stipulated to a response to an Order to Show Cause
3   issued by this Court on November 9, 2022 directing Defendants to provide in 90
4   days a written report detailing, among other things, the number of people with
5   mental illness who would need to be diverted from the Jail to reduce the backlog in
6   the IRC, and what steps Defendants shall take to reduce the population of people
7   with severe mental illness in the next year and next three years. *See* Doc. 368
8   (hereinafter "OSC").

9   Under the plain language of the Prison Litigation Reform Act ("PLRA") the
10  IRC PI will automatically expire on December 28, 2022.  *See* 18 U.S.C. § 3626(a)(2)
11  (stating that preliminary relief "shall automatically expire on the date that is 90 days
12  after its entry unless the court . . . makes the order final before the expiration of the
13  90-day period."). However, the Ninth Circuit and precedent in this case have found
14  that if preliminary relief is still warranted, the court may enter a new injunction after
15  the previous one expires. *Mayweathers v. Newland*, 258 F.3d 930, 934 (9th Cir.
16  2001).[1]

17  The parties have conferred and have agreed that in light of the ongoing efforts
18  and pending deadline in February 2023 for Defendants to provide its report to the
19  Court in response to the OSC, that the IRC PI should remain in place. Accordingly,
20  the parties have agreed that the Court should issue an injunction consistent with the
21  IRC PI issued on September 28, 2022.

22  A proposed order is attached and will be submitted to the Court's chambers
23  in accordance with the Local Rules.

24  //

25  //

26
27  [1]   This Court has previously extended the terms of preliminary injunctions on
    January 25, 2007 and April 20, 2007. *See* Docs. 121 and 128 (entered prior to the
28  Central District's implementation of the Electronic Case Filing system).

**JOINT STIPULATION TO EXTEND PRELIMINARY INJUNCTION (DOC. 351)**

Respectfully submitted,

DATED:  December 19, 2022        By:  */s/ Corene T. Kendrick*

Peter J. Eliasberg
Melissa Camacho-Cheung
**ACLU FOUNDATION OF SOUTHERN CALIFORNIA**

David C. Fathi
Corene T. Kendrick
**ACLU NATIONAL PRISON PROJECT**

Attorneys for Plaintiffs Dennis Rutherford, *et al.*


*/s/ Robert E. Dugdale (with permission)*

Robert E. Dugdale
**KENDALL BRILL & KELLY LLP**

Dawyn Harrison
Dylan Ford
**OFFICE OF COUNTY COUNSEL**

Attorneys for Defendants Los Angeles County Sheriff Robert Luna, County of Los Angeles, *et al.*

## ATTESTATION REGARDING SIGNATORIES

I, Corene T. Kendrick, hereby attest that Counsel for Defendants concur in the filing's content and have authorized the filing.

Executed on December 19, 2022, at Phoenix, Arizona.

*/s/ Corene T. Kendrick*
Corene T. Kendrick
ACLU National Prison Project

3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## <u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on December 19, 2022, I electronically transmitted the above document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to Counsel for Defendants who are registered CM/ECF users.

*/s/ Corene T. Kendrick*
Corene T. Kendrick
ACLU National Prison Project

*Attorneys for Plaintiffs*

4