OFFICE OF COUNTY COUNSEL
Dawyn Harrison (173855)
Acting County Counsel
  dharrison@counsel.lacounty.gov
Dylan Ford (228699)
Deputy County Counsel
  dford@counsel.lacounty.gov
500 West Temple St., Floor 6
Los Angeles, California 90012
Telephone:   (213) 974-1807/(213) 974-1811
Facsimile:   (213) 687-8822

KENDALL BRILL & KELLY LLP
Robert E. Dugdale (167258)
  rdugdale@kbkfirm.com
Michael J. McCarthy (334829)
  mmccarthy@kbkfirm.com
Katelyn A. Kuwata (319370)
  kkuwata@kbkfirm.com
10100 Santa Monica Blvd., Suite 1725
Los Angeles, California 90067
Telephone: (310) 272-7904
Facsimile:   (310) 556-2705

*Attorneys for Defendants Los Angeles County Sheriff Robert Luna and the County of Los Angeles*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DENNIS RUTHERFORD, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ROBERT LUNA, Sheriff of Los Angeles County, in his official capacity, and the COUNTY OF LOS ANGELES,<br><br>    Defendants. | Case No. 75-cv-04111-DDP<br><br>**STIPULATION TO EXTEND DEADLINE TO RESPOND TO ORDER TO SHOW CAUSE BY 30 DAYS** |

Kendall Brill & Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

STIPULATION TO EXTEND DEADLINE TO RESPONSE TO ORDER TO SHOW CAUSE BY 30 DAYS

1 **Whereas**, on October 9, 2022. this Court issued an Order to Show Cause as to why Defendants County of Los Angeles and Los Angeles County Supervisors Barger, Hahn, Kuehl,[1] Mitchell, and Solis should not produce to the Court a report containing information about reducing the number of people with mental illness in the County Jails to ensure that people with mental illness do not remain in the IRC for more than 24 hours before obtaining permanent housing in the jails; and

**Whereas** the Court held hearings on the Order to Show Cause on October 18, 2022 and October 31, 2022;

**Whereas** the parties, in consultation with the Court, agreed to produce a report to the Court designed to inform the Court of, among other things, the scope of diversion of people with mental illness necessary to prevent future backlogs in the IRC and the County's actual plans over the next year and three years to divert people with mental illness;

**Whereas** the parties stipulated, and the Court subsequently ordered, that Defendants County of Los Angeles and Supervisors Barger, Hahn, Kuehl, Mitchell, and Solis would produce the following information to the Court within 90 days (by February 7, 2023) (hereafter (the "Reports in Response to the Order to Show Cause")):

    1.    A written report detailing the number of people with mental illness who would need to be diverted from the jail either pre-trial or subject to a probationary plea and placed in the community with appropriate mental health care and other services to reduce the backlog in the IRC so people booked into the jail can be placed in permanent housing in 24 hours or less. The report shall address the likely effect on the population of people with

---

[1] Since the time this stipulation and order were entered in October 2022, Supervisor Lindsay P. Horvath has been elected to hold the seat formerly occupied by Supervisor Sheila Kuehl on the Los Angeles County Board of Supervisors.

Kendall Brill & Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

1
STIPULATION TO EXTEND DEADLINE TO RESPONSE TO ORDER TO SHOW CAUSE BY 30 DAYS

mental illness in the jail caused by both reductions in length of stay resulting from pre-trial diversion or placement in community as a result of a probationary plea and reductions of recidivism for people with mental illness in programs like the Office of Diversion and Reentry's ODR Housing Program.  The report shall also address, to the extent it can be reasonably measured, the likely cost of funding sufficient diversion to reduce the backlog in IRC so people booked into jail can be placed in permanent housing in 24 hours or less, the available sources of funding, and the cost savings resulting from reducing the population of people with mental illness in the jail, reductions in recidivism, and any other relevant savings resulting from increases in diversion.

      2.    A detailed written explanation of what steps Defendants plan to take reduce the population of people with severe mental illness in the jail in the next year and in the next three years by a sufficient amount to reduce the backlog in IRC so people booked into the jail can be placed in permanent housing in 24 hours or less. The explanation shall include specific timelines, amounts and sources of funding, and, to the extent it can be reasonably measured, the cost savings resulting Defendants' one and three-year plans to reduce the population of people with mental illness in the jails;

**Whereas**, the Defendants are relying, in part, on a "report back" ordered by Los Angeles County Board of Supervisors addressing the need to develop mental health care facilities to help depopulate the jails to craft the Reports in Response to the Order to Show Cause, that "report back" has involved the creation of separate reports made by numerous County departments and agencies that need to be consolidated by the County's Justice, Care, and Opportunities Department ("JCOD") for use in this case, those reports will not be consolidated by JCOD for use in this case until on or about February 21, 2023, and the County needs to complete additional analyses over the course of the next 30 days to fully address the

issues that must be addressed in the Order to Show Cause that are not currently addressed in the "report back";

Accordingly, the parties hereby **STIPULATE** that Defendants County of Los Angeles and Supervisors Barger, Hahn, Horvath, Mitchell, and Solis should be granted an additional 30 days, until March 9, 2023, to comply with the Order to Show Cause by producing to the Court the following information:

1. A written report detailing the number of people with mental illness who would need to be diverted from the Jail either pre-trial or subject to a probationary plea and placed in the community with appropriate mental health care and other services to reduce the backlog in IRC so people booked into the jail can be placed in permanent housing in 24 hours or less. The report shall address the likely effect on the population of people with mental illness in the jail caused by both reductions in length of stay resulting from pre-trial diversion or placement in community as a result of a probationary plea and reductions of recidivism for people with mental illness in programs like the Office of Diversion and Reentry's ODR Housing Program. The report shall also address, to the extent it can be reasonably measured, the likely cost of funding sufficient diversion to reduce the backlog in IRC so people booked into jail can be placed in permanent housing in 24 hours or less, the available sources of funding, and the cost savings resulting from reducing the population of people with mental illness in the jail, reductions in recidivism, and any other relevant savings resulting from increases in diversion; and

2. A detailed written explanation of what steps Defendants plan to take reduce the population of people with severe mental illness in the jail in the next year and in the next three years by a sufficient amount to reduce the backlog in IRC so people booked into the jail can be placed in permanent housing in 24 hours or less. The explanation shall include specific timelines,

amounts and sources of funding, and, to the extent it can be reasonably measured, the cost savings resulting Defendants' one and three-year plans to reduce the population of people with mental illness in the jails.

Dated: February 7, 2023

/s/ Robert E. Dugdale
_____
Robert E. Dugdale
KENDALL BRILL & KELLY LLP

Dawyn Harrison
Dylan Ford
OFFICE OF COUNTY COUNSEL

*Attorneys for Defendants Los Angeles County and Los Angeles County Sheriff Robert Luna*

Dated: February 7, 2023

/s/ Peter J. Eliasberg (with permission)
_____
Peter J. Eliasberg
Melissa Camacho-Cheung

ACLU FOUNDATION OF SOUTHERN CALIFORNIA

David C. Fathi
Corene T. Kendrick
ACLU NATIONAL PRISON PROJECT

*Attorneys for Plaintiff Class*

Kendall Brill & Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

4
STIPULATION TO EXTEND DEADLINE TO RESPONSE TO ORDER TO SHOW CAUSE BY 30 DAYS

ATTESTATION REGARDING SIGNATORIES

I. Robert E. Dugdale, hereby attest that Counsel for Plaintiffs concur in the filing's content and have authorized the filing.

Executed on February 7, 2023, in Los Angeles, California.

Dated: February 7, 2023

/s/ Robert E. Dugdale
_____
Robert E. Dugdale
KENDALL BRILL & KELLY LLP

Kendall Brill & Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

5
STIPULATION TO EXTEND DEADLINE TO RESPONSE TO ORDER TO SHOW CAUSE BY 30 DAYS