UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DENNIS RUTHERFORD, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>ROBERT LUNA, Sheriff of Los Angeles County, in his official capacity, and the COUNTY OF LOS ANGELES,<br><br>　　　　Defendants. | Case No. 75-cv-04111-DDP<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO RESPOND TO ORDER TO SHOW CAUSE BY 30 DAYS** |

Kendall Brill & Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO RESPONSE TO ORDER TO SHOW CAUSE BY 30 DAYS

# ORDER GRANTING STIPULATION

The Court hereby ORDERS that the Stipulation to extend the deadline to respond to the Court's Order to Show Cause, dated November 9, 2022, by 30 days, is GRANTED.  Defendants County of Los Angeles and Supervisors Barger, Hahn, Horvath, Mitchell, and Solis will produce to the Court the following information no later than March 9, 2023:

1. A written report detailing the number of people with mental illness who would need to be diverted from the jail, either pre-trial or subject to a probationary plea and placed in the community with appropriate mental health care and other services, to reduce the backlog in the IRC so people booked into the jail can be placed in permanent housing in 24 hours or less.  The report shall address the likely effect on the population of people with mental illness in the jail caused by both reductions in length of stay resulting from pre-trial diversion or placement in community as a result of a probationary plea and reductions of recidivism for people with mental illness in programs like the Office of Diversion and Reentry's ODR Housing Program.  The report shall also address, to the extent it can be reasonably measured, the likely cost of funding sufficient diversion to reduce the backlog in IRC so people booked into jail can be placed in permanent housing in 24 hours or less, the available sources of funding, and the cost savings resulting from reducing the population of people with mental illness in the jail, reductions in recidivism, and any other relevant savings resulting from increases in diversion.

2. A detailed written explanation of what steps Defendants plan to take reduce the population of people with severe mental illness in the jail in the next year and in the next three years by a sufficient amount to reduce the backlog in the IRC so people booked into the jail can be placed in permanent housing in 24 hours or less. The explanation shall include

specific timelines, amounts and sources of funding, and, to the extent it can be reasonably measured, the cost savings resulting Defendants' one and three-year plans to reduce the population of people with mental illness in the jails.

IT IS SO ORDERED.

Dated:

_____
HONORABLE DEAN D. PREGERSON
United States District Judge

Respectfully Submitted By:

/s/  Robert E. Dugdale

_____
ROBERT E. DUGDALE
*Counsel for Defendants*
*County of Los Angeles and Los*
*Angeles County Sheriff Robert Luna*

2
[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO RESPONSE TO ORDER TO SHOW CAUSE BY 30 DAYS

Kendall Brill & Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067