Declarations of Incarcerated Persons in Support of Plaintiffs' Motion for An Order
to Show Cause re: Contempt

Index

| Incarcerated Persons' Declarations | Exhibit No. |
|---|---|
| Alberto Aguilera 10.19.2022 | 1 |
| Darryl Beck 2.16.2023 | 2 |
| Quincy Brown 10.19.2022 | 3 |
| Reggie Candler 2.3.2023 | 4 |
| Richard Cisneros 2.3.2023 | 5 |
| Raymond Crowley 2.3.2023 | 6 |
| Elder Escobar 2.17.2023 | 7 |
| Lester Evans 10.19.2022 | 8 |
| Bobby Fernandez 1.12.2023 | 9 |
| Jaime Garcia Alfaro 2.3.2023 | 10 |
| Heriberto Garcia 2.17.2023 | 11 |
| Christian Gonzalez 2.16.2023 | 12 |
| Sergio Huerta 2.16.2023 | 13 |
| Marvin Irvin 2.17.2023 | 14 |
| Jonah Jones 2.17.2023 | 15 |
| John Mayes 2.19.2023 | 16 |
| Shauntee Rodgers 10.7.2022 | 17 |
| Eric Scoby 12.8.2022 | 18 |
| Kevin Scott 2.3.2023 | 19 |
| Paul Silvas 2.3.2023 | 20 |
| Juan Manuel Tapia 2.10.2023 | 21 |
| Angel Vasquez 2.17.2023 | 22 |
| James Webb 2.16.2023 | 23 |

# Exhibit 1

Declaration of Alberto Aguilera

I, Alberto Aguilera, declare the following:

1. I am making this declaration based on my personal experiences and if called to testify, I am willing and able to do competently testify the following:

2. I am in cell 206 in the IRC.

3. I have haven here for more than 12 hours. I arrived on Monday.

4. Prior to being here, I was in a supermax for approximately 2 weeks.

5. Prior to supermax I was here at the IRC. They keep moving me around.

6. It is very cold in this cell. They have not provided us with anything to sleep – such as a pillow or a blanket.

7. They did not provide toilet paper until the ACLU representatives said something about it.

8. I just want a place to sleep. I have not been told when they will provide me with a bed.

9. My booking number is: 6476266.

10. Today is Wednesday, October 19, 2022. It is 1pm.

11. I am desperate to see my family. I want to leave.

12. I was interviewed by ACLU representative, Marisol Dominguez-Ruiz, while I was held in cell 206 at IRC on October 19, 2022. She interviewed me in Spanish, wrote the declaration on my behalf and reviewed the content prior to my signing of it.

I declare under the penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed this day 19 day of Oct., 2022 in Los Angeles, California.

I, Marisol Dominguez-Ruiz, interviewed Mr. Aguilera in the IRC on October 19, 2022, took notes and then wrote up his declaration in Spanish, which is attached. I read Mr. Aguilera the declaration, he approved its contents and signed it. I translated and have reviewed the word-processed version of this declaration and declare that it accurately reflects the content of the handwritten, signed version. I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed February 25, 2023, in Los Angeles, California.

Marisol Dominguez-Ruiz

## La Declaracion De Alberto Aguilera

1. Yo, Alberto Aguilera, declaro lo siguiente:

1. Yo hago esta declaracion basado de mi propia experiencia y si me llaman a testificar yo puedo hacerlo y lo haria con competencia lo siguiente:

2. Yo estoy en la celda 206 de IRC.

3. He estado aqui por mas de 12 horas. Llegue el lunes.

4. Antes de llegar aqui estaba en supermax por aproximadamente 2 semanas.

5. Antes de supermax estaba aqui en IRC. Me siguen moviendo.

6. Hace mucho frio en esta celda. No nos dan algo para dormir. — una alhmveda o cobija.

7. No nos dieron papel de Baño hasta que las representantes de ACLU dijeron algo.

8. Yo nomas quiero un lugar para dormir. No me han dicho cuando me van a dar una cama.

9. Mi numero de Booking es: 6476260

10. Hoy es miercoles, 19 de Octubre del 2022. Son las 1pm.

11. Me siento desesperado por ver a mi familia. Tengo ganas de salir.

12. Representantes del ACLU, Marisol Dominguez-Ruiz, me entrevisto en la celda 206 del IRC el 19 de Octubre del 2022. Ella me entrevisto en español y escribió esta declaracion por mi parte y repaso todo los contenidos antes de que yo firmara.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22          I declare under penalty of perjury of the laws of the State of California and the United

23  States that the foregoing is true and correct. Executed this __19__ day of __Oct__, 2022 in Los

24  Angeles, California.

25                                              ALBERIO

26          Printed name: _____

27

28

# Exhibit 2

**Declaration of Darryl Beck 6550731**

I, Darryl Beck, hereby declare:

1.      I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.      I was arrested last Thursday and taken to a jail in Encino. I stayed in the Encino jail in a single cell until Tuesday. I did not get any showers there.

3.      I went to court on Tuesday, and the court set a high bail. From court they transported me to IRC.

4.      I got into the IRC around 8 pm. I gave them my clothes and then took a shower with a group of 40 men. I was in the shower for 45 minutes to a hour. There was no soap in the shower.

5.      After the shower I went to the area with chairs and TVs. It was at around the time of shift change.

6.      I did not sleep that night. There are no beds. I laid down on the floor in the cage area.

7.      Sometime during the night two guys got into a fight and fell on top of the bench I was trying to sleep under. They stepped on my feet. I was using my shoes as a pillow, so it hurt more since they fell on my cold bare feet.

8.      I saw a medical provider on Wednesday night. I don't have any medical needs.

9.      I asked to see a psych or mental health provider due to the circumstance I was in.

10.     At 1 am I was interviewed by mental health. I told him that I don't need meds.

11.     On the floor around the toilet in the IRC there was pee and feces and trash and toilet paper.

12.     I never felt like I have enough to eat. I got two slices of bread with a peanut butter pack and a jelly pack, 2 cookies, and orange juice. It was the same

meal except for dinner, you get a burrito.

13.   At around 2:30 am they moved a group of about 40 to the holding area I am in now.

14.   In this room I have a foam mattress, no cover, no pillow, no sheet, and one blanket.

15.   It's always cold here.

16.   I do not have a toothpaste or toothbrush. There is a small bar of soap.

17.   The toilet works and there is a water fountain on top of it.

18.   There is a shower, but it's completely open. I don't have a towel, and it's cold, and I share this cell with many people and am scared of getting athletes foot or gangrene or staph infection.

19.   There is a phone that works and one phone does not.

20.   I was told this is temporary housing.

21.   The TV in the wall is brand new and stuck on advertisements like Walmart.

22.   No one has come by to pick up trash. We made a trash bag out of the large food bags. When it's full we give them to the trustees.

23.   I feel like I'm losing it. I'm afraid of losing my jobs if I don't get out soon and my apartment.

24.   The vents in the ceiling are covered with plastic. A group before us must have used spoons to stick the plastic over the vent. I leave it that way because it's cold in here.

25.   I also feel sorry for the circumstances I am in and wish I could have met you, judge, in a different platform.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed this 16th day of February, 2023, in Los Angeles, California.

Darryl Beck

I, Melissa Camacho, interviewed Mr. Beck in Men's Central Jail 6050 on February 16, 2023, took notes and then wrote up his declaration, which is attached. I read Mr. Beck the declaration, he approved its contents and signed it. I have reviewed this word-processed version of this declaration and declare that it accurately reflects the content of the handwritten, signed version.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed February 24, 2023, in Los Angeles, California.

Melissa Camacho

**Declaration of** _Darryl Beck 6550731_

I, _Darryl Beck_ , hereby declare:

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2. I was arrested last Thursday and taken to a jail in Encino. I stayed in the Encino jail in a single cell until Tuesday. I did not get any showers there.

3. I went to court on Tuesday, and the court set a high bail. From court they transported me to IRC.

4. I got into the IRC around 8 pm. I gave them my clothes and then took a shower with a group of 40 men. I was in the shower area for 45 minutes to a hour. There was no soap in the shower.

5. After the shower ~~we were waiting for medical in~~  ~~a group of about 45.~~ I went to the area with chairs and TVs. It was at around the time of shift change.

6. I did not sleep that night. There are no beds. I laid down on the floor in the cage area.

7. Sometime during the night two guys got into a fight and fell on top of the bench I was trying to sleep under. They stepped on my feet. I was using my shoes as a pillow, so it hurt more since they fell on my cold bare feet.

8. I saw a medical provider on Wednesday night. I don't have any medical needs.

9. I asked to see a psych or mental health

provider due to the circumstance I was in.

10. At 1 am I was interviewed by mental health.
I told him that I don't need meds.

11. ~~On~~ On the floor around the toilet there was [in the IRC]
pee and feces and trash and toilet paper.

12. I never felt like I had enough to eat.
I get two slices of bread with a peanut butter pack and
a jelly pack, 2 cookies, and orange juice. It was the
same meal except for dinner, you get a burrito.

18. At around 2:30 am they moved a group of about
40 to the holding area I am in now.

19. In this room I have a foam mattress, no cover, no
pillow, no sheet, and one blanket.

20. It's always cold here.

21. I do not have toothpaste or toothbrush. There is a small
bar of soap.

22. The toilet works and there is a water fountain on top of it.

23. There is a shower but it's completely open, I don't have a
towel, and it's cold, and I share this cell with many people
and am scared of getting athletes foot or gangrene or staff infection.

24. There is a phone that works and one phone does not.

25. I was told this is temporary housing.

26. The TV in the hall is brand new and stuck on
advertisements like Walmart.

27. No one has come by to pick up trash. We made a
trash bag out of the large food bags. When it's full we
give them to the trustees.

28. I feel like I'm losing it. I'm afraid of losing
my jobs if I don't get out soon and my apartment.

29. The vents in the ceiling are covered with plastic. A group before us must have used spoons to stick the plastic over the vents. I leave it that way because it's cold in here.

30. I also feel sorry for the circumstance I am in and wish I could have met you/judge/ in a different platform.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed this 16th day of Feb., 2023 in Los Angeles, California.

Printed name: Darryl Beck

# Exhibit 3

**Declaration of Quincy Brown**

I, Quincy Ray Brown, hereby declare:

1.      I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.      I have been here at the IRC for ten days.

3.      I have been diagnosed with the following: diabetes, bipolar disorder and schizophrenia. I take Abilify and Trazodone. Trazodone normally helps me sleep. Without it, I can't stay awake for days. I have not received my mental health medications the whole time I've been incarcerated.

4.      I have been housed in a single cell at IRC 231.

5.      At the time of my arrest, I hurt my shoulder. I have only received one dose of medication for the pain. But I still have pain.

6.      My cell is not regularly cleaned.

7.      I have not had access to a shower since I arrived.

8.      I have not been able to contact my family. I have not been able to make phone calls since I got here.

9.      I do not have a blanket and mattress in my cell.

10.     I asked for a written complaint but never received one.

11.     I asked to speak to a sergeant but was told by staff I am not allowed to do so, then they slammed my food tray door.

12.     I was told I would be transferred to MCJ about 6-7 days ago but have not received further information.

13.     I feel upset and stressed by the fact that I have been waiting here for days, without my mental health meds or a shower or a phone call.

14.     There is usually trash piked in my cell. They don't come clean it.

15.     ACLU representatives Amanda Goad and Marisol Dominguez-Ruiz interviewed me in IRC 231 on October 19 and took notes. They wrote out this declaration on my behalf and went over its contents with me before I signed.

1

1    I declare under penalty of perjury of the laws of the State of California and

2    the United States that the foregoing is true and correct. Executed this 19th day of

3    October, 2022 in Los Angeles, California.

4

5                                    Quincy Brown

6

7       I, Marisol Dominguez-Ruiz, interviewed Mr. Brown in the IRC on October

8    19, 2022, took notes and then wrote up his declaration, which is attached. I read

9    Mr. Brown the declaration, he approved its contents and signed it.  I have reviewed

10   this word-processed version of this declaration and declare that it accurately

11   reflects the content of the handwritten, signed version.

12      I declare under penalty of perjury of the laws of the State of California and

13   the United States that the foregoing is true and correct. Executed February 24,

14   2023, in Los Angeles, California.

15

16

17                                    Marisol Dominguez-Ruiz

18

19

20

21

22

23

24

25

26

27

28

1    **Declaration of** _Quincy Brown_

2    I, _Quincy Ray Brown_, hereby declare:

3    1.    I make this declaration based on my own personal knowledge and if called to

4    testify I could and would do so competently as follows:

5    2.    I have been here at the IRC for ten days.

6    3. I have Been diagnosed with the following: diabetes, bipolar disorder

7    and schizophrenia. I take ability and trozodone. Trazadone normally

8    helps me sleep. Without it, I can't stay awake for days. I have not

9    received my mental health medications the whole time I've Been

10   Incarcerated.

11   4. I have Been housed in a single cell at IRC 231.

12   5. At the time of my arrest, I hurt my shoulder. I have only

13   received one dose of medication for the pain. But I still have pain.

14   6. My cell is not regularly cleaned

15   7. I have not had access to a shower since I arrived.

16   8. I have not Been able to contact my family. I have not Been

17   able to make phone calls since I got here.

18   9. I do have a Blanket and mattress in my cell.

19   10. I asked for a written complaint but never received one.

20   11. I asked to speak to a sergeant but was told by staff I am not

21   allowed to do so, Then they slammed shut my food tray door.

22   12. I was told I would Be transferred to MCJ about 6-7 days

23   ago but have not received further information.

24   13. I feel upset and stressed by the fact that I have Been waiting

25   here for days, without my mental health meds or a shower or a phone call.

26   13. There is usually trash piled in my cell. They don't come clean it.

27   14. ACLU representatives Amanda Goad and Marisol Dominguez - Ruiz

28   interviewed me in IRC 231 on October 19 and took notes. They wrote

1   out this declaration on my behalf and went over its contents

2   with me before I signed.

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22       I declare under penalty of perjury of the laws of the State of California and the United

23   States that the foregoing is true and correct. Executed this 19ᵗʰ day of October, 2022 in Los

24   Angeles, California.

25

26                Printed name:

27

28

# Exhibit 4

### Declaration of Reggie Candler 6504142

I, Reggie Candler, hereby declare:

1.       I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.       I was arrested in the fall of 2022. I think it was September 18, 2022. Before I was arrested I was taking 200 mg Seroquel.

3.       I have been diagnosed with bi-polar and I hear voices. But the Seroquel helps stop the voices.

4.       When I was arrested I was taken to the IRC. I told the doctor that I was taking Seroquel and needed to keep taking it. I told them they could contact Telecare and confirm I had a Seroquel prescription. But I did not get my meds.

5.       It took me about two months before I got my meds. When I was off my meds I was hearing voices a lot. I also got paranoid and felt like people were following me and taking information from my brain.

6.       I am housed in 162 pod in TTCF. It is filthy here. There is feces on the walls. I try to keep my cell clean but they do not give me gloves. The toilet was caked up with shit when I got to my cell and I have to use a bread wrapper and pair of boxers to clean it up. There was also food and maybe shit on the light fixture.

7.       There are also bugs and gnats all over. I wake up in a cold sweat and bugs on my face.


I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed this 3rd day of February 2023, in Los Angeles, California.


Reggie Candler


I, Peter Eliasberg, interviewed Mr. Candler in the Twin Towers on February

1

3, 2023, took notes and then wrote up his declaration, which is attached. I read Mr. Candler the declaration, he approved its contents and signed it.  I have reviewed this word-processed version of this declaration and declare that it accurately reflects the content of the handwritten, signed version.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed February 24, 2023 in Los Angeles, California.

Peter Eliasberg

2



Declaration of **REGGIE LANDLER 650442**

1. I, **REGGIE LANDLER** , hereby declare:

1.   I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.   I was arrested in the fall of 2022. I think it was September, 18, 2022. Before I was arrested I was taking 200 mg Seroquel

3) I have been diagnosed with Bi-Polar and I hear voices But the Seroquel helps stop the voices.

4) When I was arrested I was taken to IRC. I told the doctors that I was taking Seroquel and needed to keep taking it. I told them they could contact Telecare and confirm I had a Seroquel prescription. But I did not get my meds.

5) It took me about two months before I got my meds. When I was off my meds I was hearing voices a lot I also got paranoid and

Created with Scanner Pro

felt like people were following
me and taking information
from my brain

6) I am housed in 162 pod in
TTCF. It is filthy here. There
is feces on the walls. I try
to keep my cell clean but they
do not give me gloves.
The toilet was caked up
with shit when I got to my
cell + I had to use a
bread wrapper to pair of
boxers to clean it up. There
was also food + maybe shet
in the light fixture.
7) There also bugs + gnats all
over. I wake up in a
cold sweat + bugs on my
face

I declare under penalty of perjury of the laws of the State of California and the United
States that the foregoing is true + correct. Executed this 3rd day of February in Los
Angeles, California.

Maggie Candler

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22      I declare under penalty of perjury of the laws of the State of California and the United

23   States that the foregoing is true and correct.  Executed this 3rd day of February 2023 in Los

24   Angeles, California.

25

26      Printed name: _____

27      Reggie Candler

28

# Exhibit 5

## Declaration of Richard Henry Cisneros 6543008

I, Richard Henry Cisneros, hereby declare:

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2. I am currently housed in IRC-231 Pod A, cell 11.

3. I have been housed here for about four days.

4. I first arrived to the IRC on Monday, January 30, 2023. I was there for about 24 hours. I was seen by a mental health provider.

5. During my evaluation, I told the mental health professional that I am taking medication for my mental health diagnoses.

6. I am diagnosed with schizophrenia, depression, and anxiety. When I am in the community, I am prescribed with Gababiven [sic], another medication for sleep, and a third medication I can't recall the name of.

7. I thought I would receive medication once I told them but I've yet to receive any medication.

8. I have not been seen by a mental health provider since the first day I was evaluated.

9. The last time I had access to my medication and took my medication was on Monday (1/30/23), the day of my arrest.

10. In the community, I am seen by Telecare provider. I go to a facility in Norwalk for treatment.

11. Since I have arrived I have not had access to a shower.

12. The third medication might be Abilify.

13. The last time I was here was in 2022 for at least three (3) months due to a parole violation. During that time I received the appropriate medication and a psych professional would talk to me. I was housed in MCJ-2900.

14. Without my medication, I feel lost, I feel anxiety.

15. When I am in the community I am consistent about taking my

1

medication.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed this 3rd day of February 2023, in Los Angeles, California.

Richard Cisneros

I, Marisol Dominguez-Ruiz, interviewed Mr. Cisneros in the IRC on February 3, 2023, took notes and then wrote up his declaration, which is attached. I read Mr. Cisneros the declaration, he approved its contents and signed it.  I have reviewed this word-processed version of this declaration and declare that it accurately reflects the content of the handwritten, signed version.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed February 24, 2023, in Los Angeles, California.

Marisol Dominguez-Ruiz

**Declaration of** Richard Henry Cisneros, Booking #6543008

I, Richard Henry Cisneros, hereby declare:

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2. I am currently housed in IRC - 231 Pod A, cell 11.

3. I have been housed here for about four days.

4. I first arrived to the IRC on Monday, January 30, 2023. I was there for about 24hours. I was seen by a mental health provider.

5. During my evaluation, I told the mental Health professional that I am taking medication for my mental Health diagnoses.

6. I am diagnosed with schizophrenia, depression, and anxiety. When I am in the community I am prescribed with gababiven, another medication for sleep, and a third medication I can't recall the name of.

7. I thought I would receive medication once I told them but I've yet to receive any medication.

8. I have not been seen by a mental Health provider since the first day I was evaluated.

9. The last time I had access to my medication and took my medication was on Monday (1/30/23), the day of my arrest.

10. In the community, I am seen by Telecare provider. I go to a facility in Norwalk for treatment.

11. Since I have arrived I have not been given had access to a shower.

12. The third medication might be abilify.

13. The last I was here was in 2022 for at least three (3) months due to a parole violation. During that time I received the appropriate medication and a psych professional would talk to me. I was housed in MCJ - 2900.

14. Without my medication, I feel lost, I feel anxiety. RC

15. When I am in the community I am consistent about taking my medication.



I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed this 2ʳᵈ day of Feb, 2023 in Los Angeles, California.

Printed name: _Richard Cisneros_
Richard Cisneros

# Exhibit 6

# Declaration of Raymond Crowley 6499348

I, Raymond Crowley, hereby declare:

1.    I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.    My booking number is 6499348.

3.    I was diagnosed with schizophrenia at age 12.

4.    I was diagnosed with Tardive Dyskinesia at age 22.

5.    In the community I take 5 mgs of Artane twice a day and 400 mgs of Seroquel once per day at night, and 150 mgs of Wellbutrin per day.

6.    I graduated from the ODR program in Harmony House in August 2022.

7.    An Amity case manager coordinates my mental health medications: the Artane and the Seroquel and Wellbutrin. I was most recently in a program called Mentors at La Brea and Washington.

8.    I was arrested in Lancaster on November 10, 2022.

9.    The last day I took my medications before arrest was November 9, 2022.

10.    At IRC, I told medical about my meds. I also told mental health about my medications. I did not receive any medication in IRC.

11.    I then went to MCJ 2900 after IRC. I was in IRC for less than one day.

12.    In MCJ 2900 I talked to a clinician. She could not start my medication because she was not a psychiatrist. I told her I was getting meds through Amity.

13.    At IRC I started feeling symptoms from not being on medications. I was hearing voices, seeing faces in my food and in the wall. I told the mental health clinician that I was having these symptoms. I was also shaking and my leg became numb.

14.    The same symptoms continued when I was in MCJ. I was in MCJ for

1

a little less than 3 weeks.

15. I was transferred to Twin Towers 131 F-Pod. I am still in 131 F-Pod.

16. In Twin Towers I put in forms for my medication and explained my symptoms. They took me to urgent care. In urgent care the nurse practitioner said she could not help me with medication and that I had to wait to see the psychiatrist.

17. My symptoms continued in Twin Towers, but I felt a little better being in a dorm setting with TV and people to talk to. In MCJ I was in a 6 person cell.

18. A little after Christmas, no later than the first week of January, a psychiatrist came to see me. She asked me about my diagnosis, symptoms and medication. She said she could not give me Artane, Seroquel, or Wellbutrin unless I was taking it on the street. I gave her the number to my Amity Foundation case manager.

19. That night, I got my first dosage of medications. Just the Artane and Seroquel. The psychiatrist offered to put me on Effexor instead of Wellbutrin, but I declined because I am worried about how side effects could interfere with my Tardive Dyskinesia.

20. After about a week or two of being on my medications, I stopped hearing voices.

21. About two and a half weeks after starting the Artane, the symptoms of muscle twitching became manageable.

22. I have received my medication every day since it started.


I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed this 3rd day of February 2023, in Los Angeles, California.


Raymond Crowley

2

1
2          I, Melissa Camacho, interviewed Mr. Crowley in Twin Towers on February
3    3, 2023, took notes and then wrote up his declaration, which is attached. I read Mr.
4    Crowley the declaration, he approved its contents and signed it.  I have reviewed
5    this word-processed version of this declaration and declare that it accurately
6    reflects the content of the handwritten, signed version.
7          I declare under penalty of perjury of the laws of the State of California and
8    the United States that the foregoing is true and correct. Executed February 24,
9    2023, in Los Angeles, California.
10
11
12                          Melissa Camacho
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Declaration of** _Raymond Crowley_

I, _Raymond Crowley_, hereby declare:

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2. My booking number is 6499348.

3. I was diagnosed with Schizophrenia at age 12.

4. I was diagnosed with Tardive Dyskenesia at age 22.

5. In the community I take 5 mgs of Artane twice a day and 400 mgs of Seroquel once per day at night, and 150 mgs of Wellbutrin per day.

6. I graduated from the ODR program in Harmony House in August 2022.

7. An Amity Case manager coordinates my mental health medications: the Artane and the Seroquel and Wellbutrin. I was most recently in a program called Mentors at La Brea and Washington.

8. I was arrested in Lancaster on November 10, 2022.

9. The last day I took my medications before arrest was November 9, 2022.

10. At IRC, I told medical about my meds. I also told mental health about my medications. I did not receive any medication in IRC

11. I then went to MCJ 2900 after IRC. I was in IRC for less than one day.

12. In MCJ 2900 I talked to a Clinician. She could not start my medication because she was not a psychiatrist. I told her I was getting meds through Amity.

13. At IRC I started feeling symptoms from not being on medications. I was hearing voices, seeing faces in my

1  food and in the wall. I told the mental health
2  clinician that I was having these symptoms. I was
3  also shaking and my leg became numb.
4  14. The same symptoms continued when I was in
5  MCJ. I was in MCJ for a little less than
6  3 weeks.
7  15. I was transferred to Twin Towers 131 F-Pod.
8  I am still in 131 F-Pod.
9  16. In Twin Towers I put in forms for my medication
10  and explained my symptoms. They took me to
11  urgent care. In urgent care the nurse practitioner
12  said she could not help me with medication and that
13  I had to wait to see the psychiatrist.
14  17. My symptoms continued in Twin Towers, but
15  I felt a little better being in a dorm setting with
16  TV and people to talk to. In MCJ I was in a
17  6 person cell.
18  18. A little after Christmas, no later than the first
19  week of January, a psychiatrist came to see me.
20  She asked me about my diagnosis, symptoms and
21  medication. She said she could not give me
22  Artane, Seroquel, or Wellbutrin unless I was taking it
23  on the street. I gave her the number to my Amity
24  Foundation case manager.
25  19. That night, I got my first dosage of medications.
26  Just the Artane and Seroquel. The psychiatrist
27  offered to put me on Effexor instead of Wellbutrin,
28  but I declined because I am worried about how
   side effects would interfere with my Tardive Dyskenesia.

R C

20. About a week or two weeks and a half of being on After two

my medications, I stopped hearing voices.

21. About two and a half weeks after starting

the Artane, the symptoms of muscle twitching

became manageable.

22. I have received my medication every

day since it started.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed this __3__ day of __February__, 2023 in Los Angeles, California.

Printed name: _Raymond Crowley_

Raymond Crowley

# Exhibit 7

**Declaration of Elder Escobar 6553175**

I, Elder Escobar, hereby declare:

1.      I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.      I am here in the Inmate Reception Center Clinic. I have been here since 2/15/23 in the morning.

3.      I have only been seen by medical evaluation but have not been seen by mental health. I was told to wait.

4.      I have slept on the chairs – I was told not to sleep on the floor even though there are a couple of people on the floor covering themselves with plastic bags for warmth.

5.      I asked for blankets but I was told I couldn't have one because there are not enough. At one point I had a plastic bag so I could sit on it while I sat on the floor because the floor is dirty. They took the plastic bag away as well.

6.      Yesterday there was not enough food for everyone so we had to wait until more food was brought. Yesterday I only received lunch and dinner.

7.      Yesterday, 2/16/23, there was not enough toilet paper. Today they put toilet paper available so we could grab some.

8.      I have been told I need to wait for mental evaluation so I can go to housing.

9.      I have been at the IRC for more than 24 hours.

10.     Inside the caging cell the toilet has been clogged while I've been here.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed this 17th day of February, 2023, in Los Angeles, California.

Elder Escobar

1

1

2      I, Marisol Dominguez-Ruiz, interviewed Mr. Escobar in the IRC on

3  February 17, 2023, took notes and then wrote up his declaration, which is attached.

4  I read Mr. Escobar the declaration, he approved its contents and signed it.  I have

5  reviewed this word-processed version of this declaration and declare that it

6  accurately reflects the content of the handwritten, signed version.

7      I declare under penalty of perjury of the laws of the State of California and

8  the United States that the foregoing is true and correct. February 24, 2023, in Los

9  Angeles, California.

10

11

12      Marisol Dominguez-Ruiz

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    **Declaration of** Elder Escobar, #655317J

2    I, Elder Escobar _____, hereby declare:

3       1.    I make this declaration based on my own personal knowledge and if called to

4    testify I could and would do so competently as follows:

5       2.    I am here in the Inmate Reception Center

6    clinic. I have been here since 2/15/23 in the morning.

7    3. I have only been seen by medical evaluation but have

8    not been seen by mental health. I was told to wait

9    4. I have slept on the chairs - I was told not to sleep on

10   the floor even though there are a couple of people on the floor

11   covering themselves in plastic bags for warmth.

12   5. I asked for blankets but I was told I couldn't have one

13   because there are not enough. At one point I had a plastic

14   bag so I could sit on it while I sat on the floor because the

15   floor is dirty. They took the plastic bag away as well.

16   6 yesterday there was not enough food for everyone

17   so we had to wait until more food was brought. Yesterday I

18   only received lunch and dinner. th

19   7. Yesterday 2/16/23, there was not enough toilet paper. Today

20   they put toilet paper available so we could grab some.

21   8. I have been told I need to wait for mental evaluation so I can

22   go to housing.

23   9. I have been at the IRC for more than 24 hours.

24   10. Inside the caging cell the toilet has been clogged while I've

25   been here.

26

27

28



I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed this 17 day of FEB, 2023 in Los Angeles, California.

Printed name: Elder Escobar

# Exhibit 8

**Declaration of Lester Evans 6484313**

I, Lester Evans, hereby declare:

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2. My booking number is 6484313.

3. I was brought to IRC on Monday October 17, 2022 at around 11:00 am.

4. I went through the booking process and then waited in the IRC clinic until Monday at around 10 pm.

5. I was brought to custody line cell 216 at around 10 pm on Tuesday. I was told I was waiting for a bed.

6. The cell got dirty, like a pig pen. They did not come to clean until it was massively dirty. We had to ask them to empty the trash can when it was completely full.

7. The cell is cold. One person covered the vent with a garbage bag to try and block the cold air.

8. At one point the cell had about 18 people in it. People were packed in and sleeping on the benches, under the benches, and laying next to each other on the ground.

9. I got dinner in cell 216 on Tuesday night. After dinner those of us in 216 were called out of the cell. We joined people from other cells in the hallway. We were all told we were going to temporary housing.

10. They took me with the group to IRC 231. People in the cell were banging on the doors. At least one person was putting feces on the door. I heard a guard yelling at him to stop "putting shit on the door." I only got about one and a half hours of sleep.

11. I got breakfast in IRC 231. After breakfast I was brought back to the IRC custody line cell 216. I was told that I am still waiting for a bed.

12.     When I returned to the cell there was a garbage bag covering urine on the floor. We have told the guards about the urine on the floor but no one has come to clean it.

13.     We are treated like animals. When I need to go to the bathroom and we are out of paper, we ask for paper, but they won't bring it for hours.

14.     I did a 37 year prison sentence. This is worse. It's filthy. People shouldn't live like this.

15.     ACLU representative Melissa Camacho interviewed me in the custody line cell on October 19 and took notes. She wrote out this declaration on my behalf and went over its contents with me before I signed.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed this 19th day of October, 2022, in Los Angeles, California.

Lester Evans

I, Melissa Camacho, interviewed Mr. Evans in the IRC on October 19, 2022, took notes and then wrote up his declaration, which is attached. I read Mr. Evans the declaration, he approved its contents and signed it.  I have reviewed this word-processed version of this declaration and declare that it accurately reflects the content of the handwritten, signed version.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed February 24, 2023, in Los Angeles, California.

Melissa Camacho

2

1  **Declaration of** _Lester Evans  6484313_

2  I, _Lester Evans_ , hereby declare:

3  1.  I make this declaration based on my own personal knowledge and if called to

4  testify I could and would do so competently as follows:

5  2.  _My booking number is 6484313._

6  3. I was brought to IRC on Monday October 17, 2022 at

7  around 11:00 pm.

8  4. I went through the booking process and then waited in

LE 9  the IRC Clinic until ~~Tuesday~~ Monday at around 10 pm.

10  5. I was brought to custody line cell 216 at around

11  10 pm on Tuesday. I was told I was waiting for a bed.

12  6. The cell got dirty, like a pig pen. They did not come

13  to clean until it was massively dirty. We had to ask them

14  to empty the trash can when it was completely full.

15  7. The cell is cold. One person covered the vent with a garbage

16  bag to try and block the cold air.

17  8. At one point the cell had about 18 people in it. People

18  were packed in and sleeping on the benches, under the benches,

19  and laying next to each other on the ground.

20  9. I got dinner in cell 216 on Tuesday night. After

21  dinner those of us in 216 were called out of the cell. We

22  joined people from other cells in the hallway. We were all

23  told we were going to temporary housing.

24  10. They took me with the group to IRC 231, Epod. I

25  was given a mattress and blanket and a bed in the day

26  room.

27  11. I could not sleep in IRC 231. People in the cells were

28  banging on the doors. At least one person was putting ~~feces~~ feces

1  on the door. I heard a guard yelling at him to stop "putting

2  shit on the door." I only got about one and a half

3  hours of sleep.

4  12. I got breakfast in IRC 231. After breakfast I was brought

5  back to the IRC custody line cell 216. I was told that I am

6  still waiting for a bed.

7  13. When I returned to the cell there was a garbage bag covering

8  urine on the floor. We have told guards about the urine on the

9  floor but no one has come to clean it.

10  14. We are treated like animals. When I need to go to

11  the bathroom and we are out of paper, we ask for paper but

12  they won't bring it for hours.

13  15. I did a 37 year prison sentence. This is worse.

14  It's filthy. People shouldn't live like this. Animals live

15  like this.

16  16. ACLU representative Melissa Camacho interviewed

17  me in the custody line cell on October 19 and took notes.

18  She wrote out this declaration on my behalf and went over

19  its contents with me before I signed

blank

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed this 19th day of October, 2022 in Los Angeles, California.

Printed name: _____

Lester Evan

# Exhibit 9

**Declaration of Bobby Fernandez 6509128**

I, Bobby Fernandez, hereby declare:

1.      I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.      I am currently housed at Men's Central Jail in Dorm 5550.

3.      I was arrested on December 16, 2022 for a probation violation.

4.      At the time of my arrest I was prescribed medication, including Zoloft, Suboxone, and Depakote [sic]. The last time I took my medication was the day of my arrest.

5.      My medication was prescribed by Wesley Health Center and by LA Cada. I would pick up my medication from CVS. My insurance is Blue Shield.

6.      My prescription requires me to take my medication daily. Although I do get my seizure medication (Keppra) in jail I have not received my medication for anxiety (Zoloft) and Suboxone.

7.      While I was in court on 12/16/22, I began to have seizures. From there I was sent to Norwalk Community Hospital. I was hospitalized for 5 or 6 days.

8.      At Norwalk Community Hospital, I was not given any medication.

9.      On Dec. 21, 2022, deputies picked me up from Norwalk Community Hospital and was brought to IRC.

10.      I was at IRC for two days. I arrived on a Friday evening.

11.      While I was at IRC, I was put in one cell for about a day and a half and in another cell for about 12 hours.

12.      I was in each cell longer than 12 hours.

13.      The temperature at the IRC was very cold. I was not provided a blanket. I asked for one but was told "we could not get one." I did not have a mattress.

14.      At one point, I had to kick the door to get deputies attention so I could get toilet paper.

1

15.    The toilet of the cell I was in did not work. It did not flush. It seemed to be backed up. I told deputies when they opened the tray slot. This was the medical clinic cell.

16.    One of the cells I was in was behind medical clinic – it is where they hold k-10s. These are different from cells in the hall.

17.    There was no trash can so there was trash on the floor.

18.    While at IRC, I only received a meal on Saturday evening. It was only a burrito. There was no juice or liquids provided. I did not have access to drinking water.

19.    The Saturday I was at IRC, around 1 AM, I went man down. I received attention within 15-20 minutes. I was back in my cell by 2 AM after being in urgent care.

20.    At IRC, I received a medical evaluation. I gave them my medical papers from Norwalk Community Hospital. I told them about all the medication I am on. I was told they would look into it. I told them I got prescriptions from LA Cada and Wesley Health Center. I felt like they were trying to hurry me up.

21.    On Sunday, I was moved to 3500 in Men's Central Jail around 9 pm.

22.    While at 3500, I submitted 3 slips for medication. I was informed I'd be there for a short time. I was not allowed to use the phone. I was told it's because I am on fishrow. I did not have a blanket at 3500.

23.    I arrived to my current dorm on Tuesday, after Christmas, 12/27/22.

24.    I slept on the floor the first night without a mattress or blanket because there was no bunk. I asked for a bunk and mattress and a deputy said they were working on it.

25.    I have not received my medication – Zoloft and Suboxone.

26.    I put in a slip three days ago. Yesterday, I approached a psych person and asked to see a doctor. I was told I needed to wait my turn. As of today, I have not been seen by a mental health provider.

27.   I am experiencing symptoms because I have not received medication. I feel agitated, I cannot sleep, I am sweaty, I keep needing to use the restroom, I am restless.

28.   I received my seizure medication in 3500, about three days after arriving in 3500, and I receive it every day. The medication, however, is not the same as my prescription outside, and it gives me headaches and makes me feel like I could still have a seizure.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed this 12th day of January 2023, in Los Angeles, California.

Bobby Fernandez

I, Marisol Dominguez-Ruiz, interviewed Mr. Fernandez in Men's Central Jail, 5000 floor, on January 12, 2023, took notes and then wrote up his declaration, which is attached. I read Mr. Fernandez the declaration, he approved its contents and signed it.  I have reviewed this word-processed version of this declaration and declare that it accurately reflects the content of the handwritten, signed version.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed February 24, 2023, in Los Angeles, California.

Marisol Dominguez-Ruiz

**Declaration of** BoBBy Fernandez, 6509128

I, BoBBy Fernandez, hereby declare:

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2. I am currently housed at Men's Central Jail in Dorm 5550. BF

3. I was arrested on December 16, 2022 for a ~~parole~~ probation violation

4. At the time of my arrest I was prescribed medication, including Zoloft, Suboxone, and depacot. The last time I took my medication was the day of my arrest.

5. My medication was prescribed by ~~Dr~~. Wesley Health Center and by LA Care ~~Health Center~~, I would pick up my medication from CVS. My insurance is Blueshield. BF

6. My prescription requires me to take my medication daily. Although I do get my seizure medication (Kepra) in jail I have not received my medication for anxiety (Zoloft) and suboxone.

7. While I was in court on 12/16/22, I Began to have seizures. From there I was sent to Norwalk community Hospital. I was hospitalized for 5 or 6 days.

8. At Norwalk Community Hospital, I was not given any medication.

9. On Dec. 21, 2022 deputies picked me up from Norwalk Community Hospital and was Brought to IRC.

10. I was at IRC for two days. I arrived on a Friday evening.

11 While I was at IRC, I was put in one cell for about a

1    day and a half and in another cell for about 12 hours.

2    12. I was in each cell longer than 12hrs.

3    13. The temperature at The IRC was very cold. I was

4    not provided a Blanket. I asked for one but was told

5    "we could not get one." I did not have a mattress.

6    14. At one point, I had to Kick the door to get deputies

7    attention so I could get toilet paper.

8    15. The toilet of the cell I was in did not work. It did not

9    flush. It seemed to Be Backed up. I told deputies

10    when they opened the tray slot. This was the medical Clinic cell.

11    16. One of the cells I was in was Behind medical clinic —

12    it is where they hold K-10s. These are different from cells in the hall.

13    17. There was no trashCan so There was trash on

14    the floor

15    18. While at IRC, I only Received a meal on Saturday

16    evening. It was only a Burrito. There was no Juice or

17    liquids provided. I did not have access to drinking

18    water.

19    19. The Saturday I was at IRC, around 1AM, I went Man down.

20    I received attention within 15-20 minutes. I was Back in

21    my cell by 2:30AM. after being in urgent care.
                BF

22

23    20. At IRC, I received a medical evaluation. I gave

24    them my medical papers from Norwalk Community

25    Hospital. I told them about all the medication I am on.

26    I was told They would look into it. I told them I got

27    prescriptions from LA Cara and Wesley Health Center.

28    I felt like they were trying to hurry me up.

BF

1  21. On Sunday, I was moved to 3500 in Men's Central Jail around 9pm.

2  22. While at 3500, I submitted 3 slips for medication.

3  I was informed I'd be there for a short time. I was not

4  allowed to use the phone. I was told it's because I am

5  on fishrov. I did have a blanket at 3500.

6  23. I arrived to my current dorm on Tuesday, after

7  christmas, 12/27/22. the first night BF

8  24. I slept on the floor, without a mattress or blanket because there

9  was no bunk. I asked for a bunk and mattress and a deputy said they were working on it.

10  25. I have not received my medication — zoloft & suboxone.

11  26. I put in a slip three days ago. Yesterday, I approached

12  a psych person and asked to see a doctor. I was told I

13  needed to wait my turn. As of today, I have not been

14  seen by a Mental Health provider.

15  27. I am experiencing symptoms because I have not

16  received medication, I feel agitated, I cannot sleep, I am

17  sweaty, I keep needing to use the restroom, I am restless.

18  28. I received my seizure medication in 3500, about three

19  days after arriving in 3500, and I receive it every day. The

20  medication, however, is not the same as my prescription inside and it

21  gives me headaches and makes me feel like I could still have a seizure

22  I declare under penalty of perjury of the laws of the State of California and the United

23  States that the foregoing is true and correct. Executed this _12th_ day of _January_, 2023 in Los

24  Angeles, California.

25

26  Printed name: Bobby Fernandez

27

28

# Exhibit 10

**Declaration of Jaime Garcia Alfaro 6525026**

I, Jaime Garcia Alfaro, hereby declare:

1.    I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.    I am currently housed in Twin Towers 171 – B Pod, cell 2.

3.    I am diagnosed with depression, bipolar disorder, anxiety, and schizophrenia.

4.    I take 6 different types of medication when I am in the community, one of the meds includes Busbar.

5.    I have a long history of mental health issues. I was first diagnosed around age of 16. I am now 29 years old.

6.    Two weeks prior to my arrest I did forget to take my medication because I was working a lot. But in general, I am consistent about taking my medication when I am in the community.

7.    I was arrested on Jan. 20, 2023 and was held at Santa Monica Police Station for 1 or 2 days. I told them I needed medications but nothing was done.

8.    I was brought to IRC around 1/23/23 and stayed there for about 24 hours. While there, I was asked if I wanted to be in general population. I said, "Yes but I need my medication."

9.    At IRC, I let them know I need medication for my mental health. I was told someone would come talk to me.

10.    I was housed in general population but did not receive any medication. I had to fill out a medical slip for my glasses to get their attention to ask for my psych medication.

11.    During this visit I was asked if I was suicidal and I said yes, and that I felt anxious and could not sleep.

12.    From there I was moved to a different single cell in Twin Towers. I was given a suicide watch gown, no blanket and no mattress were provided.

1

13.     During those four days, I was visited by a clinician who asked if I'd consider Remron [sic] for medication. I agreed to it. However, I have not received any Remron [sic] or other psych medication.

14.     I was also visited by a clinician who asked me if I felt suicidal.

15.     After 4 days, I was transferred to my current cell in TTCF-171-B2. This cell is very dirty, toilet leaks, smells, it is moldy. I feel my skin drying out from smell. I have not been given a shower or had access to a shower for about a week.

16.     I have not received any psych medication since my incarceration. I've told staff here I need my medication.

17.     I can't sleep, I am experiencing memory loss, shift of emotions, sometimes I feel angry, sometimes I am okay. It is a range of emotions.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed this 3rd day of February 2023, in Los Angeles, California.

Jaime Garcia Alfaro

I, Marisol Dominguez-Ruiz, interviewed Mr. Alfaro in Twin Towers Correctional Facility on February 3, 2023, took notes and then wrote up his declaration, which is attached. I read Mr. Alfaro the declaration, he approved its contents and signed it.  I have reviewed this word-processed version of this declaration and declare that it accurately reflects the content of the handwritten, signed version.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed February 24, 2023, in Los Angeles, California.

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Marisol Dominguez-Ruiz

1    **Declaration of** Jaime garcia Alfaro , # 6525026

2    I, Jaime garcia Alfaro                    , hereby declare:

3    1.    I make this declaration based on my own personal knowledge and if called to

4    testify I could and would do so competently as follows:

5    2.    I am currently housed in Twin Towers - B Pod, cell 2.

6    3. I am diagnosed with depression, bipolar disorder, anxiety

7    and schizophrenia.

8    4. I take 6 different types of medication when I am in the

9    community, one of the med includes Buspar.

10    5. I have a long history of mental health issues. I

11    was first diagnosed around age of 16. I am now

12    29 years old.

13    6. Two weeks prior to my arrest I did forget to take my medication

14    because I was working a lot. But in general, I am consistent

15    about taking my medication when I am in the community.

16    7 I was arrested on Jan. 20, 2023 and was held at

17    Santa Monica Police station for 1 or 2 days. I told them

18    I needed medications but nothing was done.

19    8. I was Brought to IRC around 1/23/23 and stayed

20    there for about 24 hours. While there, I was asked

21    if I wanted to be in general population. I said 'yes

22    But I need my medication.".

23    9. At IRC, I let them know I need medication for

24    my mental Health. I was told someone would come

25    talk to me.

26    10. I was housed in general population but did not

27    receive any medication. I had to fill out a medical

28    slip for my glasses to get their attention to ask

for my psych medication

11. During this visit I was asked if I was suicidal and I said yes, and that I felt anxious & could not sleep.

12. From here I was moved to a different single cell in Twin Towers. I was given a suicide natch, no blanket and no mattress were provided. →gown ✓ⓞ

13. During those four days, I was visited by a clinician who asked if I'd consider Remron for medication, I agreed to it. However, I have not received any Remron or other psych medication

14. I was also visited by a clinician who asked me if I felt suicidal.

15. After 4 days, I was transferred to my current cell in TTCF - 171 - B2. This cell is very dirty, toilet teaks, smells it is moldy. I fell my skin drying out from smell. I have not been given a shower /or had access to a shower for about a week.

16. I have not received any psych medication since my incarceration. I've told staff here I need my medication

17. I can't sleep, I am experiencing memory loss, shift of emotions, sometimes I feel angry, sometimes I am okay. It is a range of emotions.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22   I declare under penalty of perjury of the laws of the State of California and the United

23   States that the foregoing is true and correct.  Executed this _3ʳᵈ_ day of _Feb_, 2023 in Los

24   Angeles, California.

25

26   Printed name: _X Jaime Garcon Paro_

27

28

# Exhibit 11

**Declaration of Heriberto Garcia 6553876**

I, Heriberto Garcia, hereby declare:

1.    I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.    I am currently in holding cell 209.

3.    I have been in this holding cell for a while – the longest time from everyone else in this cell. I don't know how long I've been here because when I ask about the time the deputies will give inaccurate times or make it confusing.

4.    I arrived to jail, the IRC, on Feb 15, 2023, sometime in the morning.

5.    I was supposed to go to court but was told I could not go because my Covid test was still being processed.

6.    While at IRC, I was only seen by medical, not a mental health provider.

7.    I have not had access to showers since my arrival.

8.    I do not have a toothbrush or any hygiene materials and I would like that. I did request a toothbrush but was denied.

9.    Prior to arriving to holding cell 209, I was at the IRC clinic.

10.    I need ibuprofen for my back pain.

11.    I don't have a blanket but I have asked for one. I have not received anything. It is cold in here.

12.    I told deputies every time they walked by that I had court today, but I still missed court.

13.    At West Valley (in San Bernardino) I was tested for Covid and it was negative then.

14.    I have noT been able to sleep because of the conditions – doors are constantly shut, it's loud, and cold.

1

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed this 17th day of February, 2023, in Los Angeles, California.

Heriberto Garcia

I, Marisol Dominguez-Ruiz, interviewed Mr. Garcia in the IRC on February 17, 2023, took notes and then wrote up his declaration, which is attached. I read Mr. Garcia the declaration, he approved its contents and signed it.  I have reviewed this word-processed version of this declaration and declare that it accurately reflects the content of the handwritten, signed version.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. February 24, 2023, in Los Angeles, California.

Marisol Dominguez-Ruiz

1    **Declaration of** Heriberto Garcia, #6553876

2    I, Heriberto Garcia _____, hereby declare:

3        1.    I make this declaration based on my own personal knowledge and if called to

4    testify I could and would do so competently as follows:

5        2.    I am currently in holding cell 209.

6    3. I have been in this holding cell for a while — the longest

7    time from everyone else in this cell. I don't know how long

8    I've been here because when I ask about time the

9    deputies will give inaccurate times or make it confusing.

10   4. I arrived to jail, the IRC, on Feb 15, 2023 sometime in

11   the morning.

12   5. I was supposed to go to court but was told I could not go

13   because my covid test was still being processed

14   6. While at IRC, I was only seen by medical not a mental health provider.

15   7. I have not had access to showers since my arrival.

16   8. I do not have a toothbrush or any hygiene materials

17   and I would like that. I did request a toothbrush but was denied.

18   9. Prior to arriving to holding cell 209, I was at the IRC clinic

19   10. I need ibuprofen for my back pain

20   11. I don't have a blanket but I have asked for one. I

21   have not received anything. It is cold in here.

22   12. I told deputies everytime they walked by that I had court

23   today. but I still missed court.

24   13. At West Valley (in San Bernardino) I was tested for

25   covid and it was negative then.

26   14. I have not been able to sleep because of the conditions —

27   doors are constantly shut, its loud, and cold.

28



I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed this 17 day of 2 , 2023 in Los Angeles, California.

Printed name: _____

Herberto    Gorean.

# Exhibit 12

### Declaration of Christian E. Gonzalez 6549640

I, Christian E. Gonzalez, hereby declare:

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2. I am currently housed in MCJ 6050 – cell 1.

3. I was first arrested last Thursday, 2/9/23, around 7 am. By 8 am, I was taken to the police station on 3rd Street and Mednik. I was there from 2/9/23 until Tuesday 2/14/23.

4. During my time at the station I was allowed one shower and was fed the usual: peanut butter and jelly sandwiches.

5. On Tuesday 2/14/23 I went to court and was held in the holding cells from 7 am til about 5 pm.

6. Around 7 pm or 8 pm I was brought to the Inmate Reception Center on 2/14/23.

7. At IRC I was only asked if I was high and what I was using at the time of my arrest. They did not ask if I needed any other help. This check was done by medical.

8. At IRC, we waited in the medical area. There was no separation of people with mental health needs, people who felt suicidal. The only separation was by chairs. I did not sleep at the IRC because I did not feel comfortable sleeping on the floor, as that was the only way to sleep.

9. I was given toilet paper, just a few sheets, after a third, fourth or fifth request.

10. It was freezing cold in the IRC. I am pretty sure there was a freeze warning on Wednesday 2/15/23, but still not given a blanket. I could see blankets available but we were not given them because I was told that it is just processing, not housing. Channel 5 reported the freeze warning.

11. I was in the IRC for almost 42 hours.

1

12.     Medical checked my blood pressure, she said it was high and told me to drink water. I did not see the medical professional again after this. She never looked me in the eyes to check on me.

13.     I saw a psych person for about two minutes this morning around 2 am on 2/16/23, right before being brought to my current cell. That's when I was asked if I was high and what I was taking. That was the extent of a psych eval for me.

14.     Today, 2/16/23 around 2 am I was transferred to MCJ-6050 medical unit. I was told I was being moved because I had been at the IRC for a long time.

15.     At one point, a supervisor saw me and said" "You're still here homie." He was surprised.

16.     I had to ask a trustee for boxers otherwise I'd be without underwear.

17.     The floor in IRC was dirty.

18.     The talk with medical felt very routine – just in and out. No individualized question to see my needs. I do think I need further help but no one has asked me what type of help I need since my arrest.

19.     I've never sought help but I would like it.

20.     My last shower was on 2/14/23 during the booking process. I feel like I smell. I told the person taking my declaration to keep some distance because I feel like I smell due to no showers for a few days.


I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed this 16th day of February, 2023, in Los Angeles, California.


Christian Gonzalez


I, Marisol Dominguez-Ruiz, interviewed Mr. Gonzalez in the Men's Central Jail 6050 on February 16, 2023, took notes and then wrote up his declaration,

which is attached. I read Mr. Gonzalez the declaration, he approved its contents and signed it.  I have reviewed this word-processed version of this declaration and declare that it accurately reflects the content of the handwritten, signed version.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. February 24, 2023, in Los Angeles, California.

Marisol Dominguez-Ruiz

3

1      Declaration of _Christian E. Gonzalez_, Booking #6549640

2      I, _Christian E. Gonzalez_, hereby declare:

3      1.     I make this declaration based on my own personal knowledge and if called to

4      testify I could and would do so competently as follows:

5      2.     I am currently housed in MCJ 6050 - cell 1.

6      3. I was first arrested last Thursday, 2/9/23, around 7am.

7      By 8am, I was taken to the police station on 3rd street and

8      Mednik. I was there from 2/9/23 until Tuesday 2/14/23.

9      4. During my time at the station I was allowed one shower

10     and was fed meusal: peanut Butter & Jelly sandwiches.

11     5. On Tuesday 2/14/23 I went to court and was held in the

12     holding cells from 7am til about 5pm.

13     6. Around 7pm or 8pm I was Brought to the Inmate Reception

14     center, on 2/14/23.

15     7. At IRC I was only asked if I was high and what I was

16     using at the time of my arrest. They did not ask if I needed

17     any other help. This check was done by medical.

18     8. At IRC, we waited in the medical area. There was no separation

19     of people with mental health needs, people who felt suicidal. The

20     only separation was by chairs, I did not sleep at the IRC because

21     I did not feel comfortable sleeping on the floor, as that was the

22     only way to sleep.

23     9. I was given toilet paper, just a few sheets, after a third,

24     fourth or fifth request.

25     10. It was freezing cold in the IRC. I am pretty sure

26     there was a freeze warnings on wednesday, 2/15/23, but still not

27     given a Blanket. I could see Blankets available But we were

28     not given them because I was told that it is just processing,

       not housing. Channel 5 reported the freeze warning

11. I was in the IRC for almost 42 hours.

12. Medical checked my blood pressure, she said it was high and told me to drink water. I did not see the medical professional again after this, she never looked me in the eyes to check on me.

13. I saw a psych person for about two minutes this morning around 2AM on 2/16/23, night before being brought to my current cell. That's when I was asked if I was high and what was I taking. That was the extent of a psych eval for me.

14. Today, around 2AM, I was transferred to MCJ-6050 medical unit. I was told I was being moved because I had been at the IRC for a long time.

15. At one point, a supervisor saw me and said: "You're still here homie." He was surprised.

16. I had to ask a trustee for boxers otherwise I'd be without underwear.

17. The floor in IRC was dirty.

18. The talk w/ medical felt very routine — just in and out. No individualized questions to see my needs. I do think I need further help but no one has asked me what type of help I need since my arrest.

19. I've never sought help but I would like it.

20. My last shower was on 2/14/23 during the booking process. I feel like I smell. I told the person taking my declaration to keep some distance because I feel like I smell due to no showers for a few days.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed this __16__ day of __Feb__, 2023 in Los Angeles, California.

Printed name: CHRISTIAN GONZALEZ

# Exhibit 13

**Declaration of Sergio Huerta 6549564**

I, Sergio Huerta, hereby declare:

1.      I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.      I am currently housed in MCJ 6050, cell 1.

3.      I was arrested last week on Thursday, 2/9/23 around 12:50 am.

4.      I was at the police station on Broadway and 77th. I was there until Tuesday, 2/14/23. I was not allowed out of my cell – not even to shower. I did get fed.

5.      On 2/14/23, I was taken to court. Around 6 pm I was brought to the Inmate Reception Center (IRC).

6.      While I was at IRC I was held in the medical waiting room since that Tuesday, 2/14/23. While at IRC, I slept on the floor. Everyone took turns on the floor. I was not provided a blanket because I was told it was temporary even though I could see blankets available.

7.      In IRC, I was not given access to shower. For food, I was only given peanut butter and jelly sandwiches. The food comes in a see through plastic bag, 1 piece of bread, peanut butter pack, jelly pack, and two cookies.

8.      I had to ask for toilet paper at IRC.

9.      While at IRC, I did not get seen by a psych or any mental health evaluation.

10.     I told them (the medical team) that I have a diagnosis and it should be in the Exodus system the jail uses. When I am in the community I take my medication.

11.     I don't know my official diagnosis but I do suffer from anxiety, depression, and hearing voices. It might be PTSD.

12.     I do know I am getting some type of medication but I don't know what it is for. I get pills twice a day.

1

13.   I should be in a detoxing unit but instead I am in 6050 clinic.

14.   The phones do not work here in MCJ 6050.

15.   Today at 2 am, I was transferred from the IRC to MCJ 6050 – medical. I was told that because I was one of the people who was at IRC the longest I would be transferred to MCJ-6050.

16.   I was in IRC for over forty-eight hours.

17.   I was not provided with a trashcan in this cell. I created one with the plastic bags that they bring lunch in.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed this 16th day of February, 2023, in Los Angeles, California.

Sergio Huerta

I, Marisol Dominguez-Ruiz, interviewed Mr. Huerta in Men's Central Jail 6050 on February 16, 2023, took notes and then wrote up his declaration, which is attached. I read Mr. Huerta the declaration, he approved its contents and signed it. I have reviewed this word-processed version of this declaration and declare that it accurately reflects the content of the handwritten, signed version.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. February 24, 2023, in Los Angeles, California.

Marisol Dominguez-Ruiz

Declaration of _Sergio Huerta_ , Booking # 6549564

I, _Sergio Huerta_ , hereby declare:

1.  I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.  I am currently housed in MCJ 6050, cell 1.

3. I was arrested last week on Thursday, 2/9/23, around 12:50am.

4. I was at the police station on Broadway and 77th. I was there until Tuesday, 2/14/23. I was not allowed out of my cell — not even to shower. I did get fed.

5. On 2/14/23, I was taken to court. Around 6pm I was brought to the Inmate Reception Center (IRC).

6. While I was at IRC I was held in the medical waiting room since that Tuesday, 2/14/23. While at IRC, I slept on the floor. Everyone took turns on the floor. I was not provided a blanket because I was told it was temporary even though I could see blankets available.

7. In IRC, I was not given access to shower. For food, I was only given peanut butter & jelly sandwiches. The food comes in a see through plastic bag, 1 piece of bread, peanut butter pack, jelly pack, and two cookies.

8. I had to ask for toilet paper at IRC.

9. While at IRC, I did not get seen by a psych or any mental health evaluation.

10. I told them (the medical team) that I have a diagnosis and it should be in the Exodus system the jail uses. When I am in the community I take my psychiatric medication.

11. I don't know my official diagnosis but I do suffer from anxiety, depression, and hearing voices. It might be PTSD.

12. I do know I am getting some type of medication but I don't what it is for. I get pills twice a day

13. I should be in a detoxing unit but instead I am in 6050 clinic.

14. The phones do not work here in MCJ 6050.

15. Today at 2am, I was transferred from the IRC to MCJ 6050 - medical. I was told that because I was one of the people who was at IRC the longest I would be transferred to MCJ - 6050.

16. I was in IRC for over forty-eight hours.

17. I was not provided with a trash can in this cell. I created one with the plastic bags that they bring lunch in.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21

I declare under penalty of perjury of the laws of the State of California and the United

States that the foregoing is true and correct.  Executed this _16_ day of _Feb_ , 2023 in Los

Angeles, California.

Printed name: ___ Huerta Sergio ___

# Exhibit 14

**Declaration of Marvin Irvin 6550382**

I, Marvin Irvin, hereby declare:

1.      I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.      My booking number is 6550382.

3.      I was arrested at 4:00 am on Friday Feb. 10. I was taken to 77th Street jail.

4.      While I was there in the jail I received a low dose of Zoloft and Remeron. I usually take these medications in the community, but I hadn't been on them for a couple months before the arrest. I wasn't in a stable housing situation, so it was hard to stay on my prescriptions.

5.      On Wednesday I went to court. The court set a high bail.

6.      I was brought to IRC on a full bus. We got here around 7:00 pm on Wednesday.

7.      I was able to shower but there was no soap in the shower.

8.      Once I got into the clinic area it was cold and crowded. I suffer from arthritis so it was hard to try and sleep scrunched up on chairs and benches.

9.      I was not offered and did not get a mattress or a blanket.

10.     I have not gotten any sleep since I've been here.

11.     On Thursday it was crowded. I saw some people get burritos for dinner, but I only got peanut butter and jelly. Most of the people with me in the clinic only got peanut butter and jelly. I was frustrated I did not get a real dinner.

12.     They did not give me the Remeron and Zoloft in IRC. Tuesday the 14th was the last time I took those medications.

13.     I think I am experiencing side effects from being off the medications. The lights look a little brighter. I am watching out for side effects because I've experienced them before in times I've gone off of my medications.

14.     Augusta Hawkins or Exodus urgent care are my prescribers in the

1

community as well as other hospitals.

15.    The last time I was in LA County Jail was about five years ago. I think I was in Twin Towers.

16.    In the IRC I thought I was clear for housing but today – Friday – they told me I was waiting for mental health.

17.    Yesterday and today I saw minor fights between people, like people throwing sandwiches at each other. Earlier today I saw someone throw a carton at someone else. Deputies displayed a taser and then took him out of IRC.

18.    I talked to mental health staff about my medication. I thought I would start my medication on Thursday, but I haven't yet.

19.    At around 12:10 pm today, while I was talking with Melissa, the ACLU attorney, I heard my name called over the intercom. Then I was escorted to another area. Melissa continued interviewing me there.

20.    I am excited to get out of the situation in the IRC clinic.

21.    I know once I get my medication and a bed I'll be able to sleep some.

22.    It's better up here because there's less confrontation.

23.    I have anxiety, PTSD, chronic schizophrenia, and depression.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed this 17th day of February, 2023, in Los Angeles, California.

Marvin Irvin

I, Melissa Camacho, interviewed Mr. Irvin in the IRC Clinic and IRC 231 on February 17, 2023, took notes and then wrote up his declaration, which is attached. I read Mr. Irvin the declaration, he approved its contents and signed it.  I have reviewed this word-processed version of this declaration and declare that it

1    accurately reflects the content of the handwritten, signed version.

2        I declare under penalty of perjury of the laws of the State of California and

3    the United States that the foregoing is true and correct. Executed February 24,

4    2023, in Los Angeles, California.

Melissa Camacho

Declaration of ___Marvin Irvin 6550382___

I, ___Marvin Irvin___, hereby declare:

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2. My booking number is 6550382.

3. I was arrested at 4:00 am on Friday Feb.10. I was taken to 77th street jail.

4. While I was there in the jail I received a low dose of Zoloft and Remeron. I usually take these medications in the community, but I hadn't been on them for a couple months before the arrest. I wasn't in a stable housing situation, so it was hard to stay on my prescriptions.

5. On Wednesday I went to court. The court set a high bail.

6. I was brought to IRC on a full bus. We got here around 7:00 pm on Wednesday.

7. I was able to shower but there was no soap in the shower.

8. Once I got into the clinic area it was cold and crowded. I suffer from arthritis so it was hard to try and sleep scrunched up on chairs and benches.

9. I was not offered and did not get a mattress or a blanket.

10. I have not gotten any sleep since I've been here.

11. On Thursday it was crowded. I saw some people get burritos for dinner, but I only got peanut butter and jelly. Most of the people with me in the clinic only got peanut butter and jelly. I was frustrated I did not get a meal.

1. a real dinner.
2. 12. They did not give me the Remeron and Zoloft in IRC.
3. Tuesday the 14th was the last time I took those
4. medications.
5. 13. I think I am experiencing side effects from being
6. off of the medications. The lights look a little
7. brighter. I am watching out for side effects because
8. I've experienced them before in times I've gone off
9. of my medications.
10. 14. Augusta Hawkins or Exodus urgent care are my
11. prescribers in the community as well as other hospitals.
12. 15. The last time I was in LA County Jail was
13. about five years ago. I think I was in Twin Towers.
14. 16. In the IRC I thought I was clear for housing
15. but today - Friday - they told me I was waiting
16. for mental health.
17. 17. Yesterday and today I saw minor fights
18. between people, like people throwing sandwiches at
19. each other. Earlier today I saw someone throw
20. a carton at someone else. Deputies displayed a
21. taser and then took him out of IRC.
22. 18. I talked to mental health staff about my medication.
23. I thought I would start my medication on Thursday,
24. but I haven't yet.
25. 19. At around 12:10 pm today, while I was talking
26. with Melissa, the ACLU attorney, I heard my
27. name called over the intercom. Then I was
28. escorted to another area. Melissa continued
    interviewing me there.

20. I am excited to get out of the situation in the IRC Clinic.

21. I know once I get my medication and a bed I'll be able to sleep some.

22. It's better up here because there's less confrontation.

23. I have anxiety, PTSD, Chronic Schizophrenia, and depression.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed this 17th day of February, 2023 in Los Angeles, California.

Printed name: Marvin, Irvin
Marvin Irvin

# Exhibit 15

**Declaration of Jonah Jones 6552896**

I, Jonah Jones, hereby declare:

1.     I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.     Came to IRC on Thursday about 5 am. I was arrested and taken to 77th police station after I was arrested for a parole violation.

3.     When I came to IRC, I was put in cell no. 36 for three hours before I went to court in Compton.

4.     Came back from court about 11 am on Thursday.

5.     When I returned from court, I got jail clothes and saw someone who asked me screening questions at the processing booths in IRC.

6.     I told them I was taking Haldol. I have been diagnosed for bipolar and schizophrenia. Haldol helps keep me calm. I also take a drug for insomnia but I do not remember the name. I told them I get the meds from my doctor at Augusta Hawkins in Watts near MLK Hospital.

7.     Despite my asking, I have not gotten my meds. I have been told I can't get meds till I see a psychiatrist. They have not told me why I have not gotten out of IRC into permanent housing.

8.     I was in jail about 3-6 months ago. I went from IRC to Wayside. I told them I needed Haldol and sleeping meds but I never got them. I was in Wayside for about 3 months. I never saw a psychiatrist the whole time I was in jail.


I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed this 17th day of February, 2023, in Los Angeles, California.


Jonah Jones

1

I, Peter Eliasberg, interviewed Mr. Jones in the IRC on February 17, 2023, took notes and then wrote up his declaration, which is attached. I read Mr. Jones the declaration, he approved its contents and signed it.  I have reviewed this word-processed version of this declaration and declare that it accurately reflects the content of the handwritten, signed version.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed February 24, 2023, in Los Angeles, California.

Peter Eliasberg

2

**Declaration of** Jonah Jones 6552896

I, Jonah Jones , hereby declare:

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2. Came to IRC ah Thursday about 5am. I was arrested ad taken to 77th police station after I was arrested for a parole violation.

3) when I came to IRC, I was put in a cell no. 36 for three hours before I went to court in Compton.

4) came back from court about 11am on Thursday.

5) when I returned from court, I got jail clothes + saw someone who asked me screening questions at the processing booths in IRC

6) I told them I was taking Haldol. I have been diagnosed for bipolar + schizophrenia. Haldol helps keep me calm. I also take a drug for insomnia but I do not remember the name.

I told them I get the meds from my doctor at Augusta Hawkins in Watts near MLK Hospital.

6) Despite my asking, I have not gotten my meds. nor I have been told I can't get meds till I see a psychiatrist. They have not told me why I have not gotten out of ILC into permanent housing.

7) I was I was in jail about 3-4 months ago. I went from ILC to Wayside. I told them I needed Haldol and sleeping meds but I never got them. I was in Wayside for about 3 months. I did never psychiatrist saw a psychiatrist the whole time I was in jail.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22     I declare under penalty of perjury of the laws of the State of California and the United

23  States that the foregoing is true and correct. Executed this 12 day of February, 2023 in Los

24  Angeles, California.

25

26  Printed name: _____

27

28

# Exhibit 16

### Declaration of John Stephen Mayes 6540629

I, John Stephen Mayes, hereby declare:

1.      I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.      I am currently housed in IRC 231 – E Pod.

3.      I was arrested on Friday, 2/10/23, around 8 pm. I was finally brought to the Inmate Reception Center (IRC) on Wednesday, 2/15/23, around 5/6 pm.

4.      I was at the IRC medical holding area for over 24 hours.

5.      Sometime around late last night (2/16/23) and early this morning (2/17/23) I was brought to my current holding cell.

6.      While I was in IRC clinic I slept on the floor and on broken chairs.

7.      It was very cold and uncomfortable. I was not issued a blanket.

8.      The food at IRC was bad – all we had was peanut butter and jelly sandwiches. We received lunch around 3:20 pm after we had been shouting we were hungry.

9.      For dinner, the deputies, about 10 to 15 deputies, forced us into a room so we could get our dinner. The whole experience was intimidating – the deputies had a paintball gun and smoke grenade and vest.

10.      Since arriving, I have not been seen by a mental health provider. I was told that I need to be seen by a mental health provider so I can get housing.

11.      In the past I have participated in mental health diversion programs.

12.      At one point I have been diagnosed with schizophrenia but Exodus. I was prescribed 100 mgs of Trazadone.

13.      I don't take medication.

14.      While I'm here in jail I would like to receive medication to help with anxiety and depression. It is an intense situation and medication would help.

15.      While I was at IRC, I only saw pill call completed once and that was after the intense dinner distribution scenario.

1

16.     After I was brought to IRC-231 E-Pod, I was taken to court and then brought back to IRC-231 E-Pod.

17.     I had been here for about 10 minutes when I saw the ACLU representative, who I met yesterday, while I was at the IRC clinic area. The ACLU representative, Marisol Dominguez-Ruiz, is the same person who is taking my declaration.

18.     At IRC, I saw someone on the front bench who tightened his handcuffs to the point of his arms turning red. He was sort of pushing himself off.

19.     At IRC clinic, I saw one detainee throw things at another detainee and the deputies did nothing, even though they saw everything.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed this 19th day of February, 2023, in Los Angeles, California.

John Mayes

I, Marisol Dominguez-Ruiz, interviewed Mr. Mayes in the IRC on February 19, 2023, took notes and then wrote up his declaration, which is attached. I read Mr. Mayes the declaration, he approved its contents and signed it.  I have reviewed this word-processed version of this declaration and declare that it accurately reflects the content of the handwritten, signed version.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. February 24, 2023, in Los Angeles, California.

Marisol Dominguez-Ruiz

2

1      **Declaration of** John Stephen Mayes, Booking # 6540629

2      I, _John Stephen Mayes_ , hereby declare:

3          1.      I make this declaration based on my own personal knowledge and if called to

4      testify I could and would do so competently as follows:

5          2.      I am currently housed in IRC 231 - E Pod.

6      3. I was arrested on Friday, 2/10/23, around 8pm. I was

7      finally brought to the Inmate Reception Center (IRC) on

8      Wednesday, 2/15/23, around 5/6pm.

9      4. I was at the IRC medical holding area for over

10     24 hours.

11     5. Sometime around late last night (2/16/23) and early this

12     morning (2/17/23) I was brought to my current holding cell.

13     6. While I was in IRC clinic I slept on the floor and on broken

14     chairs.

15     7. It was very cold and uncomfortable. I was not issued a

16     blanket.

17     8. The food at IRC was bad — all we had was peanut butter and

18     jelly sandwiches. We received lunch around 3:20pm after

19     we had been starving we were hungry.

20     9. For dinner, the deputies, about 10 to 15 deputies, forced us into

21     a room so we could get our dinner. The whole experience was

22     intimidating — the deputies had a paintball gun and smoke grenade and vest

23     10. Since arriving, I have not been seen by a mental health

24     provider. I was told that I need to be seen by a mental

25     health provider so I can get housing.

26     11. In the past I have been participated in mental health

27     diversion programs.

28     12. At one point I have been diagnosed with schizophrenia by Exodus
       I was prescribed 100mgs of trazadone.

13. I don't take medication

14. While I'm here in jail I would like to receive medication to help with anxiety and depression. ~~It~~ Is an intense situation and medication would help.

15. While I was at IRC, I only saw pill call completed once and that was after the intense dinner distribution scenario.

16. After I was brought to IRC-231 EPod, I was taken to court and then brought back to IRC-231 EPod.

17. I had been here for ~10 minutes when I saw the ACLU representative, who I met yesterday, while I was at the IRC clinic area. The ACLU Representative, Mansol Dominguez-Ruiz, Is the same person who is taking my declaration.

18. At IRC, I saw someone on the front bench who tightened his handcuffs to the point of his arms were turning red. He was sort of pushing himself off.

19. At IRC clinic, I saw one detainee throw things at another detainee and the deputies did nothing, even though they saw everything.



1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22    I declare under penalty of perjury of the laws of the State of California and the United

23    States that the foregoing is true and correct.  Executed this _17_ day of _Feb_ , 2023 in Los

24    Angeles, California.

25

26    Printed name: John Mayes

27

28

# Exhibit 17

**Declaration of Shauntee Rodgers 6477945**

I, Shauntee Rodgers, hereby declare:

1.      I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.      My booking number is 6477945.

3.      I was at court on October 6, 2022. I was brought from court to IRC around 8 pm.

4.      I went through the booking process. I took a shower, but there was no soap in the shower.

5.      I had a chest x-ray and then was brought to a cell. I think I was put in the cell between 10:30 and 11 pm.

6.      When I first arrived, there were four people in the cell. For the last five or six hours I have been the only person in the cell.

7.      To try to sleep at night I laid down on the metal bench and put my shirt on my face. I have slept for only 3 or 4 hours.

8.      This morning I was given food at 4:00 am. They did not feed me again until 12:40 pm.

9.      No one has told me why I am waiting.

10.      I have not been able to use the phone because there is no phone in this cell.


I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed this 7th day of October 2022, in Los Angeles, California.


Shauntee Rodgers


I, Melissa Camacho, interviewed Mr. Rodgers in the IRC on October 7,

1

2022, took notes and then wrote up his declaration, which is attached. I read Mr. Rodgers the declaration, he approved its contents and signed it.  I have reviewed this word-processed version of this declaration and declare that it accurately reflects the content of the handwritten, signed version.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed February 24, 2023, in Los Angeles, California.

Melissa Camacho

**Declaration of** Rodgers, Shauntee 6477945

I, Shauntee Rodgers , hereby declare:

1.   I make this declaration based on my own personal knowledge and if called to
testify I could and would do so competently as follows:

2. My booking number is 6477945.

3. I was at court on October 6, 2022. I was
brought from Court to IRC around 8:00 pm.

4. I went through the booking process. I took a
shower, but there was no soap in the shower.

5. I had a chest X-Ray and then was brought to
a cell. I think I was put in the cell between 10:30 and 11 pm.

6. When I first arrived, there were four people in
the cell. For the last five or six hours I have been
the only person in the cell.

7. To try to sleep at night I laid down on the metal
bench and put my shirt on my face. I have slept for
only 3 or 4 hours.

8. This morning I was given food at 4:00 am. They
did not feed me again until 12:46 pm.

9. No one has told me why I am waiting.

10. I have not been able to use the phone because there
is no phone in this cell.

# Exhibit 18

**Declaration of Erick Scoby 6476943**

I, Erick Scoby, hereby declare:

1.  I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.  Arrested in Los Angeles and came to jail from police station about October 4, 2022.

3.  I entered IRC approximately October 6, 2022.

4.  I have been diagnosed with PTSD, bipolar, depression, schizoaffective disorder, and anxiety.

5.  When I was arrested I was taking Benadryl to help with my insomnia, Buspirone for anxiety and Seroquel for psychosis.

6.  When I was processed into IRC I told a doctor I was taking all the drugs above in the community and told them I needed to keep taking my meds. Doctor told me doctor could not give me meds till I got into permanent housing and saw a psychiatrist. I kept telling him I needed my meds but doctor said I'd have to wait.

7.  I tried to deal with effects of not taking meds as best I could. I started having visions and hearing voices saying my name. My mind was racing and couldn't control my thoughts.

8.  I was previously in LA county jail. When I was there before I got meds. So I think they have a record that I take psych meds.

9.  My best recollection is I stayed in IRC for a day to a couple of days. Then I was transferred to MCJ 5300 where I am currently housed.

10.  I did not get any meds till November 19. I only got meds after I told a judge I needed meds and wasn't getting them. The judge issued a court order for me to get a medical evaluation. Only after the court order did I get my meds.

11.  I suffered terribly until I got my meds.

12.  I have seen other people in my dorm who tell me they are not getting

1

meds and some of them are really disturbed.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed this 8th day of December, 2022, in Los Angeles, California.

Erick Scoby

I, Peter Eliasberg, interviewed Mr. Scoby in Men's Central Jail on December 8, 2022, took notes and then wrote up his declaration, which is attached. I read Mr. Scoby the declaration, he approved its contents and signed it.  I have reviewed this word-processed version of this declaration and declare that it accurately reflects the content of the handwritten, signed version.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed February 24, 2023, in Los Angeles, California.

Peter Eliasberg

1   **Declaration of** Erick Scoby 6476943

2   I, Erick Scoby _____, hereby declare:

3   1.   I make this declaration based on my own personal knowledge and if called to

4   testify I could and would do so competently as follows:

5   2.   Arrested in LAngeles and came

6   jail from police station about Oct 4 2022

7   3. I Entered IRC approximately Oct 6, 2022

8   4. I have been diagnozed with

9   PTSD, bipolar, depression + rapid

10   affective disorder and anxety

11   5. When I was arrested starting

12   benadryl to help with my insomnia

13   Buspirole for anxety and seroquel

14   for psychosis

15   5. When I was processed into IRC

16   I told a doctor I was taking

17   all the drugs above in the

18   community + told them I needed

19   to keep taking my meds. Doctor

20   told me doctor would not give

21   me meds till I got into permanent

22   housing and saw a psychiatrist. I kept

23   telling him I needed my meds

24   but doctor said I'd have to

25   wait.

26   5\ I tried to deal with effects of

27   not taking meds as best I

28   could. I started having visions

    + hearing voices saying my name

My mind was racing + couldnt control my thoughts.

6) I was previously in LA county jail. when I was there before I got meds. So I think they have a record that I take psych meds.

7) My best recollection is I stayed in IRC for a day to a couple of days. Then I was transfered to MCJ 5300 where I am currently housed

8) I did not get any meds till November 19. I only got meds after I told a judge I needed meds + wasn't getting them. The judge issued a court order for medical evaluation. Only then did I get my meds. after the court order

9) I suffered terribly until I got my meds

10) I have seen other people in my dorm who tell me they are not getting meds + some of them are really disturbed

1  _____

2  _____

3  _____

4  _____

5  _____

6  _____

7  _____

8  _____

9  _____

10  _____

11  _____

12  _____

13  _____

14  _____

15  _____

16  _____

17  _____

18  _____

19  _____

20  _____

21

22       I declare under penalty of perjury of the laws of the State of California and the United

23  States that the foregoing is true and correct.  Executed this 8th day of Dec, 2022 in Los

24  Angeles, California.

25

26       Printed name: _____

27                      Erick Sesby

28

# Exhibit 19

**Declaration of Kevin Scott 6540334**

I, Kevin Scott, hereby declare:

1.      I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.      My booking number is 6540334.

3.      I am currently housed in IRC 231 in a single cell.

4.      I have been diagnosed with depression and anxiety and agoraphobia.

5.      I am concerned I may have to be diagnosed with other mental illnesses. I also hear voices.

6.      In the community I take Prozac at 40 mg per day at morning. I take Buspar, 10 mg twice per day at morning and dinner. I take Vistaril 25 mg 3 times per day.

7.      I was arrested in Hawthorne on January 20, 2023.

8.      The last time I took my medicine was January 19, 2023.

9.      I was in a cell near the IRC clinic for about two days. I was in the same cell the whole time.

10.      I did not have a mattress or a blanket.

11.      I was in the cell by myself.

12.      After about two days, mental health talked to me at the front of the cell.

13.      I told them the medications I am taking, the dosage, the time of day and that I get it through POC. POC is the mental health provider through parole.

14.      I always get medication when I'm in jail.

15.      Mental health did not tell me when I would get my medication.

16.      About 12 hours later, I was taken to IRC 231.

17.      I have been in IRC for about 10 days.

18.      I haven't spoken to anyone from mental health here.

19.      I believe I am here because they are waiting for a space to open up for

1

1   me somewhere else.

2       20.    I have had one shower since coming to IRC 231.

3       21.    My anxiety is going through the roof. Everything is a negative

4   thought. I feel like I'm not going to be alright. My mind is going a million miles an

5   hour. I'm hearing voices.

6       22.    My brother died 3 weeks ago, and I feel like the voices are fueling my

7   anxiety and depression. I feel hopeless and like everything is going to go wrong.

8       23.    I still have not been given any of my medication.

9       24.    I have been to court twice since I've been here.

10

11       I declare under penalty of perjury of the laws of the State of California and

12   the United States that the foregoing is true and correct. Executed this 3rd day of

13   February, 2023, in Los Angeles, California.

14

15                          Kevin Scott

16

17       I, Melissa Camacho, interviewed Mr. Scott in the IRC 231 on February 3,

18   2023, took notes and then wrote up his declaration, which is attached. I read Mr.

19   Scott the declaration, he approved its contents and signed it.  I have reviewed this

20   word-processed version of this declaration and declare that it accurately reflects the

21   content of the handwritten, signed version.

22       I declare under penalty of perjury of the laws of the State of California and

23   the United States that the foregoing is true and correct. Executed February 24,

24   2023, in Los Angeles, California.

25

26

27       Melissa Camacho

28

1     **Declaration of** _Kevin Scott_

2     I, _Kevin Scott_, hereby declare:

3     1.    I make this declaration based on my own personal knowledge and if called to

4 testify I could and would do so competently as follows:

5     2. _My booking number is 6540334._

6 _3. I am currently housed in IRC 231 in a single cell._

7 _4. I have been diagnosed with depression and_

8 _anxiety and agoraphobia._

9 _5. I am concerned I may have to be diagnosed_

10 _with other mental illnesses. I also hear voices._

11 _6. In the community I take Prozac at 40 mg per_

12 _day in the morning. I take Bus Par, 10 mg twice_

13 _per day at morning and dinner. I take Vistaril 25 mg._

14 _3 times per day._

15 _7. I was arrested in Hawthorne on January 20, 2023._

16 _8. The last time I took my medicine was January 19, 2023._

17 _9. I was in a cell near the IRC clinic for about_

18 _two days. I was in the same cell the whole time._

19 _10. I did not have a mattress or a blanket._

20 _11. I was in the cell by myself._

21 _12. After about two days, mental health talked to me at the_

22 _front of the cell._

23 _13. I told them the medications, the dosage I am taking, the time of_

24 _day and that I get it through PoC. PoC is the_

25 _mental health provider through Parole._

26 _14. I always get medication when I'm in jail._

27 _15. Mental health did not tell me when I would start_

28 _my medication._

16. About 12 hours later, I was taken to IRC 231.

17. I have been in IRC for about 10 days.

18. I haven't spoken to anyone from mental health here.

19. I believe I am here because they are waiting for a space to open up for me somewhere else.

20. I have had one shower since coming to IRC 231.

21. My anxiety is going through the roof. Everything is a negative thought. I feel like I'm not going to be alright. My mind is going a million miles an hour. I'm hearing voices.

22. My brother died 3 weeks ago, and I feel like the voices are fueling my anxiety and depression. I feel hopeless and like everything is going to go wrong.

23. I still have not been given any of my medication.

24. I have been to Court twice since I've been here.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed this _3_ day of February 2023 in Los Angeles, California.

Printed name: _Kevin Scott_

# Exhibit 20

**Declaration of Paul Silvas 6534332**

I, Paul Silvas, hereby declare:

1.    I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.    I was arrested on about January 13, 2023, in Norwalk for violating a restraining order. When I was arrested I was on heroin and meth. I was hallucinating when I came to jail but they did not give me anything to help detox.

3.    Before my arrest, I was taking Remeron, I think 45 mg and 15 mg Buspiron[e]. I take them for depression, anxiety and insomnia.

4.    Since I have been in Twin Towers 242 I have twice told a clinician I take meds in the community and I really need them. But I still have not gotten my meds.

5.    Without my meds, my anxiety ramps up. I feel very stressed. My depression has increased and I cannot sleep. I also have been getting brain zaps.

6.    This has happened to me before. I was arrested and jailed a few months ago and it took at least a month for me to get my Remeron in the jail. I told them I have also been on Buspirone, but I never got it.

7.    Right now I am in 242 pod in Twin Towers. I have been told this is temporary housing and they are going to move me to permanent housing but I do not know when.

8.    I am on suicide watch and have to wear a suicide gown. They won't even give me a pencil because they say I might hurt myself. But they still won't give me my medication.


I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed this 3rd day of February, 2023, in Los Angeles, California.

1

1    Paul Silvas

2

3        I, Peter Eliasberg, interviewed Mr. Silvas in the IRC on February 3, 2023,

4    took notes and then wrote up his declaration, which is attached. I read Mr. Silvas

5    the declaration, he approved its contents and signed it.  I have reviewed this word-

6    processed version of this declaration and declare that it accurately reflects the

7    content of the handwritten, signed version.

8        I declare under penalty of perjury of the laws of the State of California and

9    the United States that the foregoing is true and correct. Executed February 24,

10   2023, in Los Angeles, California.

11

12

13

14                 Peter Eliasberg

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

**Declaration of** Paul Silvas PN 6534332

I, Paul Silvas , hereby declare:

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2. I was arrested on about January 13, 2023 in Norwalk for violating a restraining order. When I was arrested I was on heroin + meth. I was hallucinating when I came to jail but they did not give me anything to help detox. Before my arrest,

3) A I was taking Remeron, I think 45 mg + 15 mg Busporin. I take them for depression, anxiety + insomnia.

4) Since I have been in Twin Towers 242 I have twice told a clinician I take meds in the community + I really need them. But I still have not gotten my meds.

5) Without my meds, my anxiety ramps up. I feel very stressed. My depression has increased and I cannot sleep. I also have been getting brain zaps

Created with Scanner Pro

6) This has happened to me before. I was arrested and jailed a few months ago and it took at least a month for me to get my Remeron in the jail. I told them I had also been on Buspirin, but I never got it.

7) Right now I am in 242 pod in Twin Towers. I have been told this is temporary housing + they are going to move me to permanent housing but I do not know when.

8) I am on suicide watch and have to wear a suicide gown. They won't even give me a pencil because they say I might hurt myself. But they still won't give me my medication.

Created with Scanner Pro

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22      I declare under penalty of perjury of the laws of the State of California and the United

23  States that the foregoing is true and correct.  Executed this 3rd day of _February_, 2023 in Los

24  Angeles, California.

25

26  Printed name: _Paul Silvas_

27

28

Created with Scanner Pro

# Exhibit 21

**Declaration of Juan Manuel Tapia 6542462**

I, Juan Manuel Tapia, hereby declare:

1.     I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.     I am currently housed in Men's Central Jail, dorm 5500.

3.     I was arrested on January 27, 2023 and was transferred to the Inmate Reception Center on January 28, 2023.

4.     While at the Inmate Reception Center, I underwent a mental health evaluation. I informed the staff that I have a mental health diagnosis and I take medication. I was told they would look into this to see if I could get my medication.

5.     I am diagnosed with the following: posttraumatic stress disorder, depression, anxiety, and ADHD.

6.     I was diagnosed with ADHD at age 13; at age 18 I was diagnosed with depression; and at 20 years old, I was diagnosed with PTSD and anxiety.

7.     I am prescribed with Lexapro and Seroquel. I take 20 mgs of Lexapro (Escitalopram) and 50 mgs of Seroquel (Quetiapine). I take my medication consistently while I am in the community.

8.     In the community, I also see a therapist at Wellnest, once a week, 1 hour each time. I've seen my therapist since April 2022.

9.     Since my arrival at LA County Jail, I have not received my medication and have not received any psych/counseling services.

10.     I did receive pain medication for my shoulder. I got in an altercation on January 29, 2023 due to a trigger of my PTSD and lack of medication. I felt anxious and nervous and got in altercation in which I hurt my shoulder.

11.     I currently feel anxious, scared, depressed because I don't have my medication. At night I hear voices and have trouble falling asleep.

12.     The last time I was in LACJ was in 2020 and I did not experience this

1

1   issue with my medication. I received my medication almost the next day.

2       13.    The showers in my dorm are non-functional – the water is scalding

3   hot. Sometimes, not enough food is delivered to my dorm so not everyone gets a

4   meal.

5       14.    My therapist in the community is Dr. Manny Hernandez.

6

7       I declare under penalty of perjury of the laws of the State of California and

8   the United States that the foregoing is true and correct. Executed this 10th day of

9   February, 2023, in Los Angeles, California.

10

11                          Juan Tapia

12

13      I, Marisol Dominguez-Ruiz, interviewed Mr. Tapia in Men's Central Jail on

14  February 10, 2023, took notes and then wrote up his declaration, which is attached.

15  I read Mr. Tapia the declaration, he approved its contents and signed it.  I have

16  reviewed this word-processed version of this declaration and declare that it

17  accurately reflects the content of the handwritten, signed version.

18      I declare under penalty of perjury of the laws of the State of California and

19  the United States that the foregoing is true and correct. February 24, 2023, in Los

20  Angeles, California.

21

22

23                          Marisol Dominguez-Ruiz

24

25

26

27

28

1    **Declaration of** Juan Manuel Tapia, Booking #6542462

2    I, Juan Manuel Tapia , hereby declare:

3    1.    I make this declaration based on my own personal knowledge and if called to

4    testify I could and would do so competently as follows:

5    2.    I am currently housed in Men's Central Jail, Dorm 5500.

6    3. I was arrested on January 27, 2023 and was transferred to

7    the Inmate Reception Center on January 28, 2023

8    4. While at the Inmate Reception Center, I under went a mental

9    health evaluation. I informed the staff that I have a

10   mental health diagnoses and I take medication. I was told

11   they would like into this to see if I could get my medication.

12   5. I am diagnosed with the following: posttraumatic stress

13   disorder, depression, anxiety and ADHD  JT

14   6. I was diagnosed with ADHD at age 13; at 18 I was

15   diagnosed with depression; and at 20 years old, I was

16   diagnosed with PTSD and anxiety.

17   7. I am prescribed with Lexapro and seroquel. I take 20 mgs

18   of Lexapro (escitalopram) and 50mgs of seroquel (quetiapine). I take

19   my medication consistently while I am in the community.

20   8. In the community, I also see a therapist at Wellness, once

21   a week, 1 hour each time. I've seen my therapist since April 2022.

22   9. Since my arrival at LA County Jail, I have not received

23   my medication and have not received any psych/counseling

24   services.

25   10. I did receive pain medication for my shoulder. I got in an

26   altercation on January 29, 2023 due to a trigger of my

27   PTSD and lack of medication. I felt anxious and nervous

28   and got in altercation in which I hurt my shoulder.

JT

11. I currently feel anxious, scared, ~~depressed~~ depressed because I don't have my medication. At night I hear voices and have trouble falling asleep

12. The Last time I was in LACJ was in 2020 and I did not experience this issue w/ my medication. I received my medication almost the next day.

13. The showers in my Dorm are non-functional : The water is scalding hot. Sometimes, not enough food is delivered to my dorm so not ~~every~~ everyone gets a meal.

14. My therapist is the community is DR. Manny Hernandez

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed this _10_ day of _02_ , 2023 in Los Angeles, California.

Printed name: X _____

Juan Tapia

# Exhibit 22

**Declaration of Angel Vasquez 6553874**

I, Angel Vasquez, hereby declare:

1.      I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.      I am currently in holding cell 209.

3.      I arrived to the IRC clinic on Wednesday, 2/15/23.

4.      It feels like I have been in this holding cell for about two days. At one point I was in holding cell 208 and then switched to holding cell 209.

5.      The last meal I received was around 3 am.

6.      I am waiting for permanent housing. I have not been told when I'll be moved.

7.      I have back pain but have not received any medicine for back pain.

8.      I also have dental needs but nothing has been done about this.

9.      I asked for a phone call but was told "no phones here" in the holding cell area.

10.     I have a blanket but only because another detained person gave it to me. No one else in the holding cell has a blanket. It is cold in here. There are nine other people in the cell with me. There are no mattresses in the cell. If I want to sleep, I have to lay on the floor or a bench.

11.     Any time I'm outside of the cell the deputies call us insulting names such as "stupid" or "bitches." These names are just the tip of the iceberg.

12.     Downstairs at IRC is better than up here because at least we could use phones.

13.     I was not seen by a mental health provider. I would like to see one. I am feeling anxious being in this cell.

14.     I was seen by a medical provider. He told me I would be cleared for housing – at least he believed I'd have housing in a couple of hours – but I'm still here in this holding cell.

1

15.    I can't even exercise in this cell because I don't want to smell.

16.    Whenever I try to reach the deputies on intercom, I get ignored. To get their attention, we have to say someone is having a heart attack.

17.    No one has come to clean the holding cell. It's only sort of clean because the guys inside have cleaned it.

18.    The water fountain works but you have to put your mouth close to it.

19.    I asked for a mask but was told to wait until the nurse pill call showed up. "No masks up here."

20.    I have not had access to a shower. Lips hurt because I don't have chapstick. No hygiene materials have been provided. I only have access to some communal toilet.


I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed this 17th day of February, 2023, in Los Angeles, California.


Angel Vasquez


I, Marisol Dominguez-Ruiz, interviewed Mr. Vasquez in the IRC on February 17, 2023, took notes and then wrote up his declaration, which is attached. I read Mr. Vasquez the declaration, he approved its contents and signed it.  I have reviewed this word-processed version of this declaration and declare that it accurately reflects the content of the handwritten, signed version.

1      I declare under penalty of perjury of the laws of the State of California and

2 the United States that the foregoing is true and correct. February 24, 2023, in Los

3 Angeles, California.

Marisol Dominguez-Ruiz

Declaration of __Angel Vasquez, # 0553874__

I, __Angel Vasquez__, hereby declare:

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2. I am currently in holding cell 209.

3. I arrived to the IRC cinmc on Wednesday, 2/15/23.

4. It feels like I have Been in this holding cell for about two days. At one point I was in holding cell 208 and then switched to holding cell 209.

5. The last meal I received was around 3AM

6. I am waiting for permanent housing. I have not Been told when I'll Be moved

7. I have Back pain but have not received any medicine for Back pain

8. I also have dental needs But nothing has Been about this.

9. I asked for a phone call but was told "no phones here" in the holding cell area.

10. I have a Blanket but only Because another detained Person gave it to me. No one else in the holding cell has a Blanket. It is cold in here. There are nine other people in the cell with me There are no mattresses in the cell. If I want to sleep, I have to lay on the floor or a Bench.

11. Any time I'm outside of the cell The deputies call us insulting names such as "stupid" or "Bitches." These names are just The Tip of The Ice Berg

12. Downstairs at IRC is Better than up here because at least we could use phones.

13 I was not seen by a mental health provider. I would like to see one. I am feeling anxious about being in this cell.

14. I was seen by a medical provider. He told me I would be cleared for housing – at least he believed I'd have housing in a couple of hours – but I'm still here in this holding cell.

15. I can't even exercise in this cell because I don't want to smell.

16. Whenever I try to reach the deputies on intercom, I get ignored. To get their attention, we have to say someone is having a heart attack.

17. No one has come to clean the holding cell. It's only sort of clean because the guys inside have cleaned. it.

18. The water fountain works but you have to put your mouth close to it.

19. I asked for a mask but was told to wait until the nurse pill call showed up. "no masks up here."

20. I have not had access shower. Lips hurt because I don't have chapstick. No hygiene materials have been provided. I only have access to same communal toilet.



I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed this 17 day of FEB, 2023 in Los Angeles, California.

Printed name: Angel Vasquez

# Exhibit 23

**Declaration of James Webb 6549978**

I, James Webb, hereby declare:

1.     I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.     I have been in holding cell 122 for almost three days.

3.     I arrived to the IRC on Tuesday (2/14) or Monday (2/13).

4.     I have not received a blanket.

5.     I have not been allowed to make a phone call.

6.     I had to ask for toilet paper. The toilet is working.

7.     There are six people in the holding cell – no one has blankets.

8.     It is very cold in the holding cell.

9.     I asked to use the phone but I was told to wait.

10.     I had surgery on Thursday, 2/9/23 because my ring finger on my right hand was injured. My bandage has not been changed since yesterday morning (2/15/23).

11.     My bandaged finger hurts right now and feels itchy.

12.     As I was doing this declaration with the ACLU representative, I finally received my lunch, at 3:30 pm. My previous meal was sometime in the AM.

13.     I asked for a blanket but was denied because I was told this is not housing.

14.     I have not been told when I'd be moved.

15.     I have HIV which makes the need for clean bandages that much more important.

16.     I am receiving my medicine for HIV – it's been done in a timely manner.

17.     I have been seen my medical and mental health evaluations. And I am still here in the holding cell 122 holding cell even though I've done all the evaluations.

1

18.     There are no mattresses.

19.     The intercom doesn't work so if someone were to have a heart attack we can't communicate. We need to yell to get their attention for help and for toilet.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed this 16th day of February, 2023, in Los Angeles, California.

James Webb

I, Marisol Dominguez-Ruiz, interviewed Mr. Webb in the IRC on February 16, 2023, took notes and then wrote up his declaration, which is attached. I read Mr. Webb the declaration, he approved its contents and signed it. I have reviewed this word-processed version of this declaration and declare that it accurately reflects the content of the handwritten, signed version.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. February 24, 2023, in Los Angeles, California.

Marisol Dominguez-Ruiz

Declaration of ___James Webb___, Booking # 6599 78

I, ___James Webb___, hereby declare:

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2. ___I have Been in holding cell 122 for almost three days.___

3. I arrived to The IRC on Tuesday (2/14) or Monday (2/13).

4. I have not received a Blanket.

5. I have not been allowed to make one phone call.

6. I had to ask for toilet paper. The toilet is working.

7. There are six people in the ell holding cell — no one has blankets.

8. It is very cold in the holding cell.

9. I asked to use the phone but I was asked told to wait.

10. I had surgery on Thursday, 2/9/23 because my ring finger on my right hand was injured. My Bandage has not Been changed since yesterday morning (2/15/23).

11. My Bandaged figure hurts right now and feels itchy.

12. As I was doing this declaration with The ACLU representative I finally received my lunch, around at 3:30pm, My previous meal was sometime in The AM.

13. I asked for Blanket but was denied Because I was told this is not housing.

14. I have not Been told when I'd Be moved.

15. I have HIV which makes the need for clean Bandages that much more important.

16. I am receiving my medical medicine for HIV — its Been done in a timely manner.

17. I have been seen my medical and mental
health evaluations. And I am still here in the holding cell
122 holding cell. even though I've done all the evalu
18. there are no mattresses.
19. The intercom doesn't work so if someone were to have
a heart attack we can't communicate. we need to
yell to get their attention for help and for toilet

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed this 16 day of 2, 2023 in Los Angeles, California.

Printed name: James McDE