PETER J. ELIASBERG (189110)
peliasberg@aclusocal.org
MELISSA CAMACHO (264024)
mcamacho@aclusocal.org
**ACLU FOUNDATION OF
SOUTHERN CALIFORNIA**
1313 W. 8th Street
Los Angeles, CA 90017
Phone: (213) 977-9500
Fax: (213) 977-5299

CORENE T. KENDRICK (226642)
ckendrick@aclu.org
MARISOL DOMINGUEZ-RUIZ
(345416)
mdominguez-ruiz@aclu.org
**ACLU NATIONAL PRISON
PROJECT**
39 Drumm St.
San Francisco, CA 94111
Phone: (202) 393-4930
Fax: (202) 393-4931

DAVID C. FATHI (*pro hac vice*)*
dfathi@aclu.org
**ACLU NATIONAL PRISON
PROJECT**
915 15th St., NW
Washington, D.C. 20005
Phone: (202) 393-4930
Fax: (202) 393-4931

*Not admitted in D.C., practice limited
to federal courts

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS RUTHERFORD,<br><br>    *Plaintiff*,<br><br>v.<br><br>ALEX VILLANUEVA, Sheriff of Los Angeles County, in his official capacity, and COUNTY OF LOS ANGELES<br><br>    *Defendants*. | No. 75-CV-04111-DDP<br><br>**DECLARATION OF PETER ELIASBERG IN SUPPORT OF PLAINTIFFS' MOTION FOR ORDER TO SHOW CAUSE RE CONTEMPT** |

**Declaration of Peter J. Eliasberg**

I, Peter J. Eliasberg, hereby declare:

1.     I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.     I am the Chief Counsel at the ACLU Foundation of Southern California. I am admitted to practice law in the State of California and before this Court. I am one of the counsel for the Plaintiff class in the above-captioned action. I make this declaration in support of Plaintiff's Motion for an Order to Show Cause re Contempt

3.     Attached as Exhibit A is a true and correct copy of a transcript of a portion of the February 16, 2023 meeting of the Los Angeles County Civilian Oversight Commission that includes testimony from both Los Angeles County Inspector General Max Huntsman and Assistant Sheriff for Custody in the Los Angeles County Sheriff's Department Sergio Aloma. Also attached is a certificate of accuracy by Mindaugas Caplinskas, a professional transcriber who prepared the transcript.

4.     Attached hereto as Exhibit B is a true and correct copy of a HIPAA waiver signed by Raymond Crowley, whose declaration is being submitted with the Motion in Support of the OSC re contempt, authorizing the Amity Foundation to release his medical and mental health records to the ACLU of Southern California.  Before his arrest and incarceration, Mr. Crowley was a client with the Office of Diversion and Re-Entry (ODR) with Amity Foundation from August 2022 to December 2022.  Amity Foundation provided medical records to us, which I reviewed.

5.     They confirmed that he had had seen a doctor on September 28, 2022, was diagnosed with Schizoaffective disorder, and he was taking, among other things, Artane, Quietapine, and Bupropion, which are the generic equivalents of Seroquel and Wellbutrin. *See* WebMD, https://www.webmd.com/drugs/2/drug-

4718/seroquel-oral/details ; https://www.webmd.com/drugs/2/drug-13509/wellbutrin-oral/details.

6.      Attached hereto as Exhibit C is a table showing the number of people held in the Inmate Reception Center (IRC) for more than 24 hours, the number of people held in IRC for more than 36 hours, and the number of hours in IRC for the person who had been in the IRC for the most hours on any given day for the period from November 17, 2022 through February 23, 2023, and the booking number for the person who had been in IRC the longest as of a particular day.

7.      The table is submitted pursuant to Federal Rule of Evidence 1006 and was prepared in the following manner.  Defendants provide Plaintiffs' counsel with three reports every day, which include, among other information, the name and booking number of every person who had been held in IRC for more than 24 hours at the time of the report.  An example of one of these e-mails is attached as Exhibit D.  I will refer to these e-mails hereafter as "IRC 24-hour reports."

8.      People working at my direction compiled all the IRC 24-hour reports we had received for November 17, 2023 through February 23, 2023.  Then they went through each of those reports and entered into an excel spreadsheet the name, booking number, time spent in IRC according to those IRC 24-hour reports for each of the three shifts each day as well as other information including the code listed as the reason the person was held in IRC.

9.      Once we had entered all the information into the Excel spreadsheet through February 23, 2023 I along with someone working at my direction created the table attached as Exhibit C.  To create the table, we went through names of every person listed as being held for more than 24 hours for each day and counted them, excluding multiple entries for the same person on the same day.  For example, if John Doe appeared on the Early Morning (EM) report as having been in IRC for 25 hours and then appeared again on the AM report for the same day as having been in IRC for 32 hours, and did not appear on the PM report we only

counted him as a single person who had been in IRC on that day for more than 24 hours.  However, if someone showed on any report on a specific day as having been in IRC for more than 36 hours, we included him on the count of people in IRC more than 24 hours and the count of people in IRC for more than 36 hours for the same day.  In addition, we omitted from the table people whose time in IRC seemed so extreme that it was an error.

10.    Then we tallied up the total number of people in IRC for 24 hours and for 36 hours on a given day and entered those numbers into the table. We also looked at the time in IRC for every person in any report on a given day and determined who was listed as having spent the most hours in IRC on any report for a given day and entered that person's booking number and hours in the last column in the table.

11.    The attached table shows the following:

- There were 92 days between and including November 17, 2022 and February 23, 2023.  On 73 of those days (or 79% of the days) one or more person was in IRC for more than 24 hours;
- There were 40 days when one or more person was in IRC for more than 36 hours (43% of the days);
- On 31 days, 10 or more people were in IRC for more than 24 hours (34%);
- On 10 days, 5 or more people were in IRC for more than 36 hours (10.9%);
- The worst day of 24-hour violations was 2/2/23 when 85 people were in for more than 24 hours;
- The worst day of 36-hour violations was 2/9/23 when 29 people were in for more than 36 hours.

12.    We followed a similar process to create the table of people who were held on the front bench for more than four hours, which is attached hereto as

Exhibit E.  To create this table, we reviewed all the Front Bench Logs Defendants provided us for the dates September 21, 2022 through February 20, 2023.  An example of a Front Bench Log is attached hereto as Exhibit F.  People acting on my direction reviewed the Front Bench Logs and determined that the information in many of the 2022 logs were poorly recording. Accordingly, they were directed to include all 2023 logs from January 1 to February 20, 2023.  The reviewers took the following information from the logs and entered it into an Excel spreadsheet: name, booking number, date someone was first placed on the front bench, time they were placed on the bench, time they were taken off the bench, and the reason the person was placed on the bench – if it was documented.  The three reasons listed on the form are "odd concerning behavior," "suicidal," or "self injurious behavior."  We also programmed Excel to calculate the total time a person spent on the front bench using the starting time and end time information entered from the Front Bench Logs. They sorted the spreadsheet by longest length of stay on the Front Bench, de-duplicated people who were listed twice, and for those with the longest stays on the bench added information entered on the form, which includes codes for "offered access to restroom/Water fountain, provided a meal, and taken to restroom/water fountain" among others.

13.    We used the hours on the front bench calculated by excel to create a table that lists the booking numbers and hours on the front bench for the 367 people who spent more than 4 hours on the front bench starting with the person who spent the most time on the bench between September 21, 2022 through February 20, 2023 period.  We also included in the table the date first placed on the bench, the reason given – if any – for placement on the bench and relevant notes extracted from the Front Bench Logs. This table appears in the body of the Motion.

14.    Attached hereto as Exhibit G a letter from United States Senators Cory Booker, Diane Feinstein, Kirsten Gillibrand, and Alex Padilla, dated October 25, 2022 addressed to Attorney General Merrick B. Garland and Assistant

Attorney General Kristen Clarke. This letter was referenced in a February 13, 2023 article in the Los Angeles Times, and uploaded to the Times' website.

15.  On February 17, 2023, Plaintiffs' counsel Corene Kendrick, Melissa Camacho, Marisol Dominguez-Ruiz, and I held a meeting via teleconference with Defendants' counsel, Robert Dugdale and Dylan Ford, to discuss violations of the Court's Preliminary Injunction, the statements made the previous day by County officials at the Civilian Oversight Commission (COC) meeting, and counsel's observations at the IRC. We told them of our intention to file a motion with the Court setting out new information and seeking a contempt order, if the violations we were observing and were documented in the reports Defendants were providing to us were not promptly addressed. We were unable to resolve the issues in our teleconference meeting.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct.  Executed February 26, 2023 in Los Angeles, California.

Peter J. Eliasberg

6

# Exhibit A



**Sean:** --difficult issues here, the public weighs in. We are frank and **[unintelligible 00:00:07]** we want to honor our code of conduct, especially St. Anne's today, **[unintelligible 00:00:22]** are homeless. We are really happy to be hosted by St. Anne's. We're going to take up the approval of our prior January **[unintelligible 00:00:34]**. Is there a second?

**Patty:** Second.

**Sean: [unintelligible 00:00:45]** and they're approved. We have some reports, and I am going to take a report out of order. **[unintelligible 00:01:01]**, I think we announced that we have our new sheriff here with us at St. Anne's at this public hearing to engage with us. He has a lot of his management team here. Really nice to see so many leaders of the LA County Sheriff's Department here at the Civilian Oversight Commission.

I think it's important that we have leadership here to hear from the public and hear from the Commissioner about the issues that are concerned. With Sheriff Luna, I'm going to actually turn it over to you. I'm going to take you out of order to talk about whatever you would like to. I think I really speak for all the commissioners when I say thank you for being here.

**Sheriff Luna:** Good morning, and thank you for allowing us to be here today. Although I'm sitting up here as your sheriff, I don't do this alone. I do have several of our team members here who are ready to testify on the issues that all of you are asking about, very important issues. I think you'll find not only that they are very confident in the field that they'll be talking about, but more importantly, they're not only here to present, we're here to listen. We're here to hear all of your questions, learn from you, and even if we don't have the answers, we're going to tell you we don't have the answers, but our job is to go back and find those answers, whatever those may be.

You do see several of our team members here today. I do have Assistant Sheriff Jill Torres on the phone who's our CFO. He'll be answering any budget-related questions that come up. Then Eileen Decker, who's listed on my list here, but she won't be here, I think most of you know, I announced her as the head of our Constitutional Policing Office that we're going to start. When I asked her last night about being here this morning, she smiled at me. She said, "Sheriff, you've given me a long list of things to do, and I've got to start working on it tonight," which was last night. She was diligently in the hall of justice working on a very lengthy list of things that this community expects from the Sheriff's Department. With that, I will turn it back over to you.

**Sean:** Thank you. It was heartening to hear the opening of a Constitutional Policing Office, Sheriff. All meaningful 21st-century policing reforms are built on a commitment to Constitutional policing. Thank you for instituting that long overdue reform. We have reports from others. I don't have anything to report, so I'm going to turn it over to our executive director, who might have something to report, no?

File name: Commission Meeting.mp4



**Brian:** Just **[unintelligible 00:04:23]**. Before COVID hit, we wanted to make a presentation to one of our previous chairs to thank her; chair of the commission? I just want to just very briefly give this plaque to former chair of the commission **[unintelligible 00:04:39]**, it's from July 2021. Didn't say thank you on behalf of **[unintelligible 00:04:48]** so thank you.

**Former Chair:** It's never forgotten. [laughs]

**Brian: [unintelligible 00:04:57]** I'm not sure where everyone is, thank the commissioners, for your support over the past six years, **[unintelligible 00:05:12]**. I really want to take a moment and thank the incredible staff, those who are here and a couple of staff and those who have **[unintelligible 00:05:20]**, they're absolutely the best staff on the planet. They do so much that you would not recognize that's going on behind the scenes and goes unheralded, and sometimes we don't take them enough.

I want to publicly thank you all staff members for the hard work that you've done and making commission into what it is. I'm looking forward to continuing to work with you often across the street, but I'll continue to work with you all, I just wanted to say thank you all.

**Sean:** Ryan, I don't know what we're going to do without you. **[unintelligible 00:05:58]**.

**Patty:** I just wanted to super acknowledge how wonderful and fantastic you have been as our inaugural Executive Director. We didn't know what we were doing, **[unintelligible 00:06:13]**. We found our way. We certainly found our way under your leadership and the leadership of the staff. It's been an extraordinary time for all of us, for our communities and you've just been an exemplary leader. You're always so steady, you're always so brilliant, and we're going to miss you.

We're going to still follow all the good stuff you're going to do in terms of public safety, and social justice as you continue on your career. Don't be a stranger, we hope you'll come to some of our meetings.

**Brian:** Thank you, Patty.

**Commissioner 4:** Could I also say, Sean, just I really want to thank Brian for his--

**Sean:** Max, the Office of Inspector General, is on schedule to make a report. Do you have anything you would like to tell us in the public?

**Max: [unintelligible 00:07:10]** to one of the agenda items coming up, we have one addition to the jail **[inaudible 00:07:15]** attention of the commission, the fact that the sheriff's department appears to be engaging **[inaudible 00:07:21]** violation of policy against him, for some years brought to the Sheriff's Department's attention. Fixed restraints were being used on people in inappropriate ways, and working with them, we got them to adopt a policy which provided limited circumstances under which

File name: Commission Meeting.mp4



people could be tethered and a procedure that was meant to restrict how often was used without prohibiting it.

The procedure provides for when a person is tethered, they must immediately be subject to 15 minute welfare checks essentially by medical personnel. There's a law that needs to be prepared to document all these things. There's a set of notifications that go up the chain as time goes by. When the court ordered that we stop chaining people to benches, something that the sheriff's department excluded from its tethering policy, initially, **[unintelligible 00:08:20]** appropriately, when that was ordered by the court, I pointed out that it would be impossible to simply move shelves around and solve this problem. The county set up a procedure whereby we increased mental health housing in other places.

We didn't get more staff, we didn't have more real ability to care for people. All we did was hid the problem, moved it out of **[unintelligible 00:08:44]**, or so I suspected, but we learned this week that that was true. We learned that for months, the sheriff's department has been tethering people to gurneys with a fixed restraint in violation of its own policy it appears. In some specific instances that we asked about this week when we learned about it, we were told there was indeed, no such log as is required by Sheriff's Department policy.

In one case, my office reviewed video and confirmed what a deputy told us which had been, a particular person who'd been tethered for 24 hours. The problem that used to exist in IRC in view of the court has now been moved into the shadows. The good news is that management is present, learned about it earlier in the week, gave some orders to stop it, and also initially that appeared to be ineffective. There was a **[unintelligible 00:09:33]** order to stop it and continued. We observed it afterwards. As of yesterday, as far as we can tell, the word may have gotten out and it may have stopped we'll see again.

The reason I bring it up isn't just because of what happened. It's because, I believe, it is a symptom that will continue. As long as we have our jails overcrowded, we will see IRC continue to be shut down repeatedly. We will continue to see people's constitutional rights violated, either in the IRC or elsewhere, simply because we lack the capacity to care for the number of people we have in our jails now, particularly the mentally ill.

Dr. Melvich, who is responsible for such care, addressed the Board of Supervisors, not long ago, in my presence, and told them that we cannot come into compliance with our legal obligations without reducing population. There is no budgetary way to increase care, so that we can comply with what the court has ordered us. I would say help, and he did not say this, what the constitution demands. That is the extent of my report although I'm happy to answer your questions.

Let me say on a more **[unintelligible 00:10:42]** note, I echo **[unintelligible 00:10:43]** said about the shared meeting with all his staff is such a breath of fresh air. The issue that I just told you about, my staff work closely under Sheriff Luna on

File name: Commission Meeting.mp4

3



this issue and the sheriff's department did not feign interest, they really cared and made an effort to do something about it. The problem on complaining about his county problems that we are not complying with our legal obligations, because of the way our system bureaucracy works, not **[unintelligible 00:11:15]** any evil on the part of **[unintelligible 00:11:16]** with the deputies in jail. The deputies in jail are the first ones to complain about the conditions, obviously.

Prisoners are suffering more than the deputies **[unintelligible 00:11:38]** I'm not trying to knock the desire of the sheriff's department to approve or the desire for county. I am trying to knock the actual success that we're having currently with this problem. Then I also want to say I'm very excited about the constitution policing, announcement from the sheriff that will make a world of difference **[inaudible 00:11:52]** policing. I probably should have started with the good news before I did the bad news but you know me, I always cut straight **[unintelligible 00:12:01]**.

**Sean:** Yes, Leo.

**Leo:** Thank you, Max, for that. My question to you and Sheriff Luna and the rest of the staff is, what can this commission do to move the county to assist the sheriff and ultimately members of the community and ending this practice?

**Max:** The only thing that can be done to change the conditions in the jail is reduce the population. We have a constitutional obligation to do it immediately, and we have a legal mechanism to do it **[inaudible 00:12:53]**. The legal mechanism we have is not necessarily the best way to do it. What I would say, it would be best for this commission to recommend to the county as a whole, is to pursue some available tools to improve their ability to reduce the population of the jail and to do it immediately.

What I'm specifically referring to is one in front of Judge **[unintelligible 00:13:15]** of the federal court, who has granted an injunction at the request of the ACLU, the county essentially joined in it. The thing to do is to walk down to the court with a proposal from county council for how we reduce the population significantly within the jail in an intelligent way. There's a legal way, is less intelligent because we currently release people on certain bail amounts, bail cap, a floor below which the Sheriff's Department will release you under **[unintelligible 00:13:47]**, it has been practiced for years.

We simply increase that number and that will kick out a bunch of people. We can also reduce the percentage of the county jail sentence to be served and substantially reduce the population of the jail, tommorrow, legally. However, that's not the best method because we now have a lot of people in our jails that come from other places, so that's a less targeted route. Because the Constitution demands **[unintelligible 00:14:14]** for people, they can walk into a federal judge, and he can issue almost any order that allows us to work around the state laws.

California state laws do not trump the constitution. That judge can order any crafted remedy that this body, county council, the Sheriff's Department and other justice



partners come up with. Problem is that we just keep kicking the can down the street and not doing that. What I would suggest we recommend-- not we, you, I've recommended it already, is let's craft an order, let's get a judge to sign off it. Let's get all the parties involved to say yes, this is the best plan, pick one that has the least impact on public safety and move forward with that. That would be my suggestion.

**Leo:** I agree with that and I would ask the chair to either form a committee or direct one of the newly formed ad hoc committees to come up with something that ultimately we can present on behalf of commission and the county and the jail to finally take care of this issue.

**Commissioner 4:** I think, Brian, we have a committee on custody? Who's chair is that is that?

**Leo:** It's Irma.

**Commissioner 4:** Irma, can we do that, what Leo just suggested, can we have your committee look into this and make a report and push this issue forward? Because you're **[unintelligible 00:16:09]** off-- Max, I just wanted to clarify, when you say tethered, we're talking about chain someone to a fixed location.

**Max:** I'm not sure chain is the right word, but a physical essentially equivalent of to handcuff, I think they used cuffs that are less painful, to attach them to a gurney so that they cannot move. When we first brought up the tethering problem, it was used in a more aggressive way in which people were tethered to a fixed point in a cell, often because they were suspected of having contraband or something else in a way that could compromise them physically.

They couldn't even necessarily sit down effectively without stretching their arm out. It was almost like a physical torture. This is not that, this is a mentally ill person who is placed on a gurney in a place, other than a cell and attached to the gurney in a way that is relatively, in and of itself, mechanically, but the problem is, no different than the tethering to a bench that we had present in the IRC over a period of time. The problem is the passage of time, not the pain of the physical restraint.

**Commissioner 2:** Max, I apologize if I'm being too scatological, but how do people go to the restroom?

**Max:** In IRC, when the practice of connecting people to the front bench was most prevalent before the court ordered, deputies would come and allow a person to escort the person to the bathroom. The fact that a person would spend 24 hours attached to a bench was not a nonstop process. They were allowed bathroom breaks, food was brought to them. However, obviously it creates some challenges. Sometimes, people might want to go to the bathroom more often than the available staff can take them, so people would defecate right there at times.

We're dealing with mentally ill people, so they don't always act in a rational way. If they're told, "Wait 10 minutes." they might not wait 10 minutes. I personally

File name: Commission Meeting.mp4



witnessed a deputy reluctantly giving a Dixie cup of water to a person who asked for it, and my staff had to go and have a chat with that deputy about the fact that if you don't allow people to hydrate, who are mentally ill and this person was old over a period of a long period of time, you're going to substantially harm that person.

It's not that they don't get a chance to go to the bathroom, they do, it's that a person is fixed in a place, it's not an appropriate place to live as a condition of it. Then there's the chance that, "Oh, we're a little busy right now, you're going to have to go later." There's a variety of problems that can arise, but it is not that somebody said, "Oh, just chain that person and ignore them." It's not intentional mistreatment, but what ends up happening is unacceptable.

**Sean:** Anyone else? Sheriff, you look like you have something to say here.

**Sheriff Luna:** Yes. First of all, I'd like to thank the Inspector General for bringing this forward. I guess the best way to describe it is just sadness when you hear this, because this shouldn't be happening. It's not acceptable. I am happy to hear that deputies came forward to your office to report it. I encourage any employees that see any mistreatment of anybody to come forward. That makes me really happy. I don't know off to the side, if you're able to give me their information so I can thank them for doing that.

Maybe that's inappropriate. I know it's inappropriate in this open session. I don't know if we have the time, sir, but if our assistant sheriff over custody can address some of the questions that the commissioners may have, because, obviously, if we're not following set policy, that is not acceptable. We have to take immediate corrective action to make sure that we are following, not only our policy, but to make sure that our partner agencies, within the custody facilities, whether it be the Department of Mental Health, that we're all making sure that we're doing the right thing to make sure our employees are in the best circumstances to serve our custody population.

**Sean:** Yes. I don't know if it's procedurally proper, but I think this is an important issue, and we should hear from the assistant sheriff about that.

**Max:** While he's coming forward, I'll clarify. We did not learn about this because deputies told us we learned about it because we observed it through inspections. However, once we observed it, deputies were cooperative and enthusiastic in providing us what we believe to be accurate information. I believe a commissioner who was present during some of this might have something to add.

**Commissioner 3:** Yes.

**Max:** I will say that we have been informed by deputies and many important things over the years and recently. This one, I don't believe that's how it came to Light.

**Sean:** [unintelligible 00:21:13], are you that commissioner who was present?

File name: Commission Meeting.mp4



**Commissioner 3:** I am that commissioner.

**Sean:** With my apologies, let's hear from you and then you can **[unintelligible 00:21:22]**.

**Commissioner 5:** I wanted to ask given the role of the ombuds people present in observing the instance of tethering, I saw the gurneys in the hallway at IRC myself, and scantily clad-- provisionally clad individuals on the gurneys. The question I wanted to ask was, how did the staff react when informed of the observation of tethered individuals in the hallway outside the IRC? Was it defensive or was it acknowledging that this was a problem? Was there acknowledgment that this was possibly in violation of existing negotiated rules?

I just want to follow up by saying we are in a tension between workarounds and acceptable rules and what remedies might get enforced. All of that has a rule in appropriate decision-making over reducing the population there. There's a healthy tension between resorting to workarounds and what solutions get adopted, because of awareness of how insufficient those workarounds, or how violative those policies or practices may be.

This is a healthy part of achieving appropriate intervention in reducing the population of individuals because all of these work together to establish more meaningful and more appropriate decisions. I just wanted to ask Max about what reaction you got to that notification and how it relates to awareness of policies to effectually reduction in the inmate or individuals at the IRC in particular.

**Max:** I think you correctly described the nature of the problem. This is symptomatic behavior of a fundamental problem. Staffed faced with an insoluble problem or doing the best they can with workarounds. It's not behavior. In the past, we've seen tethering used as punishment. That's not what's happening here. What's happening is we've got a system bursting at the seams because of what we've tried to make it do.

The people on the ground are doing their best. They didn't necessarily read the tethering policy five minutes before they did this thing. They were trying to manage, as best they could, in what, to them, is an emergency. To us, we're calmly sitting here talking. There is no feces smeared on us, but down in the jails, it's not a calm situation. People are doing their best. I can't comment on the reactions of all the staff when we talk, nor do I think it would be productive. When we talk to people down in the line, some are angry, some are friendly, there's a variety of things and they're human beings like anybody else. I think it's irrelevant.

I will say Sheriff Luna has always been very receptive to everything we've brought up and very professional about this as has all the command staff. I just think the line staff are in an impossible situation that is not of their making at this time. There's been plenty of other times where there's a different problem where we have nasty culture resulting in people doing horrible things to others. That continues to happen and will happen more in this environment. That's not what we're talking about here.

File name: Commission Meeting.mp4



**Robert Bonner:** Sean, could I be heard at all? Can you hear me?

[silence]

**Robert:** I can't tell really, Sean, Jennifer?

**Jennifer:** Go ahead.

**Robert:** I don't know. This is Rob Bonner. I hate to state the obvious or even try to oversimplify this issue. It always struck me that this is essentially a bottleneck in the IRC. That means, broadly speaking, it's a process issue. A process issue doesn't necessarily mean reducing-- it's not a jail capacity issue as I see it. If it's a capacity issue, it would be telling all the police departments, LAPD included and the sheriff's department, don't arrest people because the sheriff is the jailer. He's got to take people that have been arrested and process them. I don't have the answer, but I think if we need to look at it as how do you facilitate a process?

Basically, by the way you scale it up, it's what you usually do in these situations. That may be a funding situation for the Board of Supervisor, but you scale it up so you can process people faster into the jail system, so they're not sitting around the IRC. Anyway, that's my take on it. I guess I would ask I'm not sure who we have here. Do we have the assistant sheriff in charge of custody here? I would put the question to him or her and convert my question from a statement to a question. Thanks, Sean.

**Assistant Sheriff Sergio Aloma: [inaudible 00:26:50]** for allowing me the opportunity to address the commission this morning. My name is Sergio Aloma. I'm the Assistant Sheriff over custody operations. Mr. Hanson, thank you for the promotion to undersheriff, but I think Undersheriff Tardy might take exception to that. Just want to make it clear that I am the assistant sheriff, not the undersheriff, but again, thank you. Nevertheless.

To address the tethering issue that was recently brought to our attention I think it's deeper than that. Some of these issues have already been discussed, whether it's a capacity issue, whether it's a mental health issue. In our current system we have a number of county partners that are working collaboratively on this issue from the CEO's office, county council, the department of Public Health, Correctional Health Services. We're not operating in a silo here.

When we talk about tethering there's a bigger issue that we are dealing with as a county and not just as a department. Certainly we appreciate the fact that we are working in partnership with our other county departments, as I mentioned as well as **[unintelligible 00:28:23]** ATI, ODR to address issues regarding overcrowding and our ability and capacity in the sheriff's limited authority, to release individuals from custody. In some cases, Mr. Bonner mentioned are remanded to our custody. As you know county council was in the Federal District Court this Monday for a status update on the DOJ settlement agreement.

File name: Commission Meeting.mp4



They're going back tomorrow with a number of timelines and recommendations to implement their plan for compliance with the DOJ, settlement agreement, which all ties into the issue of confinement, the mentally ill that are in our custody. I've mentioned a number of times that that's an issue that we all collectively need to address because just over the last 10 years in our county jails, we have seen the mental health population increase from 17% 10 years ago to about 40% today. That creates a strain on the physical plant or the facilities, as well as our staff's ability not just sheriff's staff, but correctional health services staff to effectively treat those individuals.

Specifically to the tethering issue, I don't disagree with a single thing that Mr. Huntsman said. He is spot on in his assessment and characterization of what they saw at Men's Central Jail, within the last couple of days. In fact, I was at all the facilities this past Saturday and saw it for myself. I immediately addressed it with our line staff, our supervisors. I let them know that it was unacceptable. Even though I understood that this is a problem that was created, not just at Central jail but the IRC that we've spoken about, the domino effect that it causes the TRO that is in place at IRC, that causes staff, both with correctional health services and the Sheriff's department, to move individuals out of the IRC within 24 hours.

Four hours, they're not allowed on the front bench, what's referred to as the front bench, for more than four hours and move them to appropriate housing. I believe, based on my initial inquiry into this issue, the tethering issue is that staff at CJ, I, preliminarily, at least, believe that they misinterpreted policy. Mr. Huntsman's, policy on fixed restraints is very clear. They have to be 15 minute checks. They have to be offered the ability to go to the bathroom offered food, water, those sort of things. It doesn't appear that was happening.

I met with command staff Monday morning, both the division chief and the captains at the facility to let them know that practice is unacceptable and it can't continue. I actually met with the assistant OIG, Monday afternoon, and let her know what I saw over the weekend and that we were working on the issue. Then the following day, I believe, it was Tuesday during a tour with COC, SD-One and others the problem was still in place. I've spoken to command staff there, as I said, the division chief as early as this morning again as well as command staff at Twin Towers and IRC, because it's going to take a collective effort to address that issue.

It's not happening as we sit here today, they have found appropriate temporary housing for those individuals so they're not tethered to a gurney. To be clear, the tether device is a medical device that is attached to their wrist and to the gurney. It's not a shackle or a metal restraint. I don't know if that answers your questions or if there are any additional questions, I'd be happy to answer them.

**Sean:** Yes, there is additional questions.

**Commissioner 5:** Whatever one says that there's going to be an additional question.

File name: Commission Meeting.mp4



**Sean:** Sure.

**Commissioner 5:** First of all, I'm really impressed with the seriousness and the diligence that you and the department are moving in this direction. I've come back to, this is not the first time that we've heard about this. Obviously that was a different administration, but what is the timetable ultimately, if you know come up with a plan with all the county partners to end this so that we're not talking about this again, and you and the department can move, forward with plans to reduce the population and at least have a bit more of a humane environment?

**Assistant Sheriff Sergio:** I think it's a multifaceted approach. I mentioned the DOJ compliance settlement agreement. Actually I was I was alerted about 2:45 this morning by county council, actually, they're working around the clock on a plan that they're going to present to the federal court tomorrow. I didn't have a chance to thoroughly review that document but I've read some of it. It has a plan that they want to present to the DOJ and to the federal court.

Then that's going to take time for both sides to determine what that plan is and how long it will take to implement. However, I think in the short term, some of the things that we're doing as Mr. Huntsman mentioned and alluded to earlier was our release practices that we can implement that we have the legal authority to do our releases of county sentencing is currently a 10%. We do what's referred to as shorts, which it's gone from zero days to 180 and is now at 240 days. Those individuals can be released with that amount of time left on their sentence. We continue to work with, for example, CDCR. We have a number of state prison inmates that are in our county jail awaiting transfer. That number on any given day could be as many as 1,000.

They're in various stages of process. We have to wait until their paperwork is completed before we can transfer them out. On any given day, that number is anywhere from 400 to 500 individuals that are ready to leave county jail to state prison. We have a good working relationship with CDCR and they take about 150 to 200 inmates even then-- [sound cut]

**[pause 00:35:52]**

[background noise]

**Assistant Sheriff Sergio:** --hospitals where **[unintelligible 00:36:18]** also occurring.

[silence]

**Assistant Sheriff Sergio:** --**[unintelligible 00:36:29]** of east facility. East facility had a capacity of 928 beds prior to the renovation project. We anticipate that that should be done in about a year or so, perhaps less, it depends on a number of factors. We believe that once east facility is renovated, it will be able to hold at least

File name: Commission Meeting.mp4

10



400 medium observation housing individuals, which should help us decompress housing in the basin.

Then there's other factors as well. For example, as we started work through this issue of the tethering, I started to ask the other facilities about maintenance on the existing facilities. For example, on any given day, we might have up to from 30 to 50 cells, inside Twin towers, for example, that are inoperable due to plumbing or other issues. To me, those are low level, should be easy fixes if we have people that are diligent about, for example, fixing a broken toilet and having that cell operable so it could be occupied. Again, that could be anywhere from 30 to 50 cells on any one given day, which is also adding to this issue.

Hopefully that answers your question.

**[pause 00:37:49]**

**Commissioner 3:** Thank you for sharing the measurable, I would call them measurable areas of what you have observed and instructed staff to adhere to policy is what I'm hearing. For the last couple months, I've been sitting in on-- I've been joining our partners over at the Sybil Brand Commission, SBC. Yesterday I was in their meeting and, Vice Chair, Sherman, sharing about some jail visit and inspection. Their commissioner was observing a jail transfer.

The area that they brought up was centered on **[unintelligible 00:38:59]** the question is, was that they were instructed to turn away and not observe what was going on. Then they were, I guess, hardly rushed out of that area where this transfer of a mentally ill inmate was taking place. I guess my question, is that a common practice to obstruct a commissioner basically doing facility site inspections to turn and not look at what was going on?

**Assistant Sheriff Sergio:** Excuse me. I'm not familiar with that specific situation. I'd be happy to speak with you offline so I can get some additional details. It could be something as simple as privacy, if they had to undress the individual, for example. I'm not saying that was the case, but that could be an explanation. Typically, or generally, no, we wouldn't ask any of you to turn away if what we're doing again, doesn't present privacy issues or that sort of thing.

**Sean:** It sounds like the beginning of a much longer conversation that we'll have to keep talking about, Assistant Sheriff Aloma, I appreciate you answering some of the questions. I think this shows the importance of the new office of constitutional policing. I have not researched the 8th Amendment issues in this context. It is hard for me to believe that tethering people struggling with mental illness to fixed objects or gurney, for long periods of time is, if not cruel, **[unintelligible 00:40:53]** punishment.

I hope we really look into this because this is quite a situation. It's actually heartbreaking. People with mental illness struggle. They're so confused already, they're scared about the situation. I can't imagine what's going through the mind of a



person in that situation, tethered to a gurney. Maxwell, I'm glad it's not intended to be punitive. The practical result, the end result sounds very punitive.

**Commissioner 5:** I think the discussion this morning, Sheriff and Undersheriff?

**Commissioner 3:** Assistant Sheriff.

**Commissioner 5** Assistant Sheriff, I'm sorry. We'll get that straight eventually. Why it is so essential that the department is fully represented at these hearings because otherwise, in the past, an issue would come up. The best that we could do, because there was no sheriff's presence at our meetings, would be to send a letter. Of course, that's not a way to have a discussion and a collaboration about trying to move forward and fix an important issue. Thank you again for being here.

**Sean:** We hear you loud and clear. Thank you, Sergio, for getting up here. He said something that hopefully-- caught my attention is that when he says-- I know he puts in a lot of hours. He's a professional and what can challenge us, that we can do a better job, that's what we're here for. The fact that he makes surprise visits to staff in these locations on a Saturday says a lot about his willingness to make sure we're doing the right thing. Thank you for that, and your comments.

I think I made this statement, but I just want to put it on the record again. That we will never hide from our responsibilities. That we have an obligation to treat our inmates in the most humane fashion as possible. That's just basic human dignity. From a county perspective, we need upgraded facilities. In a perfect world, I wish we didn't need custody facilities at all, but we don't live in that world. We're taking people in custody from all over the county and in some cases from the state.

We can provide you numbers in the future, but our facilities, currently, don't provide the level of care that they should, specifically, from a mental healthcare perspective. In a perfect world, again, apart from not having custody facilities. If we can have facilities, because we all understand and know that the mental healthcare system in this state is completely broke. We are I believe that you can correct me if I'm wrong, Sergio, the largest mental health facility in the county with 40% of our population being mentally ill. We don't have adequate facilities. We need better health and mental health care.

We need facilities that are conducive to our staff can make sure that out mental healthcare clients are getting the recreation, for example, the care that they need, rehabilitation, reentry, reintegration services, educational recreational services. That's what this county should look at as a beacon. of where we need to go. I know, you all look at me with that, look, "How are we going to get there," but a lot of smart people around me, not only in this room but we all need to work together as a county family to eventually get there so we can become a model in the United States, not-- I don't like it **[unintelligible 00:45:19]**, the group that everybody looks at as the bad example, I want to be the great example **[unintelligible 00:45:27]** everybody's out to get.

File name: Commission Meeting.mp4

12



**Assistant Sheriff Sergio:** Thank you. I appreciate the opportunity to address commission this morning. Again, I look forward to continuing the conversation and coming up with solutions to some of our very important issues.

**Commissioner 3:** Can we follow up with you about the numbers that you shared with us?

**Assistant Sheriff Sergio:** Absolutely. Anytime.

**Sean:** Thank you.

**Commissioner 5:** Mr. Chair.

**Sean:** Yes, **[unintelligible 00:45:53]**.

**Commissioner 5:** Thank you, sheriff. Thank you, Inspector General. Thank you, Assistant Chair. This is the first time in a long time, in looking at this, in this way, some of the complexity-- in the past, it's been approached with, in my view, **[unintelligible 00:46:18]** intentionality to abuse people within the facilities. It's understandable, because it's horrible and it's horrific to see what's going on, **[unintelligible 00:46:28]**. I think the needle has moved and we're really getting down to the brass tacks of the transformation that has to happen and it's really complex.

Complexity probably is one of the most annoying things that can come upon us because there's so many facets to solve. In our county, so many different departments. In the meantime, people are suffering and there are, from my experience being restrained when you're having a mental episode, mentally ill and you're having an episode, and you are restrained, for any length of time, I mean, yes, temporarily, necessarily safely but for any length of time only exacerbates what the person is going through and that will make the whole situation worse or harder for even staff and mental health practitioners to deal with.

I'm just so glad that we're hearing some of the detail. I believe that by collaborating and getting more people to the table, we'll continue to drill down on what's really happening and what can work and what are some of the experiments, might have to think outside the box, in a way to what's good, because all of this has been pretty consistent. 40%, if that's what our folks, the employees who work in the jail, have to deal with 40% of people with mental illness. That's extraordinary. That's unprecedented.

I know, it's been this way for a while and it's been growing over the last 10 years. This is a social problem, it's a human problem, it's everybody's problem, in my view. I look forward to our commission, working very closely with all the entities on keeping this as not just a tethering but the bigger, deeper, deeper problem of what goes on in custody.

File name: Commission Meeting.mp4



**Sean:** I have to move along on this agenda. I think there's so much to discuss here. I really appreciate talking with us about that. I'm going to move to Agenda Item number 3, which is the budget. We hear often about the LA County sheriff's budget, which I think is something like $7 billion or $8 billion per year. We're going to hear a more, I guess, comprehensive discussion today. **[unintelligible 00:49:13]**, can I turn this over to you to frame the issue and introduce our speaker?

**Commissioner 7:** Thank you, Chair Kennedy. LASD is the largest sheriff's department in the world with nearly 18,000 employees and a $3.8 billion budget. The department provides public safety services for more than 10 million residents throughout the county of Los Angeles. As taxpayers we expect county departments to--

**[00:50:00] [END OF AUDIO]**

File name: Commission Meeting.mp4

14



# Certificate of Accuracy

## Transcription of **Commission Meeting.mp4** in **English**

As an authorized representative of GoTranscript LTD, a professional transcription services agency, I, Mindaugas Caplinskas hereby certify that the above-mentioned document has been transcribed by an experienced, qualified and competent professional transcriber, fluent in the above-mentioned language and that, in my best judgement, the transcribed text truly reflects the content, meaning, and style of the original audio file and constitutes in every respect a complete and accurate transcription of the original audio. This audio file has not been transcribed for a family member, friend, or business associate.

This is to certify the correctness of the transcription only. I do not make any claims or guarantees about the authenticity of the content of the original audio file. Further, GoTranscript LTD assumes no liability for the way in which the transcription is used by the customer or any third party, including end-users of the transcription.

A copy of this transcription is attached to this certification.

Signed on **23/02/2023**

| | |
|---|---|
| Signed | MindCaplin |
| Name | Mindaugas Caplinskas |
| Position | CEO |

Mindaugas Caplinskas, CEO of GoTranscript LTD

**Address:** 166, College Road, Harrow, Middlesex, HA11BH, United Kingdom
**Phone number:** +1 (831) 222-8398 **Email:** support@gotranscript.com **Website:** www.gotranscript.com

# Exhibit B

## CONSENT TO DISCLOSE HEALTH INFORMATION

I, _Raymond Crowley_ .          Date of birth: _8/15/1970_

(Name of patient whose information is being requested)

Authorize _Amity Foundation_

(Name and address of person/agency sending information)

To disclose to:__ACLU of Southern California, 1313 W. 8th St. #200, Los Angeles, CA 90017__

(Name and address of person/agency receiving the disclosure)

The purpose of this disclosure is _____attorney access, use in legal proceedings_

### Information to Disclose

|   | | X | Treatment Recommendations/Plan |
|---|---|---|---|
|   | Entire Record | X | Treatment Recommendations/Plan |
| X | Mental/Behavioral Health Information | X | Treatment Progress Report |
| X | Medication Prescribed |   | HIV/AIDS Diagnosis/Treatment Information |
|   | Test Results |   | Discharge Summary |
| X | Diagnosis/Presenting Problem Information |   | Information from my Therapy Chart |
| X | Assessment Summary/Evaluation |   | Other (please specify below): |
| X | Appointments, prescriptions, test results |   | Billing Information |

Time period or other specifics related to the information to be disclosed (if none are specified, all records of the type (s) selected above will be shared):

I am authorizing _Amity Foundation_ to disclose my records in the following formats: verbal, written, electronic, unless otherwise specified here:_____

I understand that I may revoke this consent at any time except to the extent that action has been taken in reliance on it before I revoked it. A photocopy or facsimile of this consent is as valid as the original. I understand that I might be denied services if I refuse to consent to a disclosure for purposes of treatment, payment or health care operations. I will not be denied services if I refuse to consent to a disclosure for other purposes. At my request, a copy of this form will be provided to me.

Date or event upon which this consent will expire:___12/31/2023_____. I understand if I do not note a date or event, then this consent will expire one year from the date I signed this form as listed below.

| _Raymond Crowley_ | _2/3/2023_ |
|---|---|
| Patient Signature | Date |
|   |   |
| Parent, Guardian, Legal Representative | Date |

1/2023

# Exhibit C

**Days with People Held More than 24 hours and More than 36 hours**

| Date | Number of People held more than 24 hours | Number of People more than 36 hours (includes those over 24 hours) | Longest Time in IRC and booking number |
|---|---|---|---|
| 11/17/22 | 5 | 1 | 39.9 (6500529) |
| 11/22/22 | 1 | 0 | 25.3 (6504876) |
| 11/23/22 | 13 | 0 | 28.3 (6493342) |
| 11/24/22 | 3 | 0 | 31.0 (6506573) |
| 11/29/22 | 6 | 0 | 27.1 (6506846) |
| 11/30/22 | 4 | 0 | 25.5 (6499934) |
| 12/1/22 | 6 | 1 | 44.7 (6510099) |
| 12/2/22 | 2 | 0 | 24.4 (6511022) |
| 12/3/22 | 2 | 0 | 32.9 (6510871) |
| **12/6/22** | **3** | **0** | **25.0 (6501366)** |
| 12/7/22 | 6 | 0 | 31.0 (6513307) |
| 12/8/22 | 2 | 0 | 25.0 (6513168) |
| 12/9/22 | 7 | 0 | 28.2 (6513168) |
| 12/10/22 | 5 | 1 | 37.8 (6513080) |
| 12/11/22 | 1 | 1[1] | 49.1 (6513080) |
| 12/13/22 | 9 | 1 | 36.4 (6504619) |
| 12/14/22 | 3 | 0 | 27.1 (6507090) |
| 12/15/22 | 31 | 1 | 38.5 (6513609) |
| 12/16/22 | 4 | 0 | 27.6 (6517633) |
| **12/17/22** | **3** | **0** | **34.6 (6517633)** |
| 12/20/22 | 4 | 0 | 32.9 (6519291) |
| 12/22/22 | 18 | 2 | 47.5 (6519900) |
| 12/23/22 | 21 | 4 | 56.3 (6519900) |
| 12/24/22 | 54 | 5 | 42.5 (6458370) |
| 12/25/22 | 4 | 2 | 66.6 (6458370) |
| 12/26/22 | 2 | 1 | 90.6 (6458370) |
| 12/27/22 | 2 | 1 | 70.6 (6458370– clearly incorrect because the day before he is listed as being in IRC for 90.6 hours) |
| 12/28/22 | 12 | 0 | 29.6 (6523401) |
| 12/29/22 | 3 | 0 | 31.1 (6526294, likely undercount based on time shown on previous day's report) |
| **12/30/22** | **26** | **3** | **39.6 (6523510)** |
| 12/31/22 | 10 | 0 | 28.9 (6516056) |

[1] A person who appears on a 24 Hour Clock Report as having been in IRC for more than 36 hours on a particular day is included in both the more than 24 hour column and the more than 36 hour column.

| 01/01/23 | 2 | 1 | 41.3 (6516682) |
|----------|---|---|----------------|
| 01/04/23 | 4 | 1 | 44.3 (6333972) |
| 01/05/23 | 4 | 1 | 53.4 (6333972) |
| 01/06/23 | 26 | 0 | 32.2 (6518819) |
| 01/07/23 | 19 | 2 | 38.8 (6529551) |
| 01/08/23 | 2 | 1 | 43.4 (6529602) |
| 01/09/23 | 2 | 1 | 65.8 (6529602) |
| 01/10/23 | 2 | 1 | 37.9 (6520928) |
| **01/11/23** | **2** | **1** | **40.2 (6528602)** |
| 01/12/23 | 15 | 1 | 48.9 (6528602) |
| 01/13/23 | 13 | 0 | 33.8 (6533398) |
| 01/14/23 | 4 | 0 | 30.7 (6533497) |
| 01/18/23 | 10 | 0 | 34.5 (6432451) |
| 01/19/23 | 7 | 1 | 56.6 (6532451) |
| 01/20/23 | 3 | 1 | 74.3 (6432541) |
| 01/23/23 | 1 | 0 | 30.5 (6537259) |
| 01/24/23 | 10 | 0 | 27.6 (6530121) |
| 01/25/23 | 4 | 0 | 28.8 (6540201) |
| **01/26/23** | **6** | **2** | **45.9 (6540201)** |
| 01/27/23 | 2 | 1 (one duplicate) | 52.9 (6538849) |
| 01/28/23 | 15 | 0 | 31.4 (6530802) |
| 01/29/23 | 12 | 2 | 47.4 (6532083) |
| 01/30/23 | 8 | 3 | 56.3 (6532083) |
| 01/31/23 | 24 | 0 | 31.6 (6533778) |
| 02/01/23 | 40 | 5[2] | 47.9 (6541875) |
| 02/02/23 | 85 | 28 | 51.1 (6544485) |
| 02/03/23 | 61 | 18 | 71.3 (6543176) |
| 02/04/23 | 29 | 12 | 79.4 (6543176) |
| **02/07/23** | **14** | **0** | **26.9 (6545393)** |
| 02/08/23 | 48 | 8 | 47.8 (6545575) |
| 02/09/23 | 76 | 29 | 56.8 (6546071) |
| 02/10/23 | 35 | 8 | 55.9 (6547935) |
| 2/11/23 | 62 | 9 | 62.5 (6548813 |
| 2/12/23 | 17 | 6 | 40.8 (6550200, 6549462, and 6549284) |
| 2/14/23 | 1 | 0 | 27.6 (6552196) |
| 2/15/23 | 23 | 0 | 26.7 (6552765) |
| 2/16/23 | 51 | 4 | 48.4 (6550919) |
| 2/17/23 | 30 | 3 | 66.5 (6550919) |
| **2/18/23** | **2** | **0** | **33.1 (6554313)** |
| 2/19/23 | 3 | 1 | 44.4 (6554475) |
| 2/22/23 | 15 | 0 | 31.5 (6551665) |
| 2/23/23 | 9 | 0 | 33.4 (6555729) |

---

[2] Omitted 6534446 because of entry suggesting he was provided a bed (field 655)

# Exhibit D

| From: | Aguilera, Jose A. |
|---|---|
| To: | Melissa Camacho; Peter Eliasberg; DFord@counsel.lacounty.gov |
| Cc: | Carrillo, Robert M.; Abbot, Michael J.; Martinez, Alejandro; Negrete Jr., Bernie P.; Hernandez, Gustavo; Argueta, Jesus |
| Subject: | Inmates (s) over 24 hours on the IRC clock February 3, 2023 EM shift. |
| Date: | Friday, February 3, 2023 3:28:36 AM |
| Attachments: | image001.gif |
| | image002.gif |
| | image003.gif |
| | image004.jpg |

Good Morning,

There is/are **52** inmate(s) over **24** hours on the IRC clock.

**All Extended "B" inmates below that are over 24 hrs. are pending mental health evaluation and clearance.**

**IRC Over 24 Hours Report**

Page: 1 of 1

**Total Records: 52**

| BKG# | Module | Start Date Time | SH/End Date Time | SL | Hours | Extended Reason Codes |
|---|---|---|---|---|---|---|
| 6544453 | HAWKINS, MARQUIS | | | 7 | 57.30 | B |
| | IRBF | 01/31/2023 04:53 PM | 01/31/2023 06:31 PM | | 1.60 | |
| | IRCA | 01/31/2023 06:31 PM | 01/31/2023 11:30 PM | | 5.00 | |
| | IRCC | 01/31/2023 11:30 PM | | | 50.70 | |
| 6542820 | ENRIQUEZ, BRIAN | | | 7 | 54.70 | B |
| | IRBF | 01/31/2023 07:28 PM | 01/31/2023 08:09 PM | | 0.70 | |
| | IRCA | 01/31/2023 08:09 PM | 01/31/2023 08:59 PM | | 0.80 | |
| | IRCC | 01/31/2023 08:59 PM | 02/01/2023 08:15 PM | | 23.30 | |
| | IRCU | 02/01/2023 08:15 PM | 02/01/2023 08:39 PM | | 0.40 | |
| | IRCC | 02/01/2023 08:39 PM | | | 29.50 | |
| 6542592 | HANSON, ERIC | | | 4 | 53.90 | B |
| | IRBF | 01/31/2023 08:17 PM | 01/31/2023 08:43 PM | | 0.40 | |
| | IRCA | 01/31/2023 08:43 PM | 01/31/2023 10:19 PM | | 1.60 | |
| | IRCC | 01/31/2023 10:19 PM | | | 51.90 | |
| 6543176 | FLOWERS, ELIJAH | 2 | | 8 | 53.90 | B |
| | IRBF | 01/31/2023 08:10 PM | 01/31/2023 08:42 PM | | 0.50 | |
| | IRCA | 01/31/2023 08:42 PM | 01/31/2023 10:19 PM | | 1.60 | |
| | IRCC | 01/31/2023 10:19 PM | 02/01/2023 04:37 PM | | 18.30 | |
| | IRCU | 02/01/2023 04:37 PM | 02/02/2023 02:44 AM | | 10.10 | |
| | IRCC | 02/02/2023 02:44 AM | | | 23.40 | |
| 6542872 | REPULSE, JAMES | | | 8 | 51.70 | J |
| | IRBF | 01/31/2023 10:31 PM | 01/31/2023 10:48 PM | | 0.30 | |
| | IRCC | 01/31/2023 10:48 PM | 02/03/2023 12:01 AM | | 49.20 | |
| | IRIC | 02/03/2023 12:01 AM | | | 2.20 | |
| 6543453 | WILLIS, MICHAEL | K6G | | 7 | 51.30 | B |
| | IRBF | 01/31/2023 10:54 PM | 01/31/2023 11:35 PM | | 0.70 | |

| ID | Name | | | | | |
|---|---|---|---|---|---|---|
| | | IRCC | 01/31/2023 11:35 PM | | | 50.60 | |
| ☐ 6534597 | ALVAREZ, RAUL | | | 4 | 50.80 | B |
| | | IRBF | 01/31/2023 11:26 PM | 01/31/2023 11:30 PM | | 0.10 | |
| | | IRCA | 01/31/2023 11:30 PM | 02/01/2023 12:18 AM | | 0.80 | |
| | | IRCC | 02/01/2023 12:18 AM | | | 49.90 | |
| ☐ 6534530 | SPENCER, MICHAEL | 6Y | | 8 | 49.50 | B |
| | | IRBF | 02/01/2023 12:43 AM | 02/01/2023 01:34 AM | | 0.90 | |
| | | IRCA | 02/01/2023 01:34 AM | 02/01/2023 02:36 AM | | 1.00 | |
| | | IRCC | 02/01/2023 02:36 AM | 02/01/2023 11:22 PM | | 20.80 | |
| | | IRCU | 02/01/2023 11:22 PM | 02/02/2023 02:54 AM | | 3.50 | |
| | | IRCC | 02/02/2023 02:54 AM | | | 23.30 | |
| ☐ 6534549 | FLYNN, ERIC | | | 5 | 49.50 | B |
| | | IRBF | 02/01/2023 12:43 AM | 02/01/2023 01:33 AM | | 0.80 | |
| | | IRCA | 02/01/2023 01:33 AM | 02/01/2023 02:36 AM | | 1.10 | |
| | | IRCC | 02/01/2023 02:36 AM | | | 47.60 | |
| ☐ 6534481 | RAYA, LUIS | Q6YM | | 7 | 41.30 | B |
| | | IRBF | 02/01/2023 08:50 AM | 02/01/2023 08:56 AM | | 0.10 | |
| | | IRCC | 02/01/2023 08:56 AM | | | 41.20 | |
| ☐ 6544569 | ESCOBAR, JUAN | | | 6 | 41.20 | B |
| | | IRBF | 02/01/2023 09:01 AM | 02/01/2023 10:01 AM | | 1.00 | |
| | | IRCA | 02/01/2023 10:01 AM | 02/01/2023 11:24 AM | | 1.40 | |
| | | IRCC | 02/01/2023 11:24 AM | | | 38.80 | |
| ☐ 6534616 | GONZALEZ, JOSEPH | | | 5 | 41.00 | B |
| | | IRBF | 02/01/2023 09:14 AM | 02/01/2023 10:02 AM | | 0.80 | |
| | | IRCA | 02/01/2023 10:02 AM | 02/01/2023 11:24 AM | | 1.40 | |
| | | IRCC | 02/01/2023 11:24 AM | | | 38.80 | |
| ☐ 6534609 | HERNANDEZ, GUSTAVO | | | 7 | 40.80 | B |
| | | IRBF | 02/01/2023 09:25 AM | 02/01/2023 10:02 AM | | 0.60 | |
| | | IRCA | 02/01/2023 10:02 AM | 02/01/2023 11:24 AM | | 1.40 | |
| | | IRCC | 02/01/2023 11:24 AM | | | 38.80 | |
| ☐ 6543889 | GARCIA, TONY | | | 7 | 40.80 | B |
| | | IRBF | 02/01/2023 09:24 AM | 02/01/2023 10:03 AM | | 0.60 | |
| | | IRCA | 02/01/2023 10:03 AM | 02/01/2023 11:25 AM | | 1.40 | |
| | | IRCC | 02/01/2023 11:25 AM | 02/01/2023 04:54 PM | | 5.50 | |
| | | IRCU | 02/01/2023 04:54 PM | 02/01/2023 05:35 PM | | 0.70 | |

| ID | Name / Activity | Start | End | Code | Count | Value | B |
|---|---|---|---|---|---|---|---|
| | IRCC | 02/01/2023 05:35 PM | | | | 32.60 | |
| 6544788 | GUILLERMOPUGA, LUIS | | | | 6 | 40.80 | B |
| | IRBF | 02/01/2023 09:24 AM | 02/01/2023 10:02 AM | | | 0.60 | |
| | IRCA | 02/01/2023 10:02 AM | 02/01/2023 11:24 AM | | | 1.40 | |
| | IRCC | 02/01/2023 11:24 AM | | | | 38.80 | |
| 6544658 | HARVEY, DAVID | | | | 7 | 40.70 | B |
| | IRBF | 02/01/2023 09:32 AM | 02/01/2023 10:02 AM | | | 0.50 | |
| | IRCA | 02/01/2023 10:02 AM | 02/01/2023 11:25 AM | | | 1.40 | |
| | IRCC | 02/01/2023 11:25 AM | | | | 38.80 | |
| 6544753 | BASS, HERMAN | | | | 4 | 37.00 | B |
| | IRBF | 02/01/2023 01:08 PM | 02/01/2023 02:27 PM | | | 1.30 | |
| | IRCA | 02/01/2023 02:27 PM | 02/01/2023 04:09 PM | | | 1.70 | |
| | IRCC | 02/01/2023 04:09 PM | | | | 34.00 | |
| 6544868 | BRIDGES, WAYNE | | | | 7 | 36.70 | B |
| | IRBF | 02/01/2023 01:27 PM | 02/01/2023 02:28 PM | | | 1.00 | |
| | IRCA | 02/01/2023 02:28 PM | 02/01/2023 04:09 PM | | | 1.70 | |
| | IRCC | 02/01/2023 04:09 PM | | | | 34.00 | |
| 6535041 | DINH, KEVIN | | | | 7 | 34.90 | B |
| | IRBF | 02/01/2023 03:16 PM | 02/01/2023 04:31 PM | | | 1.30 | |
| | IRCA | 02/01/2023 04:31 PM | 02/01/2023 06:32 PM | | | 2.00 | |
| | IRCC | 02/01/2023 06:32 PM | | | | 31.60 | |
| 6544113 | AMEZCUA, ALFREDO | | | | 8 | 34.50 | B |
| | IRBF | 02/01/2023 03:41 PM | 02/01/2023 05:58 PM | | | 2.30 | |
| | IRCC | 02/01/2023 05:58 PM | | | | 32.20 | |
| 6544636 | HUNTER, CALEB | | | 6G | 4 | 34.30 | B |
| | IRBF | 02/01/2023 03:54 PM | 02/01/2023 04:30 PM | | | 0.60 | |
| | IRCA | 02/01/2023 04:30 PM | 02/01/2023 05:01 PM | | | 0.50 | |
| | IRCC | 02/01/2023 05:01 PM | | | | 33.20 | |
| 6544746 | CORSWELL, MICHAEL | | | 2 | 8 | 34.00 | B |
| | IRBF | 02/01/2023 04:16 PM | 02/01/2023 04:32 PM | | | 0.30 | |
| | IRCA | 02/01/2023 04:32 PM | 02/01/2023 06:31 PM | | | 2.00 | |
| | IRCC | 02/01/2023 06:31 PM | | | | 31.70 | |
| 6544705 | VASQUEZ, ANTHONY | | | 4 | 9 | 32.30 | B |
| | IRBF | 02/01/2023 05:55 PM | 02/01/2023 06:03 PM | | | 0.10 | |
| | IRCA | 02/01/2023 06:03 PM | 02/01/2023 07:18 PM | | | 1.30 | |
| | IRCC | 02/01/2023 07:18 PM | | | | 30.90 | |

| ID / Code | Name | Start | End | | | Value | Type |
|---|---|---|---|---|---|---|---|
| | | PM | | | | | |
| 6534441 | GONZALES, ANTHONY | | 2 | | 7 | 31.80 | B |
| IRBF | | 02/01/2023 06:27 PM | 02/01/2023 06:45 PM | | | 0.30 | |
| IRCA | | 02/01/2023 06:45 PM | 02/01/2023 07:14 PM | | | 0.50 | |
| IRCC | | 02/01/2023 07:14 PM | 02/02/2023 08:49 AM | | | 13.60 | |
| IRCU | | 02/02/2023 08:49 AM | 02/02/2023 09:53 AM | | | 1.10 | |
| IRCC | | 02/02/2023 09:53 AM | | | | 16.30 | |
| 6543501 | ALVARADO, RAYMOND | | | | 8 | 31.80 | B |
| IRBF | | 02/01/2023 06:26 PM | 02/01/2023 06:35 PM | | | 0.20 | |
| IRCA | | 02/01/2023 06:35 PM | 02/01/2023 07:13 PM | | | 0.60 | |
| IRCC | | 02/01/2023 07:13 PM | | | | 31.00 | |
| 6544716 | VALDEZ, JAVIER | | | | 4 | 31.80 | B |
| IRBF | | 02/01/2023 06:28 PM | 02/01/2023 07:22 PM | | | 0.90 | |
| IRCA | | 02/01/2023 07:22 PM | 02/01/2023 07:55 PM | | | 0.60 | |
| IRCC | | 02/01/2023 07:55 PM | | | | 30.30 | |
| 6533880 | CRUZ, ERICK | | | | 7 | 31.70 | B |
| IRBF | | 02/01/2023 06:22 PM | 02/01/2023 06:36 PM | | | 0.20 | |
| IRCA | | 02/01/2023 06:36 PM | 02/01/2023 07:14 PM | | | 0.60 | |
| IRCC | | 02/01/2023 07:14 PM | | | | 30.90 | |
| 6534538 | WHITE, CRAIG | | | | 6 | 31.70 | B |
| IRBF | | 02/01/2023 06:28 PM | 02/01/2023 07:22 PM | | | 0.90 | |
| IRCA | | 02/01/2023 07:22 PM | 02/01/2023 07:59 PM | | | 0.60 | |
| IRCC | | 02/01/2023 07:59 PM | | | | 30.20 | |
| 6543831 | ACOSTA, STEVEN | | | | 7 | 31.70 | B |
| IRBF | | 02/01/2023 06:27 PM | 02/01/2023 06:35 PM | | | 0.10 | |
| IRCA | | 02/01/2023 06:35 PM | 02/01/2023 07:13 PM | | | 0.60 | |
| IRCC | | 02/01/2023 07:13 PM | 02/03/2023 02:07 AM | | | 30.90 | |
| IRCU | | 02/03/2023 02:07 AM | | | | 0.10 | |
| 6543896 | EID, EMAD | | | | 7 | 31.70 | B |
| IRBF | | 02/01/2023 06:27 PM | 02/01/2023 06:46 PM | | | 0.30 | |
| IRCA | | 02/01/2023 06:46 PM | 02/01/2023 07:15 PM | | | 0.50 | |
| IRCC | | 02/01/2023 07:15 PM | | | | 30.90 | |
| 6544577 | ZAMORA, JAIME | | | | 7 | 31.70 | B |
| IRBF | | 02/01/2023 06:28 PM | 02/01/2023 06:46 PM | | | 0.30 | |
| IRCA | | 02/01/2023 06:46 PM | 02/01/2023 07:14 PM | | | 0.50 | |
| IRCC | | 02/01/2023 07:14 | | | | 30.90 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | PM | | | | |
| ☐ 6543953 | SERRANO, ERICK | | | 5 | 31.60 | B |
| | IRBF | 02/01/2023 06:42 PM | 02/01/2023 07:22 PM | | 0.70 | |
| | IRCA | 02/01/2023 07:22 PM | 02/01/2023 07:55 PM | | 0.60 | |
| | IRCC | 02/01/2023 07:55 PM | | | 30.30 | |
| ☐ 6544135 | TURNER, DAVID | | | 7 | 31.60 | B |
| | IRBF | 02/01/2023 06:33 PM | 02/01/2023 07:22 PM | | 0.80 | |
| | IRCA | 02/01/2023 07:22 PM | 02/01/2023 07:58 PM | | 0.60 | |
| | IRCC | 02/01/2023 07:58 PM | | | 30.20 | |
| ☐ 6544667 | MELENDEZ, KEVIN | | | 4 | 31.60 | B |
| | IRBF | 02/01/2023 06:42 PM | 02/01/2023 07:22 PM | | 0.70 | |
| | IRCA | 02/01/2023 07:22 PM | 02/01/2023 07:55 PM | | 0.60 | |
| | IRCC | 02/01/2023 07:55 PM | | | 30.30 | |
| ☐ 6543703 | ELENA, RICHARD | | | 5 | 31.50 | B |
| | IRBF | 02/01/2023 06:42 PM | 02/01/2023 07:22 PM | | 0.70 | |
| | IRCA | 02/01/2023 07:22 PM | 02/01/2023 07:56 PM | | 0.60 | |
| | IRCC | 02/01/2023 07:56 PM | | | 30.20 | |
| ☐ 6544013 | ADAMS, TRAYVONNE | | | 8 | 31.50 | B |
| | IRBF | 02/01/2023 06:42 PM | 02/01/2023 07:22 PM | | 0.70 | |
| | IRCA | 02/01/2023 07:22 PM | 02/01/2023 07:57 PM | | 0.60 | |
| | IRCC | 02/01/2023 07:57 PM | | | 30.20 | |
| ☐ 6544763 | POPRILO, ANTOINE | M | | 6 | 31.10 | B |
| | IRBF | 02/01/2023 07:09 PM | 02/02/2023 01:19 AM | | 6.20 | |
| | IRCC | 02/02/2023 01:19 AM | | | 24.90 | |
| ☐ 6543737 | SHAW, CHRISTOPHER | Q | | 8 | 30.40 | B |
| | IRBF | 02/01/2023 07:49 PM | 02/01/2023 08:25 PM | | 0.60 | |
| | IRCA | 02/01/2023 08:25 PM | 02/01/2023 09:07 PM | | 0.70 | |
| | IRCC | 02/01/2023 09:07 PM | | | 29.10 | |
| ☐ 6543845 | CARDONA, BRIAN | | | 7 | 30.40 | B |
| | IRBF | 02/01/2023 07:49 PM | 02/01/2023 08:25 PM | | 0.60 | |
| | IRCA | 02/01/2023 08:25 PM | 02/01/2023 09:07 PM | | 0.70 | |
| | IRCC | 02/01/2023 09:07 PM | | | 29.10 | |
| ☐ 6543883 | NICHOLS, RICHARD | | | 8 | 30.40 | B |
| | IRBF | 02/01/2023 07:48 PM | 02/01/2023 08:24 PM | | 0.60 | |
| | IRCA | 02/01/2023 08:24 PM | 02/01/2023 09:05 PM | | 0.70 | |
| | IRCC | 02/01/2023 09:05 PM | | | 29.10 | |

| ☐ 6544078 | ROBERTSON, MICHAEL | | 8 | 30.40 | B |
|---|---|---|---|---|---|
| | IRBF | 02/01/2023 07:49 PM | 02/01/2023 08:25 PM | 0.60 | |
| | IRCA | 02/01/2023 08:25 PM | 02/01/2023 09:05 PM | 0.70 | |
| | IRCC | 02/01/2023 09:05 PM | | 29.10 | |
| ☐ 6544599 | HERNANDEZ, DAVID | | 7 | 30.40 | B |
| | IRBF | 02/01/2023 07:49 PM | 02/01/2023 08:25 PM | 0.60 | |
| | IRCA | 02/01/2023 08:25 PM | 02/01/2023 09:05 PM | 0.70 | |
| | IRCC | 02/01/2023 09:05 PM | | 29.10 | |
| ☐ 6544643 | AVILAGOMEZ, ABRAHAM | | 7 | 30.40 | B |
| | IRBF | 02/01/2023 07:49 PM | 02/01/2023 08:25 PM | 0.60 | |
| | IRCA | 02/01/2023 08:25 PM | 02/01/2023 09:07 PM | 0.70 | |
| | IRCC | 02/01/2023 09:07 PM | | 29.10 | |
| ☐ 6544826 | JONES, DEONDRAY | | 8 | 30.40 | B |
| | IRBF | 02/01/2023 07:52 PM | 02/01/2023 08:25 PM | 0.60 | |
| | IRCA | 02/01/2023 08:25 PM | 02/01/2023 09:06 PM | 0.70 | |
| | IRCC | 02/01/2023 09:06 PM | | 29.10 | |
| ☐ 6544459 | FERNANDEZ, FRANK | | 7 | 30.30 | B |
| | IRBF | 02/01/2023 07:49 PM | 02/01/2023 08:26 PM | 0.60 | |
| | IRCA | 02/01/2023 08:26 PM | 02/01/2023 09:05 PM | 0.60 | |
| | IRCC | 02/01/2023 09:05 PM | | 29.10 | |
| ☐ 6544611 | RIVERA, PEDRO | | 7 | 30.20 | B |
| | IRBF | 02/01/2023 07:58 PM | 02/01/2023 08:26 PM | 0.50 | |
| | IRCA | 02/01/2023 08:26 PM | 02/01/2023 09:08 PM | 0.70 | |
| | IRCC | 02/01/2023 09:08 PM | | 29.00 | |
| ☐ 6544786 | KIRKPATRICK, KEON | O10H | 8 | 30.00 | B |
| | IRBF | 02/01/2023 08:14 PM | 02/01/2023 09:08 PM | 0.90 | |
| | IRCA | 02/01/2023 09:08 PM | 02/01/2023 10:35 PM | 1.50 | |
| | IRCC | 02/01/2023 10:35 PM | | 27.60 | |
| ☐ 6544782 | SMITH, DEANDRE | | 7 | 29.70 | B |
| | IRBF | 02/01/2023 08:33 PM | 02/01/2023 10:36 PM | 2.10 | |
| | IRCA | 02/01/2023 10:36 PM | 02/01/2023 11:40 PM | 1.10 | |
| | IRCC | 02/01/2023 11:40 PM | | 26.50 | |
| ☐ 6544783 | BRUNER, PATRICK | 6G | 4 | 29.30 | B |
| | IRBF | 02/01/2023 08:53 PM | 02/01/2023 09:09 PM | 0.30 | |
| | IRCA | 02/01/2023 09:09 PM | 02/01/2023 10:52 PM | 1.70 | |
| | IRCC | 02/01/2023 10:52 | | 27.30 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | PM | | | | |
| ☐ 6535034 | WOODARD, DAVID | | | 7 | 29.20 | B |
| | IRBF | 02/01/2023 08:59 PM | 02/01/2023 09:09 PM | | 0.20 | |
| | IRCA | 02/01/2023 09:09 PM | 02/01/2023 11:40 PM | | 2.50 | |
| | IRCC | 02/01/2023 11:40 PM | | | 26.50 | |
| ☐ 6544896 | ACOSTA, DAVID | | | 8 | 26.70 | B |
| | IRBF | 02/01/2023 11:34 AM | 02/02/2023 12:51 AM | | 1.30 | |
| | IRCA | 02/02/2023 12:51 AM | 02/02/2023 01:07 AM | | 0.30 | |
| | IRCC | 02/02/2023 01:07 AM | | | 25.10 | |
| ☐ 6545001 | GARCIA, DANIEL | | | 4 | 25.20 | B |
| | IRBF | 02/02/2023 01:01 AM | 02/02/2023 02:13 AM | | 1.20 | |
| | IRCA | 02/02/2023 02:13 AM | 02/02/2023 02:25 AM | | 0.20 | |
| | IRCC | 02/02/2023 02:25 AM | | | 23.80 | |

## Extended Reason Codes

**A-   Processing included court**

   a.  Inmates attending court before assigned permanent housing will return to IRC for processing.  Time spent at court will continue to accumulate until the inmate has completed processing and permanently housed.

**B-   Extended medical processing**

   a.  Inmates that have NOT completed medical processing due to medical/psych staffing levels.  (i.e. weekend/holiday, sick, vacation)

**C-   Lock-down**

   a.   Must note the facility which is locked down.

**D-   Housing Refusal**

   a.  Inmate refuses housing. (MCJ/TTCF/WAYSIDE)

**E-   LCMC or another outside hospital <12 hours, causing extended processing**

   a.  The TRO allows any inmate at a hospital outside the IRC >12 hours, can have their processing clock restarted.   However, If an inmate is at the hospital for 11.5 hours, and this causes a delay in processing over the 24 hour threshold we can utilize this code.  The new 24-hour clock accounts and restarts the clock automatically if the inmate is at LCMC or IROH over 12 hours.  The clock will restart once they are updated back to an "IR" code.

   **F-**   **Medical/Psych Re-Evaluation**

   a.  Inmates previously cleared for housing that are re-evaluated due to self-initiation or change in medical/mental status.

**G- Lack of specialized classification housing**

   a.  K6-G, K6-Y, K-10 etc.

**H- Lack of specialized medical/mental health housing**

   a.  FIP, MOSH etc. and there is no room, or the inmate is not compatible with I231.

   b.  Includes lack of COVID housing – QUARANTINE/POSITIVE

**I-  Lack of General Population housing**

   a.  No available GP beds. (Security Levels – Low, Medium, High)

**J- Administrative processing delay**

   a.  Releases from Custody Line to outside agencies, State Prison.

   b.  Inmate is out of custody pending clerk action to be removed from the system.

   c.  Support system down (JDIC/LACRIS/CLASSIFICATION)

   d.  Custody Returnee behind violation of release conditions to outside program.

**K- Pending RL13**

   a.   State Prison Desk has not released the inmate out of AJIS at this time.

**L- Pending COVID results**

**M- Pending Release**

   a.  Inmate has been released and is pending IRC clerk update.

   b.  Inmate is updated to Release Area and will be released shortly.

## IRC Location Codes

| | |
|---|---|
| **IRUC** – Uncuff Cell | **IRIC** – In-custody release |
| **IRBF** – Booking Front | **IROC** – Out to Court |
| **IRCA** – Classification Area | **IRMR** – Must Return from court |
| **IRCC** – Clinic | **IRCU** – Urgent Care |
| **IRCL** – Custody Line | **IRLC** – Inmate at LCMC |
| **IRFB** – Front Bench | **IROH** – Outside Hospital |
| **IRRA** – Release | |

| Area | |
|---|---|

Respectfully,

**Jose A. Aguilera,  B-1**
Los Angeles County Sheriff's Department
Population Management Bureau
Central Housing Unit/Classification
450 Bauchet Street, Los Angeles CA 90012
Tel: (213) 473-2991
Fax: (213) 217-4809
j2aguile@lasd.org



Logo 1

# Exhibit E

| | B | C | D | E | F | G | H | L |
|---|---|---|---|---|---|---|---|---|
| 1 | Booking # | Hours on Front Bench | Start Date | Start Time (24 hr clock) | End Date | End Time (24 Hr Clock) | Reason | Notes |
| 2 | 6531055 | 21:29 | 1/9/2023 | 12:13 | 1/10/2023 | 9:42 | Odd Concerning Behavior | no meal or water documented, taken to restroom once |
| 3 | 6540619 | 19:05 | 2/14/2023 | 14:00 | 2/15/2023 | 9:05 | Suicidal | |
| 4 | 6528822 | 16:37 | 1/14/2023 | 19:28 | 1/15/2023 | 12:05 | Odd Concerning Behavior | no meal, water, or restroom documented |
| 5 | 6540573 | 15:55 | 2/12/2023 | 7:25 | 2/12/2023 | 23:20 | Suicidal | no meal, water, or restroom documented |
| 6 | 6550740 | 15:34 | 2/12/2023 | 7:24 | 2/12/2023 | 22:58 | Odd Concerning Behavior | no meal or water documented |
| 7 | 6550695 | 13:30 | 2/14/2023 | 14:30 | 2/15/2023 | 4:00 | Suicidal | given food at 02:35, taken to restroom twice |
| 8 | 6542237 | 13:06 | 2/4/2023 | 0:09 | 2/4/2023 | 13:15 | Self Injurious Behavior | no meal, water, or restroom documented |
| 9 | 6528531 | 12:12 | 1/4/2023 | 19:53 | 1/5/2023 | 8:05 | Suicidal | |
| 10 | 6528457 | 11:49 | 1/4/2023 | 20:12 | 1/5/2023 | 8:01 | Suicidal | |
| 11 | 6529295 | 11:35 | 1/4/2023 | 21:44 | 1/5/2023 | 9:19 | Suicidal | |
| 12 | 6551572 | 11:32 | 2/14/2023 | 14:39 | 2/15/2023 | 2:11 | Odd Concerning Behavior | |
| 13 | 6551133 | 11:15 | 2/14/2023 | 21:41 | 2/15/2023 | 8:56 | Odd Concerning Behavior | |
| 14 | 6552866 | 11:12 | 2/16/2023 | 12:30 | 2/16/2023 | 23:42 | Suicidal | |
| 15 | 6528142 | 10:30 | 1/4/2023 | 22:49 | 1/5/2023 | 9:19 | Odd Concerning Behavior | |
| 16 | 6530381 | 10:20 | 1/7/2023 | 1:00 | 1/7/2023 | 11:20 | Suicidal | |
| 17 | 6532328 | 10:13 | 1/10/2023 | 14:52 | 1/11/2023 | 1:05 | Suicidal | |
| 18 | 6535845 | 10:10 | 2/7/2023 | 22:40 | 2/8/2023 | 8:50 | Odd Concerning Behavior | |
| 19 | 6516629 | 9:59 | 1/1/2023 | 17:11 | 1/2/2023 | 3:10 | Suicidal | |
| 20 | 6550724 | 9:31 | 2/10/2023 | 15:35 | 2/11/2023 | 1:06 | Suicidal | |
| 21 | 6530496 | 9:18 | 1/7/2023 | 2:02 | 1/7/2023 | 11:20 | Suicidal | |
| 22 | 6524740 | 9:11 | 1/18/2023 | 21:39 | 1/19/2023 | 6:50 | Suicidal | |
| 23 | 6529751 | 9:10 | 1/7/2023 | 1:00 | 1/7/2023 | 10:10 | Suicidal and Odd Concerning Behavior | |
| 24 | 6550808 | 9:09 | 2/16/2023 | 13:41 | 2/16/2023 | 22:50 | Suicidal | |
| 25 | 6554609 | 8:57 | 2/17/2023 | 23:33 | 2/18/2023 | 8:30 | Suicidal | |
| 26 | 6529533 | 8:54 | 1/5/2023 | 6:30 | 1/5/2023 | 15:24 | Suicidal | |
| 27 | 6530729 | 8:54 | 1/26/2023 | 17:55 | 1/27/2023 | 2:49 | Odd Concerning Behavior | |
| 28 | 6549995 | 8:44 | 2/10/2023 | 10:47 | 2/10/2023 | 19:31 | Suicidal | |
| 29 | 6518229 | 8:40 | 1/1/2023 | 16:10 | 1/2/2023 | 0:50 | Suicidal | |
| 30 | 6531193 | 8:35 | 1/8/2023 | 14:42 | 1/8/2023 | 23:17 | Odd Concerning Behavior | |
| 31 | 6540324 | 8:35 | 1/24/2023 | 16:25 | 1/25/2023 | 1:00 | Suicidal | |
| 32 | 6529359 | 8:30 | 1/5/2023 | 0:50 | 1/5/2023 | 9:20 | Suicidal | |
| 33 | 6529240 | 8:28 | 1/5/2023 | 7:50 | 1/5/2023 | 16:18 | Suicidal | |
| 34 | 6523341 | 8:21 | 1/12/2023 | 14:36 | 1/12/2023 | 22:57 | Suicidal | |
| 35 | 6548747 | 8:14 | 2/9/2023 | 18:27 | 2/10/2023 | 2:41 | Suicidal | |
| 36 | 6548726 | 8:11 | 2/9/2023 | 17:02 | 2/10/2023 | 1:13 | Suicidal | |
| 37 | 6524867 | 8:08 | 1/20/2023 | 7:10 | 1/20/2023 | 15:18 | Suicidal | |
| 38 | 6531953 | 8:07 | 1/11/2023 | 6:30 | 1/11/2023 | 14:37 | Suicidal | went to urgent care 10:30-10:51 |
| 39 | 6544785 | 8:07 | 2/2/2023 | 23:39 | 2/3/2023 | 7:46 | Suicidal | |
| 40 | 6538958 | 8:05 | 2/8/2023 | 12:21 | 2/8/2023 | 20:26 | Odd Concerning Behavior | |
| 41 | 6527494 | 8:02 | 1/4/2023 | 20:48 | 1/5/2023 | 4:50 | Suicidal | |
| 42 | 6533402 | 7:58 | 1/12/2023 | 15:06 | 1/12/2023 | 23:04 | Odd Concerning Behavior | |
| 43 | 6534850 | 7:58 | 1/14/2023 | 15:57 | 1/14/2023 | 23:55 | Odd Concerning Behavior | No water or meal |
| 44 | 6528527 | 7:57 | 1/4/2023 | 20:56 | 1/5/2023 | 4:53 | Suicidal | |

| | B | C | D | E | F | G | H | L |
|---|---|---|---|---|---|---|---|---|
| 1 | Booking # | Hours on Front Bench | Start Date | Start Time (24 hr clock) | End Date | End Time (24 Hr Clock) | Reason | Notes |
| 45 | 6544642 | 7:54 | 2/2/2023 | 1:40 | 2/2/2023 | 9:34 | Suicidal | |
| 46 | 6552930 | 7:52 | 2/14/2023 | 23:38 | 2/15/2023 | 7:30 | Odd Concerning Behavior | |
| 47 | 6542909 | 7:50 | 1/30/2023 | 19:10 | 1/31/2023 | 3:00 | Suicidal | |
| 48 | 6544428 | 7:48 | 1/31/2023 | 13:25 | 1/31/2023 | 21:13 | Suicidal | |
| 49 | 6552927 | 7:47 | 2/15/2023 | 0:45 | 2/15/2023 | 8:32 | Odd Concerning Behavior | |
| 50 | 6528149 | 7:39 | 1/1/2023 | 19:31 | 1/2/2023 | 3:10 | Suicidal | |
| 51 | 6544056 | 7:34 | 2/2/2023 | 16:00 | 2/2/2023 | 23:34 | Suicidal | |
| 52 | 6521411 | 7:33 | 1/11/2023 | 17:10 | 1/12/2023 | 0:43 | Suicidal | |
| 53 | 6535007 | 7:29 | 2/1/2023 | 7:44 | 2/1/2023 | 15:13 | Suicidal | |
| 54 | 6532288 | 7:24 | 1/11/2023 | 15:57 | 1/11/2023 | 23:21 | Suicidal | no water or meal |
| 55 | 6538296 | 7:24 | 2/9/2023 | 17:20 | 2/10/2023 | 0:44 | Odd Concerning Behavior | |
| 56 | 6550209 | 7:24 | 2/15/2023 | 1:08 | 2/15/2023 | 8:32 | Suicidal and Self Injurious Behavior | |
| 57 | 6522626 | 7:19 | 1/11/2023 | 17:20 | 1/12/2023 | 0:39 | Suicidal | |
| 58 | 6542117 | 7:16 | 2/15/2023 | 16:55 | 2/16/2023 | 0:11 | Suicidal, Self Injurious Behavior and Odd Concerning Behavior | |
| 59 | 6545322 | 7:09 | 2/2/2023 | 15:51 | 2/2/2023 | 23:00 | Suicidal | |
| 60 | 6531863 | 7:04 | 1/11/2023 | 18:04 | 1/12/2023 | 1:08 | Suicidal | |
| 61 | 6531679 | 7:04 | 1/9/2023 | 2:06 | 1/9/2023 | 9:10 | Suicidal | |
| 62 | 6543189 | 6:55 | 1/30/2023 | 21:05 | 1/31/2023 | 4:00 | Suicidal | |
| 63 | 6534461 | 6:55 | 1/31/2023 | 1:30 | 1/31/2023 | 8:25 | Suicidal | |
| 64 | 6534186 | 6:54 | 1/13/2023 | 18:33 | 1/14/2023 | 1:29 | Suicidal | |
| 65 | 6462998 | 6:53 | 1/4/2023 | 20:05 | 1/5/2023 | 2:58 | Suicidal | |
| 66 | 6534291 | 6:53 | 1/13/2023 | 17:27 | 1/14/2023 | 0:20 | Suicidal | |
| 67 | 6539452 | 6:52 | 1/23/2023 | 9:38 | 1/23/2023 | 16:30 | Suicidal | |
| 68 | 6528899 | 6:52 | 1/4/2023 | 1:45 | 1/4/2023 | 8:37 | Odd Concerning Behavior | |
| 69 | 6540403 | 6:52 | 2/1/2023 | 16:55 | 2/1/2023 | 23:47 | Odd Concerning Behavior | |
| 70 | 6534230 | 6:51 | 1/13/2023 | 18:38 | 1/14/2023 | 1:29 | Suicidal | |
| 71 | 6520200 | 6:46 | 1/7/2023 | 1:01 | 1/7/2023 | 7:47 | Suicidal | |
| 72 | 6549279 | 6:46 | 2/10/2023 | 11:25 | 2/10/2023 | 18:11 | Suicidal | |
| 73 | 6539877 | 6:45 | 1/24/2023 | 9:13 | 1/24/2023 | 15:58 | Suicidal | |
| 74 | 6550696 | 6:45 | 2/10/2023 | 14:35 | 2/10/2023 | 21:20 | Suicidal | |
| 75 | 6552504 | 6:43 | 2/16/2023 | 21:09 | 2/17/2023 | 3:52 | Odd Concerning Behavior | |
| 76 | 6540264 | 6:43 | 1/24/2023 | 16:40 | 1/24/2023 | 23:23 | Suicidal | |
| 77 | 6550805 | 6:41 | 2/16/2023 | 1:35 | 2/16/2023 | 8:16 | Odd Concerning Behavior | |
| 78 | 6543871 | 6:41 | 2/2/2023 | 16:52 | 2/2/2023 | 23:33 | Suicidal | |
| 79 | 6551440 | 6:40 | 2/14/2023 | 17:15 | 2/14/2023 | 23:55 | Suicidal | |
| 80 | 6530586 | 6:39 | 1/11/2023 | 1:06 | 1/11/2023 | 7:45 | Suicidal and Odd Concerning Behavior | |
| 81 | 6543957 | 6:38 | 1/30/2023 | 21:22 | 1/31/2023 | 4:00 | Suicidal | |
| 82 | 6537697 | 6:32 | 1/23/2023 | 9:28 | 1/23/2023 | 16:00 | Suicidal | |
| 83 | 6553993 | 6:31 | 2/16/2023 | 22:30 | 2/17/2023 | 5:01 | Odd Concerning Behavior | |
| 84 | 6523291 | 6:30 | 1/12/2023 | 14:47 | 1/12/2023 | 21:17 | Suicidal | No restroom, water, or meal documented |
| 85 | 6553598 | 6:30 | 2/16/2023 | 17:01 | 2/16/2023 | 23:31 | Suicidal | |
| 86 | 6533843 | 6:27 | 1/31/2023 | 12:36 | 1/31/2023 | 19:03 | Suicidal | |
| 87 | 6545874 | 6:25 | 2/20/2023 | 1:00 | 2/20/2023 | 7:25 | Suicidal | |
| 88 | 6528396 | 6:25 | 1/5/2023 | 10:20 | 1/5/2023 | 16:45 | Self Injurious Behavior | |
| 89 | 6553137 | 6:25 | 2/15/2023 | 12:20 | 2/15/2023 | 18:45 | Suicidal | last entry is "taken to urgent care" |
| 90 | 6461298 | 6:25 | 2/16/2023 | 13:40 | 2/16/2023 | 20:05 | Suicidal | |

| | B | C | D | E | F | G | H | L |
|---|---|---|---|---|---|---|---|---|
| 1 | Booking # | Hours on Front Bench | Start Date | Start Time (24 hr clock) | End Date | End Time (24 Hr Clock) | Reason | Notes |
| 91 | 6528980 | 6:24 | 1/4/2023 | 19:29 | 1/5/2023 | 1:53 | Suicidal | |
| 92 | 6528048 | 6:23 | 1/5/2023 | 2:57 | 1/5/2023 | 9:20 | Odd Concerning Behavior | |
| 93 | 6555059 | 6:23 | 2/21/2023 | 12:35 | 2/21/2023 | 18:58 | Suicidal | |
| 94 | 6531285 | 6:22 | 1/11/2023 | 18:04 | 1/12/2023 | 0:26 | Suicidal | |
| 95 | 6549048 | 6:17 | 2/10/2023 | 11:54 | 2/10/2023 | 18:11 | Odd Concerning Behavior | |
| 96 | 6529370 | 6:16 | 1/4/2023 | 19:37 | 1/5/2023 | 1:53 | Suicidal | |
| 97 | 6527395 | 6:15 | 1/1/2023 | 22:20 | 1/2/2023 | 4:35 | Suicidal | |
| 98 | 6537198 | 6:12 | 2/1/2023 | 18:40 | 2/2/2023 | 0:52 | Suicidal | |
| 99 | 6544529 | 6:11 | 2/1/2023 | 12:10 | 2/1/2023 | 18:21 | Suicidal | last entry is "I/M taken to urgent care" |
| 100 | 6534534 | 6:11 | 1/31/2023 | 15:02 | 1/31/2023 | 21:13 | Suicidal | |
| 101 | 6552957 | 6:10 | 2/15/2023 | 11:20 | 2/15/2023 | 17:30 | Odd Concerning Behavior | |
| 102 | 6523988 | 6:08 | 1/13/2023 | 17:24 | 1/13/2023 | 23:32 | Suicidal | |
| 103 | 6534810 | 6:08 | 1/14/2023 | 18:53 | 1/15/2023 | 1:01 | Suicidal | |
| 104 | 6531660 | 6:08 | 1/9/2023 | 1:06 | 1/9/2023 | 7:14 | Suicidal | |
| 105 | 6521836 | 6:07 | 1/9/2023 | 1:07 | 1/9/2023 | 7:14 | Suicidal | |
| 106 | 6534187 | 6:06 | 1/13/2023 | 17:26 | 1/13/2023 | 23:32 | Suicidal | |
| 107 | 6543172 | 6:05 | 1/31/2023 | 20:20 | 2/1/2023 | 2:25 | Suicidal | |
| 108 | 6552868 | 6:02 | 2/16/2023 | 7:38 | 2/16/2023 | 13:40 | Odd Concerning Behavior | |
| 109 | 6534596 | 6:01 | 2/1/2023 | 17:50 | 2/1/2023 | 23:51 | none selected | |
| 110 | 6534119 | 6:01 | 1/13/2023 | 17:23 | 1/13/2023 | 23:24 | Suicidal | |
| 111 | 6538322 | 5:58 | 2/8/2023 | 13:00 | 2/8/2023 | 18:58 | none selected | |
| 112 | 6554004 | 5:57 | 2/16/2023 | 22:45 | 2/17/2023 | 3:42 | Suicidal | |
| 113 | 6537885 | 5:57 | 1/20/2023 | 5:26 | 1/20/2023 | 11:23 | Suicidal | No restroom, water or meal |
| 114 | 6543912 | 5:55 | 1/30/2023 | 21:35 | 1/31/2023 | 3:30 | Suicidal | |
| 115 | 6546239 | 5:55 | 2/3/2023 | 18:20 | 2/4/2023 | 0:15 | Suicidal | |
| 116 | 6538925 | 5:54 | 2/9/2023 | 13:06 | 2/9/2023 | 19:00 | Suicidal | |
| 117 | 6553104 | 5:54 | 2/16/2023 | 20:55 | 2/17/2023 | 2:49 | Suicidal | |
| 118 | 6544442 | 5:53 | 1/31/2023 | 17:15 | 1/31/2023 | 23:08 | Suicidal | |
| 119 | 6521798 | 5:52 | 1/8/2023 | 17:46 | 1/8/2023 | 23:38 | Suicidal | |
| 120 | 6554060 | 5:51 | 2/17/2023 | 9:33 | 2/17/2023 | 15:24 | Suicidal | |
| 121 | 6548601 | 5:51 | 2/9/2023 | 18:53 | 2/10/2023 | 0:44 | Suicidal | |
| 122 | 6549428 | 5:50 | 2/9/2023 | 23:00 | 2/10/2023 | 4:50 | Suicidal | |
| 123 | 6534203 | 5:49 | 1/14/2023 | 1:41 | 1/14/2023 | 7:30 | Odd Concerning Behavior | |
| 124 | 6549920 | 5:48 | 2/9/2023 | 18:50 | 2/10/2023 | 0:38 | Suicidal | |
| 125 | 6542184 | 5:47 | 2/13/2023 | 12:40 | 2/13/2023 | 18:27 | Suicidal | |
| 126 | 6552584 | 5:47 | 2/15/2023 | 13:50 | 2/15/2023 | 19:37 | Odd Concerning Behavior and Self Injurious Behavior | |
| 127 | 6520081 | 5:46 | 1/8/2023 | 17:35 | 1/8/2023 | 23:21 | Suicidal | |
| 128 | 6549876 | 5:46 | 2/15/2023 | 1:10 | 2/15/2023 | 6:56 | Odd Concerning Behavior | |
| 129 | 6523270 | 5:46 | 1/13/2023 | 18:35 | 1/14/2023 | 0:21 | Suicidal | |
| 130 | 6540605 | 5:45 | 2/16/2023 | 2:45 | 2/16/2023 | 8:30 | Odd Concerning Behavior | |
| 131 | 6520956 | 5:45 | 1/10/2023 | 19:40 | 1/11/2023 | 1:25 | Suicidal | |
| 132 | 6523354 | 5:44 | 1/12/2023 | 14:20 | 1/12/2023 | 20:04 | Suicidal | |
| 133 | 6543224 | 5:44 | 2/15/2023 | 3:50 | 2/15/2023 | 9:34 | Odd Concerning Behavior | |
| 134 | 6540086 | 5:42 | 1/24/2023 | 11:45 | 1/24/2023 | 17:27 | Suicidal | |
| 135 | 6530322 | 5:41 | 1/10/2023 | 23:41 | 1/11/2023 | 5:22 | Suicidal | |
| 136 | 6534924 | 5:38 | 1/15/2023 | 2:10 | 1/15/2023 | 7:48 | Suicidal | |
| 137 | 6532623 | 5:37 | 1/11/2023 | 9:00 | 1/11/2023 | 14:37 | Suicidal | |
| 138 | 6532349 | 5:37 | 1/11/2023 | 20:30 | 1/12/2023 | 2:07 | Suicidal | |

| | B | C | D | E | F | G | H | L |
|---|---|---|---|---|---|---|---|---|
| 1 | Booking # | Hours on Front Bench | Start Date | Start Time (24 hr clock) | End Date | End Time (24 Hr Clock) | Reason | Notes |
| 139 | 6532290 | 5:36 | 1/11/2023 | 3:59 | 1/11/2023 | 9:35 | Suicidal | |
| 140 | 6530348 | 5:36 | 1/11/2023 | 1:47 | 1/11/2023 | 7:23 | Suicidal | |
| 141 | 6543210 | 5:35 | 2/15/2023 | 3:40 | 2/15/2023 | 9:15 | Odd Concerning Behavior | |
| 142 | 6555359 | 5:34 | 2/21/2023 | 13:31 | 2/21/2023 | 19:05 | Suicidal | |
| 143 | 6539919 | 5:33 | 1/25/2023 | 19:13 | 1/26/2023 | 0:46 | Suicidal | |
| 144 | 6544186 | 5:33 | 1/31/2023 | 20:41 | 2/1/2023 | 2:14 | Suicidal | |
| 145 | 6530854 | 5:33 | 1/25/2023 | 17:20 | 1/25/2023 | 22:53 | Suicidal | |
| 146 | 6548400 | 5:33 | 2/7/2023 | 14:17 | 2/7/2023 | 19:50 | Odd Concerning Behavior | |
| 147 | 6552841 | 5:32 | 2/16/2023 | 14:16 | 2/16/2023 | 19:48 | Odd Concerning Behavior | |
| 148 | 6535288 | 5:31 | 1/15/2023 | 11:25 | 1/15/2023 | 16:56 | Suicidal | |
| 149 | 6545127 | 5:31 | 2/7/2023 | 9:14 | 2/7/2023 | 14:45 | Suicidal | |
| 150 | 6531856 | 5:31 | 1/9/2023 | 21:21 | 1/10/2023 | 2:52 | Suicidal | |
| 151 | 6535003 | 5:31 | 2/2/2023 | 18:32 | 2/3/2023 | 0:03 | Suicidal | |
| 152 | 6545506 | 5:30 | 2/5/2023 | 10:42 | 2/5/2023 | 16:12 | Suicidal | |
| 153 | 6553865 | 5:28 | 2/17/2023 | 5:15 | 2/17/2023 | 10:43 | Suicidal | |
| 154 | 6525676 | 5:27 | 2/9/2023 | 12:06 | 2/9/2023 | 17:33 | Suicidal | |
| 155 | 6531938 | 5:26 | 1/9/2023 | 17:46 | 1/9/2023 | 23:12 | Suicidal | |
| 156 | 6529026 | 5:25 | 1/4/2023 | 9:55 | 1/4/2023 | 15:20 | Suicidal | |
| 157 | 6537210 | 5:24 | 1/25/2023 | 17:30 | 1/25/2023 | 22:54 | Suicidal | |
| 158 | 6532649 | 5:23 | 1/11/2023 | 9:40 | 1/11/2023 | 15:03 | Suicidal | |
| 159 | 6534089 | 5:23 | 1/14/2023 | 1:08 | 1/14/2023 | 6:31 | Suicidal | |
| 160 | 6549191 | 5:23 | 2/10/2023 | 15:50 | 2/10/2023 | 21:13 | none selected | |
| 161 | 6552169 | 5:23 | 2/13/2023 | 18:04 | 2/13/2023 | 23:27 | Suicidal | |
| 162 | 6549622 | 5:22 | 2/9/2023 | 14:27 | 2/9/2023 | 19:49 | Odd Concerning Behavior | |
| 163 | 6530261 | 5:21 | 1/7/2023 | 2:29 | 1/7/2023 | 7:50 | Self Injurious Behavior | |
| 164 | 6532048 | 5:21 | 1/10/2023 | 14:50 | 1/10/2023 | 20:11 | Suicidal | |
| 165 | 6550117 | 5:20 | 2/15/2023 | 3:40 | 2/15/2023 | 9:00 | Odd Concerning Behavior | |
| 166 | 6539370 | 5:20 | 1/23/2023 | 10:40 | 1/23/2023 | 16:00 | Suicidal | |
| 167 | 6530760 | 5:20 | 1/24/2023 | 18:00 | 1/24/2023 | 23:20 | Suicidal | |
| 168 | 6524013 | 5:19 | 1/13/2023 | 19:07 | 1/14/2023 | 0:26 | Suicidal | |
| 169 | 6552407 | 5:18 | 2/15/2023 | 14:19 | 2/15/2023 | 19:37 | none selected | |
| 170 | 6522685 | 5:17 | 1/11/2023 | 0:05 | 1/11/2023 | 5:22 | Suicidal | |
| 171 | 6530110 | 5:16 | 1/25/2023 | 18:50 | 1/26/2023 | 0:06 | Suicidal | transfer to urgent care at 0:06 1/26/23 |
| 172 | 6531283 | 5:15 | 1/8/2023 | 13:15 | 1/8/2023 | 18:30 | Odd Concerning Behavior | |
| 173 | 6544121 | 5:15 | 2/2/2023 | 18:48 | 2/3/2023 | 0:03 | Suicidal | |
| 174 | 6531058 | 5:15 | 1/10/2023 | 7:10 | 1/10/2023 | 12:25 | Suicidal | |
| 175 | 6552356 | 5:14 | 2/14/2023 | 9:29 | 2/14/2023 | 14:43 | Suicidal | |
| 176 | 6544965 | 5:12 | 2/2/2023 | 19:07 | 2/3/2023 | 0:19 | Suicidal | |
| 177 | 6534871 | 5:11 | 1/14/2023 | 20:19 | 1/15/2023 | 1:30 | Suicidal | |
| 178 | 6529543 | 5:10 | 1/5/2023 | 18:07 | 1/5/2023 | 23:17 | none selected | |
| 179 | 6554132 | 5:10 | 2/17/2023 | 2:49 | 2/17/2023 | 7:59 | Suicidal | |
| 180 | 6523860 | 5:10 | 1/16/2023 | 5:00 | 1/16/2023 | 10:10 | Suicidal | |
| 181 | 6535683 | 5:09 | 2/4/2023 | 1:55 | 2/4/2023 | 7:04 | Odd Concerning Behavior | |
| 182 | 6546909 | 5:08 | 2/11/2023 | 20:24 | 2/11/2023 | 1:32 | Suicidal | |
| 183 | 6533357 | 5:07 | 1/12/2023 | 8:15 | 1/12/2023 | 13:22 | Suicidal | |
| 184 | 6539303 | 5:07 | 1/24/2023 | 2:38 | 1/24/2023 | 7:45 | Suicidal | |
| 185 | 6543468 | 5:07 | 1/31/2023 | 20:48 | 2/1/2023 | 1:55 | none selected | |
| 186 | 6542348 | 5:05 | 1/30/2023 | 19:10 | 1/31/2023 | 0:15 | Suicidal | |
| 187 | 6519668 | 5:05 | 1/7/2023 | 11:53 | 1/7/2023 | 16:58 | Suicidal and Odd Concerning Behavior | |
| 188 | 6538845 | 5:04 | 1/25/2023 | 17:50 | 1/25/2023 | 22:54 | Suicidal | |

| | B | C | D | E | F | G | H | L |
|---|---|---|---|---|---|---|---|---|
| 1 | **Booking #** | **Hours on Front Bench** | **Start Date** | **Start Time (24 hr clock)** | **End Date** | **End Time (24 Hr Clock)** | **Reason** | **Notes** |
| 189 | 6542780 | 5:04 | 2/14/2023 | 23:15 | 2/15/2023 | 4:19 | Odd Concerning Behavior | |
| 190 | 6542653 | 5:03 | 2/14/2023 | 14:00 | 2/14/2023 | 19:03 | Suicidal | |
| 191 | 6537604 | 5:02 | 1/20/2023 | 12:34 | 1/20/2023 | 17:36 | Suicidal | |
| 192 | 6552479 | 5:01 | 2/15/2023 | 16:16 | 2/15/2023 | 21:17 | Suicidal | |
| 193 | 6531454 | 5:01 | 1/26/2023 | 20:40 | 1/27/2023 | 1:41 | Suicidal | |
| 194 | 6524430 | 5:00 | 1/16/2023 | 5:35 | 1/16/2023 | 10:35 | Suicidal | |
| 195 | 6555485 | 5:00 | 2/20/2023 | 8:05 | 2/20/2023 | 13:05 | Suicidal | |
| 196 | 6524922 | 5:00 | 1/20/2023 | 18:09 | 1/20/2023 | 23:09 | Suicidal | |
| 197 | 6541134 | 5:00 | 2/2/2023 | 14:00 | 2/2/2023 | 19:00 | Odd Concerning Behavior | |
| 198 | 6538878 | 4:59 | 2/7/2023 | 18:01 | 2/7/2023 | 23:00 | Suicidal | |
| 199 | 6546633 | 4:58 | 2/21/2023 | 14:42 | 2/21/2023 | 19:40 | Suicidal | |
| 200 | 6540323 | 4:58 | 1/26/2023 | 23:25 | 1/27/2023 | 4:23 | Odd Concerning Behavior | transfer to urgent care at 4:23 1/27/23 |
| 201 | 6533354 | 4:57 | 1/30/2023 | 1:30 | 1/30/2023 | 6:27 | Suicidal | |
| 202 | 6528081 | 4:56 | 1/10/2023 | 23:21 | 1/11/2023 | 4:17 | Suicidal | |
| 203 | 6552972 | 4:55 | 2/15/2023 | 10:25 | 2/15/2023 | 15:20 | Odd Concerning Behavior | |
| 204 | 6544013 | 4:55 | 2/9/2023 | 4:55 | 2/9/2023 | 9:50 | Suicidal | |
| 205 | 6530580 | 4:54 | 1/11/2023 | 11:12 | 1/11/2023 | 16:06 | Suicidal | No restroom, water, or meal documented |
| 206 | 6549309 | 4:54 | 2/10/2023 | 23:05 | 2/11/2023 | 3:59 | Suicidal | |
| 207 | 6538936 | 4:53 | 2/9/2023 | 7:35 | 2/9/2023 | 12:28 | Suicidal | |
| 208 | 6547100 | 4:51 | 2/5/2023 | 18:45 | 2/5/2023 | 23:36 | Odd Concerning Behavior | |
| 209 | 6550094 | 4:51 | 2/14/2023 | 23:23 | 2/15/2023 | 4:14 | Odd Concerning Behavior | |
| 210 | 6536661 | 4:51 | 2/4/2023 | 17:47 | 2/4/2023 | 22:38 | Suicidal | |
| 211 | 6531456 | 4:49 | 1/26/2023 | 20:17 | 1/27/2023 | 1:06 | Suicidal | |
| 212 | 6544080 | 4:49 | 2/1/2023 | 8:01 | 2/1/2023 | 12:50 | Suicidal | |
| 213 | 6525303 | 4:48 | 1/24/2023 | 15:24 | 1/24/2023 | 20:12 | Suicidal | |
| 214 | 6549675 | 4:47 | 2/9/2023 | 12:13 | 2/9/2023 | 17:00 | Suicidal | |
| 215 | 6524038 | 4:47 | 1/14/2023 | 19:25 | 1/15/2023 | 0:12 | Suicidal | |
| 216 | 6530047 | 4:46 | 1/23/2023 | 12:29 | 1/23/2023 | 17:15 | none selected | |
| 217 | 6529680 | 4:45 | 1/6/2023 | 0:13 | 1/6/2023 | 4:58 | Suicidal | |
| 218 | 6523186 | 4:45 | 1/11/2023 | 6:50 | 1/11/2023 | 11:35 | Suicidal | |
| 219 | 6531547 | 4:45 | 1/8/2023 | 21:30 | 1/9/2023 | 2:15 | Suicidal | |
| 220 | 6554692 | 4:45 | 2/18/2023 | 10:40 | 2/18/2023 | 15:25 | Suicidal | |
| 221 | 6534434 | 4:44 | 2/1/2023 | 19:15 | 2/1/2023 | 23:59 | Suicidal | |
| 222 | 6536661 | 4:44 | 2/5/2023 | 17:51 | 2/5/2023 | 22:35 | Suicidal | |
| 223 | 6555381 | 4:43 | 2/21/2023 | 17:09 | 2/21/2023 | 21:52 | Suicidal | |
| 224 | 6537878 | 4:43 | 1/20/2023 | 20:27 | 1/21/2023 | 1:10 | Suicidal | |
| 225 | 6527870 | 4:43 | 1/1/2023 | 6:17 | 1/1/2023 | 11:00 | Suicidal | |
| 226 | 6533120 | 4:43 | 1/13/2023 | 14:26 | 1/13/2023 | 19:09 | Suicidal | |
| 227 | 6545116 | 4:42 | 2/18/2023 | 3:48 | 2/18/2023 | 8:30 | Suicidal | |
| 228 | 6546217 | 4:42 | 2/3/2023 | 17:45 | 2/3/2023 | 22:27 | Suicidal | |
| 229 | 6552837 | 4:42 | 2/14/2023 | 17:40 | 2/14/2023 | 22:22 | Odd Concerning Behavior | |
| 230 | 6520949 | 4:41 | 1/8/2023 | 8:34 | 1/8/2023 | 13:15 | Suicidal | |
| 231 | 6538609 | 4:41 | 1/24/2023 | 20:49 | 1/25/2023 | 1:30 | Suicidal | |
| 232 | 6545815 | 4:41 | 2/21/2023 | 9:39 | 2/21/2023 | 14:20 | Suicidal | |
| 233 | 6543723 | 4:40 | 1/30/2023 | 11:45 | 1/30/2023 | 16:25 | Odd Concerning Behavior | |
| 234 | 6555312 | 4:40 | 2/20/2023 | 3:00 | 2/20/2023 | 7:40 | Suicidal | |
| 235 | 6535326 | 4:40 | 1/15/2023 | 18:50 | 1/15/2023 | 23:30 | Suicidal | |
| 236 | 6540590 | 4:40 | 2/15/2023 | 6:20 | 2/15/2023 | 11:00 | Odd Concerning Behavior | |
| 237 | 6533247 | 4:40 | 1/12/2023 | 9:50 | 1/12/2023 | 14:30 | Suicidal | |

| | B | C | D | E | F | G | H | L |
|---|---|---|---|---|---|---|---|---|
| 1 | Booking # | Hours on Front Bench | Start Date | Start Time (24 hr clock) | End Date | End Time (24 Hr Clock) | Reason | Notes |
| 238 | 6531938 | 4:40 | 1/9/2023 | 17:44 | 1/9/2023 | 22:24 | Suicidal | |
| 239 | 6535367 | 4:40 | 1/15/2023 | 18:25 | 1/15/2023 | 23:05 | Suicidal | |
| 240 | 6553012 | 4:38 | 2/15/2023 | 4:37 | 2/15/2023 | 9:15 | Odd Concerning Behavior | |
| 241 | 6522543 | 4:38 | 1/10/2023 | 4:34 | 1/10/2023 | 9:12 | Suicidal and Odd Concerning Behavior | |
| 242 | 6534803 | 4:37 | 1/14/2023 | 15:40 | 1/14/2023 | 20:17 | Odd Concerning Behavior | |
| 243 | 6547560 | 4:35 | 2/8/2023 | 2:20 | 2/8/2023 | 6:55 | none selected | |
| 244 | 6529346 | 4:35 | 1/6/2023 | 21:07 | 1/7/2023 | 1:42 | none selected | |
| 245 | 6531752 | 4:35 | 1/9/2023 | 7:35 | 1/9/2023 | 12:10 | Suicidal | |
| 246 | 6534432 | 4:35 | 2/1/2023 | 21:20 | 2/2/2023 | 1:55 | Odd Concerning Behavior | |
| 247 | 6409427 | 4:34 | 1/5/2023 | 14:40 | 1/5/2023 | 19:14 | Suicidal | |
| 248 | 6528106 | 4:34 | 1/21/2023 | 10:23 | 1/21/2023 | 14:57 | Odd Concerning Behavior | |
| 249 | 6543806 | 4:34 | 2/1/2023 | 11:00 | 2/1/2023 | 15:34 | Suicidal | |
| 250 | 6532408 | 4:34 | 1/10/2023 | 19:30 | 1/11/2023 | 0:04 | Suicidal | |
| 251 | 6524586 | 4:34 | 1/19/2023 | 10:34 | 1/19/2023 | 15:08 | Suicidal | |
| 252 | 6543798 | 4:34 | 1/30/2023 | 16:50 | 1/30/2023 | 21:24 | Suicidal | |
| 253 | 6552312 | 4:34 | 2/14/2023 | 2:31 | 2/14/2023 | 7:05 | Odd Concerning Behavior | EBI history says transfer to HOH at 7:05 |
| 254 | 6538989 | 4:33 | 2/9/2023 | 4:05 | 2/9/2023 | 8:38 | Odd Concerning Behavior | |
| 255 | 6525269 | 4:33 | 1/23/2023 | 0:10 | 1/23/2023 | 4:43 | Suicidal | |
| 256 | 6550940 | 4:33 | 2/14/2023 | 21:33 | 2/15/2023 | 2:06 | Suicidal | |
| 257 | 6534934 | 4:33 | 1/15/2023 | 3:52 | 1/15/2023 | 8:25 | Suicidal | |
| 258 | 6537047 | 4:33 | 1/18/2023 | 18:51 | 1/18/2023 | 23:24 | Suicidal | |
| 259 | 6532400 | 4:32 | 1/10/2023 | 17:50 | 1/10/2023 | 22:22 | Suicidal | went to urgent care at 22:22 |
| 260 | 6550912 | 4:32 | 2/11/2023 | 3:39 | 2/11/2023 | 8:11 | Suicidal | |
| 261 | 6528921 | 4:32 | 1/5/2023 | 23:11 | 1/6/2023 | 3:43 | Suicidal | |
| 262 | 6536883 | 4:30 | 1/19/2023 | 6:50 | 1/19/2023 | 11:20 | Suicidal | |
| 263 | 6536198 | 4:30 | 1/19/2023 | 10:38 | 1/19/2023 | 15:08 | Suicidal | |
| 264 | 6530722 | 4:30 | 1/25/2023 | 18:40 | 1/25/2023 | 23:10 | Suicidal | |
| 265 | 6541492 | 4:30 | 1/27/2023 | 0:15 | 1/27/2023 | 4:45 | Suicidal | |
| 266 | 6539691 | 4:29 | 2/15/2023 | 16:00 | 2/15/2023 | 20:29 | Suicidal | |
| 267 | 6532876 | 4:29 | 1/14/2023 | 7:03 | 1/14/2023 | 11:32 | Suicidal | |
| 268 | 6534471 | 4:29 | 2/1/2023 | 3:46 | 2/1/2023 | 8:15 | Suicidal | |
| 269 | 6533661 | 4:28 | 1/13/2023 | 0:46 | 1/13/2023 | 5:14 | Suicidal | |
| 270 | 6525089 | 4:27 | 1/20/2023 | 20:41 | 1/21/2023 | 1:18 | Suicidal | |
| 271 | 6543637 | 4:27 | 1/30/2023 | 19:48 | 1/31/2023 | 0:15 | Suicidal | |
| 272 | 6532992 | 4:27 | 1/31/2023 | 11:33 | 1/31/2023 | 16:00 | Suicidal | |
| 273 | 6518232 | 4:26 | 1/1/2023 | 15:44 | 1/1/2023 | 20:10 | Suicidal | |
| 274 | 6536001 | 4:26 | 1/18/2023 | 18:57 | 1/18/2023 | 23:23 | Suicidal | |
| 275 | 6546438 | 4:25 | 2/12/2023 | 5:35 | 2/12/2023 | 10:00 | Odd Concerning Behavior | return from urgent care at 5:35 (see Bates 05846 - on FB 3:15-4:49, sent to UC 4:49) |
| 276 | 6522547 | 4:25 | 1/9/2023 | 22:37 | 1/10/2023 | 3:02 | Suicidal | |
| 277 | 6541841 | 4:25 | 1/28/2023 | 14:15 | 1/28/2023 | 18:40 | Odd Concerning Behavior | |
| 278 | 6543151 | 4:25 | 1/30/2023 | 6:33 | 1/30/2023 | 10:58 | Suicidal | |
| 279 | 6537504 | 4:25 | 2/9/2023 | 13:02 | 2/9/2023 | 17:27 | Odd Concerning Behavior | |
| 280 | 6545117 | 4:25 | 2/18/2023 | 2:35 | 2/18/2023 | 7:00 | Suicidal | |
| 281 | 6546617 | 4:25 | 2/21/2023 | 20:35 | 2/22/2023 | 1:00 | Odd Concerning Behavior | |
| 282 | 6519532 | 4:25 | 1/4/2023 | 11:40 | 1/4/2023 | 16:05 | Suicidal | |
| 283 | 6533834 | 4:25 | 2/2/2023 | 6:43 | 2/2/2023 | 11:08 | Suicidal | |
| 284 | 6518837 | 4:24 | 1/4/2023 | 14:11 | 1/4/2023 | 18:35 | Suicidal | |

| | B | C | D | E | F | G | H | L |
|---|---|---|---|---|---|---|---|---|
| 1 | Booking # | Hours on Front Bench | Start Date | Start Time (24 hr clock) | End Date | End Time (24 Hr Clock) | Reason | Notes |
| 285 | 6542043 | 4:24 | 2/15/2023 | 19:30 | 2/15/2023 | 23:54 | Suicidal | |
| 286 | 6542274 | 4:23 | 2/1/2023 | 10:10 | 2/1/2023 | 14:33 | Odd Concerning Behavior | |
| 287 | 6544168 | 4:23 | 1/31/2023 | 12:27 | 1/31/2023 | 16:50 | Suicidal | |
| 288 | 6544168 | 4:23 | 2/2/2023 | 19:40 | 2/3/2023 | 0:03 | Suicidal | |
| 289 | 6539512 | 4:22 | 1/24/2023 | 3:23 | 1/24/2023 | 7:45 | Suicidal | |
| 290 | 0541040 | 4:22 | 1/25/2023 | 19:15 | 1/25/2023 | 23:37 | Suicidal | |
| 291 | 6538313 | 4:22 | 2/7/2023 | 13:18 | 2/7/2023 | 17:40 | Suicidal | |
| 292 | 6531890 | 4:22 | 1/11/2023 | 22:50 | 1/12/2023 | 3:12 | Odd Concerning Behavior | |
| 293 | 6544394 | 4:22 | 2/1/2023 | 5:05 | 2/1/2023 | 9:27 | Suicidal | |
| 294 | 6529200 | 4:22 | 1/5/2023 | 10:33 | 1/5/2023 | 14:55 | Odd Concerning Behavior | |
| 295 | 6540319 | 4:21 | 1/25/2023 | 5:00 | 1/25/2023 | 9:21 | Suicidal | |
| 296 | 6544233 | 4:21 | 2/17/2023 | 0:46 | 2/17/2023 | 5:07 | Suicidal | EBI history indicates transfer to HOH |
| 297 | 6528926 | 4:20 | 1/3/2023 | 22:49 | 1/4/2023 | 3:09 | Suicidal | |
| 298 | 6538756 | 4:20 | 1/22/2023 | 8:40 | 1/22/2023 | 13:00 | Suicidal | |
| 299 | 6536347 | 4:20 | 1/18/2023 | 13:26 | 1/18/2023 | 17:46 | Suicidal | |
| 300 | 6529992 | 4:19 | 1/7/2023 | 16:04 | 1/7/2023 | 20:23 | Suicidal | |
| 301 | 6531198 | 4:19 | 1/8/2023 | 7:15 | 1/8/2023 | 11:34 | Suicidal | |
| 302 | 6536124 | 4:19 | 1/17/2023 | 22:00 | 1/18/2023 | 2:19 | Suicidal | |
| 303 | 6531097 | 4:19 | 1/8/2023 | 2:30 | 1/8/2023 | 6:49 | Suicidal | |
| 304 | 6545123 | 4:19 | 2/18/2023 | 12:20 | 2/18/2023 | 16:39 | Suicidal | |
| 305 | 6524481 | 4:18 | 1/18/2023 | 20:26 | 1/19/2023 | 0:44 | Suicidal | |
| 306 | 6544567 | 4:18 | 2/1/2023 | 23:01 | 2/2/2023 | 3:19 | Suicidal | |
| 307 | 6534417 | 4:18 | 1/19/2023 | 0:32 | 1/19/2023 | 4:50 | Suicidal | |
| 308 | 6537785 | 4:17 | 1/24/2023 | 15:25 | 1/24/2023 | 19:42 | Suicidal | |
| 309 | 6525288 | 4:17 | 1/24/2023 | 3:28 | 1/24/2023 | 7:45 | Odd Concerning Behavior | |
| 310 | 6543295 | 4:17 | 2/16/2023 | 1:01 | 2/16/2023 | 5:18 | Odd Concerning Behavior | |
| 311 | 6541153 | 4:16 | 1/26/2023 | 0:14 | 1/26/2023 | 4:30 | Suicidal | |
| 312 | 6522677 | 4:15 | 1/11/2023 | 6:30 | 1/11/2023 | 10:45 | Suicidal | |
| 313 | 6547994 | 4:15 | 2/7/2023 | 14:21 | 2/7/2023 | 18:36 | Suicidal | |
| 314 | 6539339 | 4:15 | 1/24/2023 | 19:07 | 1/24/2023 | 23:22 | Suicidal | |
| 315 | 6543336 | 4:15 | 2/16/2023 | 18:50 | 2/16/2023 | 23:05 | Suicidal | |
| 316 | 6527166 | 4:14 | 1/1/2023 | 17:18 | 1/1/2023 | 21:32 | Odd Concerning Behavior | |
| 317 | 6531479 | 4:14 | 1/26/2023 | 20:53 | 1/27/2023 | 1:07 | Suicidal | |
| 318 | 6555266 | 4:14 | 2/21/2023 | 20:00 | 2/22/2023 | 0:14 | Odd Concerning Behavior | |
| 319 | 6548485 | 4:14 | 2/8/2023 | 10:39 | 2/8/2023 | 14:53 | Odd Concerning Behavior | |
| 320 | 6545929 | 4:14 | 1/30/2023 | 9:35 | 1/30/2023 | 13:49 | Suicidal | |
| 321 | 6498896 | 4:13 | 1/20/2023 | 12:47 | 1/20/2023 | 17:00 | Odd Concerning Behavior | No water or meal |
| 322 | 6553091 | 4:12 | 2/17/2023 | 0:38 | 2/17/2023 | 4:50 | none selected | last entry was moved to holding cell 119 |
| 323 | 6525025 | 4:12 | 1/20/2023 | 11:11 | 1/20/2023 | 15:23 | Odd Concerning Behavior | |
| 324 | 6539320 | 4:11 | 1/25/2023 | 3:00 | 1/25/2023 | 7:11 | Suicidal | |
| 325 | 6552158 | 4:11 | 2/13/2023 | 12:42 | 2/13/2023 | 16:53 | Suicidal | |
| 326 | 6530337 | 4:10 | 1/6/2023 | 20:00 | 1/7/2023 | 0:10 | Suicidal | |
| 327 | 6544438 | 4:10 | 2/1/2023 | 22:16 | 2/2/2023 | 2:26 | Suicidal | |
| 328 | 6538219 | 4:10 | 2/7/2023 | 23:00 | 2/8/2023 | 3:10 | Odd Concerning Behavior | |
| 329 | 6542071 | 4:10 | 2/13/2023 | 10:10 | 2/13/2023 | 14:20 | Suicidal | |
| 330 | 6543650 | 4:10 | 1/31/2023 | 11:50 | 1/31/2023 | 16:00 | Suicidal | |

| | B | C | D | E | F | G | H | L |
|---|---|---|---|---|---|---|---|---|
| 1 | Booking # | Hours on Front Bench | Start Date | Start Time (24 hr clock) | End Date | End Time (24 Hr Clock) | Reason | Notes |
| 331 | 6533585 | 4:09 | 1/13/2023 | 15:31 | 1/13/2023 | 19:40 | Suicidal | |
| 332 | 6552028 | 4:09 | 2/16/2023 | 7:17 | 2/16/2023 | 11:26 | Suicidal | |
| 333 | 6534316 | 4:09 | 1/13/2023 | 20:20 | 1/14/2023 | 1:29 | Suicidal | |
| 334 | 6532299 | 4:09 | 1/11/2023 | 6:10 | 1/11/2023 | 10:19 | Suicidal | |
| 335 | 6529612 | 4:09 | 1/6/2023 | 9:05 | 1/6/2023 | 13:14 | Suicidal | |
| 336 | 6553933 | 4:08 | 2/17/2023 | 18:36 | 2/17/2023 | 22:44 | Odd Concerning Behavior | |
| 337 | 6524294 | 4:08 | 1/18/2023 | 19:58 | 1/19/2023 | 0:06 | Suicidal | |
| 338 | 6524595 | 4:08 | 1/18/2023 | 4:12 | 1/18/2023 | 8:20 | Suicidal | |
| 339 | 6536120 | 4:08 | 1/17/2023 | 10:32 | 1/17/2023 | 14:40 | Odd Concerning Behavior | |
| 340 | 6529555 | 4:07 | 1/5/2023 | 19:10 | 1/5/2023 | 23:17 | Suicidal | |
| 341 | 6525214 | 4:07 | 1/21/2023 | 6:21 | 1/21/2023 | 10:28 | Suicidal | |
| 342 | 6542726 | 4:07 | 2/14/2023 | 10:50 | 2/14/2023 | 14:57 | Suicidal | |
| 343 | 6538040 | 4:06 | 1/20/2023 | 14:15 | 1/20/2023 | 18:21 | Suicidal | |
| 344 | 6518129 | 4:06 | 1/1/2023 | 8:30 | 1/1/2023 | 12:36 | Suicidal | |
| 345 | 6535578 | 4:06 | 1/16/2023 | 11:02 | 1/16/2023 | 15:08 | Suicidal | "late 6 mins due to pending mental health" |
| 346 | 6524090 | 4:06 | 1/18/2023 | 20:42 | 1/19/2023 | 0:48 | none selected | |
| 347 | 6544989 | 4:06 | 2/1/2023 | 22:09 | 2/2/2023 | 2:15 | Suicidal | |
| 348 | 6549289 | 4:06 | 2/9/2023 | 23:54 | 2/10/2023 | 4:00 | Odd Concerning Behavior | |
| 349 | 6544605 | 4:05 | 2/2/2023 | 18:43 | 2/2/2023 | 22:48 | Odd Concerning Behavior | |
| 350 | 6521031 | 4:05 | 1/8/2023 | 8:25 | 1/8/2023 | 12:30 | Suicidal | |
| 351 | 6540656 | 4:05 | 1/26/2023 | 19:05 | 1/26/2023 | 23:10 | Odd Concerning Behavior | |
| 352 | 6548437 | 4:05 | 2/8/2023 | 2:45 | 2/8/2023 | 6:50 | Odd Concerning Behavior | |
| 353 | 6540313 | 4:05 | 1/24/2023 | 22:59 | 1/25/2023 | 3:04 | Suicidal | |
| 354 | 6529180 | 4:04 | 1/6/2023 | 13:14 | 1/6/2023 | 17:18 | Suicidal | |
| 355 | 6547777 | 4:04 | 2/7/2023 | 7:22 | 2/7/2023 | 11:26 | Suicidal | |
| 356 | 6541534 | 4:04 | 1/30/2023 | 10:03 | 1/30/2023 | 14:07 | Odd Concerning Behavior | |
| 357 | 6535938 | 4:04 | 1/17/2023 | 10:26 | 1/17/2023 | 14:30 | Odd Concerning Behavior | |
| 358 | 6305015 | 4:03 | 1/3/2023 | 17:56 | 1/3/2023 | 21:59 | Odd Concerning Behavior | no "L" code, just says declassed on 1/3 with no time.21:59 from EBI |
| 359 | 6531954 | 4:03 | 1/11/2023 | 12:50 | 1/11/2023 | 16:53 | Suicidal | No restroom, water, or meal documented |
| 360 | 6543266 | 4:03 | 2/15/2023 | 19:17 | 2/15/2023 | 23:20 | Suicidal | |
| 361 | 6550371 | 4:03 | 2/12/2023 | 9:09 | 2/12/2023 | 13:12 | Suicidal | |
| 362 | 6540190 | 4:02 | 1/24/2023 | 13:00 | 1/24/2023 | 17:02 | Suicidal | |
| 363 | 6521856 | 4:02 | 1/9/2023 | 0:08 | 1/9/2023 | 4:10 | Odd Concerning Behavior | |
| 364 | 6542763 | 4:02 | 2/14/2023 | 22:05 | 2/15/2023 | 2:07 | Suicidal | |
| 365 | 6552523 | 4:02 | 2/15/2023 | 19:25 | 2/15/2023 | 23:27 | Odd Concerning Behavior | |
| 366 | 6538477 | 4:01 | 1/24/2023 | 23:50 | 1/25/2023 | 3:51 | Suicidal | |
| 367 | 6535786 | 4:01 | 2/3/2023 | 21:15 | 2/4/2023 | 1:16 | Odd Concerning Behavior | last entry "I/M being escorted to urgent care" |
| 368 | 6541710 | 4:01 | 1/26/2023 | 16:02 | 1/26/2023 | 20:03 | Suicidal | |

# Exhibit F

## Front Bench Log          Page _____ of _____

This log shall be completed for each person tethered to the Front Bench. The completed form shall be delivered to the IRC Operations basket in the sergeants' office.

Inmate's Name: __HAJKHAUL COLTON__   Booking Number: __U540573__

Chair # __10__          Date/Time placed in Fixed Restraints: __0725 / 2-12-23__

*Why seated on Front Bench (circle one): (Suicidal)/ Self Injurious Behavior/ Odd Concerning Behavior
**P-LEVEL From Completed BOHMR__3__

| Time | Date | Event Code | Notes |
|------|------|-----------|-------|
| 0725 | 02/12 | — | I/M PLACED IN CHAIR |
| 1320 | 02/12 | L | REMOVED FOR HOUSING |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Event Codes
A – Offered access to restroom/ Water Fountain   H- Mental Health Visit/Clinical Area
B - Urgent Care Visit                             I – Provided a meal
C – Taken to Restroom/ Water Fountain             J – Refused Care Medical/Mental
D - Provided Cup of Water                             (Note the nurse who took refusal)
E – Medical Visit/seated                          K – Returned to seat
F – Medical Visit/ Clinical Area                  L – Removed from seat for housing
G - Mental Health Visit/seated
*Note: If the inmate is seated on the Front Bench as a result of the BOHMR received from the arresting agency, circle that reason above.
** The P Level is on the BOHMR once it is completed and provided to the Lead Deputy for Movement

005749

# Exhibit G

# United States Senate

WASHINGTON, DC 20510

October 25, 2022

The Honorable Merrick B. Garland
Attorney General
U.S. Department of Justice
Office of the Attorney General
950 Pennsylvania Avenue, NW
Washington, DC 20530

The Honorable Kristen Clarke
Assistant Attorney General
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

Dear Attorney General Garland and Assistant Attorney General Clarke:

We write to express our serious concerns with the ongoing constitutional and humanitarian crisis in three of our nation's largest jails that have been under federal oversight for years. In Los Angeles, Miami, and New York, incarcerated people continue to endure grave injustices and languish in deplorable conditions. The jail systems in each of these cities operate under consent decree agreements with the Department of Justice ("DOJ" or "the Department") that were entered into to remedy a pattern or practice of constitutional violations. Not only have the jails failed to fulfill their legal obligations under these agreements, but the conditions appear to have grown worse—and people imprisoned in these facilities continue to suffer as a result.

These consent decrees and settlement agreements exist, and are enforced, thanks to the sustained efforts of career attorneys at the Department of Justice. The terms of the consent decrees, which are designed to improve conditions for people incarcerated at these facilities, illustrate DOJ's commitment to civil rights and pursuit of the rule of law. Systemic change takes time and we do not expect that deep-rooted problems will be remedied overnight. However, the constitutional violations in Los Angeles, Miami, and New York appear to persist, year upon year, on the Department's watch. As this crisis continues, DOJ must do more to ensure that the constitutional rights of the people incarcerated in the jails are protected, that the inhumane conditions in these jails are remedied, and that the Department itself is adequately enforcing the terms of the consent decrees.

Public reports and images of the conditions in the Los Angeles, Miami, and New York City jails are appalling. In the Los Angeles County jail system, there is evidence that incarcerated people with serious mental illness are regularly chained to chairs for days and sleep on floors.[1] Some are denied lifesaving medication. Many are forced to defecate and urinate in sinks, trash cans, and food containers, or sit in their own feces. In Miami-Dade County jails, there have been eleven deaths this year, four of them suicides.[2] Incarcerated people suffer without medical care and

---

[1] See Michel Finnegan, *'Barbaric' L.A. County Jail Conditions Alleged as ACLU Seeks Federal Intervention*, L.A. TIMES (Sept. 8, 2022), https://www.latimes.com/california/story/2022-09-08/barbaric-l-a-county-jail-conditions-alleged-as-aclu-seeks-federal-intervention; Cnty. of Los Angeles Off. of Inspector Gen. Report, *Reform and Oversight Efforts: Los Angeles County Sheriff's Department - April to June 2022*, at 18, http://file.lacounty.gov/SDSInter/bos/supdocs/172424.pdf.

[2] See Douglas Hanks & David Ovalle, *Levine Cava Vowed to Fix County Jails. Court Monitor Sees*

1

adequate protection from harm. During a single five-day period in August 2022, two people in custody suffered severe injuries in violent altercations, while another attempted suicide.[3] The repeated failure to address issues prompted both the lead monitor and medical monitor to submit their resignations in the case.[4] And on New York City's Rikers Island Complex (Rikers), seventeen incarcerated people have died this year due to shortages of prison guards and denials of medical treatment.[5] That number surpasses last year's sixteen deaths, which marked an eight-year high.[6] Across the jail systems in Los Angeles, Miami, and New York, many of the people in custody have not been convicted of a crime.[7] Others have lost their lives or taken their own lives after being denied necessary health care and supervision.[8]

The jails in Los Angeles County, Miami-Dade County, and New York City are under federal oversight pursuant to consent decrees or settlement agreements entered into with the Department of Justice after findings of a pattern or practice of constitutional violations:

- In 2015, the City of New York entered into a consent decree to reduce violence, including the use of force by guards and "inmate-on-inmate" altercations, at Rikers.[9] Among the provisions in the agreement were staffing and recruitment programs to attract and maintain well-qualified employees and crisis intervention training to manage, among other things, personal crises.[10] In 2020, the court issued a remedial order addressing noncompliance with core provisions of the consent decree.[11] And in December 2021, Leader Schumer, Senator Gillibrand, and Senator Booker sent a letter to the Department of Justice and President Biden urging the exploration of all options to address the humanitarian and constitutional violations occurring at Rikers.[12]
- In 2013, DOJ entered into a consent decree with Miami-Dade County to remedy constitutional violations in its jails related to the medical care, mental health care, and

---

'Failure to Competently Act', MIAMI HERALD (Oct. 11, 2022), https://www.miamiherald.com/news/local/community/miami-dade/article267121591.html. *See also* David Ovalle, *In Armed Standoff, Hialeah Gardens Man 'Didn't Care to Live.' Later He Killed Himself in Jail*, MIAMI HERALD (Jan. 25, 2022) [hereinafter *In Armed Standoff*], https://www.miamiherald.com/news/local/crime/article257654953.html.
[3] Order to Show Cause, *United States v. Miami-Dade Cnty.*, No. 1:13-cv-21570-BB (S.D. Fla. Aug. 30, 2022), Document 246 at 3.
[4] *Id.*
[5] Fola Akinnibi, *NYC's Rikers Should Go Into Receivership, Some Advocates and Officials Say*, BLOOMBERG (Sep. 19, 2022), https://www.bloomberg.com/news/articles/2022-09-19/rikers-critics-urge-federal-takeover-of-troubled-nyc-jail.
[6] Jonah E. Bromwich & Jan Ransom, *Tracking the Deaths in New York City's Jail System in 2022*, N.Y. TIMES (Oct. 22, 2022), https://www.nytimes.com/article/rikers-deaths-jail.html.
[7] *See, e.g.*, Finnegan, *supra* note 1; Akinnibi, *supra* note 5.
[8] *See, e.g.,* Ovalle, *In Armed Standoff*, *supra* note 2.
[9] Press Release, U.S. Dep't of Just., U.S. Atty's Off. S. Dist. N.Y., Acting Manhattan U.S. Attorney Announces Agreement to Address New York City's Ongoing Non-Compliance with Rikers Consent Judgment (Aug. 6, 2020), https://www.justice.gov/usao-sdny/pr/acting-manhattan-us-attorney-announces-agreement-address-new-york-city-s-ongoing-non.
[10] *See* Consent Judgment, *United States v. City of New York*, No. 1:11-cv-05845-LTS-JCF (S.D.N.Y. Jul. 1, 2015), Document 209-1.
[11] Remedial Consent Order Addressing Noncompliance, *United States v. City of New York*, No. 1:11-cv-05845-LTS-JCF (S.D.N.Y. Jul. 1, 2015), Document 350.
[12] *See* Dec. 29, 2021 Letter from Sens. Booker, Gillibrand, and Schumer to President Biden and Attorney General Garland, https://www.booker.senate.gov/imo/media/doc/rikers.pdf.

suicide prevention of the people incarcerated in the facilities.[13] Despite the decree being in effect for over nine years, a federal district judge in Miami took the extraordinary step in August 2022 of ordering DOJ to show cause for why DOJ had failed to seek enforcement of its agreement after several deaths in the jail, including four recent suicides.[14] In its written response to that order in September, DOJ asserted that it had not failed to act and reiterated its goal of bringing about compliance with the agreement's provisions this fall.[15]

- In 2002, DOJ entered into a memorandum of understanding with Los Angeles County to address "constitutional deficiencies in mental health care, suicide prevention and the use of excessive force against prisoners with mental illness."[16] Twelve years later, DOJ concluded that the jail had failed to correct these problems and subsequently entered into a court enforceable agreement in an attempt to improve the mental health care for, and reduce the use of force against, incarcerated individuals.[17] Today, two decades after DOJ first began its oversight of the Los Angeles County jails and seven years into the most recent settlement agreement, the conditions are so dire that the American Civil Liberties Union (ACLU) has filed a suit against the county for its "gross deviation from prior Court orders, constitutional and statutory requirements, professional correctional standards, and the most basic standards of human values and dignity."[18]

The DOJ's failure to correct or prevent the constitutional and human rights violations in facilities that are under consent decrees undermines the Department's broader efforts, as well as the public's faith and confidence in our legal system. The federal government has a responsibility to ensure the constitutional rights of every person and to act when these rights are violated by their state or local governments. Therefore, we request replies to the following questions within two weeks of receipt:

1. What steps has the Department taken to address the immediate problems in Los Angeles County, Miami-Dade County, and New York City?

2. What actions does DOJ typically take if it learns of problems beyond those addressed by a consent decree? What obligation does DOJ have to address potential constitutional violations that arise after entering a consent decree?

---

[13] Consent Agreement, *United States v. Miami-Dade Cnty.*, No. 1:13-cv-21570-BB (S.D. Fla. May 1, 2013), Document 1-5.
[14] Order to Show Cause, *United States v. Miami-Dade Cnty.*, No. 1:13-cv-21570-BB (S.D. Fla. Aug. 30, 2022), Document 246 at 4.
[15] *See* United States' Response to the Order to Show Cause, *United States v. Miami-Dade Cnty.*, No. 1:13-cv-21570-BB (S.D. Fla. Aug. 30, 2022), Document 247.
[16] Press Release, U.S. Dep't of Justice, Off. of Pub. Affairs, Justice Department Reaches Agreement with Los Angeles County to Implement Sweeping Reforms on Mental Health Care and Use of Force Throughout the County Jail System (Aug. 5, 2015), https://www.justice.gov/opa/pr/justice-department-reaches-agreement-los-angeles-county-implement-sweeping-reforms-mental.
[17] Joint Settlement Agreement Regarding the Los Angeles County Jails, *United States v. Los Angeles Cnty.*, No. 2:15-cv-05903, (C.D. Cal. Aug. 5, 2015), Document 4-1 at 3-6.
[18] Plaintiffs' Memorandum in Support of Application for a Temporary Restraining Order, *Rutherford v. Villanueva*, No. 2:75-cv-04111-DDP (C.D. Cal. Sep. 8, 2022), Document 318-1 at 13.

3

3. How many attorneys are typically assigned to enforce a consent decree, and what factors are used to determine how many attorneys are necessary? Does DOJ currently have sufficient staff to successfully enforce the consent decrees?

4. What oversight does DOJ typically exercise over monitoring teams that assess compliance with consent decrees? Does DOJ have a process for evaluating monitors' performance?

In his celebrated *Letter from Birmingham Jail*, Martin Luther King, Jr. wrote: "I cannot sit idly by in Atlanta and not be concerned about what happens in Birmingham. Injustice anywhere is a threat to justice everywhere."[19] Those words—penned in a jail cell in the heart of Alabama—carry a special urgency and significance for us today. The conditions in three of our largest jail systems violate the human dignity and constitutional rights of detained people. This ongoing injustice is unconscionable and unacceptable. To paraphrase Dr. King, we cannot sit idly by in Washington and ignore what is happening in Los Angeles, Miami, and New York. We look forward to learning more about what actions the Department intends to take and ensuring the necessary next steps are taken.


Sincerely,


Cory A. Booker
United States Senator

Kirsten Gillibrand
United States Senator


Dianne Feinstein
United States Senator

Alex Padilla
United States Senator

---

[19] MARTIN LUTHER KING, JR., *Letter from Birmingham Jail* (Apr. 16, 1963), U. PENN. AFR. STUD. CTR., https://www.africa.upenn.edu/Articles_Gen/Letter_Birmingham.html.