PETER J. ELIASBERG (189110)
peliasberg@aclusocal.org
MELISSA CAMACHO (264024)
mcamacho@aclusocal.org
**ACLU FOUNDATION OF**
**SOUTHERN CALIFORNIA**
1313 W. 8th Street
Los Angeles, CA 90017
Phone: (213) 977-9500
Fax: (213) 977-5299

CORENE T. KENDRICK (226642)
ckendrick@aclu.org
MARISOL DOMINGUEZ-RUIZ
(345416)
mdominguez-ruiz@aclu.org
**ACLU NATIONAL PRISON**
**PROJECT**
39 Drumm St.
San Francisco, CA 94111
Phone: (202) 393-4930
Fax: (202) 393-4931

DAVID C. FATHI (*pro hac vice*)*
dfathi@aclu.org
**ACLU NATIONAL PRISON**
**PROJECT**
915 15th St., NW
Washington, D.C. 20005
Phone: (202) 393-4930
Fax: (202) 393-4931

*Not admitted in D.C., practice limited
to federal courts

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

DENNIS RUTHERFORD,

    *Plaintiff*,

v.

ALEX VILLANUEVA, Sheriff of Los Angeles County, in his official capacity, and COUNTY OF LOS ANGELES

    *Defendants*.

No. 75-CV-04111-DDP

**DECLARATION OF MARISOL DOMINGUEZ-RUIZ IN SUPPORT OF PLAINTIFFS' MOTION FOR ORDER TO SHOW CAUSE RE CONTEMPT**

### Declaration of Marisol Dominguez-Ruiz

I, Marisol Dominguez-Ruiz, hereby declare:

1.      I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.      I am a Justice Catalyst Fellow at the ACLU National Prison Project (ACLU NPP) and am admitted to practice law in the State of California and before this court. I am one of the lawyers who represent the plaintiff class in this action.

3.      I serve as a monitor, along with ACLU SoCal counsel, Melissa Camacho, in LA County Jails (Jails). As a monitor, I have unescorted access to each of the Jails so that I can talk to people incarcerated there and observe conditions first-hand.

4.      On Thursday, February 16, 2023, I visited Men's Central Jail 6050 (MCJ 6050) and the Inmate Reception Center (IRC) after reports by county officials at the Civilian Oversight Commission public meeting held that morning that MCJ 6050 was being used as IRC overflow. I was accompanied by co-counsel, Melissa Camacho, and ACLU SoCal Jails Conditions Advocate, Berklee Donavan.

5.      I first visited MCJ 6050 from 12:30pm to 2:30pm.

6.      At MCJ 6050, I saw a row of larger cells that housed four men to each one. I did not see any trash cans inside the cells. I did see plastic bags used for food delivery being used as makeshift trashcans.

7.      The smell in MCJ 6050 had a strong body odor that I could smell through my KN95 mask.

8.      I saw three televisions set up in MCJ 6050 but they were not actually broadcasting any television shows. One of the televisions displayed television apps that a viewer could download – almost like a nonstop infomercial. I reported the non-functional televisions to the Watch Commander's office in MCJ and was told they would have them checked out by logistics.

9.     I took declarations from two class members who reported being brought to MCJ 6050 from IRC because of how long they had been at IRC.

10.     At around 2:30 I headed over to the IRC. The scene at the IRC was overwhelming and shocking due to the amount of people waiting in the medical clinic area. I was at the IRC on February 16 until about 4 pm.

11.     I saw roughly 20 men sitting on the floor because all the chairs were full. I saw men sleeping on the floor without a blanket or a mattress. Almost every seat was occupied. I saw about 20 other men walking around the IRC Clinic area.

12.     I noticed the televisions working at the IRC and the volume was loud. It added to the intense atmosphere.

13.     The IRC smelled of strong body odor and feces, again, I could smell it through my mask. I checked at least one toilet in the medical clinic area and it flushed. However, I noticed feces smeared all over the toilet bowl which added to the pungent aroma in the air.

14.     I saw many people with their hands inside their clothes for body warmth because of the cold temperatures and lack of blankets. I felt cold even with my jacket on.

15.     I saw someone an older man strapped to a gurney, wrapped in a blanket, who seemed immobile and was reportedly there for over 24 hours. He appeared to be around 40-60 years old. I did not speak to him because he seemed to be asleep. I saw him semi-awake, around 3:20pm, when medical staff checked him and gave him pills. He remained strapped to the gurney during that brief interaction.

16.     I spoke with a class member (Booking #6550753) who showed me a bone popping out of his shoulder and he said that he had not received any medical attention or pain medication. He reported being at the IRC for 2 days.

17.     I spoke to multiple class members and asked how long they had been at the IRC. The responses ranged from 10 hours up to four days.

18.     I walked through the space and saw trash all over the IRC Medical Clinic floor. The trash was often the remnants of food sacks provided to detainees.

19.     I felt a lot of tension in the room. As I walked through people approached me asking if I could help them out. The most common complaint from people was the amount of time they had been at the IRC and were hungry. I explained to the people the reason for my visit and asked them to call the ACLU Jail Hotline if they had additional complaints about the Jails.

20.     I heard people shouting they were hungry because they had not yet had lunch, someone said they were ready to "go on strike" because of their hunger, and people started to chant: "WE WANT FOOD."

21.     I asked a deputy what was going on with people getting food. I made a note of the time, it was at around 2:45 pm. He informed me that lunch would be delivered in another 2 or 3 hours. It is unclear if the presence of the ACLU triggered lunch to be delivered earlier than usual but trustees were brought in to distribute lunch at around 3:20 pm.

22.     Shortly after lunch was delivered, I saw trustees sweeping up the trash on the IRC floor.

23.     One of the people I met at the IRC was declarant John Mayes who had been at the IRC since the previous day, February 15, 2023. He recounted being held at the Santa Monica Police Station since Friday, February 10, 2023, and finally brought to the IRC on Wednesday, February 15, 2023. He reported feeling hungry and anxious.

24.     A majority of the people reported not knowing when they would get moved to permanent housing or were awaiting a mental health evaluation. I was not able to confirm with documentation.

25.     I saw a person (Booking #6551656) in holding cell 120 because he kept pounding on the windows to get my attention. The loudness of the IRC and lack of privacy due to the amount of people sitting on the floor near his cell made it

difficult to interview him.  I saw the letters "KTP" written on the glass of his cell door. This man spoke Spanish and expressed wanting to get out of the holding cell. I saw he was alone in the cell. I asked a deputy about this situation and he explained said that the records showed this person had been there for about ten hours and "KTP" means "Keep The Peace" status. The deputy explained this status is likely due to being involved in an altercation or the possibility of being involved in an altercation. The deputy told me that he would be moved from the holding cell before the 12-hour mark, and pointed to all the trash in the holding cell as proof that food had been brought to the man. I was unable to review documentation of amount of time he had been held in cell 120.

26.     I spoke to another class member (Booking #6551657) in holding cell 108. He reported arriving to the IRC around the evening of February 15, 2023. He told me he had not been seen by a mental health professional and began to cry while speaking with me, he said due to the anxiety of being without his psychotropic medicine. He told me he takes Lorazepam (1mg/2xday) and Effexor (75 mgs/evening) and had not received any medication. He also did not have access to a phone.

27.     Another class member (Booking #6549884) reported being in his holding cell for two and half days. I was unable to confirm or disprove this with documentation.

28.     I spoke to another person (Booking # 6540622) in a holding cell and reported receiving one meal since his arrival two days earlier, and had not been seen by a mental health professional. I was unable to confirm or disprove this with documentation.

29.     One of my last conversations on February 16, 2023 was with a person (Booking #6543296) in holding cell 111 who reported being there for about four days. I was unable to confirm or disprove this with documentation.

30.     I returned to visit the Jails the next day, February, 17, 2023, due to the alarming situation I had witnessed the day before. I arrived to the IRC along with my colleagues, Melissa Camacho and Peter Eliasberg, at around 11:30 am.

31.     The IRC clinic area was emptier than the day before. I could see seats available for people to sit in one.

32.     I did not recognize anyone in the IRC clinic area from the previous visit. However, someone addressed me by name before I approached him and asked me to confirm the ACLU Jail Hotline number. I assumed this person had been there during my visit the day before when I provided this information to people.

33.     I counted four people sleeping on the floor. They were using plastic bags as their cover. I did not see any blankets or mattresses in the IRC clinic.

34.     I spoke to a class member (Booking #6554033) and he told me he had been there since February 15, 2023. I was unable confirm or disprove this with documentation.

35.     Around 12:20pm, we headed to the IRC 231 area. I noticed many people in the pods. I recognized John Mayes, who I had met the previous day. I interviewed him in the IRC 231 holding area for a declaration for the Court.

36.     I headed over to the holding cell area on the second floor of the IRC around 1:10pm. I spoke to people in holding cell 209. This holding cell is marked as the "Hispanic" cell. I counted 10 people inside.

37.     My colleague, Melissa Camacho, requested time logs for this holding cell area and I saw the logs showing several people had been there for over 12 hours.

38.     I interviewed two people in holding cell 209. I saw at least one person sleeping on a bench and another person was sleeping on the floor.

39.     I asked if they had any hygiene products. I was told no one had a toothbrush nor access to a shower. I could see the very small pile of toilet paper that the ten men had to use.

40.     Attached to this declaration as Exhibits A-K are true and correct copies of the holding cell report logs produced by Defendants for the following dates: September 30, 2022 - October 1, 2022 shift (Exhibit A); September 29-30, 2022 shift (Exhibit B); October 28, 2022 AM shift (Exhibit C); November 5, 2022 PM shift (Exhibit D); November 20, 2022 shift (Exhibit E); December 23, 2022 IRC AD Segregation Report (Exhibit F); January 7, 2023 IRC AD Segregation Report (Exhibit G); January 30, 2023 shift (Exhibit H); January 31, 2023 IRC AD Segregation Report (Exhibit I); February 16, 2023 PM shift (Exhibit J); and February 16-17, 2023 shift (Exhibit K). I reviewed logs produced by Defendants and identified missing information from the following columns: "Date/Time Removed From Cell," "How Many Present in Cell, "Why Extended," or "Cell #." I also identified instances where the written logs do not match the computer log.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

*/s/ Marisol Dominguez-Ruiz*
Marisol Dominguez-Ruiz

# Exhibit A

| Name | Booking # | Date of placement | Time of placement | Reason | Date of release from cell | Time of release from cell | # of persons in cell | Cell # |
|---|---|---|---|---|---|---|---|---|
| Marble, William | 6472690 | 9/30/22 | 1247 | housing / Still Pending Covid Results @0431 Hours | 10/1/22 | 1038 | ? | ? |
| Pena, Emanuel | 6473602 | 9/30/22 | 1512 | Awaiting housing / Still Pending Covid Results @0432 Hours | 10/1/22 | 1031 | ? | ? |
| Jones, Clifton | 6473459 | 9/30/22 | 1702 | Awaiting housing / Still Pending Covid Results @0432 Hours | 10/1/22 | 1031 | ? | ? |
| Castillo, Andres | 6472352 | 9/30/22 | 1708 | Awaiting housing / Still Pending Covid Results @0432 Hours | 10/1/22 | 1031 | ? | ? |
| Vaughn, Anthony | 6474073 | 9/30/22 | 1709 | Awaiting housing / Still Pending Covid Results @0432 Hours | 10/1/22 | 1031 | ? | ? |
| Robinson, Shane | 6474164 | 9/30/22 | 2017 | Awaiting housing / Negative Covid Tests resuts received after EM Line put together | 10/1/22 | 1135 | ? | ? |
| Doty, Jacob | 6471627 | 9/30/22 | 2018 | Awaiting housing / Still Pending Covid Results @0435 Hours | 10/1/22 | 1946 | ? | ? |
| Rice, Khoury | 6471643 | 9/30/22 | 2018 | Awaiting housing / Still Pending Covid Results @0437 HOurs | 10/1/22 | 1940 | ? | ? |
| Ceja, Erick | 6473217 | 9/30/22 | 2019 | Awaiting housing / Negative Covid Tests resuts received after EM Line put together | 10/1/22 | 1032 | ? | ? |

SOLIS 522018

10/1/22
AM Shift

| Name | Number | Date | Year | Status | | | | |
|---|---|---|---|---|---|---|---|---|
| Mendez, Delvis | 6471638 | 9/30/22 | 2019 | Awaiting housing / Negative Covid Tests resuts received after EM Line put together | OCT 1,22 | 1116 AM | ? | ? |
| Medina, Pascual | 6471636 | 9/30/22 | 2019 | Awaiting housing / Still Pending Covid Results @ 0438 hours | 10/1/22 | 1032 | ? | ? |
| Romero, Diego | 6462929 | 9/30/22 | 2019 | Awaiting housing / Negative Covid Tests resuts received after EM Line put together | 10/1/22 | 1211 PM | ? | ? |
| Chavez Ruiz, Ryan | 6474132 | 9/30/22 | 2020 | Awaiting housing / Negative Covid Tests resuts received after EM Line put together | 10/1/22 | 1044 | ? | ? |
| Zepeda, Mike | 6473410 | 9/30/22 | 2021 | Awaiting housing / Negative Covid Tests resuts received after EM Line put together | 10/1/22 | 1137 | ? | ? |
| Britosolis, Geronimo | 6474138 | 9/30/22 | 2021 | Awaiting housing / Negative Covid Tests resuts received after EM Line put together | 10/1/22 | 1044 | ? | ? |
| Rodriguez, Nicolas | 6462849 | 9/30/22 | 2031 | Awaiting housing / Negative Covid Tests resuts received after EM Line put together | 10/1/22 | 1135 PM | ? | ? |
| Mejia, Gabriel | 6474136 | 9/30/22 | 2036 | Awaiting housing / Negative Covid Tests resuts received after EM Line put together | 10/1/22 | 1031 | ? | ? |
| | | | | | | | ? | ? |
| | | | | | | | ? | ? |
| | | | | | | | ? | ? |
| | | | | | | | ? | ? |
| | | | | | | | ? | ? |
| | | | | | | | ? | ? |
| | | | | | | | ? | ? |

10/1/22 AM
SOLIS 52228

**Pursuant to the Rutherford TRO, all inmates maintained in a holding cell more than 12 hours, shall have the following information documented. Once this form is completed it shall be forwarded to the IRC Operations Office.**

| Booking Number | Last Name | Date/Time placed in cell | Type of Placement (see below) | Date/Time removed from cell | How many present in cell (not counting this) | Holding Cell # | Why extended |
|---|---|---|---|---|---|---|---|
| 6474614 | Celifountain Blake | 10/1/22 0255 | Medical | 10/1/22 0759 | 0 | 103 | Was being screened for TB. Moved to IRCC exp @ 0759 Hrs |
| 6473008 | Morris, KD | 10/1/22 0254 | Medical | | 0 | 109 | 12A pass issued 10/1 @ 0702 |
| 6474082 | Hines, Desuan | 9/30/22 1750 | | 10/1/22 0815 moved to IRCC 10/1/22 0515 move to IRCC | 0 | 127 | |
| 6463870 | Avila, Jonathan | 9/30/22 1910 | | 10/1/22 0615 To IRCL 10/1/22 0615 HRS To IRCL | 0 | 125 | 12C Pass @ 10/1 0730 hours. |
| 6472999 | Lara, Sergio | 9/30/22 2009 | | 10/1/22 0925 To IRCL | 0 | 124 | Pass issued by Med. @ 0839 R |
| 6462955 | Cervantes, Francisco | 9/30/22 2012 | | 10/1/22 0941 To IRCL | 0 | 123 | Pass issued by Medical @ 093 HR |
| 6474169 | Herrera, Jessie | 9/30/22 2305 | | | 0 | 138 | |
| 6473248 | Escobar, Kevin | 9/30/22 2125 | | | 0 | 137 | |

Type of Placement: K-10, K6B, Medical Seg, Mental Health Seg (15 min checks), Behavioral Seg (15 min check).  The noted inmates should be alone in an iso-cell.

WC: K. Solis      Date: 10/1/22      Shift: Am

Reason for why Delay: A- I231 Full, B – Pending Housing, C- Delay getting to IRCL, D- Lock-Down, E – Medical/Mental Pass not sent, F – Other (notes)

**Pursuant to the Rutherford TRO, all inmates maintained in a holding cell more than 12 hours, shall have the following information documented. Once this form is completed it shall be forwarded to the IRC Operations Office.**

| Booking Number | Last Name | Date/Time placed in cell | Type of Placement (see below) | Date/Time removed from cell | How many present in cell | Holding Cell # | Why extended |
|---|---|---|---|---|---|---|---|
| 6462973 | McKenzie, Divante | 9/30/22 2234 | | | 0 | 136 | |
| 6473186 | McCleney, Alexander | 9/30/22 2045 | | | 0 | 130 | |
| 6473143 | Hernandez, Juan | 9/30/22 2100 | | 10/1/22 0920 | 0 | 129 | 124 Pass @ 0756 |
| 6473218 6473087 | Pedroza, Jose | 9/30/22 2051 | | | ? | IRCC Cell ? | No pass as of 10/1 1115HRS |
| 6473128 | Cadra, Christoper | 9/30/22 2137 | | | ? | 122 | No pass as of 10/1 1115HRS |
| 6473414 | Gallegos, Robert | 9/30/22 2137 | | 10/1/22 1129 | ? | 122 | Pass overlooked & not taken to Cline nightaway |
| 6463753 | John, Lucas | 10/1/22 0247 | | | ? | 122 | |
| 6474125 | Domingwz, Jason | 2 a | | | ? | | |

Type of Placement: K-10, K6B, Medical Seg, Mental Health Seg (15 min checks), Behavioral Seg (15 min check).  The noted inmates should be alone in an iso-cell.

WC: K. Solis     Date: 10/1/22   Shift: AM

Reason for why Delay: A- I231 Full, B – Pending Housing, C- Delay getting to IRCL, D- Lock-Down, E – Medical/Mental Pass not sent, F -- Other (notes)

# Exhibit B

**Pursuant to the Rutherford TRO, all inmates maintained in a holding cell more than 12 hours, shall have the following information documented.  Once this form is completed it shall be forwarded to the IRC Operations Office.**

| Booking Number | Last Name | Date/Time placed in cell | Type of Placement (see below) | Date/Time removed from cell | How many present in cell | Holding Cell # | Why extended |
|---|---|---|---|---|---|---|---|
| 6473274 | RODRIGUEZ | 9/29 1840 | | 9/30/1025 | 1 | 225 | e cust. line |
| 6472484 | WILSON | 9/29 1934 | | 9/30/1830 | 1 | 207 | e cust line |
| 6462091 | CARRERA | 9/29 2103 | | 9/30/1025 | 1 | 217 | c cust line |
| 6463816 | GASCOT | 9/29 2152 | | 9/30/1244 | 1 | 103 | e 1015 e UC |
| 6473390 | DORIUS | 9/30 0006 | | 9/30/1830 | 1 | 137 | PEND. PSYCH |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Type of Placement: K-10, K6B, Medical Seg, Mental Health Seg (15 min checks), Behavioral Seg (15 min check).  The noted inmates should be alone in an iso-cell.

WC: LT. REINECKER            Date: 9/30/22        Shift: Am

Reason for why Delay: A- 1231 Full, B – Pending Housing, C- Delay getting to IRCL, D- Lock-Down, E – Medical/Mental Pass not sent, F – Other (notes)

000016

**Pursuant to the Rutherford TRO, all inmates maintained in a holding cell more than 12 hours, shall have the following information documented.  Once this form is completed it shall be forwarded to the IRC Operations Office.**

| Booking Number | Last Name | Date/Time placed in cell | Type of Placement (see below) | Date/Time removed from cell | How many present in cell | Holding Cell # | Why extended |
|---|---|---|---|---|---|---|---|
| 6471630 | Gomez, Anthony | 9/29, 1538 Hrs. | GP | 9/30, 1635 Hrs. | 15 | 211 | Pending COVID-19 test result Refused wayside transfer |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Type of Placement: K-10, K6B, Medical Seg, Mental Health Seg (15 min checks), Behavioral Seg (15 min check).  The noted inmates should be alone in an iso-cell.

WC: _TOLMASOFF_     Date: _9/30/22_   Shift: _PM_

Reason for why Delay: A- I231 Full, B – Pending Housing, C- Delay getting to IRCL, D- Lock-Down, E – Medical/Mental Pass not sent, F – Other (notes)

**Pursuant to the Rutherford TRO, all inmates maintained in a holding cell more than 12 hours, shall have the following information documented. Once this form is completed it shall be forwarded to the IRC Operations Office.**

| Booking Number | Last Name | Date/Time placed in cell | Type of Placement (see below) | Date/Time removed from cell | How many present in cell | Holding Cell # | Why extended |
|---|---|---|---|---|---|---|---|
| 6474082 | HINES DESUAN | 1750 | | 1924 10/1/22 | | 127 | |
| 6472999 | LARA SERGIO | 2009 | | 1030 10/1/22 | | 124 | |
| 6462955 | CERVANTES FRANCISCO | 2012 | | 1924 10/1/22 | | 123 | |
| 6473196 | MCELENEY ALEXANDER | 2045 | | 1927 10/1/22 | | 130 | |
| 6473143 | HERNANDEZ JUAN | 2100 | | 1030 am 10/1/22 | | 129 | |
| 6463870 | AVILA JONATHAN | 1908 | | 1015 am 10/1/22 | | 125 | |
| | | | | | | | |
| | | | | | | | |

Type of Placement: K-10, K6B, Medical Seg, Mental Health Seg (15 min checks), Behavioral Seg (15 min check).   The noted inmates should be alone in an Iso-cell.

WC: _____ Rosas   Date: 9/30/22.   Shift: PM

Reason for why Delay: A- I231 Full, B – Pending Housing, C- Delay getting to IRCL, D- Lock-Down, E – Medical/Mental Pass not sent, F – Other (notes)

# Exhibit C

Pursuant to the Rutherford TRO, all inmates maintained in a holding cell more than 12 hours, shall have the following information documented. Once this form is completed it shall be forwarded to the IRC Operations Office.

| Booking Number | Last Name | Date/Time placed in cell | Type of Placement (see below) | Date/Time removed from cell | How many present in cell | Holding Cell # | Why extended |
|---|---|---|---|---|---|---|---|
| 1490227 | Howard | 10/27/22 2032 | | 10/28/22 0056 | 1 | | Awaiting Housing |
| 6459677 | Parks | 10/28/22 0245 | | | 1 | | 78 HRS in clinic Now Pending Housing |
| 6479727 | Nunez | 10/28/22 0246 | | | 1 | | >8 HRS in clinic Now Awaiting Housing |
| 6490223 | Velasquez | 10/27/22 2022 | | 10/28/22 0757 | 1 | 124 | — |
| 6489081 | Colunga | 10/28/22 0252 | | | 1 | | 7 HRS in clinic. Now Awaiting Housing |
| 6490344 | Kramer | 10/28/22 0252 | | | | | Awaiting Housing |
| 6421572 | Lemos | 10/27/22 2151 | | | | | Awaiting Housing |
| 6489136 | Braun | 10/27/22 2140 | | 10/28/22 0428 | 1 | | Awaiting Housing |

Type of Placement: K-10, K6B, Medical Seg, Mental Health Seg (15 min checks), Behavioral Seg (15 min check). The noted inmates should be alone in an iso-cell.

WC: Solis, K          Date: 10/28/22          Shift: AM

Reason for why Delay: A- I231 Full, B – Pending Housing, C- Delay getting to IRCL, D- Lock-Down, E – Medical/Mental Pass not sent, F – Other (notes)

000849



**Pursuant to the Rutherford TRO, all inmates maintained in a holding cell more than 12 hours, shall have the following information documented.  Once this form is completed it shall be forwarded to the IRC Operations Office.**

| Booking Number | Last Name | Date/Time placed in cell | Type of Placement (see below) | Date/Time removed from cell | How many present in cell | Holding Cell # | Why extended |
|---|---|---|---|---|---|---|---|
| 6489370 | Malldon | 10/27/22 2345 | | | 1 | 129 | 79 HRS in Clinic now @ CL Awaiting Housing |
| 6490261 | Garcia | 10/28/22 0130 | | 10/28/22 0835 | 1 | 134 | ~~Awaiting Housing~~ Moved to IRCC |
| 6490668 | Duran | 10/28/22 0140 | | | 1 | 131 | |
| 6490764 | Amaya | 10/28/22 0241 | | 10/28/22 0416 | 1 | 112 | |
| 6490218 | Munn | 10/27/22 2040 | | | 1 | 127 | |
| 6489216 | Allen | 10/27/22 ~~2358~~ 2141 | | 10/28/22 ~~0838~~ 0720 | 1 | 107. | |
| 6489126 | Thompson | 10/27/22 2358 | | 10/28/22 0812 | 1 | 132 | |
| 6489250 | Estrada | 10/28/22 0015 | | | 1 | | went to UC @ ? Returned @ 0549 |

Type of Placement: K-10, K6B, Medical Seg, Mental Health Seg (15 min checks), Behavioral Seg (15 min check).  The noted inmates should be alone in an iso-cell.

WC: ___Solis, K___ Date: __10/28/22__ Shift: __AM__

Reason for why Delay: A- I231 Full, B – Pending Housing, C- Delay getting to IRCL, D- Lock-Down, E – Medical/Mental Pass not sent, F – Other (notes)



**Pursuant to the Rutherford TRO, all inmates maintained in a holding cell more than 12 hours, shall have the following information documented.  Once this form is completed it shall be forwarded to the IRC Operations Office.**

| Booking Number | Last Name | Date/Time placed in cell | Type of Placement (see below) | Date/Time removed from cell | How many present in cell | Holding Cell # | Why extended |
|---|---|---|---|---|---|---|---|
| 6490264 | Woodruff | 10/28/22 0109 | | | 1 | 135 | |
| 6453186 | Rivera | 10/27/22 1140 | | 10/28/22 0823 | ? | IRCL | Awaiting ~~Inclust Release Housing~~ housing |
| 6465574 | Turner | 10/27/22 1223 | | 10/28/22 0823 | ? | IRCL | Awaiting ~~in quarantine~~ housing - need to go back to wayside |
| 6248696 | Wilkerson | 10/27/22 1615 | | 10/28/22 0823 | ? | IRCL | Awaiting ~~quarantine~~ Housing to wayside |
| 6391935 | Oaks | 10/27/22 2031 | | 10/28/22 0823 | ? | IRCL | Awaiting housing From quarantine module |
| 6479769 | Woo | 10/28/22 0412 | | | | 122 | |
| 6490951 | Medina | 10/28/22 0742 | | | | 122 | |
| 6490729 | Goodwin | 10/28/22 0742 | | | | 122 | |

Type of Placement: K-10, K6B, Medical Seg, Mental Health Seg (15 min checks), Behavioral Seg (15 min check).  The noted inmates should be alone in an iso-cell.

WC: __Solis, K__      Date: __10/28/22__      Shift: __AM__

Reason for why Delay: A- 1231 Full, B – Pending Housing, C- Delay getting to IRCL, D- Lock-Down, E – Medical/Mental Pass not sent, F – Other (notes)

# Exhibit D



Pursuant to the Rutherford TRO, all inmates maintained in a holding cell more than 12 hours, shall have the following information documented.  Once this form is completed it shall be forwarded to the IRC Operations Office.

| Booking Number | Last Name | Date/Time placed in cell | Type of Placement (see below) | Date/Time removed from cell | How many present in cell | Holding Cell # | Why extended |
|---|---|---|---|---|---|---|---|
| 6496457 | Hague | 11/5/22 0150 | | 11/5/22 1825 | 1 | 102 | Extracte Pending Med Clearance Pend. Prescribed Housing |
| 6495573 | Salaverria | 11/4/22 1951 | | 11/5/22 1914 | 2 | 220 | B - unconfirmed G - moving to 231 |
| 6496051 | Williams | 11/4/22 2119 | | 11/5/22 1550 | 1 | 112 | 12H pass not sent until 11/5 @ 1122 |
| 6564 2652 93 | Magana | 11/4/22 2134 | | 11/5/22 1606 | 1 | 205 | B Unconfired G- Moved to 231 |
| 6339094 | Maldonado | 11/4/22 2147 | | 11/5/22 1628 | 1 | 219 | B |
| 6495645 | Morton | 11/5/22 0920 | | 0800 0800 | ? | 122 | E - |
| 5463894 | Recalde | 11/5/22 1416 | | 11/5/22 1628 | 2 | 219 | — |
| 5491040 | Alvarez | 11/5/22 1416 | | 11/5/22 1628 | 3 | 219 | — |

Type of Placement: K-10, K6B, Medical Seg, Mental Health Seg (15 min checks), Behavioral Seg (15 min check).  The noted inmates should be alone in an iso-cell.

WC: Solis, K          Date: 11/5/22     Shift: PM

002498

Reason for why Delay: A- I231 Full, B – Pending Housing, C- Delay getting to IRCL, D- Lock-Down, E – Medical/Mental Pass not sent, F– Other (notes)

# Exhibit E

Pursuant to the Rutherford TRO, all inmates maintained in a holding cell more than 12 hours, shall have the following information documented.  Once this form is completed it shall be forwarded to the IRC Operations Office.

| Booking Number | Last Name | Date/Time placed in cell | Type of Placement (see below) | Date/Time removed from cell | How many present in cell | Holding Cell # | Why extended |
|---|---|---|---|---|---|---|---|
| 6502530 | Martin | 11/20/22, 0939 hours | | 11/21/22, 1228 hours | 2 | 212 | B |
| 6392635 | Gosnell | 11/20/22, 1150 hours | | 11/21/22, 0143 hours | 2 | 212 | B |
| 6479797 | Moran | 11/20/22, 1150 hours | | 11/21/22, 0143 hours | 3 | 210 | B |
| 6489999 | Galvan | 11/20/22, 1150 hours | | 11/21/22, 1251 hours | 7 | 214 | F (In custody release) |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Reason for why Delay: A- 1231 Full, B – Pending Housing, C- Delay getting to IRCL, D- Lock-Down, E – Medical/Mental Pass not sent, F – Other (notes)

# Exhibit F

*(handwritten: 2020 HRS)*

# IRC AD Segregation Report

Date: 12/23/2022 20:17:48                                            Page: 1 of 2

| BKG# | Module | Start Date Time | SH/End Date Time | SL | Pass | Hours |
|------|--------|-----------------|------------------|----|------|-------|
| **6522389** | | | | | | | *(27.40)* |
| *Gray, Eric* IRBF | | 12/22/2022 04:56 PM | 12/22/2022 05:46 PM | | | 0.80 |
| IRCA | | 12/22/2022 05:46 PM | 12/22/2022 07:11 PM | | | 1.40 |
| IRCC | | 12/22/2022 07:11 PM | 12/23/2022 12:26 AM | | | 5.30 |
| IRCL | | 12/23/2022 12:26 AM | 12/23/2022 12:54 AM | | | 0.50 |
| IRCC | | 12/23/2022 12:54 AM | 12/23/2022 07:02 PM | | | 18.10 |
| IRCL | | 12/23/2022 07:02 PM | | | | 1.30 |
| **6522414** | | | | | | | *(25.90)* |
| *SL8* *Medina, John* IRBF | | 12/22/2022 06:21 PM | 12/22/2022 06:50 PM | | 12B | 0.50 |
| IRCA | | 12/22/2022 06:50 PM | 12/22/2022 08:15 PM | | | 1.40 |
| IRCC | | 12/22/2022 08:15 PM | | | | 24.00 |
| **6521352** | | | | | | | *(25.60)* |
| *SL7* *Castaneda, Vladamir* IRBF | | 12/22/2022 06:41 PM | 12/22/2022 10:28 PM | | 12B | 3.80 |
| IRCC | | 12/22/2022 10:28 PM | | | | 21.80 |
| **6521707** | | | | | | | *(25.30)* |
| *Foreman, Tim SL7* IRBF | | 12/22/2022 07:02 PM | 12/22/2022 10:31 PM | | 12B | 3.50 |
| IRCC | | 12/22/2022 10:31 PM | | | | 21.80 |
| **6522249 TRUJILLO, DAVID** | | | | 8 | | **19.10** |
| IRBF | | 12/23/2022 01:14 AM | 12/23/2022 01:30 AM | | | 0.30 |
| IRCA | | 12/23/2022 01:30 AM | 12/23/2022 04:26 AM | | | 2.90 |
| IRCC | | 12/23/2022 04:26 AM | | | | 15.90 |
| **6522247 HENDRIX, MUNIUNMEE** | | | | 7 | | **18.90** |
| IRBF | | 12/23/2022 01:27 AM | 12/23/2022 01:54 AM | | | 0.50 |
| IRCA | | 12/23/2022 01:54 AM | 12/23/2022 04:26 AM | | | 2.50 |
| IRCC | | 12/23/2022 04:26 AM | | | | 15.90 |
| **6512784 FRAKER, CREIGHTON** | | | | 4 | 12H | **14.20** |
| IRBF | | 12/23/2022 06:05 AM | 12/23/2022 06:17 AM | | | 0.20 |
| IRCC | | 12/23/2022 06:17 AM | | | | 14.00 |
| **6512877 BARBA, ANTHONY** | | | | 7 | 12B | **12.50** |
| IRBF | | 12/23/2022 07:48 AM | 12/23/2022 07:57 AM | | | 0.20 |
| IRCC | | 12/23/2022 07:57 AM | | | | 12.30 |
| **6522413 LUNA, RAY** | | | | 8 | | **12.30** |
| IRBF | | 12/23/2022 08:05 AM | 12/23/2022 08:32 AM | | | 0.50 |
| IRCC | | 12/23/2022 08:32 AM | | | | 11.80 |
| **6522853 RODRIGUEZ, ESTEBAN** | | | | 7 | | **10.00** |
| IRCC | | 12/23/2022 10:19 AM | | | | 10.00 |
| **6522958 DIAZ, JASON** | | | | 8 | | **9.10** |
| IRBF | | 12/23/2022 11:07 AM | 12/23/2022 02:15 PM | | | 3.10 |
| IRCA | | 12/23/2022 02:15 PM | 12/23/2022 02:59 PM | | | 0.70 |
| IRCC | | 12/23/2022 02:59 PM | 12/23/2022 07:31 PM | | | 4.50 |
| IRFB | | 12/23/2022 07:31 PM | | | | 0.80 |
| **6522954 DOMINGUEZ, FRANK** | | | | 4 | | **8.80** |
| IRBF | | 12/23/2022 11:27 AM | 12/23/2022 02:17 PM | | | 2.80 |
| IRCA | | 12/23/2022 02:17 PM | 12/23/2022 02:59 PM | | | 0.70 |
| IRCC | | 12/23/2022 02:59 PM | | | | 5.30 |
| **6328806 GOMEZ, BAYRON** | | | | 6 | | **8.70** |
| IRCL | | 12/23/2022 11:35 AM | | | | 8.70 |

003461

# Exhibit G

## IRC AD Segregation Report

Date: 01/07/2023  22:41:29

Page: 1 of 1

| BKG# | Module | Start Date Time | SH/End Date Time | SL | Pass | Hours |
|------|--------|-----------------|------------------|----|----|-------|
| 6529683 | | | | | | |
| 6530441 | TALAMANTES, HECTOR | | | 7 | | 21.70 |
| 6530318 | JARRIN, ANTHONY | | | 6 | | 21.20 |
| 6530666 | MENDOZA, SAUL | | | 7 | | 4.40 |
| 6520965 | GANDARILLA, SIMON | | | 7 | 12B | 3.90 |

# Exhibit H

**Pursuant to the Rutherford TRO, all inmates maintained in a holding cell more than 12 hours, shall have the following information documented.  Once this form is completed it shall be forwarded to the IRC Operations Office.**

| Booking Number | Last Name | Date/Time placed in cell | Type of Placement (see below) | Date/Time removed from cell | How many present in cell | Holding Cell # | Why extended |
|---|---|---|---|---|---|---|---|
| 6543643 | Abebe | 01/30/23, 1929 hours | | 1/31/23 1849 | 1 | 113 | E |
| 6543675 | Bobo | 01/30/23, 1825 hours | | 01/31/23, 1119 hours | 1 | 125 | E |
| 6543651 | Hall | 01/30/23, 1825 hours | | 1/31 /23 1115 hrs | 1 | 127 | E |
| 6542834 | Toevs | 01/30/23, 1948 hours | | 1/31/23 2317 HRS | 3 | 122 | E , A |
| 6543843 | Scott | 01/30/23, 2045 hours | | 2/1/23 0100 | 1 | 102 | E |
| 6543032 | Candelaria | 01/30/23, 2042 hours | | 1/31/23 1908 hrs RELEASED | 3 | 122 | E |
| 6543660 | Velasquez | 01/30/23, 2152 hours | | 1/31/23 2342 | 1 | 123 | E |
| 6543656 | Scisco | 01/30/23, 2242 hours | | 1/31/23 1829 hrs | 1 | 112 | E |
| | | | | | | | |

Reason for why Delay: A- I231 Full, B – Pending Housing, C- Delay getting to IRCL, D- Lock-Down, E – Medical/Mental Pass not sent, F – Other (notes)

# Exhibit I

## IRC AD Segregation Report

Date: 01/31/2023  12:03:57                                                          Page: 1 of 1

| BKG# | Module | Start Date Time | SH/End Date Time | SL | Pass | Hours |
|------|--------|-----------------|------------------|----|------|-------|
| 6543643 | ABEBE, HAYLE | | | 7 | 12H | 22.10 |
| 6543647 | CARCAMO, DANIEL | | | 8 | 12H | 20.30 |
| 6543656 | SCISCO, DAVID | | | 7 | 12H | 19.30 |
| 6543653 | MERCADO, RICHARD | | | 7 | | 18.90 |
| 6543660 | VELASQUEZ, RENE | | | 7 | 12B | 18.30 |
| 6542834 | TOEVS, NICHOLAS | | | 8 | 12B | 18.10 |
| 6543843 | SCOTT, BROOKLYN | | | 8 | | 17.70 |
| 6543032 | CANDELARIA, ALEXANDER | | | 8 | 12B | 17.00 |
| 6534454 | PETERSON, ALLEN | | | 7 | | 9.50 |
| 6544028 | RICHMOND, JERIANA | | | 8 | | 8.60 |
| 6344234 | HERNANDEZ, JAMES | | | 7 | | 2.20 |
| 6514818 | CHANDLER, REYNALD | | | 8 | | 2.20 |
| 6542933 | MAGNEY, TONY | | | 7 | | 2.20 |
| 6497886 | MOORE, EUGENE | | | 7 | | 1.10 |
| 6533843 | HOWARD, KENNETH | | | U | | 0.10 |

# Exhibit J

**Pursuant to the Rutherford TRO, all inmates maintained in a holding cell more than 12 hours, shall have the following information documented. Once this form is completed it shall be forwarded to the IRC Operations Office.**

| Booking Number | Last Name | Date/Time placed in cell | Type of Placement (see below) | Date/Time removed from cell | How many present in cell | Holding Cell # | Why extended |
|---|---|---|---|---|---|---|---|
| 6553672 | MUNOZ | 2/16 0740 | | | 1 | 1 2 3 | |
| 6552749 | VASQUEZ | 2/16 1325 | | 2/16/23 1732 | 1 | 1 3 8 | |
| 6553212 | VADILLO | 2/15 2333 | | | 1 | 1 3 7 | |
| 6553905 | DELAVAUX | | | | 4 | 1 3 6 | |
| 6553903 | STANLEY | | | | 4 | 1 2 6 | |
| 6553909 | BECK | | | | 4 | 1 3 6 | |
| 6553908 | DURUISSEAU | | | | 4 | 1 3 6 | |
| 6552809 | KING | 2/15 2204 | | | 1 | 1 2 9 | |

Type of Placement: K-10, K6B, Medical Seg, Mental Health Seg (15 min checks), Behavioral Seg (15 min check).  The noted inmates should be alone in an iso-cell.

WC: REINECKER _____ Date: 2/16 _____ Shift: PM _____

Reason for why Delay: A- I231 Full, B – Pending Housing, C- Delay getting to IRCL, D- Lock-Down, E – Medical/Mental Pass not sent, F- Other (notes)

# Exhibit K

**Pursuant to the Rutherford TRO, all inmates maintained in a holding cell more than 12 hours, shall have the following information documented. Once this form is completed it shall be forwarded to the IRC Operations Office.**

| Booking Number | Last Name | Date/Time placed in cell | Type of Placement (see below) | Date/Time removed from cell | How many present in cell | Holding Cell # | Why extended |
|---|---|---|---|---|---|---|---|
| 6553873 | Guerrero | 02/16/23, 1615 hours | | 02/17/23, 1615 hours | 3 | 220 | B |
| 6543219 | Moore | 02/16/23, 1757 hours | | 02/17/23, 1501 hours | 4 | 122 | E |
| 6543322 | Momom | 02/16/23, 1805 hours | | 02/17/23, 1653 hours | 4 | 122 | E |
| 6542725 | Escarcega | 02/16/23, 2054 hours | | 02/17/23, 1930 hours | 3 | 220 | B |
| 6553926 | Hicks | 02/16/23, 2128 hours | | 02/17/23, 2101 hours | 4 | 122 | E |
| 6553800 | Bennett | 02/16/23, 1956 hours | | 02/17/23, 1805 hours | 4 | 122 | E |
| 6553866 | Martin | 02/17/23, 0155 hours | | 02/17/23, 2003 hours | 1 | 123 | E |
| 6552455 | Villegas | 02/17/23, 0756 hours | | | 1 | 208 | B |
| 6553943 | Bautista | 02/17/23, 1111 hours | | 02/18/23, 0030 hours | 1 | 125 | E |

Reason for why Delay: A- I231 Full, B – Pending Housing, C- Delay getting to IRCL, D- Lock-Down, E – Medical/Mental Pass not sent, F – Other (notes)