PETER J. ELIASBERG (189110)
peliasberg@aclusocal.org
MELISSA CAMACHO (264024)
mcamacho@aclusocal.org
**ACLU FOUNDATION OF SOUTHERN CALIFORNIA**
1313 W. 8th Street
Los Angeles, CA 90017
Phone: (213) 977-9500
Fax: (213) 977-5299

CORENE T. KENDRICK (226642)
ckendrick@aclu.org
MARISOL DOMINGUEZ-RUIZ (345416)
mdominguez-ruiz@aclu.org
**ACLU NATIONAL PRISON PROJECT**
39 Drumm St.
San Francisco, CA 94111
Phone: (202) 393-4930
Fax: (202) 393-4931

DAVID C. FATHI (*pro hac vice*)*
dfathi@aclu.org
**ACLU NATIONAL PRISON PROJECT**
915 15th St., NW
Washington, D.C. 20005
Phone: (202) 393-4930
Fax: (202) 393-4931

*Not admitted in D.C., practice limited to federal courts

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DENNIS RUTHERFORD, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> ROBERT LUNA, Sheriff of Los Angeles County, in his official capacity, and COUNTY OF LOS ANGELES, in their official capacities, *et al.* <br><br> Defendants. | Case No. CV 75-04111 DDP <br><br> **DECLARATION OF BERKLEE DONAVAN** |

1

Case No. CV-75-04111-DDP

**DECLARATION OF BERKLEE DONAVAN**

**Declaration of Berklee Donavan**

I, Berklee Donavan, hereby declare:

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2. I am the Jails Conditions Advocate at the ACLU Foundation of Southern California and am admitted to monitor and report on the conditions of Los Angeles county jail facilities. I hold a Masters in Social Work (MSW) and have worked with incarcerated populations for the past ten years.

3. The purpose of this declaration is to set forth what I observed when I visited the Inmate Reception Center (IRC) at the Los Angeles County Jails downtown on Thursday, February 16th, 2023 between 2:30pm and 4pm. On that date, I was accompanied by my supervisor Melissa Camacho and Marisol Dominguez-Ruiz, attorneys of record for Plaintiff class in this matter.

4. The conditions I observed were shocking. Upon entering the IRC, my attention was immediately drawn to the number of men who were in the room and the amount of trash on the ground. Trash covered the ground underneath the seats and was strewn about throughout the room. Every seat was filled with someone sitting in it, except for the few seats that were acting as make-shift trashcans, holding trash from a previous meal, or were broken and unsafe to sit in. Because there weren't enough seats for everyone, many were laying or sitting on the ground. An older man was strapped to a gurney and stationed off to the side next to Room B. Some of the incarcerated people told me he had been there for at least 24hrs.

5. The environment was loud with both TVs on, many voices speaking over one another, and one incarcerated person who was being held in a separate area exclaiming incoherently.

6. As we started to walk through, officers began to use their flashlights and yell for the men on the ground to stand up and take a seat. There were not enough seats to accommodate everyone that was on the ground, and many made this remark to the deputies. There were at least 40-50 people left without a seat. After making the minimal attempt to stand everyone up, the

deputies quickly went back to standing along the edges of the IRC talking amongst themselves.

7. I walked through the space and began asking folks how long they had been kept in this room. The responses ranged anywhere from that morning to 2 days ago. Most reported having arrived on Tuesday, February 14th, 2023 after having spent multiple days being held at an LAPD station facility. This was particularly appalling as this is a room without any individual cells or beds for people to lay down or get sleep.

8. A group of about 4-6 incarcerated people I spoke with stated that when they were brought to the IRC showers, they were left in there for about 5 hours before being let out. The showers were not equipped with soap. Additionally, they were not provided with any kind of hygiene kit that might include a toothbrush or toothpaste.

9. The IRC was cold and many of the incarcerated people were reporting feeling "freezing," particularly at the back of the room where the large holding cage is located. Because of the temperature, the lack of places to rest or lay down, and the dirty nature of the ground, the incarcerated people who had been there for 1-2 days were not getting any kind of sleep. Many reported "dozing" when they could.

10. I asked everyone when the last time they were fed a meal was, and many reported receiving peanut butter and jelly sandwiches around 6am that morning. A deputy I spoke to later stated that breakfast was passed out around 8am that morning. About 45 minutes after we arrived at the facility, trustees walked through and passed out an additional peanut butter and jelly sandwich lunch bag to everyone. It had been at least 7 hours since any of them had eaten. Many of the incarcerated people told me that the only reason they got an additional meal was because the ACLU was present and asking them questions.

11. About 5 incarcerated persons reported being unable to use the phones available because they were not being provided with the necessary pin number.

12. I inquired about whether they were still waiting to complete their medical and mental health checks or had been considered cleared. I was not able to confirm with documentation, but about half of the incarcerated persons I spoke to reported having completed both necessary checks and were awaiting housing. As I had just been visiting Men's County Jail

2

to witness Unit 6050 being used as overspill from the IRC, I knew that there was a lack of available beds. A primary concern among the incarcerated persons I spoke to was missing upcoming court dates because they were being held in the IRC with no timeline or next steps outlined to them.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed this 21st day of February 2023 in Los Angeles, California.

Berklee Donavan