OFFICE OF COUNTY COUNSEL
Dawyn Harrison (173855)
Interim County Counsel
 dharrison@counsel.lacounty.gov
Dylan Ford (228699)
Deputy County Counsel
 dford@counsel.lacounty.gov
500 West Temple St., Floor 6
Los Angeles, California 90012
Telephone:  (213) 974-1807
Facsimile:   (213) 687-8822

KENDALL BRILL & KELLY LLP
Robert E. Dugdale (167258)
 rdugdale@kbkfirm.com
Michael J. McCarthy (334829)
 mmccarthy@kbkfirm.com
Katelyn A. Kuwata (319370)
 kkuwata@kbkfirm.com
10100 Santa Monica Blvd., Suite 1725
Los Angeles, California 90067
Telephone: (310) 272-7904
Facsimile:  (310) 556-2705

*Attorneys for Defendants Los Angeles County Sheriff Robert Luna, in his official capacity, and the County of Los Angeles*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DENNIS RUTHERFORD, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT LUNA, Sheriff of Los Angeles County, in his official capacity, and the COUNTY OF LOS ANGELES, <br><br> Defendants. | Case No. 75-cv-04111-DDP <br><br> **JOINT STIPULATION TO SET BRIEFING SCHEDULE AND HEARING ON PLAINTIFFS' MOTION FOR AN ORDER TO SHOW CAUSE RE: CONTEMPT** <br><br> Date: April 3, 2023 <br> Time: 10:00 a.m. <br> Judge: Hon. Dean D. Pregerson <br> Crtrm: Courtroom 9C <br><br> [Proposed] Order Filed Under Separate Cover |

# JOINT STIPULATION

**Whereas**, on September 27, 2022, this Court issued a preliminary injunction ("PI") that related to the problems with overcrowding, delays in processing and moving class members to permanent jail housing, and living conditions within the Defendants' Inmate Reception Center; and that ordered Defendants to document and provide reports related to any class members detained beyond timeframes ordered by the Court (ECF No. 351);

**Whereas**, on December 20, 2022, pursuant to the stipulation of the parties, the Court issued an order extending the PI (ECF No. 371);

**Whereas**, on February 27, 2023, Plaintiffs filed a Motion for an Order to Show Cause Re: Contempt ("Motion"), which noticed the hearing on the Motion for March 20, 2023;

**Whereas**, the parties have conferred and agreed to the following briefing schedule and hearing date for Plaintiffs' Motion:

| **Event** | **Deadline** |
|---|---|
| Defendants' Response to Plaintiffs' Motion | March 13, 2023 |
| Plaintiffs' Reply in support of Motion | March 20, 2023 |
| Hearing on Plaintiffs' Motion | April 3, 2023 |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

Kendall Brill & Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

1
JOINT STIPULATION TO SET BRIEFING SCHEDULE AND HEARING

Accordingly, the parties hereby **STIPULATE**, subject to the Court's approval, that Defendants' Response to Plaintiffs' Motion shall be due on March 13, 2023; Plaintiffs' Reply in support of Motion shall be due on March 20, 2023; and the hearing on Plaintiffs' Motion shall be set for April 3, 2023.

DATED:  March 2, 2023

KENDALL BRILL & KELLY LLP
Robert E. Dugdale
Michael J. McCarthy
Katelyn A. Kuwata

OFFICE OF COUNTY COUNSEL
Dawyn Harrison
Dylan Ford

By:  s/ Robert E. Dugdale
Robert E. Dugdale
*Attorneys for Defendants Los Angeles County Sheriff Robert Luna, in his official capacity, and the County of Los Angeles*

DATED:  March 2, 2023

ACLU FOUNDATION OF SOUTHERN CALIFORNIA
Peter J. Eliasberg
Melissa Camacho

ACLU NATIONAL PRISON PROJECT
David C. Fathi
Corene T. Kendrick
Marisol Dominguez-Ruiz

By:  s/ Corene T. Kendrick
Corene T. Kendrick
*Attorneys for Plaintiffs*

**ATTESTATION REGARDING SIGNATORIES**

I. Robert E. Dugdale, hereby attest that counsel for Plaintiffs concur in the filing's content and have authorized the filing.

Executed on March 2, 2023, in Los Angeles, California.

By:     s/ Robert E. Dugdale
       Robert E. Dugdale
       *Attorneys for Defendants Los Angeles County Sheriff Robert Luna, in his official capacity, and the County of Los Angeles*