# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DENNIS RUTHERFORD, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>ROBERT LUNA, Sheriff of Los Angeles County, in his official capacity, and the COUNTY OF LOS ANGELES,<br><br>　　　　Defendants. | Case No. 75-cv-04111-DDP<br><br>**[PROPOSED] ORDER ACCEPTING JOINT STIPULATION TO SET BRIEFING SCHEDULE AND HEARING ON PLAINTIFFS' MOTION FOR AN ORDER TO SHOW CAUSE RE: CONTEMPT**<br><br>Date: April 3, 2023<br>Time: 10:00 a.m.<br>Judge: Hon. Dean D. Pregerson<br>Crtrm: Courtroom 9C |

Kendall Brill & Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

[PRPOSED] ORDER ACCEPTING JOINT STIPULATION TO SET BRIEFING SCHEDULE AND HEARING

**[PROPOSED] ORDER**

Having reviewed the parties' Joint Stipulation to Set Briefing Schedule and Hearing on Plaintiffs' Motion for an Order to Show Cause Re: Contempt ("Motion"), filed on March 2, 2023, and good cause appearing,

**IT IS HEREBY ORDERED** that the following briefing schedule and hearing date for Plaintiffs' Motion shall be set:

| Event | Deadline |
|---|---|
| Defendants' Response to Plaintiffs' Motion | March 13, 2023 |
| Plaintiffs' Reply in support of Motion | March 20, 2023 |
| Hearing on Plaintiffs' Motion | April 3, 2023 |

**IT IS SO ORDERED.**

DATED: March ___, 2023

_____
Hon. Dean D. Pregerson
Judge, United States District Court

Kendall Brill & Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

1
[PRPOSED] ORDER ACCEPTING JOINT STIPULATION TO SET BRIEFING SCHEDULE AND HEARING