OFFICE OF COUNTY COUNSEL
Dawyn Harrison (173855)
Interim County Counsel
  dharrison@counsel.lacounty.gov
Dylan Ford (228699)
Deputy County Counsel
  dford@counsel.lacounty.gov
500 West Temple St., Floor 6
Los Angeles, California 90012
Telephone:   (213) 974-1807
Facsimile:    (213) 687-8822

KENDALL BRILL & KELLY LLP
Robert E. Dugdale (167258)
  rdugdale@kbkfirm.com
Michael J. McCarthy (334829)
  mmccarthy@kbkfirm.com
Katelyn A. Kuwata (319370)
  kkuwata@kbkfirm.com
10100 Santa Monica Blvd., Suite 1725
Los Angeles, California 90067
Telephone: (310) 272-7904
Facsimile:   (310) 556-2705

*Attorneys for Defendants Los Angeles County Sheriff Robert Luna, in his official capacity, and the County of Los Angeles*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DENNIS RUTHERFORD, et al., | Case No. 75-cv-04111-DDP |
| Plaintiffs, | |
| v. | **PROOF OF SERVICE** |
| ROBERT LUNA, Sheriff of Los Angeles County, in his official capacity, and the COUNTY OF LOS ANGELES, | |
| Defendants. | |

Kendall Brill & Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

PROOF OF SERVICE

# PROOF OF SERVICE

**STATE OF , COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of . My business address is 10100 Santa Monica Blvd., Suite 1725, Los Angeles, CA 90067.

On March 2, 2023, I served true copies of the following document(s) described as

**1. JOINT STIPULATION TO SET BRIEFING SCHEDULE AND HEARING ON PLAINTIFFS' MOTION FOR AN ORDER TO SHOW CAUSE RE: CONTEMPT**

**2. [PROPOSED] ORDER ACCEPTING JOINT STIPULATION TO SET BRIEFING SCHEDULE AND HEARING ON PLAINTIFFS' MOTION FOR AN ORDER TO SHOW CAUSE RE: CONTEMPT** on the interested parties in this action as follows:

Roger H. Granbo
648 Kenneth Hahn Hall of Administration
Los Angeles County Counsel
500 W Temple Street Suite 605
Los Angeles CA 90012-2713

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

**BY MAIL:** I enclosed the document(s) in a sealed envelope addressed to each interested party at the address indicated above or on the attached service list. I placed each such envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Kendall Brill & Kelly LLP's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 2, 2023, at Los Angeles, California.

*Carla K. Rossi*
Carla K. Rossi