PETER J. ELIASBERG (189110)
peliasberg@aclusocal.org
MELISSA CAMACHO (264024)
mcamacho@aclusocal.org
**ACLU FOUNDATION OF SOUTHERN CALIFORNIA**
1313 W. 8th Street
Los Angeles, CA 90017
Phone: (213) 977-9500

CORENE T. KENDRICK (226642)
ckendrick@aclu.org
MARISOL DOMINGUEZ-RUIZ (345416)
mdominguez-ruiz@aclu.org
**ACLU NATIONAL PRISON PROJECT**
39 Drumm St.
San Francisco, CA 94111
Phone: (202) 393-4930

DAVID C. FATHI (*pro hac vice*)\*
dfathi@aclu.org
**ACLU NATIONAL PRISON PROJECT**
915 15th St., NW
Washington, D.C. 20005
Phone: (202) 393-4930

\*Not admitted in D.C., practice limited to federal courts

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DENNIS RUTHERFORD, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> ROBERT LUNA, Sheriff of Los Angeles County, in his official capacity, and COUNTY OF LOS ANGELES, in their official capacities, *et al.* <br><br> Defendants. | Case No. CV 75-04111 DDP <br><br> **JOINT STIPULATION TO EXTEND PRELIMINARY INJUNCTION (Docs. 351, 371)** |

On September 27, 2022, this Court issued a preliminary injunction and order, that related to the problems with overcrowding, delays in processing and moving class members to permanent jail housing, and living conditions within the Defendants' Inmate Reception Center (IRC); and that ordered Defendants to document and provide reports related to any class members detained beyond

1

timeframes ordered by the Court. *See generally* Doc. 351 (hereinafter "IRC PI").

The parties stipulated to a response to an Order to Show Cause issued by the Court on November 9, 2022, directing Defendants to provide in 90 days a written report detailing, among other things, the number of people with mental illness who would need to be diverted from the Jail to reduce the backlog in the IRC, and what steps Defendants shall take to reduce the population of people with severe mental illness in the next year and next three years. *See* Doc. 368 (hereinafter "OSC"). On February 8, 2023, this Court granted the parties' stipulation [Doc. 372] to extend the deadline for Defendants to respond to the OSC to March 9, 2023. Doc. 373.

On December 20, 2022, the Court extended the IRC PI for another 90 days. Doc. 371. Under the plain language of the Prison Litigation Reform Act ("PLRA"), this extension will expire on March 20, 2023 unless the Court makes findings required under 18 U.S.C. § 3626(a)(1) for the entry of prospective relief, and makes the order final. *See* 18 U.S.C. § 3626(a)(2) (stating that preliminary relief "shall automatically expire on the date that is 90 days after its entry unless the court . . . makes the order final before the expiration of the 90-day period."). However, Ninth Circuit and precedent in this case have found that if preliminary relief is still warranted, the court may renew a preliminary injunction after the previous one expires. *Mayweathers v. Newland*, 258 F.3d 930, 934 (9th Cir. 2001).[1]

The parties have conferred and have agreed that in light of outstanding court deadlines in this case, that the IRC PI should remain in place. Accordingly, the parties have agreed that the Court should issue an injunction on or before March 20, 2023, that is consistent with the IRC PI issued on September 27, 2022.

A proposed order is attached and will be submitted to the Court's chambers in accordance with the Local Rules.

---

[1]  This Court previously extended the terms of preliminary injunctions on January 25, 2007 and April 20, 2007. *See* Docs. 121 and 128 (entered prior to the Central District's implementation of the Electronic Case Filing system).

|   |   |   |
|---|---|---|
| 1 |   | Respectfully submitted, |
| 2 | DATED: March 3, 2023 | By:   /s/ Corene T. Kendrick |

Peter J. Eliasberg
Melissa Camacho-Cheung
**ACLU FOUNDATION OF SOUTHERN CALIFORNIA**

David C. Fathi
Corene T. Kendrick
Marisol Dominguez-Ruiz
**ACLU NATIONAL PRISON PROJECT**

Attorneys for Plaintiffs Dennis Rutherford, *et al.*

 /s/ Robert E. Dugdale (with permission)

Robert E. Dugdale
**KENDALL BRILL & KELLY LLP**

Dawyn Harrison
Dylan Ford
**OFFICE OF COUNTY COUNSEL**

Attorneys for Defendants Los Angeles County Sheriff Robert Luna, County of Los Angeles, *et al.*

## ATTESTATION REGARDING SIGNATORIES

I, Corene T. Kendrick, hereby attest that Counsel for Defendants concur in the filing's content and have authorized the filing.

Executed on March 3, 2023, at San Francisco, CA.

 /s/ Corene T. Kendrick
Corene T. Kendrick
ACLU National Prison Project

# CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2023, I electronically transmitted the above document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to Counsel for Defendants who are registered CM/ECF users.

DATED:	March 3, 2023	  */s/ Corene T. Kendrick*
	Corene T. Kendrick
	ACLU National Prison Project

	*Attorneys for Plaintiffs*