OFFICE OF COUNTY COUNSEL
Dawyn Harrison (173855)
Acting County Counsel
  dharrison@counsel.lacounty.gov
Dylan Ford (228699)
Deputy County Counsel
  dford@counsel.lacounty.gov
500 West Temple St., Floor 6
Los Angeles, California 90012
Telephone:   (213) 974-1807/(213) 974-1811
Facsimile:   (213) 687-8822

KENDALL BRILL & KELLY LLP
Robert E. Dugdale (167258)
  rdugdale@kbkfirm.com
Michael J. McCarthy (334829)
  mmccarthy@kbkfirm.com
Katelyn A. Kuwata (319370)
  kkuwata@kbkfirm.com
10100 Santa Monica Blvd., Suite 1725
Los Angeles, California 90067
Telephone: (310) 272-7904
Facsimile:   (310) 556-2705

*Attorneys for Defendants Los Angeles County Sheriff Robert Luna and the County of Los Angeles*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DENNIS RUTHERFORD, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT LUNA, Sheriff of Los Angeles County, in his official capacity, and the COUNTY OF LOS ANGELES, <br><br> Defendants. | Case No. 75-cv-04111-DDP <br><br> **DECLARATION OF ROBERT E. DUGDALE** <br><br> Hon. Dean D. Pregerson <br> Courtroom 9C |

## DECLARATION OF ROBERT E. DUGDALE

I, Robert E. Dugdale, declare as follows:

1. My name is Robert E. Dugdale. I am an attorney in good standing with the State Bar of California, and I represent the County of Los Angeles and the Los Angeles County Sheriff's Department ("LASD") in this case. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. Between September 27, 2022 and October 12, 2022, the LASD generated daily reports containing the name and booking number of every inmate who had been in the Inmate Reception Center ("IRC") for more than 24 hours at the time that the report was generated and the number of hours spent in the IRC, and the total number of inmates in the IRC, as of the date and time the reports were generated (the "Sept. 27 to Oct. 12 Reports").

3. People working at my direction reviewed the Sept. 27 to Oct. 12 Reports and tallied the number of unique inmates who spent more than 24 hours and 36 hours in the IRC during this time period, as well as the number of inmates in the IRC during this time period (the "Sept. 27 to Oct. 12 Data"). We extracted this data into an Excel spreadsheet (the "Excel Spreadsheet").

4. On October 13, 2022, LASD began generating three such reports each day at different time intervals (AM Shift, PM Shift, EM Shift). These reports also include the name and booking number of every inmate who had been in the IRC for more than 24 hours at the time that the reports were generated, the total number of hours that inmate spent in the IRC, and the number of inmates in the IRC as of the date and time the reports were generated (the "Updated IRC Reports").

5. People working at my direction reviewed the Updated IRC Reports for the October 13, 2022 to November 16, 2022 time period and tallied the number of unique inmates who spent more than 24 hours and 36 hours in the IRC during that time period (the "Oct. 13 to Nov. 16 Data") by comparing the three reports and

2

1  removing duplicate inmates.[1]  We entered that data into the Excel Spreadsheet.

2        6.    It is my understanding counsel for Plaintiffs and those working at his
3  direction reviewed those Updated IRC Reports that were generated between
4  November 17, 2023 and February 23, 2023 and tallied the number of inmates who
5  spent more than 24 hours and 36 hours in the IRC.  Myself and those working at my
6  direction have reviewed the Declaration of Peter Eliasberg in Support of Plaintiffs'
7  Motion for Order to Show Cause re Contempt, including Exhibit C, which contains
8  the results of that tally.  *See* Decl. of Peter J. Eliasberg ("Eliasberg Decl."), Dkt. No.
9  375-3 ¶¶ 6-10, Ex. C.  We extracted this tally data (the "ACLU Data") and entered it
10 into the Excel Spreadsheet.

11       7.    People working at my direction reviewed the Updated IRC Reports for
12 the February 24-28, 2023 time period and tallied the number of unique inmates who
13 spent more than 24 hours and 36 hours in the IRC by tracking each inmate through
14 the three daily reports (the "Feb 24 to Feb 28 Data").[2]  This information was entered
15 into the Excel Spreadsheet.

16       8.    We also reviewed AM Shift Reports from October 12, 2022 to
17 February 28, 2023 and extracted the total number of inmates as reflected in the
18 report (the "Oct. 12 to Feb. 28 IRC Count Data") into the Excel Spreadsheet.

19       9.    Between September 27, 2022 and February 28, 2023, LASD had also
20 generated a new once-daily booking count at 0600 hours which reflects the number
21 of new inmates arrested or remanded who entered the Los Angeles County jail
22 system through the IRC that day.  Those working at my direction extracted this data

---

[1] During this review process, we were unable to access one set of reports for October 19, October 28, November 4, November 6, November 10, November 11, November 12 and November 16, 2022.  The tally is thus based on only two sets of reports for those days.

[2] We were unable to access one set of records for February 25, 2023.  The tally is thus based on only two sets of reports for this day.

for each day in this time period ("New Bookings Data") and entered it into the Excel Spreadsheet.

10. As reflected above, we ultimately compiled the following data into the Excel Spreadsheet: (1) Sept. 27 to Oct. 12 Data; (2) Oct. 13 to Nov. 16 Data, (3) the ACLU Data, (4) Feb. 23 to Feb. 28 Data, (5) Oct. 12 to Feb. 28 IRC Count Data, and (6) the New Booking Data..

11. We then calculated the "Daily Compliance Rate" by subtracting the total number of inmates who were in the IRC for more than 24 hours each day from the total number of inmates in the IRC on the same day and dividing that result by the total number of inmates in the IRC. The result was a percentage figure that indicates what proportion of inmates spent less than 24 hours in the IRC on each day analyzed. We generated the "Average Daily Compliance Rate" by adding each Daily Compliance Rate and dividing by 155 (the number of days in the time period).

12. Additionally, we calculated the "Overall Compliance Rate" by subtracting the total number of inmates who spent more than 24 hours each day from the total number of inmates in the IRC for the entire period of September 27, 2022 to February 28, 2022 and dividing that result by the total number of inmates in the IRC during that same period. The result was a percentage figure that indicates what overall proportion of inmates spent less than 24 hours being processed through the IRC across that period.

13. Attached hereto as Exhibit A and submitted pursuant to Federal Rule of Evidence 1006 is the Excel Spreadsheet, which contains the following extracted and compiled data: (1) Date; (2) number of new individuals booked through the IRC that day (IRC New Bookings); (3) total number of inmates in the IRC (IRC Clock Count); (4) total number of inmates held in the IRC for more than 24 hours (24 Hours + (All)); (5) the number of inmates held in the IRC for more than 24 hours but less than 36 hours (24-36 Hours); (6) the number of inmates held in IRC for more than 36 hours on each day from September 27, 2022 through February 28,

Kendall Brill & Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

4

2023 (36 Hours+); (7) the Daily Compliance Rate; (8) Average Daily Compliance Rate; and (9) the Overall Compliance Rate.

14.  Based on this data, we used Excel to generate a line graph, also contained in Exhibit A, which depicts categories 1-2 and 4-7.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on this 13th day of March, 2023, at Los Angeles, California.

                    s/ Robert E. Dugdale
                    Robert E. Dugdale

Kendall Brill & Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067