| Year | Date | IRC New Bookings | IRC Clock Count | 24 Hours + (All) | 24-36 Hours | 36 Hours + | Daily Compliance Rate |
|---|---|---|---|---|---|---|---|
| 2022 | 27-Sep | 256 | 246 | 0 | 0 | 0 | 100.0% |
| | 28-Sep | 175 | 354 | 3 | 3 | 0 | 99.2% |
| | 29-Sep | 182 | 272 | 0 | 0 | 0 | 100.0% |
| | 30-Sep | 208 | 245 | 0 | 0 | 0 | 100.0% |
| | 1-Oct | 41 | 244 | 0 | 0 | 0 | 100.0% |
| | 2-Oct | 55 | 123 | 4 | 4 | 0 | 96.7% |
| | 3-Oct | 233 | 133 | 0 | 0 | 0 | 100.0% |
| | 4-Oct | 242 | 214 | 0 | 0 | 0 | 100.0% |
| | 5-Oct | 209 | 257 | 0 | 0 | 0 | 100.0% |
| | 6-Oct | 196 | 233 | 0 | 0 | 0 | 100.0% |
| | 7-Oct | 159 | 212 | 1 | 1 | 0 | 99.5% |
| | 8-Oct | 48 | 225 | 2 | 2 | 0 | 99.1% |
| | 9-Oct | 57 | 128 | 4 | 4 | 0 | 96.9% |
| | 10-Oct | 229 | 135 | 2 | 1 | 1 | 98.5% |
| | 11-Oct | 215 | 291 | 0 | 0 | 0 | 100.0% |
| | 12-Oct | 146 | 249 | 0 | 0 | 0 | 100.0% |
| | 13-Oct | 170 | 159 | 2 | 2 | 0 | 98.7% |
| | 14-Oct | 193 | 176 | 5 | 5 | 0 | 97.2% |
| | 15-Oct | 50 | 201 | 1 | 1 | 0 | 99.5% |
| | 16-Oct | 43 | 146 | 5 | 1 | 4 | 96.6% |
| | 17-Oct | 199 | 115 | 0 | 0 | 0 | 100.0% |
| | 18-Oct | 227 | 145 | 9 | 9 | 0 | 93.8% |
| | 19-Oct | 168 | 299 | 8 | 8 | 0 | 97.3% |
| | 20-Oct | 155 | 160 | 35 | 34 | 1 | 78.1% |
| | 21-Oct | 164 | 143 | 20 | 16 | 4 | 86.0% |
| | 22-Oct | 56 | 147 | 15 | 13 | 2 | 89.8% |
| | 23-Oct | 56 | 129 | 4 | 2 | 2 | 96.9% |
| | 24-Oct | 194 | 112 | 9 | 9 | 0 | 92.0% |
| | 25-Oct | 238 | 135 | 3 | 3 | 0 | 97.8% |
| | 26-Oct | 167 | 164 | 5 | 5 | 0 | 97.0% |
| | 27-Oct | 128 | 152 | 3 | 2 | 1 | 98.0% |
| | 28-Oct | 185 | 217 | 5 | 4 | 1 | 97.7% |
| | 29-Oct | 49 | 209 | 26 | 26 | 0 | 87.6% |
| | 30-Oct | 52 | 128 | 7 | 6 | 1 | 94.5% |
| | 31-Oct | 180 | 125 | 1 | 0 | 1 | 99.2% |
| | 1-Nov | 202 | 156 | 0 | 0 | 0 | 100.0% |
| | 2-Nov | 151 | 129 | 3 | 3 | 0 | 97.7% |

**Exhibit A**
**Page 6**

| | | | | | | |
|---|---|---|---|---|---|---|
| 3-Nov | 159 | 174 | 5 | 5 | 0 | 97.1% |
| 4-Nov | 149 | 191 | 0 | 0 | 0 | 100.0% |
| 5-Nov | 47 | 157 | 5 | 5 | 0 | 96.8% |
| 6-Nov | 45 | 53 | 0 | 0 | 0 | 100.0% |
| 7-Nov | 184 | 90 | 0 | 0 | 0 | 100.0% |
| 8-Nov | 208 | 92 | 2 | 2 | 0 | 97.8% |
| 9-Nov | 139 | 123 | 4 | 3 | 1 | 96.7% |
| 10-Nov | 162 | 145 | 4 | 4 | 0 | 97.2% |
| 11-Nov | 75 | 113 | 2 | 2 | 0 | 98.2% |
| 12-Nov | 42 | 65 | 1 | 0 | 1 | 98.5% |
| 13-Nov | 66 | 74 | 0 | 0 | 0 | 100.0% |
| 14-Nov | 216 | 80 | 1 | 1 | 0 | 98.8% |
| 15-Nov | 269 | 149 | 3 | 3 | 0 | 98.0% |
| 16-Nov | 155 | 220 | 5 | 5 | 0 | 97.7% |
| 17-Nov | 139 | 220 | 5 | 4 | 1 | 97.7% |
| 18-Nov | 165 | 163 | 0 | 0 | 0 | 100.0% |
| 19-Nov | 49 | 142 | 0 | 0 | 0 | 100.0% |
| 20-Nov | 55 | 105 | 0 | 0 | 0 | 100.0% |
| 21-Nov | 179 | 129 | 0 | 0 | 0 | 100.0% |
| 22-Nov | 215 | 156 | 1 | 1 | 0 | 99.4% |
| 23-Nov | 164 | 213 | 13 | 13 | 0 | 93.9% |
| 24-Nov | 52 | 191 | 3 | 3 | 0 | 98.4% |
| 25-Nov | 50 | 124 | 0 | 0 | 0 | 100.0% |
| 26-Nov | 47 | 84 | 0 | 0 | 0 | 100.0% |
| 27-Nov | 65 | 70 | 0 | 0 | 0 | 100.0% |
| 28-Nov | 226 | 110 | 0 | 0 | 0 | 100.0% |
| 29-Nov | 277 | 139 | 6 | 6 | 0 | 95.7% |
| 30-Nov | 143 | 203 | 4 | 4 | 0 | 98.0% |
| 1-Dec | 181 | 164 | 6 | 5 | 1 | 96.3% |
| 2-Dec | 167 | 145 | 2 | 2 | 0 | 98.6% |
| 3-Dec | 45 | 127 | 2 | 2 | 0 | 98.4% |
| 4-Dec | 49 | 117 | 0 | 0 | 0 | 100.0% |
| 5-Dec | 165 | 100 | 0 | 0 | 0 | 100.0% |
| 6-Dec | 185 | 178 | 3 | 3 | 0 | 98.3% |
| 7-Dec | 163 | 123 | 6 | 6 | 0 | 95.1% |
| 8-Dec | 149 | 114 | 2 | 2 | 0 | 98.2% |
| 9-Dec | 153 | 172 | 7 | 7 | 0 | 95.9% |
| 10-Dec | 41 | 129 | 5 | 4 | 1 | 96.1% |
| 11-Dec | 35 | 91 | 1 | 0 | 1 | 98.9% |

| Year | Date | | | | | | |
|---|---|---|---|---|---|---|---|
| | 12-Dec | 173 | 70 | 0 | 0 | 0 | 100.0% |
| | 13-Dec | 191 | 177 | 9 | 8 | 1 | 94.9% |
| | 14-Dec | 157 | 248 | 3 | 3 | 0 | 98.8% |
| | 15-Dec | 121 | 112 | 31 | 30 | 1 | 72.3% |
| | 16-Dec | 162 | 124 | 4 | 4 | 0 | 96.8% |
| | 17-Dec | 43 | 180 | 3 | 3 | 0 | 98.3% |
| | 18-Dec | 54 | 111 | 0 | 0 | 0 | 100.0% |
| | 19-Dec | 161 | 87 | 0 | 0 | 0 | 100.0% |
| | 20-Dec | 206 | 132 | 4 | 4 | 0 | 97.0% |
| | 21-Dec | 188 | 213 | 0 | 0 | 0 | 100.0% |
| | 22-Dec | 162 | 61 | 18 | 16 | 2 | 70.5% |
| | 23-Dec | 162 | 243 | 21 | 17 | 4 | 91.4% |
| | 24-Dec | 40 | 215 | 54 | 49 | 5 | 74.9% |
| | 25-Dec | 30 | 135 | 4 | 2 | 2 | 97.0% |
| | 26-Dec | 51 | 141 | 2 | 1 | 1 | 98.6% |
| | 27-Dec | 188 | 130 | 2 | 1 | 1 | 98.5% |
| | 28-Dec | 212 | 168 | 12 | 12 | 0 | 92.9% |
| | 29-Dec | 122 | 232 | 3 | 3 | 0 | 98.7% |
| | 30-Dec | 166 | 246 | 26 | 23 | 3 | 89.4% |
| | 31-Dec | 43 | 173 | 10 | 10 | 0 | 94.2% |
| 2023 | 1-Jan | 41 | 142 | 2 | 1 | 1 | 98.6% |
| | 2-Jan | 47 | 127 | 0 | 0 | 0 | 100.0% |
| | 3-Jan | 197 | 137 | 0 | 0 | 0 | 100.0% |
| | 4-Jan | 267 | 157 | 4 | 3 | 1 | 97.5% |
| | 5-Jan | 184 | 265 | 4 | 3 | 1 | 98.5% |
| | 6-Jan | 170 | 232 | 26 | 26 | 0 | 88.8% |
| | 7-Jan | 55 | 230 | 19 | 17 | 2 | 91.7% |
| | 8-Jan | 46 | 166 | 2 | 1 | 1 | 98.8% |
| | 9-Jan | 221 | 141 | 2 | 1 | 1 | 98.6% |
| | 10-Jan | 245 | 175 | 2 | 1 | 1 | 98.9% |
| | 11-Jan | 151 | 224 | 2 | 1 | 1 | 99.1% |
| | 12-Jan | 169 | 250 | 15 | 14 | 1 | 94.0% |
| | 13-Jan | 206 | 255 | 13 | 13 | 0 | 94.9% |
| | 14-Jan | 54 | 228 | 4 | 4 | 0 | 98.2% |
| | 15-Jan | 47 | 132 | 0 | 0 | 0 | 100.0% |
| | 16-Jan | 61 | 119 | 0 | 0 | 0 | 100.0% |
| | 17-Jan | 216 | 152 | 0 | 0 | 0 | 100.0% |
| | 18-Jan | 239 | 180 | 10 | 10 | 0 | 94.4% |

| Date | | | | | | |
|---|---:|---:|---:|---:|---:|---:|
| 19-Jan | 190 | 248 | 7 | 6 | 1 | 97.2% |
| 20-Jan | 194 | 189 | 3 | 2 | 1 | 98.4% |
| 21-Jan | 43 | 175 | 0 | 0 | 0 | 100.0% |
| 22-Jan | 45 | 132 | 0 | 0 | 0 | 100.0% |
| 23-Jan | 195 | 122 | 1 | 1 | 0 | 99.2% |
| 24-Jan | 218 | 180 | 10 | 10 | 0 | 94.4% |
| 25-Jan | 161 | 187 | 4 | 4 | 0 | 97.9% |
| 26-Jan | 165 | 249 | 6 | 4 | 2 | 97.6% |
| 27-Jan | 195 | 199 | 2 | 1 | 1 | 99.0% |
| 28-Jan | 56 | 221 | 15 | 15 | 0 | 93.2% |
| 29-Jan | 46 | 173 | 12 | 10 | 2 | 93.1% |
| 30-Jan | 164 | 144 | 8 | 5 | 3 | 94.4% |
| 31-Jan | 222 | 208 | 24 | 24 | 0 | 88.5% |
| 1-Feb | 167 | 205 | 40 | 35 | 5 | 80.5% |
| 2-Feb | 173 | 259 | 85 | 57 | 28 | 67.2% |
| 3-Feb | 155 | 136 | 61 | 43 | 18 | 55.1% |
| 4-Feb | 16 | 148 | 29 | 17 | 12 | 80.4% |
| 5-Feb | 18 | 115 | 0 | 0 | 0 | 100.0% |
| 6-Feb | 254 | 162 | 0 | 0 | 0 | 100.0% |
| 7-Feb | 228 | 171 | 14 | 14 | 0 | 91.8% |
| 8-Feb | 121 | 201 | 48 | 40 | 8 | 76.1% |
| 9-Feb | 177 | 218 | 76 | 47 | 29 | 65.1% |
| 10-Feb | 183 | 266 | 35 | 27 | 8 | 86.8% |
| 11-Feb | 29 | 177 | 62 | 53 | 9 | 65.0% |
| 12-Feb | 29 | 121 | 17 | 11 | 6 | 86.0% |
| 13-Feb | 48 | 94 | 0 | 0 | 0 | 100.0% |
| 14-Feb | 256 | 108 | 1 | 1 | 0 | 99.1% |
| 15-Feb | 323 | 213 | 23 | 23 | 0 | 89.2% |
| 16-Feb | 144 | 276 | 51 | 47 | 4 | 81.5% |
| 17-Feb | 170 | 201 | 30 | 27 | 3 | 85.1% |
| 18-Feb | 31 | 201 | 2 | 2 | 0 | 99.0% |
| 19-Feb | 16 | 165 | 3 | 2 | 1 | 98.2% |
| 20-Feb | 48 | 130 | 0 | 0 | 0 | 100.0% |
| 21-Feb | 214 | 104 | 0 | 0 | 0 | 100.0% |
| 22-Feb | 283 | 176 | 15 | 15 | 0 | 91.5% |
| 23-Feb | 180 | 233 | 9 | 9 | 0 | 96.1% |
| 24-Feb | 170 | 201 | 61 | 42 | 19 | 69.7% |

|   |   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|---|
|   | 25-Feb | 11 | 254 | 12 | 10 | 2 | 95.3% |
|   | 26-Feb | 13 | 152 | 1 | 1 | 0 | 99.3% |
|   | 27-Feb | 163 | 100 | 2 | 2 | 0 | 98.0% |
|   | 28-Feb | 207 | 141 | 4 | 3 | 1 | 97.2% |
|   |   |   |   | **Average Daily Compliance Rate** |   |   | **95.1%** |
|   |   |   |   | **Overall Compliance Rate** |   |   | **94.76%** |

