OFFICE OF COUNTY COUNSEL
Dawyn Harrison (173855)
County Counsel
  dharrison@counsel.lacounty.gov
Dylan Ford (228699)
Deputy County Counsel
  dford@counsel.lacounty.gov
500 West Temple St., Floor 6
Los Angeles, California 90012
Telephone:  (213) 974-1807/(213) 974-1811
Facsimile:   (213) 687-8822

KENDALL BRILL & KELLY LLP
Robert E. Dugdale (167258)
  rdugdale@kbkfirm.com
Michael J. McCarthy (334829)
  mmccarthy@kbkfirm.com
Katelyn A. Kuwata (319370)
  kkuwata@kbkfirm.com
10100 Santa Monica Blvd., Suite 1725
Los Angeles, California 90067
Telephone: (310) 272-7904
Facsimile:  (310) 556-2705

*Attorneys for Defendants Los Angeles
County Sheriff Robert Luna, in his Official
Capacity, and the County of Los Angeles*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DENNIS RUTHERFORD, et al., | Case No. 75-cv-04111-DDP |
| Plaintiffs, | **DECLARATION OF DR. GAYANI DESILVA** |
| v. | |
| ROBERT LUNA, Sheriff of Los Angeles County, in his official capacity, and the COUNTY OF LOS ANGELES, | Hon. Dean D. Pregerson Courtroom 9C |
| Defendants. | |

**Kendall Brill
& Kelly LLP**
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

DECLARATION OF DR. GAYANI DESILVA

## DECLARATION OF DR. GAYANI DESILVA

I, Dr. Gayani DeSilva, declare as follows:

1.     I am a Chief Physician 1, Psychiatry at the Los Angeles County Department of Health Services.  I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, I could and would testify competently to such facts under oath.

2.     The County's Bridge Medication Policy represents the standard of care in carceral settings.  Under the policy, a patient is not eligible for bridged psychiatric medication unless clinical staff can verify that the patient was provided the medication in the past 30 days.  Without such verification, the provision of bridge medication would not meet the standard of care.

3.     In addition to bridging medication pursuant to policy, the County has been making substantial efforts to increase the number of providers in the Inmate Reception Center ("IRC") who can perform psychiatric assessments, with the goal of ensuring that all inmates with mental health conditions receive a psychiatric assessment for medication before they are placed in permanent housing.  Such assessments obviate the need to bridge prescriptions issued prior to the patient's arrival at the IRC, and are designed to determine the appropriate regimen for the patient's present psychiatric state during the intake process.

4.     Specifically, the County has hired two full-time employed nurse practitioners ("NPs") and one additional registry NP, each of whom has already begun work in the IRC performing psychiatric assessments for people with a P0-P2 designation.  The County has also hired eight additional registry NPs who are currently in the process of onboarding—three of whom will start work in the IRC by the end of March 2023.

5.     The County has further hired a full-time registry psychiatrist, who will begin work alongside the current IRC psychiatrist at the end of March 2023, to perform psychiatric assessments for people with a P3-P4 designation and to provide

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

1   clinical guidance of NPs in the IRC.  As the current IRC psychiatrist prioritizes

2   assessments of the inmates on the IRC Front Bench, the addition of this second

3   psychiatrist in the IRC to assist will also allow faster clearance of the IRC Front

4   Bench.  Presently, any P3-P4 who does not receive a psychiatric assessment in the

5   IRC is seen by the Supplemental Assessment Team or by a psychiatrist in IRC-231.

6       6.      By ensuring that all people in the IRC with mental health conditions

7   receive a psychiatric assessment before transfer to permanent housing, the County

8   will improve the care and safety of all such people, as they will be treating them

9   according to a current assessment performed by their own providers.  Once a

10   psychiatric assessment is completed, the psychiatric provider will submit an order

11   into the electronic medical record, and the patient will receive their medications

12   according to the prescribed schedule for administration (such as that evening or the

13   next day).  The patients are prioritized to be seen by the psychiatric NP according to

14   their acuity, with P0-P2s being within the scope and practice of the psychiatric NP.

15   The higher acuity people need a higher level of medical and psychiatric expertise, so

16   that the P3 and P4 population are prioritized to be seen by the psychiatrist.

17   / / /

18   / / /

19   / / /

20   / / /

21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

3
DECLARATION OF DR. GAYANI DESILVA

7. For approximately the past two weeks, the County has been implementing this approach—successfully providing psychiatric evaluations for all P0-P2s in the IRC. The County intends to provide the same for all relevant persons in the IRC by June 1, 2023, and are presently on pace to achieve that target. For those who have not yet received a psychiatric evaluation, the County will continue to provide bridge psychiatric medication to all eligible patients under the policy.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on this 13th day of March, 2023, at Los Angeles, California.

Dr. Gayani DeSilva

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd
Suite 1725
Los Angeles, CA 90067

DECLARATION OF DR. GAYANI DESILVA