

**Catherine**

iMessage
Fri, Feb 24 at 5:04 PM

Hi Chief Tokar. This is Catharine Wright. Is this your cell?

Yes

I stopped by CJ overflow. All was good.

Several people in custody who were there yesterday told me they appreciated that deputies out so much effort into improving conditions yesterday.

Awesome! So glad to hear it! Thank you

Yes, i hope things don't get to cray over the weekend 🤪

Have a great weekend. Stay dry and safe!

See you next week



Exhibit A
Page 7