OFFICE OF COUNTY COUNSEL
Dawyn Harrison (173855)
County Counsel
  dharrison@counsel.lacounty.gov
Dylan Ford (228699)
Deputy County Counsel
  dford@counsel.lacounty.gov
500 West Temple St., Floor 6
Los Angeles, California 90012
Telephone:  (213) 974-1807/(213) 974-1811
Facsimile:  (213) 687-8822

KENDALL BRILL & KELLY LLP
Robert E. Dugdale (167258)
  rdugdale@kbkfirm.com
Michael J. McCarthy (334829)
  mmccarthy@kbkfirm.com
Katelyn A. Kuwata (319370)
  kkuwata@kbkfirm.com
10100 Santa Monica Blvd., Suite 1725
Los Angeles, California 90067
Telephone: (310) 272-7904
Facsimile:  (310) 556-2705

*Attorneys for Defendants Los Angeles County Sheriff Robert Luna, in his Official Capacity, and the County of Los Angeles*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DENNIS RUTHERFORD, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT LUNA, Sheriff of Los Angeles County, in his official capacity, and the COUNTY OF LOS ANGELES, <br><br> Defendants. | Case No. 75-cv-04111-DDP <br><br> **DECLARATION OF DR. KAREN SISCOE** <br><br> Hon. Dean D. Pregerson <br> Courtroom 9C |

Kendall Brill & Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

DECLARATION OF DR. KAREN SISCOE

## DECLARATION OF DR. KAREN SISCOE

I, Dr. Karen Siscoe, declare as follows:

1. I am a Mental Health Program Manager at the Los Angeles County Department of Health Services and currently licensed as a Psychologist in the state of California. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, I could and would testify competently to such facts under oath.

2. I have reviewed the County medical records for the eight individuals discussed on pages 15-16 of the Plaintiffs' Motion for an Order to Show Cause Re: Contempt ("Motion"), filed on February 27, 2023, to investigate the claims made therein. I found that seven of the eight individuals were not eligible to receive psychiatric medication in the IRC under the County's Bridge Medication Policy in place when those inmates were arrested.

3. The County's Bridge Medication Policy, which represents the standard of care in carceral settings, permits the automatic continuation of a person's psychiatric medication in the IRC if it can be verified that the person was provided such medication in the past 30 days. This verification may occur where medical records indicate the medication was provided in the past 30 days; where the person arrives at the IRC as a transfer with paperwork confirming the person had taken the medication within the past 30 days; or where the person informs CHS clinicians of both the medication(s) he or she takes as well as the pharmacy that fills the prescription(s) and the clinician confirms with the pharmacy that the medication was provided in the past 30 days.

4. If the psychiatric medication cannot be verified or it is determined that more than 30 days have passed since the person took it, then the medication cannot be bridged in the IRC. It would simply not be safe practice to administer any such medication without a psychiatric assessment to determine the appropriateness, safety, tolerability, and efficacy of the medication for the patient.

5. The County medical records I reviewed indicated that four of the individuals who submitted declarations in support of Plaintiffs' Motion—Mr. Cisneros, Mr. Jones, Mr. Garcia Alfaro, and Mr. Brown—could not have had their psychiatric medication bridged in the IRC because they had not taken their medication in the 30 days prior to their arrival in the IRC; two of the individuals—Mr. Scott and Mr. Scoby—could not have had their psychiatric medication bridged in the IRC because their medications could not be verified; and two of the individuals—Mr. Crowley and Mr. Fernandez—denied taking psychiatric medication during their mental health evaluation in the IRC. Further, there was no medical record at all of prior psychiatric medications taken by Mr. Fernandez.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on this 13th day of March, 2023, at Los Angeles, California.

*Karen Siscoe, Ph.D.*

DECLARATION OF DR. KAREN SISCOE

3