OFFICE OF COUNTY COUNSEL
Dawyn Harrison (173855)
Acting County Counsel
  dharrison@counsel.lacounty.gov
Dylan Ford (228699)
Deputy County Counsel
  dford@counsel.lacounty.gov
500 West Temple St., Floor 6
Los Angeles, California 90012
Telephone:  (213) 974-1807/(213) 974-1811
Facsimile:   (213) 687-8822

KENDALL BRILL & KELLY LLP
Robert E. Dugdale (167258)
  rdugdale@kbkfirm.com
Michael J. McCarthy (334829)
  mmccarthy@kbkfirm.com
Katelyn A. Kuwata (319370)
  kkuwata@kbkfirm.com
10100 Santa Monica Blvd., Suite 1725
Los Angeles, California 90067
Telephone: (310) 272-7904
Facsimile:  (310) 556-2705

*Attorneys for Defendants Los Angeles
County Sheriff Robert Luna and the
County of Los Angeles*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DENNIS RUTHERFORD, et al., | Case No. 75-cv-04111-DDP |
| Plaintiffs, | **DECLARATION OF JOAN HUBBELL** |
| v. | Hon. Dean D. Pregerson |
| ROBERT LUNA, Sheriff of Los Angeles County, in his official capacity, and the COUNTY OF LOS ANGELES, | Courtroom 9C |
| Defendants. | |

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

## DECLARATION OF JOAN HUBBELL

I, Joan Hubbell, declare as follows:

1.      I am the Mental Health Program Manager III for the Los Angeles County Department of Health Services.  As the Mental Health Program Manager III, I oversee all mental health programs within LACJ including IRC, Men's Mental Health, Women's Mental Health and JMET, which responds to crises in general population at all facilities.  I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, I could and would testify competently to such facts under oath.

2.      Heading into 2023, the active Correctional Health Services ("CHS") staff, which conducts mental health evaluations and provides other mental health-related services to inmates in the IRC, totaled 25 people.  This included one manager, five mental health staff supervisors, two psychologists, one registry psychologist, 13 psychiatric social workers ("PSWs"), and three mental health nurses.

3.      In February 2023, CHS experienced significant and sudden attrition of its staff in the IRC.  Specifically, three PSWs, three mental health staff supervisors, and the manager of the IRC's mental health staff continued or began medical leave; one PSW who worked in the IRC resigned; another supervisor who worked in the IRC was removed from her position; and still another supervisor who worked in the IRC transferred to a new position in the Department of Mental Health.

4.      Additionally, there were four PSWs onboarding during this time, each of whom required training from supervisors and other CHS staff, which in turn took time away from their other work in the IRC, such as performing mental health evaluations.

5.      During this time, there was no way to quickly adjust and fill the vacancies left by this attrition, as other CHS staff in the jails are not cross-trained to work in the IRC and the overtime accepted by CHS staff who are eligible and

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

2

equipped to work in the IRC was insufficient to cover the February 2023 shortages.

6.     Not only was this one of the worst periods for attrition in the IRC that I can recall, the considerable number of managers and supervisors out would have been difficult to overcome even if the other unexpected staffing shortfalls described above had not concurrently occurred.  This is because of the critical role IRC leaders play.  The IRC manager, for instance, is responsible for making sure the IRC runs smoothly, overseeing the quality of care, managing any problems that emerge in the IRC, and ensuring that the IRC schedule is adequate.  IRC supervisors oversee and are responsible for CHS clinicians—providing clinical feedback, ensuring that necessary tasks are being completed, and confirming that clinicians are performing mental health evaluations timely and properly.

7.     The impact of this unexpected staffing crisis on how the IRC functioned in February 2023 was severe.  For instance, on February 2, 2023, the IRC had a complement of 16 members of its member health staff scheduled to work, but due to the attrition, three people (almost 20% of the staff) were out that day.  Similarly, on February 3, 2023, the IRC had a CHS staff of 17 scheduled to work, but five people (almost 30% of the staff) were out that day.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

3

1    8.    Fortunately, staffing in the IRC has since improved from the severe
2  attrition in February 2023.  The IRC now has two managers, including one who
3  returned from medical leave, and both are having a meaningful impact on IRC
4  processing.  Additionally, there are currently 22 clinicians on staff (including PSWs,
5  psychologists, and mental health RNs), with only one out on medical leave.  And
6  while the IRC is still short on supervisory staff, with 1.5 supervisors now working,
7  an additional supervisor is transferring to the IRC in April 2023.

8    I declare under penalty of perjury under the laws of the State of California
9  that the foregoing is true and correct to the best of my knowledge.

10    Executed on this 13th day of March, 2023, at Los Angeles, California.

11
12    _____
13    Joan Hubbell

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd
Suite 1725
Los Angeles, CA 90067

3
DECLARATION OF JOAN HUBBELL