PETER J. ELIASBERG (189110)
peliasberg@aclusocal.org
MELISSA CAMACHO (264024)
mcamacho@aclusocal.org
**ACLU FOUNDATION OF
SOUTHERN CALIFORNIA**
1313 W. 8th Street
Los Angeles, CA 90017
Phone: (213) 977-9500

DAVID C. FATHI (*pro hac vice*)*
dfathi@aclu.org
**ACLU NATIONAL PRISON
PROJECT**
915 15th St., NW
Washington, D.C. 20005
Phone: (202) 393-4930

*Not admitted in D.C., practice limited
to federal courts

CORENE T. KENDRICK (226642)
ckendrick@aclu.org
MARISOL DOMINGUEZ-RUIZ
(345416)
mdominguez-ruiz@aclu.org
**ACLU NATIONAL PRISON
PROJECT**
39 Drumm St.
San Francisco, CA 94111
Phone: (202) 393-4930

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DENNIS RUTHERFORD, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>ROBERT LUNA, Sheriff of Los Angeles County, in his official capacity, and COUNTY OF LOS ANGELES, in their official capacities, *et al.*<br><br>Defendants. | Case No. CV 75-04111 DDP<br><br>**DECLARATION OF CORENE T. KENDRICK IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR AN ORDER TO SHOW CAUSE RE: CONTEMPT (Doc. 375)** |

1

I, Corene T. Kendrick, hereby declare:

1.      I am Deputy Director of the American Civil Liberties Union's National Prison Project (NPP), and one of the counsel of record for the Plaintiff class in this matter. I am admitted to the State Bar of California, and to practice before this Court. I make this declaration in support of Plaintiffs' Reply in Support of Motion for an Order to Show Cause re Contempt.  The matters set forth herein are true and correct of my own personal knowledge, and, if called as a witness, I could and would testify competently thereto.

**Front Bench Violations**

2.      Attached as **Exhibit A** is a table of people whom Defendants reported were held on the Front Bench for more than four hours from March 1-15, 2023. This table is submitted pursuant to Federal Rule of Evidence 1006, and was prepared in the following manner.

     a. A NPP paralegal working under my supervision reviewed the Front Bench logs that Defendants provided to us for the dates March 1 through March 15, 2023. March 15 was the last day for which we were provided the logs. An example of a Front Bench log was filed with the Court on February 27, 2023 as Exhibit F to the Declaration of Peter Eliasberg (Doc. 375-3 at 47).

     b. The paralegal took the following information and entered it into an Excel spreadsheet: name, booking number, date/time placed on the Front Bench, date/time removed from the Front Bench, and the reason for placement (if given) on the Front Bench. The times used are 24-hour military time, as that is the time used by officers who create these logs. To the extent there was any discrepancy (for example, no start or removal time), the paralegal made a note of that in the "Notes" column. The columns listed as "Binder#," "PDF pg#," and "Bates" refer to the

2

1  pagination and Bates numbers used by Defendants in producing the
2  logs.

c.  The paralegal used Microsoft Excel's automatic programming feature
    to calculate the time a person spent on the Front Bench using the start
    and end time information.

d.  I spot-checked the accuracy of the paralegal's work by comparing a
    sample of her entries against the source documents, and also reviewed
    all logs for which she had made notes of discrepancies. For persons for
    whom there was no end time, but the last entry on the Log was more
    than four hours after the person's placement on the Front Bench (for
    example, a notation such as "seen by nurse"), I used for the end time
    that last documented time entry. Similarly, there was one person for
    whom the Front Bench placement time was illegible (but appeared to
    be 1:00 am), and the first entry documenting contact was at 10:00 am,
    so I used 10:00 am as his start time. As a result, those entries actually
    underestimate the true amount of time the person spent on the Front
    Bench.

e.  I sorted the spreadsheet by greatest length of time on the Front Bench,
    and omitted the column of class members' names. I then used Excel's
    count feature to get a unique count of people who were on the Front
    Bench for more than four hours (the first column on the chart). There
    were 105 entries, although one person, Booking # 6558584, had two
    separate log sheets – one for placement on the Front Bench on March
    1, 2023 from 1:00 am to 7:26 am (for 6 hours 26 minutes), and one for
    placement on the Front Bench on March 1, 2023 from 6:00 pm (18:00)
    to 11:33 pm (23:33), for another 5 hours 33 minutes. See Ex. A at Count
    22 and 69.

3

f.  Thus, there are 104 unique persons documented as being on the Front Bench for more than four hours from March 1-15, 2023.

**LA County Jails' Suicide Rate**

3.  There were at least 12 people who died by suicide in Los Angeles County jails in 2021 according to the LA County Coroner / Medical Examiner's Office. This is the most recent year for which there is complete data, including coroner reports for all deaths in custody. *See* Robert Garrova, *A Rise In Suicides in LA Jails Underscores A Troubling Lack of Mental Health Care*, LAist/KPCC, (Mar. 31, 2023). The article is attached as **Exhibit B**, and can be found online at https://laist.com/news/criminal-justice/a-recipe-for-hopelessness-la-jails-saw-largest-spike-in-suicides-in-nearly-a-decade.

4.  The U.S. Department of Justice's Bureau of Justice Statistics ("BJS") uses a methodology to calculate mortality rates at U.S. jails and prisons. This methodology is $R=D/P \times 100{,}000$, where R is the mortality rate, D is the number of deaths per year, and P is the average daily population of the jail for the year, calculated by averaging the Jan. 1 and Dec. 31 daily populations. *See Hernandez v. County of Monterey*, 110 F. Supp. 3d 929, 947 (N.D. Cal. 2015); U.S. Dep't of Just., Bureau of Just. Stats., *Suicide in Local Jails and State and Federal Prisons, 2000-2019—Statistical Tables*, at 12-13 (Table 3) (Oct. 2021). The BJS report is attached as **Exhibit C**, and can be found online at https://bjs.ojp.gov/sites/g/files/xyckuh236/files/media/document/sljsfp0019st.pdf.

5.  I used the BJS methodology to calculate LA Jails' 2021 suicide rate. The jail population on Jan. 4, 2021 was 14,778 and on Dec. 31, 2021 was 12,531, for an annual ADP for 2021 of 13,654. *See* Vera Institute for Justice, *Care First L.A.: Tracking Jail Decarceration*, at https://www.vera.org/care-first-la-tracking-jail-decarceration (Population Changes, Population Over Time). I took screenshots of the January 4, 2021 and December 31, 2021 population numbers on April 3, 2023,

4

**DECLARATION OF CORENE KENDRICK ISO PLFS' REPLY ISO MOTION FOR OSC RE CONTEMPT**

and they are attached as **Exhibit D**. January 4, 2021 was the first day of the year that had publicly available daily population information. Using BJS's methodology, the average of these two numbers, or the P, is 13,654. Therefore, LA County's suicide rate is equal to 12 divided by 13,654, multiplied by 100,000, to arrive to a 2021 suicide rate of 87.9 per 100,000. This rate is more than double the rate for all California jails for 2015-19 (42 per 100,000), and almost double the national average for 2015-19 (48 per 100,000). *See* Exhibit C at Table 3.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on April 3, 2022, in San Francisco, California.


*/s/ Corene T. Kendrick*
Corene T. Kendrick

Case No. CV-75-04111-DDP

**DECLARATION OF CORENE KENDRICK ISO PLFS' REPLY ISO MOTION FOR OSC RE CONTEMPT**

# EXHIBIT A

| Count | Booking # | Hours on Front Bench | Start Date | Start Time (24 hr clock) | End Date | End Time (24 Hr Clock) | Reason | Notes | Binder# | PDF pg# | Bates |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 6551858 | 9:33 | 3/3/2023 | 23:40 | 3/4/2023 | 9:13 | Suicidal | | 25 | 170 | 6830 |
| 2 | 6557557 | 8:39 | 3/13/2023 | 15:40 | 3/14/2023 | 0:19 | Suicidal | | 23 | 90 | 6286 |
| 3 | 6567701 | 8:33 | 3/14/2023 | 0:57 | 3/14/2023 | 9:30 | Suicidal | | 23 | 103 | 6299 |
| 4 | 6567700 | 8:26 | 3/14/2023 | 0:24 | 3/13/2023 | 8:50 | Suicidal | | 23 | 101 | 6297 |
| 5 | 6557517 | 8:25 | 3/13/2023 | 23:57 | 3/14/2023 | 8:22 | Suicidal | | 23 | 68 | 6264 |
| 6 | 6565801 | 8:13 | 3/10/2023 | 9:07 | 3/10/2023 | 17:20 | Odd Concerning Behavior | | 25 | 51 | 6711 |
| 7 | 6563863 | 8:07 | 3/8/2023 | 23:24 | 3/9/2023 | 7:43 | Suicidal | no end time, last entry is "urgent care visit" on 3/9/23 at 7:43 | 24 | 54 | 6486 |
| 8 | 6567702 | 7:55 | 3/13/2023 | 23:46 | 3/14/2023 | 7:41 | Suicidal | | 23 | 66 | 6262 |
| 9 | 6558760 | 7:54 | 3/1/2023 | 0:01 | 3/1/2023 | 7:55 | Suicidal | | 23 | 174 | 6370 |
| 10 | 6566700 | 7:43 | 3/14/2023 | 2:41 | 3/14/2023 | 10:24 | Suicidal | | 23 | 72 | 6268 |
| 11 | 6556926 | 7:29 | 3/11/2023 | 0:01 | 3/11/2023 | 7:30 | none selected | | 24 | 135 | 6567 |
| 12 | 6560094 | 7:22 | 3/1/2023 | 0:01 | 3/1/2023 | 7:23 | Suicidal | | 23 | 176 | 6372 |
| 13 | 6552691 | 7:20 | 3/13/2023 | 15:42 | 3/13/2023 | 23:02 | Suicidal | | 23 | 94 | 6290 |
| 14 | 6567657 | 7:15 | 3/14/2023 | 1:35 | 3/14/2023 | 8:50 | Suicidal | | 23 | 1 | 6197 |
| 15 | 6559370 | 7:00 | 3/1/2023 | 2:00 | 3/1/2023 | 9:00 | Suicidal | | 23 | 183 | 6379 |
| 16 | 6557519 | 6:54 | 3/13/2023 | 17:48 | 3/14/2023 | 0:42 | Suicidal | | 23 | 84 | 6280 |
| 17 | 6549802 | 6:53 | 3/1/2023 | 0:50 | 3/1/2023 | 7:43 | Odd Concerning Behavior | | 23 | 171 | 6367 |
| 18 | 6567358 | 6:45 | 3/13/2023 | 17:35 | 3/14/2023 | 0:20 | Suicidal | | 23 | 88 | 6284 |
| 19 | 6550514 | 6:39 | 3/1/2023 | 3:30 | 3/1/2023 | 10:09 | Suicidal | | 23 | 180 | 6376 |
| 20 | 6556831 | 6:38 | 3/13/2023 | 18:56 | 3/14/2023 | 1:34 | Suicidal | | 23 | 79 | 6275 |
| 21 | 6564955 | 6:28 | 3/8/2023 | 21:27 | 3/9/2023 | 3:55 | Odd Concerning Behavior | | 24 | 51 | 6483 |
| 22 | 6558584 | 6:26 | 3/1/2023 | 1:00 | 3/1/2023 | 7:26 | Odd Concerning Behavior | appears to have been on the bench twice for more than 4 hrs this day | 23 | 198 | 6394 |
| 23 | 6559296 | 6:23 | 2/28/2023 | 22:45 | 3/1/2023 | 5:08 | Suicidal | | 25 | 115 | 6775 |
| 24 | 6566649 | 6:20 | 3/13/2023 | 19:12 | 3/14/2023 | 1:32 | Self Injurious Behavior | | 23 | 81 | 6277 |
| 25 | 6567278 | 6:20 | 3/13/2023 | 18:20 | 3/14/2023 | 0:40 | Suicidal | | 23 | 86 | 6282 |
| 26 | 6557510 | 6:15 | 3/13/2023 | 16:48 | 3/13/2023 | 23:03 | Suicidal | | 23 | 92 | 6288 |
| 27 | 6551800 | 6:12 | 3/3/2023 | 18:55 | 3/4/2023 | 1:07 | Suicidal | | 25 | 190 | 6850 |
| 28 | 6556424 | 6:07 | 3/7/2023 | 10:34 | 3/7/2023 | 16:41 | Suicidal | no end time, last entry is "seen by nurse" at 16:41 | 23 | 223 | 6419 |
| 29 | 6565153 | 6:05 | 3/11/2023 | 10:00 | 3/11/2023 | 16:05 | none selected | time placed on bench is illegible (appears to be 1:00), first "event code" is at 10:00 am for "returned to seat" | 24 | 169 | 6601 |
| 30 | 6567207 | 5:54 | 3/12/2023 | 17:00 | 3/12/2023 | 22:54 | Suicidal | | 25 | 75 | 6735 |
| 31 | 6560978 | 5:53 | 3/3/2023 | 17:16 | 3/3/2023 | 23:09 | Suicidal | | 25 | 182 | 6842 |
| 32 | 6560024 | 5:50 | 2/28/2023 | 22:20 | 3/1/2023 | 4:10 | Suicidal and Odd Concerning Behavior | | 25 | 111 | 6771 |
| 33 | 6549002 | 5:49 | 2/28/2023 | 23:33 | 3/1/2023 | 5:22 | Odd Concerning Behavior | | 25 | 113 | 6773 |
| 34 | 6562130 | 5:46 | 3/4/2023 | 9:00 | 3/4/2023 | 14:46 | Suicidal | | 25 | 166 | 6826 |
| 35 | 6556103 | 5:45 | 3/1/2023 | 16:45 | 3/1/2023 | 22:30 | Odd Concerning Behavior | | 23 | 191 | 6387 |
| 36 | 6551922 | 5:39 | 3/4/2023 | 3:38 | 3/4/2023 | 9:17 | Suicidal | | 25 | 176 | 6836 |
| 37 | 6559285 | 5:39 | 3/1/2023 | 2:50 | 3/1/2023 | 8:29 | Suicidal | | 23 | 169 | 6365 |
| 38 | 6567970 | 5:38 | 3/14/2023 | 4:41 | 3/14/2023 | 10:19 | Suicidal | | 23 | 70 | 6266 |
| 39 | 6556663 | 5:37 | 3/9/2023 | 4:20 | 3/9/2023 | 9:57 | none selected | | 24 | 80 | 6512 |
| 40 | 6561752 | 5:36 | 3/4/2023 | 1:37 | 3/4/2023 | 7:13 | Odd Concerning Behavior | | 25 | 174 | 6834 |

| Count | Booking # | Hours on Front Bench | Start Date | Start Time (24 hr clock) | End Date | End Time (24 Hr Clock) | Reason | Notes | Binder# | PDF pg# | Bates |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 6567133 | 5:35 | 3/13/2023 | 2:40 | 3/13/2023 | 8:15 | Odd Concerning Behavior | | 25 | 86 | 6746 |
| 42 | 6567962 | 5:34 | 3/14/2023 | 11:04 | 3/14/2023 | 16:38 | none selected | | 23 | 17 | 6213 |
| 43 | 6565797 | 5:30 | 3/14/2023 | 4:46 | 3/14/2023 | 10:16 | Odd Concerning Behavior | | 23 | 75 | 6271 |
| 44 | 6550435 | 5:25 | 3/3/2023 | 17:40 | 3/3/2023 | 23:05 | Self Injurious Behavior | | 25 | 180 | 6840 |
| 45 | 6565646 | 5:19 | 3/13/2023 | 9:56 | 3/13/2023 | 15:15 | Odd Concerning Behavior | | 25 | 104 | 6764 |
| 46 | 6561264 | 5:18 | 3/3/2023 | 19:43 | 3/4/2023 | 1:01 | Suicidal | | 25 | 184 | 6844 |
| 47 | 6551849 | 5:17 | 3/3/2023 | 21:08 | 3/4/2023 | 2:25 | Odd Concerning Behavior | | 25 | 192 | 6852 |
| 48 | 6551903 | 5:16 | 3/4/2023 | 1:57 | 3/4/2023 | 7:13 | Suicidal | | 25 | 172 | 6832 |
| 49 | 6562153 | 5:13 | 3/4/2023 | 8:57 | 3/4/2023 | 14:10 | Suicidal | | 25 | 212 | 6872 |
| 50 | 6556475 | 5:12 | 3/8/2023 | 18:08 | 3/8/2023 | 23:20 | Odd Concerning Behavior | | 24 | 72 | 6504 |
| 51 | 6557178 | 5:06 | 3/13/2023 | 10:10 | 3/13/2023 | 15:16 | Suicidal | last legible entry is 15:16 for "taken to xray" | 25 | 107 | 67667 |
| 52 | 6560450 | 5:04 | 3/1/2023 | 0:01 | 3/1/2023 | 5:05 | Odd Concerning Behavior | | 25 | 117 | 6777 |
| 53 | 6568045 | 5:01 | 3/15/2023 | 18:55 | 3/15/2023 | 23:56 | Suicidal | | 23 | 13 | 6209 |
| 54 | 6567817 | 4:55 | 3/13/2023 | 16:45 | 3/13/2023 | 21:40 | none selected | | 25 | 92 | 6752 |
| 55 | 6562432 | 4:53 | 3/3/2023 | 23:43 | 3/4/2023 | 4:36 | Suicidal | | 25 | 194 | 6854 |
| 56 | 6568905 | 4:53 | 3/15/2023 | 21:14 | 3/16/2023 | 2:07 | Suicidal | | 23 | 5 | 6201 |
| 57 | 6563897 | 4:52 | 3/7/2023 | 2:30 | 3/7/2023 | 7:22 | Odd Concerning Behavior | | 23 | 124 | 6320 |
| 58 | 6553421 | 4:52 | 3/8/2023 | 18:34 | 3/8/2023 | 23:26 | Suicidal | | 24 | 58 | 6490 |
| 59 | 6561893 | 4:51 | 3/3/2023 | 12:30 | 3/3/2023 | 17:21 | none selected | | 25 | 162 | 6822 |
| 60 | 6565594 | 4:46 | 3/9/2023 | 14:29 | 3/9/2023 | 19:15 | none selected | | 24 | 94 | 6526 |
| 61 | 6557030 | 4:46 | 3/15/2023 | 3:19 | 3/15/2023 | 8:05 | Odd Concerning Behavior | no end time, last entry was he went to clinic at 8:05 am | 23 | 41 | 6237 |
| 62 | 6561772 | 4:45 | 3/3/2023 | 15:45 | 3/3/2023 | 20:30 | Odd Concerning Behavior | | 25 | 147 | 6807 |
| 63 | 6559006 | 4:45 | 3/15/2023 | 19:11 | 3/15/2023 | 23:56 | none selected | | 23 | 11 | 6207 |
| 64 | 6553474 | 4:44 | 3/7/2023 | 0:18 | 3/7/2023 | 5:02 | Suicidal | | 24 | 34 | 6466 |
| 65 | 6566639 | 4:41 | 3/13/2023 | 18:20 | 3/13/2023 | 23:01 | Odd Concerning Behavior | | 23 | 98 | 6294 |
| 66 | 6568725 | 4:39 | 3/15/2023 | 13:51 | 3/15/2023 | 18:30 | Suicidal | | 23 | 51 | 6247 |
| 67 | 6551805 | 4:38 | 3/3/2023 | 16:00 | 3/3/2023 | 20:38 | Odd Concerning Behavior | | 25 | 145 | 6805 |
| 68 | 6564905 | 4:38 | 3/10/2023 | 19:26 | 3/11/2023 | 0:04 | Suicidal | | 25 | 11 | 6671 |
| 69 | 6558584 | 4:33 | 3/1/2023 | 18:00 | 3/1/2023 | 22:33 | Odd Concerning Behavior | appears to have been on the bench twice for more than 4 hrs this day | 23 | 195 | 6391 |
| 70 | 6565201 | 4:32 | 3/10/2023 | 22:53 | 3/11/2023 | 3:25 | Suicidal and Self Injurious Behavior | | 24 | 131 | 6563 |
| 71 | 6568557 | 4:32 | 3/15/2023 | 9:39 | 3/15/2023 | 14:11 | none selected | | 23 | 62 | 6258 |
| 72 | 6566445 | 4:32 | 3/15/2023 | 6:40 | 3/15/2023 | 11:12 | Suicidal | | 23 | 39 | 6235 |
| 73 | 6564983 | 4:31 | 3/8/2023 | 18:56 | 3/8/2023 | 23:27 | Suicidal | | 24 | 75 | 6507 |
| 74 | 6556672 | 4:31 | 3/9/2023 | 19:18 | 3/9/2023 | 23:49 | Suicidal | | 24 | 107 | 6539 |
| 75 | 6557080 | 4:31 | 3/11/2023 | 23:41 | 3/12/2023 | 4:12 | Suicidal | | 24 | 190 | 6622 |
| 76 | 6564047 | 4:30 | 3/7/2023 | 2:58 | 3/7/2023 | 7:28 | none selected | | 23 | 121 | 6317 |

| Count | Booking # | Hours on Front Bench | Start Date | Start Time (24 hr clock) | End Date | End Time (24 Hr Clock) | Reason | Notes | Binder# | PDF pg# | Bates |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 77 | 6561172 | 4:30 | 3/3/2023 | 4:52 | 3/3/2023 | 9:22 | Suicidal | no end time on log, last entry is "provided a meal" on 3/3/23 at 7:24, movement record shows he was at FB until 9:22 | 25 | 149 | 6809 |
| 78 | 6557431 | 4:28 | 3/15/2023 | 6:57 | 3/15/2023 | 11:25 | Odd Concerning Behavior | | 23 | 37 | 6233 |
| 79 | 6556590 | 4:26 | 3/9/2023 | 18:47 | 3/9/2023 | 23:13 | Suicidal | | 24 | 109 | 6541 |
| 80 | 6567296 | 4:25 | 3/13/2023 | 11:31 | 3/13/2023 | 15:56 | Suicidal | | 25 | 98 | 6758 |
| 81 | 6565957 | 4:20 | 3/10/2023 | 17:26 | 3/10/2023 | 21:46 | Suicidal | no end time, last entry is "i/m taken to urgent care" at 21:46 | 25 | 20 | 6680 |
| 82 | 6565982 | 4:20 | 3/15/2023 | 12:55 | 3/15/2023 | 17:15 | Odd Concerning Behavior | | 23 | 64 | 6260 |
| 83 | 6563611 | 4:20 | 3/8/2023 | 19:11 | 3/8/2023 | 23:31 | none selected | | 24 | 60 | 6492 |
| 84 | 6551270 | 4:19 | 3/3/2023 | 8:35 | 3/3/2023 | 12:54 | none selected | no end time, movement record shows he was at FB until 12:54 | 25 | 151 | 6811 |
| 85 | 6564092 | 4:18 | 3/10/2023 | 3:32 | 3/10/2023 | 7:50 | Suicidal | | 25 | 30 | 6690 |
| 86 | 6564109 | 4:15 | 3/7/2023 | 22:14 | 3/8/2023 | 2:29 | none selected | | 23 | 108 | 6304 |
| 87 | 6565609 | 4:14 | 3/10/2023 | 2:53 | 3/10/2023 | 7:07 | none selected | | 25 | 67 | 6727 |
| 88 | 6563169 | 4:12 | 3/7/2023 | 12:00 | 3/7/2023 | 16:12 | none selected | | 23 | 214 | 6410 |
| 89 | 6560453 | 4:11 | 3/1/2023 | 5:30 | 3/1/2023 | 9:41 | Suicidal | | 25 | 109 | 6769 |
| 90 | 6553542 | 4:10 | 3/7/2023 | 2:18 | 3/7/2023 | 6:28 | Odd Concerning Behavior | | 23 | 141 | 006336-7 |
| 91 | 6563384 | 4:09 | 3/6/2023 | 2:10 | 3/6/2023 | 6:19 | none selected | | 24 | 21 | 6453 |
| 92 | 6557454 | 4:09 | 3/13/2023 | 11:31 | 3/13/2023 | 15:40 | none selected | | 25 | 100 | 6760 |
| 93 | 6556705 | 4:07 | 3/10/2023 | 18:33 | 3/10/2023 | 22:40 | Suicidal | | 25 | 13 | 6673 |
| 94 | 6567137 | 4:07 | 3/12/2023 | 17:13 | 3/12/2023 | 21:20 | Suicidal | | 25 | 3 | 6663 |
| 95 | 6561694 | 4:07 | 3/5/2023 | 10:37 | 3/5/2023 | 14:44 | Odd Concerning Behavior | | 24 | 3 | 6435 |
| 96 | 6560087 | 4:06 | 3/1/2023 | 16:30 | 3/1/2023 | 20:36 | Odd Concerning Behavior | | 23 | 189 | 6385 |
| 97 | 6557447 | 4:06 | 3/13/2023 | 3:05 | 3/13/2023 | 7:11 | Odd Concerning Behavior | | 25 | 78 | 6738 |
| 98 | 6564262 | 4:05 | 3/10/2023 | 12:05 | 3/10/2023 | 16:10 | Suicidal | | 25 | 59 | 6719 |
| 99 | 6565035 | 4:04 | 3/11/2023 | 3:38 | 3/11/2023 | 7:42 | Suicidal and Self Injurious Behavior | | 24 | 138 | 6570 |
| 100 | 6567165 | 4:03 | 3/12/2023 | 19:05 | 3/12/2023 | 23:08 | Odd Concerning Behavior | | 25 | 72 | 6732 |
| 101 | 6566382 | 4:03 | 3/11/2023 | 8:45 | 3/11/2023 | 12:48 | Suicidal | | 24 | 154 | 6586 |
| 102 | 6556460 | 4:02 | 3/7/2023 | 19:05 | 3/7/2023 | 23:07 | Suicidal | | 23 | 115 | 6311 |
| 103 | 6562758 | 4:02 | 3/5/2023 | 4:35 | 3/5/2023 | 8:37 | Odd Concerning Behavior | | 25 | 198 | 6858 |
| 104 | 6557101 | 4:02 | 3/12/2023 | 3:43 | 3/12/2023 | 7:45 | Suicidal | | 24 | 212 | 6644 |
| 105 | 6566501 | 4:02 | 3/11/2023 | 3:55 | 3/11/2023 | 7:57 | Suicidal and Self Injurious Behavior | | 24 | 142 | 6574 |
| 106 | 6564268 | | 3/8/2023 | 22:57 | | | Suicidal | no end time, last entry is "urgent care visit" on 3/9/23, time is illegible | 24 | 63 | 6495 |

# EXHIBIT B

Support for LAist comes from

Become a sponsor



CRIMINAL JUSTICE

# A Rise In Suicides In LA Jails Underscores A Troubling Lack Of Mental Health Care

Jail officials and county-appointed monitors alike say current care in the jails is severely deficient. Coroners' records reviewed by LAist show a jump in suicides inside L.A. County's downtown jail complex in 2021.

By  Robert Garrova

Published Mar 31, 2023 6:00 AM

## Support your source for local news!

Today, put a dollar value on the trustworthy reporting you rely on all year long. The local news you read here every day is crafted for you, but right now, we need your help to keep it going. In these uncertain times, your support is even more important. We can't hold those in power accountable and uplift voices from the community without your partnership. Thank you.

○ Monthly Donation

○ One-Time Donation

| $5/mo | $10/mo |
|---|---|
| $15/mo | $20/mo |

$ other amount /month

CONTINUE ›



## HI, I'M AARICKA!

If you're enjoying this article, you'll love my daily morning newsletter, How To LA. Every weekday, you'll get fresh, community-driven stories that catch you up with our independent local news.

Email

SUBSCRIBE

IN THIS ARTICLE ›

C onditions inside L.A. County jails have long been a problem — particularly when it comes to the care of incarcerated people with mental illness who make up a substantial percentage of the more than 14,000 people behind held on any given day.

Jail officials and county-appointed monitors alike say current care in the jails is severely deficient. Now an LAist review of coroners' records finds 2021 marked the highest number of deaths by suicide inside the downtown jail complex in eight years.

The rise in suicide deaths comes at a time when the L.A. County Jail system is plagued by a number of issues: Facilities are overcrowded, jail officials are struggling to maintain a mental health workforce, and the jails are out of compliance with requirements mandated by federal court.



DONATE

mother of five whose husband died by suicide at Men's Central Jail in 2021. "It doesn't help them … just throwing them in jail and ignoring the fact that they're struggling within their own mind."

Support for LAist comes from

Become a sponsor

**WARNING: SENSITIVE CONTENT**

This story includes frequent references to suicide and self-harm.

If you or someone you know is in crisis and need immediate help, call the Suicide Prevention Lifeline by dialing 988 or go here for online chat.

The suicide of Mark Carrillo and seven others that same year at Men's Central Jail (MCJ) and Twin Towers Correctional Facility (TTCF) marked a sharp uptick — the previous decade those facilities averaged three suicide deaths a year, according to LAist's analysis.

The 2021 cases — the most recent year with complete data — reveal serious concerns about the ability of the overcrowded jail system to care for people who are in severe distress and at high risk for suicide.

**IF YOU NEED IMMEDIATE HELP**

If you or someone you know is in crisis and need immediate help, call the Suicide Prevention Lifeline by dialing 988 or go here for online chat.

Find 5 Action Steps for helping
someone who may be suicidal, from
the National Suicide Prevention
Lifeline.

Six questions to ask to help assess
the severity of someone's suicide
risk, from the Columbia Lighthouse
Project.

- To prevent a future crisis, here's
  how to help someone make a
  safety plan.



## Why some call it a 'human rights crisis'

Mark-Anthony Clayton-Johnson regularly sees conditions inside
L.A.'s jails as chair of the Sybil Brand Commission, an up to 10-
member body appointed by the L.A. County Board of Supervisors
tasked with performing jail inspections. He said jail conditions
downtown make for a "human rights crisis" that can only get
worse.

## The Brief                              VIEW ALL

**California's Massive Snowpack Is A Reminder Of The 'Extreme
Nature' Of State's Climate**

50 minutes ago

**From 4chan To International Politics, A Bug-Eating Conspiracy
Theory Goes Mainstream**

2 hours ago

**Writers Guild Of America Asks Members To Vote For Strike
Authorization**

"It is a recipe for hopelessness," said Clayton-Johnson.

Eric Miller, a Loyola Law School professor and Sybil Brand commissioner, described some of the conditions he observed last summer as "something out of Charles Dickens," with several men naked in "filthy" cells.

Support for LAist comes from

Become a sponsor

## It's truly disgusting the sorts of conditions that we subject people with serious mental illness.

— Eric Miller, a Loyola Law School professor and Sybil Brand commissioner

"It's truly disgusting the sorts of conditions that we subject people with serious mental illness," Miller told LAist. "It's clear that people are just getting worse when they're held under those circumstances."

In an emailed statement, the L.A. County Sheriff's Department said it is working with several stakeholders to address complex challenges "we all collectively face in our jails."

The statement goes on to say:

"Our jails and our population have seen changes over the last few years requiring an even greater focus on our

increasing mentally ill population. We remain committed to best practices related to the safety and security of those in our custody while also providing a constitutional level of care."

## Why some say it is 'impossible to provide adequate treatment'

L.A. County's Correctional Health Services (CHS), which is responsible for managing medical care for people incarcerated in county jails, continues to struggle to maintain its mental health care workforce.

Joan Hubbel, a mental health program manager for CHS, said at a February meeting of the Brand Commission that there was a roughly 44% vacancy rate for jail mental health staff. Hubbel said there are 376 budgeted mental health positions and at that time 163 were unfilled. Hubbel added that 60 people were in the process of onboarding to fill some of those empty positions, so the vacancy rate could soon drop to 27%.

---

**More on LA jails**

 A Daily 'Human Rights Disaster': LA Jail Medical Staff Outraged By Jail Conditions And The Doctor In Charge

 'Dickensian' Conditions At LA County Jail Amid Shortage Of Psychiatric Staff

 People In Psychiatric Distress Were Shackled For Multiple Days At LA County Inmate Reception Center

---

The mental health staffing shortage comes at a time when the jails' mental health population is continuing to increase. Advocates point to a lack of mental health treatment beds in the community and slow movement on the county's "Care First, Jails Last" approach, which prioritizes jail diversion programs over incarceration, as part of the problem.

The acuity and the sheer number [of people with a mental illness] have made it such that it's impossible to provide adequate

treatment in this facility or in the jail
system.

— Dr. Timothy Belavich, director, Correctional Health Services

A [report late last year](#) from the L.A. County Sheriff's Department
noted that people with mental health needs then stood at about
40% of the overall jail population. During the fourth quarter of
2021, the [mental health population](#) stood at 5,715 and comprised
43% of the total average inmate population of 13,319.

At a Brand Commission meeting in Sept. 2022, Dr. Timothy
Belavich, the Correctional Health Services told commissioners:
"The acuity and the sheer number [of people with a mental
illness] have made it such that it's impossible to provide
adequate treatment in this facility or in the jail system."

Later that year, Belavic told commissioners: "Not everyone
wants to come work in the jail, and not everyone is ready for that
type of work." He noted that the L.A. County Department of
Mental Health is also [struggling](#) to [fill open positions](#).

Shortages of clinicians make the intractable task of caring for
people with serious untreated mental health conditions all the
more difficult, said Dan Mistak, director of health care initiatives
for justice-involved populations at Oakland-based Community
Oriented Correctional Health Services.



The Los Angeles County Twin Towers Correctional facility in downtown Los Angeles.
(Andrew Cullen for LAist))

"I often call the jail the emergency department of the criminal justice system," said Mistak, whose group monitors incarcerated people's health care. "Because you get people coming in at all hours of the night [and] you don't really have a long history of understanding what's going on with them."

At the jail complex in downtown L.A., all incarcerated people undergo an initial screening with a nurse. In his report from last fall, Nicholas E. Mitchell, an independent monitor appoint by the Department of Justice to oversee jail conditions, expressed "concern" that his team "has continued to find patients with urgent or emergent conditions that were likely present at the time of the intake screening that should have been detected during a standard intake process but were not detected."

Mistak said things like depression and suicidal ideation get missed by intake screenings.

"And then on top of that you're placing them in what is far, far, far away from being a therapeutic environment," he said.

[According to the Sheriff's Department](#), the Inmate Reception Center processes some 120,000 people a year.

The Sheriff's Department maintains two [Jail Mental Evaluation Teams](#) (JMET) made up of a deputy and mental health clinician that are tasked with assessing people locked up at the downtown complex to see if they need further mental health assessment or transfer to more appropriate housing.

## What happened in the case of one suicide

In Jan. 2021, Mark Carrillo died by suicide inside a cell at Men's Central Jail (MCJ).

According to coroner records obtained by LAist, Carrillo was the second of four people to die by suicide at MCJ in 2021. His final incarceration in the L.A. County Jail system was due to a probation violation stemming from a 2015 conviction of methamphetamine possession with the intent to sell.

Carrillo's wife, Marlene Carrillo, remembers the 38-year-old father of five as a loving and caring person. "His family was his

everything, his world," she said.



Mark and Marlene Carrillo
(Courtesy of the Carrillo family)

A wrongful death lawsuit filed in July 2021 by attorneys on behalf of Marlene Carrillo and her children against L.A. County and then–Sheriff Alex Villanueva states that Mark Carrillo was diagnosed with schizophrenia around 2018. That was some two years before his last incarceration.

Marlene Carrillo said it became extremely stressful and overwhelming for her to try to help her husband with his mental illness while also taking care of their children.

"He also apologized for putting more on me by him having mental [illness]. Now, after the fact ... memories is all I have," she said. "He tried to control it, but it's uncontrollable."



Activists calling for the closure of Men's Central Jail rallied in downtown L.A. in March, 2021. (Robert Garrova/LAist)

(Robert Garrova / LAist)

Marlene Carrillo said they were unhoused at some point, and her husband was struggling to keep checking in with his probation officer.

According to the complaint, Mark Carrillo was incarcerated some seven times between 2019 and 2020 and had attempted suicide on "multiple occasions" while he was locked up previously.

Carrillo, the complaint alleges, "had a known mental health illness and known suicidal ideations, he was not given medication, nor was treated properly by a psychiatrist. He was simply left to languish."



Mark and Marlene Carrillo
(Courtesy of the Carrillo family)

Due to his diagnosed serious mental illness, prior suicide attempts and other factors, the lawsuit posits that Carrillo should have been placed in High Observation Housing (HOH) at Twin Towers during his final incarceration, but was not.

In 2021, the year Carrillo died, there was on average about 1,000 people in HOH at Twin Towers. A Jail Mental Evaluation Team can refer someone for placement in HOH, which is supposed to include more frequent safety checks.

Jail is not the answer. It doesn't help them ... just throwing them in jail and ignoring the fact that they're struggling within their own mind.

Case 2:75-cv-04111-DDP Document 322-4 Filed 04/05/23 Page 21 of 69 Page ID #:6961

— Marlene Carrillo, whose husband, Mark, died by suicide in the
Men's Central Jail

The complaint says Carrillo was placed in a single-man cell at
MCJ "just prior to his death." The coroner's spreadsheet marked
the cause of death as "hanging."

"This man was sending out warning signals, bright red lights: 'I
need help, give me help.' But nobody took it upon themselves to
take that next step to do something about it and say, 'Hey, let's
transfer you, let's make sure you're getting the care you need,'"
said the family's attorney, Michael Carrillo (no relation).

Marlene Carrillo and her children settled their wrongful death
lawsuit for $2.5 million, contingent upon the approval of the L.A.
County Board of Supervisors.

Marlene Carrillo said her husband's death hasn't really sunk in
for her five children yet, who used to enjoy playing baseball and
going to the park with their dad. The youngest was 2 years old
when Mark Carrillo died.



The Carrillo family
(Courtesy of the Carrillo family)

Carrillo said she thinks more attention needs to be paid to people
who go to jail with mental health concerns.

"Jail is not the answer," she said. "It doesn't help them … just
throwing them in jail and ignoring the fact that they're
struggling within their own mind."

L.A. County declined to comment on the Carrillo case, according to an email from a spokesperson for the county's Chief Executive Office. A spokesperson for the Sheriff's Department said in an email that "our heart go out to the families of Mr. Mark Carrillo … Unfortunately, we are unable to comment on pending litigation and on circumstances related to an inmate's death."

## A ballooning mental health population

In 2015, the U.S. Department of Justice entered into a settlement agreement with the county after a DOJ investigation into mental health care at county jails "found a pattern of constitutionally deficient mental health care for prisoners, including inadequate suicide prevention practices."

In 2021, the suicide rate at the jail complex downtown (TTCF and MCJ) was about one per every 1,000 people. That's more than 10 times the suicide rate for L.A. County in 2020.

Clayton-Johnson, the Sybil Brand Commission chair, said he talked with an incarcerated person on a recent jail inspection who said he didn't see a clinician for more than a month after being taken off suicide watch, when safety checks are required every 15 minutes.



Mark-Anthony Clayton-Johnson is the Sybil Brand Commission chair and executive director of the advocacy group Dignity and Power Now.

(Courtesy L.A. County)

Last year, people who work at and are familiar with conditions inside the jails system told LAist that people are not receiving care in a timely manner and staffing shortages are part of the problem.

"For people who are self-harming, the follow-up and the plan-making and all that, there's deficiencies in the ability of the jail system to meet the criteria and meet the actual settlement agreement," said Clayton-Johnson, who also serves as executive director of the advocacy group Dignity and Power Now.

Mistak of [Community Oriented Correctional Health Services (COCHS)](#) said that, ideally, if somebody is in jail and in the midst of a mental health crisis, they should be diverted to a more appropriate setting.

"If somebody is at risk of suicide, they're not going to become less at risk over time after being incarcerated, particularly if they're going to be put in a cell just by themselves," he said.

While the county has invested millions of dollars into the Office of Diversion and Reentry, which has the goal of diverting people living with mental illness from jails into community-based care, the program [has struggled to meet demand](#) partly because of a lack of funding. And the jails' mental health population has [continued to balloon.](#)

"Our jails and jail population have seen changes over the last few years requiring an even greater focus on our increasing mentally ill population," the county CEO spokesperson said in their emailed statement. "We remain committed to best practices related to the safety and security of those in our custody while also providing a constitutional level of care," the county said.

## A mother says son's death 'could have been prevented'

Aaron Crawford was the last person in 2021 to die in-custody at the downtown jail complex, according to coroner data and family accounts. His mother, Debra Johnson, said she keeps her son's ashes in a necklace. She remembers Crawford as someone who could enter a room and make everybody laugh, as an excellent dancer and as someone who loved Chevrolets and family.

"He would do anything for his family," Johnson recalled.

Crawford was convicted of murder in 2021. He died by suicide at
Twin Towers on Dec. 27, 2021, before he was sentenced. He was
36.



A memorial program for Aaron Crawford
(Robert Garrova / LAist)

Crawford had a difficult upbringing, Johnson said. As a child, the
Department of Children and Family Services removed Crawford
and his sister from their home, claiming Johnson wasn't
providing adequate supervision, Johnson said.

She said Crawford bounced around between placements as a child
and for a time lived at [MacLaren Hall](#), a facility infamous for
abuse allegations. Johnson said she believes Crawford suffered
abuse as a child.

Although the exact timeline is unclear, Johnson said Crawford
was diagnosed with schizophrenia at a young age.

"I've been yelling since the first time he was arrested — [at]
probably 18 — 'he has a mental problem,'" said Crawford's sister
Mikiya Davis.

Davis said Crawford had attempted suicide on more than one
occasion while incarcerated and she questions to this day how
her brother was able to take his own life behind bars.

The jails continue to be out of compliance with the 2015 federal
settlement agreement that required the county to rectify several

serious concerns about patient care, according to a Sept. 2022 report from a court-appointed monitor who observes conditions in the jails. The U.S. Justice Department recently drew [harsh criticism from four U.S. Senators](#) for failing to take more action to fix the problems.

Monitor Nicholas Mitchell wrote in his latest report that the county "continues to struggle to appropriately intervene when inmates with mental illness engage in self-injurious behavior in jail."

[Mitchell wrote](#) that reviews from a team of mental health experts "reflect that the County remains seriously — possibly dangerously — unable to provide appropriate, tailored interventions when inmates with mental illness decompensate and engage in acts of self-harm."

For her part, Johnson said she'd like the Sheriff's Department to be held accountable for her son's death.

"It could have been prevented," Johnson said, adding that she's currently trying to find an attorney interested in filing a wrongful death lawsuit on her behalf.



Debra Johnson holds a poster of family photos that include her son, Aaron Crawford.
(Robert Garrova / LAist)

Davis said she knows her brother deserved to be in jail for taking another life. But she sees Crawford's story as the tragic outcome

of child protective services, the criminal justice system and the mental health care system all failing her brother.

"He was being locked up at an early age for things that should not have been ... jail ... These boys are being locked up for things that are not criminal, it's mental," Davis said.

L.A. County declined to comment on Crawford's death or the circumstances that led up to it, according to the CEO spokesperson's statement.

## Death records under the microscope

According to coroner data, 2021 saw an increase in in-custody suicides overall. In 2021, there were 12 in-custody suicides. Besides the eight at the downtown L.A. jail complex, people also died by suicide at the Century Regional Detention Facility in Lynwood, the Palmdale Sheriff's station and a police station in Torrance.

Meanwhile, activists and researchers have questioned the accuracy of coroner records from previous years.

Researchers at UCLA's Carceral Ecologies Lab and the BioCritical Studies Lab looked at 59 autopsies between 2009 and 2019. While the autopsy reports claim that roughly half of those individuals, or 26 people, died of natural causes, "85% of these 'natural' cases involved alleged mental illness and 54% included evidence of physical violence on the body," the UCLA study says. The study, by UCLA's Terence Keel and Nicholas Shapiro, suggests that some incarcerated people are not dying from reported natural causes, but "from the actions of jail deputies and carceral staff."

Helen Jones' son John Horton died in solitary confinement at Men's Central Jail in 2009. Jones believes her son, 22, was beaten to death by deputies involved with the 3000 Boys, a deputy gang operating in the jail. The county has labeled the cause of Horton's death as "undetermined," but initially ruled that he had died by suicide.

"I knew it wasn't a suicide from day one. I know John," Jones
told LAist.

In March, Jones joined other activists with JusticeLA for a rally
outside the coroner's office to draw attention to what she and
others believe is a misrepresentation of deaths in L.A. County
jails.



Helen Jones of Dignity and Power Now spoke at a June 2022 rally at the Hall of Justice.
Her son, John Horton, died inside Men's Central Jail in 2009.

(Emily Elena Dugdale / LAist)

"They don't want to say this is a murder, so they just leave it
'undetermined' to where [they're saying] 'y'all prove it now
what it is,'" Jones said.

Earlier this month, the coroner's office released a statement in
response to the BioCritical Lab's study.

"It has been suggested that classifying the cause of death as
'undetermined' is improper or irregular, and that this manner of
death negatively impacts a criminal trial. However, classifying
the cause of death as 'undetermined' is a well-accepted practice
among medical examiners nationwide, and the classification
does not prevent any criminal proceedings or investigations from
occurring," the statement said.

It added that the coroner's office "will continue to offer unbiased
and independent determinations in all of our cases."

## What's next: new programs and a push to close Men's Central Jail

Dan Mistak of COHS said that for him, the interaction of mental health and the justice system "is a picture of some of our most intractable problems."

But he's hopeful about a new program that's slated to allow incarcerated individuals to take advantage of some Medi-Cal benefits 90 days before their release. Mistak said services could include case management, consultation with outside providers and medication-assisted therapy.

"It's a completely different world," he said. "It will allow for the community mental health system to actually be able to reach inside the jail and be paid for those services for the first time literally ever."

Still, the increase in suicides at the downtown jail complex comes at a time when L.A. County continues to move slowly on its promise to significantly change the jail system.

In 2021, a report by the county's Department of Diversion and Reentry and the Sheriff's Department estimated it would take up to two years to close Men's Central Jail. The report described the nearly 60-year-old facility as "unsafe, crowded and crumbling."

The proposal cites a 2020 RAND study, which found that "an estimated 61% of the jail mental health population were likely appropriate candidates for diversion."

One year after the Board of Supervisors received the report on closing Men's Central, it said in a statement that while it's committed to closing the jail "as swiftly as possible ... it is difficult to project an exact timeline."

In the statement from the CEO spokesperson, the county said it:

> "[c]annot safely depopulate and then close Men's Central Jail without first ensuring that a dynamic network of community-based care is in place and securing the full cooperation of the courts, prosecutors, and other law

enforcement agencies in diverting or releasing individuals from jail."

The county said the MCJ population must be cut in half before it can begin shutting down the facility. According to the county, several agencies, including the Department of Mental Health and the Office of Diversion and Reentry, "are in the process of building out a robust network of community care that would provide alternatives to custody that could be utilized by those with the authority to release individuals from custody."

Last year, the ACLU urged a federal court to order immediate improvements to conditions at Los Angeles' Inmate Reception Center (IRC), which is at the Twin Towers Correctional Facility. The ACLU described the conditions at the IRC as "abysmal," and alleged its attorneys who recently visited the facility saw "[p]eople with serious mental illness chained to chairs for days at a time, where they sleep sitting up ... People defecating in trash cans and urinating on the floor or in empty food containers in shared spaces," and several other disturbing observations.

"L.A. County agrees that the conditions in the Inmate Reception Center have not been acceptable in the past," the CEO spokesperson's statement said. County officials said they're doing everything in their power to comply with the court orders, including:

- "assigning additional mental health staff to the IRC Clinic"

- "converting general population beds into mental health beds"

- "designating a supervisor on each shift to ensure compliance"

- "taking additional steps to ensure that individuals awaiting mental health assessment are provided with access to beds, blankets, restrooms, showers, telephones, and medical care"



Protesters rallied on March 30, 2023 to call on L.A. County to close Men's Central Jail by March 2025.

(Robert Garrova / LAist)

Clayton-Johnson of Dignity and Power Now and the Sybil Brand Commission said that during a recent jail inspection of TTCF he observed a person who had smeared feces on the walls of a cell. He said poor hygiene conditions coupled with delays in receiving care make for a dire situation.

"It is a recipe for something bad to happen ... it is a recipe for hopelessness," Clayton-Johnson said.

He believes adequate mental health staffing within the jail system is not a panacea. Clayton-Johnson would like to see the county set up more mental health treatment beds in the community "to stop people from ending up in [jail] in the first place."

He called this a "critical moment around whether the county will be steadfast in its trajectory" to close Men's Central Jail.

"Without a concrete timeline to close Men's Central Jail, this regressive reality that we're in — which is really a human rights crisis — is just going to get worse," Clayton-Johnson said.

*This story was a collaboration with the [USC Annenberg Center for Health Journalism](https://).*

**ASK FOR HELP**

# EXHIBIT C

**U.S. Department of Justice**
Office of Justice Programs
*Bureau of Justice Statistics*

October 2021, NCJ 300731

# Suicide in Local Jails and State and Federal Prisons, 2000–2019 – Statistical Tables

E. Ann Carson, Ph.D., *BJS Statistician*

The total number of suicides in state, federal, and local correctional facilities increased from 499 in 2001 to 695 in 2019 (**figure 1, table 1**). From 2001 to 2019, suicides accounted for 5% to 8% of all deaths among state and federal prisoners and 24% to 35% of deaths among local jail inmates. Most jail inmates and state and federal prisoners who died by suicide were males, were non-Hispanic whites, and died by means of suffocation, including hanging and self-strangulation. More than half of all suicides in local jails occurred within the first 30 days of incarceration, while the overwhelming majority of suicides in state and federal prisons took place after the prisoners had served more than a year of their sentence.

In 2019, a total of 355 local jail inmates died by suicide. Almost 13% of jails operating above their rated or design capacity had one or more suicides, compared to approximately 9% of jails operating at or below capacity. Deaths by suicide



**FIGURE 1**
**Number of suicides in local jails and state and federal prisons, 2000–2019**

Note: Jail counts exclude and prison counts include deaths in the combined jail and prison systems in Alaska, Connecticut, Delaware, Hawaii, Rhode Island, and Vermont. See table 1 for counts.
*Includes deaths in publicly and privately operated state facilities. Includes deaths in Federal Bureau of Prisons facilities and excludes deaths in privately operated federal facilities. See *Methodology*.
Source: Bureau of Justice Statistics, Federal Law Enforcement Agency Deaths in Custody Reporting Program, 2015–2019; Mortality in Correctional Institutions, 2000–2019; and National Prisoner Statistics program, 2001–2019.

## Highlights

- From 2001 to 2019, the number of suicides increased 85% in state prisons, 61% in federal prisons, and 13% in local jails.

- During 2010-19, suffocation, including hanging and self-strangulation, accounted for nearly 90% of suicide deaths in local jails.

- During 2015-19, about 12% of deaths by suicide in local jails occurred within the first 24 hours of incarceration, a decrease from almost 22% during 2000-04.

- The average suicide rate for white inmates in local jails was 93 per 100,000 during the 5-year period of 2015-19, which is 5 times the rate for black inmates (18 per 100,000) and more than 3 times the rate for Hispanic inmates (26 per 100,000).

- Almost 60% of state prisoners who died by suicide during 2001-19 were white.

- During 2001-19, state prisoners who had been sentenced for a violent offense accounted for almost 72% of suicides in state prisons.

- During 2015-19, about 75% of suicides in state prisons and 64% of suicides in federal prisons occurred after the first year of imprisonment.

- Persons serving time in federal prison for weapons offenses and sex offenses each accounted for about 20% of suicides in federal facilities during 2015-19.

- In 2019, suicides occurred in 217 state and federal prisons, 19% of all prison facilities.

Bureau of Justice Statistics • **Statistical Tables**



in 2019 were concentrated in the largest jails. More than half of local jails housing 1,000 or more inmates on June 30, 2019 reported at least one inmate suicide.

In 2019, 340 state and federal prisoners died by suicide. Similar to local jails, suicides were more likely to occur in large state and federal prison facilities. About 45% of state and federal prisons that held 2,500 or more prisoners at midyear 2019 reported one or more suicides.

This report fulfills a House Appropriations Committee request to publish data in 2021 on suicides in jails and prisons. These statistical tables present data from the Mortality in Correctional Institutions collection, through which the Bureau of Justice Statistics (BJS) obtained data on deaths in jails from 2000 to 2019 and deaths in state prisons from 2001 to 2019. Data on deaths in federal prisons were obtained from aggregate counts reported to BJS's National Prisoner Statistics program from 2001 to 2014, and from individual-level death data collected through the Federal Law Enforcement Agency Deaths in Custody Reporting Program from 2015 to 2019.

Deaths are aggregated into 5-year periods in this report so stable suicide rates can be calculated from the suicide counts. The tables describe geographic, demographic, and criminal justice characteristics of jail inmate and prisoner suicides, as well as circumstances surrounding the deaths. Suicides that occurred in 2019 are linked to data from BJS's *2019 Census of Local Jails* and *2019 Census of State and Federal Correctional Facilities* to describe characteristics of facilities that had a suicide.

## Suicides in local jails

- Local jails had 355 deaths by suicide in 2019, an increase from 289 in 2000.

- During the 20-year period of 2000-19, California had a total of 615 suicides in local jails, Texas had 448, Florida had 333, and Pennsylvania had 325 (**table 2**).

- The suicide rate among local jail inmates in 2019 (49 per 100,000) was similar to the rate in 2000 (48 per 100,000) (**figure 2**).

- The suicide rate in local jails peaked in 2015 at 52 per 100,000 inmates.

- During 2000-19, local jails in the South had 2,608 suicides, compared to 1,494 for jails in the West, 1,350 for jails in the Midwest, and 765 for those in the Northeast (**table 3**).

## Demographic characteristics of local jail inmates who died by suicide

- During 2000-19, 90% of local jails inmates who died by suicide were male (**table 4**).

- The number of deaths by suicide among female local jail inmates increased from 124 to 204 deaths between the periods of 2000-04 and 2015-19, rising almost 65%.

- Seventy-four percent of local jail inmates who died by suicide during 2015-19 were white, while almost 12% were Hispanic and 11% were black.

- During 2000-19, American Indians and Alaska Natives accounted for 2% (120 deaths) and Asians, Native Hawaiians, and Other Pacific Islanders accounted for about 1% (74) of suicides in local jails.

- Sixty percent of inmates who died by suicide in local jails during 2000-19 were ages 25 to 44.

### FIGURE 2

**Rate of suicides per 100,000 inmates in local jails and 100,000 prisoners in state and federal prisons, 2000–2019**



Rate of suicides per 100,000 inmates/prisoners

Note: Jail rates exclude and state prison rates include deaths in the combined jail and prison systems in Alaska, Connecticut, Delaware, Hawaii, Rhode Island, and Vermont. Data may have been revised from previously published statistics. See *Methodology*. See table 1 for rates.
[a]Based on the annual number of suicides and the average daily population (ADP) in local jails. In 2000, the ADP was estimated by taking the average of January 1 and December 31 inmate population counts.
[b]Based on the annual number of suicides and the December 31 custody population in state prisons. Includes deaths and populations in publicly and privately operated state facilities.
[c]Based on the annual number of suicides and the December 31 custody population in federal prisons. Includes deaths and populations in Federal Bureau of Prisons facilities and excludes deaths and populations in privately operated federal facilities. See *Methodology*.
Source: Bureau of Justice Statistics, Federal Law Enforcement Agency Deaths in Custody Reporting Program, 2015–2019; Mortality in Correctional Institutions, 2000–2019; and National Prisoner Statistics program, 2001–2019.

- Among jail inmates who died by suicide, the percentage who were age 55 or older increased from 3% during 2000-04 to 9% during 2015-19.

- The average suicide rate during 2000-19 for white inmates was 86 per 100,000, more than 5 times the rate for black inmates (16 per 100,000) and almost 3.5 times the rate for Hispanic inmates (25 per 100,000) (**table 5**).

- The average suicide rate for local jail inmates age 24 or younger was highest during 2000-04 (36 per 100,000) and lowest during 2015-19 (20 per 100,000).

- At 78 deaths per 100,000, local jail inmates age 55 or older had the highest average suicide rate among all age groups during 2000-19.

### Criminal justice characteristics of local jail inmates who died by suicide

- Unconvicted inmates accounted for almost 77% of those who died by suicide in local jails during 2000-19 (**table 6**).

- Inmates held for a violent offense accounted for the largest portion of suicides in local jails during the 20-year period and in each of its intervening 5-year periods.

- During 2015-19, about 18% of suicides in local jails were of persons held for assault, and almost 10% were of those held for murder or nonnegligent manslaughter.

- Local jail inmates held for property or public order offenses during 2000-19 each accounted for about 19% of suicides, while those in jail for drug offenses accounted for 10%.

- During 2010-19, about 92% of jail suicides were of persons held for local law enforcement agencies or courts, 6% for state or federal prisons or other authorities, 2% for the U.S. Marshals Service, and 1% for U.S. Immigration and Customs Enforcement.

### Circumstances of suicide deaths in local jails

- Two-thirds (66%) of local jail suicides during 2015-19 occurred within the first 30 days of incarceration, and 44% occurred within the first week (**figure 3**).

- The percentage of jail suicides that occurred in the first 24 hours decreased between the periods of 2000-04 (22%) and 2015-19 (12%).

**FIGURE 3**
**Percent of suicides in local jails, by time served between admission and death, 2000–04 and 2015–19**



Note: Excludes deaths in the combined jail and prison systems in Alaska, Connecticut, Delaware, Hawaii, Rhode Island, and Vermont. Details may not sum to totals due to rounding and missing data. Data may have been revised from previously published statistics. See *Methodology*. See table 6 for percentages.
Source: Bureau of Justice Statistics, Mortality in Correctional Institutions, 2000–19.

- Jail inmates who had spent more than 6 months in custody made up 10% of suicides in 2015-19.

- Suicides in local jails were less common between 6 a.m. and 12 p.m. than at other times of day (**table 7**).

- During 2010-19, almost 73% of jail suicides occurred in the person's cell and 8% occurred in jail segregation units.

- During 2010-19, almost 14% of inmates who died by suicide had at least one overnight stay in a mental health services unit since entering jail.

### Characteristics of jail facilities with suicides in 2019

- In 2019, a total of 282 local jail facilities, representing 278 jail jurisdictions, reported at least one suicide (**tables 8 and 9**).

- Twelve percent of jail facilities operated by a private company reported at least one suicide in 2019, compared to 11% for regional jails, 9% for jails operated by counties, and almost 7% for city-operated jails.

- Among jail facilities that reported work or prerelease as one of their jail functions in 2019, 91% did not have a death by suicide during that year.

- The median rated capacity of jails that had two or more suicides in 2019 was 1,296 beds, compared to a median capacity of 305 beds in jails with one suicide and 110 beds in jails with no suicides.

- Almost 13% of jails operating above 100% capacity at midyear 2019 had a suicide during the calendar year, compared to about 8% of jails operating at 100% capacity or less.

- More than half of all jail jurisdictions with an average daily population (ADP) of 1,000 or more inmates in 2019 had at least one suicide that year, and more than 35% of these jurisdictions reported two or more suicides.

- Eleven percent of jail jurisdictions that held 50% or more of their inmates for felonies in 2019 had a death by suicide that year.

- In jail jurisdictions reporting multiple deaths by suicide in 2019, the ratio of inmates to correctional staff was 4.6, compared to 4.4 for jurisdictions with one suicide and 3.8 for jurisdictions with no suicides.

## Suicides in state prisons

- From 2001 to 2019, the number of suicides in state prisons increased 85% from 168 to 311, while total deaths from all causes in these facilities grew more than 34% (**table 1**).

- The number of prisoner suicides in states in the South nearly doubled between 2010-14 (343) and 2015-19 (631) (**table 10**).

- The number of prisoners who died by suicide between 2010-14 and 2015-19 tripled in three states (Arkansas, Georgia, and West Virginia) and more than doubled in five states (Alabama, Florida, Mississippi, North Carolina, and Tennessee).

- The average annual suicide rate grew from 15 per 100,000 state prisoners to 21 per 100,000 between the 4-year period of 2001-04 and the 5 year period of 2015-2019 (**table 11**).

- Over the 19 years of data collection on deaths in state prisons, the Northeast (22 per 100,000) had the highest average annual suicide rate, compared to the West (21 per 100,000), Midwest (16 per 100,000), and South (15 per 100,000).

## Demographic characteristics of state prisoners who died by suicide

- Almost 95% of all persons in state prison who died by suicide during 2001-19 were male (**table 12**).

- During 2015-19, 57% of persons in state prison who committed suicide were white, almost 24% were black, and almost 15% were Hispanic.

- State prisoners who were Asian, Native Hawaiian, and Other Pacific Islander and those who were American Indian and Alaska Native each accounted for less than 2% of suicides during 2015-19.

- Among state prisoners who died of suicide, the portion who were age 24 or younger decreased from almost 17% during the 4-year period of 2001-04 to 10% during the 5-year period of 2015-19.

- In state prisons, the suicide rate increased 49% between the 4-year period of 2001-04 and 5-year period of 2015-19 (**table 13**).

- Asian state prisoners had average suicide rates during 2015-19 that were double those of black or Hispanic state prisoners.

- With the exception of state prisoners age 24 or younger (15 per 100,000), the average suicide rates among all age groups during 2001-19 were between 17 and 19 per 100,000.

## Criminal justice characteristics of state prisoners who died by suicide

- Thirty percent of suicides during 2001-19 were of prisoners serving time for murder or nonnegligent manslaughter (**table 14**).

- Prisoners serving sentences for a drug offense accounted for 8% of suicides during the 4-year period of 2001-04 and 4% during the 5-year period of 2015-19.

- Almost 70% of suicides in state prisons were of prisoners who served more than 1 year under state correctional authority.

- Persons who served more than 10 years in state prison accounted for 13% of suicides in these facilities during 2001-04 and almost 25% during 2015-19 (**figure 4**).

## Circumstances of suicide deaths in state prisons

- As in local jails, the majority of suicides in state prisons during 2010-19 were by suffocation, including hanging and self-strangulation (**table 15**).

- During 2015-19, almost 76% of suicides of persons in state prison took place in the person's cell or room, 11% in a segregation unit, and 4% in a special medical or mental health services unit.

- About 15% of persons in state prison who died by suicide during 2010-19 had spent at least one night in a mental health facility after admission to prison, while 51% had not, with this characteristic unknown for 32%.

## Suicides in federal prisons

- Suicides in federal prisons increased 61%, from 18 in 2001 to 29 in 2019.

- Federal prisons had an average suicide rate of 16 per 100,000 prisoners during 2015-19 (**table 17**).

## Demographic and criminal justice characteristics of federal prisoners who died by suicide

- During 2015-19, males accounted for 98% of suicides among persons in federal prison, and whites accounted for 59% (**table 16**).

- During 2015-19, white prisoners were 8.5 times as likely as Hispanic prisoners and 5 times as likely as black prisoners to die by suicide in federal prisons on average.

- From 2015-19, 13% of federal prisoners who died by suicide had been sentenced for drug offenses (**table 18**).

- Almost two-thirds (64%) of federal prisoners who died by suicide during 2015-19 had served more than 1 year of their sentence.

- Death by suffocation accounted for about 81% of all suicides in federal prisons during 2015-19 (**table 19**).

## Characteristics of state and federal prison facilities with suicides in 2019

- Suicides were recorded in 217 state or federal prison facilities in 2019, with 71 of those facilities having multiple suicides (**table 20**).

**FIGURE 4**

**Percent of suicides in state and federal prisons**, by time served between admission and death, 2001–04 and 2015–19

Percent of suicides



Time served in prison on current sentence

Note: Details may not sum to totals due to rounding and missing data. Data may have been revised from previously published statistics. See *Methodology*. See tables 14 and 18 for percentages.
[a]Includes deaths in publicly and privately operated state facilities and in the combined jail and prison systems in Alaska, Connecticut, Delaware, Hawaii, Rhode Island, and Vermont.
[b]Includes deaths in Federal Bureau of Prisons (BOP) facilities and excludes deaths in privately operated federal facilities. As of December 30, 2001, sentenced felons from the District of Columbia were the responsibility of the BOP. See *Methodology*.
Source: Bureau of Justice Statistics, Federal Law Enforcement Agency Deaths in Custody Reporting Program, 2015–2019; and Mortality in Correctional Institutions, 2001–2019.

- In 2019, about 19% of state, 17% of federal, and 12% of privately operated prison facilities under contract to both state and federal authorities experienced one or more suicides.

- Almost 13% of the 979 prison facilities whose main function was general housing of adult prisoners reported a single suicide event during 2019, and another 6% reported two or more suicides.

- The median capacity of prisons that had two or more suicides in 2019 was 1,738 beds, compared to 1,365 beds for facilities reporting one suicide and 927 beds for those with no suicides.

- Eighty-four percent of prisons operating at 100% capacity or less on June 30, 2019, and 77% of facilities operating above 100% capacity, experienced no suicides in the calendar year.

- State and federal prisons holding 2,500 or more prisoners were more likely to report one or more

suicides (45% of these facilities) than prisons with smaller populations **(table 21)**.

- Thirty-five percent of prison facilities whose security level was administrative, maximum, or super maximum had at least one suicide in 2019, compared to 15% of medium security and 4% of minimum security prisons.

- State and federal prisons reporting two or more suicides in 2019 held 11% of prisoners in restricted housing status, while facilities with no suicides held approximately 5% in restricted housing.

- Prisons reporting zero suicides in 2019 had a larger percentage of staff assigned to security duties (73%) than facilities with one suicide or two or more suicides (68% each).

# Terms and definitions

**Average daily population**—The number of inmates in jail each day for a year, divided by the number of days in the year.

**Capacity, design**—The number of inmates or prisoners a facility can hold, as set by the architect or planner.

**Capacity, rated**—The number of inmates, prisoners, or beds a facility can hold, as set by a rating official.

**Custody count**—Inmates held in the physical custody of local jails, or prisoners held in the physical custody of state or federal prisons, regardless of sentence length or which authority has jurisdiction over the person.

**Federal prison**—The system that houses persons under the jurisdiction of the Federal Bureau of Prisons, which holds adult prisoners in secure federal prison facilities, nonsecure community corrections facilities, and privately operated facilities, and holds persons age 17 or younger in privately operated facilities.

**Jail**—A confinement facility generally operated under the authority of a sheriff, police chief, or county or city administrator. A small number of jails are privately operated. Regional jails include two or more jail jurisdictions with a formal agreement to operate a jail facility. Facilities include jails, detention centers, county or city correctional centers, special jail facilities (such as medical or treatment centers and prerelease centers), and temporary holding or lockup facilities that are part of a facility's combined function. Jails are intended for adults but can hold juveniles before or after their cases are adjudicated.

**Jails**—

- hold inmates sentenced to jail facilities who usually have a sentence of 1 year or less

- receive individuals pending arraignment and hold them as they await trial, conviction, or sentencing

- readmit probation, parole, and bail bond violators and absconders

- detain juveniles pending their transfer to juvenile authorities

- hold mentally ill persons pending their movement to appropriate mental health facilities

- hold individuals for the military, for protective custody, as witnesses for courts, and for contempt of court

- release convicted inmates to the community on completion of sentence

- transfer inmates to federal, state, or other authorities

- house inmates for federal, state, or other authorities due to crowding of their facilities

- operate community-based programs as alternatives to incarceration.

**Jail jurisdiction**—A county (parish in Louisiana) or municipal government that administers one or more local jails and represents the entity responsible for managing jail facilities under its authority.

**Jail reporting unit**—Most jail jurisdictions consist of a single facility, but some have multiple facilities, or multiple facility operators, called reporting units. For example, a single jail jurisdiction may have legal authority over five jail facilities, with four managed by a single operator and one managed by a different operator (i.e., one jail jurisdiction with two reporting units and five jail facilities).

**Prison**—A long-term confinement facility that is run by a state or the federal government and typically holds felons, or offenders with sentences of more than 1 year imposed by state or federal courts. Sentence length may vary by state. Alaska, Connecticut, Delaware, Hawaii, Rhode Island, and Vermont each operate an integrated system that combines prisons and jails, and all of their inmates are counted in this report as prisoners. Prisoners under the jurisdiction of state or federal correctional officials can be held in publicly or privately operated secure or nonsecure facilities, including state or federal prisons, boot camps, halfway houses, treatment facilities, hospitals, local jails, or another state's facilities.

**Prison jurisdiction**—The legal authority of state or federal correctional officials over a prisoner, regardless of where the prisoner is held.

**Suicide**—A self-inflicted death by—

- suffocation, including hanging, strangulation, asphyxia, anoxia, and other methods of reducing oxygen intake

- exsanguination, including all types of sharp force trauma or other injuries that cause acute loss of blood

- poisoning, including drug overdoses

- firearm

- other methods, including self-inflicted blunt force trauma, dehydration, and unknown or unreported causes.

# List of tables

**TABLE 1.** Total deaths and number and rate of suicides in local jails and state and federal prisons, 2000–2019

**TABLE 2.** Aggregated number of suicides in local jails, by state and region, 2000–19

**TABLE 3.** Average rate of suicides per 100,000 inmates in local jails, by state and region, 2000–19

**TABLE 4.** Percent of suicides in local jails, by demographic characteristics of inmates, 2000–19

**TABLE 5.** Average rate of suicides per 100,000 inmates in local jails, by demographic characteristics of inmates, 2000–19

**TABLE 6.** Percent of suicides in local jails, by criminal justice characteristics of inmates, 2000–19

**TABLE 7.** Percent of suicides in local jails, by circumstances of death, 2000–19

**TABLE 8.** Percent of local jails, by number of suicides and facility characteristics, 2019

**TABLE 9.** Percent of local jail jurisdictions, by number of suicides and population characteristics, 2019

**TABLE 10.** Aggregated number of suicides in state and federal prisons, by state and region, 2001–19

**TABLE 11.** Average rate of suicides per 100,000 prisoners in state and federal prisons, by state and region, 2001–19

**TABLE 12.** Percent of suicides in state prisons, by demographic characteristics of prisoners, 2001–19

**TABLE 13.** Average rate of suicides per 100,000 prisoners in state prisons, by demographic characteristics of prisoners, 2001–19

**TABLE 14.** Percent of suicides in state prisons, by criminal justice characteristics of prisoners, 2001–19

**TABLE 15.** Percent of suicides in state prisons, by circumstances of death, 2001–19

**TABLE 16.** Percent of suicides in federal prisons, by demographic characteristics of prisoners, 2015–19

**TABLE 17.** Average rate of suicides per 100,000 prisoners in federal prisons, by demographic characteristics of prisoners, 2015–19

**TABLE 18.** Percent of suicides in federal prisons, by criminal justice characteristics of prisoners, 2015–19

**TABLE 19.** Percent of suicides in federal prisons, by circumstances of death, 2015–19

**TABLE 20.** Percent of state and federal prisons, by number of suicides and facility characteristics, 2019

**TABLE 21.** Percent of state and federal prisons, by number of suicides and population characteristics, 2019

*Continued on next page*

## List of figures

**FIGURE 1.** Number of suicides in local jails and state and federal prisons, 2000–2019

**FIGURE 2.** Rate of suicides per 100,000 inmates in local jails and 100,000 prisoners in state and federal prisons, 2000–2019

**FIGURE 3.** Percent of suicides in local jails, by time served between admission and death, 2000–04 and 2015–19

**FIGURE 4.** Percent of suicides in state and federal prisons, by time served between admission and death, 2001–04 and 2015–19

## List of appendix tables

**APPENDIX TABLE 1.** Number of correctional facilities, by type and operator, 2019

**TABLE 1**
**Total deaths and number and rate of suicides in local jails and state and federal prisons, 2000–2019**

| | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Local jails** | | | | | | | | | | | | | | | | | | | | |
| Total deaths | 903 | 942 | 969 | 1,001 | 1,021 | 1,045 | 1,094 | 1,099 | 959 | 961 | 918 | 888 | 960 | 987 | 1,053 | 1,096 | 1,076 | 1,103 | 1,138 | 1,200 |
| Suicides | 289 | 313 | 314 | 296 | 299 | 286 | 278 | 283 | 228 | 304 | 305 | 311 | 301 | 328 | 368 | 369 | 334 | 317 | 339 | 355 |
| Suicide rate per 100,000 local jail inmates[a] | 48 | 49 | 47 | 43 | 42 | 39 | 36 | 36 | 29 | 41 | 42 | 43 | 40 | 46 | 50 | 52 | 47 | 43 | 46 | 49 |
| **State prisons** | | | | | | | | | | | | | | | | | | | | |
| Total deaths | / | 2,869 | 2,935 | 3,152 | 3,123 | 3,168 | 3,233 | 3,389 | 3,452 | 3,417 | 3,233 | 3,351 | 3,357 | 3,478 | 3,484 | 3,708 | 3,734 | 3,954 | 4,137 | 3,848 |
| Suicides | / | 168 | 168 | 199 | 199 | 213 | 219 | 215 | 197 | 202 | 215 | 185 | 205 | 192 | 249 | 219 | 254 | 261 | 312 | 311 |
| Suicide rate per 100,000 state prisoners[b] | : | 14 | 14 | 16 | 16 | 17 | 17 | 16 | 15 | 15 | 16 | 14 | 16 | 15 | 20 | 18 | 21 | 22 | 26 | 27 |
| **Federal prisons[c]** | | | | | | | | | | | | | | | | | | | | |
| Total deaths | / | 301 | 335 | 346 | 333 | 388 | 328 | 368 | 399 | 376 | 387 | 387 | 350 | 400 | 444 | 455 | 388 | 381 | 378 | 381 |
| Suicides | / | 18 | 17 | 6 | 11 | 13 | 12 | 18 | 21 | 21 | 11 | 17 | 19 | 14 | 24 | 20 | 18 | 24 | 29 | 29 |
| Suicide rate per 100,000 federal prisoners[b] | : | 13 | 12 | 4 | 7 | 8 | 7 | 11 | 13 | 12 | 6 | 10 | 11 | 8 | 14 | 12 | 12 | 16 | 19 | 20 |

Note: Jail counts exclude and state prison counts include deaths in the combined jail and prison systems in Alaska, Connecticut, Delaware, Hawaii, Rhode Island, and Vermont. Data may have been revised from previously published statistics. See *Methodology*.
:Not calculated.
/Not collected.
[a]Based on the annual number of suicides and the average daily population (ADP) in local jails. In 2000, the ADP was estimated by taking the average of January 1 and December 31 inmate population counts.
[b]Based on the annual number of suicides and the December 31 custody population in state or federal prisons.

[c]Includes deaths in Federal Bureau of Prisons (BOP) facilities and excludes deaths in privately operated federal facilities. From 2001 to 2014, the BOP provided an aggregate count of deaths in BOP-operated facilities, by cause of death. From 2015 to 2019, the BOP provided individual-level death records from both BOP- and privately operated federal facilities. To allow for comparability over time, nine deaths in private federal prisons in 2015, seven in 2016, seven in 2017, five in 2018, and nine in 2019 were excluded. Among these deaths, one suicide was in 2015, one in 2016, and none in 2017, 2018, and 2019. As of December 30, 2001, sentenced felons from the District of Columbia were the responsibility of the BOP. See *Methodology*.
Source: Bureau of Justice Statistics, Federal Law Enforcement Agency Deaths in Custody Reporting Program, 2015–2019; Mortality in Correctional Institutions, 2000–2019; and National Prisoner Statistics program, 2001–2019.

**TABLE 2**
**Aggregated number of suicides in local jails, by state and region, 2000–19**

| | 2000–04 | 2005–09 | 2010–14 | 2015–19 | 2000–19 |
|---|---|---|---|---|---|
| U.S. total | 1,511 | 1,379 | 1,613 | 1,714 | 6,217 |
| **Northeast** | 194 | 171 | 199 | 201 | 765 |
| Maine | 7 | 6 | 8 | 6 | 27 |
| Massachusetts | 14 | 18 | 22 | 26 | 80 |
| New Hampshire | 8 | 8 | 7 | 10 | 33 |
| New Jersey | 26 | 30 | 33 | 27 | 116 |
| New York | 55 | 42 | 53 | 34 | 184 |
| Pennsylvania | 84 | 67 | 76 | 98 | 325 |
| **Midwest** | 316 | 288 | 356 | 390 | 1,350 |
| Illinois | 43 | 42 | 42 | 42 | 169 |
| Indiana | 29 | 31 | 45 | 49 | 154 |
| Iowa | 9 | 12 | 13 | 12 | 46 |
| Kansas | 39 | 23 | 23 | 28 | 113 |
| Michigan | 44 | 40 | 50 | 38 | 172 |
| Minnesota | 21 | 12 | 17 | 30 | 80 |
| Missouri | 36 | 36 | 52 | 51 | 175 |
| Nebraska | 15 | 10 | 8 | 12 | 45 |
| North Dakota | 4 | 5 | 5 | 4 | 18 |
| Ohio | 52 | 51 | 65 | 76 | 244 |
| South Dakota | 4 | 5 | 3 | 7 | 19 |
| Wisconsin | 20 | 21 | 33 | 41 | 115 |
| **South** | 654 | 598 | 655 | 701 | 2,608 |
| Alabama | 40 | 34 | 36 | 37 | 147 |
| Arkansas | 34 | 16 | 26 | 20 | 96 |
| District of Columbia | 1 | 4 | 5 | 5 | 15 |
| Florida | 63 | 82 | 94 | 94 | 333 |
| Georgia | 75 | 68 | 66 | 73 | 282 |
| Kentucky | 21 | 21 | 23 | 15 | 80 |
| Louisiana | 25 | 30 | 28 | 34 | 117 |
| Maryland | 33 | 37 | 36 | 38 | 144 |
| Mississippi | 28 | 33 | 27 | 29 | 117 |
| North Carolina | 41 | 31 | 41 | 62 | 175 |
| Oklahoma | 28 | 28 | 25 | 32 | 113 |
| South Carolina | 16 | 17 | 29 | 26 | 88 |
| Tennessee | 38 | 48 | 41 | 59 | 186 |
| Texas | 135 | 94 | 114 | 105 | 448 |
| Virginia | 66 | 53 | 51 | 57 | 227 |
| West Virginia | 10 | 2 | 13 | 15 | 40 |
| **West** | 347 | 322 | 403 | 422 | 1,494 |
| Arizona | 29 | 26 | 25 | 39 | 119 |
| California | 156 | 132 | 167 | 160 | 615 |
| Colorado | 35 | 45 | 28 | 59 | 167 |
| Idaho | 6 | 12 | 16 | 8 | 42 |
| Montana | 11 | 10 | 18 | 10 | 49 |
| Nevada | 27 | 13 | 19 | 25 | 84 |
| New Mexico | 23 | 12 | 28 | 18 | 81 |
| Oregon | 15 | 10 | 16 | 22 | 63 |
| Utah | 21 | 25 | 32 | 31 | 109 |
| Washington | 17 | 33 | 48 | 42 | 140 |
| Wyoming | 7 | 4 | 6 | 8 | 25 |

Note: For details on regions, see U.S. Census Bureau. (n.d.). *Census regions and divisions of the United States.* https://www2.census.gov/geo/pdfs/maps-data/maps/reference/us_regdiv.pdf. Excludes deaths in the combined jail and prison systems in Alaska, Connecticut, Delaware, Hawaii, Rhode Island, and Vermont. Data may have been revised from previously published statistics. See *Methodology*.
Source: Bureau of Justice Statistics, Mortality in Correctional Institutions, 2000–19.

**TABLE 3**
**Average rate of suicides per 100,000 inmates in local jails, by state and region, 2000–19**

| | 2000–04 | 2005–09 | 2010–14 | 2015–19 | 2000–19 |
|---|---|---|---|---|---|
| U.S. total | 46 | 36 | 44 | 48 | 43 |
| **Northeast** | 42 | 33 | 42 | 50 | 41 |
| Maine | 96 ! | 74 ! | 131 ! | 82 ! | 94 |
| Massachusetts | 24 | 27 | 43 | 53 | 36 |
| New Hampshire | 114 ! | 80 ! | 67 ! | 118 ! | 91 |
| New Jersey | 32 | 33 | 42 | 48 | 38 |
| New York | 37 | 27 | 38 | 31 | 33 |
| Pennsylvania | 54 | 36 | 41 | 58 | 47 |
| **Midwest** | 56 | 45 | 58 | 63 | 55 |
| Illinois | 43 | 38 | 40 | 48 | 42 |
| Indiana | 38 | 35 | 53 | 52 | 44 |
| Iowa | 52 ! | 59 | 63 | 51 | 56 |
| Kansas | 125 | 62 | 63 | 73 | 79 |
| Michigan | 53 | 44 | 59 | 47 | 51 |
| Minnesota | 70 | 33 | 52 | 85 | 60 |
| Missouri | 82 | 65 | 90 | 84 | 80 |
| Nebraska | 122 | 66 | 46 ! | 62 | 70 |
| North Dakota | 108 ! | 106 ! | 87 ! | 54 ! | 83 |
| Ohio | 57 | 51 | 71 | 78 | 64 |
| South Dakota | 62 ! | 64 ! | 36 ! | 71 ! | 58 |
| Wisconsin | 29 | 29 | 50 | 63 | 42 |
| **South** | 41 | 32 | 36 | 38 | 37 |
| Alabama | 62 | 45 | 50 | 49 | 51 |
| Arkansas | 116 | 47 | 71 | 46 | 67 |
| District of Columbia | 8 ! | 27 ! | 39 ! | 53 ! | 30 |
| Florida | 24 | 26 | 34 | 35 | 29 |
| Georgia | 40 | 30 | 31 | 36 | 34 |
| Kentucky | 28 | 24 | 25 | 13 | 21 |
| Louisiana | 19 | 21 | 18 | 23 | 20 |
| Maryland | 56 | 56 | 60 | 82 | 62 |
| Mississippi | 55 | 60 | 47 | 43 | 51 |
| North Carolina | 57 | 34 | 44 | 64 | 49 |
| Oklahoma | 71 | 53 | 51 | 55 | 57 |
| South Carolina | 30 | 26 | 49 | 46 | 38 |
| Tennessee | 35 | 36 | 34 | 41 | 37 |
| Texas | 46 | 29 | 35 | 31 | 35 |
| Virginia | 57 | 37 | 35 | 41 | 42 |
| West Virginia | 62 | 10 ! | 62 | 64 | 49 |
| **West** | 49 | 40 | 53 | 56 | 49 |
| Arizona | 44 | 33 | 36 | 59 | 42 |
| California | 42 | 32 | 43 | 42 | 40 |
| Colorado | 65 | 67 | 46 | 93 | 68 |
| Idaho | 39 ! | 61 | 88 | 39 ! | 57 |
| Montana | 123 | 108 | 179 | 79 | 120 |
| Nevada | 88 | 37 | 54 | 70 | 61 |
| New Mexico | 67 | 27 | 66 | 51 | 52 |
| Oregon | 44 | 29 | 51 | 70 | 48 |
| Utah | 71 | 74 | 90 | 85 | 80 |

*Continued on next page*

**TABLE 3 (continued)**
**Average rate of suicides per 100,000 inmates in local jails, by state and region, 2000–19**

|  | 2000–04 | 2005–09 | 2010–14 | 2015–19 | 2000–19 |
|---|---|---|---|---|---|
| Washington | 30 | 50 | 79 | 70 | 57 |
| Wyoming | 115 ! | 50 ! | 77 ! | 109 ! | 86 |

Note: For details on regions, see U.S. Census Bureau. (n.d.). *Census regions and divisions of the United States.* https://www2.census.gov/geo/pdfs/maps-data/maps/reference/us_regdiv.pdf. Rates are based on the annual number of suicides and the average daily population (ADP) in local jails. In 2000, the ADP was estimated by taking the average of January 1 and December 31 inmate population counts. Excludes deaths and populations in the combined jail and prison systems in Alaska, Connecticut, Delaware, Hawaii, Rhode Island, and Vermont. Data may have been revised from previously published statistics. See *Methodology*.

! Interpret with caution. Estimate is based on 10 or fewer cases.

Source: Bureau of Justice Statistics, Mortality in Correctional Institutions, 2000–19.

**TABLE 4**
**Percent of suicides in local jails, by demographic characteristics of inmates, 2000–19**

| Inmate characteristic | 2000–04 | 2005–09 | 2010–14 | 2015–19 | 2000–19 |
|---|---|---|---|---|---|
| Total suicides | 1,511 | 1,379 | 1,613 | 1,714 | 6,217 |
| Sex | 100% | 100% | 100% | 100% | 100% |
| Male | 91.7 | 92.2 | 90.5 | 88.1 | 90.5 |
| Female | 8.2 | 7.8 | 9.5 | 11.9 | 9.5 |
| Race/ethnicity | 100% | 100% | 100% | 100% | 100% |
| White[a] | 70.5 | 69.2 | 71.5 | 74.0 | 71.4 |
| Black[a] | 14.1 | 15.0 | 13.0 | 11.3 | 13.2 |
| Hispanic | 12.2 | 11.0 | 11.8 | 11.5 | 11.6 |
| American Indian/Alaska Native[a] | 1.6 | 2.6 | 2.0 | 1.6 | 1.9 |
| Asian/Native Hawaiian/Other Pacific Islander[a] | 1.3 | 1.4 | 0.9 | 1.2 | 1.2 |
| Other[a,b] | 0.1 | 0.3 | 0.6 | 0.2 | 0.3 |
| Age | 100% | 100% | 100% | 100% | 100% |
| 24 or younger | 22.9 | 19.6 | 16.0 | 11.0 | 17.1 |
| 25–34 | 31.2 | 28.8 | 32.8 | 32.9 | 31.5 |
| 35–44 | 30.1 | 30.0 | 26.2 | 28.6 | 28.6 |
| 45–54 | 12.3 | 16.5 | 17.6 | 18.4 | 16.3 |
| 55 or older | 3.3 | 4.9 | 7.3 | 9.0 | 6.3 |

Note: Excludes deaths in the combined jail and prison systems in Alaska, Connecticut, Delaware, Hawaii, Rhode Island, and Vermont. Details may not sum to totals due to rounding and missing data. Data may have been revised from previously published statistics. See *Methodology*.
[a]Excludes persons of Hispanic origin (e.g., "white" refers to non-Hispanic whites and "black" refers to non-Hispanic blacks).
[b]Includes persons of two or more races or other unspecified races.
Source: Bureau of Justice Statistics, Mortality in Correctional Institutions, 2000–19.

**TABLE 5**
**Average rate of suicides per 100,000 inmates in local jails, by demographic characteristics of inmates, 2000–19**

| Inmate characteristic | 2000–04 | 2005–09 | 2010–14 | 2015–19 | 2000–19 |
|---|---|---|---|---|---|
| Total | 46 | 36 | 44 | 48 | 43 |
| Sex | | | | | |
| Male | 48 | 38 | 46 | 49 | 45 |
| Female | 32 | 22 | 32 | 38 | 31 |
| Race/ethnicity | | | | | |
| White[a] | 90 | 70 | 91 | 93 | 86 |
| Black[a] | 16 | 15 | 18 | 18 | 16 |
| Hispanic | 30 | 21 | 24 | 26 | 25 |
| American Indian/Alaska Native[a] | 56 | 72 | 54 | 47 | 57 |
| Asian/Native Hawaiian/Other Pacific Islander[a] | 52 | 48 | 43 | 63 | 52 |
| Other[a,b] | 1 ! | 2 ! | 3 ! | 1 ! | 2 |
| Age | | | | | |
| 24 or younger | 36 | 25 | 27 | 20 | 27 |
| 25–34 | 44 | 33 | 43 | 45 | 41 |
| 35–44 | 53 | 46 | 55 | 65 | 54 |
| 45–54 | 53 | 45 | 56 | 62 | 54 |
| 55 or older | 65 | 55 | 80 | 103 | 78 |

Note: Rates are based on the annual number of suicides and the average daily population (ADP) in local jails. In 2000, the ADP was estimated by taking the average of January 1 and December 31 inmate population counts. Excludes deaths in the combined jail and prison systems in Alaska, Connecticut, Delaware, Hawaii, Rhode Island, and Vermont. Data may have been revised from previously published statistics. See *Methodology*.
! Interpret with caution. Estimate is based on 10 or fewer cases.
[a]Excludes persons of Hispanic origin (e.g., "white" refers to non-Hispanic whites and "black" refers to non-Hispanic blacks).
[b]Includes persons of two or more races or other unspecified races.
Source: Bureau of Justice Statistics, Annual Survey of Jails, 2000–19; Mortality in Correctional Institutions, 2000–19; National Inmate Survey, 2007–09 and 2011–12; and Survey of Inmates in Local Jails, 2002.

**TABLE 6**
**Percent of suicides in local jails, by criminal justice characteristics of inmates, 2000–19**

| Inmate characteristic | 2000–04 | 2005–09 | 2010–14 | 2015–19 | 2000–19 |
|---|---|---|---|---|---|
| Total suicides | 1,511 | 1,379 | 1,613 | 1,714 | 6,217 |
| **Legal status** | 100% | 100% | 100% | 100% | 100% |
| Convicted | 18.3 | 16.8 | 16.9 | 19.2 | 17.8 |
| Unconvicted | 72.7 | 75.0 | 79.3 | 79.2 | 76.7 |
| Other/unknown | 9.0 | 8.3 | 3.8 | 1.6 | 5.5 |
| **Most serious offense[a]** | 100% | 100% | 100% | 100% | 100% |
| Violent | 47.8 | 47.6 | 49.5 | 46.9 | 48.0 |
| Murder[b] | 12.0 | 10.8 | 10.0 | 9.7 | 10.6 |
| Kidnapping | 3.6 | 3.1 | 4.1 | 3.3 | 3.5 |
| Rape/sexual assault | 8.9 | 8.9 | 9.1 | 8.8 | 8.9 |
| Robbery | 5.2 | 5.6 | 5.4 | 4.0 | 5.0 |
| Assault | 13.9 | 17.0 | 18.4 | 18.1 | 16.9 |
| Other | 4.2 | 2.4 | 2.5 | 3.1 | 3.1 |
| Property | 18.6 | 18.4 | 19.1 | 18.1 | 18.6 |
| Burglary | 6.2 | 6.6 | 6.1 | 5.4 | 6.1 |
| Larceny/theft | 7.4 | 7.6 | 9.1 | 7.6 | 7.9 |
| Motor vehicle theft | 1.3 | 0.8 | 0.9 | 1.3 | 1.1 |
| Arson | 0.7 | 0.8 | 0.7 | 0.5 | 0.7 |
| Fraud | 3.1 | 2.5 | 2.2 | 3.4 | 2.8 |
| Drugs | 10.9 | 8.3 | 9.7 | 11.9 | 10.3 |
| Possession | 5.8 | 3.8 | 4.5 | 6.2 | 5.1 |
| Trafficking | 3.7 | 2.5 | 3.1 | 4.0 | 3.4 |
| Other/unknown | 1.4 | 2.0 | 2.2 | 1.8 | 1.8 |
| Public order | 20.1 | 20.4 | 17.9 | 19.2 | 19.3 |
| Weapons offense | 1.4 | 0.9 | 1.1 | 1.1 | 1.1 |
| Obstruction of justice | 3.3 | 3.9 | 3.5 | 5.4 | 4.1 |
| DUI/DWI | 2.3 | 2.8 | 2.2 | 1.8 | 2.2 |
| Traffic offense excluding DUI/DWI | 2.7 | 2.3 | 1.7 | 1.2 | 1.9 |
| Probation/parole violation and escape | 6.5 | 6.6 | 6.0 | 6.9 | 6.5 |
| Other | 3.9 | 4.0 | 3.5 | 2.7 | 3.5 |
| Other offenses/unreported | 2.7 | 5.3 | 3.7 | 3.9 | 3.9 |
| **Time served in jail on current admission** | 100% | 100% | 100% | 100% | 100% |
| Less than 1 day | 12.2 | 9.5 | 7.3 | 5.1 | 8.4 |
| 1 day | 9.6 | 9.4 | 10.0 | 6.8 | 8.9 |
| 2–7 days | 25.7 | 28.7 | 30.1 | 31.9 | 29.2 |
| 8–30 days | 16.9 | 14.9 | 19.7 | 22.4 | 18.7 |
| 31–60 days | 10.1 | 10.5 | 8.4 | 9.0 | 9.5 |
| 61–120 days | 9.2 | 11.9 | 10.0 | 9.9 | 10.2 |
| 121–180 days | 5.1 | 5.0 | 3.7 | 4.8 | 4.6 |
| More than 6 months | 9.9 | 9.4 | 10.6 | 9.9 | 10.0 |
| **Hold status[c]** | / | / | 100% | 100% | 100% |
| Local law enforcement/court | / | / | 94.5 | 88.9 | 91.6 |
| U.S. Immigration and Customs Enforcement | / | / | 0.8 | 0.8 | 0.8 |
| U.S. Marshals Service | / | / | 1.4 | 2.5 | 2.0 |
| Other authority[d] | / | / | 3.4 | 7.8 | 5.7 |

Note: Excludes deaths in the combined jail and prison systems in Alaska, Connecticut, Delaware, Hawaii, Rhode Island, and Vermont. Details may not sum to totals due to rounding and missing data. Data may have been revised from previously published statistics. See *Methodology*.
/Not collected.
[a]Refers to the most serious offense for which the individual is being held in jail, where violent offenses are most serious, followed by property, drug, public order, and all other offenses.
[b]Includes nonnegligent manslaughter.
[c]Includes contractual, temporary, courtesy, or ad hoc holds for federal, local, or state authorities. A jail inmate may have multiple hold statuses. The 2000–19 category reflects 2010–19 percentages because these data were first collected in 2010.
[d]Includes state or federal prison, the Bureau of Indian Affairs, or any other jail jurisdiction.
Source: Bureau of Justice Statistics, Mortality in Correctional Institutions, 2000–19.

**TABLE 7**
**Percent of suicides in local jails, by circumstances of death, 2000–19**

| Circumstance of death | 2000–04 | 2005–09 | 2010–14 | 2015–19 | 2000–19 |
|---|---|---|---|---|---|
| Total suicides | 1,511 | 1,379 | 1,613 | 1,714 | 6,217 |
| Time of death | 100% | 100% | 100% | 100% | 100% |
| Morning (6 a.m.–12 p.m.) | 18.9 | 20.5 | 20.8 | 18.8 | 19.7 |
| Afternoon (12 p.m.–6 p.m.) | 25.0 | 26.9 | 28.8 | 31.3 | 28.2 |
| Evening (6 p.m.–12 a.m.) | 27.0 | 26.3 | 27.8 | 26.4 | 26.9 |
| Overnight (12 a.m.–6 a.m.) | 27.2 | 23.7 | 21.6 | 22.2 | 23.6 |
| Method of suicide | / | / | 100% | 100% | 100% |
| Suffocation[a] | / | / | 85.6 | 91.4 | 88.6 |
| Exsanguination[b] | / | / | 1.4 | 1.2 | 1.3 |
| Poisoning[c] | / | / | 2.1 | 0.9 | 1.5 |
| Firearm | / | / | 0.7 | 0.3 | 0.5 |
| Other[d] | / | / | 10.2 | 6.2 | 8.2 |
| Location of suicide event[e] | 100% | 100% | 100% | 100% | 100% |
| Inmate's cell/room | 79.4 | 80.1 | 72.5 | 72.6 | 72.5 |
| Temporary housing | 9.1 | 8.6 | 6.1 | 5.5 | 5.8 |
| Common area within jail facility[f] | 4.0 | 4.2 | 4.2 | 4.5 | 4.3 |
| Segregation unit | / | / | 8.1 | 8.1 | 8.1 |
| Special medical unit/infirmary | / | / | 3.3 | 3.0 | 3.2 |
| Special mental health services unit | / | / | 1.0 | 1.3 | 1.1 |
| Elsewhere within jail facility | / | / | 1.7 | 1.9 | 1.8 |
| Outside of jail facility | 1.1 | 0.6 | 0.6 | 0.9 | 0.8 |
| Other | 5.2 | 5.2 | 1.9 | 0.6 | 1.3 |
| Inmate had an overnight stay in a mental health facility after jail admission | / | / | 100% | 100% | 100% |
| Yes | / | / | 14.3 | 13.6 | 13.9 |
| No | / | / | 71.4 | 72.2 | 71.8 |
| Unknown | / | / | 14.1 | 14.1 | 14.1 |

Note: Excludes deaths in the combined jail and prison systems in Alaska, Connecticut, Delaware, Hawaii, Rhode Island, and Vermont. Details may not sum to totals due to rounding and missing data. Data have been revised from previously published statistics. The 2000–19 category reflects 2010–19 percentages because data were first collected in 2010. See *Methodology*.

/Not collected.

[a]Includes hanging, strangulation, asphyxia, anoxia, and other methods of reducing oxygen intake.

[b]Includes all types of sharp force trauma or other injuries that cause acute loss of blood.

[c]Includes drug overdoses and ingestion or use of other poisonous substances.

[d]Includes self-inflicted blunt force trauma, dehydration, and unknown or unreported causes.

[e]Location where inmate attempted to commit suicide. May not reflect actual location of death.

[f]Includes temporary holding areas or lockups and common areas within the facility, such as jail yards, cafeterias, or kitchens.

Source: Bureau of Justice Statistics, Mortality in Correctional Institutions, 2000–19.

**TABLE 8**
**Percent of local jails, by number of suicides and facility characteristics, 2019**

| Facility characteristic | Number of jail facilities | Total | No suicides | 1 suicide | 2 or more suicides |
|---|---|---|---|---|---|
| Total | 3,116 | 3,116 | 2,834 | 226 | 56 |
| **Jail operator** | | | | | |
| County | 2,693 | 100% | 90.8% | 7.4% | 1.8% |
| City | 310 | 100% | 93.1 | 5.3 | 1.7 |
| Regional | 79 | 100% | 89.3 | 10.7 | 0.0 |
| Private | 34 | 100% | 87.7 | 3.4 | 8.9 |
| **Inmate sex** | | | | | |
| Both male and female | 2,763 | 100% | 90.5% | 7.7% | 1.9% |
| Female only | 10 | 100% | 90.5 | 9.6 | 0.0 |
| Male only | 276 | 100% | 95.0 | 3.9 | 1.1 |
| **Jail purpose[a]** | | | | | |
| Temporary holding place for detainment of up to 72 hours | 1,659 | 100% | 91.3% | 7.0% | 1.8% |
| Detention facility with authority to hold for more than 72 hours | 2,864 | 100% | 90.7 | 7.4 | 1.9 |
| Correctional facility for felons with sentences of more than 1 year | 1,027 | 100% | 88.2 | 9.3 | 2.5 |
| **Jail function[b]** | | | | | |
| General adult confinement | 3,032 | 100% | 90.8% | 7.4% | 1.8% |
| Confinement of persons returned to custody | 2,897 | 100% | 90.5 | 7.6 | 1.9 |
| Work release/prerelease | 1,603 | 100% | 91.4 | 6.8 | 1.8 |
| Reception/diagnosis/classification | 1,627 | 100% | 88.5 | 8.8 | 2.7 |
| Juvenile confinement | 339 | 100% | 83.5 | 10.5 | 6.0 |
| Medical treatment/hospitalization | 655 | 100% | 83.1 | 11.9 | 5.0 |
| Mental health/psychiatric care | 794 | 100% | 83.8 | 11.6 | 4.5 |
| Alcohol treatment | 472 | 100% | 85.4 | 10.3 | 4.2 |
| Drug treatment | 513 | 100% | 84.9 | 11.0 | 4.1 |
| Boot camp | 9 | 100% | 77.8 | 0.0 | 22.2 |
| Protective custody | 1,152 | 100% | 86.4 | 10.3 | 3.3 |
| **Capacity[b]** | | | | | |
| Jail facilities operating at 100% capacity or less | 2,646 | 100% | 91.5% | 6.9% | 1.6% |
| Jail facilities operating at more than 100% capacity | 470 | 100% | 87.3 | 9.5 | 3.2 |
| Median rated capacity | | | 110 beds | 305 beds | 1,296 beds |
| Mean rated capacity | | | 244.4 | 561.5 | 1,540.4 |

Note: See *Terms and definitions* for the distinctions between jail jurisdictions, jail reporting units, and jail facilities. Includes jails with a suicide in their facilities, single-jail jurisdictions with a suicide whose location of death was at an outside medical facility or hospital, and multiple-jail jurisdictions with a suicide whose location of death was outside the facility but whose death record specified a facility associated with that death. Excludes one facility and seven jurisdictions for which the suicide could not be linked to a specific jail facility in the 2019 Census of Local Jails. Excludes deaths in the combined jail and prison systems in Alaska, Connecticut, Delaware, Hawaii, Rhode Island, and Vermont. Details may not sum to totals due to rounding and missing data. Data may have been revised from previously published statistics. See *Methodology*.
[a]Jail facilities can have multiple purposes and functions.
[b]As of midyear (last weekday in June). Facilities operating above 100% capacity held more inmates than their rated or design capacity. See *Terms and definitions*.
Source: Bureau of Justice Statistics, Census of Local Jails, 2019; and Mortality in Correctional Institutions, 2019.

**TABLE 9**
**Percent of local jail jurisdictions, by number of suicides and population characteristics, 2019**

| Population characteristic | Number of jail jurisdictions | Total | No suicides | 1 suicide | 2 or more suicides |
|---|---|---|---|---|---|
| Total | 2,845 | 2,845 | 2,566 | 217 | 61 |
| Average daily population | | | | | |
| 49 or fewer inmates | 1,002 | 100% | 97.2% | 2.8% | <0.1% |
| 50–99 | 514 | 100% | 95.0 | 4.8 | 0.2 |
| 100–249 | 643 | 100% | 91.3 | 7.5 | 1.1 |
| 250–499 | 348 | 100% | 84.4 | 13.2 | 1.2 |
| 500–999 | 202 | 100% | 77.6 | 19.7 | 2.7 |
| 1,000–2,499 | 113 | 100% | 49.1 | 23.1 | 27.8 |
| 2,500 or more | 23 | 100% | 46.1 | 18.1 | 35.8 |
| Felony status | | | | | |
| 50% or more are felons | 2,026 | 100% | 89.5% | 8.0% | 2.6% |
| Less than 50% are felons | 819 | 100% | 92.0 | 6.9 | 1.1 |
| Conviction status | | | | | |
| 50% or more are unconvicted | 2,105 | 100% | 89.2% | 8.3% | 2.5% |
| Less than 50% are unconvicted | 740 | 100% | 93.0 | 5.9 | 1.1 |
| Inmates per correctional staff member | | | 3.8 inmates | 4.4 inmates | 4.6 inmates |
| Inmates per any staff member | | | 3.0 inmates | 3.4 inmates | 3.6 inmates |
| Annual admissions per inmate in custody on June 30, 2019* | | | 15 admissions | 14 admissions | 11 admissions |

Note: See *Terms and definitions* for the distinctions between jail jurisdictions, jail reporting units, and jail facilities. Details may not sum to totals due to rounding and missing data. Excludes deaths in the combined jail and prison systems in Alaska, Connecticut, Delaware, Hawaii, Rhode Island, and Vermont. Data may have been revised from previously published statistics. See *Methodology*.

*Includes persons officially booked into jail facilities by a formal legal document and the authority of the courts or some other official agency, repeat offenders booked on new charges, and persons serving weekend sentences when they come into jail for the first weekend.

Source: Bureau of Justice Statistics, Census of Local Jails, 2019; and Mortality in Correctional Institutions, 2019.

**TABLE 10**
**Aggregated number of suicides in state and federal prisons, by state and region, 2001–19**

| | 2001–04 | 2005–09 | 2010–14 | 2015–19 | 2001–19 |
|---|---|---|---|---|---|
| U.S. total | 786 | 1,131 | 1,131 | 1,477 | 4,525 |
| **Federal** | 52 | 85 | 85 | 120 | 342 |
| **State total** | 734 | 1,046 | 1,046 | 1,357 | 4,183 |
| **Northeast** | 124 | 183 | 194 | 196 | 697 |
| Connecticut | 22 | 20 | 18 | 20 | 80 |
| Delaware | 6 | 9 | 10 | 8 | 33 |
| Maine | 1 | 1 | 1 | 1 | 4 |
| Massachusetts | 4 | 21 | 22 | 14 | 61 |
| New Hampshire | 7 | 1 | 3 | 1 | 12 |
| New Jersey | 10 | 20 | 16 | 7 | 53 |
| New York | 43 | 64 | 71 | 69 | 247 |
| Pennsylvania | 19 | 41 | 43 | 66 | 169 |
| Rhode Island | 7 | 6 | 8 | 6 | 27 |
| Vermont | 5 | 0 | 2 | 4 | 11 |
| **Midwest** | 162 | 196 | 202 | 225 | 785 |
| Illinois | 32 | 33 | 37 | 35 | 137 |
| Indiana | 14 | 25 | 18 | 30 | 87 |
| Iowa | 10 | 6 | 9 | 9 | 34 |
| Kansas | 9 | 3 | 6 | 13 | 31 |
| Michigan | 26 | 34 | 48 | 26 | 134 |
| Minnesota | 7 | 8 | 7 | 5 | 27 |
| Missouri | 10 | 26 | 16 | 20 | 72 |
| Nebraska | 1 | 2 | 10 | 7 | 20 |
| North Dakota | 1 | 0 | 0 | 3 | 4 |
| Ohio | 24 | 30 | 35 | 45 | 134 |
| South Dakota | 5 | 3 | 5 | 4 | 17 |
| Wisconsin | 23 | 26 | 11 | 28 | 88 |
| **South** | 232 | 371 | 343 | 631 | 1,577 |
| Alabama | 4 | 6 | 10 | 26 | 46 |
| Arkansas | 11 | 13 | 8 | 31 | 63 |
| Florida | 19 | 43 | 39 | 96 | 197 |
| Georgia | 22 | 30 | 19 | 74 | 145 |
| Kentucky | 4 | 7 | 6 | 8 | 25 |
| Louisiana | 3 | 12 | 11 | 16 | 42 |
| Maryland | 19 | 29 | 16 | 18 | 82 |
| Mississippi | 8 | 12 | 10 | 28 | 58 |
| North Carolina | 12 | 14 | 11 | 31 | 68 |
| Oklahoma | 6 | 26 | 30 | 30 | 92 |
| South Carolina | 7 | 13 | 20 | 39 | 79 |
| Tennessee | 8 | 20 | 14 | 35 | 77 |
| Texas | 91 | 133 | 133 | 170 | 527 |
| Virginia | 15 | 13 | 14 | 23 | 65 |
| West Virginia | 3 | 0 | 2 | 6 | 11 |
| **West** | 216 | 296 | 307 | 305 | 1,124 |
| Alaska | 6 | 7 | 9 | 14 | 36 |
| Arizona | 16 | 32 | 40 | 35 | 123 |
| California | 114 | 172 | 162 | 148 | 596 |
| Colorado | 13 | 17 | 23 | 26 | 79 |
| Hawaii | 8 | 7 | 7 | 6 | 28 |
| Idaho | 8 | 7 | 11 | 13 | 39 |
| Montana | 5 | 4 | 5 | 5 | 19 |

*Continued on next page*

**TABLE 10 (continued)**
**Aggregated number of suicides in state and federal prisons, by state and region, 2001–19**

|  | 2001–04 | 2005–09 | 2010–14 | 2015–19 | 2001–19 |
|---|---|---|---|---|---|
| Nevada | 6 | 11 | 11 | 12 | 40 |
| New Mexico | 6 | 9 | 6 | 8 | 29 |
| Oregon | 10 | 11 | 9 | 7 | 37 |
| Utah | 11 | 10 | 10 | 10 | 41 |
| Washington | 11 | 8 | 12 | 17 | 48 |
| Wyoming | 2 | 1 | 2 | 4 | 9 |

Note: For details on regions, see U.S. Census Bureau. (n.d.). *Census regions and divisions of the United States*. https://www2.census.gov/geo/pdfs/maps-data/maps/reference/us_regdiv.pdf. State counts include deaths in publicly and privately operated state facilities and in the combined jail and prison systems in Alaska, Connecticut, Delaware, Hawaii, Rhode Island, and Vermont. Federal counts include deaths in Federal Bureau of Prisons (BOP) facilities and exclude deaths in privately operated federal facilities. As of December 30, 2001, sentenced felons from the District of Columbia were the responsibility of the BOP. Data may have been revised from previously published statistics. See *Methodology*.

Source: Bureau of Justice Statistics, Federal Law Enforcement Agency Deaths in Custody Reporting Program, 2015–19; Mortality in Correctional Institutions, 2001–19; and National Prisoner Statistics program, 2001–14.

**TABLE 11**

**Average rate of suicides per 100,000 prisoners in state and federal prisons, by state and region, 2001–19**

|  | 2001–04 | 2005–09 | 2010–14 | 2015–19 | 2001–19 |
|---|---|---|---|---|---|
| U.S. total | 14 | 15 | 15 | 21 | 16 |
| **Federal** | 8 | 9 | 8 | 13 | 9 |
| **State total** | 15 | 16 | 16 | 22 | 18 |
| **Northeast** | 18 | 20 | 23 | 26 | 22 |
| Connecticut | 30 | 21 | 21 | 28 | 25 |
| Delaware | 22 ! | 26 ! | 30 ! | 27 ! | 27 |
| Maine | 13 ! | 10 ! | 10 ! | 9 ! | 10 ! |
| Massachusetts | 10 ! | 39 | 40 | 32 | 32 |
| New Hampshire | 72 ! | 7 ! | 23 ! | 8 ! | 24 |
| New Jersey | 10 ! | 16 | 14 | 7 ! | 12 |
| New York | 16 | 21 | 26 | 29 | 23 |
| Pennsylvania | 12 | 18 | 17 | 28 | 19 |
| Rhode Island | 52 ! | 33 ! | 51 ! | 44 ! | 44 ! |
| Vermont | 80 ! | 0 | 20 ! | 49 ! | 31 ! |
| **Midwest** | 17 | 15 | 15 | 18 | 16 |
| Illinois | 18 | 15 | 15 | 17 | 16 |
| Indiana | 17 | 20 | 13 | 22 | 18 |
| Iowa | 30 ! | 14 ! | 20 ! | 20 ! | 20 |
| Kansas | 25 ! | 7 ! | 13 ! | 27 | 18 |
| Michigan | 13 | 14 | 22 | 13 | 16 |
| Minnesota | 24 ! | 18 ! | 15 ! | 11 ! | 16 |
| Missouri | 8 ! | 17 | 10 | 13 | 12 |
| Nebraska | 6 ! | 9 ! | 41 ! | 27 ! | 23 |
| North Dakota | 23 ! | 0 | 0 | 36 ! | 15 ! |
| Ohio | 13 | 12 | 14 | 18 | 14 |
| South Dakota | 42 ! | 18 ! | 28 ! | 21 ! | 26 |
| Wisconsin | 27 | 23 | 10 | 24 | 21 |
| **South** | 11 | 13 | 12 | 24 | 15 |
| Alabama | 4 ! | 5 ! | 7 ! | 23 | 10 |
| Arkansas | 23 | 20 | 11 | 39 | 24 |
| Florida | 6 | 9 | 8 | 20 | 11 |
| Georgia | 11 | 11 | 8 | 31 | 15 |
| Kentucky | 8 | 9 | 9 | 13 | 10 |
| Louisiana | 4 | 12 | 12 | 20 | 12 |
| Maryland | 20 | 26 | 14 | 18 | 20 |
| Mississippi | 13 ! | 14 | 13 ! | 41 | 20 |
| North Carolina | 9 | 7 | 6 | 17 | 10 |
| Oklahoma | 7 ! | 22 | 24 | 22 | 20 |
| South Carolina | 8 ! | 11 | 18 | 40 | 19 |
| Tennessee | 11 ! | 21 | 14 | 34 | 21 |
| Texas | 15 | 17 | 17 | 23 | 18 |
| Virginia | 12 | 8 | 9 | 15 | 11 |
| West Virginia | 20 ! | 0 | 7 ! | 20 ! | 12 |
| **West** | 19 | 19 | 22 | 23 | 21 |
| Alaska | 33 ! | 27 ! | 31 ! | 61 | 38 |
| Arizona | 13 | 17 | 20 | 17 | 17 |
| California | 18 | 20 | 23 | 23 | 21 |
| Colorado | 17 | 15 | 22 | 26 | 20 |
| Hawaii | 38 ! | 26 ! | 26 ! | 23 ! | 28 |
| Idaho | 36 ! | 20 ! | 30 | 34 | 30 |
| Montana | 44 ! | 27 ! | 32 ! | 29 ! | 32 |

*Continued on next page*

**TABLE 11 (continued)**

**Average rate of suicides per 100,000 prisoners in state and federal prisons, by state and region, 2001–19**

|  | 2001–04 | 2005–09 | 2010–14 | 2015–19 | 2001–19 |
|---|---|---|---|---|---|
| Nevada | 14 ! | 17 | 18 | 18 | 17 |
| New Mexico | 25 ! | 28 ! | 18 ! | 23 ! | 23 |
| Oregon | 21 ! | 16 | 13 ! | 10 ! | 14 |
| Utah | 62 | 39 ! | 37 ! | 41 ! | 43 |
| Washington | 17 | 9 ! | 14 | 19 | 15 |
| Wyoming | 31 ! | 11 ! | 18 ! | 33 ! | 23 ! |

Note: For details on regions, see U.S. Census Bureau. (n.d.). *Census regions and divisions of the United States.* https://www2.census.gov/geo/pdfs/maps-data/maps/reference/us_regdiv.pdf. Rates are based on the annual number of suicides and the December 31 custody population in state or federal prisons. State rates include deaths and populations in publicly and privately operated state facilities and in the combined jail and prison systems in Alaska, Connecticut, Delaware, Hawaii, Rhode Island, and Vermont. Federal rates include deaths and populations in Federal Bureau of Prisons (BOP) facilities and exclude deaths and populations in privately operated federal facilities. As of December 30, 2001, sentenced felons from the District of Columbia were the responsibility of the BOP. Data may have been revised from previously published statistics. See *Methodology.*

! Interpret with caution. Estimate is based on 10 or fewer cases.

Source: Bureau of Justice Statistics, Federal Law Enforcement Agency Deaths in Custody Reporting Program, 2015–19; Mortality in Correctional Institutions, 2001–19; and National Prisoner Statistics program, 2001–19.

**TABLE 12**

**Percent of suicides in state prisons, by demographic characteristics of prisoners, 2001–19**

| Prisoner characteristic | 2001–04 | 2005–09 | 2010–14 | 2015–19 | 2001–19 |
|---|---|---|---|---|---|
| Total suicides | 734 | 1,046 | 1,046 | 1,357 | 4,183 |
| **Sex** | 100% | 100% | 100% | 100% | 100% |
| Male | 94.7 | 95.5 | 93.8 | 95.1 | 94.8 |
| Female | 5.3 | 4.5 | 6.2 | 4.9 | 5.2 |
| **Race/ethnicity** | 100% | 100% | 100% | 100% | 100% |
| White[a] | 57.4 | 59.3 | 60.1 | 57.0 | 58.4 |
| Black[a] | 23.2 | 19.5 | 18.7 | 23.7 | 21.3 |
| Hispanic | 15.0 | 17.6 | 15.6 | 14.7 | 15.7 |
| American Indian/Alaska Native[a] | 1.2 | 1.1 | 2.3 | 1.8 | 1.7 |
| Asian/Native Hawaiian/Other Pacific Islander[a] | 2.2 | 1.9 | 2.6 | 1.9 | 2.1 |
| Other[a,b] | 0.7 | 0.3 | 0.2 | 0.4 | 0.4 |
| **Age** | 100% | 100% | 100% | 100% | 100% |
| 24 or younger | 16.9 | 13.6 | 11.1 | 10.5 | 12.5 |
| 25–34 | 35.6 | 31.7 | 31.1 | 31.0 | 32.0 |
| 35–44 | 29.0 | 29.9 | 25.9 | 29.7 | 28.7 |
| 45–54 | 13.8 | 18.4 | 21.5 | 17.5 | 18.1 |
| 55 or older | 4.8 | 6.4 | 10.4 | 11.2 | 8.7 |

Note: Includes deaths in publicly and privately operated state facilities and in the combined jail and prison systems in Alaska, Connecticut, Delaware, Hawaii, Rhode Island, and Vermont. Details may not sum to totals due to rounding and missing data. As of December 30, 2001, sentenced felons from the District of Columbia were the responsibility of the Federal Bureau of Prisons. Data may have been revised from previously published statistics. See *Methodology*.
[a]Excludes persons of Hispanic origin (e.g., "white" refers to non-Hispanic whites and "black" refers to non-Hispanic blacks).
[b]Includes persons of two or more races or other unspecified races.
Source: Bureau of Justice Statistics, Mortality in Correctional Institutions, 2001–19.

**TABLE 13**

**Average rate of suicides per 100,000 prisoners in state prisons, by demographic characteristics of prisoners, 2001–19**

| Prisoner characteristic | 2001–04 | 2005–09 | 2010–14 | 2015–19 | 2001–19 |
|---|---|---|---|---|---|
| Total | 15 | 16 | 16 | 22 | 18 |
| **Sex** | | | | | |
| Male | 15 | 16 | 16 | 23 | 18 |
| Female | 12 | 10 | 15 | 15 | 13 |
| **Race/ethnicity** | | | | | |
| White[a] | 25 | 28 | 30 | 41 | 31 |
| Black[a] | 8 | 8 | 9 | 16 | 10 |
| Hispanic | 12 | 15 | 13 | 15 | 14 |
| American Indian/Alaska Native[a] | 11 ! | 11 | 28 | 29 | 19 |
| Asian/Native Hawaiian/Other Pacific Islander[a] | 33 | 32 | 40 | 36 | 35 |
| Other[a,b] | 3 ! | 1 ! | <0.5 ! | 1 ! | 1 ! |
| **Age** | | | | | |
| 24 or younger | 14 | 14 | 13 | 23 | 15 |
| 25–34 | 16 | 7 | 15 | 21 | 17 |
| 35–44 | 15 | 18 | 17 | 25 | 18 |
| 45–54 | 15 | 27 | 19 | 22 | 18 |
| 55 or older | 16 | 48 | 19 | 20 | 19 |

Note: Rates are based on the annual number of suicides and the December 31 custody population in state prisons. Includes deaths and populations in publicly and privately operated state facilities and in the combined jail and prison systems in Alaska, Connecticut, Delaware, Hawaii, Rhode Island, and Vermont. As of December 30, 2001, sentenced felons from the District of Columbia were the responsibility of the Federal Bureau of Prisons. Data may have been revised from previously published statistics. See *Methodology*.
! Interpret with caution. Estimate is based on 10 or fewer cases.
[a]Excludes persons of Hispanic origin (e.g., "white" refers to non-Hispanic whites and "black" refers to non-Hispanic blacks).
[b]Includes persons of two or more races or other unspecified races.
Source: Bureau of Justice Statistics, Mortality in Correctional Institutions, 2001–19; and National Prisoner Statistics program, 2001–19.

**TABLE 14**
**Percent of suicides in state prisons, by criminal justice characteristics of prisoners, 2001–19**

| Prisoner characteristic | 2001–04 | 2005–09 | 2010–14 | 2015–19 | 2001–19 |
|---|---|---|---|---|---|
| **Total suicides** | 734 | 1,046 | 1,046 | 1,357 | 4,183 |
| **Most serious offense[a]** | 100% | 100% | 100% | 100% | 100% |
| Violent | 69.1 | 71.4 | 74.3 | 71.9 | 71.9 |
| Murder[b] | 26.3 | 29.3 | 32.9 | 29.0 | 29.6 |
| Kidnapping | 3.5 | 2.7 | 3.0 | 3.7 | 3.2 |
| Rape/sexual assault | 15.0 | 14.9 | 14.3 | 13.5 | 14.3 |
| Robbery | 11.0 | 9.8 | 11.5 | 11.9 | 11.1 |
| Assault | 11.2 | 13.1 | 11.5 | 12.2 | 12.1 |
| Other | 2.0 | 1.7 | 1.2 | 1.6 | 1.6 |
| Property | 16.9 | 14.5 | 15.0 | 14.1 | 14.9 |
| Burglary | 9.1 | 8.0 | 7.9 | 7.7 | 8.1 |
| Larceny/theft | 3.4 | 2.5 | 3.4 | 3.8 | 3.3 |
| Motor vehicle theft | 1.2 | 1.0 | 0.8 | 0.7 | 0.9 |
| Arson | 0.8 | 1.4 | 1.4 | 1.0 | 1.2 |
| Fraud | 2.3 | 1.6 | 1.5 | 1.0 | 1.5 |
| Drugs | 8.5 | 5.8 | 4.3 | 4.4 | 5.4 |
| Possession | 2.7 | 2.6 | 2.2 | 2.1 | 2.3 |
| Trafficking | 4.8 | 2.4 | 1.4 | 2.0 | 2.4 |
| Other/unknown | 1.0 | 0.9 | 0.7 | 0.3 | 0.7 |
| Public order | 4.0 | 5.9 | 4.7 | 7.7 | 5.9 |
| Weapons offense | 1.2 | 1.4 | 1.7 | 2.1 | 1.7 |
| Obstruction of justice | 0.7 | 0.8 | 0.7 | 1.6 | 1.0 |
| DUI/DWI | 0.7 | 1.2 | 0.7 | 1.0 | 0.9 |
| Traffic offense excluding DUI/DWI | 0.4 | 0.2 | 0.1 | 0.2 | 0.2 |
| Probation/parole violation and escape | 0.4 | 1.4 | 0.6 | 1.0 | 0.9 |
| Other | 0.5 | 1.0 | 1.0 | 1.8 | 1.2 |
| Other offenses/unknown | 1.6 | 2.3 | 1.7 | 2.0 | 1.9 |
| **Time served in prison on current sentence** | 100% | 100% | 100% | 100% | 100% |
| 1 week or less | 4.1 | 3.6 | 2.9 | 3.2 | 3.4 |
| 1.1 weeks–1 month | 4.2 | 4.8 | 4.8 | 3.7 | 4.3 |
| 1.1–6 months | 16.4 | 13.6 | 11.7 | 10.8 | 12.7 |
| 6.1 months–1 year | 12.5 | 10.7 | 8.6 | 7.0 | 9.3 |
| 1.1–5 years | 31.6 | 29.3 | 30.4 | 32.0 | 30.8 |
| 5.1–10 years | 17.7 | 18.3 | 17.1 | 18.3 | 17.9 |
| 10.1 years or more | 13.2 | 19.5 | 24.2 | 24.6 | 21.2 |

Note: Includes deaths in publicly and privately operated state facilities and in the combined jail and prison systems in Alaska, Connecticut, Delaware, Hawaii, Rhode Island, and Vermont. As of December 30, 2001, sentenced felons from the District of Columbia were the responsibility of the Federal Bureau of Prisons. Details may not sum to totals due to rounding and missing data. Data may have been revised from previously published statistics. See *Methodology*.
[a]For prisoners convicted of more than one crime, the most serious offense is the one that carries the longest sentence.
[b]Includes nonnegligent manslaughter.
Source: Bureau of Justice Statistics, Mortality in Correctional Institutions, 2001–19.

**TABLE 15**
**Percent of suicides in state prisons, by circumstances of death, 2001–19**

| Circumstance of death | 2001–04 | 2005–09 | 2010–14 | 2015–19 | 2001–19 |
|---|---|---|---|---|---|
| **Total suicides** | 734 | 1,046 | 1,046 | 1,357 | 4,183 |
| **Time of death** | 100% | 100% | 100% | 100% | 100% |
| Morning (6 a.m.–12 p.m.) | 19.6 | 22.8 | 24.4 | 24.8 | 23.3 |
| Afternoon (12 p.m.–6 p.m.) | 27.1 | 27.9 | 28.0 | 29.6 | 28.4 |
| Evening (6 p.m.–12 a.m.) | 24.5 | 25.3 | 25.1 | 25.9 | 25.3 |
| Overnight (12 a.m.–6 a.m.) | 23.2 | 20.6 | 20.9 | 18.3 | 20.4 |
| **Method of suicide** | / | / | 100% | 100% | 100% |
| Suffocation[a] | / | / | 86.4 | 88.2 | 87.4 |
| Exsanguination[b] | / | / | 3.6 | 3.9 | 3.8 |
| Poisoning[c] | / | / | 4.6 | 3.5 | 4.0 |
| Firearm | / | / | 0.2 | 0.0 | 0.1 |
| Other[d] | / | / | 4.9 | 4.0 | 4.4 |
| **Location of suicide event[e]** | 100% | 100% | 100% | 100% | 100% |
| Prisoner's cell/room | 78.6 | 79.9 | 74.8 | 75.7 | 75.3 |
| Special medical/mental health services unit | / | / | 5.9 | 4.4 | 5.1 |
| Segregation unit[f] | / | / | 9.4 | 10.8 | 10.2 |
| Elsewhere within prison facility[g] | 7.1 | 6.4 | 5.2 | 6.8 | 6.1 |
| Outside of prison facility[h] | 1.9 | 1.9 | 1.6 | 0.2 | 0.8 |
| Other[i] | 4.5 | 3.1 | 0.8 | 0.7 | 0.7 |
| **Prisoner had an overnight stay in a mental health facility after prison admission** | / | / | 100% | 100% | 100% |
| Yes | / | / | 18.6 | 12.4 | 15.1 |
| No | / | / | 47.1 | 54.6 | 51.4 |
| Unknown | / | / | 30.6 | 32.4 | 31.6 |

Note: Includes deaths in publicly and privately operated state facilities and in the combined jail and prison systems in Alaska, Connecticut, Delaware, Hawaii, Rhode Island, and Vermont. As of December 30, 2001, sentenced felons from the District of Columbia were the responsibility of the Federal Bureau of Prisons. Details may not sum to totals due to rounding and missing data. Data may have been revised from previously published statistics. The 2001–19 category reflects 2010–19 percentages because data were first collected in 2010. See *Methodology*.
/Not collected.
[a]Includes hanging, strangulation, asphyxia, anoxia, and other methods of reducing oxygen intake.
[b]Includes all types of sharp force trauma or other injuries that cause acute loss of blood.
[c]Includes drug overdoses and ingestion or use of other poisonous substances.
[d]Includes self-inflicted blunt force trauma, dehydration, and unknown or unreported causes.
[e]Location where prisoner attempted to commit suicide. May not reflect actual location of death.
[f]Includes prisoners on death row.
[g]Includes temporary holding areas or lockups and common areas within the facility, such as prison yards, cafeterias, or kitchens.
[h]Includes community medical or mental health facilities not associated with the prison.
[i]Includes deaths that occurred while in transit to an external medical or mental health center.
Source: Bureau of Justice Statistics, Mortality in Correctional Institutions, 2001–19.

**TABLE 16**
**Percent of suicides in federal prisons, by demographic characteristics of prisoners, 2015–19**

| Prisoner characteristic | 2015–19 |
|---|---|
| Total suicides | 120 |
| **Sex** | 100% |
| Male | 98.3 |
| Female | 1.7 |
| **Race/ethnicity** | 100% |
| White[a] | 59.2 |
| Black[a] | 17.5 |
| Hispanic | 11.7 |
| American Indian/Alaska Native[a] | 9.2 |
| Asian/Native Hawaiian/Other Pacific Islander[a] | 2.5 |
| Other[a,b] | 0.0 |
| **Age** | 100% |
| 24 or younger | 2.5 |
| 25–34 | 20.0 |
| 35–44 | 35.8 |
| 45–54 | 25.8 |
| 55 or older | 15.8 |

Note: Includes deaths in Federal Bureau of Prisons (BOP) facilities and excludes deaths in privately operated federal facilities. As of December 30, 2001, sentenced felons from the District of Columbia were the responsibility of the BOP. Details may not sum to totals due to rounding and missing data. Data may have been revised from previously published statistics. See *Methodology*.
[a]Excludes persons of Hispanic origin (e.g., "white" refers to non-Hispanic whites and "black" refers to non-Hispanic blacks).
[b]Includes persons of two or more races or other unspecified races.
Source: Bureau of Justice Statistics, Federal Law Enforcement Agency Deaths in Custody Reporting Program, 2015–19.

**TABLE 17**
**Average rate of suicides per 100,000 prisoners in federal prisons, by demographic characteristics of prisoners, 2015–19**

| Prisoner characteristic | 2015–19 |
|---|---|
| Total | 16 |
| **Sex** | |
| Male | 17 |
| Female | 4 |
| **Race/ethnicity** | |
| White[a] | 43 |
| Black[a] | 9 |
| Hispanic | 5 |
| American Indian/Alaska Native[a] | 77 |
| Asian/Native Hawaiian/Other Pacific Islander[a] | 26 ! |
| Other[a,b] | 0 |
| **Age** | |
| 24 or younger | 9 ! |
| 25–34 | 11 |
| 35–44 | 16 |
| 45–54 | 19 |
| 55 or older | 21 |

Note: Rates are based on the annual number of suicides and the December 31 custody population in federal prisons. Includes deaths and populations in Federal Bureau of Prisons (BOP) facilities and excludes deaths and populations in privately operated federal facilities. As of December 30, 2001, sentenced felons from the District of Columbia were the responsibility of the BOP. Data may have been revised from previously published statistics. See *Methodology*.
! Interpret with caution. Estimate is based on 10 or fewer cases.
[a]Excludes persons of Hispanic origin (e.g., "white" refers to non-Hispanic whites and "black" refers to non-Hispanic blacks).
[b]Includes persons of two or more races or other unspecified races.
Source: Bureau of Justice Statistics, Federal Law Enforcement Agency Deaths in Custody Reporting Program, 2015–19; and National Prisoner Statistics program, 2015–19.

**TABLE 18**

**Percent of suicides in federal prisons, by criminal justice characteristics of prisoners, 2015–19**

| Prisoner characteristic | 2015–19 |
|---|---|
| Total suicides | 120 |
| Most serious offense[a] | 100% |
| Homicide/aggravated assault | 10.0 |
| Sex offense | 19.2 |
| Robbery | 10.8 |
| Drugs | 13.3 |
| Burglary/larceny | 6.7 |
| Fraud/bribery/extortion | 3.3 |
| Weapons/explosives | 20.0 |
| Immigration | 3.3 |
| Court charge | 0.8 |
| Time served in prison on current sentence | 100% |
| 1 week or less | 0.8 |
| 1.1 weeks–1 month | 3.3 |
| 1.1–6 months | 9.2 |
| 6.1 months–1 year | 7.5 |
| 1.1–5 years | 33.3 |
| 5.1–10 years | 18.3 |
| 10.1 years or more | 12.5 |
| Hold status | 100% |
| Federal prison | 76.7 |
| Other authority[b] | 10.8 |

Note: Includes deaths in Federal Bureau of Prisons (BOP) facilities and excludes deaths in privately operated federal facilities. As of December 30, 2001, sentenced felons from the District of Columbia were the responsibility of the BOP. Details may not sum to totals due to rounding and missing data. Data may have been revised from previously published statistics. See *Methodology*.

[a]For prisoners convicted of more than one crime, the most serious offense is the one that carries the longest sentence.

[b]Includes persons held for states, the U.S. military, or the District of Columbia; under treatment or hospital care; or on supervised release in a federal community corrections center.

Source: Bureau of Justice Statistics, Federal Law Enforcement Agency Deaths in Custody Reporting Program, 2015–19.

**TABLE 19**

**Percent of suicides in federal prisons, by circumstances of death, 2015–19**

| Circumstance of death | 2015–19 |
|---|---|
| Total suicides | 120 |
| Time of death[a] | 100% |
| Morning (6 a.m.–12 p.m.) | 29.6 |
| Afternoon (12 p.m.–6 p.m.) | 18.5 |
| Evening (6 p.m.–12 a.m.) | 25.9 |
| Overnight (12 a.m.–6 a.m.) | 25.9 |
| Method of suicide | 100% |
| Suffocation[b] | 80.8 |
| Exsanguination[c] | 5.8 |
| Poisoning[d] | 6.7 |
| Firearm | 3.3 |
| Other[e] | 3.3 |
| Location of death[f] | 100% |
| General housing within prison facility/on prison grounds | 13.3 |
| Segregation unit | 13.3 |
| Medical/nursing care services unit within prison facility | 3.3 |
| Medical/urgent care center outside of prison facility | 57.5 |
| Other/unspecified/unknown | 12.5 |

Note: Includes deaths in Federal Bureau of Prisons (BOP) facilities and excludes deaths in privately operated federal facilities. As of December 30, 2001, sentenced felons from the District of Columbia were the responsibility of the BOP. Details may not sum to totals due to rounding and missing data. Data may have been revised from previously published statistics. See *Methodology*.

[a]The 2015–19 category reflects 2019 percentages because these data were collected only in 2019.

[b]Includes hanging, strangulation, asphyxia, anoxia, and other methods of reducing oxygen intake.

[c]Includes all types of sharp force trauma or other injuries that cause acute loss of blood.

[d]Includes drug overdoses and ingestion or use of other poisonous substances.

[e]Includes self-inflicted blunt force trauma, dehydration, and unknown or unreported causes.

[f]The BOP reported only the actual location of death, not where the suicide event occurred.

Source: Bureau of Justice Statistics, Federal Law Enforcement Agency Deaths in Custody Reporting Program, 2015–19.

**TABLE 20**
**Percent of state and federal prisons, by number of suicides and facility characteristics, 2019**

| Facility characteristic | Number of prison facilities | Total | No suicides | 1 suicide[a] | 2 or more suicides |
|---|---|---|---|---|---|
| Total | 1,161 | 1,161 | 944 | 146 | 71 |
| **Prison operator** | | | | | |
| Federal | 111 | 100% | 82.9% | 14.4% | 2.7% |
| State/joint state and local | 968 | 100% | 80.6 | 12.7 | 6.7 |
| Private | 82 | 100% | 87.8 | 8.5 | 3.7 |
| **Prison main function**[b] | | | | | |
| General adult housing | 979 | 100% | 80.8% | 12.8% | 6.4% |
| Alcohol/drug treatment | 49 | 100% | 95.9 | 4.1 | 0.0 |
| Reception/diagnostic | 41 | 100% | 70.7 | 19.5 | 9.8 |
| Medical treatment | 19 | 100% | 68.4 | 21.1 | 10.5 |
| Mental health/psychiatric treatment | 21 | 100% | 81.0 | 19.1 | 0.0 |
| Work facility/boot camp[c] | 8 | 100% | 100 | 0.0 | 0.0 |
| Other[d] | 44 | 100% | 88.6 | 6.8 | 4.5 |
| **Programs offered**[b,e] | | | | | |
| Drug treatment | 918 | 100% | 80.3% | 13.7% | 6.0% |
| Alcohol treatment | 915 | 100% | 79.7 | 14.1 | 6.2 |
| Psychiatric care | 721 | 100% | 77.1 | 15.5 | 7.4 |
| Anger management | 774 | 100% | 78.6 | 14.2 | 7.2 |
| Employment training | 795 | 100% | 79.0 | 14.3 | 6.7 |
| Life skills | 856 | 100% | 79.0 | 14.5 | 6.5 |
| Parenting skills | 669 | 100% | 81.2 | 13.2 | 5.7 |
| **Capacity**[b,f] | | | | | |
| Prison facilities operating at 100% capacity or less | 715 | 100% | 84.1% | 10.6% | 5.3% |
| Prison facilities operating at more than 100% capacity | 216 | 100% | 76.9 | 16.7 | 6.5 |
| Median rated/design capacity | | | 927 beds | 1,365 beds | 1,738 beds |
| Mean rated/design capacity | | | 1,004.9 | 1,598.0 | 1,998.4 |

Note: Includes state and federal confinement facilities. Excludes state and federal community corrections facilities where offenders spend 50% or more of the day outside of confinement. Includes deaths in publicly and privately operated state facilities and in the combined jail and prison systems in Alaska, Connecticut, Delaware, Hawaii, Rhode Island, and Vermont. Includes deaths in Federal Bureau of Prisons (BOP) facilities and excludes deaths in privately operated federal facilities. As of December 30, 2001, sentenced felons from the District of Columbia were the responsibility of the BOP. Details may not sum to totals due to rounding and missing data. Data may have been revised from previously published statistics. See appendix table 1 for number of facilities by type and operator. See *Methodology*.
[a]Excludes three suicides reported to BJS's Mortality in Correctional Institutions collection by facilities that were not considered confinement facilities in the Census of State and Federal Correctional Facilities.
[b]As of midyear (last weekday in June).
[c]Includes facilities that primarily hold probation and parole violators, prerelease facilities, and other facilities that may allow movement in the community for less than 50% of the day.
[d]Includes housing for specific populations, such as juvenile offenders, sex offenders, or low security non-U.S. citizens; vocational and work camps; faith-based facilities; and geriatric care facilities.
[e]Prison facilities can offer multiple programs. The 2019 Census of State and Federal Correctional Facilities did not measure whether prisoners who died by suicide had participated in or had access to the programs.
[f]Facilities operating above 100% capacity held more prisoners than their rated or design capacity. A total of 275 facilities did not report either type of capacity. See *Terms and definitions*.
Source: Bureau of Justice Statistics, Census of State and Federal Correctional Facilities, 2019; Federal Law Enforcement Agency Deaths in Custody Reporting Program, 2019; and Mortality in Correctional Institutions, 2019.

**TABLE 21**
**Percent of state and federal prisons, by number of suicides and population characteristics, 2019**

| Population characteristic | Number of prison facilities | Total | No suicides | 1 suicide[a] | 2 or more suicides |
|---|---|---|---|---|---|
| Total | 1,161 | 1,161 | 944 | 146 | 71 |
| **Prisoners in facility[b]** | | | | | |
| 499 or fewer | 315 | 100% | 97.1% | 2.2% | 0.6% |
| 500–999 | 280 | 100% | 87.9 | 9.3 | 2.9 |
| 1,000–1,499 | 281 | 100% | 79.0 | 15.3 | 5.7 |
| 1,500–1,999 | 137 | 100% | 61.3 | 26.3 | 12.4 |
| 2,000–2,499 | 65 | 100% | 61.5 | 21.5 | 16.9 |
| 2,500 or more | 83 | 100% | 55.4 | 24.1 | 20.5 |
| **Security level** | | | | | |
| Maximum[c] | 376 | 100% | 64.6% | 21.3% | 14.1% |
| Medium[d] | 451 | 100% | 84.7 | 11.8 | 3.6 |
| Minimum | 289 | 100% | 96.2 | 3.5 | 0.4 |
| Uncategorized | 47 | 100% | 91.5 | 6.4 | 2.1 |
| **Prisoners in restricted housing[b,e]** | | | 5.5% | 6.5% | 11.5% |
| **Facility staff with security responsibilities[b]** | | | 72.8% | 68.0% | 68.0% |
| **Prisoners per security staff member[b,f]** | | | | | |
| Daytime shift | | | 16.9 prisoners | 16.5 prisoners | 17.2 prisoners |
| Nighttime shift | | | 24.0 | 24.1 | 24.6 |
| Overnight shift | | | 51.4 | 53.8 | 61.9 |
| Total security staff | | | 4.9 | 4.7 | 4.8 |

Note: Includes state and federal confinement facilities. Excludes state and federal community corrections facilities where offenders spend 50% or more of the day outside of confinement. Includes deaths in publicly and privately operated state facilities and in the combined jail and prison systems in Alaska, Connecticut, Delaware, Hawaii, Rhode Island, and Vermont. Includes deaths in Federal Bureau of Prisons (BOP) facilities and excludes deaths in privately operated federal facilities. As of December 30, 2001, sentenced felons from the District of Columbia were the responsibility of the BOP. Details may not sum to totals due to rounding and missing data. Data may have been revised from previously published statistics. See appendix table 1 for number of facilities by type and operator. See *Methodology*.

[a]Excludes three suicides reported to BJS's Mortality in Correctional Institutions collection by facilities that were not considered confinement facilities in the Census of State and Federal Correctional Facilities.

[b]As of midyear (last weekday in June).

[c]Includes super maximum facilities, administrative facilities, and facilities reporting a range of security levels with the highest level being maximum.

[d]Includes facilities that reported multilevel physical security in which the closest security level was medium.

[e]Includes prisoners held in protective custody, in administrative segregation, for disciplinary reasons, on death row, on suicide watch, or in other types of housing apart from the facility's general population. Percentages are based on the total number of prisoners in facilities with restricted housing programs.

[f]Ratios are based on prison facilities that reported staffing levels for all shifts.

Source: Bureau of Justice Statistics, Census of State and Federal Correctional Facilities, 2019; Federal Law Enforcement Agency Deaths in Custody Reporting Program, 2019; and Mortality in Correctional Institutions, 2019.

# Methodology

## Data sources

### *Mortality in Correctional Institutions, 2000-2019*

The Mortality in Correctional Institutions (MCI), formerly the Deaths in Custody Reporting Program (DCRP), was an annual Bureau of Justice Statistics (BJS) data collection from 2000 to 2019. The MCI obtained national-, state-, and incident-level data on adults who died while in the physical custody of the 50 state departments of corrections (DOCs) or in the physical custody of the approximately 2,800 local jail jurisdictions with adult populations nationwide. BJS defines a jail as a locally operated correctional facility that confines persons before or after adjudication for more than 72 hours, excluding temporary lockups.

The DCRP began in 2000 in response to the Death in Custody Reporting Act of 2000 (DICRA; P.L. 106-297) and was the only national statistical collection providing comprehensive information about deaths in adult correctional facilities. Starting in 2000, BJS collected data directly from the approximately 2,800 jail jurisdictions in the U.S. and maintained an average annual response rate of 98%. The jail universe for the MCI included all jails operating at the time of data collection each year. BJS updated the jail frame annually to document jails that had closed, consolidated, or otherwise eliminated operations. The most recent jail universe identified 2,925 jurisdictions that represented 3,130 jail facilities. Of these, 2,858 jurisdictions (98%) participated in the MCI in 2019. A jail jurisdiction is a legal entity that manages jail facilities. Jail jurisdictions typically operate at the county level, and a sheriff's office or jail administrator usually manages the local facilities. MCI data identify the jail facility where an inmate died, but data are summarized at the jail jurisdiction level.

Collection of data from state DOCs began in 2001, and BJS maintained a 100% response rate over all years. Until 2015, the Federal Bureau of Prisons (BOP) submitted aggregate counts of the number of male and female deaths to BJS, by cause of death. The BOP started reporting decedent-level data to BJS in 2015, including individual demographic and criminal justice characteristics through the Federal Law Enforcement Agency Deaths in Custody Reporting Program. In 2017, BJS changed the name from the DCRP to MCI to more accurately describe the data collection.

In the MCI, custody refers to the physical holding of a person in a facility or to the period during which a correctional authority maintains a chain of custody over an inmate. For instance, if a jail transports an ill inmate to a hospital for medical services and that inmate dies in the hospital while in the chain of custody of the jail, then that death is counted as a death in custody. A death that occurs when an inmate is not in the custody of a correctional authority is considered beyond the scope of the MCI. Deaths were considered out of scope for inmates who were on escape status or under the supervision of community corrections, such as on probation, parole, or home electronic monitoring. Local jail and state correctional officials were asked to determine whether the inmate was in the physical custody of the jurisdiction at the time of death, regardless of the reason the inmate was being held. Some local jails hold state prisoners, but if a prisoner dies in the custody of the local jail, the death is attributed to the jail, not the state DOC.

Custody is further complicated by the functions of some sheriff's offices, including dual responsibilities for law enforcement and jail administration. As a result, some deaths that respondents reported as jail deaths occurred before the jail had custody of the decedent. Deaths that occurred in the process of arrest were identified by BJS and excluded by using information about the circumstances surrounding the death.

Mortality data measured by the MCI included the location and type of facility where the inmate died, decedent characteristics (sex, race or ethnicity, and age), admission date, conviction status, and admission offense. MCI respondents were instructed to report on the cause of death as determined by autopsy or another official medical investigation. For the MCI, deaths due to accidental intoxication, other accidents, suicides, and homicides were considered discrete causes of death. Although the manner and cause of death are distinct from one another, no such distinction was made in the MCI. When reporting a death due to illness, accident, suicide, intoxication, or homicide, BJS requested that respondents describe the events surrounding these deaths. Clinical data specialists converted text entries that described illness-related deaths into standard medical codes from the World Health Organization's International Statistical Classification of Diseases and Related Health Problems, Tenth Revision (ICD-10).

The MCI also collected data on the circumstances surrounding the death (the cause, time, and location of death), whether an autopsy was conducted, and the availability of autopsy results to the respondent. Specifically for suicide deaths, from 2008 to 2019, BJS asked respondents to briefly describe the event in the MCI and to report whether the decedent had spent at least one night in a mental health facility since admission to prison or jail.

BJS ceased collection of mortality data in state and local correctional facilities after the 2019 reference year. When DICRA was reauthorized in 2014 (P.L. 113-242), it included additional enforcement and reporting compliance requirements that are incompatible with BJS's authorizing statute as a federal statistical agency. The U.S Department of Justice (DOJ) determined it would be more appropriate for the Bureau of Justice Assistance (BJA) to administer the program and collect mortality data for the DOJ starting from quarter 1 of fiscal year 2019 (October to December 2019). State departments of corrections and local jails now report their death information on a quarterly basis to centralized state agencies, which compile and submit these data to BJA to comply with all applicable requirements in P.L. 113-242.

### Census of Jails, 2019

BJS conducts the Census of Jails (COJ) periodically to collect jail data through a complete enumeration of local jail facilities and BOP detention facilities. The 2019 COJ was the eleventh administration since 1970. Data were collected through a web-based survey during the fall of 2019, with a reference date of June 30, 2019.

The COJ gathers data from jails holding inmates beyond arraignment, usually for a period exceeding 72 hours. Jail facilities are intended to hold adults, but some also hold juveniles (persons age 17 or younger). The universe of the COJ consists of all local jail jurisdictions (including county, city, regional, and privately operated jail facilities) and BOP detention facilities that function as jails.[1] The COJ universe excludes separate temporary holding facilities (such as drunk tanks and police lockups) that do not hold persons after they have been formally charged in court. However, temporary holding facilities that are operated as part of a local jail are included. The combined jail

and prison systems in Alaska, Connecticut, Delaware, Hawaii, Rhode Island, and Vermont are excluded from the COJ, as they are operated by state DOCs, and included in BJS's Census of State and Federal Correctional Facilities.

The COJ uses two data collection forms for multiple-facility jail jurisdictions. The CJ-3A obtains information on the count, race or ethnicity, conviction status, citizenship, holding agency, and average daily population (ADP) for jurisdictions that have multiple facilities under a single legal authority and have one or more reporting units. The jurisdictions also submit one CJ-3A Addendum form for each facility under their legal authority. The CJ-3A Addendum requests information on the purposes and functions of each jail, the rated capacity, and the existence of any consent decrees placed on the facilities. Single-facility jurisdictions received a CJ-3 form in the 2019 COJ, which combined the questions from the CJ-3A and CJ-3A Addendum forms.

MCI data on suicides that occurred in 2019 were linked to the 2019 COJ at both the jurisdiction and facility levels. Jurisdiction matching was based on the common jurisdiction identification number that BJS uses in jail collections. One suicide reported to the MCI occurred in a single-facility jurisdiction that did not respond to the 2019 COJ. This suicide was excluded from analyses of the linked collections at both the jurisdiction and facility levels.

COJ facility-level data were linked to MCI suicides from 2019 using the facility name, city, and state. Two jurisdictions reported suicides to the MCI but did not indicate the facilities or cities where they occurred. These deaths were excluded from the analysis of linked COJ-MCI data at the facility level. Additionally, a medical facility outside of the jail was reported as the location of death for multiple suicides in 2019. When these occurred in single-jail jurisdictions, BJS could attribute the suicide to their jail facility. However, five multiple-jail jurisdictions had suicides whose locations of death were community medical facilities not associated with the jails. Because these suicides could not be attributed to any particular jail, they were excluded from the facility-level analysis of the linked COJ-MCI data.

Because the 2019 COJ represents a complete enumeration of local jails in the U.S., the results are not subject to sampling error. However, the results were affected by unit and item nonresponse, and adjustments were made to account for nonresponse.

---

[1]Regional jail jurisdictions are created by two or more local governing bodies through cooperative agreements.

The 2019 COJ had a response rate of 94%. Seventy-four jail jurisdictions did not respond to the census. To reduce nonresponse bias, nonresponse weighting was implemented. To calculate the nonresponse weight, missing data were first imputed for two variables (confined inmate population and the number of juveniles), using a carry-forward cold-deck procedure. The missing data were replaced with the most recent prior-year data that the same jail jurisdictions reported to the 2016, 2017, or 2018 Annual Survey of Jails (ASJ) or the MCI Annual Summary File. For cases with no prior-year data, a weighted sequential hot-deck procedure was implemented to impute missing data, where the donor for each missing item was randomly selected from a set of similar jails, sorted by related auxiliary population values (e.g., jail size, inmate sex distribution, state or region, and county classification). Next, all jail jurisdictions were classified into 10 strata based on their reported or imputed values of confined population, the presence of juveniles, and whether they were operated as a regional jail in the 2019 COJ. The nonresponse weight was calculated as the total confined population of all active jail jurisdictions in each state and stratum, divided by the sum of the confined population of all jail jurisdictions in each state and stratum that responded to the 2019 COJ—

$$w_{sh} = \frac{\sum_{i=1}^{n_{sh}} p_{shi} \times A_{shi}}{\sum_{i=1}^{n_h} p_{shi} \times R_{shi}}$$

where—

$n_{sh}$ = number of jail jurisdictions in state $s$ and stratum $h$,

$p_{shi}$ = confined population for jail jurisdiction $i$ in state $s$ and stratum $h$,

$A_{shi}$ = active status indicator for jurisdiction $i$ in state $s$ and stratum $h$ (1 = active, 0 = out of scope), and

$R_{shi}$ = response indicator of jurisdiction $i$ in state $s$ and stratum $h$ (1 = respondent, 0 = nonrespondent).

### Census of State and Federal Correctional Facilities, 2019

BJS conducted the Census of State and Federal Correctional Facilities (CCF) between September 2019 and March 2020, with a reference date of June 30, 2019. Based on the primary function of the facility and the percentage of prisoners who were allowed to leave the facility unaccompanied for work or study release, BJS classified prisons as confinement or community corrections facilities. Of the 1,982 prison facilities in the original universe for CCF, 282 were deemed ineligible, and 23 did not respond to the survey. This resulted in an overall response rate of 98.6%. In linking CCF data to MCI suicide records, BJS included only the confinement prisons because these aligned with the MCI definition of in-custody deaths. This resulted in a file of 1,189 confinement facilities, of which 220 had at least one suicide. Because of the high response rate, CCF data were not weighted. BJS combined state and federal facilities in the analysis for tables 20 and 21 because disaggregation of the smaller number of federal facilities by count of suicides and other characteristics could allow for the identification of individuals.

### National Prisoner Statistics program, 2001-2019

Data on state and federal prison populations used as denominators for mortality rates were obtained from BJS's National Prisoner Statistics (NPS) program, which collects information from state DOCs and the BOP on custody and jurisdiction populations, admissions to and releases from prison, the capacity of state and federal prison systems, and some demographic characteristics of prisoners. BJS used the NPS and individual-level data from the National Corrections Reporting Program (NCRP) and the Federal Justice Statistics Program (FJSP) to obtain the age distribution of the prison population.

The original DICRA legislation did not require federal law enforcement or correctional authorities to report deaths in prisons. However, from 2001 to 2014, the BOP reported aggregate counts of deaths in BOP-operated facilities to the NPS. Then in 2015, the reauthorized DICRA legislation made federal reporting of deaths a requirement, and the BOP began providing individual-level death records to BJS from both BOP- and privately operated federal facilities as part of the Federal Law Enforcement Agency Deaths in Custody Reporting Program. In the current analysis of suicides, BJS excluded deaths in private federal prisons from 2015 to 2019 to allow for comparability over time. Table 1 in this report shows total deaths from all causes, as well as the number of suicides per year in BOP-operated facilities. A total of nine deaths in private federal prisons in 2015, seven in 2016, seven in 2017, five in 2018, and seven in 2019 were excluded.

Among these deaths, one suicide in 2015, one in 2016, and none in 2017, 2018, and 2019.

### Federal Justice Statistics Program

The federal prison data from BJS's FJSP are an annual collection of administrative records for each prisoner who was in custody on December 31. BJS obtains these records from the BOP. Data elements include demographic, criminal justice, and sentencing characteristics. For this report, BJS used the age distributions obtained from the FJSP annual prison files as denominators for suicide rates by age in the BOP.

### National Corrections Reporting Program

Similar to FJSP, the NCRP obtains individual-level administrative records for all persons in the custody of state- or privately operated prison facilities at year-end. BJS obtained annual age distributions for state prisoners from the NCRP and used them to calculate suicide rates by age for this report.

## Reported statistics

Mortality data in this report include the number of deaths by suicide, suicide rates by year, the cause of death, selected decedent and suicide event characteristics, the state where the death occurred, and characteristics of facilities that experienced one or more suicides in 2019. The data are separated by type of facility (local jail, state DOC, or BOP). The jail and prison populations differ substantially from the U.S. resident population in terms of age, race or ethnicity, and sex distributions. These differences preclude direct comparison of suicide rates between incarcerated populations and the U.S. resident population.

Suicide mortality rates are calculated per 100,000 local jail inmates and per 100,000 state or federal prisoners, with the denominators providing estimates of the number of person-years of exposure in custody in institutional corrections (*person-years* combines time in a correctional institution with the number of inmates to measure actual exposure to a correctional institution setting).

The mortality rate for local jails is calculated as the number of deaths per year divided by the average daily population (ADP), with the resulting quotient multiplied by 100,000. The ADP for jails is defined as the average daily number of inmates held in a jail jurisdiction during a calendar year, from January 1 through December 31. The ADP is used as the denominator for mortality rates to accommodate the high turnover and daily fluctuation in local jail populations. Compared to a single-day inmate count, the ADP is a better indicator of the number of days per year that an inmate is exposed to the risk of death. Jail populations have a much higher turnover than prison populations. Mean length of stay is about 26 days in local jails, compared to 2 years in state prisons. The ADP reflects the annual number of admissions and mean length of stay, and it can be expressed as the product of these two values. When mean length of stay is expressed in years, the ADP is equivalent to the number of person-years spent by inmates during a given year.

ADP data are received directly from jails through the MCI using the CJ-9A summary form. Starting in 2002, BJS collected the ADP directly from respondents. Prior to 2002, the ADP was calculated by taking the average of the January 1 count from the prior year and the December 31 count from the reference year.

The mortality rate for state or federal prisoners is calculated as the number of deaths per year divided by the December 31 population of state or federal prisoners in custody, with the resulting quotient multiplied by 100,000. The population of state prisoners used in rate calculations includes prisoners held in privately operated facilities, while the population in federal prisons does not. To improve comparability between years, this report includes mortality rates of state prisons that were reestimated for prior years using updated year-end custody populations, including privately operated facilities.

## Estimating population characteristics of inmates to calculate mortality rates by demographic subgroups

Data from several data collections were used to generate distributions of sex, race or ethnicity, and age among inmates in local jails and to estimate how these demographic characteristics were distributed by ADP. These collections were chosen because they were conducted closest in time to the 2019 reference year. They include two types of data: (1) in-person survey data, where jail inmates are asked directly to identify their date of birth, sex at birth, race, and ethnicity and (2) administrative data, which is derived from the official operational records maintained by the jail facility and may differ from how an inmate

would self-identify (especially in terms of race and ethnicity) if given the chance. BJS's administrative data collections on jails include—

- the MCI, conducted annually

- the ASJ, conducted annually

- the COJ, conducted every 5 to 6 years, including in 2013 and 2019.

BJS's in-person inmate survey data on jails include—

- the Survey of Inmates in Local Jails (SILJ), last conducted in 2002

- the National Inmate Survey (NIS), conducted in 2006, 2007 to 2009, and 2012.

Prior to 2010, the ASJ provided estimates of local jail inmates by sex for each year of the MCI collection. The ASJ percentages were applied to each year's ADP from the MCI to estimate the ADP of male and female inmates. Starting in 2010, sex-specific data on ADP from the MCI were used to calculate the denominators for mortality rates for males and females. Data from the SILJ, NIS, and COJ were used to estimate the relative distribution of adults by race or ethnicity for different periods. Because the SILJ (2002), NIS (2007 to 2009), and COJ (2013) are not fielded annually, the population estimates were smoothed before being applied to MCI data for specific time periods. The SILJ estimates were used to cover the period from 2000 to 2004, the NIS estimates to cover years 2005 to 2012, and the COJ estimates to cover years 2013 to 2019. In all cases, the percentages associated with the distribution of race or ethnicity were applied to the ADP.

To estimate the distribution of local jail inmates by age, BJS first obtained an estimate of the number of inmates age 17 or younger from the ASJ (2000 to 2012 and 2014 to 2016) and the 2013 COJ. An estimate of the ADP of inmates age 17 or younger was obtained by applying the annual percentage of inmates age 17 or younger from the ASJ and COJ to the annual ADP collected in the MCI. To estimate the distribution of adult inmates by age, data from the 2002 SILJ were used to estimate the relative distribution of adults by age for the years 2000 to 2006, and data from the NIS collections were used for years 2007 to 2016. Estimates were directly available from these sources for 2002, 2007, 2009, and 2012. The age distribution for 2002 (SILJ) was applied to MCI data for 2000 and 2001, and the distribution

from 2012 (NIS) was used for 2013 to 2018. Estimates were smoothed to account for gaps in reference years when age estimates were not available (2003 to 2006, 2008, 2010, and 2011).

Age and sex distributions of the state and federal prison populations were estimated using the NPS, NCRP, and FJSP data collections. Rates for race or ethnicity were also derived from these collections. They have been updated from previous years and may not match previously reported rates. Race or ethnicity reported in the NPS, NCRP, and FJSP come from administrative records of prisoners and may not reflect self-reporting by prisoners. Distributions of race or ethnicity were adjusted based on self-reported data collected from interviews with prisoners through BJS's national prisoner surveys. Previously, distributions of race or ethnicity were derived from BJS's 2004 Survey of Inmates in State and Federal Correctional Facilities. In 2017, BJS updated estimates of prisoners' race or ethnicity using new data from the 2016 Survey of Prison Inmates (formerly the Survey of Inmates in State and Federal Correctional Facilities). Annual distributions of race or ethnicity were weighted by the number of years from the most recent prisoner survey (2004 or 2016). For complete details on the methodology used to estimate distributions of race or ethnicity, see *Prisoners in 2016* (NCJ 251149, BJS, January 2018).

### Interpreting rates among small populations

MCI data on deaths in local jails are not subject to sampling error because the data represent a full enumeration of deaths. However, according to Brillinger and NCHS, mortality data from a complete enumeration may be subject to random error because "the number of deaths that actually occurred may be considered as one of a large series of possible results that could have arisen under the same set of circumstances."[2,3] The random variation can be large when the number of deaths is small. Therefore, caution is warranted when interpreting statistics that are based on small numbers of deaths.

Using the NCHS and Brillinger methods, BJS quantified random variation by assuming that the

[2]See Brillinger, D. R. (1986). The natural variability of vital rates and associated statistics. *Biometrics, 42*(4), 693-734.

[3]See Xu, J., Kochanek, K. D., Murphy, S. L., & Tejada-Vera, B. (2010). *Deaths: Final data for 2007* (National Vital Statistics Reports, Vol. 58, No. 19). National Center for Health Statistics. https://www.cdc.gov/nchs/data/nvsr/nvsr58/nvsr58_19.pdf

appropriate underlying probability distribution for the number of deaths was a Poisson distribution. This provided a simple and reasonable approach for estimating variances in mortality statistics when the probability of dying is low. Variances were calculated based on the assumption of a Poisson process. From these variances, estimates of relative random error were calculated. These estimates are comparable to the relative standard error because the relative random error is the ratio of random error derived from the Poisson variance to the number of deaths. Following NCHS practice, when the relative random error exceeded 30%, estimated mortality rates were flagged with an "!" symbol to show the instability of the rate. (i.e., Interpret with caution. Estimate is based on 10 or fewer cases.)

**APPENDIX TABLE 1**

**Number of correctional facilities, by type and operator, 2019**

| Operator | All facilities* | Confinement | Community-based |
|---|---|---|---|
| Total | 1,677 | 1,161 | 516 |
| **Public** | 1,266 | 1,079 | 187 |
| Federal | 111 | 111 | 0 |
| State | 1,155 | 968 | 187 |
| **Private** | 411 | 82 | 329 |

*There were 139 additional facilities linked to another facility for which data could not be reported separately. Data from these facilities were merged with data for 96 facilities.

Source: Bureau of Justice Statistics, Census of State and Federal Adult Correctional Facilities, 2019.



The Bureau of Justice Statistics of the U.S. Department of Justice is the principal federal agency responsible for measuring crime, criminal victimization, criminal offenders, victims of crime, correlates of crime, and the operation of criminal and civil justice systems at the federal, state, tribal, and local levels. BJS collects, analyzes, and disseminates reliable statistics on crime and justice systems in the United States, supports improvements to state and local criminal justice information systems, and participates with national and international organizations to develop and recommend national standards for justice statistics. Doris J. James is the acting director.

This report was written by E. Ann Carson. Stephanie Mueller, Lauren G. Beatty, Emily Buehler, Zhen Zeng, and Laura Maruschak verified the report.

Edrienne Su and Eric Hendrixson edited the report. Carrie Epps-Carey produced the report.

October 2021, NCJ 300731



NCJ 300731

**Office of Justice Programs**
**Building Solutions • Supporting Communities • Advancing Justice**
**www.ojp.gov**

# EXHIBIT D

**January 4, 2021 and December 31, 2021 LA Jail Population Numbers**
**Source: *Vera Institute for Justice, Care First L.A.: Tracking Jail Decarceration***
**(Tab: Population Changes, Population Over Time)**
https://www.vera.org/care-first-la-tracking-jail-decarceration
**Last Checked April 3, 2023**



