PETER J. ELIASBERG (189110)
peliasberg@aclusocal.org
MELISSA CAMACHO (264024)
mcamacho@aclusocal.org
**ACLU FOUNDATION OF
SOUTHERN CALIFORNIA**
1313 W. 8th Street
Los Angeles, CA 90017
Phone: (213) 977-9500
Fax: (213) 977-5299

CORENE T. KENDRICK (226642)
ckendrick@aclu.org
MARISOL DOMINGUEZ-RUIZ
(345416)
mdominguez-ruiz@aclu.org
**ACLU NATIONAL PRISON
PROJECT**
39 Drumm St.
San Francisco, CA 94111
Phone: (202) 393-4930
Fax: (202) 393-4931

DAVID C. FATHI (*pro hac vice*)*
dfathi@aclu.org
**ACLU NATIONAL PRISON
PROJECT**
915 15th St., NW
Washington, D.C. 20005
Phone: (202) 393-4930
Fax: (202) 393-4931

*Not admitted in D.C., practice limited
to federal courts

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

DENNIS RUTHERFORD,

    *Plaintiff*,

v.

ROBERT LUNA, Sheriff of Los
Angeles County, in his official
capacity, and COUNTY OF LOS
ANGELES

    *Defendants*.

No. 75-CV-04111-DDP

**DECLARATION OF MARISOL
DOMINGUEZ-RUIZ IN SUPPORT
OF PLAINTIFFS' REPLY TO
DEFENDANT'S OPPOSITION TO
MOTION FOR ORDER TO SHOW
CAUSE RE CONTEMPT**

**Declaration of Marisol Dominguez-Ruiz**

I, Marisol Dominguez-Ruiz, hereby declare:

1.     I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.     I am a Justice Catalyst Fellow at the ACLU National Prison Project (ACLU NPP) and am admitted to practice law in the State of California and before this court. I am one of the lawyers who represent the plaintiff class in this action.

3.     I serve as a monitor, along with ACLU SoCal counsel, Melissa Camacho, in LA County Jails (Jails). As a monitor, I have unescorted access to each of the Jails so that I can talk to people incarcerated there and observe conditions first-hand.

4.     Attached herein as Exhibit A is a table showing the number of people held in holding cells for longer than 12 hours for the period of February 28, 2023 through March 16, 2023. This data is retrieved from the most recent set of records provided by Defendants to Plaintiffs' counsel. This table includes the booking number for each person, the time and date they were placed in a holding cell, time and date they left the holding cell, the total length of time they spent in a holding cell, and whether they were awaiting HOH housing.

5.     The table is submitted pursuant to Federal Rule of Evidence 1006 and was prepared in the following manner. Under my direction, we reviewed all the Holding Cell pdfs. Under my direction, I worked with co-counsel to enter relevant information into an excel spreadsheet, including name, booking number, cell number, type of placement, reason for extended say, the time each person was placed in a holding cell and the time the person was removed from the holding cell. For privacy reasons, I removed the name and type of placement which indicates a person's housing classification, such as GP (General Population) or K-level.

6.     Once information was recorded and time was calculated, I removed duplicates and anyone with incomplete information that made it impossible or

unclear to determine the length of time in a holding cell. Due to missing information, the table underreports amount of people held in excess of 12 hours. There were at least 50 people who I was unable to determine length of stay and did not include in Exhibit A due to missing information.

7.      Exhibit A shows the following:

   a.  358 people were placed in holding cells in excess of 12 hours, in violation of  Paragraph 4 of the PI.

   b.  The total time people were held in a holding cell ranges from 12 hours and 4 minutes to the longest stay recorded at 44 hours and 36 minutes.

   c.  Three people are identified as awaiting HOH beds ("pre-HOH").

   d.  Thirteen people are held for unknown reasons, due to lack of information in Holding Cell pdf which did not indicate the person's type of placement.

   e.  Two people were in a holding cell for longer than forty hours.

   f.  Seven people were in a holding cell for over thirty hours.

8.      Attached herein as Exhibit B is a true and correct copy of a Holding Cell pdf with the information of Booking #6561833 that shows he was in a holding cell for 42 hours.

9.      Attached herein as Exhibit C is a true and correct copy of a Holding Cell pdf with the information of Booking # 6549849 that shows he was in a holding cell for 27 hours and 58 minutes.

10.      Attached herein as Exhibit D is a true and correct copy of Holding Cell information to show how incomplete recordkeeping makes it difficult or impossible to determine the length of time in a holding cell.

11. Attached herein as Exhibit E is a true and correct copy of excerpts from the transcript of the October 3, 2017 Board of Supervisors hearing, which I

downloaded from

https://file.lacounty.gov/SDSInter/bos/sop/transcripts/1029481_100317.pdf on March 16, 2023. This includes statements from Supervisor Janice Hahn, and testimony by Dr. Mark Ghaly, former Deputy Director of the Los Angeles County Department of Health Services, and Director of Correctional Health Services (CHS).

12.    Attached herein as Exhibit F is a true and correct copy of excerpts from the transcript of the May 8, 2018 Board of Supervisors hearing, which I downloaded from

https://file.lacounty.gov/SDSInter/bos/sop/transcripts/1037522_050818.pdf on March 16, 2023. This includes statements by Supervisor Kathryn Barger, and testimony by Commander Jason Wolack from the Los Angeles Sheriff's Department (LASD).

13.    Attached herein as Exhibit G is a true and correct copy of excerpts from the transcript of the March 4, 2020 Board of Supervisors hearing, which I downloaded from

https://file.lacounty.gov/SDSInter/bos/sop/transcripts/1069788_030420.pdf on March 16, 2023. This includes statements from Supervisor Barger, and testimony from LASD Captain Larry Alva, who then headed the Department's Custody, Compliance, and Sustainability Bureau; and testimony from then-Assistant Sheriff Bruce Chase.

14.    Attached herein as Exhibit H is a true and correct copy of excerpts from the transcript of the November 10, 2020 Board of Supervisors hearing, which I downloaded from

https://file.lacounty.gov/SDSInter/bos/sop/transcripts/1081286_111020.pdf on March 16, 2023. This includes testimony from Richard Drooyan, then the court-appointed independent monitor in the *United States v. Cnty. of L.A.* case.

15.    Attached herein as Exhibit I is a true and correct copy of excerpts

from the transcript of the November 16, 2021 Board of Supervisors hearing, which I downloaded from https://file.lacounty.gov/SDSInter/bos/sop/transcripts/1115714_111621.pdf on March 16, 2023. This includes statements from Supervisor Kathryn Barger and Assistant Sheriff Brendan Corbett.

16.    Attached herein as Exhibit J is a true and correct copy of excerpts from the transcript of the December 7, 2021 Board of Supervisors hearing, which I downloaded from https://file.lacounty.gov/SDSInter/bos/sop/transcripts/1116458_120721.pdf on March 16, 2023. This includes statements from Supervisor Barger, Supervisor Hahn, and Supervisor Holly Mitchell; and testimony from Dr. Tim Belavich, CHS Director, and Fesia Davenport of the Chief Executive Office of Los Angeles County.

17.    Attached herein as Exhibit K is a true and correct copy of excerpts from the transcript of the June 28, 2022 Board of Supervisors hearing, which I downloaded from https://file.lacounty.gov/SDSInter/bos/sop/transcripts/1127242_062822C.pdf on April 1, 2023. This includes statements from Supervisor Hilda Solis.

18.    Attached herein as Exhibit L is a true and correct copy of excerpts from the transcript of the September 13, 2022 Board of Supervisors hearing, which I downloaded from https://file.lacounty.gov/SDSInter/bos/sop/transcripts/1130531_091322.pdf on March 15, 2022. This includes statements from Supervisors Mitchell and Barger, and testimony from Dr. Belavich.

19.    Attached herein as Exhibit M is a true and correct copy of excerpts from the transcript of the January 10, 2023 Board of Supervisors hearing, which I downloaded from https://file.lacounty.gov/SDSInter/bos/sop/transcripts/1137285_011023.pdf on

March 16, 2023. This includes testimony from Dr. Tim Belavich and statements by Supervisor Barger.

20.    I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct.  Executed April 5, 2023 in Los Angeles, California.

_____

Marisol Dominguez-Ruiz

6

# EXHIBIT A

People in Holding Cells for More than 12 Hours

(2/28/23 – 3/16/23)

|  | BKG# | Total Time (Hours & Minutes) | Date of Placement | Start Time | Date of Release | End Time | Pre-HOH? |
|---|---|---|---|---|---|---|---|
| 1 | 6563984 | 44:36 | 3/7/2023 | 1:24 | 3/8/2023 | 22:00 | No |
| 2 | 6561833 | 42:00 | 3/7/2023 | 4:00 | 3/8/2023 | 22:00 | No |
| 3 | 6553514 | 38:29 | 3/7/2023 | 5:25 | 3/8/2023 | 19:54 | Unknown |
| 4 | 6529146 | 38:00 | 3/7/2023 | 6:00 | 3/8/2023 | 20:00 | Unknown |
| 5 | 6566026 | 37:31 | 3/10/2023 | 10:28 | 3/11/2023 | 23:59 | No |
| 6 | 6560876 | 34:41 | 3/3/2023 | 10:19 | 3/4/2023 | 21:00 | No |
| 7 | 6566779 | 31:33 | 3/14/2023 | 4:17 | 3/15/2023 | 11:50 | No |
| 8 | 6551922 | 29:36 | 3/3/2023 | 3:41 | 3/4/2023 | 9:17 | No |
| 9 | 6549849 | 27:58 | 3/2/2023 | 23:07 | 3/4/2023 | 3:05 | No |
| 10 | 6561687 | 26:43 | 3/3/2023 | 0:52 | 3/4/2023 | 3:35 | No |
| 11 | 6504010 | 26:20 | 3/3/2023 | 9:56 | 3/4/2023 | 12:16 | No |
| 12 | 6544446 | 26:14 | 3/3/2023 | 9:50 | 3/4/2023 | 12:04 | No |
| 13 | 6558564 | 25:15 | 2/28/2023 | 21:24 | 3/1/2023 | 22:39 | No |
| 14 | 6564176 | 25:14 | 3/13/2023 | 9:51 | 3/14/2023 | 11:05 | No |
| 15 | 6565773 | 25:03 | 3/9/2023 | 22:57 | 3/11/2023 | 0:00 | No |
| 16 | 6558577 | 24:49 | 2/28/2023 | 18:49 | 3/1/2023 | 19:38 | No |
| 17 | 6568133 | 24:44 | 3/14/2023 | 23:14 | 3/15/2023 | 23:58 | No |
| 18 | 6430792 | 24:41 | 3/7/2023 | 20:51 | 3/8/2023 | 21:32 | No |
| 19 | 6484203 | 24:12 | 3/9/2023 | 11:30 | 3/10/2023 | 11:42 | No |
| 20 | 6560338 | 24:11 | 3/3/2023 | 3:19 | 3/4/2023 | 3:30 | No |
| 21 | 6558862 | 24:10 | 2/28/2023 | 19:34 | 3/1/2023 | 19:44 | No |
| 22 | 6568039 | 24:09 | 3/14/2023 | 23:50 | 3/15/2023 | 23:59 | No |
| 23 | 6550505 | 23:58 | 3/7/2023 | 22:09 | 3/8/2023 | 20:07 | No |
| 24 | 6560844 | 23:46 | 3/1/2023 | 21:23 | 3/2/2023 | 21:09 | No |
| 25 | 6559453 | 23:23 | 2/28/2023 | 20:57 | 3/1/2023 | 20:20 | No |
| 26 | 6560380 | 23:22 | 2/28/2023 | 19:53 | 3/1/2023 | 19:15 | No |
| 27 | 6549808 | 23:15 | 2/28/2023 | 21:24 | 3/1/2023 | 20:39 | No |
| 28 | 6558652 | 23:08 | 2/28/2023 | 20:24 | 3/1/2023 | 19:32 | No |
| 29 | 6564803 | 22:56 | 3/10/2023 | 16:46 | 3/11/2023 | 15:42 | No |
| 30 | 6558808 | 22:45 | 2/28/2023 | 21:06 | 3/1/2023 | 19:51 | No |
| 31 | 6558944 | 22:38 | 2/28/2023 | 23:01 | 3/1/2023 | 21:39 | No |
| 32 | 6567175 | 22:36 | 3/14/2023 | 3:34 | 3/15/2023 | 2:10 | No |
| 33 | 6560278 | 22:32 | 3/2/2023 | 20:32 | 3/3/2023 | 19:04 | No |
| 34 | 6548944 | 22:23 | 2/28/2023 | 21:35 | 3/1/2023 | 19:38 | No |
| 35 | 6548904 | 22:15 | 2/28/2023 | 21:24 | 3/1/2023 | 19:39 | No |
| 36 | 6552575 | 22:12 | 3/7/2023 | 20:44 | 3/8/2023 | 18:56 | No |
| 37 | 6567730 | 22:11 | 3/13/2023 | 19:49 | 3/14/2023 | 18:00 | No |

| 38 | 6548977 | 22:04 | 2/28/2023 | 21:34 | 3/1/2023 | 19:38 | No |
| 39 | 6562083 | 21:51 | 3/8/2023 | 1:53 | 3/8/2023 | 23:44 | No |
| 40 | 6559393 | 21:50 | 2/28/2023 | 20:23 | 3/1/2023 | 18:13 | No |
| 42 | 6561931 | 21:50 | 3/3/2023 | 14:22 | 3/4/2023 | 12:12 | No |
| 43 | 6548171 | 21:42 | 2/28/2023 | 21:34 | 3/1/2023 | 19:16 | No |
| 44 | 6559674 | 21:38 | 2/28/2023 | 21:06 | 3/1/2023 | 18:44 | No |
| 45 | 6557085 | 21:27 | 3/13/2023 | 20:33 | 3/14/2023 | 18:00 | No |
| 46 | 6559695 | 21:12 | 3/2/2023 | 22:12 | 3/3/2023 | 19:24 | No |
| 47 | 6558640 | 21:09 | 2/28/2023 | 22:58 | 3/1/2023 | 20:07 | No |
| 48 | 6559299 | 21:08 | 2/28/2023 | 21:34 | 3/1/2023 | 18:42 | No |
| 49 | 6556827 | 21:05 | 3/13/2023 | 23:42 | 3/14/2023 | 20:47 | No |
| 50 | 6556796 | 20:52 | 3/14/2023 | 5:18 | 3/15/2023 | 2:10 | No |
| 51 | 6564635 | 20:52 | 3/9/2023 | 22:57 | 3/10/2023 | 19:49 | No |
| 52 | 6564936 | 20:51 | 3/10/2023 | 18:51 | 3/11/2023 | 15:42 | No |
| 53 | 6389301 | 20:46 | 3/9/2023 | 23:47 | 3/10/2023 | 20:33 | No |
| 54 | 6550807 | 20:42 | 3/8/2023 | 3:02 | 3/8/2023 | 23:44 | No |
| 55 | 6551333 | 20:40 | 3/4/2023 | 0:56 | 3/4/2023 | 21:36 | No |
| 56 | 6560914 | 20:39 | 3/4/2023 | 0:59 | 3/4/2023 | 21:38 | No |
| 57 | 6561031 | 20:39 | 3/4/2023 | 0:58 | 3/4/2023 | 21:37 | No |
| 58 | 6560368 | 20:36 | 3/2/2023 | 20:32 | 3/3/2023 | 17:08 | No |
| 59 | 6556872 | 20:35 | 3/14/2023 | 5:55 | 3/15/2023 | 2:30 | No |
| 60 | 6549857 | 20:32 | 3/2/2023 | 22:48 | 3/3/2023 | 19:20 | No |
| 62 | 6550457 | 20:32 | 3/2/2023 | 22:47 | 3/3/2023 | 19:19 | No |
| 63 | 6565486 | 20:32 | 3/10/2023 | 0:28 | 3/10/2023 | 21:00 | No |
| 64 | 6562593 | 20:28 | 3/7/2023 | 23:38 | 3/8/2023 | 20:06 | No |
| 65 | 6549864 | 20:23 | 3/2/2023 | 22:48 | 3/3/2023 | 19:11 | No |
| 66 | 6550477 | 20:19 | 3/2/2023 | 22:48 | 3/3/2023 | 19:07 | No |
| 67 | 6562429 | 20:19 | 3/4/2023 | 1:17 | 3/4/2023 | 21:36 | No |
| 68 | 6565888 | 20:19 | 3/13/2023 | 23:36 | 3/14/2023 | 19:55 | No |
| 69 | 6565683 | 20:18 | 3/13/2023 | 23:43 | 3/14/2023 | 20:01 | No |
| 70 | 6565800 | 20:14 | 3/13/2023 | 23:42 | 3/14/2023 | 19:56 | No |
| 72 | 6558451 | 20:13 | 2/28/2023 | 19:53 | 3/1/2023 | 16:06 | No |
| 73 | 6560339 | 20:13 | 3/2/2023 | 23:07 | 3/3/2023 | 19:20 | No |
| 74 | 6526100 | 20:09 | 3/8/2023 | 22:50 | 3/9/2023 | 18:59 | No |
| 75 | 6560121 | 20:04 | 2/28/2023 | 19:27 | 3/1/2023 | 15:31 | No |
| 76 | 6548955 | 19:56 | 2/28/2023 | 23:07 | 3/1/2023 | 19:03 | No |
| 77 | 6559462 | 19:55 | 2/28/2023 | 21:03 | 3/1/2023 | 16:58 | No |
| 78 | 6567191 | 19:53 | 3/14/2023 | 20:42 | 3/15/2023 | 16:35 | No |
| 79 | 6568446 | 19:52 | 3/14/2023 | 20:42 | 3/15/2023 | 16:34 | No |
| 80 | 6564203 | 19:51 | 3/7/2023 | 23:35 | 3/8/2023 | 19:26 | No |
| 81 | 6564213 | 19:46 | 3/10/2023 | 3:37 | 3/10/2023 | 23:23 | No |
| 82 | 6565656 | 19:39 | 3/13/2023 | 23:07 | 3/14/2023 | 18:46 | No |
| 83 | 6549823 | 19:38 | 3/1/2023 | 22:17 | 3/2/2023 | 17:55 | No |

| 84 | 6567823 | 19:36 | 3/14/2023 | 0:15 | 3/14/2023 | 19:51 | No |
| 85 | 6563841 | 19:34 | 3/7/2023 | 23:15 | 3/8/2023 | 18:49 | No |
| 86 | 6563963 | 19:34 | 3/8/2023 | 23:16 | 3/9/2023 | 18:50 | No |
| 87 | 6551358 | 19:33 | 3/8/2023 | 0:36 | 3/8/2023 | 20:09 | No |
| 88 | 6561385 | 19:32 | 3/3/2023 | 7:14 | 3/4/2023 | 2:46 | No |
| 89 | 6556907 | 19:31 | 3/10/2023 | 20:12 | 3/11/2023 | 15:43 | No |
| 90 | 6565998 | 19:31 | 3/10/2023 | 20:11 | 3/11/2023 | 15:42 | No |
| 91 | 6560468 | 19:28 | 3/2/2023 | 20:34 | 3/3/2023 | 16:02 | No |
| 92 | 6560804 | 19:28 | 3/2/2023 | 20:32 | 3/3/2023 | 16:00 | No |
| 93 | 6557551 | 19:18 | 3/14/2023 | 19:46 | 3/15/2023 | 15:04 | No |
| 94 | 6563198 | 19:15 | 3/8/2023 | 0:54 | 3/8/2023 | 20:09 | No |
| 95 | 6564201 | 19:15 | 3/8/2023 | 0:54 | 3/8/2023 | 20:09 | No |
| 96 | 6549846 | 19:13 | 3/2/2023 | 23:07 | 3/3/2023 | 18:20 | No |
| 97 | 6556914 | 19:13 | 3/13/2023 | 23:36 | 3/14/2023 | 18:49 | No |
| 98 | 6560107 | 19:13 | 3/2/2023 | 2:05 | 3/2/2023 | 21:18 | No |
| 99 | 6558492 | 19:12 | 2/28/2023 | 22:56 | 3/1/2023 | 18:08 | No |
| 100 | 6564315 | 19:12 | 3/8/2023 | 0:54 | 3/8/2023 | 20:06 | No |
| 101 | 6565851 | 19:09 | 3/13/2023 | 23:37 | 3/14/2023 | 18:46 | No |
| 102 | 6565643 | 19:08 | 3/14/2023 | 1:15 | 3/14/2023 | 20:23 | No |
| 103 | 6564921 | 18:56 | 3/10/2023 | 20:45 | 3/11/2023 | 15:41 | No |
| 104 | 6567732 | 18:56 | 3/13/2023 | 23:08 | 3/14/2023 | 18:04 | No |
| 105 | 6561666 | 18:52 | 3/2/2023 | 21:21 | 3/3/2023 | 16:13 | No |
| 106 | 6558881 | 18:42 | 2/28/2023 | 21:34 | 3/1/2023 | 16:16 | No |
| 107 | 6564149 | 18:42 | 3/8/2023 | 1:16 | 3/8/2023 | 19:58 | No |
| 108 | 6558668 | 18:40 | 3/1/2023 | 0:02 | 3/1/2023 | 18:42 | No |
| 109 | 6558965 | 18:40 | 3/1/2023 | 0:02 | 3/1/2023 | 18:42 | No |
| 110 | 6559335 | 18:40 | 3/1/2023 | 0:03 | 3/1/2023 | 18:43 | No |
| 111 | 6563270 | 18:40 | 3/7/2023 | 16:16 | 3/8/2023 | 10:56 | No |
| 112 | 6548254 | 18:39 | 3/1/2023 | 0:02 | 3/1/2023 | 18:41 | No |
| 113 | 6558867 | 18:39 | 3/1/2023 | 0:02 | 3/1/2023 | 18:41 | No |
| 114 | 6561095 | 18:39 | 3/2/2023 | 21:21 | 3/3/2023 | 16:00 | No |
| 115 | 6565789 | 18:35 | 3/14/2023 | 1:16 | 3/14/2023 | 19:51 | No |
| 116 | 6566662 | 18:34 | 3/14/2023 | 0:15 | 3/14/2023 | 18:49 | No |
| 117 | 6565879 | 18:33 | 3/14/2023 | 0:15 | 3/14/2023 | 18:48 | No |
| 118 | 6564940 | 18:28 | 3/10/2023 | 21:04 | 3/11/2023 | 15:32 | No |
| 119 | 6551194 | 18:27 | 3/3/2023 | 0:53 | 3/3/2023 | 19:20 | No |
| 120 | 6560539 | 18:27 | 3/3/2023 | 0:53 | 3/3/2023 | 19:20 | No |
| 121 | 6567839 | 18:22 | 3/13/2023 | 23:43 | 3/14/2023 | 18:05 | No |
| 122 | 6553409 | 18:21 | 3/8/2023 | 1:53 | 3/8/2023 | 20:14 | No |
| 123 | 6567720 | 18:21 | 3/14/2023 | 7:50 | 3/15/2023 | 2:11 | No |
| 124 | 6561341 | 18:19 | 3/3/2023 | 1:02 | 3/3/2023 | 19:21 | No |
| 125 | 6566350 | 18:18 | 3/14/2023 | 21:11 | 3/15/2023 | 15:29 | No |
| 126 | 6557594 | 18:10 | 3/14/2023 | 5:05 | 3/14/2023 | 23:15 | No |

| 127 | 6564769 | 18:06 | 3/8/2023 | 17:23 | 3/9/2023 | 11:29 | No |
| 128 | 6558550 | 18:03 | 3/1/2023 | 1:25 | 3/1/2023 | 19:38 | No |
| 129 | 6560448 | 18:01 | 3/3/2023 | 1:20 | 3/3/2023 | 19:21 | No |
| 130 | 6563469 | 18:01 | 3/7/2023 | 9:32 | 3/8/2023 | 3:33 | No |
| 131 | 6560465 | 18:00 | 3/3/2023 | 1:21 | 3/3/2023 | 19:21 | No |
| 132 | 6561231 | 18:00 | 3/3/2023 | 1:21 | 3/3/2023 | 19:21 | No |
| 133 | 6564185 | 18:00 | 3/10/2023 | 22:46 | 3/11/2023 | 16:46 | No |
| 134 | 6550585 | 17:58 | 3/3/2023 | 18:55 | 3/4/2023 | 12:53 | No |
| 135 | 6568228 | 17:58 | 3/15/2023 | 9:18 | 3/16/2023 | 3:06 | No |
| 136 | 6558206 | 17:57 | 3/10/2023 | 17:43 | 3/11/2023 | 11:40 | No |
| 137 | 6565503 | 17:56 | 3/10/2023 | 3:37 | 3/10/2023 | 21:33 | No |
| 139 | 6567942 | 17:54 | 3/14/2023 | 1:58 | 3/14/2023 | 19:52 | No |
| 140 | 6567740 | 17:53 | 3/14/2023 | 1:58 | 3/14/2023 | 19:51 | No |
| 141 | 6567909 | 17:53 | 3/14/2023 | 1:58 | 3/14/2023 | 19:51 | No |
| 142 | 6567398 | 17:50 | 3/14/2023 | 8:20 | 3/15/2023 | 2:10 | No |
| 143 | 6567759 | 17:50 | 3/14/2023 | 0:14 | 3/14/2023 | 18:04 | No |
| 144 | 6567768 | 17:50 | 3/14/2023 | 8:20 | 3/15/2023 | 2:10 | No |
| 145 | 6550549 | 17:49 | 3/3/2023 | 14:55 | 3/4/2023 | 8:44 | Unknown |
| 146 | 6566638 | 17:48 | 3/14/2023 | 8:15 | 3/15/2023 | 2:03 | No |
| 147 | 6560538 | 17:45 | 3/3/2023 | 1:19 | 3/3/2023 | 19:04 | No |
| 148 | 6562527 | 17:45 | 3/8/2023 | 0:59 | 3/8/2023 | 18:44 | No |
| 149 | 6560143 | 17:43 | 3/3/2023 | 9:40 | 3/4/2023 | 3:23 | No |
| 150 | 6560982 | 17:42 | 3/2/2023 | 1:18 | 3/2/2023 | 19:00 | No |
| 151 | 6559449 | 17:40 | 3/3/2023 | 9:40 | 3/4/2023 | 3:20 | No |
| 153 | 6549687 | 17:39 | 3/3/2023 | 9:41 | 3/4/2023 | 3:20 | No |
| 154 | 6467229 | 17:33 | 3/14/2023 | 1:15 | 3/14/2023 | 18:48 | No |
| 155 | 6556814 | 17:33 | 3/10/2023 | 3:37 | 3/10/2023 | 21:10 | No |
| 157 | 6564350 | 17:32 | 3/8/2023 | 17:53 | 3/9/2023 | 11:25 | No |
| 158 | 6560328 | 17:29 | 3/3/2023 | 9:41 | 3/4/2023 | 3:10 | No |
| 159 | 6561835 | 17:28 | 3/4/2023 | 5:09 | 3/4/2023 | 22:37 | No |
| 161 | 6561221 | 17:26 | 3/2/2023 | 22:19 | 3/3/2023 | 15:45 | No |
| 162 | 6561708 | 17:24 | 3/3/2023 | 15:30 | 3/4/2023 | 8:54 | No |
| 163 | 6564772 | 17:21 | 3/10/2023 | 21:25 | 3/11/2023 | 14:46 | No |
| 164 | 6393008 | 17:20 | 3/14/2023 | 22:15 | 3/15/2023 | 15:35 | No |
| 165 | 6555929 | 17:17 | 3/1/2023 | 1:25 | 3/1/2023 | 18:42 | No |
| 166 | 6560375 | 17:17 | 3/3/2023 | 1:23 | 3/3/2023 | 18:40 | No |
| 167 | 6549863 | 17:13 | 3/2/2023 | 22:35 | 3/3/2023 | 15:48 | No |
| 168 | 6564223 | 17:13 | 3/7/2023 | 22:47 | 3/8/2023 | 16:00 | No |
| 169 | 6443655 | 17:06 | 3/2/2023 | 0:14 | 3/2/2023 | 17:20 | No |
| 170 | 6550592 | 17:02 | 3/1/2023 | 23:06 | 3/2/2023 | 16:08 | No |
| 171 | 6560851 | 16:55 | 3/2/2023 | 2:05 | 3/2/2023 | 19:00 | No |
| 172 | 6549797 | 16:54 | 3/2/2023 | 2:06 | 3/2/2023 | 19:00 | No |
| 173 | 6567689 | 16:53 | 3/14/2023 | 3:35 | 3/14/2023 | 20:28 | No |

| 174 | 4535362 | 16:52 | 3/10/2023 | 2:17 | 3/10/2023 | 19:09 | No |
| 175 | 6567734 | 16:49 | 3/14/2023 | 1:16 | 3/14/2023 | 18:05 | No |
| 176 | 6561366 | 16:48 | 3/3/2023 | 19:25 | 3/4/2023 | 12:13 | No |
| 177 | 6565926 | 16:44 | 3/14/2023 | 9:25 | 3/15/2023 | 2:09 | No |
| 178 | 6563944 | 16:39 | 3/8/2023 | 23:12 | 3/9/2023 | 15:51 | No |
| 179 | 6338233 | 16:33 | 3/14/2023 | 9:38 | 3/15/2023 | 2:11 | No |
| 180 | 6560360 | 16:31 | 2/28/2023 | 23:08 | 3/1/2023 | 15:39 | No |
| 181 | 6560962 | 16:31 | 3/3/2023 | 9:47 | 3/4/2023 | 2:18 | No |
| 183 | 6560346 | 16:30 | 3/3/2023 | 3:03 | 3/3/2023 | 19:33 | No |
| 185 | 6559392 | 16:27 | 2/28/2023 | 23:12 | 3/1/2023 | 15:39 | No |
| 186 | 6567887 | 16:22 | 3/14/2023 | 3:37 | 3/14/2023 | 19:59 | No |
| 187 | 5935987 | 16:21 | 3/7/2023 | 18:59 | 3/8/2023 | 11:20 | No |
| 188 | 6560385 | 16:20 | 3/2/2023 | 22:46 | 3/3/2023 | 15:06 | No |
| 189 | 6565989 | 16:20 | 3/10/2023 | 23:32 | 3/11/2023 | 15:52 | No |
| 190 | 6563517 | 16:19 | 3/10/2023 | 19:28 | 3/11/2023 | 11:47 | No |
| 192 | 6567667 | 16:19 | 3/14/2023 | 3:33 | 3/14/2023 | 19:52 | No |
| 193 | 6551312 | 16:18 | 3/3/2023 | 3:03 | 3/3/2023 | 19:21 | No |
| 194 | 6560401 | 16:18 | 3/3/2023 | 3:16 | 3/3/2023 | 19:34 | No |
| 195 | 6566809 | 16:18 | 3/14/2023 | 3:34 | 3/14/2023 | 19:52 | No |
| 197 | 6567885 | 16:18 | 3/14/2023 | 3:34 | 3/14/2023 | 19:52 | No |
| 198 | 6566065 | 16:16 | 3/11/2023 | 2:19 | 3/11/2023 | 18:35 | No |
| 199 | 6565653 | 16:07 | 3/10/2023 | 5:18 | 3/10/2023 | 21:25 | No |
| 200 | 6566527 | 16:07 | 3/14/2023 | 23:12 | 3/15/2023 | 15:19 | No |
| 201 | 6568238 | 16:07 | 3/15/2023 | 9:40 | 3/16/2023 | 1:47 | No |
| 202 | 6523998 | 16:06 | 3/7/2023 | 19:13 | 3/8/2023 | 11:19 | No |
| 203 | 6551278 | 16:04 | 3/3/2023 | 3:16 | 3/3/2023 | 19:20 | No |
| 204 | 6564969 | 16:04 | 3/10/2023 | 19:43 | 3/11/2023 | 11:47 | No |
| 205 | 6560307 | 16:02 | 3/2/2023 | 19:45 | 3/3/2023 | 11:47 | No |
| 206 | 6561380 | 15:58 | 3/3/2023 | 3:16 | 3/3/2023 | 19:14 | No |
| 207 | 6564317 | 15:50 | 3/10/2023 | 5:18 | 3/10/2023 | 21:08 | No |
| 209 | 6551277 | 15:46 | 3/3/2023 | 3:33 | 3/3/2023 | 19:19 | No |
| 210 | 6557415 | 15:45 | 3/14/2023 | 23:50 | 3/15/2023 | 15:35 | No |
| 212 | 6558608 | 15:45 | 3/1/2023 | 3:34 | 3/1/2023 | 19:19 | No |
| 214 | 6560964 | 15:42 | 3/2/2023 | 3:37 | 3/2/2023 | 19:19 | No |
| 215 | 6564882 | 15:36 | 3/11/2023 | 2:19 | 3/11/2023 | 17:55 | No |
| 216 | 6565586 | 15:36 | 3/11/2023 | 2:19 | 3/11/2023 | 17:55 | No |
| 217 | 6551201 | 15:34 | 3/2/2023 | 7:45 | 3/2/2023 | 23:19 | No |
| 218 | 6443656 | 15:33 | 3/2/2023 | 7:45 | 3/2/2023 | 23:18 | No |
| 219 | 6556594 | 15:31 | 3/11/2023 | 2:20 | 3/11/2023 | 17:51 | No |
| 220 | 6557007 | 15:29 | 3/14/2023 | 21:02 | 3/15/2023 | 12:31 | No |
| 221 | 6561002 | 15:27 | 3/2/2023 | 9:45 | 3/3/2023 | 1:12 | No |
| 222 | 6553538 | 15:26 | 3/7/2023 | 4:26 | 3/8/2023 | 19:52 | Unknown |
| 223 | 6565571 | 15:26 | 3/11/2023 | 2:19 | 3/11/2023 | 17:45 | No |

| 224 | 6561618 | 15:25 | 3/3/2023 | 10:11 | 3/4/2023 | 1:36 | No |
| 225 | 6564193 | 15:25 | 3/9/2023 | 20:09 | 3/10/2023 | 11:34 | No |
| 226 | 6550610 | 15:24 | 3/2/2023 | 3:36 | 3/2/2023 | 19:00 | No |
| 227 | 6560890 | 15:24 | 3/2/2023 | 3:36 | 3/2/2023 | 19:00 | No |
| 228 | 6560830 | 15:23 | 3/2/2023 | 3:37 | 3/2/2023 | 19:00 | No |
| 229 | 6560898 | 15:23 | 3/2/2023 | 3:37 | 3/2/2023 | 19:00 | No |
| 230 | 6561168 | 15:17 | 3/3/2023 | 10:20 | 3/4/2023 | 1:47 | No |
| 231 | 6561717 | 15:16 | 3/3/2023 | 20:57 | 3/4/2023 | 12:13 | No |
| 232 | 6556847 | 15:14 | 3/10/2023 | 8:30 | 3/10/2023 | 23:44 | No |
| 233 | 6549646 | 15:13 | 3/4/2023 | 22:55 | 3/5/2023 | 14:08 | Yes |
| 234 | 6523845 | 15:12 | 3/4/2023 | 22:54 | 3/5/2023 | 14:06 | Yes |
| 235 | 6544826 | 15:09 | 3/4/2023 | 22:57 | 3/5/2023 | 14:06 | Yes |
| 236 | 6567688 | 15:09 | 3/14/2023 | 11:01 | 3/15/2023 | 2:10 | No |
| 237 | 6559389 | 15:08 | 3/1/2023 | 3:33 | 3/1/2023 | 18:41 | No |
| 238 | 6565893 | 14:59 | 3/10/2023 | 13:04 | 3/11/2023 | 4:03 | No |
| 239 | 6557060 | 14:56 | 3/14/2023 | 21:02 | 3/15/2023 | 11:58 | No |
| 240 | 6557408 | 14:56 | 3/14/2023 | 21:02 | 3/15/2023 | 11:58 | No |
| 241 | 6558892 | 14:53 | 3/3/2023 | 12:41 | 3/4/2023 | 3:34 | No |
| 242 | 6564326 | 14:51 | 3/9/2023 | 20:43 | 3/10/2023 | 11:34 | No |
| 243 | 6561079 | 14:49 | 3/3/2023 | 4:31 | 3/3/2023 | 19:20 | No |
| 244 | 6558206 | 14:47 | 3/1/2023 | 0:39 | 3/1/2023 | 15:26 | Unknown |
| 245 | 6553557 | 14:45 | 3/7/2023 | 5:26 | 3/8/2023 | 20:11 | Unknown |
| 246 | 6560318 | 14:44 | 3/1/2023 | 4:38 | 3/1/2023 | 19:22 | No |
| 247 | 6558647 | 14:41 | 3/3/2023 | 12:41 | 3/4/2023 | 3:22 | No |
| 248 | 6550468 | 14:38 | 3/3/2023 | 12:42 | 3/4/2023 | 3:20 | No |
| 249 | 6564245 | 14:38 | 3/11/2023 | 1:05 | 3/11/2023 | 15:43 | No |
| 250 | 6567431 | 14:34 | 3/14/2023 | 5:18 | 3/14/2023 | 19:52 | No |
| 251 | 6563584 | 14:31 | 3/9/2023 | 4:04 | 3/9/2023 | 18:35 | No |
| 252 | 6564090 | 14:31 | 3/9/2023 | 4:05 | 3/9/2023 | 18:36 | No |
| 253 | 6565893 | 14:27 | 3/10/2023 | 13:04 | 3/11/2023 | 3:31 | No |
| 254 | 6563998 | 14:22 | 3/8/2023 | 20:22 | 3/9/2023 | 10:44 | No |
| 255 | 6565795 | 14:22 | 3/14/2023 | 1:57 | 3/14/2023 | 16:19 | No |
| 256 | 6568055 | 14:21 | 3/14/2023 | 11:47 | 3/15/2023 | 2:08 | No |
| 257 | 6564931 | 14:18 | 3/8/2023 | 20:25 | 3/9/2023 | 10:43 | No |
| 258 | 6565811 | 14:17 | 3/10/2023 | 22:58 | 3/11/2023 | 13:15 | No |
| 259 | 6564976 | 14:13 | 3/10/2023 | 20:07 | 3/11/2023 | 10:20 | No |
| 260 | 6563980 | 14:12 | 3/10/2023 | 17:35 | 3/11/2023 | 7:47 | No |
| 262 | 6544828 | 14:11 | 3/8/2023 | 21:14 | 3/9/2023 | 11:47 | No |
| 263 | 6550623 | 14:06 | 3/1/2023 | 20:07 | 3/2/2023 | 10:13 | No |
| 264 | 6162718 | 14:01 | 3/7/2023 | 22:15 | 3/8/2023 | 12:16 | Unknown |
| 265 | 5812966 | 13:59 | 3/7/2023 | 22:10 | 3/8/2023 | 12:09 | Unknown |
| 266 | 6562128 | 13:57 | 3/3/2023 | 22:56 | 3/4/2023 | 12:53 | No |
| 267 | 6563486 | 13:57 | 3/9/2023 | 4:40 | 3/9/2023 | 18:37 | No |

| 268 | 6541820 | 13:56 | 3/13/2023 | 21:59 | 3/14/2023 | 11:55 | No |
| 269 | 6551171 | 13:55 | 3/3/2023 | 22:22 | 3/4/2023 | 12:17 | No |
| 270 | 6556638 | 13:55 | 3/10/2023 | 22:45 | 3/11/2023 | 12:40 | No |
| 271 | 6564838 | 13:55 | 3/10/2023 | 22:45 | 3/11/2023 | 12:40 | No |
| 272 | 6347893 | 13:54 | 3/7/2023 | 22:15 | 3/8/2023 | 12:09 | Unknown |
| 273 | 6556798 | 13:54 | 3/10/2023 | 22:46 | 3/11/2023 | 12:40 | No |
| 275 | 6564981 | 13:54 | 3/10/2023 | 22:45 | 3/11/2023 | 12:39 | No |
| 276 | 6556918 | 13:53 | 3/10/2023 | 22:48 | 3/11/2023 | 12:41 | No |
| 277 | 6535437 | 13:52 | 3/8/2023 | 22:18 | 3/9/2023 | 12:10 | No |
| 278 | 6428965 | 13:47 | 3/8/2023 | 22:18 | 3/9/2023 | 12:05 | No |
| 279 | 6556899 | 13:45 | 3/11/2023 | 4:09 | 3/11/2023 | 17:54 | No |
| 280 | 6490740 | 13:44 | 3/10/2023 | 22:07 | 3/11/2023 | 11:51 | No |
| 281 | 6561821 | 13:44 | 3/3/2023 | 22:21 | 3/4/2023 | 12:05 | No |
| 282 | 6566094 | 13:44 | 3/11/2023 | 4:06 | 3/11/2023 | 17:50 | No |
| 283 | 6524890 | 13:42 | 3/10/2023 | 22:25 | 3/11/2023 | 11:47 | No |
| 284 | 6528417 | 13:42 | 3/13/2023 | 21:55 | 3/14/2023 | 11:37 | No |
| 285 | 6421360 | 13:40 | 3/8/2023 | 22:16 | 3/9/2023 | 11:56 | No |
| 286 | 6486169 | 13:40 | 3/10/2023 | 22:08 | 3/11/2023 | 11:48 | No |
| 288 | 6566089 | 13:40 | 3/10/2023 | 9:34 | 3/11/2023 | 23:14 | No |
| 289 | 6556875 | 13:39 | 3/11/2023 | 4:10 | 3/11/2023 | 17:49 | No |
| 290 | 6565100 | 13:39 | 3/11/2023 | 4:07 | 3/11/2023 | 17:46 | No |
| 291 | 5428394 | 13:38 | 3/10/2023 | 22:08 | 3/11/2023 | 11:46 | No |
| 292 | 6560415 | 13:37 | 3/1/2023 | 9:50 | 3/1/2023 | 23:27 | No |
| 293 | 4778994 | 13:36 | 3/8/2023 | 22:15 | 3/9/2023 | 11:51 | No |
| 294 | 6556670 | 13:33 | 3/10/2023 | 23:09 | 3/11/2023 | 12:42 | No |
| 295 | 6566088 | 13:33 | 3/10/2023 | 23:09 | 3/11/2023 | 12:42 | No |
| 296 | 6556891 | 13:32 | 3/10/2023 | 23:09 | 3/11/2023 | 12:41 | No |
| 297 | 6564704 | 13:32 | 3/10/2023 | 23:10 | 3/11/2023 | 12:42 | No |
| 298 | 6565154 | 13:32 | 3/10/2023 | 23:11 | 3/11/2023 | 12:43 | No |
| 299 | 6566098 | 13:32 | 3/10/2023 | 23:10 | 3/11/2023 | 12:42 | No |
| 300 | 6556558 | 13:31 | 3/10/2023 | 23:11 | 3/11/2023 | 12:42 | No |
| 301 | 6565418 | 13:31 | 3/10/2023 | 23:11 | 3/11/2023 | 12:42 | No |
| 302 | 6552547 | 13:28 | 3/4/2023 | 19:39 | 3/5/2023 | 9:07 | No |
| 303 | 6557539 | 13:27 | 3/15/2023 | 7:02 | 3/15/2023 | 20:29 | No |
| 304 | 6221577 | 13:26 | 3/8/2023 | 22:15 | 3/9/2023 | 11:41 | No |
| 305 | 6563926 | 13:25 | 3/9/2023 | 5:11 | 3/9/2023 | 18:36 | No |
| 306 | 6271906 | 13:23 | 3/8/2023 | 22:14 | 3/9/2023 | 11:37 | No |
| 307 | 6486552 | 13:22 | 3/10/2023 | 22:25 | 3/11/2023 | 11:47 | No |
| 308 | 6529464 | 13:22 | 3/7/2023 | 22:10 | 3/8/2023 | 11:32 | Unknown |
| 309 | 6562135 | 13:22 | 3/3/2023 | 23:31 | 3/4/2023 | 12:53 | No |
| 310 | 6463804 | 13:21 | 3/10/2023 | 22:26 | 3/11/2023 | 11:47 | No |
| 311 | 6556900 | 13:20 | 3/10/2023 | 23:23 | 3/11/2023 | 12:43 | No |
| 312 | 6550582 | 13:18 | 3/1/2023 | 22:52 | 3/2/2023 | 12:10 | No |

| 313 | 6551868 | 13:17 | 3/3/2023 | 23:36 | 3/4/2023 | 12:53 | No |
| 314 | 6549343 | 13:16 | 3/13/2023 | 21:55 | 3/14/2023 | 11:11 | No |
| 315 | 6178388 | 13:14 | 3/14/2023 | 22:18 | 3/15/2023 | 11:32 | No |
| 316 | 6477240 | 13:14 | 3/14/2023 | 22:18 | 3/15/2023 | 11:32 | No |
| 317 | 6132970 | 13:11 | 3/8/2023 | 22:15 | 3/9/2023 | 11:26 | No |
| 318 | 6530011 | 13:11 | 3/8/2023 | 22:16 | 3/9/2023 | 11:27 | No |
| 319 | 6526627 | 13:08 | 3/7/2023 | 22:11 | 3/8/2023 | 11:19 | Unknown |
| 320 | 6564970 | 13:05 | 3/9/2023 | 10:01 | 3/9/2023 | 23:06 | No |
| 321 | 5108148 | 13:04 | 3/7/2023 | 22:15 | 3/8/2023 | 11:19 | Unknown |
| 322 | 6561298 | 13:03 | 3/3/2023 | 6:53 | 3/3/2023 | 19:56 | No |
| 323 | 6544508 | 13:02 | 3/4/2023 | 22:29 | 3/5/2023 | 11:31 | No |
| 324 | 6562033 | 12:57 | 3/3/2023 | 19:58 | 3/4/2023 | 8:55 | No |
| 325 | 6566713 | 12:46 | 3/14/2023 | 23:13 | 3/15/2023 | 11:59 | No |
| 326 | 6567096 | 12:46 | 3/14/2023 | 23:13 | 3/15/2023 | 11:59 | No |
| 327 | 6568049 | 12:46 | 3/14/2023 | 23:12 | 3/15/2023 | 11:58 | No |
| 328 | 6565746 | 12:45 | 3/10/2023 | 19:37 | 3/11/2023 | 8:22 | No |
| 329 | 6566719 | 12:45 | 3/14/2023 | 23:13 | 3/15/2023 | 11:58 | No |
| 330 | 6528674 | 12:43 | 3/13/2023 | 23:11 | 3/14/2023 | 11:54 | No |
| 331 | 6561819 | 12:43 | 3/7/2023 | 16:03 | 3/8/2023 | 4:46 | No |
| 332 | 6560959 | 12:42 | 3/3/2023 | 14:40 | 3/4/2023 | 3:22 | No |
| 333 | 6563848 | 12:41 | 3/7/2023 | 20:44 | 3/8/2023 | 9:25 | No |
| 334 | 6426229 | 12:39 | 3/10/2023 | 15:47 | 3/11/2023 | 4:26 | No |
| 335 | 6568639 | 12:39 | 3/15/2023 | 11:40 | 3/16/2023 | 0:19 | No |
| 336 | 6425768 | 12:37 | 3/3/2023 | 15:05 | 3/4/2023 | 3:42 | No |
| 337 | 6544135 | 12:32 | 3/11/2023 | 19:33 | 3/12/2023 | 8:05 | No |
| 338 | 6550357 | 12:31 | 3/11/2023 | 19:33 | 3/12/2023 | 8:04 | No |
| 339 | 6562637 | 12:31 | 3/4/2023 | 23:09 | 3/5/2023 | 11:40 | No |
| 340 | 6552552 | 12:30 | 3/4/2023 | 23:10 | 3/5/2023 | 11:40 | No |
| 341 | 6562594 | 12:30 | 3/4/2023 | 23:10 | 3/5/2023 | 11:40 | No |
| 342 | 6562595 | 12:30 | 3/4/2023 | 23:10 | 3/5/2023 | 11:40 | No |
| 343 | 6561075 | 12:27 | 3/3/2023 | 20:57 | 3/4/2023 | 9:24 | No |
| 344 | 6557500 | 12:25 | 3/14/2023 | 20:23 | 3/15/2023 | 8:48 | No |
| 345 | 6564179 | 12:25 | 3/8/2023 | 20:13 | 3/9/2023 | 8:38 | No |
| 346 | 6553564 | 12:21 | 3/8/2023 | 20:29 | 3/9/2023 | 8:50 | No |
| 347 | 6556312 | 12:20 | 3/13/2023 | 23:11 | 3/14/2023 | 11:31 | No |
| 348 | 6552726 | 12:17 | 3/5/2023 | 23:06 | 3/6/2023 | 11:23 | No |
| 349 | 6501958 | 12:16 | 3/11/2023 | 19:49 | 3/12/2023 | 8:05 | No |
| 350 | 6565925 | 12:15 | 3/10/2023 | 15:31 | 3/11/2023 | 3:46 | No |
| 351 | 6498555 | 12:13 | 3/1/2023 | 6:42 | 3/1/2023 | 18:55 | No |
| 352 | 6565763 | 12:13 | 3/10/2023 | 15:30 | 3/11/2023 | 3:43 | No |
| 353 | 6554296 | 12:12 | 3/12/2023 | 19:59 | 3/13/2023 | 8:11 | No |
| 354 | 6556877 | 12:12 | 3/10/2023 | 15:31 | 3/11/2023 | 3:43 | No |
| 355 | 6556022 | 12:11 | 3/13/2023 | 23:24 | 3/14/2023 | 11:35 | No |

| 356 | 6469597 | 12:06 | 3/7/2023 | 22:51 | 3/8/2023 | 10:57 | Unknown |
| 357 | 6482200 | 12:04 | 3/9/2023 | 23:48 | 3/10/2023 | 11:52 | No |
| 358 | 6566002 | 12:04 | 3/10/2023 | 14:50 | 3/11/2023 | 2:54 | No |

# EXHIBIT B

**Pursuant to the Rutherford TRO, all inmates maintained in a holding cell more than 12 hours, shall have the following information documented.  Once this form is completed it shall be forwarded to the IRC Operations Office.**

| Booking Number | Last Name | Date/Time placed in cell | Type of Placement (see below) | Date/Time removed from cell | How many present in cell | Holding Cell # | Why extended/Notes |
|---|---|---|---|---|---|---|---|
| 6553514 | Bonaparte, Jasper Elliott | 03/07/23 0525 Hrs. | | 3/8/2023 1954 Hrs | 8 | IRCL - 213 | B - Pending Housing 12A/GP F – Housed at MCJ |
| 6553557 | Munerlyn, Tracy JR | 03/07/23 0526 Hrs. | | 3/8/2023 2011 hrs | 6 | IRCL - 213 | B - Pending Housing F – Housed at MCJ |
| 6529146 | Delgado, Refugio | 03/07/23 0600 Hrs. | | 3/8/2023 2000 | 7 | IRCL - 210 | B - Pending Housing F – Housed at MCJ |
| 6561833 | Maravillas, George | 03/07/23 0400 Hrs | | 3/8/2023 2200 HRS | 1 | IRCC – 119 | F - Other Per IRC Clinic Nurse RN Tereja / F - Housed at 231 |
| 6563984 | Brickner, Jon | 03/07/23 0124 Hrs | | 3/8/2023 2200 HRS | 1 | IRCC – 120 | F - Other Per IRC Clinic Nurse RN Tereja /F - Housed at 231 |
| 6563469 | Hernandez, Brian | 03/07/23 0932 Hrs/ 2237 Hrs / 0333Hrs | | 03/08/2023 0333Hrs | 1 | IRCC – 129/ IRCL - 215 | E - Medical/Mental Pass not sent / B - Waiting Housing /F- Housed at MCJ |
| 6553538 | Luna, Richard Robert | 03/07/23 0426 Hrs | | 3/8/2023 1952 Hrs | 7 | IRCL - 216 | B - Pending Housing 12A/GP F – Housed at MCJ |
| 6556448 | Guerrrero, Jaime | 3/7/2023 1623 Hrs | | 3/8/2023 0305 Hrs | 1 | IRCC - 123 / 231 | E - Medical/Mental Pass not sent / F – Housed at 231 |

Type of Placement: K-10, K6B, Medical Seg, Mental Health Seg (15 min checks), Behavioral Seg (15 min check).  The noted inmates should be alone in an iso-cell.

SGT: _A/Perez_____ Date: _03/08/2023_____ Shift: AM_____

Reason for why Delay: A- I231 Full, B – Pending Housing, C- Delay getting to IRCL, D- Lock-Down, E – Medical/Mental Pass not sent, F – Other (notes)

# EXHIBIT C

UTMU TIR
03|04|2023

**Pursuant to the Rutherford TRO, all inmates maintained in a holding cell more than 12 hours, shall have the following information documented. Once this form is completed it shall be forwarded to the IRC Operations Office.**

| Booking Number | Last Name, First Name | Date/Time placed in cell | Type of Placement (see below) | Date/Time removed from cell | How many present in cell | Holding Cell # | Why extended/Notes |
|---|---|---|---|---|---|---|---|
| 6561168 | MCMULLEN, CHAD | 03/03/23 1020 HRS. | | 03/04/23 0147 HRS. | 1 | 129 | 12E PASS ISSUED. MOVED TO 231 A-POD |
| 6560962 | HEATHCODE, WILLIAM | 03/03/23 0947 HRS. | | 03/04/23 0218 HRS. | 5 2 | 122 | E B MOVED TO MCJ 9500 |
| 6561385 | CERVANTES, JAIME | 03/03/23 0714 HRS. | | 03/04/23 0246 HRS | 2 4 | 108 218 | B MOVED TO MCJ 9400 |
| 6561618 | RODEN, KEITH | 03/03/23 1011 HRS. | | 03/04/23 0136 HRS | 4 | 122 | MOVED TO MCJ 9300 |
| 6561931 | GRANDBERRY, MICHAEL | 03/03/23 1422 HRS. 03/04/23 0110 HRS. | | | 1 1 | 127 224 | B MOVED TO CUSTODY LINE PENDING HOUSING |
| 6562024 | MEZA, DAVID | 03/03/23 1530 03/03/23 1815 HRS. | | 03/04/23 0216 HRS. | 4 5 | 122 220 | B MOVED TO MCJ 4600 |
| 6561708 | LARA, JASON | 03/03/23 1530 | | | 4 | 122 | E |
| 6549849 | GOODSON, ROBERT | 03/02/23 2307 HRS. | | 03/04/23 0305 HRS. | 10 | 204 | MOVED TO MCJ 2400 |

Type of Placement: K-10, K6B, Medical Seg, Mental Health Seg (15 min checks), Behavioral Seg (15 min check). The noted inmates should be alone in an iso-cell.

Sergeant:_____C. Castro #495506_____ Date: _____03-04-2023_____ Shift:_____EM_____

Reason for why Delay: A- I231 Full, B – Pending Housing, C- Delay getting to IRCL, D- Lock-Down, E – Medical/Mental Pass not sent, F – Other (notes)

007208

# EXHIBIT D

**Pursuant to the Rutherford TRO, all inmates maintained in a holding cell more than 12 hours, shall have the following information documented. Once this form is completed it shall be forwarded to the IRC Operations Office.**

| Booking Number | Name | Date/Time placed in cell | Type of Placement (see below) | Date/Time removed from cell | How many present in cell | Holding Cell # | Why extended/Notes |
|---|---|---|---|---|---|---|---|
| 6535016 | Valencia, Gilmero | 03/08/2023 1056 Hrs | | 03/09/2023 0648 Hrs | | IRCL/ | Inmate is pending housing however he went to court |
| 6563499 | Lepe, Erit | 03/08/2023 1513 Hrs | | | | IRCL/IRCJ | Pending Housing/ In transfer to MCJ |
| 6564769 | Durham, Tiano | 03/08/2023 1723 Hrs | | 03/09/2023 1129 Hrs | | IRCL/IRCJ | Pending Housing / In transfer to MCJ / Housed at MCJ |
| 6564350 | Garcia, Jose | 03/08/2023 1753 Hrs | | 03/09/2023 1125 Hrs | | IRCL/ IRCJ | Pending Housing 6533/ In transfer to MCJ / Housed at MCJ |
| 6564943 | Dickerson, Jacob | 03/08/2023 1903 Hrs | | | | IRCL/ IRCJ | Pending Housing |
| 6553564 | Gilbert, Michael | 03/08/2023 2029 Hrs | | 03/09/2023 0850 Hrs | | IRCC/ 231 | Pending Housing/ Housed in Module 231 |
| 6563881 | Khan, Muhammad | 03/07/2023 1238 Hrs | | | | IRCL / IRCJ | Pending housing/ In transfer to MCJ |
| 6271906 | Montufar, Aristides | 03/08/2023 2214 Hrs | | 03/09/2023 1137 Hrs | | IRCL | Pending Housing / Housed at MCJ |
| 6544828 | Mitchell, Recole | 03/08/2023 2214 Hrs | | 03/09/2023 1121 Hrs | | IRCL | Pending Housing / Housed at MCJ |

Reason for why Delay: A- I231 Full, B – Pending Housing, C- Delay getting to IRCL, D- Lock-Down, E – Medical/Mental Pass not sent, F – Other (notes)

| 4778994 | Renteria, Anthony | 03/08/2023 2215 Hrs | | 03/09/2023 1151 hrs | | IRCL | Pending Housing / Housed at MCJ |
|---|---|---|---|---|---|---|---|
| 6132970 | Holmes, Christyen | 03/08/2023 2215 Hrs | | 03/09/2023 1126 Hrs | | IRCL | Pending Housing/ Housed at MCJ |
| 6221577 | Mark, Anthony | 03/08/2023 2215 Hrs | | 03/09/2023 1141 Hrs | | IRCL | Pending Housing / Housed at MCJ |
| 6421360 | Nicolas, Juan | 03/08/2023 2216 Hrs | | 03/09/2023 1156 Hrs | | IRCL | Pending Housing / Housed at MCJ |
| 6530011 | James, John | 03/08/23 2216 Hrs | | 03/09/2023 1127 Hrs | | IRCL | Pending Housing / Housed at MCJ |
| 6563998 | Dunlap, Ralph | 3/8/23 2022 hrs | | 03/09/2023 1044 Hrs | | IRCC, 112 | Pending Housing to MCJ / Housed at MCJ |
| 6399664 | Sharrieff, Naim | 03/08/2023 2217 Hrs | | | | IRCL | Pending Housing/ ACTU |
| 6564931 | Flores, Serna | 3/8/23 2025 | | 03/09/2023 1043 Hrs | | IRCC 122 | Pending Psych / Housed at Module 231 |
| 6563963 | Vegaamador, Israel | 3/8/23 2316 | | | | IRCC 112 IRCL 218 | Pending Psych/ Pending Housing |
| 6564794 | Hurtado, Jason | 3/8/23 2356 | | 03/09/2023 0853 Hrs | | IRCC 124 | Pending Medical/Psych/ Housed at MCJ |
| 6562178 | Anderson, Trayvonte | 3/8/23 2049 | | 03/09/2023 0530 Hrs | | IRCL 218 | Pending MCJ Housing Waiting for MCJ personnel to pick up/ Housed at MCJ |
| 6148151 | Montes, Marvin | 3/8/23 2214 | | 03/09/2023 0530 Hrs | | IRCL 218 | Pending MCJ Housing Waiting for MCJ personnel to pick up/ Housed at MCJ |

Reason for why Delay: A- I231 Full, B – Pending Housing, C- Delay getting to IRCL, D- Lock-Down, E – Medical/Mental Pass not sent, F – Other (notes)

| 6199591 | Ceja, Antonio | 3/8/23 2214 | | 03/09/2023 0419 Hrs | | IRCL 217 | Pending MCJ Housing Waiting for MCJ personnel to pick up/ Housed at MCJ |
|---|---|---|---|---|---|---|---|
| 6544828 | Mitchell, Recole | 3/8/23 2114 | | 03/09/2023 1125 Hrs | | IRCL 218 | Pending MCJ Housing Waiting for MCJ personnel to pick up/ Housed at MCJ |
| 6529264 | Hernandez, Ernesto | 3/8/23 2114 | | 03/09/2023 0640 Hrs | | IRCL 220 IRRA | Pending MCJ Housing Released |
| 6564804 | Saraficio, Treton | 3/9/23 0123 | | 03/09/2023 1206 Hrs | | IRCC 125 | Pending Med/Psych Pending Housing/ Housed at MCJ |
| 6553439 | Rowan, Antoine | 3/8/23 2316 | | | | IRCC 122 | Pending Psych |
| 6564179 | Clark, Jamal | 3/8/23 2013 | | 03/09/2023 0838 Hrs | | IRCC 108 | Pending Housing PUI. 0220 sending EOC notice to be housed/ Housed at TTCF |
| 6564757 | Cuelar, Galo | 3/9/23 0009 | | | | 127 | Pending CII |
| 6535437 | Guevara, Joseph | 03/08/2023 2218 Hrs | | 03/09/2023 1210 Hrs | | IRCL | Pending housing/ ATC / Housed at MCJ |
| 6551783 | Austin, Sid | 03/08/2023 2218 Hrs | | | | IRCL | Pending Housing/ ATC |
| 6428965 | Galindo, Horacio | 03/08/2023 2218 Hrs | | 03/09/2023 1205 Hrs | | IRCL | Pending Housing / Housed at MCJ |
| 6526100 | Woodie, Shaun | 03/08/2023 2250 Hrs | | | | IRCL | Pending housing |
| 6563944 | Ramirez, Jorge | 03/08/2023 2312 Hrs | | | | IRCL | Pending Housing |

Reason for why Delay: A- I231 Full, B – Pending Housing, C- Delay getting to IRCL, D- Lock-Down, E – Medical/Mental Pass not sent, F – Other (notes)

| 6564854 | Sanders, Gene | 03/08/2023 2312 Hrs | | | | IRCL | Pending Housing |
| 6564018 | Jansaluna, Francisco | 03/08/2023 2312 Hrs | | | | IRCL | Pending Housing |
| 6563575 | Henley, Darren | 03/08/2023 2312 Hrs | | | | IRCL / IRCJ | Pending Housing / Pending transfer to MCJ |
| 6556591 | Jan, Jason | 03/08/2023 2313 Hrs | | | | IRCL / IRCJ | Pending Housing / Pending transfer to MCJ |
| 6563957 | Boyd, Marvin | 03/08/2023 2313 Hrs | | | | IRCL / IRCJ | Pending Housing / Pending transfer to MCJ |
| 6564622 | Lopez, Fabian | 03/08/23 2313 Hrs | | | | IRCL / IRCJ | Pending Housing / Pending transfer to MCJ |
| 6564303 | Burt, Derrion | 03/08/2023 2313 Hrs | | | | IRCL / IRCJ | Pending Housing / Pending transfer to MCJ |
| 6564081 | Jordan, Jacorey | 03/08/2023 2313 Hrs | | | | IRCL /IRCJ | Pending Housing / Pending transfer to MCJ |
| 6564038 | Milian, Victor | 03/08/2023 1257Hrs | | | | IRCC | Pending CII # / LACRIS contacted multiple times |

Type of Placement: K-10, K6B, Medical Seg, Mental Health Seg (15 min checks), Behavioral Seg (15 min check). The noted inmates should be alone in an iso-cell.

Sgt A/Perez #605607 Date: 3/9/2023 Shift: AM

E

Reason for why Delay: A- I231 Full, B – Pending Housing, C- Delay getting to IRCL, D- Lock-Down, E – Medical/Mental Pass not sent, F – Other (notes)

006898

**Pursuant to the Rutherford TRO, all inmates maintained in a holding cell more than 12 hours, shall have the following information documented. Once this form is completed it shall be forwarded to the IRC Operations Office.**

| Booking Number | Last Name, First Name | Date/Time placed in cell | Type of Placement (see below) | Date/Time removed from cell | How many present in cell | Holding Cell # | Why extended |
|---|---|---|---|---|---|---|---|
| 6567430 | LOPEZ, JUAN | 03/13/2023, 1809 | | | 1 | 130 | E |
| 6567685 | VILLANUEVA, RALPH | 03/13/2023, 1809 | | | 1 | 127 | E |
| 6567730 | THOR | 03/13/2023, 1949 | | | 2 | 220 | B |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Type of Placement: K-10, K6B, Medical Seg, Mental Health Seg (15 min checks), Behavioral Seg (15 min check).  The noted inmates should be alone in an iso-cell.

TRO SGT: MORALES, J #486595_____ Date: _3/14/2023_____ Shift:_EM_____

Reason for why Delay: A- I231 Full, B – Pending Housing, C- Delay getting to IRCL, D- Lock-Down, E – Medical/Mental Pass not sent, F – Other (notes)

# EXHIBIT E



# THE MEETING TRANSCRIPT OF
# THE LOS ANGELES COUNTY
# BOARD OF SUPERVISORS

1  SINCE I GOT HERE WAS TRYING TO BRING JOBS BACK IN-HOUSE. AND I

2  FEEL LIKE WE WERE ON THE RIGHT TRACK.

3

4  **SUP. RIDLEY-THOMAS, CHAIR:** WE'RE STILL IN SESSION, PLEASE.

5  SUPERVISOR, THE FLOOR IS YOURS.

6

7  **SUP. HAHN:** THANK YOU. IN JULY, WE REPLACED 70 CONTRACTORS WITH

8  57 COUNTY EMPLOYEES IN OUR BUILDING AND SAFETY DIVISION, AND

9  WE BROUGHT 191 NURSE ASSISTANTS BACK IN-HOUSE. LAST WEEK, WE

10  DECIDED TO HIRE 79 ADDITIONAL MEDICAL STAFF TO DO THE WORK

11  THAT HAS BEEN CONTRACTED OUT FOR YEARS. I UNDERSTAND THAT WITH

12  THIS TODAY, WE'RE CONSIDERING CONTRACTING WITH DOCTORS,

13  PSYCHIATRISTS, NURSES, AND OTHER MEDICAL STAFF FOR A YEAR, TO

14  PROVIDE HEALTH SERVICES TO OUR INMATE PATIENTS. AND I KNOW

15  THAT THE CORRECTIONAL HEALTH SYSTEM IS GOING THROUGH A

16  COMPLETE RESTRUCTURE TO IMPROVE OUR HEALTH SERVICES FOR OUR

17  INMATE PATIENTS, WHICH I ABSOLUTELY SUPPORT AND THINK IS

18  REALLY OF VITAL IMPORTANCE. BUT I JUST WANT TO KEEP MAKING

19  SURE, WHEN I VOTE TO AGREE TO THIS, THAT WE DO HAVE A PLAN IN

20  PLACE TO, YOU KNOW, EXPEDITE OUR HIRING OF OUR COUNTY

21  EMPLOYEES. AND SO I DIDN'T KNOW IF DR. GHALY WAS HERE. THERE

22  HE IS. DR. GHALY, IF YOU COULD JUST, YOU KNOW, MAKE SURE THAT

23  I UNDERSTAND HOW MANY VACANCIES THERE ARE, CURRENTLY, IN

24  C.H.S., HOW MANY PEOPLE ARE WE LOOKING TO HIRE, AND BY WHEN,

25  AND IS THERE A PLAN TO HIRE ALL THE NECESSARY STAFF WITHIN A

1   YEAR? OF COURSE, ALL OF THIS, FOR ME, IS ABOUT, HOW DO WE

2   IMPROVE THE QUALITY OF HEALTH SERVICES FOR OUR INMATE

3   PATIENTS?

4

5   **DR. MARK GHALY:** YES. THANK YOU, SUPERVISOR, AND THANK YOU ALL,

6   SUPERVISORS. WE HAVE, OVER THE PAST FEW MONTHS, PUT TOGETHER A

7   VERY AGGRESSIVE PLAN TO FILL APPROXIMATELY 400 NEW POSITIONS

8   WITHIN CORRECTIONAL HEALTH SERVICES. WE HAVE ROUGHLY,

9   CURRENTLY, 450 VACANCIES. SO 400 OF THOSE HAVE BEEN IDENTIFIED

10  AS PRIORITY POSITIONS TO FILL OVER THE NEXT 12 MONTHS. WE ARE

11  IN THE FIRST QUARTER OF THAT EFFORT, AND WE HAVE ALREADY

12  FILLED APPROXIMATELY 70 NEW POSITIONS, JUST IN THE QUARTER.

13  THOSE ARE CRITICAL PHYSICIAN POSITIONS, NURSING POSITIONS, AND

14  OTHER ANCILLARY SUPPORTS. SO WE DO HAVE, OVER THE NEXT FOUR

15  QUARTERS, PARTNERSHIP WITH C.E.O., D.H.R., COUNTY COUNSEL, OUR

16  OWN INTERNAL H.R. PROCESSES, TO MAKE SURE WE'RE DOING WHAT WE

17  CAN TO MAKE THOSE PROCESSES AS EFFICIENT AS POSSIBLE, SO FOLKS

18  CAN COME IN. WE'VE BEEN WORKING CLOSELY WITH THE SHERIFF, AS

19  WELL, TO MAKE SURE THAT THE BACKGROUND CLEARANCE PROCESS, ONCE

20  WE'VE HIRED THEM, THAT WE CAN BRING THEM INTO THE CUSTODY

21  ENVIRONMENT AS QUICKLY AS POSSIBLE. SO WE DO HAVE A PLAN, OVER

22  THE NEXT 12 MONTHS, TO BRING IN APPROXIMATELY 400 PEOPLE. I

23  THINK TODAY'S MOTION GIVES US THE OPPORTUNITY, IN PARALLEL TO

24  THAT WONDERFUL EFFORT, TO BRING IN SOME MUCH-NEEDED WORKFORCE

25  TODAY. AND WE HOPE THAT AS WE HAVE THOSE TEMPORARY STAFF IN

# EXHIBIT F



# THE MEETING TRANSCRIPT OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS

1   FAST CAN WE DO IT. AND WE'RE PUSHING ON ALL CYLINDERS.  AS YOU

2   ALL KNOW, WE DID GET THE C.H.F.F.A. GRANT REINSTATED, WHICH IS

3   GOING TO BRING 240 ADDITIONAL UNITS OF CRISIS RESIDENTIAL

4   INVENTORY IN ADDITION TO ANOTHER URGENT CARE CENTER.

5

6   **SUP. KATHRYN BARGER:** OKAY. AND THEN, THIS QUESTION IS FOR THE

7   CORRECTIONAL HEALTH SERVICES DIVISION. AS WE KNOW, THE

8   COLLABORATION BETWEEN CORRECTIONAL HEALTH SERVICES AND

9   L.A.S.D. IS CRITICAL AS WE WORK TO PROVIDE QUALITY MEDICAL

10   SERVICES TO INMATES. THE SHERIFF WILL NEED TO PROVIDE MORE

11   STAFF TO DO HIS PART TO PROVIDE THESE SERVICES. AS A RESULT, I

12   KNOW IT'S BEING PROPOSED, A NEW BUREAU CALLED ACCESS TO CARE.

13   HOWEVER, WITH THE CRITICAL STAFFING SHORTAGE IN THE

14   DEPARTMENT, THIS WILL BE A MAJOR CHALLENGE TO FILL THESE

15   IMPORTANT POSITIONS. AND, OF COURSE, THERE ARE NUMEROUS

16   COMPETING STAFFING NEEDS WITHIN THE DEPARTMENT, INCLUDING

17   PATROL SERVICES AND OUR DEPUTIES WORKING SIGNIFICANT AMOUNTS

18   OF OVERTIME. I'D LIKE TO KNOW HOW OR WHAT DO YOU SEE STAFFING,

19   MOVING FORWARD, LOOKING LIKE IN THIS BUREAU, AND WILL STAFFING

20   BE NEEDED TO PROPERLY SUPPORT MEDICAL SERVICES WITHIN THE

21   JAILS? I DON'T KNOW, WHO?

22

23   **JASON WOLAK:** THANK YOU. FIRST, I'D LIKE TO RECOGNIZE OUR

24   NURSES IN THE COUNTY JAIL. AND NURSE RECOGNITION WEEK, THOSE

25   MEN AND WOMEN WORK EXTREMELY HARD, AND I'D BE REMISS NOT TO

1   RECOGNIZE THEM, BECAUSE IN MY POSITION I SEE THEM, AND THEY DO

2   A FANTASTIC JOB. BUT TO ANSWER YOUR QUESTION, FIRST AND

3   FOREMOST, WE LAUNCHED A PHASE ONE, AND THAT WAS TO SUBMIT A

4   REORGANIZATION OF SOME OF OUR UNITS TO THE C.E.O.'S OFFICE.

5   AND THAT WOULD PUT ALL OF OUR UNITS INVOLVED IN ACCESS TO CARE

6   ALL UNDER THE SAME UMBRELLA. SO, OUR L.A.C.+.U.S.C. DEPUTIES

7   AND CUSTODY ASSISTANTS WOULD BE UNDER THE ACCESS TO CARE

8   BUREAU, AND SOME OF OUR SMALLER AMOUNT OF DEPUTIES AND C.A.S

9   THAT ARE WORKING INSIDE THE JAILS, THEY WOULD ALSO BE UNDER

10  THE SAME UMBRELLA.

11

12  **SUP. KATHRYN BARGER:** OKAY, SO, YOU'RE CONTINUING? YOU'RE GOING

13  TO NEED TO INCREASE STAFFING, THOUGH, CORRECT?

14

15  **JASON WOLAK:** YEAH, WE RECOGNIZE THAT ISSUE. SO, WHAT WE'VE

16  DONE IS WE'RE CONTINUING TO ANALYZE AND TAKE A LOOK AT THE

17  C.H.S. EXPANSION TO MAKE SURE THAT WE MEET THEIR NEED WHEN IT

18  COMES TO -- I MEAN, FOR INSTANCE, WHEN THEY WANT TO HIRE MORE

19  PROVIDERS, THEN WE'RE CERTAINLY GOING TO NEED MORE CUSTODY

20  ASSISTANTS AND DEPUTY SHERIFFS TO TRANSPORT THOSE DEPUTIES TO

21  THOSE INMATES TO THOSE PASSES, BECAUSE ESPECIALLY WITH THE

22  AMOUNT OF MENTALLY ILL, ALL THOSE INMATES NEED TO BE ESCORTED.

23  WE ALSO LAUNCHED A PILOT PROJECT WHERE WE HAD 12 DEPUTIES THAT

24  WERE HANDLING JUST OUTSIDE ESCORTS TO THE VARIOUS HOSPITALS,

25  AND WE FOUND THAT TO BE A HUGE SUCCESS, BECAUSE NOT ONLY DID

**THE MEETING TRANSCRIPT**
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS

1    WE GET THE DEPUTIES TO GET THESE INMATES TO THEIR MEDICAL

2    CARE, IT ALSO ENABLED US TO KEEP OUR DEPUTIES INSIDE THE JAILS

3    TO HANDLE THE DUTIES OF FEEDING, SECURITY CHECKS, MAKING SURE

4    NO ASSAULTS ON STAFF AND NO ASSAULTS ON OTHER INMATES. SO,

5    WE'VE RECOGNIZED THAT THAT IS A CRITICAL NEED.

6

7    **SUP. KATHRYN BARGER:** THANK YOU. I JUST WANT TO POINT OUT, WHEN

8    YOU TALK ABOUT CONTINUUM OF CARE, I MEAN, THAT SEEMS TO BE THE

9    FOCUS ACROSS THE BOARD. WHEN WE LOOK AT ALL ASPECTS, WHETHER

10   IT RELATES TO WHAT WE'RE DOING IN THE SCHOOLS AND MAKING SURE

11   THAT WE ADDRESS EARLY ON INTERVENTION OR WE HAVE SOMEONE WE'RE

12   LOOKING AT AS IT RELATES TO DIVERSION WITH OUR M.E.T. TEAMS,

13   MENTAL EVALUATION TEAMS, WHICH THE GOAL IS TO PREVENT THEM

14   FROM BEING, ENDING UP IN OUR JAILS, SEEING IF WE CAN

15   DEESCALATE AND GET THEM THE CARE THEY NEED, TO THE WHOLE ISSUE

16   OF PUBLIC HEALTH, LOOKING AT TEENAGE PREGNANCY, OUR FOSTER

17   YOUTH, THIS IS ACTUALLY -- YOU KNOW, I SAY THIS TO MY

18   COLLEAGUES, AND YOU ALL KNOW IT, BECAUSE YOU WERE SITTING ON

19   THIS BOARD WHEN THIS WAS CREATED -- THIS IS WHY THE HEALTH

20   AGENCY TRULY IS A MODEL, BECAUSE WE ARE TACKLING VERY

21   DIFFICULT ISSUES THAT IMPACT THE JAILS, IMPACT LAW

22   ENFORCEMENT, IMPACT OUR FOSTER YOUTH. SO, I WANT TO THANK YOU.

23   AND THANK YOU, MR. LEAF, FOR PUTTING THIS PRESENTATION

24   TOGETHER.

25

# EXHIBIT G



# The Meeting Transcript of The Los Angeles County Board of Supervisors

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS

1    HAPPENED. YEAH, WE GOT ONE TODAY ABOUT A 62-YEAR-OLD. IS THAT

2    WHO YOU'RE REFERRING TO AS ELDERLY? THAT SEEMS THE YOUNG TO

3    ME.

4

5    **SPEAKER:** THAT'S YOUNG TO ME, ALSO.

6

7    **SUP. HAHN:** OKAY. ONE OF THE THINGS THAT HASN'T BEEN TOUCHED ON

8    I DON'T THINK, UNLESS I MISSED IT, WAS THAT THE MONITOR'S

9    REPORT MENTIONS THAT THERE'S BEEN AN INCREASE OF USES OF FORCE

10   AT INMATE RECEPTION CENTER AND TWIN TOWERS. AND I WAS

11   WONDERING IF YOU KNEW WHY AND WHAT WE WERE DOING TO ADDRESS

12   THAT.

13

14   **SPEAKER:** IF YOU WOULDN'T MIND, I CAN ANSWER THAT OR AT LEAST

15   SOMETHING ABOUT IT. AS YOU KNOW, I ISSUED A REPORT NOT LONG

16   AGO REGARDING INMATE RECEPTION CENTER AND THE PROBLEM WITH

17   TIMELY MEDICAL CARE BEING PROVIDED THERE. AND AT THAT TIME,

18   AND MY STAFF WAS WORKING ON FOLLOW UP LOOKING AT IT, THE

19   NUMBER OF MEDICAL CARE PROVIDERS IN THE INMATE RECEPTION

20   CENTER WAS OFTEN ONE OR SOMETIMES, WHEN SOMEBODY CALLED IN

21   SICK, ZERO. AND THERE WOULD BE BOTTLENECKS CREATED  INCLUDING

22   MENTALLY ILL INDIVIDUALS WHO WERE HANDCUFFED TO A CHAIR FOR

23   MANY HOURS, SOMETIMES IN EXCESS OF 24 HOURS.

24

25   **SUP. HAHN:** AND THAT IS CONSIDERED EXCESSIVE USE OF FORCE?

# EXHIBIT H



THE MEETING TRANSCRIPT OF
THE LOS ANGELES COUNTY
BOARD OF SUPERVISORS

**THE MEETING TRANSCRIPT**
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS

1

2   **SUP. BARGER, CHAIR:** VERY GOOD, WE WILL MOVE TO ITEM NUMBER 6,

3   THE TENTH AND FINAL REPORT AND DISCUSSION WITH COURT-APPOINTED

4   JAIL MONITOR, RICHARD DROOYAN. IS HE ON THE LINE?

5

6   **RICHARD DROOYAN:** I AM HERE, YES.

7

8   **SUP. BARGER, CHAIR:** OKAY, WELCOME.

9

10  **RICHARD DROOYAN:** THANK YOU. I THANK YOU FOR INVITING ME TO

11  REPORT TO THE BOARD ON THE STATUS OF THE COUNTY'S COMPLIANCE

12  AS OF JUNE 30TH, 2020 WITH THE TERMS OF THE COUNTY'S

13  SETTLEMENT AGREEMENT WITH THE DEPARTMENT OF JUSTICE AS

14  REFLECTED IN MY 10TH REPORT, WHICH I SUBMITTED TO THE DISTRICT

15  COURT, DATED AUGUST 31ST, 2020. MY LAST REPORTING PERIOD

16  ENCOMPASSES THE PERIOD FROM JANUARY 1ST, 2020 TO JUNE 30TH,

17  2020 WHICH IS, OF COURSE, IMPACTED BY THE COVID-19 PANDEMIC,

18  WHICH LIMITED SOMEWHAT MY ACCESS TO THE JAILS, TO INMATES, AND

19  TO COUNTY PERSONNEL. IT WAS ALSO A PERIOD WE SAW A SIGNIFICANT

20  DIVERSION OF COUNTY  RESOURCES IN THE JAILS, TO ADDRESSING THE

21  PANDEMIC, THE SUSPENSION OF PROGRAMS AND TREATMENT, BUT IT

22  ALSO HAD THE BENEFIT, AND I USE THE TERM IN QUOTES, OF

23  LOWERING THE INMATE POPULATION. WE SAW A REDUCTION FROM 17,000

24  INMATES TO 12,000 INMATES OVER THE FIRST FOUR MONTHS OF THE

25  PANDEMIC, WHICH I THINK WILL HAVE SOME POTENTIAL FOR

**THE MEETING TRANSCRIPT**
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1  ADDRESSING SOME OF THE PROBLEMS I AM GOING TO TALK ABOUT IN MY

2  REPORT. THE COUNTY HAS ACHIEVED SUBSTANTIAL COMPLIANCE WITH 38

3  OUT OF THE 69 PROVISIONS THAT WERE SUBJECT TO MONITORING, AND

4  PARTIAL COMPLIANCE WITH 19 PROVISIONS. 33 OF THOSE PROVISIONS

5  ARE NO LONGER SUBJECT TO MONITORING UNDER THE TERMS OF THE

6  SETTLEMENT AGREEMENT. AND 8 OF THE PROVISIONS ARE  NO LONGER

7  SUBJECT TO MONITORING AT SOME OF THE JAIL FACILITIES. AND

8  THERE ARE FIVE PROVISIONS FOR WHICH THE COUNTY REMAINED IN

9  NON-COMPLIANCE AS OF JUNE 30TH, 2020. PARAGRAPH 47 CONCERNS

10  STAFFING. FOR SOME REASONS WHICH I REALLY DON'T QUITE

11  UNDERSTAND, THE COUNTY HAS SIMPLY NOT BEEN ABLE TO ASSESS

12  WHETHER STAFFING  WAS A SIGNIFICANT FACTOR IN CRITICAL

13  INCIDENTS THAT OCCURRED SUCH AS DEATHS OR SUCH AS PARTICULAR

14  USES OF FORCE. AND I AM REALLY NOT QUITE SURE WHY THE COUNTY

15  HAS NOT BEEN ABLE TO ACHIEVE COMPLIANCE WITH THAT. AND I WOULD

16  ANTICIPATE THAT THEY WILL BE ABLE TO DO THAT IN THE NEAR

17  FUTURE. PARAGRAPH 63 REQUIRES SUFFICIENT BEDS FOR INMATES WITH

18  MENTAL ILLNESSES IN HIGH OBSERVATION HOUSING UNITS, WHICH ARE

19  CALLED H.O.H. UNITS, AND THE MEDIUM OBSERVATION UNITS, WHICH

20  ARE CALLED M.O.H. UNITS. IT'S BEEN A CHRONIC PROBLEM IN THE

21  HIGH OBSERVATION HOUSING UNITS, WHICH HOUSES THE INMATES WITH

22  THE MOST SEVERE MENTAL ILLNESSES. THIS IS ONE THAT MAY BE

23  ADDRESSED IN THE FUTURE, POST-PANDEMIC, ONCE THE COUNTY IS

24  ABLE TO FREE UP SPACE THAT HAS TO BE ALLOCATED TO ADDRESSING

25  THE PANDEMIC PROBLEMS. IF THE JAIL POPULATION REMAINS AT THE

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



```
1   TARGET OF 12,000 INMATES SET BY THE BOARD, YOU BASICALLY WOULD
2   BE GOING FROM FACILITIES THAT HAVE 17,000 INMATES, TO
3   FACILITIES THAT HOUSE 12,000 INMATES, AND EVEN IF THE
4   PERCENTAGE OF THOSE INMATES IS A HIGHER PERCENTAGE OF INMATES
5   WITH MENTAL ILLNESS, IT STILL COULD FREE UP SPACE AND
6   RESOURCES THAT WOULD ENABLE THE COUNTY TO HAVE SUFFICIENT BEDS
7   FOR HIGH OBSERVATION HOUSING INMATES. I SAY IT WITH THE CAVEAT
8   THAT IF MEN'S CENTRAL JAIL IS TORN DOWN, SOMETHING THAT I
9   CERTAINLY FAVOR, BUT NOT REPLACED WITH SOMETHING, THAT WOULD
10  POTENTIALLY LIMIT THE SPACE AVAILABLE INMATES WITH MENTAL
11  ILLNESSES. THE OTHER THREE PROVISIONS, PROVISION 66, PROVISION
12  79, AND PROVISION 80 ARE ALL RELATED. THEY INVOLVE PROVIDING
13  CLINICALLY APPROPRIATE TREATMENT FOR H.O.H. AND M.O.H.
14  INMATES, PROGRAMMING VISITS FOR THOSE INMATES, OUT OF CELL
15  TIME AND STRUCTURED PROGRAMMING FOR THOSE INMATES. AND THIS
16  HAS BEEN A CHRONIC PROBLEM FOR THE COUNTY TO ADDRESS. IT IS
17  BOTH A LACK OF SUFFICIENT RESOURCES, CLINICIANS, AND LACK OF
18  SPACE, AND JUST SIMPLY AN INABILITY TO PROVIDE THE STRUCTURED
19  PROGRAMMING AND TREATMENT THAT IS REQUIRED. AND THERE HAS ALSO
20  BEEN A LACK OF CONCERN REGARDING THE RELIABILITY OF SOME OF
21  THE DOCUMENTATION THAT WAS PROVIDED IN THIS AREA. IT IS REALLY
22  THE ONLY AREA THAT WE'VE HAD CONCERNS ABOUT THE DOCUMENTATION
23  THAT HAS BEEN PROVIDED BY THE DEPARTMENT. AS I SAID, THIS IS
24  REALLY GOING TO BE THE MOST SIGNIFICANT CHALLENGE GOING
25  FORWARD. THE COUNTY JUST SIMPLY HAS NOT BEEN ABLE TO
```

# The Meeting Transcript
#### OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   DEMONSTRATE A SIGNIFICANT PERCENTAGE OF MENTALLY ILL INMATES

2   ARE RECEIVING THE APPROPRIATE TREATMENT AND PROGRAMMING, AND

3   THE DOCUMENTATION ON OUT OF CELL TIMING IS NOT RELIABLE. SO MY

4   RECOMMENDATIONS HERE, THERE ARE ADDITIONAL COUNTY HEALTH

5   SERVICES RESOURCES, ADDITIONAL SPECIALIZED UNITS, LIKE LIVING

6   MODULES AND THE STEP DOWN UNITS THAT HAVE BEEN VERY

7   SUCCESSFUL, THESE PROGRAMS IN THE JAILS. I HAVE TALKED TO

8   COUNTY HEALTH OFFICIALS AND DEPUTY SHERIFFS. THEY ALL BELIEVE

9   THAT THESE UNITS CAN BE EXPANDED TO ADDRESS THE NEEDS OF

10  ADDITIONAL MENTALLY ILL INMATES, AND THEY HAVE HAD SUCCESS IN

11  GETTING INMATES FROM A VERY SEVERE MENTAL ILLNESS, TO GET

12  THOSE THINGS UNDER CONTROL. BRIEFLY, UNDER OTHER CHALLENGING

13  PROVISIONS, PARAGRAPH 34 CONCERNS RELEASE PLANNING. THIS WAS

14  THE SUBJECT OF A LAWSUIT THAT WAS FILED, OR INTERVENTION THAT

15  WAS FILED BY INMATES SEEKING TO INTERVENE IN THE LAWSUIT. AND

16  THE RESULT OF THAT WAS A SETTLEMENT THAT GREATLY EXPANDED THE

17  RELEASE PLANNING PROVISIONS IN THE SETTLEMENT AGREEMENT. THESE

18  MORE DETAILED  PROVISIONS BECAME EFFECTIVE ON JANUARY 21ST,

19  2020, BUT THEY HAVE BEEN IMPACTED BY THE COVID-19 PANDEMIC,

20  WHICH HAS AFFECTED THE RESOURCES THAT CAN BE AVAILABLE TO

21  RELEASE PLANNING, THE SITES THAT ARE AVAILABLE FOR RELEASE

22  PLANNING, THE AMOUNT OF TIME YOU CAN DEVOTE TO RELEASE

23  PLANNING IN THE JAILS. THIS I HAD ALWAYS ANTICIPATED WAS GOING

24  TO TAKE SOME TIME FOR THE COUNTY TO GET INTO COMPLIANCE

25  BECAUSE OF THE DETAILED PROVISIONS IN PARAGRAPH 34. I THINK,

# THE MEETING TRANSCRIPT
#### OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    GIVEN THE PANDEMIC, IT IS GOING TO TAKE THAT MUCH LONGER FOR

2    THE COUNTY TO GET INTO COMPLIANCE. THEY HAVE ALSO HAD SOME

3    PROBLEMS, REPEAT PROBLEMS, IN PARAGRAPH 34 THAT REQUIRED

4    ALERTS IN THE ELECTRONIC MEDICAL RECORDS FOR HOARDING. THEY

5    JUST HAVE NOT BEEN ABLE TO GET THEIR ARMS AROUND THE HOARDING

6    PROBLEM, THE HOARDING OF MEDICATION PROBLEM, IN THE JAILS. AND

7    THEN FINALLY, PARAGRAPH 43, THEY STILL HAVE NOT COME UP, AT

8    LEAST AS OF JUNE 30TH, THEY HAD NOT COME UP WITH A POLICY FOR

9    THE DISCIPLINING OF MENTALLY ILL INMATES, AND THIS IS AFTER 5

10   YEARS AFTER THE EFFECTIVE DATE OF THE AGREEMENT, THEY DON'T

11   HAVE A POLICY. THERE HAS BEEN A LOT OF PROGRESS IN MANY OTHER

12   AREAS. THE TRAINING OF DEPUTIES IN USE OF FORCE, ETHICS AND

13   PROFESSIONALISM, DEALING WITH MENTALLY ILL INMATES HAS TAKEN

14   PLACE. SUBSTANTIALLY, ALL OF THE DEPUTIES AND CUSTODY

15   ASSISTANTS HAVE BEEN TRAINED. AND WE ARE NOW SIMPLY IN A STAGE

16   OF REFRESHER TRAINING THAT IS REQUIRED EVERY YEAR OR EVERY

17   OTHER YEAR, BUT ALL OF THE TRAINING REQUIRED IN THE AGREEMENT

18   HAS BEEN -- THE INITIAL TRAINING HAS BEEN ACHIEVED. THE INTAKE

19   PROCESS HAS BEEN SUBSTANTIALLY IMPROVED, INMATES -- THE

20   IDENTIFICATION OF INMATES WITH MENTALLY ILL INMATES,

21   EXPEDITING THEM THROUGH BOOKING, GETTING THEM SEEN BY

22   CLINICIANS, ALL OF THAT HAS BEEN SIGNIFICANTLY IMPROVED OVER

23   THE YEARS. THE FACILITIES HAVE SIGNIFICANTLY IMPROVED. THEY

24   HAVE INSTALLED BARRIERS TO PREVENT INMATES FROM JUMPING OFF OF

25   SECOND TIERS AND COMMITTING SUICIDE, WHICH WAS A SIGNIFICANT

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



```
1    PROBLEM. THE SUICIDE KITS ARE AVAILABLE AT EVERY DEPUTY

2    STATION. HOUSEKEEPING, MAINTENANCE, PEST CONTROL, PERSONAL

3    CARE, HAVE ALL SIGNIFICANTLY IMPROVED, WITH ONE CAVEAT. THOSE

4    TEND TO BE VERY CLEAN, WHEN VISITS WERE ANNOUNCED. AND THE

5    DEPARTMENT GOT THROUGH ALL OF THOSE PROVISIONS IN THE FIRST OR

6    SECOND YEAR OF THE MONITORING, BUT THOSE ARE THE KINDS OF

7    THINGS THAT CAN SLIP BACK A LITTLE BIT IF THE DEPARTMENT AND

8    THE COUNTY ITSELF DON'T VIGOROUSLY MONITOR THAT. THEY HAVE

9    DONE A VERY GOOD JOB, OR A MUCH BETTER JOB, OF IDENTIFYING

10   INMATES WITH SUICIDAL IDEATION, POTENTIALLY SUICIDAL, AND

11   FOLLOWING UP WITH THOSE INMATES, ISOLATING THOSE INMATES,

12   OBSERVING THOSE INMATES, AND GETTING THOSE INMATES TREATMENT.

13   THEY DEVELOPED A QUALITY OF IMPROVEMENT PLAN. IT STILL NEEDS

14   SOME WORK IN TERMS OF EVALUATING AGGREGATE DATA IN PARTICULAR

15   AREAS AND USING IT TO DEVELOP CORRECTIVE ACTION PLANS. THEY

16   HAVE PUT A LOT OF EFFORTS INTO THAT, AND THEY HAVE SHOWN A

17   SUBSTANTIAL PROGRESS. THE USE OF CLINICAL RESTRAINTS IS

18   SIGNIFICANTLY DOWN, OVER THE YEARS. AND THAT HAS BEEN A BIG

19   IMPROVEMENT. REVIEWS BY MANAGEMENT, THE CUSTODY AND HEALTH

20   SERVICES AND AND MEDICAL SUICIDES AND SERIOUS SELF-DIRECTED

21   VIOLENCE BY MENTALLY ILL INMATES HAS SIGNIFICANTLY IMPROVED

22   OVER THE YEARS. THE CAMERAS IN ALL OF THE JAILS, THAT HAS BEEN

23   THE SINGLE MOST EFFECTIVE TOOL THAT IS USED TO REDUCE THE

24   LEVEL OF FORCE USED BY DEPUTIES AND INCREASED THE REPORTING OF

25   FORCE USED IN THE JAILS. IT IS IN ALMOST ALL OF THE COMMON
```

# The Meeting Transcript

of the Meeting of the Los Angeles County Board of Supervisors



1   AREAS, RECENTLY, WHEN I SAY RECENTLY, PROBABLY WITHIN A YEAR

2   AGO OR SO, I IDENTIFIED SOME ADDITIONAL AREAS IN -- AND MEN'S

3   CENTRAL THAT NEEDED CAMERAS THAT ARE SUPPOSED TO BE INSTALLED.

4   BUT BY AND LARGE, THE CAMERAS ARE IN THE COMMON AREAS IN ALL

5   OF THE FACILITIES, AND IT HAS HAD A SIGNIFICANT IMPACT ON THE

6   USE OF FORCE IN THE JAILS. INDEED AS A RESULT, I HAVE BEEN

7   ABLE TO RESOLVE, IN MY OWN MIND, WHETHER A FORCE WAS IN POLICY

8   OR NOT IN POLICY, IN ALL BUT A HANDFUL OF FORCE CASES. AS I

9   SAID, THERE WAS ONE TROUBLESOME CASE IN A CELL REPORT WHICH

10  CAUSED ME TO RECOMMEND ADDITIONAL CAMERAS IN THOSE CELL

11  REPORTS, AND THE DEPARTMENT HAS INDICATED THAT THEY ARE GOING

12  TO INSTALL THOSE THERE. IN ONE OTHER AREA, THE DEPARTMENT --

13  PROVISION 81 INCORPORATES ALMOST ALL OF THE PROVISIONS OF THE

14  ROSAS SETTLEMENT AGREEMENT INTO THE D.O.J. AGREEMENT FOR THE

15  FACILITIES  IN THE NORTH, THE (INDISCERNIBLE) DETENTION

16  FACILITIES, N.C.C.F., AND ALSO IN THE WOMEN'S FACILITY AT

17  CENTRAL REGIONAL DETENTIONAL FACILITY, R.D.F. AND I HAVE

18  BROKEN THOSE HUNDRED-SOME PROVISIONS OUT INTO SEVEN DIFFERENT

19  CATEGORIES, TRAINING, THE DEPARTMENT HAS ACHIEVED SUBSTANTIAL

20  COMPLIANCE WITH THE TRAINING PROVISIONS OF THE ROSAS

21  AGREEMENT. THEY HAVE ACHIEVED PARTIAL COMPLIANCE WITH THE USE

22  OF FORCE PROVISIONS. A COMMENT THAT I HAVE MADE AND THAT THE

23  MONITORS IN THE ROSAS CASES MADE IS THAT DEPUTIES STILL TOO

24  OFTEN RESORT TO USE OF PUNCHES TO THE FACE, AND IT IS

25  SOMETHING NEEDS TO BE STRESSED THAT ACTUAL POLICY LIMITS THOSE

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   USES TO VERY SERIOUS THREATS OF VIOLENCE, WHERE SELF DEFENSE

2   HAS TO BE A PUNCH TO THE FACE. THOSE ARE VERY RARE SITUATIONS.

3   AND INDEED, THE MOST TROUBLESOME CASES I HAVE EVER SEEN

4   INVOLVE UNPROVOKED PUNCHES TO THE FACE, BUT THAT IS RARE. BUT

5   GENERALLY, PUNCHES TO THE FACE RESULTING IN A RESPONSE TO AN

6   INMATE WHO IS  RECALCITRANT BUT NOT AN IMMINENT THREAT SHOULD

7   NOT BE USED. ANOTHER CATEGORY OF INVESTIGATIONS IS FORCE, THE

8   DEPARTMENT IS IN PARTIAL COMPLIANCE WITH THAT. MY BIG CONCERN

9   IS THAT THE COMMANDERS DO NOT REFERENCE THE ACTUALLY POLICIES

10  IN THEIR REVIEW OF USES OF FORCE, AND SO THEY ARE SORT OF

11  GIVING AN OVERALL FEEL TO WHETHER THE POLICY, THE FORCE IS IN

12  POLICY OR NOT WITHOUT REALLY LOOKING AT THE LANGUAGE OF THE

13  POLICY ITSELF. GRIEVANCES, ALTHOUGH THE GRIEVANCES ARE

14  PARTIALLY COMPLIANT, I GIVE HIGH MARKS TO THE DEPARTMENT FOR

15  ITS EFFORT TO ADDRESS THE INMATE  GRIEVANCES. IT IS A VERY

16  CHALLENGING PROBLEM. THERE ARE THOUSANDS OF GRIEVANCES. THEY

17  MADE TREMENDOUS PROGRESS IN REMEDIATION OF FORMER INMATE

18  GRIEVANCE COORDINATOR. THEY DEVELOPED A -- TO GET THIS ALL

19  COMPUTERIZED. THEY EDUCATED -- THE TEAMS AT FACILITIES. THEY

20  GENERATED DETAILED REPORTS TO MANAGEMENT, AND I REALLY WAS

21  VERY IMPRESSED WITH THE PROGRESS THEY MADE IN THIS AREA.

22  INITIALLY, WHEN I WENT TO SOME OF THE FACILITIES AND I TALKED

23  TO THE TEAMS THAT WERE THEN ASSIGNED TO INMATE GRIEVANCES,

24  THEY JUST COULDN'T TELL ME HOW MANY GRIEVANCES THEY HAD AND

25  WHAT THEY WERE  IN TERMS OF THE INVESTIGATION, AND AT THE END

**The Meeting Transcript**
of the Meeting of the Los Angeles County Board of Supervisors

1    OF  MY TENURE AS MONITOR, THOSE TEAMS WERE -- WHAT WAS GOING

2    ON IN THE FACILITIES. SO I GIVE THEM HIGH MARKS FOR THAT.

3    MANAGEMENT AND  ADMINISTRATION, I FOUND THEM TO BE IN

4    SUBSTANTIAL COMPLIANCE. THE USE OF SECURITY RESTRAINTS WHICH

5    WAS PRETTY LIMITED, I GAVE THEM HIGH MARKS FOR  SUBSTANTIAL

6    COMPLIANCE FOR SECURITY RESTRAINTS AND SUBSTANTIAL COMPLIANCE

7    FOR THE DEVELOPMENT OF AN EARLY WARNING SYSTEM. MY OVERALL

8    GENERAL RECOMMENDATIONS ARE TO INCREASE THE C.H.S. CLINICIAN

9    RESOURCES, EXPAND THE LIVING MODULES IN THE STEP DOWN UNITS,

10   AND CONTINUE TO DIVERT NONVIOLENT INMATES WITH OR WITHOUT

11   MENTAL ILLNESSES, WHO ARE NOT ACCUSED OF SERIOUS OR VIOLENT

12   CRIMES AWAY FROM THE JAILS AND FIND GREATER TREATMENT FOR

13   INMATES -- NONVIOLENT INMATES WITH MENTAL ILLNESSES INTO THE

14   COMMUNITY. AND WITH THAT, I AM HAPPY TO TAKE QUESTIONS YOU

15   MIGHT HAVE.

16

17   **SUP. BARGER, CHAIR:** THANK YOU, I HAVE A FEW QUESTIONS, AND I

18   KNOW SUPERVISOR KUEHL DOES AS WELL. FIRST OF ALL, THANK YOU

19   FOR THE REPORT. SEVERAL TIMES IN THIS REPORT, THOUGH, I'M

20   HEARING YOU DRAW ATTENTION TO THE ISSUES WITH THE DESIGN OF

21   OUR CURRENT FACILITIES, AND I THINK WE ARE ALL UNITED IN THE

22   FACT THAT MEN'S CENTRAL JAIL IS NOT FIT FOR, QUITE FRANKLY,

23   ANYBODY AND IS IN NEED TO BE TORN DOWN. BUT YOU STOP SHORT IN

24   TERMS OF LONG TERM RECOMMENDATION AS IT RELATES TO ESPECIALLY

25   THOSE DEALING WITH MENTAL ILLNESS. WHAT IS YOUR THOUGHT AS IT

# EXHIBIT I



THE MEETING TRANSCRIPT OF
THE LOS ANGELES COUNTY
BOARD OF SUPERVISORS

# The Meeting Transcript
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS

1   SUBJECT MATTER ORIENTED. AGAIN, THAT -- THE INCREASE OF THE

2   BUCKETS HAS HELPED. AND -- BUT YES, SO THAT HAS HAPPENED OVER

3   TIME. TO GIVE THE DEPARTMENT AND THE COUNTY, OBVIOUSLY, A

4   GREATER ABILITY TO MOVE FORWARD IN COMPLIANCE.

5

6   **SUP. BARGER:** THANK YOU, ROD, AND I REMEMBERED MY LAST

7   QUESTION, AND IT HAD TO DO WHEN THE ASSISTANT SHERIFF CORBETT

8   WAS TALKING ABOUT, THE MENTAL HEALTH. THIS BOARD HAS BEEN VERY

9   FOCUSED, COLLECTIVELY, ON PROVIDING MENTAL HEALTH SUPPORT TO

10  OUR JAILS. AND I KNOW I HAVE HEARD ANECDOTALLY THAT IT IS

11  STILL WELL BELOW WHAT IS NEEDED IN THE JAIL. ASSISTANT SHERIFF

12  CORBETT HAVE YOU, OR DO YOU HAVE ANYTHING, AS IT RELATES TO

13  WHAT YOU OR THE PEOPLE OVERSEEING THE JAIL ON A DAILY BASIS

14  FEEL IS NECESSARY AS IT RELATES TO BOTH MENTAL HEALTH, AND

15  EVEN THE HEALTHCARE THAT WE ARE PROVIDING WITHIN OUR JAILS

16  BECAUSE MENTAL HEALTH FOR THE SAKE OF USE OF FORCE AND TRYING

17  TO PROVIDE SERVICES IN THE JAIL? HAVE YOU PUT TOGETHER A LIST

18  OF WHAT YOUR PERCEPTION IS IN TERMS OF WHAT IS NEEDED?

19

20  **BRENDAN CORBETT:** WE HAVE SUPERVISOR. AND IT IS A LITTLE

21  FRUSTRATING IN AS WE ARE WORKING VERY COLLABORATIVELY WITH

22  C.H.S., DR. TIM BELLOVITCH AND JOAN HUBBLE, WHO PROVIDE THE

23  MENTAL HEALTHCARE, AND AS THEY EXPAND, AND THEY ARE HAVING

24  PROBLEMS EVEN FILLING SOME OF THEIR POSITIONS, EVEN THOUGH THE

25  POSITIONS HAVE BEEN GIVEN TO THEM, JUST HIRING PEOPLE IS

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    DIFFICULT FOR THEM. WE HAVE TO PROPORTIONATELY -- NOT ONE FOR

2    ONE, BUT WE HAVE TO HAVE PROPORTIONATELY EXPAND OUR ABILITY TO

3    PROVIDE THE SECURITY AND GET THE INMATES TO THEM AND THAT TYPE

4    OF THING. SO WE HAVE BEEN WORKING ON STAFFING MODELS FOR THAT.

5    SOME OF OUR CAPACITY TO BE IN COMPLIANCE, WE WERE KIND OF

6    PUTTING INTO THE MENTAL HEALTH TREATMENT CENTER, WHICH NOW WE

7    HAVE TO REVISIT AND DO A BIT OF A PIVOT HERE ON HOW WE ARE

8    GOING TO MOVE FORWARD TO GET THIS DONE.  STEP DOWN, AS MR.

9    HUNTSMAN MENTIONED, IS A GREAT PROGRAM. WE WANT TO EXPAND THAT

10   DRAMATICALLY. IT IS A GREAT PROGRAM THAT GIVES JUST A

11   DIFFERENT DYNAMIC TO THE MENTAL HEALTH HOUSING. SO WE ARE

12   LOOKING AT ALL OF THAT, AND WE ARE DOING EVERYTHING WE CAN TO

13   SUPPORT DR. BELLOVITCH AND JOAN AND DR. HENDERSON  AND

14   EXPANDING C.H.S. AND D.M.H. TYPE OF PROGRAMMING. WE HAVE A

15   SIMILAR TO THE M.E.T. PROGRAM IN THE FIELD, WE HAVE THE

16   J.M.E.T. PROGRAM HERE IN THE JAILS. WE WANT TO EXPAND THAT. WE

17   THINK IT IS GREAT. THEY CAN GET IN. WE HAVE A DEPUTY WORKING

18   WITH A CLINICIAN TO TALK TO THEM. WE ARE DOING EVERYTHING WE

19   CAN TO MAKE OPPORTUNITIES FOR THE INMATES TO COME OUT AND HAVE

20   A ONE ON ONE INTERVIEW WITH THE CLINICIANS, NOT IN A DORM

21   ENVIRONMENT. THERE'S NO PRIVACY. SO WE ARE DOING EVERYTHING WE

22   CAN  WITHIN WHAT WE HAVE RIGHT NOW TO DO THAT.

23

24   **SUP. BARGER:** THANK YOU. I THINK IT WOULD BE BENEFICIAL FOR MY

25   COLLEAGUES TO HAVE DR. BELLOVITCH PROVIDE US WITH SOME SORT OF

# EXHIBIT J



# THE MEETING TRANSCRIPT OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS

1  **SUP. BARGER:** THIS BOARD HAS BEEN VERY FOCUSED, EARLY ON, WHEN

2  ACTUALLY MARK ALLEY WAS OVER THE JAILS, ABOUT PROVIDING

3  RECRUITMENT RESOURCES TO GET INDIVIDUALS TO BE HIRED AND

4  PLACED IN OUR JAILS. AND I DON'T THINK IT HAS  GOTTEN ANY

5  BETTER THERE. SO I THINK THAT ASIDE FROM WHAT WE'RE TALKING

6  WITH THE SHERIFF ON THIS REPORT, IT WOULD BENEFIT THIS BOARD

7  TO UNDERSTAND, FROM YOUR PERSPECTIVE, AND NOT TODAY, BUT YOU

8  CAN TOUCH ON IT, WHAT RESOURCES ARE NEEDED AND WHERE YOU FIND

9  DEFICIENCIES BECAUSE I AGREE WITH SUPERVISOR SOLIS, IF YOU --

10  YOU HAVE TO WAIT THAT LONG, AND YOU ARE IN PAIN, THAT IS,

11  WHETHER IT IS OUTSIDE THE JAIL OR INSIDE THE JAIL, IS NOT

12  HUMANE. SO I THINK THAT WE NEED TO LOOK AT THAT FROM NOT THE

13  LENS OF L.A.S.D., BUT FROM THE LENS OF D.H.S. GIVING YOU THE

14  RESOURCES YOU NEED TO DO YOUR JOB IN THE JAILS.

15

16  **TIM BELAVICH:** THANK YOU FOR THE COMMENTS FOR MY STAFF ON THOSE

17  REPORTS. I WILL DEFINITELY PASS THAT ALONG AND APPRECIATE

18  THAT. BUT IN TERMS OF OUR HIRING AND RECRUITMENT PROCESS, YES

19  IT IS CHALLENGING. THIS IS A DIFFICULT PLACE TO WORK. AND WE

20  ARE NOT SET UP TO BE A HEALTHCARE PROVIDER. WE DO NOT HAVE

21  STATE OF THE ART CLINICS OR FACILITIES. SO THE PEOPLE WHO DO

22  COME TO WORK HERE ARE VERY DEDICATED TO THE WORK THEY DO. THE

23  RECRUITMENT PROCESS IS VERY CHALLENGING, AND, JUST OVERALL,

24  THE COUNTY HIRING PROCESS IS VERY DIFFICULT. IT COULD TAKE

25  ANYWHERE FROM SIX TO EIGHT MONTHS TO BRING A PERSON ON BOARD

# The Meeting Transcript

OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS

1  WHO WE IDENTIFY THROUGH AN INTERVIEW PROCESS. AND MANY PEOPLE

2  CAN'T WAIT THAT LONG TO START A NEW JOB. SO THAT DOES MAKE IT

3  DIFFICULT. THERE IS ALSO A LOT OF COMPETITION FOR VERY FEW

4  RESOURCES IN THE HEALTHCARE COMMUNITY. SO WE FACE THAT

5  CHALLENGE. BUT I THINK OVERLAYING THAT, BESIDES JUST THE NEED

6  FOR STAFF AND SOME ADDITIONAL STAFF, IS THERE ARE TOO MANY

7  PEOPLE TO TREAT HERE. THE SHEER NUMBER PATIENTS IN OUR

8  POPULATION, AND THE ACUITY OF OUR POPULATION, MAKES IT VERY

9  DIFFICULT TO DO THE JOB. SO THAT THE UNFORTUNATE PERSON THAT

10 SUPERVISOR SOLIS REFERRED TO HAD TO WAIT A LONGTIME. THERE ARE

11 OTHERS WHO ALSO HAVE TO WAIT A LONGTIME JUST BECAUSE THERE IS

12 HIGH ACUITY. WE HAVE SEEN THAT IN OUR DEATHS. MANY OF OUR

13 DEATHS THIS YEAR, MORE SO THAN PREVIOUS YEARS, ARE DUE TO

14 NATURAL CAUSES.

15

16 **SUP. BARGER:** GOT IT. I THINK THIS IS A DISCUSSION TO BE

17 CONTINUED BECAUSE I TRULY DO BELIEVE WHEN WE TALK -- AND THAT

18 LEADS ME TO THE NEXT QUESTION. ASSISTANT SHERIFF CORBETT, YOU

19 TOUCHED ON IT, BUT WHEN WE TALK ABOUT THE PREGNANT WOMEN THAT

20 ARE REMAINING IN THE JAIL, AND I LOOK AT THE O.I.G. REPORT,

21 AND IT TALKS ABOUT THE OFFICE OF INSPECTOR GENERAL ALSO

22 RECOMMENDING TO COUNTY COUNSEL WITH SUPPORT OF JUSTICE

23 PARTNERS CONDUCT AN ANALYSIS OF THE CURRENT JAIL POPULATION

24 BASED ON CHARGES, CRIMINAL PROCEDURAL STATUS, AND OTHER

25 CATEGORIES APPROPRIATE. I THOUGHT WE DID THAT DURING THE

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS

1    IDENTIFIES THAT THE SUBSTANCE IS ON A LETTER OR MAIL OR

2    SOMETHING, IT IDENTIFIES THE SUBSTANCE. IT GOES THAT FAR TO

3    TELL YOU WHAT IT IS, WHICH IS GREAT.

4

5    **SUP. HAHN:** I MEAN I WOULD BE IN FAVOR OF. SO THAT IF OUR

6    C.E.O. IS LISTENING, I CERTAINLY AM IN FAVOR OF PURCHASING

7    THAT TECHNOLOGY. I THINK THAT WOULD BE AN IMPORTANT PART IN

8    REDUCING AT LEAST THE DRUG OVERDOSE DEATHS IN OUR JAIL, AND

9    YOU ARE RIGHT, WE MIGHT, YOU KNOW, DISCOVER OTHER THINGS THAT

10   MIGHT HELP US UNDERSTAND BETTER WHERE IT IS COMING FROM. SO I

11   WOULD CERTAINLY BE IN FAVOR OF THAT. OKAY. THANK YOU, MOST OF

12   MY COLLEAGUES HAVE ASKED MOST OF MY OTHER QUESTIONS, SO THANK

13   YOU, MADAM CHAIR.

14

15   **SUP. BARGER:** MADAM CHAIR, CAN I FOLLOW UP ON ONE THING? I'M

16   SORRY TO INTERRUPT. CAN I REQUEST THE C.E.O. AS PART OF THE

17   BUDGET PROCESS PROVIDE RECOMMENDATIONS TO FULLY STAFF THE

18   CUSTODY AND C.H.S. STAFFING NEEDS AT THE SHERIFFS DEPARTMENT

19   IN ACCORDANCE WITH THE DEPARTMENT OF JUSTICE AND THE

20   REQUIREMENT THEY HAVE AS PART OF THE -- IS IT CONSENT DECREE

21   WE ARE INVOLVED WITH, AND THEN INCLUDE, BECAUSE  I KNOW WE

22   TALKED ABOUT IT WHEN I FIRST CAME ON BOARD AS A SUPERVISOR,

23   INCLUDING BONUSES OR INCENTIVES FOR HARD TO FILL POSITIONS?

24   PLEASE.

25

1   **SUP. MITCHELL, CHAIR:** MS. DAVENPORT, DO YOU WANT TO RESPOND

2   NOW?

3

4   **SUP. BARGER:** NO, NO, NO I SAID DURING BUDGET, I MEAN FOR THEM

5   TO BEGIN TO PREPARE BECAUSE THE D.O.J. DOES REQUIRE THAT WE

6   HAVE ADEQUATE STAFFING LEVELS IN D.H.S., THE CORRECTIONAL, AND

7   HEARING THE DOCTOR TALK ABOUT THEY ARE UNDERSTAFFED, I WOULD

8   ASK THAT WE HAVE THAT BROUGHT FORWARD AS PART OF THE BUDGET

9   PROCESS, PLEASE.

10

11   **SUP. MITCHELL, CHAIR:** THANK YOU.

12

13   **FESIA DAVENPORT, C.E.O.:** THANK YOU, SUPERVISOR BARGER. WE WILL

14   PREPARE THE ANALYSIS AND INCLUDE A RECOMMENDATION AND AN

15   UPDATE DURING THE BUDGET PROCESS.

16

17   **SUP. MITCHELL, CHAIR:** THANK YOU.

18

19   **SUP. HAHN:** ALSO WE WOULD LOVE TO GET AN ANALYSIS ON THE

20   SCANNING CAPABILITIES FOR THE MAIL THAT COMES INTO OUR JAILS.

21

22   **FESIA DAVENPORT, C.E.O.:** WE WILL INCLUDE THAT ANALYSIS AS

23   WELL, SUPERVISOR HAHN.

24

# EXHIBIT K



# THE MEETING TRANSCRIPT OF
# THE LOS ANGELES COUNTY
# BOARD OF SUPERVISORS

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS

1    **SUP. KUEHL:** DART, WE'RE HAVING TROUBLE UNDERSTANDING YOU. KIND

2    OF AN ECHOEY KIND OF THING.

3

4    **DR. SCORZA:** GIVE ME JUST A MOMENT.

5

6    **SUP. MITCHELL, CHAIR:** THEN WE LOST YOU COMPLETELY.

7

8    **FESIA DAVENPORT, C.E.O.:** ONE SECOND. WE'RE HAVING SOME

9    TECHNICAL DIFFICULTLY. WE'RE GOING TO SWITCH OUT THE SPEAKERS.

10   DR. SCORZA, WHY DON'T YOU COME DOWN TO THE BOARD ROOM?

11

12   **DR. SCORZA:** WILL DO.

13

14   **SUP. MITCHELL, CHAIR:** THANK YOU. WHILE HE DOES THAT, CAN I

15   MOVE ON TO THE SPECIALS, MADAM EXECUTIVE OFFICER? GREAT. WE DO

16   HAVE A SPECIAL BEFORE US, COLLEAGUES. SUPERVISOR SOLIS.

17

18   **SUP. SOLIS:** YES, MADAM  CHAIR.

19

20   **SUP. MITCHELL, CHAIR:** YES, WOULD YOU MIND PRESENTING? YES.

21

22   **SUP. SOLIS:** HOPEFULLY, WE CAN TAKE ACTION ON IT. BEFORE I

23   START, I WANT TO THANK SUPERVISOR KUEHL AGREEING TO COAUTHOR

24   THE MOTION WITH ME CALLING THE OVERCROWDING ISSUE IN THE

25   INMATE RECEPTION CENTER CONTINUES TO BE AN ISSUE OF CONCERN.



# The Meeting Transcript
of the Meeting of the Los Angeles County Board of Supervisors

1   CARE FIRST/ JAILS LAST IS MORE THAN JUST A THROW AROUND SLOGAN

2   OR MOTTO FOR ME AND, I BELIEVE, THE BOARD. IT WAS INCREDIBLY

3   IMPORTANT THAT IT BE WEAVED INTO MY CRIMINAL JUSTICE

4   PRIORITIES AND THAT WORK AROUND REFORM BE CENTERED ON REDUCING

5   HARM AND PRIORITIZING CARE FIRST. THE PREAMBLE IN THE READ IN

6   IS AS FOLLOWS: THE NUMBER OF PEOPLE BEING PROCESSED IN L.A.

7   COUNTY'S INMATE RECEPTION CENTER, I.R.C., IS INCREASING TO

8   CONCERNING LEVELS THAT ARE RESULTING IN PEOPLE BEING HELD AT

9   I.R.C., A TEMPORARY HOLDING AREA, WELL OVER THE MANDATED 20

10  HOURS. THIS IS PARTICULARLY AFFECTING PEOPLE WITH MENTAL

11  HEALTH NEEDS, WHO ARE, DEPENDING ON SEVERITY, WAIST-CHAINED TO

12  A BENCH WEARING NOTHING BUT A SUICIDE VEST. SOME OF THE DELAYS

13  CAN BE ATTRIBUTED TO THE SHORTAGE OF CORRECTIONAL HEALTH STAFF

14  WHO PERFORM MEDICAL AND MENTAL HEALTH ASSESSMENTS AND

15  EVALUATIONS OF THE INDIVIDUALS BEING PROCESSED. EVERY

16  INDIVIDUAL UNDERGOES THIS ASSESSMENT PRIOR TO BEING

17  INCARCERATED IN A MORE PERMANENT HOUSING AREA. ADDITIONALLY,

18  AT THE END OF THE MONTH, THE EMERGENCY BAIL SCHEDULE WILL NO

19  LONGER BE IN EFFECT, WHICH RISKS THE NUMBER OF PEOPLE ENTERING

20  THE COUNTY JAILS INCREASING TO PRE-PANDEMIC LEVELS. THE

21  COUNTY'S JAIL CLOSURE IMPLEMENTATION TEAM, KNOWN AS J.C.I.T.,

22  WAS PROVIDED A.B.109 FUNDING FROM THE BOARD OF SUPERVISORS TO

23  ADDRESS THE ISSUES OF OVERCROWDING AT I.R.C. AND THE

24  ASSOCIATED SANITARY ISSUES DUE TO COVID-19. ADDITIONALLY, THE

25  ALTERNATIVES TO INCARCERATION INITIATIVE, A.T.I., HAS CREATED

# EXHIBIT L



# THE MEETING TRANSCRIPT OF
# THE LOS ANGELES COUNTY
# BOARD OF SUPERVISORS

1   ARE GOING TO BE LOSING BEDS FOR INDIVIDUALS THAT CANNOT BE

2   DIVERTED, THAT NEED, AS A.C.L.U. POINTED OUT, MENTAL HEALTH

3   AND SERVICES THAT ARE NOT BEING CURRENTLY BEING PROVIDED IN

4   THE JAIL. THEY WEREN'T QUESTIONING THE INDIVIDUALS THERE. THEY

5   WERE QUESTIONING THE INABILITY OF US TO PROVIDE THOSE SERVICES

6   TO THE PEOPLE THAT WE HAVE IN OUR JAIL. SO MY QUESTION IS MORE

7   FOR DR. BELAVICH. I WANTED TO UNDERSTAND BECAUSE WE'VE HAD

8   THIS QUESTION BEFORE, AND I THINK YOU'RE ON. I SAW YOU ON

9   EARLIER.  DO WE HAVE THE STAFF AND BED CAPACITY TO SERVE

10  ADEQUATELY AND HUMANELY THOSE WHO ARE ACTUALLY MENTALLY ILL

11  CURRENTLY HOUSED AND BEING BROUGHT INTO OUR FACILITIES?

12

13  **DR. BELAVICH:** GOOD AFTERNOON, SUPERVISORS. YES, I AM ON. THIS

14  IS TIM BELAVICH. I APOLOGIZE. I DON'T HAVE THE CAMERA ICON

15  ANYMORE, BUT HOPEFULLY YOU CAN HEAR ME. THE ANSWER TO BOTH

16  YOUR QUESTIONS IS NO. WE DO NOT HAVE THE BED CAPACITY AT THIS

17  POINT. TODAY, WE HOUSE 6900 MENTALLY ILL INDIVIDUALS IN OUR

18  JAIL SYSTEM. WHEN 6, 7 YEARS AGO, WE WERE HOUSING 32 TO 3500

19  INDIVIDUALS. THAT NUMBER HAS CONTINUED TO GROW EXPONENTIALLY

20  OVER THE YEARS, AND THE JAIL SYSTEM HAS BEDS. WE DON'T HAVE

21  THE APPROPRIATE BEDS. SO THE CONCERN WE HAVE NOW IS THAT WE'RE

22  FORCED TO ALLOW THE MENTALLY ILL TO BE HOUSED OVER IN MEN'S

23  CENTRAL JAIL, WHICH WE KNOW IS UNSAFE AND A HIGH RISK PLACE

24  FOR THEM. WE HAVE ALWAYS TRIED TO KEEP THEM HERE IN TWIN

25  TOWERS, WHICH IS A NEWER FACILITY, WHICH HAS ITS OWN

# The Meeting Transcript
### OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS

1  CHALLENGES AND PROBLEMS, BUT COMPARATIVELY SPEAKING, IT IS A

2  SAFER PLACE FOR THE MENTALLY ILL TO BE HOUSED. IN TERMS OF

3  STAFFING, STAFFING CONTINUES TO BE A CHALLENGE FROM A

4  HEALTHCARE PERSPECTIVE, NOT IN THE NUMBER OF POSITIONS I HAVE

5  BUT IN THE NUMBER OF VACANCIES I HAVE.  NATIONWIDE THERE IS AN

6  ISSUE WITH GETTING HEALTHCARE PROVIDERS. CORRECTIONAL SYSTEMS

7  THROUGHOUT THE COUNTRY ARE SEEING VACANCY RATES LIKE THEY HAVE

8  NEVER SEEN BEFORE. AND THAT INCLUDES US. PRE-COVID, WE HAD

9  LESS DIFFICULTY RECRUITING AND RETAINING STAFF. NOW, WE HAVE

10 THOSE CHALLENGES. WE HAVE RECENTLY TRIED TO INCREASE SOME

11 RATES IN ORDER TO ATTRACT MORE QUALIFIED STAFF, BUT WE HAVEN'T

12 SEEN THE FRUITS OF THAT YET. SO TO ANSWER YOUR QUESTION, NO,

13 WE DON'T HAVE CURRENTLY THE STAFFING NOR THE SPACE TO PROVIDE

14 THAT CARE.

15

16 **SUP. BARGER:** AND SO, YOU ANSWERED MY SECOND QUESTION WE GOING

17 TO BE THAT, BASED ON THE CURRENT CONDITIONS, IS IT HARD FOR

18 YOU TO ATTRACT AND RETAIN STAFF. I HEARD YOU SAY THAT ACTUALLY

19 IS A PROBLEM. EVEN IF WE HAD A GOOD FACILITY, EVEN ATTRACTING

20 AND COMPETING IS DIFFICULT. SO I APPRECIATE THAT, DOCTOR. BUT

21 YOU KNOW, I THINK WHAT THIS HIGHLIGHTS FOR ME IS THAT WE NEED

22 TO INVEST IN A LONG TERM AND PERMANENT SOLUTION, WHICH IS TO

23 REPLACE WHAT IS GOING TO BE TORN DOWN. AND THAT IS A JAIL. AND

24 WE NEED TO REPLACE IT WITH SOMETHING THAT IS GOING TO INVEST

25 IN A NEW FACILITY THAT WOULD NOT ONLY HELP US PROVIDE THE



1   PROPER THERAPEUTIC AND PROGRAMMATIC SPACES FOR OUR INMATES BUT

2   ALSO RETAIN AND ATTRACT QUALITY STAFF. OUR INMATE POPULATION

3   IS ON THE RISE AGAIN, AND I'M TRYING TO UNDERSTAND THAT. AND

4   SO, I KNOW THAT THERE ARE A LOT OF DIFFERENT VARIABLES DOING

5   THAT. BUT REALITY IS WE'RE FACING SERIOUS AND VIOLENT -- WHO

6   ARE FACING SERIOUS AND VIOLENT CHARGES AND POSE A THREAT TO

7   PUBLIC SAFETY, THUS ARE NOT QUALIFIED FOR DIVERSION, AND

8   THAT'S REALLY WHAT MY CONCERN IS IS THAT BY ASSUMING WE'RE

9   GOING TO INVEST IN DIVERSION AND NOT RECOGNIZING THAT THERE

10  ARE THOSE THAT WE ARE STILL GOING TO HAVE TO HOUSE, AND WE'RE

11  NOT PROVIDING THE PROPER CARE, TO ME, IS UNCONSCIONABLE. AS I

12  HAVE ALWAYS SAID, WHETHER WEE LIKE IT OR NOT, M.C.J. HAS NOW

13  BECOME THE LARGEST DE FACTO MENTAL HEALTH FACILITY IN THE

14  COUNTRY. THE A.C.L.U. MOTION REMINDS US THAT WE HAVE AN

15  ANTIQUATED FACILITY, WHICH NEEDS TO BE REPLACED WITH STATE OF

16  THE FACILITY STAFFED WITH QUALITY PROFESSIONALS, WHO CAN

17  PROVIDE VITAL SUBSTANCE ABUSE AND MENTAL HEALTH TREATMENT THE

18  IS HUMANELY APPROPRIATE TO MEET THE CONSTITUTIONAL NEEDS OF

19  THOSE WHO CANNOT BE DIVERTED. THE AUSTIN REPORT, WHICH WAS

20  COMMISSIONED BY THE BOARD OF SUPERVISORS, STRESSED THAT FACT

21  THAT WE FACE A PROBLEM THAT ALL LEADERS WITHIN THE COUNTRY

22  NEED TO BAND TOGETHER TO SOLVE. THEREFORE, I THINK IT'S TIME

23  FOR THIS BOARD TO REALLY GET A BRIEFING AND UNDERSTAND THE

24  OPTIONS THAT WE NEED TO LOOK AT AS IT RELATES MOVING FORWARD.

25  I THINK WE NEED TO GET INPUT FROM OUR DEPARTMENT OF JUSTICE

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



```
 1   MONITOR AS THE COUNTY CONTINUES TO STRUGGLE TO COMPLY WITH THE

 2   D.O.J. CONSENT  DECREE. I KNOW MY STAFF HAVE MONITORED THOSE

 3   COURT DISCUSSIONS, AND THEY'RE FRUSTRATED. THEY'RE FRUSTRATED

 4   WITH WHAT WE'RE DOING ON THE DIVERSION SIDE, AND THEN WHAT'S

 5   GOING ON IN OUR JAILS. WE HAVE A SIMILAR NEED FOR TREATMENT

 6   FACILITIES FOR THOSE SUFFERING FROM SERIOUS MENTAL ILLNESS,

 7   WHO ARE NOT IN OUR JUSTICE SYSTEM, AND BY NOT GETTING ADEQUATE

 8   SERVICES IN THE COMMUNITY AND NOT PROVIDING THEM WITH ACCESS

 9   TO SERVICES, MY FEAR IS THAT THEY WILL END UP IN OUR JUSTICE

10   SYSTEM, MANY OF WHOM ARE IN OUR JAILS BECAUSE OF THE INABILITY

11   TO ACCESS SERVICES. SO I THINK WE NEED TO HAVE A HUMANE

12   TREATMENT FACILITY FOR ALL. I'VE ASKED BEFORE, AND I, AGAIN,

13   I'M GOING TO PUT ON TABLE SOMETHING FOR US TO THINK ABOUT AND

14   THAT IS ASKING COUNTY COUNSEL TO WORK WITH THE OFFICE OF

15   INSPECTOR GENERAL, THE SHERIFF'S DEPARTMENT, DEPARTMENT OF

16   HEALTH SERVICES, CORRECTIONAL HEALTH SERVICES, DEPARTMENT OF

17   MENTAL HEALTH, AND OTHER RELEVANT DEPARTMENTS TO REPORT BACK

18   TO THE BOARD OF SUPERVISORS IN WRITING ON OPTIONS TO ESTABLISH

19   A LOCKED MENTAL HEALTH TREATMENT FACILITY THAT CAN HOUSE BOTH

20   INMATES BUT, WHO CANNOT BE DIVERTED, AND INDIVIDUALS WHO ARE

21   NOT JUSTICE INVOLVED, BUT WHO ARE IN NEED OF A LOCKED

22   FACILITY. SO, YOU'RE ADDRESSING THE DIVERSION SIDE, WHICH,

23   AGAIN, D.O.J. MONITOR HAS EXPRESSED FRUSTRATION WITH THE FACT

24   THAT WE'RE TALKING ABOUT DOING DIVERSION, BUT WE DON'T HAVE

25   THE CAPACITY IN PLACE, AND WHAT ARE WE DOING TO BUILD THAT
```

# The Meeting Transcript
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS

1   CAPACITY. SO WE WOULD LOOK AT A FACILITY THAT'S GOING TO

2   ACTUALLY ADDRESS THE NON-JUSTICE-RELATED BUT ALSO THOSE THAT

3   CANNOT BE DIVERTED. I THINK WE REALLY -- WE AS A BOARD,

4   COLLECTIVELY, HAVE TO RECOGNIZE I'M NOT ASKING TO REPLACE A

5   JAIL. I UNDERSTAND THAT, BUT I DO BELIEVE THAT IT IS OUR JOB

6   TO ENSURE THAT THOSE THAT ARE NOT ELIGIBLE FOR DIVERSION ARE

7   PROPERLY CARED FOR WHILE UNDER OUR CARE. AND RIGHT NOW, BASED

8   ON WHAT I SAW WITH THE A.C.L.U. MOTION AND ALSO WHAT OUR

9   INSPECTOR GENERAL HAS DOCUMENTED TO ALL OF US, WE HAVE TO DO

10  BETTER. AND THAT'S NOT GOING TO ADDRESS IN THE IMMEDIATE, BUT

11  I THINK LONG TERM, WE'VE BEEN PUT ON NOTICE THAT WE HAVE A

12  SITUATION BREWING THAT WE HAVE TO GET OUR ARMS AROUND. AND SO,

13  I JUST WANTED TO PUT THAT ON THE RECORD AND ASK THAT THIS

14  BOARD BEGIN TO CONSIDER WHAT OUR NEXT STEP ARE GOING TO BE

15  BEYOND THOSE THAT ARE CURRENTLY IN THE FACILITY BUT THOSE THAT

16  ALSO ARE NOT JUSTICE INVOLVED THAT NEED OUR HELP AND OUR CARE.

17  THANK YOU, MADAM CHAIR.

18

19  **SUP. MITCHELL, CHAIR:** THANK YOU, SUPERVISOR BARGER. I WOULD

20  JUST SAY THAT I AGREE WITH YOU. I THINK WE NEED TO HAVE A

21  CONVERSATION BECAUSE THERE APPEARS TO ME TO BE THIS COMPETING

22  NOTION OF WHO WE SUPPORT FIRST. AND I THINK THAT'S A DANGEROUS

23  FOR US POSITION TO BE IN. WHEN I HEAR THE REPORT, WHEN I HEAR

24  YOUR COMMENTS, FROM MY PERSPECTIVE, I'M LIKE WHAT'S THE LOWEST

25  HANGING FRUIT WE CAN GRAB RIGHT NOW TO PROVIDE SOME RELIEF IN

# EXHIBIT M



# THE BOARD OF
# SUPERVISORS

## BOARD MEETING
## TRANSCRIPT



EXECUTIVE OFFICE

BOARD OF SUPERVISORS
COUNTY OF LOS ANGELES

THE BOARD OF
## SUPERVISORS

1

2   **SUP. BARGER:** UNDERSHERIFF TARDY, DO YOU HAVE ANYTHING TO ADD?

3   NO?

4

5   **UNDERSHERIFF TARDY:** NO, I HAVE NOTHING TO ADD.

6

7   **SUP. BARGER:** DR. BELAVICH?

8

9   **DR. BELAVICH:** HI, GOOD AFTERNOON. AS ASSISTANT SHERIFF ALOMA

10  STATED, THE MAJOR IMPACT THAT WE HAD ON REDUCING THE

11  OVERCROWDING IN THE I.R.C. WAS IDENTIFYING ADDITIONAL HOUSING

12  SPECIFICALLY FOR THE MENTALLY ILL. I THINK THAT WE ARE IN A

13  MUCH BETTER PLACE TODAY. I FEAR THAT THAT WILL NOT LAST, THAT

14  THIS IS ONLY TEMPORARY. AS OF YESTERDAY MORNING, WE HAD 6881

15  INDIVIDUALS ENROLLED IN MENTAL HEALTH PROGRAMS IN OUR JAIL.

16  OUR CENSUS IS ROUGHLY 14,500. SO 47% OF THE POPULATION AT THIS

17  POINT IS ENROLLED IN MENTAL HEALTH PROGRAMS, AND THAT NUMBER

18  JUST CONTINUES TO CLIMB. MR. HUNTSMAN SPOKE ABOUT THE FACT OF

19  A CONCERN WITH DECLASSING. AND THAT'S A TERM WE USE THAT WE

20  ARE STRONGLY AGAINST. IN TERMS OF WHEN CROWDING BECOMES TOO

21  MUCH, THERE'S SOMETIMES PRESSURE ON OUR CLINICIANS TO REDUCE

22  THE LEVEL OF CARE THAT A PATIENT WOULD HAVE. WE ARE WHOLLY

23  AGAINST THAT, AND WE WORK AGAINST THAT. I AM NOT CONCERNED

24  THAT -- I THINK THE PRESSURE IS ALWAYS THERE, BUT I AM NOT

25  CONCERNED AS MUCH THAT IT IS ACTUALLY HAPPENING BECAUSE OUR

THE BOARD OF
## SUPERVISORS

1   NUMBERS DO CONTINUE TO CLIMB, AND ESPECIALLY IN OUR ACUTELY

2   MENTALLY ILL. RIGHT NOW, WE HAVE, IN OUR MALE POPULATION, OF

3   H.O.H., OR HIGH OBSERVATION HOUSING, WE HAVE 1700 INDIVIDUALS.

4   ABOUT FOUR YEARS AGO, WE HAD 900 INDIVIDUALS, WHO FIT THAT

5   CLASSIFICATION. I AM SORRY. WE HAVE 1500. SO IT'S BEEN ABOUT

6   AN INCREASE OF 600 OVER THAT TIME PERIOD. SO THE NUMBERS DO

7   KEEP GOING UP.

8

9   **SUP. BARGER:** WHICH LEADS ME TO THE NEXT Q QUESTION, I KNOW

10  THAT, ASIDE FROM THE T.R.O., THE COUNTY NEEDS TO BE UNDER THE

11  CLOSE OBSERVATION OF BOTH FEDERAL JUDGE AND COURT MONITOR. AND

12  I KNOW MY OFFICE HAS BEEN IN CONTACT WITH THE MONITOR. AND

13  THEY ARE SAYING THAT THERE IS STILL SOME PROVISIONS THAT ARE

14  NOT BEING COMPLIED WITH. AND DURING OUR DISCUSSION, I ASKED

15  YOU ACTUALLY, DOCTOR, WHAT IS NEEDED TO ACHIEVE COMPLIANCE

16  WITH THE REMAINING D.O.J. CONSENT DECREE PROVISIONS, AND IT

17  WAS STAFFING SHORTAGES, DIFFICULTIES WITH HIRING, BED SPACE,

18  AND CAPACITY SEEM TO BE THE CHALLENGES. AND I WANT TO THANK

19  THE C.E.O., FESIA, I WANT TO THANK YOU AND YOUR STAFF FOR

20  WORKING WITH ALL PARTIES INVOLVED TO ADDRESS THE REMAINING

21  PROVISIONS UNDER THIS CONSENT DECREE BECAUSE THIS IS NOT

22  ARBITRARILY  THIS BOARD. THIS IS A FEDERAL COURT MONITOR. AND

23  SO, A LITTLE OVER 13 MILLION WAS INCLUDED IN THE SUPPLEMENTAL

24  BUDGET SPECIFICALLY TO PROVIDE NEAR TERM COMPLIANCE WITH

25  PROVISIONS 63, 64, AND 80. I GUESS MY QUESTION TO YOU, DOCTOR,

THE BOARD OF
## SUPERVISORS

1   IS HOW MUCH PROGRESS, IF ANY, HAS BEEN MADE TO THOSE PROGRAMS

2   THAT WILL DIRECTLY IMPACT THOSE THREE PROVISIONS?

3

4   **DR. BELAVICH:** PROVISION 80 IS DIFFICULT BECAUSE IT IS

5   SPECIFICALLY BASED -- IT WILL BE IMPOSSIBLE TO COMPLY WITH

6   THE NUMBER OF INDIVIDUALS WE HAVE. SO UNLESS WE DO REDUCE THE

7   MENTAL HEALTH POPULATION, NO AMOUNT OF STAFFING OR SPACE WILL

8   BRING US INTO COMPLIANCE WITH THAT. HOWEVER, AND THE POSITIVE

9   IN TERMS OF GETTING POSITIONS AND BEING ALLOCATED POSITIONS,

10  THAT HAS BEEN GOOD. WE ARE WORKING DILIGENTLY TO FILL THOSE

11  POSITIONS. IT IS DIFFICULT. PREVIOUSLY, WE HAVE TALKED TODAY

12  EVEN ABOUT THE CHALLENGES WITH GETTING HEALTHCARE STAFF. WE

13  WERE ALLOCATED 80 NEW POSITIONS IN OCTOBER. WE HAVE FILLED 12,

14  AT THIS POINT, AND 0 HAVE SHOWN UP FOR WORK AT THIS POINT

15  BECAUSE THEY ARE STILL IN THE HIRING PROCESS. SO IT IS VERY

16  SLOW.

17

18  **SUP. BARGER:** SO I GUESS MY QUESTION, WE TALK ABOUT THE ALL

19  HANDS ON DECK AS IT RELATES TO THE HOMELESS ISSUE. I WOULD ASK

20  THAT WE DO AN ALL HANDS ON DECK AS IT RELATES TO THE HIRING.

21  AND I KNOW THEY HAVE TO GO THROUGH  BACKGROUNDS, WHICH MAKES

22  SENSE, AND WE WANT THAT, BUT THERE HAS TO BE WAYS FOR US TO

23  FAST TRACK ON THAT BECAUSE WE ARE, AGAIN, COMPETING FOR THE

24  SAME EMPLOYEES, ACTUALLY EVEN WITHIN OUR OWN DEPARTMENTS NOW.

25  SO, FESIA --