OFFICE OF COUNTY COUNSEL
Dawyn Harrison (173855)
County Counsel
  dharrison@counsel.lacounty.gov
Dylan Ford (228699)
Deputy County Counsel
  dford@counsel.lacounty.gov
500 West Temple St., Floor 6
Los Angeles, California 90012
Telephone:   (213) 974-1807/(213) 974-1811
Facsimile:    (213) 687-8822

KENDALL BRILL & KELLY LLP
Robert E. Dugdale (167258)
  rdugdale@kbkfirm.com
Michael J. McCarthy (334829)
  mmccarthy@kbkfirm.com
Katelyn A. Kuwata (319370)
  kkuwata@kbkfirm.com
10100 Santa Monica Blvd., Suite 1725
Los Angeles, California 90067
Telephone: (310) 272-7904
Facsimile:   (310) 556-2705

*Attorneys for Defendants Los Angeles County Sheriff Robert Luna, in his Official Capacity, and the County of Los Angeles*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DENNIS RUTHERFORD, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>ROBERT LUNA, Sheriff of Los Angeles County, in his official capacity, and the COUNTY OF LOS ANGELES,<br><br>  Defendants. | Case No. 75-cv-04111-DDP<br><br>**SUPPLEMENTAL DECLARATION OF JOAN HUBBELL**<br><br>Hon. Dean D. Pregerson<br>Courtroom 9C |

Kendall Brill & Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

SUPPLEMENTAL DECLARATION OF JOAN HUBBELL

**SUPPLEMENTAL DECLARATION OF JOAN HUBBELL**

I, Joan Hubbell, declare as follows:

1. I am the Mental Health Program Manager III for the Los Angeles County Department of Health Services. As the Mental Health Program Manager III, I oversee all mental health programs within LACJ including the Inmate Reception Center ("IRC"), Men's Mental Health, Women's Mental Health and JMET, which responds to crises in general population at all facilities. I have personal knowledge of the facts set forth in this Supplemental Declaration and, if called as a witness, I could and would testify competently to such facts under oath.

2. Defendants have remedied the staffing deficits that arose in the IRC in February 2023, which I described in my prior Declaration, and the IRC is now staffed with two managers, four supervisors, and twenty-two clinicians (including psychiatric social workers, psychologists, and mental health registered nurses).

3. The restoration of the Correctional Health Services ("CHS") staff in the IRC, and its leadership in particular, has had a measurable impact on IRC processing. Defendants, for instance, completed 427 more mental health evaluations in the IRC in March 2023 compared to February 2023.

4. As of April 14, 2023, CHS has onboarded 63 new staff since February 2023, and will be onboarding an additional 20 staff by May 8, for a total of 83 new staff members. Critically, this includes seven new clinicians within Men's Mental Health, who will improve clinical housing unit coverage and help stabilize and step down inmates, which makes higher acuity beds available for IRC placement.

5. CHS also established a group of 10 mental health workers from throughout the LACJ who are cross-trained in the IRC and who are available to provide overtime hours when necessary due to unexpected staffing shortfalls like those which occurred in February 2023.

6. Defendants have introduced 20% pay increases for all mental health staff in the LACJ to incentivize new hires, improve the retention of IRC's current

staff, and encourage overtime work when necessary. Defendants believe that these bonuses will encourage qualified staff who currently work in the LACJ to volunteer for overtime hours in the IRC when IRC staffing shortages occur in the future.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on this 14th day of April, 2023, at Los Angeles, California.

*/s/ Joan Hubbell*
Joan Hubbell

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd
Suite 1725
Los Angeles, CA 90067

3
SUPPLEMENTAL DECLARATION OF JOAN HUBBELL