OFFICE OF COUNTY COUNSEL
Dawyn Harrison (173855)
County Counsel
  dharrison@counsel.lacounty.gov
Dylan Ford (228699)
Deputy County Counsel
  dford@counsel.lacounty.gov
500 West Temple St., Floor 6
Los Angeles, California 90012
Telephone:   (213) 974-1807/(213) 974-1811
Facsimile:    (213) 687-8822

KENDALL BRILL & KELLY LLP
Robert E. Dugdale (167258)
  rdugdale@kbkfirm.com
Michael J. McCarthy (334829)
  mmccarthy@kbkfirm.com
Katelyn A. Kuwata (319370)
  kkuwata@kbkfirm.com
10100 Santa Monica Blvd., Suite 1725
Los Angeles, California 90067
Telephone: (310) 272-7904
Facsimile:   (310) 556-2705

*Attorneys for Defendants Los Angeles County Sheriff Robert Luna, in his Official Capacity, and the County of Los Angeles*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DENNIS RUTHERFORD, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ROBERT LUNA, Sheriff of Los Angeles County, in his official capacity, and the COUNTY OF LOS ANGELES,<br><br>    Defendants. | Case No. 75-cv-04111-DDP<br><br>**SUPPLEMENTAL DECLARATION OF DR. GAYANI DESILVA**<br><br>Hon. Dean D. Pregerson<br>Courtroom 9C |

**SUPPLEMENTAL DECLARATION OF DR. GAYANI DESILVA**

I, Dr. Gayani DeSilva, declare as follows:

1. I am a Chief Physician 1, Psychiatry at the Los Angeles County Department of Health Services. I have personal knowledge of the facts set forth in this Supplemental Declaration and, if called as a witness, I could and would testify competently to such facts under oath.

2. Defendants' plan to ensure that all individuals with mental health conditions who come through the Inmate Reception Center ("IRC") receive a face-to-face psychiatric assessment for medication before they are placed in permanent housing, described in my prior Declaration, is a practice that exceeds the standard of mental health care typically offered in a carceral environment.

3. Defendants now have a psychiatric staff stationed in the IRC consisting of full-time equivalents of 2.25 psychiatrists and 5.5 psychiatric nurse practitioners, with 5 additional nurse practitioners currently onboarding. The move to embed this psychiatric staff in the IRC is already having a significant impact on how mental health care is provided to inmates in the IRC. Since the last week of March 2023, 80% of individuals who entered the IRC with a mental health condition received a psychiatric assessment, and medication as indicated, in the IRC. The balance of these individuals were treated pursuant to the County's Bridge Medication Policy, which represents the standard of care in carceral settings.

4. I have reviewed the County medical records of Mr. Reggie Candler. These records indicate that Mr. Candler was offered Seroquel on November 27, 2022, but he refused to take it because it was to be administered in crushed form pursuant to County policy. Under County policy, all medications that have a high risk of diversion, which includes Seroquel, are administered in crushed form to ensure those medications cannot be abused.

5. On November 27, 2022, Mr. Candler was also offered Zyprexa, which is a reasonable alternative to Seroquel and may be even more effective, but Mr.

On November 27, 2022, Mr. Candler was also offered Zyprexa, which is a reasonable alternative to Seroquel and may be even more effective, but Mr. Candler refused this medication as well. Mr. Candler continued to refuse Seroquel and most doses of Zyprexa until December 25, 2022, when he agreed to take Seroquel in crushed form.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on this 13th day of April, 2023, at Los Angeles, California.

_____
Dr. Gayani DeSilva

Kendall Brill & Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

3

SUPPLEMENTAL DECLARATION OF DR. GAYANI DESILVA