OFFICE OF COUNTY COUNSEL
Dawyn Harrison (173855)
County Counsel
  dharrison@counsel.lacounty.gov
Dylan Ford (228699)
Deputy County Counsel
  dford@counsel.lacounty.gov
500 West Temple St., Floor 6
Los Angeles, California 90012
Telephone:  (213) 974-1807/(213) 974-1811
Facsimile:  (213) 687-8822

KENDALL BRILL & KELLY LLP
Robert E. Dugdale (167258)
  rdugdale@kbkfirm.com
Michael J. McCarthy (334829)
  mmccarthy@kbkfirm.com
Katelyn A. Kuwata (319370)
  kkuwata@kbkfirm.com
10100 Santa Monica Blvd., Suite 1725
Los Angeles, California 90067
Telephone: (310) 272-7904
Facsimile:  (310) 556-2705

*Attorneys for Defendants Los Angeles County Sheriff Robert Luna, in his Official Capacity, and the County of Los Angeles*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DENNIS RUTHERFORD, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT LUNA, Sheriff of Los Angeles County, in his official capacity, and the COUNTY OF LOS ANGELES, <br><br> Defendants. | Case No. 75-cv-04111-DDP <br><br> **SUPPLEMENTAL DECLARATION OF CHIEF PAULA TOKAR** <br><br> Hon. Dean D. Pregerson <br> Courtroom 9C |

Kendall Brill & Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

DECLARATION OF CHIEF PAULA TOKAR

# SUPPLEMENTAL DECLARATION OF PAULA TOKAR

I, Paula Tokar, declare as follows:

1. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. I have been employed by the Los Angeles County Sheriff's Department (the "Department") for 33 years in various capacities. On December 6, 2022, I was assigned to serve as Acting Chief of the Custody Services Division – General Population. My responsibilities include oversight of the personnel and operations of Men's Central Jail ("MCJ"), Inmate Reception Center ("IRC"), Pitchess Detention Center North, and other Department facilities.

3. As Acting Chief, I am familiar with requirements of the Preliminary Injunction ("PI") issued on September 27, 2022 by the Honorable Dean D. Pregerson of United States District Court for the District of Central California, as well as the preceding Temporary Restraining Order entered on September 16, 2022.

4. To ensure compliance with the PI, the Custody Services Division has issued and reviewed unit Orders and training bulletins relevant to the IRC, including, but not limited to orders/bulletins addressing facility maintenance, trash disposal and the custody line Front Bench. The Department has also conducted additional training on areas which are covered by the PI. It is my understanding that Correctional Health Services ("CHS") staff has similarly received additional training and guidance. As explained further, below, the Department has also created an additional slot for a sergeant and Custody Assistant primarily tasked with compliance.

5. I have been briefed on and understand that the Department's Custody Innovation Technology Unit ("CITU") is developing an automated tracking system which will enhance the Department's ability to capture, observe and report data related to inmate movement within the IRC. This automated tracking system will

have the ability to track, in real time: (1) the length of time an inmate has been in the IRC; (2) the length of time an inmate has been on the Front Bench; and (3) the length of time an inmate has been in a cell.

6. I also understand the CITU is capable of modifying the automated tracking system so that needed changes can be made as it is implemented.

7. The automated tracking system will alert deputies, supervisors, and other IRC staff to instances in which the Department is nearing a violation on an inmate-by-inmate basis.

8. I believe this system will also correct certain flaws in the Department's current record-keeping procedures which have resulted in false violations where an inmate is reported as having spent additional time in the IRC or on the Front Bench when in reality, they had already been assigned to permanent housing elsewhere.

9. Based upon current information, the automated tracking system will be piloted on April 24, 2023.

10. Attached hereto as Exhibits A, B, and C are three screenshots of the automated system which fairly and accurately represent its current form.

11. In a further effort to ensure compliance with the PI, the Department created a new sergeant position primarily tasked with oversight of the PI's requirements. This sergeant position is staffed 24 hours a day, 7 days a week. Amongst other duties, the sergeant shall: (1) serve as the point person in IRC who monitors the automated tracking system for instances in which the Department is nearing a violation, particularly with respect to the provisions related to the holding cells; (2) ensure all required documentation under the PI is complete; and (3) provide assistance to the Custody Assistant monitoring the Front Bench.

12. It is also my understanding that the Custody Division will receive additional deputies due to the increased number of academy classes in the 2022-2023 fiscal year. It is expected that there will be four more academy classes this fiscal year when compared to the 2021-2022 fiscal year. Furthermore, as of the

January 23, 2023 class, there are more expected graduating deputies than the prior year with four more planned classes yet to be held.

13. In order to ensure that the IRC remains sanitary and that the Department is in compliance with the related provisions of the PI, a new cleaning schedule shall be instituted that will mandate cleaning three times a day by a staff of janitors, inmate workers, or contractors, all newly hired. My understanding is that the County is presently increasing its contracted capacity for these services.

14. Finally, the Department is working with other County and state agencies toward lowering the overall number of inmates with serious mental health conditions in the Los Angeles County Jail ("LACJ") in an effort to alleviate the resulting bottlenecks which occur in the IRC.

15. Efforts to expedite transfers of sentenced inmates to the California Department of Corrections and Rehabilitation ("CDCR") include: (a) allocating additional resources to its Population Management Bureau's records unit to expedite the paperwork required for inmates to transfer to the CDCR's custody; (b) requesting a larger number of transfer allocations from the CDCR; (c) improving coordination among all LACJ facilities, including its Court Services Transportation Unit, to ensure the LASD is maximizing its allocated number of state prisoner transfers; (d) establishing better communication with CDCR Command Staff and requesting that the LASD be allowed to transfer inmates into state custody based solely on a certified court minute order, rather than an entire inmate transfer package, which often take a significant amount of time to assemble; (e) obtaining an agreement from the CDCR to increase the number of specialty transfers it will accept each week (i.e., inmates who have mobility challenges and require a high level of medical care); and (f) obtaining an agreement by the CDCR to accept transfers who are medically cleared by CHS, but who have not been tested for COVID, as mandatory COVID testing is no longer required.

16. Transferring FIST inmates out of the Department to state hospitals is also a priority action item which will alleviate the IRC bottleneck. The Department and Correctional Health Services ("CHS") have begun to coordinate with state hospital personnel, including weekly meetings with all stakeholders to identify state hospital vacancies when they become available, mitigated delays in transferring FIST inmates, and avoided cancellations of such transfers based on inmate refusals and other issues.

17. As of April 11, 2023, there were 1,272 inmates awaiting transfer from the LACJ to a CDCR facility, as compared to 1,639 inmates four weeks previously, which is a significant difference from periods during the pandemic when there were up to 4,000 such inmates awaiting transfer; and the LASD is posed to execute over 800 inmate transfers to CDCR facilities over the next three weeks alone.

18. There are currently approximately 400 FIST inmates in the LACJ whereas last year it was typical to have more than 650 FIST inmates detained in the LACJ.

19. LACJ is also now regularly transferring 25 FIST inmates out of the LACJ each week, in contrast to earlier periods when FIST inmates trickled out of the LACJ in very small numbers (3-5 per week).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed April 14, 2023, at Los Angeles, California.

Paula Tokar