# EXHIBIT B

Documentation
Inmate Reception Center
(IRC)
Documentation
Areas
Placements
Recent Changes
Back to documentation home
Show shift documentation
Timers of concern
Click a timer to document
KUTSOGINIS, MOSES #6233669
+258:11:28
IRC Total (24hr)
Area 1 - Open
Expires: 03/31/2023 21:37
SMALLS, MICHAEL #6463306
+188:33:16
IRC Total (24hr)
Area 3 - Tethered 3
Expires: 04/03/2023 19:15
MCGOWAN, FREDERICK #5943423
+171:35:57
Isolation Cell (12hr)
Area 3 - IsoCells
Expires: 04/04/2023 12:13
MCGOWAN, FREDERICK #5943423
+170:30:44
IRC Total (24hr)
Area 3 - IsoCells
Expires: 04/04/2023 13:18
RODRIGUEZ, EDUARDO #5401045
+164:56:57
IRC Total (24hr)
Area 3 - Tethered 3
Expires: 04/04/2023 18:52
RODRIGUEZ, EDUARDO #5401045
+20:32:10
Isolation Cell (12hr)
Area 3 - Tethered 3
Expires: 04/05/2023 00:25
KUTSOGINIS, MOSES #6233669
+153:10:44
Tethered (4hr)
Area 1 - Open
Expires: 04/05/2023 06:38
RODRIGUEZ, EDUARDO #5401045
+152:19:46
Tethered (4hr)
Area 3 - Tethered 3
Expires: 04/05/2023 07:29
Date
04/11/2023
Shift
PM
Inmate
KUTSOGINIS, MOSES #6233669
Clock Type
IRC Total (24hr)
View Shift Documentations
View Inmate Documentations
View Inmate Placements
Documentation
Reasons *
Reason 1
Reason 2
Reason 3
Notes
Save
Cancel

