# EXHIBIT C



# Clocks Home

Timers by area | Timers by clock type | Documentation

## Tethered (4hr)

| | |
|---|---|
| KUTSOGINIS, MOSES #6233669 | Open |
| Tethered (4hr) | +199:06:09 |
| RODRIGUEZ, EDUARDO #5401045 | Tethered 3 |
| Tethered (4hr) | +198:15:12 |
| SMALLS, MICHAEL #6463306 | Tethered 3 |
| Tethered (4hr) | +188:34:39 |
| PANDURO, IVAN #6580181 | Hospital |
| Tethered (4hr) | 00:44:12 |
| MCGOWAN, FREDERICK #5943423 | IsoCells |
| Tethered (4hr) | +06:54:47 |

## Isolation Cell (12hr)

| | |
|---|---|
| MCGOWAN, FREDERICK #5943423 | IsoCells |
| Isolation Cell (12hr) | +217:31:23 |
| RODRIGUEZ, EDUARDO #5401045 | Tethered 3 |
| Isolation Cell (12hr) | +20:32:10 |
| KUTSOGINIS, MOSES #6233669 | Open |
| Isolation Cell (12hr) | +25:11:37 |
| SMALLS, MICHAEL #6463306 | Tethered 3 |
| Isolation Cell (12hr) | +51:35:06 |

## IRC Total (24hr)

| | |
|---|---|
| KUTSOGINIS, MOSES #6233669 | Open |
| IRC Total (24hr) | +304:06:53 |
| SMALLS, MICHAEL #6463306 | Tethered 3 |
| IRC Total (24hr) | +234:28:42 |
| MCGOWAN, FREDERICK #5943423 | IsoCells |
| IRC Total (24hr) | +216:26:10 |
| RODRIGUEZ, EDUARDO #5401045 | Tethered 3 |
| IRC Total (24hr) | +210:52:23 |
| PANDURO, IVAN #6580181 | Hospital |
| IRC Total (24hr) | 15:03:52 |