OFFICE OF COUNTY COUNSEL
Dawyn Harrison (173855)
County Counsel
  *dharrison@counsel.lacounty.gov*
Dylan Ford (228699)
Deputy County Counsel
  *dford@counsel.lacounty.gov*
500 West Temple St., Floor 6
Los Angeles, California 90012
Telephone:   (213) 974-1807/(213) 974-1811
Facsimile:    (213) 687-8822

KENDALL BRILL & KELLY LLP
Robert E. Dugdale (167258)
  *rdugdale@kbkfirm.com*
Michael J. McCarthy (334829)
  *mmccarthy@kbkfirm.com*
Katelyn A. Kuwata (319370)
  *kkuwata@kbkfirm.com*
10100 Santa Monica Blvd., Suite 1725
Los Angeles, California 90067
Telephone: (310) 272-7904
Facsimile:  (310) 556-2705

*Attorneys for Defendants Los Angeles*
*County Sheriff Robert Luna, in his Official*
*Capacity, and the County of Los Angeles*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DENNIS RUTHERFORD, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>ROBERT LUNA, Sheriff of Los Angeles County, in his official capacity, and the COUNTY OF LOS ANGELES,<br><br>        Defendants. | Case No. 75-cv-04111-DDP<br><br>**NOTICE OF WITHDRAWAL OF DEFENDANTS' PREHEARING STATUS REPORT**<br><br>Hon. Dean D. Pregerson<br>Courtroom 9C |

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** Defendants hereby withdraw their Prehearing Status Report, filed on April 14, 2023 (ECF No. 384), and all declarations filed in support (ECF Nos. 384-1 to -7).

Defendants filed the Status Report to provide an update on the numerous steps Defendants have taken in the past month since their last filing to ensure compliance with the Court's orders.  Decl. of Robert E. Dugdale ISO *Ex Parte* App. for Leave to File Defs.' Prehearing Status Report ¶ 2.  Given the complexity of the issues at hand and the sheer volume of information material to the April 19, 2023 hearing, Defendants felt that providing a preview of what will be discussed at the upcoming hearing in this case by way of such a Status Report would be a benefit to all involved.  *Id.*

Plaintiffs, however, expressed concern that the Status Report violated Local Rule 7-10 and threatened to file an *ex parte* application to strike and seek sanctions unless Defendants withdrew it.  *Id.* ¶ 3.  Although Defendants maintain that the information the Status Report contains is material to the issue of contempt and does not constitute a sur-reply, Defendants have agreed to withdraw it and request leave of Court to refile by way of an *ex parte* application.  *See id.* ¶¶ 3-4.

DATED:  April 17, 2023            KENDALL BRILL & KELLY LLP


By:  _____s/ Robert E. Dugdale_____
Robert E. Dugdale
Attorneys for Defendants Los Angeles
County Sheriff Robert Luna, in his Official
Capacity, and the County of Los Angeles

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

2
NOTICE OF WITHDRAWAL OF DEFENDANTS' PREHEARING STATUS REPORT