OFFICE OF COUNTY COUNSEL
Dawyn Harrison (173855)
County Counsel
  dharrison@counsel.lacounty.gov
Dylan Ford (228699)
Deputy County Counsel
  dford@counsel.lacounty.gov
500 West Temple St., Floor 6
Los Angeles, California 90012
Telephone:   (213) 974-1807/(213) 974-1811
Facsimile:    (213) 687-8822

KENDALL BRILL & KELLY LLP
Robert E. Dugdale (167258)
  rdugdale@kbkfirm.com
Michael J. McCarthy (334829)
  mmccarthy@kbkfirm.com
Katelyn A. Kuwata (319370)
  kkuwata@kbkfirm.com
10100 Santa Monica Blvd., Suite 1725
Los Angeles, California 90067
Telephone: (310) 272-7904
Facsimile:  (310) 556-2705

*Attorneys for Defendants Los Angeles
County Sheriff Robert Luna, in his Official
Capacity, and the County of Los Angeles*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DENNIS RUTHERFORD, et al., | Case No. 75-cv-04111-DDP |
| Plaintiffs, | ***EX PARTE* APPLICATION FOR LEAVE TO FILE DEFENDANTS' PREHEARING STATUS REPORT** |
| v. | |
| ROBERT LUNA, Sheriff of Los Angeles County, in his official capacity, and the COUNTY OF LOS ANGELES, | Hon. Dean D. Pregerson Courtroom 9C |
| Defendants. | |

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

Pursuant to Local Rules 7-19, the County of Los Angeles and the Los Angeles County Sheriff (collectively, "Defendants") hereby move *ex parte* for leave to file a status report in advance of the April 19, 2023 hearing regarding the numerous steps Defendants have taken in the past month since their last filing to ensure compliance with the Court's orders.

Defendants' *ex parte* request is based on this application, the incorporated memorandum of points and authorities, and the Declaration of Robert E. Dugdale ("Dugdale Decl.") filed concurrently herewith, as well as on all records in this action, any argument requested or permitted by the Court, and any other matters the Court deems just and proper.

Defendants advised counsel for Plaintiffs of this *ex parte* application.  On April 16, 2023, in an e-mail sent at 11:03 p.m., Defendants advised counsel for Plaintiffs that it would withdraw the Prehearing Status Report, filed on April 14, 2023, that is the subject of this *ex parte* application and that it would seek to refile it.  Dugdale Decl. ¶ 4, Ex. B.  The following morning, at approximately 9:30 a.m., I discussed the matter by telephone with Peter Eliasberg, counsel for Plaintiffs, and informed him that Defendants would be seeking the permission of the Court to refile the pleading at issue, and notified him once again by e-mail at 12:10 p.m. on April 17, 2023 of Defendants intention to file this *ex parte* application.  *Id.*  Plaintiffs' counsel has informed Defendants' counsel that Plaintiffs oppose this request, as Plaintiffs' view the pleading at issue to be an improper sur-reply filed in violation of Local Rule 7-10.  *Id.*

The name, address, telephone number, and e-mail address of counsel for Defendants is as follows:

Robert E. Dugdale

Kendall Brill & Kelly

10100 Santa Monica Boulevard, Suite 1725

Los Angeles, California 90067

**Kendall Brill & Kelly LLP**
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

2

*EX PARTE* APPLICATION FOR LEAVE TO FILE DEFENDANTS' PREHEARING STATUS REPORT

1   Telephone:  (310) 272-7902

2   The name, address, telephone number and e-mail address of counsel for

3   Plaintiffs to whom notice was given is as follows:

4   Peter Eliasberg

5   Chief Counsel/Manhein Family Attorney for First Amendment Rights

6   ACLU of Southern California

7   1313 W. 8th Street, Suite 200

8   Los Angeles, California 90017

9   Telephone:  (213) 977-5228

10   ## MEMORANDUM OF POINTS AND AUTHORITIES

11   On April 14, 2023, Defendants filed a Prehearing Status Report to provide an

12   update on the numerous steps Defendants have taken in the past month since their

13   last filing to ensure compliance with the Court's orders.  Dugdale Decl. ¶ 2, Ex. A.

14   Given the complexity of the issues at hand and the sheer volume of information

15   material to the April 19, 2023 hearing, Defendants felt that providing a preview by

16   way of such a report would be a benefit to all involved.  *Id.*

17   Plaintiffs, however, expressed concern that the Prehearing Status Report

18   violated Local Rule 7-10 and threatened to file an *ex parte* application to strike and

19   seek sanctions unless Defendants withdrew it.  *Id.* ¶ 3, Ex. B.  Although Defendants

20   maintain that the information the Prehearing Status Report contained is material to

21   the issue of contempt and does not constitute a sur-reply, Defendants agreed to

22   withdraw it and instead request leave of Court to refile by way of the instant *ex*

23   *parte* application.  *Id.*

24   Good cause exists to grant leave to file a status report in advance of the April

25   19 hearing on Plaintiffs' motion for order to show cause re: contempt.  *Id.* ¶ 5.

26   Given the complexity and volume of information material to the issue of contempt

27   in this case, a written update would serve the interests of the Court and of the parties

28   by reducing the amount of information to be detailed for the first time at the hearing

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

3
*EX PARTE* APPLICATION FOR LEAVE TO FILE DEFENDANTS' PREHEARING STATUS REPORT

and to aid all involved with processing that information by way of a preview.  *Id.*  A written update would further aid the Court, given the clear and convincing standard under which it must make any contempt finding, and is necessary to ensure Defendants have had an opportunity to make a record to rebut the allegations of contempt leveled in this case and provide information pertinent to any remedy the Court may decide to impose.  *Id.*

Defendants' goal in filing the initial Prehearing Status Report was simply to preview the complex and voluminous facts demonstrating Defendants' significant progress that all involved will be grappling with at the upcoming hearing in this case on Wednesday.  *Id.* ¶ 6.  Had Defendants anticipated that Plaintiffs would react so strongly to the filing, Defendants would have sought leave to file earlier.  *Id.*  Regrettably, there now is insufficient time to seek relief via a regularly noticed motion, as the relevant hearing is on April 19, 2023.  *Id.*

For each of these reasons, Defendants respectfully request that the Court grant their *ex parte* application.  To the extent the Court is not inclined to do so, Defendants request the opportunity to provide this information, or different or additional materials, in connection with a full contested contempt procedure.

DATED:  April 17, 2023                    KENDALL BRILL & KELLY LLP


By:  _____s/ Robert E. Dugdale_____
Robert E. Dugdale
Attorneys for Defendants Los Angeles
County Sheriff Robert Luna, in his Official
Capacity, and the County of Los Angeles

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

4

*EX PARTE* APPLICATION FOR LEAVE TO FILE DEFENDANTS' PREHEARING STATUS REPORT