OFFICE OF COUNTY COUNSEL
Dawyn Harrison (173855)
County Counsel
  *dharrison@counsel.lacounty.gov*
Dylan Ford (228699)
Deputy County Counsel
  *dford@counsel.lacounty.gov*
500 West Temple St., Floor 6
Los Angeles, California 90012
Telephone:   (213) 974-1807/(213) 974-1811
Facsimile:    (213) 687-8822

KENDALL BRILL & KELLY LLP
Robert E. Dugdale (167258)
  *rdugdale@kbkfirm.com*
Michael J. McCarthy (334829)
  *mmccarthy@kbkfirm.com*
Katelyn A. Kuwata (319370)
  *kkuwata@kbkfirm.com*
10100 Santa Monica Blvd., Suite 1725
Los Angeles, California 90067
Telephone: (310) 272-7904
Facsimile:  (310) 556-2705

*Attorneys for Defendants Los Angeles
County Sheriff Robert Luna, in his Official
Capacity, and the County of Los Angeles*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DENNIS RUTHERFORD, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ROBERT LUNA, Sheriff of Los Angeles County, in his official capacity, and the COUNTY OF LOS ANGELES,<br><br>    Defendants. | Case No. 75-cv-04111-DDP<br><br>**DECLARATION OF ROBERT E. DUGDALE IN SUPPORT OF *EX PARTE* APPLICATION FOR LEAVE TO FILE DEFENDANTS' PREHEARING STATUS REPORT**<br><br>Hon. Dean D. Pregerson<br>Courtroom 9C |

**Kendall Brill
& Kelly LLP**
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

603374099

## DECLARATION OF ROBERT E. DUGDALE

I, Robert E. Dugdale, declare as follows:

1.      My name is Robert E. Dugdale.  I am an attorney in good standing with the State Bar of California, and I represent the County of Los Angeles and the Los Angeles County Sheriff's Department (collectively, "Defendants") in this case.  I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to such facts under oath.

2.      On April 14, 2023, Defendants filed a Prehearing Status Report to provide an update on the numerous steps Defendants have taken in the past month since their last filing to ensure compliance with the Court's orders.  Given the complexity of the issues at hand and the sheer volume of information material to the April 19, 2023 hearing, Defendants felt that providing a preview of the issues that will be discussed at this hearing by way of such a report would be a benefit to all involved.  A true and correct copy of the Prehearing Status Report is attached hereto as **Exhibit A**.

3.      On April 15, 2023, however, Plaintiffs expressed concern by e-mail that the Prehearing Status Report violated Local Rule 7-10 and threatened to file an *ex parte* application to strike and seek sanctions unless Defendants withdrew it. Although Defendants maintain that the information the Prehearing Status Report contained is material to the issue of contempt and does not constitute a sur-reply, Defendants agreed to withdraw it and instead request leave of the Court to refile it.

4.      On April 16, 2023, in an e-mail sent at 11:03 p.m., Defendants advised counsel for Plaintiffs that Defendants would withdraw the Prehearing Status Report, filed on April 14, 2023, and that Defendants would seek permission from the Court to refile it.  The following morning, at approximately 9:30 a.m., I discussed the matter by telephone with Peter Eliasberg, counsel for Plaintiffs, and informed him that Defendants would be seeking the permission of the Court to refile the pleading at issue, and notified him once again by e-mail at 12:10 p.m. on April 17, 2023 of

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

Defendants intention to file this *ex parte* application.  Plaintiffs' counsel has informed Defendants' counsel that Plaintiffs oppose this request, as Plaintiffs view the pleading at issue to be an improper sur-reply filed in violation of Local Rule 7-10.  A true and correct copy of my correspondence with counsel for Plaintiffs from April 15 to 17, 2023 is attached hereto as **Exhibit B**.

5.      Good cause exists to grant leave for Defendants to file a status report in advance of the April 19 hearing on Plaintiffs' motion for order to show cause re: contempt.  Given the complexity and volume of information material to the issue of contempt in this case, a written update would serve the interests of the Court and of the parties by reducing the amount of information to be detailed for the first time at the hearing and to aid all involved with processing that information by way of a preview.  A written update would further aid the Court, given the clear and convincing standard under which it must make any contempt finding, and is necessary to ensure Defendants have had an opportunity to make a record to rebut the allegations of contempt leveled in this case and provide information pertinent to any remedy the Court may decide to impose.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

**Kendall Brill & Kelly LLP**
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

603374099

3

DECL. OF ROBERT E. DUGDALE IN SUPPORT OF *EX PARTE* APPLICATION

6.      Defendants' goal in filing the initial Prehearing Status Report was simply to preview the complex and voluminous facts demonstrating Defendants' significant progress that all involved will be grappling with at the hearing in this case on Wednesday.  Had Defendants anticipated that Plaintiffs would react so strongly to the filing, Defendants would have sought leave to file earlier. Regrettably, there now is insufficient time to seek relief via a regularly noticed motion, as the relevant hearing is on April 19, 2023.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on this 17th day of April, 2023, at Los Angeles, California.

Dated:  April 17, 2023                    s/  Robert E. Dugdale
                                          Robert E. Dugdale

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067