# **EXHIBIT B**

| | |
|---|---|
| **From:** | Robert Dugdale |
| **To:** | Peter Eliasberg; Dylan Ford |
| **Cc:** | Daniel Barlava; Corene Kendrick; Melissa Camacho; Marisol Dominguez-Ruiz; David Fathi |
| **Subject:** | RE: Activity in Case 2:75-cv-04111-DDP Rutherford v. Block Status Report |
| **Date:** | Monday, April 17, 2023 12:11:00 PM |
| **Attachments:** | image001.png |

Peter –

Thank you for taking the time to discuss this matter this morning. After discussing the matter with the County, we have determined that we will be asking Judge Pregerson's permission to refile the pleading we filed on Friday and will not be amending it. (We intend to do so concurrently with our notice that we will be withdrawing the pleading, which will be filed shortly.) We will serve you with our request to refile so as soon as it is ready, and we will note in this request that Plaintiffs oppose it on the grounds that Plaintiffs view this pleading as an improper sur-reply.

Thank you again for your consideration in this matter.

Bob

**Kendall Brill Kelly**

**Robert Edward Dugdale**
**Partner**
Kendall Brill & Kelly LLP
10100 Santa Monica Blvd., Suite 1725
Los Angeles, California 90067

Tel: (310) 556-2700
Direct: (310) 272-7904
Fax: (310) 556-2705
E-mail: rdugdale@kbkfirm.com
Web: www.kbkfirm.com

---

**From:** Peter Eliasberg <PEliasberg@aclusocal.org>
**Sent:** Monday, April 17, 2023 9:04 AM
**To:** Robert Dugdale <rdugdale@kbkfirm.com>; Dylan Ford <DFord@counsel.lacounty.gov>
**Cc:** Daniel Barlava <dbarlava@kbkfirm.com>; Corene Kendrick <ckendrick@aclu.org>; Melissa Camacho <MCamacho@aclusocal.org>; Marisol Dominguez-Ruiz <mdominguez-ruiz@aclu.org>; David Fathi <dfathi@aclu.org>
**Subject:** RE: Activity in Case 2:75-cv-04111-DDP Rutherford v. Block Status Report

**External Source.**

Dear Bob, I have received your e-mail and understand your intention to withdraw the filing. By the

way, no need to apologize for the late e-mail though it may interest you to know that another private firm that used to represent the County on jail cases used to send us nasty e-mails if we ever e-mailed them after 5 pm even if our e-mail did not require a response, much less an immediate one.

I also received your voice mail about refiling something with the Court and will give you a call within the next 30 minutes to discuss it with you.
Sincerely,
Peter Eliasberg


Peter Eliasberg
Chief Counsel/
Manheim Family Attorney
For First Amendment Rights
ACLU of Southern California
1313 W 8th St, Suite 200
Los Angeles, CA 90017
(o) 213.977.5228 | (f) 213-201-7881

aclusocal.org || facebook || twitter || blog

**The ACLU: Because Freedom Can't Protect Itself**
This message may contain information that is confidential. If you are not the intended recipient, please immediately advise the sender by reply email that this message has been inadvertently transmitted to you and delete this email from your system.

---

**From:** Robert Dugdale <rdugdale@kbkfirm.com>
**Sent:** Sunday, April 16, 2023 11:03 PM
**To:** Peter Eliasberg <PEliasberg@aclusocal.org>; Dylan Ford <DFord@counsel.lacounty.gov>
**Cc:** Daniel Barlava <dbarlava@kbkfirm.com>; Corene Kendrick <ckendrick@aclu.org>; Melissa Camacho <MCamacho@aclusocal.org>; Marisol Dominguez-Ruiz <mdominguez-ruiz@aclu.org>; David Fathi <dfathi@aclu.org>
**Subject:** RE: Activity in Case 2:75-cv-04111-DDP Rutherford v. Block Status Report

Dear Peter,

I apologize for the lateness of this response, but this is something I needed to run through the client.

As explained in my prior email, our Status Report provides an update on the steps Defendants have taken in the past month *since their last filing* to ensure compliance with the Court's orders. Such information necessarily could not have been included in Defendants' response, as you assert. Notably, Plaintiffs raised considerable evidence and arguments for the first time in their reply. By your logic, that information should be similarly discarded by the Court. *Shayler v. MMWH Grp. LLC*, 2022 WL 17080183, at *5 (C.D. Cal. Sept. 2, 2022) (the court "will not consider new arguments and

evidence raised for the first time in a reply brief").  But we fail to see how censoring any relevant information benefits the Court, let alone the individuals in the IRC.  Our goal was simply to preview the complex and voluminous facts demonstrating Defendants' significant progress which we will all be grappling with on Wednesday.

Nevertheless, out of respect for your concerns, we will withdraw the Status Report tomorrow morning.  However, because we maintain that our written update would be useful for the Court, particularly given the clear and convincing standard under which it must make any contempt finding, we also intend to request leave to refile the Status Report in advance of the hearing.  I am happy to discuss this with you in the morning at your convenience.

Best,

Bob



**Robert Edward Dugdale**
**Partner**
Kendall Brill & Kelly LLP
10100 Santa Monica Blvd., Suite 1725
Los Angeles, California 90067

Tel: (310) 556-2700
Direct:  (310) 272-7904
Fax: (310) 556-2705
E-mail:  rdugdale@kbkfirm.com
Web:  www.kbkfirm.com

---

**From:** Peter Eliasberg <PEliasberg@aclusocal.org>
**Sent:** Sunday, April 16, 2023 3:08 PM
**To:** Robert Dugdale <rdugdale@kbkfirm.com>; Dylan Ford <DFord@counsel.lacounty.gov>
**Cc:** Daniel Barlava <dbarlava@kbkfirm.com>; Corene Kendrick <ckendrick@aclu.org>; Melissa Camacho <MCamacho@aclusocal.org>; Marisol Dominguez-Ruiz <mdominguez-ruiz@aclu.org>; David Fathi <dfathi@aclu.org>
**Subject:** RE: Activity in Case 2:75-cv-04111-DDP Rutherford v. Block Status Report

**External Source**.

Dear Bob, I have reviewed your e-mail and re-reviewed your filings, and it is even clearer to me today that what you filed is an improper sur-reply. The so-called status report is full of legal arguments, cites cases that are more than a decade old, and is accompanied by numerous declarations containing facts almost all of which you could have informed the Court about in your opposition.   We are, of course, always

interested in learning new facts that demonstrate compliance with the PI. However, we feel strongly that the parties' adjudication of motions should follow the rules set forth in the Rules of Civil Procedure and the Central District's Local Rules.   In addition, we disagree with a number of factual assertions in the declarations, but do not feel it is appropriate for us to file additional declarations with the Court fewer than 96 hours before the hearing.

Accordingly, we intend to file our ex parte application unless you withdraw your sur-reply.  Given our back and forth e-mails, we are willing to hold off until 9 am tomorrow before we file.  We had intended to spend this weekend preparing for the hearings on Wednesday, but instead have had to spend a substantial amount of time on a filing that is clearly inconsistent with the requirements of the Local Rules.  Thus, we will be seeking our attorneys' fees for time spent preparing the ex parte as a sanction if you do not withdraw the filing.

Sincerely,
Peter Eliasberg

---

**From:** Robert Dugdale <rdugdale@kbkfirm.com>
**Sent:** Saturday, April 15, 2023 7:36 PM
**To:** Peter Eliasberg <PEliasberg@aclusocal.org>; Dylan Ford <DFord@counsel.lacounty.gov>
**Cc:** Daniel Barlava <dbarlava@kbkfirm.com>; Corene Kendrick <ckendrick@aclu.org>; Melissa Camacho <MCamacho@aclusocal.org>; Marisol Dominguez-Ruiz <mdominguez-ruiz@aclu.org>; David Fathi <dfathi@aclu.org>
**Subject:** RE: Activity in Case 2:75-cv-04111-DDP Rutherford v. Block Status Report

Dear Peter,

Thank you for your message.  We filed the Status Report yesterday to provide the Court, as well as Plaintiffs, an update on the numerous steps Defendants have taken in the past month since their last filing to ensure compliance with the Court's orders.  Given the complexity of the issues at hand and the sheer volume of information relevant to next week's hearing, we felt that providing a preview by way of such a Status Report would be helpful and appreciated by the Court, as well as by Plaintiffs.

We expected Plaintiffs to be pleased with the significant progress the Status Report conveys, which goes to the underlying goal we thought we all shared—ensuring compliance with the Preliminary Injunction that Defendants agreed to for the benefit of the individuals in the Inmate Reception Center.  Surely your measure of victory in this litigation is tied to the very improvements demonstrated in the Status Report, rather than to the outcome of your motion.

To that end, we believe that providing as much relevant information as possible so the Court can assess these multi-faceted issues is a benefit to all involved rather than a detriment, and therefore, will not be withdrawing the Status Report.  We further believe that litigating over the filing of the Status Report would be a waste of everyone's time and resources, and certainly of no benefit to the individuals in the IRC (especially since we will be raising the issues raised in the Status Report at

Wednesday's hearing, regardless of whether this pleading remains on the docket or not). But how you wish to proceed, of course, is ultimately your decision to make.

As always, we welcome the opportunity to meet and confer on the issues in advance of the hearing.

Best,

Bob



**Robert Edward Dugdale**
**Partner**
Kendall Brill & Kelly LLP
10100 Santa Monica Blvd., Suite 1725
Los Angeles, California 90067

Tel: (310) 556-2700
Direct: (310) 272-7904
Fax: (310) 556-2705
E-mail: rdugdale@kbkfirm.com
Web: www.kbkfirm.com

---

**From:** Peter Eliasberg <PEliasberg@aclusocal.org>
**Sent:** Saturday, April 15, 2023 1:20 PM
**To:** Robert Dugdale <rdugdale@kbkfirm.com>; Dylan Ford <DFord@counsel.lacounty.gov>
**Cc:** Daniel Barlava <dbarlava@kbkfirm.com>; Corene Kendrick <ckendrick@aclu.org>; Melissa Camacho <MCamacho@aclusocal.org>; Marisol Dominguez-Ruiz <mdominguez-ruiz@aclu.org>; David Fathi <dfathi@aclu.org>
**Subject:** FW: Activity in Case 2:75-cv-04111-DDP Rutherford v. Block Status Report

**External Source.**

Dear Bob and Dylan:

We have received and reviewed the filing you made last night and believe that – despite its title – it is nothing more than a sur-reply that violates Local Rule 7-10. We are hereby giving you notice that if you do not withdraw the filing within 24 hours, or we do not receive a response within 24 hours, we will file an *ex parte* application to strike the Docket 384 and all the declarations filed with it.

We recognize that we are writing on the weekend. But given that you filed at about 8 pm last night, and the Court is hearing our contempt motion in just a few days, we have no choice but to act expeditiously. We look forward to your response.

Sincerely,
Peter Eliasberg

Peter Eliasberg
Chief Counsel/
Manheim Family Attorney
For First Amendment Rights
ACLU of Southern California
1313 W 8th St, Suite 200
Los Angeles, CA 90017
(o) 213.977.5228 | (f) 213-201-7881

aclusocal.org || facebook || twitter || blog

**The ACLU: Because Freedom Can't Protect Itself**
This message may contain information that is confidential. If you are not the intended recipient, please immediately advise the sender by reply email that this message has been inadvertently transmitted to you and delete this email from your system.

**From:** cacd_ecfmail@cacd.uscourts.gov <cacd_ecfmail@cacd.uscourts.gov>
**Sent:** Friday, April 14, 2023 8:04 PM
**To:** ecfnef@cacd.uscourts.gov
**Subject:** Activity in Case 2:75-cv-04111-DDP Rutherford v. Block Status Report

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

## Notice of Electronic Filing

The following transaction was entered by Dugdale, Robert on 4/14/2023 at 8:03 PM PDT and filed on 4/14/2023

| | |
|---|---|
| **Case Name:** | Rutherford v. Block |
| **Case Number:** | 2:75-cv-04111-DDP |
| **Filer:** | COUNTY OF LOS ANGELES |

Robert Luna, Sheriff of Los Angeles County, in his official capacity

**WARNING: CASE CLOSED on 03/17/2015**

**Document Number:** 384

**Docket Text:**
**STATUS REPORT** *Defendants' Pre-Hearing Status Report* **filed by Defendants COUNTY OF LOS ANGELES, Robert Luna, Sheriff of Los Angeles County, in his official capacity. (Attachments: # (1) Declaration Supplemental Declaration of Joan Hubbell, # (2) Declaration Supplemental Declaration of Dr. Gayani DeSilva, # (3) Declaration Declaration of Dr. Clemens Hong, # (4) Declaration Supplemental Declaration of Chief Paula Tokar, # (5) Exhibit A to Supplemental Declaration of Chief Paula Tokar, # (6) Exhibit B to Supplemental Declaration of Chief Paula Tokar, # (7) Exhibit C to Supplemental Declaration of Chief Paula Tokar)(Dugdale, Robert)**

**2:75-cv-04111-DDP Notice has been electronically mailed to:**

Corene Kendrick    ckendrick@aclu.org, jcarns@aclu.org, sweaver@aclu.org

David C Fathi    dfathi@aclu.org

Dylan Ford    dford@counsel.lacounty.gov

Justin W Clark    jclark@lbaclaw.com, araymundo@lbaclaw.com, courtemails@lbaclaw.com, courtemailsgl@lbaclaw.com

Karlene Worthington Goller    karlene@karlenegoller.com

Katelyn Kuwata    kkuwata@kbkfirm.com, crossi@kbkfirm.com, tvaldezco@kbkfirm.com

Kelli L Sager    kellisager@dwt.com, sarahburns@dwt.com, tonyafrazier@dwt.com, vickyisensee@dwt.com

Marion R Yagman    mrygmn@msn.com

Marisol Jochebed Dominguez-Ruiz    mdominguez-ruiz@aclu.org, jcarns@aclu.org, sweaver@aclu.org

Melissa L Camacho-Cheung    mcamacho@aclusocal.org

Michael John McCarthy    mmccarthy@kbkfirm.com

Paul B Beach    pbeach@lbaclaw.com, araymundo@lbaclaw.com, courtemails@lbaclaw.com, courtemailsgl@lbaclaw.com

Exhibit B
Page 34

Peter J Eliasberg     peliasberg@aclusocal.org, ckasher@aclusocal.org, clebano@aclu-sc.org

Robert E Dugdale     rdugdale@kbkfirm.com, crossi@kbkfirm.com, tvaldezco@kbkfirm.com

Stephen Yagman     filing@yagmanlaw.net, admin@yagmanlaw.net

Stephen D Alexander     stephen.alexander@morganlewis.com

Susan E Seager     sseager1.clinic@law.uci.edu, susanseager1999@gmail.com

**2:75-cv-04111-DDP Notice has been delivered by First Class U. S. Mail or by other means <u>BY THE FILER</u> to :**

Roger H Granbo , Jr
Los Angeles County Counsel
648 Kenneth Hahn Hall of Administration
500 W Temple Street Suite 605
Los Angeles, CA 90012-2713

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\fakepath\1. 2023-04-14 Defendants Pre-Hearing Status Report.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=4/14/2023] [FileNumber=35682198-0
] [a39bb9badf44e406bb80ff9e98266ee15d2374de796857a4a3aa910de27a2a89ef3
daf7417461557df1a0399cdfd922e6dd75c2acdd4803cb51409ec33987d0d]]
**Document description:** Declaration Supplemental Declaration of Joan Hubbell
**Original filename:** C:\fakepath\2. 2023-04-14 Sup Hubbell Decl.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=4/14/2023] [FileNumber=35682198-1
] [b40c3ca5be9d63cd90f27e65a0b2002673145e1279a3837e4b2ab11b4bc44aa902f
75ce75e049893330c54a97f18c294b99902b411ab61ad06816ce78e2a5017]]
**Document description:** Declaration Supplemental Declaration of Dr. Gayani DeSilva
**Original filename:** C:\fakepath\3. 2023-04-14 Sup Desilva Decl.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=4/14/2023] [FileNumber=35682198-2
] [430b90159d069b673329664e661edb56ab3e02d918fc8e551eeffac3885c4ef429a
3bacb8343ae43be24d9e5ceb01725439c1f169d098d2057dcc2c55ee74c75]]
**Document description:** Declaration Declaration of Dr. Clemens Hong
**Original filename:** C:\fakepath\4. 2023-04-14 Hong Decl.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=4/14/2023] [FileNumber=35682198-3
] [7d7e44583f51f0f11ad5cb41afa641e1b7a0c11a8f7c3f402345859bd858ba3872e
396981e089f7b08f7f9c274fc42949f670c6c76358dd7647926c9153612ac]]

**Document description:** Declaration Supplemental Declaration of Chief Paula Tokar
**Original filename:** C:\fakepath\5. 2023-04-14 Sup Tokar Decl.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=4/14/2023] [FileNumber=35682198-4
] [426948cbb4db2a169c528b294521444d91bb1a4b1d46bd873829a99557a75c035d7
ebec710e3b52d5db26bfc60e31bc46cc6d4df682eff7e833895d5de8d3f7a]]
**Document description:** Exhibit A to Supplemental Declaration of Chief Paula Tokar
**Original filename:** C:\fakepath\6. 2023-04-14 Exhibit A to Tokar Decl.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=4/14/2023] [FileNumber=35682198-5
] [adb3fdc11f0bcc7cea862c17343696e58b32842df3d15a4e45bf530b30bd1df726b
905c9a10d6c96da4975b05c1cdcd966ec666ce40a95ac443b31e6c9df0117]]
**Document description:** Exhibit B to Supplemental Declaration of Chief Paula Tokar
**Original filename:** C:\fakepath\7. 2023-04-14 Exhibit B to Tokar Decl.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=4/14/2023] [FileNumber=35682198-6
] [8821ae7ab462dc8f071f9b5f032333dfdea5a60f2dc4f803ec3f40921b8c319a1d8
ae7fbe0bcd56b708427a231b736f635bbcea3577250dfc4cb78a351f7bc9d]]
**Document description:** Exhibit C to Supplemental Declaration of Chief Paula Tokar
**Original filename:** C:\fakepath\8. 2023-04-14 Exhibit C to Tokar Decl.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=4/14/2023] [FileNumber=35682198-7
] [06ae0f6b9d50ca6adf1c0dc6ce4dae02a10b25613d003f27df3700e5ac01dbd3d87
2e5868b1f19e1012a3f7d0d800594df65209d82647c37f0cbd0515271e25d]]