UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DENNIS RUTHERFORD, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT LUNA, Sheriff of Los Angeles County, in his official capacity, and the COUNTY OF LOS ANGELES, <br><br> Defendants. | Case No. 75-cv-04111-DDP <br><br> **[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION FOR LEAVE TO FILE DEFENDANTS' PREHEARING STATUS REPORT** <br><br> Hon. Dean D. Pregerson <br> Courtroom 9C |

Kendall Brill & Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

[PROPOSED] ORDER GRANTING *EX PARTE* APP. TO FILE DEFS.' PREHEARING STATUS REPORT

### [PROPOSED] ORDER

This Court, having read and considered the *ex parte* application of the County of Los Angeles and the Los Angeles County Sheriff (collectively, "Defendants") for leave to file Defendants' Prehearing Status Report, the memorandum of points and authorities in support thereof, and all other papers and arguments presented, and good cause appearing, **IT IS HEREBY ORDERED THAT** Defendants' *ex parte* application is **GRANTED**.

**IT IS THEREFORE ORDERED** that Defendants shall file the Prehearing Status Report, and any declarations in support, in advance of the April 19, 2023 hearing in this case.

Dated: _____

Hon. Dean D. Pregerson
Judge, United States District Court

Kendall Brill & Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

2
[PROPOSED] ORDER GRANTING *EX PARTE* APP. TO FILE DEFS.' PREHEARING STATUS REPORT