# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 75-4111 DDP | Date | April 19, 2023 |
|---|---|---|---|
| Title | Dennis Rutherford v. Los Angeles, et al. | | |

Present: The Honorable **DEAN D. PREGERSON, UNITED STATES DISTRICT JUDGE**

| Vanessa Figueroa | Maria Bustillos |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant and Receiver: |
| Melissa Camacho-Cheung, Peter Eliasberg, Corene Kendrick, Marisol Dominguez-Ruiz | Robert E. Dugdale, Dylan Ford, Margaret Carter, Michael McCarthy, Katelyn A. Kuwata |

**Proceedings:** PLAINTIFFS' MOTION FOR AN ORDER TO SHOW CAUSE RE: CONTEMPT [375]

Court and counsel confer as stated on the record.

The parties are ordered to confer and cooperate with each other regarding setting of an Order to Show Cause Re: Contempt Hearing, related briefing and necessary discovery in this regard.

|  | 1 | : | 10 |
|---|---|---|---|
| Initials of Preparer | | | vdr |