Declarations of Incarcerated Persons in Support of Plaintiffs' Additional Briefing Re: Motion for an OSC Re: Contempt (Doc. 375)

Index

| Incarcerated Persons' Declarations | Exhibit No. |
|---|---|
| Ricardo Bernal, 4.26.2023 | 1 |
| Carlos Martinez Cruz, 5.1.2023 | 2 |
| Eric Radford, 4.21.2023 | 3 |
| Daniel Ray, 5.11.2023 | 4 |
| Michael Valani, 4.26.2023 | 5 |

# EXHIBIT 1

**Declaration of Ricardo Bernal**

I, Ricardo Bernal, hereby declare:

1.      I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.      My booking number is 6592636.

3.      After my arrest, I was taken to St. Francis hospital for a CAT scan on my shoulder and for my face.

4.      From the hospital I was taken to South Gate Station jail. I stayed there for 2 or 3 hours and after that they took me to IRC.

5.      I got to IRC at around 11am on Tuesday, April 25.

6.      I got a shower and then went to medical. I went upstairs and got Ibuprofen.

7.      I was in IRC clinic area overnight. I slept in the chair, but the pain in my shoulder kept waking me up.

8.      The pain in my shoulder is a 7 on a scale of 1-10.

9.      No one has told me what I'm waiting for.

10.      Custody staff bought me to a custody line cell at around 1 pm.

11.      I tried to sleep on the floor of the cell, but it's not that comfortable in there.

12.      My head pain is also a 7 on a scale of 1 to 10.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct.  Executed this 26th day of April, 2023 in Los Angeles, California.


                                                            Ricardo Bernal

I, Melissa L. Camacho, interviewed Ricardo Bernal in the IRC on April 26, 2023, took notes and then wrote up his declaration while in the IRC, which is attached. I read Mr. Bernal the declaration, he approved its contents and signed it. I have reviewed this word processed version of this declaration and declare that it accurately reflects the content of the handwritten, signed version.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct.  Executed this 1st day of June, 2023 in Los Angeles, California.


*/s/ Melissa L. Camacho*

Melissa L. Camacho

2

Declaration of _Ricardo Bernal_

I, _Ricardo Bernal_ , hereby declare:

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2. My booking number is 6592636.

3. After my arrest, I west was taken t St. Francis Hospital for a CAT Scan on my shoulder and for my face.

4. From the hospital I was taken t South Gate Station Jail. I stayed there for 2 or 3 hours and then they took me to IRC.

5. I got t the IRC at around 11 Am on Tuesday, April 25.

6. I got a shower and seen went t medical. I went upstairs and got Ibuprofen.

7. I was in the IRC Clinic area overnight. I slept in the chair, but the pain in my shoulder kept waking me up.

8. The pain in my shoulder is a 7 on the scale of 1 - 10.

9. No one has told me what I'm waiting for.

10. Custody Staff brought me t a custody line cell at around 1 pm.

11. I tried to sleep on the floor of the cell, but it's not that comfortable in there.

12. My head pain is also a 7 on a scale of 1 + 10.



I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed this 26th day of April, 2023 in Los Angeles, California.

Printed name: _Ricardo Bernal_

# EXHIBIT 2

Declaration of Carlos Martinez Cruz

I, Carlos Martinez Cruz, hereby declare:

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2. Right now, I am currently housed in IRC 231-D Pod.

3. I was arrested on Friday, April 28, 2023. I had court that day and I was told I would be brought here to County Jail but that I would be released around 9 or 10 pm, that same day. The judge had ordered my conditional release.

4. Instead I am still here in LA County Jail. Today is Monday, May 1, 2023.

5. I arrived to the IRC around 7/8pm on Friday, 4/28/23. I was brought up to 231 in the wee hours of Sunday, 4/30/23. I spent more than 24 hours in the IRC.

6. During that time, I was not provided a pillow, blanket, toothpaste, nor toothbrush. It was really cold there.

7. To get any sleep, I had to sleep on the floor. Other people who were there also had to sleep on the floor.

8. During this process, I was asked if I have a diagnosis. I told them I have anxiety and I receive medication to help with my rehabilitation from substance use.

9. For the last six months I have been taking medicine for my anxiety and substance use disorder. My doctor in the community is Wesley Health Center with Dr. Gomez. She is the one who prescribed me 450 mgs of Wellbutrin and an injection of vivitrol. Wellbutrin helps me with my anxiety. I take that every day. The injection of vivitrol is once a month. Due to court dates, I was not able to go last week to the clinic to get my shot. That was the first time I did not get my injection, but it was because of court.

10. Without my anxiety medication, I don't feel well. My anxiety is at a high level. I have headaches. I feel like throwing up. It does not help that there's

1

1   so much noise and it smells bad.

2   11. My neighbor spends all day yelling and that does not help with my anxiety.

3   12. The plumbing is not working so that means neither do the bathrooms. We
4   can use the toilet but then all the water seeps out on to the floor. The entire
5   dorm smells like sewage.

6   13. Until I arrived to IRC-231, that was the first time I received a hot meal.
7   When I was in the Clinic, it was only burritos and peanut butter and jelly
8   sandwiches.

9   14. I had an allergic reaction while I was in the Clinic. I'm not sure what caused
10   it. It may have been the peanut butter sandwich. I broke out in hives and I
11   was given a pill – I think it was Benadryl.

12   15. Yesterday evening a psychologist came to visit me and asked me what
13   medicine I take and if would accept a comparable medicine. I said yes. The
14   doctor said I would receive the medicine within an hour. That was yesterday
15   and I still have not receive nor been offered my medicine.

16   16. Aside from the anxiety, my medicine helps me with sleep. I've barely slept
17   here.

18   17. In my current dorm (231-D Pod) it feels hot. I have not been able to take a
19   shower because the plumbing is not working. Yesterday I received my tooth
20   paste and toothbrush.

21   18. During my interview with a nurse at the IRC, I heard when she spoke with
22   my partner, Karla Hernandez, to ask about my prescriptions and prescriber.
23   My partner gave her all the information.

24   19. The nurse said she would put in an order but that did not happen.

25   20. The last time I was here, I also told them about my medicine. The doctor put
26   the order in for my medicine without issue. But since I was released a little
27   later, I ended up not receiving it.

28   21. During my time in the IRC Clinic, there was trash on the floor, there was

2

toilet paper and urine near the toilet. I had to spend all day with that smell.

22. I also have asthma. Friday was the last time I received my inhaler to help me breathe. The cold affects my lungs and it's very cold in the IRC. I have not received anything for my asthma since then.

23. The ACLU representative, Marisol Dominguez-Ruiz, took my declaration in Spanish and reviewed the content with me to confirm everything.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed this 1 day of May, 2023 in Los Angeles, California.

I, Marisol Dominguez-Ruiz, interviewed Mr. Martinez Cruz in the IRC-231 on May 1, 2023, took notes and then wrote up his declaration in Spanish, which is attached. I read Mr. Martinez Cruz the declaration, he approved its contents and signed it. I translated and have reviewed the word-processed version of this declaration and declare that it accurately reflects the content of the handwritten, signed version. I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed June 6, 2023, in Los Angeles, California.

Marisol Dominguez-Ruiz

**Declaration of** Carlos Martinez Cruz

I, Carlos Martinez Cruz , hereby declare:

1.     I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.     Ahorita estoy en el IRC - 231 - D pod.

3. Fui arrestado el viernes, Abril 28 del 2023. Tuve corte ese día y me dijeron que me iban a traer al condado pero que iba a salir como a las 9 o 10 de la noche, ese mismo día. El juez había ordenado mi libertad condicional.

4. En vez, todavía sigo aquí en la carcel del condado. Hoy es el 1 de mayo de 2023, un lunes.

5. Llegué al IRC como a las 7/8pm el viernes, 4/28/23. Me subieron al 231 en la madrugada del domingo, 4/30/23. Pasé mas de 24 horas en el IRC.

6. Durante ese tiempo, no me dieron almohada, cobija, pasta para los dientes, ni cepillo. Hacia mucho frio alli.

7. Para dormir, tuve que dormir en el suelo. La otra gente que esta alli tambien dormio en el piso.

8. Durante el proceso, me preguntaron si tengo un diagnostico. Yo les informe que tengo ansiedad y recibo medicamento para ayudarme con mi rehabilitación del uso de drogas.

9. Ya tengo 6 meses que tomo medicina para mi ansiedad y uso de substancia. Mi doctor en la comunidad el es Wesley Health Center con la Dra. Gomez. Ella me dio la receta de: 450mg de wellbutrin y una inyeccion de invitrol. El wellbutrin me ayuda con la ansiedad. Me la tomo cada dia. La inyeccion de invitrol es una vez al mes. Con eso de la corte, no pude ir la semana pasada a la clinica para mi inyeccion. Fue la primera vez que

no recibí mi inyección, pero fue por que tuve corte,

10. Sin mi medicina de ansiedad, me siento mal. Mi ansiedad esta a un nivel alto. tengo dolor de cabeza, como que me da ganas de vomitar. no ayuda que hay mucho ruido y huele mal.

11. Mi vecino se la pasa gritando y no me ayuda con la ansiedad.

12. La tubería no sirve so tampoco los baños. Podemos usar el baño pero después toda la agua sale al piso. Todo el dormitorio huela a suciedad.

13. Hasta que llegue al IRC-231, fue la primera vez que recibí comida caliente. Cuando estaba en la clínica, nomas burritos y sandwiches de peanut butter y jelly.

14. Cuando estaba en la clínica tuve una reacción alérgica. No se que lo causo. A la mejor el peanut butter sandwich. Ronchas me salieron y me dieron una pastilla - creo que fue Benadryl.

15. Ayer en la tarde a una psicóloga me vino a visitar y me pregunto que medicina tomo y si aceptaría una medicina comparable. Le dije que si. La doctora dijo que iba recibir medicina entre una hora. Eso fue ayer y todavía no me han ofrecido ni le recibido mi medicina.

16. Aparte de la ansiedad, mi medicina me ayuda para dormir. A duras apenas que dormido.

17. En mi dormitorio (CM) ahorita (231-DPod) se siente caliente. No me he podido bañar (Baramm)(CM) porque la tubería no sirve. Ayer recibí mi pasta de dientes y cepillo.

18. Durante mi entrevista con la enfermera, el en el IRC, yo escuche cuando ella habló con mi pareja, Karla Hernandez, para preguntar sobre mi receta y quien la receto. mi pareja dio toda la información.

19. La enfermera dijo que iba poner una orden y eso no paso. +CM

20. La ultima vez que estaba aqui, tambien les dije de mi medicina. El doctor esa vez puso mi orden. Esto sin problema. Pero como sali en un poco rato no la recibi.

21. Durante mi tiempo en la clinica del IRC, habia basura en El piso, habia papel del Baño y esta horin por el baño, con ese olor tuve que pasar el dia.

22. Tambien tengo asthma. el viernes fue la ultima vez que recibe mi inhalador para ayudarme respirar Bien. El frio me afecta mis pulmones. y el IRC hace mucho frio. no ne recibido nada para mi asthma desde entonces.

23 La representate del ACLU, Marisol Dominguez-Ruiz, tomo mi declaracion en español y repaso el contenido conmigo con para confirmar todo. +CM

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed this __1__ day of __May__, 2023 in Los Angeles, California.

Printed name: Carlos Martinez

# EXHIBIT 3

**Declaration of Eric Radford**

I, Eric Radford, hereby declare:

1.      I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.      My booking number is 6550481.

3.      On Thursday night at around 10:30 pm, I was put in holding cell 215 in the IRC.

4.      Before this cell, I was housed at Wayside supermax also known as North County Correctional Facility.

5.      I was brought to IRC so I could be released. I was told by a deputy that I can't be released because my probation officer hasn't come to pick me up.

6.      I have been in this cell for over 16 hours.

7.      There is no toilet paper in this cell. There hasn't been any toilet paper the whole time I've been in this cell. A few hours ago, a trustee slid some paper towels under the door for me to use.

8.      The toilet isn't clean but it's usable. It is stained from dirty water sitting there for too long. It takes a lot of courage for me to sit on the toilet.

9.      Right now I'm the only one in this cell. There have been as many as 12 people in here. The last person left a couple hours ago, and he was here when I arrived at 10:30 last night.

10.     My cell is full of trash. There are two bags full of entire burritos – one from dinner last night and one from breakfast this morning. There are empty cartons, some plastic bags and more burritos on the floor and on the window shelves.

11.     No one has come to take out any trash since I've been here.

12.     I have gotten a burrito dinner, a burrito breakfast and peanut butter and jelly with two cookies for lunch. I drink out of the water fountain in the back of the toilet because I have no choice.

1

13.     There is no hot water.

14.     I do not have a mattress or a blanket. The benches were full so I tried to sleep on the floor. I think I got about two hours of sleep. The floor was cold and hard.

15.     People were complaining all night about how cold it was.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct.  Executed this 21st day of April, 2023 in Los Angeles, California.

Eric Radford

I, Melissa L. Camacho, interviewed Eric Radford in the IRC on April 21, 2023, took notes and then wrote up his declaration while in the IRC, which is attached. I read Eric Radford the declaration, he approved its contents and signed it. I have reviewed this word processed version of this declaration and declare that it accurately reflects the content of the handwritten, signed version.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct.  Executed this 1st day of June, 2023 in Los Angeles, California.

*/s/ Melissa L. Camacho*

Melissa L. Camacho

2

1  **Declaration of** Eric Radford

2  I, Eric Radford _____, hereby declare:

3  1.  I make this declaration based on my own personal knowledge and if called to

4  testify I could and would do so competently as follows:

5  2.  My booking number is 6550481.

6  3. On Thursday night at around 10:30 pm, I was put

7  in holding cell 215 in the IRC.

8  4. Before this cell, I was housed at Wayside, supermax,

9  also known as North County Correctional Facility.

10  5. I was brought to IRC so I could be released. I was

11  told by a deputy that I can't be released because my

12  probation officer hasn't come to pick me up.

13  6. I have been in this cell for over 16 hours.

14  7. There is no toilet paper in this cell. There hasn't been

15  any toilet paper the whole time I've been in this cell.

16  A few hours ago, a trustee slid some paper towels under the

17  door for me to use.

18  8. The toilet isn't clean, but it's usable. It is stained from

19  dirty water sitting there for too long. It takes a lot of courage

20  for me to sit on the toilet.

21  9. Right now I'm the only one in this cell. There have been

22  as many as 12 people in here. The last person left a couple

23  hours ago, and he was here when I arrived at 10:30 last night.

24  10. My cell is full of trash. There are two bags full of entire

25  burritos—from dinner last night and one from breakfast this

26  morning. There are empty cartons, small plastic bags and

27  more burritos on the floor and on the window shelves.

28  11. No one has come to take out any trash since I've been

1  here.

2  12. I have gotten a burrito dinner, a burrito breakfast,

3  and Peanut Butter and jelly with two cookies for lunch.

4  I drink out of the water fountain on the back of the toilet

5  because I have no choice

6  13. There is no hot water.

7  14. I do not have a mattress or a blanket. The benches were

8  full so I tried to sleep on the floor. I think I got about

9  two hours of sleep. The floor was cold and hard.

10  15. People were complaining all night about how cold it was.



1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22        I declare under penalty of perjury of the laws of the State of California and the United

23   States that the foregoing is true and correct. Executed this 21st day of April, 2023 in Los

24   Angeles, California.

25

26                               Printed name:  Eric Radford

27

28

# EXHIBIT 4

**Declaration of Daniel Ray**

I, Daniel Ray (6592771), hereby declare:

1.      I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.      On April 25, 2023, I turned myself into for a parole violation.

3.      When I came to the IRC, I was detoxing from alcohol. I went into cardiac arrest and was sent to the ER at LA County – USC Medical Center.

4.      I returned to the IRC and in a mental health screening, told the staff person that I was on psychiatric medication for anxiety, including Lexapro.

5.      I told the screener that I was getting medication from Charter Oaks

6.      I was prescribed medication at Charter Oaks most recently around April 13, 2023. I was in a program at Charter Oaks for around 8 days then went to another program called Puente House. I last took Lexapro at Puente House around April 17, 2023.

7.      The screener at IRC said I would see a clinician soon, but I have not received any medication yet. Today is May 11.

8.      Today I saw a clinician, but she said I was not on her list and could not see me today. She told me they are short staffed.

9.      I feel a lot of anxiety. I try and do breathing exercise on my bunk. I feel the anxiety in my chest and my heart starts beating really fast. I feel like a cat on a hot tin roof.

10.      On the streets I had meds. Here I am denied that.

11.      I am currently housed in Pitchess North 3-C bunk 69.


I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct.  Executed this 11th day of May, 2023 in Los Angeles, California.

Daniel Ray

1

I, Melissa L. Camacho, interviewed Daniel Ray in Pitchess North, 3-C on May 11, 2023, took notes and then wrote up his declaration while in the Pitchess North, which is attached. I read Mr. Ray the declaration, he approved its contents and signed it. I have reviewed this word processed version of this declaration and declare that it accurately reflects the content of the handwritten, signed version.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct.  Executed this 6th day of June, 2023 in Los Angeles, California.

/s/ Melissa L. Camacho
Melissa L. Camacho

**Declaration of** Daniel Ray (659277)

1

2    I, _____Daniel Ray_____, hereby declare:

3    1.    I make this declaration based on my own personal knowledge and if called to

4    testify I could and would do so competently as follows:

5    2.    On April 25, 2023 I turned myself in

6    for a parole violation.

7    3. When I came to the IRC, I was detoxing from

8    alcohol. I went into Cardiac arrest and was sent to

9    the ER at LA County - USC Medical center.

10   4. I returned to the IRC and in a mental health

11   screening, told the staff person that I was on psychiatric

12   medication for anxiety, including Lexapro.

13   5. I told the screener that I was getting medication

14   from Charter Oaks.

15   6. I was prescribed medication at Charter Oaks most

16   recently around April 13, 2023. I was in a program

17   at Charter Oaks for around 8 days then went to another

18   program called Puente House. I left took Lexapro

19   at Puente House around April 17, 2023.

20   7. The screener at IRC said I would see a clinician soon, but I

21   have not received any medication yet. Today is May 11.

22   8. Today I saw a clinician, but she said I was not on

23   her list and could not see me today. She told me

24   they are short staffed.

25   9. I feel a lot of anxiety. I try and do breathing

26   exercises on my bunk. I suffer and feel crippled

27   laying on my bunk. I feel the anxiety in my chest and

28   my heart starts beating really fast. I feel like a

1  cat on a hot tin roof.
2  10. O- the street I had meds. Here I am denied that.
3  11. I am currently housed in Pitchess North 3-C bunk 69.

22  I declare under penalty of perjury of the laws of the State of California and the United
23  States that the foregoing is true and correct. Executed this 11th day of May, 2023 in Los
24  Angeles, California.

Printed name: Daniel Ray

# EXHIBIT 5

**Declaration of Michael Valani**

I, Michael Valani, hereby declare:

1.    I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.    My booking number is 6591721.

3.    I was arrested on Sunday the 23rd in Lancaster, CA.

4.    I was taken to the Lancaster jail, but I take medication for Epilepsy. I was told that they had to bring me down to the county jail so I could get my medication.

5.    On Monday, April 24 I was brought to the IRC.

6.    I arrived around mid-day.

7.    They gave me clothes, but I didn't get a shower.

8.    I was in the medical clinic area overnight. At some point, I had to go upstairs to emergency. I have fractured bones in my back from a seizure on April 5, 2023. I told people in the IRC clinic area that I was in pain, so they sent me to emergency.

9.    Medical staff gave me a shot when I was in emergency, then I went back down to the IRC clinic.

10.    I didn't have a mattress or a blanket. I tried to sleep sitting up in the chairs, but I couldn't.

11.    The toilets were dirty and had urine on the seats.

12.    I had burritos and orange juice to eat.

13.    I did not get any toothbrush or soap.

14.    Early in the morning I was put in a holding cell with other people who had to go to court. This was the morning of Tuesday the 25th.

15.    I was shuffled into different cells while they were trying to organize us by which court we were going to.

16.    I went to court in Lancaster. At that time – mid day Tuesday – the last

1

time I'd been able to brush my teeth was before I left Lancaster jail on Monday morning. I felt really dirty. The last time I had access to soap was in Lancaster jail.

17.    I didn't talk to anyone at court. Eventually an officer told me my charge was rejected.

18.    I got back on the bus to go from Lancaster to the IRC.

19.    I went into a cell in the IRC. Then I was taken to a place in Twin Towers where I had a bed.

20.    At some time during the night, the custody staff moved me to Men's Central Jail 5700.

21.    I have been told that I am supposed to be released.

22.    On the way back from Lancaster, an officer on the bus told me I would be released Tuesday or Wednesday.

23.    I received my epilepsy medication in the IRC and a muscle relaxer for my back.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct.  Executed this 26th day of April, 2023 in Los Angeles, California.

Michael Valani

I, Melissa L. Camacho, interviewed Michael Valani in Men's Central Jail on April 26, 2023, took notes and then wrote up his declaration while in Men's Central Jail, which is attached. I read Mr. Valani the declaration, he approved its contents and signed it. I have reviewed this word processed version of this declaration and declare that it accurately reflects the content of the handwritten, signed version.

I declare under penalty of perjury of the laws of the State of California and the

2

United States that the foregoing is true and correct.  Executed this 1st day of June, 2023 in Los Angeles, California.

*/s/ Melissa L. Camacho*

Melissa L. Camacho

**Declaration of** Michael Valani

1. I, Michael Valani , hereby declare:

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2. My booking number is 6591721.

3. I was arrested on Sunday the 23rd in Lancaster, CA.

4. I was taken to the Lancaster jail, but I take medication for Epilepsy. I was told that they had to bring me down to the county jail so I could get my medication.

5. On Monday, April 24 I was brought to the IRC.

6. I arrived around mid-day.

7. They gave me clothes, but I didn't get a shower.

8. I was in the medical clinic area. At some point, I had to go upstairs to Emergency. I have fractured bones in my back from a seizure on April 5, 2023. I told people in the IRC clinic area that I was in pain, so they sent me to emergency.

9. Medical staff gave me a shot when I was in emergency, then I went back down to the IRC clinic.

10. I didn't have a mattress or a blanket. I tried to sleep sitting up in the chairs, but I couldn't.

11. The toilets were dirty, and had urine on the seats.

12. I had burritos and orange juice to eat.

13. I did not get any tooth brush or soap.

14. Early in the morning I was put in a holding cell with other people who had to go to court. This was the morning of Tuesday the 25th.

15. I was shuffled into different cells while they were
trying to organize us by which court we were going to.

MV

16. I went before a judge ~~to court~~ in Lancaster. At that time -
mid day Tuesday - the last time I'd been able to brush

MV

my teeth was before I left Lancaster jail on Monday
morning. I felt really dirty. The last time I had
access to soap was in Lancaster jail.

17. I didn't talk to anyone at Court. Eventually an
officer told me my charge was rejected.

18. I got back on the bus to go from Lancaster to
the IRC.

19. I went into a cell in the IRC. Then I was taken
to a place in Twin Towers where I had a bed.

20. At some time during the night, ~~they~~ custody staff
moved me to Men's Central Jail 5700.

21. I have been told that I am supposed to be released.

22. On the way back from Lancaster, an officer on the
bus told me I would be released Tuesday or Wednesday.

23. I received my epilepsy medications in the IRC
and a muscle relaxer for my back.





I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed this _26th_ day of _April_, 2023 in Los Angeles, California.

Printed name: _Michael Valani_