# SECOND SUPPLEMENTAL DECLARATION OF TERRY KUPERS, M.D.

I, Terry A. Kupers, M.D., M.S.P., declare as follows:

1. My name is Terry Kupers. I am a board-certified psychiatrist, Institute Professor at the Wright Institute, Distinguished Life Fellow of the American Psychiatric Association, and an expert on correctional mental health issues.

2. I incorporate by reference my September 5, 2022 Declaration in this matter. (Doc. 318, Ex. 16; ECF Dkt. 318-2 at 146-192) as well as my Supplemental Declaration in this matter. My biographical information and qualifications are outlined in my September 5, 2022 Declaration and in my curriculum vitae, which is attached thereto. As noted in that declaration, I have served as an expert to Plaintiffs' counsel in *Rutherford* since its filing, including testifying at the 1978 trial. *Id*. at ¶ 3. If called as a witness, I could and would testify competently to the following under oath.

## I. Background

3. I have been asked by Plaintiffs' counsel to offer supplemental expert opinions about policies and practices at the Los Angeles County Jail (LACJ) for the provision of "Bridge Medications" at the Inmate Reception Center (IRC). My fees are $350/hour for all work except testimony, and $500/hour for testimony at deposition and trial.

## II. Preparation

4. In addition to the documents I have reviewed previously for the *Rutherford* litigation, the documents I listed in my September 5, 2022 Declaration and in my Supplemental Declaration, I have had the opportunity to review the Declarations of Daniel Ray and Carlos Cruz, as well as a May 22, 2023 email exchange between Melissa Camacho from the ACLU of Southern California and and Dr. Gayani DeSilva, who is a psychiatrist in the IRC.

### III. Continuing Problems Regarding Bridge Medications at L.A. County Jail

5.  Reviewing the Declarations of Mr. Ray and Mr. Cruz, it is clear there are ongoing problems regarding bridge medications in the IRC and at L.A. County Jail. Neither Mr. Ray nor Mr. Cruz received bridge medications in timely manner, nor were they seen by a physician or prescriber for the purpose of assessing their medical needs and assuring continuity of their medication regimens. Mr. Ray, who suffers from anxiety among other problems, did not receive medications from the time he arrived at IRC on or about April 25, 2023 after having turned himself in for a parole violation, and May 1, when he signed his Declaration. Mr. Cruz is also being treated for anxiety as well as substance abuse, and was without the medications he had been taking in the community from his arrival at April 28, 2023 until signing his Declaration on May 1, 2023.

6.  Precipitous discontinuation of psychotropic medications causes significant psychiatric symptoms and disabilities (see my September 22, 2022 Declaration). With antidepressants (Lexapro in the case of Mr. Ray, and Wellbutrin in the case of Mr. Cruz), the negative effects of precipitous cessation of medications can be quite severe, including exacerbation of anxiety and depression as well as multiple physiological effects that can be quite dangerous and too can lead to death. Suicide is a possibility that must be taken into account. The prevalence of suicide in jail is quite high, especially in the first several days of incarceration, and precipitous cessation of medications is a serious risk factor for suicide.

7.  After Ms. Camacho submitted a grievance on behalf of Mr. Ray to help get him prescribed Lexapro, Dr. Gayani DeSilva writes in her email to Ms. Camacho regarding Mr. Ray that "There is technically no withdrawal from Lexapro (no tolerance, no dependency). Typically when stopping Lexapro, in the first couple days there may be some flu-like symptoms." Dr. DeSilva is entirely incorrect here, the harmful effects of rapid cessation of Lexapro (and other

antidepressants including Wellbutrin) can be very serious and include significant exacerbation of the condition for which the medication was prescribed and risk of suicide. There has been a lot of attention in psychiatry in recent years to the previously under-valued side effects and negative sequelae to the cessation of these anti-depressants. A couple of representative articles are Mark Horowitz, "Tapering of SSRI Treatment to Mitigate Withdrawal Symptoms," The Lancet, 2019, available at https://www.thelancet.com/journals/lanpsy/article/PIIS2215-0366(19)30032-X/fulltext, and Yusuke Murata et al, "Effects of the Serotonin 1A, 2A, 2C, 3A, and 3B and Serotonin Transporter Gene Polymorphisms on the Occurrence of Paroxetine Discontinuation Syndrome," Journal of Clinical Psychopharmacology, 2010, available at <https://journals.lww.com/psychopharmacology/Abstract/2010/02000/Effects_of_the_Serotonin_1A,_2A,_2C,_3A,_and_3B.3.aspx>.

8. The fact that precipitous discontinuation of prescribed psychotropic medications continues in the IRC of L.A. County Jail this long after the September 27, 2022 court order in this matter is of great concern.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Oakland, California.

_____

Terry A. Kupers, M.D., M.S.P.     Date: June 6, 2023