# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DENNIS RUTHERFORD, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT LUNA, Sheriff of Los Angeles County, in his official capacity, and the COUNTY OF LOS ANGELES, <br><br> Defendants. | Case No. 75-cv-04111-DDP <br><br> **[PROPOSED] ORDER DENYING MOTION FOR CIVIL CONTEMPT** <br><br> Hon. Dean D. Pregerson <br> Courtroom 9C |

Kendall Brill & Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

[PROPOSED] ORDER DENYING MOTION FOR CIVIL CONTEMPT

# [PROPOSED] ORDER

This Court, having read and considered the parties' prehearing briefing, the briefing on the motion for order to show cause re: contempt, and all other papers and arguments presented at the evidentiary hearing in this matter, and good cause appearing, **IT IS HEREBY ORDERED THAT** Plaintiff's motion for civil contempt is **DENIED** because Defendants are in substantial compliance with the terms of the Preliminary Injunction.

The Court **ORDERS** the parties to appear for quarterly status conferences, beginning three months from the date of this order, to assess whether Defendants have remained in substantial compliance.

The Court also **ORDERS** that the Preliminary Injunction is hereby modified as follows:

To Paragraph 1, the Court adds that: In the event that a person leaves the IRC to go to court, the 24-hour clock shall stop and shall begin anew if the person returns to the IRC. If a person leaves the IRC for medical treatment at another facility within or outside the Los Angeles County Jail System, the 24-hour clock shall be paused and resume when the person returns to the IRC, unless the person is housed at IRC 231 directly upon return from medical treatment.

To Paragraph 4, the Court adds that: In the event that a person leaves an IRC holding cell to go to court, the 12-hour clock shall stop and begin anew if the person returns to the IRC. If a person leaves a holding cell to a temporary housing location with a bed or the person's former permanent housing location with a bed, the 12-hour clock shall pause and resume when the person returns to an IRC holding cell.

/ / /

/ / /

/ / /

/ / /

/ / /

Additionally, a person may be held in a temporary holding cell or room beyond 12 hours as permitted by law under Title 24 § 1231.2.2.

**IT IS SO ORDERED.**

DATED: June \_\_\_\_, 2023

_____
Hon. Dean D. Pregerson
Judge, United States District Court