OFFICE OF COUNTY COUNSEL
Dawyn Harrison (173855)
County Counsel
  dharrison@counsel.lacounty.gov
Dylan Ford (228699)
Deputy County Counsel
  dford@counsel.lacounty.gov
500 West Temple St., Floor 6
Los Angeles, California 90012
Telephone:   (213) 974-1807/(213) 974-1811
Facsimile:    (213) 687-8822

KENDALL BRILL & KELLY LLP
Robert E. Dugdale (167258)
  rdugdale@kbkfirm.com
Michael J. McCarthy (334829)
  mmccarthy@kbkfirm.com
Katelyn A. Kuwata (319370)
  kkuwata@kbkfirm.com
10100 Santa Monica Blvd., Suite 1725
Los Angeles, California 90067
Telephone: (310) 272-7904
Facsimile:  (310) 556-2705

*Attorneys for Defendants Los Angeles
County Sheriff Robert Luna, in his Official
Capacity, and the County of Los Angeles*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DENNIS RUTHERFORD, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT LUNA, Sheriff of Los Angeles County, in his official capacity, and the COUNTY OF LOS ANGELES, <br><br> Defendants. | Case No. 75-cv-04111-DDP <br><br> **SUPPLEMENTAL DECLARATION OF DR. GAYANI DESILVA IN SUPPORT OF DEFENDANTS' PREHEARING BRIEF** <br><br> Hon. Dean D. Pregerson <br> Courtroom 9C |

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

## SUPPLEMENTAL DECLARATION OF DR. GAYANI DESILVA

I, Dr. Gayani DeSilva, declare as follows:

1.      I am a Chief Physician 1, Psychiatry at the Los Angeles County Department of Health Services.  I have personal knowledge of the facts set forth in this Supplemental Declaration and, if called as a witness, I could and would testify competently to such facts under oath.

2.      The County currently has a psychiatric staff stationed in the IRC consisting of full-time equivalents of 2.75 psychiatrists and 6.25 psychiatric nurse practitioners, with 2 additional nurse practitioners currently onboarding.

3.      Since the last week of March, approximately 80% of individuals in the IRC with mental health conditions received a psychiatric assessment, and medication as indicated, in the IRC.  They therefore were provided care above and beyond the carceral settings standard.  The balance of these individuals received treatment in line with the standard of care, per the Bridge Medication Policy.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on this 5th day of June, 2023, at Los Angeles, California.

Dr. Gayani DeSilva

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd
Suite 1725
Los Angeles, CA 90067

2
SUPPLEMENTAL DECLARATION OF DR. GAYANI DESILVA ISO DEFS.' PREHEARING BRIEF