OFFICE OF COUNTY COUNSEL
Dawyn Harrison (173855)
County Counsel
  dharrison@counsel.lacounty.gov
Dylan Ford (228699)
Deputy County Counsel
  dford@counsel.lacounty.gov
500 West Temple St., Floor 6
Los Angeles, California 90012
Telephone:   (213) 974-1807/(213) 974-1811
Facsimile:   (213) 687-8822

KENDALL BRILL & KELLY LLP
Robert E. Dugdale (167258)
  rdugdale@kbkfirm.com
Michael J. McCarthy (334829)
  mmccarthy@kbkfirm.com
Katelyn A. Kuwata (319370)
  kkuwata@kbkfirm.com
10100 Santa Monica Blvd., Suite 1725
Los Angeles, California 90067
Telephone: (310) 272-7904
Facsimile:   (310) 556-2705

*Attorneys for Defendants Los Angeles County Sheriff Robert Luna, in his Official Capacity, and the County of Los Angeles*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DENNIS RUTHERFORD, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT LUNA, Sheriff of Los Angeles County, in his official capacity, and the COUNTY OF LOS ANGELES,<br><br>Defendants. | Case No. 75-cv-04111-DDP<br><br>**SUPPLEMENTAL DECLARATION OF JOAN HUBBELL IN SUPPORT OF DEFENDANTS' PREHEARING BRIEF**<br><br>Hon. Dean D. Pregerson<br>Courtroom 9C |

**SUPPLEMENTAL DECLARATION OF JOAN HUBBELL**

I, Joan Hubbell, declare as follows:

1. I am the Mental Health Program Manager III for the Los Angeles County Department of Health Services. As the Mental Health Program Manager III, I oversee all mental health programs within LACJ including the Inmate Reception Center ("IRC"), Men's Mental Health, Women's Mental Health, and JMET, which responds to crises in general population at all facilities. I have personal knowledge of the facts set forth in this Supplemental Declaration and, if called as a witness, I could and would testify competently to such facts under oath.

2. The IRC is now staffed with two managers, four supervisors (with one additional supervisor currently onboarding), and twenty-four clinicians (including psychiatric social workers, psychologists, and mental health registered nurses).

3. The restoration of the Correctional Health Services ("CHS") staff in the IRC, and its leadership in particular, has had a measurable impact on IRC processing. Defendants, for instance, completed 262 more mental health evaluations in the IRC in May 2023 compared to February 2023. The number of mental health evaluations completed per month is informed by both the number of CHS clinicians available to perform the evaluations and by the number of intakes in a given month.

4. From March 1, 2023 to May 31, 2023, CHS onboarded 106 new staff members. Critically, this includes at least eight new clinicians within Men's Mental Health, who will improve clinical housing unit coverage and help stabilize and step down inmates, which makes higher acuity beds available for permanent mental health housing for those waiting in the IRC—thereby helping to prevent backlogs.

5. CHS currently has established a group of 10 mental health workers from throughout the LACJ who are cross-trained in the IRC and who are available to provide overtime hours when necessary due to unexpected staffing shortfalls like those which occurred in February 2023.

6. The County will authorize assignment bonuses, effective May 1, 2023, for various nursing, mental health, and key support staff classifications for employees assigned to work onsite in the LACJ. The intent when the new bonus is implemented is for employees to receive a maximum bonus of approximately 20% above their regular earnings, in order to incentivize new hires, improve the retention of IRC's current staff, and encourage overtime work when required to avoid future IRC backlogs.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on this 6th day of June, 2023, at Los Angeles, California.

_____
Joan Hubbell