OFFICE OF COUNTY COUNSEL
Dawyn Harrison (173855)
County Counsel
  dharrison@counsel.lacounty.gov
Dylan Ford (228699)
Deputy County Counsel
  dford@counsel.lacounty.gov
500 West Temple St., Floor 6
Los Angeles, California 90012
Telephone:   (213) 974-1807/(213) 974-1811
Facsimile:   (213) 687-8822

KENDALL BRILL & KELLY LLP
Robert E. Dugdale (167258)
  rdugdale@kbkfirm.com
Michael J. McCarthy (334829)
  mmccarthy@kbkfirm.com
Katelyn A. Kuwata (319370)
  kkuwata@kbkfirm.com
10100 Santa Monica Blvd., Suite 1725
Los Angeles, California 90067
Telephone: (310) 272-7904
Facsimile:   (310) 556-2705

*Attorneys for Defendants Los Angeles County Sheriff Robert Luna, in his Official Capacity, and the County of Los Angeles*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DENNIS RUTHERFORD, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT LUNA, Sheriff of Los Angeles County, in his official capacity, and the COUNTY OF LOS ANGELES, <br><br> Defendants. | Case No. 75-cv-04111-DDP <br><br> **SUPPLEMENTAL DECLARATION OF CHIEF PAULA TOKAR IN SUPPORT OF DEFENDANTS' PREHEARING BRIEF** <br><br> Hon. Dean D. Pregerson <br> Courtroom 9C |

# SUPPLEMENTAL DECLARATION OF PAULA TOKAR

I, Paula Tokar, declare as follows:

1. I have personal knowledge of the facts set forth in this Supplemental Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. I have been employed by the Los Angeles County Sheriff's Department (the "Department") for 33 years in various capacities. On December 6, 2022, I was assigned to serve as Acting Chief of the Custody Services Division – General Population. My responsibilities include oversight of the personnel and operations of Men's Central Jail ("MCJ"), Inmate Reception Center ("IRC"), Pitchess Detention Center North, and other Department facilities.

3. As Acting Chief, I am familiar with requirements of the Preliminary Injunction ("PI") issued on September 27, 2022 by the Honorable Dean D. Pregerson of United States District Court for the District of Central California, as well as the preceding Temporary Restraining Order entered on September 16, 2022.

4. To ensure compliance with the PI, the Custody Services Division has issued and reviewed unit Orders and training bulletins relevant to the IRC, including, but not limited to orders/bulletins addressing facility maintenance, trash disposal and the custody line Front Bench. The Department has also conducted additional training on areas which are covered by the PI. It is my understanding that Correctional Health Services ("CHS") staff has similarly received additional training and guidance. As explained further, below, the Department has also created an additional slot for a sergeant and Custody Assistant primarily tasked with compliance.

5. All staff in the IRC have now been retrained, and these messages are reinforced through periodic shift briefings and email reminders.

6. I have been briefed on and understand that the Shared Intake

SUPPLEMENTAL DECLARATION OF CHIEF PAULA TOKAR ISO DEFS.' PREHEARING BRIEF

Management System (the "SIM System") developed by the Departheant's Custody Innovation Technology Unit ("CITU"), which has the ability to track, in real time: (1) the length of time an inmate has been in the IRC; (2) the length of time an inmate has been on the Front Bench; and (3) the length of time an inmate has been in a cell.  The SIM System was implemented on May 3, 2023.

7. In a further effort to ensure compliance with the PI, the Department created a new sergeant position primarily tasked with oversight of the PI's requirements.  This sergeant position is staffed 24 hours a day, 7 days a week.  Amongst other duties, the sergeant: (1) serves as the point person in IRC who monitors the automated tracking system for instances in which the Department is nearing a violation, particularly with respect to the provisions related to the holding cells; (2) ensures all required documentation under the PI is complete; and (3) provides assistance to the Custody Assistant monitoring the Front Bench.

8. It is also my understanding that the Custody Division will receive additional deputies this year.  With respect to the Los Angeles County Sheriff's Department Academy, as of June 6, 2023, there have been 373 graduates in the 2022-2023 fiscal year and with three classes remaining containing an anticipated 142 additional deputies.  The fiscal year 2021-2022 saw 184 graduates.

9. In order to ensure that the IRC remains sanitary and that the Department is in compliance with the related provisions of the PI, a new cleaning schedule has instituted under Commander John Gannon that will mandate cleaning by a newly hired contractors and by using inmate workers more efficiently.  My understanding is that Los Angeles County (the "County") is in the process of increasing its contracted capacity for these services.

10. Finally, the Department is working with other County and state agencies toward lowering the overall number of inmates with serious mental health conditions in the Los Angeles County Jail ("LACJ") in an effort to alleviate the resulting bottlenecks which occur in the IRC.

11. Efforts to expedite transfers of sentenced inmates to the California Department of Corrections and Rehabilitation ("CDCR") include: (a) allocating additional resources to its Population Management Bureau's records unit to expedite the paperwork required for inmates to transfer to the CDCR's custody; (b) requesting a larger number of transfer allocations from the CDCR; (c) improving coordination among all LACJ facilities, including its Court Services Transportation Unit, to ensure the Department is maximizing its allocated number of state prisoner transfers; (d) establishing better communication with CDCR Command Staff and requesting that the Department be allowed to transfer inmates into state custody based solely on a certified court minute order, rather than an entire inmate transfer package, which often take a significant amount of time to assemble; (e) obtaining an agreement from the CDCR to increase the number of specialty transfers it will accept each week (i.e., inmates who have mobility challenges and require a high level of medical care); and (f) obtaining an agreement by the CDCR to accept transfers who are medically cleared by CHS, but who have not been tested for COVID, as mandatory COVID testing is no longer required.

12. Transferring FIST inmates out of the Department to state hospitals is also a priority action item which will alleviate the IRC bottleneck. The Department and Correctional Health Services ("CHS") have begun to coordinate with state hospital personnel, including weekly meetings with all stakeholders to identify state hospital vacancies when they become available, mitigated delays in transferring FIST inmates, and avoided cancellations of such transfers based on inmate refusals and other issues.

13. There are currently 337 FIST individuals in the LACJ, while over the past year, it was typical to have between 600-650 FIST individuals detained in the LACJ. Approximately 470 FIST individuals were transferred from the LACJ to state hospitals between March 20, 2023 and June 2, 2023 alone (an average of 43 FIST individuals each week), in contrast to earlier periods when FIST individuals trickled out of the LACJ in very small numbers.

4

SUPPLEMENTAL DECLARATION OF CHIEF PAULA TOKAR ISO DEFS.' PREHEARING BRIEF

Kendall Brill & Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

14. As of June 2, 2023, there were 569 individuals awaiting transfer from the LACJ to a CDCR facility, as compared to 1,639 individuals at the beginning of March, and in stark contrast to periods during the pandemic when there were up to 4,000 such individuals awaiting transfer; and during this roughly thirteen-week time period, Defendants have transferred over 2,821 individuals out of the LACJ and into state custody.

15. Between May 7 and May 31, 2023, there were 3,611 individuals booked at the IRC.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed June 6th, 2023, at Los Angeles, California.

Paula Tokar

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd
Suite 1725
Los Angeles, CA 90067

5

SUPPLEMENTAL DECLARATION OF CHIEF PAULA TOKAR ISO DEFS.' PREHEARING BRIEF