OFFICE OF COUNTY COUNSEL
Dawyn Harrison (173855)
Acting County Counsel
  dharrison@counsel.lacounty.gov
Dylan Ford (228699)
Deputy County Counsel
  dford@counsel.lacounty.gov
500 West Temple St., Floor 6
Los Angeles, California 90012
Telephone:   (213) 974-1807/(213) 974-1811
Facsimile:    (213) 687-8822

KENDALL BRILL & KELLY LLP
Robert E. Dugdale (167258)
  rdugdale@kbkfirm.com
Michael J. McCarthy (334829)
  mmccarthy@kbkfirm.com
Katelyn A. Kuwata (319370)
  kkuwata@kbkfirm.com
10100 Santa Monica Blvd., Suite 1725
Los Angeles, California 90067
Telephone: (310) 272-7904
Facsimile:  (310) 556-2705

*Attorneys for Defendants Los Angeles County Sheriff Robert Luna, in his Official Capacity, and the County of Los Angeles*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DENNIS RUTHERFORD, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT LUNA, Sheriff of Los Angeles County, in his official capacity, and the COUNTY OF LOS ANGELES, <br><br> Defendants. | Case No. 75-cv-04111-DDP <br><br> **JOINT STIPULATION TO CONTINUE DEADLINE TO FILE WRITTEN RESPONSES PURSUANT TO THE COURT'S APRIL 26, 2023 ORDER (ECF 392)** <br><br> Hon. Dean D. Pregerson <br> Courtroom 9C |

Kendall Brill & Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

JOINT STIPULATION TO CONTINUE DEADLINE TO FILE WRITTEN RESPONSES

1    **WHEREAS**, on April 26, 2023, this Court issued an Order, which set (1) an
2    evidentiary hearing re: contempt for June 27, 2023, and if necessary, for June 28,
3    2023; (2) the deadline for any additional briefing to be filed no later than June 6,
4    2023; and (3) the deadline for written responses to any such additional briefing to be
5    filed no later than June 13, 2023;
6    **WHEREAS**, on June 6, 2023, the parties each filed additional briefing
7    pursuant to the Court's April 26, 2023 Order;
8    **WHEREAS**, the parties have been engaged in good faith negotiations to
9    resolve the contempt issues pending before the Court, which would make further
10   briefing on the matter and the evidentiary hearing unnecessary;
11   **WHEREAS**, the parties believe they are close to reaching a resolution and
12   stipulation to resolve the matter and are aiming to bring it to the Court as soon as
13   possible;
14   **WHEREAS**, the parties have agreed that, if acceptable to the Court, the
15   deadline for the written responses, currently set for June 13, should be continued
16   one week to June 20, to allow the parties to focus on a resolution of this matter and
17   to finalize their negotiations;
18   **WHEREAS**, the parties have agreed that, if acceptable to the Court, all other
19   dates set by the Court with respect to the evidentiary hearing on June 27, and
20   possibly on June 28, should remain on the calendar pending the outcome of the
21   parties' negotiations.
22   **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**
23   between the undersigned parties, by and through their counsel of record, that, with
24   the Court's approval:
25       1.    The deadline for the written responses, currently set for June 13, should
26   continued one week to June 20, to allow the parties to focus on a resolution of the
27   matter which is being negotiated and to finalize their negotiations;
28       2.    All other dates set by the Court with respect to the evidentiary hearing

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

on June 27, and possibly on June 28, should remain on the calendar pending the outcome of the parties' negotiations.

DATED: June 9, 2023

KENDALL BRILL & KELLY LLP
Robert E. Dugdale

OFFICE OF COUNTY COUNSEL
Dawyn Harrison
Dylan Ford

By: _____/s/ Robert E. Dugdale_____
Robert E. Dugdale
*Attorneys for Defendants Los Angeles County Sheriff Robert Luna, in his Official Capacity, and the County of Los Angeles*

DATED: June 9, 2023

ACLU FOUNDATION OF SOUTHERN CALIFORNIA
Peter J. Eliasberg
Melissa Camacho-Cheung

ACLU NATIONAL PRISON PROJECT
Corene T. Kendrick
David C. Fathi

By: _____/s/ Corene T. Kendrick_____
Corene T. Kendrick
*Attorneys for Plaintiff Class*

**ATTESTATION REGARDING SIGNATORIES**

I. Robert E. Dugdale, hereby attest that Counsel for Plaintiffs concur in the filing's content and have authorized the filing.

Executed on June 9, 2023, in Los Angeles, California.

KENDALL BRILL & KELLY LLP

By:    /s/ Robert E. Dugdale
      Robert E. Dugdale
*Attorneys for Defendants Los Angeles County Sheriff Robert Luna, in his Official Capacity, and the County of Los Angeles*

Kendall Brill & Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

3
JOINT STIPULATION TO CONTINUE DEADLINE TO FILE WRITTEN RESPONSES