OFFICE OF COUNTY COUNSEL
Dawyn Harrison (173855)
Acting County Counsel
 *dharrison@counsel.lacounty.gov*
Dylan Ford (228699)
Deputy County Counsel
 *dford@counsel.lacounty.gov*
500 West Temple St., Floor 6
Los Angeles, California 90012
Telephone:   (213) 974-1807/(213) 974-1811
Facsimile:    (213) 687-8822

KENDALL BRILL & KELLY LLP
Robert E. Dugdale (167258)
 *rdugdale@kbkfirm.com*
Michael J. McCarthy (334829)
 *mmccarthy@kbkfirm.com*
Katelyn A. Kuwata (319370)
 *kkuwata@kbkfirm.com*
10100 Santa Monica Blvd., Suite 1725
Los Angeles, California 90067
Telephone: (310) 272-7904
Facsimile:  (310) 556-2705

*Attorneys for Defendants Los Angeles County Sheriff Robert Luna, in his Official Capacity, and the County of Los Angeles*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

|  |  |
|---|---|
| DENNIS RUTHERFORD, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT LUNA, Sheriff of Los Angeles County, in his official capacity, and the COUNTY OF LOS ANGELES, <br><br> Defendants. | Case No. 75-cv-04111-DDP <br><br> **[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE DEADLINE TO FILE WRITTEN RESPONSES PURSUANT TO THE COURT'S APRIL 26, 2023 ORDER (ECF 392)** <br><br> Hon. Dean D. Pregerson <br> Courtroom 9C |

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE DEADLINE

1

**[PROPOSED] ORDER**

2        Good cause appearing, the Court hereby approves the parties' Joint

3 Stipulation to Continue Deadline to File Written Responses Pursuant to the Court's

4 April 26, 2023 Order (ECF 392) and **ORDERS** that:

5        1.     The deadline for the written responses, currently set for June 13, be

6 continued one week to June 20, to allow the parties to focus on a resolution of this

7 matter and finalize their negotiations;

8        2.     All other dates set by the Court with respect to the evidentiary hearing

9 on June 27, and possibly on June 28, will remain on the calendar pending the

10 outcome of the parties' negotiations.

11

12     **IT IS SO ORDERED.**

13

14 DATED:  June ___, 2023

15

16

17                        Hon. Dean D. Pregerson
United States District Court Judge

18

19

20

21

22

23

24

25

26

27

28

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

1