OFFICE OF COUNTY COUNSEL
Dawyn Harrison (173855)
Acting County Counsel
  dharrison@counsel.lacounty.gov
Dylan Ford (228699)
Deputy County Counsel
  dford@counsel.lacounty.gov
500 West Temple St., Floor 6
Los Angeles, California 90012
Telephone:   (213) 974-1807/(213) 974-1811
Facsimile:    (213) 687-8822

KENDALL BRILL & KELLY LLP
Robert E. Dugdale (167258)
  rdugdale@kbkfirm.com
Michael J. McCarthy (334829)
  mmccarthy@kbkfirm.com
Katelyn A. Kuwata (319370)
  kkuwata@kbkfirm.com
10100 Santa Monica Blvd., Suite 1725
Los Angeles, California 90067
Telephone: (310) 272-7904
Facsimile:   (310) 556-2705

*Attorneys for Defendants Los Angeles County Sheriff Robert Luna, in his Official Capacity, and the County of Los Angeles*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DENNIS RUTHERFORD, et al.,<br><br>         Plaintiffs,<br><br>   v.<br><br>ROBERT LUNA, Sheriff of Los Angeles County, in his official capacity, and the COUNTY OF LOS ANGELES,<br><br>         Defendants. | Case No. 75-cv-04111-DDP<br><br>**ORDER GRANTING JOINT STIPULATION [397] TO CONTINUE DEADLINE TO FILE WRITTEN RESPONSES PURSUANT TO THE COURT'S APRIL 26, 2023 ORDER (ECF 392)**<br><br>Hon. Dean D. Pregerson<br>Courtroom 9C |

Kendall Brill & Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

ORDER GRANTING JOINT STIPULATION TO CONTINUE DEADLINE

# ORDER

Good cause appearing, the Court hereby approves the parties' Joint Stipulation to Continue Deadline to File Written Responses Pursuant to the Court's April 26, 2023 Order (ECF 392) and **ORDERS** that:

1. The deadline for the written responses, currently set for June 13, be continued one week to June 20, to allow the parties to focus on a resolution of this matter and finalize their negotiations;

2. All other dates set by the Court with respect to the evidentiary hearing on June 27, and possibly on June 28, will remain on the calendar pending the outcome of the parties' negotiations.

**IT IS SO ORDERED.**

DATED:  June 12, 2023

_____
Hon. Dean D. Pregerson
United States District Judge