UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  **CV 21-3124-CBM**                                                                 Date: JUNE 21, 2023

Title   Benjamin Montemayor v. City of Los Angeles, et al.

---

Present: The Honorable:   CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| Kelly Davis | Kathy Stride |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Dan Stormer | Jeremiah Johnson |
| Morgan Ricketts | Lisa Lee |
| David Washington | Dan Roberts |

**Proceedings:** **HEARING RE PRETRIAL CONFERENCE**

The case is called and counsel state their appearance. The Court and counsel confer regarding the status of the case.

Pretrial Conference is held.

Following discussions with the parties, the Court advised counsel that the Jury Trial set for June 27, 2023, will need to be continued. The Court orders counsel to meet and confer regarding a new trial date. Counsel are ordered to file a Joint Stipulation no later than Friday, June 23, 2023. Counsel shall address the disputed exhibits in this Joint Stipulation.

The Court's Order will issue regarding the pending motions in limine. The Court will sign the Final Pretrial Conference Order as presented by counsel. If any amendment to the Final Pretrial Conference Order is needed, the parties may submit a new one to the Court.

The Ex Parte Application for Order for Shortening time for Hearing on Motion to Quash filed by Defendants City of Los Angeles, Anthony Lopez, Robert R Martinez, Michel Moore [219] is addressed by the Court.  Due to the trial date being continued, this Ex Parte may be more appropriately addressed via a Noticed Motion.

Counsel shall submit supplemental briefs regarding the question of immunity. Counsel are ordered to meet and confer re filing of an Amended Exhibit List and include a list of "admitted" exhibits for the Court's use.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 21-3124-CBM**                                                                                      Date: JUNE 21, 2023

Title         Benjamin Montemayor v. City of Los Angeles, et al.

Counsel are to file the statement of the case no later than 7 days prior to trial.

Counsel shall notify the CRD if another Status Conference is required.

IT IS SO ORDERED.

cc:  all parties

                                                                                                                                        1:20
                                                                                                   **Initials of Preparer**   kd