UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| RUTHERFORD | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 2:75-CV-04111-DDP |
| v. | |
| BLOCK | NOTICE OF CLERICAL ERROR |
| DEFENDANT(S) | |

You are hereby notified that due to a clerical error ☐ documents associated with the filing of the new action ☐ the following scanned document ☐ docket entry  have/has been corrected as indicated below.

Title of scanned document: Minutes of Hearing re Pretrial Conference

Filed date: 06/21/2023    Document Number(s): 400

☐ Incorrect case number _____ was assigned to this ☐ action ☐ document

☐ Case number has been corrected. The correct case number is _____

☐ Incorrect judge's initials were indicated on this ☐ action ☐ document. The correct judge's initials are: _____

☐ Incorrect magistrate judge's initials were indicated on this ☐ action ☐ document. The correct magistrate judge's initials are: _____ .

☐ Case has been reassigned from ☐ Judge ☐ Magistrate Judge _____ to ☐ Judge ☐ Magistrate Judge _____ . The initials of the new judge(s) are: _____

☐ Case was assigned to ☐ Western ☐ Southern ☐ Eastern division. Pursuant to General Order 23-05, the case has been reassigned to the ☐ Western ☐ Southern ☐ Eastern division. The former case number _____ has been reassigned to new case number _____ .

☐ Case title is corrected from _____ to _____

☐ Document has been re-numbered as document number _____

☐ Incorrect ☐ Filed Date ☐ Date of Document ☐ Date ENTERED on CM/ECF  was stamped on the document. The correct date is _____ .

☐ Document is missing page number(s): _____

☐ To ensure proper routing of documents, all documents filed with the court must reflect the following case number and judge's initials: _____

☒ Other: This order was docketed in this case erroneously and will be docketed in the correct case 2:21-cv-03124-CBM

CLERK, U.S. DISTRICT COURT

Date: 6/22/2023    By: Sharon_Hall-Brown@cacd.uscourts.gov
Deputy Clerk

G-11 (05/23)    NOTICE OF CLERICAL ERROR