PETER J. ELIASBERG (189110)
peliasberg@aclusocal.org
MELISSA CAMACHO (264024)
mcamacho@aclusocal.org
**ACLU FOUNDATION OF SOUTHERN CALIFORNIA**
1313 W. 8th Street
Los Angeles, CA 90017
Phone: (213) 977-9500

CORENE T. KENDRICK (226642)
ckendrick@aclu.org
MARISOL DOMINGUEZ-RUIZ (345416)
mdominguez-ruiz@aclu.org
**ACLU NATIONAL PRISON PROJECT**
39 Drumm St.
San Francisco, CA 94111
Phone: (202) 393-4930

DAVID C. FATHI (*pro hac vice*)*
dfathi@aclu.org
**ACLU NATIONAL PRISON PROJECT**
915 15th St., NW
Washington, D.C. 20005
Phone: (202) 393-4930

*Not admitted in D.C., practice limited to federal courts

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| DENNIS RUTHERFORD, *et al.*,<br><br>       Plaintiffs,<br><br>vs.<br><br>ROBERT LUNA, Sheriff of Los Angeles County, in his official capacity, *et al.*<br><br>       Defendants. | Case No. CV 75-04111 DDP<br><br>**NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTION FOR AN OSC RE: CONTEMPT (DOC. 375)** |

1    TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2    PLEASE TAKE NOTICE that pursuant to the parties' Stipulation (Doc. 399),

3    approved by the Court on June 22, 2023 (Doc. 402), Plaintiffs wish to withdraw the

4    pending Motion for an OSC Re: Contempt. (Doc. 375)

                                                                                                                Respectfully submitted,

DATED: June 22, 2023     By:  */s/ Corene T. Kendrick*
                                                                  Peter J. Eliasberg
                                                                 Melissa Camacho
                                                                 **ACLU FOUNDATION OF SOUTHERN CALIFORNIA**

                                                                 David C. Fathi
                                                                 Corene T. Kendrick
                                                                Marisol Dominguez-Ruiz
                                                               **ACLU NATIONAL PRISON PROJECT**

                                                                Attorneys for Plaintiffs Dennis Rutherford, *et al.*

# CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2023, I electronically transmitted the above document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to Counsel for Defendants who are registered CM/ECF users.

DATED: June 22, 2023

       /s/ *Corene T. Kendrick*
Corene T. Kendrick
ACLU National Prison Project

*Attorneys for Plaintiffs*