# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DENNIS RUTHERFORD, *et al.*, | Case No. 2:75cv04111-DDP |
| Plaintiffs, | |
| vs. | **ORDER** |
| ROBERT LUNA, Sheriff of Los Angeles County, in his official capacity, *et al.* | |
| Defendants. | |

This Court, having reviewed the parties' Joint Stipulation Regarding Attorneys' Fees and Costs, (Doc. 412), and finding good cause, hereby **GRANTS** the Stipulation. The Court finds that Plaintiffs are entitled to reasonable attorneys' fees under Federal Rule of Civil Procedure 23(h) for their work obtaining the permanent injunction, Doc. 402, and that the fees were "directly and reasonably incurred in proving an actual violation of the plaintiffs rights[,] [are] proportionately related to the court ordered relief for the violation; [and] the fee was directly and reasonably incurred in enforcing the relief ordered for the violation." 42 U.S.C. §§ 1997(d)(1)(A) and (B).

///

Therefore, the Court awards Plaintiffs the agreed-upon attorneys' fees and costs in the amount of $ 365,274.88.

IT IS HEREBY ORDERED that Defendants shall pay Plaintiffs' counsel the amount set forth within sixty (60) days from the date of entry of this Order.

DATE:  October 23, 2023

___
Hon. Dean D. Pregerson
United States District Judge