**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DENNIS RUTHERFORD,<br><br>PLAINTIFF(S)<br>v.<br>ROBERT LUNA, Sheriff of Los Angeles County, in his official capacity, and the COUNTY OF LOS ANGELES,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV 75-4111-CV<br><br><br>**ORDER TRANSFERRING CIVIL ACTION** |

Pursuant to this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges, IT IS HEREBY ORDERED that the above-entitled civil action be transferred to the calendar of Judge  Michael W. Fitzgerald  for all further proceedings.

| | |
|---|---|
| December 3, 2025<br>Date | Cynthia Valenzuela  *Cynthia Valenzuela*<br>United States District Judge |
| December 3, 2025<br>Date | Michael W. Fitzgerald  *Michael W. Fitzgerald*<br>United States District Judge |

**NOTICE TO COUNSEL FROM CLERK**

On all documents subsequently filed in this case, please substitute the initials   MWF   after the case number, so that the case number will read   2:75-cv-04111-MWF  . This is very important because documents are routed to the assigned judge by means of these initials.

cc: ☐ Previous Judge   ☐ Statistics Clerk